UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SUPERB MOTORS INC., TEAM AUTO SALES
LLC, ROBERT ANTHONY URRUTIA,  189
SUNRISE HWY AUTO LLC, NORTHSHORE
MOTOR LEASING, LLC, BRIAN CHABRIER,
individually and derivatively as a member of
NORTHSHORE MOTOR LEASING, LLC, JOSHUA
AARONSON, individually and derivatively as a
member of 189 SUNRISE HWY AUTO, LLC, JORY
BARON, 1581 HYLAN BLVD AUTO LLC, 1580
HYLAN BLVD AUTO LLC, 1591 HYLAN BLVD
AUTO LLC, 1632 HYLAN BLVD AUTO LLC, 1239
HYLAN BLVD AUTO LLC, 2519 HYLAN BLVD
AUTO LLC, 76 FISK STREET REALTY LLC, 446
ROUTE 23 AUTO LLC and ISLAND AUTO
MANAGEMENT, LLC,

                                      Plaintiffs,

                -against-

ANTHONY DEO, SARAH DEO, HARRY
THOMASSON, DWIGHT BLANKENSHIP, MARC
MERCKLING, MICHAEL LAURIE, THOMAS
JONES, CPA, CAR BUYERS NYC INC., GOLD
COAST CARS OF SYOSSET LLC, GOLD COAST
CARS OF SUNRISE LLC, GOLD COAST MOTORS
AUTOMOTIVE GROUP LLC, GOLD COAST
MOTORS OF LIC LLC, GOLD COAST MOTORS
OF ROSLYN LLC, GOLD COAST MOTORS OF
SMITHTOWN LLC, UEA PREMIER MOTORS
CORP., DLA CAPITAL PARTNERS INC., JONES,
LITTLE & CO., CPA'S LLP,  FLUSHING BANK, and
LIBERTAS FUNDING LLC,

                                  Defendants.

-----------------------------------------------------------------X

**Case No.:** 1:23-cv-6188

**NOTICE OF APPEARANCE OF
JAMIE S. FELSEN, ESQ.
FOR PLAINTIFFS SUPERB MOTORS
INC., TEAM AUTO SALES LLC, and
<u>ROBERT ANTHONY URRUTIA</u>**

      **PLEASE  TAKE  NOTICE**  that  Jamie  S.  Felsen,  Esq.  hereby  appears  as  counsel  for

Plaintiffs Superb Motors Inc., Team Auto Sales LLC, and Robert Anthony Urrutia.  I certify that

I am admitted to practice in the United States District Court for the Eastern District of New York.

Dated: Lake Success, New York
       August 17, 2023

Respectfully submitted,

**MILMAN LABUDA LAW GROUP PLLC**


By:  /s/_____
Jamie S. Felsen, Esq.
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042-1073
(516) 328-8899 (office)
(516) 303-1391 (direct dial)
(516) 328-0082 (facsimile)
jamie@mllaborlaw.com

*Attorneys for Plaintiffs*
*Superb Motors Inc.,*
*Team Auto Sales LLC, &*
*Robert Anthony Urrutia*

2