NSF 1st

NORTHSHORE FUNDING AND MANAGEMENT LLC

1008

1-32 210 NY
29304

DATE 1/14/22

PAY TO THE ORDER OF  Star Performance Consulting                    $ 100,000.00

One hundred thousand                                               DOLLARS

BANK OF AMERICA
ACH RT 021000322

FOR  Deposit Superb                           9486

⑈001008⑈ ⑉021000322⑉

RETURNED CHECK - returned unpaid first time insufficient funds

