$1,503.60

Available balance

$1,503.60
Present balance

Weekly money in          Weekly money out

$1,503.60
Available plus credit

## Account activity

SHOWING    All transactions ⌄

| Date | Description | Type | Amount | Balance |
|------|-------------|------|--------|---------|
| Pending | ONLINE TRANSFER TO CHK ...1156 TRANSACTION#: 15821439099 11/18 | Account transfer | -$735,000.00 | — |
| | ORIG CO NAME:LIBERTAS FU-9586 ORIG ID:P813053598 DESC DATE: CO ENTRY DESCR:FUNDING SEC:CCD TRACE#:022000043113026 EED:221118 IND ID:668718246330369 IND NAME:NORTHSHORE MOTOR LEASI TRN: 3223113026TC | ACH credit | $735,000.00 | — |
| Nov 15, 2022 | ACCOUNT ANALYSIS SETTLEMENT CHARGE | Fee | -$831.68 | $1,503.60 |
| | ORIG CO NAME:SMARTCASH ALLY H ORIG ID:3002719011 DESC DATE:221114 CO ENTRY DESCR:EDI/EFTPMTSEC:CCD TRACE#:071000280276006 EED:221115 IND ID: IND NAME:189 | ACH debit | -$25,095.00 | $2,335.28 |