6:05

◀ Search

# PERFBUS CHK  (...6338)

**All transactions** | Spending summary

🔍 Search or filter

---

CHIPS CREDIT VIA: BANK OF AMERICA, N.A./0959 B/O: CAR BUYERS NYC INC. NY 117915328 US REF: NBNF=S...

$200,000.00

**Nov 28, 2022**

**Nov 25, 2022**

**Nov 22, 2022**

CHIPS CREDIT VIA: BANK OF AMERICA, N.A./0959 B/O: CAR BUYERS NYC INC. NY 117915328 US REF: NBNF=S...

$300,000.00

**Nov 21, 2022**