**FLUSHING Bank®**

## Certification of Beneficial Owner(s)

### Legal Entity Information For a Deposit/Loan Account

a. Name of Legal Entity: Superb Motors Inc.          Type: Corporation

b. Physical Address of Legal Entity: 215 Northern Blvd, Great Neck, NY 11021   Tax ID #: ▓▓▓▓▓

c. Name of Individual Opening the Account:  Anthony Deo          Title:  CEO

### Ownership Information

d. • List each individual or entity who directly or indirectly, through any contract, arrangement, understanding, relationship or otherwise, owns 25% or more of the equity interests of the Legal Entity listed above.
   • If an individual's aggregate ownership is 25% or more, even if the entity owns less than 25%, it should be listed.

| Name of Individual or Entity | % of Ownership | Name of Individual or Entity | % of Ownership |
|---|---|---|---|
| Anthony Deo | 100% |  |  |
|  |  |  |  |

☐ If checked, ownership % is less than 25% and will be blank.

e. Beneficial Owner Detail.
   • For natural persons listed in (d) record the following information:
   • Explain below any layers of Beneficial Ownership by listing natural persons who own entities noted in (d). Only list individuals if their equity ownership is 25% or more of the Legal Entity opening the account.

| Beneficial Owner #1:  Anthony Deo | Name of Entity:  Superb Motors Inc. |
|---|---|
| % of Ownership: **100%**   Date of Birth: | Title:  CEO |
|  | For U.S. Persons Social Security #: ▓▓▓▓▓ |
| Address:  3 Saddle Ridge Road, Old Westbury, NY 11568 | For Non-U.S. Persons Passport # or other ID*: |
| Driver's License # or Other ID: ▓▓▓▓▓ |  |
| Issuing State or Country of ID: New York | ID Expiration Date: ▓▓▓▓▓ |

| Beneficial Owner #2: | Name of Entity: |
|---|---|
| % of Ownership: _____ Date of Birth: __/__/__ | Title: |
|  | For U.S. Persons Social Security #: |
| Address: | For Non-U.S. Persons Passport # or other ID*: |
| Driver's License # or Other ID: |  |
| Issuing State or Country of ID: | ID Expiration Date: __/__/__ |

| Beneficial Owner #3: | Name of Entity: |
|---|---|
| % of Ownership: _____ Date of Birth: __/__/__ | Title: |
|  | For U.S. Persons Social Security #: |
| Address: | For Non-U.S. Persons Passport # or other ID*: |
| Driver's License # or Other ID: |  |
| Issuing State or Country of ID: | ID Expiration Date: __/__/__ |

Rev. 05/18

**FLUSHING**
Commercial • Business • Consumer **Bank®**

## Certification of Beneficial Owner(s)

### Ownership Information Continued

Beneficial Owner #4: _____

Name of Entity: _____

% of Ownership: _____ Date of Birth: __/__/__

Title: _____
For U.S. Persons
Social Security #: _____
For Non-U.S. Persons
Passport # or other ID*: _____

Address: _____

Driver's License # or Other ID: _____

Issuing State or Country of ID: _____

ID Expiration Date: _____ /__/__

### Management Information

This section cannot be left blank. If the individual is already listed in (e), only Name and Title must be recorded.

f.  Provide information for one individual with significant responsibility for managing the Legal Entity such as:

[x] An executive officer or senior manager (e.g. Chief Executive Officer, Chief Financial Officer, Chief Operating Officer, Managing Member, General Partner, President, Vice President, Treasurer); or

[ ] Any other individual who regularly performs similar functions.

Name:  Anthony Deo _____     Title: CEO _____

Address: _____     Date of Birth: __/__/__

Driver's License # or Other ID: _____     ID Expiration Date: __/__/__
For U.S. Persons
Social Security #: _____
For Non-U.S. Persons
Passport # or other ID and Country of Issuance*: _____

### Certification

I, (name of natural person opening account), hereby certify to the best of my knowledge that the information provided above is complete and correct. I agree to notify the bank of any change in such information.

Name: Anthony Deo _____   Signature: ✗ _____   Date: 4/4/23

### Recertification

**Recertification – 1ˢᵗ**
I hereby certify the information above is complete and correct as of this date and agree to notify the Bank of changes.

Name:  Anthony Deo _____   Signature: ✗ _____   Date: 4/18/23

**Recertification – 2ⁿᵈ**
I hereby certify the information above is complete and correct as of this date and agree to notify the Bank of changes.

Name: _____   Signature: ✗ _____   Date: __/__/__

**Recertification – 3ʳᵈ**
I hereby certify the information above is complete and correct as of this date and agree to notify the Bank of changes.

Name: _____   Signature: ✗ _____   Date: __/__/__

### Bank Use Only Upon Initial Certification

Accepted by: ✗ Robert Puccio   Date: 04/04/2023   Master Deposit Account #: ███████

Print: Robert Puccio   Cost Center #: 455   Master Loan #: _____

*In lieu of a passport number, Non-U.S. persons may also provide an alien identification card number, or number and country of issuance of any other government issued document evidencing nationality or residence and bearing a photograph or similar safeguard.

Page 2 of 2

Rev. 05/18



## Certification of Beneficial Owner(s)

**Legal Entity Information For a Deposit/Loan Account**

a. Name of Legal Entity: Superb Motors Inc.   Type: Corporation

b. Physical Address of Legal Entity: 215 Northern Blvd, Great Neck, NY 11021   Tax ID #: ███

c. Name of Individual Opening the Account: Anthony Deo   Title: CEO

**Ownership Information**

d. • List each individual or entity who directly or indirectly, through any contract, arrangement, understanding, relationship or otherwise, owns 25% or more of the equity interests of the Legal Entity listed above.
   • If an individual's aggregate ownership is 25% or more, even if the entity owns less than 25%, it should be listed.

| Name of Individual or Entity | % of Ownership | Name of Individual or Entity | % of Ownership |
|---|---|---|---|
| Anthony Deo | 100% | | |
| | | | |

☐ If checked, ownership % is less than 25% and will be blank.

e. Beneficial Owner Detail.
   • For natural persons listed in (d) record the following information:
   • Explain below any layers of Beneficial Ownership by listing natural persons who own entities noted in (d). Only list individuals if their equity ownership is 25% or more of the Legal Entity opening the account.

Beneficial Owner #1: Anthony Deo   Name of Entity: Superb Motors Inc.

% of Ownership: 100%   Date of Birth: ███   Title: CEO
For U.S. Persons
Social Security #: ███
Address: 3 Saddle Ridge Road, Old Westbury, NY 11568   For Non-U.S. Persons
Passport # or other ID:
Driver's License # or Other ID: ███
Issuing State or Country of ID: New York   ID Expiration Date: ███

Beneficial Owner #2:   Name of Entity:

% of Ownership: _____ Date of Birth: __/__/__   Title:
For U.S. Persons
Social Security #:
Address:   For Non-U.S. Persons
Passport # or other ID:
Driver's License # or Other ID:
Issuing State or Country of ID:   ID Expiration Date: __/__/__

Beneficial Owner #3:   Name of Entity:

% of Ownership: _____ Date of Birth: __/__/__   Title:
For U.S. Persons
Social Security #:
Address:   For Non-U.S. Persons
Passport # or other ID:
Driver's License # or Other ID:
Issuing State or Country of ID:   ID Expiration Date: __/__/__

Rev. 05/18



## Certification of Beneficial Owner(s)

### Ownership Information Continued

| | |
|---|---|
| Beneficial Owner #4: _____ | Name of Entity: _____ |
| % of Ownership: _____ Date of Birth: __/__/__ | Title: _____ |
| Address: _____ | For U.S. Persons Social Security #: _____ |
| Driver's License # or Other ID: _____ | For Non-U.S. Persons Passport # or other ID*: _____ |
| Issuing State or Country of ID: _____ | ID Expiration Date: __/__/__ |

### Management Information

This section cannot be left blank. If the individual is already listed in (e), only Name and Title must be recorded.

f.  Provide information for one individual with significant responsibility for managing the Legal Entity such as:

☒ An executive officer or senior manager (e.g. Chief Executive Officer, Chief Financial Officer, Chief Operating Officer, Managing Member, General Partner, President, Vice President, Treasurer); or

☐ Any other individual who regularly performs similar functions.

Name: Anthony Deo                    Title: CEO

Address: _____                    Date of Birth: __/__/__

Driver's License # or Other ID: _____          ID Expiration Date: __/__/__

For U.S. Persons
Social Security #: _____

For Non-U.S. Persons
Passport # or other ID and Country of Issuance*: _____

### Certification

I, (name of natural person opening account), hereby certify to the best of my knowledge that the information provided above is complete and correct. I agree to notify the bank of any change in such information.

Name: Anthony Deo          Signature: X _____          Date: 4/4/23

### Recertification

**Recertification – 1st**
I hereby certify the information above is complete and correct as of this date and agree to notify the Bank of changes.

Name: Anthony Deo          Signature: X _____          Date: 4/18/23

**Recertification – 2nd**
I hereby certify the information above is complete and correct as of this date and agree to notify the Bank of changes.

Name: _____          Signature: X _____          Date: __/__/__

**Recertification – 3rd**
I hereby certify the information above is complete and correct as of this date and agree to notify the Bank of changes.

Name: _____          Signature: X _____          Date: __/__/__

### Bank Use Only Upon Initial Certification

Accepted by: X _Robert Fuccio_          Date: 04/04/2023          Master Deposit Account #: ▮▮▮▮▮

Print: Robert Fuccio          Card Center #: 455          Master Loan #: _____

*In lieu of a passport number, Non-U.S. persons may also provide an alien identification card number, or number and country of issuance of any other government issued document evidencing nationality or residence and bearing a photograph or similar safeguard.

Page 2 of 2



## Certification of Beneficial Owner(s)

### Legal Entity Information For a Deposit/Loan Account

a. Name of Legal Entity: Superb Motors Inc.          Type: Corporation

b. Physical Address of Legal Entity: 215 Northern Blvd, Great Neck, NY 11021     Tax ID #: ▮▮▮▮▮

c. Name of Individual Opening the Account: Anthony Deo          Title: CEO

### Ownership Information

d. • List each individual or entity who directly or indirectly, through any contract, arrangement, understanding, relationship or otherwise, owns 25% or more of the equity interests of the Legal Entity listed above.
• If an individual's aggregate ownership is 25% or more, even if the entity owns less than 25%, it should be listed.

| Name of Individual or Entity | % of Ownership | Name of Individual or Entity | % of Ownership |
|---|---|---|---|
| Anthony Deo | 100% | | |
| | | | |

☐ If checked, ownership % is less than 25% and will be blank.

e. Beneficial Owner Detail.
• For natural persons listed in (d) record the following information:
• Explain below any layers of Beneficial Ownership by listing natural persons who own entities noted in (d). Only list individuals if their equity ownership is 25% or more of the Legal Entity opening the account.

Beneficial Owner #1: Anthony Deo          Name of Entity: Superb Motors Inc.

% of Ownership: 100%  Date of Birth: ▮▮▮▮     Title: CEO
                                               For U.S. Persons
Address: 3 Saddle Ridge Road, Old Westbury, NY 11568   Social Security #: ▮▮▮▮▮
                                               For Non-U.S. Persons
Driver's License # or Other ID: ▮▮▮▮▮          Passport # or other ID*: ▮▮▮▮▮

Issuing State or Country of ID: New York        ID Expiration Date: ▮▮▮▮▮

Beneficial Owner #2: _____        Name of Entity: _____

% of Ownership: _____ Date of Birth: __/__/__  Title: _____
                                               For U.S. Persons
Address: _____                   Social Security #: _____
                                               For Non-U.S. Persons
Driver's License # or Other ID: _____     Passport # or other ID*: _____

Issuing State or Country of ID: _____     ID Expiration Date: ___/___/___

Beneficial Owner #3: _____        Name of Entity: _____

% of Ownership: _____ Date of Birth: __/__/__  Title: _____
                                               For U.S. Persons
Address: _____                   Social Security #: _____
                                               For Non-U.S. Persons
Driver's License # or Other ID: _____     Passport # or other ID*: _____

Issuing State or Country of ID: _____     ID Expiration Date: ___/___/___

Rev. 05/16



## Certification of Beneficial Owner(s)

### Ownership Information Continued

Beneficial Owner #4: _____     Name of Entity: _____

% of Ownership: _____ Date of Birth: __/__/__     Title: _____

Address: _____     For U.S. Persons
Social Security #: _____

Driver's License # or Other ID: _____     For Non-U.S. Persons
Passport # or other ID*: _____

Issuing State or Country of ID: _____     ID Expiration Date: __/__/__

### Management Information

This section cannot be left blank. If the individual is already listed in (e), only Name and Title must be recorded.

f.   Provide information for one individual with significant responsibility for managing the Legal Entity such as:

☒ An executive officer or senior manager (e.g. Chief Executive Officer, Chief Financial Officer, Chief Operating Officer, Managing Member, General Partner, President, Vice President, Treasurer); or

☐ Any other individual who regularly performs similar functions.

Name:  Anthony Deo     Title: CEO

Address: _____     Date of Birth: __/__/__

Driver's License # or Other ID: _____     ID Expiration Date: __/__/__

For U.S. Persons
Social Security #: _____

For Non-U.S. Persons
Passport # or other ID and Country of Issuance*: _____

### Certification

I, (name of natural person opening account), hereby certify to the best of my knowledge that the information provided above is complete and correct. I agree to notify the bank of any change in such information.

Name: Anthony Deo     Signature: _____     Date: 4/4/23

### Recertification

**Recertification – 1st**
I hereby certify the information above is complete and correct as of this date and agree to notify the Bank of changes.

Name: _____     Signature: _____     Date: __/__/__

**Recertification – 2nd**
I hereby certify the information above is complete and correct as of this date and agree to notify the Bank of changes.

Name: _____     Signature: _____     Date: __/__/__

**Recertification – 3rd**
I hereby certify the information above is complete and correct as of this date and agree to notify the Bank of changes.

Name: _____     Signature: _____     Date: __/__/__

### Bank Use Only Upon Initial Certification

Accepted by: Robert Puccio     Date: 04/04/2023     Master Deposit Account #: ▓▓▓▓▓

Print: Robert Puccio     Cost Center #: 455     Master Loan #: _____

*In lieu of a passport number, Non-U.S. persons may also provide an alien identification card number, or number and country of issuance of any other government issued document evidencing nationality or residence and bearing a photograph or similar safeguard.

Page 2 of 2

Rev. 05/16

# Non Personal Signature Card

Date: 4/4/23

**FLUSHING** Bank

Commercial • Business • Consumer

| Business Name | Superb Motors Inc. | | Tax ID | ▮▮▮▮▮ |
|---|---|---|---|---|
| Address | 215 Northern Blvd, Great Neck, NY 11021 | | | |
| Reference # | Account Title / Account Subtitle | | | Account #<br>(Bank Use Only) |
| (1) 2023040401 | Superb Motors Inc. | | | ▮▮▮▮▮ |
| (2) | | | | |
| (3) | | | | |
| (4) | | | | |
| (5) | | | | |

☐ Check this box if additional Accounts are to be opened and are listed on additional pages.

The undersigned agree to the by-laws and the rules and regulations of Flushing Bank ("the Bank"), to any future amendments and additions to them, and to any laws and regulations binding on the Bank. The undersigned acknowledge receipt and review of the Bank's disclosures statement and Privacy Notice and agree to the terms and conditions governing this account.;
The undersigned authorize the Bank to investigate credit and employment history and obtain reports from consumer reporting agency (ies) on them as individuals. Except as provided by law or another agreement, each of the undersigned is authorized to make withdrawals from the account(s).
The undersigned agree that the Bank is authorized and empowered to charge this account for any loan or other indebtedness the Business owes to the Bank. In order to make payment on each withdrawal, check or Money Order, the Bank will require such authorized signatures as are appropriate, based on this and any other agreements or instructions the Bank has on file.
CERTIFICATION: Under penalty of perjury, I certify (1) that the number shown on this form is my correct Taxpayer Identification Number (or I am waiting for a number to be issued to me);
(2) that I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; (3) that I am a U.S. citizen or other U.S. person, and (4) that the FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.
CERTIFICATION INSTRUCTIONS: You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. You are not required to sign the Certification for mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends..
(Also see Part 3 of W-9 instructions or similar disclosure).
CERTIFICATION: The undersigned certify that all account opening information provided is accurate and complete. Exemption from FATCA Reporting Code: _____
IMPORTANT ACCOUNT OPENING INFORMATION: Federal Law requires us to obtain sufficient information to verify your identity. We may ask you several questions and we may require one or more forms of identification to fulfill this requirement. In some instances we may use outside sources to confirm the information. The information you provide is protected by our Privacy Policy and Federal Law.

| Signer # 1<br>(Individual<br>Owner if Sole<br>Proprietorship) | Full Name<br>Anthony Deo | | | Signature<br>✗ |
|---|---|---|---|---|
| | Date<br>4/4/23 | Reference #<br>☑ All   ☐ 1   ☐ 2<br>☐ 3   ☐ 4   ☐ 6 | | Reference # |
| Signer # 2<br>(Non-Owner<br>if Sole<br>Proprietorship) | Full Name | | | Signature<br>✗ |
| | Date | Reference #<br>☐ All   ☐ 1   ☐ 2<br>☐ 3   ☐ 4   ☐ 6 | | Reference # |
| Signer # 3<br>(Non-Owner<br>if Sole<br>Proprietorship) | Full Name | | | Signature<br>✗ |
| | Date | Reference #<br>☐ All   ☐ 1   ☐ 2<br>☐ 3   ☐ 4   ☐ 6 | | Reference # |
| Signer # 4<br>(Non-Owner<br>if Sole<br>Proprietorship) | Full Name | | | Signature<br>✗ |
| | Date | Reference #<br>☐ All   ☐ 1   ☐ 2<br>☐ 3   ☐ 4   ☐ 6 | | Reference # |
| Signer # 5<br>(Non-Owner<br>if Sole<br>Proprietorship) | Full Name | | | Signature<br>✗ |
| | Date | Reference #<br>☐ All   ☐ 1   ☐ 2<br>☐ 3   ☐ 4   ☐ 6 | | Reference # |

☐ Check this box if additional Signers are listed on additional pages.
This Signature Card supersedes and terminates the Signature Card dated _____ and any related Signature Card Addendums.

## Account Signer Profile

**FLUSHING** Bank
Commercial ▪ Business ▪ Consumer

Date: 4/4/23

☒ Business  ☐ Personal

### Business Information

| Business Name | Superb Motors Inc. | Tax ID | ▮▮▮▮ |
|---|---|---|---|

**IMPORTANT ACCOUNT OPENING INFORMATION:** Federal Law requires us to obtain sufficient information to verify your identity. You may be asked several questions and to provide one or more forms of identification to fulfill this requirement. In some instances we may use outside sources to confirm the information. The information you provide is protected by our Privacy Policy and Federal Law.
A Secondary ID # is not required for a business account.

| First Name | Middle Name | Last Name | Occupation |
|---|---|---|---|
| Anthony | | Deo | CEO of Superb Motors Inc |

| SSN | DOB | Primary ID # and Expiration Date | Secondary ID # and Expiration Date |
|---|---|---|---|
| ▮▮▮▮ | ▮▮▮▮ | NYDL ▮▮▮▮ | |

| Street / City / State / Zip | | | Mother's Maiden Name |
|---|---|---|---|
| 3 Saddle Ridge Road, Old Westbury, NY 11568 | | | |

| Email | Home Phone | Business Phone | Cell Phone |
|---|---|---|---|
| anthony.deo@teamauto.com | N/A | 516-821-2280 | 516-509-1668 |

| First Name | Middle Name | Last Name | Occupation |
|---|---|---|---|
| | | | |

| SSN | DOB | Primary ID # and Expiration Date | Secondary ID # and Expiration Date |
|---|---|---|---|
| | | | |

| Street / City / State / Zip | | | Mother's Maiden Name |
|---|---|---|---|
| | | | |

| Email | Home Phone | Business Phone | Cell Phone |
|---|---|---|---|
| | | | |

| First Name | Middle Name | Last Name | Occupation |
|---|---|---|---|
| | | | |

| SSN | DOB | Primary ID # and Expiration Date | Secondary ID # and Expiration Date |
|---|---|---|---|
| | | | |

| Street / City / State / Zip | | | Mother's Maiden Name |
|---|---|---|---|
| | | | |

| Email | Home Phone | Business Phone | Cell Phone |
|---|---|---|---|
| | | | |

| First Name | Middle Name | Last Name | Occupation |
|---|---|---|---|
| | | | |

| SSN | DOB | Primary ID # and Expiration Date | Secondary ID # and Expiration Date |
|---|---|---|---|
| | | | |

| Street / City / State / Zip | | | Mother's Maiden Name |
|---|---|---|---|
| | | | |

| Email | Home Phone | Business Phone | Cell Phone |
|---|---|---|---|
| | | | |

| First Name | Middle Name | Last Name | Occupation |
|---|---|---|---|
| | | | |

| SSN | DOB | Primary ID # and Expiration Date | Secondary ID # and Expiration Date |
|---|---|---|---|
| | | | |

| Street / City / State / Zip | | | Mother's Maiden Name |
|---|---|---|---|
| | | | |

| Email | Home Phone | Business Phone | Cell Phone |
|---|---|---|---|
| | | | |

### For Bank Use Only

| Account Number(s) | Information Obtained By (Print Name) | Signature |
|---|---|---|
| 9990234591 | Robert Puccio | *Robert Puccio* |

By completing and signing this form, I hereby certify, to the best of my knowledge, the information provided to me by the customer is complete and accurate.



**FLUSHING** Bank

## INTERNET GAMBLING NOTICE AND CERTIFICATION

Pursuant to the Unlawful Internet Gambling Enforcement Act of 2006 and Regulation GG, "restricted transactions" such as those in which a person accepts credit, funds, instruments or other proceeds from another person in connection with unlawful Internet gambling, are prohibited. You certify that such transactions will not be conducted through your account at Flushing Bank. Please be advised that if Flushing Bank determines that your account is being used to engage in restricted transactions, we reserve the right to terminate your access to certain payment systems and/or close your account.

I, **Anthony Deo**
_____
Customer Name

**CEO**, of **Superb Motors Inc.**
_____
Title (i.e. Pres., Sec.)         Company Name

Company/Corporation/Partnership/LLC/Sole Proprietorship do hereby certify that the above named

Business entity does not engage in any type of Internet Gambling business.

_____
Signature

**4/4/23**
_____
Date

| FOR BANK USE ONLY. | | |
|---|---|---|
| Account(s) #: ▓▓▓▓▓▓▓▓ | Originating Br #: | **455** |
| | Accepted By: | **Robert Puccio** |
| | | (Print Name) |

Rev. 9/17

**FLUSHING** Bank

## Resolution of Authority | Flushing Bank

☑ New   ☐ Change

| | |
|---|---|
| Account Title: | Super© Motors Inc. | TIN Number: ▮▮▮▮▮▮ |
| Entity Address: | 215 Northern Blvd., Great Neck, NY 11021 | Telephone Number: 516-821-3280 |

The individual(s) signing this Resolution hereby certifies to Flushing Bank, ("Bank") that the Entity is (check one)
☐ a Sole Proprietorship owned entirely by the individual signing this Resolution, a duly formed and valid existing.
☐ a General Partnership
☐ a Limited Partnership.
☐ a Service Award Trust organized by the Trustee of the _____ of _____, and that the individual signing this Resolution as
☐ its secretary or assistant secretary and the keeper of its records.
☐ a Limited Liability Partnership organized under the laws of the state of _____, and that the individuals signing this Resolution constitute all of the
general partners of the partnership.
☑ a Corporation duly organized and in good standing under the laws of the state of **NY**, and that the individual signing this Resolution is its secretary
or assistant secretary and the keeper of the records and corporate seal, if any.
☐ an Unincorporated Association or Organization and that the individuals signing this Resolution is the keeper of the records and seal, if any.
☐ a Limited Liability Company organized under the laws of the state of _____, and that the individuals signing this Resolution constitutes all of the
members or managers, as appropriate of the company.

The following is a true and correct copy of the resolution adopted by the Entity; such resolutions are now in full force and effect.

### Depository and Withdrawal Authorization

RESOLVED, that Bank is designated a depository in which the funds of the Entity may be deposited and/or withdrawn by any (indicate number) __1__ of the persons listed below in the manner so designated, subject to Bank's deposit account agreement at the time may be amended from time to time. The persons listed are authorized to endorse for collection, deposit, re-negotiation, any and all checks, drafts, notes, bills of exchange, certificates of deposit, and orders for the payment or transfer of money between account at Bank and other banks, either belonging to or coming into the possession of the Entity. Endorsements "for deposit" may be written or stamped. Bank may accept any instruments for deposit to any depository account of the Entity without endorsement or may supply the endorsement of the Entity. The person so designated are authorized to sign any and all checks, drafts, and orders drawn against any designated accounts of the Entity (including saving accounts) at Bank. Bank is authorized to honor and pay all checks, drafts, and orders when so signed or endorsed without inquiry as to the circumstances of issue or disposition of the proceeds and regardless of to whom such instrument are payable or endorsed, including those drawn or endorsed to the individual order of any such person listed, even if doing so causes or increases an overdraft.

| PRINT NAME: | TITLE: | PRINT NAME: | TITLE: |
|---|---|---|---|
| Anthony Deo | CEO | | |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

### Signing Authorization

RESOLVED, that any __1__ of the persons indicated above is authorized to act for and on behalf of the Entity in any matter involving any of the Entity' depository accounts at Bank, including the authority to instruct Bank to close the account, to gain instructions by means other than the signing of any form with respect to account transactions such as those initiated via electronic debit, payment, wire transfer, or other withdrawal of funds by computer, electronic or other technology means; and is further authorized to sign and implement for and in the same on behalf of the Entity, to they, or any of them so fit, the agreements, instructions, drafts, orders, instructions, or other documents relating to any depository accounts or other business of the Entity including, but not limited to payroll agreements, repurchase agreements, night depository agreements, funds transfer agreements, agreement for automated clearinghouse services, agreements for online services, and/or ach deposit agreements.

### Borrowing Authorization

RESOLVED, that any __1__ of the persons indicated below is authorized to act for and on behalf of the Entity to borrow money and to obtain credit for the Entity from Bank on such terms as may seem to advisable and to make and deliver notes, drafts, acceptances and any other obligations of the Entity therefore, instruments of guarantee and of indemnity, agreements and contracts, all in form satisfactory to Bank; and, as security therefor, to grant a security interest in and to assign, transfer, hypothecate, mortgage, pledge, trustee, withdraw, exchange and substitute any stocks, bonds, securities, mortgages, bills and accounts, bills of lading, warehouse receipts, goods, insurance policies, certificates or any other property of every nature and description held by or belonging to the Entity, with full authority to endorse, assign or guarantee the same in the name of the Entity; to execute and deliver security agreements and all instruments of assignment, transfer, hypothecation, mortgage, pledge and trust, to sell or discount such or without recourse any bills receivable or any other paper, whether or not negotiable, held by the Entity; in subordinate and assign any obligations and debts owed to the Entity by another or others, and in connection therewith, to execute and deliver instruments of subordination and assignment in form satisfactory to Bank; to authorize and request Bank to purchase, sell, deliver or exchange for the account of the Entity stocks, bonds, certificates of deposit or other securities, and foreign exchange or the proceeds thereof; and to execute and deliver all instruments, agreements and contracts required by Bank in connection with any matters herein contained or in connection with any service, of whatever nature or description, to be provided by Bank to the Entity.

| PRINT NAME: | TITLE: | PRINT NAME: | TITLE: |
|---|---|---|---|
| Anthony Deo | CEO | | |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

### Service Award Trust Authorization

RESOLVED that Bank may draw periodic checks from its central, mass check account, which will be funded, as required, through a charge to any of the Entity' depository accounts with Bank, to pay the settlement owed to eligible participants as directed by an account signer authorized by the Entity. These payments will not change and will continue until Bank is instructed otherwise by the Entity.

### Further Authorization

BE IT FURTHER RESOLVED that the secretary or assistant secretary (if a corporation or unincorporated association), the sole owner/proprietor (if a sole proprietorship), any member or manager, as appropriate (if a limited liability company), or any general partner (if a partnership) is authorized to certify to the Bank the name, title, specimen signature and decidable signature with respect to any additions or deletions of persons authorized to carry out the purposes and intent of these resolutions and that this resolution shall remain in full force and effect until express written notice of rescission or modification is received by the Bank. If the authority contained herein should be revoked or terminated by operation of law or any other cause unknown to such notice, it is resolved that the Bank shall be indemnified and saved harmless from any and all loses suffered or liabilities incurred by it so acting after such revocation or termination without notice.

IN WITNESS WHEREOF, the undersigned has hereunder subscribed his/her name(s) and affixed the seal, if any, of the Entity this __A__ day of __April 2023__

| For a Service Award Trust, Corporation or Unincorporated Association or Organization: | For Sole Proprietorship | For Partnership (all general partners must sign) For Limited Liability Company (all members must sign) |
|---|---|---|
| _____ X | _____ | _____ |
| Secretary | Owner/Sole Proprietor | Partner/Member/Manager |

☐ THIS IS A NOT-FOR-PROFIT BUSINESS.    _____
                                          Partner/Member/Manager

This Resolution supersedes and terminates the resolution dated _____.

Rev. 03/2021

# CERTIFICATE OF INCORPORATION
# OF
# SUPERB MOTORS INC.

### Under Section 402 of the Business Corporation Law

I, the undersigned, a natural person of at least 18 years of age, for the purpose of forming a corporation under Section 402 of the Business Corporation Law of the State of New York hereby certify:

**FIRST:** The name of the corporation is:

### SUPERB MOTORS INC.

**SECOND:** This corporation is formed to engage in any lawful act or activity for which a corporation may be organized under the Business Corporation Law, provided that it is not formed to engage in any act or activity requiring the consent or approval of any state official, department, board, agency or other body without such consent or approval first being obtained.

**THIRD:** The county, within this state, in which the office of the corporation is to be located is NASSAU.

**FOURTH:** The total number and value of shares of common stock which the corporation shall have authority to issue is: 200 SHARES WITH NO PAR VALUE.

**FIFTH:** The Secretary of State is designated as agent of the corporation upon whom process against it may be served. The address within or without this state to which the Secretary of State shall mail a copy of any process against the corporation served upon him or her is:

THE CORPORATION
15 LANCASTER STREET
LYNBROOK, NY 11563

**SIXTH:** No Director of this corporation shall be personally liable to the corporation, or its shareholders for damages for any breach of duty in such capacity, provided that this provision shall not limit the liability of any director if a judgment or other final adjudication, adverse to him, establishes that his act or omissions were in bad faith or involved intentional misconduct or a knowing violation of law or that he personally gained in fact a financial profit or other advantage, to which he was not legally entitled or that his acts violated Section 719 of the New York Business Corporation Law.

**SEVENTH:** The holders of any of the corporation's equity shares shall be entitled to preemptive rights in accordance with the provisions of BCL section 622.

I certify that I have read the above statements, I am authorized to sign this Certificate of Incorporation, that the above statements are true and correct to the best of my knowledge and belief and that my signature typed below constitutes my signature.

KRISTIE L. DELONG  (signature)

KRISTIE L.  DELONG, INCORPORATOR
BLUMBERGEXCELSIOR
236 BROADWAY
MENANDS, NY 12204

**Filed by:**
BLUMBERGEXCELSIOR CORPORATE SERVICES, INC.
236 BROADWAY
MENANDS, NY 12204

# BLUMBERGEXCELSIOR CORPORATE SERVICES INC. (39)
# DRAWDOWN
# CUSTOMER REF# 353195

# FILED WITH THE NYS DEPARTMENT OF STATE ON: 02/04/2021
# FILE NUMBER: 210204010081; DOS ID: 5933755

TAX ID



New York State Department of Motor Vehicles

# OFFICIAL BUSINESS
# CERTIFICATE

*THIS CERTIFICATE EXPIRES* 04/30/25

*FACILITY IDENTIFICATION NO.* 7128150   DLU

Validation Date and Number:   03/23/23      90392

This person is **REGISTERED AS A**
                              **DEALER**

pursuant to the provisions of the Vehicle and Traffic Law.

SUPERB MOTORS INC
215 NORTHERN BLVD
GREAT NECK NY        11021



This document does not certify that this business complies with zoning and other local laws.
**POST IN A CONSPICUOUS PLACE**

I-81P (11/95)

# Department of State
## Division of Corporations

## Entity Information

Return to Results    Return to Search

Entity Details

**ENTITY NAME:** SUPERB MOTORS INC.

**FOREIGN LEGAL NAME:**

**ENTITY TYPE:** DOMESTIC BUSINESS CORPORATION

**SECTIONOF LAW:** 402 BCL - BUSINESS CORPORATION LAW

**DATE OF INITIAL DOS FILING:** 02/04/2021

**EFFECTIVE DATE INITIAL FILING:** 02/04/2021

**FOREIGN FORMATION DATE:**

**COUNTY:** NASSAU

**JURISDICTION:** NEW YORK, UNITED STATES

**DOS ID:** 5933755

**FICTITIOUS NAME:**

**DURATION DATE/LATEST DATE OF DISSOLUTION:**

**ENTITY STATUS:** ACTIVE

**REASON FOR STATUS:**

**INACTIVE DATE:**

**STATEMENT STATUS:** CURRENT

**NEXT STATEMENT DUE DATE:** 02/28/2023

**NFP CATEGORY:**

ENTITY DISPLAY

Service of Process on the Secretary of State as Agent

The Post Office address to which the Secretary of State shall mail a copy of any process against the corporation served upon the Secretary of State by personal delivery:

**Name:** THE CORPORATION

**Address:** 15 LANCASTER STREET, LYNBROOK, NY, UNITED STATES, 11563

**Electronic Service of Process on the Secretary of State as agent: Not Permitted**

Chief Executive Officer's Name and Address

**Name:**

**Address:**

Principal Executive Office Address

**Address:**

Registered Agent Name and Address

**Name:**

**Address:**

Entity Primary Location Name and Address

**Name:**

**Address:**

Farmcorpflag

**Is The Entity A Farm Corporation:** NO

Stock Information

| Share Value | Number Of Shares | Value Per Share |
|---|---|---|
| NO PAR VALUE | 200 | $0.00000 |


**FLUSHING Bank**

**STATEMENT of ACCOUNT**

800.581.2889 (855.540.2274 TTY/TDD)

SUPERB MOTORS INC.
215 NORTHERN BLVD
GREAT NECK NY 11021-4401

| | |
|---|---|
| Statement Begin Date: | 04/05/2023 |
| Statement End Date: | 04/30/2023 |
| Account Number: | ████ |

🖹 Save as PDF

## CASH MANAGEMENT          9990234591

### All Transactions by Date

| Date | Description | Withdrawal / Debit (-) | Deposit / Credit (+) | Balance |
|------|-------------|------------------------|----------------------|---------|
| 04/04 | Balance Forward | | | $0.00 |
| 04/05 | Deposit | | $0.00 | $0.00 |
| 04/10 | Deposit | | $39,939.41 | $39,939.41 |
| 04/15 | Deposit | | $54,093.78 | $94,033.19 |
| 04/22 | Deposit | | $20,600.00 | $114,633.19 |

### Interest Rate Summary

| Date | Rate |
|------|------|
| | 0.00% |

### Account Summary

Previous Statement Date: 04/04/2023

| Beginning Balance + | Deposits + | Interest Paid - | Withdrawals - | Service Charge = | Ending Balance |
|---------------------|-----------|-----------------|---------------|------------------|----------------|
| $0.00 | $114,633.19 | $0.00 | $0.00 | $0.00 | $114,633.19 |

Avg Stmt Available Bal  $72,678.00

Minimum Balance  $0.00

## Summary of Deposit Accounts

| TYPE OF ACCOUNT | ACCOUNT | BALANCE | INT-RATE% | YTD-INT | YTD-PENALTY | MATURITY |
|-----------------|---------|---------|-----------|---------|-------------|----------|
| Checking | ████ | $114,633.19 | 0.00000% | $0.00 | | |

**Updated Account Terms and Conditions
are now available on the Flushing Bank website.
Please visit FlushingBank.com.**

 **FLUSHING** Bank

800.581.2889 (855.540.2274 TTY/TDD)

SUPERB MOTORS INC.
215 NORTHERN BLVD
GREAT NECK NY 11021-4401

**STATEMENT
of
ACCOUNT**

| | |
|---|---|
| Statement Begin Date: | 05/01/2023 |
| Statement End Date: | 05/31/2023 |
| Account Number: | █████████ |

🖨 Save as PDF

## CASH MANAGEMENT                    9990234591

All Transactions by Date

| Date | Description | Withdrawal / Debit (-) | Deposit / Credit (+) | Balance |
|---|---|---|---|---|
| 04/30 | Balance Forward | | | $114,633.19 |
| 05/03 | Deposit | | $16,000.00 | $130,633.19 |
| 05/05 | Deposit | | $29,227.40 | $159,860.59 |
| 05/08 | TRANSFER TO CK XXXXXXXX8362 | $60,000.00- | | $99,860.59 |
| 05/09 | Deposit | | $28,000.00 | $127,860.59 |
| 05/18 | Deposit | | $9,500.00 | $137,360.59 |
| 05/23 | Deposit | | $10,500.00 | $147,860.59 |
| 05/24 | TRANSFER TO CK XXXXXXXX8362 | $35,000.00- | | $112,860.59 |
| 05/29 | TRANSFER TO CK XXXXXXXX8362 | $20,000.00- | | $92,860.59 |
| 05/31 | TRANSFER TO CK XXXXXXXX8362 | $30,000.00- | | $62,860.59 |
| 05/31 | TRANSFER TO CK XXXXXXXX8362 | $20,000.00- | | $42,860.59 |

### Interest Rate Summary

| Date | Rate |
|---|---|
| | 0.00% |

### Account Summary

Previous Statement Date: 04/30/2023

| Beginning Balance + | Deposits + | Interest Paid - | Withdrawals - | Service Charge = | Ending Balance |
|---|---|---|---|---|---|
| $114,633.19 | $93,227.40 | $0.00 | $165,000.00 | $0.00 | $42,860.59 |

Avg Stmt Available Bal $124,137.69

Minimum Balance $42,860.59

### Summary of Deposit Accounts

| TYPE OF ACCOUNT | ACCOUNT | BALANCE | INT-RATE% | YTD-INT | YTD-PENALTY | MATURITY |
|---|---|---|---|---|---|---|
| Checking |  | $42,860.59 | 0.00000% | $0.00 | | |

**Take advantage of this great rate! A Flushing Bank 15 Month Consumer CD is now earning 4.60% APY (Annual Percentage Yield). With a minimum deposit of $1,000 you can start earning one of the most competitive rates around. A penalty may be imposed for early withdrawal on CDs. Rate is effective as of 1/27/23 and is subject to change without notice. Open a 15 Month Flushing Bank Consumer CD today and start earning more!**


**FLUSHING** Bank

**STATEMENT of ACCOUNT**

800.581.2889 (855.540.2274 TTY/TDD)

SUPERB MOTORS INC.
215 NORTHERN BLVD
GREAT NECK NY 11021-4401

| | |
|---|---|
| Statement Begin Date: | 06/01/2023 |
| Statement End Date: | 06/30/2023 |
| Account Number: | ■■■■■■■■ |

🖨Save as PDF

## CASH MANAGEMENT                 9990234591

### All Transactions by Date

| Date | Description | Withdrawal / Debit (-) | Deposit / Credit (+) | Balance |
|---|---|---|---|---|
| 05/31 | Balance Forward | | | $42,860.59 |
| 06/03 | Deposit | | $5,000.00 | $47,860.59 |
| 06/09 | TRANSFER TO CK XXXXXXXX8362 | $30,000.00- | | $17,860.59 |
| 06/10 | Deposit | | $14,500.00 | $32,360.59 |
| 06/12 | TRANSFER TO CK XXXXXXXX8362 | $10,000.00- | | $22,360.59 |
| 06/13 | Deposit | | $8,685.00 | $31,045.59 |
| 06/14 | TRANSFER TO CK XXXXXXXX8362 | $10,000.00- | | $21,045.59 |
| 06/15 | ZURICH NA SNAPSH CHASE PYMT | | $95,170.33 | $116,215.92 |
| 06/15 | Deposit | | $15,000.00 | $131,215.92 |
| 06/20 | Deposit | | $5,200.00 | $136,415.92 |
| 06/20 | TRANSFER TO CK XXXXXXXX8362 | $60,000.00- | | $76,415.92 |
| 06/27 | Deposit | | $9,100.00 | $85,515.92 |
| 06/28 | TRANSFER TO CK XXXXXXXX8362 | $20,000.00- | | $65,515.92 |
| 06/30 | TRANSFER TO CK XXXXXXXX8362 | $40,000.00- | | $25,515.92 |

### Interest Rate Summary

| Date | Rate |
|---|---|
| | 0.00% |

### Account Summary

Previous Statement Date: 05/31/2023

| Beginning Balance + | Deposits + | Interest Paid - | Withdrawals - | Service Charge = | Ending Balance |
|---|---|---|---|---|---|
| $42,860.59 | $152,655.33 | $0.00 | $170,000.00 | $0.00 | $25,515.92 |

Avg Stmt Available Bal $65,432.43

Minimum Balance $17,860.59

## Summary of Deposit Accounts

| TYPE OF ACCOUNT | ACCOUNT | BALANCE | INT-RATE% | YTD-INT | YTD-PENALTY | MATURITY |
|---|---|---|---|---|---|---|
| Checking | ███████ | $25,515.92 | 0.00000% | $0.00 | | |

**Take advantage of this great rate! A Flushing Bank 15 Month Consumer CD is now earning 4.60% APY (Annual Percentage Yield). With a minimum deposit of $1,000 you can start earning one of the most competitive rates around. A penalty may be imposed for early withdrawal on CDs. Rate is effective as of 1/27/23 and is subject to change without notice. Open a 15 Month Flushing Bank Consumer CD today and start earning more!**



# FLUSHING
## Bank

**STATEMENT**
**of**
**ACCOUNT**

800.581.2889 (855.540.2274 TTY/TDD)

SUPERB MOTORS INC.
215 NORTHERN BLVD
GREAT NECK NY 11021-4401

| | |
|---|---|
| Statement Begin Date: | 07/01/2023 |
| Statement End Date: | 07/31/2023 |
| Account Number: | ████████ |

🖫Save as PDF

## CASH MANAGEMENT          9990234591

### All Transactions by Date

| Date | Description | Withdrawal / Debit (-) | Deposit / Credit (+) | Balance |
|---|---|---|---|---|
| 06/30 | Balance Forward | | | $25,515.92 |
| 07/07 | TRANSFER TO CK XXXXXXXX8362 | $25,000.00- | | $515.92 |
| 07/24 | Deposit | | $32,658.00 | $33,173.92 |
| 07/25 | TRANSFER TO CK XXXXXXXX8634 | $250.00- | | $32,923.92 |
| 07/26 | TRANSFER TO CK XXXXXXXX8362 | $30,000.00- | | $2,923.92 |
| 07/27 | Deposit | | $13,000.00 | $15,923.92 |
| 07/31 | TRANSFER TO CK XXXXXXXX8362 | $15,000.00- | | $923.92 |

### Interest Rate Summary

| Date | Rate |
|---|---|
| | 0.00% |

### Account Summary

Previous Statement Date: 06/30/2023

| Beginning Balance + | Deposits + | Interest Paid - | Withdrawals - | Service Charge = | Ending Balance |
|---|---|---|---|---|---|
| $25,515.92 | $45,658.00 | $0.00 | $70,250.00 | $0.00 | $923.92 |

Avg Stmt Available Bal  $9,532.50

Minimum Balance  $515.92

### Summary of Deposit Accounts

| TYPE OF ACCOUNT | ACCOUNT | BALANCE | INT-RATE% | YTD-INT | YTD-PENALTY | MATURITY |
|---|---|---|---|---|---|---|
| Checking | ████ | $923.92 | 0.00000% | $0.00 | | |

**Take advantage of this great rate! A Flushing Bank 12 Month Consumer**
**CD is now earning 5.00% APY (Annual Percentage Yield). With a**

Case 2:23-cv-06188-JMW   Document 11-9   Filed 09/20/23   Page 23 of 23 PageID #: 262

minimum deposit of $1,000 you can start earning one of the most
competitive rates around. A penalty may be imposed for early
withdrawal on CDs. Rate is effective as of 6/28/23 and is subject to
change without notice. Open a 12 Month Flushing Bank Consumer CD
today and start earning more!