

**NISSAN**

Nissan North America

## AUTHORIZATION AGREEMENT FOR CORPORATION PAYMENTS (CREDITS)

| DEPOSITOR'S LEGAL AND TRADE NAME AND ADDRESS | NNA VENDOR NUMBER |
|---|---|
| Superb Motors / Northshore <br> 215 Northern Blvd <br> Great Neck NY 11021 | |

(Hereinafter called DEPOSITOR) hereby authorizes NISSAN NORTH AMERICA, INC (hereinafter called NNA) to initiate credit entries, electronically, by paper means or by any other commercially accepted method, to DEPOSITOR'S checking account indicated below and the depository named below (hereinafter called BANK) to credit the same to such account. **DEPOSITOR has contacted its bank for the account and routing information.** Depositor hereby instructs NNA to cease making electronic credit entries to any other bank accounts.

| BANK NAME | BRANCH NAME |
|---|---|
| JP Morgan Chase | Great Neck |

| BANK'S STREET ADDRESS, CITY | STATE | ZIP |
|---|---|---|
| 410 Northern Blvd, Great Neck | NY | 11021 |

| ROUTING NO. (9 DIGITS) * | ACCOUNT NO. |
|---|---|
| 021000021 | 717055518 |

Above Bank is ☐ Beneficiary   ☐ Intermediary

## *IMPORTANT: PLEASE CONTACT YOUR BANK FOR CORRECT ROUTING NUMBER

This authority is to remain in full force and effect until NNA has received written notification from DEPOSITOR of its termination in such time and in such manner as to afford NNA and BANK a reasonable opportunity to act on it.

BY

Anthony Deo
NAME (PLEASE PRINT)

(SIGNATURE OF AUTHORIZED REPRESENTATIVE)

DATE   4·6·23

PHONE NUMBER   516-509-1668

ACCTS RECEIVABLE CONTACT NAME

EMAIL ADDRESS FOR REMITTANCE DETAIL   Anthony.Deo@TeamAuto.com

**Check Appropriate Action:**

☐ New EFT Set Up        ☐ Change EFT Set Up

**NISSAN** NISSAN NORTH AMERICA, INC.

| Details | Posting Date | Description | | | Amount | Type | Balance | Check or Slip # |
|---|---|---|---|---|---|---|---|---|
| DEBIT | 8/8/2023 | ORIG CO NAME:NESNA Mitu/Affi | ORIG ID:7360729375 DESC DATE:AUG 08 CO ENTRY DESCR:NESNA   SEC:CCD   TRACE#:021000020890024 EED:230808   IND ID:SA10073 | IND NAME:Northshore Motor Leasi TRN: 2200890024TC | -238048 | ACH_DEBIT | | |
| DEBIT | 7/10/2023 | ORIG CO NAME:NESNA Mitu/Affi | ORIG ID:7360729375 DESC DATE:JUL 10 CO ENTRY DESCR:NESNA   SEC:CCD   TRACE#:021000020187188 EED:230710   IND ID:SA10073 | IND NAME:Northshore Motor Leasi TRN: 1880187188TC | -11114 | ACH_DEBIT | | |
| DEBIT | 6/12/2023 | ORIG CO NAME:NESNA Mitu/Affi | ORIG ID:7360729375 DESC DATE:JUN 10 CO ENTRY DESCR:NESNA   SEC:CCD   TRACE#:021000020243635 EED:230612   IND ID:SA10073 | IND NAME:Northshore Motor Leasi TRN: 1600243635TC | -106107.4 | ACH_DEBIT | | |
| DEBIT | 5/10/2023 | ORIG CO NAME:NESNA Mitu/Affi | ORIG ID:7360729375 DESC DATE:MAY 10 CO ENTRY DESCR:NESNA   SEC:CCD   TRACE#:021000027726073 EED:230510   IND ID:SA10073 | IND NAME:Northshore Motor Leasi TRN: 1297726073TC | -59783.71 | ACH_DEBIT | | |
| DEBIT | 4/11/2023 | ORIG CO NAME:NESNA Mitu/Affi | ORIG ID:7360729375 DESC DATE:APR 11 CO ENTRY DESCR:NESNA   SEC:CCD   TRACE#:021000025378793 EED:230411   IND ID:SA10073 | IND NAME:Northshore Motor Leasi TRN: 1015378793TC | -11914 | ACH_DEBIT | | |
| | | | | TOTAL | -426967.11 | | | |