

# BUSINESS SIGNATURE CARD

V2.4_09_30_19

This form captures the signatures of authorized account signers of the Customer. Each signer must use black ink to sign inside the signature box or insert a duplicate image of an original signature. They may also provide a facsimile signature (including a computer generated signature) that can be applied to a check drawn on the Customer's account.

Page 1 of 1

## Customer details

| | |
|---|---|
| Legal name | SUPERB MOTORS INC. |
| TIN/SSN | [REDACTED] |
| Address | 215 NORTHERN BLVD |
| City, State ZIP | GREAT NECK, NY, 110214401, USA |
| Phone | |
| Account(s) | Number(s) and title(s) → [REDACTED]  SUPERB MOTORS INC.  Payroll Account |

☒ Signatures for new Account(s)
☐ Additional signatures for listed Account(s)
☐ Replacement of all signatures for listed Account(s)

## Account signers

| | |
|---|---|
| Name | Robert Urrutia |
| Title | Owner |
| Business email | tony@macautogroupct.com |
| Phone number(s) | 631-561-9807 |
| Signature | *[signed]* |

| | |
|---|---|
| Name | Karla Cruz |
| Title | Chief Financial Officer |
| Business email | karla@yourteamauto.com |
| Phone number(s) | (203)-520-5110 |
| Signature | *[signed]* |

## Agreement

Customer agrees that:
- it has received and is bound by to Account Terms and any applicable Service Terms, supplements, or amendments
- a facsimile signature may only be used for the issuance or endorsement of checks and that any person who applies such an image is authorized to issue, or verify the issuance of, any check drafted against the listed Account(s) or endorse a check for deposit to the listed Account(s), and
- JPMorgan Chase, N.A. (the bank) can rely on each Account signer's authority until the bank receives written notice to the contrary and has had reasonable opportunity to act on it.

## Certification

I certify that I am authorized to sign this document for the Customer and that each:
- statement in this document is correct and satisfies our internal account authorization, organization and governing documents
- Account signer's signature, whether an original or a duplicate image of an original, is an accurate and complete representation of that signer's signature
- Account signer is authorized to sign and act for the Customer for each listed Account (including enrolling in a service), and
- image (including a facsimile signature) is authorized for use when issuing a check, regardless of who applies it or how it is applied.

| Signature | *[signed]* | Name | Robert Urrutia | Date | 4/26/21 |
|---|---|---|---|---|---|
| | | Title | Owner | | |
| Signature (if required by your corporate resolution) | | Name | | Date | |
| | | Title | | | |



# BUSINESS SIGNATURE CARD

V2.4_09_30_19

This form captures the signatures of authorized account signers of the Customer. Each signer must use black ink to sign inside the signature box or insert a duplicate image of an original signature. They may also provide a facsimile signature (including a computer generated signature) that can be applied to a check drawn on the Customer's account.

Page 1 of 2

### Customer details

| | |
|---|---|
| Legal name | SUPERB MOTORS INC. |
| TIN/SSN | [redacted] |
| Address | 215 NORTHERN BLVD |
| City, State ZIP | GREAT NECK, NY, 110214401, USA |
| Account(s) | Number(s) and title(s) → [redacted] SUPERB MOTORS INC PAYROLL ACCOUNT [redacted] SUPERB MOTORS INC OPERATING ACCOUNT |

- [ ] Signatures for new Account(s)
- [ ] Additional signatures for listed Account(s)
- [X] Replacement of all signatures for listed Account(s)

Phone

### Account signers

| | |
|---|---|
| Name | ROBERT URRUTIA |
| Title | OWNER |
| Business email | tony@yourteamauto.com |
| Phone number(s) | 631-561-9807 |
| Signature | *(signed)* |

| | |
|---|---|
| Name | ALYSIA CAYER |
| Title | CFO |
| Business email | alysiac@yourteamauto.com |
| Phone number(s) | 484-678-1640 |
| Signature | *(signed) Alysia Cayer* |

### Agreement

Customer agrees that:
- it has received and is bound by to Account Terms and any applicable Service Terms, supplements, or amendments
- a facsimile signature may only be used for the issuance or endorsement of checks and that any person who applies such an image is authorized to issue, or verify the issuance of, any check drafted against the listed Account(s) or endorse a check for deposit to the listed Account(s), and
- JPMorgan Chase, N.A. (the bank) can rely on each Account signer's authority until the bank receives written notice to the contrary and has had reasonable opportunity to act on it.

### Certification

I certify that I am authorized to sign this document for the Customer and that each:
- statement in this document is correct and satisfies our internal account authorization, organization and governing documents
- Account signer's signature, whether an original or a duplicate image of an original, is an accurate and complete representation of that signer's signature
- Account signer is authorized to sign and act for the Customer for each listed Account (including enrolling in a service), and
- image (including a facsimile signature) is authorized for use when issuing a check, regardless of who applies it or how it is applied.

| Signature | Name | ROBERT URRUTIA | Date |
|---|---|---|---|
| *(signed)* | Title | OWNER | 2-3-22 |

| Signature (if required by your corporate resolution) | Name | | Date |
|---|---|---|---|
| | Title | | |



## Customer details

| | |
|---|---|
| Legal name | SUPERB MOTORS INC. |
| Account(s) | ███████ SUPERB MOTORS INC PAYROLL ACCOUNT |
| | ███████ SUPERB MOTORS INC OPERATING ACCOUNT |

## Additional account signers

| | | | |
|---|---|---|---|
| Name | BRUCE NOVICKY | Phone number(s) | 203-300-2209 |
| Title | COO | Signature | *[signed]* |
| Business email | brucen@yourteamauto.com | | |

| | | |
|---|---|---|
| Name | | Phone number(s) |
| Title | | Signature |
| Business email | | |

| | | |
|---|---|---|
| Name | | Phone number(s) |
| Title | | Signature |
| Business email | | |

| | | |
|---|---|---|
| Name | | Phone number(s) |
| Title | | Signature |
| Business email | | |

| | | |
|---|---|---|
| Name | | Phone number(s) |
| Title | | Signature |
| Business email | | |

| | | |
|---|---|---|
| Name | | Phone number(s) |
| Title | | Signature |
| Business email | | |

| | | |
|---|---|---|
| Name | | Phone number(s) |
| Title | | Signature |
| Business email | | |



# BUSINESS SIGNATURE CARD

V2.4_09_30_19

This form captures the signatures of authorized account signers of the Customer. Each signer must use black ink to sign inside the signature box or insert a duplicate image of an original signature. They may also provide a facsimile signature (including a computer generated signature) that can be applied to a check drawn on the Customer's account.

Page 1 of 1

## Customer details

| | |
|---|---|
| Legal name | SUPERB MOTORS INC. |
| TIN/SSN | 862372229 |
| Address | 215 NORTHERN BLVD |
| City, State ZIP | GREAT NECK, NY, 110214401, USA |
| Account(s) | Number(s) and title(s) → SUPERB MOTORS INC. PAYROLL ACCOUNT |

☐ Signatures for new Account(s)
☒ Additional signatures for listed Account(s)
☐ Replacement of all signatures for listed Account(s)

Phone

## Account signers

| | | | |
|---|---|---|---|
| Name | Alex Kikirov | Phone number(s) | 917-285-5955 |
| Title | Partner | Signature | *alex kikirov* |
| Business email | alexk@yourteamauto.com | | |
| Name | | Phone number(s) | |
| Title | | Signature | |
| Business email | | | |

## Agreement

Customer agrees that:
- it has received and is bound by to Account Terms and any applicable Service Terms, supplements, or amendments
- a facsimile signature may only be used for the issuance or endorsement of checks and that any person who applies such an image is authorized to issue, or verify the issuance of, any check drafted against the listed Account(s) or endorse a check for deposit to the listed Account(s), and
- JPMorgan Chase, N.A. (the bank) can rely on each Account signer's authority until the bank receives written notice to the contrary and has had reasonable opportunity to act on it.

## Certification

I certify that I am authorized to sign this document for the Customer and that each:
- statement in this document is correct and satisfies our internal account authorization, organization and governing documents
- Account signer's signature, whether an original or a duplicate image of an original, is an accurate and complete representation of that signer's signature
- Account signer is authorized to sign and act for the Customer for each listed Account (including enrolling in a service), and
- image (including a facsimile signature) is authorized for use when issuing a check, regardless of who applies it or how it is applied.

| Signature ✎ | | Name | ROBERT A URRUTIA | Date | |
|---|---|---|---|---|---|
| | | Title | OWNER | 10/10/2022 | |
| Signature ✎ (if required by your corporate resolution) | | Name | | Date | |
| | | Title | | | |