| Cash Receipt Type | Status | Stock Number | Customer Number | Customer Name | Receipt Number | Receipt Date | Mode of Payment | Amount | Comment | Cashier | Cash in Bank Account |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Total $ recorded in DMS | $ 559,729.77 | | | |
| | | | | | | | Total reconciled to bank | $ (25,610.00) | | | |
| | | | | | | | Total unreconciled | $ 534,119.77 | | | |
| Deals Cash Receipt | DRAFT | SU0992 | 292066 | DAWN WHYTE BENJAMIN | | 04/01/23 | Cash | $ 1,000.00 | | EMP_111_D - ANDY V | See notes |
| Deals Cash Receipt | DRAFT | SU0945 | 292059 | Hernan Flores Ruiz | | 04/01/23 | Cash | $ 1,900.00 | | EMP_111_D - ANDY V | See notes |
| Deals Cash Receipt | DRAFT | Dead deal/customer refunded | 292067 | JOSEPH KERWIN | | 04/01/23 | Cash | $ 960.00 | | 4008754 - EUGENE LOWE | No |
| Deals Cash Receipt | OUTSTANDING | SU1010 | 291975 | max services corp Marco | 700012744 | 04/03/23 | Cheque | $ 10,000.00 | | 4008754 - EUGENE LOWE | No |
| Deals Cash Receipt | DRAFT | SU0992 | 292066 | DAWN WHYTE-BENJAMIN | | 04/03/23 | Cash | $ 500.00 | | EMP_111_D - ANDY V | See notes |
| Deals Cash Receipt | DRAFT | SU0937 | 292190 | KARLA  MARTINEZ CARRASCO | | 04/06/23 | Cash | $ 10,000.00 | | SYSTEMUSER - Willie R | No |
| Deals Cash Receipt | DRAFT | SU0937 | 292190 | KARLA  MARTINEZ CARRASCO | | 04/07/23 | Cash | $ 5,500.00 | | EMP_111_D - ANDY V | No |
| Deals Cash Receipt | DRAFT | SU1055 | 292071 | Javeil Green | | 04/08/23 | Cash | $ 2,000.00 | | 4008754 - EUGENE LOWE | No |
| Deals Cash Receipt | DRAFT | SU1000 | 292265 | Jennifer  Saint-juste | | 04/13/23 | Cash | $ 6,000.00 | | EMP_111_D - ANDY V | No |
| Deals Cash Receipt | ERROR | SU1189 | 292408 | Manuel  Romo Gonzalez | | 04/13/23 | Cheque | $ 20,000.00 | | EMP_111_D - ANDY V | No |
| Deals Cash Receipt | DRAFT | SU0868 | 292414 | GABRIELLE ARONOVA | | 04/13/23 | Cash | $ 100.00 | | 4008754 - EUGENE LOWE | No |
| Deals Cash Receipt | OUTSTANDING | SU0868 | 292414 | GABRIELLE ARONOVA | 700012778 | 04/14/23 | Cheque | $ 34,093.78 | | 4008754 - EUGENE LOWE | No |
| Deals Cash Receipt | DRAFT | SU0937 | 292357 | Christopher  Mendoza Carrasco | | 04/14/23 | Cash | $ 500.00 | | 4008754 - EUGENE LOWE | No |
| Deals Cash Receipt | DRAFT | SU1057 | 292478 | DANA GARRISON | | 04/17/23 | Cash | $ 500.00 | | EMP_111_D - ANDY V | No |
| General Cash Receipt | OUTSTANDING | No deal/"spiffs" | 1001685 | NATION MOTOR CLUB LLC | 700012785 | 04/18/23 | Business Check | $ 600.00 | COMM MARCH 2023 | 1210 - KENDRA K | No |
| Deals Cash Receipt | OUTSTANDING | SU1057 | 292544 | William Garrison | 700012803 | 04/19/23 | Cheque | $ 20,000.00 | | EMP_111_D - ANDY V | No |
| Deals Cash Receipt | DRAFT | SU1105 | 292554 | Marc  Adams | | 04/19/23 | Cash | $ 4,000.00 | | EMP_111_D - ANDY V | No |
| Deals Cash Receipt | DRAFT | SU1121 | 292537 | timothy Jenkins | | 04/22/23 | Cash | $ 1,400.00 | | 4008754 - EUGENE LOWE | No |
| Deals Cash Receipt | DRAFT | SU0985 | 292641 | Mike Chen | | 04/22/23 | Cash | $ 500.00 | | 4008754 - EUGENE LOWE | No |
| Deals Cash Receipt | DRAFT | SU1111 | 292675 | MARK  LANDELL | | 04/22/23 | Cash | $ 500.00 | | 4008754 - EUGENE LOWE | No |
| Deals Cash Receipt | OUTSTANDING | SU0751 | 292634 | VANESA CARRILLO | 700012813 | 04/24/23 | Cheque | $ 9,000.00 | | 4008754 - EUGENE LOWE | No |
| Deals Cash Receipt | DRAFT | SU1111 | 292675 | MARK  LANDELL | | 04/26/23 | Cash | $ 6,000.00 | | 4008754 - EUGENE LOWE | No |
| Deals Cash Receipt | DRAFT | SU1113 | 292772 | MARIA GIURLANDO | | 04/27/23 | Cash | $ 10,000.00 | | EMP_111_D - ANDY V | No |
| Deals Cash Receipt | DRAFT | SU1113 | 292772 | MARIA GIURLANDO | | 04/27/23 | Cash | $ 2,500.00 | | 4008754 - EUGENE LOWE | No |
| Deals Cash Receipt | DRAFT | SU1112 | 292780 | JAMES DAUGHETY | | 04/27/23 | Cash | $ 7,500.00 | | 4008754 - EUGENE LOWE | No |
| Deals Cash Receipt | OUTSTANDING | SU0972 | 292779 | ORLANDO  JIMENEZ | 700012823 | 04/28/23 | Cheque | $ 7,000.00 | | 4008754 - EUGENE LOWE | No |
| Deals Cash Receipt | DRAFT | SU0947 | 292526 | FELISHA WOODARD | | 04/28/23 | Cash | $ 620.00 | | 4008754 - EUGENE LOWE | No |
| Deals Cash Receipt | DRAFT | SU1116 | 292815 | Franklin  Gonzalez | | 04/29/23 | Cash | $ 5,000.00 | | 4008754 - EUGENE LOWE | No |
| | | | | | | | | $ 167,673.78 | **Deposit on 4/24/23 in the amount $3400.00, Possibly entries highlighted green | | |
| Deals Cash Receipt | DRAFT | SU0965 | 292778 | LAVERNE  WASHINGTON | | 05/01/23 | Cash | $ 1,400.00 | | 4008754 - EUGENE LOWE | No |
| General Cash Receipt | OUTSTANDING | SU1064 | 292274 | SPASOJE ZURIC | 700012836 | 05/05/23 | Cashier Check | $ 29,227.40 | ZURIC SU1064 | 1210 - KENDRA K | No |
| General Cash Receipt | OUTSTANDING | No deal/ wty refund | | GWC WARRANTY | 700012837 | 05/05/23 | Business Check | $ 610.00 | ROSE KU290410 | 1210 - KENDRA K | Yes |
| Deals Cash Receipt | DRAFT | SU1108 | 292919 | Adrian Lopez | | 05/08/23 | Cash | $ 2,000.00 | | EMP_111_D - ANDY V | No |
| Deals Cash Receipt | DRAFT | SU1061 | 292991 | Vinroy Allen | | 05/08/23 | Cash | $ 2,000.00 | | 4008754 - EUGENE LOWE | No |
| Deals Cash Receipt | DRAFT | ??? | 292994 | Warren Neal | | 05/08/23 | Cash | $ 1,000.00 | | 4008754 - EUGENE LOWE | No |
| Deals Cash Receipt | OUTSTANDING | SU854 | 292617 | NIMROD EZUZ | 700012853 | 05/08/23 | Cheque | $ 13,000.00 | | 4008754 - EUGENE LOWE | No |
| Deals Cash Receipt | OUTSTANDING | SU1016 | 292957 | CHANDRAWATTIE MANOHAR | 700012853 | 05/08/23 | Cheque | $ 15,000.00 | | 4008754 - EUGENE LOWE | No |
| Deals Cash Receipt | DRAFT | ??? | 1001610 | L & F Luxury Auto | | 05/09/23 | Cash | $ 1,550.00 | | 4008754 - EUGENE LOWE | No |
| Deals Cash Receipt | DRAFT | SU0994 | 293030 | Elzbieta Ciftcikal | | 05/09/23 | Cash | $ 2,000.00 | | EMP_111_D - ANDY V | No |
| Deals Cash Receipt | DRAFT | SU0900 | 292994 | BEULAH REEVES | | 05/12/23 | Cash | $ 4,500.00 | | 4008754 - EUGENE LOWE | No |
| Deals Cash Receipt | DRAFT | SU0900 | 292994 | BEULAH REEVES | | 05/12/23 | Cash | $ 4,000.00 | | 4008754 - EUGENE LOWE | No |
| Deals Cash Receipt | DRAFT | SU0877 | 293122 | KEVARIE LESLIE | | 05/12/23 | Cash | $ 1,000.00 | | 4008754 - EUGENE LOWE | No |
| Deals Cash Receipt | DRAFT | SU1028 | 293166 | AMATUL BASHIR | | 05/15/23 | Cash | $ 1,500.00 | | EMP_111_D - ANDY V | No |
| Deals Cash Receipt | DRAFT | SU1103 | 293046 | Amanda  Saunders | | 05/15/23 | Cash | $ 1,500.00 | | 4008754 - EUGENE LOWE | No |
| Deals Cash Receipt | DRAFT | SU1146 | 292982 | Jullian Sanabia | | 05/15/23 | Cash | $ 3,500.00 | | EMP_111_D - ANDY V | No |
| Deals Cash Receipt | DRAFT | SU1167 | 292869 | CRAIG MUIR | | 05/16/23 | Cash | $ 2,000.00 | | EMP_111_D - ANDY V | No |
| Deals Cash Receipt | OUTSTANDING | SU0877 | 293122 | KEVARIE LESLIE | 700012882 | 05/17/23 | Cheque | $ 9,500.00 | | EMP_111_D - ANDY V | No |
| Deals Cash Receipt | DRAFT | SU1109 | 293283 | FREDI ALEKSI | | 05/17/23 | Cash | $ 500.00 | | 4008754 - EUGENE LOWE | No |
| Deals Cash Receipt | DRAFT | SU0981 | 293303 | ANTHONY  BLAGROVE | | 05/18/23 | Cash | $ 500.00 | | 4008754 - EUGENE LOWE | No |
| Deals Cash Receipt | DRAFT | SU1109 | 293283 | FREDI ALEKSI | | 05/18/23 | Cash | $ 6,800.00 | | 4008754 - EUGENE LOWE | No |
| Deals Cash Receipt | DRAFT | SU1165 | 293336 | YUGESHWAR PERSAUD | | 05/19/23 | Cash | $ 1,000.00 | | EMP_111_D - ANDY V | No |
| Deals Cash Receipt | DRAFT | SU1165 | 293337 | POORANDAS SHEOPAL | | 05/20/23 | Cash | $ 6,000.00 | | 4008754 - EUGENE LOWE | No |

| Type | Status | Reference | Number | Name | Check # | Date | Payment | | Amount | Note | Employee | Flag |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Deals Cash Receipt | OUTSTANDING | SU1141 | 293355 | COSMIN TOMESCU | 700012891 | 05/22/23 | Cheque | $ | 10,000.00 | | EMP_111_D - ANDY V | No |
| Deals Cash Receipt | DRAFT | SU1165 | 293337 | POORANDAS SHEOPAL | | 05/22/23 | Cash | $ | 1,000.00 | | EMP_111_D - ANDY V | No |
| Deals Cash Receipt | DRAFT | SU1191 | 293455 | MOUSSA DIARRA | | 05/24/23 | Cash | $ | 2,500.00 | | SYSTEMUSER - LANDI | No |
| Deals Cash Receipt | OUTSTANDING | SU0961 | 292609 | TREVAUGHN DOUGLAS | 700012895 | 05/25/23 | Cheque | $ | 5,000.00 | | 4008754 - EUGENE LOWE | No |
| Deals Cash Receipt | DRAFT | SU1139 | 293011 | MEGAN BROOKS | | 05/25/23 | Cash | $ | 1,582.00 | | 4008754 - EUGENE LOWE | No |
| Deals Cash Receipt | DRAFT | SU1150 | 293508 | GARY MIDENCE NUNEZ | | 05/26/23 | Cash | $ | 3,000.00 | | EMP_111_D - ANDY V | No |
| Deals Cash Receipt | DRAFT | SU1174 | 293532 | JOSE HERNANDEZ ARTEAGA | | 05/27/23 | Cash | $ | 5,000.00 | | 4008754 - EUGENE LOWE | No |
| Deals Cash Receipt | DRAFT | SU0986 | 292308 | Gabriela  Martinez | | 05/27/23 | Cash | $ | 2,500.00 | | 4008754 - EUGENE LOWE | No |
| Deals Cash Receipt | DRAFT | SU0986 | 292308 | Gabriela  Martinez | | 05/30/23 | Cash | $ | 5,500.00 | | EMP_111_D - ANDY V | No |
| Deals Cash Receipt | DRAFT | SU1135 | 293605 | MILTON SIMMS | | 05/31/23 | Cash | $ | 1,000.00 | | 4008754 - EUGENE LOWE | No |
| | | | | | | | | **$** | **147,169.40** | | | |
| Deals Cash Receipt | DRAFT | SU1140 | 293657 | Devin Fletcher | | 06/01/23 | Cash | $ | 2,200.00 | | 4008754 - EUGENE LOWE | No |
| Deals Cash Receipt | DRAFT | SU1215 | 293641 | JUNIOR BRITTON | | 06/02/23 | Cash | $ | 5,000.00 | | EMP_111_D - ANDY V | No |
| Deals Cash Receipt | OUTSTANDING | SU1231 | 293697 | KEVIN GALBREATH | 700012940 | 06/03/23 | Cash | $ | 3,500.00 | | EMP_111_D - ANDY V | No |
| Deals Cash Receipt | OUTSTANDING | SU1056 | 293685 | ONYX PAUL | 700012916 | 06/08/23 | Cheque | $ | 10,500.00 | | 4008754 - EUGENE LOWE | No |
| Deals Cash Receipt | DRAFT | SU1140 | 293657 | Devin Fletcher | | 06/08/23 | Cash | $ | 800.00 | | 4008754 - EUGENE LOWE | No |
| Deals Cash Receipt | DRAFT | SU1181 | 293845 | MARC MERCKLING | | 06/09/23 | Cash | $ | 3,500.00 | | 0000 - ANTHONY DEO | No |
| Deals Cash Receipt | OUTSTANDING | SU1055 | 292071 | Javeil Green | 700012919 | 06/09/23 | Cheque | $ | 4,000.00 | | 4008754 - EUGENE LOWE | No |
| Deals Cash Receipt | DRAFT | SU1194 | 293887 | JUAN CRUZ CABRERA | | 06/10/23 | Cash | $ | 80.00 | | 4008754 - EUGENE LOWE | No |
| Deals Cash Receipt | DRAFT | SU1011 | 293907 | MARCELO  REBOLLEDO | | 06/12/23 | Cash | $ | 1,000.00 | | 4008754 - EUGENE LOWE | No |
| Deals Cash Receipt | DRAFT | SU1011 | 293907 | MARCELO  REBOLLEDO | | 06/13/23 | Cash | $ | 9,000.00 | | 4008754 - EUGENE LOWE | No |
| Deals Cash Receipt | OUTSTANDING | SU1189 | 292408 | Manuel  Romo Gonzalez | 700012925 | 06/13/23 | Cheque | $ | 8,684.59 | | 4008754 - EUGENE LOWE | No |
| Deals Cash Receipt | OUTSTANDING | SU1202 | 293901 | ALEX MALDONADO | 700012928 | 06/14/23 | Cheque | $ | 15,000.00 | | 4008754 - EUGENE LOWE | No |
| Deals Cash Receipt | DRAFT | SU1205 | 293946 | Daniel Ellis | | 06/14/23 | Cash | $ | 500.00 | | 4008754 - EUGENE LOWE | No |
| Deals Cash Receipt | DRAFT | SU1013 | 291670 | Rodolfo  Torres-abreu | | 06/15/23 | Cash | $ | 5,000.00 | | EMP_111_D - ANDY V | No |
| Deals Cash Receipt | DRAFT | SU1126 | 293986 | CHARLES  BASTIEN | | 06/15/23 | Cash | $ | 3,000.00 | | 4008754 - EUGENE LOWE | No |
| Deals Cash Receipt | DRAFT | SU0903 | 293872 | ADRIAN LOPEZ | | 06/16/23 | Cash | $ | 464.00 | | EMP_111_D - ANDY V | No |
| Deals Cash Receipt | DRAFT | SU0940A | 294022 | MICHELLE  OWENS | | 06/16/23 | Cash | $ | 3,000.00 | | EMP_111_D - ANDY V | No |
| Deals Cash Receipt | OUTSTANDING | SU1147 | 293828 | BRANDON JOHNSON | 700012932 | 06/17/23 | Cheque | $ | 5,200.00 | | EMP_111_D - ANDY V | No |
| Deals Cash Receipt | OUTSTANDING | SU0959BB | 294126 | HULEN  GINN | 700012939 | 06/21/23 | Cash | $ | 2,000.00 | | 4008754 - EUGENE LOWE | No |
| Deals Cash Receipt | OUTSTANDING | SU1144 | 294124 | FARHANA FATEMA | 700012944 | 06/24/23 | Cheque | $ | 9,000.00 | | EMP_111_D - ANDY V | No |
| Deals Cash Receipt | DRAFT | SU0786 | 294202 | PAUL  KELLY | | 06/24/23 | Cash | $ | 5,000.00 | | EMP_111_D - ANDY V | No |
| Deals Cash Receipt | DRAFT | SU1130 | 294112 | JAIME CHISAQUINGA | | 06/24/23 | Cash | $ | 8,000.00 | | EMP_111_D - ANDY V | No |
| Deals Cash Receipt | DRAFT | Deal 13055/No stock attached | 294223 | VICTOR SANTAMARIA-GONZALEZ | | 06/24/23 | Cash | $ | 2,000.00 | | 0000 - ANTHONY DEO | No |
| Deals Cash Receipt | DRAFT | SU1180 | 294068 | ONEIL  THOMPSON | | 06/26/23 | Cash | $ | 9,000.00 | | EMP_111_D - ANDY V | No |
| General Cash Receipt | OUTSTANDING | No deal/"spiffs" | 1000267 | NSD NATION MOTOR CLUB LLC | 700012951 | 06/26/23 | Business Check | $ | 100.00 | COMM MAY 2023 | 1210 - KENDRA K | No |
| Deals Cash Receipt | DRAFT | | 1001610 | L & F Luxury Auto | | 06/26/23 | Cash | $ | 1,500.00 | | 4008754 - EUGENE LOWE | No |
| Deals Cash Receipt | DRAFT | | 1001610 | L & F Luxury Auto | | 06/26/23 | Cash | $ | 1,500.00 | | 4008754 - EUGENE LOWE | No |
| Deals Cash Receipt | DRAFT | SU1257 | 294316 | LLOYD  MARRYSHOW | | 06/28/23 | Cash | $ | 3,000.00 | | 4008754 - EUGENE LOWE | No |
| Deals Cash Receipt | DRAFT | SU1277 | 294415 | Serrano Ramirez | | 06/30/23 | Cash | $ | 5,000.00 | | 4008754 - EUGENE LOWE | No |
| Deals Cash Receipt | DRAFT | SU1054 | 293996 | Johnathan Rabaza | | 06/30/23 | Cash | $ | 300.00 | | EMP_111_D - ANDY V | No |
| Deals Cash Receipt | DRAFT | Dead deal/ customer refunded | 294426 | SHANICE WHITTAKER | | 06/30/23 | Cash | $ | 500.00 | | SYSTEMUSER - LANDI | No |
| | | | | | | | | **$** | **127,328.59** | | | |
| Deals Cash Receipt | DRAFT | Dead Deal/customer refunded | 294448 | Hansray kassienauh | | 07/01/23 | Cash | $ | 2,000.00 | | 4008754 - EUGENE LOWE | No |
| Deals Cash Receipt | DRAFT | SU1178 | 294519 | KARLY KAVENAGHT-PAUL | | 07/03/23 | Cash | $ | 5,000.00 | | EMP_111_D - ANDY V | No |
| Deals Cash Receipt | DRAFT | Dead Deal/customer refunded | 294520 | DAVID VEGA | | 07/03/23 | Cash | $ | 2,000.00 | | EMP_111_D - ANDY V | No |
| Deals Cash Receipt | ERROR | | 1001544 | L&F LUXURY AUTO L&f Luxury Auto | | 07/05/23 | Cash | $ | 1,500.00 | | 0000 - ANTHONY DEO | No |
| Deals Cash Receipt | OUTSTANDING | Dead Deal/customer refunded | 294590 | RAHEEM WRIGHT | 700013009 | 07/06/23 | Cash | $ | 1,000.00 | | EMP_111_D - ANDY V | No |
| Deals Cash Receipt | DRAFT | SU1228 | 294432 | Mathias Muller | | 07/06/23 | Cash | $ | 3,000.00 | | EMP_111_D - ANDY V | No |
| Deals Cash Receipt | DRAFT | SU0818A | 294530 | John Crenshaw | | 07/07/23 | Cash | $ | 3,000.00 | | EMP_111_D - ANDY V | No |
| Deals Cash Receipt | DRAFT | SU1310 | 294654 | Melesha Tavares | | 07/08/23 | Cash | $ | 2,000.00 | | EMP_111_D - ANDY V | No |
| Deals Cash Receipt | DRAFT | SU1263 | 294664 | MARY MALONEY | | 07/08/23 | Cash | $ | 1,000.00 | | EMP_111_D - ANDY V | No |
| Deals Cash Receipt | DRAFT | SU1296 | 294704 | fisnik dullovi | | 07/10/23 | Cash | $ | 5,000.00 | | EMP_111_D - ANDY V | No |
| Deals Cash Receipt | DRAFT | SU1278 | 294715 | MAURILIO  PAULA | | 07/13/23 | Cash | $ | 700.00 | | EMP_111_D - ANDY V | No |
| Deals Cash Receipt | DRAFT | SU1278 | 294715 | MAURILIO  PAULA | | 07/13/23 | Cash | $ | 4,200.00 | | EMP_111_D - ANDY V | No |
| Deals Cash Receipt | DRAFT | SU1266 | 294809 | CARLOS PRIMOLA ALVAEZ | | 07/13/23 | Cash | $ | 500.00 | | EMP_111_D - ANDY V | No |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Deals Cash Receipt | OUTSTANDING | SU1130 | | 294112 JAIME CHISAQUINGA | 700013021 | 07/20/23 | Cashier Check | $ | 18,358.00 | CHASE CASHIERS CHK 1522412286 | 1210 - KENDRA K | No |
| General Cash Receipt | OUTSTANDING | No deal/"spiffs" | | 1000267 NSD NATION MOTOR CLUB LLC | 700013022 | 07/20/23 | Business Check | $ | 300.00 | CHK 169089 | 1210 - KENDRA K | No |
| Deals Cash Receipt | OUTSTANDING | SU1063 | | 294168 SHAWN  MILLER | 700013024 | 07/22/23 | Cheque | $ | 14,000.00 | | 0000 - ANTHONY DEO | No |
| Deals Cash Receipt | DRAFT | Dead Deal/customer refunded | | 295043 Jose Abreu Lopez | | 07/22/23 | Cash | $ | 3,500.00 | | 0000 - ANTHONY DEO | No |
| Deals Cash Receipt | OUTSTANDING | SU1033 | | 295115 Joseph Gentile | 700013035 | 07/26/23 | Cheque | $ | 13,000.00 | | 0000 - ANTHONY DEO | No |
| Deals Cash Receipt | DRAFT | SU1033 | | 295115 Joseph Gentile | | 07/26/23 | Cash | $ | 5,000.00 | | 0000 - ANTHONY DEO | No |
| Deals Cash Receipt | DRAFT | SU1033 | | 295115 Joseph Gentile | | 07/26/23 | Cash | $ | 2,000.00 | | 0000 - ANTHONY DEO | No |
| Deals Cash Receipt | OUTSTANDING | SU1309 | | 295223 SANTOS  BONILLA | 700013047 | 07/31/23 | Cashier Check | $ | 20,000.00 | CAP1 CC 9106400221 SU1309 | 1210 - KENDRA K | Yes |
| Deals Cash Receipt | DRAFT | SU1100 | | 294854 Isaiah Lancaster | | 07/31/23 | Cash | $ | 3,500.00 | | SYSTEMUSER - LANDI | No |
| | | | | | | | | **$** | **110,558.00** | | | |
| | | | | | | | | | | | | |
| Deals Cash Receipt | DRAFT | SU1177 | | 295325 JAIME  LAY | | 08/01/23 | Cash | $ | 2,000.00 | | EMP_111_D - ANDY V | No |
| Deals Cash Receipt | OUTSTANDING | SU1287 | | 295330 MARC  AYO | 700013050 | 08/02/23 | Cash | $ | 5,000.00 | | EMP_111_D - ANDY V | Yes |
| | | | | | | | | **$** | **7,000.00** | | | |

**SUPERB** MOTORS

Deal #: 12624
Stock #: SU0992
Customer #: 292066
Payment Receipt
**$3,500.00**

# Thank you DAWN
We appreciate your business with us!

| | | | |
|---|---|---|---|
| **1. Payment**<br>Mon Apr 3, 2023 \| 7:37 PM | Paid at Dealership<br>Mastercard — 5708 | Received By<br>ANDY V | $100.00 |
| **2. Payment**<br>Mon Apr 3, 2023 \| 7:36 PM | Paid at Dealership<br>Cash | Received By<br>ANDY V | **$500.00** |
| **3. Payment**<br>Sat Apr 1, 2023 \| 7:57 PM | Paid at Dealership<br>Mastercard — 6073 | Received By<br>ANDY V | $700.00 |
| **4. Payment**<br>Sat Apr 1, 2023 \| 7:19 PM | Paid at Dealership<br>Visa — 4992 | Received By<br>ANDY V | $500.00 |
| **5. Payment**<br>Sat Apr 1, 2023 \| 7:19 PM | Paid at Dealership<br>Mastercard — 6093 | Received By<br>ANDY V | $700.00 |
| **6. Payment**<br>Sat Apr 1, 2023 \| 4:40 PM | Paid at Dealership<br>Cash | Received By<br>ANDY V | **$1,000.00** |

**Total Payment**      **$3,500.00**

Total Invoice      $3,500.00
Total Surcharge      $0.00

Amount Due      $0.00

Bill to
**Dawn E Whyte-benjamin**

**Superb Motors**
215 Northern Blvd
Great Neck
NY, 11021
https://www.superbmctorgroup.com/
(999) 999-9999

**SUPERB** MOTORS

Deal #: 12620
Stock #: SU0945
Customer #: 292059
Payment Receipt
**$3,500.00**

# Thank you Hernan
We appreciate your business with us!

| | | | |
|---|---|---|---|
| **1. Payment**<br>Sat Apr 1, 2023 \| 5:40 PM | Paid at Dealership<br>Visa — 9265 | Received By<br>ANDY V | $1,600.00 |
| **2. Payment**<br>Sat Apr 1, 2023 \| 5:38 PM | Paid at Dealership<br>Cash | Received By<br>ANDY V | $1,900.00 |

| | |
|---|---|
| **Total Payment** | **$3,500.00** |
| Total Invoice | $3,500.00 |
| Total Surcharge | $0.00 |
| Amount Due | $0.00 |

Bill to
**Hernan Flores Ruiz**

**Superb Motors**
215 Northern Blvd
Great Neck
NY, 11021
https://www.superbmotorgroup.com/
(999) 999-9999

© Tekion Corp 2023

SUPERB
M O T O R S

Deal #: 12590
Stock #: SU1010
Customer #: 291975
Payment Receipt
**$10,000.00**

# Thank you Max Services Corp
We appreciate your business with us!

**1. Payment**              Paid at Dealership          Received By                          **$10,000.00**
Mon Apr 3, 2023 | 4:47 PM   Check — 1517522955          EUGENE LOWE

**Payments / Refund Notes**                            **Total Payment**           **$10,000.00**

1. 10,000 of 10,000

                                                        Total Invoice               $10,000.00
                                                        Total Surcharge             $0.00

                                                        Amount Due                  $0.00

Bill to                                                                 **Superb Motors**
**Max Services Corp**                                                   215 Northern Blvd
                                                                        Great Neck
                                                                        NY, 11021
                                                        https://www.superbmotorgroup.com/
                                                                        (999) 999-9999



Deal #: 12646
Stock #: SU0937
Customer #: 292190
**Payment Receipt**
**$19,500.00**

# Thank you KARLA
We appreciate your business with us!

| | | | |
|---|---|---|---|
| **1. Payment**<br>Fri Apr 7, 2023 \| 2:20 PM | Paid at Dealership<br>Cash | Received By<br>ANDY V | $5,500.00 |
| **2. Payment**<br>Fri Apr 7, 2023 \| 2:18 PM | Paid at Dealership<br>Visa — 9158 | Received By<br>ANDY V | $1,500.00 |
| **3. Payment**<br>Fri Apr 7, 2023 \| 2:18 PM | Paid at Dealership<br>Visa — 7052 | Received By<br>ANDY V | $2,500.00 |
| **4. Payment**<br>Thu Apr 6, 2023 \| 8:00 PM | Paid at Dealership<br>Cash | Received By<br>Willie R | $10,000.00 |

| | |
|---|---|
| **Total Payment** | **$19,500.00** |
| Total Invoice | $19,500.00 |
| Total Surcharge | $0.00 |
| Amount Due | $0.00 |

Bill to
**Karla Lizeth Martinez Carrasco**

**Superb Motors**
215 Northern Blvd
Great Neck
NY, 11021
https://www.superbmotorgroup.com/
(999) 999-9999

© Tekion Corp 2023

**Deal #: 12627**
**Stock #: SU1055**
**Customer #: 292071**
**Payment Receipt**
**$6,000.00**

# Thank you Javeil
We appreciate your business with us!

| | | | |
|---|---|---|---|
| **1. Payment**<br>Fri Jun 9, 2023 | 3:41 PM | Paid at Dealership<br>Check — 0002062666 | Received By<br>EUGENE LOWE | $4,000.00 |
| **2. Payment**<br>Sat Apr 8, 2023 | 7:40 PM | Paid at Dealership<br>Cash | Received By<br>EUGENE LOWE | $2,000.00 |

| | |
|---|---|
| **Total Payment** | **$6,000.00** |
| Total Invoice | $7,500.00 |
| Total Surcharge | $0.00 |
| Amount Due | $1,500.00 |

Bill to
**Javeil Green**

*Superb Motors*
215 Northern Blvd
Great Neck
NY, 11021
https://www.superbmotorgroup.com/
(999) 999-9999

© Tekion Corp 2023

**SUPERB**
M O T O R S

Deal #: 12657
Stock #: SU1000
Customer #: 292265
Payment Receipt
**$6,500.00**

# Thank you Jennifer
We appreciate your business with us!

| | | | |
|---|---|---|---|
| **1. Payment**<br>Thu Apr 13, 2023 \| 2:49 PM | Paid at Dealership<br>Cash | Received By<br>ANDY V | $6,000.00 |
| **2. Payment**<br>Sat Apr 8, 2023 \| 5:12 PM | Paid at Dealership<br>Mastercard — 3636 | Received By<br>ANDY V | $500.00 |

| | |
|---|---|
| **Total Payment** | **$6,500.00** |
| | |
| Total Invoice | $7,000.00 |
| Total Surcharge | $0.00 |
| | |
| Amount Due | $500.00 |

Bill to
**Jennifer Saint-Juste**

Superb Motors
215 Northern Blvd
Great Neck
NY, 11021
https://www.superbmotorgroup.com/
999 999-9999

© Tekion Corp 2023

Page 1 of 1



Deal #: 12689
Stock #: SU1189
Customer #: 292408
Payment Receipt
**$28,684.59**

# Thank you Manuel
## We appreciate your business with us!

**1. Payment**
Tue Jun 13, 2023 | 12:33 PM

Paid at Dealership
Check — 9784314609

Received By
EUGENE LOWE

$8,684.59

**2. Payment**
Thu Apr 13, 2023 | 4:12 PM

Paid at Dealership
Check — 9810825530

Received By
ANDY V

$20,000.00

**Total Payment**                                             **$28,684.59**

Total Invoice                                                  $28,684.59
Total Surcharge                                               $0.00

Amount Due                                                     $0.00

Bill to
Manuel S Romo Gonzalez

Superb Motors
215 Northern Blvd
Great Neck
NY, 11021
Https //www.superbmotorgroup.com/
(999) 999-9999

© Tekion Corp 2023

Page 1 of 1

**SUPERB** MOTORS

Deal #: 12690
Stock #: SU0868
Customer #: 292414
Payment Receipt
**$34,193.78**

# Thank you GABRIELLE
We appreciate your business with us!

| | | | |
|---|---|---|---|
| **1. Payment** | Paid at Dealership | Received By | $34,093.78 |
| Fri Apr 14, 2023 I 3:04 PM | Check — 1577825940 | EUGENE LOWE | |
| **2. Payment** | Paid at Dealership | Received By | $100.00 |
| Thu Apr 13, 2023 I 7:39 PM | Cash | EUGENE LOWE | |

| | |
|---|---|
| **Total Payment** | **$34,193.78** |
| Total Invoice | $34,193.78 |
| Total Surcharge | $0.00 |
| Amount Due | $0.00 |

Bill to
**Gabrielle Z Aronova**

Superb Motors
215 Northern Blvd
Great Neck
NY, 11021
https://www.superbmotorgroup.com/
(939) 999-9999

© Tekion Corp 2023



Deal #: 12646
Stock #: SU0937
Customer #: 292190
Payment Receipt
**$19,500.00**

# Thank you KARLA
We appreciate your business with us!

| | | | |
|---|---|---|---|
| **1. Payment**<br>Fri Apr 7, 2023 \| 2:20 PM | Paid at Dealership<br>Cash | Received By<br>ANDY V | $5,500.00 |
| **2. Payment**<br>Fri Apr 7, 2023 \| 2:18 PM | Paid at Dealership<br>Visa — 9158 | Received By<br>ANDY V | $1,500.00 |
| **3. Payment**<br>Fri Apr 7, 2023 \| 2:18 PM | Paid at Dealership<br>Visa — 7052 | Received By<br>ANDY V | $2,500.00 |
| **4. Payment**<br>Thu Apr 6, 2023 \| 8:00 PM | Paid at Dealership<br>Cash | Received By<br>WIllie R | $10,000.00 |

| | |
|---|---|
| **Total Payment** | **$19,500.00** |
| Total Invoice | $19,500.00 |
| Total Surcharge | $0.00 |
| Amount Due | $0.00 |

Bill to
**Karla Lizeth Martinez Carrasco**

**Superb Motors**
215 Northern Blvd
Great Neck
NY, 11021
https://www.superbmotorgroup.com/
(939) 999-9999

**SUPERB** MOTORS

Deal #: 12709
Stock #: SU1057
Customer #: 292544
Payment Receipt
**$20,000.00**

# Thank you William
We appreciate your business with us!

**1. Payment**                    Paid at Dealership              Received By                              $20,000.00
Wed Apr 19, 2023 | 4:29 PM        Check — 9820132914            ANDY V

**Total Payment**                                                                      **$20,000.00**

Total Invoice                                                    $20,000.00
Total Surcharge                                                      $0.00

Amount Due                                                           $0.00

Bill to
**William Douglas Garrison**

Superb Motors
215 Northern Blvd
Great Neck
NY, 11021
https://www.superbmotorgroup.com/
(999) 999-9999

© Tekion Corp 2023



# Thank you Marc
We appreciate your business with us!

| | | | |
|---|---|---|---|
| **1. Payment** | Paid at Dealership | Received By | $4,000.00 |
| Wed Apr 19, 2023 \| 6:47 PM | Cash | ANDY V | |
| **2. Payment** | Paid at Dealership | Received By | $1,000.00 |
| Wed Apr 19, 2023 \| 6:47 PM | Mastercard — 9000 | ANDY V | |

| | |
|---|---|
| **Total Payment** | **$5,000.00** |
| Total Invoice | $5,000.00 |
| Total Surcharge | $0.00 |
| Amount Due | $1,000.00 |

Bill to
**Marc L Adams**

Superb Motors
215 Northern Blvd
Great Neck
NY, 11021
https://www.superbmctorgroup.com/
(999) 999-9999

© Tekion Corp 2023



Deal #: 12708
Stock #: SU1121BB
Customer #: 292537
Payment Receipt
**$1,600.00**

# Thank you timothy
We appreciate your business with us!

| **1. Payment** | Paid at Dealership | Received By | **$1,400.00** |
|---|---|---|---|
| Sat Apr 22, 2023 \| 4:05 PM | Cash | EUGENE LOWE | |
| **2. Payment** | Paid at Dealership | Received By | $100.00 |
| Sat Apr 22, 2023 \| 4:04 PM | Mastercard --- 3642 | EUGENE LOWE | |
| **3. Payment** | Paid at Dealership | Received By | $100.00 |
| Sat Apr 22, 2023 \| 3:57 PM | Mastercard --- 3642 | ANTHONY DEO | |

| **Total Payment** | **$1,600.00** |
|---|---|
| Total Invoice | $2,000.00 |
| Total Surcharge | $0.00 |
| Amount Due | $400.00 |

Bill to
**Timothy R Jenkins**

Superb Motors
215 Northern Blvd
Great Neck
NY, 11021
https://www.superbmotorgroup.com/
(599) 999-9999

© Tekion Corp 2023

Page 1 of 1

**SUPERB** MOTORS

Deal #: 12726
Stock #: SU0985
Customer #: 292641
Payment Receipt
**$500.00**

# Thank you Mike
We appreciate your business with us!

| **1. Payment** | Paid at Dealership | Received By | **$500.00** |
| Sat Apr 22, 2023 \| 4:19 PM | Cash | EUGENE LOWE | |

**Total Payment**                    **$500.00**

Total Invoice                           $6,000.00
Total Surcharge                         $0.00

Amount Due                              $5,500.00

Bill to
**Mike Chen**

Superb Motors
215 Northern Blvd
Great Neck
NY, 11021
https://www.superbmctorgroup.com/
(999) 999-9999

© Tekion Corp 2023



SUPERB MOTORS

Deal #: 12732
Stock #: SU1111
Customer #: 292675
Payment Receipt
**$6,500.00**

# Thank you MARK
## We appreciate your business with us!

| 1. Payment | Paid at Dealership | Received By | $6,000.00 |
|---|---|---|---|
| Wed Apr 26, 2023 \| 4:19 PM | Cash | EUGENE LOWE | |

| 2. Payment | Paid at Dealership | Received By | $500.00 |
|---|---|---|---|
| Mon Apr 24, 2023 \| 2:44 PM | Cash | EUGENE LOWE | |

**Total Payment** — **$6,500.00**

Total Invoice — $7,000.00
Total Surcharge — $0.00

Amount Due — $500.00

Bill to
**Mark Landell**

**Superb Motors**
265 Northern Blvd
Great Neck
NY, 11021
https://www.superbmotorsgroup.com/
999-999-9999

© Tekion Corp 2023

Page 1 of 1

**SUPERB** MOTORS

Deal #: 12742
Stock #: SU1113
Customer #: 292772
Payment Receipt
**$13,500.00**

# Thank you MARIA
We appreciate your business with us!

| | | | |
|---|---|---|---|
| **1. Payment** Thu Apr 27, 2023 | 7:00 PM | Paid at Dealership Visa — 8684 | Received By EUGENE LOWE | $1,000.00 |
| **2. Payment** Thu Apr 27, 2023 | 6:57 PM | Paid at Dealership Cash | Received By EUGENE LOWE | $2,500.00 |
| **3. Payment** Thu Apr 27, 2023 | 6:11 PM | Paid at Dealership Cash | Received By ANDY V | $10,000.00 |

**Total Payment** $13,500.00

Total Invoice $13,500.00
Total Surcharge $0.00

Amount Due $0.00

Bill to
**Maria A Giurlando**

Superb Motors
215 Northern Blvd
Great Neck
NY, 11021
https://www.superbmotorgroup.com/
(999) 999-9999

© Tekion Corp 2023



Deal #: 12745
Stock #: SU1112BB
Customer #: 292780
Payment Receipt
**$7,500.00**

# Thank you JAMES
We appreciate your business with us!

**1. Payment**                    **Paid at Dealership**          Received By                     **$7,500.00**
Thu Apr 27, 2023 | 9:14 PM        Cash                           EUGENE LOWE

**Total Payment**                                                                                 **$7,500.00**

Total Invoice                                                                                      $7,500.00
Total Surcharge                                                                                    $0.00

Amount Due                                                                                         $0.00

Bill to
**James D Daughety**

Superb Motors
215 Northern Blvd
Great Neck
NY, 11021
https://www.superbmotorgroup.com/
(999) 999-9999

© Tekion Corp 2023



Deal #: 12744
Stock #: SU0972
Customer #: 292779
Payment Receipt
**$10,000.00**

# Thank you ORLANDO
We appreciate your business with us!

| | | | |
|---|---|---|---|
| **1. Payment** | Paid at Dealership | Received By | $7,000.00 |
| Fri Apr 28, 2023 \| 3:15 PM | Check — 116516700 | EUGENE LOWE | |
| **2. Payment** | Paid at Dealership | Received By | $3,000.00 |
| Thu Apr 27, 2023 \| 8:02 PM | Visa — 7176 | ANDY V | |

| | |
|---|---|
| **Total Payment** | **$10,000.00** |
| Total Invoice | $10,000.00 |
| Total Surcharge | $0.00 |
| Amount Due | $0.00 |

Bill to
**Orlando Jimenez**

**Superb Motors**
215 Northern Blvd
Great Neck
NY, 11021
https://www.superbmotorgroup.com/
(999) 999-9999



Deal #: 12750
Stock #: SU0947
Customer #: 292526
**Payment Receipt**
**$1,500.00**

# Thank you FELISHA
We appreciate your business with us!

| | | | |
|---|---|---|---|
| **1. Payment** | Paid at Dealership | Received By | **$620.00** |
| Fri Apr 28, 2023 \| 8:17 PM | Cash | EUGENE LOWE | |
| **2. Payment** | Paid at Dealership | Received By | $880.00 |
| Fri Apr 28, 2023 \| 8:16 PM | Visa — 9006 | EUGENE LOWE | |

| | |
|---|---|
| **Total Payment** | **$1,500.00** |
| Total Invoice | $0.00 |
| Total Surcharge | $0.00 |
| Amount Due | -$1,500.00 |

Bill to
**Felisha P Woodard**

Superb Motors
215 Northern Blvd
Great Neck
NY, 11021
https://www.superbmotorgroup.com/
(999) 999-9999

© Tekion Corp 2023

Page 1 of 1



Deal #: 12751
Stock #: SU1116
Customer #: 292815
**Payment Receipt**
**$5,000.00**

# Thank you Franklin
We appreciate your business with us!

**1. Payment**          Paid at Dealership          Received By                          $5,000.00
Sat Apr 29, 2023 | 3:17 PM          Cash          EUGENE LOWE

**Total Payment**                                        **$5,000.00**

Total Invoice                                             $5,000.00
Total Surcharge                                               $0.00

Amount Due                                                    $0.00

Bill to
**Franklin Gonzalez**

███████████████

**Superb Motors**
215 Northern Blvd
Great Neck
NY, 11021
https://www.superbmotorgroup.com/
(999) 999-9999

© Tekion Corp 2023                                       Page 1 of 1



Deal #: 12743
Stock #: SU0965
Customer #: 292778
Payment Receipt
**$3,000.00**

# Thank you LAVERNE
We appreciate your business with us!

| | | | |
|---|---|---|---|
| **1. Payment** | Paid at Dealership | Received By | $1,400.00 |
| Mon May 1, 2023 \| 9:43 AM | Cash | EUGENE LOWE | |
| **2. Payment** | Paid at Dealership | Received By | $200.00 |
| Mon May 1, 2023 \| 9:43 AM | Mastercard — 7876 | EUGENE LOWE | |
| **3. Payment** | Paid at Dealership | Received By | $400.00 |
| Mon May 1, 2023 \| 9:42 AM | Mastercard — 7876 | EUGENE LOWE | |
| **4. Payment** | Paid at Dealership | Received By | $1,000.00 |
| Mon May 1, 2023 \| 9:41 AM | Visa — 6344 | EUGENE LOWE | |

**Total Payment**                     **$3,000.00**

Total Invoice                          $3,000.00
Total Surcharge                        $0.00

Amount Due                             $0.00

Bill to
**Laverne I Washington**

**Superb Motors**
215 Northern Blvd
Great Neck
NY, 11021
https://www.superbmotorgroup.com/
(999) 999-9999

© Tekion Corp 2023

**Superb Motors**
215 Northern Blvd Great Neck, NY, 11021
(999) 999-9999

Journal Entry
22313

Created By: KENDRA K
Posted By: KENDRA K
Accounting Date: Fri May 5, 2023

**General Information**

Journal Number / Name
CRC – Cash Receipts

Document Type
Cash Receipt

Reference Type
Cash Receipt

Reference
700012836

Description
CAC CHK 4812289

**Posting Lines**

Credit: $29,227.40     Debit: $29,227.40     Balance: $0.00

| GL Account | Amount | Control | Control Description | Control 2 | Posting Description | Count |
|---|---|---|---|---|---|---|
| 1140 | $29,227.40 | 700012836 | - | - | Cashier's Check | 1 |
| 1020 | -$29,227.40 | 292274 | DAVID KEY *Spasoje Zuric* | | CAC CHK 4812289 | 0 |

© Tekion Corp 2023

Generated on: 08/15/23  |  06:10 PM  |  Page 1 of 1



**Superb Motors**
215 Northern Blvd Great Neck, NY, 11021
(999) 999-9999

Journal Entry
**22314**

Created By: KENDRA K
Posted By: KENDRA K
Accounting Date: Fri May 5, 2023

**General Information**

Journal Number / Name
CRC - Cash Receipts

Document Type
Cash Receipt

Reference Type
Cash Receipt

Reference
700012837

Description
-

**Posting Lines**

Credit: $610.00       Debit: $610.00       Balance: $0.00

*Cneck*

| GL Account | Amount | Control | Control Description | Control 2 | Posting Description | Count |
|---|---|---|---|---|---|---|
| 1140 | $610.00 | 700012837 | - | - | ROSE KU290410 CNCL | 1 |
| 1100 | -$610.00 | GWC | - | - | ROSE KU290410 CNCL | 0 |

*Depesited*

© Tekion Corp 2023

Generated on: 08/15/23  |  08:11 PM  |  Page 1 of 1

SUPERB
M O T O R S

Dea #: 12784
Stock #: SU1108BB
Customer #: 292919
Payment Receipt
**$2,000.00**

# Thank you Adrian
## We appreciate your business with us!

**1. Payment**                    Paid at Dealership         Received By                              $2,000.00
Fri May 5, 2023 | 10:32 PM        Cash                       ANDY V

**Total Payment**                                                              **$2,000.00**

Total Invoice                                                                   $2,500.00
Total Surcharge                                                                     $0.00

Amount Due                                                                       $500.00

Bill to
**Adrian Lopez**

████████████████

**Superb Motors**
215 Northern Blvd
Great Neck
NY, 11021
https://www.superbmotorgroup.com/
(999) 999-9999

© Tekion Corp 2023                                                              Page 1 of 1



Deal #: 12804
Stock #: SU1061
Customer #: 292991
**Payment Receipt**
# $2,000.00

# Thank you Vinroy
## We appreciate your business with us!

| 1. Payment | Paid at Dealership | Received By | $2,000.00 |
|---|---|---|---|
| Mon May 8, 2023 \| 10:25 AM | Cash | EUGENE LOWE | |

**Total Payment**     **$2,000.00**

Total Invoice     $3,000.00
Total Surcharge     $0.00

Amount Due     $1,000.00

Bill to
**Vinroy Allen**

████████████

**Superb Motors**
215 Northern Blvd
Great Neck
NY, 11021
https://www.superbmotorgroup.com/
(999) 999-9999

© Tekion Corp 2023



Deal #: 12719
Stock #: SU854
Customer #: 292617
Payment Receipt
**$13,500.00**

# Thank you NIMROD
We appreciate your business with us!

| | | | |
|---|---|---|---|
| **1. Payment** | Paid at Dealership | Received By | $13,000.00 |
| Mon May 8, 2023 | 6:40 PM | Check — 270358500 | EUGENE LOWE | |
| **2. Payment** | Paid at Dealership | Received By | $500.00 |
| Fri Apr 21, 2023 | 8:48 PM | Mastercard — 6533 | Willie R | |

| | |
|---|---|
| **Total Payment** | **$13,500.00** |
| Total Invoice | $13,500.00 |
| Total Surcharge | $0.00 |
| Amount Due | $0.00 |

Bill to
**Nimrod Ezuz**

Superb Motors
215 Northern Blvd
Great Neck
NY, 11021
https://www.superbmotorgroup.com/
(999) 999-9999

© Tekion Corp 2023

Page 1 of 1



# Thank you CHANDRAWATTIE
We appreciate your business with us!

| 1. Payment | Paid at Dealership | Received By | $15,000.00 |
|---|---|---|---|
| Mon May 8, 2023 \| 7:46 PM | Check — 326 | EUGENE LOWE | |

| **Total Payment** | | | **$15,000.00** |
|---|---|---|---|

| Total Invoice | | | $15,000.00 |
|---|---|---|---|
| Total Surcharge | | | $0.00 |

| Amount Due | | | $0.00 |
|---|---|---|---|

Bill to
**Chandrawattie Manohar**

▓▓▓▓▓▓▓▓▓

**Superb Motors**
215 Northern Blvd
Great Neck
NY, 11021
https://www.superbmotorgroup.com/
(939) 999-9999

© Tekion Corp 2023



Deal #: 12816
Stock #: SU0994
Customer #: 293030
Payment Receipt
**$2,000.00**

# Thank you Elzbieta
We appreciate your business with us!

**1. Payment**                    Paid at Dealership          Received By              $2,000.00
Tue May 9, 2023 | 4:28 PM          Cash                       ANDY V

                                                              **Total Payment**        **$2,000.00**

                                                              Total Invoice            $10,000.00
                                                              Total Surcharge              $0.00

                                                              Amount Due                $8,000.00

Bill to                                                       **Superb Motors**
**Elzbieta Ciftcikal**                                        215 Northern Blvd
                                                              Great Neck
                                                              NY, 11021
                                                              https://www.superbmotorgroup.com/
                                                              (999) 999-9999

**SUPERB** MOTORS

Deal #: 12805
Stock #: SU0900
Customer #: 292994
Payment Receipt
**$10,000.00**

# Thank you BEULAH
We appreciate your business with us!

**1. Payment**
Fri May 12, 2023 | 10:24 AM

Paid at Dealership
Cash

Received By
EUGENE LOWE

**$4,000.00**

**2. Payment**
Fri May 12, 2023 | 9:57 AM

Paid at Dealership
Mastercard — 7920

Received By
EUGENE LOWE

$500.00

**3. Payment**
Fri May 12, 2023 | 9:55 AM

Paid at Dealership
Cash

Received By
EUGENE LOWE

**$4,500.00**

**4. Payment**
Mon May 8, 2023 | 1:08 PM

Paid at Dealership
Cash

Received By
EUGENE LOWE

**$1,000.00**

**Total Payment**

**$10,000.00**

Total Invoice

$10,000.00

Total Surcharge

$0.00

Amount Due

$0.00

Bill to
**Beulah Reeves**

**Superb Motors**
215 Northern Blvd
Great Neck
NY, 11021
https://www.superbmotorgroup.com/
(999) 999-9999

© Tekion Corp 2023

Page 1 of 1



Deal #: 12829
Stock #: SU0877
Customer #: 293122
Payment Receipt
# $15,500.00

# Thank you KEVARIE
We appreciate your business with us!

| 1. Payment | Paid at Dealership | Received By | |
|---|---|---|---|
| Wed May 17, 2023 | 3:16 PM | Check — 321718061 | ANDY V | $9,500.00 |

| 2. Payment | Paid at Dealership | Received By | |
|---|---|---|---|
| Fri May 12, 2023 | 7:46 PM | Visa — 3491 | EUGENE LOWE | $3,000.00 |

| 3. Payment | Paid at Dealership | Received By | |
|---|---|---|---|
| Fri May 12, 2023 | 7:26 PM | Cash | EUGENE LOWE | $1,000.00 |

| 4. Payment | Paid at Dealership | Received By | |
|---|---|---|---|
| Fri May 12, 2023 | 5:06 PM | Visa — 3491 | EUGENE LOWE | $2,000.00 |

| Total Payment | $15,500.00 |
|---|---|

| Total Invoice | $15,500.00 |
|---|---|
| Total Surcharge | $0.00 |

| Amount Due | $0.00 |
|---|---|

Bill to
**Kevarie Leslie**

**Superb Motors**
215 Northern Blvd
Great Neck
NY, 11021
https://www.superbmotorgroup.com/
(939) 999-9999

© Tekion Corp 2023

Page 1 of 1

**SUPERB**
M O T O R S

Deal #: 12843
Stock #: SU1028
Customer #: 293166
Payment Receipt
**$2,000.00**

# Thank you AMATUL
We appreciate your business with us!

| | | | |
|---|---|---|---|
| **1. Payment**<br>Wed May 17, 2023 \| 6:48 PM | Paid at Dealership<br>Visa — 5350 | Received By<br>EUGENE LOWE | $500.00 |
| **2. Payment**<br>Mon May 15, 2023 \| 3:38 PM | Paid at Dealership<br>Cash | Received By<br>ANDY V | $1,500.00 |

| | |
|---|---|
| **Total Payment** | **$2,000.00** |
| Total Invoice | $2,000.00 |
| Total Surcharge | $0.00 |
| Amount Due | $0.00 |

Bill to
**Amatul Q Bashir**

**Superb Motors**
215 Northern Blvd
Great Neck
NY, 11021
https://www.superbmotorgroup.com/
(999) 999-9999

© Tekion Corp 2023

Page 1 of 1



Deal #: 12820
Stock #: SU1103
Customer #: 293046
Payment Receipt
**$1,500.00**

# Thank you Amanda
We appreciate your business with us!

| 1. Payment | Paid at Dealership | Received By | $1,500.00 |
|---|---|---|---|
| Mon May 15, 2023 | 5:12 PM | Cash | ANDY V | |

| | | |
|---|---|---|
| **Total Payment** | | **$1,500.00** |
| Total Invoice | | $1,500.00 |
| Total Surcharge | | $0.00 |
| Amount Due | | $0.00 |

Bill to
**Amanda Saunders**

**Superb Motors**
215 Northern Blvd
Great Neck
NY, 11021
https://www.superbmotorgroup.com/
(999) 999-9999

© Tekion Corp 2023



Deal #: 12802
Stock #: SU1146
Customer #: 292982
**Payment Receipt**
**$4,000.00**

# Thank you Jullian
## We appreciate your business with us!

| | | | |
|---|---|---|---|
| **1. Payment** | Paid at Dealership | Received By | **$3,500.00** |
| Mon May 15, 2023 \| 7:28 PM | Cash | ANDY V | |
| **2. Payment** | Paid at Dealership | Received By | $500.00 |
| Sat May 6, 2023 \| 8:21 PM | Visa — 3825 | ANDY V | |

| | |
|---|---|
| **Total Payment** | **$4,000.00** |
| Total Invoice | $4,000.00 |
| Total Surcharge | $0.00 |
| Amount Due | $0.00 |

Bill to
Jullian A Sanabia

**Superb Motors**
215 Northern Blvd
Great Neck
NY, 11021
https://www.superbmotorgroup.com/
(999) 999-9999

© Tekion Corp 2023

Page 1 of 1



Deal #: 12767
Stock #: SU1167
Customer #: 292869
Paymen: Receipt
**$3,000.00**

# Thank you CRAIG
We appreciate your business with us!

| | | | |
|---|---|---|---|
| **1. Payment**<br>Tue May 16, 2023 \| 2:39 PM | Paid at Dealership<br>Cash | Received By<br>ANDY V | $2,000.00 |
| **2. Payment**<br>Tue May 16, 2023 \| 2:38 PM | Paid at Dealership<br>Visa — 1599 | Received By<br>ANDY V | $1,000.00 |

**Total Payment**     **$3,000.00**

Total Invoice     $3,000.00
Total Surcharge     $0.00

Amount Due     $0.00

Bill to
**Craig Muir**

**Superb Motors**
215 Northern Blvd
Great Neck
NY, 11021
https://www.superbmotorgroup.com/
(999) 999-9999



Deal #: 12829
Stock #: SU0877
Customer #: 293122
Paymen: Receipt
**$15,500.00**

# Thank you KEVARIE
## We appreciate your business with us!

| | | | |
|---|---|---|---|
| **1. Payment** | Paid at Dealership | Received By | $9,500.00 |
| Wed May 17, 2023 \| 3:16 PM | Check — 321718061 | ANDY V | |
| **2. Payment** | Paid at Dealership | Received By | $3,000.00 |
| Fri May 12, 2023 \| 7:46 PM | Visa — 3491 | EUGENE LOWE | |
| **3. Payment** | Paid at Dealership | Received By | $1,000.00 |
| Fri May 12, 2023 \| 7:26 PM | Cash | EUGENE LOWE | |
| **4. Payment** | Paid at Dealership | Received By | $2,000.00 |
| Fri May 12, 2023 \| 5:06 PM | Visa — 3491 | EUGENE LOWE | |

**Total Payment**                                         **$15,500.00**

Total Invoice                                                $15,500.00
Total Surcharge                                                   $0.00

Amount Due                                                       $0.00

Bill to
**Kevarie Leslie**

**Superb Motors**
215 Northern Blvd
Great Neck
NY, 11021
https://www.superbmotorgroup.com/
(999) 999-9999

**SUPERB** MOTORS

Deal #: 12843
Stock #: SU1028
Customer #: 293166
Paymen: Receipt
**$2,000.00**

# Thank you AMATUL
We appreciate your business with us!

**1. Payment**      Paid at Dealership      Received By
Wed May 17, 2023 | 6:48 PM    Visa — 5350      EUGENE LOWE      $500.00

**2. Payment**      Paid at Dealership      Received By
Mon May 15, 2023 | 3:38 PM    Cash      ANDY V      $1,500.00

**Total Payment**      **$2,000.00**

Total Invoice      $2,000.00
Total Surcharge      $0.00

Amount Due      $0.00

Bill to
**Amatul Q Bashir**

**Superb Motors**
215 Northern Blvd
Great Neck
NY, 11021
https://www.superbmotorgroup.com/
(9⸴9) 999-9999



Deal #: 12820
Stock #: SU1103
Customer #: 293046
Payment Receipt
**$1,500.00**

# Thank you Amanda
We appreciate your business with us!

**1. Payment**     **Paid at Dealership**     Received By                      $1,500.00
Mon May 15, 2023 | 5:12 PM    Cash             ANDY V

**Total Payment**                            **$1,500.00**

Total Invoice                           $1,500.00
Total Surcharge                      $0.00

Amount Due                         $0.00

Bill to
**Amanda Saunders**

███████████████

**Superb Motors**
215 Northern Blvd
Great Neck
NY, 11021
https://www.superbmotorgroup.com/
(999) 999-9999



Deal #: 12802
Stock #: SU1146
Customer #: 292982
Payment Receipt
**$4,000.00**

# Thank you Jullian
## We appreciate your business with us!

**1. Payment**          Paid at Dealership          Received By                    **$3,500.00**
Mon May 15, 2023 | 7:28 PM          Cash                    ANDY V

**2. Payment**          Paid at Dealership          Received By                    $500.00
Sat May 6, 2023 | 8:21 PM          Visa — 3825          ANDY V


**Total Payment**                              **$4,000.00**


Total Invoice                              $4,000.00
Total Surcharge                              $0.00

Amount Due                              $0.00

Bill to
**Jullian A Sanabia**

**Superb Motors**
215 Northern Blvd
Great Neck
NY, 11021
https://www.superbmotorgroup.com/
(939) 999-9999

Deal #: 12767
Stock #: SU1167
Customer #: 292869
**Payment Receipt**
**$3,000.00**

# Thank you CRAIG
## We appreciate your business with us!

| | | | |
|---|---|---|---|
| **1. Payment** | Paid at Dealership | Received By | **$2,000.00** |
| Tue May 16, 2023 | 2:39 PM | Cash | ANDY V | |
| **2. Payment** | Paid at Dealership | Received By | $1,000.00 |
| Tue May 16, 2023 | 2:38 PM | Visa — 1599 | ANDY V | |

| | |
|---|---|
| **Total Payment** | **$3,000.00** |
| Total Invoice | $3,000.00 |
| Total Surcharge | $0.00 |
| Amount Due | $0.00 |

Bill to
**Craig Muir**

**Superb Motors**
215 Northern Blvd
Great Neck
NY 11021
https://www.superbmotorgroup.com/
(999) 999-9999

© Tekion Corp 2023



Deal #: 12829
Stock #: SU0877
Customer #: 293122
Paymen: Receipt
**$15,500.00**

# Thank you KEVARIE
## We appreciate your business with us!

| | | | |
|---|---|---|---|
| **1. Payment** | Paid at Dealership | Received By | **$9,500.00** |
| Wed May 17, 2023 \| 3:16 PM | Check — 321718061 | ANDY V | |
| **2. Payment** | Paid at Dealership | Received By | $3,000.00 |
| Fri May 12, 2023 \| 7:46 PM | Visa — 3491 | EUGENE LOWE | |
| **3. Payment** | Paid at Dealership | Received By | $1,000.00 |
| Fri May 12, 2023 \| 7:26 PM | Cash | EUGENE LOWE | |
| **4. Payment** | Paid at Dealership | Received By | $2,000.00 |
| Fri May 12, 2023 \| 5:06 PM | Visa — 3491 | EUGENE LOWE | |

| | |
|---|---|
| **Total Payment** | **$15,500.00** |
| Total Invoice | $15,500.00 |
| Total Surcharge | $0.00 |
| Amount Due | $0.00 |

Bill to
**Kevarie Leslie**

**Superb Motors**
215 Northern Blvd
Great Neck
NY, 11021
https://www.superbmotorgroup.com/
(999) 999-9999

© Tekion Corp 2023



Deal #: 12861
Stock #: SU1109
Customer #: 293283
**Payment Receipt**
**$7,300.00**

# Thank you FREDI
We appreciate your business with us!

| | | | |
|---|---|---|---|
| **1. Payment** | Paid at Dealership | Received By | **$6,800.00** |
| Thu May 18, 2023 \| 7:06 PM | Cash | EUGENE LOWE | |
| **2. Payment** | Paid at Dealership | Received By | **$500.00** |
| Wed May 17, 2023 \| 8:47 PM | Cash | EUGENE LOWE | |

**Total Payment** **$7,300.00**

Total Invoice $7,300.00
Total Surcharge $0.00

Amount Due $0.00

Bill to
**Fredi Aleksi**

**Superb Motors**
2⁻5 Northern Blvd
Great Neck
NY, 11021
https://www.superbmotorgroup.com/
(999) 999-9999

© Tekion Corp 2023

Page 1 of 1



Deal #: 12862
Stock #: SU0981
Customer #: 293303
Payment Receipt
**$2,500.00**

# Thank you ANTHONY
We appreciate your business with us!

| | | | |
|---|---|---|---|
| **1. Payment**<br>Thu May 18, 2023 \| 4:37 PM | Paid at Dealership<br>Cash | Received By<br>EUGENE LOWE | **$500.00** |
| **2. Payment**<br>Thu May 18, 2023 \| 4:29 PM | Paid at Dealership<br>Mastercard — 0710 | Received By<br>EUGENE LOWE | $2,000.00 |

| | |
|---|---|
| **Total Payment** | **$2,500.00** |
| Total Invoice | $2,500.00 |
| Total Surcharge | $0.00 |
| Amount Due | $0.00 |

Bill to
**Anthony G Blagrove**

**Superb Motors**
215 Northern Blvd
Great Neck
NY, 11021
https://www.superbmotorgroup.com/
(399) 999-9999

**Deal #: 12861**
**Stock #: SU1109**
**Customer #: 293283**
**Payment Receipt**
**$7,300.00**

# Thank you FREDI
We appreciate your business with us!

**1. Payment**          Paid at Dealership          Received By                              **$6,800.00**
Thu May 18, 2023 | 7:06 PM          Cash                              EUGENE LOWE

**2. Payment**          Paid at Dealership          Received By                              **$500.00**
Wed May 17, 2023 | 8:47 PM          Cash                              EUGENE LOWE

**Total Payment**                              **$7,300.00**

Total Invoice                              $7,300.00
Total Surcharge                              $0.00

Amount Due                              $0.00

Bill to
**Fredi Aleksi**

**Superb Motors**
215 Northern Blvd
Great Neck
NY, 11021
https://www.superbmotorgroup.com/
(999) 999-9999



**Dea #: 12891**
**Stock #: SU1191**
**Customer #: 293455**
**Payment Receipt**
**$2,500.00**

# Thank you MOUSSA
We appreciate your business with us!

**1. Payment**       **Paid at Dealership**      Received By      **$2,500.00**
Wed May 24, 2023 | 9:35 PM    Cash      LANDI

**Total Payment**      **$2,500.00**

Total Invoice      $2,500.00
Total Surcharge      $0.00

Amount Due      $0.00

Bill to
**Moussa Diarra**

**Superb Motors**
215 Northern Blvd
Great Neck
NY, 11021
https://www.superbmotorgroup.com/
(999) 999-9999

© Tekion Corp 2023      Page 1 of 1



Deal #: 12718
Stock #: SU0961
Customer #: 292609
Payment Receipt
**$10,000.00**

# Thank you TREVAUGHN
We appreciate your business with us!

| | | | |
|---|---|---|---|
| **1. Payment** | Paid at Dealership | Received By | $5,000.00 |
| Thu May 25, 2023 \| 10:15 AM | Check — 0007926 | EUGENE LOWE | |
| | | | |
| **2. Payment** | Paid at Dealership | Received By | $5,000.00 |
| Mon May 1, 2023 \| 1:54 PM | Mastercard — 0860 | ANDY V | |

**Total Payment**          **$10,000.00**

Total Invoice          $10,000.00
Total Surcharge          $0.00

Amount Due          $0.00

Bill to
**Trevaughn G Douglas**

**Superb Motors**
215 Northern Blvd
Great Neck
NY, 11021
https://www.superbmotorgroup.com/
(999) 999-9999

© Tekion Corp 2023

Page 1 of 1



Deal #: 12808
Stock #: SU1139
Customer #: 293011
**Payment Receipt**
**$2,500.00**

# Thank you MEGAN
We appreciate your business with us!

| **1. Payment** | Paid at Dealership | Received By | **$1,582.00** |
| Thu May 25, 2023 | 4:27 PM | Cash | EUGENE LOWE | |
| **2. Payment** | Paid at Dealership | Received By | $918.00 |
| Mon May 22, 2023 | 12:02 PM | Mastercard — 5159 | ANDY V | |

| | **Total Payment** | **$2,500.00** |
| --- | --- | --- |
| | Total Invoice | $2,500.00 |
| | Total Surcharge | $0.00 |
| | Amount Due | $0.00 |

Bill to
**Megan Brooks**

**Superb Motors**
215 Northern Blvd
Great Neck
NY, 11021
https://www.superbmotorgroup.com/
(999) 999-9999

© Tekion Corp 2023

Page 1 of 1



Deal #: 12899
Stock #: SU1150
Customer #: 293508
Payment Receipt
**$3,000.00**

# Thank you GARY
We appreciate your business with us!

**1. Payment**                    Paid at Dealership          Received By                    $3,000.00
Fri May 26, 2023 | 3:04 PM        Cash                        ANDY V


                                                              Total Payment                 **$3,000.00**


                                                              Total Invoice                  $3,000.00
                                                              Total Surcharge                $0.00

                                                              Amount Due                     $0.00

Bill to
**Gary S Midence Nunez**

███████████████

**Superb Motors**
215 Northern Blvd
Great Neck
NY, 11021
https://www.superbmotorgroup.com/
(999) 999-9999

© Tekion Corp 2023                                                          Page 1 of 1



Deal #: 12902
Stock #: SU1174
Customer #: 293532
Payment Receipt
## $5,000.00

# Thank you JOSE
## We appreciate your business with us!

**1. Payment**          Paid at Dealership          Received By                                    $5,000.00
Sat May 27, 2023 | 1:21 PM    Cash                       EUGENE LOWE


**Total Payment**                                                   $5,000.00


Total Invoice                                                      $5,000.00
Total Surcharge                                                        $0.00

Amount Due                                                            $0.00


Bill to                                                 **Superb Motors**
**Jose L Hernandez Arteaga**                            215 Northern Blvd
                                                        Great Neck
                                                        NY, 11021
                                                https://www.superbmotorgroup.com/
                                                        (999) 999-9999

© Tekion Corp 2023                                      Page 1 of 1



**Deal #:** 12667
**Stock #:** SU0986
**Customer #:** 292308
**Payment Receipt**
# $8,000.00

# Thank you Gabriela
We appreciate your business with us!

| **1. Payment** | Paid at Dealership | Received By | $5,500.00 |
| Tue May 30, 2023 \| 3:16 PM | Cash | ANDY V | |
| | | | |
| **2. Payment** | Paid at Dealership | Received By | $2,500.00 |
| Sat May 27, 2023 \| 5:30 PM | Cash | EUGENE LOWE | |

**Total Payment**                                      **$8,000.00**

Total Invoice                                           $8,000.00
Total Surcharge                                            $0.00

Amount Due                                                 $0.00

Bill to
**Gabriela Martinez**

**Superb Motors**
215 Northern Blvd
Great Neck
NY, 11021
https://www.superbmotorgroup.com/
(999) 999-9999

© Tekion Corp 2023



Deal #: 12918
Stock #: SU1135
Customer #: 293605
Payment Receipt
**$1,000.00**

# Thank you MILTON
We appreciate your business with us!

| 1. Payment | Paid at Dealership | Received By | $1,000.00 |
|---|---|---|---|
| Wed May 31, 2023 \| 11:27 AM | Cash | EUGENE LOWE | |

**Total Payment** | | | **$1,000.00**

Total Invoice | | | $1,000.00
Total Surcharge | | | $0.00

Amount Due | | | $0.00

Bill to
**Milton Simms**

███████████████

**Superb Motors**
215 Northern Blvd
Great Neck
NY, 11021
https://www.superbmotorgroup.com/
(999) 999-9999



Deal #: 12925
Stock #: SU1140
Customer #: 293657
Payment Receipt
$3,000.00

# Thank you Devin
We appreciate your business with us!

**1. Payment**           Paid at Dealership          Received By                      **$800.00**
Thu Jun 8, 2023 | 7:13 PM   Cash                        EUGENE LOWE

**2. Payment**           Paid at Dealership          Received By                    **$2,200.00**
Thu Jun 1, 2023 | 9:24 PM   Cash                        EUGENE LOWE

Total Payment                                           **$3,000.00**

Total Invoice                                           $4,500.00
Total Surcharge                                            $0.00

Amount Due                                              $1,500.00

Bill to
**Devin Fletcher**

**Superb Motors**
215 Northern Blvd
Great Neck
NY, 11021
Https://www.superbmotorgroup.com/
(999) 999-9999

© Tekion Corp 2023



Deal #: 12923
Stock #: SU1215
Customer #: 293641
Payment Receipt
**$5,000.00**

# Thank you JUNIOR
## We appreciate your business with us!

| **1. Payment** | Paid at Dealership | Received By | $5,000.00 |
| Fri Jun 2, 2023 I 3:30 PM | Cash | ANDY V | |

| **Total Payment** | | | **$5,000.00** |

| Total Invoice | | | $5,000.00 |
| Total Surcharge | | | $0.00 |

| Amount Due | | | $0.00 |

Bill to
**Junior S Britton**

Superb Motors
215 Northern Blvd
Great Neck
NY, 11021
https://www.superbmotorgroup.com/
(999) 999-9999



Deal #: 12931
Stock #: SU1231
Customer #: 293697
Payment Receipt
**$3,500.00**

# Thank you KEVIN
We appreciate your business with us!

| **1. Payment** | Paid at Dealership | Received By | $3,500.00 |
| Sat Jun 3, 2023 | 2:55 PM | Cash | ANDY V | |

| **Total Payment** | | | **$3,500.00** |

| Total Invoice | | | $7,000.00 |
| Total Surcharge | | | $0.00 |

| Amount Due | | | $3,500.00 |

Bill to
**Kevin Galbreath**

**Superb Motors**
215 Northern Blvd
Great Neck
NY, 11021
https://www.superbmotorgroup.com/
(999) 999-9999



Deal #: 12929
Stock #: SU1056
Customer #: 293685
Payment Receipt
**$15,000.00**

# Thank you ONYX
We appreciate your business with us!

| 1. Payment | Paid at Dealership | Received By | $10,500.00 |
| Thu Jun 8, 2023 \| 5:47 PM | Check — 23300305 | EUGENE LOWE | |

| 2. Payment | Paid at Dealership | Received By | $4,500.00 |
| Sat Jun 3, 2023 \| 2:07 PM | Mastercard — 2188 | ANDY V | |

**Total Payment**                          **$15,000.00**

Total Invoice                              $15,000.00
Total Surcharge                                 $0.00

Amount Due                                      $0.00

Bill to
**Onyx M Paul**

**Superb Motors**
215 Northern Blvd
Great Neck
NY. 11021
https://www.superbmotorgroup.com/
(999) 999-9999

© Tekion Corp 2023



Deal #: 12925
Stock #: SU1140
Customer #: 293657
Payment Rece pt
**$3,000.00**

# Thank you Devin
We appreciate your business with us!

| 1. Payment | Paid at Dealership | Received By | |
|---|---|---|---|
| Thu Jun 8, 2023 | 7:13 PM | Cash | EUGENE LOWE | **$800.00** |

| 2. Payment | Paid at Dealership | Received By | |
|---|---|---|---|
| Thu Jun 1, 2023 | 9:24 PM | Cash | EUGENE LOWE | **$2,200.00** |

| | |
|---|---|
| **Total Payment** | **$3,000.00** |
| Total Invoice | $4,500.00 |
| Total Surcharge | $0.00 |
| Amount Due | $1,500.00 |

Bill to
**Devin Fletcher**

Superb Motors
215 Northern B vd
Great Neck
NY, 11021
https://www.superbmotorgroup.com/
(999) 999-9999



Deal #: 12971
Stock #: SU1181
Customer #: 293845
Payment Receipt
$3,500.00

# Thank you MARC
We appreciate your business with us!

**1. Payment**
Fri Jun 9, 2023 | 3:05 PM

Paid at Dealership
Cash

Received By
ANTHONY DEO

$3,500.00

| | |
|---|---|
| **Total Payment** | **$3,500.00** |
| Total Invoice | $3,500.00 |
| Total Surcharge | $0.00 |
| Amount Due | $0.00 |

Bill to
Marc Merckling

Superb Motors
215 Northern Blvd
Great Neck
NY, 11021
https://www.superbmotorgroup.com/
(999) 999-9999



**Deal #: 12627**
**Stock #: SU1055**
**Customer #: 292071**
**Payment Receipt**
**$6,000.00**

# Thank you Javeil
We appreciate your business with us!

| | | | |
|---|---|---|---|
| **1. Payment**<br>Fri Jun 9, 2023 | 3:41 PM | Paid at Dealership<br>Check — 0002062666 | Received By<br>EUGENE LOWE | **$4,000.00** |
| **2. Payment**<br>Sat Apr 8, 2023 | 7:40 PM | Paid at Dealership<br>Cash | Received By<br>EUGENE LOWE | **$2,000.00** |

**Total Payment**                                        **$6,000.00**

Total Invoice                                              $7,500.00
Total Surcharge                                              $0.00

Amount Due                                                $1,500.00

Bill to
**Javell Green**

■■■■■■■■

**Superb Motors**
215 Northern Blvd
Great Neck
NY, 11021
https://www.superbmotorgroup.com/
(999) 999-9999

© Tekion Corp 2023



Deal #: 1297
Stock #: SU1194
Customer #: 293887
Payment Receipt
**$80.00**

# Thank you JUAN
We appreciate your business with us!

**1. Payment**         Paid at Dealership        Received By              **$80.00**
Sat Jun 10, 2023 | 6:11 PM    Cash                EUGENE LOWE

**Total Payment**                                                **$80.00**

Total Invoice                                                    $500.00
Total Surcharge                                                  $0.00

Amount Due                                                       $420.00

Bill to
**Juan Cruz Cabrera**

                                                        **Superb Motors**
                                                        215 Northern Blvd
                                                        Great Neck
                                                        NY, 11021
                                        https://www.superbmotorgroup.com/
                                                        (999) 999-9999



Deal #: 12980
Stock #: SU1011
Customer #: 293907
Payment Receipt
**$10,000.00**

# Thank you MARCELO
We appreciate your business with us!

**1. Payment**                    Paid at Dealership          Received By                              $9,000.00
Tue Jun 13, 2023 | 12:25 PM       Cash                        EUGENE LOWE

**2. Payment**                    Paid at Dealership          Received By                              $1,000.00
Mon Jun 12, 2023 | 4:16 PM        Cash                        EUGENE LOWE

                                                              Total Payment                       $10,000.00

                                                              Total Invoice                       $10,000.00
                                                              Total Surcharge                          $0.00

                                                              Amount Due                               $0.00

Bill to                                                       **Superb Motors**
**Marcelo R Rebolledo**                                       215 Northern Blvd
                                                              Great Neck
                                                              NY, 11021
                                                              https://www.superbmotorgroup.com/
                                                              (999) 999-9999



Deal #: 12689
Stock #: SU1189
Customer #: 2924C8
Payment Receipt
**$28,684.59**

# Thank you Manuel
We appreciate your business with us!

| **1. Payment** | Paid at Dealership | Received By | **$8,684.59** |
| Tue Jun 13, 2023 | 12:33 PM | Check — 9784314609 | EUGENE LOWE | |

| **2. Payment** | Paid at Dealership | Received By | **$20,000.00** |
| Thu Apr 13, 2023 | 4:12 PM | Check — 9810825530 | ANDY V | |

| **Total Payment** | **$28,684.59** |

| Total Invoice | $28,684.59 |
| Total Surcharge | $0.00 |

| Amount Due | $0.00 |

Bill to
**Manuel S Romo Gonzalez**

**Superb Motors**
215 Northern Blvd
Great Neck
NY, 11C21
https://www.superbmotorgroup.com/
(999) 999-9999

© Tekion Corp 2023



Deal #: 12988
Stock #: SU1205
Customer #: 293946
Payment Receipt
**$500.00**

# Thank you Daniel
We appreciate your business with us!

**1. Payment**
Wed Jun 14, 2023 | 7:07 PM

Paid at Dealership
Cash

Received By
EUGENE LOWE

$500.00

**Total Payment:**                               $500.00

Total Invoice                                         $500.00
Total Surcharge                                       $0.00

Amount Due                                            $0.00

Bill to
**Daniel M Obrien Ellis**

**Superb Motors**
215 Northern Blvd
Great Neck
NY, 11021
https://www.superbmotorgroup.com/
(999) 999-9999

© Tekion Corp 2023



Deal #: 12507
Stock #: SU1013
Customer #: 291670
Payment Receipt
**$5,000.00**

# Thank you Rodolfo
## We appreciate your business with us!

**1. Payment**          Paid at Dealership          Received By                      **$5,000.00**
Thu Jun 15, 2023 | 11:40 AM    Cash               ANDY V

**Total Payment**                                          **$5,000.00**

Total Invoice                                              $5,000.00
Total Surcharge                                            $0.00

Amount Due                                                 $0.00

Bill to
**Rodolfo Torres-abreu**

██████████████████

**Superb Motors**
215 Northern Blvd
Great Neck
NY, 11021
https://www.superbmotorgroup.com/
(999) 999-9999



Deal #: 13000
Stock #: SU1126
Customer #: 293986
**Payment Receipt**
**$3,000.00**

# Thank you CHARLES
We appreciate your business with us!

**1. Payment**          Paid at Dealership          Received By                    $3,000.00
Thu Jun 15, 2023 | 3:59 PM   Cash                   EUGENE LOWE

|  |  |
|---|---|
| **Total Payment** | **$3,000.00** |
| Total Invoice | $3,000.00 |
| Total Surcharge | $0.00 |
| Amount Due | $0.00 |

Bill to
**Charles Bastien**

████████████████

**Superb Motors**
215 Northern Blvd
Great Neck
NY, 11021
https://www.superbmotorgroup.com/
(959) 999-9939



Deal #: 12973
Stock #: SU09C3
Customer #: 293872
**Payment Receipt**
**$464.00**

# Thank you ADRIAN
We appreciate your business with us!

**1. Payment**           Paid at Dealership          Received By                    $464.00
Fri Jun 16, 2023 | 6:23 PM   Cash                       ANDY V

                                                     **Total Payment**                  **$464.00**

                                                     Total Invoice                      $3,000.00
                                                     Total Surcharge                        $0.00

                                                     Amount Due                         $2,536.00

Bill to                                              **Superb Motors**
**Adrian Lopez**                                     215 Northern Blvd
                                                     Great Neck
                                                     NY, 11021
                                                     https://www.superbmotorgroup.com/
                                                     (999) 999-9999

© Tekion Corp 2023                                   Page 1 of 1



**Deal #: 13010**
**Stock #: SU0940A**
**Customer #: 294022**
Payment Receipt
**$3,000.00**

# Thank you MICHELLE
We appreciate your business with us!

| | | | |
|---|---|---|---|
| **1. Payment** | Paid at Dealership | Received By | **$3,000.00** |
| Fri Jun 16, 2023 \| 7:36 PM | Cash | ANDY V | |

| | |
|---|---|
| **Total Payment** | **$3,000.00** |

| | |
|---|---|
| Total Invoice | $3,000.00 |
| Total Surcharge | $0.00 |

| | |
|---|---|
| Amount Due | $0.00 |

Bill to
**Michelle E Owens**

**Superb Motors**
215 Northern Blvd
Great Neck
NY, 11021
https://www.superbmotorgroup.com/
(999) 999-9999



Deal #: 12955
Stock #: SU1147
Customer #: 293828
Payment Receipt
**$5,500.00**

# Thank you BRANDON
## We appreciate your business with us!

| 1. Payment | Paid at Dealership | Received By | $5,200.00 |
|---|---|---|---|
| Sat Jun 17, 2023 \| 12:23 PM | Check — 847075948 | ANDY V | |
| 2. Payment | Paid at Dealership | Received By | $300.00 |
| Fri Jun 9, 2023 \| 1:11 PM | Visa — 0876 | EUGENE LOWE | |

| Total Payment | | $5,500.00 |
|---|---|---|
| Total Invoice | | $5,500.00 |
| Total Surcharge | | $0.00 |
| Amount Due | | $0.00 |

Bill to
**Brandon N Johnson**

**Superb Motors**
215 Northern Blvd
Great Neck
NY, 11021
https://www.superbmotorgroup.com/
(999) 999-9999



**Deal #: 13034**
**Stock #: SU0959BB**
**Customer #: 294127**
**Payment Receipt**
**$2,000.00**

# Thank you KHALIFAH
We appreciate your business with us!

| 1. Payment | Paid at Dealership | Received By | $2,000.00 |
|---|---|---|---|
| Wed Jun 21, 2023 \| 5:17 PM | Cash | EUGENE LOWE | |

| **Total Payment** | | | **$2,000.00** |
|---|---|---|---|

| Total Invoice | | | $2,000.00 |
|---|---|---|---|
| Total Surcharge | | | $0.00 |
| Amount Due | | | $0.00 |

Bill to
**Khalifah Abdulkhaliq**

**Superb Motors**
215 Northern Blvd
Great Neck
NY, 11021
https://www.superbmotorgroup.com/
(999) 999-9999



Deal #: 13033
Stock #: SU1144
Customer #: 294124
Payment Receipt
## $9,000.00

# Thank you FARHANA
## We appreciate your business with us!

**1. Payment**
Sat Jun 24, 2023 | 11:33 AM

**Paid at Dealership**
Check — 9628113199

Received By
ANDY V

$9,000.00

**Total Payment**                          **$9,000.00**

Total Invoice                                $9,000.00
Total Surcharge                                  $0.00

Amount Due                                       $0.00

Bill to
Farhana Fatema

Superb Motors
215 Northern Blvd
Great Neck
NY, 11021
https://www.superbmotorgroup.com/
(999) 999-9999

© Tekion Corp 2023



Deal #: 13033
Stock #: SU144
Customer #: 294124
**Payment Receipt**
**$9,000.00**

# Thank you FARHANA
## We appreciate your business with us!

**1. Payment**                     Paid at Dealership        Received By                          **$9,000.00**
Sat Jun 24, 2023 | 11:33 AM        Check — 9628113199        ANDY V

**Total Payment**                                                                              **$9,000.00**

Total Invoice                                                                                   $9,000.00
Total Surcharge                                                                                    $0.00

Amount Due                                                                                         $0.00

Bill to                                                     Superb Motors
**Farhana Fatema**                                          215 Northern Blvd
                                                            Great Neck
                                                            NY, 11C21
                                                            https://www.superbmotorgroup.com/
                                                            (999) 999-9999

© Tekion Corp 2023                                                                         Page 1 of 1



Deal #: 13050
Stock #: SU0786
Customer #: 294202
Payment Receipt
**$5,000.00**

# Thank you PAUL
We appreciate your business with us!

**1. Payment**          Paid at Dealership          Received By                              $5,000.00
Sat Jun 24, 2023 | 12:55 PM   Cash                ANDY V

**Total Payment**                                              **$5,000.00**

Total Invoice                                                   $10,000.00
Total Surcharge                                                      $0.00

Amount Due                                                       $5,000.00

Bill to
**Paul M Kelly**

**Superb Motors**
215 Northern Blvd
Great Neck
NY, 11C21
https://www.superbmotorgroup.com/
(999) 999-9999

© Tekion Corp 2023



Deal #: 13030
Stock #: SU1130
Customer #: 294112
**Payment Receipt**
**$18,000.00**

# Thank you JAIME
## We appreciate your business with us!

| | | | |
|---|---|---|---|
| **1. Payment** | Paid at Dealership | Received By | **$8,000.00** |
| Sat Jun 24, 2023 \| 2:53 PM | Cash | ANDY V | |
| **2. Payment** | Paid at Dealership | Received By | $10,000.00 |
| Tue Jun 20, 2023 \| 8:18 PM | Visa — 2629 | ANDY V | |

**Total Payment** **$18,000.00**

Total Invoice $0.00
Total Surcharge $0.00

Amount Due -$18,000.00

Bill to
**Jaime Chisaquinga**

**Superb Motors**
215 Northern Blvd
Great Neck
NY, 11021
https://www.superbmotorgroup.com/
(999) 999-9999

© Tekion Corp 2023



Deal #: 13055
Stock #: undefined
Customer #: 294223
Payment Receipt
**$2,000.00**

# Thank you VICTOR
We appreciate your business with us!

| 1. Payment | Paid at Dealership | Received By | $2,000.00 |
|---|---|---|---|
| Sat Jun 24, 2023 \| 4:35 PM | Cash | ANTHONY DEC | |

**Total Payment**                                   **$2,000.00**

Total Invoice                                         $2,000.00
Total Surcharge                                          $0.00

Amount Due                                               $0.00

Bill to
**Victor Santamaria-gonzalez**

Superb Motors
215 Northern Blvd
Great Neck
NY, 11021
h:tps://www.superbmotorgroup.ccm/
(999) 999-9999



Deal #: 13023
Stock #: SU1180
Customer #: 294068
Payment Receipt
**$10,000.00**

# Thank you ONEIL
We appreciate your business with us!

| **1. Payment** | Paid at Dealership | Received By | $9,000.00 |
| Mon Jun 26, 2023 \| 2:15 PM | Cash | ANDY V | |
| **2. Payment** | Paid at Dealership | Received By | $1,000.00 |
| Mon Jun 19, 2023 \| 3:24 PM | Visa — 7159 | ANDY V | |

**Total Payment** $10,000.00

Total Invoice $10,000.00
Total Surcharge $0.00

Amount Due $0.00

Bill to
**Onell A Thompson**

**Superb Motors**
215 Northern Blvd
Great Neck
NY, 11021
Https://www.superbmotorgroup.com/
(999) 999-9999

Deal #: 13082
Stock #: SU1257
Customer #: 294315
Payment Receipt
**$3,000.00**

# Thank you LLOYD
We appreciate your business with us!

**1. Payment**                     Paid at Dealership          Received By                                    **$3,000.00**
Wed Jun 28, 2023 | 4:52 PM         Cash                       EUGENE LOWE

                                                              **Total Payment**                    **$3,000.00**

                                                              Total Invoice                         $3,000.00
                                                              Total Surcharge                          **$0.00**

                                                              Amount Due                             $0.00

Bill to
Lloyd T Marryshow

Superb Motors
215 Northern Blvd
Great Neck
NY, 11021
Https://www.superbmotorgroup.com/
(999) 999-9999

© Tekion Corp 2023



Deal #: 13093
Stock #: SU1277
Customer #: 294415
Payment Receipt
# $7,500.00

# Thank you Serrano
We appreciate your business with us!

**1. Payment**
Fri Jun 30, 2023 | 3:59 PM

Paid at Dealership
Mastercard — 0964

Received By
ANDY V

$2,500.00

**2. Payment**
Fri Jun 30, 2023 | 1:59 PM

Paid at Dealership
Cash

Received By
EUGENE LOWE

$5,000.00

**Total Payment**      **$7,500.00**

Total Invoice      $7,000.00
Total Surcharge      $0.00

Amount Due      -$500.00

Bill to
**Serrano G Ramirez**

**Superb Motors**
215 Northern Blvd
Great Neck
NY, 11021
https://www.superbmotorgroup.com/
(999) 999-9939

© Tekion Corp 2023



Deal #: 13007
Stock #: SU1054
Customer #: 293996
Payment Receipt
$300.00

# Thank you Johnathan
We appreciate your business with us!

**1. Payment**            Paid at Dealership            Received By            **$300.00**
Fri Jun 30, 2023 | 4:12 PM    Cash                      ANDY V

**Total Payment**            **$300.00**

Total Invoice            $3,000.00
Total Surcharge          $0.00

Amount Due               $2,700.00

Bill to                                                    **Superb Motors**
**Johnathan Rabaza**                                        215 Northern Blvd
                                                            Great Neck
                                                            NY, 11021
                                                            https://www.superbmotorgroup.com/
                                                            (999) 999-9999

**SUPERB** MOTORS

Deal #: 13099
Stock #: SU1264
Customer #: 294469
Payment Receipt
**$2,000.00**

# Thank you NICHOLAS
We appreciate your business with us!

**1. Payment**
Sat Jul 1 2023 | 12:16 PM

Paid at Dealership
Cash

Received By
EUGENE LOWE

$2,000.00

**Payments / Refund Notes**

1. 2000x 100

| | |
|---|---:|
| **Total Payment** | **$2,000.00** |
| Total Invoice | $9,500.00 |
| Total Surcharge | $0.00 |
| Amount Due | $7,500.00 |

Bill to
**Nicholas Singh**

■■■■■■■■■■■

**Superb Motors**
215 Northern Blvd
Great Neck
NY, 11021
https://www.superbmotorgroup.com/
9999999999

© Tekion Corp 2023

**SUPERB** MOTORS

Deal #: 13107
Stock #: SU1178
Customer #: 294519
Payment Receipt
**$5,000.00**

# Thank you KARLY
We appreciate your business with us!

**1. Payment**          Paid at Dealership      Received By                                    $5,000.00
Mon Jul 3 2023 | 3:53 PM    Cash                    ANDY V

**Total Payment**                                                            **$5,000.00**

Total Invoice                                                                  $5,000.00
Total Surcharge                                                                    $0.00

Amount Due                                                                      $0.00

Bill to
**Karly Kavenaght-paul**

███████████████

*Superb Motors*
215 Northern Blvd
Great Neck
NY, 11021
https://www.superbmotorgroup.com/
9999999999

© Tekion Corp 2023

**Deal #: 13108**
**Stock #: SU1298**
**Customer #: 294520**
Payment Receipt
**$2,000.00**

# Thank you DAVID
## We appreciate your business with us!

| 1. Payment | Paid at Dealership | Received By | |
|---|---|---|---|
| Mon Jul 3 2023 \| 4:03 PM | Cash | ANDY V | $2,000.00 |

| | |
|---|---|
| **Total Payment** | **$2,000.00** |
| Total Invoice | $3,000.00 |
| Total Surcharge | $0.00 |
| Amount Due | $1,000.00 |

Bill to
**David Vega**

**Superb Motors**
215 Northern Blvd
Great Neck
NY, 11021
https://www.superbmotorgroup.com/
9999999999

© Tekion Corp 2023

Page 1 of 1

**SUPERB** MOTORS

Deal #: 13140
Stock #: SU1256
Customer #: 294590
Payment Receipt
**$1,000.00**

# Thank you RAHEEM
We appreciate your business with us!

| **1. Payment** | Paid at Dealership | Received By | |
|---|---|---|---|
| Thu Jul 6 2023 \| 3:07 PM | Cash | ANDY V | $1,000.00 |

| | |
|---|---|
| **Total Payment** | **$1,000.00** |

| | |
|---|---|
| Total Invoice | $7,500.00 |
| Total Surcharge | $0.00 |
| | |
| Amount Due | $6,500.00 |

Bill to
**Raheem Wright**

Superb Motors
215 Northern Blvd
Great Neck
NY, 11021
https://www.superbmotorgroup.com/
9999999999

**SUPERB**
M O T O R S

Deal #: 13096
Stock #: SU1228
Customer #: 294432
Payment Receipt
**$5,000.00**

# Thank you Mathias
We appreciate your business with us!

| **1. Payment** | Paid at Dealership | Received By | |
|---|---|---|---|
| Thu Jul 6 2023 \| 5:17 PM | Cash | ANDY V | $3,000.00 |
| **2. Payment** | Paid at Dealership | Received By | |
| Fri Jun 30 2023 \| 7:09 PM | Visa — 6770 | LANDI | $2,000.00 |

| | |
|---|---|
| **Total Payment** | **$5,000.00** |
| | |
| Total Invoice | $5,000.00 |
| Total Surcharge | $0.00 |
| | |
| Amount Due | $0.00 |

Bill to
**Mathias J Muller**

**Superb Motors**
215 Northern Blvd
Great Neck
NY, 11021
https://www.superbmotorgroup.com/
9999999999

© Tekion Corp 2023

Page 1 of 1

**SUPERB**
MOTORS

Deal #: 13111
Stock #: SU0818A
Customer #: 294530
Payment Receipt
**$8,000.00**

# Thank you John
We appreciate your business with us!

| | | | |
|---|---|---|---|
| **1. Payment**<br>Fri Jul 7 2023 \| 5:28 PM | Paid at Dealership<br>Visa — 4976 | Received By<br>ANDY V | $3,000.00 |
| **2. Payment**<br>Fri Jul 7 2023 \| 5:26 PM | Paid at Dealership<br>Cash | Received By<br>ANDY V | $3,000.00 |
| **3. Payment**<br>Mon Jul 3 2023 \| 8:58 PM | Paid at Dealership<br>Visa — 3523 | Received By<br>ANDY V | $2,000.00 |

**Total Payment**     **$8,000.00**

Total Invoice     $8,000.00
Total Surcharge     $0.00

Amount Due     $0.00

Bill to
**John I Crenshaw**

*Superb Motors*
215 Northern Blvd
Great Neck
NY, 11021
https://www.superbmotorgroup.com/
9999999999

**SUPERB** MOTORS

Deal #: 13147
Stock #: SU1263
Customer #: 294664
Payment Receipt
**$1,000.00**

# Thank you MARY
We appreciate your business with us!

**1. Payment**
Sat Jul 8 2023 | 5:21 PM

Paid at Dealership
Cash

Received By
ANDY V

$1,000.00

**Total Payment**                                              **$1,000.00**

Total Invoice                                                    $1,000.00
Total Surcharge                                                      $0.00

Amount Due                                                        $0.00

Bill to
**Mary Maloney**

**Superb Motors**
215 Northern Blvd
Great Neck
NY, 11021
https://www.superbmotorgroup.com/
9999999999

© Tekion Corp 2023

**SUPERB** MOTORS

Deal #: 13158
Stock #: SU1296
Customer #: 294704
Payment Receipt
**$10,000.00**

# Thank you fisnik
We appreciate your business with us!

| | | | |
|---|---|---|---|
| **1. Payment**<br>Mon Jul 10 2023 | 7:08 PM | Paid at Dealership<br>Cash | Received By<br>ANDY V | $5,000.00 |
| **2. Payment**<br>Mon Jul 10 2023 | 7:08 PM | Paid at Dealership<br>Visa — 9522 | Received By<br>ANDY V | $5,000.00 |

**Total Payment**      **$10,000.00**

Total Invoice      $10,000.00
Total Surcharge      $0.00

Amount Due      $0.00

Bill to
**Fisnik Dullovi**

███████████████

**Superb Motors**
215 Northern Blvd
Great Neck
NY, 11021
https://www.superbmotorgroup.com/
9999999999



Deal #: 13160
Stock #: SU1278
Customer #: 294715
Payment Receipt
**$8,000.00**

# Thank you MAURILIO
We appreciate your business with us!

| | | | |
|---|---|---|---|
| **1. Payment**<br>Thu Jul 13 2023 \| 1:15 PM | Paid at Dealership<br>Cash | Received By<br>ANDY V | $4,200.00 |
| **2. Payment**<br>Thu Jul 13 2023 \| 11:39 AM | Paid at Dealership<br>Mastercard — 3165 | Received By<br>ANDY V | $2,000.00 |
| **3. Payment**<br>Thu Jul 13 2023 \| 11:38 AM | Paid at Dealership<br>Mastercard — 5313 | Received By<br>ANDY V | $600.00 |
| **4. Payment**<br>Thu Jul 13 2023 \| 11:37 AM | Paid at Dealership<br>Cash | Received By<br>ANDY V | $700.00 |
| **5. Payment**<br>Tue Jul 11 2023 \| 6:19 PM | Paid at Dealership<br>Mastercard — 3165 | Received By<br>ANDY V | $500.00 |

**Total Payment**     **$8,000.00**

Total Invoice     $12,000.00
Total Surcharge     $0.00

Amount Due     $4,000.00

Bill to
**Maurilio De Paula**

**Superb Motors**
215 Northern Blvd
Great Neck
NY, 11021
https://www.superbmotorgroup.com/
9999999999

SUPERB
M O T O R S

Deal #: 13177
Stock #: SU1266
Customer #: 294809
**Payment Receipt**
**$500.00**

# Thank you CARLOS
We appreciate your business with us!

| | | | |
|---|---|---|---|
| **1. Payment** | Paid at Dealership | Received By | $500.00 |
| Thu Jul 13 2023 \| 8:32 PM | Cash | ANDY V | |

| | |
|---|---|
| **Total Payment** | **$500.00** |

| | |
|---|---|
| Total Invoice | $9,000.00 |
| Total Surcharge | $0.00 |

| | |
|---|---|
| Amount Due | $8,500.00 |

Bill to
**Carlos A Primola Alvaez**

████████

**Superb Motors**
215 Northern Blvd
Great Neck
NY, 11021
https://www.superbmotorgroup.com/
9999999999

T © Tekion Corp 2023

Page 1 of 1

**SUPERB** M O T O R S

Deal #: 13030
Stock #: SU1130
Customer #: 294112
Payment Receipt
**$18,000.00**

# Thank you JAIME
We appreciate your business with us!

| | | | |
|---|---|---|---|
| **1. Payment** | Paid at Dealership | Received By | $8,000.00 |
| Sat Jun 24 2023 | 2:53 PM | Cash | ANDY V | |
| **2. Payment** | Paid at Dealership | Received By | $10,000.00 |
| Tue Jun 20 2023 | 8:18 PM | Visa — 2629 | ANDY V | |

| | |
|---|---|
| **Total Payment** | **$18,000.00** |
| Total Invoice | $0.00 |
| Total Surcharge | $0.00 |
| Amount Due | -$18,000.00 |

Bill to
**Jaime Chisaquinga**

**Superb Motors**
215 Northern Blvd
Great Neck
NY, 11021
https://www.superbmotorgroup.com/
9999999999

© Tekion Corp 2023



‹ **Deal Cash Receipt - 700013021**    Outstanding

⊘ **Customer Details**    ⊘ **Journal Entry**

Stock Number/Deal ID *
13030 (Stock# SU1130)

Customer Name *
294112 - JAIME CHISAQUINGA

Cash Receipt Date *
07/20/2023

### Receipt Details

Total **$18,358.00**

| GL Account | Amount | Mode Of Payment | Issuer's Name | Check Number | Comments |
|---|---|---|---|---|---|
| 1140 - CASH CLEARING | $18,358.00 | Cashier's Check | - | 1522412286 | CHASE CASHIERS CHK 1522412286 |

### Customer Address

Street
12 FOLSOM PLACE

City
New York

State
NY

Zip Code
11208

Cancel    Next

Cash Receipt

| | | Re | Order... ⌄ | Search... ⌨ | | 🎧 Get Help ⌄ | | ✂ | 🔔² | 💬 | | SM | Superb Motors |

**S**
**P**
**CE**
**JE**
**R**
**D**
**VI**
**PR**
**AP**
**CA**
**WR**
**IT**
**ED**
**CR**
**VS**

⟨ **General Cash Receipt - 700013022**    Outstanding

⊘ **Customer Details**    ⊘ **Journal Entry**

Stock Number/Deal ID
[ Type and search here     ⌄ ]

Customer Name *
[ 1000267 - NSD NATION MOTOR CLUB LLC   ⌄ ]

Cash Receipt Date *
[ 07/20/2023 ]

## Receipt Details

Total: $300.00

| GL Account | Amount | Mode Of Payment | Issuer's Name | Check Number | Comments |
|---|---|---|---|---|---|
| 1140 - CASH CLEARING | $300.00 | Business Check | - | 169089 | CHK 169089 |

## Customer Address

Street
[ 800 W. YAMATO ROAD SUITE 100 ]

City
[ BOCA RATON ]

State
[ FL ]

Zip Code
[ 33431 ]

[ Cancel ] [ Next ]

11:50 AM

KK

00:00 Hrs

**SUPERB** MOTORS

Deal #: 13042
Stock #: SU1063
Customer #: 294168
Payment Receipt
**$15,000.00**

# Thank you SHAWN
We appreciate your business with us!

| | | | |
|---|---|---|---|
| **1. Payment** | Paid at Dealership | Received By | $14,000.00 |
| Sat Jul 22 2023 \| 1:49 PM | Check — 1527515425 | ANTHONY DEO | |
| **2. Payment** | Paid at Dealership | Received By | $1,000.00 |
| Fri Jun 23 2023 \| 2:04 PM | Visa — 2981 | EUGENE LOWE | |

**Payments / Refund Notes**

1. 14,000 ,BOA CERTIFIED CHECK

| | |
|---|---|
| **Total Payment** | **$15,000.00** |
| Total Invoice | $20,000.00 |
| Total Surcharge | $0.00 |
| Amount Due | $5,000.00 |

Bill to
**Shawn M Miller**

Superb Motors
215 Northern Blvd
Great Neck
NY, 11021
https://www.superbmotorgroup.com/
9999999999

© Tekion Corp 2023

Page 1 of 1

SUPER B MOTORS

Deal #: 13225
Stock #: SU1217
Customer #: 295043
Payment Receipt
**$3,500.00**

# Thank you Jose
We appreciate your business with us!

| | | | |
|---|---|---|---|
| **1. Payment** | Paid at Dealership | Received By | $1,000.00 |
| Mon Jul 24 2023 \| 7:18 PM | Mastercard — 3329 | NELSON S | |
| **Refund** | Paid at Dealership | Refunded By | -$1,000.00 |
| Tue Aug 15 2023 \| 2:18 PM | Mastercard — 3329 | KENDRA K | |
| **2. Payment** | Paid at Dealership | Received By | $3,500.00 |
| Sat Jul 22 2023 \| 6:43 PM | Cash | ANTHONY DEO | |

**Payments / Refund Notes**

2. requested_by_customer

| | |
|---|---|
| **Total Payment** | **$3,500.00** |
| Total Invoice | $3,500.00 |
| Total Surcharge | $0.00 |
| Amount Due | $5,000.00 |

**Bill to**
**Jose Librael Abreu Lopez**

████████████

**Superb Motors**
215 Northern Blvd
Great Neck
NY, 11021
https://www.superbmotorgroup.com/
9995999999

© Tekion Corp 2023

**SUPERB** MOTORS

Deal #: 13240
Stock #: SU1033
Customer #: 295115
Payment Receipt
**$20,000.00**

# Thank you Joseph
We appreciate your business with us!

| | | | |
|---|---|---|---|
| **1. Payment**<br>Wed Jul 26, 2023 \| 6:43 PM | Paid at Dealership<br>Cash | Received By<br>ANTHONY DEO | $2,000.00 |
| **2. Payment**<br>Wed Jul 26, 2023 \| 6:40 PM | Paid at Dealership<br>Cash | Received By<br>ANTHONY DEO | $5,000.00 |
| **3. Payment**<br>Wed Jul 26, 2023 \| 6:40 PM | Paid at Dealership<br>Check — 102970092-6 | Received By<br>ANTHONY DEO | $13,000.00 |

**Total Payment**     **$20,000.00**

Total Invoice     $20,000.00
Total Surcharge     $0.00

Amount Due     $0.00

Bill to
**Joseph John Gentile**

**Superb Motors**
215 Northern Blvd
Great Neck
NY, 11021
https://www.superbmotorgroup.com/
(999) 999-9999

© Tekion Corp 2023

< **Deal Cash Receipt - 700013047**   Outstanding

⊘ **Customer Details**   ⊘ **Journal Entry**

Stock Number/Deal ID *
13255 (Stock# SU1309)

Customer Name *
295223 - SANTOS BONILLA

Cash Receipt Date *
07/31/2023

## Receipt Details

**Total: $20,000.00**

| GL Account | Amount | Mode Of Payment | Issuer's Name | Check Number | Comments |
|---|---|---|---|---|---|
| 1140 - CASH CLEARING | $20,000.00 | Cashier's Check | - | 9106400221 | CAP1 CC 910640022 SU1309 |

## Customer Address

Street
193 LOCUST DRIVE

City
BAY SHORE

State
NY

Zip Code
11706

Cancel   Next

SUPERB
M O T O R S

Deal #: 13184
Stock #: SU1100
Customer #: 294854
Payment Receipt
**$5,000.00**

# Thank you Isaiah
We appreciate your business with us!

| | | | |
|---|---|---|---|
| **1. Payment**<br>Mon Jul 31, 2023 \| 2:56 PM | Paid at Dealership<br>Cash | Received By<br>LANDI | $3,500.00 |
| **2. Payment**<br>Sat Jul 15, 2023 \| 6:42 PM | Paid at Dealership<br>Visa — 8060 | Received By<br>LANDI | $1,500.00 |

| | |
|---|---|
| **Total Payment** | **$5,000.00** |
| Total Invoice | $3,000.00 |
| Total Surcharge | $0.00 |
| Amount Due | $3,000.00 |

Bill to
**Isaiah E Lancaster**

**Superb Motors**
215 Northern Blvd
Great Neck
NY, 11021
https://www.superbmotorgroup.com/
(999) 999-9999

© Tekion Corp 2023

SUPERB MOTORS

Deal #: 13274
Stock #: SU1177
Customer #: 295325
Payment Receipt
**$2,000.00**

# Thank you JAIME
We appreciate your business with us!

**1. Payment**
Tue Aug 1 2023 | 8:44 PM

Paid at Dealership
Cash

Received By
ANDY V

$2,000.00

| | |
|---|---|
| **Total Payment** | **$2,000.00** |
| Total Invoice | $2,000.00 |
| Total Surcharge | $0.00 |
| Amount Due | $0.00 |

Bill to
**Jaime Lay**

**Superb Motors**
215 Northern Blvd
Great Neck
NY, 11021
https://www.superbmotorgroup.com/
9999999999

🚗 © Tekion Corp 2023

Page 1 of 1

**SUPERB**
M O T O R S

Deal #: 13275
Stock #: SU1287
Customer #: 295330
Payment Receipt
**$8,000.00**

# Thank you MARC
We appreciate your business with us!

| **1. Payment** | Paid at Dealership | Received By | $3,000.00 |
|---|---|---|---|
| Wed Aug 2 2023 \| 2:51 PM | Discover — 3391 | ANDY V | |
| **2. Payment** | Paid at Dealership | Received By | $5,000.00 |
| Wed Aug 2 2023 \| 2:45 PM | Cash | ANDY V | |

| | |
|---|---|
| **Total Payment** | **$8,000.00** |
| Total Invoice | $8,000.00 |
| Total Surcharge | $0.00 |
| Amount Due | $0.00 |

Bill to
**Marc Ayo**

**Superb Motors**
215 Northern Blvd
Great Neck
NY, 11021
https://www.superbmotorgroup.com/
9999999999