



From: Thomas Jones <tjones@jonesandlittle.com>
Sent: Friday, July 14, 2023 3:11:41 PM
To: Kendra Kernizant <kendra.kernizant@teamauto.com>
Subject: June 2023 Journal entry

Hi Kendra,
Here is the entry for June 2023 .
Then you can send the updated statement to me to review.
Thanks
Tom


Thomas Jones, CPA
Partner
Jones, Little & Co., CPA's LLP
86 West Main Street, STE 2
East Islip, NY 11730

Telephone: 631-277-8500
Fax: 631-277-8502
Cell: 516-971-0405

www.jonesandlittle.com


Jones, Little & Co., CPA's LLP since 1989 with 3 offices in Suffolk County, New York - East Islip, Hampton Bays and Port Jefferson Station.
CONFIDENTIALITY NOTICE:
This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If the reader of the message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify us immediately by telephone at (631) 277-8500 and destroy this message.
Any advice in this communication is limited to the conclusions specifically set forth herein and is based on the completeness and accuracy of the stated facts, assumptions and/or representations included.  In rendering our advice, we may consider tax authorities that are subject to change, retroactively and/or prospectively, and any such changes could affect the validity of our advice.  We will not update our advice for subsequent changes or modifications to the laws and regulations, or to the judicial and administrative interpretations thereof.  The advice or other information in this documentation was prepared for the sole benefit of Jones, Little, & Co., CPAS, LLP's client and may not be relied upon by any other person or organization.  Jones, Little, & Co., CPAS, LLP accepts no responsibility or liability in respect of this document to any person or organization other than Jones, Little & Co., CPAS, LLP client.


The following files are attached to this email.
June 2023 Journal entry

# GENERAL JOURNAL VOUCHER

Superb Motors   June 30 2023

☐ SOURCE 99 — SPECIAL (Prev. Mo.)
☒ SOURCE 80 — GENERAL
☐ SOURCE _____

| CONTROL NO. | ACCOUNT NO. | DEBIT AMOUNT | KEY | ACCOUNT NAME AND/OR EXPLANATION | CONTROL NO. | ACCOUNT NO. | CREDIT AMOUNT | KEY |
|---|---|---|---|---|---|---|---|---|
| | 1470 | 13352 — | + | To Record Pack As Income | | 4520 | 13352 — | |
| | 1451 | 132,550 — | + | | | 4500 | 132,550 — | |
| | 1120 | 28783 — | + | F/S ADJ Page 1 | | 1140 | 343209 — | |
| | 1660 | 726,502 — | + | | | 2040 | 65210 — | |
| | 2241 | 121,440 — | + | | | 2005 | 1,217,411 — | |
| | 2450 | 358,536 — | + | | | | | |
| | 1143 | 390,569 — | + | | | | | |

TOTAL DEBITS             TOTAL CREDITS

EXPLANATION: _____

DATE 7-14-2023   PREPARED BY T Jones CPA   APPROVED BY