| VIN # | Year | Make | Model | | Dealer Plates |
|---|---|---|---|---|---|
| WBXHT3C57K5L90705 | 2019 | BMW | X1 | | 6104546 |
| ZASPAKBN5L7C91095 | 2020 | Alfa Romeo | Stelvio | | 6104547 |
| SALYL2RV2JA704483 | 2018 | Land Rover | Range Rover Velar | | 6104548 |
| WBXHT3C32J5L33373 | 2018 | BMW | X1 | | 6104549 |
| 5N1DL0MM6LC528999 | 2020 | Infiniti | QX60 | | 6104550 |
| WDD7X8KB7KA001866 | 2019 | Mercedes-Benz | AMG GT | | 6104552 |
| 2C3CDXHG6MH531592 | 2021 | Dodge | Charger | | 6104553 |
| 2C3CDXHG1MH505823 | 2021 | Dodge | Charger | | 6104554 |
| 1C4SDJCT1MC574393 | 2021 | Dodge | Durango | | 6104555 |
| 1C4PJMDB3HW512178 | 2017 | Jeep | Cherokee | | |
| WBA3T3C51G5A41943 | 2016 | BMW | 4 Series | | |
| WBA4J7C57KBM75468 | 2019 | BMW | 4 Series | | |
| 5UXKR0C51J0X88387 | 2018 | BMW | X5 | | |
| 1C4PJMLB0KD429828 | 2019 | Jeep | Cherokee | | |
| ZN661XUAXHX252844 | 2017 | Maserati | Levante | | |
| WBA8E5G56GNU21721 | 2016 | BMW | 3 Series | | |
| SALWR2RV8JA189351 | 2018 | Land Rover | Range Rover Sport | | |
| JTJBARBZ9J2171144 | 2018 | Lexus | NX | | |
| 1FTEW1EF1GFB67420 | 2016 | Ford | F-150 | | |
| WBAHN83588DT77672 | 2008 | BMW | 7 Series | | |
| 1FTYR14E39PA15942 | 2009 | Ford | Ranger | | |
| 5N1BV28UX4N365724 | 2004 | Nissan | Quest | | |
| 5UXZV4C57CL889887 | 2012 | BMW | X5 | | |
| 3GCPYFED9MG383394 | 2021 | Chevrolet | Silverado 1500 | | |
| 1GYS4HKJ1LR164384 | 2020 | Cadillac | Escalade ESV | | |
| 1GNSKBKD9NR280798 | 2022 | Chevrolet | Suburban | | |
| 1GNSKBKD3PR116286 | 2023 | Chevrolet | Suburban | | |
| 1GNSKBKD9PR148675 | 2023 | Chevrolet | Suburban | | |
| 3GTU9CET8MG352840 | 2021 | GMC | Sierra 1500 | | |
| SALGS2KF4GA246777 | 2016 | Land Rover | Range Rover | | |
| WBXHT3C3XH5F81562 | 2017 | BMW | X1 | | |
| SALYL2EX8KA220195 | 2019 | Land Rover | Range Rover Velar | | |
| 5UXWX9C50H0T04666 | 2017 | BMW | X3 | | |
| 1FATP8UH1K5152260 | 2019 | Ford | Mustang | | |
| 2C4RDGBG4CR249331 | 2012 | Dodge | Grand Caravan | | |
| 1FM5K7B8XEGA63757 | 2014 | Ford | Explorer | | |
| 4JGAB74E1YA173539 | 2000 | Mercedes-Benz | M-Class | | |
| JTJBT20X660124417 | 2006 | Lexus | GX 470 | | |
| WBXHT3C59K5L90009 | 2019 | BMW | X1 | | |
| WBA7F2C30HG423286 | 2017 | BMW | 7 Series | | |
| ZARFAEDN3J7575105 | 2018 | Alfa Romeo | Giulia | | |
| 1C4HJXFN5JW331845 | 2018 | Jeep | Wrangler Unlimited | | |
| 5YMTS0C02L9B09685 | 2020 | BMW | X3 M | | |
| 1C4RDHDG7JC438967 | 2018 | Dodge | Durango | | |
| WA1D7AFP9GA019801 | 2016 | Audi | Q5 | | |
| JTHCK262672016812 | 2007 | Lexus | IS 250 | | |

| VIN | Year | Make | Model |
|---|---|---|---|
| WBA4W9C54KAF94021 | 2019 | BMW | 4 Series |
| 1FAHP2KT8CG137030 | 2012 | Ford | Taurus |
| 5FNYF4H58EB056804 | 2014 | Honda | Pilot |
| WDDGF4HB6DR268407 | 2013 | Mercedes-Benz | C-Class |
| WA1LAAF75KD048863 | 2019 | Audi | Q7 |
| WA1B4AFY8L2087049 | 2020 | Audi | SQ5 |
| WA1LHAF72KD026699 | 2019 | Audi | Q7 |
| WA1LHAF72KD040991 | 2019 | Audi | Q7 |
| JTHG81F2XL5041909 | 2020 | Lexus | IS |
| 5TDBT44A84S221021 | 2004 | Toyota | Sequoia |
| SALSH23489A203925 | 2009 | Land Rover | Range Rover Sport |
| 5UXUJ5C54K9A32646 | 2019 | BMW | X4 |
| WBAJB1C53KB375171 | 2019 | BMW | 5 Series |
| WA1LAAF77KD012026 | 2019 | Audi | Q7 |
| WA1LHAF75KD026082 | 2019 | Audi | Q7 |
| 1C4SDJCT2MC520441 | 2021 | Dodge | Durango |
| 4JGFB4KB0LA194078 | 2020 | Mercedes-Benz | GLE |
| 5UXTY9C06LLE59513 | 2020 | BMW | X3 |
| 2FMEK63C89BA19931 | 2009 | Ford | Flex |
| WA1LAAF73KD009818 | 2019 | Audi | Q7 |
| 2C4RDGCG0KR788610 | 2019 | Dodge | Grand Caravan |
| 1FMEU74E57UA52487 | 2007 | Ford | Explorer |
| WDBUF87X48B272857 | 2008 | Mercedes-Benz | E-Class |
| ZASPAKBN0L7C92090 | 2020 | Alfa Romeo | Stelvio |
| SALGW2SE6KA533297 | 2019 | Land Rover | Range Rover |
| WP0AF2A74GL082172 | 2016 | Porsche | Panamera |
| 1FATP8UH6K5190020 | 2019 | Ford | Mustang |
| WDDUG8GB4KA445850 | 2019 | Mercedes-Benz | S-Class |
| 1G1ZD5STXLF122021 | 2020 | Chevrolet | Malibu |
| WBANB53507CP08338 | 2007 | BMW | 5 Series |
| WBAFU7C54BC879208 | 2011 | BMW | 5 Series |
| 1G1105S35JU116841 | 2018 | Chevrolet | Impala |
| WDDSJ4GB7JN508433 | 2018 | Mercedes-Benz | CLA |
| 55SWF4KB0HU188660 | 2017 | Mercedes-Benz | C-Class |
| WDDLJ9BBXGA169966 | 2016 | Mercedes-Benz | CLS |
| JN1BY1PR8FM830659 | 2015 | Infiniti | Q70L |
| 5NPEB4AC0DH635244 | 2013 | Hyundai | Sonata |
| SALYB2EX4KA782114 | 2019 | Land Rover | Range Rover Velar |
| SALYA2EX8KA791014 | 2019 | Land Rover | Range Rover Velar |
| 2T2ZZMCA6HC073637 | 2017 | Lexus | RX |
| SALVP2RXXJH323156 | 2018 | Land Rover | Range Rover Evoque |
| JN8AZ1MW1AW112694 | 2010 | Nissan | Murano |
| WAUB4CF56JA083170 | 2018 | Audi | S5 Sportback |
| 1GYS4KKL8MR234494 | 2021 | Cadillac | Escalade ESV |
| W1K7X6BB7LA016406 | 2020 | Mercedes-Benz | AMG GT |
| SALGS2RE3KA519794 | 2019 | Land Rover | Range Rover |
| WAUP4AF5XJA095252 | 2018 | Audi | S5 Coupe |

| VIN | Year | Make | Model |
|---|---|---|---|
| WDBUF56X99B373460 | 2009 | Mercedes-Benz | E-Class |
| WBAKC8C56ACY68247 | 2010 | BMW | 7 Series |
| WA1KK78R59A048822 | 2009 | Audi | Q5 |
| 3VW4T7AJ8HM312579 | 2017 | Volkswagen | Jetta |
| 1FM5K8D89EGA21518 | 2014 | Ford | Explorer |
| ZAM57YTLXK1316469 | 2019 | Maserati | Ghibli |
| 55SWF4KB5GU101091 | 2016 | Mercedes-Benz | C-Class |
| 1C4RJFCT1FC653909 | 2015 | Jeep | Grand Cherokee |
| WBA4E5C59HG188797 | 2017 | BMW | 4 Series |
| 5GALVBED8AJ256342 | 2010 | Buick | Enclave |
| WDDJK7DA4JF052861 | 2018 | Mercedes-Benz | SL |
| WA1C4AFY9L2045025 | 2020 | Audi | SQ5 |
| WP1AB2A23BLA47985 | 2011 | Porsche | Cayenne |
| 1C4RJFCG8KC788432 | 2019 | Jeep | Grand Cherokee |
| 4T1BZ1HK5JU014962 | 2018 | Toyota | Camry |
| ZAM56RRAXG1187624 | 2016 | Maserati | Quattroporte |
| WAUF2AFC3GN063552 | 2016 | Audi | S6 |
| WBAJE7C5XKWW08935 | 2019 | BMW | 5 Series |
| SALGS5SE6LA408198 | 2020 | Land Rover | Range Rover |
| SCA666D53HU102728 | 2017 | Rolls-Royce | Dawn |
| 1C4PJMDX3KD245817 | 2019 | Jeep | Cherokee |
| 55SWF4KB7JU273873 | 2018 | Mercedes-Benz | C-Class |
| WBA2H9C36HV986948 | 2017 | BMW | 2 Series |
| ZAM57YTA4K1314330 | 2019 | Maserati | Ghibli |
| WAUHGAFC5GN009650 | 2016 | Audi | A6 |
| WBA7F2C5XJB238313 | 2018 | BMW | 7 Series |
| WA1L2AFP0GA040272 | 2016 | Audi | Q5 |
| WBASP0C58DC988075 | 2013 | BMW | 5 Series Gran Turismo |
| SCFSMGAW1LGN03929 | 2020 | Aston Martin | Vantage |
| 7SAYGDEF2NF531053 | 2022 | Tesla | Model Y |
| 1FDWX37R38ED27725 | 2008 | Ford | Super Duty F-350 DRW |
| ZPBUA1ZL3KLA01428 | 2019 | Lamborghini | Urus |
| WBS3U9C50FP967858 | 2015 | BMW | M4 |
| 1FMCU9JD3HUD14412 | 2017 | Ford | Escape |
| 2C4RDGEG7GR384403 | 2016 | Dodge | Grand Caravan |
| 1C4PJMAK9CW133196 | 2012 | Jeep | Liberty |
| 4JGFF5KE3LA146109 | 2020 | Mercedes-Benz | GLS 450 |
| WA1AAAF78KD002872 | 2019 | Audi | Q7 Quattro Premium |
| 1C4HJXFN3MW668101 | 2021 | Jeep | Wrangler Unlimited |
| 5J8YD4H38LL019056 | 2020 | Acura | MDX |
| 5XXGT4L39KG282398 | 2019 | Kia | Optima |
| SALGV5RE3KA525460 | 2019 | Land Rover | Range Rover Autobiography |
| SALYB2RX0JA770423 | 2018 | Land Rover | Range Rover Velar |
| WA1LHAF74KD025148 | 2019 | Audi | Quattro |
| WDDSJ4GB7KN725983 | 2019 | Mercedes-Benz | CLA 250 4MATIC |
| 1GNSKBKD5NR360485 | 2022 | Chevrolet | Suburban LS |
| 5UXTR9C57KLE12580 | 2019 | BMW | X3 Xdrive 30I |

| | | | |
|---|---|---|---|
| WAUWGAFC8GN035733 | 2016 | Audi | A7 Quattro Premium Plus |
| WBA8B7C55GK368800 | 2016 | BMW | 340I XDrive |
| 1GNSKBKD1NR324812 | 2022 | Chevrolet | Suburban LS |
| 1GNSKHKC7GR178042 | 2016 | Chevrolet | Suburban LT |
| 1GYS4HKJ8LR109544 | 2020 | Cadillac | Escalade ESV |
| SALVP2BG2GH078520 | 2016 | Land Rover | Range Rover Evoque |
| SALYB2EX7LA248235 | 2020 | Land Rover | Range Rover Velar |
| 5UXKU2C53G0N83978 | 2016 | BMW | X6 XDrive 35I |
| WA1B4AFYXK2139568 | 2019 | Audi | SQ5 Quattro Premium Plus |
| WBA8B7C55JA572994 | 2018 | BMW | 340I XDrive |
| WBA8B7C56GK487293 | 2016 | BMW | 340I XDrive |
| WBA8B7C59JA411869 | 2018 | BMW | 340I XDrive |
| WAUB8GFF5G1107889 | 2016 | Audi | A3 Quattro Premium |
| WDDWK4KB4HF441333 | 2017 | Mercedes-Benz | C300 4MATIC |
| SALGV2FE5HA328270 | 2017 | Land Rover | Range Rover Autobiography |
| WBA4J7C51KBM76308 | 2019 | BMW | 440I XDrive Gran Coupe |
| 1FTFW1E56JFD20487 | 2018 | Ford | F-150 Lariat |