# CHASE CONNECT℠

Printed from Chase Connect

**$22,640.00**
Total

Jul 28, 2023
Post date

11975
Check #



# CHASE CONNECT℠
Printed from Chase Connect

**$22,640.00**
Total

Jul 28, 2023
Post date

11975
Check #



JPMorgan Chase Bank, N.A. Member FDIC		©2023 JPMorgan Chase & Co.		Equal Housing Opportunity

# CHASE CONNECT℠
Printed from Chase Connect

**$37,500.00**
Total

Jul 28, 2023
Post date

12041
Check #



## CHASE CONNECT℠
Printed from Chase Connect

| | | |
|---|---|---|
| **$37,500.00**<br>Total | Jul 28, 2023<br>Post date | 12041<br>Check # |



# CHASE CONNECT℠

Printed from Chase Connect

**$24,860.00**
Total

Jul 14, 2023
Post date

11976
Check #



# CHASE CONNECT℠
Printed from Chase Connect

**$24,860.00**
Total

Jul 14, 2023
Post date

11976
Check #



JPMorgan Chase Bank, N.A. Member FDIC     ©2023 JPMorgan Chase & Co.     Equal Housing Opportunity

8/9/23, 1:16 PM
Case 2:23-cv-06188-JMW   Document 11-16   Filed 08/29/23   Page 7 of 12 PageID #: 384
Check Details | chase.com

## CHASE CONNECT℠
Printed from Chase Connect

**$37,500.00**
Total

Jul 28, 2023
Post date

12042
Check #



# CHASE CONNECT℠
Printed from Chase Connect

**$37,500.00**
Total

Jul 28, 2023
Post date

12042
Check #



JPMorgan Chase Bank, N.A. Member FDIC        ©2023 JPMorgan Chase & Co.        Equal Housing Opportunity

# CHASE CONNECT℠

Printed from Chase Connect

**$24,864.00**
Total

Jul 18, 2023
Post date

11979
Check #



# CHASE CONNECT℠
Printed from Chase Connect

**$24,864.00** Total | Jul 18, 2023 Post date | 11979 Check #



JPMorgan Chase Bank, N.A. Member FDIC    ©2023 JPMorgan Chase & Co.    Equal Housing Opportunity

| Posting Date | Description | | | Amount |
|---|---|---|---|---|
| 8/8/2023 | ORIG CO NAME:NESNA Mitu/Affi | ORIG ID:7360729375 DESC DATE:AUG 08 CO ENTRY DESCR:NESNA   SEC:CCD   TRACE#:021000020890024 EED:230808   IND ID:SA10073 | IND NAME:Northshore Motor Leasi TRN: 2200890024TC | -238048 |
| 7/10/2023 | ORIG CO NAME:NESNA Mitu/Affi | ORIG ID:7360729375 DESC DATE:JUL 10 CO ENTRY DESCR:NESNA   SEC:CCD   TRACE#:021000020187188 EED:230710   IND ID:SA10073 | IND NAME:Northshore Motor Leasi TRN: 1880187188TC | -11114 |
| 6/12/2023 | ORIG CO NAME:NESNA Mitu/Affi | ORIG ID:7360729375 DESC DATE:JUN 10 CO ENTRY DESCR:NESNA   SEC:CCD   TRACE#:021000020243635 EED:230612   IND ID:SA10073 | IND NAME:Northshore Motor Leasi TRN: 1600243635TC | -106107 |
| 5/10/2023 | ORIG CO NAME:Nissan | ORIG ID:6379692403 DESC DATE:230510 CO ENTRY DESCR:WFS Pmt   SEC:CCD   TRACE#:021000027726076 EED:230510   IND ID:687822 | IND NAME:SUPERB MOTORS INC. TRN: 1297726076TC | -152375 |
| 5/10/2023 | ORIG CO NAME:NESNA Mitu/Affi | ORIG ID:7360729375 DESC DATE:MAY 10 CO ENTRY DESCR:NESNA   SEC:CCD   TRACE#:021000027726073 EED:230510   IND ID:SA10073 | IND NAME:Northshore Motor Leasi TRN: 1297726073TC | -59783.7 |
| 4/12/2023 | ORIG CO NAME:Nissan | ORIG ID:6379692403 DESC DATE:230412 CO ENTRY DESCR:WFS Pmt   SEC:CCD   TRACE#:021000023196984 EED:230412   IND ID:676891 | IND NAME:SUPERB MOTORS INC. TRN: 1013196984TC | -219548 |
| 4/11/2023 | ORIG CO NAME:NESNA Mitu/Affi | ORIG ID:7360729375 DESC DATE:APR 11 CO ENTRY DESCR:NESNA   SEC:CCD   TRACE#:021000025378793 EED:230411   IND ID:SA10073 | IND NAME:Northshore Motor Leasi TRN: 1015378793TC | -11914 |
| 4/10/2023 | ORIG CO NAME:NESNA Mitu/Affi | ORIG ID:7360729375 DESC DATE:APR 10 CO ENTRY DESCR:NESNA   SEC:CCD   TRACE#:021000021436134 EED:230410   IND ID:SB30022 | IND NAME:SUPERB MOTORS INC TRN: 0971436134TC | -74694 |

| Payee Name | Payment Number | Payment Date | Payment Amount | Accounting Date |
|---|---|---|---|---|
| NORTHSHORE MOTOR LEASING LLC | 12042 | 07/25/23 | 37,500.00 | 07/25/23 |
| NORTHSHORE MOTOR LEASING LLC | 12041 | 07/25/23 | 37,500.00 | 07/25/23 |
| NORTHSHORE MOTOR LEASING LLC | 11979 | 07/13/23 | 24,864.00 | 07/13/23 |
| NORTHSHORE MOTOR LEASING LLC | 11976 | 07/12/23 | 24,860.00 | 07/12/23 |
| NORTHSHORE MOTOR LEASING LLC | 11975 | 07/12/23 | 22,640.00 | 07/12/23 |