5489850 - SUPERB MOTORS INC - GREAT NECK NY

Payable to Manheim

**Payable to Manheim by SUPERB MOTORS INC**

Updated Aug 11, 2023 2:24 pm EDT

Select all

2017 Jeep CHER LTD LIMITED
1C4PJMDB3HW512178
65,243 mi
GRAY/Black

CR  4.6

Facilitating Location
PA - Manheim Pennsylvania
Simulcast, 11-32

Loading...
Total
Loading...
Sale Date
Jul 14, 2023
Aging Days 29

SUNRISE?

2019 Jeep CHER LAT - LATITUDE +
1C4PJMLB0KD429828
74,634 mi
WHITE/Black

CR  4.1

Facilitating Location
PA - Manheim Pennsylvania
Simulcast, 22-52

Loading...
Total
Loading...
Sale Date
Jul 14, 2023
Aging Days 20

Sunrise

2019 BMW 440IX GCMSPT 440IX MSPT
WBA4J7C57KBM75468
33,933 mi
BLACK/Black

CR  4.5

Facilitating Location
PA - Manheim Pennsylvania
Simulcast, 15-156

Loading...
Total
Loading...
Sale Date
Jul 14, 2023
Aging Days 29

Syosset

2018 BMW X5 35IX XDRIVE
5UXKR0C51J0X88387
65,484 mi
GRAY/Black

CR  4.5

Facilitating Location
PA - Manheim Pennsylvania
Simulcast, 15-199

Loading...
Total
Loading...
Sale Date
Jul 14, 2023
Aging Days 29

Syosset

2016 BMW 435I 435I
WBA3T3C51G5A41943
75,848 mi
WHITE/Black

CR  4.3

Facilitating Location
PA - Manheim Pennsylvania
Simulcast, 11-156

Loading...
Total
Loading...
Sale Date
Jul 14, 2023
Aging Days 25

Syosset