**MILMAN LABUDA LAW GROUP PLLC**
**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**

_____

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

August 10, 2023

**VIA E-MAIL**
Anthony Deo
c/o Harry R. Thomasson, Esq.
3280 Sunrise Highway, Box 112
Wantagh, NY 11793-4024

   *Re:*  **Superb Motors Inc., Anthony Deo and Sarah Deo**

Dear Mr. Thomasson:

  This office represents Superb Motors Inc. (hereinafter the "Dealership") and Robert Anthony Urrutia (hereinafter "Urrutia"). We write: (i) in response to your August 9, 2023 settlement correspondence; (ii) to advise you that you are not (nor have you ever been) authorized to represent the Dealership in any capacity, must withdraw as counsel in any action in which you have appeared as counsel for the Dealership, and provide us with a list of any actions or cases in which you have so appeared with the status thereof immediately; and (iii) demand the return of all vehicles, dealer plates, and any other assets owned by Team Auto Sales LLC and/or the Dealership, as further set forth below.

  You assert that your client Anthony Deo ("Mr. Deo") paid a sum of money in November 2022 for "one half" of the Dealership, at which point operation of the business was turned over to Mr. Deo. This is inaccurate. Reference is made to the December 1, 2022 Indemnity Agreement between Mr. Deo and Urrutia, as well as the Shareholders' Agreement for the Dealership dated December 21, 2022, which provides that Mr. Deo's ownership interest is 49%, not half. Your "allegation" that Mr. Deo is a 100% owner is ludicrous, and the maintenance of an office at the Dealership is not dispositive of the ownership thereof.[1]

  You reference a handshake deal about purchasing three (3) additional dealerships in Connecticut. Setting aside the fact that Urrutia denies any such "handshake" deal, this is not relevant to the instant dispute between the parties.

  You next argue that there is no operating agreement[2] that exists for the operation of Superb. This is also inaccurate.

---

[1] We are also aware that this not the first time you have infiltrated a dealership in order to then claim that it is now yours. It is apparent that this strategy has not worked for you in the past, nor will it work for you here.

[2] Because the Dealership is a corporation and not a limited liability company, you are correct that there is no operating agreement. However, as referenced above, there does exist a shareholders' agreement. That agreement controls the parties' relationship here.

The shareholders' agreement provides that Urrutia owns 51% of the Dealership, and has final authorization on the right to make all decisions concerning day-to-day operations of the Dealership, or to delegate such authority as he desires, as well as the right to hire and/or terminate all employees, among other powers. See ¶ 1(C) of the shareholders' agreement. The shareholders' agreement further provides that Urrutia has the final say on hiring and firing employees, all other personnel decisions, including but not limited to third party vendors, agents and/or contractors; capitalization of the Dealership; establishment of sales and administrative policies, as well as marketing techniques for automobile sales; approval and management of all sales and resales of used vehicles; approval or disapproval of profit margins; establishment of policies and standards for services provided by the Dealership, as well as supervision and complete authority over Dealership's activities; review and final approval of financing arrangements with lending institutions to be utilized by the Dealership in financing the purchase of used vehicles by customers and approval of creditworthiness of potential purchasers of automobiles; supervise and have complete control of the accounting department of the Dealership, which shall include but not be limited to sole check authorization and sole control of bank accounts owned by the Corporation. See ¶ 12(A) of the shareholders' agreement.

In contrast, Deo's responsibilities at the Dealership are expressly limited. See ¶ 12(B) of the shareholders' agreement.

Crucially, and contrary to your position in your correspondence, the shareholders' agreement cannot be changed, modified, or amended except by a writing signed by Mr. Deo and Urrutia, which you have not produced. See ¶ 13(A) of the shareholders' agreement. A "handshake deal" doesn't cut it. More importantly, the shareholders' agreement constitutes the entire agreement and understanding between Mr. Deo and Urrutia, merges and supersedes all prior discussions and understandings of every kind and nature among them. See ¶ 13(B) of the shareholders' agreement.

On August 3, 2023, following a physical audit by Urrutia (which he is empowered to do under the shareholders' agreement), it came to light that 102 vehicles were missing from the Dealership. When Mr. Deo failed to adequately explain why each of these vehicles were not present at the Dealership as they are required to be, Urrutia exercised his rights to remove Mr. Deo from the Dealership. This correspondence serves as a formal demand for the return of the remaining unaccounted vehicles. See copy of list of remaining vehicles to be returned. The physical audit resulted in a complete top-down audit of all Dealership operations, which made clear that you have engaged in numerous acts of theft and fraud at the Dealership. ████████████████████████████████████

You are being given an opportunity to voluntarily return the vehicles, dealer plates, and any other assets of the Dealership no later than tomorrow, August 11, 2023. Barring same, we will avail ourselves of our rights in every available legal forum.

Dated: Lake Success, New York
       August 10, 2023

Guide yourself accordingly,

**MILMAN LABUDA LAW GROUP PLLC**

*/s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042-1073
(516) 328-8899 (office)
(516) 303-1395 (direct dial)
(516) 328-0082 (facsimile)
emanuel@mllaborlaw.com

*Attorneys for Superb Motors Inc.*
*and Robert Anthony Urrutia*

| VIN # | Year | Make | Model |
|---|---|---|---|
| WBXHT3C57K5L90705 | 2019 | BMW | X1 |
| ZASPAKBN5L7C91095 | 2020 | Alfa Romeo | Stelvio |
| SALYL2RV2JA704483 | 2018 | Land Rover | Range Rover Velar |
| WBXHT3C32J5L33373 | 2018 | BMW | X1 |
| 5N1DL0MM6LC528999 | 2020 | Infiniti | QX60 |
| WDD7X8KB7KA001866 | 2019 | Mercedes-Benz | AMG GT |
| 2C3CDXHG6MH531592 | 2021 | Dodge | Charger |
| 2C3CDXHG1MH505823 | 2021 | Dodge | Charger |
| 1C4SDJCT1MC574393 | 2021 | Dodge | Durango |
| 1C4PJMDB3HW512178 | 2017 | Jeep | Cherokee |
| WBA3T3C51G5A41943 | 2016 | BMW | 4 Series |
| WBA4J7C57KBM75468 | 2019 | BMW | 4 Series |
| 5UXKR0C51J0X88387 | 2018 | BMW | X5 |
| 1C4PJMLB0KD429828 | 2019 | Jeep | Cherokee |
| ZN661XUAXHX252844 | 2017 | Maserati | Levante |
| WBA8E5G56GNU21721 | 2016 | BMW | 3 Series |
| SALWR2RV8JA189351 | 2018 | Land Rover | Range Rover Sport |
| JTJBARBZ9J2171144 | 2018 | Lexus | NX |
| 1FTEW1EF1GFB67420 | 2016 | Ford | F-150 |
| WBAHN83588DT77672 | 2008 | BMW | 7 Series |
| 1FTYR14E39PA15942 | 2009 | Ford | Ranger |
| 5N1BV28UX4N365724 | 2004 | Nissan | Quest |
| 5UXZV4C57CL889887 | 2012 | BMW | X5 |
| 3GCPYFED9MG383394 | 2021 | Chevrolet | Silverado 1500 |
| 1GYS4HKJ1LR164384 | 2020 | Cadillac | Escalade ESV |
| 1GNSKBKD9NR280798 | 2022 | Chevrolet | Suburban |
| 1GNSKBKD3PR116286 | 2023 | Chevrolet | Suburban |
| 1GNSKBKD9PR148675 | 2023 | Chevrolet | Suburban |
| 3GTU9CET8MG352840 | 2021 | GMC | Sierra 1500 |
| SALGS2KF4GA246777 | 2016 | Land Rover | Range Rover |
| WBXHT3C3XH5F81562 | 2017 | BMW | X1 |
| SALYL2EX8KA220195 | 2019 | Land Rover | Range Rover Velar |
| 5UXWX9C50H0T04666 | 2017 | BMW | X3 |
| 1FATP8UH1K5152260 | 2019 | Ford | Mustang |
| 2C4RDGBG4CR249331 | 2012 | Dodge | Grand Caravan |
| 1FM5K7B8XEGA63757 | 2014 | Ford | Explorer |
| 4JGAB74E1YA173539 | 2000 | Mercedes-Benz | M-Class |
| JTJBT20X660124417 | 2006 | Lexus | GX 470 |
| WBXHT3C59K5L90009 | 2019 | BMW | X1 |
| WBA7F2C30HG423286 | 2017 | BMW | 7 Series |
| ZARFAEDN3J7575105 | 2018 | Alfa Romeo | Giulia |
| 1C4HJXFN5JW331845 | 2018 | Jeep | Wrangler Unlimited |
| 5YMTS0C02L9B09685 | 2020 | BMW | X3 M |
| 1C4RDHDG7JC438967 | 2018 | Dodge | Durango |
| WA1D7AFP9GA019801 | 2016 | Audi | Q5 |
| JTHCK262672016812 | 2007 | Lexus | IS 250 |

| Dealer Plates |
|---|
| 6104546 |
| 6104547 |
| 6104548 |
| 6104549 |
| 6104550 |
| 6104552 |
| 6104553 |
| 6104554 |
| 6104555 |

| VIN | Year | Make | Model |
|---|---|---|---|
| WBA4W9C54KAF94021 | 2019 | BMW | 4 Series |
| 1FAHP2KT8CG137030 | 2012 | Ford | Taurus |
| 5FNYF4H58EB056804 | 2014 | Honda | Pilot |
| WDDGF4HB6DR268407 | 2013 | Mercedes-Benz | C-Class |
| WA1LAAF75KD048863 | 2019 | Audi | Q7 |
| WA1B4AFY8L2087049 | 2020 | Audi | SQ5 |
| WA1LHAF72KD026699 | 2019 | Audi | Q7 |
| WA1LHAF72KD040991 | 2019 | Audi | Q7 |
| JTHG81F2XL5041909 | 2020 | Lexus | IS |
| 5TDBT44A84S221021 | 2004 | Toyota | Sequoia |
| SALSH23489A203925 | 2009 | Land Rover | Range Rover Sport |
| 5UXUJ5C54K9A32646 | 2019 | BMW | X4 |
| WBAJB1C53KB375171 | 2019 | BMW | 5 Series |
| WA1LAAF77KD012026 | 2019 | Audi | Q7 |
| WA1LHAF75KD026082 | 2019 | Audi | Q7 |
| 1C4SDJCT2MC520441 | 2021 | Dodge | Durango |
| 4JGFB4KB0LA194078 | 2020 | Mercedes-Benz | GLE |
| 5UXTY9C06LLE59513 | 2020 | BMW | X3 |
| 2FMEK63C89BA19931 | 2009 | Ford | Flex |
| WA1LAAF73KD009818 | 2019 | Audi | Q7 |
| 2C4RDGCG0KR788610 | 2019 | Dodge | Grand Caravan |
| 1FMEU74E57UA52487 | 2007 | Ford | Explorer |
| WDBUF87X48B272857 | 2008 | Mercedes-Benz | E-Class |
| ZASPAKBN0L7C92090 | 2020 | Alfa Romeo | Stelvio |
| SALGW2SE6KA533297 | 2019 | Land Rover | Range Rover |
| WP0AF2A74GL082172 | 2016 | Porsche | Panamera |
| 1FATP8UH6K5190020 | 2019 | Ford | Mustang |
| WDDUG8GB4KA445850 | 2019 | Mercedes-Benz | S-Class |
| 1G1ZD5STXLF122021 | 2020 | Chevrolet | Malibu |
| WBANB53507CP08338 | 2007 | BMW | 5 Series |
| WBAFU7C54BC879208 | 2011 | BMW | 5 Series |
| 1G1105S35JU116841 | 2018 | Chevrolet | Impala |
| WDDSJ4GB7JN508433 | 2018 | Mercedes-Benz | CLA |
| 55SWF4KB0HU188660 | 2017 | Mercedes-Benz | C-Class |
| WDDLJ9BBXGA169966 | 2016 | Mercedes-Benz | CLS |
| JN1BY1PR8FM830659 | 2015 | Infiniti | Q70L |
| 5NPEB4AC0DH635244 | 2013 | Hyundai | Sonata |
| SALYB2EX4KA782114 | 2019 | Land Rover | Range Rover Velar |
| SALYA2EX8KA791014 | 2019 | Land Rover | Range Rover Velar |
| 2T2ZZMCA6HC073637 | 2017 | Lexus | RX |
| SALVP2RXXJH323156 | 2018 | Land Rover | Range Rover Evoque |
| JN8AZ1MW1AW112694 | 2010 | Nissan | Murano |
| WAUB4CF56JA083170 | 2018 | Audi | S5 Sportback |
| 1GYS4KKL8MR234494 | 2021 | Cadillac | Escalade ESV |
| W1K7X6BB7LA016406 | 2020 | Mercedes-Benz | AMG GT |
| SALGS2RE3KA519794 | 2019 | Land Rover | Range Rover |
| WAUP4AF5XJA095252 | 2018 | Audi | S5 Coupe |

| | | | |
|---|---|---|---|
| WDBUF56X99B373460 | 2009 | Mercedes-Benz | E-Class |
| WBAKC8C56ACY68247 | 2010 | BMW | 7 Series |
| WA1KK78R59A048822 | 2009 | Audi | Q5 |
| 3VW4T7AJ8HM312579 | 2017 | Volkswagen | Jetta |
| 1FM5K8D89EGA21518 | 2014 | Ford | Explorer |
| ZAM57YTLXK1316469 | 2019 | Maserati | Ghibli |
| 55SWF4KB5GU101091 | 2016 | Mercedes-Benz | C-Class |
| 1C4RJFCT1FC653909 | 2015 | Jeep | Grand Cherokee |
| WBA4E5C59HG188797 | 2017 | BMW | 4 Series |
| 5GALVBED8AJ256342 | 2010 | Buick | Enclave |
| WDDJK7DA4JF052861 | 2018 | Mercedes-Benz | SL |
| WA1C4AFY9L2045025 | 2020 | Audi | SQ5 |
| WP1AB2A23BLA47985 | 2011 | Porsche | Cayenne |
| 1C4RJFCG8KC788432 | 2019 | Jeep | Grand Cherokee |
| 4T1BZ1HK5JU014962 | 2018 | Toyota | Camry |
| ZAM56RRAXG1187624 | 2016 | Maserati | Quattroporte |
| WAUF2AFC3GN063552 | 2016 | Audi | S6 |
| WBAJE7C5XKWW08935 | 2019 | BMW | 5 Series |
| SALGS5SE6LA408198 | 2020 | Land Rover | Range Rover |
| SCA666D53HU102728 | 2017 | Rolls-Royce | Dawn |
| 1C4PJMDX3KD245817 | 2019 | Jeep | Cherokee |
| 55SWF4KB7JU273873 | 2018 | Mercedes-Benz | C-Class |
| WBA2H9C36HV986948 | 2017 | BMW | 2 Series |
| ZAM57YTA4K1314330 | 2019 | Maserati | Ghibli |
| WAUHGAFC5GN009650 | 2016 | Audi | A6 |
| WBA7F2C5XJB238313 | 2018 | BMW | 7 Series |
| WA1L2AFP0GA040272 | 2016 | Audi | Q5 |
| WBASP0C58DC988075 | 2013 | BMW | 5 Series Gran Turismo |
| SCFSMGAW1LGN03929 | 2020 | Aston Martin | Vantage |
| 7SAYGDEF2NF531053 | 2022 | Tesla | Model Y |
| 1FDWX37R38ED27725 | 2008 | Ford | Super Duty F-350 DRW |
| ZPBUA1ZL3KLA01428 | 2019 | Lamborghini | Urus |
| WBS3U9C50FP967858 | 2015 | BMW | M4 |
| 1FMCU9JD3HUD14412 | 2017 | Ford | Escape |
| 2C4RDGEG7GR384403 | 2016 | Dodge | Grand Caravan |
| 1C4PJMAK9CW133196 | 2012 | Jeep | Liberty |
| 4JGFF5KE3LA146109 | 2020 | Mercedes-Benz | GLS 450 |
| WA1AAAF78KD002872 | 2019 | Audi | Q7 Quattro Premium |
| 1C4HJXFN3MW668101 | 2021 | Jeep | Wrangler Unlimited |
| 5J8YD4H38LL019056 | 2020 | Acura | MDX |
| 5XXGT4L39KG282398 | 2019 | Kia | Optima |
| SALGV5RE3KA525460 | 2019 | Land Rover | Range Rover Autobiography |
| SALYB2RX0JA770423 | 2018 | Land Rover | Range Rover Velar |
| WA1LHAF74KD025148 | 2019 | Audi | Quattro |
| WDDSJ4GB7KN725983 | 2019 | Mercedes-Benz | CLA 250 4MATIC |
| 1GNSKBKD5NR360485 | 2022 | Chevrolet | Suburban LS |
| 5UXTR9C57KLE12580 | 2019 | BMW | X3 Xdrive 30I |

| VIN | Year | Make | Model |
|---|---|---|---|
| WAUWGAFC8GN035733 | 2016 | Audi | A7 Quattro Premium Plus |
| WBA8B7C55GK368800 | 2016 | BMW | 340I XDrive |
| 1GNSKBKD1NR324812 | 2022 | Chevrolet | Suburban LS |
| 1GNSKHKC7GR178042 | 2016 | Chevrolet | Suburban LT |
| 1GYS4HKJ8LR109544 | 2020 | Cadillac | Escalade ESV |
| SALVP2BG2GH078520 | 2016 | Land Rover | Range Rover Evoque |
| SALYB2EX7LA248235 | 2020 | Land Rover | Range Rover Velar |
| 5UXKU2C53G0N83978 | 2016 | BMW | X6 XDrive 35I |
| WA1B4AFYXK2139568 | 2019 | Audi | SQ5 Quattro Premium Plus |
| WBA8B7C55JA572994 | 2018 | BMW | 340I XDrive |
| WBA8B7C56GK487293 | 2016 | BMW | 340I XDrive |
| WBA8B7C59JA411869 | 2018 | BMW | 340I XDrive |
| WAUB8GFF5G1107889 | 2016 | Audi | A3 Quattro Premium |
| WDDWK4KB4HF441333 | 2017 | Mercedes-Benz | C300 4MATIC |
| SALGV2FE5HA328270 | 2017 | Land Rover | Range Rover Autobiography |
| WBA4J7C51KBM76308 | 2019 | BMW | 440I XDrive Gran Coupe |
| 1FTFW1E56JFD20487 | 2018 | Ford | F-150 Lariat |

Case 2:23-cv-06188-OEM-ST   Document 11-18   Filed 08/20/23   Page 7 of 7 PageID #: 397