**MILMAN LABUDA LAW GROUP PLLC**
**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**
_____

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

August 15, 2023

**VIA E-MAIL**
Anthony Deo
c/o Harry R. Thomasson, Esq.
3280 Sunrise Highway, Box 112
Wantagh, NY 11793-4024

   *Re:* **Superb Motors Inc., Anthony Deo and Sarah Deo**

Dear Mr. Thomasson:

  This office represents Superb Motors Inc. (hereinafter the "Dealership") and Robert Anthony Urrutia (hereinafter "Urrutia"). We write in furtherance of our demand that all vehicles be returned.

  Nissan Motor Acceptance Corporation ("NMAC") seeks access to audit all vehicles on its line and has requested daily access to all said vehicles.

  Similarly, Next Gear Capital ("Next Gear") is requesting that all vehicles on its line be returned to the main lot in Freehold. See copy of email correspondence annexed hereto.

  Your failure to comply with the requests of NMAC and Next Gear creates the risk of irreparable harm to the Dealership. We therefore demand you immediately confirm compliance, especially in light of your prior written representations that you are cooperating with the audits by NMAC and Next Gear.

Dated: Lake Success, New York
   August 15, 2023        Regards,

                 **MILMAN LABUDA LAW GROUP PLLC**

                 */s/ Emanuel Kataev, Esq.*_____
                 Emanuel Kataev, Esq.
                 3000 Marcus Avenue, Suite 3W8
                 Lake Success, NY 11042-1073
                 (516) 328-8899 (office)
                 (516) 303-1395 (direct dial)
                 (516) 328-0082 (facsimile)
                 emanuel@mllaborlaw.com

                 *Attorneys for Superb Motors Inc.*
                 *and Robert Anthony Urrutia*

10:06

## Team Auto Sales #138909

**Childs, Justina (CAI - Pennsylvania)**    9:55 AM
To You

Good morning,
Based on our conversation on Friday 8/11/23, I'm asking that all Next Gear Capital floored inventory be returned to Team Auto Sales at the contracted lot in Freehold, NJ. Please advise when they have been returned.
Thank you

**Justina Childs**
Portfolio Manager
Financial Solutions Group
11799 North College Avenue
Carmel, Indiana 46032
m: 267.838.6215 | f: 866.550.9319







| Will do, thank you. | That is correct. | Will do. |

Reply

| VIN | LINE | VEHICLE | Stock # |
|---|---|---|---|
| 1C4PJMAK9CW133196 | NG | 2012 Jeep Liberty | SU0461A |
| 1GKS2EEFXCR300324 | NG | 2012 GMC Yukon | SU0831A |
| WDDJK7DA4JF052861 | NG | 2018 Mercedes-Benz SL-Class | SU1006 |
| ZAM57YTLXK1316469 | NG | 2019 Maserati Ghibli | SU1031 |
| ZAM57YTA4K1314330 | NG | 2019 Maserati Ghibli | SU0912 |
| SALGV2FE5HA328270 | NG | 2017 Land Rover Range Rover | SU1033 |
| 5UXKR0C53J0X91503 | NG | 2018 BMW X5 | SU0993 |
| W1K7X6BB7LA016406 | NG | 2020 Mercedes-Benz AMG GT | SU1060 |
| SALGS2RE3KA519794 | NG | 2019 Land Rover Range Rover | SU1065 |
| WP0AF2A74GL082172 | NG | 2016 Porsche Panamera | SU1148 |
| WBA4E5C59HG188797 | NG | 2017 BMW 4-Series | SU1025 |
| WBA2H9C36HV986948 | NG | 2017 BMW 2-Series | SU0882 |
| WAUP4AF5XJA095252 | NG | 2018 Audi S5 | SU1067 |
| SALVP2RXXJH323156 | NG | 2018 Land Rover Range Rover Evoque | GCA1008A |
| SALGS2KF4GA246777 | NG | 2016 LANDROVER RANG R HSE | SU1295 |
| 1FTFW1E56JFD20487 | NG | 2018 FORD F150 LAR | SU1293 |
| SALYL2EX8KA220195 | NG | 2019 LANDROVER VELAR DYN SE | SU1300 |
| WA1LAAF75KD048863 | NG | 2019 Audi Q7 | SU1219 |
| WA1LAAF77KD012026 | NG | 2019 Audi Q7 | SU1206 |
| WA1B4AFY8L2087049 | NG | 2020 Audi SQ5 | SU1220 |
| WDD7X8KB7KA001866 | NG | 2019 MERCEDES-B AMG GT 63 S | SU1324 |
| 5N1DL0MM6LC528999 | NG | 2020 INFINITI QX60 PURE | SY1323 |
| ZASPAKBN5L7C91095 | NG | 2020 ALFA ROMEO STELV TI | SY1319 |
| WBXHT3C57K5L90705 | NG | 2019 BMW X1 28IX XLN | SY1318 |
| WA1C4AFY9L2045025 | NG | 2020 Audi SQ5 | SU0985 |
| WBXHT3C35J5K24129 | NG | 2018 BMW X1 | SU1177 |
| 2T2ZZMCA6HC073637 | NG | 2017 Lexus RX 350 | SU1069 |
| WBAJB1C53KB375171 | NG | 2019 BMW 5-Series | SU1204 |