# Harry R. Thomasson, Esq.

3280 Sunrise Highway, Box 112
Wantagh, New York 11793
Tel. 516-557-5459
hrtatty@verizon.net

Admitted:
Massachusetts
New York

August 15, 2023

VIA EMAIL ONLY TO Emanuel@mllaborlaw.com

Emanuel Kataev, Esq.
MILMAN LABUDA LAW GROUP PLLC
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042-1073

Re:   Anthony Deo and Superb Motors

Dear Mr. Kataev:

I am writing in response to your correspondence received today via email.  Please be advised, as follows:

1. I have told you on one or more occasions to stop communicating with my client. Today's email from you was copied to my client. He is represented by counsel. DO NOT COMMUNICATE WITH MY CLIENT AGAIN OR I WILL GO TO THE BAR GRIEVANCE COMMITTEE.
2. From your continuing correspondence, it seems clear that you are not that familiar with how floor plans work. My client has cooperated with audits at his Syosset store through Superb's floor plans since at least December, 2022. If there was a problem with those audit's at the Syosset store, he would have been so notified long ago. Stop trying to suggest that it is a problem for cars to be at that location (and at the Sunrise Highway location in Amityville) since Superb cars have been at those locations with your clients' full knowledge and authority (if necessary, all rights reserved) since at least December, 2022.
3. If there is a problem now, and my client has not spoken to the floor plan companies in months, then 1) the floor plan companies can speak with me anytime; 2) we certainly are not just accepting the word of people who falsely claim that my client "stole" 102 cars;  3) we certainly are not just accepting the word of people who falsely claim that my client "stole" $760,000.00; 4) the situation is being created by your clients, obviously, because only your clients have contacted (and manipulated) the floor plan companies and my client has not spoken to them in months; and 5) we are not doing anything until and unless I review the floor plan contracts and speak with the floor plan companies myself.
4. Accordingly, please forward the floor plan contracts for my review at your earliest convenience.

1

  This letter is in addition to my prior letters and emails, and I continue to insist that if you are trying to position this case for a favorable *ex parte* ruling while I am on vacation, I insist on my letters and emails also being given to any judge you may approach on the subject or risk intentionally misleading the Court. Awaiting those contracts, I remain,

            Very truly yours,

            Harry R. Thomasson

Cc: M/M Anthony Deo