

**NISSAN MOTOR ACCEPTANCE COMPANY LLC**

8900 Freeport Parkway
Irving, Texas  75063-2438
Mailing Address: P.O. Box 660360
Dallas, TX 75266-0360
Telephone: 800-456-6622

August 9, 2023

**Via eMail & Overnight Courier**

Superb Motors Inc.
d/b/a Superb Motors
215 Northern Blvd
Great Neck, NY 11021
Email:tony@yourteamauto.com
Attn: Mr. Robert Urrutia

Re:  **Notification of Default and Demand for Payment**

Dear Mr. Urrutia:

For the purposes of this letter ("Demand"), reference is made to the Automotive Wholesale Financing and Security Agreement ("Wholesale Agreement") between Nissan Motor Acceptance Company LLC f/k/a Nissan Motor Acceptance Corporation ("NMAC") and Superb Motors Inc. d/b/a Superb Motors ("Dealership") dated December 17, 2021, as amended to date.  If not otherwise defined, each other capitalized term in this Demand means the same as in the Wholesale Agreement.

The repayment to NMAC of amounts due under the Wholesale Agreement has been guaranteed by Robert Urrutia (together with the Dealership, the "Obligors") who has been provided a copy of this Demand.

NMAC hereby gives notice that the Dealership has defaulted under the Wholesale Agreement due to theft of a number of vehicles from the Dealership as noted in NMAC's inventory audit of the Dealership completed on August 8, 2023.  Such losses, in the amount of **$1,183,101.25** as detailed in Exhibit "A" attached hereto, give rise to one or more events of default under the Wholesale Agreement.  Such events of default also trigger defaults under any and all other NMAC loan agreements, promissory notes and leases to which any Obligor is a party ("Loan Documents"), and NMAC reserves all of its rights and remedies against all Obligors under such Loan Documents.

**As a result of the events of default, NMAC demands that by 1:00 PM CDT, August 11, 2023, the Obligors pay NMAC $1,183,101.25 ("Amount Demanded"), via electronic funds transfer ("EFT").**  Wiring instructions are as follows:

Wire Funds to:       Chase Bank of Texas
                     Dallas, Texas
                     ABA # ██████████
                     Account: Nissan Motor Acceptance Company
                     Account Number: ██████████
                     Reference: 8085 Superb Motors

Superb Motors Inc.
August 9, 2023
Page 2

If the Obligors fail to pay the Amount Demanded by the date and time stated above, NMAC may, in its discretion, exercise any and all of its other rights and remedies against the Obligors arising after an event of default, as provided by the Wholesale Agreement, Loan Documents and other financing agreements between NMAC and the Obligors and by applicable law.

In addition, as of the date of this Demand and until all inventory financed under the Wholesale Agreement is paid in full, the interest rate on each of the Dealership's lines financed under the Wholesale Agreement shall be increased by 200 bps over the rate(s) previously in effect.

Please note the following:

1. Nothing contained in this Demand will be construed as a limitation on or waiver by NMAC of its rights and remedies against any Obligor arising from any other existing or further default under the Wholesale Agreement, any Loan Document, or by contract or law.
2. NMAC reserves its rights to accelerate payment in full of all obligations owed under the Wholesale Agreement and any other Loan Documents or to terminate the Wholesale Agreement and any other Loan Documents arising from any existing or further default to the date of such default.
3. Notwithstanding any previous action or inaction by or on behalf of NMAC to the contrary, if any, you are hereby notified that NMAC will hereafter require strict compliance with the terms and conditions of the Loan Documents.

If you would like to discuss this matter further, please contact me at 469-597-6152.

Respectfully,

NISSAN MOTOR ACCEPTANCE COMPANY LLC
a Delaware limited liability Company

By: *Allison Jank*
Allison Jank
Manager, Special Credit

Superb Motors Inc.
August 9, 2023
Page 3

**Exhibit A**

| VIN | Make | Model | Year | Floor Date | Payment Due | Audit Cd |
|---|---|---|---|---|---|---|
| WAUF2AFC3GN063552 | Audi | S6 | 16 | 7/25/2023 | $27,150.00 | Stolen |
| 1C4SDJCT1MC574393 | Dodge | Durango | 21 | 7/26/2023 | $39,370.00 | Stolen |
| WBA8B7C55GK368800 | BMW | 3-Series | 16 | 6/29/2023 | $31,385.00 | Stolen |
| 2C4RDGEG7GR384403 | Dodge | Grand Cara | 16 | 9/16/2022 | $5,080.00 | Stolen |
| WA1B4AFYXK2139568 | Audi | SQ5 | 19 | 6/15/2023 | $33,410.00 | Stolen |
| SALGV5RE3KA525460 | Land Rov | Range Rove | 19 | 7/11/2023 | $91,125.00 | Stolen |
| SALYB2RX0JA770423 | Land Rov | Range Rove | 18 | 7/11/2023 | $31,300.00 | Stolen |
| WA1LHAF72KD026699 | AUDI | Q7 PRM + | 19 | 6/15/2023 | $31,995.00 | Stolen |
| WBA8B7C55JA572994 | BMW | 3-Series | 18 | 6/15/2023 | $37,245.00 | Stolen |
| 1GNSKBKD5NR360485 | Chevrole | Suburban | 22 | 6/29/2023 | $58,900.00 | Stolen |
| 1GNSKBKD9PR148675 | Chevrole | Suburban | 23 | 6/29/2023 | $60,950.00 | Stolen |
| WAUWGAFC8GN035733 | Audi | A7 | 16 | 6/29/2023 | $28,160.00 | Stolen |
| 5UXTR9C57KLE12580 | BMW | X3 | 19 | 6/29/2023 | $28,960.00 | Stolen |
| SALGW2SE6KA533297 | Land Rov | Range Rove | 19 | 5/1/2023 | $83,305.00 | Stolen |
| 1C4HJXFN3MW668101 | Jeep | Wrangler | 21 | 7/11/2023 | $44,245.00 | Stolen |
| WDDSJ4GB7KN725983 | Mercedes | CLA | 19 | 7/11/2023 | $26,525.00 | Stolen |
| 1C4SDJCT2MC520441 | Dodge | Durango | 21 | 7/11/2023 | $37,735.00 | Stolen |
| 1GNSKBKD1NR324812 | Chevrole | Suburban | 22 | 6/28/2023 | $54,150.00 | Stolen |
| 1GNSKBKD9NR280798 | Chevrole | Suburban | 22 | 6/28/2023 | $54,150.00 | Stolen |
| SALVP2BG2GH078520 | LANDROVE | RR EVQ SE | 16 | 6/28/2023 | $17,635.00 | Stolen |
| 1GYS4HKJ8LR109544 | Cadillac | Escalade E | 20 | 6/28/2023 | $50,575.00 | Stolen |
| 1GNSKHKC7GR178042 | Chevrole | Suburban | 16 | 6/28/2023 | $19,500.00 | Stolen |
| 4JGFB4KB0LA194078 | Mercedes | GLE | 20 | 6/7/2023 | $46,751.25 | Stolen |
| SALWR2RV8JA189351 | Land Rov | Range Rove | 18 | 7/17/2023 | $38,690.00 | Stolen |
| 4JGFF5KE3LA146109 | Mercedes | GLS | 20 | 7/19/2023 | $57,625.00 | Stolen |
| WA1AAAF78KD002872 | Audi | Q7 | 19 | 7/19/2023 | $31,100.00 | Stolen |
| WBA8B7C56GK487293 | BMW | 3-Series | 16 | 5/17/2023 | $29,260.00 | Stolen |
| WBA8B7C59JA411869 | BMW | 3-Series | 18 | 5/17/2023 | $36,590.00 | Stolen |
| WDDWK4KB4HF441333 | Mercedes | C-Class | 17 | 3/9/2023 | $32,600.00 | Stolen |
| WAUB8GFF5G1107889 | Audi | A3 | 16 | 4/19/2023 | $17,635.00 | Stolen |
| **TOTAL** | | | | | **$1,183,101.25** | |

Superb Motors Inc.
August 9, 2023
Page 4

cc:    Mr. Robert Urrutia
345 East 80th St. Apt SC
New York, NY 10075
Email: tony@yourteamauto.com

Ms. Lisa Cicchini
Nissan Motor Acceptance Company LLC
1501 Cottontail Lane
Somerset, NJ 08873

Jamie Beck
Nissan Motor Acceptance Company LLC
8900 Freeport Parkway
Irving, TX 75063