

**NISSAN MOTOR ACCEPTANCE COMPANY LLC**

8900 Freeport Parkway
Irving, Texas  75063-2438
Mailing Address: P.O. Box 660360
Dallas, TX 75266-0360
Telephone:  800-456-6622

August 15, 2023

**Via eMail & Overnight Courier**

Superb Motors Inc.
d/b/a Superb Motors
215 Northern Blvd
Great Neck, NY 11021
Email:tony@yourteamauto.com
Attn: Mr. Robert Urrutia

Re:  **Demand for Payment**

Dear Mr. Urrutia:

For the purposes of this letter ("Demand"), reference is made to the Automotive Wholesale Financing and Security Agreement ("Wholesale Agreement") between Nissan Motor Acceptance Company LLC ("NMAC") and Superb Motors Inc., d/b/a Superb Motors ("Dealership"), dated December 17, 2021, as amended to date. If not otherwise defined, each other capitalized term in this Demand means the same as in the Wholesale Agreement.

The repayment of the Wholesale Agreement to NMAC has been guaranteed by the following organizations and/or individuals, each of whom has been provided a copy of this Demand:

1. Robert Urrutia
2. Team Imports LLC
3. Team Auto Group LLC
4. Team Nissan Inc.

The Dealership and the Guarantors are called the "Obligors". If not otherwise defined, each other capitalized term in this Demand means the same as in the Wholesale Agreement.

At the conclusion of NMAC's inventory audit today at the Dealership, NMAC determined that the vehicles listed on Exhibit "A" to this Demand were (a) not available for inspection and count at the authorized Dealership Location, which is 215 Northern Blvd., Great Neck, NY 11021, or (b) not verifiable as subject to NMAC's first lien security position under the Wholesale Agreement. This has resulted in events of default under the Wholesale Agreement.  These events of default have also created defaults under all other NMAC loan agreements, promissory notes and leases to which any Obligor is a party ("Loan

Documents"), and NMAC reserves all of its rights and remedies against any Obligor under those other Loan Documents.

**Consequently, NMAC demands that by 1:00 P.M. CDT, Wednesday, August 16, 2023, the Obligors pay NMAC $756,914.50 ("Amount Demanded"), via electronic funds transfer ("EFT"). Wiring instructions are as follows:**

| | |
|---|---|
| Wire Funds to: | Chase Bank of Texas |
| | Dallas, Texas |
| | ABA # ▮▮▮▮▮▮▮▮▮ |
| | Account: Nissan Motor Acceptance Company |
| | Account Number: ▮▮▮▮▮▮▮▮▮ |
| | Reference: 8085 Superb Motors |

If the Obligors fail to pay the Amount Demanded by the date and time stated above, NMAC may, in its discretion, exercise any and all of its other rights and remedies against the Obligors arising after an event of default, as provided by the Wholesale Agreement, Loan Documents and other financing agreements between NMAC and the Obligors and by applicable law.

Please note the following:

1. Nothing contained in this Demand will be construed as a limitation on or waiver by NMAC of its rights and remedies against any Obligor arising from any other existing or further default under the Wholesale Agreement, any Loan Document, or by contract or law.
2. NMAC reserves its rights to accelerate payment in full of all obligations owed under the Wholesale Agreement and any other Loan Documents or to terminate the Wholesale Agreement and any other Loan Documents arising from any existing or further default to the date of such default.
3. Notwithstanding any previous action or inaction by or on behalf of NMAC to the contrary, if any, you are hereby notified that NMAC will hereafter require strict compliance with the terms and conditions of the Loan Documents.

If you would like to discuss this matter further, please contact me at 469-597-6152.

Respectfully,

NISSAN MOTOR ACCEPTANCE COMPANY LLC
a Delaware limited liability Company

By: *Allison Jank*
Allison Jank
Manager, Special Credit

**Exhibit A**

| VIN | Model Year | Make | Model | Outstanding |
|---|---|---|---|---|
| WAUHGAFC5GN009650 | 2016 | Audi | A6 | $22,025.00 |
| WA1L2AFP0GA040272 | 2016 | Audi | Q5 | $12,200.00 |
| WAUJ8GFF3H1069141 | 2017 | Audi | A3 Sedan | $22,525.00 |
| 55SWF4KB5GU101091 | 2016 | MERCEDES | C300W4 | $17,275.00 |
| SCA666D53HU102728 | 2017 | Rolls Royce | Dawn | $170,374.50 |
| 1FATP8UH1K5152260 | 2019 | FORD | MUST ECO | $24,755.00 |
| 1GYS4HKJ1LR164384 | 2020 | Cadillac | Escalade ESV | $50,575.00 |
| JTJBARBZ9J2171144 | 2018 | LEXUS | NX 300 FSPT | $26,770.00 |
| 55SWF4KB0HU188660 | 2017 | Mercedes-Benz | C-Class | $21,850.00 |
| WBA7F2C5XJB238313 | 2018 | BMW | 7 Series | $40,425.00 |
| SALYB2EX7LA248235 | 2020 | Land Rover | Range Rover Velar | $36,075.00 |
| ZN661XUAXHX252844 | 2017 | Maserati | Levante | $29,335.00 |
| 1C4RDHDG7JC438967 | 2018 | Dodge | Durango | $27,275.00 |
| 2C3CDXHG1MH505823 | 2021 | Dodge | Charger | $27,435.00 |
| 2C3CDXHG6MH531592 | 2021 | Dodge | Charger | $25,605.00 |
| ZARFAEDN3J7575105 | 2018 | Alfa Romeo | Giulia | $19,660.00 |
| SALYB2EX4KA782114 | 2019 | Land Rover | Range Rover Velar | $34,750.00 |
| 5YMTS0C02L9B09685 | 2020 | BMW | X3 M | $54,575.00 |
| WBXHT3C59K5L90009 | 2019 | BMW | X1 | $24,955.00 |
| 5UXKU2C53G0N83978 | 2016 | BMW | X6 | $34,465.00 |
| 5UXWX9C50H0T04666 | 2017 | BMW | X3 | $18,085.00 |
| WBA8E5G56GNU21721 | 2016 | BMW | 3-Series | $15,925.00 |
| TOTAL | | | | $756,914.50 |