UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
SUPERB MOTORS INC., TEAM AUTO SALES LLC, ROBERT ANTHONY URRUTIA, 189 SUNRISE HWY AUTO LLC, NORTHSHORE MOTOR LEASING, LLC, BRIAN CHABRIER, individually and derivatively as a member of NORTHSHORE MOTOR LEASING, LLC, JOSHUA AARONSON, individually and derivatively as a member of 189 SUNRISE HWY AUTO, LLC, JORY BARON, 1581 HYLAN BLVD AUTO LLC, 1580 HYLAN BLVD AUTO LLC, 1591 HYLAN BLVD AUTO LLC, 1632 HYLAN BLVD AUTO LLC, 1239 HYLAN BLVD AUTO LLC, 2519 HYLAN BLVD AUTO LLC, 76 FISK STREET REALTY LLC, 446 ROUTE 23 AUTO LLC and ISLAND AUTO MANAGEMENT, LLC,

Case No.: 2:23-cv-6188 (OEM) (ST)

**DECLARATION OF ROBERT ANTHONY URRUTIA IN SUPPORT OF PLAINTIFFS' MOTION FOR RECONSIDERATION**

       Plaintiffs,

  -against-

ANTHONY DEO, SARAH DEO, HARRY THOMASSON, DWIGHT BLANKENSHIP, MARC MERCKLING, MICHAEL LAURIE, THOMAS JONES, CPA, CAR BUYERS NYC INC., GOLD COAST CARS OF SYOSSET LLC, GOLD COAST CARS OF SUNRISE LLC, GOLD COAST MOTORS AUTOMOTIVE GROUP LLC, GOLD COAST MOTORS OF LIC LLC, GOLD COAST MOTORS OF ROSLYN LLC, GOLD COAST MOTORS OF SMITHTOWN LLC, UEA PREMIER MOTORS CORP., DLA CAPITAL PARTNERS INC., JONES, LITTLE & CO., CPA'S LLP, FLUSHING BANK, and LIBERTAS FUNDING LLC,

       Defendants.
-------------------------------------------------------------------X

  Robert Anthony Urrutia declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

1. I am the majority shareholder and President of Superb Motors Inc. ("Superb"), a high-end used car dealership in Great Neck on Long Island, and the sole member of Team Auto Sales LLC ("Team"), a wholesale used car operation that I own and operate out of New Jersey.[1]

2. Superb, Team, and I consist of one group of Plaintiffs in this case.

3. As such, I am familiar with all the facts and circumstances heretofore had herein based upon my personal knowledge and a review of documents I maintain at Superb and Team in addition to information I have learned from employees, customers, vendors, and other third parties concerning the Defendants and their conduct.

4. I hereby incorporate herein all of the facts contained in my attorneys' August 25, 2023 letter motion in support of the instant motion.

5. I respectfully request that this Court grant the relief requested herein.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 26, 2023.

                                               *robert urrutia*
                                               robert urrutia (Aug 26, 2023 00:39 EDT)
                                               Robert Anthony Urrutia

---

[1] I am also the owner of Volkswagen of Freehold in New Jersey, Team Mitsubishi-Hartford in Connecticut, and Team Nissan of Pittsfield, Massachusetts.

# 2023-08-25 Urrutia Declaration in Support

Final Audit Report      2023-08-26

| | |
|---|---|
| Created: | 2023-08-26 |
| By: | Emanuel Kataev (mail@emanuelkataev.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA5dUwpGstqkOXZ1nT2Fp8iSvOBIfktmWk |

## "2023-08-25 Urrutia Declaration in Support" History

- 📄 Document created by Emanuel Kataev (mail@emanuelkataev.com)
  2023-08-26 - 4:37:39 AM GMT- IP address: 65.51.198.20

- ✉️ Document emailed to tonyu814@gmail.com for signature
  2023-08-26 - 4:38:32 AM GMT

- 📄 Email viewed by tonyu814@gmail.com
  2023-08-26 - 4:38:36 AM GMT- IP address: 66.102.8.106

- ✍️ Signer tonyu814@gmail.com entered name at signing as robert urrutia
  2023-08-26 - 4:39:17 AM GMT- IP address: 186.15.17.187

- ✍️ Document e-signed by robert urrutia (tonyu814@gmail.com)
  Signature Date: 2023-08-26 - 4:39:19 AM GMT - Time Source: server- IP address: 186.15.17.187

- ✅ Agreement completed.
  2023-08-26 - 4:39:19 AM GMT

Adobe Acrobat Sign

# EXHIBIT A

# FILED UNDER SEAL

# EXHIBIT B



**NISSAN MOTOR ACCEPTANCE COMPANY LLC**

8300 Freeport Parkway
Irving, Texas 75063-2438

Mailing Address: P.O. Box 660360
Dallas, TX 75266-0360
Telephone: 800-456-6622

August 18, 2023

**Via Federal Express**

Superb Motors, Inc.,
d/b/a Superb Motors
215 Northern Blvd.
Great Neck, NY 11021
Attn: Mr. Robert Urrutia

    Re: **Notice of Termination**

Dear Mr. Urrutia:

For the purposes of this letter ("Notification"), reference is made to the Automotive Wholesale Financing and Security Agreement dated December 17, 2021, as amended to date ("Wholesale Agreement"), between Nissan Motor Acceptance Company LLC ("NMAC"), and Superb Motors, Inc., d/b/a Superb Motors ("Dealership").

You and the following entities ("Guarantors") have guaranteed to NMAC the repayment of the Wholesale Agreement by the Dealership:

1. Team Imports LLC
2. Team Auto Group LLC
3. Team Nissan Inc.

The Dealership and the Guarantors are called the "Obligors". If not otherwise defined, each capitalized term in this Notice means the same as in the Wholesale Agreement.

After due consideration, NMAC has determined that termination of the Wholesale Agreement is in the best interests of NMAC. Consequently, the Dealership is hereby notified that effective as of **September 18, 2023**, NMAC will terminate the Wholesale Agreement, pursuant to its terms, by which date the Dealership is required to repay to NMAC the remaining outstanding balance owed the Wholesale Agreement.

Any newly-occurring Event of Default under the Wholesale Agreement or under any other Obligor's agreements with NMAC shall accelerate the date of termination of the Wholesale Agreement to the date of such Event of Default.

Nothing contained in this Notification shall be construed either as a waiver by NMAC of its right to receive any additional sums due NMAC by reason of any other obligation of any Obligor to NMAC, or as a limitation on or waiver of any rights and remedies which may be available to NMAC existing by contract or under applicable law.

Mr. Robert Urrutia
August 18, 2023
Page 2

If you would like to discuss this matter further, please contact me at 469-597-6152.

Respectfully,

NISSAN MOTOR ACCEPTANCE COMPANY LLC

By: *Allison Jank*
Allison Jank
Manager, Special Credit

cc: Robert Urrutia
345 East 80th St. Apt SC
New York, NY 10075

Team Imports LLC
412 New Park Avenue
Hartford, CT 06106

Team Auto Group LLC
4360 US Route 9
Freehold, NJ 07728

Team Nissan Inc.
25 Housatonic Street
Pittsfield, MA 01201

Ms. Lisa Cicchini
Nissan Motor Acceptance Company LLC
1501 Cottontail Lane
Somerset, NJ 08873

Jamie Beck
Nissan Motor Acceptance Company LLC
8900 Freeport Parkway
Irving, TX 75063