# EXHIBIT C




## 2022 NIADA DEALER FINANCIAL STATEMENT

| P & A CODE : | 0 | | | DEALER : | SUPERB MOTORS INC | | Page 1 |
|---|---|---|---|---|---|---|---|
| PERIOD : | 11 | | 2022 | ADDRESS : | 215 NORTHERN BLVD | | |
| MONTH ENDED : | November 30, 2022 | | | CITY / STATE / ZIP : | GREAT NECK, NY 11021 | | |

| ASSETS / CURRENT ASSETS | | | ACCT NO. | AMOUNT | LINE NO. | LIABILITIES AND NET WORTH / CURRENT LIABILITIES | | ACCT NO. | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | 1 | | | | |
| CASH ON HAND | | | 1000 | (105,406) | 2 | ACCOUNTS PAYABLE | | 2000 | 18,653 |
| CASH IN BANK | | | 1010-1015 | - | 3 | CUSTOMER DEPOSITS | | 2010 | 14,960 |
| CONTRACTS IN TRANSIT | | | 1020 | 64,659 | 4 | CUSTOMER ACCOMMODATIONS | | 2020 | - |
| CASH INVESTMENTS AND TIME DEPOSITS | | | 1030-1050 | (1,810) | 5 | LICENSE & REGISTRATION FEES | | 2030 | 38,870 |
| TOTAL CASH AND EQUIVALENT | | (LINES 2-5) | | -42557 | 6 | VEHICLE PROTECTION & ESC PAYABLE | | 2040 | 941 |
| RECEIVABLES | | > 60 DAYS | | | 7 | VEHICLE LIEN PAYABLE | | 2050 | 56,234 |
| RETAIL VEHICLES | | - | 1100 | - | 8 | OTHER ACCOUNTS PAYABLE | | 2060 | 639,284 |
| WHSLE & DLR TRANSFER | | - | 1110 | - | 9 | TOTAL ACCOUNTS PAYABLE | (LINES 2-8) | | 768,942 |
| LEASE & RENTAL | | - | 1120 | - | 10 | CURRENT NOTES PAYABLE | | | |
| FINANCE & INSURANCE | | - | 1130 | 23,073 | 11 | USED VEHICLES | | 2110 | 1,505,427 |
| CUSTOMER NOTES | | - | 1140 | 17,700 | 12 | LEASE & RENTAL VEHICLES | | 2120 | - |
| SERVICE, PARTS & BODY ACCOUNTS | | - | 1150 | - | 13 | CURRENT PORTION - LONG TERM DEBT | | 2130 | - |
| SERVICE CONTRACT CLAIMS | | - | 1160 | - | 14 | OTHER | | 2140 | - |
| ALLOWANCE FOR DOUBTFUL ACCOUNTS | | | 1170 | - | 15 | TOTAL CURRENT NOTES PAYABLE | (LINES 11-14) | | 1,505,427 |
| TRADE RECEIVABLES - AFFILIATES | | | 1360 | - | 16 | ACCRUED LIABILITIES | | | |
| OTHER RECEIVABLES | | | 1370 | 40,310 | 17 | INTEREST PAYABLE | | 2200 | 16,131 |
| TOTAL RECEIVABLES | | (LINES 8-17) | | 81,083 | 18 | SALARIES, WAGES & COMMISSIONS PAYABLE | | 2210 | 7,485 |
| INVENTORIES | | | | | 19 | INSURANCE PAYABLE | | 2220 | - |
| | UNITS | > 60 DAYS | | | 20 | PAYROLL TAXES PAYABLE | | 2230 | - |
| DEMONSTRATORS | - | - | 1380 | - | 21 | SALES TAXES PAYABLE | | 2240 | 66,707 |
| OTHER AUTOMOTIVE | - | - | 1440 | - | 22 | INCOME TAXES PAYABLE | | 2250 | 3,000 |
| USED CARS | 74 | - | 1450 | 1,561,613 | 23 | OTHER TAXES PAYABLE | | 2260 | 3,553 |
| USED TRUCKS | - | - | 1470 | - | 24 | EMPLOYEE BONUSES PAYABLE | | 2270 | - |
| REMARKETED VEHICLES | - | - | 1490 | - | 25 | OWNERS' BONUSES PAYABLE | | 2280 | - |
| PARTS & ACCESSORIES | | | 1500 | - | 26 | PENSION FUND/PROFIT SHARING PAYABLE | | 2290 | - |
| OTHER INVENTORY | | | 1520-1570 | - | 27 | OTHER PAYABLES | | 2300 | (764,382) |
| ALLOWANCE - PARTS INVENTORY ADJUSTMENT | | | 1580 | - | 28 | RESERVE FOR REPO, F&I & SVC CONTRACT LOSSES | | 2310 | - |
| LIFO RESERVE - USED VEHICLES | | | 1590 | - | 29 | OTHER RESERVES | | 2320 | 2,363 |
| LIFO RESERVE - PARTS & ACCESSORIES | | | 1600 | - | 30 | TOTAL ACCRUED LIABILITIES | (LINES 17-29) | | (665,143) |
| TOTAL INVENTORIES | | (LINES 21-30) | | 1,561,613 | 31 | WORKING CAPITAL | GUIDE-$ | - | |
| PREPAID EXPENSES | | | | | 32 | | ACTUAL-$ | 35,321 | |
| PREPAID ADVERTISING | | | 1610 | 38,408 | 33 | (ASSET LINE 40 MINUS LIABILITY LINES 9 + 15 +30) | | | |
| PREPAID TAXES | | | 1620 | 6,000 | 34 | OTHER LIABILITIES | | | |
| PREPAID RENT | | | 1630 | - | 35 | LONG TERM DEBT | | 2400 | - |
| PREPAID INSURANCE | | | 1640 | - | 36 | NOTES PAYABLE - OWNERS/OFFICERS | | 2410 | - |
| PREPAID OTHER | | | 1660 | - | 37 | NOTES PAYABLE - AFFILIATED COMPANIES | | 2420 | 3,842 |
| TOTAL PREPAID EXPENSE | | (LINES 33-37) | | 44,408 | 38 | MORTGAGES PAYABLE - REAL ESTATE | | 2430 | - |
| OTHER CURRENT ASSETS | | | 1670 | - | 39 | DEFERRED INCOME TAX | | 2440 | - |
| TOTAL CURRENT ASSETS | | (LINES 6+18+31+38+39) | | 1,644,547 | 40 | OTHER LIABILITIES | | 2450 | 512,297 |
| LEASE AND RENTAL VEHICLES | | | | | 41 | TOTAL OTHER LIABILITIES | (LINES 35-40) | | 516,139 |
| LEASE VEHICLES - NET | UNITS | - | 1680-1690 | - | 42 | TOTAL LIABILITIES | (LINES 9+15+30+41) | | 2,125,365 |
| RENTAL VEHICLES - NET | UNITS | - | 1700-1710 | - | 43 | NET WORTH | | | |
| DRIVER TRAINING VEHICLES - NET | UNITS | - | 1720-1730 | - | 44 | CAPITAL STOCK | | 2500 | 1,000 |
| TOTAL LEASE & RENTAL VEHICLES | | (LINES 42 THRU 44) | | - | 45 | ADDITIONAL PAID IN CAPITAL | | 2510 | 330,000 |
| ACCOUNT NAME | ACCT NO. | COST | ACCUMULATED DEPRECATION | | 46 | RETAINED EARNINGS | | 2520 | (186,679) |
| LAND & IMPROVEMENTS | 1750/1760 | - | | - | 47 | DIVIDENDS | | 2540 | - |
| BUILDINGS & IMPROVEMTS | 1770/1780 | - | - | - | 48 | INVESTMENTS (PROPRIETOR OR PARTNERS) | | 2550 | - |
| MACHINERY & SHOP EQMT | 1790/1800 | - | - | - | 49 | WITHDRAWALS / DRAWINGS | | 2560 | - |
| PARTS & ACC. EQUIPMENT | 1810/1820 | - | - | - | 50 | UNITS PLACED IN SERVICE DURING CURRENT MONTH | CURRENT EARNINGS BEFORE TAXES | | |
| FURN, FIXTURES & SIGNS | 1830/1840 | 48,437 | (4,662) | 43,775 | 51 | RETAIL UNIT SALES (FROM PG 2) | | | AMOUNT |
| COMPANY VEHICLES | 1850/1860 | - | - | - | 52 | MONTH | CARS | TRUCKS | OTHER | TOTAL | |
| LSEHOLDS & IMPROVEMTS | 1870/1880 | 125,062 | (10,926) | 114,136 | 53 | JANUARY | 29 | - | 27 | 56 | (29,895) |
| OTHER FIXED ASSETS | 1890 | | | - | 54 | FEBRUARY | 42 | - | 22 | 64 | 610 |
| NET TOTAL FIXED ASSETS | | (LINES 47-54) | | 157,911 | 55 | MARCH | 60 | - | 26 | 86 | 18,463 |
| OTHER ASSETS | | | | | 56 | APRIL | 54 | - | 45 | 99 | 44,879 |
| LIFE INSURANCE - CASH VALUE | | | 1900 | - | 57 | MAY | 56 | - | 33 | 89 | (77,807) |
| NOTES & RECEIVABLES - OFFICERS & OWNERS | | | 1910 | 1,000 | 58 | JUNE | 41 | - | 15 | 56 | (41,639) |
| INVESTMENTS IN AFFILIATED COMPANIES | | | 1920 | - | 59 | JULY | 39 | 1 | 30 | 70 | 1,933 |
| ADVANCES - AFFILIATED PARTIES | | | 1930 | - | 60 | AUGUST | 44 | - | 38 | 82 | (15,537) |
| ADVANCES - OTHER PARTIES | | | 1940 | - | 61 | SEPTEMBER | 30 | 1 | 25 | 56 | (99,814) |
| NOTES & RECEIVABLES - OTHER | | | 1950 | - | 62 | OCTOBER | 21 | - | 13 | 34 | (115,456) |
| FINANCE RECEIVABLES - DEFERRED | | | 1960 | - | 63 | NOVEMBER | 17 | - | 36 | 53 | (120,354) |
| OTHER INVESTMENTS & MISC. ASSETS | | | 1970 | - | 64 | DECEMBER | - | - | - | - | |
| DEPOSITS ON CONTRACTS | | | 1980 | 31,610 | 65 | UNIT TOTALS | 433 | 2 | 310 | 745 | |
| OTHER ASSETS | | | 1990 | - | 66 | NET EARNINGS | | | (LINE 53-64) | | (434,617) |
| TOTAL OTHER ASSETS | | (LINES 57-66) | | 32,610 | 67 | TOTAL NET WORTH | | | (LINES 44 THRU 49 + 65) | | (290,296) |
| TOTAL ASSETS | | (LINES 40+45+55+67) | | 1,835,068 | 68 | TOTAL LIABILITIES AND NET WORTH | | | (LINES 42 + 67) | | 1,835,069 |

Ver   19