**EXHIBIT E**

**Superb Motors Inc**
**Statement of Profit and Loss**
**January 1 through May 31, 2023**

|  | Total |
|---|---:|
| SALES | $ 13,400,808 |
| COST OF GOODS SOLD | 10,806,587 |
| GROSS PROFIT | 2,594,221 |
| **OPERATING EXPENSES** | |
| Advertising | 117,653 |
| Sales Compensation | 252,751 |
| Supervision Compensation | 107,171 |
| Clerical Compensation | 117,514 |
| Officers Compensation | 20,000 |
| Floor Plan Interest | 187,737 |
| Delivery | 41,931 |
| Policy | 7,562 |
| Payroll Taxes | 47,927 |
| Employee Benefits | 12,879 |
| Data Processing | 76,803 |
| Office Supplies | 3,648 |
| Small Tools and Other Supplies | 5,660 |
| Postage | 2,135 |
| Professional Fees | 8,802 |
| Telephone | 2,121 |
| Outside Services | 33,548 |
| Insurance | 12,458 |
| Rent | 155,000 |
| Real Estate Taxes | 21,888 |
| Utilities | 17,283 |
| Bank Fees | 8,802 |
| Total Operating Expenses | 1,261,273 |
| NET INCOME | $ 1,332,948 |

Superb Motors Inc
Balance Sheet
May 31, 2023

## ASSETS

**Current Assets**
| | |
|---|---:|
| Cash in Banks | $ 286,477 |
| Contracts in Transit | 154,866 |
| Vehicle Receivables | 203,482 |
| Finance Reserves Receivable | 88,747 |
| Inventory - Used Vehicles | 5,045,758 |
| Prepaid Expenses | 5,547 |
| Total Current Assets | 5,784,877 |

**Fixed Assets - Net** 157,911

**Other Assets**
| | |
|---|---:|
| Deposits on Contracts | 31,610 |

**Total Assets** $ 5,974,398

## LIABILITIES AND STOCKHOLDER'S EQUITY

**Current Liabilities**
| | |
|---|---:|
| Accounts Payable | $ 72,478 |
| Vehicle Loan Payable | 51,013 |
| Interest Payable | 19,523 |
| Accrued Compensation | 157,810 |
| Sales Tax Payable | 69,926 |
| Floor Plan Payable | 4,455,751 |
| Total Current Liabilities | 4,826,501 |

**Stockholder's Equity**
| | |
|---|---:|
| Common Stock | 1,000 |
| Additional Paid in Capital | 629 |
| Accumulated Adjustment Account | 1,146,268 |

| | |
|---|---:|
| Total Stockholder's Equity | 1,147,897 |
| Total Liabilities and Stockholder's Equity | $ 5,974,398 |