**EXHIBIT F**

| SUPERB MOTORS INC. (000)'s | Working Capital | Net Worth | Net Cash |
|---|---|---|---|
| Beginning Balance | 347 | 749 | 422 |
| Net DDR AJE's | (874) | (1,778) | (1,100) |
| **Adjusted Balance** | **(527)** | **(1,029)** | **(679)** |
| Guide 250 Units | 297 | 437 | 103 |
| Tangible Net Worth Adjustment |  | 89 |  |
| Over/(Under) | (824) | (1,377) | (781) |

NISSAN MOTOR ACCEPTANCE COMPANY
Superb Motors
Summary of Proposed Adjustments
February 28, 2023

| DRAFT | Working Capital | Net Worth | Net Cash |
|---|---|---|---|
| Balance prior to Lifo adjustment | $ 346,510 | $ 748,749 | $ 421,818 |
| 2410 LIFO (100% W/C, 60% N/W)   MEMO | - | - | - |
| **Beginning Balance per Financial Statements** | **346,510** | **748,749** | **421,818** |
| check FS-BS | - | - |  |
| **Proposed adjustments** |  |  |  |
| True-up cash balance to reconciliation | (59,736) | (59,736) | (59,736) |
| To reclassify aged receivables to LT | (67,267) |  |  |
| To reclassify finance reserves to appropriate account |  |  |  |
| Write-off net 13th month transactions |  | (430,954) |  |
| Reclass Floorplan Payable to Used Vehicle Notes Payable |  |  |  |
| Reclassify intercompany payable to LT | 650,206 |  |  |
| True-up and reclassification of NESNA payable | (356,279) | (246,752) |  |
| Reverse material PiC entry that was reversed in March | (1,045,000) | (1,045,000) | (1,045,000) |
| **Total Due Diligence Adjustments** | **(878,076)** | **(1,782,441)** | **(1,104,736)** |
| **Adjusted Totals after Due Diligence Adjustments** | **(531,566)** | **(1,033,692)** | **(682,918)** |
| check FS-BS CY | - | - | - |
| **Standard NMAC adjustments** |  |  |  |
| 2930 Notes & Accounts Receivables-Officer/Owners |  | (1,000) |  |
| 2940 Advances to Employees |  | - |  |
| 2950 Other Notes and Accounts Receivable |  | 90,233 |  |
| 2960 Other Non-Automotive Assets |  | - |  |
| 2970 Other Assets |  | (0) |  |
| 3410 Notes Payable Officer/Owner |  | - |  |
| Total Standard NMAC adjustments | - | 89,232 | - |
| **Final Totals after Standard NMAC adjustments** | **(531,566)** | **(944,460)** | **(682,918)** |
| NMAC Guide based on new vehicle sales of 250 units during the previous 12 months | 296,786 | 436,668 | 102,923 |
| **Final Totals Over or Under Guide** | $ (828,352) | $ (1,381,128) | $ (785,841) |
|  | -179% | -216% | -664% |

Nissan Internal

## ADJUSTMENTS- JOURNAL ENTRIES

| Description | F/S Acct # | Description | Debit | Credit |
|---|---|---|---|---|
| | 3990 | Profit & Loss | 59,736 | - |
| | 2020 | Cash in Bank | - | 59,736 |
| True-up cash balance to reconciliation | | | 59,736 | 59,736 |
| | 2100 | Vehicle Receivables | - | 67,267 |
| | 2950 | Other Notes & A/R | 67,267 | - |
| To reclassify aged receivables to LT | | | 67,267 | 67,267 |
| | 2100 | Vehicle Receivables | - | 57,513 |
| | 2610 | Finance Receivables | 57,513 | - |
| To reclassify finance reserves to appropriate account | | | 57,513 | 57,513 |
| | 3990 | Profit & Loss | 430,954 | - |
| | 2950 | Other Notes & A/R | 157,500 | - |
| | 2970 | Other Assets | - | 588,454 |
| Write-off net 13th month transactions | | | 588,454 | 588,454 |
| | 3000 | Trade Creditors | 1,866,768 | - |
| | 3120 | Used Notes Payable | - | 1,866,768 |
| Reclass Floorplan Payable to Used Vehicle Notes Payable | | | 1,866,768 | 1,866,768 |
| | 3190 | NP-Other | 650,206 | - |
| | 3430 | Other LT Liabilities | - | 650,206 |
| Reclassify intercompany payable to LT | | | 650,206 | 650,206 |
| | 3990 | Profit & Loss | 246,752 | - |
| | 3430 | Other LTD | 109,527 | - |
| | 3180 | Current Amnt - LTD | - | 356,279 |
| True-up and reclassification of NESNA payable | | | 356,279 | 356,279 |
| | 3950 | Paid in Capital | 1,045,000 | - |
| | 2020 | Cash | - | 1,045,000 |
| Reverse material PiC entry that was reversed in March | | | 1,045,000 | 1,045,000 |

Nissan Internal

| MAP | 2020 | | CASH IN BANK 2020 |
|---|---|---|---|
| Row Labels | GL ACCT | Sum of End Balance | |
| | 1004 CHASE OPER ACCT 5518 | 1,166,627 | |
| Grand Total | | 1,166,627 | |

| | | | |
|---|---|---|---|
| 3990 | Profit & Loss | 59,736 | |
| 2020 | Cash in Bank | | 59,736 |
| | True-up cash balance to reconciliation | | |

### STEP 1: CASH IN BANK HIGH LEVEL OVERVIEW

| | Bank Name Acct #xx |
|---|---|
| Bank Stmt Balance | 685,513 |
| | |
| (From Their Reconciliation:) | |
| ADD: Deposits in Transit | 570,175 |
| SUBTRACT: O/S Items coming out bank | |
| Add: O/S Items going in bank | |
| SUBTRACT: O/S Checks | (148,797) |
| | |
| Adjusted Bank Balance | 1,106,891 |
| | |
| GL Balance | 1,166,627 |
| | |
| Difference | (59,736) |

Nissan Internal

| MAP | 2100 | VEHICLE ACCTS 2100 | | Aging > 30 Days | | | |
|---|---|---|---|---|---|---|---|
| | | | Current | 31-60 Days | 61-90 Days | 91+ Days | Total |
| Row Labels | GL ACCT | Sum of End Balance | | | | | |
| 1100 | VEHICLE RECEIVABLES | 185,027 | 157,573 | 40,374 | 2,100 | (15,020) | 185,027 |
| 1134 | INSPECTION PAYABLE | (5,194) | (5,194) | | | | (5,194) |
| 1370 | ALLIED LIFETIME AR | 79,550 | 33,040 | | 6,200 | 40,310 | 79,550 |
| 1891 | ALLY RESERVE | 46,072 | 15,014 | 24,849 | (2,080) | 7,157 | 44,941 |
| 1893 | SANTANDER RESERVE | 3,483 | 3,483 | | | | 3,483 |
| 1894 | BBT RESERVE | 1,717 | 1,717 | | | | 1,717 |
| 1896 | CHASE RESERVE | 33,170 | 4,721 | 12,452 | 13,658 | 2,340 | 33,170 |
| 1897 | CAPITAL ONE RESERVE | 4,554 | -2720.53 | -2002.64 | -2742.16 | 12019.22 | 4,554 |
| 2006 | VEHICLE WHLS REC | 483,208 | 464,633 | 15,250 | | 3,325 | 483,208 |
| Grand Total | | 831,588 | 672,267 | 90,922 | 17,136 | 50,132 | 830,456 |

| 2100 | Vehicle Receivables | | 67,267 | |
|---|---|---|---|---|
| 2950 | Other Notes & A/R | 67,267 | | |
| | To reclassify aged receivables to LT | | | |

| 2100 | Vehicle Receivables | | 57,513 | |
|---|---|---|---|---|
| 2610 | Finance Receivables | 57,513 | | |
| | To reclassify finance reserves to appropriate account | | | |

| MAP | 2970 | OTHER ASSETS 2970 | |
|---|---|---|---|
| Row Labels | GL ACCT | Sum of End Balance | |
| 1503 | 2021 13TH MONTH | 588,454 | |
| Grand Total | | 588,454 | |

| 3990 | Profit & Loss | 430953.7 | |
|---|---|---|---|
| 2950 | Other Notes & A/R | 157500 | |
| 2970 | Other Assets | | 588453.7 |
| | Write-off net 13th month transactions | | |

Robert Clarke loan - $157K

Nissan Internal

| MAP | 3000 | TRADE CREDITORS 3000 | |
|---|---|---|---|
| Row Labels | GL ACCT | | Sum of End Balance |
| | 2000 ACCOUNTS PAYABLE | | 43,566 |
| | 2005 INVENTORY PAYABLE | | 1,866,768 |
| | 2011 BROKER BIRD DOG | | (6,255) |
| | 2012 WHOLESALE FEE | | 2,000 |
| | 2013 TOW HOLDING | | 400 |
| | 2040 VEHICLE PROT & ESC PAYABLE | | 47,315 |
| | 2041 USED CERTIFIED PAYABLE | | (2,079) |
| | 2042 ETCH PAYABLE | | 676 |
| | 2051 WE OWE | | 91 |
| | 2060 LIFETIME WARRANTY ACCRUAL | | 58,110 |
| Grand Total | | | 2,010,591 |

**Adjustments:**

| 3000 | Trade Creditors | 1,866,768 | |
|---|---|---|---|
| 3120 | Used Notes Payable | | 1,866,768 |
| | Reclass Floorplan Payable to Used Vehicle Notes Payable | | |

| MAP | 3190 | NP-OTHER 3190 | |
|---|---|---|---|
| Row Labels | GL ACCT | | Sum of End |
| | 1143 INTERCOMPANY AR/AP | | 650,206 |
| Grand Total | | | 650,206 |

| 3190 | NP-Other | 650,206 | |
|---|---|---|---|
| 3430 | Other LT Liabilities | | 650,206 |
| | Reclassify intercompany payable to LT | | |

Nissan Internal

| MAP | 3430 | OTHER LTD 3430 | |
|---|---|---|---|
| Row Labels | GL ACCT | Sum of End Balance | |
| 2450 | OTHER LIABILITIES | 376,736 | NESNA |
| Grand Total | | 376,736 | |

| | | | |
|---|---|---|---|
| 3990 | Profit & Loss | 246,752 | |
| 3430 | Other LTD | 109,527 | |
| 3180 | Current Amnt - LTD | | 356,279 |
| | True-up and reclassification of NESNA payable | | |

| | | | |
|---|---|---|---|
| Advance Amount: | 650,000 | | |
| Term in months: | 25 | | |
| Starting Date: | 11/01/22 | | |
| | | Memo: | |
| Current Outstanding Bal: | 623,488 | 29,690 | per month |
| Months Remaining: | 21 | | |
| | | | |
| Current Liab Should Be: | 356,279 | 3180 | |
| Long Term Liab Should Be: | 267,209 | 3430 | |

Nissan Internal

| Row Labels | GL ACCT | Sum of End Balance |
|---|---|---|
| 2510 | ADDITIONAL PAID IN CAPITAL | 1,040,629 |
| **Grand Total** | | **1,040,629** |

Reversed in March

| 3950 | Paid in Capital | 1,045,000 | |
|---|---|---|---|
| 2020 | Cash | | 1,045,000 |

Reverse material PiC entry that was reversed in March

| | Debit(Credit) Balance | |
|---|---|---|
| 3/1/2023 $ | 4,371 | |
| 2/28/2023 $ | (1,040,629) | Matches 2/28/23 FS |
| 2/23/2023 $ | 4,371 | |
| 1/31/2023 $ | (995,629) | |
| 12/31/2022 $ | 4,371 | ($526,600) on 12/31/22 FS |
| 12/13/2022 $ | 1,971 | |
| 12/9/2022 $ | 101,971 | |
| 11/1/2022 $ | 201,971 | |
| 10/31/2022 $ | 211,971 | |
| $ | 531,971 | |

Recent Debit Cash/Credit PiC activity:

| | | Dr | Cr |
|---|---|---|---|
| 1/31/2023 | Cash | $ 1,000,000 | |
| | Paid-in Capital | | $1,000,000 |
| 2/23/2023 | Cash | | $1,000,000 |
| | Paid-in Capital | $ 1,000,000 | |
| 2/28/2023 | Cash | $ 1,045,000 | |
| | Paid-in Capital | | $1,045,000 |
| 3/1/2023 | Cash | | $1,045,000 |
| | Paid-in Capital | $ 1,045,000 | |

Nissan Internal