# EXHIBIT G

| VIN | YEAR | MAKE | MODEL | | |
|---|---|---|---|---|---|
| WBXHT3C57K5L90705 | 2019 | BMW | X1 | Yes | |
| ZASPAKBN5L7C91095 | 2020 | Alfa Romeo | Stelvio | Yes | |
| 5N1DL0MM6LC528999 | 2020 | Infiniti | QX60 | Yes | |
| WDD7X8KB7KA001866 | 2019 | Mercedes-Benz | AMG GT | Yes | |
| 2C3CDXHG6MH531592 | 2021 | Dodge | Charger | Yes | |
| 2C3CDXHG1MH505823 | 2021 | Dodge | Charger | Yes | |
| ZN661XUAXHX252844 | 2017 | Maserati | Levante | Yes | |
| WBA8E5G56GNU21721 | 2016 | BMW | 3 Series | THIS WAS SITTING IN 215 NORTHERN BLVD ON AUG 4TH | |
| SALWR2RV8JA189351 | 2018 | Land Rover | Range Rover Sport | Yes | |
| JTJBARB29J2171144 | 2018 | Lexus | NX | Yes | |
| 1FTEW1EF1GFB67420 | 2016 | Ford | F-150 | Yes | |
| WBAHN83588DT77672 | 2008 | BMW | 7 Series | DO NOT HAVE | |
| 1FTYR14E39PA15942 | 2009 | Ford | Ranger | DO NOT HAVE | |
| 5N1BV28UX4N365724 | 2004 | Nissan | Quest | DO NOT HAVE | |
| 5UXZV4C57CL889887 | 2012 | BMW | X5 | THIS WAS SITTING IN 215 NORTHERN BLVD ON AUG 4TH | |
| 3GCPYFED9MG383394 | 2021 | Chevrolet | Silverado 1500 | THIS VEHICLE WAS A TRADE THAT NEVER CAME IN | |
| 1GNSKBKD9PR148675 | 2023 | Chevrolet | Suburban | Yes | |
| WBXHT3C3XH5F81562 | 2017 | BMW | X1 | WAS SOLD BY BRUCE NOVICKY ON AUGUST 4 | |
| 5UXWX9C50H0T04666 | 2017 | BMW | X3 | Yes | |
| 1FATP8UH1K5152260 | 2019 | Ford | Mustang | Yes | |
| 5UXZV4C53D0E08930 | 2013 | BMW | X5 | THIS WAS SITTING IN 215 NORTHERN BLVD ON AUG 4TH | |
| 2C4RDGBG4CR249331 | 2012 | Dodge | Grand Caravan | DO NOT HAVE | |
| 1FM5K7B8XEGA63757 | 2014 | Ford | Explorer | DO NOT HAVE | |
| 4JGAB74E1YA173539 | 2000 | Mercedes-Benz | M-Class | DO NOT HAVE | |
| JTJBT20X660124417 | 2006 | Lexus | GX 470 | DO NOT HAVE | |
| WBXHT3C59K5L90009 | 2019 | BMW | X1 | Yes | |
| ZARFAEDN3J7575105 | 2018 | Alfa Romeo | Giulia | Yes | |
| 1C4HJXFN5JW331845 | 2018 | Jeep | Wrangler Unlimited | WAS SOLD BY BRUCE NOVICKY ON AUGUST 4 | |
| 5YMTS0C02L9B09685 | 2020 | BMW | X3 M | DO NOT HAVE | |
| 1C4RDHDG7JC438967 | 2018 | Dodge | Durango | Yes | |
| 5FNYF4H58EB056804 | 2014 | Honda | Pilot | DO NOT HAVE | |
| WA1LHAF72KD026699 | 2019 | Audi | Q7 | DO NOT HAVE | |
| 5TDBT44A84S221021 | 2004 | Toyota | Sequoia | DO NOT HAVE | |

| VIN | Year Make Model | Status |
|---|---|---|
| WBAJB1C53KB375171 | 2019 BMW 5 Series | Yes |
| 1C4SDJCT2MC520441 | 2021 Dodge Durango | VEHICLE WAS RETAILED 2 MONTHS AGO |
| 4JGFB4KB0LA194078 | 2020 Mercedes-Benz GLE | IT DOES NOT BELONG TO SUPERB AS PER NYS DMV VERIFI |
| 2FMEK63C89BA19931 | 2009 Ford Flex | DO NOT HAVE |
| 1FMEU74E57UA52487 | 2007 Ford Explorer | DO NOT HAVE |
| ZASPAKBN0L7C92090 | 2020 Alfa Romeo Stelvio | DO NOT HAVE |
| SALGW2SE6KA533297 | 2019 Land Rover Range Rover | DEMO |
| WP0AF2A74GL082172 | 2016 Porsche Panamera | Yes |
| 1FATP8UH6K5190020 | 2019 Ford Mustang | WAS SOLD IN JUNE 2023 |
| WDDUG8GB4KA445850 | 2019 Mercedes-Benz S-Class | VEHICLE WAS RETURNED TO AUCTION IN JUNE |
| 1G1ZD5STXLF122021 | 2020 Chevrolet Malibu | WAS SOLD IN DECEMBER 2022 |
| WBANB535507CP08338 | 2007 BMW 5 Series | DO NOT HAVE |
| WBAFU7C54BC879208 | 2011 BMW 5 Series | DO NOT HAVE |
| 1G1105S35JU116841 | 2018 Chevrolet Impala | DO NOT HAVE |
| WDDSJ4GB7JN508433 | 2018 Mercedes-Benz CLA | WAS SOLD BY BRUCE NOVICKY ON AUGUST 4 |
| 55SWF4KB0HU188660 | 2017 Mercedes-Benz C-Class | WAS SOLD IN MAY |
| JN1BY1PR8FM830659 | 2015 Infiniti Q70L | DO NOT HAVE |
| 5NPEB4AC0DH635244 | 2013 Hyundai Sonata | DO NOT HAVE |
| SALYB2EX4KA782114 | 2019 Land Rover Range Rover Velar | Yes |
| SALYA2EX8KA791014 | 2019 Land Rover Range Rover Velar | DO NOT HAVE |
| JN8AZ1MW1AW112694 | 2010 Nissan Murano | DO NOT HAVE |
| WAUB4CF56JA083170 | 2018 Audi S5 Sportback | WAS SOLD BY BRUCE NOVICKY ON AUGUST 4 |
| W1K7X6BB7LA016406 | 2020 Mercedes-Benz AMG GT | Yes |
| SALGS2RE3KA519794 | 2019 Land Rover Range Rover | Yes |
| WDBUF56X99B373460 | 2009 Mercedes-Benz E-Class | Yes |
| WBAKC8C56ACY68247 | 2010 BMW 7 Series | DO NOT HAVE |
| WA1KK78R59A048822 | 2009 Audi Q5 | DO NOT HAVE |
| 3VW4T7AJ8HM312579 | 2017 Volkswagen Jetta | THIS WAS SITTING IN 215 NORTHERN BLVD ON AUG 4TH |
| 1FM5K8D89EGA21518 | 2014 Ford Explorer | THIS WAS SITTING IN 215 NORTHERN BLVD ON AUG 4TH |
| ZAM57YTLXK1316469 | 2019 Maserati Ghibli | WAS SOLD BY BRUCE NOVICKY ON AUGUST 4 |
| 55SWF4KB5GU101091 | 2016 Mercedes-Benz C-Class | Yes |
| 1C4RJFCT1FC653909 | 2015 Jeep Grand Cherokee | DO NOT HAVE |
| WBA4E5C59HG188797 | 2017 BMW 4 Series | Yes |
| 5GALVBED8AJ256342 | 2010 Buick Enclave | DO NOT HAVE |

| VIN / Vehicle | Status |
|---|---|
| WDDJK7DA4JF052861 2018 Mercedes-Benz SL | Yes |
| WP1AB2A23BLA47985 2011 Porsche Cayenne | DO NOT HAVE |
| 4T1BZ1HK5JU014962 2018 Toyota Camry | DO NOT HAVE |
| ZAM56RRAXG1187624 2016 Maserati Quattroporte | WAS SOLD BY BRUCE NOVICKY ON AUGUST 4 |
| WAUF2AFC3GN063552 2016 Audi S6 | VEHICLE WAS SOLD IN MARCH |
| WBAJE7C5XKWW08935 2019 BMW 5 Series | THIS WAS SOLD RETAIL A LONG TIME AGO |
| SALGS5SE6LA408198 2020 Land Rover Range Rover | THIS WAS SOLD RETAIL IN APRIL 2023 |
| SCA666D53HU102728 2017 Rolls-Royce Dawn | IT DOES NOT BELONG TO SUPERB AS PER NYS DMV VERIFI |
| 1C4PJMDX3KD245817 2019 Jeep Cherokee | THIS WAS SITTING IN 215 NORTHERN BLVD ON AUG 4TH |
| WBA2H9C36HV986948 2017 BMW 2 Series | Yes |
| ZAM57YTA4K1314330 2019 Maserati Ghibli | Yes |
| WAUHGAFC5GN009650 2016 Audi A6 | IT DOES NOT BELONG TO SUPERB AS PER NYS DMV VERIFI |
| WBA7F2C5XJB238313 2018 BMW 7 Series | LAST USED BY URRITA |
| WA1L2AFP0GA040272 2016 Audi Q5 | IT DOES NOT BELONG TO SUPERB AS PER NYS DMV VERIFI |
| WBASP0C58DC988075 2013 BMW 5 Series Gran Turismo | THIS WAS SITTING IN 215 NORTHERN BLVD ON AUG 4TH |
| 1FDWX37R38ED27725 2008 Ford Super Duty F-350 DRW | Yes |
| WBS3U9C50FP967858 2015 BMW M4 | IT IS IN THEIR POSSESSION |
| 1FMCU9JD3HUD14412 2017 Ford Escape | THIS WAS SITTING IN 215 NORTHERN BLVD ON AUG 4TH |
| 2C4RDGEG7GR384403 2016 Dodge Grand Caravan | THIS WAS SITTING IN 215 NORTHERN BLVD ON AUG 4TH |
| 1C4PJMAK9CW133196 2012 Jeep Liberty | Yes |
| WA1AAAF78KD002872 2019 AUDI Q7 | I BELIEVE THIS WAS SOLD |
| WDDSJ4GB7KN725983 2019 MERCEDES CLA 250 | DO NOT HAVE |