Dealer # 138909 | 0 | Chat | FedEx Label | My Account ▾

# Audits

| UNVERIFIED VEHICLES | VERIFY NOW AND SAVE | TODAY'S PAYOFFS |
|---|---|---|
| **12** | **$0.00** | **$391,698.48** |
| | Upcoming Audit Fees | Principal + Interest + Fees |



\* Amounts shown are valid through 8pm Eastern Time today (09/13/2023)



Unverified Vehicles (12) | Recently Verified Vehicles

| AUDIT DUE | DESCRIPTION | DAYS ON FLOOR | * TODAY'S PAYOFF | AUDIT FEES | VERIFY WITH |
|---|---|---|---|---|---|
|  **2 Days** 09/15/2023 Automatic Payoff | **2016 Porsche Panamera Black** WP0AF2A74GL**082172** | 92 STK 592 | $39,787.87 | Charged: $125.00 | Photo  Payoff  Email |
| **2 Days** 09/15/2023 Automatic Payoff | **2017 BMW 2-Series Black** WBA2H9C36HV**986948** | 89 STK 604 | $20,836.02 | Charged: $125.00 | Photo  Payoff  Email |
|  **2 Days** 09/15/2023 Automatic Payoff | **2017 BMW 4-Series Black** WBA4E5C59HG**188797** | 89 STK 602 | $23,460.04 | Charged: $125.00 | Photo  Payoff  Email |




A COX AUTOMOTIVE BRAND

Copyright 2013-2023. NextGear Capital, Inc.  |  US Privacy Policy  |  US Terms of Use  |  Contact Us

| | | | | |
|---|---|---|---|---|
| ⚠️ **2 Days** 09/15/2023 Automatic Payoff | 2018 Mercedes-Benz SL-Class Black WDDJK7DA4JF**052861** | 96 STK 577 | $48,386.07 | Charged: $125.00 | Photo / Payoff / Email |
| ⚠️ **2 Days** 09/15/2023 Automatic Payoff | 2019 BMW 5-Series White WBAJB1C53KB**375171** | 56 STK 652 | $25,928.59 | Charged: $125.00 | Photo / Payoff / Email |
| ⚠️ **2 Days** 09/15/2023 Automatic Payoff | 2019 BMW X1 28IX XLN White WBXHT3C57K5**L90705** | 61 STK 643 | $24,438.62 | $0.00 | Photo / Payoff / Email |
| ⚠️ **2 Days** 09/15/2023 Automatic Payoff | 2019 Land Rover Range Rover Blue SALGS2RE3KA**519794** | 96 STK 587 | $54,864.12 | Charged: $125.00 | Photo / Payoff / Email |
| ⚠️ **2 Days** 09/15/2023 Automatic Payoff | 2019 Maserati Ghibli Black ZAM57YTA4K1**314330** | 96 STK 580 | $31,802.85 | Charged: $125.00 | Photo / Payoff / Email |
| ⚠️ **2 Days** 09/15/2023 Automatic Payoff | 2020 ALFA ROMEO STELV TI Green ZASPAKBN5L7**C91095** | 61 STK 642 | $28,102.68 | $0.00 | Photo / Payoff / Email |

