**Messages exported from: iPhone (172) (+16315619807)**
**With: Anthony Deo (5165091668)**
PDF generated on 9/12/2023 using Decipher TextMessage

**11/3/2022 3:48 PM (Viewed 11/3/2022 4:01 PM)**

Anthony Deo (5165091668)

Hi Tony
This is Anthony. Thank you so much for the wonderful meeting. I look forward to this new path with you. It feels right to me.
Thank you again. And I will be putting together that email so we can get this moving along.

**11/3/2022 4:03 PM**
iPhone (172) (+16315619807)

Hi Anthony,
Feel the same way. We are going to do big thing together. Look for Bruce tomorrow and let me know what time you will be there.

**11/3/2022 4:05 PM (Viewed 11/3/2022 4:08 PM)**

Anthony Deo (5165091668)

🙏

**11/3/2022 5:07 PM**
iPhone (172) (+16315619807)

Anthony, what DMS are you on?

**11/3/2022 5:07 PM (Viewed 11/3/2022 5:11 PM)**

Anthony Deo (5165091668)

Dealertrack

**11/3/2022 5:10 PM (Viewed 11/3/2022 5:11 PM)**

Anthony Deo (5165091668)

Which one do you use?

**11/3/2022 5:12 PM**
iPhone (172) (+16315619807)

Right now dealertrack but we are switching to tekion

**11/3/2022 5:13 PM**
iPhone (172) (+16315619807)

Just want to see what accounting will have to work with. We can look at tekion later if you like it

**11/3/2022 5:16 PM**

Anthony Deo (5165091668)

Ok. I am very flexible and not married to any DMS.  There are definitely shortcomings with dealertrack.
I would love to see how Tekion works.

**11/3/2022 5:17 PM**
iPhone (172) (+16315619807)

Latest and greatest and amazing new tools especially in crm connectivity to sales and accounting

**11/3/2022 5:17 PM**

Anthony Deo (5165091668)

Wow.

**11/3/2022 5:17 PM**

Anthony Deo (5165091668)

That sounds exciting

**11/3/2022 5:19 PM**
iPhone (172) (+16315619807)

Wait till I show you all the cool stuff we can do together. I'm partners in a company called leasly that will bring used car leasing to a new level and we will control the buying cycle and I have a used car subscription app that gives us buy here pay here on steroids

**11/3/2022 5:21 PM**
Anthony Deo (5165091668)

WHOA.  Used car leasing. That's such an underserved market.

**11/3/2022 5:21 PM**
Anthony Deo (5165091668)

And no one has done it correctly

**11/3/2022 5:21 PM**
Anthony Deo (5165091668)

Where it actually makes money and sense.

**11/3/2022 5:23 PM**
iPhone (172) (+16315619807)

Lower payment but it's give you your customers back every 3-4 years and we don't care if we make money as a bank it's about controlling your customers buying cycle

**11/3/2022 5:24 PM**
Anthony Deo (5165091668)

And that's huge

**11/3/2022 5:28 PM**
iPhone (172) (+16315619807)

Almost no acquisition cost so you spend your money on new business and just take care of your previous customers. Paragons success in new and used is just that. At the end of they day you can get as progressive as you want or continue the successful business you've been running but a lot more options

**11/3/2022 5:29 PM**
Anthony Deo (5165091668)

Having return customers on a schedule I'd not something the used industry benefits from.

**11/3/2022 5:30 PM**
Anthony Deo (5165091668)

I want to grow brother. I am a sponge for new information and ideas. And want to gain from your experience in the Industry

**11/3/2022 5:32 PM**
iPhone (172) (+16315619807)

Get ready and hold on 😊

**11/3/2022 5:33 PM**
Anthony Deo (5165091668)

Lolol. I am ready 😃

**11/4/2022 10:05 AM**
iPhone (172) (+16315619807)

Good morning, what time will you be at superb today?

**11/4/2022 10:06 AM**
Anthony Deo (5165091668)

Good morning.
I was thinking around 11:30

**11/4/2022 10:06 AM**
iPhone (172) (+16315619807)

Bruce will be there waiting for you

**11/4/2022 10:07 AM (Viewed 11/4/2022 10:19 AM)**

Anthony Deo (5165091668)

Thank you brother. 😊

**11/4/2022 10:57 AM**

Anthony Deo (5165091668)

I'm on a call. I'll call you in a little.

**11/4/2022 10:57 AM**
iPhone (172) (+16315619807)

Ok

**11/4/2022 10:57 AM**
iPhone (172) (+16315619807)

I'll be in a call for about 1/2 hour

**11/4/2022 11:57 AM**
iPhone (172) (+16315619807)

Off my call. Call me when you get a chance

**11/5/2022 1:31 PM (Viewed 11/5/2022 1:45 PM)**

Anthony Deo (5165091668)

Happy Saturday Tony.
I wanted to have a zoom with you on Monday @ 9:30 and introduce you to a couple guys on my team. Especially a huge influencer that's excited about this venture.

**11/5/2022 1:31 PM (Viewed 11/5/2022 1:45 PM)**

Anthony Deo (5165091668)

https://instagram.com/sv_zain?igshid=YmMyMTA2M2Y=
(Sent with URL)

**11/5/2022 1:31 PM (Viewed 11/5/2022 1:45 PM)**

Anthony Deo (5165091668)

**11/5/2022 2:17 PM**
iPhone (172) (+16315619807)

Love it!! Send me an invite and I'll be there

**11/5/2022 2:32 PM (Viewed 11/5/2022 6:10 PM)**

Anthony Deo (5165091668)

Awesome

**11/8/2022 10:18 AM**

Anthony Deo (5165091668)

NORTHSHORE motor leasing LLC
180 Michael drive
Syosset NY 11791
EIN# ██████

**11/8/2022 10:19 AM**

Anthony Deo (5165091668)

189 Sunrise Hwy Auto LLC
189 Sunrise highway
AMITYVILLE NY 11701

EIN# ██████

**11/8/2022 11:33 AM (Viewed 11/8/2022 11:36 AM)**

Anthony Deo (5165091668)

Did you receive it?

**11/8/2022 11:36 AM**
iPhone (172) (+16315619807)

Got it

**11/8/2022 11:36 AM**
iPhone (172) (+16315619807)

Thanks

**11/8/2022 11:36 AM (Viewed 11/8/2022 11:40 AM)**

Anthony Deo (5165091668)

Awesome

**11/8/2022 8:27 PM**
iPhone (172) (+16315619807)

Hi Anthony, is Anthony Deo your legal name

**11/8/2022 9:02 PM (Viewed 11/9/2022 7:15 AM)**

Anthony Deo (5165091668)

Yes

**11/9/2022 3:19 PM (Viewed 11/9/2022 3:21 PM)**

Anthony Deo (5165091668)

Hey brother. Did you get to NY safely?

**11/9/2022 3:22 PM**
iPhone (172) (+16315619807)

I did buddy. Attorney is working on a contract. Should have a draft tomorrow

**11/9/2022 3:22 PM**
iPhone (172) (+16315619807)

I'm at superb tomorrow

**11/9/2022 3:26 PM (Viewed 11/9/2022 3:30 PM)**

Anthony Deo (5165091668)

Awesome.  May I come by ?

**11/9/2022 3:30 PM**
iPhone (172) (+16315619807)

Definitely

**11/9/2022 3:30 PM (Viewed 11/9/2022 3:56 PM)**

Anthony Deo (5165091668)

Perfect.

**11/10/2022 9:07 AM**
iPhone (172) (+16315619807)

Good morning, sent you a cross purchase agreement that's pretty basic. We need a share holders agreement and operating agreement for all the corps. Please look at it and get back to me. Need to close this before I leave Saturday so you can get started in superb and I can get you the rest of the floor plan. I started working on that already and got $2M but need something to show the bank to get the rest so the cross purchase will get us started.

**11/10/2022 9:09 AM (Viewed 11/10/2022 9:12 AM)**

Anthony Deo (5165091668)

Good morning. 😃
Awesome. I have a quick doc appt. Then I can shoot to superb around 12:30-1. Does that work for you.?

**11/10/2022 9:12 AM**
iPhone (172) (+16315619807)

I'll be there

**11/10/2022 9:13 AM (Viewed 11/10/2022 9:15 AM)**

Anthony Deo (5165091668)

Great. We will get this all ironed out today brother. 😊

**11/10/2022 9:15 AM**
iPhone (172) (+16315619807)

Awesome! See you soon

**11/10/2022 9:50 AM**
iPhone (172) (+16315619807)

Hi Anthony, I'm not going to make it into superb today. I have a couple of thing that came up so I'll be in NJ but let's speak this afternoon and we can meet at superb tomorrow afternoon

**11/10/2022 9:51 AM (Viewed 11/10/2022 9:52 AM)**

Anthony Deo (5165091668)

Oh man. Ok. That works.

**11/10/2022 2:57 PM**
iPhone (172) (+16315619807)

Hey buddy, call me when you are available

**11/10/2022 2:58 PM**

Anthony Deo (5165091668)

Ok. Gimmie a little.

**11/10/2022 2:58 PM**
iPhone (172) (+16315619807)

Ok

**11/10/2022 4:22 PM**
iPhone (172) (+16315619807)

Don't forget to send me financials

**11/10/2022 4:31 PM (Viewed 11/10/2022 4:40 PM)**

Anthony Deo (5165091668)

Ok. Will do.

**11/10/2022 4:32 PM (Viewed 11/10/2022 4:40 PM)**

Anthony Deo (5165091668)

How did the taxes look for Superb? Did you show a profit?

**11/10/2022 4:40 PM**
iPhone (172) (+16315619807)

I show a loss

**11/10/2022 4:41 PM**

Anthony Deo (5165091668)

Oh. Ok.  Np

**11/10/2022 4:44 PM**
iPhone (172) (+16315619807)

If you add back mine and Bobby's salaries it would be profitable but I told you it was only marketed to the Caribbean community

**11/10/2022 4:45 PM (Viewed 11/10/2022 4:47 PM)**

Anthony Deo (5165091668)

Got you.

**11/10/2022 4:46 PM (Viewed 11/10/2022 4:47 PM)**

Anthony Deo (5165091668)

I wanna take this to the next level with you . Just gearing up. 😄

**11/10/2022 4:47 PM**
iPhone (172) (+16315619807)

Do you have banks and floorplan right now and if you do till when?

**11/10/2022 4:50 PM**

Anthony Deo (5165091668)

It's there, both banks and floorplan. But that's a tricky question dealing with this guy.
I will give you my full detailed thoughts about the logistics of my progression tomorrow when we sit.

**11/10/2022 4:50 PM**
iPhone (172) (+16315619807)

Ok

**11/11/2022 2:37 PM**

Anthony Deo (5165091668)

Almost there

**11/11/2022 2:49 PM (Viewed 11/11/2022 2:50 PM)**

Anthony Deo (5165091668)

Just finishing up a call. Gimmie a little to come in.

**11/11/2022 2:50 PM**
iPhone (172) (+16315619807)

Ok

**11/11/2022 4:55 PM (Viewed 11/11/2022 4:57 PM)**

Anthony Deo (5165091668)

 Thank you Tony.

**11/11/2022 4:57 PM**
iPhone (172) (+16315619807)

Thank you!

**11/12/2022 7:55 AM**
iPhone (172) (+16315619807)

Hey buddy, have a great day today!

**11/12/2022 7:55 AM (Viewed 11/12/2022 7:56 AM)**

Anthony Deo (5165091668)

🙏.

**11/12/2022 7:56 AM**

Anthony Deo (5165091668)

Thank you. Have a safe flight my friend.

**11/12/2022 7:57 AM**
iPhone (172) (+16315619807)

If you need anything at all call Bruce

**11/12/2022 7:57 AM**
iPhone (172) (+16315619807)

Scott will also walk you through everything

**11/12/2022 7:57 AM**

Anthony Deo (5165091668)

Ok cool. That would be great

**11/12/2022 8:50 PM**
iPhone (172) (+16315619807)

Hey brother, how did it go today?

**11/12/2022 8:54 PM**

Anthony Deo (5165091668)

Hey bro. You got back safe?
It was really good. The wife and kids love it. My guys from the other stores love it. There is A LOT of work to get done. But I love the challenge 😋.
Thank you again for this opportunity with you brother. 🙏 we really really appreciate it.

And Scott is my guy. I know him. He bought a LAMBO and a McLaren from me before from NORTHSHORE. Awesome guy.

**11/12/2022 8:57 PM**
iPhone (172) (+16315619807)

I'm so happy that you are happy and excited. Let's talk Monday to see what you need that I can help you. Let me know what kind of cars you need and anything else. Can't wait to meet you family and your guys

**11/12/2022 9:00 PM**

Anthony Deo (5165091668)

🙏 I would love to have you meet them. And would love to meet your family also. Definitely will have some thoughts for Monday. I will be working thru a lot on Sunday so we can kill it this week.

**11/12/2022 9:01 PM**
iPhone (172) (+16315619807)

Awesome! Do you want to buy some of your inventory from the other store and bring it to superb?

**11/12/2022 9:02 PM**

Anthony Deo (5165091668)

Let me run the numbers and choose what path I wanna take for us. Monday I'll know exactly what we should do to maximize profit.

**11/12/2022 9:03 PM**
iPhone (172) (+16315619807)

Have a great weekend!

**11/12/2022 9:03 PM**

Anthony Deo (5165091668)

😄

**11/12/2022 9:04 PM (Viewed 11/12/2022 9:06 PM)**

Anthony Deo (5165091668)

You too brother.

**11/15/2022 5:17 PM**
iPhone (172) (+16315619807)

**11/15/2022 5:18 PM**
iPhone (172) (+16315619807)

**11/16/2022 8:06 AM**
iPhone (172) (+16315619807)

**11/16/2022 8:06 AM**
iPhone (172) (+16315619807)

**11/16/2022 8:09 AM**
iPhone (172) (+16315619807)

**11/16/2022 8:21 AM**
iPhone (172) (+16315619807)

Please wire to this account

7

**11/16/2022 8:26 AM (Viewed 11/16/2022 8:27 AM)**

Anthony Deo (5165091668)

**11/16/2022 8:26 AM (Viewed 11/16/2022 8:27 AM)**

Anthony Deo (5165091668)

This is what shows on my end.

**11/16/2022 8:27 AM**

Anthony Deo (5165091668)

I will have it released so I can wire asap.

**11/16/2022 8:27 AM**

Anthony Deo (5165091668)

It was a bank check I deposited yesterday to cover.

**11/16/2022 8:27 AM**
iPhone (172) (+16315619807)

Yes please

**11/16/2022 8:28 AM**

Anthony Deo (5165091668)

Sorry about this brother.

**11/16/2022 8:31 AM**
iPhone (172) (+16315619807)

I'm good as long as we get this done today and you are good to finish this Friday. I'm moving a lot of pieces to move forward with you as if we are moving forward with our deal. Please let me know if there are going to be any hiccups.

**11/16/2022 8:35 AM**

Anthony Deo (5165091668)

As of now no hiccups bro. It's Murphy's law. The wire should have been smooth on Monday but of course it got messed up.
I appreciate and respect what you are doing for my family and I. My only intention is to do great things for us. Thank you buddy. 🙏

**11/17/2022 8:34 AM**
iPhone (172) (+16315619807)

Spoke to Bruce and told him I want every car at superb written down to $1k over mmr

**11/17/2022 8:35 AM**
iPhone (172) (+16315619807)

I'm going to do the same at the other stores

**11/17/2022 9:01 AM**

Anthony Deo (5165091668)

Awesome 😄

**11/18/2022 11:47 AM**

Anthony Deo (5165091668)

I'll call you in a little bit brother

**11/18/2022 12:27 PM (Viewed 11/18/2022 12:28 PM)**

Anthony Deo (5165091668)

**11/19/2022 10:25 AM**
iPhone (172) (+16315619807)

Good morning, give me a call when you get a chance.

**11/19/2022 10:30 AM**
iPhone (172) (+16315619807)

I adjusted all the inventory. Call me to discuss

**11/19/2022 5:50 PM**
iPhone (172) (+16315619807)

How is it going?

**11/19/2022 5:59 PM (Viewed 11/19/2022 6:02 PM)**

Anthony Deo (5165091668)

It's ok. I love you support brother. These things will make a huge difference.
Today we had few appointments but no shows. The new inventory and prices are cooking on the Internet. There are still a few kinks in terms of turn around time for inventory and changes to reflect on this party site. But that will be corrected. Should be more traction next week. 🙏

**11/22/2022 9:10 AM**
iPhone (172) (+16315619807)

Call me

**11/22/2022 2:36 PM (Viewed 11/22/2022 2:39 PM)**

Anthony Deo (5165091668)

Hey brother
Some of the funds cleared my account.
I would like to do the wire to you for part.
What is your wiring instructions pls. I'm headed to bank now.

**11/22/2022 2:46 PM**
iPhone (172) (+16315619807)



**11/22/2022 2:46 PM (Viewed 11/22/2022 3:02 PM)**

Anthony Deo (5165091668)

Awesome

**11/22/2022 7:48 PM**
iPhone (172) (+16315619807)

Just saw the wire. Thanks

**11/22/2022 7:48 PM**
iPhone (172) (+16315619807)

How did we do today

**11/22/2022 7:48 PM**

Anthony Deo (5165091668)

It came thru?

**11/22/2022 7:48 PM**

Anthony Deo (5165091668)

Awesome

**11/22/2022 7:48 PM**

Anthony Deo (5165091668)

🙏

**11/22/2022 7:48 PM**

Anthony Deo (5165091668)

Thank you brother.

**11/22/2022 8:00 PM**
iPhone (172) (+16315619807)

How did we do?

**11/22/2022 8:05 PM (Viewed 11/22/2022 8:07 PM)**

Anthony Deo (5165091668)

Sold 1. Wrapping up tomorrow
Working 2 hot ones

One we are a little apart on payment. But I think we can bring it home with a little tweaking.

**11/22/2022 8:07 PM**
iPhone (172) (+16315619807)

👍

**11/22/2022 8:08 PM**
iPhone (172) (+16315619807)

Nothing but forward now

**11/22/2022 8:08 PM (Viewed 11/22/2022 8:14 PM)**

Anthony Deo (5165091668)

Yes brother.

**11/22/2022 8:15 PM**
iPhone (172) (+16315619807)

What ever deals have been delivered need to get accepted or we will get screwed up on floorplan. Alysia can only see what she need to payoff if it's accepted. We definitely don't want to screw up floorplan

**11/22/2022 8:16 PM**
iPhone (172) (+16315619807)

Let's talk about process tomorrow so we can keep everything moving and just focus on selling cars

**11/22/2022 8:18 PM**

Anthony Deo (5165091668)

Ok. I agree brother.
And did we have any success with finding the bookkeeper ?

**11/22/2022 8:18 PM**
iPhone (172) (+16315619807)

Still working on it

**11/22/2022 8:18 PM**

Anthony Deo (5165091668)

This will definitely help us with the back office.

**11/22/2022 8:19 PM**

Anthony Deo (5165091668)

And the plate program 🙏

**11/22/2022 8:22 PM**
iPhone (172) (+16315619807)

Target day to have everything at least 95 % done is Dec 1st but we will work together to get things done now as best we can

**11/22/2022 8:23 PM**
iPhone (172) (+16315619807)

Owe just need to be aware where we are lacking so we don't drop the ball on anything

**11/22/2022 8:23 PM**

Anthony Deo (5165091668)

Ok. I agree.

**11/22/2022 8:23 PM**
iPhone (172) (+16315619807)

Just everyone working a little harder for a week or two

**11/22/2022 8:24 PM (Viewed 11/22/2022 8:25 PM)**

Anthony Deo (5165091668)

We will do whatever it takes to make all these ventures successful bro. I am all in.
WE WILL BE SUCCESSFUL. 🙏

**11/22/2022 8:25 PM**
iPhone (172) (+16315619807)

Unstoppable and relentless

**11/22/2022 8:25 PM**

Anthony Deo (5165091668)

Yeah baby.

**11/22/2022 8:25 PM**

Anthony Deo (5165091668)

I feel it

**11/23/2022 2:48 PM**
iPhone (172) (+16315619807)

Let me know if you are missing any banks too

**11/23/2022 3:10 PM (Viewed 11/23/2022 3:11 PM)**

Anthony Deo (5165091668)

Yes I do need a couple more.

**11/23/2022 3:11 PM**
iPhone (172) (+16315619807)

Which ones?

**11/23/2022 3:27 PM (Viewed 11/23/2022 3:31 PM)**

Anthony Deo (5165091668)

Truist
TD Bank
M&T
Exeter
BOA
Americredit
Global financial

**11/23/2022 4:27 PM (Viewed 11/23/2022 4:37 PM)**

Anthony Deo (5165091668)

Hey. Can I get a login to the Mitsu dealertrack to try to get an approval for a cust in store right now?

**11/23/2022 4:37 PM**
iPhone (172) (+16315619807)

Did you call Bruce?

**11/23/2022 4:40 PM**

Anthony Deo (5165091668)

Not yet. Wanted to ask u first

**11/23/2022 4:40 PM**
iPhone (172) (+16315619807)

Yes. Just call him

**11/23/2022 4:40 PM**

Anthony Deo (5165091668)

Ok

**11/23/2022 7:17 PM**
iPhone (172) (+16315619807)

Did you send the statement ?

**11/23/2022 7:35 PM (Viewed 11/23/2022 7:45 PM)**

Anthony Deo (5165091668)

Yes. Just did.

**11/23/2022 7:48 PM**
iPhone (172) (+16315619807)

Thanks

**11/23/2022 7:49 PM (Viewed 11/23/2022 8:04 PM)**

Anthony Deo (5165091668)

You're welcome

**11/24/2022 8:53 AM**
iPhone (172) (+16315619807)

Happy thanksgiving brother!

**11/24/2022 8:54 AM**

Anthony Deo (5165091668)

Happy thanksgiving brother 🙏🏽 🦃
Many blessings to you and your family.

**11/26/2022 5:51 PM**
iPhone (172) (+16315619807)

How did we end up yesterday and today?

**11/26/2022 5:58 PM (Viewed 11/26/2022 6:54 PM)**

Anthony Deo (5165091668)

Yesterday 1
Today 2 sold. 2 working.
AND WE ARE OPEN SUNDAYs moving forward. So we have 4 appts already for tomorrow.

**11/28/2022 7:37 AM**
iPhone (172) (+16315619807)

Good morning brother, how was the weekend?

**11/28/2022 7:41 AM (Viewed 11/28/2022 7:42 AM)**

Anthony Deo (5165091668)

Good morning brother

The weekend was on point. We had the most traction since we've been there. Sunday we had
 decent ups and one write.
Our leads are DEFINITELY Ramping up.
I just really really need Gray to answer me email today pls.
I will send you an email later today also, regarding our lead progress

**11/28/2022 8:19 AM**
iPhone (172) (+16315619807)

Gray will be selling you this morning

**11/28/2022 10:09 AM**
iPhone (172) (+16315619807)

Good morning, did we deliver anything? We are showing no CITs. Are we finalizing deals in
DMS?

**11/28/2022 10:15 AM**
iPhone (172) (+16315619807)

I'm on a flight

**11/28/2022 10:15 AM (Viewed 11/28/2022 10:16 AM)**

Anthony Deo (5165091668)

Oh ok brother

**11/28/2022 10:16 AM**
iPhone (172) (+16315619807)

I land at 3:30

**11/28/2022 10:17 AM**
Anthony Deo (5165091668)

Thank you asking gray to be more specific.
I need him to make the changes I want today and be effective Now.

We did deliver cars on dealer plates. I have Eugene verifying he is ACCEPTING all deals as they sign out. We really need the plate program there brother.

Are u coming to NY?

**11/28/2022 10:18 AM (Delivered 11/28/2022 10:19 AM)**
iPhone (172) (+16315619807)

Yes

Message sent originally as iMessage and failed. Re-sent later as SMS.

**11/28/2022 10:18 AM**
iPhone (172) (+16315619807)

Let get Yvonne on the plates

**11/28/2022 10:19 AM (Viewed 11/28/2022 2:37 PM)**
Anthony Deo (5165091668)

AWESOME

**11/28/2022 1:10 PM (Viewed 11/28/2022 2:37 PM)**
Anthony Deo (5165091668)

We have two Spots already for the day 😊

**11/28/2022 2:37 PM**
iPhone (172) (+16315619807)

Nice!

**11/28/2022 6:45 PM (Viewed 11/28/2022 7:30 PM)**
Anthony Deo (5165091668)

Hi Tony.
Scott has had a superb plate for 3 weeks. Is there a reason he is not returning it to us?
As you know, without the plate program here we are very limited on plates when we are spotting vehicles. I need this plate back here from him tomorrow pls.

**11/28/2022 7:04 PM (Viewed 11/28/2022 7:30 PM)**
Anthony Deo (5165091668)

TODAY:
2 spots
3 writes( 2 approved, 1 still working)
6 NEW APPS TODAY.

**11/28/2022 7:07 PM (Viewed 11/28/2022 7:30 PM)**
Anthony Deo (5165091668)

I'm sorry. 3 spots.  3 writes.

**11/28/2022 7:24 PM (Viewed 11/28/2022 7:30 PM)**
Anthony Deo (5165091668)

Just did another write.
3 spots. 4 writes.  Today

Best day yet 😊

**11/28/2022 7:30 PM**
iPhone (172) (+16315619807)

You are the man!!

**11/28/2022 7:32 PM**

Anthony Deo (5165091668)

WE HAVE GOLD AT Superb my friend. We just need to tap in. And that's what I do brother. 🏆

**11/28/2022 8:26 PM**
iPhone (172) (+16315619807)

I'm so excited brother!

**11/28/2022 8:27 PM**
iPhone (172) (+16315619807)

I'm working on some good stuff too

**11/28/2022 8:27 PM**

Anthony Deo (5165091668)

🙏

**11/28/2022 8:27 PM**

Anthony Deo (5165091668)

What time are u coming by the store tomorrow my friend ?

**11/28/2022 8:27 PM**
iPhone (172) (+16315619807)

11:00

**11/28/2022 8:28 PM (Viewed 11/28/2022 8:39 PM)**

Anthony Deo (5165091668)

AWESOME

**11/29/2022 10:34 AM**
iPhone (172) (+16315619807)

Good morning brother, heading in. Are we good with the $200k today?

**11/29/2022 10:34 AM**
iPhone (172) (+16315619807)

Heading to the bank and just need to know what I need to do

**11/29/2022 10:46 AM (Viewed 11/29/2022 10:54 AM)**

Anthony Deo (5165091668)

Good morning brother. Yes.

**11/29/2022 10:55 AM**
iPhone (172) (+16315619807)

Thank you

**11/29/2022 11:01 AM**

Anthony Deo (5165091668)

🙏

**11/29/2022 2:52 PM**
iPhone (172) (+16315619807)

Going to a quick meeting. Text me when you finish the wire so I can head to the bank

**11/29/2022 2:53 PM**
iPhone (172) (+16315619807)

Thanks

**11/29/2022 2:58 PM**

Anthony Deo (5165091668)

Ok brother

**11/29/2022 3:38 PM**
iPhone (172) (+16315619807)

Anthony, please do this soon. I need to move it today and the bank cutoffs are soon

**11/29/2022 3:38 PM**

Anthony Deo (5165091668)

At bank now

**11/29/2022 4:02 PM (Viewed 11/29/2022 4:13 PM)**

Anthony Deo (5165091668)

Wire sent sir

**11/29/2022 4:13 PM**
iPhone (172) (+16315619807)

Thank you!

**11/29/2022 4:13 PM (Viewed 11/29/2022 4:50 PM)**

Anthony Deo (5165091668)

🙏

**11/29/2022 4:14 PM (Viewed 11/29/2022 4:50 PM)**

Anthony Deo (5165091668)

Thank you brother for everything.

**11/29/2022 7:56 PM**
iPhone (172) (+16315619807)

How did we do today?

**11/29/2022 8:00 PM (Viewed 11/29/2022 8:07 PM)**

Anthony Deo (5165091668)

Tuesday was a lil quiet. Made appointments for the rest of the week. Leads were the highest ever for today 😄

**11/29/2022 8:01 PM (Viewed 11/29/2022 8:07 PM)**

Anthony Deo (5165091668)

What time is your Nissan closing tomorrow brother.?

**11/29/2022 8:07 PM**
iPhone (172) (+16315619807)

All day

**11/29/2022 8:10 PM**

Anthony Deo (5165091668)

I'll be sending good vibrations and blessings to you all day Brother. 🙏

Anthony Deo (5165091668)

GOOD LUCK TODAY BROTHER 🙏

**11/30/2022 11:03 AM (Viewed 11/30/2022 11:25 AM)**

**11/30/2022 11:25 AM**
iPhone (172) (+16315619807)

Thank you!

**12/1/2022 8:12 PM (Viewed 12/1/2022 8:53 PM)**

Anthony Deo (5165091668)

Good night brother.

Today;
2 spots
1 sign out for earlier this week
3 working deals.
🙏

**12/1/2022 8:53 PM**
iPhone (172) (+16315619807)

> Let's go!!!

**12/1/2022 8:53 PM (Delivered 12/1/2022 8:54 PM)**
iPhone (172) (+16315619807)

> Dec 1st and we are off!

**12/1/2022 8:56 PM (Viewed 12/1/2022 8:57 PM)**
Anthony Deo (5165091668)

YEAH BABY!!!!

**12/1/2022 9:01 PM (Viewed 12/1/2022 9:26 PM)**
Anthony Deo (5165091668)



**12/1/2022 9:29 PM**
iPhone (172) (+16315619807)

> Alysia said we ended up with 17 for Nov. is that right? We did 6 in from the 12th?

**12/1/2022 9:56 PM (Viewed 12/1/2022 10:24 PM)**
Anthony Deo (5165091668)

Nov 1-5.      5 units
Nov 6-12.    4 units
Nov 13-19.    0
Nov 20-26.   5
Nov 27-30.    3 units

**12/2/2022 6:29 PM**
iPhone (172) (+16315619807)

> How are we doing today

**12/2/2022 6:29 PM (Viewed 12/2/2022 6:32 PM)**
Anthony Deo (5165091668)

Wrapping up #2 spots for the day.
How you feeling with your eye Brother?

**12/2/2022 6:32 PM**
iPhone (172) (+16315619807)

> Little better brother

**12/2/2022 6:33 PM**
iPhone (172) (+16315619807)

> Thanks

**12/2/2022 6:36 PM (Viewed 12/2/2022 6:38 PM)**
Anthony Deo (5165091668)

I will say a special prayer that it subsides for u brother.

I was able to buy some real nice units today at auction. 🙏

**12/2/2022 6:39 PM**
iPhone (172) (+16315619807)

> Thank you brother. Let me know how I can help you

**12/2/2022 6:40 PM**
iPhone (172) (+16315619807)

> I want us to succeed beyond your own expectations

**12/2/2022 6:41 PM**
Anthony Deo (5165091668)

From your mouth to God's ears.

**12/2/2022 6:41 PM**
iPhone (172) (+16315619807)

> The power of our background and our ambition is hard to find

**12/2/2022 6:44 PM**

Anthony Deo (5165091668)

Yea sir. I am so excited to hit our full combined potential.
And I have so much to learn from you brother.

**12/2/2022 6:45 PM**
iPhone (172) (+16315619807)

> Give me a number for this month and tell me what's you need to get there

**12/2/2022 6:45 PM**

Anthony Deo (5165091668)

Gotcha brother

**12/3/2022 5:16 PM**
iPhone (172) (+16315619807)

> Hey brother, how is it going?

**12/3/2022 6:01 PM**

Anthony Deo (5165091668)

Hey bro. Today was so so. The weather kicked our butts.
Got two wrapped up today.
1 special fi we still working.

A lot of our appointments canceled till Sunday and Monday cause of the weather.

**12/4/2022 4:40 PM (Viewed 12/4/2022 4:47 PM)**

Anthony Deo (5165091668)

Hey brother.
Today we have 3 going....
2 solid deals and 1 we gotta work it a little more.

**12/4/2022 4:47 PM**
iPhone (172) (+16315619807)

> I can see the momentum building

**12/4/2022 4:54 PM (Viewed 12/4/2022 5:09 PM)**

Anthony Deo (5165091668)

Yes brother

**12/5/2022 8:23 PM (Viewed 12/5/2022 10:46 PM)**

Anthony Deo (5165091668)

Hey brother
1 sold. 1 approved/write
2 apps working.

**12/6/2022 10:01 AM**
iPhone (172) (+16315619807)

> Good morning brother,   Alysia sent an e-mail about some deals that have not been sent to
> the office and there is a deal from Santander that shows funded but have not received funds
> yet can you get Eugene on it for me. Thanks

**12/6/2022 10:09 AM (Viewed 12/6/2022 12:22 PM)**

Anthony Deo (5165091668)

Absolutely brother. We are in it

**12/6/2022 8:39 PM**

Anthony Deo (5165091668)

Hey brother

2 SOLD
1 write.

2 Apps working

Great traffic today

**12/6/2022 8:40 PM**
iPhone (172) (+16315619807)

What's delivered and what's pending that's real?

**12/6/2022 8:41 PM**

Anthony Deo (5165091668)

I am getting a doc sheet for you to follow progress daily.

**12/6/2022 8:42 PM**
iPhone (172) (+16315619807)

That would be great! What do we have right now?

**12/8/2022 1:28 PM**
iPhone (172) (+16315619807)

Hey brother, I spoke to my attorney to see where we are with operating agreement and he said he is waiting on the operating agreement for your stores. Did you ever send them to me?

**12/8/2022 1:30 PM**

Anthony Deo (5165091668)

Let me check

**12/8/2022 1:31 PM**
iPhone (172) (+16315619807)

Thanks. We have some wholesale cars there too that's are to old to be floored. Can you see what you can get for them? I need to move them

**12/8/2022 1:32 PM**
iPhone (172) (+16315619807)

**12/8/2022 1:43 PM (Viewed 12/8/2022 1:45 PM)**

Anthony Deo (5165091668)

I sent the initial agreements via email again

**12/8/2022 3:31 PM**
iPhone (172) (+16315619807)

Sent you indemnification agreement for your stores. Let me know if you are ok with it so I can get the 2nd one done. I'm working on superbs which is a little more involved

**12/8/2022 3:49 PM (Viewed 12/9/2022 7:15 AM)**

Anthony Deo (5165091668)

Looks good to me

**12/9/2022 6:08 PM**
iPhone (172) (+16315619807)

Hey brother, how did it go today and how does the weekend look? Did you get the indemnification agreements?

**12/9/2022 6:33 PM**

Anthony Deo (5165091668)

Hey  brother
Not a bad day.
I was able to source 30 cars for inventory. Working on getting them all uploaded and online.
And we're still working a couple deals for the day.
Weekend looks like we're gonna have good actions. Fingers crossed.

**12/9/2022 6:34 PM**
iPhone (172) (+16315619807)

We don't cross fingers. We make shit happen!!😊

**12/9/2022 6:34 PM**
iPhone (172) (+16315619807)

> How many burning gas and how many pending so far this month?

**12/9/2022 6:37 PM (Viewed 12/9/2022 6:40 PM)**
Anthony Deo (5165091668)

Lolol you're right. 😊

**12/9/2022 6:50 PM (Viewed 12/9/2022 7:25 PM)**
Anthony Deo (5165091668)

9 burning gas
4 pending solid
3 needs some work

**12/12/2022 10:10 AM**
iPhone (172) (+16315619807)

> Hey brother, how was your weekend and how was business over the weekend?

**12/12/2022 10:13 AM**
iPhone (172) (+16315619807)

> You are showing no CITs and no accepted deals in Dms right now. It that accurate?

**12/12/2022 10:14 AM**
iPhone (172) (+16315619807)

> Some one went by the store and told me the lot looks full and it look really good 👍

**12/12/2022 10:41 AM**
Anthony Deo (5165091668)

Morning brother.
Super under the weather today.

Over the weekend was a tad slow. We did do one yesterday and a pending Saturday.

The lot is getting there. I bought a lot of Friday and they are getting transported from auction. Getting them advertised and pictured is the task at hand.

**12/12/2022 10:42 AM**
Anthony Deo (5165091668)

I also put a couple cars at Sunrise. And we plucked 2 deals this weekend out of there

**12/12/2022 10:44 AM**
Anthony Deo (5165091668)

Also,
What else do we have to do to get the New accounts for Chase for Superb.
And Alysia was asking me if I am doing the DBA for superb. I don't have the ability to do that.

**12/12/2022 10:46 AM**
iPhone (172) (+16315619807)

> I need to finish our operating agreement which Joe is working on. I'll get him to do the DBA. Did you send back the indemnification agreements?

**12/12/2022 10:47 AM**
Anthony Deo (5165091668)

I'll sign the operating and indemnification agreements at the same time and get it back to you. Cause they are interlinked.

**12/12/2022 10:47 AM**
iPhone (172) (+16315619807)

> Im working on a floor line for north shore to so we can get that going as well. You should use the Nextgear for sunrise only

**12/12/2022 10:48 AM**
Anthony Deo (5165091668)

Yes. Nextgear is only for sunrise

**12/12/2022 10:49 AM**
iPhone (172) (+16315619807)

Why are there no CITs and accepted deals if we did a few?

**12/12/2022 10:49 AM**
Anthony Deo (5165091668)

I have two small lines on my own. But the interest is way high.

**12/12/2022 10:50 AM**
iPhone (172) (+16315619807)

Who do you have them with?

**12/12/2022 10:50 AM**
Anthony Deo (5165091668)

WESTLAKE

**12/12/2022 10:50 AM**
Anthony Deo (5165091668)

And Nextgear

**12/12/2022 10:52 AM**
iPhone (172) (+16315619807)

Accepted and CITs ?

**12/12/2022 10:53 AM**
Anthony Deo (5165091668)

The last was Friday

**12/12/2022 10:54 AM**
Anthony Deo (5165091668)

Over the weekend was approvals working.

**12/13/2022 5:42 PM**
iPhone (172) (+16315619807)

Hey buddy, there is a few cash cars I have there that I've been asking to get numbers on. Do you have someone or you want me to send someone to put a number on them. They are cars we can't floor because they are to old. Could you get me some numbers?

**12/13/2022 5:43 PM**
Anthony Deo (5165091668)

We usually use FLS. But his desire is low on these. If u got a guy. Send him by.

**12/19/2022 3:54 PM**
Anthony Deo (5165091668)

It's not answering

**12/24/2022 5:43 PM**
iPhone (172) (+16315619807)

Hey brother, merry Christmas to you and your family!

**12/24/2022 5:45 PM**
Anthony Deo (5165091668)

⚠️⚠️ MERRY CHRISTMAS BROTHER ⚠️⚠️
Much love and blessings to you and the family 🙏
Thank you for everything my friend. 😄

**12/27/2022 9:27 AM**
iPhone (172) (+16315619807)

Good morning brother, how are we doing this month?

**12/27/2022 9:31 AM**
Anthony Deo (5165091668)

Good morning brother.

How is vacation.??
We are moving along. Superb is doing great on inventory and selling cars. This week is where
we are going to do our numbers.
Sunrise is getting better with inventory and are selling a few cars so far.

**12/31/2022 1:44 PM**
iPhone (172) (+16315619807)

Hey brother, do you know what your per copy is right now?

**12/31/2022 1:50 PM**

Anthony Deo (5165091668)

Working on sorting it out.
The "$2850 pack" comes back to you and I on the bottom line for superb correct?

**12/31/2022 1:50 PM**
iPhone (172) (+16315619807)

Yes

**12/31/2022 1:51 PM**

Anthony Deo (5165091668)

Awesome 😎

**12/31/2022 1:51 PM**
iPhone (172) (+16315619807)

It gets added back below the line in addition to income

**12/31/2022 1:51 PM**

Anthony Deo (5165091668)

Good

**1/1/2023 10:47 AM (Viewed 1/1/2023 12:25 PM)**

Anthony Deo (5165091668)

HAPPY NEW YEAR BROTHER 👾☸👾☸
Thank you for being an amazing friend and partner. 🙏
May God bless you and your family with Happiness Health And Prosperity this coming year.

**1/1/2023 12:25 PM**
iPhone (172) (+16315619807)

Happy new year brother to you and your family!! 2023 is our year!

**1/1/2023 12:39 PM (Viewed 1/1/2023 12:48 PM)**

Anthony Deo (5165091668)

YES BROTHER 🙏

**1/9/2023 3:18 PM**
iPhone (172) (+16315619807)

Sent you e-mail from insurance

**1/9/2023 3:27 PM (Viewed 1/9/2023 3:32 PM)**

Anthony Deo (5165091668)

Ok. Thank you

**1/10/2023 7:29 PM**
iPhone (172) (+16315619807)

Hey brother, did I miss a call from you? How are we doing the last couple of days with sales?

**1/10/2023 7:32 PM**

Anthony Deo (5165091668)

Hey brother.
Yes you did. I have a couple of things on my chest we need to discuss. Are you available to
speak at 9am tomorrow?

**1/10/2023 7:32 PM**
iPhone (172) (+16315619807)

Sure

**1/10/2023 7:33 PM**
iPhone (172) (+16315619807)

It's 8:32 here

**1/10/2023 7:33 PM**
iPhone (172) (+16315619807)

Call me when ever

**1/10/2023 7:33 PM**

Anthony Deo (5165091668)

Awesome. I'll call u then brother.

**1/10/2023 7:33 PM**
iPhone (172) (+16315619807)

Let's talk now

**1/10/2023 7:37 PM**
iPhone (172) (+16315619807)

I was out to dinner but I'm home now

**1/11/2023 12:49 PM (Viewed 1/11/2023 12:50 PM)**

Anthony Deo (5165091668)

I reached out to Alysia to call me to go over her email she sent out.

**1/11/2023 12:50 PM**
iPhone (172) (+16315619807)

Ok

**1/11/2023 8:27 PM**
iPhone (172) (+16315619807)

Hey brother, call me if you can

**1/12/2023 11:06 AM (Viewed 1/12/2023 11:19 AM)**

Anthony Deo (5165091668)

Thank you brother 🙏

**1/12/2023 8:30 PM**
iPhone (172) (+16315619807)



Hey brother, can't open that spreadsheet. I don't know what e-mail that is

**1/12/2023 8:31 PM**
iPhone (172) (+16315619807)

Never mind

**1/12/2023 8:31 PM**
iPhone (172) (+16315619807)

Got it

**1/13/2023 8:20 AM (Viewed 1/13/2023 9:17 AM)**

Anthony Deo (5165091668)

Morning bro.
Is there a reason she hasn't sent my $10k? I send the wiring instructions after we spoke.

**1/13/2023 9:19 AM**
iPhone (172) (+16315619807)

I totally forgot to tell her to send that. I told her after we speak Tuesday we will settle all the monies and she probably understood that meant everything. My fault. Sorry

**1/13/2023 9:20 AM**
iPhone (172) (+16315619807)

I just text her to do it today

1/13/2023 9:24 AM

Anthony Deo (5165091668)

- [12]# of appointments
- [6 ]#
- [2] # of Sold units
Both on the road burning gas
TOTAL PROFIT:
- [ 1] # of writes ,


Working apps

Apps works -

Kevin Silva (still, went from 4k.
Down - 12k )
John Ortiz
Nickolis buric                    9:28 PM

1/13/2023 9:24 AM

Anthony Deo (5165091668)

That was superb yesterday

1/13/2023 9:24 AM (Viewed 1/13/2023 9:25 AM)

Anthony Deo (5165091668)

[4]]# of appointments
- [ 0] # of Shows
- [ 1] # of Sold units - resigned
Stanel Saint Vilus
 [1] # of deals wrote  Ciprian
Sanchez
 [5] 1.Erin Tesseme and Samuel
Tessema: CAC approval 2.Ingland
Wilkerson: Need Co and cheaper
car 3. Alexander Hernandez: trying
to get a co. 4. going to superb to
see vehicle. 5 Bryan Garcia: 1st
time buyer with 2k down on a 30+
car. need to flip to a lower priced
vehicle.                    7:37 PM

1/13/2023 9:24 AM (Viewed 1/13/2023 9:25 AM)

Anthony Deo (5165091668)

That was sunrise daily recap

1/13/2023 9:25 AM (Viewed 1/13/2023 9:26 AM)

Anthony Deo (5165091668)

Thank you bro.

1/14/2023 8:17 PM (Viewed 1/14/2023 8:32 PM)

Anthony Deo (5165091668)

Superb today


SALES

- [27]# of appointments
- [ 8 show
- [3] # of Sold units
All signed , and money collected
 TOTAL PROFIT:  13650.90
- [ 0] # of writes ,

Apps working
Khalid alav

Ángel moronta

**1/24/2023 2:19 PM**
iPhone (172) (+16315619807)



Westlake jeeps calling me and saying that no one picks up or calls back

**1/24/2023 2:23 PM (Viewed 1/24/2023 2:25 PM)**

Anthony Deo (5165091668)

I will find out.

**1/26/2023 7:43 AM**
iPhone (172) (+16315619807)

Good morning buddy, how are you doing? How is your wife feeling? Did the baby come yet? Sorry I've been out of touch but it's been a tough few days.

**1/26/2023 7:52 AM**

Anthony Deo (5165091668)

Good morning brother.
We were scheduled for induction yesterday, but the baby turned. So we are doing a C-section in a little. Pls pray for us. 🙏

**1/26/2023 7:53 AM**
iPhone (172) (+16315619807)

We will pray for you and your family.

**1/26/2023 7:54 AM**

Anthony Deo (5165091668)

🙏

**1/26/2023 5:21 PM (Viewed 1/26/2023 5:57 PM)**


Anthony Deo (5165091668)

Please welcome CYRUS ANTHONY DEO to the world. Born Thursday January 26th 2023. Cyrus is 6 lbs 11 oz. Mom and baby are healthy and doing well.

**1/26/2023 5:58 PM**
iPhone (172) (+16315619807)

God bless!!!! Congratulations!!!

**1/26/2023 7:02 PM (Viewed 1/26/2023 7:04 PM)**

Anthony Deo (5165091668)

🙏 Thank you brother

**1/27/2023 9:28 AM**
iPhone (172) (+16315619807)

Good morning brother, how is your wife and the baby?

Could you let me know where we are for the month? I e-mail Eugene but either he didn't see it or he doesn't answer his e-mails. Sorry to bother you when you should be enjoy your family. Thanks

**1/27/2023 9:28 AM**

Anthony Deo (5165091668)



**1/27/2023 9:29 AM**
iPhone (172) (+16315619807)

Omg how cute!!!! I love babies

**1/27/2023 9:29 AM**

Anthony Deo (5165091668)

I'm headed in to check on stuff. I'll get a tally for you.

**1/27/2023 9:29 AM**

Anthony Deo (5165091668)

Lolol me tooooooo

**1/27/2023 9:29 AM**

Anthony Deo (5165091668)



**1/27/2023 9:30 AM**
iPhone (172) (+16315619807)

God bless you and your family my friend

**1/27/2023 9:31 AM (Viewed 1/27/2023 9:42 AM)**
Anthony Deo (5165091668)

Thank you brother. 🙏

**1/28/2023 9:40 PM (Delivered 1/28/2023 9:41 PM)**
iPhone (172) (+16315619807)

Hey brother, how are you, your wife and the baby doing? Hope everyone if doing great. Could you let me know how things are going at the store

**1/28/2023 9:53 PM**
Anthony Deo (5165091668)

Hey brother. We're finally came home today. Everyone it's doing well. Thank God.

Superb 26
NShore 12
Sunrise 10

We're probably gonna end up at
30
15
15

**1/28/2023 9:55 PM**
iPhone (172) (+16315619807)

Almost double last month and you closed on the 3rd so big improvement

**1/28/2023 9:55 PM**
iPhone (172) (+16315619807)

100 in Feb? 😊

**1/28/2023 9:56 PM**
Anthony Deo (5165091668)

That's the goal brother 🙏

**1/28/2023 9:58 PM (Viewed 1/28/2023 10:02 PM)**
Anthony Deo (5165091668)

Need help with finance managers. We are getting a lot of apps at all the stores. But only have one decent guy at Superb. A weak one at sunrise. And need one for NShore.

**2/2/2023 12:18 PM (Viewed 2/2/2023 12:23 PM)**
Anthony Deo (5165091668)

Hey Tony.
Give me a call when u have a chance.

**2/7/2023 2:43 PM**
iPhone (172) (+16315619807)

A you get the GLS agreement to Alysia today. I will make a call

**2/7/2023 2:52 PM (Viewed 2/7/2023 2:53 PM)**
Anthony Deo (5165091668)

Sent

**2/9/2023 7:08 PM**
iPhone (172) (+16315619807)

Hey brother, how are we doing this month at Superb? How many burning gas and how many real pending? Hired a lot of accounting help that should be up and running in a week. They are training on tekion and will be ready to go after that.

**2/9/2023 7:33 PM (Viewed 2/9/2023 7:39 PM)**

Anthony Deo (5165091668)

We are doing good. Around 25 , but that's with the 5 VW global deals I have to redo. Just waiting to see if we get Global at Superb to complete this. And I have no clue what got pushed to this month from last.

**2/9/2023 8:18 PM**
iPhone (172) (+16315619807)

Showing 16 in tekion

**2/9/2023 8:19 PM**
iPhone (172) (+16315619807)

I'll get global done in a couple of days

**2/9/2023 8:21 PM (Viewed 2/9/2023 8:23 PM)**

Anthony Deo (5165091668)

That will help

**2/9/2023 8:23 PM**
iPhone (172) (+16315619807)

No

**2/9/2023 8:23 PM**
iPhone (172) (+16315619807)

That's all you are showing

**2/9/2023 8:24 PM**
iPhone (172) (+16315619807)

Should have 10-12 from las month but you are showing 16 total out

**2/9/2023 8:24 PM**

Anthony Deo (5165091668)

Getting global will help

**2/9/2023 8:24 PM**
iPhone (172) (+16315619807)

Oh ok

**2/9/2023 8:25 PM**
iPhone (172) (+16315619807)

Match up the numbers please or is 25 included pending? If it's 25 your pacing great!

**2/9/2023 8:35 PM (Viewed 2/9/2023 10:16 PM)**

Anthony Deo (5165091668)



After tonight's business we have 28 NEW deals for February. 5 are global that we have to convert to superb Tekion. We are working with Kim daily to get everything aligned.

**2/15/2023 8:30 AM**
iPhone (172) (+16315619807)

Hey brother, how is Sara and the baby doing? Hope everyone is well. How is the month shaping up? Let me know what numbers we are at for the month and your projections. Thanks

**2/15/2023 8:36 AM (Viewed 2/15/2023 9:18 AM)**

Anthony Deo (5165091668)

Good morning bro.
Both are doing well.
Can I give you a call around 10 so we can talk?

**2/15/2023 9:18 AM**
iPhone (172) (+16315619807)

Sure

**2/15/2023 11:05 AM**
iPhone (172) (+16315619807)



**2/15/2023 11:11 AM**

Anthony Deo (5165091668)



**2/15/2023 11:11 AM**

Anthony Deo (5165091668)

I answered this yesterday

**2/15/2023 7:29 PM (Viewed 2/15/2023 7:56 PM)**

Anthony Deo (5165091668)

Hey. I have a quick question for you.
In Tekion, when you are accounting for the deals for a Particular month. Do you filter using the
Contract date or the SOLD/CLOSED date for the month in question?

**2/15/2023 7:59 PM**
iPhone (172) (+16315619807)

Contract date

**2/15/2023 8:01 PM**
iPhone (172) (+16315619807)

You are showing 23 right now

**2/17/2023 8:37 AM (Viewed 2/17/2023 8:38 AM)**

Anthony Deo (5165091668)

Good morning.
Are you available to talk?

**2/17/2023 9:31 AM**

Anthony Deo (5165091668)

Hey. Tekion is saying that we have a launch with CRM with them. Did we pay for this?
Is this in error? Because we all just launched CRM with Vin solutions.

**2/17/2023 9:31 AM**
iPhone (172) (+16315619807)

Ask Bruce

**2/17/2023 9:32 AM**
iPhone (172) (+16315619807)

I don't think we did though

**2/17/2023 9:32 AM**

Anthony Deo (5165091668)

Ok cool.

**2/20/2023 8:45 AM**
iPhone (172) (+16315619807)

Good morning brother, How did we do this weekend brother? Where are you mtd?

**2/20/2023 9:15 AM (Viewed 2/20/2023 9:16 AM)**

Anthony Deo (5165091668)

Good morning bro. This weekend was ok. We have 4 done and 4 working.
And we should be knocking on 50 at this point. Gotta clean up and see for sure.

**2/22/2023 8:10 AM (Viewed 2/22/2023 8:13 AM)**

Anthony Deo (5165091668)

Hey quick question
If I am showing $3500 per copy on my doc.  How many units does Superb need to sell just to break even?

**2/22/2023 8:14 AM**
iPhone (172) (+16315619807)

About 50-55

**2/22/2023 10:32 AM (Viewed 2/22/2023 10:33 AM)**

Anthony Deo (5165091668)

Pls don't forget about Global in VW

**2/22/2023 10:33 AM**
iPhone (172) (+16315619807)

Already spoke to Bruce

**2/22/2023 10:34 AM**
iPhone (172) (+16315619807)

Send him a text

**2/22/2023 10:34 AM**

Anthony Deo (5165091668)

Ok

**2/22/2023 11:23 AM (Viewed 2/22/2023 11:24 AM)**

Anthony Deo (5165091668)

Bruce thinks it's too much of a hassle to do deals thru VW.

He said to keep trying to get it turned on in Superb today. He said a manager is on it.

**2/22/2023 11:27 AM**
iPhone (172) (+16315619807)

He told me. If we can get it done without going through vw I would prefer it. Alysia said we are still missing COD from last deal at vw for $3k. Get all the old ones cleaned up and if we don't get it turned on by tomorrow I'll get it done through vw but everything from before need to be clean first and we will do one deal at a time to make sure each one is 100% clean.

**2/22/2023 2:46 PM**
iPhone (172) (+16315619807)

Call me

**2/23/2023 10:11 AM**
iPhone (172) (+16315619807)

Call me

**2/23/2023 10:55 AM**
iPhone (172) (+16315619807)

Call me

**2/23/2023 11:01 AM**

Anthony Deo (5165091668)



**2/23/2023 2:18 PM**
iPhone (172) (+16315619807)

Where are we with the floorplan?

**2/23/2023 2:19 PM (Viewed 2/23/2023 2:32 PM)**

Anthony Deo (5165091668)

Talking to bank manager

**2/23/2023 3:17 PM**
iPhone (172) (+16315619807)

Tell me what cars you pay off today so Alysia can update NMAC

**2/23/2023 3:33 PM (Viewed 2/23/2023 4:45 PM)**

Anthony Deo (5165091668)

314330
290410
007004
763143
059635

**2/23/2023 4:56 PM (Delivered 2/23/2023 4:57 PM)**
iPhone (172) (+16315619807)

> Anthony, get me an update on your cap loan funding. You put even $500k in the bank I will forget this happened and move forward. I will never bother you and I'll come off the account if you want and let you fly and try to help you tighten your accounting if you want but you definitely need to make me feel like the pressure is off of you financially and you can operate not try to survive. I know you're a good guy and wouldn't do anything intentionally to hurt me but survival mode is not what I want to worry about. Road to hell is definitely paved with good intentions. Do not buy anymore cars and get all the cash you can into the bank. It's your account to manage but when it's negative it becomes my responsibility.

**2/23/2023 5:10 PM**

Anthony Deo (5165091668)

I will get you answers when I get answers from Michael.
I appreciate you and your view of me. We will get it figured out.

**2/23/2023 5:10 PM**
iPhone (172) (+16315619807)



**2/23/2023 5:10 PM (Viewed 2/23/2023 5:11 PM)**

Anthony Deo (5165091668)

I will. Now

**2/23/2023 5:10 PM**
iPhone (172) (+16315619807)

What's new ?

Do you still own superb or new owners?

I own it

I have partner

Ok I just sent him a text message. I need a copy of a credit application that was submitted to Teachers last night for dean Guzzi it is being re-quested by Teachers

Jkaye@groovecar.com

He said he would send it when he gets in

**2/23/2023 5:11 PM**
iPhone (172) (+16315619807)

I'm on the phone with her now

**2/23/2023 5:12 PM (Viewed 2/23/2023 5:13 PM)**

Anthony Deo (5165091668)



**2/23/2023 5:13 PM**

Anthony Deo (5165091668)

It was sent at 2:27

**2/23/2023 5:15 PM**
iPhone (172) (+16315619807)



Please resend and cc me on it to

**2/23/2023 5:15 PM**
iPhone (172) (+16315619807)

Wrong e-mail

**2/23/2023 5:16 PM**

Anthony Deo (5165091668)

Sent it to the correct one now

**2/23/2023 5:16 PM**
iPhone (172) (+16315619807)

Thanks

**2/23/2023 5:36 PM**
iPhone (172) (+16315619807)



Missing lien payoff info. Some are already sold and some on floor but no payoff info.

**2/23/2023 5:36 PM (Delivered 2/23/2023 5:37 PM)**
iPhone (172) (+16315619807)

6 are sold

**2/23/2023 5:39 PM**
iPhone (172) (+16315619807)

Reg problems, accounting problems, floorplan problems, cash flow problems on something that I can probably know out in 20 minutes.  You will have Bruce and Alysia's undivided attention tomorrow don't waste it and get everything you have questions on answers. Find out what time Bruce will be there.

**2/23/2023 5:44 PM**
Anthony Deo (5165091668)

And what exactly is the game plan with Bruce?

**2/23/2023 5:47 PM**
iPhone (172) (+16315619807)

Go over deal by deal to match up you Dms to your doc Jan and Feb and any questions you have with gross and packs and anything else you think will help you figure out the discrepancies. I don't want him there since I need him in the other stores but at this point I need you to understand why we don't match and how tekion works.

**2/23/2023 5:48 PM**
Anthony Deo (5165091668)

Thank you.

**2/23/2023 5:48 PM**
Anthony Deo (5165091668)

I'll work with him

**2/23/2023 5:48 PM**
Anthony Deo (5165091668)

On it

**2/23/2023 5:48 PM**
iPhone (172) (+16315619807)

> I want a physical done tomorrow please

**2/24/2023 11:01 AM**
iPhone (172) (+16315619807)

> Good morning, Bruce will be there around 12:00-12:30

**2/24/2023 11:02 AM**
iPhone (172) (+16315619807)

> Was the other car double floored paid off yet? I'd someone working on the lien payoffs?

**2/24/2023 11:02 AM**
iPhone (172) (+16315619807)

> Is

**2/24/2023 11:04 AM**

Anthony Deo (5165091668)

Ok. I am gathering the lien stuff

**2/24/2023 8:40 PM**
iPhone (172) (+16315619807)

> Give me a call. I had a really good conversation with Bruce and want to talk to you about it

**2/25/2023 4:26 PM**
iPhone (172) (+16315619807)

> How are you doing today?

**2/25/2023 4:27 PM**

Anthony Deo (5165091668)

2 signed so far

**2/28/2023 12:03 PM**
iPhone (172) (+16315619807)

> Loving the response to e-mails today. How are you going to end up?

**2/28/2023 12:03 PM**

Anthony Deo (5165091668)

🙏

**2/28/2023 12:04 PM**

Anthony Deo (5165091668)

We have some up our sleeve. Just trying to clean up before we start pounding the deals

**2/28/2023 12:04 PM**
iPhone (172) (+16315619807)



**3/1/2023 9:28 PM**
iPhone (172) (+16315619807)

I put you together with Bruce and you forget I exist

Anthony Deo (5165091668)

Awww. No way brother. But I really really appreciate that you did. He is awesome

**3/1/2023 9:39 PM**
iPhone (172) (+16315619807)

And numbers are coming together. We will go over them Friday but you look like it could break even. And what was the number I said to break even? 😊

Anthony Deo (5165091668)

You got the nail on the head. 🙏

**3/1/2023 9:42 PM**
iPhone (172) (+16315619807)

I've done this for a little while. 😊Bruce really loves you and want to get the other store opened but get a good foundation and we will

Anthony Deo (5165091668)

OMG. I AM SO EXCITED 😊. Bro. You know your shit. And the feeling is absolutely mutual.

**3/7/2023 6:53 AM**
iPhone (172) (+16315619807)

Good morning brother, how are you, Sara and the baby? How is it going this month?

Anthony Deo (5165091668)

Good morning brother.
Sara and baby are doing well. We celebrated my bday yesterday.

This month is ok. We are tracking 60 at the moment but I want more like 80. Made a couple shifts with staff yesterday. But I still need another FI. One guy cannot handle the workload. Are you in town brother?

**3/7/2023 7:27 AM**
iPhone (172) (+16315619807)

Just came in last night. I was suppose to come Sunday but I lost my passport so my schedule is all messed up.

**3/7/2023 7:28 AM**
iPhone (172) (+16315619807)

Happy birthday!! 🎂🎂🍾🍾

Anthony Deo (5165091668)

🙏 Thank you.
I would love to take you out for dinner and a drink when you have some time.

**3/7/2023 7:31 AM**
iPhone (172) (+16315619807)

I'm going to try but I need to go back Friday because it's my kids birthday. If we can do it it would be Thursday but I'm not sure yet. I also have the doctors appt for my eye. Hey, you are using only nesna for your warranties right?

**3/7/2023 7:34 AM**
iPhone (172) (+16315619807)

?

**3/7/2023 7:36 AM (Viewed 3/7/2023 7:37 AM)**

Anthony Deo (5165091668)

We use Nesna for EVERYTHING that they cover. They don't do a couple vehicles so we use GWC. But 95% yes.
Wow. Your schedule is packed. If you can I would love to see you bro.

**3/7/2023 7:37 AM**
iPhone (172) (+16315619807)

I might be able to come by today after I figure out my doctor and if I don't need an injection in my eye

**3/7/2023 7:39 AM**
iPhone (172) (+16315619807)

Last month it only shows $3k paid back on the warranties and I don't understand how. Let's talk to Ron and find out because I believe the take it out automatically once you sell it and input it in their system

**3/7/2023 7:42 AM (Viewed 3/7/2023 7:45 AM)**

Anthony Deo (5165091668)

I will get to the answer. There is no way it was only 3k.  And yes they take it out automatically. Pls let me know when u can bro. No pressure if u can't.

**3/7/2023 7:46 AM**
iPhone (172) (+16315619807)

I'll probably come by around lunch today but I need to talk to the doctor first. Hope to see you later

**3/7/2023 7:52 AM (Viewed 3/7/2023 8:01 AM)**

Anthony Deo (5165091668)

Ok brother. Good luck with doc.

**3/7/2023 10:45 AM**
iPhone (172) (+16315619807)

I'll be there at noon

**3/7/2023 10:45 AM (Viewed 3/7/2023 10:47 AM)**

Anthony Deo (5165091668)

Awesome

**3/7/2023 10:47 AM**
iPhone (172) (+16315619807)

See you soon

**3/7/2023 10:48 AM (Viewed 3/7/2023 10:58 AM)**

Anthony Deo (5165091668)

Gotcha brother.

**3/7/2023 5:14 PM**
iPhone (172) (+16315619807)

Great lunch buddy, thank you!

**3/7/2023 5:17 PM (Viewed 3/7/2023 5:23 PM)**

Anthony Deo (5165091668)

🙏

**3/7/2023 5:17 PM (Viewed 3/7/2023 5:23 PM)**

Anthony Deo (5165091668)

Thank you. I loved it.

**3/7/2023 6:06 PM**
iPhone (172) (+16315619807)

Meeting with nesna tomorrow. Please let me know how many warranties you book today

**3/7/2023 6:07 PM (Viewed 3/7/2023 6:21 PM)**

Anthony Deo (5165091668)

I promise I will get your the corrected number before the day is up.

**3/7/2023 11:01 PM**
iPhone (172) (+16315619807)

Promises, promises

**3/7/2023 11:02 PM (Viewed 3/7/2023 11:03 PM)**

Anthony Deo (5165091668)

24 nesna
4 GWC
3 cancelled

The 4 GWC were because they didn't rate remotely close or didn't offer anything

**3/7/2023 11:02 PM (Viewed 3/7/2023 11:03 PM)**

Anthony Deo (5165091668)

Lolol

**3/7/2023 11:02 PM (Viewed 3/7/2023 11:03 PM)**

Anthony Deo (5165091668)

I was just writing it

**3/7/2023 11:03 PM**
iPhone (172) (+16315619807)

😂

**3/7/2023 11:03 PM**
iPhone (172) (+16315619807)

Thank you

**3/7/2023 11:04 PM**

Anthony Deo (5165091668)

Anytime brother. 🙏

**3/7/2023 11:04 PM**
iPhone (172) (+16315619807)

Protect our reinsurance

**3/7/2023 11:04 PM**
iPhone (172) (+16315619807)

Only good cars and short terms

**3/7/2023 11:04 PM (Viewed 3/7/2023 11:05 PM)**

Anthony Deo (5165091668)

Ok. Will do bro.

**3/9/2023 8:00 AM**
iPhone (172) (+16315619807)

Good morning brother, how are you doing for the month? How many out and how many pending?

**3/9/2023 8:04 AM**

Anthony Deo (5165091668)

Good morning bro. 16 out. 10 pending.

**3/9/2023 8:04 AM**
iPhone (172) (+16315619807)

That's a great pace!

**3/9/2023 8:05 AM**

Anthony Deo (5165091668)

We have to step it up some more. I need to hit big numbers this month brother.

**3/9/2023 8:06 AM**

iPhone (172) (+16315619807)

Let me know how we can help

**3/9/2023 8:06 AM**

Anthony Deo (5165091668)



**3/20/2023 10:28 PM**

iPhone (172) (+16315619807)

Hey brother, I know you have a new favorite person at team but dam. Just kidding😂. How is it going this month?

**3/20/2023 10:34 PM**

Anthony Deo (5165091668)

Lol. Bruce is a good kid.

$139k on 39 deals so far.
Doc is updated
With 6 more realistic pending deals , in the book , that should close no problem

$250+ k -  70 -80 cars

That's our goal

Our per copy is about 1k higher already this month.
With 11 more selling days.

**3/20/2023 10:37 PM**

iPhone (172) (+16315619807)

Great month if you hit the numbers you are shooting for and it's only the beginning. We have a lot in the works to get you freed up and agile. Let keep everything moving while I make the moves I need.

**3/20/2023 10:41 PM (Viewed 3/20/2023 10:43 PM)**

Anthony Deo (5165091668)

We will hit it. Our Team is absolutely Strong now.
I love the moves we are making and Bruce is keeping me filled in.
Congratulations on Nissan. Keep doing Amazing things for ALL OF US. And I will hold down on my end for the team.

**3/22/2023 12:09 PM (Viewed 3/22/2023 1:08 PM)**

Anthony Deo (5165091668)

Hey brother.

Pls don't mind the wording in the email. It's only to serve our purpose in our struggle with Alysia.
I love you brother and this is for our future. 🙏

**3/22/2023 1:14 PM**

iPhone (172) (+16315619807)

I think I've shown that I'm with you and we are moving to remove anything and anyone that stops us but I didn't like the same wording. Accounts would have served the same purpose. Nobody hopes you find money that she tells me is not there but I don't want any un necessary drama.  One thing I do know is that we lost a lot more than $300k since Dec and more since Nov but if you find otherwise I would love you more for it so do what you can to show me otherwise and but don't loose  focus on the future

**3/22/2023 1:20 PM (Viewed 3/22/2023 2:17 PM)**

Anthony Deo (5165091668)

As I said. I love and trust you brother. I don't want ANYONE or Anything coming in between us and OUR future. I swear. 🙏

**3/22/2023 4:30 PM**
iPhone (172) (+16315619807)

> Call me

**3/25/2023 9:45 AM**
iPhone (172) (+16315619807)

Anthony Deo (5165091668)

**3/25/2023 9:46 AM (Viewed 3/25/2023 10:47 AM)**

Ty bro.

**3/25/2023 10:48 AM**
iPhone (172) (+16315619807)

> Almost done with the drama in the office 😊

Anthony Deo (5165091668)

**3/25/2023 10:48 AM (Viewed 3/25/2023 10:49 AM)**

🙏

Anthony Deo (5165091668)

**3/25/2023 10:48 AM (Viewed 3/25/2023 10:49 AM)**

I pray that it happens soon.

**3/25/2023 10:49 AM**
iPhone (172) (+16315619807)

> Monday

**3/25/2023 10:49 AM**
iPhone (172) (+16315619807)

> Between us

Anthony Deo (5165091668)

**3/25/2023 10:49 AM**

THANK GOD

**3/25/2023 10:49 AM**
iPhone (172) (+16315619807)

> I'm going to need your help keeping things tight

Anthony Deo (5165091668)

**3/25/2023 10:50 AM (Viewed 3/25/2023 11:02 AM)**

Brother. I will give my ALLLLLLL to make progress for All of us. I swear.

Anthony Deo (5165091668)

**3/31/2023 12:31 PM (Viewed 3/31/2023 12:37 PM)**

Hey. I'm here with Mike. Just saw your email. Can I call you?

**3/31/2023 12:50 PM**
iPhone (172) (+16315619807)

> Done

Anthony Deo (5165091668)

**3/31/2023 12:53 PM**

Awesome

Anthony Deo (5165091668)

**4/9/2023 9:34 AM (Viewed 4/9/2023 9:36 AM)**

Happy Easter 🐣 my brother. Many many blessings to you and the family. 💐🙏

**4/9/2023 9:36 AM**
iPhone (172) (+16315619807)

> Same to you and yours brother

**4/12/2023 11:03 AM (Viewed 4/12/2023 11:04 AM)**

Anthony Deo (5165091668)

I ♡  Mitsu's POTENTIAL 😄

**4/12/2023 11:05 AM**
iPhone (172) (+16315619807)

If you can bring you used car expertise there we should print money there 🤑🤑

**4/12/2023 11:05 AM**
iPhone (172) (+16315619807)

Let me know when you are ready

**4/12/2023 11:05 AM**

Anthony Deo (5165091668)

BROTHER IT'S A GOLD MINE

**4/12/2023 11:06 AM**
iPhone (172) (+16315619807)

I know. Let's do it

**4/12/2023 11:07 AM**

Anthony Deo (5165091668)

I'm IN BABY.

**4/12/2023 11:07 AM**

Anthony Deo (5165091668)

Just waiting on the $$ for you. But I'm 100% in with you my brother.

**4/12/2023 11:07 AM**
iPhone (172) (+16315619807)

Only Mitsu store and Hartford is perfect clientele

**4/12/2023 11:08 AM**
iPhone (172) (+16315619807)

We need to look at another location for the other store

**4/12/2023 11:08 AM**

Anthony Deo (5165091668)

I love the Danbury point that Bruce was mentioning

**4/12/2023 11:09 AM**
iPhone (172) (+16315619807)

The shopping mall? I'll talk to you about it. When do you expect to get the $$

**4/12/2023 11:10 AM**

Anthony Deo (5165091668)

That should be soon. Couple weeks.

**4/12/2023 11:10 AM**
iPhone (172) (+16315619807)

I'll be in next week

**4/12/2023 11:11 AM**

Anthony Deo (5165091668)

Sweet.

**4/12/2023 11:11 AM**
iPhone (172) (+16315619807)

We will talk

**4/12/2023 11:11 AM**
iPhone (172) (+16315619807)

**4/12/2023 11:11 AM**

Anthony Deo (5165091668)

Ok brother. 🙏

**4/26/2023 7:34 AM**
iPhone (172) (+16315619807)

Good morning, what's going on with this?

**5/3/2023 8:47 AM (Delivered 5/3/2023 8:48 AM)**
iPhone (172) (+16315619807)

Hey brother, how did you end up last month?

**5/3/2023 9:03 AM**

Anthony Deo (5165091668)

Good morning brother.
53
$205k
$363k without pack.
$6853 per copy.

**5/3/2023 9:05 AM**
iPhone (172) (+16315619807)

That's a bit great pvr

**5/3/2023 9:09 AM (Viewed 5/3/2023 9:12 AM)**

Anthony Deo (5165091668)

It was our best grossing month.

**5/3/2023 9:11 AM (Viewed 5/3/2023 9:12 AM)**

Anthony Deo (5165091668)

And there is another $15k profit we made in wholesales that Kendra is gonna post today.

**5/3/2023 9:12 AM**
iPhone (172) (+16315619807)

Imagine that at 100 cars😊

**5/3/2023 9:15 AM (Viewed 5/3/2023 9:49 AM)**

Anthony Deo (5165091668)

😊

**5/24/2023 6:54 PM**
iPhone (172) (+16315619807)

Hey buddy, how is it going? How is the month shaping up? I don't hear from you anymore

**5/24/2023 6:55 PM**
iPhone (172) (+16315619807)

Where are you going to end up this month,

**5/24/2023 6:58 PM**

Anthony Deo (5165091668)

Hey bro.
I am soooo sorry. Doing a million things.  (All For US wink wink) 😊

We are doing our regular 55-60 units. WITH GROSS!!!

**5/24/2023 6:59 PM**
iPhone (172) (+16315619807)

You going to fill me in or just tease? You show 36 in tekion

**5/24/2023 7:00 PM (Viewed 5/24/2023 7:01 PM)**

Anthony Deo (5165091668)

Lolol. I will. Soon I promiseeeeee. 😊

**5/24/2023 7:01 PM**
iPhone (172) (+16315619807)

> I might be there Monday

**5/24/2023 7:07 PM (Viewed 5/24/2023 9:04 PM)**
Anthony Deo (5165091668)

Awesome. Let me know for sure we will go out or something.

**5/28/2023 7:56 AM**
iPhone (172) (+16315619807)

> Good morning brother, how is the month shaping up? How did you do yesterday

**5/28/2023 8:03 AM (Viewed 5/28/2023 8:04 AM)**
Anthony Deo (5165091668)

Good morning my friend.
We're sitting at 47. Did 6 yesterday plus 2 writes.
Tracking $200k++ in gross after pack.

**5/28/2023 8:05 AM**
iPhone (172) (+16315619807)

> I'll be by Tuesday. Look forward to seeing you

**5/28/2023 8:05 AM**
Anthony Deo (5165091668)

😄

**5/28/2023 8:06 AM**
Anthony Deo (5165091668)

Perfect. How long are u staying?

**5/28/2023 8:06 AM**
iPhone (172) (+16315619807)

> Tuesday or on this trip ?

**5/28/2023 8:06 AM**
Anthony Deo (5165091668)

This trip

**5/28/2023 8:07 AM**
iPhone (172) (+16315619807)

> I leave Thursday but I'll be back in 3 weeks and stay for 2 months

**5/28/2023 8:09 AM**
Anthony Deo (5165091668)

Perfect. Make sure you leave a little time to spend with me this week . 😊

**5/28/2023 8:09 AM**
iPhone (172) (+16315619807)

> I'll see you Tuesday morning and we can go have lunch

**5/28/2023 8:10 AM**
iPhone (172) (+16315619807)

> Wednesday I need to get that shot in my eye

**5/28/2023 8:11 AM (Viewed 5/28/2023 8:13 AM)**
Anthony Deo (5165091668)

I'll be coming back from the Hamptons Tuesday morning. Let's do a late lunch or early dinner please brother.

**5/28/2023 8:13 AM**
iPhone (172) (+16315619807)

> Good life you have😂

**5/28/2023 8:14 AM (Viewed 5/28/2023 8:15 AM)**

Anthony Deo (5165091668)

Lolol.
I'm not the one in beautiful Costa Rica my friend. 😄
I wanna be like you when I make it.

**5/28/2023 8:16 AM**
iPhone (172) (+16315619807)

See you Tuesday

**5/28/2023 8:16 AM (Viewed 5/28/2023 8:40 AM)**

Anthony Deo (5165091668)

🙏

**5/30/2023 10:28 AM**
iPhone (172) (+16315619807)

Hey brother, woke not feeling so good. I'm going to hangout for a little and see if I feel better but I might not make it today.

**5/30/2023 10:30 AM (Viewed 5/30/2023 10:38 AM)**

Anthony Deo (5165091668)

Omg. Hope u feel better bro. If u need anything let me know.

**5/31/2023 7:35 AM**
iPhone (172) (+16315619807)

Good morning, I will see you around 9:30

**5/31/2023 7:43 AM (Viewed 5/31/2023 7:48 AM)**

Anthony Deo (5165091668)

Good morning bro. I totally forgot I had a court thing with my attorney this morning. It will be over around 12-1. So u relax and we will chat on the phone later.

**5/31/2023 8:04 AM**

Anthony Deo (5165091668)

So sorry bro. 🙏

**6/7/2023 6:49 PM**
iPhone (172) (+16315619807)

Hey brother, I really need all the final numbers for superb tonight. It's the the 7th and we haven't finish last month

**6/7/2023 6:50 PM**
iPhone (172) (+16315619807)

This has to be the last time it takes this long. I want to close statements by the 7th next month

**6/7/2023 6:52 PM**
iPhone (172) (+16315619807)

That's closed and submitted. I have a call with Nissan on Monday for a review and everything has to be in

**6/7/2023 6:52 PM**

Anthony Deo (5165091668)

We pushed the months to last Saturday. And then we were preparing for the audit.
Will get it to you asap.

**6/18/2023 9:27 AM (Viewed 6/18/2023 9:31 AM)**

Anthony Deo (5165091668)

HAPPY FATHERS DAY BROTHER. Enjoy this blessed day with the family 🙏

**6/18/2023 9:31 AM**
iPhone (172) (+16315619807)

Same to you my brother. Thank you

**6/24/2023 8:30 PM (Viewed 6/24/2023 10:03 PM)**

Anthony Deo (5165091668)

5 signed with superb
36k gross total

1 signed mitsu OUTLANDER 😊 (I won the dare)

And another outlander we have to massage with Bank on Monday.

**6/24/2023 10:06 PM**
iPhone (172) (+16315619807)

You are the man!! Help me please with these cars but that's the difference between us (alfas) and everyone else. I knew it would take long.😊

**6/24/2023 10:06 PM**
iPhone (172) (+16315619807)

Wouldn't

**6/24/2023 10:54 PM (Viewed 6/24/2023 11:38 PM)**

Anthony Deo (5165091668)

😊

**6/25/2023 2:59 PM**
iPhone (172) (+16315619807)

🔤Are you ok at $370k if he wants $320k?this is for the 10 suburban and Escalades.

**6/25/2023 3:32 PM (Viewed 6/25/2023 8:31 PM)**

Anthony Deo (5165091668)

That's still ok bro

**6/26/2023 7:54 AM**
iPhone (172) (+16315619807)

Good morning brother, can you send someone to look that the suburbans at 1:30-2:00 in LIC?

**6/26/2023 7:55 AM**

Anthony Deo (5165091668)

Yes absolutely. Can you send me the address please.

**6/26/2023 7:55 AM**
iPhone (172) (+16315619807)

39-22 23st Long Island City NY 11101

**6/26/2023 7:56 AM (Viewed 6/26/2023 7:57 AM)**

Anthony Deo (5165091668)

Perfect.

**6/26/2023 12:22 PM**
iPhone (172) (+16315619807)

Who ever goes needs to ask for Hameed

**6/26/2023 12:23 PM**

Anthony Deo (5165091668)

Ok. I'm headed there myself.

**6/26/2023 12:23 PM**
iPhone (172) (+16315619807)

Awesome

**6/27/2023 1:41 PM (Delivered 6/27/2023 1:42 PM)**
iPhone (172) (+16315619807)

**6/27/2023 1:49 PM (Viewed 6/27/2023 2:04 PM)**

Anthony Deo (5165091668)

Ok will do

**6/29/2023 10:02 AM**
iPhone (172) (+16315619807)

Good morning buddy, can you approve the wires Bruce sent you please. I might swing by today

**6/29/2023 10:02 AM (Viewed 6/29/2023 10:03 AM)**

Anthony Deo (5165091668)

I did.

**6/29/2023 10:03 AM**
iPhone (172) (+16315619807)

Thank you

**6/29/2023 10:03 AM**

Anthony Deo (5165091668)

🙏

**6/29/2023 10:04 AM**
iPhone (172) (+16315619807)

As soon as you can please wire the rest. I'm going to lay out the money today so if you can make sure it's available tomorrow

**6/29/2023 10:04 AM**
iPhone (172) (+16315619807)

You got all the units right?

**6/29/2023 10:05 AM**

Anthony Deo (5165091668)

We didn't get all yet. We are getting more today

**6/29/2023 10:06 AM**
iPhone (172) (+16315619807)

Let me know when you have all of them. Try to get them all today because I wired the $$

**6/29/2023 10:06 AM**

Anthony Deo (5165091668)

Gotcha brother.

**6/29/2023 10:06 AM**
iPhone (172) (+16315619807)

They told me you had them all

**6/29/2023 10:07 AM**
iPhone (172) (+16315619807)

**6/29/2023 10:12 AM (Viewed 6/29/2023 10:13 AM)**

Anthony Deo (5165091668)

No. We got 6 so far.

**6/29/2023 10:45 AM (Viewed 6/29/2023 10:48 AM)**

Anthony Deo (5165091668)

What time u coming by ?

**6/29/2023 10:48 AM**
iPhone (172) (+16315619807)

Around 1:00-2:00

**6/29/2023 10:49 AM (Viewed 6/29/2023 10:50 AM)**

Anthony Deo (5165091668)

Cool 😎

**6/29/2023 8:27 PM**
iPhone (172) (+16315619807)

▮▮▮▮

**6/29/2023 8:27 PM (Viewed 6/29/2023 8:29 PM)**

Anthony Deo (5165091668)

Got it

**6/30/2023 11:10 AM**
iPhone (172) (+16315619807)

Hey brother, did you send that car?

**6/30/2023 11:31 AM (Viewed 6/30/2023 11:42 AM)**

Anthony Deo (5165091668)

Getting it ready to send.

**6/30/2023 11:42 AM**
iPhone (172) (+16315619807)

Thank you

**6/30/2023 11:58 AM (Viewed 6/30/2023 12:01 PM)**

Anthony Deo (5165091668)

I am sending a Blk 7 series to you. But I am just putting 2 new tires on it.

**6/30/2023 12:01 PM**
iPhone (172) (+16315619807)

👍

**6/30/2023 6:23 PM**
iPhone (172) (+16315619807)

Did you send car?

**6/30/2023 6:30 PM (Viewed 6/30/2023 6:43 PM)**

Anthony Deo (5165091668)

Yes bro. So sorry. But the traffic is ridiculous. He is less than an hr away tho.

**6/30/2023 6:43 PM**
iPhone (172) (+16315619807)

Thank you!!

**6/30/2023 6:44 PM (Viewed 6/30/2023 7:46 PM)**

Anthony Deo (5165091668)

We sold out first suburban!!!!!

**6/30/2023 7:46 PM**
iPhone (172) (+16315619807)

That's awesome!! What the gross? 🤑 🤑

**6/30/2023 7:48 PM**
iPhone (172) (+16315619807)

I got a feeling you are going to average $10-$15k on each of those!!

**6/30/2023 7:59 PM**

Anthony Deo (5165091668)

Over 20k bro on this one

**6/30/2023 7:59 PM**
iPhone (172) (+16315619807)

Nice!!!!

Anthony Deo (5165091668)

**6/30/2023 8:00 PM**

😃

**6/30/2023 8:07 PM**
iPhone (172) (+16315619807)

Your guy never got here

Anthony Deo (5165091668)

**6/30/2023 8:07 PM**

Wtf.

Anthony Deo (5165091668)

**6/30/2023 8:07 PM**

Let me find out

Anthony Deo (5165091668)

**6/30/2023 8:10 PM (Viewed 6/30/2023 8:11 PM)**

**6/30/2023 8:11 PM**
iPhone (172) (+16315619807)

👍

**7/3/2023 11:59 AM**
iPhone (172) (+16315619807)

Hey brother, I left the insurance card to my plate in the ranger rover. Could you have someone send me a pic of it

**7/3/2023 11:59 AM**
iPhone (172) (+16315619807)

Thanks

Anthony Deo (5165091668)

**7/3/2023 12:05 PM (Viewed 7/3/2023 12:07 PM)**

Gimme a sec. I'll send

**7/3/2023 12:07 PM**
iPhone (172) (+16315619807)

Thank you brother

Anthony Deo (5165091668)

**7/3/2023 12:08 PM (Viewed 7/3/2023 1:54 PM)**

Where is it? We don't see it.

**7/3/2023 2:05 PM**
iPhone (172) (+16315619807)

My wife said it was in the glove compartment

**7/3/2023 2:05 PM (Delivered 7/3/2023 2:06 PM)**
iPhone (172) (+16315619807)

Did you check both glove compartments?

Anthony Deo (5165091668)

**7/3/2023 2:42 PM**

We checked

**7/3/2023 2:43 PM**
iPhone (172) (+16315619807)

Thank you

**7/3/2023 2:43 PM**
iPhone (172) (+16315619807)

I'll have them send me another one

**7/5/2023 12:00 PM**
iPhone (172) (+16315619807)

Hey brother, how did you end up last month?

**7/5/2023 12:07 PM**

Anthony Deo (5165091668)

Hey bro. The past 5 days it's been no leads cause of car gurus. I woke up to 1 lead for today. So it was like low 50.

**7/10/2023 9:35 AM (Viewed 7/10/2023 10:53 AM)**

Anthony Deo (5165091668)

**7/10/2023 9:35 AM (Viewed 7/10/2023 10:53 AM)**

Anthony Deo (5165091668)

**7/10/2023 9:36 AM (Viewed 7/10/2023 10:53 AM)**

Anthony Deo (5165091668)

JUST CHECKED IT.
WE ARE LIVEEEEEE NOW. !!

**7/10/2023 10:54 AM**
iPhone (172) (+16315619807)

**7/10/2023 1:56 PM**
iPhone (172) (+16315619807)

**7/10/2023 1:57 PM (Viewed 7/10/2023 2:03 PM)**

Anthony Deo (5165091668)

🙏

**7/16/2023 1:29 PM (Delivered 7/16/2023 1:30 PM)**
iPhone (172) (+16315619807)

Hey brother, I leave Tuesday so I'm going to assume you still haven't heard anything. I'm going to get my ducks in a row and assume it's going to be a while since I haven't heard anything from you. How is the month shaping up?

**7/16/2023 1:54 PM (Viewed 7/16/2023 2:36 PM)**

Anthony Deo (5165091668)

Hi brother.
I got my final term sheet. Just awaiting funding. It's not going to be a while now.
Before next week is over we should be funded. When do you have to close your deal?
The month is getting better. Grosses are strong.

**7/16/2023 4:03 PM**
iPhone (172) (+16315619807)

I need it by end of next week beginning of the next but I leave Tuesday so I need to know 100% or leave something else set up

**7/16/2023 6:32 PM**
iPhone (172) (+16315619807)

?

53

**7/16/2023 7:25 PM (Viewed 7/16/2023 7:34 PM)**

Anthony Deo (5165091668)

Ok gotcha brother. I'm 100% going to be good for you.

**7/17/2023 5:09 PM**
iPhone (172) (+16315619807)

Call me when you get a chance

**7/17/2023 5:15 PM (Viewed 7/17/2023 6:26 PM)**

Anthony Deo (5165091668)

I'll call u in a lil. I broke down in the middle of the road in Hicksville

**7/19/2023 10:42 AM**
iPhone (172) (+16315619807)

**7/24/2023 12:02 PM**
iPhone (172) (+16315619807)

Good morning, pleas update me on where you are with your loan

**7/24/2023 12:05 PM**

Anthony Deo (5165091668)

Good morning brother.  Awaiting a meeting with Michael later. We might need a little more time.

**7/28/2023 10:18 PM (Viewed 7/29/2023 3:01 AM)**

Anthony Deo (5165091668)

Hey brother.
I know you told me to keep you in the loop. I missed my deadline today. I know.
They pushed my funding back a couple weeks. I just wanted to let you know brother 🙏

**7/31/2023 6:13 AM**
iPhone (172) (+16315619807)

Good morning, how is the month shaping up?

**7/31/2023 7:43 AM (Viewed 7/31/2023 9:03 AM)**

Anthony Deo (5165091668)

Good morning brother.
Rough month. But we're looking like we are going to achieve our regular numbers.

**8/3/2023 5:55 PM**
iPhone (172) (+16315619807)

Anthony, I don't know what's going on but I hope there is a good explanation. I can't come up with what it could be but I hope there is. I tried to help you and your family as you have said many times but I guess you really didn't mean that. even after everyone told me to look out for you I stood and said it was Josh spreading stuff about you. Even now I told Bruce I don't want this partnership so I need to help you get in your own so you would make me whole and I would end our relationship but you could operate on your own. Tell me why you would do this??

**8/3/2023 5:57 PM**
iPhone (172) (+16315619807)

I'm on a plane and I have an eye doctor apt in the morning which will take me out for the day. We will probably have an audit tomorrow which will put this in another level so please explain to me why?

**8/3/2023 5:58 PM**

Anthony Deo (5165091668)

What is this Tony?

**8/3/2023 5:58 PM**

Anthony Deo (5165091668)

I feel offended they way I am being spoken to

54

**8/3/2023 5:58 PM**

Anthony Deo (5165091668)

And about

**8/3/2023 6:00 PM**
iPhone (172) (+16315619807)

There are a lot of cars missing and we are having an audit.Eugene said there was no way we would pass an audit which is why everyone went to make sure we could. I already out in $760k in double floored cars so I need to make sure we have everything accounted for. If these guys are wrong then go over all the cars with them and show them we will pass the audit

**8/3/2023 6:03 PM**
iPhone (172) (+16315619807)

I don't know how they are speaking to you but they are telling me we can't pass the audit and I'm out $760k right now so forgive me for not feeling warm and fuzzy right now

**8/3/2023 6:04 PM**
iPhone (172) (+16315619807)

If this is all a misunderstanding show them but right now you should be helping me figure it out if there is nothing wrong

**8/3/2023 6:14 PM (Viewed 8/3/2023 6:15 PM)**

Anthony Deo (5165091668)

So this is what you do???

**8/3/2023 6:16 PM**
iPhone (172) (+16315619807)

What did I do but make sure we pass

**8/3/2023 6:20 PM**

Anthony Deo (5165091668)

Cops to kick me off the lot?

**8/3/2023 6:22 PM**
iPhone (172) (+16315619807)

Anthony, Bruce called Eugene to make  sure we were ok on an audit, Eugene said no way we pass, they went and checked and there are a ton of cars missing. I didn't do anything even after I found out that you double floored $760k because I thought you were probably floating till you got your money. Explain this to me. The are ove 60 cars they can't account for

**8/3/2023 6:22 PM**

Anthony Deo (5165091668)

Not true

**8/3/2023 6:24 PM**
iPhone (172) (+16315619807)

Then show them we are ok and I'll put you in an open point Mitsu in CT tomorrow if you can find a spot if not they are correct and I made a huge mistake and we will see how it all ends

**8/3/2023 6:27 PM**
iPhone (172) (+16315619807)

Our relationship is definitely over but I'm not stupid. If you pay me what I'm out and we are ok I'll get you to stand on your own in a store even if the process takes a year.

**8/3/2023 6:30 PM**
iPhone (172) (+16315619807)

I don't know why you would do this? I've made some bad character calls but this would be my worst. I promise you this if the audit proves these guys wrong and the only thing wrong is the $760k in cars you double floored I will honor my word but if not this is going to be a long expensive battle

**8/3/2023 6:37 PM**

Anthony Deo (5165091668)

What battle??? But the cops??

**8/3/2023 6:39 PM**
iPhone (172) (+16315619807)

Anthony, it's not that difficult. If there are 150 cars on floor then show them 150 cars and I promise the next discussion is how do we separate with you standing on your own period

**8/3/2023 6:42 PM**
iPhone (172) (+16315619807)

If there are 50 cars missing then they are trying to figure out how to get through this audit without anymore damage and we can talk when I'm back tomorrow or later today. How can we not account for that many cars. It just counting and you say there's nothing wrong but you can't show them the cars

**8/3/2023 6:43 PM**

Anthony Deo (5165091668)

It's 20 sold cars they didn't touch.

**8/3/2023 6:43 PM**

Anthony Deo (5165091668)

That's it

**8/3/2023 6:43 PM**
iPhone (172) (+16315619807)

Then I will personally apologize in front of everyone even though I'm going base on what they are telling me

**8/3/2023 6:44 PM**

Anthony Deo (5165091668)

I'm hurt man

**8/3/2023 6:45 PM (Viewed 8/3/2023 6:44 PM)**

Anthony Deo (5165091668)

Really hurt

**8/3/2023 6:45 PM**
iPhone (172) (+16315619807)

Mike is there, Alex is there and Bruce and you can't make sense of it to them? I know you are smart and would know what you need to show them

**8/3/2023 6:45 PM**
iPhone (172) (+16315619807)

And Eugene started this mess so talk to him

**8/3/2023 7:04 PM**
iPhone (172) (+16315619807)

Actually anthony, this all started with $760k in double floored cars and somehow I still believe you would make good. Don't play victim please and if there is nothing wrong then resolve it with mike and let him tell me it's all ok and I'll get everyone out of there

**8/3/2023 7:19 PM**
iPhone (172) (+16315619807)

Shut down his chase too

**8/3/2023 7:20 PM**
iPhone (172) (+16315619807)

I want to clear this when I land and if it makes sense anthony they will leave. I'll land in an hour

**8/3/2023 7:22 PM**
iPhone (172) (+16315619807)

And we got shut down in chase and ally on top of the $760k.

**8/3/2023 10:18 PM**
iPhone (172) (+16315619807)

I landed and I'm out of the airport. Are you looking to resolve this and show me how wrong the guys are. I just want to move on anthony and I will help you if you don't burn me. I don't know why you decided to do this but if it's fixable I'll just move on and we figure out how I help you move on

651 total messages and 15 total images.