From: **Das, Ronnie** <rondas@nesna1.com>
Date: Fri, Feb 17, 2023 at 1:37 PM
Subject: Over remit tracker - superb motors
To: anthony deo <anthonyd@northshoremotors1.com>
CC: tonyu814@gmail.com <tonyu814@gmail.com>

Hi Anthony,

I've attached the balance tracker for you to look over.

Feel free to contact me if you need anything. I am happy to help

Make it a Great Day !!

**Sincerely,**

**Ronnie"Ron" Das**|Territory Development - North East Region| **Phone +1 9545317896**

*To order forms and brochures, go to www.nnanet.com→   My Links→   Dealer Operations→ Dealer Materials Ordering→   VSC/Extended Protection Plans*

- *To check the latest updates - NNAnet.com → My Documents → Nissan Security+Plus → Bulletins (then sort by 'Published Date') ->NMAC Financial Products Portal*

  

This electronic mail (including any attachments) may contain privileged, confidential, and otherwise protected from disclosure to anyone other than its intended recipient(s). Any dissemination or use of this electronic mail or its contents (including any attachments) by persons other than the intended recipient(s) is strictly prohibited. If you have received this message in error, please notify us immediately by reply e-mail to correct our internal records. Please then delete the original message (including any attachments) in its entirety. Thank you

This electronic mail (including any attachments) may contain information that is privileged, confidential, and/or otherwise protected from disclosure to anyone other than its intended recipient(s). Any dissemination or use of this electronic mail or its contents (including any attachments) by persons other than the intended recipient(s) is strictly prohibited. If you have received this message in error, please notify us immediately by reply e-mail

so that we may correct our internal records. Please then delete the original message (including any attachments) in its entirety. Thank you