

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

July 01, 2023 through July 31, 2023
Account Number: 5518

00051601 DDA 802 212 21323 NNNNNNNNNN 1 000000000 C2 0000
SUPERB MOTORS INC.
PAYROLL ACCOUNT
215 NORTHERN BLVD
GREAT NECK NY 11021-4401

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| WebSite: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

We accept operator relay calls



## CHECKING SUMMARY   Commercial Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/03 | Orig CO Name:Smartcash Ally H    Orig ID:3002719011 Desc Date:230630 CO Entry Descr:EDI/Eftpmtsec:CCD    Trace#:071000284118250 Eed:230703   Ind ID:              Ind Name:Superb Motors Inc.    Ref*1 *D01066110565073\             3002719011 Trn: 1814118250Tc | |
| 07/03 | Orig CO Name:Santander Bank    Orig ID:231237295B Desc Date:230630 CO Entry Descr:Direct Paysec:CCD    Trace#:231372694118253 Eed:230703   Ind ID:C153783              Ind Name:Superb Motors Inc    **150781284** 1C4Pjmlb2Jd529847             3000052175 Trn: 1814118253Tc | |
| 07/05 | Orig CO Name:Santander Bank    Orig ID:231237295B Desc Date:230703 CO Entry Descr:Direct Paysec:CCD    Trace#:231372693569927 Eed:230705   Ind ID:C153783              Ind Name:Superb Motors Inc    **150697053** Waugfafc5Gn034739             3000052676 Trn: 1863569927Tc | |
| 07/05 | Orig CO Name:Tekion Pay    Orig ID:1800948598 Desc Date:     CO Entry Descr:Tekion Paysec:CCD    Trace#:091000013569930 Eed:230705   Ind ID:St-P1H8Z9O8V0L3              Ind Name:Superb Motors Inc Trn: 1863569930Tc | |




**CHASE**

July 01, 2023 through July 31, 2023
Account Number: ▮▮▮▮518

## DEPOSITS AND ADDITIONS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/06 | Orig CO Name:Nissan30705Nmac1     Orig ID:2953680386 Desc Date:     CO Entry Descr:Funding   Sec:CTX   Trace#:051000010957544 Eed:230706   Ind ID:2000124677            Ind Name:0006Superb Motors IN Direct Deposit Trn: 1870957544Tc | ▮ |
| 07/06 | Orig CO Name:Smartcash Ally H     Orig ID:3002719011 Desc Date:230705 CO Entry Descr:EDI/Eftpmtsec:CCD   Trace#:071000288251697 Eed:230706   Ind ID:            Ind Name:Superb Motors Inc.      Ref*1 *D01076110575478\            3002719011 Trn: 1878251697Tc | ▮ |
| 07/06 | Orig CO Name:Santander Consum     Orig ID:2752892697 Desc Date:230705 CO Entry Descr:Direct Paysec:CCD   Trace#:021000020255257 Eed:230706   Ind ID:C153783            Ind Name:Superb Motors Inc      **150792892** Wddlj9BB0Ha201034            0006125763 Trn: 1860255257Tc | ▮ |
| 07/07 | Online Transfer From Chk ...1882 Transaction#: 17828661408 | ▮ |
| 07/07 | Online Transfer From Chk ...3157 Transaction#: 17828667440 | ▮ |
| 07/07 | Orig CO Name:Tekion Pay     Orig ID:1800948598 Desc Date:     CO Entry Descr:Tekion Paysec:CCD   Trace#:091000011097250 Eed:230707   Ind ID:St-V9P4O7V8J1G6            Ind Name:Superb Motors Inc Trn: 1871097250Tc | ▮ |
| 07/10 | Orig CO Name:Smartcash Ally H     Orig ID:3002719011 Desc Date:230707 CO Entry Descr:EDI/Eftpmtsec:CCD   Trace#:071000289488895 Eed:230710   Ind ID:            Ind Name:Superb Motors Inc.      Ref*1 *D01076110584546\            3002719011 Trn: 1889488895Tc | ▮ |
| 07/11 | Orig CO Name:Smartcash Ally H     Orig ID:3002719011 Desc Date:230710 CO Entry Descr:EDI/Eftpmtsec:CCD   Trace#:071000286809015 Eed:230711   Ind ID:            Ind Name:Superb Motors Inc.      Ref*1 *D01076110597454\            3002719011 Trn: 1926809015Tc | ▮ |
| 07/11 | Orig CO Name:Santander Consum     Orig ID:2752892697 Desc Date:230710 CO Entry Descr:Direct Paysec:CCD   Trace#:021000025712541 Eed:230711   Ind ID:C153783            Ind Name:Superb Motors Inc      **150961975** 5Uxkr0C50G0S88326            0006129211 Trn: 1925712541Tc | ▮ |
| 07/11 | Orig CO Name:Smartcash Ally M     Orig ID:9000325833 Desc Date:     CO Entry Descr:EDI Paymtssec:CCD   Trace#:043000262643804 Eed:230711   Ind ID:            Ind Name:10321732001 Trn: 1912643804Tc | ▮ |
| 07/11 | Orig CO Name:Capital One Auto     Orig ID:9541719851 Desc Date:230710 CO Entry Descr:Dealerfundsec:CCD   Trace#:051405512643802 Eed:230711   Ind ID:000046791            Ind Name:Superb Motors Inc Trn: 1912643802Tc | ▮ |
| 07/12 | Orig CO Name:Nissan30711Nmac1     Orig ID:2953680386 Desc Date:     CO Entry Descr:Funding   Sec:CTX   Trace#:051000015975231 Eed:230712   Ind ID:2000131050            Ind Name:0009Superb Motors IN Direct Deposit Trn: 1935975231Tc | ▮ |
| 07/12 | Online Transfer From Chk ...3157 Transaction#: 17866349844 | ▮ |
| 07/12 | Orig CO Name:Caf - New York     Orig ID:9140445001 Desc Date:     CO Entry Descr:Dealers   Sec:CCD   Trace#:021000026479923 Eed:230712   Ind ID:10101034187            Ind Name:Superb Motors Inc Trn: 1926479923Tc | ▮ |
| 07/12 | Orig CO Name:Smartcash Ally H     Orig ID:3002719011 Desc Date:230711 CO Entry Descr:EDI/Eftpmtsec:CCD   Trace#:071000286479925 Eed:230712   Ind ID:            Ind Name:Superb Motors Inc.      Ref*1 *D01076110605345\            3002719011 Trn: 1926479925Tc | ▮ |
| 07/12 | Orig CO Name:Backlotcars     Orig ID:1377753000 Desc Date:230711 CO Entry Descr:Payment  Sec:CCD   Trace#:021000026479928 Eed:230712   Ind ID:1210816            Ind Name:Superb Motors | ▮ |



July 01, 2023 through July 31, 2023
Account Number: ████████518

## DEPOSITS AND ADDITIONS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | Wp1Ab2A23Bla47985-893831-Q411257   000000000003608 Sp2 - 071123 Trn: 1926479928Tc | |
| 07/13 | Orig CO Name:Caf - New York   Orig ID:9140445001 Desc Date:   CO Entry Descr:Dealers  Sec:CCD  Trace#:021000025420489 Eed:230713  Ind ID:10101034187       Ind Name:Superb Motors Inc Trn: 1935420489Tc | |
| 07/14 | Orig CO Name:Caf - New York   Orig ID:9140445001 Desc Date:   CO Entry Descr:Dealers  Sec:CCD  Trace#:021000026504218 Eed:230714  Ind ID:10101034187       Ind Name:Superb Motors Inc Trn: 1946504218Tc | |
| 07/14 | Orig CO Name:Santander Consum   Orig ID:2752892697 Desc Date:230713 CO Entry Descr:Direct Paysec:CCD   Trace#:021000026504215 Eed:230714  Ind ID:C153783       Ind Name:Superb Motors Inc      **151095034** 5Uxwy3C58G0F84400       0006136137 Trn: 1946504215Tc | |
| 07/17 | Orig CO Name:Santander Consum   Orig ID:6363149993 Desc Date:230717 CO Entry Descr:Dlrpmt   Sec:CCD   Trace#:231372692875140 Eed:230717  Ind ID:       Ind Name:Superb Motors Inc 151056910-1Gys4Hkj8Lr109544 Trn: 1982875140Tc | |
| 07/17 | Orig CO Name:Jovia Financial    Orig ID:221480807  Desc Date:071723 CO Entry Descr:Ck-Dep   Sec:CCD   Trace#:221480806370464 Eed:230717  Ind ID:       Ind Name:Superb Motors Inc Dna 49997247 63_Mullrercredit Union Trn: 1986370464Tc | |
| 07/18 | Orig CO Name:Caf - New York   Orig ID:9140445001 Desc Date:   CO Entry Descr:Dealers  Sec:CCD  Trace#:021000029094679 Eed:230718  Ind ID:10101034187       Ind Name:Superb Motors Inc Trn: 1989094679Tc | |
| 07/19 | Orig CO Name:Smartcash Ally H    Orig ID:3002719011 Desc Date:230718 CO Entry Descr:EDI/Eftpmtsec:CCD   Trace#:071000288259309 Eed:230719  Ind ID:       Ind Name:Superb Motors Inc.     Ref*1 *D01076110628717\       3002719011 Trn: 1998259309Tc | |
| 07/20 | Orig CO Name:Nissan30719Nmac1    Orig ID:2953680386 Desc Date:   CO Entry Descr:Funding  Sec:CTX  Trace#:051000016970720 Eed:230720  Ind ID:2000142613       Ind Name:0007Superb Motors IN Direct Deposit Trn: 2016970720Tc | |
| 07/20 | Orig CO Name:Smartcash Ally H    Orig ID:3002719011 Desc Date:230719 CO Entry Descr:EDI/Eftpmtsec:CCD   Trace#:071000287022104 Eed:230720  Ind ID:       Ind Name:Superb Motors Inc.     Ref*1 *D01076110633366\       3002719011 Trn: 2007022104Tc | |
| 07/20 | Orig CO Name:Tekion Pay    Orig ID:1800948598 Desc Date:    CO Entry Descr:Tekion Paysec:CCD   Trace#:091000017022108 Eed:230720  Ind ID:St-E4C0Q8Y7U1A4       Ind Name:Superb Motors Inc Trn: 2007022108Tc | |
| 07/20 | Orig CO Name:Tekion Pay    Orig ID:1800948598 Desc Date:    CO Entry Descr:Tekion Paysec:CCD   Trace#:091000017022107 Eed:230720  Ind ID:St-S8W0A8Q4K8Z6       Ind Name:Superb Motors Inc Trn: 2007022107Tc | |
| 07/21 | Online Transfer From Chk ...3157 Transaction#: 17944968054 | |
| 07/24 | Orig CO Name:Nissan30721Nmac1     Orig ID:2953680386 Desc Date:   CO Entry Descr:Funding  Sec:CTX  Trace#:051000010632873 Eed:230724  Ind ID:2000145275       Ind Name:0007Superb Motors IN Direct Deposit Trn: 2050632873Tc | |
| 07/25 | Fedwire Credit Via: Flushing Bank/226070474 B/O: Northshore Motor Leasing LLC Syosset NY 11791-5328 Ref: Chase Nyc/Ctr/Bnf=Superb Motors Inc. Great Neck NY 11021-4401 US/Ac-00 0000007170 Rfb=No9Px6Skx3 Imad: 0725Mmqfmp46000023 Trn: 0273240206Ff | |
| 07/25 | Online Transfer From Chk ...1882 Transaction#: 17981082408 | |
| 07/25 | Orig CO Name:Santander Consum   Orig ID:6363149993 Desc Date:230725 CO Entry Descr:Dlrpmt   Sec:CCD   Trace#:231372699906630 Eed:230725 | |





July 01, 2023 through July 31, 2023
Account Number: ▮▮▮▮518

## DEPOSITS AND ADDITIONS | (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
|  | Ind ID:           Ind Name:Superb Motors Inc 150681490-Waul2Af2Xkn022788 Trn: 2069906630Tc | ▮ |
| 07/25 | Online Transfer From Chk ...1882 Transaction#: 17978219147 | ▮ |
| 07/25 | Online Transfer From Chk ...3157 Transaction#: 17977623401 | ▮ |
| 07/25 | Orig CO Name:Tekion Pay      Orig ID:1800948598 Desc Date:      CO Entry Descr:Tekion Paysec:CCD   Trace#:091000010040267 Eed:230725  Ind ID:St-N8T4T4D4A7G1         Ind Name:Superb Motors Inc Trn: 2050040267Tc | ▮ |
| 07/26 | Orig CO Name:Jovia Financial      Orig ID:221480807 Desc Date:072623 CO Entry Descr:Ck-Dep  Sec:CCD   Trace#:221480809506387 Eed:230726  Ind ID:           Ind Name:Superb Motors Inc Dna 499975352 2_Sokhendacredit Union Trn: 2079506387Tc | ▮ |
| 07/26 | Orig CO Name:Westlake Service     Orig ID:1539367000 Desc Date:072623 CO Entry Descr:Payables Sec:CCD   Trace#:021000028552483 Eed:230726  Ind ID:EFT00146390         Ind Name:Superb Motors Inc      F_100431402 Dynamics EFT Deposit Trn: 2078552483Tc | ▮ |
| 07/26 | Orig CO Name:Westlake Service     Orig ID:1539367000 Desc Date:072623 CO Entry Descr:Payables Sec:CCD   Trace#:021000028552485 Eed:230726  Ind ID:EFT00146391         Ind Name:Superb Motors Inc      F_100431402 Dynamics EFT Deposit Trn: 2078552485Tc | ▮ |
| 07/27 | Orig CO Name:Nissan30726Nmac2     Orig ID:2953680386 Desc Date:      CO Entry Descr:Funding  Sec:CTX   Trace#:051000016618285 Eed:230727  Ind ID:2000151320         Ind Name:0005Superb Motors IN Direct Deposit Trn: 2086618285Tc | ▮ |
| 07/27 | Orig CO Name:Nissan30726Nmac1     Orig ID:2953680386 Desc Date:      CO Entry Descr:Funding  Sec:CTX   Trace#:051000016618292 Eed:230727  Ind ID:2000150547         Ind Name:0005Superb Motors IN Direct Deposit Trn: 2086618292Tc | ▮ |
| 07/27 | Orig CO Name:Santander Bank      Orig ID:231237295B Desc Date:230727 CO Entry Descr:Dlrpmt  Sec:CCD   Trace#:231372698476738 Eed:230727  Ind ID: Ind Name:Superb Motors Inc      151398031-Wba8B7C55Gk368800 Trn: 2088476738Tc | ▮ |
| 07/27 | Orig CO Name:Santander Consum     Orig ID:6363149993 Desc Date:230727 CO Entry Descr:Dlrpmt  Sec:CCD   Trace#:231372698476735 Eed:230727  Ind ID:           Ind Name:Superb Motors Inc 151454280-Salvp2Bg2Gh078520 Trn: 2088476735Tc | ▮ |
| 07/27 | Orig CO Name:Tekion Pay      Orig ID:1800948598 Desc Date:      CO Entry Descr:Tekion Paysec:CCD   Trace#:091000017125007 Eed:230727  Ind ID:St-F0C0E2I5Y8O9         Ind Name:Superb Motors Inc Trn: 2077125007Tc | ▮ |
| 07/28 | Orig CO Name:Tekion Pay      Orig ID:1800948598 Desc Date:      CO Entry Descr:Tekion Paysec:CCD   Trace#:091000011256252 Eed:230728  Ind ID:St-F0R6U6Q2G7T3         Ind Name:Superb Motors Inc Trn: 2081256252Tc | ▮ |
| 07/28 | Orig CO Name:Tekion Pay      Orig ID:1800948598 Desc Date:      CO Entry Descr:Tekion Paysec:CCD   Trace#:091000011256249 Eed:230728  Ind ID:St-B3C9K4N0B7F3         Ind Name:Superb Motors Inc Trn: 2081256249Tc | ▮ |
| 07/28 | Orig CO Name:Acv Aucti - 1193     Orig ID:1472415221 Desc Date:230728 CO Entry Descr:Payment  Sec:CTX   Trace#:022000042364103 Eed:230728  Ind ID:4075124         Ind Name:0001Superb Motors IN Trn: 2092364103Tc | ▮ |
| 07/28 | Orig CO Name:Tekion Pay      Orig ID:1800948598 Desc Date:      CO Entry Descr:Tekion Paysec:CCD   Trace#:091000011256250 Eed:230728  Ind ID:St-A7C2B8M2M3W2         Ind Name:Superb Motors Inc Trn: 2081256250Tc | ▮ |
| 07/31 | Orig CO Name:Gls          Orig ID:1900772739 Desc Date:230728 CO Entry Descr:Glsfundingsec:CCD   Trace#:091000017436822 Eed:230731  Ind ID:000000029609486         Ind Name:Superb Motors       Gls App Number 29609486 Dealertrack Trn: 2127436822Tc | ▮ |



July 01, 2023 through July 31, 2023
Account Number: █████518

## DEPOSITS AND ADDITIONS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | Total Deposits and Additions | $2,787,770.52 |

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT | CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|---|---|---|



July 01, 2023 through July 31, 2023
Account Number: 518



\* Checks may not appear on your bank statement because they have not yet cleared or appeared on a previous statement. Checks that cleared as an electronic withdrawal will be listed in the Electronic Withdrawals section of the statement. All checks included in the Checks Paid section are viewable as images on Chase.com.

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/03 | Online Domestic Wire Transfer Via: Bk Amer Nyc/026009593 A/C: Cargurus Inc Boston MA 022419008 US Ref: Invcg00424035/Bnf/Invcg00424035 Imad: 0703B1Qgc08C027981 Trn: 3535853184Es | |
| 07/06 | Orig CO Name:Nissan           Orig ID:6379692403 Desc Date:230706 CO Entry Descr:Wfs Pmt   Sec:CCD    Trace#:021000021086929 Eed:230706   Ind ID:708658              Ind Name:Superb Motors Inc. Trn: 1861086929Tc | |
| 07/07 | Orig CO Name:Asf, Dba Insperi      Orig ID:2760487432 Desc Date:230706 CO Entry Descr:Payroll   Sec:CCD    Trace#:111000021951331 Eed:230707   Ind ID:0005090900             Ind Name:Superb Motors Inc. Ty Trn: 1871951331Tc | |
| 07/07 | Online Transfer To Chk ...6362 Transaction#: 17828997276 | |
| 07/07 | Online Transfer To Chk ...6362 Transaction#: 17829083316 | |

Case 2:23-cv-06188-JMW   Document 38-7   Filed 09/13/23   Page 7 of 12 PageID #: 1071



**CHASE**

July 01, 2023 through July 31, 2023
Account Number: ▇▇▇▇▇518

## ELECTRONIC WITHDRAWALS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/07 | Online Domestic Wire Transfer A/C: Star Performance Consulting New York NY 10075-0644 US Trn: 3550563188Es | |
| 07/07 | Online Domestic Wire Transfer Via: Savings Bk Danbury/221172238 A/C: Aotg Consulting Inc Brookfield CT 06804 US Imad: 0707B1Qgc03C006126 Trn: 3550553188Es | |
| 07/10 | Orig CO Name:Nesna Mitu/Affi    Orig ID:7360729375 Desc Date:Jul 10 CO Entry Descr:Nesna   Sec:CCD   Trace#:021000020187189 Eed:230710   Ind ID:Sb30022        Ind Name:Superb Motors Inc Trn: 1880187189Tc | |
| 07/10 | Orig CO Name:Nesna Mitu/Affi    Orig ID:7360729375 Desc Date:Jul 10 CO Entry Descr:Nesna   Sec:CCD   Trace#:021000020187188 Eed:230710   Ind ID:Sa10073        Ind Name:Northshore Motor Leasi Trn: 1880187188Tc | |
| 07/10 | Orig CO Name:Ezpass8882886865    Orig ID:8131996647 Desc Date:    CO Entry Descr:Auto Repl Sec:PPD   Trace#:021000024883675 Eed:230710   Ind ID:5P-303698053        Ind Name:Karla Cruz Trn: 1914883675Tc | |
| 07/11 | Orig CO Name:Nissan        Orig ID:6379692403 Desc Date:230711 CO Entry Descr:Wfs Pmt   Sec:CCD   Trace#:021000023369124 Eed:230711   Ind ID:710301        Ind Name:Superb Motors Inc. Trn: 1913369124Tc | |
| 07/12 | Orig CO Name:Nissan        Orig ID:6379692403 Desc Date:230712 CO Entry Descr:Wfs Pmt   Sec:CCD   Trace#:021000027219449 Eed:230712   Ind ID:710869        Ind Name:Superb Motors Inc. Trn: 1927219449Tc | |
| 07/13 | Orig CO Name:Nissan        Orig ID:6379692403 Desc Date:230713 CO Entry Descr:Wfs Pmt   Sec:CCD   Trace#:021000026074073 Eed:230713   Ind ID:711404        Ind Name:Superb Motors Inc. Trn: 1936074073Tc | |
| 07/13 | Orig CO Name:Nissan        Orig ID:6379692403 Desc Date:230713 CO Entry Descr:Wfs Pmt   Sec:CCD   Trace#:021000026074072 Eed:230713   Ind ID:711403        Ind Name:Superb Motors Inc. Trn: 1936074072Tc | |
| 07/13 | Orig CO Name:Asf, Dba Insperi    Orig ID:2760487432 Desc Date:230712 CO Entry Descr:Payroll   Sec:CCD   Trace#:111000026074070 Eed:230713   Ind ID:0005090900        Ind Name:Superb Motors Inc. Ty Trn: 1936074070Tc | |
| 07/13 | Online Transfer To Chk ...3157 Transaction#: 17873992969 | |
| 07/14 | Orig CO Name:Nissan        Orig ID:6379692403 Desc Date:230714 CO Entry Descr:Wfs Pmt   Sec:CCD   Trace#:021000027424216 Eed:230714   Ind ID:711940        Ind Name:Superb Motors Inc. Trn: 1947424216Tc | |
| 07/14 | Orig CO Name:Nissan        Orig ID:6379692403 Desc Date:230714 CO Entry Descr:Wfs Pmt   Sec:CCD   Trace#:021000027424217 Eed:230714   Ind ID:711941        Ind Name:Superb Motors Inc. Trn: 1947424217Tc | |
| 07/17 | Online Transfer To Chk ...3157 Transaction#: 17897088335 | |
| 07/19 | Online Transfer To Chk ...3157 Transaction#: 17927691494 | |
| 07/20 | Orig CO Name:Caf - New York    Orig ID:9140445001 Desc Date:    CO Entry Descr:Debittranssec:CCD   Trace#:021000027790249 Eed:230720   Ind ID:10101034187        Ind Name:Superb Motors Inc Trn: 2007790249Tc | |
| 07/20 | Orig CO Name:Asf, Dba Insperi    Orig ID:2760487432 Desc Date:230719 CO Entry Descr:Payroll   Sec:CCD   Trace#:111000027790251 Eed:230720   Ind ID:0005090900        Ind Name:Superb Motors Inc. Ty Trn: 2007790251Tc | |
| 07/20 | Online Transfer To Chk ...3157 Transaction#: 17935916911 | |
| 07/21 | Orig CO Name:Nys Dtf Sales    Orig ID:O146013200 Desc Date:    CO Entry Descr:Tax Paymntsec:CCD   Trace#:091000015473948 Eed:230721   Ind ID:000000101616085        Ind Name:Sw2308491591 Trn: 2015473948Tc | |
| 07/24 | Orig CO Name:Nissan        Orig ID:6379692403 Desc Date:230724 CO Entry Descr:Wfs Pmt   Sec:CCD   Trace#:021000021815200 Eed:230724   Ind ID:714892        Ind Name:Superb Motors Inc. Trn: 2021815200Tc | |





July 01, 2023 through July 31, 2023
Account Number: 5518

## ELECTRONIC WITHDRAWALS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/25 | Orig CO Name:Nissan    Orig ID:6379692403 Desc Date:230725 CO Entry Descr:Wfs Pmt  Sec:CCD   Trace#:021000020834733 Eed:230725  Ind ID:715429     Ind Name:Superb Motors Inc. Trn: 2050834733Tc | |
| 07/26 | Orig CO Name:Caf - New York    Orig ID:9140445001 Desc Date:    CO Entry Descr:Debittranssec:CCD   Trace#:021000020949204 Eed:230726  Ind ID:10101034187    Ind Name:Superb Motors Inc Trn: 2060949204Tc | |
| 07/26 | Orig CO Name:Manheim    Orig ID:1581936030 Desc Date:    CO Entry Descr:ACH Paymntsec:CCD   Trace#:091000010949208 Eed:230726  Ind ID:ACH4492627    Ind Name:Superb Motors Inc   Inv#65243503 \5489850   Wddug8Gb4 Ka44585019Merces-Cla Trn: 2060949208Tc | |
| 07/26 | Orig CO Name:Manheim    Orig ID:1581936030 Desc Date:    CO Entry Descr:ACH Paymntsec:CCD   Trace#:091000010949206 Eed:230726  Ind ID:ACH4492554    Ind Name:Superb Motors Inc   Inv#165840059 \5489850   1C4Sdjct1 Mc57439321Dodgeduran Trn: 2060949206Tc | |
| 07/27 | Orig CO Name:Asf, Dba Insperi    Orig ID:2760487432 Desc Date:230726 CO Entry Descr:Payroll  Sec:CCD   Trace#:111000027783250 Eed:230727  Ind ID:0005090900    Ind Name:Superb Motors Inc. Ty Trn: 2077783250Tc | |
| 07/28 | Orig CO Name:Nissan    Orig ID:6379692403 Desc Date:230728 CO Entry Descr:Wfs Pmt  Sec:CCD   Trace#:021000022024864 Eed:230728  Ind ID:716936    Ind Name:Superb Motors Inc. Trn: 2082024864Tc | |
| 07/31 | Orig CO Name:Nissan    Orig ID:6379692403 Desc Date:230731 CO Entry Descr:Wfs Pmt  Sec:CCD   Trace#:021000025112522 Eed:230731  Ind ID:717441    Ind Name:Superb Motors Inc. Trn: 2095112522Tc | |

**Total Electronic Withdrawals**

## OTHER WITHDRAWALS, FEES & CHARGES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/17 | Account Analysis Settlement Charge | |

**Total Other Withdrawals, Fees & Charges**

Your service charges, fees and earnings credit have been calculated through account analysis.

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|



July 01, 2023 through July 31, 2023
Account Number: ▓▓▓▓▓▓▓▓ 5518
---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

JPMorgan Chase Bank, N.A. Member FDIC





July 01, 2023 through July 31, 2023
Account Number: 518

This Page Intentionally Left Blank



July 01, 2023 through July 31, 2023
Account Number          518

## STOP PAYMENT RENEWAL NOTICE

           **BANK NUMBER**
                                802

The following Stop Payments will automatically renew for a 1-year period.  You can revoke a current stop payment via your online channel (Chase.com or JPM ACCESS) or by calling the number on your statement or contacting your Customer Service Representative.

| REVOKE STOP | SEQUENCE NUMBER | DATE ENTERED | RENEWAL DATE | LOW RANGE OR CHECK NUMBER | HIGH RANGE OR AMOUNT |
|---|---|---|---|---|---|
| ☐ | | | | | |




Superb Motors Inc.
Payroll Account
215 Northern Blvd
Great Neck NY 11021-4401

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus OH 43218-2051



July 01, 2023 through July 31, 2023
Account Number: ████████5518

This Page Intentionally Left Blank