**From:** Bennetta, Joe <Joe.Bennetta@nissan-usa.com>
**Sent:** Tuesday, August 1, 2023 4:07 PM
**To:** Bruce Novicky <bruce@teamauto.com>
**Subject:** RE: 8085 Superb Motors, Inc. - Potential Double Floorings 7.31.2023 ** 22 units**

Fantastic thank you so much Bruce!  I appreciate your help!

**Joe Bennetta** | **Financial Services Manager | Northeast Region | Nissan Motor Acceptance Company |**
**Infiniti Financial Services | Mobile: +1 609-495-4834**

**From:** Bruce Novicky <bruce@teamauto.com>
**Sent:** Tuesday, August 1, 2023 3:39 PM
**To:** Bennetta, Joe <Joe.Bennetta@nissan-usa.com>
**Subject:** Re: 8085 Superb Motors, Inc. - Potential Double Floorings 7.31.2023 ** 22 units**

Hi Joe,

Sorry for the delay see the batch below.

We are having logistical issues when wholesaling cars and there seems to be a disconnect with the office at Superb.

For the time being I removed all users access to floor except myself to prevent any issues going forward. I will look more into it the next time I am there and I will make sure we have a similar process implemented to the other stores who do not have this problem.

1

Until I am confident it is resolved and everyone fully understands I will be the only user able to floor on this line.

We are also going to reduce the inventory at the store dramatically overall (at least another $1m on top of this payoff) after speaking with Tony today.



**ACH Payment**

**Posting**

| | | | |
|---|---|---|---|
| Batch Reference | BTCH1250508 | Utilized | 76 |
| Organization | 08085 | Unallocated | 0. |
| Narrative | | | |
| Payment Category | Request Payment | | |
| Process Date | 08/01/2023 | | |
| Posting Date | 08/01/2023 | | |
| Payment Source | ACH Debit - null - JPMORGAN CHASE - Primary | | |
| Request Amount | | | |
| Transaction View | Summary ⌄ | | |

**Selected Transactions**

Global Search All ⌄  ⊘

| Identification | Maturity Date | Amount |
|---|---|---|
| 1C4RJFCG8KC788432 | | 33,650.00 |
| 2T2ZZMCA6HC073637 | | 35,270.00 |
| 55SWF4KB7JU273873 | | 22,635.00 |
| 5UXKR0C53J0X91503 | | 27,575.00 |
| 5UXTY9C06LLE59513 | | 39,075.00 |
| 5UXUJ5C54K9A32646 | | 35,950.00 |
| SALGS2RE3KA519794 | | 62,225.00 |
| SALYA2EX8KA791014 | | 31,275.00 |
| WA1C4AFY9L2045025 | | 43,660.00 |
| WA1LHAF74KD039390 | | 33,475.00 |
| WAUB4CF56JA083170 | | 34,300.00 |
| WAUDNAF46KN011574 | | 25,398.75 |
| WAUP4AF5XJA095252 | | 31,825.00 |
| WBA2H9C36HV986948 | | 24,150.00 |
| WBA4E5C59HG188797 | | 25,450.00 |
| WBAJB1C53KB375171 | | 27,135.00 |
| WBXHT3C35J5K24129 | | 27,235.00 |
| WDDJK7DA4JF052861 | | 57,400.00 |
| WDDSJ4GB7JN508433 | | 21,160.00 |
| WP0AF2A74GL082172 | | 44,450.00 |
| ZAM57YTA4K1314330 | | 36,750.00 |
| ZAM57YTLXK1316469 | | 40,825.00 |

Regards,



**Bruce Novicky**
COO | Team Auto Group
Office 860.900.0660
Email bruce@teamauto.com

IMPORTANT: The contents of this email and any attachments are confidential. They are intended for the named recipient(s) only. If you have received this email by mistake, please notify the sender immediately and do not disclose the contents to anyone or make copies thereof.

**From:** Bennetta, Joe <Joe.Bennetta@nissan-usa.com>
**Sent:** Monday, July 31, 2023 3:38 PM
**To:** Bruce Novicky <bruce@teamauto.com>; Bruce Novicky <bruce@teamauto.com>
**Subject:** FW: 8085 Superb Motors, Inc. - Potential Double Floorings 7.31.2023 ** 22 units**

Hi Bruce.  Can you have these looked into ASAP

**Joe Bennetta | Financial Services Manager | Northeast Region | Nissan Motor Acceptance Company | Infiniti Financial Services | Mobile: +1 609-495-4834**

**From:** Lozon, Nancy <Nancy.Lozon@Nissan-Usa.com>
**Sent:** Monday, July 31, 2023 3:13 PM
**To:** Bennetta, Joe <Joe.Bennetta@nissan-usa.com>
**Cc:** Eirich, John <eirichj@NMAC.COM>; Gilroy, Tim <gilroyt@NMAC.COM>; Beck, Jamie <Jamie.Beck@nissan-usa.com>; Jank, Allison <Allison.Jank@nissan-usa.com>; Broussard, Keeth <BroussK@NMAC.COM>
**Subject:** 8085 Superb Motors, Inc. - Potential Double Floorings 7.31.2023 ** 22 units**
**Importance:** High

Hello,

Below are the 22 units showing for 8085 Superb Motors, Inc. from today's double floored report.

The NMAC floor date has been added for your reference.

If they were the sellers, please have them pay NMAC off. If they are the buyers, please verify they have the titles or expect them in a day or two
If they do not have the titles and do not know when they will get them, please have them remove them from their floor plan until they receive the titles.

Thank you

| Floored Dealer # | Floored Dealer Name | Floored (Y/N) | NMAC Floor Date | VIN | Year | Man |
|---|---|---|---|---|---|---|
| 8085 | SUPERB MOTORS INC. | Y | 7/19/2023 | 5UXKR0C53J0X91503 | 2018 | BMW |
| 8085 | SUPERB MOTORS INC. | Y | 7/21/2023 | 5UXTY9C06LLE59513 | 2020 | BMW |
| 8085 | SUPERB MOTORS INC. | Y | 4/24/2023 | 2T2ZZMCA6HC073637 | 2017 | LEXU |
| 8085 | SUPERB MOTORS INC. | Y | 7/5/2023 | WDDJK7DA4JF052861 | 2018 | MER BEN |
| 8085 | SUPERB MOTORS INC. | Y | 4/19/2023 | WDDSJ4GB7JN508433 | 2018 | MER BEN |

| 8085 | SUPERB MOTORS INC. | Y | 7/5/2023 | SALGS2RE3KA519794 | 2019 | LAN |
| 8085 | SUPERB MOTORS INC. | Y | 6/2/2023 | WBAJB1C53KB375171 | 2019 | BMV |
| 8085 | SUPERB MOTORS INC. | Y | 7/5/2023 | ZAM57YTLXK1316469 | 2019 | MAS |
| 8085 | SUPERB MOTORS INC. | Y | 5/3/2023 | WAUDNAF46KN011574 | 2019 | AUD |
| 8085 | SUPERB MOTORS INC. | Y | 5/17/2023 | WBXHT3C35J5K24129 | 2018 | BMV |
| 8085 | SUPERB MOTORS INC. | Y | 7/21/2023 | WAUB4CF56JA083170 | 2018 | AUD |
| 8085 | SUPERB MOTORS INC. | Y | 7/21/2023 | SALYA2EX8KA791014 | 2019 | LAN |
| 8085 | SUPERB MOTORS INC. | Y | 7/19/2023 | WBA2H9C36HV986948 | 2017 | BMV |
| 8085 | SUPERB MOTORS INC. | Y | 7/21/2023 | 5UXUJ5C54K9A32646 | 2019 | BMV |
| 8085 | SUPERB MOTORS INC. | Y | 7/19/2023 | WBA4E5C59HG188797 | 2017 | BMV |
| 8085 | SUPERB MOTORS INC. | Y | 4/3/2023 | WA1LHAF74KD039390 | 2019 | AUD |
| 8085 | SUPERB MOTORS INC. | Y | 7/21/2023 | WAUP4AF5XJA095252 | 2018 | AUD |
| 8085 | SUPERB MOTORS INC. | Y | 2/27/2023 | 55SWF4KB7JU273873 | 2018 | MER BENZ |
| 8085 | SUPERB MOTORS INC. | Y | 7/11/2023 | 1C4RJFCG8KC788432 | 2019 | JEEP |
| 8085 | SUPERB MOTORS INC. | Y | 3/2/2023 | WA1C4AFY9L2045025 | 2020 | AUD |
| 8085 | SUPERB MOTORS INC. | Y | 7/19/2023 | ZAM57YTA4K1314330 | 2019 | MAS |
| 8085 | SUPERB MOTORS INC. | Y | 7/21/2023 | WP0AF2A74GL082172 | 2016 | POR |

*Sincerely,*

**Nancy Lozon**
Dealer Workout Analyst
Special Credit

Nissan Group of North America
Mobile: +682-261-4960
Fax: +1-972-607-7278



**NISSAN**
GROUP OF NORTH AMERICA