**From:** anthony deo <anthonyd@northshoremotors1.com>
**Date:** February 9, 2023 at 12:07:46 AM EST
**To:** Alysia Cayer <alysia@teamauto.com>
**Cc:** TONYU814@gmail.com
**Subject: Re: Superb cars to floor**

pls see attached

# Anthony Deo
**NORTHSHORE MOTORS**
**Chief Operating Officer.**
180 Michael Drive
Syosset, NY 11791
[www.NorthshoreMotors1.com](http://www.NorthshoreMotors1.com)
Ph.516.226.1400

Admin
This electronic message, including any and all attachments hereto, is intended solely to be used by the individual or entity to which it is addressed.  It may contain information which is privileged, confidential and otherwise exempt by law from disclosure.  If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to its intended recipient, you are herewith notified that any dissemination, distribution, copying or retention of this communication or the information contained herein is strictly prohibited.  If you have received this communication in error, please notify us by telephone immediately and permanently delete the original and any copy or printout thereof - Thank you.

On Feb 8, 2023, at 6:12 PM, Alysia Cayer <alysia@teamauto.com> wrote:

Following up on this, I've cancelled the Aston Martin but I still need to provide proof on the other one.

I only have until 4p tomorrow and this process becomes even more difficult for me to get done.

Thank you

*Alysia Cayer*
*Chief Financial Officer*
*Team Auto Group*
*P) 860-590-8010*
*F) 860-362-8080*
<image001.jpg>

---

**From:** anthony deo <anthonyd@northshoremotors1.com>
**Sent:** Wednesday, February 8, 2023 11:21 AM
**To:** Alysia Cayer <alysia@teamauto.com>
**Cc:** Tonyu814@gmail.com
**Subject:** Re: Superb cars to floor

Alysia give me a Call when you can.

*Anthony Deo*
**NORTHSHORE MOTORS**
**Chief Operating Officer.**
180 Michael Drive
Syosset, NY 11791
www.NorthshoreMotors1.com
Ph.516.226.1400

Admin
This electronic message, including any and all attachments hereto, is intended solely to be used by the individual or entity to which it is addressed.  It may contain information which is privileged, confidential and otherwise exempt by law from disclosure.  If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to its intended recipient, you are herewith notified that any dissemination, distribution, copying or retention of this communication or the information contained herein is strictly prohibited.  If you have received this communication in error, please notify us by telephone immediately and permanently delete the original and any copy or printout thereof - Thank you.

> On Feb 8, 2023, at 10:58 AM, Alysia Cayer <alysia@teamauto.com> wrote:

2

Good Morning I need to provide proof of ownership and the black book on the following two cars to be able to put them on floorplan.

I need to do this because they are both over six figures, much like we did with your lambo.

<image001.png>

<image002.png>

Thank you

Alysia Cayer
Chief Financial Officer
Team Auto Group
P) 860-590-8010
F) 860-362-8080

R Hollenshead HS    P102728

# DEPARTMENT OF JUSTICE - MOTOR VEHICLE DIVISION
## CERTIFICATE OF TITLE

cjb283

| Title Nbr | Year | Make | Model | Extended Model | Style | NCIC Vehicle Type | Unladen Weight/Material |
|---|---|---|---|---|---|---|---|
| AA5453298 | 2017 | Rolls-royce | Dawn | | CV | PC | 5644 |

| VIN/HIN | MT Boat Nbr | Ton Code/Propulsion Type | Odometer | | | | Vehicle Nbr |
|---|---|---|---|---|---|---|---|
| SCA666D53HU102728 | | | 16163 Miles Actual as of 05/01/2021 | | | | 4990617 |

| Brand | Title Issue Date | Vehicle Sale Date | Transfer Reason | Attribute | Owner Tracking Nbr | Fleet Nbr |
|---|---|---|---|---|---|---|
| | 05/01/2021 | 05/01/2021 | OOS Title Transfer | | | |

**Owner Name and Address**
RNS HOLDINGS LLC
1001 S Main St Ste 49
Kalispell MT 59901
Customer Number: 3905879

**This vehicle/vessel is subject to the following security interest(s):**
BMW Financial Services
5550 Britton Pkwy
Hilliard, OH 430267456
05/01/2021
Customer Number: 1568264

Mail To:
RNS HOLDINGS LLC
1001 S Main St Ste 49
Kalispell MT 59901

The vehicle/vessel may be subject to other security interests.

**COPY / NOT TRANSFERABLE**

As the Registered Owner of the above vehicle, I transfer all right, title and interest in the vehicle to the following person, as of the date below:

Print name of buyer: Nissan of Hendersonville
Buyer's Street Address: 1390 Spartanburg Hwy
City: Hendersonville  State: NC  Zip: 29
Date of Transfer: 11-15-22

Odometer now reads: 46,6[?]

Signature of First Owner or Agent of Owner (Transferor): RNS Holdings LLC By: Samuel Gityes
Printed name: Shadspinner Shadspinner

Buyer Acknowledgement signature: [signed]
Printed name: R. Penske (?)




VEHICLE SERVICES BUREAU
P.O. BOX 201431
HELENA MT 59620-1431

CONTROL NO. 16533140
(This is not a title number)

(REV. 11/2017)

## INSTRUCTIONS – READ CAREFULLY

- Purchaser applying for title is required to complete and sign Section D. The purchaser must include their dealer license number, driver license (DL), federal tax identification number (FEIN), tribal identification number (Tribal ID) or corporate identification number (Corp ID). The title must be submitted to the County Treasurer within 40 days of purchase – failure to do so is a violation of MCA 61-3-220 and will result in a $10.00 penalty.
- The secured party must include their driver license, federal tax identification number, tribal identification number or corporate identification number.
- Licensed dealers may execute up to three transfers by completing Dealer Reassignment Sections A, B, and C. Insurance companies may execute one transfer by completing Section A. **WARNING: Federal and state law requires that you transfer ownership to your purchaser and enter the mileage in connection with the transfer – failure to do so or providing a false statement is a violation of state law and may result in fines and/or imprisonment.**
- Any alteration – use of correction fluid/erasure – voids this certificate.

### A – FIRST DEALER/INSURER REASSIGNMENT

For value received I, the undersigned dealer/insurer, transfer ownership of the vehicle/vessel described on this certificate of title to:

Print name of purchaser(s) _____ Address _____

I state that this (check one) 5 ☐ or 6 ☐ digit odometer now reads (no tenths) _____ miles, date read _____ and to the best of my knowledge that it reflects the actual mileage *unless one of the following statements is checked:*

DO NOT CHECK UNLESS APPLICABLE
☐ The odometer reading reflects the amount of mileage *in excess of its mechanical limits.*
☐ The odometer reading is not the actual mileage. *Warning – odometer discrepancy.*

I certify under penalty of law (MCA 45-7-203, Unsworn Falsification to Authorities) that the statements made on this certificate are true and correct to the best of my knowledge, information and belief, and I have full authority to sign for the dealership or insurer.

Signature of dealer/insurer (sign in ink) _____ Printed name _____
Name of dealership/insurer _____ Dealer license number or DL/FEIN/Tribal ID/Corp ID _____

I am aware of the above odometer certification made by the dealer or insurer. Print business name _____

Date of sale _____ Signature of purchaser _____ Printed name (do not type) _____

### B – SECOND DEALER REASSIGNMENT

For value received I, the undersigned dealer, transfer ownership of the vehicle/vessel described on this certificate of title to:

Print name of purchaser(s) _____ Address _____

I state that this (check one) 5 ☐ or 6 ☐ digit odometer now reads (no tenths) _____ miles, date read _____ and to the best of my knowledge that it reflects the actual mileage *unless one of the following statements is checked:*

DO NOT CHECK UNLESS APPLICABLE
☐ The odometer reading reflects the amount of mileage *in excess of its mechanical limits.*
☐ The odometer reading is not the actual mileage. *Warning – odometer discrepancy.*

I certify under penalty of law (MCA 45-7-203, Unsworn Falsification to Authorities) that the statements made on this certificate are true and correct to the best of my knowledge, information and belief, and I have full authority to sign for the dealership.

Signature of dealer (sign in ink) _____ Printed name _____
Name of dealership _____ Dealer license number _____

I am aware of the above odometer certification made by the dealer. Print business name _____

Date of sale _____ Signature of purchaser _____ Printed name (do not type) _____

### C – THIRD DEALER REASSIGNMENT

For value received I, the undersigned dealer, transfer ownership of the vehicle/vessel described on this certificate of title to:

Print name of purchaser(s) _____ Address _____

I state that this (check one) 5 ☐ or 6 ☐ digit odometer now reads (no tenths) _____ miles, date read _____ and to the best of my knowledge that it reflects the actual mileage *unless one of the following statements is checked:*

DO NOT CHECK UNLESS APPLICABLE
☐ The odometer reading reflects the amount of mileage *in excess of its mechanical limits.*
☐ The odometer reading is not the actual mileage. *Warning – odometer discrepancy.*

I certify under penalty of law (MCA 45-7-203, Unsworn Falsification to Authorities) that the statements made on this certificate are true and correct to the best of my knowledge, information and belief, and I have full authority to sign for the dealership.

Signature of dealer (sign in ink) _____ Printed name _____
Name of dealership _____ Dealer license number _____

I am aware of the above odometer certification made by the dealer. Print business name _____

Date of sale _____ Signature of purchaser _____ Printed name (do not type) _____

### D – TITLE APPLICATION – SECURITY INTEREST ACKNOWLEDGMENT

I state that I have compared the manufacturer's vehicle/vessel Identification number shown on the face of this certificate with the manufacturer's vehicle/vessel identification plate affixed to the vehicle/vessel and they agree in every particular. This vehicle/vessel is subject to the security interest(s) shown below. Write "NONE" if no security interest exists: _____

First Secured Party _____ Security Interest Date _____
Address _____ DL/FEIN/Tribal ID/Corp ID _____
Second Secured Party _____ Security Interest Date _____
Address _____ DL/FEIN/Tribal ID/Corp ID _____

I certify under penalty of law (MCA 45-7-203, Unsworn Falsification to Authorities) that the statements made on this certificate are true and correct to the best of my/our knowledge, information and belief, that I are the same person(s) named below in this purchaser(s) application, and if signing for a commercial entity or trust, I have full authority to do so.

Printed or typed name of purchaser/owner/business (1) _____ Printed or typed name of purchaser/owner (2) _____

Mailing address - purchaser 1 _____ Residence address - purchaser 1 (must be street or rural route) _____ City or town _____ State _____ Zip _____

Mailing address - purchaser 2 _____ Residence address - purchaser 2 (must be street or rural route) _____ City or town _____ State _____ Zip _____

Legal signature of purchaser/owner (sign in ink, only one signature required) _____ Dealer License Number _____ DL/FEIN/Tribal ID/Corp ID purchaser (1) _____ DL/FEIN/Tribal ID/Corp ID purchaser (2) _____ Date _____

*[Watermark across page: COPY – NOT TRANSFERABLE]*

MVR-63
(Rev. 01/06)

# POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS, That the undersigned:

Samuel Girgiis

(BUYER)   (SELLER)   OR   (LLEGAL OWNER)

of the following described motor vehicle:

Make Rolls Royce   Type Car

Motor Number _____   Serial Number SCA666D53HU102228

Year Built 2017   Model Dawn

Does hereby authorize and irrevocably appoint:

_____
(ATTORNEY)

my (or our) true and lawful attorney to sign in the name, place and stead of the undersigned, any certificate of title covering the vehicle described above in whatever manner necessary to effect the transfer of such title, application for a duplicate of such title, or application for a new certificate of title of said vehicle as (he) (she) may deem fit and proper, hereby ratifying and confirming whatever action said Attorney shall or may take by virtue hereof in the premises.

IN WITNESS WHEREOF, the undersigned has executed this instrument this

14th day of November, 2022

X _____
(FULL SIGNATURE OF OWNER)

Date: 11/14/22   County Richmond   State NY

I certify that the following person(s) personally appeared before me this day, each acknowledging to me that he or she voluntarily signed the foregoing document for the purpose stated therein and in the capacity indicated:

Samuel Girgiss
(NAME(S) OF PRINCIPAL(S))

Notary Signature _____

Printed or typed name Kristi S. Newton

[Notary Seal: KRISTI S. NEWTON, NOTARY PUBLIC, HENDERSON COUNTY, NC]

[Watermark: COPY NON TRANSFERABLE]

MVR-181
(Rev. 02/22)

# DAMAGE DISCLOSURE STATEMENT

Questions 1 & 4 apply only to five (5) model years old and newer.
*Alterations or erasures void this form.*

**NOTICE TO SELLER:**
STATE LAW REQUIRES THAT EVERY SELLER DISCLOSE TO THE BUYER IF HE/SHE KNOWS THE INFORMATION LISTED BELOW. FAILURE TO DO SO MAY RESULT IN CIVIL AND/OR CRIMINAL LIABILITY.

**NOTICE TO BUYER:**
RETAIN THIS INFORMATION. STATE LAW REQUIRES YOU TO DISCLOSE SIMILAR DAMAGE INFORMATION WHEN YOU SELL OR TRANSFER TITLE TO THIS VEHICLE.

YEAR: 2017
MAKE: Rolls Royce
BODY STYLE: Convertible
V.I.N.: SCA666D53HU102725

1. Has this vehicle been **damaged by collision or other occurrence to the extent that damages exceed 25% of its value at the time of the collision or other occurrence?**
   (Applies to 5 Model Years old and newer)
   ☐ YES   ☒ NO
   If yes, list parts that were damaged.
   _____
   _____

2. Was this vehicle a **salvage motor vehicle?**
   (Applies to All Model Years)
   ☐ YES   ☒ NO
   If yes, In which state was it titled?
   _____

3. Is this vehicle a **flood vehicle?**
   (Applies to All Model Years)
   ☐ YES   ☒ NO

4. Is this vehicle a **recovered theft vehicle?**
   (Applies to 5 Model Years old and newer)
   ☐ YES   ☒ NO
   If yes, list parts that were damaged.
   _____
   _____

5. Has this vehicle been **reconstructed?**
   (Applies to All Model Years)
   ☐ YES   ☒ NO

As the Seller, I declare that the above information is true to the best of my knowledge.

X _[signature]_____
SELLER'S SIGNATURE

DATE: 11/14/22

SELLER'S ADDRESS: 1001 S Main St Kalispell, MT 59901

X _____
BUYER'S ACKNOWLEDGEMENT AND SIGNATURE

*See definitions on reverse side.

*[Watermark: NON TRANSFERABLE COPY]*

STATE OF FLORIDA
DEPARTMENT OF HIGHWAY SAFETY AND MOTOR
VEHICLES DIVISION OF MOTORIST SERVICES
Neil Kirkman Building - Tallahassee, FL 32399-0500

# MOTOR VEHICLE TITLE REASSIGNMENT SUPPLEMENT
(Instructions on Reverse Side)

This reassignment is supplement to: [✓] Title No. **AA453298** State of Issue: **MT**
[ ] Manufacturer's Statement or Certificate of Origin
Is the title electronic? [ ] Yes  [✓] No

## VEHICLE DESCRIPTION

| Vehicle Identification Number | Year | Make | Model | Body |
|---|---|---|---|---|
| SCA666D53HU102728 | 2017 | Rolls | Dawn | Conv |

## REASSIGNMENT INFORMATION

Name of Seller(s)/Agent (Print): **R HOLLENSHEAD AUTO SALES INC**
DL/ID#, DMS ACCT#, FEID#:
DEALER/AUCTION LICENSE (if applicable): **VI-1084241-1**

Street Address: **1182 N Military Trail**
City: **West Palm Beach**
State: **FL**
Zip: **33409**

Selling Price (If Applicable):
Sales Tax Collected (If Applicable):
Sales Tax Reg. No (If Applicable):

Purchaser and Co-Purchaser's Printed Name(s): **SUNRISE AUTO OUTLET**
Date of Sale: **12/2/22**

Purchaser's Address: **189 SUNRISE HWY**
City: **Amityville**
State: **NY**
Zip: **11701**

Co-Purchaser's Address (If applicable):

Auction Name (If applicable):
Auction License Number:
State of License:
Date of Auction:
Street Address:
City:
State:
Zip:

## ODOMETER DISCLOSURE STATEMENT

WARNING: FEDERAL AND STATE LAW REQUIRE THAT YOU STATE THE ODOMETER MILEAGE IN CONNECTION WITH TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT.

I/WE STATE THAT THIS [ ] 5 OR [ ] 6 DIGIT ODOMETER NOW READS, **14,636** XX (NO TENTHS) MILES, DATE READ __/__/__, AND I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING.

CAUTION:
READ CAREFULLY
BEFORE YOU
CHECK A BOX

[ ] 1) REFLECTS ACTUAL MILEAGE
[ ] 2) IS IN EXCESS OF ITS MECHANICAL LIMITS
[ ] 3) IS NOT THE ACTUAL MILEAGE WARNING - ODOMETER DISCREPANCY

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

Printed name of seller(s)/Agent: **R HOLLENSHEAD AUTO SALES INC**
Seller(s)/Agent Signature: *[signature]* **LORI CARPENTER**

Printed name of Co-Seller (If applicable):
Co-Seller Signature (If applicable):

Purchaser(s) Signature:
Co-Purchaser(s) Signature:

Purchaser(s) Printed Name First, Full Middle or Maiden, Last
Co-Purchaser(s) Printed Name First, Full Middle or Maiden, Last

NOTICE: ANY ALTERATION OR ERASURE MAY VOID THIS ASSIGNMENT AND ALL ASSIGNMENTS THAT FOLLOW.

ORIGINAL: SUBMIT WITH APPLICATION FOR TITLE
COPY: SELLER/DEALER RETAIN IN FILE

HSMV 82994 (REV. 04/14) S

*[Watermark: NON TRANSFERABLE COPY]*

NOTICE: ANY ALTERATION OR ERASURE MAY VOID THIS DOCUMENT

# New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE RECEIPT

☐ Salvage MV-907A No. _____

No. EW29964072023

**VEHICLE INFORMATION:**

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|---|---|---|---|---|---|---|---|---|---|
| 2017 | Rolls-Royce | Dawn | CV | BL | N/A | 5644 | G | 12 | 4 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|---|---|---|
| SCA666D53HU102728 0 | | N/A |

**DEALER INFORMATION**

SUNRISE AUTO OUTLETM 189 SUNRISE HIGHWAY, AMITYVILLE, NY 11701

Date of Sale: 01-25-2023

**PURCHASER INFORMATION**

SUPERB MOTORS INC, 215 NORTHERN BLVD, GREAT NECK, NY, 11021

Date of Purchase: 12-02-2022

**PRIOR OWNER INFORMATION**

R HOLLENSHEAD AUTO SALES NC, 1182 N MILITARY TRAIL, WEST PALM BEACH, FL, 33409

## ODOMETER DISCLOSURE STATEMENT

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

☒ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. WARNING: ODOMETER DISCREPANCY."

**ODOMETER READING:** 0 0 4 2 6 6 3 (no tenths)

Check your odometer reading at: verifiny.com/check

Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

## DEALER CERTIFICATION

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full | Date | Seller's Facility No. |
|---|---|---|---|
| [signature] | SUNRISE AUTO OUTLET | 1-25-23 | 7118449 |

## PURCHASER CONFIRMATION

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full | Date | Purchaser's Facility No. |
|---|---|---|---|
| [signature] | SUPERB MOTORS INC | 1-25-23 | 7128150 |

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*

Customer copy

Page 1 of 2

## WHEN SHOULD THIS FORM BE USED?

**FORM HSMV 82994, MOTOR VEHICLE TITLE REASSIGNMENT SUPPLEMENT, MUST BE USED:**

1. with conforming Florida Certificate(s) of Title to make additional dealer reassignments and odometer disclosures when all reassignment and odometer disclosure spaces on the reverse side of the Certificate of Title have been used:

Or

2. with a non-conforming Certificate(s) of Title to make reassignments and odometer disclosures;

Or

3. with conforming MCO, when the MCO is not available at the time of sale;

Or

4. with all out-of-state non-conforming Certificate(s) of Title to make dealer reassignments and odometer disclosures;

Or

5. when ownership is being transferred on an Electronic Certificate(s) of Title.

**NOTE:** This form should NOT be used when the owner is transferring ownership on a vehicle that does not have an electronic Certificate of Title. If the Certificate of Title is NOT electronic, the "Transfer of Title By Seller" section must be completed by the seller(s)/agent.

## FILING:

1. The original HSMV 82994 is to be surrendered with the application for title.

2. The copy of the HSMV 82994 is to be retained by the dealer in his/her records for a period of five (5) years. It is recommended that the individual seller(s) retain a copy of this form for their records.

HSMV 82994 (REV. 04/14) S

MVR-2 (Rev.01/2017)
NCADA

**North Carolina Division of Motor Vehicles**

NO FEE

## DEALER'S REASSIGNMENT OF TITLE TO A MOTOR VEHICLE

To be used by North Carolina licensed dealers to reassign out-of-state assigned certificates of title, non-title state registration certificates and/or bills of sale or other documents acceptable for obtaining a certificate of title in North Carolina for vehicles acquired by North Carolina dealers. May also be used to reassign manufacturer's certificates of origin and North Carolina certificates of title when the space or spaces provided on these documents for dealer's assignments have been used.

YEAR 2017   MAKE RR   BODY STYLE CV   VIN SCA666D53HU102728

Federal and State law requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

### RE-ASSIGNMENT OF TITLE BY LICENSED DEALER

The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address:

R Hollenshead Auto Sales

"I certify to the best of my knowledge that the odometer reading is: 42,056 (NO TENTHS) and reflects the actual mileage of this vehicle unless one of the following statements is checked."

☐ 1. The mileage stated is in excess of its mechanical limits.   ☐ 2. The odometer reading is not the actual mileage.   **WARNING — ODOMETER DISCREPANCY**

DATE VEHICLE DELIVERED TO PURCHASER: 11-28-22

To my knowledge the vehicle described herein:
Yes ☐ No ☒ Has been involved in a collision or other occurrence to the extent that the cost to repair exceeds 25% of fair market retail value.
Yes ☐ No ☐ Has been a flood vehicle, a reconstructed vehicle or a salvage vehicle.

Hand Printed Name and Signature of Dealer or Agent: [signature]

Printed Firm Name: Nissan of Hendersonville   Dealer No. 79694

Date: 11-28-22   County: Henderson   State: NC

I certify that the following person(s) personally appeared before me this day, each acknowledging to me that he or she voluntarily signed the foregoing document for the purpose stated therein and in the capacity indicated: [signature] seller(s)/(name(s) of principal(s)).

Notary Signature: [signature]   Notary Printed or Typed Name: Tori Henderson   My Commission Expires: DEC 28 2024   (SEAL)

"I am aware of the above odometer certification and damage disclosure made by the seller."

Hand Printed Name and Signature(s) of Buyer(s):

### RE-ASSIGNMENT OF TITLE BY LICENSED DEALER

The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address:

_____

"I certify to the best of my knowledge that the odometer reading is: _____ (NO TENTHS) and reflects the actual mileage of this vehicle unless one of the following statements is checked."

☐ 1. The mileage stated is in excess of its mechanical limits.   ☐ 2. The odometer reading is not the actual mileage.   **WARNING — ODOMETER DISCREPANCY**

DATE VEHICLE DELIVERED TO PURCHASER: _____

To my knowledge the vehicle described herein:
Yes ☐ No ☐ Has been involved in a collision or other occurrence to the extent that the cost to repair exceeds 25% of fair market retail value.
Yes ☐ No ☐ Has been a flood vehicle, a reconstructed vehicle or a salvage vehicle.

Hand Printed Name and Signature of Dealer or Agent: _____

Printed Firm Name: _____   Dealer No. _____

Date: _____   County: _____   State: _____

I certify that the following person(s) personally appeared before me this day, each acknowledging to me that he or she voluntarily signed the foregoing document for the purpose stated therein and in the capacity indicated: _____ seller(s)/(name(s) of principal(s)).

Notary Signature: _____   Notary Printed or Typed Name: _____   My Commission Expires: _____   (SEAL)

"I am aware of the above odometer certification and damage disclosure made by the seller."

Hand Printed Name and Signature(s) of Buyer(s):

### RE-ASSIGNMENT OF TITLE BY LICENSED DEALER

The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address:

_____

"I certify to the best of my knowledge that the odometer reading is: _____ (NO TENTHS) and reflects the actual mileage of this vehicle unless one of the following statements is checked."

☐ 1. The mileage stated is in excess of its mechanical limits.   ☐ 2. The odometer reading is not the actual mileage.   **WARNING — ODOMETER DISCREPANCY**

DATE VEHICLE DELIVERED TO PURCHASER: _____

To my knowledge the vehicle described herein:
Yes ☐ No ☐ Has been involved in a collision or other occurrence to the extent that the cost to repair exceeds 25% of fair market retail value.
Yes ☐ No ☐ Has been a flood vehicle, a reconstructed vehicle or a salvage vehicle.

Hand Printed Name and Signature of Dealer or Agent: _____

Printed Firm Name: _____   Dealer No. _____

Date: _____   County: _____   State: _____

I certify that the following person(s) personally appeared before me this day, each acknowledging to me that he or she voluntarily signed the foregoing document for the purpose stated therein and in the capacity indicated: _____ seller(s)/(name(s) of principal(s)).

Notary Signature: _____   Notary Printed or Typed Name: _____   My Commission Expires: _____   (SEAL)

"I am aware of the above odometer certification and damage disclosure made by the seller."

Hand Printed Name and Signature(s) of Buyer(s):

**LIEN OR ENCUMBRANCE - ENTER IN OWNER'S APPLICATION FOR TITLE.**

*This form contains the conforming odometer statement and must have the hand printed name and signature of both the buyer and seller.*

Verify authenticity: Face should have a purple background. Back should contain a watermark that is visible when held at a 45 degree angle.

*(Watermark overlay: "COPY — NON TRANSFERABLE")*

# CHASE CONNECT℠
Printed from Chase Connect

| Wire date | Status | Wire to | Transaction number | Transfer amount | Amount |
|---|---|---|---|---|---|
| Apr 19, 2023 | Completed | CAR BUYERS NYC INC | 8007801107 | $210,900.00 | $210,900.00 USD |

| | |
|---|---|
| Wire to | CAR BUYERS NYC INC (...9499) |
| Wire from | SUPERB OPERATING (...5518) |
| Amount | $210,900.00 USD (U.S. Dollar) |
| Wire fee | See analysis statement |
| Total | $210,900.00 USD (U.S. Dollar) |
| Wire date | Apr 19, 2023 |
| Status | Completed |
| Status date | Apr 19, 2023 |
| Reference number | 0419B1QGC07C026175 |
| Transaction number | 8007801107 |
| Message to recipient | None |
| Message to recipient bank | None |
| Memo | PAYOFF 3 NXTGR VEH 17ROLLS 18Q7 19C300 |
| Submitted by | Not Available |
| Submitted by date and timestamp | 04/19/2023 02:38:37 PM ET |
| Approved by | Administrator |
| Approved by date and timestamp | 04/19/2023 02:56:04 PM ET |
| Last modified by | Not Available |
| Modified by date and timestamp | 04/19/2023 03:10:31 PM ET |