**New York State Department of Motor Vehicles**
## WHOLESALE CERTIFICATE OF SALE RECEIPT

☐ Salvage
MV-907A No. _____

### No. EW31347032023

**VEHICLE INFORMATION:**  SU 848A

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|------------------|-----------|-----------|------------------------|
| 2010 | BUICK | ENCLAVE CXL | SUBN | BK | N/A | 4605 | G | 6 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|---|---|---|
| 5 G A L V B E D 8 A J 2 5 6 3 4 2 | 0 | N/A |

### DEALER INFORMATION

SUPERB MOTORS INC, 215 NORTHERN BLVD, GREAT NECK, NY, 11021, Nassau

| PURCHASER INFORMATION | Date of Sale |
|---|---|
| L&F LUXURY AUTO, 2759 DELK RD STE1360, MARIETTA, GA, 30067 | 03-22-2023 |

| PRIOR OWNER INFORMATION | Date of Purchase |
|---|---|
| LOKESH TAGERAM , 13121 131ST AVE, SOUTH OZONE PK, NY, 11420, NYS Title (363485H) | 03-11-2023 |

### ODOMETER DISCLOSURE STATEMENT

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

☑ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. **WARNING: ODOMETER DISCREPANCY."**

| ODOMETER READING | | | | | | |
|---|---|---|---|---|---|---|
| 0 | 1 | 8 | 9 | 0 | 0 | 0 |
| (no tenths) | | | | | | |

Check your odometer reading at:  verifiny.com/check    Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

### DEALER CERTIFICATION

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full SUPERB MOTORS INC | Date 3.22.23 | Seller's Facility No. 7128150 |
|---|---|---|---|

### PURCHASER CONFIRMATION

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full L&F LUXURY AUTO | Date | Purchaser's Facility No. |
|---|---|---|---|

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*

Customer copy

**New York State Department of Motor Vehicles**
## WHOLESALE CERTIFICATE OF SALE
### No. EW31347032023

| VEHICLE TRANSFER HISTORY | | | | | |
|---|---|---|---|---|---|
| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
| SUPERB MOTORS INC | L&F LUXURY AUTO | 7128150 | 03 / 22 / 2023 | EMV50 | Yes |
| LOKESH TAGERAM | SUPERB MOTORS INC | | 03 / 11 / 2023 | NYST | No |
| JOHNNY RAES AUTO LLC | moe oo | 7124488 | 10 / 10 / 2019 | EMV50 | No |
| CREST CADILLAC | JOHNNY RAES AUTO LLC | 7006709 | 10 / 07 / 2019 | EMV50 | No |
| KENNETH J LAPHAM | CREST CADILLAC | | 09 / 26 / 2019 | OOST | No |

*Any change or Alteration voids this receipt*

TAGERAM,LOKESH
13121 131ST AVE
SOUTH OZONE PA     NY 11420

006615



# CERTIFICATE OF TITLE

## NEW YORK STATE

dmv.ny.gov

| Title and Identification No. | Year | Make | Model Code | Body/Hull | Document No. |
|---|---|---|---|---|---|
| 5GALVBED8AJ256342 | 2010 | BUICK | ENC | SUBN | 363485H |

| Color | Wt./Sts./Lgth. | Fuel | Cyl./Prop. | New or Used | Type of Title | Date Issued |
|---|---|---|---|---|---|---|
| BK | 4605 | GAS | 6 | USED | VEHICLE | 1/18/22 |

ODOMETER READING:   EXEMPT
EXEMPT
VEHICLE OVER 10 YEARS OLD

Name and Address of Owner(s)

TAGERAM, LOKESH
13121 131ST AVE
SOUTH OZONE PA NY 11420



This document is your proof of ownership for this vehicle, boat or manufactured home. Keep it in a safe place, not with your license or registration or in your vehicle or boat. To dispose of your vehicle, boat or manufactured home, complete the transfer section on the back and give this title to the new owner.

Lienholder _____          Lienholder _____

\* NO LIENS RECORDED \*          \* NO LIENS RECORDED \*

Lienholder _____          Lienholder _____

\* NO LIENS RECORDED \*          \* NO LIENS RECORDED \*

MV-999 (1/15)

## DEPARTMENT OF MOTOR VEHICLES

189,000

**ANY CHANGE OR ERASURE WILL VOID THIS TITLE -- ANY FALSE STATEMENT IS A MISDEMEANOR**

**SECTION I - Transfer by Owner**

**ODOMETER DISCLOSURE STATEMENT**

*Note: This vehicle cannot be registered or titled in the name of the new owner unless mileage is disclosed.*
**Federal and State Law require that you state the mileage of the vehicle described on this certificate when transferring ownership. Failure to do so, or providing a false statement, may result in fines and/or imprisonment.**

| ODOMETER READING | |
|---|---|
| | (no tenths) |

I certify that, to the best of my knowledge, this odometer reading *(check one)*:
☑ 1. reflects the ACTUAL MILEAGE as seen on the odometer of the vehicle described on the front.
☐ 2. EXCEEDS MECHANICAL LIMITS (odometer started over at zero)
☐ 3. not the actual mileage. WARNING - ODOMETER DISCREPANCY.

**ODOMETER HAS SPACE FOR:** *(Check one)*
☐ Five Digits, *excluding tenths*
☑ Six Digits, *excluding tenths*

**DAMAGE DISCLOSURE STATEMENT (To be Completed by Owner Named on Face of Title)**

I certify that, to the best of my knowledge, this vehicle ☐ has been or ☑ has not been wrecked, destroyed or damaged to such an extent that the total estimate or actual cost of parts and labor to rebuild or reconstruct the vehicle to the condition it was in before an accident, and for legal operation on the road or highways, is more than 75% of the retail value of the vehicle at the time of loss. (Checking the "has" box means that the vehicle must have an anti-theft examination before being registered and that the title issued will have the statement "Rebuilt Salvage: NY" on it.)

I or we transfer the vehicle, boat or manufactured home described on this certificate. At the time of transfer, this title is subject only to the liens or encumbrances listed on this certificate, if any. I also certify that this is the most recent title issued for this vehicle, boat or manufactured home.
*Note: Section 2113 of the Vehicle and Traffic Law requires that application for a title must be made within 30 days of transfer.*

| Seller's Signature | Seller's Name *(Print in Full)* | | |
|---|---|---|---|
| LOKESH TAGERAM | LOKESH TAGERAM | | |
| Street Address | City | State | ZIP code | Date of Statement |
| 13121 131 st Ave South Ozone NY 11420 | | | |
| Buyer's Signature | Buyer's Name *(Print in Full)* | | |
| Juan M | SUPERB MOTORS INC | | |
| Street Address | City | State | ZIP code | Date of Statement |
| 215 Northern Blvd Great Neck NY 11021 | | | 3-11-23 |

**SECTION II - Reassignment by Manufactured Home Dealer or Registered Boat Dealer or Out-of-State Dealer**

**ODOMETER DISCLOSURE STATEMENT**

*Note: This vehicle cannot be registered or titled in the name of the new owner unless mileage is disclosed.*
**Federal and State Law require that you state the mileage of the vehicle described on this certificate when transferring ownership. Failure to do so, or providing a false statement, may result in fines and/or imprisonment.**

| ODOMETER READING | |
|---|---|
| | (no tenths) |

I certify that, to the best of my knowledge, this odometer reading *(check one)*:
☐ 1. reflects the ACTUAL MILEAGE of the vehicle described on the front.
☐ 2. EXCEEDS MECHANICAL LIMITS (odometer started over at zero)
☐ 3. not the actual mileage. WARNING ODOMETER DISCREPANCY.

**ODOMETER HAS SPACE FOR:** *(Check one)*
☐ Five Digits, *excluding tenths*
☐ Six Digits, *excluding tenths*

I or we transfer the vehicle, boat or manufactured home described on this certificate. At the time of transfer, this title is subject only to the liens or encumbrances listed on this certificate, if any. I also certify that this is the most recent title issued for this vehicle, boat or manufactured home.
*Note: Section 2113 of the Vehicle and Traffic Law requires that application for a title must be made within 30 days of transfer.*

| Seller's Signature | Seller's Name *(Print in Full)* | | |
|---|---|---|---|
| | | | |
| Street Address | City | State | ZIP code | Date of Statement |
| | | | |
| Buyer's Signature | Buyer's Name *(Print in Full)* | | |
| | | | |
| Street Address | City | State | ZIP code | Date of Statement |
| | | | |

MV-999 (1/15)         L 8889918

| Boat Dealer's Facility # |
|---|
| |

SW089DA

# COMMONWEALTH OF PENNSYLVANIA
## CERTIFICATE OF TITLE FOR A VEHICLE

30     FUEL: GAS

2235499900000091-001

| 1FMSK8D89EGA21518 | 2014 | FORD | 76456499201 KE |
|---|---|---|---|
| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE OF VEHICLE | TITLE NUMBER |

| SW | 0 | | OH | 8/10/16 | 050643 | 0 |
|---|---|---|---|---|---|---|
| BODY TYPE | DUP | SEAT CAP | PRIOR TITLE STATE | ODOM. PROCD. DATE | ODOM. MILES | ODOM. STATUS |

| 8/10/16 | 8/10/16 | | | | |
|---|---|---|---|---|---|
| DATE PA TITLED | DATE OF ISSUE | UNLADEN WEIGHT | GVWR | GCWR | TITLE BRANDS |

**ODOMETER STATUS**
0 = ACTUAL MILEAGE
1 = MILEAGE EXCEEDS THE MECHANICAL LIMITS
2 = NOT THE ACTUAL MILEAGE
3 = NOT THE ACTUAL MILEAGE-ODOMETER TAMPERING VERIFIED
4 = EXEMPT FROM ODOMETER DISCLOSURE

**TITLE BRANDS**
A = ANTIQUE VEHICLE
C = CLASSIC VEHICLE
O = COLLECTIBLE VEHICLE
F = OUT OF COUNTRY
G = ORIGINALLY MFGD. FOR NON-U.S. DISTRIBUTION
H = AGRICULTURAL VEHICLE
L = LOGGING VEHICLE
P = IS/WAS A POLICE VEHICLE
R = RECONSTRUCTED
S = STREET ROD
T = RECOVERED THEFT VEHICLE
V = VEHICLE CONTAINS REISSUED VIN
W = FLOOD VEHICLE
X = IS/WAS A TAXI

REGISTERED OWNER(S)

DOMINIQUE DIMETRIUS
KELLY
211 RICHLAND DR
PITTSBURGH PA 15235

FIRST LIEN FAVOR OF:                SECOND LIEN FAVOR OF:

If a second lienholder is listed upon satisfaction of the first lien, the first lienholder must forward this Certificate of Title to the Bureau of Motor Vehicles with the appropriate form and fee.

FIRST LIEN RELEASED _____ DATE

BY _____
       AUTHORIZED REPRESENTATIVE

MAILING ADDRESS

SECOND LIEN RELEASED _____ DATE

BY _____
       AUTHORIZED REPRESENTATIVE

DOMINIQUE DIMETRIUS
KELLY
211 RICHLAND DR
PITTSBURGH PA 15235

**pennsylvania**
DEPARTMENT OF TRANSPORTATION

I certify as of the date of issue, the official records of the Pennsylvania Department of Transportation reflect that the person(s) or company named herein is the lawful owner of the said vehicle.

YASSMIN GRAMIAN P.E.

Secretary of Transportation

DO NOT ACCEPT DOCUMENT WITHOUT VERIFYING THE PRESENCE OF THE LIBERTY BELL WATERMARK

## D. APPLICATION FOR TITLE AND LIEN INFORMATION

TO BE COMPLETED BY PURCHASER WHEN VEHICLE IS SOLD AND THE APPROPRIATE SECTIONS ON THE REVERSE SIDE OF THIS DOCUMENT ARE COMPLETED.

SUBSCRIBED AND SWORN TO BEFORE ME:

| | MO. | DAY | YEAR |
|---|---|---|---|

SIGNATURE OF PERSON ADMINISTERING OATH

SIGN IN PRESENCE OF A NOTARY

STAMP OR SEAL

If a co-purchaser other than your spouse is listed and you want the title to be listed as "Joint Tenants With Right of Survivorship" (on death of one owner, title goes to surviving owner) CHECK HERE ☐. Otherwise, the title will be issued as "Tenants in Common" (on death of one owner, interest of deceased owner goes to his/her heirs or estate).

IF NO LIEN, CHECK ☐    IS THIS AN ELT? (IF YES, FIN REQUIRED)   YES ☐ NO ☐

1ST LIENHOLDER FINANCIAL INSTITUTION NUMBER:

1ST LIENHOLDER NAME

STREET

| CITY | STATE | ZIP |
|---|---|---|

IF NO 2ND LIEN, CHECK ☐ IS THIS AN ELT? (IF YES, FIN REQUIRED) YES ☐ NO ☐

2ND LIENHOLDER FINANCIAL INSTITUTION NUMBER:

2ND LIENHOLDER NAME

STREET

| CITY | STATE | ZIP |
|---|---|---|

The undersigned hereby makes application for Certificate of Title to the vehicle described above, subject to the encumbrances and other legal claims set forth herein.

SIGNATURE OF APPLICANT OR AUTHORIZED SIGNER

SIGNATURE OF CO-APPLICANT/TITLE OF AUTHORIZED SIGNER

86739819

**STORE IN A SAFE PLACE - IF LOST APPLY FOR A DUPLICATE - ANY ALTERATION OR ERASURE VOIDS THIS TITLE**

**(TYPE OR PRINT)** Certificate of Title must be submitted within 20 days, unless the purchaser is a registered dealer holding the vehicle for resale.

**WARNING -** FEDERAL AND STATE LAWS REQUIRE THAT YOU STATE THE MILEAGE IN CONNECTION WITH THE TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES OR IMPRISONMENT.

## A. ASSIGNMENT OF TITLE
Registered dealers must complete Forms MV-27A or MV-27B as required by law. If purchaser is NOT a registered dealer, Section D on the front of this form must be completed.

I/We certify, to the best of my/our knowledge that the odometer reading is

**189683** TENTHS miles and reflects the actual mileage of the vehicle,

unless one of the following boxes is checked:

☐ Reflects the amount of mileage in excess of its mechanical limits  ☐ Is NOT the actual mileage WARNING: Odometer discrepancy

I/We further certify that the vehicle is free of any encumbrance and that the ownership is hereby transferred to the person(s) or the dealer listed.

SUBSCRIBED AND SWORN TO BEFORE ME: ____ MO. ____ DAY ____ YEAR

SIGNATURE OF PERSON ADMINISTERING OATH

STAMP OR SEAL

DO NOT NOTARIZE OR VERIFY UNLESS SIGNED IN YOUR PRESENCE AND PURCHASER'S NAME IS LISTED

| | LAST | FIRST | MIDDLE NAME |
|---|---|---|---|
| PURCHASER OR FULL BUSINESS NAME | SUPERB MOTORS INC | | |
| CO-PURCHASER | | | |

STREET ADDRESS **215 NORTHERN BLVD**

CITY **GREAT NECK**

STATE **NY** ZIP **11021** PURCHASE PRICE OR DIN

PURCHASER SIGNATURE   *[signature]* AGT

CO-PURCHASER SIGNATURE

PURCHASER AND/OR CO-PURCHASER MUST HANDPRINT NAME HERE **Yvonne McCoy**

SIGNATURE OF SELLER  *Dr Robert [signature]*

SIGNATURE OF CO-SELLER

SELLER AND/OR CO-SELLER MUST HANDPRINT NAME HERE **Dominique D. Kelly**

## B. RE-ASSIGNMENT OF TITLE BY REGISTERED DEALER
If purchaser listed in Block A is NOT a registered dealer Section D on the front of this form must be completed.

I/We certify, to the best of my/our knowledge that the odometer reading is

_,_ _,_ _,_ TENTHS ✕ miles and reflects the actual mileage of the vehicle,

unless one of the following boxes is checked:

☐ Reflects the amount of mileage in excess of its mechanical limits  ☐ Is NOT the actual mileage WARNING: Odometer discrepancy

I/We further certify that the vehicle is free of any encumbrance and that the ownership is hereby transferred to the person(s) or the dealer listed.

SUBSCRIBED AND SWORN TO BEFORE ME: ____ MO. ____ DAY ____ YEAR

SIGNATURE OF PERSON ADMINISTERING OATH

STAMP OR SEAL

DO NOT NOTARIZE OR VERIFY UNLESS SIGNED IN YOUR PRESENCE AND PURCHASER'S NAME IS LISTED AND SELLER IS A DEALER

| | LAST | FIRST | MIDDLE NAME |
|---|---|---|---|
| PURCHASER OR FULL BUSINESS NAME | | | |
| CO-PURCHASER | | | |

STREET ADDRESS

CITY

STATE ZIP PURCHASE PRICE OR DIN

PURCHASER SIGNATURE

CO-PURCHASER SIGNATURE

PURCHASER AND/OR CO-PURCHASER MUST HANDPRINT NAME HERE

SIGNATURE OF SELLER

SELLER MUST HANDPRINT NAME HERE

## RE-ASSIGNMENT OF TITLE BY REGISTERED DEALER
If purchaser is NOT a registered dealer Section D on the front of this form must be completed.

I/We certify, to the best of my/our knowledge that the odometer reading is

_,_ _,_ _,_ TENTHS ✕ miles and reflects the actual mileage of the vehicle,

unless one of the following boxes is checked:

☐ Reflects the amount of mileage in excess of its mechanical limits  ☐ Is NOT the actual mileage WARNING: Odometer discrepancy

I/We further certify that the vehicle is free of any encumbrance and that the ownership is hereby transferred to the person(s) or the dealer listed.

SUBSCRIBED AND SWORN TO BEFORE ME: ____ MO. ____ DAY ____ YEAR

SIGNATURE OF PERSON ADMINISTERING OATH

STAMP OR SEAL

DO NOT NOTARIZE OR VERIFY UNLESS SIGNED IN YOUR PRESENCE AND PURCHASER'S NAME IS LISTED AND SELLER IS A DEALER

| | LAST | FIRST | MIDDLE NAME |
|---|---|---|---|
| PURCHASER OR FULL BUSINESS NAME | | | |
| CO-PURCHASER | | | |

STREET ADDRESS

CITY

STATE ZIP PURCHASE PRICE OR DIN

PURCHASER SIGNATURE

CO-PURCHASER SIGNATURE

PURCHASER AND/OR CO-PURCHASER MUST HANDPRINT NAME HERE

SIGNATURE OF SELLER

SELLER MUST HANDPRINT NAME HERE

## RE-ASSIGNMENT OF TITLE BY REGISTERED DEALER
If purchaser is NOT a registered dealer Section D on the front of this form must be completed.

I/We certify, to the best of my/our knowledge that the odometer reading is

_,_ _,_ _,_ TENTHS ✕ miles and reflects the actual mileage of the vehicle,

unless one of the following boxes is checked:

☐ Reflects the amount of mileage in excess of its mechanical limits  ☐ Is NOT the actual mileage WARNING: Odometer discrepancy

I/We further certify that the vehicle is free of any encumbrance and that the ownership is hereby transferred to the person(s) or the dealer listed.

SUBSCRIBED AND SWORN TO BEFORE ME: ____ MO. ____ DAY ____ YEAR

SIGNATURE OF PERSON ADMINISTERING OATH

STAMP OR SEAL

DO NOT NOTARIZE OR VERIFY UNLESS SIGNED IN YOUR PRESENCE AND PURCHASER'S NAME IS LISTED AND SELLER IS A DEALER

| | LAST | FIRST | MIDDLE NAME |
|---|---|---|---|
| PURCHASER OR FULL BUSINESS NAME | | | |
| CO-PURCHASER | | | |

STREET ADDRESS

CITY

STATE ZIP PURCHASE PRICE OR DIN

PURCHASER SIGNATURE

CO-PURCHASER SIGNATURE

PURCHASER AND/OR CO-PURCHASER MUST HANDPRINT NAME HERE

SIGNATURE OF SELLER

SELLER MUST HANDPRINT NAME HERE

MV-4 (12-2015)

## C. ☐ CHECK HERE IF APPLYING FOR A DEALER TITLE AND COMPLETE SECTION D. TITLING FEES $

An employee of an issuing agent licensed as a vehicle dealer by the Pennsylvania State Board of Vehicle Manufacturers, Dealers and Salespersons may verify a person's signature in lieu of notarization.

☐ Salvage
MV-907A No. _____

**New York State Department of Motor Vehicles**
## WHOLESALE CERTIFICATE OF SALE RECEIPT

### No. EW35315362023

## VEHICLE INFORMATION:

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|------------------|-----------|-----------|------------------------|
| 2010 | NISSA | MUR | SUBN | RD | N/A | 4080 | G | 6 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|-------------------------------|---------|--------------------------------|
| J N 8 A Z 1 M W 1 A W 1 1 2 6 9 4 | 0 | N/A |

## DEALER INFORMATION

SUPERB MOTORS INC, 215 NORTHERN BLVD, GREAT NECK, NY, 11021, Nassau

| ## PURCHASER INFORMATION | Date of Sale |
|---|---|
| L & F LUXURY AUTO, 2759 DELK RD STE1360, MARIETTA, GA, 30067 | 08-28-2023 |

| ## PRIOR OWNER INFORMATION | Date of Purchase |
|---|---|
| j r rodriguezalmonte, 25 s 8th st 8b, lebanon, PA, 17042, Out Of State Title (84396289301) | 03-31-2023 |

## ODOMETER DISCLOSURE STATEMENT

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

☑ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. **WARNING: ODOMETER DISCREPANCY."**

| | ODOMETER READING | | | | | | |
|---|---|---|---|---|---|---|---|
| | 0 | 1 | 5 | 7 | 0 | 7 | 0 |
| | (no tenths) | | | | | | |

Check your odometer reading at:  | **verifiny.com/check** |  Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

## DEALER CERTIFICATION

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full SUPERB MOTORS INC | Date 8-28-23 | Seller's Facility No. 7128150 |
|---|---|---|---|

## PURCHASER CONFIRMATION

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full L & F LUXURY AUTO | Date | Purchaser's Facility No. |
|---|---|---|---|

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*

Customer copy

Page 1 of 2

**New York State Department of Motor Vehicles**
## WHOLESALE CERTIFICATE OF SALE

### No. EW35315362023

| VEHICLE TRANSFER HISTORY | | | | | |
|---|---|---|---|---|---|
| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
| SUPERB MOTORS INC | L & F LUXURY AUTO | 7128150 | 08 / 28 / 2023 | EMV50 | Yes |
| J r rodriguezalmonte | SUPERB MOTORS INC | | 03 / 31 / 2023 | OOST | No |
| FX CAPRARA CHEVROLET BUICK | PRIME WHEELS LLC | 7121327 | 05 / 20 / 2020 | PMV50 | Yes |
| ALEXANDER J CRUMB | FX CAPRARA CHEVROLETBUICK | | 03 / 12 / 2020 | NYST | No |

*Any change or Alteration voids this receipt*

Customer copy

# COMMONWEALTH OF PENNSYLVANIA

## CERTIFICATE OF TITLE FOR A VEHICLE

1,006

FUEL TYPE: GASOLINE

220390024002235-001

| JN8AZ1MW1AU112L54 | 2010 | NISSAN | 8439628930 RO |
|---|---|---|---|
| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE OF VEHICLE | TITLE NUMBER |

| ΣDN | 0 | | NY | 3/02/22 | 140989 | 0 |
|---|---|---|---|---|---|---|
| BODY TYPE | DUP | SEAT CAP | PRIOR TITLE STATE | ODOM PROCD. DATE | ODOM MILES | ODOM. STATUS |

| 3/02/22 | 3/02/22 | | | | |
|---|---|---|---|---|---|
| DATE PA TITLED | DATE OF ISSUE | UNLADEN WEIGHT | GVWR | GCWR | TITLE BRANDS |

ODOMETER STATUS
0 = ACTUAL MILEAGE
1 = MILEAGE EXCEEDS THE MECHANICAL LIMITS
2 = NOT THE ACTUAL MILEAGE
3 = NOT THE ACTUAL MILEAGE ODOMETER TAMPERING VERIFIED
4 = EXEMPT FROM ODOMETER DISCLOSURE

TITLE BRANDS
A = ANTIQUE VEHICLE
C = CLASSIC VEHICLE
D = COLLECTIBLE VEHICLE
F = OUT OF COUNTRY
G = ORIGINALLY MFGD. FOR NON-U.S. DISTRIBUTION
H = AGRICULTURAL VEHICLE
L = LOGGING VEHICLE
P = IS/WAS A POLICE VEHICLE
R = RECONSTRUCTED
S = STREET ROD
T = RECOVERED THEFT VEHICLE
V = VEHICLE CONTAINS RE ISSUED VIN
W = FLOOD VEHICLE
X = IS/WAS A TAXI

REGISTERED OWNER(S)

JOSE R RODRIGUEZ
ALMONTE
25 S 8TH ST APT B
LEBANON PA 17042

FIRST LIEN FAVOR OF:

SECOND LIEN FAVOR OF:

If a second lienholder is listed upon satisfaction of the first lien, the first lienholder must forward this Certificate of Title to the Bureau of Motor Vehicles with the appropriate form and fee.

FIRST LIEN RELEASED _____ DATE _____

BY _____
AUTHORIZED REPRESENTATIVE

MAILING ADDRESS

JOSE R RODRIGUEZ
ALMONTE
25 S 8TH ST APT B
LEBANON PA 17042

SECOND LIEN RELEASED _____ DATE _____

BY _____
AUTHORIZED REPRESENTATIVE

## pennsylvania
DEPARTMENT OF TRANSPORTATION

I certify as of the date of issue, the official records of the Pennsylvania Department of Transportation reflect that the person(s) or company named herein is the lawful owner of the said vehicle.

YASSMIN GRAMIAN P.E.

Secretary of Transportation

DO NOT ACCEPT DOCUMENT WITHOUT VERIFYING THE PRESENCE OF THE LIBERTY BELL WATERMARK

### D. APPLICATION FOR TITLE AND LIEN INFORMATION

TO BE COMPLETED BY PURCHASER WHEN VEHICLE IS SOLD AND THE APPROPRIATE SECTIONS ON THE REVERSE SIDE OF THIS DOCUMENT ARE COMPLETED.

SUBSCRIBED AND SWORN TO BEFORE ME:

| MO. | DAY | YEAR |
|---|---|---|

SIGNATURE OF PERSON ADMINISTERING OATH

SIGN IN PRESENCE OF A NOTARY

If a co-purchaser other than your spouse is listed and you want the title to be listed as "Joint Tenants With Right of Survivorship" (on death of one owner, title goes to surviving owner) CHECK HERE ☐. Otherwise, the title will be issued as "Tenants in Common" (on death of one owner, interest of deceased owner goes to his/her heirs or estate).

IF NO LIEN, CHECK ☐   IS THIS AN ELT? (IF YES, FIN REQUIRED)   YES ☐ NO ☐

1ST LIENHOLDER FINANCIAL INSTITUTION NUMBER:

1ST LIENHOLDER NAME

STREET

| CITY | STATE | ZIP |
|---|---|---|

F NO 2ND LIEN, CHECK ☐ IS THIS AN ELT? (IF YES, FIN REQUIRED) YES ☐ NO ☐

2ND LIENHOLDER FINANCIAL INSTITUTION NUMBER:

2ND LIENHOLDER NAME

STREET

| CITY | STATE | ZIP |
|---|---|---|

STAMP OR SEAL

The undersigned hereby makes application for Certificate of Title to the vehicle described above, subject to the encumbrances and other legal claims set forth here.

SIGNATURE OF APPLICANT OR AUTHORIZED SIGNER

SIGNATURE OF CO-APPLICANT/TITLE OF AUTHORIZED SIGNER

84091661

STORE IN A SAFE PLACE - IF LOST APPLY FOR A DUPLICATE - ANY ALTERATION OR ERASURE VOIDS THIS TITLE

**(TYPE OR PRINT)** Certificate of Title must be submitted within 20 days, unless the purchaser is a registered dealer holding the vehicle for resale.

**WARNING -** FEDERAL AND STATE LAWS REQUIRE THAT YOU STATE THE MILEAGE IN CONNECTION WITH THE TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES OR IMPRISONMENT

### A. ASSIGNMENT OF TITLE

Registered dealers must complete Forms MV-27A or MV-27B as required by law. If purchaser is NOT a registered dealer, Section D on the front of this form must be completed.

I/We certify, to the best of my/our knowledge that the odometer reading is

151,010 ✕ TENTHS miles and reflects the actual mileage of the vehicle,

unless one of the following boxes is checked:

☐ Reflects the amount of mileage in excess of its mechanical limits
☐ Is NOT the actual mileage WARNING: Odometer discrepancy

I/We further certify that the vehicle is free of any encumbrance and that the ownership is hereby transferred to the person(s) or the dealer listed.

SUBSCRIBED AND SWORN TO BEFORE ME: ____ MO. ____ DAY ____ YEAR

SIGNATURE OF PERSON ADMINISTERING OATH

PURCHASER OR FULL BUSINESS NAME — LAST / FIRST / MIDDLE NAME: **SUPERB MOTORS INC.**
CO-PURCHASER:
STREET ADDRESS: **215 Northern Blvd**
CITY: **Great Neck**
STATE: **NY**   ZIP: **11021**   PURCHASE PRICE OR DIN:

PURCHASER SIGNATURE

CO-PURCHASER SIGNATURE

PURCHASER AND/OR CO-PURCHASER MUST HANDPRINT NAME HERE: **Yvonne McCoy**

SIGNATURE OF CO-SELLER

SELLER AND/OR CO-SELLER MUST HANDPRINT NAME HERE: **Jose Rodriguez Almonte**

### B. RE-ASSIGNMENT OF TITLE BY REGISTERED DEALER

If purchaser listed in Block A is NOT a registered dealer Section D on the front of this form must be completed.

I/We certify, to the best of my/our knowledge that the odometer reading is

____ TENTHS ✕ miles and reflects the actual mileage of the vehicle,

unless one of the following boxes is checked:

☐ Reflects the amount of mileage in excess of its mechanical limits
☐ Is NOT the actual mileage WARNING: Odometer discrepancy

I/We further certify that the vehicle is free of any encumbrance and that the ownership is hereby transferred to the person(s) or the dealer listed.

SUBSCRIBED AND SWORN TO BEFORE ME: ____ MO. ____ DAY ____ YEAR

SIGNATURE OF PERSON ADMINISTERING OATH

PURCHASER OR FULL BUSINESS NAME — LAST / FIRST / MIDDLE NAME:
CO-PURCHASER:
STREET ADDRESS:
CITY:
STATE:   ZIP:   PURCHASE PRICE OR DIN:

PURCHASER SIGNATURE

CO-PURCHASER SIGNATURE

PURCHASER AND/OR CO-PURCHASER MUST HANDPRINT NAME HERE:

SIGNATURE OF SELLER

SELLER MUST HANDPRINT NAME HERE:

### RE-ASSIGNMENT OF TITLE BY REGISTERED DEALER

If purchaser is NOT a registered dealer Section D on the front of this form must be completed.

I/We certify, to the best of my/our knowledge that the odometer reading is

____ TENTHS ✕ miles and reflects the actual mileage of the vehicle,

unless one of the following boxes is checked:

☐ Reflects the amount of mileage in excess of its mechanical limits
☐ Is NOT the actual mileage WARNING: Odometer discrepancy

I/We further certify that the vehicle is free of any encumbrance and that the ownership is hereby transferred to the person(s) or the dealer listed.

SUBSCRIBED AND SWORN TO BEFORE ME: ____ MO. ____ DAY ____ YEAR

SIGNATURE OF PERSON ADMINISTERING OATH

PURCHASER OR FULL BUSINESS NAME — LAST / FIRST / MIDDLE NAME:
CO-PURCHASER:
STREET ADDRESS:
CITY:
STATE:   ZIP:   PURCHASE PRICE OR DIN:

PURCHASER SIGNATURE

CO-PURCHASER SIGNATURE

PURCHASER AND/OR CO-PURCHASER MUST HANDPRINT NAME HERE:

SIGNATURE OF SELLER

SELLER MUST HANDPRINT NAME HERE:

### RE-ASSIGNMENT OF TITLE BY REGISTERED DEALER

If purchaser is NOT a registered dealer Section D on the front of this form must be completed.

I/We certify, to the best of my/our knowledge that the odometer reading is

____ TENTHS ✕ miles and reflects the actual mileage of the vehicle,

unless one of the following boxes is checked:

☐ Reflects the amount of mileage in excess of its mechanical limits
☐ Is NOT the actual mileage WARNING: Odometer discrepancy

I/We further certify that the vehicle is free of any encumbrance and that the ownership is hereby transferred to the person(s) or the dealer listed.

SUBSCRIBED AND SWORN TO BEFORE ME: ____ MO. ____ DAY ____ YEAR

SIGNATURE OF PERSON ADMINISTERING OATH

PURCHASER OR FULL BUSINESS NAME — LAST / FIRST / MIDDLE NAME:
CO-PURCHASER:
STREET ADDRESS:
CITY:
STATE:   ZIP:   PURCHASE PRICE OR DIN:

PURCHASER SIGNATURE

CO-PURCHASER SIGNATURE

PURCHASER AND/OR CO-PURCHASER MUST HANDPRINT NAME HERE:

SIGNATURE OF SELLER

SELLER MUST HANDPRINT NAME HERE:

STAMP OR SEAL

MV-4 (12-2015)

C. ☐ CHECK HERE IF APPLYING FOR A DEALER TITLE AND COMPLETE SECTION D. TITLING FEES $

*(Right margin, vertical text:)* An employee of an issuing agent licensed as a vehicle dealer by the Pennsylvania State Board of Vehicle Manufacturers, Dealers and Salespersons may verify a person's signature in lieu of notarization.

**New York State Department of Motor Vehicles**
## WHOLESALE CERTIFICATE OF SALE RECEIPT

☐ Salvage
MV-907A No. _____

### No. EW34023642023

**VEHICLE INFORMATION:**

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|------------------|-----------|-----------|------------------------|
| 2011 | PORSC | CAYENNE | SUV | WH | N/A | 4553 | G | 8 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|---|---|---|
| W P 1 A B 2 A 2 3 B L A 4 7 9 8 5 | 0 | N/A |

## DEALER INFORMATION

SUPERB MOTORS INC, 215 NORTHERN BLVD, GREAT NECK, NY, 11021, Nassau

| PURCHASER INFORMATION | Date of Sale |
|---|---|
| AUTOWERKS GROUP INC, 8411 IL ROUTE 31, CARY, IL, 60013 | 07-05-2023 |

| PRIOR OWNER INFORMATION | Date of Purchase |
|---|---|
| CEVAT GUNCIKAN, 45 E NORTHAMPTON ST, WILKES BARRE, PA, 18701, Out Of State Title (84346936801) | 02-25-2023 |

## ODOMETER DISCLOSURE STATEMENT

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

☑ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. **WARNING: ODOMETER DISCREPANCY."**

| ODOMETER READING | | | | | | | |
|---|---|---|---|---|---|---|---|
| 0 | 1 | 0 | 1 | 5 | 5 | 6 | |
| (no tenths) | | | | | | | |

Check your odometer reading at: | verifiny.com/check | Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

### DEALER CERTIFICATION

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full SUPERB MOTORS INC | Date | Seller's Facility No. 7128150 |
|---|---|---|---|

### PURCHASER CONFIRMATION

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full AUTOWERKS GROUP INC | Date | Purchaser's Facility No. |
|---|---|---|---|

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*

**New York State Department of Motor Vehicles**
## WHOLESALE CERTIFICATE OF SALE
### No. EW34023642023

| VEHICLE TRANSFER HISTORY | | | | | |
|---|---|---|---|---|---|
| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
| SUPERB MOTORS INC | AUTOWERKS GROUP INC | 7128150 | 07 / 05 / 2023 | EMV50 | Yes |
| CEVAT GUNCIKAN | SUPERB MOTORS INC | | 02 / 25 / 2023 | OOST | No |

*Any change or Alteration voids this receipt*

Customer copy

# COMMONWEALTH OF PENNSYLVANIA

## CERTIFICATE OF TITLE FOR A VEHICLE

52b

FUEL TYPE: GASOLINE

220473410012446-001

| WP1AB2A23BLA47985 | 2011 | PORSCHE | 84346933801 GU |
|---|---|---|---|
| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE OF VEHICLE | TITLE NUMBER |

| SU | 0 | NJ | 2/16/22 | 095000 | 0 |
|---|---|---|---|---|---|
| BODY TYPE | DUP | SEAT CAP | PRIOR TITLE STATE | ODOM. PROCD. DATE | ODOM. MILES | ODOM. STATUS |

| 2/16/22 | 2/16/22 | | | | |
|---|---|---|---|---|---|
| DATE PA TITLED | DATE OF ISSUE | UNLADEN WEIGHT | GVWR | GCWR | TITLE BRANDS |

**ODOMETER STATUS**
0 = ACTUAL MILEAGE
1 = MILEAGE EXCEEDS THE MECHANICAL LIMITS
2 = NOT THE ACTUAL MILEAGE
3 = NOT THE ACTUAL MILEAGE-ODOMETER TAMPERING VERIFIED
4 = EXEMPT FROM ODOMETER DISCLOSURE

**TITLE BRANDS**
A = ANTIQUE VEHICLE
C = CLASSIC VEHICLE
D = COLLECTIBLE VEHICLE
F = OUT OF COUNTRY
G = ORIGINALLY MFGD. FOR NON-U.S. DISTRIBUTION
H = AGRICULTURAL VEHICLE
L = LOGGING VEHICLE
P = IS/WAS A POLICE VEHICLE
R = RECONSTRUCTED
S = STREET ROD
T = RECOVERED THEFT VEHICLE
V = VEHICLE CONTAINS REISSUED VIN
W = FLOOD VEHICLE
X = IS/WAS A TAXI

REGISTERED OWNER(S)

CEVAT GUNCIKAN
45 E NORTHAMPTON ST APT
206
WILKES BARRE PA 18701

FIRST LIEN FAVOR OF:

SECOND LIEN FAVOR OF:

If a second lienholder is listed upon satisfaction of the first lien, the first lienholder must forward this Certificate of Title to the Bureau of Motor Vehicles with the appropriate form and fee.

FIRST LIEN RELEASED _____
DATE

BY _____
AUTHORIZED REPRESENTATIVE

MAILING ADDRESS

SECOND LIEN RELEASED _____
DATE

BY _____
AUTHORIZED REPRESENTATIVE

CEVAT GUNCIKAN
45 E NORTHAMPTON ST APT
206
WILKES BARRE PA 18701



**pennsylvania**
DEPARTMENT OF TRANSPORTATION

I certify as of the date of issue, the official records of the Pennsylvania Department of Transportation reflect that the person(s) or company named herein is the lawful owner of the said vehicle.

YASSMIN GRAMIAN P.E.

Secretary of Transportation

## D. APPLICATION FOR TITLE AND LIEN INFORMATION

TO BE COMPLETED BY PURCHASER WHEN VEHICLE IS SOLD AND THE APPROPRIATE SECTIONS ON THE REVERSE SIDE OF THIS DOCUMENT ARE COMPLETED

SUBSCRIBED AND SWORN
TO BEFORE ME:

| | MO. | DAY | YEAR |
|---|---|---|---|

SIGNATURE OF PERSON ADMINISTERING OATH

SIGN IN PRESENCE OF A NOTARY

If a co-purchaser other than your spouse is listed and you want the title to be listed as "Joint Tenants With Right of Survivorship" (on death of one owner, title goes to surviving owner) CHECK HERE ☐. Otherwise, the title will be issued as "Tenants in Common" (on death of one owner, interest of deceased owner goes to his/her heirs or estate).

IF NO LIEN, CHECK ☐   IS THIS AN ELT? (IF YES, FIN REQUIRED)   YES ☐ NO ☐

1ST LIENHOLDER FINANCIAL INSTITUTION NUMBER:

1ST LIENHOLDER NAME:

STREET:

CITY:          STATE:          ZIP:

The undersigned hereby makes application for Certificate of Title to the vehicle described above, subject to the encumbrances and other legal claims set forth herein.

IF NO 2ND LIEN, CHECK ☐ IS THIS AN ELT? (IF YES, FIN REQUIRED) YES ☐ NO ☐

2ND LIENHOLDER FINANCIAL INSTITUTION NUMBER:

2ND LIENHOLDER NAME:

SIGNATURE OF APPLICANT OR AUTHORIZED SIGNER

STREET:

SIGNATURE OF CO-APPLICANT/TITLE OF AUTHORIZED SIGNER

CITY:          STATE:          ZIP:

STORE IN A SAFE PLACE - IF LOST APPLY FOR A DUPLICATE - ANY ALTERATION OR ERASURE VOIDS THIS TITLE

DO NOT ACCEPT DOCUMENT WITHOUT VERIFYING THE PRESENCE OF THE LIBERTY BELL WATERMARK

STAMP OR SEAL

83967132

(TYPE OR PRINT) Certificate of Title must be submitted within 20 days, unless the purchaser is a registered dealer holding the vehicle for resale.

**WARNING -** FEDERAL AND STATE LAWS REQUIRE THAT YOU STATE THE MILEAGE IN CONNECTION WITH THE TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES OR IMPRISONMENT.

**A.** **ASSIGNMENT OF TITLE**   Registered dealers must complete Forms MV-27A or MV-27B as required by law. If purchaser is NOT a registered dealer, Section D on the front of this form must be completed.

I/We certify, to the best of my/our knowledge that the odometer reading is

**106421** ☐☐☐ TENTHS ✕ miles and reflects the actual mileage of the vehicle,

unless one of the following boxes is checked:
☐ Reflects the amount of mileage in excess of its mechanical limits
☐ Is NOT the actual mileage WARNING: Odometer discrepancy

I/We further certify that the vehicle is free of any encumbrance and that the ownership is hereby transferred to the person(s) or the dealer listed.

SUBSCRIBED AND SWORN TO BEFORE ME:   MO.   DAY   YEAR

_SIGNATURE OF PERSON ADMINISTERING OATH_

STAMP OR SEAL

PURCHASER OR FULL BUSINESS NAME   LAST   FIRST   MIDDLE NAME
**Superb Motors Inc**

CO-PURCHASER

STREET ADDRESS **215 Northern Blvd**

CITY **Great Neck**

STATE **NY**   ZIP **11021**   PURCHASE PRICE OR DIN

_PURCHASER SIGNATURE_

CO-PURCHASER SIGNATURE

PURCHASER AND/OR CO-PURCHASER MUST HANDPRINT NAME HERE  **Yvonne McCoy**

**Cevat Guncikan**
_SIGNATURE OF SELLER_

SIGNATURE OF CO-SELLER

SELLER AND/OR CO-SELLER MUST HANDPRINT NAME HERE  **CEVAT GUNCIKAN**

**B.** **RE-ASSIGNMENT OF TITLE BY REGISTERED DEALER**   If purchaser listed in Block A is NOT a registered dealer Section D on the front of this form must be completed.

I/We certify, to the best of my/our knowledge that the odometer reading is

☐☐☐ TENTHS ✕ miles and reflects the actual mileage of the vehicle,

unless one of the following boxes is checked:
☐ Reflects the amount of mileage in excess of its mechanical limits
☐ Is NOT the actual mileage WARNING: Odometer discrepancy

I/We further certify that the vehicle is free of any encumbrance and that the ownership is hereby transferred to the person(s) or the dealer listed.

SUBSCRIBED AND SWORN TO BEFORE ME:   MO.   DAY   YEAR

_SIGNATURE OF PERSON ADMINISTERING OATH_

STAMP OR SEAL

PURCHASER OR FULL BUSINESS NAME   LAST   FIRST   MIDDLE NAME

CO-PURCHASER

STREET ADDRESS

CITY

STATE   ZIP   PURCHASE PRICE OR DIN

PURCHASER SIGNATURE

CO-PURCHASER SIGNATURE

PURCHASER AND/OR CO-PURCHASER MUST HANDPRINT NAME HERE

SIGNATURE OF SELLER

SELLER MUST HANDPRINT NAME HERE

**RE-ASSIGNMENT OF TITLE BY REGISTERED DEALER**   If purchaser is NOT a registered dealer Section D on the front of this form must be completed.

I/We certify, to the best of my/our knowledge that the odometer reading is

☐☐☐ TENTHS ✕ miles and reflects the actual mileage of the vehicle,

unless one of the following boxes is checked:
☐ Reflects the amount of mileage in excess of its mechanical limits
☐ Is NOT the actual mileage WARNING: Odometer discrepancy

I/We further certify that the vehicle is free of any encumbrance and that the ownership is hereby transferred to the person(s) or the dealer listed.

SUBSCRIBED AND SWORN TO BEFORE ME:   MO.   DAY   YEAR

_SIGNATURE OF PERSON ADMINISTERING OATH_

STAMP OR SEAL

PURCHASER OR FULL BUSINESS NAME   LAST   FIRST   MIDDLE NAME

CO-PURCHASER

STREET ADDRESS

CITY

STATE   ZIP   PURCHASE PRICE OR DIN

PURCHASER SIGNATURE

CO-PURCHASER SIGNATURE

PURCHASER AND/OR CO-PURCHASER MUST HANDPRINT NAME HERE

SIGNATURE OF SELLER

SELLER MUST HANDPRINT NAME HERE

**RE-ASSIGNMENT OF TITLE BY REGISTERED DEALER**   If purchaser is NOT a registered dealer Section D on the front of this form must be completed.

I/We certify, to the best of my/our knowledge that the odometer reading is

☐☐☐ TENTHS ✕ miles and reflects the actual mileage of the vehicle,

unless one of the following boxes is checked:
☐ Reflects the amount of mileage in excess of its mechanical limits
☐ Is NOT the actual mileage WARNING: Odometer discrepancy

I/We further certify that the vehicle is free of any encumbrance and that the ownership is hereby transferred to the person(s) or the dealer listed.

SUBSCRIBED AND SWORN TO BEFORE ME:   MO.   DAY   YEAR

_SIGNATURE OF PERSON ADMINISTERING OATH_

STAMP OR SEAL

PURCHASER OR FULL BUSINESS NAME   LAST   FIRST   MIDDLE NAME

CO-PURCHASER

STREET ADDRESS

CITY

STATE   ZIP   PURCHASE PRICE OR DIN

PURCHASER SIGNATURE

CO-PURCHASER SIGNATURE

PURCHASER AND/OR CO-PURCHASER MUST HANDPRINT NAME HERE

SIGNATURE OF SELLER

SELLER MUST HANDPRINT NAME HERE

MV-4 (12-2015)

**C.** ☐ **CHECK HERE IF APPLYING FOR A DEALER TITLE AND COMPLETE SECTION D. TITLING FEES $**

_An employee of an issuing agent licensed as a vehicle dealer by the Pennsylvania State Board of Vehicle Manufacturers, Dealers and Salespersons may verify a person's signature in lieu of notarization._

NEW YORK STATE OF OPPORTUNITY **Department of Motor Vehicles**

Vanguard **VERIFI**

Book of Registry  >  **VIN #WP1AB2A23BLA47985**

# Book of Registry

## White 2011 Porsche CAYENNE (WP1AB2A23BLA47985)

| Vehicle Details | Transfer History | Ownership History | Modification History |
|---|---|---|---|

### Vehicle Details

| | |
|---|---|
| **VEHICLE IDENTIFICATION NUMBER** | WP1AB2A23BLA47985 |
| **MODEL YEAR** | 2011 |
| **MAKE** | Porsche |
| **CLASSIFICATION OF VEHICLE** | Used |
| **CONSIGNOR FACILITY NUMBER** | - |
| **BODY TYPE** | SUV |
| **MODEL** | CAYENNE |
| **CYLINDERS** | 8 |
| **FUEL TYPE** | Gasoline |
| **COLOR1** | White |
| **COLOR2** | - |
| **UNLADEN WEIGHT (LBS)** | 4553 |
| **SEATING CAPACITY (INCLUDING DRIVER)** | 5 |
| **MAXIMUM GROSS WEIGHT (LBS)** | - |
| **ODOMETER READING** | 100921 |
| **ODOMETER CERTIFICATION CONDITION** | Actual Mileage |
| **STATUS** (VEHICLE STATUS HISTORY) | Available |

### Purchase Details

| | |
|---|---|
| **TRANSFEROR FACILITY NUMBER** | - |
| **PURCHASED DATE** | 02-25-2023 |
| **PROOF OF OWNERSHIP DOCUMENT** | Out Of State Title |
| **PROOF OF OWNERSHIP DOCUMENT NUMBER** | 84346936801 |
| **PROOF OF OWNERSHIP STATE** | Pennsylvania |
| **NAME OF PERSON/DEALER VEHICLE WAS PURCHASED FROM** | CEVAT GUNCIKAN |
| **SELLER'S ADDRESS** | 45 E NORTHAMPTON ST, WILKES BARRE, Pennsylvania, 18701 |
| **VEHICLE TAKEN ON CONSIGNMENT** | No |

**Miscellaneous Details**

| | |
|---|---|
| **STOCK NUMBER/SKU/LOT NUMBER** | SU0941A |
| **LAST PLATE NUMBER** | |

**REMARKS**

-

New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE RECEIPT

☐ Salvage
MV-907A No. _____

### No. EW34763462023

SU 0959BB

**VEHICLE INFORMATION:**

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|------------------|-----------|-----------|------------------------|
| 2016 | MASER | QUA | 4DSD | GY | N/A | 4101 | G | 6 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|---|---|---|
| Z A M 5 6 R R A X G 1 1 8 7 6 2 4 | 0 | N/A |

### DEALER INFORMATION

SUPERB MOTORS INC, 215 NORTHERN BLVD, GREAT NECK, NY, 11021, Nassau

### PURCHASER INFORMATION

TEAM AUTO SALES LLC, 4360 US RT 9, FREEHOLD, NJ, 07728

**Date of Sale**
08-04-2023

### PRIOR OWNER INFORMATION

BIG TREE AUTO, 113 ELMVIEW AV UNITC, HAMBURG, NY, 14075, ERIE
Electronic MV-50 Number (EW30509042023)

**Date of Purchase**
02-17-2023

### ODOMETER DISCLOSURE STATEMENT

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

☑ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. **WARNING:** ODOMETER DISCREPANCY."

| ODOMETER READING | | | | | | |
|---|---|---|---|---|---|---|
| 0 | 0 | 7 | 3 | 2 | 7 | 8 |
| (no tenths) | | | | | | |

Check your odometer reading at:  | verifiny.com/check |  Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

### DEALER CERTIFICATION

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full SUPERB MOTORS INC | Date 8/4/23 | Seller's Facility No. 7128150 |
|---|---|---|---|

### PURCHASER CONFIRMATION

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full *Andrea Powell* | PRINT name in full TEAM AUTO SALES LLC | Date 8/4/23 | Purchaser's Facility No. 07116U |
|---|---|---|---|

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*

Customer copy

New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE

### No. EW34763462023

| VEHICLE TRANSFER HISTORY | | | | | |
|---|---|---|---|---|---|
| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
| **SUPERB MOTORS INC** | **TEAM AUTO SALES LLC** | **7128150** | **08 / 04 / 2023** | **EMV50** | **Yes** |
| BIG TREE AUTO BROKERS | SUPERB MOTORS INC | 7096175 | 02 / 17 / 2023 | EMV50 | No |
| WEST HERR AUTO EXCHANGE INC | BIG TREE AUTO BROKERS | 7097327 | 02 / 08 / 2023 | EMV50 | No |
| WEST HERR HONDA OF LOCKPORT | WEST HERR AUTO EXCHANGE INC | 7104597 | 02 / 06 / 2023 | EMV50 | No |
| ABUBAKAR NAHID | WEST HERR HONDA OFLOCKPORT | | 02 / 01 / 2023 | NYST | No |
| AJR AUTOMOTIVE | Abubakar Nahid | 7115667 | 12 / 30 / 2022 | EMV50 | No |
| NBT Bank NA | AJR AUTOMOTIVE | | 11 / 15 / 2022 | REPO | No |

*Any change or Alteration voids this receipt*

Customer copy

SU09598B

**New York State Department of Motor Vehicles**
**WHOLESALE CERTIFICATE OF SALE RECEIPT**

☐ Salvage
MV-907A No. _____

**No. EW30509042023**

## VEHICLE INFORMATION:

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|------------------|-----------|-----------|------------------------|
| 2016 | MASER | QUA | 4DSD | GY | N/A | 4101 | G | 6 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|---|---|---|
| Z A M 5 6 R R A X G 1 1 8 7 6 2 4 | 0 | N/A |

## DEALER INFORMATION

BIG TREE AUTO BROKERS, 113 ELMVIEW AV UNITC, HAMBURG, NY, 14075, Erie

## PURCHASER INFORMATION

| | Date of Sale |
|---|---|
| SUPERB MOTORS INC, 215 NORTHERN BLVD, GREAT NECK, NY, 11021 | 02-17-2023 |

## PRIOR OWNER INFORMATION

| | Date of Purchase |
|---|---|
| WEST HERR AUTO, 4781 CAMP RD, HAMBURG, NY, 14075, ERIE<br>Electronic MV-50 Number (EW30304842023) | 02-08-2023 |

## ODOMETER DISCLOSURE STATEMENT

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

☑ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. **WARNING:** ODOMETER DISCREPANCY."

| ODOMETER READING | | | | | | |
|---|---|---|---|---|---|---|
| 0 | 0 | 7 | 3 | 2 | 7 | 8 |
| (no tenths) | | | | | | |

Check your odometer reading at: | verifiny.com/check | Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

## DEALER CERTIFICATION

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full<br>*William J Elste*<br>BIG TREE AUTO BROKERS | Date<br>2·17·23 | Seller's Facility No.<br>7096175 |
|---|---|---|---|

## PURCHASER CONFIRMATION

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full<br>SUPERB MOTORS INC | Date<br>2-17-23 | Purchaser's Facility No.<br>7128150 |
|---|---|---|---|

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*

**New York State Department of Motor Vehicles**
## WHOLESALE CERTIFICATE OF SALE
### No. EW30509042023

**VEHICLE TRANSFER HISTORY**

| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
|---|---|---|---|---|---|
| WEST HERR AUTO EXCHANGE INC | BIG TREE AUTO BROKERS | 7097327 | 02 / 08 / 2023 | EMV50 | No |
| WEST HERR HONDA OF LOCKPORT | WEST HERR AUTO EXCHANGE INC | 7104597 | 02 / 06 / 2023 | EMV50 | No |
| ABUBAKAR NAHID | WEST HERR HONDA OFLOCKPORT | | 02 / 01 / 2023 | NYST | No |
| AJR AUTOMOTIVE | Abubakar Nahid | 7115667 | 12 / 30 / 2022 | EMV50 | No |
| NBT Bank NA | AJR AUTOMOTIVE | | 11 / 15 / 2022 | REPO | No |

*Any change or Alteration voids this receipt*

Customer copy

New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE RECEIPT

☐ Salvage
MV-907A No. _____

No. EW30304842023

**VEHICLE INFORMATION:**

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|------------------|-----------|-----------|------------------------|
| 2016 | MASER | QUA | 4DSD | GY | N/A | 4101 | G | 6 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|---|---|---|
| Z A M 5 6 R R A X G 1 1 8 7 6 2 4 | 0 | N/A |

**DEALER INFORMATION**

WEST HERR AUTO EXCHANGE INC, 4781 CAMP RD, HAMBURG, NY, 14075, Erie

| **PURCHASER INFORMATION** | Date of Sale |
|---|---|
| BIG TREE AUTO BROKERS, 113 ELMVIEW AV UNITC, HAMBURG, NY, 14075 | 02-08-2023 |

| **PRIOR OWNER INFORMATION** | Date of Purchase |
|---|---|
| WEST HERR HONDA OF, 6120 TRANSIT RD, LOCKPORT, NY, 14094, NIAG
Electronic MV-50 Number (EW30224312023) | 02-06-2023 |

**ODOMETER DISCLOSURE STATEMENT**

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

☑ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. **WARNING:** ODOMETER DISCREPANCY."

| ODOMETER READING | | | | | | |
|---|---|---|---|---|---|---|
| 0 | 0 | 7 | 3 | 2 | 4 | 2 |
| (no tenths) | | | | | | |

Check your odometer reading at: | verifiny.com/check | Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

**DEALER CERTIFICATION**

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full
WEST HERR AUTO
EXCHANGE INC | Date
2/8/23 | Seller's Facility No.
7097327 |

**PURCHASER CONFIRMATION**

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full
BIG TREE AUTO BROKERS | Date
2-8-23 | Purchaser's Facility No.
7096175 |

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*

**New York State Department of Motor Vehicles**
## WHOLESALE CERTIFICATE OF SALE
### No. EW30304842023

| VEHICLE TRANSFER HISTORY | | | | | |
|---|---|---|---|---|---|
| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
| WEST HERR HONDA OF LOCKPORT | WEST HERR AUTO EXCHANGE INC | 7104597 | 02 / 06 / 2023 | EMV50 | No |
| ABUBAKAR NAHID | WEST HERR HONDA OFLOCKPORT | | 02 / 01 / 2023 | NYST | No |
| AJR AUTOMOTIVE | Abubakar Nahid | 7115667 | 12 / 30 / 2022 | EMV50 | No |
| NBT Bank NA | AJR AUTOMOTIVE | | 11 / 15 / 2022 | REPO | No |

*Any change or Alteration voids this receipt*

Customer copy

Salvage
MV-907A No. _____

New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE RECEIPT

### No. EW30224312023

**VEHICLE INFORMATION:**

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|------------------|-----------|-----------|------------------------|
| 2016 | MASER | QUA | 4DSD | GY | N/A | 4101 | G | 6 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|---|---|---|
| Z A M 5 6 R R A X G 1 1 8 7 6 2 4 | 0 | N/A |

### DEALER INFORMATION

WEST HERR HONDA OF LOCKPORT, 6120 TRANSIT RD, LOCKPORT, NY, 14094, Niagara

| ### PURCHASER INFORMATION | Date of Sale |
|---|---|
| WEST HERR AUTO EXCHANGE INC, 4781 CAMP RD, HAMBURG, NY, 14075 | 02-06-2023 |

| ### PRIOR OWNER INFORMATION | Date of Purchase |
|---|---|
| ABUBAKAR NAHID, 1396 EGGERT RD, BUFFALO, NY, 14226, NYS Title (515662B) | 02-01-2023 |

### ODOMETER DISCLOSURE STATEMENT

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

☑ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. **WARNING: ODOMETER DISCREPANCY."**

| ODOMETER READING | | | | | | |
|---|---|---|---|---|---|---|
| 0 | 0 | 7 | 3 | 2 | 4 | 2 |
| | | | (no tenths) | | | |

Check your odometer reading at: **verifiny.com/check**   Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

### DEALER CERTIFICATION

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full *Sheryl Seliger* WEST HERR HONDA OF LOCKPORT | Date 2-6-23 | Seller's Facility No. 7104597 |
|---|---|---|---|

### PURCHASER CONFIRMATION

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full *R. HALL* WEST HERR AUTO EXCHANGE INC | Date 3/6/23 | Purchaser's Facility No. 7097327 |
|---|---|---|---|

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*

Customer copy

**New York State Department of Motor Vehicles**
## WHOLESALE CERTIFICATE OF SALE
### No. EW30224312023

| VEHICLE TRANSFER HISTORY | | | | | |
|---|---|---|---|---|---|
| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
| ABUBAKAR NAHID | WEST HERR HONDA OFLOCKPORT | | 02 / 01 / 2023 | NYST | No |
| AJR AUTOMOTIVE | Abubakar Nahid | 7115667 | 12 / 30 / 2022 | EMV50 | No |
| NBT Bank NA | AJR AUTOMOTIVE | | 11 / 15 / 2022 | REPO | No |

*Any change or Alteration voids this receipt*

# CERTIFICATE OF TITLE

## NEW YORK STATE

dmv.ny.gov

| Title and Identification No. | Year | Make | Model Code | Body/Hull | Document No. |
|---|---|---|---|---|---|
| ZAM56RRAXG1187624<br>ZAM56RRAXG1187624 | 2016 | MASER | QUA | 4DSD | 515662B |

| Color | Wt./Sts./Lgth. | Fuel | Cyl./Prop. | New or Used | Type of Title | Date Issued |
|---|---|---|---|---|---|---|
| GY | 4101 | GAS | 6 | USED | VEHICLE | 1/17/23 |

Name and Address of Owner(s)

NAHID,ABUBAKAR
1396 EGGERT RD
BUFFALO NY          14226

**ODOMETER READING:**  72621
72621

**ACTUAL MILEAGE**



This document is your proof of ownership for this vehicle, boat or manufactured home. Keep it in a safe place, not with your license or registration or in your vehicle or boat. To dispose of your vehicle, boat or manufactured home, complete the transfer section on the back and give this title to the new owner.

Lienholder _____

* NO LIENS RECORDED *

Lienholder _____

* NO LIENS RECORDED *

Lienholder _____

* NO LIENS RECORDED *

Lienholder _____

* NO LIENS RECORDED *

MV-999 (3/21)

VOID IF ALTERED

## DEPARTMENT OF MOTOR VEHICLES

## SECTION I - Transfer by Owner

**ODOMETER DISCLOSURE STATEMENT**

*Note: This vehicle cannot be registered or titled in the name of the new owner unless mileage is disclosed.*
**Federal and State Law require that you state the mileage of the vehicle described on this certificate when transferring ownership. Failure to do so, or providing a false statement, may result in fines and/or imprisonment.**

I certify that, to the best of my knowledge, this odometer reading *(check one)*:
- [x] 1. reflects the ACTUAL MILEAGE as seen on the odometer of the vehicle described on the front.
- [ ] 2. EXCEEDS MECHANICAL LIMITS (odometer started over at zero).
- [ ] 3. not the actual mileage. WARNING - ODOMETER DISCREPANCY.

**ODOMETER READING**
73242
*(no tenths)*

**ODOMETER HAS SPACE FOR:** *(Check one)*
- [ ] Five Digits, *excluding tenths*
- [x] Six Digits, *excluding tenths*

### DAMAGE DISCLOSURE STATEMENT (To be Completed by Owner Named on Face of Title)

I certify that, to the best of my knowledge, this vehicle [ ] has been or [x] has not been wrecked, destroyed or damaged to such an extent that the total estimate or actual cost of parts and labor to rebuild or reconstruct the vehicle to the condition it was in before an accident, and for legal operation on the road or highways, is more than 75% of the retail value of the vehicle at the time of loss. (Checking the "has" box means that the vehicle must have an anti-theft examination before being registered and that the title issued will have the statement "Rebuilt Salvage: NY" on it.)

I or we transfer the vehicle, boat or manufactured home described on this certificate. At the time of transfer, this title is subject only to the liens or encumbrances listed on this certificate, if any. I also certify that this is the most recent title issued for this vehicle, boat or manufactured home.
*Note: Section 2113 of the Vehicle and Traffic Law requires that application for a title must be made within 30 days of transfer.*

**Seller**

| Seller's Signature | | Seller's Name *(Print in Full)* | | |
|---|---|---|---|---|
| *(signature)* | | Abubakar Nakid | | |
| Street Address | City | State | ZIP code | Date of Statement |
| 396 Eggert Rd | Buffalo | NY | 14226 | 2-1-23 |

**Buyer**

| Buyer's Signature | | Buyer's Name *(Print in Full)* | | |
|---|---|---|---|---|
| *(signature)* | | West Herr Honda of Lockport | Sheryl Seliger | |
| Street Address | City | 6120 Transit Road | | Date of Statement |
| | | Lockport, New York 14094 | | 2-1-23 |

## SECTION II - Reassignment by Manufactured Home Dealer or Registered Boat Dealer or Out-of-State Dealer

**ODOMETER DISCLOSURE STATEMENT**

*Note: This vehicle cannot be registered or titled in the name of the new owner unless mileage is disclosed.*
**Federal and State Law require that you state the mileage of the vehicle described on this certificate when transferring ownership. Failure to do so, or providing a false statement, may result in fines and/or imprisonment.**

I certify that, to the best of my knowledge, this odometer reading *(check one)*:
- [ ] 1. reflects the ACTUAL MILEAGE of the vehicle described on the front.
- [ ] 2. EXCEEDS MECHANICAL LIMITS (odometer started over at zero)
- [ ] 3. not the actual mileage. WARNING ODOMETER DISCREPANCY.

**ODOMETER READING**
*(no tenths)*

**ODOMETER HAS SPACE FOR:** *(Check one)*
- [ ] Five Digits, *excluding tenths*
- [ ] Six Digits, *excluding tenths*

I or we transfer the vehicle, boat or manufactured home described on this certificate. At the time of transfer, this title is subject only to the liens or encumbrances listed on this certificate, if any. I also certify that this is the most recent title issued for this vehicle, boat or manufactured home.
*Note: Section 2113 of the Vehicle and Traffic Law requires that application for a title must be made within 30 days of transfer.*

**Seller**

| Seller's Signature | | Seller's Name *(Print in Full)* | | |
|---|---|---|---|---|
| | | | | |
| Street Address | City | State | ZIP code | Date of Statement |
| | | | | |

**Buyer**

| Buyer's Signature | | Buyer's Name *(Print in Full)* | | |
|---|---|---|---|---|
| | | | | |
| Street Address | City | State | ZIP code | Date of Statement |
| | | | | |

MV-999 (3/21)  M 2089264

Boat Dealer's Facility #

New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE RECEIPT

☐ Salvage
MV-907A No. _____

**No. EW35038392023**

### VEHICLE INFORMATION:

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|------------------|-----------|-----------|------------------------|
| 2008 | BMW | 750 | 4DSD | GY | N/A | 4533 | G | 8 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|-------------------------------|---------|---------------------------------|
| W B A H N 8 3 5 8 8 D T 7 7 6 7 2 | 0 | N/A |

### DEALER INFORMATION

SUPERB MOTORS INC, 215 NORTHERN BLVD, GREAT NECK, NY, 11021, Nassau

### PURCHASER INFORMATION

L & F LUXURY AUTO, 2759 DELK RD STE1360, MARIETTA, GA, 30067

Date of Sale: 08-16-2023

### PRIOR OWNER INFORMATION

DAVID ALLEN KEY , 7910 156TH AVE, HOWARD BCH, NY, 11414, NYS Title (849942e)

Date of Purchase: 06-11-2023

### ODOMETER DISCLOSURE STATEMENT

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

☑ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. WARNING: ODOMETER DISCREPANCY."

| ODOMETER READING | | | | | | |
|---|---|---|---|---|---|---|
| 0 | 2 | 0 | 2 | 2 | 1 | 2 |
| | | | | | (no tenths) | |

Check your odometer reading at: **verifiny.com/check**   Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

### DEALER CERTIFICATION

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full SUPERB MOTORS INC | Date 8-16-23 | Seller's Facility No. 7128150 |
|---|---|---|---|

### PURCHASER CONFIRMATION

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full L & F LUXURY AUTO | Date | Purchaser's Facility No. |
|---|---|---|---|

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*

Customer copy

Page 1 of 2

New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE
No. EW35038392023

### VEHICLE TRANSFER HISTORY

| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
|---|---|---|---|---|---|
| **SUPERB MOTORS INC** | **L & F LUXURY AUTO** | **7128150** | **08 / 16 / 2023** | **EMV50** | **Yes** |
| DAVID ALLEN KEY | SUPERB MOTORS INC | | 06 / 11 / 2023 | NYST | No |

*Any change or Alteration voids this receipt*

KEY,DAVID,ALLEN
7910 156TH AVE FL 2
HOWARD BEACH          NY 11414

Trade TiTu

Sy 0994A

004544

## CERTIFICATE OF TITLE

### NEW YORK STATE

dmv.ny.gov

| Title and Identification No. | Year | Make | Model Code | Body/Hull | Document No. |
|---|---|---|---|---|---|
| WBAHN83588DT77672 WBAHN83588DT77672 | 2008 | BMW | 750 | 4DSD | 849942E |

| Color | Wt./Sts./Lgth. | Fuel | Cyl./Prop. | New or Used | Type of Title | Date Issued |
|---|---|---|---|---|---|---|
| GY | 4533 | GAS | 8 | USED | VEHICLE | 7/20/21 |

ODOMETER READING:  EXEMPT
EXEMPT
Name and Address of Owner(s)

VEHICLE OVER 10 YEARS OLD

KEY,DAVID,ALLEN
7910 156TH AVE FL 2
HOWARD BEACH NY   11414

This document is your proof of ownership for this vehicle, boat or manufactured home. Keep it in a safe place, not with your license or registration or in your vehicle or boat. To dispose of your vehicle, boat or manufactured home, complete the transfer section on the back and give this title to the new owner.

Lienholder _____                    Lienholder _____

**\* NO LIENS RECORDED \***          **\* NO LIENS RECORDED \***

Lienholder _____                    Lienholder _____

**\* NO LIENS RECORDED \***          **\* NO LIENS RECORDED \***

MV-999 (1/15)

## DEPARTMENT OF MOTOR VEHICLES

200/500

**ANY CHANGE OR ERASURE WILL VOID THIS TITLE -- ANY FALSE STATEMENT IS A MISDEMEANOR**

**SECTION I - Transfer by Owner**

| ODOMETER DISCLOSURE STATEMENT | ODOMETER READING |
|---|---|

*Note: This vehicle cannot be registered or titled in the name of the new owner unless mileage is disclosed.*
**Federal and State Law require that you state the mileage of the vehicle described on this certificate when transferring ownership. Failure to do so, or providing a false statement, may result in fines and/or imprisonment.**

I certify that, to the best of my knowledge, this odometer reading (check one):
☑ 1. reflects the ACTUAL MILEAGE as seen on the odometer of the vehicle described on the front.
☐ 2. EXCEEDS MECHANICAL LIMITS (odometer started over at zero)
☐ 3. not the actual mileage. WARNING - ODOMETER DISCREPANCY.

(no tenths)

ODOMETER HAS SPACE FOR: (Check one)
☐ Five Digits, *excluding tenths*
☑ Six Digits, *excluding tenths*

**DAMAGE DISCLOSURE STATEMENT (To be Completed by Owner Named on Face of Title)**

I certify that, to the best of my knowledge, this vehicle ☐ has been or ☑ has not been wrecked, destroyed or damaged to such an extent that the total estimate or actual cost of parts and labor to rebuild or reconstruct the vehicle to the condition it was in before an accident, and for legal operation on the road or highways, is more than 75% of the retail value of the vehicle at the time of loss. (Checking the "has" box means that the vehicle must have an anti-theft examination before being registered and that the title issued will have the statement "Rebuilt Salvage: NY" on it.)

I or we transfer the vehicle, boat or manufactured home described on this certificate. At the time of transfer, this title is subject only to the liens or encumbrances listed on this certificate, if any. I also certify that this is the most recent title issued for this vehicle, boat or manufactured home.
*Note: Section 2113 of the Vehicle and Traffic Law requires that application for a title must be made within 30 days of transfer.*

| | Seller's Signature | | Seller's Name *(Print in Full)* | | | |
|---|---|---|---|---|---|---|
| **Seller** | *David Key* | | DAVID A KEY | | | Date of Statement 6-11-23 |
| | Street Address 7910 156th Ave | City Howard Beach | State NY | ZIP code 11414 | | |
| **Buyer** | Buyer's Signature Juan M | | Buyer's Name *(Print in Full)* Superb Motors Inc | | | |
| | Street Address 215 Northern Blvd | City Great Neck | State NY | ZIP code 11021 | | Date of Statement 6-11-23 |

**SECTION II - Reassignment by Manufactured Home Dealer or Registered Boat Dealer or Out-of-State Dealer**

| ODOMETER DISCLOSURE STATEMENT | ODOMETER READING |
|---|---|

*Note: This vehicle cannot be registered or titled in the name of the new owner unless mileage is disclosed.*
**Federal and State Law require that you state the mileage of the vehicle described on this certificate when transferring ownership. Failure to do so, or providing a false statement, may result in fines and/or imprisonment.**

I certify that, to the best of my knowledge, this odometer reading (check one):
☐ 1. reflects the ACTUAL MILEAGE of the vehicle described on the front.
☐ 2. EXCEEDS MECHANICAL LIMITS (odometer started over at zero)
☐ 3. not the actual mileage. WARNING ODOMETER DISCREPANCY.

(no tenths)

ODOMETER HAS SPACE FOR: (Check one)
☐ Five Digits, *excluding tenths*
☐ Six Digits, *excluding tenths*

I or we transfer the vehicle, boat or manufactured home described on this certificate. At the time of transfer, this title is subject only to the liens or encumbrances listed on this certificate, if any. I also certify that this is the most recent title issued for this vehicle, boat or manufactured home.
*Note: Section 2113 of the Vehicle and Traffic Law requires that application for a title must be made within 30 days of transfer.*

| | Seller's Signature | | Seller's Name *(Print in Full)* | | | |
|---|---|---|---|---|---|---|
| **Seller** | | | | | | Date of Statement |
| | Street Address | City | State | ZIP code | | |
| **Buyer** | Buyer's Signature | | Buyer's Name *(Print in Full)* | | | |
| | Street Address | City | State | ZIP code | | Date of Statement |

MV-999 (1/15)    L 7233252

| Boat Dealer's Facility # |
|---|

New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE RECEIPT

☐ Salvage
MV-907A No. _____

### No. EW33440982023

SU1002A

**VEHICLE INFORMATION:**

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|------------------|-----------|-----------|------------------------|
| 2015 | JEEP | GCH | SUBN | WH | N/A | 5099 | G | 8 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|---|---|---|
| 1 C 4 R J F C T 1 F C 6 5 3 9 0 9 | 0 | N/A |

### DEALER INFORMATION

SUPERB MOTORS INC, 215 NORTHERN BLVD, GREAT NECK, NY, 11021, Nassau

### PURCHASER INFORMATION

| | Date of Sale |
|---|---|
| L & F LUXURY AUTO, 2759 DELK RD STE1360, MARIETTA, GA, 30067 | 06-12-2023 |

### PRIOR OWNER INFORMATION

| | Date of Purchase |
|---|---|
| SANGEET KHANNA , 5744 256TH ST, LITTLE NECK, NY, 11362, NYS Title (091087R) | 03-14-2023 |

### ODOMETER DISCLOSURE STATEMENT

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

☑ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. **WARNING:** ODOMETER DISCREPANCY."

| ODOMETER READING | | | | | | |
|---|---|---|---|---|---|---|
| 0 | 1 | 8 | 0 | 0 | 0 | 0 |
| (no tenths) | | | | | | |

Check your odometer reading at:  | verifiny.com/check |  Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

### DEALER CERTIFICATION

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full | Date | Seller's Facility No. |
|---|---|---|---|
| *(signature)* | SUPERB MOTORS INC | 6)12)23 | 7128150 |

### PURCHASER CONFIRMATION

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full | Date | Purchaser's Facility No. |
|---|---|---|---|
| | L & F LUXURY AUTO | | |

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*

Customer copy

Page 1 of 2

New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE
### No. EW33440982023

| VEHICLE TRANSFER HISTORY | | | | | |
|---|---|---|---|---|---|
| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
| **SUPERB MOTORS INC** | **L & F LUXURY AUTO** | **7128150** | **06 / 12 / 2023** | **EMV50** | **Yes** |
| SANGEET KHANNA | SUPERB MOTORS INC | | 03 / 14 / 2023 | NYST | No |

*Any change or Alteration voids this receipt*

Customer copy



SU1002A

KHANNA,SANGEET
%215 NORTHERN BLVD
GREAT NECK     NY 11021

000092



## CERTIFICATE OF TITLE

### NEW YORK STATE

dmv.ny.gov

THIS IS A DUPLICATE CERTIFICATE AND MAY BE
SUBJECT TO THE RIGHTS OF A PERSON UNDER THE
ORIGINAL CERTIFICATE

**\* \* LIENS \* \***

| Title and Identification No. | Year | Make | Model Code | Body/Hull | Document No. |
|---|---|---|---|---|---|
| 1C4RJFCT1FC653909 1C4RJFCT1FC653909 | 2015 | JEEP | GCH | SUBN | 091087R |

| Color | Wt./Sts./Lgth. | Fuel | Cyl./Prop. | New or Used | Type of Title | Date Issued |
|---|---|---|---|---|---|---|
| WH | 5099 | GAS | 8 | USED | VEHICLE | 5/16/23 |

Name and Address of Owner(s)

KHANNA,SANGEET
5744 256TH ST
LITTLE NECK NY    11362

ODOMETER READING:     23099
23099
**ACTUAL MILEAGE**

This document is your proof of ownership for this vehicle, boat or manufactured home. Keep
it in a safe place, not with your license or registration or in your vehicle or boat. To dispose
of your vehicle, boat or manufactured home, complete the transfer section on the back and
give this title to the new owner.



Lienholder                                          Lienholder

JPMORGAN CHASE         01
BANK NA
700 KANSAS LANE
MONROE        LA 71203          **\* ONE LIEN RECORDED \***

Lienholder                                          Lienholder

**\* ONE LIEN RECORDED \***          **\* ONE LIEN RECORDED \***

MV-999 (3/21)

**VOID IF ALTERED**

**DEPARTMENT OF MOTOR VEHICLES**

180,000

## ANY CHANGE OR ERASURE WILL VOID THIS TITLE -- ANY FALSE STATEMENT IS A MISDEMEANOR

### SECTION I - Transfer by Owner

**ODOMETER DISCLOSURE STATEMENT**

*Note: This vehicle cannot be registered or titled in the name of the new owner unless mileage is disclosed.*

**Federal and State Law require that you state the mileage of the vehicle described on this certificate when transferring ownership. Failure to do so, or providing a false statement, may result in fines and/or imprisonment.**

I certify that, to the best of my knowledge, this odometer reading *(check one)*:

☑ 1. reflects the ACTUAL MILEAGE as seen on the odometer of the vehicle described on the front.
☐ 2. EXCEEDS MECHANICAL LIMITS (odometer started over at zero)
☐ 3. not the actual mileage. WARNING - ODOMETER DISCREPANCY.

**ODOMETER READING**

(no tenths)

ODOMETER HAS SPACE FOR: *(Check one)*
☐ Five Digits, *excluding tenths*
☑ Six Digits, *excluding tenths*

### DAMAGE DISCLOSURE STATEMENT (To be Completed by Owner Named on Face of Title)

I certify that, to the best of my knowledge, this vehicle ☐ has been or ☑ has not been wrecked, destroyed or damaged to such an extent that the total estimate or actual cost of parts and labor to rebuild or reconstruct the vehicle to the condition it was in before an accident, and for legal operation on the road or highways, is more than 75% of the retail value of the vehicle at the time of loss. (Checking the "has" box means that the vehicle must have an anti-theft examination before being registered and that the title issued will have the statement "Rebuilt Salvage: NY" on it.)

I or we transfer the vehicle, boat or manufactured home described on this certificate. At the time of transfer, this title is subject only to the liens or encumbrances listed on this certificate, if any. I also certify that this is the most recent title issued for this vehicle, boat or manufactured home.

*Note: Section 2113 of the Vehicle and Traffic Law requires that application for a title must be made within 30 days of transfer.*

**Seller**

| Seller's Signature | Seller's Name *(Print in Full)* | | |
|---|---|---|---|
| Sm n o | SANGEET KHANNA | | |
| Street Address | City | State | ZIP code | Date of Statement |
| 5744 256th St | LITTLE NECK | NY | 11362 | 3/14/23 |

**Buyer**

| Buyer's Signature | Buyer's Name *(Print in Full)* | | |
|---|---|---|---|
| Ivanne M | Superb Motors INC | | |
| Street Address | City | State | ZIP code | Date of Statement |
| 215 Northern Blvd | Great Neck | NY | 11021 | 3/14/23 |

### SECTION II - Reassignment by Manufactured Home Dealer or Registered Boat Dealer or Out-of-State Dealer

**ODOMETER DISCLOSURE STATEMENT**

*Note: This vehicle cannot be registered or titled in the name of the new owner unless mileage is disclosed.*

**Federal and State Law require that you state the mileage of the vehicle described on this certificate when transferring ownership. Failure to do so, or providing a false statement, may result in fines and/or imprisonment.**

I certify that, to the best of my knowledge, this odometer reading *(check one)*:

☐ 1. reflects the ACTUAL MILEAGE of the vehicle described on the front.
☐ 2. EXCEEDS MECHANICAL LIMITS (odometer started over at zero)
☐ 3. not the actual mileage. WARNING ODOMETER DISCREPANCY.

**ODOMETER READING**

(no tenths)

ODOMETER HAS SPACE FOR: *(Check one)*
☐ Five Digits, *excluding tenths*
☐ Six Digits, *excluding tenths*

I or we transfer the vehicle, boat or manufactured home described on this certificate. At the time of transfer, this title is subject only to the liens or encumbrances listed on this certificate, if any. I also certify that this is the most recent title issued for this vehicle, boat or manufactured home.

*Note: Section 2113 of the Vehicle and Traffic Law requires that application for a title must be made within 30 days of transfer.*

**Seller**

| Seller's Signature | Seller's Name *(Print in Full)* | | |
|---|---|---|---|
| | | | |
| Street Address | City | State | ZIP code | Date of Statement |
| | | | | |

**Buyer**

| Buyer's Signature | Buyer's Name *(Print in Full)* | | |
|---|---|---|---|
| | | | |
| Street Address | City | State | ZIP code | Date of Statement |
| | | | | |

MV-999 (3/21)

M 3161875

Boat Dealer's Facility #

**CHASE**
LA4-4099
700 Kansas Lane
Monroe LA 71203

SUPERB MOTORS
215 NORTHERN BLVD
GREAT NECK NY 11021

**Questions?**

📞 (800) 336-6675

We accept operator relay calls

06/15/2023

**LIEN SATISFIED**

JPMorgan Chase Bank, N.A. acknowledges its lien against the following vehicle has been fully satisfied:

**YEAR:** 2015 **MAKE:** JEEP **VIN:** 1C4RJFCT1FC653909

Chase customer name(s):

SAGEET KHANNA

JP Morgan Chase Bank NA

(Signed) _____

Authorized Representative of:

JPMorgan Chase Bank, N.A.

1-800-336-6675



JPMorgan Chase Bank, N.A. is a national banking association organized under laws of the United States and having a place of business at 14800 Frye Road, TX1-0011, Fort Worth, Texas 76155.  Please be advised of the following:

1.  Through a combination of mergers, acquisitions and corporate reorganizations, JPMorgan Chase Bank, N.A. is the successor in interest of the following entities:

| | | |
|---|---|---|
| Bank One, NA | The Valley National Bank of Arizona | Bank United |
| Bank One, Colorado, NA | Bank One, Dayton, NA | Industrial Bank |
| Bank One, Kentucky, NA | Bank One, Cleveland, NA | Western Bank |
| Bank One, Columbus, NA | Bank One, Marion(OH) | Olympus Bank, a Federal Savings Bank |
| Bank One, Illinois, NA | Bank One, Marion, Indiana, National Association (IN) | Pioneer Savings Bank |
| Bank One, Texas, NA | The First National Bank of Lafayette | The Dime Savings Bank of New York, FSB |
| Bank One, Arizona, NA | The First National Bank of Lake Charles | Providian National Bank |
| Bank One, Louisiana, NA | Premier Bank, NA | Commercial Capital Bank, FSB |
| Bank One, Indiana, NA | The Ouachita National Bank in Monroe | Chemical Bank |
| Bank One, Indianapolis, NA | Central Bank | JPMorgan Chase Bank |
| Bank One, Chicago, NA | The First National Bank of Shreveport | JPMorgan Chase Bank, NA |
| Bank One, Wisconsin | The First National Bank of Commerce | Texas Commerce Bank, National Association |
| Bank One, Milwaukee, NA | Louisiana National Bank of Baton Rouge | Chase Auto Finance Corp. |
| Bank One, Utah, NA | Banc One Credit Company | Chase Manhattan Automotive Finance Corp. |
| Bank One, Oklahoma, NA | Bank One, Youngstown, NA | First USA Bank, National Association |
| The First National Bank of Chicago | The Central Trust Company of Southeastern Ohio, NA | The Chase Manhattan Bank, National Association |
| | | Chase Manhattan Bank USA, National Association |
| Bank One, Rockford, NA | Home Savings of America, FSB | The Chase Manhattan Bank |
| Bank One, Oklahoma City, NA | Summit Savings Bank | Manufacturers Hanover Trust Company |
| Bank One, Akron, NA | Great Northwest Bank, A Savings Bank | Chase Bank of Texas, National Association |
| Bank One, West Virginia, NA | Great Western Bank | Morgan Guaranty Trust Company of New York |
| Bank One, Michigan | Utah Federal Savings Bank | Washington Mutual Bank, Henderson, Nevada |
| Bank One Wheeling-Steubenville, NA | Enterprise Bank | |
| Liberty Bank & Trust Company of Oklahoma City, NA | Pacific First Bank, A FSB | Washington Mutual Bank FSB, Park City, Utah (subsidiary of Washington Mutual Bank) |
| Rapides Bank & Trust Company in Alexandria | Sound Savings and Loan Association | Bank One, National Association (Chicago, IL) |
| NBD Bank | Shoreline Savings Bank | Bank One, National Association (Columbus, OH) |
| J.P. Morgan Trust Company, National Association | Commercial Capital Bank, FSB | JPMorgan Bank and Trust Company, National Association |

2.  On September 25, 2008, JPMorgan Chase Bank, N.A. acquired substantially all of the assets and assumed certain liabilities of Washington Mutual Bank from the Federal Deposit Insurance Corporation in its capacity as receiver of Washington Mutual Bank.

JPMORGAN CHASE BANK, N.A.

BY: _Marjorie Lankston_   Title: _Vice President_   Date: _6-8-2022_

Signature of Acknowledger        Acknowledger's Title

ACKNOWLEDGMENT

STATE OF

COUNTY OF

This instrument was acknowledged before me on _JUN 08 2022_ by _Marjorie Lankston_

Date        Name(s) of Person(s)

_(Signature of Notarial Officer)_

ELIZABETH PUGA
Notary ID #132381331
My Commission Expires
February 28, 2024

Notary's Title

My commission expires _FEB 28 2024_

New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE RECEIPT

☐ Salvage
MV-907A No. _____

### No. EW34764162023

SU1031

**VEHICLE INFORMATION:**

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|------------------|-----------|-----------|------------------------|
| 2019 | MASER | GHIBLI | SEDN | BK | N/A | 3990 | G | 6 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|-------------------------------|---------|---------------------------------|
| Z A M 5 7 Y T L X K 1 3 1 6 4 6 9 | 0 | N/A |

**DEALER INFORMATION**

SUPERB MOTORS INC, 215 NORTHERN BLVD, GREAT NECK, NY, 11021, Nassau

| **PURCHASER INFORMATION** | Date of Sale |
|---------------------------|--------------|
| TEAM AUTO SALES LLC, 4360 US RT 9, FREEHOLD, NJ, 07728 | 08-04-2023 |
| **PRIOR OWNER INFORMATION** | Date of Purchase |
| JP MORGAN CHASE BANK, PO BOX 901098, FORT WORTH, TX, 76101, Out Of State Title (1505075808) | 03-09-2023 |

**ODOMETER DISCLOSURE STATEMENT**
Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

☑ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. **WARNING: ODOMETER DISCREPANCY."**

| ODOMETER READING | | | | | | |
|---|---|---|---|---|---|---|
| 0 | 0 | 4 | 5 | 7 | 1 | 7 |
| (no tenths) | | | | | | |

Check your odometer reading at: **verifiny.com/check**   Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

**DEALER CERTIFICATION**

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full SUPERB MOTORS INC | Date 8/4/23 | Seller's Facility No. 7128150 |
|---|---|---|---|

**PURCHASER CONFIRMATION**

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full TEAM AUTO SALES LLC | Date 8/4/23 | Purchaser's Facility No. 07716U |
|---|---|---|---|

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*

**New York State Department of Motor Vehicles**
**WHOLESALE CERTIFICATE OF SALE**

## No. EW34764162023

| VEHICLE TRANSFER HISTORY | | | | | |
|---|---|---|---|---|---|
| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
| SUPERB MOTORS INC | TEAM AUTO SALES LLC | 7128150 | 08 / 04 / 2023 | EMV50 | Yes |
| JP MORGAN CHASE BANK | SUPERB MOTORS INC | | 03 / 09 / 2023 | OOST | No |

*Any change or Alteration voids this receipt*



# COMMONWEALTH OF VIRGINIA
## DEPARTMENT OF MOTOR VEHICLES

# CERTIFICATE OF TITLE FOR A VEHICLE  SU1031
### KEEP IN SAFE PLACE - ANY ALTERATION OR ERASURE VOIDS THIS TITLE

THE DEPARTMENT OF MOTOR VEHICLES, COMMONWEALTH OF VIRGINIA, HEREBY CERTIFIES THAT AN APPLICATION FOR A CERTIFICATE OF TITLE HAS BEEN MADE FOR THE VEHICLE DESCRIBED HEREON PURSUANT TO THE PROVISIONS OF THE MOTOR VEHICLE LAWS OF THIS COMMONWEALTH, THAT THE APPLICANT NAMED ON THE FACE HEREON HAS BEEN DULY RECORDED AS THE LAWFUL OWNER OF SAID VEHICLE, AND THAT, FROM THE STATEMENTS OF THE OWNER AND THE RECORDS ON FILE WITH THIS DEPARTMENT, THE HEREON DESCRIBED VEHICLE IS SUBJECT TO THE SECURITY INTEREST RECORDS ON FILE WITH THIS DEPARTMENT, AND AS DESCRIBED HEREON, IF ANY. THE MOTOR VEHICLE LAWS OF THIS COMMONWEALTH ALSO PROVIDE THAT ALL TITLE AND REGISTRATION INFORMATION IN THE OFFICE OF THE DEPARTMENT OF MOTOR VEHICLES IS PRIVILEGED AND ONLY SUBJECT TO DISSEMINATION TO AUTHORIZED AGENCIES, BUSINESS ORGANIZATIONS OR AGENTS, GOVERNMENTAL ENTITIES AND INDIVIDUALS UNDER THE CONDITIONS SPECIFIED BY MOTOR VEHICLE CODE SECTIONS 46.2-208, 46.2-209 AND 46.2-210.

ESTABLISHED 11/04/19   580   TT0323   ORIGINAL

| VEHICLE IDENTIFICATION NO. | | YEAR | MAKE | VEHICLE BODY | | TITLE NO. |
|---|---|---|---|---|---|---|
| ZAM57YTLXK1316469 | | 2019 | MASE | 4D SDN | | 1505075808 |

| EMPTY WGT. | GROSS WGT | GVWR | GCWR | AXLES | FUEL | SALES TAX PAID | ODOMETER | DATE ISSUED |
|---|---|---|---|---|---|---|---|---|
| 4123 | | | | 2 | GAS | 3430.36 | *000047* | 11/04/19 |

| OTHER PERTINENT DATA | ODOMETER BRAND | PRIOR TITLE NO. |
|---|---|---|
| 041314 | ACTUAL | |

**Name(s) and addresses of vehicle owners:**
JPMORGAN CHASE BANK NA
PO BOX 901098
FORT WORTH TX 76101-2098

THIS IS NOT A TITLE NUMBER
G40053087

NO LIENS



**A** — Federal and State law requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment. The undersigned hereby certifies that the vehicle described in this title has been transferred to the following (printed name and address of Buyer(s)).

Buyer(s) Name  Superb Motors Inc

Street  215 Northern Blvd Great Neck NY 11021

ODOMETER READING (No Tenths)  45717

I certify to the best of my knowledge that the odometer reading is ☑ ACTUAL Mileage ☐ NOT ACTUAL Mileage (odometer discrepancy) ☐ IN EXCESS of Mechanical Limits ☐ Model year is 10 years or older and was exempt from odometer disclosure in prior state of title (applicant must present out-of-state title showing exemption)

DATE OF SALE  3/9/2023

SALE PRICE

Signature of Seller(s)

Printed Name of Seller(s)  Anya Andrews Agt

Signature of Buyer(s)

I am aware of the above odometer certification made by the Seller(s)

Printed Name of Buyer(s)  Yvonne McCoy

Seller warrants this certificate of title except that at the time of transfer it may be subject to lien. See section F.

Dealer's No.

Licensing Jurisdiction

JPMORGAN CHASE BANK NA
PO BOX 901098
FORT WORTH TX 76101-2098

3 2 67

Federal and State law requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

**B**

**DEALER REASSIGNMENT**

I am aware of the dealer's odometer certification. Date of Sale _____ Sale Price _____

Buyer(s) Printed Name _____ Buyer(s) Signature _____

Buyer(s) Address _____ City _____ State _____ Zip Code _____

ODOMETER READING _____ (No Tenths) I certify to the best of my knowledge that the odometer reading is:
☐ ACTUAL Mileage ☐ NOT ACTUAL Mileage (odometer discrepancy) ☐ IN EXCESS of Mechanical Limits
☐ Model year is 10 years or older and was exempt from odometer disclosure in prior state of title (applicant must present out-of-state title showing exemption)

| Dealer(s) Signature | Dealer(s) Printed Name | Dealer Number | Licensing Jurisdiction |
|---|---|---|---|

The dealer certifies that the vehicle described in this title was transferred to the above buyer and that the odometer reading has been disclosed to the buyer.
Seller warrants this certificate of title except that at the time of transfer it may be subject to a lien. See section F.

**C**

**DEALER REASSIGNMENT**

I am aware of the dealer's odometer certification. Date of Sale _____ Sale Price _____

Buyer(s) Printed Name _____ Buyer(s) Signature _____

Buyer(s) Address _____ City _____ State _____ Zip Code _____

ODOMETER READING _____ (No Tenths) I certify to the best of my knowledge that the odometer reading is:
☐ ACTUAL Mileage ☐ NOT ACTUAL Mileage (odometer discrepancy) ☐ IN EXCESS of Mechanical Limits
☐ Model year is 10 years or older and was exempt from odometer disclosure in prior state of title (applicant must present out-of-state title showing exemption)

| Dealer(s) Signature | Dealer(s) Printed Name | Dealer Number | Licensing Jurisdiction |
|---|---|---|---|

The dealer certifies that the vehicle described in this title was transferred to the above buyer and that the odometer reading has been disclosed to the buyer.
Seller warrants this certificate of title except that at the time of transfer it may be subject to a lien. See section F.

**D**

**DEALER REASSIGNMENT**

I am aware of the dealer's odometer certification. Date of Sale _____ Sale Price _____

Buyer(s) Printed Name _____ Buyer(s) Signature _____

Buyer(s) Address _____ City _____ State _____ Zip Code _____

ODOMETER READING _____ (No Tenths) I certify to the best of my knowledge that the odometer reading is:
☐ ACTUAL Mileage ☐ NOT ACTUAL Mileage (odometer discrepancy) ☐ IN EXCESS of Mechanical Limits
☐ Model year is 10 years or older and was exempt from odometer disclosure in prior state of title (applicant must present out-of-state title showing exemption)

| Dealer(s) Signature | Dealer(s) Printed Name | Dealer Number | Licensing Jurisdiction |
|---|---|---|---|

The dealer certifies that the vehicle described in this title was transferred to the above buyer and that the odometer reading has been disclosed to the buyer.
Seller warrants this certificate of title except that at the time of transfer it may be subject to a lien. See section F.

**E**

**PERSONAL PROPERTY TAX RELIEF**

**DOES YOUR VEHICLE QUALIFY FOR CAR TAX RELIEF?**
If you can answer YES to any of the following questions, your motor vehicle is considered by State Law to have a business use and does NOT qualify for Personal Property Tax Relief.
• Is more than 50% of the vehicle's annual mileage used as a business expense for federal income tax purposes OR reimbursed by an employer?
• Is more than 50% of the depreciation associated with the vehicle deducted as a business expense for Federal Income Tax purposes?
• Is the cost of the vehicle expensed pursuant to Section 179 of the Internal Revenue Service Code?
• If the vehicle is leased by an individual, does the leasing company pay the tax without reimbursement from the individual?
This vehicle is for ☐ Personal Use ☐ Business Use Check one of the boxes. See business use criteria above.

**F**

**LIEN INF.**

LIENOR'S NAME _____ LIENOR CODE _____ DATE OF LIEN _____

ADDRESS _____ CITY _____ STATE ZIP _____

**G**

VEHICLE COLOR: _____ REGISTRATION PERIOD: ☐ 1 YR ☐ 2 YRS ($2 discount) ☐ 3 YRS ($3 discount) (Emissions areas not eligible for 3 YR registration)

**INSURANCE CERTIFICATION:** A vehicle must be insured with liability coverage when it is registered, and it must remain insured while registered, whether or not it is operated, OR the uninsured motor vehicle fee must be paid. Penalties are severe for violation of this requirement.
I/We certify that (check one):
☐ This vehicle is insured by a liability policy issued through an insurance company licensed to do business in Virginia and it will remain insured while registered, whether or not it is operated. Provide name of insurance company _____
☐ This vehicle is not insured; therefore, I am remitting the applicable uninsured motor vehicle fee. (This fee provides no insurance coverage.)

**POWER OF ATTORNEY FOR NON-RESIDENT(S) AND CORPORATION(S) NOT DOMICILED IN VIRGINIA:** Pursuant to the provisions of Virginia Code §46.2-601, I/we appoint the Commissioner of the Department of Motor Vehicles of the Commonwealth of Virginia, to be my/our true and legal agent upon whom all legal processes against me/us may be served in any legal proceeding arising from the operation and/or use of any motor vehicle registered in my/our name(s) in the Commonwealth of Virginia. I/we agree that any lawful process or notice to me/us which is served on the Commissioner shall have the same legal effect as if served on me/us within the Commonwealth of Virginia.

**PRIVACY NOTICE:** The information, including Social Security Number, is requested in accordance with Virginia Code §§46.2-623 and 46.2-629. Any person who refuses to supply the required information will be denied a certificate of title and/or registration. Title and registration records may be disseminated in accordance with §§46.2-208 through 46.2-214, to business, law enforcement or authorized government entities.

**H**

**CERTIFICATION OF BUYER**

NO PAPER TITLE - Check this box ☐ if you do not want a paper title issued to you. An electronic Certificate of Title will remain on the file for this vehicle at DMV.

If this application is for joint ownership, do you wish clear rights of ownership to be transferred to the surviving owner in the event of the death of either the owner or co-owner? ☐ YES ☐ NO

Are any of the vehicle owners on active military duty or service? ☐ YES ☐ NO

I/We certify and affirm under penalty of perjury that the information contained in this application is true and correct to the best of my/our knowledge. I/We understand it is unlawful to knowingly make a false statement and any violation may be prosecuted as a felony as provided in Virginia law.

SIGNATURE OF APPLICANT _____ DATE _____

SOCIAL SECURITY NUMBER/FEIN OR CUSTOMER IDENTIFIER OF APPLICANT _____ PHONE NUMBER ( ) _____

STREET ADDRESS _____

CITY _____ STATE _____ ZIP _____

EMAIL ADDRESS OF APPLICANT _____

SIGNATURE OF CO-APPLICANT _____ DATE _____

SOCIAL SECURITY NUMBER/FEIN OR CUSTOMER IDENTIFIER OF CO-APPLICANT _____ PHONE NUMBER ( ) _____

EMAIL ADDRESS OF CO-APPLICANT _____

VEHICLE PRINCIPALLY GARAGED IN CITY, TOWN, COUNTY OR STATE OF
☐ CITY OR TOWN OF _____ ☐ COUNTY OF _____

**DMV USE ONLY**

SALE PRICE $ _____ BEFORE TRADE IN ALLOWANCE

TAX $ _____ (MINIMUM TAX MAY APPLY)

TITLE FEE $ _____

TRANSFER FEE $ _____

REG FEE $ _____

WT INCREASE FEE $ _____

PERSONALIZED PLATE FEE $ _____

UMV FEE $ _____

OTHER $ _____

TOTAL $ _____

*Left margin:* PURCHASER MUST SECURE A NEW TITLE, OR SURRENDER THIS ONE TO DMV WITHIN 30 DAYS OF SALE DATE.

APPLICATION FOR REGISTRATION (LICENSE PLATES ISSUED)

*Far left margin:* ANY ALTERATIONS OR ERASURE WILL VOID THIS CERTIFICATE OF TITLE AND IT MUST THEN BE SURRENDERED TO SECURE A REPLACEMENT.

Reassignment Form, Control No. ___ (if applicable)

VSA3L REV. (6/19)

*Right margin:* Log# | PLATE TYPE | PLATE NO. | EXPIRE DATE | ISSUED | TITLE NUMBER | DMV USE ONLY | CLERK INITIALS

New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE RECEIPT

☐ Salvage
MV-907A No. _____

### No. EW32394482023

**VEHICLE INFORMATION:**

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|------------------|-----------|-----------|------------------------|
| 2017 | VOLKS | JET | 4DSD | WH | N/A | 3120 | G | 4 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|-------------------------------|---------|----------------------------------|
| 3 V W 4 T 7 A J 8 H M 3 1 2 5 7 9 | 0 | N/A |

**DEALER INFORMATION**

SUPERB MOTORS INC, 215 NORTHERN BLVD, GREAT NECK, NY, 11021, Nassau

| PURCHASER INFORMATION | Date of Sale |
|-----------------------|--------------|
| VICTORY MITSUBISHI, 4070 BOSTON ROAD, BRONX, NY, 10475 | 05-01-2023 |

| PRIOR OWNER INFORMATION | Date of Purchase |
|-------------------------|------------------|
| VICKY KARAYIANNIS, 369 BEVERLY ROAD, LITTLE NECK, NY, 11363, NYS Title (523495H) | 03-23-2023 |

**ODOMETER DISCLOSURE STATEMENT**

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

☑ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. **WARNING:** ODOMETER DISCREPANCY."

| ODOMETER READING | | | | | | |
|---|---|---|---|---|---|---|
| 0 | 0 | 8 | 2 | 0 | 5 | 0 |
| (no tenths) | | | | | | |

Check your odometer reading at: | verifiny.com/check | Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

**DEALER CERTIFICATION**

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full | Date | Seller's Facility No. |
|---|---|---|---|
| | SUPERB MOTORS INC | S-1-23 | 7128150 |

**PURCHASER CONFIRMATION**

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full | Date | Purchaser's Facility No. |
|---|---|---|---|
| | VICTORY MITSUBISHI | | 7123426 |

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*

Customer copy

Page 1 of 2

New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE

### No. EW32394482023

| VEHICLE TRANSFER HISTORY | | | | | |
|---|---|---|---|---|---|
| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
| VICKY KARAYIANNIS | SUPERB MOTORS INC | | 03 / 23 / 2023 | NYST | No |

*Any change or Alteration voids this receipt*

KARAYIANNIS,VICKY
%215 NORTHERN BLVD
GREAT NECK          NY 11/021

SY 1037

000110

# CERTIFICATE OF TITLE

## NEW YORK STATE

dmv.ny.gov

THIS IS A DUPLICATE CERTIFICATE AND MAY BE
SUBJECT TO THE RIGHTS OF A PERSON UNDER THE
ORIGINAL CERTIFICATE

| Title and Identification No. | Year | Make | Model Code | Body/Hull | Document No. |
|---|---|---|---|---|---|
| 3VW4T7AJ8HM312579<br>3VW4T7AJ8HM312579 | 2017 | VOLKS | JET | 4DSD | 523495H |

| Color | Wt./Sts./Lgth. | Fuel | Cyl./Prop. | New or Used | Type of Title | Date Issued |
|---|---|---|---|---|---|---|
| WH | 3120 | GAS | 4 | USED | VEHICLE | 4/27/23 |

Name and Address of Owner(s)

KARAYIANNIS,VICKY
369 BEVERLY ROAD
LITTLE NECK NY    11363

ODOMETER READING:    36800
ACTUAL MILEAGE        36800



This document is your proof of ownership for this vehicle, boat or manufactured home. Keep it in a safe place, not with your license or registration or in your vehicle or boat. To dispose of your vehicle, boat or manufactured home, complete the transfer section on the back and give this title to the new owner.

| Lienholder | Lienholder |
|---|---|
| * NO LIENS RECORDED * | * NO LIENS RECORDED * |

| Lienholder | Lienholder |
|---|---|
| * NO LIENS RECORDED * | * NO LIENS RECORDED * |

MV-999 (3/21)

**DEPARTMENT OF MOTOR VEHICLES**

VOID IF ALTERED

82039

**ANY CHANGE OR ERASURE WILL VOID THIS TITLE -- ANY FALSE STATEMENT IS A MISDEMEANOR**

## SECTION I - Transfer by Owner

**ODOMETER DISCLOSURE STATEMENT**

*Note: This vehicle cannot be registered or titled in the name of the new owner unless mileage is disclosed.*
**Federal and State Law require that you state the mileage of the vehicle described on this certificate when transferring ownership.**
**Failure to do so, or providing a false statement, may result in fines and/or imprisonment.**

I certify that, to the best of my knowledge, this odometer reading (*check one*):
- ☒ 1. reflects the ACTUAL MILEAGE as seen on the odometer of the vehicle described on the front.
- ☐ 2. EXCEEDS MECHANICAL LIMITS (odometer started over at zero)
- ☐ 3. not the actual mileage. WARNING - ODOMETER DISCREPANCY.

**ODOMETER READING**

(no tenths)

**ODOMETER HAS SPACE FOR:** (*Check one*):
- ☐ Five Digits, *excluding tenths*
- ☒ Six Digits, *excluding tenths*

**DAMAGE DISCLOSURE STATEMENT (To be Completed by Owner Named on Face of Title)**

I certify that, to the best of my knowledge, this vehicle ☐ has been or ☒ has not been wrecked, destroyed or damaged to such an extent that the total estimate or actual cost of parts and labor to rebuild or reconstruct the vehicle to the condition it was in before an accident, and for legal operation on the road or highways, is more than 75% of the retail value of the vehicle at the time of loss. (Checking the "has" box means that the vehicle must have an anti-theft examination before being registered and that the title issued will have the statement "Rebuilt Salvage: NY" on it.)

I or we transfer the vehicle, boat or manufactured home described on this certificate. At the time of transfer, this title is subject only to the liens or encumbrances listed on this certificate, if any. I also certify that this is the most recent title issued for this vehicle, boat or manufactured home.
*Note: Section 2113 of the Vehicle and Traffic Law requires that application for a title must be made within 30 days of transfer.*

| | | |
|---|---|---|
| **Seller** Seller's Signature *Vicky Karayiannis* | Seller's Name *(Print in Full)* VICKY KARAYIANNIS | Date of Statement 3-23-23 |
| Street Address 369 Beverly Rd Little Neck | City State NY | ZIP code 11363 |
| **Buyer** Buyer's Signature | Buyer's Name *(Print in Full)* SUPERB MOTORS INC | Date of Statement 3-23-23 |
| Street Address 215 Northern Blvd Great Neck | City State NY | ZIP code 11021 |

## SECTION II - Reassignment by Manufactured Home Dealer or Registered Boat Dealer or Out-of-State Dealer

**ODOMETER DISCLOSURE STATEMENT**

*Note: This vehicle cannot be registered or titled in the name of the new owner unless mileage is disclosed.*
**Federal and State Law require that you state the mileage of the vehicle described on this certificate when transferring ownership.**
**Failure to do so, or providing a false statement, may result in fines and imprisonment.**

I certify that, to the best of my knowledge, this odometer reading (*check one*):
- ☐ 1. reflects the ACTUAL MILEAGE described on the front.
- ☐ 2. EXCEEDS MECHANICAL LIMITS (odometer started over at zero)
- ☐ 3. not the actual mileage. WARNING ODOMETER DISCREPANCY.

**ODOMETER READING**

(no tenths)

**ODOMETER HAS SPACE FOR:** (*Check one*)
- ☐ Five Digits, *excluding tenths*
- ☐ Six Digits, *excluding tenths*

I or we transfer the vehicle, boat or manufactured home described on this certificate. At the time of transfer, this title is subject only to the liens or encumbrances listed on this certificate, if any. I also certify that this is the most recent title issued for this vehicle, boat or manufactured home.
*Note: Section 2113 of the Vehicle and Traffic Law requires that application for a title must be made within 30 days of transfer.*

| | | |
|---|---|---|
| **Seller** Seller's Signature | Seller's Name *(Print in Full)* | Date of Statement |
| Street Address | City State | ZIP code |
| **Buyer** Buyer's Signature | Buyer's Name *(Print in Full)* | Date of Statement |
| Street Address | City State | ZIP code |

Boat Dealer's Facility #

MV-999 (3/21)  M 2980441

New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE RECEIPT

☐ Salvage
MV-907A No. _____

### No. EW32394632023

**VEHICLE INFORMATION:**

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|------------------|-----------|-----------|------------------------|
| 2010 | BMW | 750 | 4DSD | BK | N/A | 4861 | G | 8 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|-------------------------------|---------|----------------------------------|
| W B A K C 8 C 5 6 A C Y 6 8 2 4 7 | 0 | N/A |

**DEALER INFORMATION**

SUPERB MOTORS INC, 215 NORTHERN BLVD, GREAT NECK, NY, 11021, Nassau

**PURCHASER INFORMATION**

VIPER AUTO GROUP LLC, 428-438E WSTRN RSVE, YOUNGSTOWN, OH, 44514

Date of Sale
05-01-2023

**PRIOR OWNER INFORMATION**

MELISSA A STOUTE , 15076 116TH AVE, JAMAICA, NY, 11434,
NYS Title (128054n)

Date of Purchase
03-28-2023

**ODOMETER DISCLOSURE STATEMENT**

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

☑ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. **WARNING: ODOMETER DISCREPANCY."**

| ODOMETER READING | | | | | | |
|---|---|---|---|---|---|---|
| 0 | 1 | 0 | 4 | 3 | 3 | 5 |
| (no tenths) | | | | | | |

Check your odometer reading at:   verifiny.com/check    Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

**DEALER CERTIFICATION**

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full SUPERB MOTORS INC | Date 5·1·23 | Seller's Facility No. 7128150 |
|---|---|---|---|

**PURCHASER CONFIRMATION**

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full VIPER AUTO GROUP LLC | Date | Purchaser's Facility No. |
|---|---|---|---|

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*

Customer copy

Page 1 of 2

New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE

### No. EW32394632023

| VEHICLE TRANSFER HISTORY | | | | | |
|---|---|---|---|---|---|
| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
| **SUPERB MOTORS INC** | **VIPER AUTO GROUP LLC** | **7128150** | **05 / 01 / 2023** | **EMV50** | **Yes** |
| MELISSA A STOUTE | SUPERB MOTORS INC | | 03 / 28 / 2023 | NYST | No |

*Any change or Alteration voids this receipt*

Customer copy

SU1082

STOUTE,MELISSA,A
15076 116TH AVE
JAMAICA          NY 11434

004724

## CERTIFICATE OF TITLE

### NEW YORK STATE
www.dmv.ny.gov

| Title and Identification No. | Year | Make | Model Code | Body/Hull | * * LIENS * * Document No. |
|---|---|---|---|---|---|
| WBAKC8C56ACY68247 WBAKC8C56ACY68247 | 2010 | BMW | 750 | 4DSD | 128054N |

| Color | Wt./Sts./Lgth. | Fuel | Cyl./Prop. | New or Used | Type of Title | Date Issued |
|---|---|---|---|---|---|---|
| BK | 4861 | GAS | 8 | USED | VEHICLE | 10/12/16 |

Name and Address of Owner(s)

ODOMETER READING: 70206
70206

STOUTE,MELISSA,A
15076 116TH AVE
JAMAICA NY          11434

**ACTUAL MILEAGE**



This document is your proof of ownership for this vehicle, boat or manufactured home. Keep it in a safe place, not with your license or registration or in your vehicle or boat. To dispose of your vehicle, boat or manufactured home, complete the transfer section on the back and give this title to the new owner.

Lienholder                                      Lienholder
PINNACLE FEDERAL
CREDIT UNION                          01
135 RARITAN CTR PKY
EDISON          NJ 08837          * ONE LIEN RECORDED *

Lienholder                                      Lienholder

* ONE LIEN RECORDED *          * ONE LIEN RECORDED *

MV-999 (1/15)

VOID IF ALTERED

VOID IF ALTERED

### DEPARTMENT OF MOTOR VEHICLES

3/28/23
104,242

## ANY CHANGE OR ERASURE WILL VOID THIS TITLE -- ANY FALSE STATEMENT IS A MISDEMEANOR

### SECTION I - Transfer by Owner

**ODOMETER DISCLOSURE STATEMENT**

*Note: This vehicle cannot be registered or titled in the name of the new owner unless mileage is disclosed.*

**Federal and State Law require that you state the mileage of the vehicle described on this certificate when transferring ownership. Failure to do so, or providing a false statement, may result in fines and/or imprisonment.**

I certify that, to the best of my knowledge, this odometer reading *(check one):*

☒ 1. reflects the ACTUAL MILEAGE as seen on the odometer of the vehicle described on the front.

☐ 2. EXCEEDS MECHANICAL LIMITS (odometer started over at zero)

☐ 3. not the actual mileage. WARNING - ODOMETER DISCREPANCY.

**ODOMETER READING**

(no tenths)

**ODOMETER HAS SPACE FOR:** *(Check one)*
☐ Five Digits, *excluding tenths*
☒ Six Digits, *excluding tenths*

### DAMAGE DISCLOSURE STATEMENT (To be Completed by Owner Named on Face of Title)

I certify that, to the best of my knowledge, this vehicle ☐ has been or ☒ has not been wrecked, destroyed or damaged to such an extent that the total estimate or actual cost of parts and labor to rebuild or reconstruct the vehicle to the condition it was in before an accident, and for legal operation on the road or highways, is more than 75% of the retail value of the vehicle at the time of loss. (Checking the "has" box means that the vehicle must have an anti-theft examination before being registered and that the title issued will have the statement "Rebuilt Salvage: NY" on it.)

I or we transfer the vehicle, boat or manufactured home described on this certificate. At the time of transfer, this title is subject only to the liens or encumbrances listed on this certificate, if any. I also certify that this is the most recent title issued for this vehicle, boat or manufactured home.

*Note: Section 2113 of the Vehicle and Traffic Law requires that application for a title must be made within 30 days of transfer.*

**Seller**

Seller's Signature: *Melissa A. Stoute*

Seller's Name *(Print in Full)*: MELISSA A STOUTE

Street Address: 15076 116th Ave Jamaica NY 11434

City / State / ZIP code

Date of Statement: 3/28/23

**Buyer**

Buyer's Signature: *Juana M*

Buyer's Name *(Print in Full)*: SUPERB MOTORS INC

Street Address: 215 Northern Blvd Great Neck NY 11021

City / State / ZIP code

Date of Statement: 3/28/23

### SECTION II - Reassignment by Manufactured Home Dealer or Registered Boat Dealer or Out-of-State Dealer

**ODOMETER DISCLOSURE STATEMENT**

*Note: This vehicle cannot be registered or titled in the name of the new owner unless mileage is disclosed.*

**Federal and State Law require that you state the mileage of the vehicle described on this certificate when transferring ownership. Failure to do so, or providing a false statement, may result in fines and/or imprisonment.**

I certify that, to the best of my knowledge, this odometer reading *(check one):*

☐ 1. reflects the ACTUAL MILEAGE of the vehicle described on the front.

☐ 2. EXCEEDS MECHANICAL LIMITS (odometer started over at zero)

☐ 3. not the actual mileage. WARNING - ODOMETER DISCREPANCY.

**ODOMETER READING**

(no tenths)

**ODOMETER HAS SPACE FOR:** *(Check one)*
☐ Five Digits, *excluding tenths*
☐ Six Digits, *excluding tenths*

I or we transfer the vehicle, boat or manufactured home described on this certificate. At the time of transfer, this title is subject only to the liens or encumbrances listed on this certificate, if any. I also certify that this is the most recent title issued for this vehicle, boat or manufactured home.

*Note: Section 2113 of the Vehicle and Traffic Law requires that application for a title must be made within 30 days of transfer.*

**Seller**

Seller's Signature

Seller's Name *(Print in Full)*

Street Address | City | State | ZIP code | Date of Statement

**Buyer**

Buyer's Signature

Buyer's Name *(Print in Full)*

Street Address | City | State | ZIP code | Date of Statement

MV-999 (1/15)

K 0714343

Boat Dealer's Facility #

0,1   16219   New York State Department of Motor Vehicles   00509   101216

## NOTICE OF RECORDED LIEN

| I.D. Number | Year | Make |
|---|---|---|
| WBAKC8C56ACY68247 | 2010 | BMW 750 LXI |

PINNACLE FEDERAL
CREDIT UNION
135 RARITAN CTR PKY
EDISON           NJ 08837

| 4861 Wgt/Lgth. | GAS Fuel | 8 Cyl/Prop. | 4DSD Body/Hull | BK Color |
|---|---|---|---|---|

Owner: If you have moved and have not yet notified this Department of your new address, cross out the address shown and print your new address in its place.

### OWNER

STOUTE,MELISSA,A
15076 116TH AVE
JAMAICA NY        11434

### ADDITIONAL LIENHOLDERS

The following information applies only to the lienholder shown in the box above.

[X] Our security interest in the vehicle, boat or manufactured home described in this notice has been satisfied.

[ ] We have assumed ownership of this vehicle, boat or manufactured home. We are transferring ownership to:

[ ] We have assigned our security interest in this vehicle, boat or manufactured home to:

Lien Filing Code

Name                    Date of Assignment

No. and Street

City        State        Zip

Authorized Signature        Date

LIEN SATISFIED
PINNACLE FEDERAL CREDIT UNION
SIGN
DATE

EXCELSIOR

If you are the owner named on this notice, you can keep this notice with the Certificate of Title and when you sell the vehicle, boat or manufactured home, give the transferred Title AND this original Notice of Recorded Lien to the new owner. To obtain a lien-free Title before then, return your current Title, this original Notice of Recorded Lien and a $20.00 fee to: NYS DMV, Title Bureau, 6 Empire State Plaza, Albany NY 12228-0330. (Check or money order should be made payable to the Commissioner of Motor Vehicles.)

If you cannot locate the Title for the vehicle, boat or manufactured home, you must apply for a duplicate. You may apply for a duplicate by completing form MV-902 (available at a DMV office or on our web site at www.dmv.ny.gov) and mailing it with a $20.00 check or money order AND this original Notice of Recorded Lien to the DMV Title Bureau at the above address.

If your address has **not** changed since you last registered the vehicle and your registration shows your current address, you may be able to apply for a duplicate title on line. For more information, please visit www.dmv.ny.gov.

MV-901 (4/12)



December 5, 2022

NY Motor Vehicle Commission

**RE:  Paid In Full Vehicle Loan-Lien Release**

**Owner**:  Melissa A. Stoute

**Year:**  2010

**Make/Model:**  BMW/750 LXI

**Vehicle Identification Number:  WBAKC8C56ACY68247**

To Whom It May Concern:

Pinnacle Federal Credit Union no longer holds a secured interest in the vehicle listed above. The Loan against the Vehicle has been paid in full.

If you should require any additional information regarding the lien on this automobile please do not hesitate to conta~~~~~~732-242-6029.~~~~~

Regards,

Nancy Potts
Title Administrator
npotts@pinnaclefcu.com

PAMELA J HAND
Notary Public, State of New Jersey
Comm. # 50060048
My Commission Expires 5/4/2027

---

☐ Salvage
MV-907A No. _____

**New York State Department of Motor Vehicles**
## WHOLESALE CERTIFICATE OF SALE RECEIPT

### No. EW34736562023

*SU1090*

**VEHICLE INFORMATION:**

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|------------------|-----------|-----------|------------------------|
| 2019 | LA/RO | RANGE ROVER VELAR | SUV | BK | N/A | 4217 | G | 4 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|---|---|---|
| S A L Y A 2 E X 8 K A 7 9 1 0 1 4 | 0 | N/A |

**DEALER INFORMATION**

SUPERB MOTORS INC, 215 NORTHERN BLVD, GREAT NECK, NY, 11021, Nassau

| **PURCHASER INFORMATION** | Date of Sale |
|---|---|
| TEAM AUTO SALES LLC, 4360 US RT 9, FREEHOLD, NJ, 07728 | 08-03-2023 |
| **PRIOR OWNER INFORMATION** | Date of Purchase |
| SALIBA INVSTMNT LLC, 1721 N OLDEN AVE, EWING, NJ, 08638, Out Of State Transfer Document | 04-05-2023 |

**ODOMETER DISCLOSURE STATEMENT**

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

☑ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. **WARNING: ODOMETER DISCREPANCY.**"

| ODOMETER READING | | | | | | |
|---|---|---|---|---|---|---|
| 0 | 0 | 3 | 1 | 0 | 5 | 1 |
| | | | (no tenths) | | | |

Check your odometer reading at: **verifiny.com/check**    Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

**DEALER CERTIFICATION**

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full SUPERB MOTORS INC | Date 8.3.23 | Seller's Facility No. 7128150 |
|---|---|---|---|

**PURCHASER CONFIRMATION**

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full *Andrea Powell* | PRINT name in full TEAM AUTO SALES LLC | Date 8.3.23 | Purchaser's Facility No. D77164 |
|---|---|---|---|

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*

Customer copy

Page 1 of 2

New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE

### No. EW34736562023

VEHICLE TRANSFER HISTORY

| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
|--------|-----------|------------------|---------------|---------------|---------------|
| SUPERB MOTORS INC | TEAM AUTO SALES LLC | 7128150 | 08 / 03 / 2023 | EMV50 | Yes |
| SALIBA INVSTMNT LLC | SUPERB MOTORS INC | | 04 / 05 / 2023 | OSTD | No |

*Any change or Alteration voids this receipt*

Customer copy

# REASSIGNMENT OF CERTIFICATE OF OWNERSHIP
## BY LICENSED NEW JERSEY MOTOR VEHICLE DEALER

**FEE: $10.00** (This form must be accompanied by a properly assigned title.)
The undersigned does hereby sell, assign or transfer unto

**TT1434526**

**Buyer's Name** (Print) Superb Motors Inc.

**Buyer's Address** (Print) 215 Northern Blvd, Great Neck, NY 11021

Buyer's Driver's License, Corpcode Number

**Co-Buyer's Name** (Print)

Co-Buyer's Driver's License, Corpcode Number

**Co-Buyer's Address** (Print)

the following described vehicle, **LR** Make **RR** Model **2019** Year

**WGN** Vehicle Type **SALYA2EX8KA791014** Vehicle Identification Number

and warrants title to the said motor vehicle and certifies that same is subject to the following security agreement or lien:

**Lienholder's Name** (Print)

Lienholder's Driver's License, Corpcode Number

Lienholder's Address (Print)

Date of Sale **4-5-23**

## ODOMETER - DEALER'S STATEMENT

NOTE: FEDERAL LAW requires that you state the mileage upon transfer of ownership. Failure to complete this disclosure or providing false information may result in fines and/or imprisonment.

I/We state that the odometer now reads _____ 31005 _____ (do not show tenths of a mile) and to the best of my/our knowledge that reflects the actual mileage of the vehicle described on the attached certificate of ownership, unless one of the following statements is checked:

___ (1) I/We hereby certify that to the best of my/our knowledge the odometer has exceeded its mechanical limits and the reading started again at zero.

___ (2) WARNING-ODOMETER DISCREPANCY-I/We hereby certify that the odometer reading is NOT the actual mileage, and should not be relied upon for accuracy.

NOTE: New Jersey law provides that anyone who knowingly or willfully misrepresents the description of a vehicle or makes a false statement in any title papers, forges, changes or counterfeits a part of title papers, or uses title papers on or for the wrong motor vehicle is guilty of a misdemeanor.

Sale Price _____ Net Sale _____ Sales Tax Collected _____ Exemption _____ Date of Sale **4-5-23**

**Dealer's Signature** _Juh Kareyera_

Dealer's Name (Hand Print) _Nah Koreyal_ Dealership Name **SALIBA INVESTMENT LLC**

Dealer's ID Number **007Q8N**

Dealer's Address (Print) **YOUR AUCTION OF TAMPA BAY VA/1041455/1** **1721 N. Olden Ave.**

Auction Name / Location **MV WIPP NJ 08638**

## STATEMENT OF BUYER

I/We, the undersigned, hereby certify that the motor vehicle described above was purchased by me/us and I/we have compared the vehicle identification number shown on this certificate with that of the motor vehicle purchased and found that they agree in every particular.

**BUYER NOTE:** Any purchaser other than a N.J. licensed dealer is required to present these documents after assignment to the N.J. Motor Vehicle Commission within 10 days. Failure to do so will result in a penalty of $25.00 which will be in addition to the filing fee for a new certificate of ownership.

Buyer's Signature X _Yvonne_

Buyer's Name (Hand Print) _Yvonne McCoy_ Co-Buyer's Name (Hand Print)

Co-Buyer's Signature X

ISM/SS-344 (R5/18) **ALTERATIONS OR ERASURES WILL VOID THIS CERTIFICATE ● AFFIX SALES TAX STAMP ON REVERSE SIDE.**

## STATE OF NEW JERSEY MOTOR VEHICLE COMMISSION



21650 G
S41090

STATE OF NEW JERSEY CERTIFICATE OF TITLE

| PREFIX | IDENTIFICATION NUMBER | SUFFIX | YEAR | MAKE | MODEL | BODY TYPE |
|---|---|---|---|---|---|---|
| SALYA | 2EX8K A7910 14 | Z | 2019 | L R | R R | WAGON |

| TYPE OF TITLE | DUPLICATE NO. | GVWR/GCWR | COLOR/TRIM | DEALER I.D. | AXLES/PROP. | FUEL |
|---|---|---|---|---|---|---|
| STANDARD | | 8 | BK | 23234U | 2 | |

| FEES | ISSUE DATE | VIN-REPLACEMENT | MILEAGE | | STATUS |
|---|---|---|---|---|---|
| 10.00 | 02-22-2023 | | 31051 | A | |

OWNER(S)

J & S AUTO HAUS
1723 N OLDEN AVE
TRENTON      NJ 08638

NUMBER OF OWNERS: 1

OWNER DL/CC #:47475 00650 86380

I, CHIEF ADMINISTRATOR OF THE MOTOR VEHICLE COMMISSION, OF THE STATE OF NEW JERSEY, DO HEREBY CERTIFY THAT EVIDENCE OF PURCHASE OF OWNERSHIP IN COMPLIANCE WITH THE LAWS OF THE STATE OF NEW JERSEY, OF THE DESCRIBED ARTICLE, HAS BEEN RECORDED AND FILED WITH ME, AND I DO HEREBY ISSUE THIS CERTIFICATE OF OWNERSHIP SUBJECT TO SECURITY AGREEMENT OR LIEN IF ANY AS STATED.

SIGNATURE

**State of New Jersey**
MOTOR VEHICLE COMMISSION

CONTROL NUMBER: **BL283212**

FS  DA20230531538

ALTERATION OR ERASURE VOIDS THIS TITLE.      KEEP IN SAFE PLACE

VOID IF ALTERED

ISMVSS-1 (R4/16)

---

THIS IS A RECEIPT DOCUMENT ONLY

VIN:     SALYA2EX8KA791014  Z   MILEAGE: 31051 A DUP:        STATUS:
L R   2019  WAGON    R R     BK      8   AXLE:2      DEALER ID:23234U
47475 00650 86380                          TITLE I    :     10.00
J & S AUTO HAUS                            SALES TAX  :
1723 N OLDEN AVE                           LFIS       :      0.00
TRENTON          NJ 08638                  TOTAL (K)  :     10.00
FS DA20230531538       10.00 I STANDARD

BL283212

STATE OF NEW JERSEY                                    CUSTOMER COPY

## ODOMETER DISCLOSURE STATEMENT AND STATEMENT OF SELLER

**NJ**

**NOTE:** **FEDERAL LAW** requires that you state the mileage upon transfer of ownership. Failure to complete this disclosure or providing false information may result in fines and/or imprisonment.

*PLEASE RUB TO VERIFY*

I/We state that the odometer now reads **21051** (do not show tenths of a mile) and to the best of my/our knowledge that reflects the actual mileage of the vehicle described on the reverse side of this Certificate of Ownership, unless one of the following statements is checked:

(1) I/We hereby certify that to the best of my/our knowledge the odometer has exceeded its mechanical limits and the reading started again at zero.

(2) WARNING - ODOMETER DISCREPANCY - I/We hereby certify that the odometer reading is NOT the actual mileage, and should not be relied upon for accuracy.

**NOTE:** New Jersey statute provides that anyone who knowingly or willfully misrepresents the description of a vehicle or makes a false statement in any title papers, forges, changes or counterfeits a part of title papers; or uses title papers on or for the wrong motor vehicle is guilty of a misdemeanor.

I/We hereby assign this Certificate of Ownership of the vehicle described subject to the following liens or encumbrances, if any, and none other. I/We certify the accuracy of sale price, the mileage specified above, and that I/we am/are the owner(s) of the vehicle described on this Certificate of Ownership.

Buyer's Name (Print) **SALIBA INVESTMENT LLC**
Buyer's Address **1721 N. Olden Ave.**
**Ewing, NJ 08638**

Co-Buyer's Name (Print) _____
Co-Buyer's Address _____

Lienholder's Name (Print) _____
Lienholder's Address _____

Seller's Name (Print) **J & S AUTOHAUS**
Seller's Address **1726 No. Olden Ave.**
**Ewing, NJ 08638**
**609-944-0420**

**SELLER SIGN HERE**

Seller's Name (Hand Print) _____
Seller's Signature X _____
Auction Name _____
Auction Location _____

Driver Lic. # _____
Corpcode # **75347 15190 86380**
Sales Tax Exemption # _____
Driver Lic. # _____
Corpcode # _____

Driver Lic. # _____
Corpcode # _____
Date of Sale **2-22-23**
Sale Price $ _____
Net Sale $ _____
Sales Tax Paid $ _____

Co-Seller's Name (Hand Print) _____
Co-Seller's Signature X _____
Date of Odometer Statement **2-22-23**
MVC Auction ID _____

**STATEMENT OF BUYER**

N. J. SALES TAX SATISFIED

I/WE, the undersigned, hereby certify that the motor vehicle described on the reverse side of this Certificate of Ownership was purchased by me/us and I/We have compared the vehicle identification number shown on this certificate with that of the motor vehicle purchased and found that they are the same in every particular.

**NOTE:** N.J.S.A. 39:10-11 requires that this certificate after assignment be presented to the MOTOR VEHICLE COMMISSION within ten days. Failure to do so will result in a penalty of $25 which will be in addition to the filing fee for a new Certificate of Ownership.

M. V. Ident. No. _____
Purchase Price $ _____

Dealer's Signature _____

**BUYER SIGN HERE**

Buyer's Name (Hand Print) **Leah Koreyva**
Buyer's Signature X _____

Co-Buyer's Name (Hand Print) _____
Co-Buyer's Signature X _____

ALTERATIONS OR ERASURES WILL VOID THIS CERTIFICATE

**BL283212**

## CUSTOMER COPY

KEEP THIS COPY IN A SAFE PLACE, SEPARATE FROM THE TITLE,

SHOULD YOU REQUIRE THE INFORMATION THAT IS AVAILABLE ON

THIS FORM FOR FUTURE REFERENCE.

☐ Salvage
MV-907A No. _____

**New York State Department of Motor Vehicles**
## WHOLESALE CERTIFICATE OF SALE RECEIPT

### No. EW34764482023

*SU1101*

**VEHICLE INFORMATION:**

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|------------------|-----------|-----------|------------------------|
| 2018 | ME/BE | CLA | SEDN | RD | N/A | 3188 | G | 4 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|-------------------------------|---------|--------------------------------|
| W D D S J 4 G B 7 J N 5 0 8 4 3 3 | 0 | N/A |

**DEALER INFORMATION**

SUPERB MOTORS INC, 215 NORTHERN BLVD, GREAT NECK, NY, 11021, Nassau

| **PURCHASER INFORMATION** | Date of Sale |
|---------------------------|--------------|
| TEAM AUTO SALES LLC, 4360 US RT 9, FREEHOLD, NJ, 07728 | 08-04-2023 |

| **PRIOR OWNER INFORMATION** | Date of Purchase |
|-----------------------------|------------------|
| LANCASTER CAR, 1072 LANCASTER RD, MANHEIM, PA, 17545, Out Of State Title (77841533202) | 04-20-2023 |

**ODOMETER DISCLOSURE STATEMENT**

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

■ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. **WARNING: ODOMETER DISCREPANCY.**"

| ODOMETER READING | | | | | | |
|---|---|---|---|---|---|---|
| 0 | 0 | 7 | 8 | 1 | 2 | 7 |
| | | | (no tenths) | | | |

Check your odometer reading at:  **verifiny.com/check**  Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

**DEALER CERTIFICATION**

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full SUPERB MOTORS INC | Date 8/4/23 | Seller's Facility No. 7128150 |
|---|---|---|---|

**PURCHASER CONFIRMATION**

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full *Andrea Powell* | PRINT name in full TEAM AUTO SALES LLC | Date 8/4/23 | Purchaser's Facility No. 077164 |
|---|---|---|---|

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*

Customer copy

Page 1 of 2

New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE

### No. EW34764482023

| VEHICLE TRANSFER HISTORY | | | | | |
|---|---|---|---|---|---|
| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
| SUPERB MOTORS INC | TEAM AUTO SALES LLC | 7128150 | 08 / 04 / 2023 | EMV50 | Yes |
| LANCASTER CAR | SUPERB MOTORS INC | | 04 / 20 / 2023 | OOST | No |

*Any change or Alteration voids this receipt*

# COMMONWEALTH OF PENNSYLVANIA

## CERTIFICATE OF TITLE FOR A VEHICLE

N 306

FUEL: GAS

2309599990161798-001

| WDDSJ4GB7JN508433 | 2018 | MERCEDES BENZ | 77841533202 HA |
|---|---|---|---|
| **VEHICLE IDENTIFICATION NUMBER** | **YEAR** | **MAKE OF VEHICLE** | **TITLE NUMBER** |

| SDN | 0 | | DUP | | 7/08/20 | 036002 | 0 |
|---|---|---|---|---|---|---|---|
| **BODY TYPE** | | **SEAT CAP** | | **PRIOR TITLE STATE** | **ODOM. PROCD. DATE** | **ODOM. MILES** | **ODOM. STATUS** |

| 8/02/17 | 7/08/20 | | | | |
|---|---|---|---|---|---|
| **DATE PA TITLED** | **DATE OF ISSUE** | **UNLADEN WEIGHT** | **GVWR** | **GCWR** | **TITLE BRANDS** |

**ODOMETER STATUS**

0 = ACTUAL MILEAGE
1 = MILEAGE EXCEEDS THE MECHANICAL LIMITS
2 = NOT THE ACTUAL MILEAGE
3 = NOT THE ACTUAL MILEAGE-ODOMETER TAMPERING VERIFIED
4 = EXEMPT FROM ODOMETER DISCLOSURE

**TITLE BRANDS**

A = ANTIQUE VEHICLE
C = CLASSIC VEHICLE
D = COLLECTIBLE VEHICLE
F = OUT OF COUNTRY
G = ORIGINALLY MFGD. FOR NON-U.S. DISTRIBUTION
H = AGRICULTURAL VEHICLE
L = LOGGING VEHICLE
P = IS/WAS A POLICE VEHICLE
R = RECONSTRUCTED
S = STREET ROD
T = RECOVERED THEFT VEHICLE
V = VEHICLE CONTAINS REISSUED VIN
W = FLOOD VEHICLE
X = IS/WAS A TAXI

**REGISTERED OWNER(S)**

TINISHA ARLINE HART
56 S 3RD ST APT 306
EASTON PA 18042

**FIRST LIEN FAVOR OF:**

MB OF LEHIGH VALLEY

**SECOND LIEN FAVOR OF:**

**FIRST LIEN RELEASED** 4/12/23

BY _Melissa Cole_    AUTHORIZED REPRESENTATIVE

**MAILING ADDRESS**

If a second lienholder is listed upon satisfaction of the first lien, the first lienholder must forward this Certificate of Title to the Bureau of Motor Vehicles with the appropriate form and fee.

**SECOND LIEN RELEASED** _____ DATE

BY _____ AUTHORIZED REPRESENTATIVE

MB OF LEHIGH VALLEY
3401 LEHIGH ST
ALLENTOWN PA 18103

## pennsylvania
DEPARTMENT OF TRANSPORTATION

I certify as of the date of issue, the official records of the Pennsylvania Department of Transportation reflect that the person(s) or company named herein is the lawful owner of the said vehicle.

MICHAEL B. CARROLL, ACTING
Secretary of Transportation

## D. APPLICATION FOR TITLE AND LIEN INFORMATION

TO BE COMPLETED BY PURCHASER WHEN VEHICLE IS SOLD AND THE APPROPRIATE SECTIONS ON THE REVERSE SIDE OF THIS DOCUMENT ARE COMPLETED

**SUBSCRIBED AND SWORN TO BEFORE ME:**

| | MO. | DAY | YEAR |
|---|---|---|---|

SIGNATURE OF PERSON ADMINISTERING OATH

SIGN IN PRESENCE OF A NOTARY

If a co-purchaser other than your spouse is listed and you want the title to be listed as "Joint Tenants With Right of Survivorship" (on death of one owner, title goes to surviving owner) CHECK HERE ☐. Otherwise, the title will be issued as "Tenants In Common" (on death of one owner, interest of deceased owner goes to his/her heirs or estate).

IF NO LIEN, CHECK ☐ IS THIS AN ELT? (IF YES, FIN REQUIRED) YES ☐ NO ☐

1ST LIENHOLDER FINANCIAL INSTITUTION NUMBER:

1ST LIENHOLDER NAME

STREET

CITY    STATE    ZIP

The undersigned hereby makes application for Certificate of Title to the vehicle described above, subject to the encumbrances and other legal claims set forth here.

SIGNATURE OF APPLICANT OR AUTHORIZED SIGNER

IF NO 2ND LIEN, CHECK ☐ IS THIS AN ELT? (IF YES, FIN REQUIRED) YES ☐ NO ☐

2ND LIENHOLDER FINANCIAL INSTITUTION NUMBER:

2ND LIENHOLDER NAME

STREET

SIGNATURE OF CO-APPLICANT/TITLE OF AUTHORIZED SIGNER

CITY    STATE    ZIP

**STORE IN A SAFE PLACE - IF LOST APPLY FOR A DUPLICATE - ANY ALTERATION OR ERASURE VOIDS THIS TITLE**

87587927

DO NOT ACCEPT DOCUMENT WITHOUT VERIFYING THE PRESENCE OF THE LIBERTY BELL WATERMARK

**(TYPE OR PRINT)** Certificate of Title must be submitted within 20 days, unless the purchaser is a registered dealer intending resale.

**WARNING -** FEDERAL AND STATE LAWS REQUIRE THAT YOU STATE THE MILEAGE IN CONNECTION WITH THE TRANSFER OF OWNERSHIP. FAILURE
TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES OR IMPRISONMENT.

## A. ASSIGNMENT OF TITLE
Registered dealers must complete Forms MV-27A or MV-27B
as required by law. If purchaser is NOT a registered dealer,
Section D on the front of this form must be completed

I/We certify, to the best of my/our knowledge that the odometer reading is

**77,896** ☒ TENTHS miles and reflects the actual mileage of the vehicle.

unless one of the following boxes is checked:
- ☐ Reflects the amount of mileage in excess of its mechanical limits
- ☐ Is NOT the actual mileage WARNING: Odometer discrepancy

I/We further certify that the vehicle is free of any encumbrance and that the ownership is hereby transferred to the person(s) or the dealer listed.

SUBSCRIBED AND SWORN
TO BEFORE ME:  MO. **4**  DAY **12**  YEAR **23**

Melissa Cole
SIGNATURE OF PERSON ADMINISTERING OATH

Commonwealth of Pennsylvania - Notary Seal
Melissa Ann Cole, Notary Public
Lehigh County
My commission expires August 01, 2026
Commission number 1424124

| | LAST | FIRST | MIDDLE NAME |
PURCHASER OR FULL BUSINESS NAME: MERCEDES BENZ PORSCHE OF LEHIGH VALLEY
CO-PURCHASER:
STREET ADDRESS: 3401 LEHIGH STREET
CITY: ALLENTOWN, PA 18103
STATE:  ZIP:  PURCHASE PRICE OR DIN: **83-16557**

(signature) PURCHASER SIGNATURE

PURCHASER AND/OR CO-PURCHASER MUST HANDPRINT NAME HERE: Jodi Barr

Hannah Dille P/A
SIGNATURE OF SELLER

SELLER AND/OR CO-SELLER MUST HANDPRINT NAME HERE: Hannah Dille P/A

If purchaser listed in Block A is NOT a registered dealer Section D on the front of this form must be completed.

## B. RE-ASSIGNMENT OF TITLE BY REGISTERED DEALER

I/We certify, to the best of my/our knowledge that the odometer reading is

**77,896** ☒ TENTHS miles and reflects the actual mileage of the vehicle.

unless one of the following boxes is checked:
- ☐ Reflects the amount of mileage in excess of its mechanical limits
- ☐ Is NOT the actual mileage WARNING: Odometer discrepancy

I/We further certify that the vehicle is free of any encumbrance and that the ownership is hereby transferred to the person(s) or the dealer listed.

SUBSCRIBED AND SWORN
TO BEFORE ME:  MO. **4**  DAY **13**  YEAR **23**

Melissa Cole
SIGNATURE OF PERSON ADMINISTERING OATH

Commonwealth of Pennsylvania  Notary Seal
Melissa Ann Cole, Notary Public
Lehigh County
My commission expires August 01, 2026
Commission number 1424124

| | LAST | FIRST | MIDDLE NAME |
PURCHASER OR FULL BUSINESS NAME: Lancaster Car
CO-PURCHASER:
STREET ADDRESS: 1072 Lancaster Rd
CITY: Manheim
STATE: PA  ZIP: 17545  PURCHASE PRICE OR DIN:

PURCHASER SIGNATURE

PURCHASER AND/OR CO-PURCHASER MUST HANDPRINT NAME HERE: Ritchie Keist

(signature) SIGNATURE OF SELLER
SELLER MUST HANDPRINT NAME HERE: Jodi Barr

If purchaser is NOT a registered dealer Section D on the front of this form must be completed.

## RE-ASSIGNMENT OF TITLE BY REGISTERED DEALER

I/We certify, to the best of my/our knowledge that the odometer reading is

**78,127** ☒ TENTHS miles and reflects the actual mileage of the vehicle.

unless one of the following boxes is checked:
- ☐ Reflects the amount of mileage in excess of its mechanical limits
- ☐ Is NOT the actual mileage WARNING: Odometer discrepancy

I/We further certify that the vehicle is free of any encumbrance and that the ownership is hereby transferred to the person(s) or the dealer listed.

SUBSCRIBED AND SWORN
TO BEFORE ME:  **4** MO. **20** DAY **23** YEAR

Julie Hershey
SIGNATURE OF PERSON ADMINISTERING OATH

Julie Hershey
Manheim Pennsylvania
86-4122
Notarization Not Required in PA

| | LAST | FIRST | MIDDLE NAME |
PURCHASER OR FULL BUSINESS NAME: Superb Motors Inc
CO-PURCHASER:
STREET ADDRESS: 215 Northern Blvd
CITY: Great Neck
STATE: NY  ZIP: 11021  PURCHASE PRICE OR DIN:

PURCHASER SIGNATURE

PURCHASER AND/OR CO-PURCHASER MUST HANDPRINT NAME HERE: Yvonne McCoy

(signature) SIGNATURE OF SELLER
SELLER MUST HANDPRINT NAME HERE: Ritchie Keist

If purchaser is NOT a registered dealer Section D on the front of this form must be completed.

## RE-ASSIGNMENT OF TITLE BY REGISTERED DEALER

I/We certify, to the best of my/our knowledge that the odometer reading is

☐ TENTHS  ☒ miles and reflects the actual mileage of the vehicle.

unless one of the following boxes is checked:
- ☐ Reflects the amount of mileage in excess of its mechanical limits
- ☐ Is NOT the actual mileage WARNING: Odometer discrepancy

I/We further certify that the vehicle is free of any encumbrance and that the ownership is hereby transferred to the person(s) or the dealer listed.

SUBSCRIBED AND SWORN
TO BEFORE ME:  MO.  DAY  YEAR

SIGNATURE OF PERSON ADMINISTERING OATH

| | LAST | FIRST | MIDDLE NAME |
PURCHASER OR FULL BUSINESS NAME:
CO-PURCHASER:
STREET ADDRESS:
CITY:
STATE:  ZIP:  PURCHASE PRICE OR DIN:

PURCHASER SIGNATURE

CO-PURCHASER SIGNATURE

PURCHASER AND/OR CO-PURCHASER MUST HANDPRINT NAME HERE:

SIGNATURE OF SELLER
SELLER MUST HANDPRINT NAME HERE:

MV-4 (12-2015)

☐ CHECK HERE IF APPLYING FOR A DEALER TITLE AND COMPLETE SECTION D. TITLING FEES $

employee of an issuing agent licensed as a vehicle dealer by the Pennsylvania State Board of Vehicle Manufacturers, Dealers and Salespersons may verify a person's signature in lieu of notarization.

MV P... ...page... provided by...

penn**sylvania** Stk # 700770B

DEPARTMENT OF TRANSPORTATION

Bureau of Motor Vehicles

R FPA SECPOA 1212

**SECURE**
**POWER OF ATTORNEY**

PAA/PIADA

**13831307**

**WARNING:** This form may be used only when the proof of ownership is physically held by a lienholder. This form must be submitted to the State by the registered Pennsylvania dealer, or authorized insurance company, exercising Powers of Attorney. Failure to do so may result in fines and/or imprisonment.

## VEHICLE DESCRIPTION

| YEAR: 2018 | MAKE: Mercedes-Benz | MODEL: CLA | BODY TYPE: 4D Coupe 4 | VIN: WDDSJ4GB7JN508433 |

**A.   TRANSFEROR'S POWER OF ATTORNEY TO DISCLOSE MILEAGE**

Federal and State laws require that you state the mileage upon transfer of ownership. Providing a false statement may result in fines and/or imprisonment.

I/We, (print name of transferor(s) **Tinisha Arline Hart** _____ appoint (transferee's/dealership/insurance company representative's printed name)

**Mercedes-Benz Porsche of Lehigh Valley** as my attorney-in-fact to disclose the mileage on the proof of ownership for the vehicle described above, exactly as stated in my following disclosure.

I state that the odometer now reads | 7 7 8 9 6 | X | miles and to the best of my knowledge that it reflects the actual mileage, unless one of the

following statements is checked:  ☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage: **WARNING - ODOMETER DISCREPANCY**

Transferor's Signature: *Tinisha Hart*

Transferor's Printed Name: **Tinisha Arline Hart**

Transferor's Street Address: **1763 Chester Rd**

State: **PA**      Zip Code: **18017**

Co-Transferor's Signature: _____

Co-Transferor's Printed Name: _____

City: **Bethlehem**

Date of Statement: **03/25/2023**

Transferee's Signature: *Hannah Dille*

Transferee's Dealership Name: **Mercedes-Benz Porsche of Lehigh Valley**

Transferee's Printed Name: **Hannah Dille**

Pennsylvania Dealer Identification Number (DIN): **85-16557**

SUBSCRIBED AND SWORN TO BEFORE ME:   **MAR** MO. **25** DAY **23** YEAR

Business Street Address: **3401 Lehigh Street**

City: **Allentown**      State: **PA**   Zip Code: **18103-70..**

SIGNATURE OF PERSON ADMINISTERING OATH

Commonwealth of Pennsylvania   Notary Seal
Melissa Ann Cole, Notary Public
Lehigh County
My commission expires August 01 2026
Commission number 1424124

**SIGN IN PRESENCE OF A NOTARY**

Subject to the limitations of 75 Pa.C.S. 1119, I/we appoint the person named above as my/our true and lawful attorney-in-fact to execute any and all applications for or assignment of Certificate of Title for the motor vehicle listed above, giving and granting unto my/our attorney-in-fact full power and authority to perform any act that I/we could perform if I/we were personally present.

Signature of Transferor listed above: *Tinisha Hart*

Signature of Co-Transferor: _____

**B.   TRANSFEREE'S POWER OF ATTORNEY TO REVIEW PROOF OF OWNERSHIP DOCUMENTS AND ACKNOWLEDGE DISCLOSURE** (Part B is invalid unless Part A has been completed)

I/We, (print name of transferee(s) _____ appoint (transferor's/dealership's printed name) _____
as my attorney-in-fact to sign the mileage disclosure on the proof of ownership for the vehicle described above, only if the disclosure is exactly as the disclosure completed below.

Transferee's Signature: _____

Transferee's Printed Name: _____

Transferee's Street Address: _____

Co-Transferee's Signature: _____

Co-Transferee's Printed Name: _____

City: _____   State: _____   Zip Code: _____

Federal and State laws require that you state the mileage upon transfer of ownership, providing a false statement may result in fines and/or imprisonment.

I (transferor's/dealership's printed name) _____ state that the odometer now reads | | | | | | | | X |

miles and to the best of my knowledge that it reflects the actual mileage, unless one of the following statements is checked:

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage: **WARNING - ODOMETER DISCREPANCY**

Transferor's Signature: _____

SUBSCRIBED AND SWORN TO BEFORE ME: _____ MO. _____ DAY _____ YEAR

SIGNATURE OF PERSON ADMINISTERING OATH

**SIGN IN PRESENCE OF A NOTARY**

Transferor's Printed Name: _____

Street Address: _____

City: _____   State: _____

Zip Code: _____   Date of Statement: _____

Subject to the limitations of 75 Pa.C.S. 1119, I/we appoint the person named above as my/our true and lawful attorney-in-fact to execute any and all applications for or assignment of Certificate of Title for the motor vehicle listed above, giving and granting unto my/our attorney-in-fact full power and authority to perform any act that I/we could perform if I/we were personally present.

Signature of Transferee: _____

Signature of Co-Transferee: _____

**C.   CERTIFICATION** (Mileage discrepancies void Power of Attorney).

I, (print name of above Powers of Attorney), _____ hereby certify that I have received and reviewed the proof of ownership for the vehicle described above and that there are no indications of mileage discrepancies.

Date: _____

Signature: _____   Printed Name: _____

Street Address: _____

City: _____   State: _____   Zip Code: _____

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK · HOLD AT AN ANGLE TO VIEW

**New York State Department of Motor Vehicles**
## WHOLESALE CERTIFICATE OF SALE RECEIPT

☐ Salvage
MV-907A No. _____

### No. EW33011512023

**VEHICLE INFORMATION:**

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|------------------|-----------|-----------|------------------------|
| 2007 | FORD | XPL | SUBN | DK | RD | 4582 | G | 6 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|-------------------------------|---------|----------------------------------|
| 1 F M E U 7 4 E 5 7 U A 5 2 4 8 7 | 0 | N/A |

### DEALER INFORMATION

SUPERB MOTORS INC, 215 NORTHERN BLVD, GREAT NECK, NY, 11021, Nassau

### PURCHASER INFORMATION

| | Date of Sale |
|---|---|
| L & F LUXURY AUTO, 2759 DEKJ RD STE1360, MARIETTA, GA, 30067 | 05-24-2023 |

### PRIOR OWNER INFORMATION

| | Date of Purchase |
|---|---|
| PATRICIA RICHARDS , 10226 185TH ST, HOLLIS, NY, 11423, NYS Title (650556K) | 05-06-2023 |

### ODOMETER DISCLOSURE STATEMENT

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

☑ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. **WARNING: ODOMETER DISCREPANCY."**

| ODOMETER READING | | | | | | |
|---|---|---|---|---|---|---|
| 0 | 1 | 5 | 5 | 4 | 0 | 3 |
| (no tenths) | | | | | | |

Check your odometer reading at: **verifiny.com/check**   Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

### DEALER CERTIFICATION

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full SUPERB MOTORS INC | Date | Seller's Facility No. 7128150 |
|---|---|---|---|

### PURCHASER CONFIRMATION

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full L & F LUXURY AUTO | Date | Purchaser's Facility No. |
|---|---|---|---|

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*

**New York State Department of Motor Vehicles**
## WHOLESALE CERTIFICATE OF SALE

## No. EW33011512023

| VEHICLE TRANSFER HISTORY | | | | | |
|---|---|---|---|---|---|
| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
| SUPERB MOTORS INC | L & F LUXURY AUTO | 7128150 | 05 / 24 / 2023 | EMV50 | Yes |
| PATRICIA RICHARDS | SUPERB MOTORS INC | | 05 / 06 / 2023 | NYST | No |

*Any change or Alteration voids this receipt*

SU1104A

RICHARDS,PATRICIA
10226 185TH ST FL 1
HOLLIS          NY 11423

010793

# CERTIFICATE OF TITLE

## NEW YORK STATE

dmv.ny.gov

| Title and Identification No. | Year | Make | Model Code | Body/Hull | Document No. |
|---|---|---|---|---|---|
| 1FMEU74E57UA52487<br>1FMEU74E57UA52487 | 2007 | FORD | XPL | SUBN | 650556K |

| Color | Wt./Sts./Lgth. | Fuel | Cyl./Prop. | New or Used | Type of Title | Date Issued |
|---|---|---|---|---|---|---|
| DK/RD | 4582 | GAS | 6 | USED | VEHICLE | 10/13/20 |

Name and Address of Owner(s)

ODOMETER READING:  EXEMPT
EXEMPT
VEHICLE OVER 10 YEARS OLD

RICHARDS,PATRICIA
10226 185TH ST FL 1
HOLLIS NY      11423

This document is your proof of ownership for this vehicle, boat or manufactured home. Keep it in a safe place, not with your license or registration or in your vehicle or boat. To dispose of your vehicle, boat or manufactured home, complete the transfer section on the back and give this title to the new owner.

Lienholder _____

* NO LIENS RECORDED *

Lienholder _____

* NO LIENS RECORDED *

Lienholder _____

* NO LIENS RECORDED *

Lienholder _____

* NO LIENS RECORDED *

MV-999 (1/15)

VOID IF ALTERED

DEPARTMENT OF MOTOR VEHICLES

155403

## ANY CHANGE OR ERASURE WILL VOID THIS TITLE -- ANY FALSE STATEMENT IS A MISDEMEANOR

### SECTION I - Transfer by Owner

**ODOMETER DISCLOSURE STATEMENT**

*Note: This vehicle cannot be registered or titled in the name of the new owner unless mileage is disclosed.*
**Federal and State Law require that you state the mileage of the vehicle described on this certificate when transferring ownership.**
**Failure to do so, or providing a false statement, may result in fines and/or imprisonment.**

I certify that, to the best of my knowledge, this odometer reading *(check one):*
- ☑ 1. reflects the ACTUAL MILEAGE as seen on the odometer of the vehicle described on the front.
- ☐ 2. EXCEEDS MECHANICAL LIMITS (odometer started over at zero)
- ☐ 3. not the actual mileage. WARNING - ODOMETER DISCREPANCY.

**ODOMETER READING**

(no tenths)

ODOMETER HAS SPACE FOR: *(Check one)*
☐ Five Digits, *excluding tenths*
☑ Six Digits, *excluding tenths*

### DAMAGE DISCLOSURE STATEMENT (To be Completed by Owner Named on Face of Title)

I certify that, to the best of my knowledge, this vehicle ☐ has been or ☑ has not been wrecked, destroyed or damaged to such an extent that the total estimate or actual cost of parts and labor to rebuild or reconstruct the vehicle to the condition it was in before an accident, and for legal operation on the road or highways, is more than 75% of the retail value of the vehicle at the time of loss. (Checking the "has" box means that the vehicle must have an anti-theft examination before being registered and that the title issued will have the statement "Rebuilt Salvage: NY" on it.)

I or we transfer the vehicle, boat or manufactured home described on this certificate. At the time of transfer, this title is subject only to the liens or encumbrances listed on this certificate, if any. I also certify that this is the most recent title issued for this vehicle, boat or manufactured home.
*Note: Section 2113 of the Vehicle and Traffic Law requires that application for a title must be made within 30 days of transfer.*

| | Seller's Signature *Patricia Richards* | Seller's Name *(Print in Full)* PATRICIA RICHARDS | | Date of Statement 5-6-23 |
|---|---|---|---|---|
| **Seller** | Street Address 10226 185th St | City HOLLIS | State NY | ZIP code 11423 | |
| **Buyer** | Buyer's Signature *Juan M* | Buyer's Name *(Print in Full)* SUPERB MOTORS INC | | Date of Statement 5-6-23 |
| | Street Address 215 Northern Blvd | City Great Neck | State NY | ZIP code 11021 | |

### SECTION II - Reassignment by Manufactured Home Dealer or Registered Boat Dealer or Out-of-State Dealer

**ODOMETER DISCLOSURE STATEMENT**

*Note: This vehicle cannot be registered or titled in the name of the new owner unless mileage is disclosed.*
**Federal and State Law require that you state the mileage of the vehicle described on this certificate when transferring ownership.**
**Failure to do so, or providing a false statement, may result in fines and/or Imprisonment.**

I certify that, to the best of my knowledge, this odometer reading *(check one):*
- ☐ 1. reflects the ACTUAL MILEAGE of the vehicle described on the front.
- ☐ 2. EXCEEDS MECHANICAL LIMITS (odometer started over at zero)
- ☐ 3. not the actual mileage. WARNING ODOMETER DISCREPANCY.

**ODOMETER READING**

(no tenths)

ODOMETER HAS SPACE FOR: *(Check one)*
☐ Five Digits, *excluding tenths*
☐ Six Digits, *excluding tenths*

I or we transfer the vehicle, boat or manufactured home described on this certificate. At the time of transfer, this title is subject only to the liens or encumbrances listed on this certificate, if any. I also certify that this is the most recent title issued for this vehicle, boat or manufactured home.
*Note: Section 2113 of the Vehicle and Traffic Law requires that application for a title must be made within 30 days of transfer.*

| | Seller's Signature | Seller's Name *(Print In Full)* | | Date of Statement |
|---|---|---|---|---|
| **Seller** | Street Address | City | State | ZIP code | |
| **Buyer** | Buyer's Signature | Buyer's Name *(Print in Full)* | | Date of Statement |
| | Street Address | City | State | ZIP code | |

Boat Dealer's
Facility #

MV-999 (1/15)                    L 4414640

New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE RECEIPT

☐ Salvage
MV-907A No. _____

## No. EW32016762023

**VEHICLE INFORMATION:**

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|------------------|-----------|-----------|------------------------|
| 2015 | INFIN | Q70L | SEDN | GY | N/A | 3867 | G | 6 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|---|---|---|
| J N 1 B Y 1 P R 8 F M 8 3 0 6 5 9 | 0 | N/A |

## DEALER INFORMATION

SUPERB MOTORS INC, 215 NORTHERN BLVD, GREAT NECK, NY, 11021, Nassau

| PURCHASER INFORMATION | Date of Sale |
|---|---|
| RS MOTORS, 4809 WEST 38TH ST, INDIANAPOLIS, IN, 46254 | 04-17-2023 |

| PRIOR OWNER INFORMATION | Date of Purchase |
|---|---|
| LASHAWN A ROBINSON, 25 SPRING ST, VERNON, CT, 06066, Out Of State Title (AA2596778) | 04-14-2023 |

## ODOMETER DISCLOSURE STATEMENT

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

☑ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. **WARNING:** ODOMETER DISCREPANCY."

| ODOMETER READING | | | | | | |
|---|---|---|---|---|---|---|
| 0 | 1 | 4 | 3 | 1 | 2 | 1 |
| (no tenths) | | | | | | |

Check your odometer reading at: | verifiny.com/check | Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

## DEALER CERTIFICATION

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full | Date | Seller's Facility No. |
|---|---|---|---|
| *[signature]* | SUPERB MOTORS INC | 4·17·23 | 7128150 |

## PURCHASER CONFIRMATION

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full | Date | Purchaser's Facility No. |
|---|---|---|---|
| | RS MOTORS | | |

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*

New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE

### No. EW32016762023

| VEHICLE TRANSFER HISTORY | | | | | |
|---|---|---|---|---|---|
| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
| SUPERB MOTORS INC | RS MOTORS | 7128150 | 04 / 17 / 2023 | EMV50 | Yes |
| LASHAWN A ROBINSON | SUPERB MOTORS INC | | 04 / 14 / 2023 | OOST | No |

*Any change or Alteration voids this receipt*

# STATE OF CONNECTICUT
## DEPARTMENT OF MOTOR VEHICLES

| VEHICLE/HULL IDENTIFICATION NUMBER (VIN/HIN) | TITLE NUMBER | DATE OF ISSUE | PRIOR TITLE NUMBER | PRIOR STATE |
|---|---|---|---|---|
| JN1BY1PR8FM830659 | AA2596778 | 05/04/2019 | BQ148947 | MA |

| PURCHASED | YEAR | MAKE | MODEL | BODY STYLE | CYL | NEW/USED | ODOMETER | FUEL TYPE |
|---|---|---|---|---|---|---|---|---|
| 04/05/2019 | 2015 | Infin | Q70l | 4D | 06 | USED | 060173 | Gasoline |

| VESSEL TYPE | HULL MATERIAL | ENGINE DRIVE TYPE | PROPULSION TYPE | LENGTH |
|---|---|---|---|---|
| | | | | |

**OWNER(S)**
ROBINSON, LASHAWN A
25 SPRING ST APT 2
VERNON, CT 06066 - 3451

**FIRST LIENHOLDER**       DATE OF LIEN
AMERICREDIT FINANCIAL SERVICES       04/05/2019
PO BOX 1510
COCKEYSVILLE, MD 21030

**SECOND LIENHOLDER**       DATE OF LIEN

### RELEASE OF LIENS

**FIRST LIEN INTEREST IN DESCRIBED VEHICLE/VESSEL IS HEREBY RELEASED**

NAME AmeriCredit Financial Services, Inc.

AUTHORIZED SIGNATURE       DATE RELEASED
X _____

**SECOND LIEN INTEREST IN DESCRIBED VEHICLE/VESSEL IS HEREBY RELEASED**

NAME

AUTHORIZED SIGNATURE       DATE RELEASED
X

SB0604 REV. 12/15

AMERICREDIT FINANCIAL SERVICES
P O BOX 1510
COCKEYSVILLE, MD 21030

The Commissioner of Motor Ve...
hereby certifies that an applicat...
a certificate of title for the v...
vessel described herein has bee...
filed, pursuant to the provisions...
laws of the State of Connecticu...
based on the statements...
applicant and the records on fi...
this agency. The applicant na...
the owner of said vehicle/vesse...
Department of Motor Vehicles...
certifies that the vehicle/ve...
subject to any security interests...
herein.

IN WITNESS WHEREO...
I have affixed my hand...



COMMISSIONER OF MOTOR VEHICLE...

VEHICLE/HULL IDENTIFICATION NUMBER (VIN/HIN)       TITLE NUMBER



VOID IF ALTERED

**NO SELLER SHALL ASSIGN TITLE OF A VEHICLE OR VESSEL WITHOUT INSERTING THE BUYER'S NAME AND ADDRESS ON THE ASSIGNMENT AND WARRANTY OF TITLE.**

# ASSIGNMENT OF OWNERSHIP

**NOTICE: ANY ALTERATION OR ERASURE VOIDS THE ASSIGNMENT**

BUYER(S): Do not sign below until all sections of the assignment have been completed and signed by seller(s).

**WARNING: Federal law requires that you state the mileage in connection with a transfer of ownership of a vehicle. Failure to complete the Odometer Disclosure Statement or providing a false statement may result in fines and/or imprisonment.**

## MOTOR VEHICLE FIRST RE-ASSIGNMENT BY OWNER

Was this vehicle at the time of sale in condition for legal operation on the highway(s) of this state? *(Only Dealers must respond to this question)*  ☐ YES  ☐ NO

ODOMETER SECTION FOR VEHICLES ONLY
I state that the odometer now reads `1 4 3 0 0 0` (No tenths) miles and to the best of my knowledge the odometer reading specified here reflects the **ACTUAL MILEAGE of the vehicle described herein** unless one of the following statements is checked.

CHECK A BOX BELOW ONLY IF APPLICABLE
☐ I hereby certify that the odometer reading reflects the amount of MILEAGE IN EXCESS OF ITS MECHANICAL LIMITS. *(The odometer started at zero again)*
☐ I hereby certify that the odometer reading is not actual mileage. **WARNING: ODOMETER DISCREPANCY**

NAME OF BUYER(S) *(Please print)*
Superb Motors Inc

DEALER'S LICENSE NO. *(If dealer)*

ADDRESS OF BUYER(S) *(Please print)*
215 Northern Blvd Great Neck NY 11021

NAME OF LIENHOLDER TO BE SHOWN ON NEW TITLE *(If no lien, print "NONE")*

DATE OF LIEN

SIGNATURE OF BUYER(S) *(Or authorized official)*
X

PRINTED NAME OF BUYER(S) *(Authorized official)*
Yvonne McCoy

NAME OF SELLER(S) *(Please print)*
LASHAWN A Robinson

DATE SOLD
4-14-23

SIGNATURE OF SELLER(S) *(Or authorized official)*
X

PRINTED NAME OF SELLER(S) *(Authorized official)*

## MOTOR VEHICLE SECOND RE-ASSIGNMENT BY OWNER

Was this vehicle at the time of sale in condition for legal operation on the highway(s) of this state? *(Only Dealers must respond to this question)*  ☐ YES  ☐ NO

ODOMETER SECTION FOR VEHICLES ONLY
I state that the odometer now reads (No tenths) miles and to the best of my knowledge the odometer reading specified here reflects the **ACTUAL MILEAGE of the vehicle described herein** unless one of the following statements is checked.

CHECK A BOX BELOW ONLY IF APPLICABLE
☐ I hereby certify that the odometer reading reflects the amount of MILEAGE IN EXCESS OF ITS MECHANICAL LIMITS. *(The odometer started at zero again)*
☐ I hereby certify that the odometer reading is not actual mileage. **WARNING: ODOMETER DISCREPANCY**

NAME OF BUYER(S) *(Please print)*

DEALER'S LICENSE NO. *(If dealer)*

ADDRESS OF BUYER(S) *(Please print)*

NAME OF LIENHOLDER TO BE SHOWN ON NEW TITLE *(If no lien, print "NONE")*

DATE OF LIEN

SIGNATURE OF BUYER(S) *(Or authorized official)*
X

PRINTED NAME OF BUYER(S) *(Authorized official)*

NAME OF SELLER(S) *(Please print)*

DATE SOLD

DEALER'S LICENSE NO. *(If dealer)*

SIGNATURE OF SELLER(S) *(Or authorized official)*
X

PRINTED NAME OF SELLER(S) *(Authorized official)*

## ASSIGNMENT FOR VESSEL ONLY - *ALL OWNERS MUST SIGN TO TRANSFER VESSEL OWNERSHIP*

NAME OF SELLER(S) - LIST ALL OWNERS *(Please print)*

SALES TAX # IF VESSEL DEALER

DEALER'S LICENSE NO. *(If dealer)*

DATE SOLD

PRINTED NAME OF SELLER(S) *(Authorized official)*

The undersigned certifies that the information provided to the Commissioner of Motor Vehicles herein is subscribed by me under penalty of false statement, in accordance with the provisions of Section 14-110 and 53a-157b of the Connecticut General Statutes. I understand that if I make a statement which I do not believe to be true I will be subject to prosecution under the laws cited in this statement.

SIGNATURE OF SELLER(S) *(Authorized official)*
X

NAME OF LIENHOLDER TO BE SHOWN ON NEW TITLE *(If no lien, print "NONE")*

DATE OF LIEN

NAME OF BUYER(S) - LIST ALL BUYERS *(Please print)*

ADDRESS OF BUYER(S) *(Please print)*

PRINTED NAME OF BUYER(S) *(Authorized official)*

SIGNATURE OF BUYER(S) *(Or authorized official)*
X

32193129

S 61 128

☐ Salvage
MV-907A No. _____

**New York State Department of Motor Vehicles**
## WHOLESALE CERTIFICATE OF SALE RECEIPT

## No. EW35315872023

### VEHICLE INFORMATION:

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|------------------|-----------|-----------|------------------------|
| 2013 | HYUND | SON | 4DSD | GY | N/A | 3327 | G | 4 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|---|---|---|
| 5 N P E B 4 A C 0 D H 6 3 5 2 4 4   0 | | N/A |

### DEALER INFORMATION

SUPERB MOTORS INC, 215 NORTHERN BLVD, GREAT NECK, NY, 11021, Nassau

### PURCHASER INFORMATION

L & F LUXURY AUTO, 2759 DELK RD STE1360, MARIETTA, GA, 30067

Date of Sale: 08-28-2023

### PRIOR OWNER INFORMATION

MINERVA A BROWN , 11811 192ND ST, SAINT ALBANS, NY, 11412,
NYS Title (664662C)

Date of Purchase: 04-13-2023

### ODOMETER DISCLOSURE STATEMENT

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

☑ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. **WARNING:** ODOMETER DISCREPANCY."

| ODOMETER READING | | | | | | | |
|---|---|---|---|---|---|---|---|
| 0 | 0 | 8 | 0 | 0 | 0 | 0 | 0 |
| | | | (no tenths) | | | | |

Check your odometer reading at: | **verifiny.com/check** | Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

### DEALER CERTIFICATION

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full | Date | Seller's Facility No. |
|---|---|---|---|
| | SUPERB MOTORS INC | 8. 28-23 | 7128150 |

### PURCHASER CONFIRMATION

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full | Date | Purchaser's Facility No. |
|---|---|---|---|
| | L & F LUXURY AUTO | | |

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*

Customer copy

Page 1 of 2

### New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE

## No. EW35315872023

| VEHICLE TRANSFER HISTORY | | | | | |
|---|---|---|---|---|---|
| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
| **SUPERB MOTORS INC** | **L & F LUXURY AUTO** | **7128150** | **08 / 28 / 2023** | **EMV50** | **Yes** |
| MINERVA A BROWN | SUPERB MOTORS INC | | 04 / 13 / 2023 | NYST | No |

*Any change or Alteration voids this receipt*

Customer copy



S41128

BROWN,MINERVA,A
%215 NORTHERN BLVD
GREAT NECK        NY 11021

000030

# CERTIFICATE OF TITLE

## NEW YORK STATE

dmv.ny.gov

THIS IS A DUPLICATE CERTIFICATE AND MAY BE
SUBJECT TO THE RIGHTS OF A PERSON UNDER THE
ORIGINAL CERTIFICATE

| Title and Identification No. | Year | Make | Model Code | Body/Hull | Document No. |
|---|---|---|---|---|---|
| 5NPEB4AC0DH635244 5NPEB4AC0DH635244 | 2013 | HYUND | SON | 4DSD | 664662C |

| Color | Wt./Sts./Lgth. | Fuel | Cyl./Prop. | New or Used | Type of Title | Date Issued |
|---|---|---|---|---|---|---|
| GY | 3327 | GAS | 4 | USED | VEHICLE | 4/25/23 |

Name and Address of Owner(s)

**ODOMETER READING:** 27529
27529

BROWN,MINERVA,A
11811 192ND ST
SAINT ALBANS NY   11412

ACTUAL MILEAGE

This document is your proof of ownership for this vehicle, boat or manufactured home. Keep
it in a safe place, not with your license or registration or in your vehicle or boat. To dispose
of your vehicle, boat or manufactured home, complete the transfer section on the back and
give this title to the new owner.

| Lienholder | Lienholder |
|---|---|
| * NO LIENS RECORDED * | * NO LIENS RECORDED * |

| Lienholder | Lienholder |
|---|---|
| * NO LIENS RECORDED * | * NO LIENS RECORDED * |

MV-999 (3/21)

## DEPARTMENT OF MOTOR VEHICLES

VOID IF ALTERED

*80,000*

**ANY CHANGE OR ERASURE WILL VOID THIS TITLE -- ANY FALSE STATEMENT IS A MISDEMEANOR**

## SECTION I - Transfer by Owner

**ODOMETER DISCLOSURE STATEMENT**

*Note: This vehicle cannot be registered or titled in the name of the new owner unless mileage is disclosed.*

**Federal and State Law require that you state the mileage of the vehicle described on this certificate when transferring ownership. Failure to do so, or providing a false statement, may result in fines and/or imprisonment.**

I certify that, to the best of my knowledge, this odometer reading *(check one):*
- [X] 1. reflects the ACTUAL MILEAGE as seen on the odometer of the vehicle described on the front.
- [ ] 2. EXCEEDS MECHANICAL LIMITS (odometer started over at zero)
- [ ] 3. not the actual mileage. WARNING - ODOMETER DISCREPANCY.

**ODOMETER READING**

*80,000*

(no tenths)

ODOMETER HAS SPACE FOR: *(Check one)*
- [ ] Five Digits, *excluding tenths*
- [X] Six Digits, *excluding tenths*

### DAMAGE DISCLOSURE STATEMENT (To be Completed by Owner Named on Face of Title)

I certify that, to the best of my knowledge, this vehicle [ ] has been or [X] has not been wrecked, destroyed or damaged to such an extent that the total estimate or actual cost of parts and labor to rebuild or reconstruct the vehicle to the condition it was in before an accident, and for legal operation on the road or highways, is more than 75% of the retail value of the vehicle at the time of loss. (Checking the "has" box means that the vehicle must have an anti-theft examination before being registered and that the title issued will have the statement "Rebuilt Salvage: NY" on it.)

I or we transfer the vehicle, boat or manufactured home described on this certificate. At the time of transfer, this title is subject only to the liens or encumbrances listed on this certificate, if any. I also certify that this is the most recent title issued for this vehicle, boat or manufactured home.

*Note: Section 2113 of the Vehicle and Traffic Law requires that application for a title must be made within 30 days of transfer.*

| | | |
|---|---|---|
| **Seller** | Seller's Signature *Minerva A Brown* | Seller's Name *(Print In Full)* MINERVA A BROWN |
| | Street Address 11811 192ND ST | City SAINT ALBANS | State NY | ZIP code 11412 | Date of Statement 4-13-23 |
| **Buyer** | Buyer's Signature | Buyer's Name *(Print In Full)* SUPERB MOTORS INC |
| | Street Address 215 Northern Blvd | City Great NECK | State NY | ZIP code 11021 | Date of Statement 4-13-23 |

## SECTION II - Reassignment by Manufactured Home Dealer or Registered Boat Dealer or Out-of-State Dealer

**ODOMETER DISCLOSURE STATEMENT**

*Note: This vehicle cannot be registered or titled in the name of the new owner unless mileage is disclosed.*

**Federal and State Law require that you state the mileage of the vehicle described on this certificate when transferring ownership. Failure to do so, or providing a false statement, may result in fines and/or imprisonment.**

I certify that, to the best of my knowledge, this odometer reading *(check one):*
- [ ] 1. reflects the ACTUAL MILEAGE of the vehicle described on the front.
- [ ] 2. EXCEEDS MECHANICAL LIMITS (odometer started over at zero)
- [ ] 3. not the actual mileage. WARNING ODOMETER DISCREPANCY.

**ODOMETER READING**

(no tenths)

ODOMETER HAS SPACE FOR: *(Check one)*
- [ ] Five Digits, *excluding tenths*
- [ ] Six Digits, *excluding tenths*

I or we transfer the vehicle, boat or manufactured home described on this certificate. At the time of transfer, this title is subject only to the liens or encumbrances listed on this certificate, if any. I also certify that this is the most recent title issued for this vehicle, boat or manufactured home.

*Note: Section 2113 of the Vehicle and Traffic Law requires that application for a title must be made within 30 days of transfer.*

| | | |
|---|---|---|
| **Seller** | Seller's Signature | Seller's Name *(Print In Full)* |
| | Street Address | City | State | ZIP code | Date of Statement |
| **Buyer** | Buyer's Signature | Buyer's Name *(Print In Full)* |
| | Street Address | City | State | ZIP code | Date of Statement |

MV-999 (3/21)     M  2959470

Boat Dealer's Facility #

New York State Department of Motor Vehicles
**WHOLESALE CERTIFICATE OF SALE RECEIPT**

☐ Salvage
MV-907A No. _____

## No. EW35317302023

### VEHICLE INFORMATION:

| Year | Make | Model | Body Type | | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--|--------|--------|------------------|-----------|-----------|------------------------|
| 2004 | TOYOT | SQA | SUBN | | GY | N/A | 5270 | G | 8 | 5 |

| Vehicle Identification Number | Lien(s) | | Dealer/Transporter Plate Loaned |
|-------------------------------|---------|--|--------------------------------|
| 5 T D B T 4 4 A 8 4 S 2 2 1 0 2 1 0 | | | N/A |

### DEALER INFORMATION

SUPERB MOTORS INC, 215 NORTHERN BLVD, GREAT NECK, NY, 11021, Nassau

### PURCHASER INFORMATION

| | Date of Sale |
|--|--------------|
| L & F LUXURY AUTO, 2759 DELK RD STE1360, MARIETTA, GA, 30067 | 08-28-2023 |

### PRIOR OWNER INFORMATION

| | Date of Purchase |
|--|------------------|
| MILTON A SIMMS , 754 E 220TH ST, BRONX, NY, 10467, NYS Title (631885M) | 05-31-2023 |

### ODOMETER DISCLOSURE STATEMENT

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

☑ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. **WARNING:** ODOMETER DISCREPANCY."

| ODOMETER READING | | | | | | | |
|---|---|---|---|---|---|---|---|
| 0 | 2 | 5 | 7 | 4 | | 1 | 2 |
| | | | (no tenths) | | | | |

Check your odometer reading at: **verifiny.com/check** Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

### DEALER CERTIFICATION

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full | Date | Seller's Facility No. |
|-----------------------------------------------------------|--------------------|------|----------------------|
| *[signature]* M | SUPERB MOTORS INC | 8/28/23 | 7128150 |

### PURCHASER CONFIRMATION

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full | Date | Purchaser's Facility No. |
|-------------------------------|--------------------|------|--------------------------|
| | L & F LUXURY AUTO | | |

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*

Customer copy

SIMMS,MILTON,A
754 E 220TH ST
BRONX          NY 10467

S41216

001713

# CERTIFICATE OF TITLE

## NEW YORK STATE

dmv.ny.gov

| Title and Identification No. | Year | Make | Model Code | Body/Hull | Document No. |
|---|---|---|---|---|---|
| 5TDBT44A84S221021 5TDBT44A84S221021 | 2004 | TOYOT | SQA | SUBN | 631885M |

| Color | Wt./Sts./Lgth. | Fuel | Cyl./Prop. | New or Used | Type of Title | Date Issued |
|---|---|---|---|---|---|---|
| GY | 5270 | GAS | 8 | USED | VEHICLE | 1/05/21 |

Name and Address of Owner(s)

**ODOMETER READING:**   EXEMPT

SIMMS,MILTON,A          **EXEMPT**
754 E 220TH ST          VEHICLE OVER 10 YEARS OLD
BRONX NY      10467

This document is your proof of ownership for this vehicle, boat or manufactured home. Keep it in a safe place, not with your license or registration or in your vehicle or boat. To dispose of your vehicle, boat or manufactured home, complete the transfer section on the back and give this title to the new owner.

Lienholder _____     Lienholder _____

* NO LIENS RECORDED *          * NO LIENS RECORDED *

Lienholder _____     Lienholder _____

* NO LIENS RECORDED *          * NO LIENS RECORDED *

VOID IF ALTERED

MV-999 (1/15)

DEPARTMENT OF MOTOR VEHICLES

257412

## ANY CHANGE OR ERASURE WILL VOID THIS TITLE -- ANY FALSE STATEMENT IS A MISDEMEANOR

### SECTION I - Transfer by Owner

**ODOMETER DISCLOSURE STATEMENT** | **ODOMETER READING**

*Note: This vehicle cannot be registered or titled in the name of the new owner unless mileage is disclosed.*
**Federal and State Law require that you state the mileage of the vehicle described on this certificate when transferring ownership.**
**Failure to do so, or providing a false statement, may result in fines and/or imprisonment.**

(no tenths)

I certify that, to the best of my knowledge, this odometer reading *(check one):*
- [X] 1. reflects the ACTUAL MILEAGE as seen on the odometer of the vehicle described on the front.
- [ ] 2. EXCEEDS MECHANICAL LIMITS (odometer started over at zero)
- [ ] 3. not the actual mileage. WARNING - ODOMETER DISCREPANCY.

**ODOMETER HAS SPACE FOR:** *(Check one)*
- [ ] Five Digits, *excluding tenths*
- [X] Six Digits, *excluding tenths*

### DAMAGE DISCLOSURE STATEMENT (To be Completed by Owner Named on Face of Title)

I certify that, to the best of my knowledge, this vehicle [ ] has been or [X] has not been wrecked, destroyed or damaged to such an extent that the total estimate or actual cost of parts and labor to rebuild or reconstruct the vehicle to the condition it was in before an accident, and for legal operation on the road or highways, is more than 75% of the retail value of the vehicle at the time of loss. (Checking the "has" box means that the vehicle must have an anti-theft examination before being registered and that the title issued will have the statement "Rebuilt Salvage: NY" on it.)

I or we transfer the vehicle, boat or manufactured home described on this certificate. At the time of transfer, this title is subject only to the liens or encumbrances listed on this certificate, if any. I also certify that this is the most recent title issued for this vehicle, boat or manufactured home.
*Note: Section 2113 of the Vehicle and Traffic Law requires that application for a title must be made within 30 days of transfer.*

**Seller**

| Seller's Signature | Seller's Name *(Print in Full)* | | | |
|---|---|---|---|---|
| *Milton Sims.* | MiLTON A. SimmS | | | |
| Street Address 754 E. 220th ST | City BRONX | State NY | ZIP code 10467 | Date of Statement 5-31-23 |

**Buyer**

| Buyer's Signature | Buyer's Name *(Print in Full)* | | | |
|---|---|---|---|---|
| *Juana M.* | Superb MoToRS INC | | | |
| Street Address 215 Northern Blvd | City Great Neck | State NY | ZIP code 11021 | Date of Statement 5-31-23 |

### SECTION II - Reassignment by Manufactured Home Dealer or Registered Boat Dealer or Out-of-State Dealer

**ODOMETER DISCLOSURE STATEMENT** | **ODOMETER READING**

*Note: This vehicle cannot be registered or titled in the name of the new owner unless mileage is disclosed.*
**Federal and State Law require that you state the mileage of the vehicle described on this certificate when transferring ownership.**
**Failure to do so, or providing a false statement, may result in fines and/or imprisonment.**

(no tenths)

I certify that, to the best of my knowledge, this odometer reading *(check one):*
- [ ] 1. reflects the ACTUAL MILEAGE of the vehicle described on the front.
- [ ] 2. EXCEEDS MECHANICAL LIMITS (odometer started over at zero)
- [ ] 3. not the actual mileage. WARNING ODOMETER DISCREPANCY.

**ODOMETER HAS SPACE FOR:** *(Check one)*
- [ ] Five Digits, *excluding tenths*
- [ ] Six Digits, *excluding tenths*

I or we transfer the vehicle, boat or manufactured home described on this certificate. At the time of transfer, this title is subject only to the liens or encumbrances listed on this certificate, if any. I also certify that this is the most recent title issued for this vehicle, boat or manufactured home.
*Note: Section 2113 of the Vehicle and Traffic Law requires that application for a title must be made within 30 days of transfer.*

**Seller**

| Seller's Signature | Seller's Name *(Print in Full)* | | | |
|---|---|---|---|---|
| | | | | |
| Street Address | City | State | ZIP code | Date of Statement |

**Buyer**

| Buyer's Signature | Buyer's Name *(Print in Full)* | | | |
|---|---|---|---|---|
| | | | | |
| Street Address | City | State | ZIP code | Date of Statement |

| | Boat Dealer's Facility # |
|---|---|

MV-999 (1/15)         L 5192884

New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE RECEIPT

☐ Salvage
MV-907A No. _____

### No. EW34930482023

S41239

**VEHICLE INFORMATION:**

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|------------------|-----------|-----------|------------------------|
| 2014 | HONDA | PLT | SUBN | RD | N/A | 4438 | G | 6 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|---|---|---|
| 5 F N Y F 4 H 5 8 E B 0 5 6 8 0 4 | 0 | N/A |

### DEALER INFORMATION

SUPERB MOTORS INC, 215 NORTHERN BLVD, GREAT NECK, NY, 11021, Nassau

### PURCHASER INFORMATION

PRICED RIGHT AUTO INC, 1160 FRANKLIN CT, MARNE, MI, 49435

Date of Sale: 08-11-2023

### PRIOR OWNER INFORMATION

JOSEPHINE MAHAN , 1320 OCEAN AVE, BOHEMIA, NY, 11716,
NYS Title (348250S)

Date of Purchase: 06-08-2023

### ODOMETER DISCLOSURE STATEMENT

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

☑ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. **WARNING: ODOMETER DISCREPANCY."**

| ODOMETER READING | | | | | |
|---|---|---|---|---|---|
| 0 | 0 | 5 | 0 | 1 | 4 | 0 |
| (no tenths) | | | | | |

Check your odometer reading at: **verifiny.com/check**    Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

### DEALER CERTIFICATION

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full SUPERB MOTORS INC | Date 8-11-23 | Seller's Facility No. 7128150 |
|---|---|---|---|

### PURCHASER CONFIRMATION

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full PRICED RIGHT AUTO INC | Date | Purchaser's Facility No. |
|---|---|---|---|

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*

Customer copy

Page 1 of 2

New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE

### No. EW34930482023

| VEHICLE TRANSFER HISTORY | | | | | |
|---|---|---|---|---|---|
| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
| SUPERB MOTORS INC | PRICED RIGHT AUTO INC | 7128150 | 08 / 11 / 2023 | EMV50 | Yes |
| JOSEPHINE MAHAN | SUPERB MOTORS INC | | 06 / 08 / 2023 | NYST | No |

*Any change or Alteration voids this receipt*

MAHAN,JOSEPHINE
1320 OCEAN AV
BOHEMIA          NY 11716

003749

## CERTIFICATE OF TITLE

**NEW YORK STATE**                                    www.dmv.ny.gov

VOID

| Title and Identification No. | Year | Make | Model Code | Body/Hull | **LIENS** |
| --- | --- | --- | --- | --- | --- |
| 5FNYF4H58EB056804 | | | | | Document No. |
| 5FNYF4H58EB056804 | 2014 | HONDA | PLT | SUBN | 348250S |

| Color | Wt./Sts./Lgth. | Fuel | Cyl./Prop. | New or Used | Type of Title | Date Issued |
| --- | --- | --- | --- | --- | --- | --- |
| RD | 4438 | GAS | 6 | NEW | VEHICLE | 8/21/14 |

Name and Address of Owner(s)

ODOMETER READING:   00004
00004

**MAHAN,JOSEPHINE**
**1320 OCEAN AV**
**BOHEMIA NY        11716**

ACTUAL MILEAGE

VOID VOID VOID VOID



This document is your proof of ownership for this vehicle, boat or manufactured home. Keep it in a safe place, not with your license or registration or in your vehicle or boat. To dispose of your vehicle, boat or manufactured home, complete the transfer section on the back and give this title to the new owner.

Lienholder                                Lienholder

JPMORGAN CHASE
BANK NA                              01
PO BOX 901033
FORT WORTH    TX 76101               * ONE LIEN RECORDED *

Lienholder                                Lienholder

* ONE LIEN RECORDED *               * ONE LIEN RECORDED *

MV-999 (1/11)

**DEPARTMENT OF MOTOR VEHICLES**

**ANY CHANGE OR ERASURE WILL VOID THIS TITLE -- ANY FALSE STATEMENT IS A MISDEMEANOR**

### SECTION I - Transfer by Owner

**ODOMETER DISCLOSURE STATEMENT**

*Note: This vehicle cannot be registered or titled in the name of the new owner unless mileage is disclosed.*
**Federal and State Law require that you state the mileage of the vehicle described on this certificate when transferring ownership.**
**Failure to do so, or providing a false statement, may result in fines and/or imprisonment.**

I certify that, to the best of my knowledge, this odometer reading *(check one):*
- [X] 1. reflects the ACTUAL MILEAGE as seen on the odometer of the vehicle described on the front.
- [ ] 2. EXCEEDS MECHANICAL LIMITS (odometer started over at zero)
- [ ] 3. not the actual mileage. WARNING - ODOMETER DISCREPANCY.

**ODOMETER READING**

50012

(no tenths)

**ODOMETER HAS SPACE FOR:** *(Check one)*
- [ ] Five Digits, *excluding tenths*
- [X] Six Digits, *excluding tenths*

**DAMAGE DISCLOSURE STATEMENT (To be Completed by Owner Named on Face of Title)**

I certify that, to the best of my knowledge, this vehicle [ ] has been or [X] has not been wrecked, destroyed or damaged to such an extent that the total estimate or actual cost of parts and labor to rebuild or reconstruct the vehicle to the condition it was in before an accident, and for legal operation on the road or highways, is more than 75% of the retail value of the vehicle at the time of loss. (Checking the "has" box means that the vehicle must have an anti-theft examination before being registered and that the title issued will have the statement "Rebuilt Salvage: NY" on it.)

I or we transfer the vehicle, boat or manufactured home described on this certificate. At the time of transfer, this title is subject only to the liens or encumbrances listed on this certificate, if any. I also certify that this is the most recent title issued for this vehicle, boat or manufactured home.
*Note: Section 2113 of the Vehicle and Traffic Law requires that application for a title must be made within 30 days of transfer.*

| | | | |
|---|---|---|---|
| **Seller** | Seller's Signature *Josephine Mahan* | Seller's Name *(Print in Full)* JOSEPHINE MAHAN | |
| | Street Address 1320 Ocean Ave | City BOHEMIA   State NY   ZIP code 11716 | Date of Statement 6-8-23 |
| **Buyer** | Buyer's Signature *Juana M* | Buyer's Name *(Print in Full)* Superb Motors Inc | |
| | Street Address 215 Northern Blvd | City Great Neck   State NY   ZIP code 11021 | Date of Statement 6-8-23 |

### SECTION II - Reassignment by Manufactured Home Dealer or Registered Boat Dealer or Out-of-State Dealer

**ODOMETER DISCLOSURE STATEMENT**

*Note: This vehicle cannot be registered or titled in the name of the new owner unless mileage is disclosed.*
**Federal and State Law require that you state the mileage of the vehicle described on this certificate when transferring ownership.**
**Failure to do so, or providing a false statement, may result in fines and imprisonment.**

I certify that, to the best of my knowledge, this odometer reading *(check one):*
- [ ] 1. reflects the ACTUAL MILEAGE of the vehicle described on the front.
- [ ] 2. EXCEEDS MECHANICAL LIMITS (odometer started over at zero)
- [ ] 3. not the actual mileage. WARNING ODOMETER DISCREPANCY.

**ODOMETER READING**

(no tenths)

**ODOMETER HAS SPACE FOR:** *(Check one)*
- [ ] Five Digits, *excluding tenths*
- [ ] Six Digits, *excluding tenths*

I or we transfer the vehicle, boat or manufactured home described on this certificate. At the time of transfer, this title is subject only to the liens or encumbrances listed on this certificate, if any. I also certify that this is the most recent title issued for this vehicle, boat or manufactured home.
*Note: Section 2113 of the Vehicle and Traffic Law requires that application for a title must be made within 30 days of transfer.*

| | | | |
|---|---|---|---|
| **Seller** | Seller's Signature | Seller's Name *(Print in Full)* | |
| | Street Address | City   State   ZIP code | Date of Statement |
| **Buyer** | Buyer's Signature | Buyer's Name *(Print in Full)* | |
| | Street Address | City   State   ZIP code | Date of Statement |

Boat Dealer's Facility #

MV-999 (1/11)    J 3110896

**CHASE**

P.O. Box 901076
Fort Worth TX 76101-2076

JOSEPHINE R MAHAN
1320 OCEAN AVE
BOHEMIA NY 11716

**Questions?**

📞 1-800-336-6675
✉ 1-800-524-9765

12/12/2017

## Update:          **Your account is now paid in full**

Account Number       2101
2014   HONDA        PILOT  5FNYF4H58EB056804

Dear JOSEPHINE R MAHAN:

Congratulations on paying off your account with us.

**Here's what happens now**

- We've sent an electronic lien release notification to the state motor vehicle titling agency.
- The titling agency will mail you the lien-free title within 15 business days. If you don't receive the title within a reasonable amount of time, please contact the titling agency.

**We're here when you need us**
If you have any questions about this lien release or your CHASE auto account, please call us at 1-800-336-6675. We're here Monday through Friday from 7:30 a.m. to 11 p.m., Saturday from 8 a.m. to 8 p.m. and Sunday from 8 a.m. to 8:30 p.m. Eastern Time.

When you're ready for a new vehicle, please consider us for your next loan.

Thank you for doing business with CHASE.

Sincerely,

Signed _____
Authorized Representative of:                    JP Morgan Chase Bank NA

JPMorgan Chase Bank, N.A.

(800) 336-6675

5FNYF4H58EB056804 (NY)                    CS-RS-RO                         RD-17026
JOSEPHINE MAHAN

**CHASE**

JPMorgan Chase Bank, N.A. is a national banking association organized under laws of the United States and having a place of business at 14800 Frye Road, TX1-0011, Fort Worth, Texas 76155.  Please be advised of the following:

1.  Through a combination of mergers, acquisitions and corporate reorganizations, JPMorgan Chase Bank, N.A. is the successor in interest of the following entities:

| | | |
|---|---|---|
| Bank One, NA | The Valley National Bank of Arizona | Bank United |
| Bank One, Colorado, NA | Bank One, Dayton, NA | Industrial Bank |
| Bank One, Kentucky, NA | Bank One, Cleveland, NA | Western Bank |
| Bank One, Columbus, NA | Bank One, Marion(OH) | Olympus Bank, a Federal Savings Bank |
| Bank One, Illinois, NA | Bank One, Marion, Indiana, National Association (IN) | Pioneer Savings Bank |
| Bank One, Texas, NA | The First National Bank of Lafayette | The Dime Savings Bank of New York, FSB |
| Bank One, Arizona, NA | The First National Bank of Lake Charles | Providian National Bank |
| Bank One, Louisiana, NA | Premier Bank, NA | Commercial Capital Bank, FSB |
| Bank One, Indiana, NA | The Ouachita National Bank in Monroe | Chemical Bank |
| Bank One, Indianapolis, NA | Central Bank | JPMorgan Chase Bank |
| Bank One, Chicago, NA | The First National Bank of Shreveport | JPMorgan Chase Bank, NA |
| Bank One, Wisconsin | The First National Bank of Commerce | Texas Commerce Bank, National Association |
| Bank One, Milwaukee, NA | Louisiana National Bank of Baton Rouge | Chase Auto Finance Corp. |
| Bank One, Utah, NA | Banc One Credit Company | Chase Manhattan Automotive Finance Corp. |
| Bank One, Oklahoma, NA | Bank One, Youngstown, NA | First USA Bank, National Association |
| The First National Bank of Chicago | The Central Trust Company of Southeastern Ohio, NA | The Chase Manhattan Bank, National Association |
| | | Chase Manhattan Bank USA, National Association |
| Bank One, Rockford, NA | Home Savings of America, FSB | The Chase Manhattan Bank |
| Bank One, Oklahoma City, NA | Summit Savings Bank | Manufacturers Hanover Trust Company |
| Bank One, Akron, NA | Great Northwest Bank, A Savings Bank | Chase Bank of Texas, National Association |
| Bank One, West Virginia, NA | Great Western Bank | Morgan Guaranty Trust Company of New York |
| Bank One, Michigan | Utah Federal Savings Bank | Washington Mutual Bank, Henderson, Nevada |
| Bank One Wheeling-Steubenville, NA | Enterprise Bank | |
| Liberty Bank & Trust Company of Oklahoma City, NA | Pacific First Bank, A FSB | Washington Mutual Bank FSB, Park City, Utah (subsidiary of Washington Mutual Bank) |
| Rapides Bank & Trust Company in Alexandria | Sound Savings and Loan Association | Bank One, National Association (Chicago, IL) |
| NBD Bank | Shoreline Savings Bank | Bank One, National Association (Columbus, OH) |
| J.P. Morgan Trust Company, National Association | Commercial Capital Bank, FSB | JPMorgan Bank and Trust Company, National Association |

2.  On September 25, 2008, JPMorgan Chase Bank, N.A. acquired substantially all of the assets and assumed certain liabilities of Washington Mutual Bank from the Federal Deposit Insurance Corporation in its capacity as receiver of Washington Mutual Bank.

JPMORGAN CHASE BANK, N.A.

BY: _Marjorie Lankston_  Title: _Vice President_  Date: _6-8-2022_
Signature of Acknowledger       Acknowledger's Title

ACKNOWLEDGMENT

STATE OF

COUNTY OF

This instrument was acknowledged before me on _JUN 08 2022_ by _Marjorie Lankston_
                                             Date        Name(s) of Person(s)

_[signature]_
Signature of Notarial Officer

ELIZABETH PUGA
Notary ID #132381331
My Commission Expires
February 28, 2024

Notary's Title

My commission expires _FEB 28 2024_

New York State Department of Motor Vehicles
# WHOLESALE CERTIFICATE OF SALE RECEIPT

☐ Salvage
MV-907A No. _____

## No. EW34763242023

SU1269

## VEHICLE INFORMATION:

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|------------------|-----------|-----------|------------------------|
| 2018 | JEEP | WRANGLER UNLIMITED | SUV | WH | N/A | 4439 | G | 4 | 5 |

| Vehicle Identification Number | Lien(s) | | Dealer/Transporter Plate Loaned |
|---|---|---|---|
| 1 C 4 H J X F N 5 J W 3 3 1 8 4 5 | 0 | | N/A |

## DEALER INFORMATION

SUPERB MOTORS INC, 215 NORTHERN BLVD, GREAT NECK, NY, 11021, Nassau

## PURCHASER INFORMATION

TEAM AUTO SALES LLC, 4360 US RT 9, FREEHOLD, NJ, 07728

Date of Sale
08-04-2023

## PRIOR OWNER INFORMATION

R HOLLNSHED AUTO SLS, 1182 N MILITARY TRL, W PALM BCH, FL, 33409,
Out Of State Transfer Document

Date of Purchase
06-23-2023

## ODOMETER DISCLOSURE STATEMENT

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

☑ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. WARNING: ODOMETER DISCREPANCY."

| ODOMETER READING | | | | | | |
|---|---|---|---|---|---|---|
| 0 | 0 | 5 | 1 | 9 | 9 | 4 |
| | | | (no tenths) | | | |

Check your odometer reading at: **verifiny.com/check**   Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

## DEALER CERTIFICATION

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full SUPERB MOTORS INC | Date 8·4·23 | Seller's Facility No. 7128150 |
|---|---|---|---|

## PURCHASER CONFIRMATION

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full *Andrea Powell* | PRINT name in full TEAM AUTO SALES LLC | Date 8.4.23 | Purchaser's Facility No. O7716U |
|---|---|---|---|

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*

Customer copy

New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE

### No. EW34763242023

| VEHICLE TRANSFER HISTORY | | | | | |
|---|---|---|---|---|---|
| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
| SUPERB MOTORS INC | TEAM AUTO SALES LLC | 7128150 | 08 / 04 / 2023 | EMV50 | Yes |
| R HOLLNSHED AUTO SLS | SUPERB MOTORS INC | | 06 / 23 / 2023 | OSTD | No |

*Any change or Alteration voids this receipt*

Customer copy

STATE OF FLORIDA
DEPARTMENT OF HIGHWAY SAFETY AND MOTOR
VEHICLES DIVISION OF MOTORIST SERVICES
Neil Kirkman Building - Tallahassee, FL 32399-0500

# MOTOR VEHICLE TITLE REASSIGNMENT SUPPLEMENT

(Instructions on Reverse Side)

This reassignment is supplement to: ☑ Title No.: _2023173080_ State of Issue: _NJ_

☐ Manufacturer's Statement or Certificate of Origin

Is the title electronic? ☐ Yes ☑ No

## VEHICLE DESCRIPTION

| Vehicle Identification Number | Year | Make | Model | Body |
|---|---|---|---|---|
| 1C4HJXFN5JW331845 | 2018 | Jeep | Wrang | SW |

## REASSIGNMENT INFORMATION

| Name of Seller(s)/Agent (Print) R HOLLENSHEAD AUTO SALES INC | DL/ID#, DMS ACCT#, FEID# | DEALER/AUCTION LICENSE (if applicable) VI-1084241-1 | |
|---|---|---|---|
| Street Address 1182 N Military Trail | City West Palm Beach | State FL | Zip 33409 |
| Selling Price (If Applicable) | Sales Tax Collected (If Applicable) | Sales Tax Reg. No. (If Applicable) | |

| Purchaser and Co-Purchaser's Printed Name(s) Superb Motors Inc | | | Date of Sale 6/23/23 |
|---|---|---|---|
| Purchaser's Address 215 Northern Blvd | City Great Neck | State NY | Zip 11021 |
| Co-Purchaser's Address (If applicable) | City | State | Zip |

| Auction Name (If applicable) | Auction License Number | State of License | Date of Auction |
|---|---|---|---|
| Street Address | City | State | Zip |

## ODOMETER DISCLOSURE STATEMENT

**WARNING:** FEDERAL AND STATE LAW REQUIRE THAT YOU STATE THE ODOMETER MILEAGE IN CONNECTION WITH TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT.

I/WE STATE THAT THIS ☐ 5 OR ☑ 6 DIGIT ODOMETER NOW READS, _51994_ XX (NO TENTHS) MILES, DATE READ _/_/_, AND THEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING.

CAUTION:
READ CAREFULLY
BEFORE YOU
CHECK A BOX

☑ 1) REFLECTS ACTUAL MILEAGE
☐ 2) IS IN EXCESS OF ITS MECHANICAL LIMITS
☐ 3) IS NOT THE ACTUAL MILEAGE.WARNING - ODOMETER DISCREPANCY

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

| Printed name of seller(s)/Agent R HOLLENSHEAD AUTO SALES INC | Seller(s)/Agent Signature _____ LORI CARPENTER |
|---|---|
| Printed name of Co-Seller (If applicable) | Co-Seller Signature (If applicable) |
| Purchaser(s) Signature | Co-Purchaser(s) Signature |
| Purchaser(s) Printed Name First, Full Middle or Maiden, Last Yvonne McCoy | Co-Purchaser(s) Printed Name First, Full Middle or Maiden, Last |

**NOTICE:** ANY ALTERATION OR ERASURE MAY VOID THIS ASSIGNMENT AND ALL ASSIGNMENTS THAT FOLLOW.

ORIGINAL: SUBMIT WITH APPLICATION FOR TITLE

HSMV 82994 (REV. 04/14) S

COPY: SELLER/DEALER RETAIN IN FILE

## WHEN SHOULD THIS FORM BE USED?

FORM HSMV 82994, MOTOR VEHICLE TITLE REASSIGNMENT SUPPLEMENT, MUST BE USED:

1.     with conforming Florida Certificate(s) of Title to make additional dealer reassignments and odometer disclosures when all reassignment and odometer disclosure spaces on the reverse side of the Certificate of Title have been used:

Or

2.     with a non-conforming Certificate(s) of Title to make reassignments and odometer disclosures;

Or

3.     with conforming MCO, when the MCO is not available at the time of sale;

Or

4.     with all out-of-state non-conforming Certificate(s) of Title to make dealer reassignments and odometer disclosures;

Or

5.     when ownership is being transferred on an Electronic Certificate(s) of Title.

NOTE: This form should NOT be used when the owner is transferring ownership on a vehicle that does not have an electronic Certificate of Title. If the Certificate of Title is NOT electronic, the "Transfer of Title By Seller" section must be completed by the seller(s)/agent.

## FILING:

1. The original HSMV 82994 is to be surrendered with the application for title.

2. The copy of the HSMV 82994 is to be retained by the dealer in his/her records for a period of five (5) years. It is recommended that the individual seller(s) retain a copy of this form for their records.

HSMV 82994 (REV. 04/14) S

Case 2:23-cv-06188-JMW   Document 38-10   Filed 09/13/23   Page 56 of 188 PageID #: 1175



10M23117A
SU1269

| PREFIX | IDENTIFICATION NUMBER | SUFFIX | YEAR | MAKE | MODEL | BODY TYPE |
|---|---|---|---|---|---|---|
| 1 | 1C4HJ XFN5J W3318 45 | Z | 2018 | JEE | WRA | WAGON |

TYPE OF TITLE · DUPLICATE NO · GVW/WC/LGTH · COLOR/MT/LHP · DEALER I.D. · AXLES/PROP · FUEL

STANDARD          8      WT      00328N   2

FEE · ISSUE DATE · VIN-REPLACEMENT · MILEAGE · STATUS

10.00  06-22-2023              51990   A

F-FLOOD                    S-SALVAGE
P-POLICE                   T-TAXI

OWNER(S)

BMER LLC                                    L-LEMON LAW
216 HWY 202 & 31                          A-ACTUAL MILEAGE
FLEMINGTON        NJ 08822                  N/A-NOT ACTUAL MILEAGE

                                           M-MILEAGE EXCEEDS THE
                                              MECHANICAL LIMITS

                                  NUMBER OF
                                  OWNERS          1

                                  NUMBER OF
                                  LIENHOLDERS:

OWNER DL/CC #: 0351 90000 88220

I, CHIEF ADMINISTRATOR OF THE MOTOR VEHICLE COMMISSION, OF THE STATE OF NEW JERSEY, DO HEREBY CERTIFY THAT EVIDENCE OF PURCHASE OF OWNERSHIP, IN COMPLIANCE WITH THE LAWS
OF THE STATE OF NEW JERSEY, OF THE DESCRIBED ARTICLE, HAS BEEN RECORDED AND FILED WITH ME, AND I DO HEREBY ISSUE THIS CERTIFICATE OF OWNERSHIP SUBJECT TO SECURITY
AGREEMENT OR LIEN IF ANY AS STATED.

SIGNATURE

                                                            CONTROL
                                                            NUMBER   BM706782

State of New Jersey
MOTOR VEHICLE COMMISSION

LIEN RELEASED BY:

SECOND       DATE
LIENHOLDER              SIGNATURE

SECOND
RELEASE      TITLE                    DATE

                         LIEN RELEASED BY:

FIRST        DATE
LIENHOLDER              SIGNATURE

FIRST
RELEASE      TITLE                    DATE

BRM/SS-1 (R9/22)                        FS   DA20231730801

**ALTERATION OR ERASURE VOIDS THIS TITLE.          KEEP IN SAFE PLACE**

NOTE: FEDERAL LAW requires that you state the mileage upon transfer of ownership. Failure to complete this disclosure or providing false information may result in fines and/or imprisonment.

I/We state that the odometer now reads 51900 (do not show tenths of a mile) and to the best of my/our knowledge that reflects the actual mileage of the vehicle described on the reverse side of this Certificate of Ownership, unless one of the following statements is checked:

(1) I/We hereby certify that to the best of my/our knowledge the odometer has exceeded its mechanical limits and the reading started again at zero.

(2) WARNING - ODOMETER DISCREPANCY I/We hereby certify that the odometer reading is NOT the actual mileage, and should not be relied upon for accuracy.

NOTE: New Jersey statute provides that anyone who knowingly or willfully misrepresents the description of a vehicle or makes a false statement in any title papers, forges, changes or counterfeits a part of title papers, or uses title papers on for the wrong motor vehicle is guilty of a misdemeanor.

I/We hereby assign this Certificate of Ownership of the vehicle described subject to the following liens or encumbrances, if any, and none other. I/We certify the accuracy of sale price, the mileage specified above, and that I/we am/are the owner(s) of the vehicle described on this Certificate of Ownership.

**Buyer's Name** (Print) R Hollenshead Auto Sales Inc
**Buyer's Address** 182 N MILITARY TRAIL
WEST PALM BEACH, FL 33409

Driver Lic. #
Corpcode #
Sales Tax Exemption #

**Co-Buyer's Name** (Print)
**Co-Buyer's Address**

Driver Lic. #
Corpcode #

**Lienholder's Name** (Print)
**Lienholder's Address**

Driver Lic. #
Corpcode #

**Seller's Name** (Print) BMER LLC
**Seller's Address** 216 RT 202/31 NORTH
FLEMINGTON NJ 08822

Date of Sale 6-22-23
Sale Price $
Net Sale $
Sales Tax Paid $

**SELLER SIGN HERE**

Seller's Name (Hand Print) BMER LLC 00328N
Seller's Signature X Robin W LLC TC

Co-Seller's Name (Hand Print)
Co-Seller's Signature X

Auction Name
Auction Location

Date of Odometer Statement 6-22-23
MVC Auction ID

**STATEMENT OF BUYER**

WE, the undersigned, hereby certify that the motor vehicle described on the reverse side of this Certificate of Ownership was purchased by me/us and I/We have compared the vehicle identification number shown on this certificate with that of the motor vehicle purchased and found that they agree in every particular.

NOTE: N.J.S.A. 39:10-11 requires that this certificate after assignment be presented to the MOTOR VEHICLE COMMISSION within ten days. Failure to do so will result in a penalty of $25 which will be in addition to the filing fee for a new Certificate of Ownership.

**BUYER SIGN HERE**

Buyer's Name (Hand Print) LORI CARPENTER
Buyer's Signature X

Co-Buyer's Name (Hand Print)
Co-Buyer's Signature X

ALTERATIONS OR ERASURES WILL VOID THIS CERTIFICATE

BM706782

NJ
PLEASE RUB TO VERIFY

☐ Salvage
MV-907A No. _____

**New York State Department of Motor Vehicles**
## WHOLESALE CERTIFICATE OF SALE RECEIPT

### No. EW34710242023

**VEHICLE INFORMATION:**

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|------------------|-----------|-----------|------------------------|
| 2012 | DODGE | CVN | SUBN | WH | N/A | 4321 | G | 6 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|---|---|---|
| 2 C 4 R D G B G 4 C R 2 4 9 3 3 1 | 0 | N/A |

**DEALER INFORMATION**

SUPERB MOTORS INC, 215 NORTHERN BLVD, GREAT NECK, NY, 11021, Nassau

| **PURCHASER INFORMATION** | Date of Sale |
|---|---|
| L & F LUXURY AUTO, 2759 DELK RD STE1360, MARIETTA, GA, 30067 | 08-02-2023 |

| **PRIOR OWNER INFORMATION** | Date of Purchase |
|---|---|
| NORMAN A WILLIAMS , 10416 193RD ST, SAINT ALBANS, NY, 11412, NYS Title (228054N) | 06-27-2023 |

**ODOMETER DISCLOSURE STATEMENT**

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

☑ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. **WARNING:** ODOMETER DISCREPANCY."

| ODOMETER READING | | | | | | |
|---|---|---|---|---|---|---|
| 0 | 1 | 6 | 3 | 9 | 9 | 9 |
| | | (no tenths) | | | | |

Check your odometer reading at: | verifiny.com/check |   Processing States with questions about this e/MV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

**DEALER CERTIFICATION**

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full SUPERB MOTORS INC | Date 8.2.23 | Seller's Facility No. 7128150 |
|---|---|---|---|

**PURCHASER CONFIRMATION**

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full L & F LUXURY AUTO | Date | Purchaser's Facility No. |
|---|---|---|---|

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*

New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE

### No. EW34710242023

| VEHICLE TRANSFER HISTORY | | | | | |
|---|---|---|---|---|---|
| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
| **SUPERB MOTORS INC** | **L & F LUXURY AUTO** | **7128150** | **08 / 02 / 2023** | **EMV50** | **Yes** |
| NORMAN A WILLIAMS | SUPERB MOTORS INC | | 06 / 27 / 2023 | NYST | No |

*Any change or Alteration voids this receipt*

S41274A

WILLIAMS,NORMAN,A
%215 NORTHERN BLVD
GREAT NECK          NY 11021

000211

## CERTIFICATE OF TITLE

### NEW YORK STATE

THIS IS A DUPLICATE CERTIFICATE AND MAY BE
SUBJECT TO THE RIGHTS OF A PERSON UNDER THE
ORIGINAL CERTIFICATE

dmv.ny.gov

| Title and Identification No. | Year | Make | Model Code | Body/Hull | Document No. |
|---|---|---|---|---|---|
| 2C4RDGBG4CR249331 2C4RDGBG4CR249331 | 2012 | DODGE | CVN | SUBN | 228054N |

| Color | Wt./Sts./Lgth. | Fuel | Cyl./Prop. | New or Used | Type of Title | Date Issued |
|---|---|---|---|---|---|---|
| WH | 4321 | GAS | 6 | USED | VEHICLE | 7/17/23 |

Name and Address of Owner(s)

ODOMETER READING:   136609
                    136609

ACTUAL MILEAGE

WILLIAMS, NORMAN, A
10416 193RD ST
SAINT ALBANS NY   11412

This document is your proof of ownership for this vehicle, boat or manufactured home. Keep
it in a safe place, not with your license or registration or in your vehicle or boat. To dispose
of your vehicle, boat or manufactured home, complete the transfer section on the back and
give this title to the new owner.

| Lienholder | Lienholder |
|---|---|
| * NO LIENS RECORDED * | * NO LIENS RECORDED * |
| Lienholder | Lienholder |
| * NO LIENS RECORDED * | * NO LIENS RECORDED * |

VOID IF ALTERED

MV-999 (3/21)

## DEPARTMENT OF MOTOR VEHICLES

163,999

H64,322

## ANY CHANGE OR ERASURE WILL VOID THIS TITLE -- ANY FALSE STATEMENT IS A MISDEMEANOR

### SECTION I - Transfer by Owner

**ODOMETER DISCLOSURE STATEMENT**

*Note: This vehicle cannot be registered or titled in the name of the new owner unless mileage is disclosed.*
Federal and State Law require that you state the mileage of the vehicle described on this certificate when transferring ownership.
Failure to do so, or providing a false statement, may result in fines and/or imprisonment.

I certify that, to the best of my knowledge, this odometer reading *(check one):*
- ☒ 1. reflects the ACTUAL MILEAGE as seen on the odometer of the vehicle described on the front.
- ☐ 2. EXCEEDS MECHANICAL LIMITS (odometer started over at zero)
- ☐ 3. not the actual mileage. WARNING - ODOMETER DISCREPANCY.

**ODOMETER READING**

163 999

*(no tenths)*

**ODOMETER HAS SPACE FOR:** *(Check one)*
- ☐ Five Digits, *excluding tenths*
- ☒ Six Digits, *excluding tenths*

### DAMAGE DISCLOSURE STATEMENT (To be Completed by Owner Named on Face of Title)

I certify that, to the best of my knowledge, this vehicle ☐ has been or ☒ has not been wrecked, destroyed or damaged to such an extent that the total estimate or actual cost of parts and labor to rebuild or reconstruct the vehicle to the condition it was in before an accident, and for legal operation on the road or highways, is more than 75% of the retail value of the vehicle at the time of loss. (Checking the "has" box means that the vehicle must have an anti-theft examination before being registered and that the title issued will have the statement "Rebuilt Salvage: NY" on it.)

I or we transfer the vehicle, boat or manufactured home described on this certificate. At the time of transfer, this title is subject only to the liens or encumbrances listed on this certificate, if any. I also certify that this is the most recent title issued for this vehicle, boat or manufactured home.
*Note: Section 2113 of the Vehicle and Traffic Law requires that application for a title must be made within 30 days of transfer.*

| | | |
|---|---|---|
| **Seller's Signature** *Norman Miller* | **Seller's Name** *(Print in Full)* NORMAN A. WILLIAMS | **Date of Statement** 6-27-23 |
| **Street Address** 10416 193Rd ST | **City** SAINT ALBANS **State** NY **ZIP code** 11412 | |
| **Buyer's Signature** | **Buyer's Name** *(Print in Full)* SUPERB MOTORS INC | **Date of Statement** 6-27-23 |
| **Street Address** 215 Northern Blvd | **City** Great Neck **State** NY **ZIP code** 11021 | |

### SECTION II - Reassignment by Manufactured Home Dealer or Registered Boat Dealer or Out-of-State Dealer

**ODOMETER DISCLOSURE STATEMENT**

*Note: This vehicle cannot be registered or titled in the name of the new owner unless mileage is disclosed.*
Federal and State Law require that you state the mileage of the vehicle described on this certificate when transferring ownership.
Failure to do so, or providing a false statement, may result in fines and/or imprisonment.

I certify that, to the best of my knowledge, this odometer reading *(check one):*
- ☐ 1. reflects the ACTUAL MILEAGE of the vehicle described on the front.
- ☐ 2. EXCEEDS MECHANICAL LIMITS (odometer started over at zero)
- ☐ 3. not the actual mileage. WARNING ODOMETER DISCREPANCY.

**ODOMETER READING**

*(no tenths)*

**ODOMETER HAS SPACE FOR:** *(Check one)*
- ☐ Five Digits, *excluding tenths*
- ☐ Six Digits, *excluding tenths*

I or we transfer the vehicle, boat or manufactured home described on this certificate. At the time of transfer, this title is subject only to the liens or encumbrances listed on this certificate, if any. I also certify that this is the most recent title issued for this vehicle, boat or manufactured home.
*Note: Section 2113 of the Vehicle and Traffic Law requires that application for a title must be made within 30 days of transfer.*

| | | |
|---|---|---|
| **Seller's Signature** | **Seller's Name** *(Print in Full)* | **Date of Statement** |
| **Street Address** | **City** **State** **ZIP code** | |
| **Buyer's Signature** | **Buyer's Name** *(Print in Full)* | **Date of Statement** |
| **Street Address** | **City** **State** **ZIP code** | |

| | |
|---|---|
| | **Boat Dealer's Facility #** |

MV-999 (3/21)    M 3728421

New York State Department of Motor Vehicles

☐ Salvage
MV-907A No. _____

## WHOLESALE CERTIFICATE OF SALE RECEIPT

### No. EW34763892023

SU1297

**VEHICLE INFORMATION:**

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|------------------|-----------|-----------|------------------------|
| 2017 | BMW | X1 | SUV | BL | N/A | 3697 | G | 4 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|---|---|---|
| W B X H T 3 C 3 X H 5 F 8 1 5 6 2 | 0 | N/A |

**DEALER INFORMATION**

SUPERB MOTORS INC, 215 NORTHERN BLVD, GREAT NECK, NY, 11021, Nassau

| **PURCHASER INFORMATION** | Date of Sale |
|---|---|
| TEAM AUTO SALES LLC, 4360 US RT 9, FREEHOLD, NJ, 07728 | 08-04-2023 |

| **PRIOR OWNER INFORMATION** | Date of Purchase |
|---|---|
| team auto sales llc, 4360 us rt 9, freehold, NJ, 07728, Out Of State Transfer Document | 06-30-2023 |

**ODOMETER DISCLOSURE STATEMENT**

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

☑ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. **WARNING: ODOMETER DISCREPANCY."**

| ODOMETER READING | | | | | | |
|---|---|---|---|---|---|---|
| 0 | 0 | 6 | 2 | 6 | 6 | 1 |
| (no tenths) | | | | | | |

Check your odometer reading at: **verifiny.com/check**   Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

**DEALER CERTIFICATION**

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full SUPERB MOTORS INC | Date 8/4/23 | Seller's Facility No. 7128150 |
|---|---|---|---|

**PURCHASER CONFIRMATION**

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full Andrea Powell | PRINT name in full TEAM AUTO SALES LLC | Date 8/4/23 | Purchaser's Facility No. D77164 |
|---|---|---|---|

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*

Customer copy

New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE

### No. EW34763892023

| VEHICLE TRANSFER HISTORY | | | | | |
|---|---|---|---|---|---|
| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
| SUPERB MOTORS INC | TEAM AUTO SALES LLC | 7128150 | 08 / 04 / 2023 | EMV50 | Yes |
| team auto sales llc | SUPERB MOTORS INC | | 06 / 30 / 2023 | OSTD | No |

*Any change or Alteration voids this receipt*

BY LICENSED NEW JERSEY MOTOR VEHICLE DEALER

(This form must be accompanied by a properly assigned title.)
FEE: $10.00   The undersigned does hereby sell, assign or transfer unto

TT1635756

**Buyer's Name** (Print)   SUPERB MOTORS INC
Buyer's Driver's License, Corpcode Number

Buyer's Address (Print)   215 Northern Blvd Great Neck NY 11021

Co-Buyer's Name (Print)
Co-Buyer's Driver's License, Corpcode Number

Co-Buyer's Address (Print)

the following described vehicle,   BMW   Make   X1   Model   2017   Year

SUV   Vehicle Type   WBXHT3C3XH5F81562   Vehicle Identification Number

and warrants title to the said motor vehicle and certifies that same is subject to the following security agreement or lien:

**Lienholder's Name** (Print)
Lienholder's Driver's License, Corpcode Number

Lienholder's Address (Print)   Date of Sale

**ODOMETER - DEALER'S STATEMENT**

NOTE: FEDERAL LAW requires that you state the mileage upon transfer of ownership. Failure to complete this disclosure or providing false information may result in fines and/or imprisonment.
I/We state that the odometer now reads ____62601____ (do not show tenths of a mile) and to the best of my/our knowledge that reflects the actual mileage of the vehicle described on the attached certificate of ownership, unless one of the following statements is checked:
___ (1) I/We hereby certify that to the best of my/our knowledge the odometer has exceeded its mechanical limits and the reading started again at zero.
___ (2) WARNING-ODOMETER DISCREPANCY-I/We hereby certify that the odometer reading is NOT the actual mileage, and should not be relied upon for accuracy.
NOTE: New Jersey law provides that anyone who knowingly or willfully misrepresents the description of a vehicle or makes a false statement in any title papers, forges, changes or counterfeits a part of title papers, or uses title papers on or for the wrong motor vehicle is guilty of a misdemeanor.

Sale Price ____ Net Sale ____ Sales Tax Collected ____ Exemption X9 ____ Date of Sale 6/30/23

**Dealer's Signature**   Andrea Powell   Dealer's ID Number   077164

Dealer's Name (Hand Print)   ANDREA POWELL   Dealership Name   Team AUTO SALES LLC

Dealer's Address (Print)   4360 US RT 9 Freehold NJ 07728

Auction Name / Location ____ MVC Auction ID ____

**STATEMENT OF BUYER**

I/We, the undersigned, hereby certify that the motor vehicle described above was purchased by me/us and I/we have compared the vehicle identification number shown on this certificate with that of the motor vehicle purchased and found that they agree in every particular.
BUYER NOTE: Any purchaser other than a N.J. licensed dealer is required to present these documents after assignment to the N.J. Motor Vehicle Commission within 10 days. Failure to do so will result in a penalty of $25.00 which will be in addition to the filing fee for a new certificate of ownership.

Buyer's Signature X ____ Co-Buyer's Signature X ____

Buyer's Name (Hand Print) Yvonne McCoy   Co-Buyer's Name (Hand Print) ____

ISM/SS-344 (R5/18)   ALTERATIONS OR ERASURES WILL VOID THIS CERTIFICATE ● AFFIX SALES TAX STAMP ON REVERSE SIDE.

**STATE OF NEW JERSEY MOTOR VEHICLE COMMISSION**

**N.J. SALES TAX SATISFIED**

M.V. Ident No. 077164 _____

Purchase Price $_____

Net Sales Amt. $_____

Sales Tax Paid $_____ Ex. Code X9

Date 6/30/23 _____

Dealer's Signature Andrea Powell

# STATE OF ARKANSAS

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | MODEL | | BODY TYPE |
|---|---|---|---|---|---|
| WBXHT3C3XH5F81562 | 2017 | BMW | X1 | | UT |
| TITLE NUMBER | PREVIOUS TITLE NUMBER | PREV. TITLE STATE | ISSUE DATE | ODOMETER | UNLADEN WEIGHT |
| 761014263510 | N1377517 | CAN | 06/08/2023 | 62653 | 3697 |

MAILING ADDRESS

REMARKS

OD ACTUAL

GERMAN STARS MOTOR INC
210 W CENTER ST
BEEBE AR 72012-3204

OWNER

GERMAN STARS MOTOR INC
210 W CENTER ST
BEEBE AR 72012-3204

OWNER'S SIGNATURE (IF JOINT OWNERSHIP, BOTH MUST SIGN)
THIS TITLE MUST BE SIGNED UPON RECEIPT BY OWNERS

VEHICLE IDENTIFICATION NUMBER

TITLE NUMBER





The Department of Finance and Administration, State of Arkansas, hereby certifies that
the applicant named hereon is duly registered as the owner of the vehicle described
above. From the statements of the owner and the records on file with this department
the hereon described vehicle is subject to the liens enumerated hereon.

In Witness Whereof, I have affixed my hand and seal.

Charles L. Collins

COMMISSIONER OF REVENUE

SR00000 15491315

VOID IF ALTERED

Federal and State law requires that you state the mileage in connection with the transfer or ownership.
Failure to complete or providing a false statement may result in fines and or imprisonment.

## TITLE ASSIGNMENT BY OWNER AND
The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address.

Buyer(s) Printed Name _Team Auto Sales LLC_

Buyer(s) Printed Address _4360 US Highway 9_
_Freehold NJ 07728_          _Ste B_

with warranty to be free of all encumbrances except as follows:

LIEN IN FAVOR OF _____

Address_____

DESCRIPTION OF VEHICLE TRADED IN (IF ANY)
VEHICLE IDENTIFICATION NUMBER

YEAR_____ MAKE_____ MODEL_____

Note to Seller: A copy of this title assignment, fully completed, is sufficient to use to claim a sales tax credit toward the purchase of another vehicle.

**ODOMETER DISCLOSURE** I certify that to the best of my knowledge that the odometer reading provided in the box below is the actual mileage of the vehicle unless one of the following statements is checked:

Odometer Reading (no tenths) _62661_

☐ EXCEEDS MECHANICAL LIMITS. The mileage stated is in excess of the odometer's mechanical limits.

☐ WARNING – ODOMETER DISCREPANCY The odometer is not the actual mileage.

BILL OF SALE Date of Sale _6/30/23_
Full Sales Price of this Vehicle $_____
Less Trade In $_____
Net Taxable Trade Difference $_____

Seller(s) Printed Name **German Stars Motor Inc.** _ALICE GEISEL_
Seller(s) Printed Address **210 West Center St, Beebe, Arkansas 72012**
Seller(s) Signature _____

"I am aware of the above odometer certification made by the seller"
Buyer's Printed Name _ANDREA POWELL_
Buyer's Signature _Andrea Powell_

---

## TITLE ASSIGNMENT BY DEALER AND
The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address.

Buyer(s) Printed Name_____

Buyer(s) Printed Address_____

with warranty to be free of all encumbrances except as follows:

LIEN IN FAVOR OF _____

Address_____

DESCRIPTION OF VEHICLE TRADED IN (IF ANY)
VEHICLE IDENTIFICATION NUMBER

YEAR_____ MAKE_____ MODEL_____

**ODOMETER DISCLOSURE** I certify that to the best of my knowledge that the odometer reading provided in the box below is the actual mileage of the vehicle unless one of the following statements is checked:

Odometer Reading (no tenths) _____

☐ EXCEEDS MECHANICAL LIMITS. The mileage stated is in excess of the odometer's mechanical limits.

☐ WARNING – ODOMETER DISCREPANCY The odometer is not the actual mileage.

BILL OF SALE Date of Sale _____
Full Sales Price of this Vehicle $_____
Less Trade In $_____
Net Taxable Trade Difference $_____

Dealer's Printed Name_____
Dealer's License Number_____
Dealer's Signature_____

"I am aware of the above odometer certification made by the dealer"
Buyer's Printed Name_____
Buyer's Signature_____

---

## TITLE ASSIGNMENT BY DEALER AND
The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address.

Buyer(s) Printed Name_____

Buyer(s) Printed Address_____

with warranty to be free of all encumbrances except as follows:

LIEN IN FAVOR OF _____

Address_____

DESCRIPTION OF VEHICLE TRADED IN (IF ANY)
VEHICLE IDENTIFICATION NUMBER

YEAR_____ MAKE_____ MODEL_____

**ODOMETER DISCLOSURE** I certify that to the best of my knowledge that the odometer reading provided in the box below is the actual mileage of the vehicle unless one of the following statements is checked:

Odometer Reading (no tenths) _____

☐ EXCEEDS MECHANICAL LIMITS. The mileage stated is in excess of the odometer's mechanical limits.

☐ WARNING – ODOMETER DISCREPANCY The odometer is not the actual mileage.

BILL OF SALE Date of Sale _____
Full Sales Price of this Vehicle $_____
Less Trade In $_____
Net Taxable Trade Difference $_____

Dealer's Printed Name_____
Dealer's License Number_____
Dealer's Signature_____

"I am aware of the above odometer certification made by the dealer"
Buyer's Printed Name_____
Buyer's Signature_____

_Title Assignment by Owner(s)_
_First Dealer Reassignment_
_Second Dealer Reassignment_

☐ Salvage
MV-907A No. _____

**New York State Department of Motor Vehicles**
## WHOLESALE CERTIFICATE OF SALE RECEIPT

### No. EW35174432023

**VEHICLE INFORMATION:**

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|------------------|-----------|-----------|------------------------|
| 2013 | BMW | X5 | SUBN | WH | N/A | 4960 | G | 6 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|---|---|---|
| 5 U X Z V 4 C 5 3 D 0 E 0 8 9 3 0 0 | | N/A |

### DEALER INFORMATION

SUPERB MOTORS INC, 215 NORTHERN BLVD, GREAT NECK, NY, 11021, Nassau

| ### PURCHASER INFORMATION | Date of Sale |
|---|---|
| L & F LUXURY AUTO, 2759 DELK RD STE1360, MARIETTA, GA, 30067 | 08-22-2023 |

| ### PRIOR OWNER INFORMATION | Date of Purchase |
|---|---|
| MATHIAS FJ MULLER , 154 GRANT AVE, MINEOLA, NY, 11501, NYS Title (069577R) | 06-30-2023 |

### ODOMETER DISCLOSURE STATEMENT

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

☑ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. WARNING: ODOMETER DISCREPANCY."

| | ODOMETER READING | | | | | | |
|---|---|---|---|---|---|---|---|
| | 0 | 1 | 5 | 7 | 8 | 1 | 0 |
| | | | | (no tenths) | | | |

Check your odometer reading at: **verifiny.com/check**   Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

### DEALER CERTIFICATION

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full SUPERB MOTORS INC | Date 8/22/23 | Seller's Facility No. 7128150 |
|---|---|---|---|

### PURCHASER CONFIRMATION

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full L & F LUXURY AUTO | Date | Purchaser's Facility No. |
|---|---|---|---|

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*

Customer copy

Page 1 of 2

New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE

### No. EW35174432023

| VEHICLE TRANSFER HISTORY | | | | | |
|---|---|---|---|---|---|
| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
| **SUPERB MOTORS INC** | **L & F LUXURY AUTO** | **7128150** | **08 / 22 / 2023** | **EMV50** | **Yes** |
| MATHIAS FJ MULLER | SUPERB MOTORS INC | | 06 / 30 / 2023 | NYST | No |

*Any change or Alteration voids this receipt*

Customer copy

Trade

SW1304

MULLER,MATHIAS,FJ
154 GRANT AVE
MINEOLA          NY 11501

002127

## CERTIFICATE OF TITLE

### NEW YORK STATE

dmv.ny.gov

| Title and Identification No. | Year | Make | Model Code | Body/Hull | Document No. |
|---|---|---|---|---|---|
| 5UXZV4C53D0E08930 5UXZV4C53D0E08930 | 2013 | BMW | X5 | SUBN | 069577R |

| Color | Wt./Sts./Lgth. | Fuel | Cyl./Prop. | New or Used | Type of Title | Date Issued |
|---|---|---|---|---|---|---|
| WH | 4960 | GAS | 6 | USED | VEHICLE | 3/31/23 |

Name and Address of Owner(s)

**ODOMETER READING:** 156000
156000

MULLER,MATHIAS,FJ
154 GRANT AVE
MINEOLA NY      11501

ACTUAL MILEAGE

This document is your proof of ownership for this vehicle, boat or manufactured home. Keep it in a safe place, not with your license or registration or in your vehicle or boat. To dispose of your vehicle, boat or manufactured home, complete the transfer section on the back and give this title to the new owner.

Lienholder _____         Lienholder _____

* NO LIENS RECORDED *              * NO LIENS RECORDED *

Lienholder _____         Lienholder _____

* NO LIENS RECORDED *              * NO LIENS RECORDED *

VOID IF ALTERED

MV-999 (3/21)

## DEPARTMENT OF MOTOR VEHICLES

157,810

**ANY CHANGE OR ERASURE WILL VOID THIS TITLE -- ANY FALSE STATEMENT IS A MISDEMEANOR**

## SECTION I - Transfer by Owner

**ODOMETER DISCLOSURE STATEMENT**

*Note: This vehicle cannot be registered or titled in the name of the new owner unless mileage is disclosed.*
**Federal and State Law require that you state the mileage of the vehicle described on this certificate when transferring ownership.**
**Failure to do so, or providing a false statement, may result in fines and/or imprisonment.**

I certify that, to the best of my knowledge, this odometer reading *(check one)*:
- [X] 1. reflects the ACTUAL MILEAGE as seen on the odometer of the vehicle described on the front.
- [ ] 2. EXCEEDS MECHANICAL LIMITS (odometer started over at zero)
- [ ] 3. not the actual mileage. WARNING - ODOMETER DISCREPANCY.

**ODOMETER READING**

157810

*(no tenths)*

**ODOMETER HAS SPACE FOR:** *(Check one)*
- [ ] Five Digits, *excluding tenths*
- [X] Six Digits, *excluding tenths*

**DAMAGE DISCLOSURE STATEMENT (To be Completed by Owner Named on Face of Title)**

I certify that, to the best of my knowledge, this vehicle [ ] has been or [X] has not been wrecked, destroyed or damaged to such an extent that the total estimate
or actual cost of parts and labor to rebuild or reconstruct the vehicle to the condition it was in before an accident, and for legal operation on the road or highways,
is more than 75% of the retail value of the vehicle at the time of loss. (Checking the "has" box means that the vehicle must have an anti-theft examination before being
registered and that the title issued will have the statement "Rebuilt Salvage: NY" on it.)

I or we transfer the vehicle, boat or manufactured home described on this certificate. At the time of transfer, this title is subject only to the liens or encumbrances
listed on this certificate, if any. I also certify that this is the most recent title issued for this vehicle, boat or manufactured home.
*Note: Section 2113 of the Vehicle and Traffic Law requires that application for a title must be made within 30 days of transfer.*

| | Seller's Signature | Seller's Name *(Print in Full)* MATHIAS MULLER | | | |
|---|---|---|---|---|---|
| **Seller** | Street Address 154 Grant Ave Mineola NY 11501 | City | State | ZIP code | Date of Statement 6/30/23 |
| **Buyer** | Buyer's Signature Juana M | Buyer's Name *(Print in Full)* SUPERB MOTORS INC | | | |
| | Street Address 215 Northern Blvd Great Neck NY 11021 | City | State | ZIP code | Date of Statement 6/30/23 |

## SECTION II - Reassignment by Manufactured Home Dealer or Registered Boat Dealer or Out-of-State Dealer

**ODOMETER DISCLOSURE STATEMENT**

*Note: This vehicle cannot be registered or titled in the name of the new owner unless mileage is disclosed.*
**Federal and State Law require that you state the mileage of the vehicle described on this certificate when transferring ownership.**
**Failure to do so, or providing a false statement, may result in fines and/or imprisonment.**

I certify that, to the best of my knowledge, this odometer reading *(check one)*:
- [ ] 1. reflects the ACTUAL MILEAGE of the vehicle described on the front.
- [ ] 2. EXCEEDS MECHANICAL LIMITS (odometer started over at zero)
- [ ] 3. not the actual mileage. WARNING ODOMETER DISCREPANCY.

**ODOMETER READING**

*(no tenths)*

**ODOMETER HAS SPACE FOR:** *(Check one)*
- [ ] Five Digits, *excluding tenths*
- [ ] Six Digits, *excluding tenths*

I or we transfer the vehicle, boat or manufactured home described on this certificate. At the time of transfer, this title is subject only to the liens or encumbrances
listed on this certificate, if any. I also certify that this is the most recent title issued for this vehicle, boat or manufactured home.
*Note: Section 2113 of the Vehicle and Traffic Law requires that application for a title must be made within 30 days of transfer.*

| | Seller's Signature | Seller's Name: *(Print in Full)* | | | |
|---|---|---|---|---|---|
| **Seller** | Street Address | City | State | ZIP code | Date of Statement |
| **Buyer** | Buyer's Signature | Buyer's Name: *(Print in Full)* | | | |
| | Street Address | City | State | ZIP code | Date of Statement |

MV-999 (3/21)    M 2724695

Boat Dealer's
Facility #

**New York State Department of Motor Vehicles**
## WHOLESALE CERTIFICATE OF SALE RECEIPT

Salvage
MV-907A No. _____

### No. EW35317952023

**VEHICLE INFORMATION:**

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|------------------|-----------|-----------|------------------------|
| 2004 | NISSA | QST | SUBN | GY | N/A | 3935 | G | 6 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|-------------------------------|---------|--------------------------------|
| 5 N 1 B V 2 8 U X 4 N 3 6 5 7 2 4 | 0 | N/A |

### DEALER INFORMATION

SUPERB MOTORS INC, 215 NORTHERN BLVD, GREAT NECK, NY, 11021, Nassau

### PURCHASER INFORMATION

L & F LUXURY AUTO, 2759 DELK RD STE1360, MARIETTA, GA, 30067

Date of Sale: 08-28-2023

### PRIOR OWNER INFORMATION

MELESHA D TAVARES , 284 RIVERDALE AVE 2A, YONKERS, NY, 10705,
NYS Title (459428L)

Date of Purchase: 07-08-2023

### ODOMETER DISCLOSURE STATEMENT

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

☑ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. **WARNING: ODOMETER DISCREPANCY."**

| ODOMETER READING | | | | | | |
|---|---|---|---|---|---|---|
| 0 | 1 | 3 | 5 | 6 | 0 | 7 |
| (no tenths) | | | | | | |

Check your odometer reading at: **verifiny.com/check**   Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4846)

### DEALER CERTIFICATION

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full SUPERB MOTORS INC | Date 8-28-23 | Seller's Facility No. 7128150 |
|---|---|---|---|

### PURCHASER CONFIRMATION

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full L & F LUXURY AUTO | Date | Purchaser's Facility No. |
|---|---|---|---|

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*

Customer copy

Page 1 of 2

**New York State Department of Motor Vehicles**
## WHOLESALE CERTIFICATE OF SALE

## No. EW35317952023

| VEHICLE TRANSFER HISTORY | | | | | |
|---|---|---|---|---|---|
| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
| SUPERB MOTORS INC | L & F LUXURY AUTO | 7128150 | 08 / 28 / 2023 | EMV50 | Yes |
| MELESHA D TAVARES | SUPERB MOTORS INC | | 07 / 08 / 2023 | NYST | No |

*Any change or Alteration voids this receipt*

Customer copy

Page 2 of 2

SY1338

TAVARES,MELESHA,D
%215 NORTERHN BLVD
GREAT NECK      NY 11021

000132

# CERTIFICATE OF TITLE

## NEW YORK STATE

dmv.ny.gov

**THIS IS A DUPLICATE CERTIFICATE AND MAY BE
SUBJECT TO THE RIGHTS OF A PERSON UNDER THE
ORIGINAL CERTIFICATE**

| Title and Identification No. | Year | Make | Model Code | Body/Hull | Document No. |
|---|---|---|---|---|---|
| 5N1BV28UX4N365724 5N1BV28UX4N365724 | 2004 | NISSA | QST | SUBN | 459428L |

| Color | Wt./Sts./Lgth. | Fuel | Cyl./Prop. | New or Used | Type of Title | Date Issued |
|---|---|---|---|---|---|---|
| GY | 3935 | GAS | 6 | USED | VEHICLE | 8/17/23 |

Name and Address of Owner(s)

**TAVARES,MELESHA,D**
**284 RIVERDALE AVE 2A**
**YONKERS NY      10705**

**ODOMETER READING:     EXEMPT**
**EXEMPT**
**VEHICLE OVER 10 YEARS OLD**



This document is your proof of ownership for this vehicle, boat or manufactured home. Keep it in a safe place, not with your license or registration or in your vehicle or boat. To dispose of your vehicle, boat or manufactured home, complete the transfer section on the back and give this title to the new owner.

Lienholder

**\* NO LIENS RECORDED \***

Lienholder

**\* NO LIENS RECORDED \***

Lienholder

**\* NO LIENS RECORDED \***

Lienholder

**\* NO LIENS RECORDED \***

MV-999 (3/21)

VOID IF ALTERED

## DEPARTMENT OF MOTOR VEHICLES

**ANY CHANGE OR ERASURE WILL VOID THIS TITLE -- ANY FALSE STATEMENT IS A MISDEMEANOR**

## SECTION I - Transfer by Owner

**ODOMETER DISCLOSURE STATEMENT**

| | ODOMETER READING |
|---|---|

*Note: This vehicle cannot be registered or titled in the name of the new owner unless mileage is disc...*
**Federal and State Law require that you state the mileage of the vehicle described on this certi...**
**Failure to do so, or providing a false statement, may result in fines and/or imprisonment.**

135607

I certify that, to the best of my knowledge, this odometer reading (check one):
- ☒ 1. reflects the ACTUAL MILEAGE as seen on the odometer of the vehicle described on the front.
- ☐ 2. EXCEEDS MECHANICAL LIMITS (odometer started over at zero)
- ☐ 3. not the actual mileage. WARNING - ODOMETER DISCREPANCY.

(no tenths)

**ODOMETER HAS SPACE FOR:** (Check one)
- ☐ Five Digits, excluding tenths
- ☒ Six Digits, excluding tenths

## DAMAGE DISCLOSURE STATEMENT (To be Completed by Owner Named on Face of Title)

I certify that, to the best of my knowledge, this vehicle ☐ has been or ☒ has not been wrecked, destroyed or damaged to such an extent that the total estimate or actual cost of parts and labor to rebuild or reconstruct the vehicle to the condition it was in before an accident, and for legal operation on the road or highways, is more than 75% of the retail value of the vehicle at the time of loss. (Checking the "has" box means that the vehicle must have an anti-theft examination before being registered and that the title issued will have the statement "Rebuilt Salvage: NY" on it.)

I or we transfer the vehicle, boat or manufactured home described on this certificate. At the time of transfer, this title is subject only to the liens or encumbrances listed on this certificate, if any. I also certify that this is the most recent title issued for this vehicle, boat or manufactured home.
*Note: Section 2113 of the Vehicle and Traffic Law requires that application for a title must be made within 30 days of transfer.*

| | Seller's Signature | Seller's Name (Print in Full) | | | Date of Statement |
|---|---|---|---|---|---|
| **Seller** | Melesha Tavares | MELESHA D. TAVARES | | | 7-8-23 |
| | Street Address | City | State | ZIP code | |
| | 284 Riverdale Ave 2A | Yonkers | NY | 10705 | |
| **Buyer** | Buyer's Signature | Buyer's Name (Print in Full) | | | Date of Statement |
| | | Superb Motors Inc | | | 7-8-23 |
| | Street Address | City | State | ZIP code | |
| | 215 Northern Blvd | Great Neck | NY | 11021 | |

## SECTION II - Reassignment by Manufactured Home Dealer or Registered Boat Dealer or Out-of-State Dealer

**ODOMETER DISCLOSURE STATEMENT**

| | ODOMETER READING |
|---|---|

*Note: This vehicle cannot be registered or titled in the name of the new owner unless mileage is disclosed.*
**Federal and State Law require that you state the mileage of the vehicle described on this certificate when transferring ownership.**
**Failure to do so, or providing a false statement, may result in fines and/or imprisonment.**

I certify that, to the best of my knowledge, this odometer reading (check one):
- ☐ 1. reflects the ACTUAL MILEAGE of the vehicle described on the front.
- ☐ 2. EXCEEDS MECHANICAL LIMITS (odometer started over at zero)
- ☐ 3. not the actual mileage. WARNING - ODOMETER DISCREPANCY.

(no tenths)

**ODOMETER HAS SPACE FOR:** (Check one)
- ☐ Five Digits, excluding tenths
- ☐ Six Digits, excluding tenths

I or we transfer the vehicle, boat or manufactured home described on this certificate. At the time of transfer, this title is subject only to the liens or encumbrances listed on this certificate, if any. I also certify that this is the most recent title issued for this vehicle, boat or manufactured home.
*Note: Section 2113 of the Vehicle and Traffic Law requires that application for a title must be made within 30 days of transfer.*

| | Seller's Signature | Seller's Name (Print in Full) | | | Date of Statement |
|---|---|---|---|---|---|
| **Seller** | | | | | |
| | Street Address | City | State | ZIP code | |
| | | | | | |
| **Buyer** | Buyer's Signature | Buyer's Name (Print in Full) | | | Date of Statement |
| | | | | | |
| | Street Address | City | State | ZIP code | |
| | | | | | |

MV-999 (3/21)   M 4041315

Boat Dealer's Facility #



**Superb Motors**
215 Northern Blvd Great Neck, NY, 11021
(999) 999-9999

**Payment Advice**
# $7,175.65

Check #: 12093
Created by: KENDRA K
08/01/23 | 1:26 PM

Customer: **1001034–Westlake Financial**

| Invoice Number | Amount | Comments |
|---|---|---|
| - | $7,175.65 | LIEN PAYOFF FOR CESAR MANRIQUE, ACCT#18674491, VIN#BL410488, 2011 BMW X5 SERIES, STK SU1345 |

### Posting Lines

| GL Account | Amount | Control | Control Descript on | Control2 | Posting Description |
|---|---|---|---|---|---|
| 1004 | -$7,175.65 | 12093 | - | 1001034 – Westlake Financial | PAYOFF SU1345 |
| 2050 | $7,068.55 | SU1345 | 5UXZV4C51BL410488 | - | PAYOFF SU1345 |
| 1450 | $107.10 | SU1345 | 5UXZV4C51BL410488 | - | PAYOFF SU1345 |



**SUPERB MOTORS**
215 Northern Blvd
Great Neck, NY 11021
(999) 999-9999

**Chase Bank**
151 Asylum St, Hartford CT 06103

12093

| DATE |
|---|
| 01AUG23 |

| PAY THIS AMOUNT | | |
|---|---|---|
| *******7,175 DOLLARS | 65 | CENTS |

| AMOUNT OF CHECK |
|---|
| ******7,175.65 |

**NON-NEGOTIABLE**

**VOID AFTER 90 DAYS**

****************************
*** **N O T   N E G O T I A B L E** ***
BY ****************************
AUTHORIZED SIGNATURE

TO THE ORDER OF

WESTLAKE FINANCIAL
DEPT. 73082 3440 FLAIR DR
EL MONTE, CA 91731



**Superb Motors**
215 Northern Blvd Great Neck, NY, 11021
(999) 999-9999

**Payment Advice**
## $2,091.87

Check #: 12087
Created by: KENDRA K
07/21/23 | 5:04 PM

Customer: 1001034-Westlake Financial

| Invoice Number | Amount | Comments |
|---|---|---|
| - | $2,091.87 | LIEN PAYOFF FOR TYRA HOWARD, ACCT#15194212, VIN#EK163009, SU1179 |

### Posting Lines

| GL Account | Amount | Control | Control Description | Control2 | Posting Description |
|---|---|---|---|---|---|
| 1004 | -$2,091.87 | 12087 | - | 1001034 - Westlake Financial | PAYOFF SU1348 |
| 2050 | $2,091.87 | SU1348 | WBA3B1C 51EK1630 09 | - | PAYOFF SU1348 |



**SUPERB MOTORS**
215 Northern Blvd
Great Neck, NY 11021
(999) 999-9999

**Chase Bank**
151 Asylum St, Hartford CT 06103

12087

| DATE |
|---|
| 21JUL23 |

| PAY THIS AMOUNT | | |
|---|---|---|
| ******2,091 | DOLLARS | 87 | CENTS |

| AMOUNT OF CHECK |
|---|
| ******2,091.87 |

NON-NEGOTIABLE

**VOID AFTER 90 DAYS**

TO
THE
ORDER
OF

WESTLAKE FINANCIAL
DEPT. 73082 3440 FLAIR DR
EL MONTE, CA 91731

* * * * * * * * * * * * * * * * * * * * * * *
*** N E G O T I A B L E ***
BY * * * * * * * * * * * * * * * * * * * * * *
AUTHORIZED SIGNATURE



**Superb Motors**
215 Northern Blvd Great Neck, NY, 11021
(999) 999-9999

**Payment Advice**
# $27,603.87

Check #: 12088
Created by: KENDRA K
07/28/23 | 5:10 PM

Vendor: LENDBUZZ FUNDING LLC

| Invoice Number | Amount | Comments |
|---|---|---|
| - | $27,603.87 | LIEN PAYOFF FOR ANGELO DO P LAR RODRIGUES, ACCT#184755-144107, |

Posting Lines

| GL Account | Amount | Control | Control Descript on | Control2 | Posting Description |
|---|---|---|---|---|---|
| 1004 | -$27,603.87 | 12088 | - | LENDBUZZ FUND NG LLC | PAYOFF SU1349 |
| 2050 | $26,477.90 | SU1349 | 1FTEW1EF 1GFB6742 0 | - | PAYOFF SU1349 |
| 1450 | $1,125.97 | SU1349 | 1FTEW1EF 1GFB6742 0 | - | PAYOFF SU1349 |



**SUPERB MOTORS**
215 Northern Blvd
Great Neck, NY 11021
(999) 999-9999

**Chase Bank**
151 Asylum St, Hartford CT 06103

12088

| DATE |
|---|
| 28JUL23 |

| PAY THIS AMOUNT | | |
|---|---|---|
| ******27,603 | DOLLARS | 87 | CENTS |

| AMOUNT OF CHECK |
|---|
| *****27,603.87 |

NON-NEGOTIABLE

**VOID AFTER 90 DAYS**

TO
THE
ORDER
OF

LENDBUZZ FUNDING LLC
LOCKBOX#782253 MAC Y1372-045 401 MARKET STREET
PHILADELPHIA , PA 19106

* * * * * * * * * * * * * * * * * * * * * * * * *
*** N O T  N E G O T I A B L E ***
BY  * * * * * * * * * * * * * * * * * * * * * * * * *
AUTHORIZED SIGNATURE



**Superb Motors Inc**
215 Northern Blvd Great Neck, NY, 11021
(999) 999-9999

**Payment Advice**
**$3,733.50**

Check #: 12181
Created by: KENDRA K
08/31/23 | 12:54 PM

Customer: 1001134-Wells Fargo Auto

| Invoice Number | Amount | Comments |
|---|---|---|
| - | $3,733.50 | REPLACES "LOST" CHECK 11984- LIEN PAYOFF FOR JODIANN CHANCE/GAVIN CHANCE, ACCT#9620335418, GA63757, 2015 FORD EXPLORER, SU1275 |

### Posting Lines

| GL Account | Amount | Control | Control Description | Control2 | Posting Description |
|---|---|---|---|---|---|
| 1004 | -$3,733.50 | 12181 | - | 1001134 - Wells Fargo Auto | LIEN PAYOFF SU1275 |
| 2050 | $3,715.75 | SU1275 | 1FM5K7B8 XEGA63757 | - | LIEN PAYOFF SU1275 |
| 1450 | $17.75 | SU1275 | 1FM5K7E8 XEGA63757 | - | LIEN PAYOFF SU1275 |



**SUPERB MOTORS INC**
215 Northern Blvd
Great Neck, NY 11021
(999) 999-9999

**Chase Bank**
151 Asylum St, Hartford CT 06103

12181

| DATE |
|---|
| 31AUG23 |

| PAY THIS AMOUNT | | |
|---|---|---|
| ******3,733 | DOLLARS 50 | CENTS |

| AMOUNT OF CHECK |
|---|
| ******3,733.50 |

NON-NEGOTIABLE

**VOID AFTER 90 DAYS**

TO
THE
ORDER
OF

WELLS FARGO AUTO
LOCKBOX 17900 - 1750 LINCOLN STREET MAC C7301-L25
DENVER, CO 80274

************************************
*** N O T   N E G O T I A B L E ***
BY ************************************
AUTHORIZED SIGNATURE



**Superb Motors Inc**
215 Northern Blvd Great Neck, NY, 11021
(999) 999-9999

Journal Entry
23854

Created By: KENDRA K
Posted By: KENDRA K
Accounting Date: Fri Aug 11, 2023

**General Information**

Journal Number / Name
POT – Purchases – General

Document Type
Other

Reference Type
Check

Reference
12095

Description
OUTRIGHT PURCHASE SU1248A

Posting Lines

Credit: $72,214.42       Debit: $72,214.42       Balance: $0.00

| GL Account | Amount | Control | Control Description | Control 2 | Posting Description | Count |
|---|---|---|---|---|---|---|
| 1004 | $69,228.42 | 12095 | - | 1C00970 – ALLY FINANCIAL | OUTRIGHT PURCHASE SU1248A | 0 |
| 1450 | -$2,986.00 | SU1248A | 5YMTS0C02L9B09685 | - | OUTRIGHT PURCHASE SU1248A | 0 |
| 1451 | $2,986.00 | SU1248A | 5YMTS0C02L9B09685 | - | OUTRIGHT PURCHASE SU1248A | 0 |
| 1450 | -$69,228.42 | SU1248A | 5YMTS0C02L9B09685 | - | OUTRIGHT PURCHASE SU1248A | -1 |



**Superb Motors**
215 Northern Blvd Great Neck, NY, 11021
(999) 999-9999

**Payment Advice**
# $10,074.93

Check #: 12094
Created by: KENDRA K
07/13/23 | 1:30 PM

Vendor: **CAPONE-CAPITAL ONE AUTO FINANCE**

| Invoice Number | Amount | Comments |
|---|---|---|
| - | $10,074.93 | LIEN PAYOFF FOR AMBER HALL  ACCT#62051550119071001, VIN#H7187341, 2017 KIA SPORTAGE SU1164 |

**Posting Lines**

| GL Account | Amount | Control | Control Description | Control2 | Posting Description |
|---|---|---|---|---|---|
| 1004 | -$10,074.93 | 12094 | - | CAPONE - CAPITAL ONE AUTO FINANCE | PAYOFF SU1164 |
| 2050 | $9,996.81 | SU1251 | KNDPM3A C4H71873 41 | - | PAYOFF SU1164 |
| 1450 | $78.12 | SU1251 | KNDPM3A C4H71873 41 | - | PAYOFF SU1164 |



**SUPERB MOTORS**
215 Northern Blvd
Great Neck, NY 11021
(999) 999-9999

**Chase Bank**
151 Asylum St, Hartford CT 05103

12094

| DATE |
|---|
| 13JUL23 |

| PAY THIS AMOUNT | | |
|---|---|---|
| ******10,074 | DOLLARS | 93 | CENTS |

| AMOUNT OF CHECK |
|---|
| *****10,074.93 |

NON-NEGOTIABLE

**VOID AFTER 90 DAYS**

TO
THE
ORDER
OF

CAPITAL ONE AUTO FINANCE
2525 CORPORATE PLACE 2ND FL
MONTEREY PARK, CA 917540000

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
*** NOT NEGOTIABLE ***
BY  * * * * * * * * * * * * * * * * * * * * * * * * * *
AUTHORIZED SIGNATURE



**Superb Motors**
215 Northern Blvd Great Neck, NY, 11021
(999) 999-9999

**Payment Advice**
**$40,779.29**

Check #: 11752
Created by: KENDRA K
05/25/23 | 3:03 PM

Customer: **1000266-MERCEDES-BENZ FINANCIAL SERVICES**

| Invoice Number | Amount | Comments |
|---|---|---|
| - | $40,779.29 | PURCHASE 2020 MERCEDES BENZ GLE 350 SU1200P |

**Posting Lines**

| GL Account | Amount | Control | Control Description | Control2 | Posting Description |
|---|---|---|---|---|---|
| 1004 | -$40,779.29 | 11752 | - | 1000266 - MERCEDES -BENZ FINANCIAL SERVCES | PURCHASE OF 2020 MERCEDES BENZ GLE STK SU1200P |
| 1450 | $47,950.00 | SU1200P | 4JGFB4KB 0LA19407 8 | - | PURCHASE OF 2020 MERCEDES BENZ GLE STK SU1200P |
| 1450 | -$7,170.71 | SU1200P | 4JGFB4KB 0LA19407 8 | - | PURCHASE OF 2020 MERCEDES BENZ GLE STK SU1200P |



**SUPERB MOTORS**
215 Northern Blvd
Great Neck, NY 11021
(999) 999-9999

**Chase Bank**
151 Asylum St, Hartford CT 06103

**11752**

| DATE |
|---|
| 25MAY23 |

| PAY THIS AMOUNT | | |
|---|---|---|
| ******40,779 | DOLLARS 29 | CENTS |

| AMOUNT OF CHECK |
|---|
| *****40,779.29 |

NON-NEGOTIABLE

**VOID AFTER 90 DAYS**

TO
THE
ORDER
OF

MERCEDES-BENZ FINANCIAL SERVICES
8430 WEST BRYN MAWR AVE 3RD FL
CHICAGO, IL 60631

* * * * * * * * * * * * * * * * * * * * * * * * * *
*** N O T   N E G O T I A B L E ***
BY * * * * * * * * * * * * * * * * * * * * * * * *
AUTHORIZED SIGNATURE

SR 1334

# COMMONWEALTH OF PENNSYLVANIA
## CERTIFICATE OF TITLE FOR A VEHICLE

FUEL: GAS

232360391000680 001

| WBABE5G56GNU21721 | 2016 | BMW | 8&289097701 SP |
|---|---|---|---|
| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE OF VEHICLE | TITLE NUMBER |

| SDN | 0 | | NJ | 08/24/23 | 071183 | 0 |
|---|---|---|---|---|---|---|
| BODY TYPE | DUP | SEAT CAP | PRIOR TITLE STATE | ODOM. PROCD. DATE | ODOM. MILES | ODOM. STATUS |

| 08/24/23 | 08/24/23 | | | | | |
|---|---|---|---|---|---|---|
| DATE PA TITLED | DATE OF ISSUE | UNLADEN WEIGHT | GVWR | | GCWR | TITLE BRANDS |

**ODOMETER STATUS**
0 = ACTUAL MILEAGE
1 = MILEAGE EXCEEDS THE MECHANICAL LIMITS
2 = NOT THE ACTUAL MILEAGE
3 = NOT THE ACTUAL MILEAGE-ODOMETER TAMPERING VERIFIED
4 = EXEMPT FROM ODOMETER DISCLOSURE

**TITLE BRANDS**
A = ANTIQUE VEHICLE
C = CLASSIC VEHICLE
D = COLLECTIBLE VEHICLE
F = OUT OF COUNTRY
G = ORIGINALLY MFGD. FOR NON-U.S. DISTRIBUTION
H = AGRICULTURAL VEHICLE
L = LOGGING VEHICLE
P = IS/WAS A POLICE VEHICLE
R = RECONSTRUCTED
S = STREET ROD
T = RECOVERED THEFT VEHICLE
V = VEHICLE CONTAINS REISSUED VIN
W = FLOOD VEHICLE
X = IS/WAS A TAXI

REGISTERED OWNER(S)   REGISTRATION NOT TO BE ISSUED   TAX UNPAID

SPORTS CAR USA
98 AUCTION RD
MANHEIM PA 17545

FIRST LIEN FAVOR OF:                                    SECOND LIEN FAVOR OF:

If a second lienholder is listed upon satisfaction of the first lien, the first lienholder must forward this Certificate of Title to the Bureau of Motor Vehicles with the appropriate form and fee.

FIRST LIEN RELEASED_____ DATE _____     SECOND LIEN RELEASED _____ DATE _____

BY_____                                       BY_____
AUTHORIZED REPRESENTATIVE                                AUTHORIZED REPRESENTATIVE

MAILING ADDRESS

888006
SPORTS CAR USA
98 AUCTION RD
MANHEIM PA 17545

**pennsylvania**
DEPARTMENT OF TRANSPORTATION

I certify as of the date of issue, the official records of the Pennsylvania Department of Transportation reflect that the person(s) or company named herein is the lawful owner of the said vehicle.

MICHAEL B. CARROLL
Secretary of Transportation

## D. APPLICATION FOR TITLE AND LIEN INFORMATION

TO BE COMPLETED BY PURCHASER WHEN VEHICLE IS SOLD AND THE APPROPRIATE SECTIONS ON THE REVERSE SIDE OF THIS DOCUMENT ARE COMPLETED.

SUBSCRIBED AND SWORN TO BEFORE ME:

| MO. | DAY | YEAR |
|---|---|---|

SIGNATURE OF PERSON ADMINISTERING OATH

SIGN IN PRESENCE OF A NOTARY

STAMP OR SEAL

The undersigned hereby makes application for Certificate of Title to the vehicle described above, subject to the encumbrances and other legal claims set forth here.

SIGNATURE OF APPLICANT OR AUTHORIZED SIGNER

SIGNATURE OF CO-APPLICANT/TITLE OF AUTHORIZED SIGNER

If a co-purchaser other than your spouse is listed and you want the title to be listed as "Joint Tenants With Right of Survivorship" (on death of one owner, title goes to surviving owner) CHECK HERE ☐. Otherwise, the title will be issued as "Tenants in Common" (or death of one owner, interest of deceased owner goes to his/her heirs or estate).

IF NO LIEN, CHECK ☐  IS THIS AN ELT? (IF YES, FIN REQUIRED)   YES ☐ NO ☐

1ST LIENHOLDER FINANCIAL INSTITUTION NUMBER:

1ST LIENHOLDER NAME

STREET

| CITY | STATE | ZIP |
|---|---|---|

IF NO 2ND LIEN, CHECK ☐ IS THIS AN ELT? (IF YES, FIN REQUIRED) YES ☐ NO ☐

2ND LIENHOLDER FINANCIAL INSTITUTION NUMBER:

2ND LIENHOLDER NAME

STREET

| CITY | STATE | ZIP |
|---|---|---|

**STORE IN A SAFE PLACE - IF LOST APPLY FOR A DUPLICATE - ANY ALTERATION OR ERASURE VOIDS THIS TITLE**

8510048716 RR Donnelley 0210

88406346

DO NOT ACCEPT DOCUMENT WITHOUT VERIFYING THE PRESENCE OF THE LIBERTY BELL WATERMARK

**(TYPE OR PRINT)** Certificate of Title must be submitted within 20 days, unless the purchaser is a registered dealer holding the vehicle for resale.

**WARNING** – FEDERAL AND STATE LAWS REQUIRE THAT YOU STATE THE MILEAGE IN CONNECTION WITH THE TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES OR IMPRISONMENT.

*An employee of an issuing agent licensed as a vehicle dealer by the Pennsylvania State Board of Vehicle Manufacturers, Dealers and Salespersons may verify a person's signature in lieu of notarization.*

## A. ASSIGNMENT OF TITLE –
Registered dealers must complete Forms MV-27A or MV-27B as required by law. If purchaser is NOT a registered dealer, Section D on the front of this form must be completed.

I/We certify, to the best of my/our knowledge that the odometer reading is

**71,183** TENTHS ✕ miles and reflects the actual mileage of the vehicle,

unless one of the following boxes is checked:
☐ Reflects the amount of mileage in excess of its mechanical limits
☐ Is NOT the actual mileage WARNING: Odometer discrepancy

I/We further certify that the vehicle is free of any encumbrance and that the ownership is hereby transferred to the person(s) or the dealer listed.

| LAST | FIRST | MIDDLE NAME |
|---|---|---|
| PURCHASER OR FULL BUSINESS NAME | *Superb Motors Inc* | |
| CO-PURCHASER | | |
| STREET ADDRESS | *315 Northern Blvd* | |
| CITY | *Great Neck* | |
| STATE *NY* | ZIP *11021* | PURCHASE PRICE OR DIN |

SUBSCRIBED AND SWORN TO BEFORE ME:  **8** MO **24** DAY **23** YEAR

*Julie Hershey* SIGNATURE OF PERSON ADMINISTERING OATH

**Julie Hershey**
**Manheim Pennsylvania**
**86-4122**
**Notarization Not Required in PA**

PURCHASER SIGNATURE *Yvonne McCoy* AGT

CO-PURCHASER SIGNATURE

PURCHASER AND/OR CO-PURCHASER MUST HANDPRINT NAME HERE *Yvonne McCoy*

*Kristan McAleer* SIGNATURE OF CO-SELLER

**SPORTS CAR USA**

SELLER AND/OR CO-SELLER MUST HANDPRINT NAME HERE *Kirsten McAleer*

## B. RE-ASSIGNMENT OF TITLE BY REGISTERED DEALER
If purchaser listed in Block A is NOT a registered dealer Section D on the front of this form must be completed.

I/We certify, to the best of my/our knowledge that the odometer reading is

_____ TENTHS ✕ miles and reflects the actual mileage of the vehicle,

unless one of the following boxes is checked:
☐ Reflects the amount of mileage in excess of its mechanical limits
☐ Is NOT the actual mileage WARNING: Odometer discrepancy

I/We further certify that the vehicle is free of any encumbrance and that the ownership is hereby transferred to the person(s) or the dealer listed.

| LAST | FIRST | MIDDLE NAME |
|---|---|---|
| PURCHASER OR FULL BUSINESS NAME | | |
| CO-PURCHASER | | |
| STREET ADDRESS | | |
| CITY | | |
| STATE | ZIP | PURCHASE PRICE OR DIN |

SUBSCRIBED AND SWORN TO BEFORE ME: MO DAY YEAR

SIGNATURE OF PERSON ADMINISTERING OATH

PURCHASER SIGNATURE

CO-PURCHASER SIGNATURE

PURCHASER AND/OR CO-PURCHASER MUST HANDPRINT NAME HERE

SIGNATURE OF SELLER

SELLER MUST HANDPRINT NAME HERE

*DO NOT NOTARIZE OR VERIFY UNLESS SIGNED IN YOUR PRESENCE AND PURCHASER'S NAME IS LISTED AND SELLER IS A DEALER*

## RE-ASSIGNMENT OF TITLE BY REGISTERED DEALER
If purchaser is NOT a registered dealer Section D on the front of this form must be completed.

I/We certify, to the best of my/our knowledge that the odometer reading is

_____ TENTHS ✕ miles and reflects the actual mileage of the vehicle,

unless one of the following boxes is checked:
☐ Reflects the amount of mileage in excess of its mechanical limits
☐ Is NOT the actual mileage WARNING: Odometer discrepancy

I/We further certify that the vehicle is free of any encumbrance and that the ownership is hereby transferred to the person(s) or the dealer listed.

| LAST | FIRST | MIDDLE NAME |
|---|---|---|
| PURCHASER OR FULL BUSINESS NAME | | |
| CO-PURCHASER | | |
| STREET ADDRESS | | |
| CITY | | |
| STATE | ZIP | PURCHASE PRICE OR DIN |

SUBSCRIBED AND SWORN TO BEFORE ME: MO DAY YEAR

SIGNATURE OF PERSON ADMINISTERING OATH

PURCHASER SIGNATURE

CO-PURCHASER SIGNATURE

PURCHASER AND/OR CO-PURCHASER MUST HANDPRINT NAME HERE

SIGNATURE OF SELLER

SELLER MUST HANDPRINT NAME HERE

*DO NOT NOTARIZE OR VERIFY UNLESS SIGNED IN YOUR PRESENCE AND PURCHASER'S NAME IS LISTED AND SELLER IS A DEALER*

## RE-ASSIGNMENT OF TITLE BY REGISTERED DEALER
If purchaser is NOT a registered dealer Section D on the front of this form must be completed.

I/We certify, to the best of my/our knowledge that the odometer reading is

_____ TENTHS ✕ miles and reflects the actual mileage of the vehicle,

unless one of the following boxes is checked:
☐ Reflects the amount of mileage in excess of its mechanical limits
☐ Is NOT the actual mileage WARNING: Odometer discrepancy

I/We further certify that the vehicle is free of any encumbrance and that the ownership is hereby transferred to the person(s) or the dealer listed.

| LAST | FIRST | MIDDLE NAME |
|---|---|---|
| PURCHASER OR FULL BUSINESS NAME | | |
| CO-PURCHASER | | |
| STREET ADDRESS | | |
| CITY | | |
| STATE | ZIP | PURCHASE PRICE OR DIN |

SUBSCRIBED AND SWORN TO BEFORE ME: MO DAY YEAR

SIGNATURE OF PERSON ADMINISTERING OATH

PURCHASER SIGNATURE

CO-PURCHASER SIGNATURE

PURCHASER AND/OR CO-PURCHASER MUST HANDPRINT NAME HERE

SIGNATURE OF SELLER

SELLER MUST HANDPRINT NAME HERE

*DO NOT NOTARIZE OR VERIFY UNLESS SIGNED IN YOUR PRESENCE AND PURCHASER'S NAME IS LISTED AND SELLER IS A DEALER*

MV-4 (12-2015)

## C. ☐ CHECK HERE IF APPLYING FOR A DEALER TITLE AND COMPLETE SECTION D. TITLING FEES $ _____

Mail Lien Satisfaction to: Dept of Highway Safety and Motor Vehicles, Neil Kirkman Building, Tallahassee, FL 32399-0500

T# 163710427Z
B# 1454965

| Identification Number | Year | Make | Body | WT-L-BHP | Vessel Regis. No. | Title Number |
|---|---|---|---|---|---|---|
| 1C4PJMAK9CW133196 | 2012 | JEEP | JP | 4060 | | 146418904 |

Date of Issue      04/18/2022

Registered Owner:
DAVID LEVY
14740 70TH RD
FLUSHING, NY  11367-1720

SU0461A

Mail To:
DAVID LEVY
14740 70TH RD
FLUSHING, NY  11367-1720

Lien Release
Interest in the described vehicle is hereby released
By_____
Title_____
Date_____

**IMPORTANT INFORMATION**

1. When ownership of the vehicle described herein is transferred, the seller MUST complete in full the Transfer of Title by Seller section at the bottom of the certificate of title.
2. Upon sale of this vehicle, the seller must complete the notice of sale on the reverse side of this form.
3. Remove your license plate from the vehicle.
4. See the web address below for more information and the appropriate forms required for the purchaser to title and register the vehicle, mobile home or vessel: http://www.hsmv.state.fl.us/html/titlinf.html

STATE OF FLORIDA

LIEN SATISFACTION

---

# CERTIFICATE OF TITLE

| Identification Number | Year | Make | Body | WT-L-BHP | Vessel Regis. No. | Title Number |
|---|---|---|---|---|---|---|
| 1C4PJMAK9CW133196 | 2012 | JEEP | JP | 4060 | | 146418904 |

| Prev State | Color | Primary Brand | Secondary Brand | No of Brands | Use | Prev Issue Date |
|---|---|---|---|---|---|---|
| NY | BLU | | | | PRIVATE | |

| Odometer Status or Vessel Manufacturer or OH use | Engine Drive | Hull Material | Prop | Date of Issue |
|---|---|---|---|---|
| 120,419 MILES 04/08/2022 ACTUAL | | | | 04/18/2022 |

Lien Release
Interest in the described vehicle is hereby released
By_____
Title_____
Date_____

Registered Owner
DAVID LEVY
14740 70TH RD
FLUSHING, NY  11367-1720

1st Lienholder
NONE

DIVISION OF MOTORIST SERVICES          TALLAHASSEE          FLORIDA          DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES

*Robert R. Kynoch*
Robert R. Kynoch
Director

Control Number   **155423392**

*Terry L. Rhodes*
Terry L. Rhodes
Executive Director

1  /17   155423392

VOID IF ALTERED

**TRANSFER OF TITLE BY SELLER** (This section must be completed at the time of sale.)
Federal and/or state law require that the seller state the mileage, purchaser's name, selling price and date sold in connection with the transfer of ownership. This title is warranted to be free from any liens except as noted on the face of the certificate and the motor vehicle or vessel described is hereby transferred to:

Seller Must Enter Purchaser's Name: Superb MOTORS INC      Address 215 Northern Blvd Great Neck NY 11021

Seller Must Enter Selling Price:_____   Seller Must Enter Date Sold: 4/28/22

I/We state that this ☐ 5 or ☑ 6 digit odometer now reads |1|2|0|0|0|1|X| (no tenths) miles, date read 4/28/22 and I hereby certify that to the best of my knowledge the odometer reading:
☑ 1. reflects ACTUAL MILEAGE.   ☐ 2. is IN EXCESS OF ITS MECHANICAL LIMITS.   ☐ 3. is NOT THE ACTUAL MILEAGE.

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

SELLER Must Sign Here: *David Levy*      CO-SELLER Must Sign Here:_____
Print Here: DAVID LEVY      Print Here:_____

Selling Dealer's License Number:_____   Tax No._____   Tax Collected:_____

Auction Name:_____   License Number:_____

PURCHASER Must Sign Here:_____   CO-PURCHASER Must Sign Here:_____
Print Here: Wojciech McLean      Print Here:_____

**NOTICE: PENALTY IS REQUIRED BY LAW IF NOT SUBMITTED FOR TRANSFER WITHIN 30 DAYS AFTER DATE OF PURCHASE.**

STATE OF FLORIDA

HSMV 82250 (REV. 3/15)

**STATE OF FLORIDA**
**DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES**
**DIVISION OF MOTOR VEHICLES**
**2900 Apalachee Parkway • Neil Kirkman Building - Tallahassee, FL 32399-0620**
**Notice of Sale of Motor Vehicle, Mobile Home or Vessel**

Section 319.22(2), Florida Statutes, requires that the seller file a Notice of Sale with the department within 30 days after the sale or transfer of the motor vehicle, vessel or mobile home. Filing this form removes any civil liability for the operation of the sold motor vehicle, vessel or mobile home. In addition to filing this form, we suggest you keep a copy of your bill of sale (we suggest it be notarized), certificate of title or other type of transaction document showing the vehicle was sold. **Complete the information below, tear the top portion of this document at the perforation and mail to the address above or submit to your local tax collector's office or license plate agency.**

I have this _____ day of _____ , _____, transferred by assignment of and delivered Florida Certificate of Title to:

Name: Purchaser(s) _____   Purchaser's DL/ID _____

                 First                     MI                  Last

Address _____   Selling Price $ _____

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

Seller's Signature _____   Co-Seller's Signature _____

**NOTE: THE SUBMISSION OF THIS FORM, ACCURATELY COMPLETED, TO A TAX COLLECTOR'S OFFICE, LICENSE PLATE AGENCY OR TO THE ADDRESS ABOVE WILL ALLOW THE TITLE CLERK TO UPDATE THE DMV DATABASE TO REFLECT THE TITLE RECORD AS "SOLD". HOWEVER, THE OWNERSHIP STATUS WILL NOT CHANGE UNTIL THE PURCHASER APPLIES FOR AND IS ISSUED A CERTIFICATE OF TITLE.**

---

ODOMETER CERTIFICATION - Federal and state laws require that you state the mileage in connection with transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

**FIRST REASSIGNMENT BY LICENSED DEALER**

Selling Dealer's License No.: _____   Selling Dealer's Name: _____   Tax No.: _____   Tax Collected: _____

Selling Dealer's Address: _____   Date Sold: _____

Purchaser's Name(s): _____   Address: _____

I/WE STATE THAT THIS ☐ 5 OR ☐ 6 DIGIT ODOMETER NOW READS [ ] XX (NO TENTHS) MILES, DATE READ ___ / ___ / _____ , AND I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING:

CAUTION: READ CAREFULLY BEFORE YOU CHECK A BOX
☐ 1. REFLECTS ACTUAL MILEAGE
☐ 2. IS IN EXCESS OF ITS MECHANICAL LIMITS (EXCESS OF ITS MECHANICAL LIMITS APPLIES TO 5 DIGIT ODOMETERS)
☐ 3. IS NOT THE ACTUAL MILEAGE. WARNING - ODOMETER DISCREPANCY

Purchaser Must Sign Here: _____   Co-Purchaser Must Sign Here: _____
Print Here: _____   Print Here: _____
Seller/Agent Must Sign Here: _____   Auction Name (When Applicable): _____
Print Here: _____   Auction License Number: _____

**SECOND REASSIGNMENT BY LICENSED DEALER**

Selling Dealer's License No.: _____   Selling Dealer's Name: _____   Tax No.: _____   Tax Collected: _____

Selling Dealer's Address: _____   Date Sold: _____

Purchaser's Name(s): _____   Address: _____

I/WE STATE THAT THIS ☐ 5 OR ☐ 6 DIGIT ODOMETER NOW READS [ ] XX (NO TENTHS) MILES, DATE READ ___ / ___ / _____ , AND I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING:

CAUTION: READ CAREFULLY BEFORE YOU CHECK A BOX
☐ 1. REFLECTS ACTUAL MILEAGE
☐ 2. IS IN EXCESS OF ITS MECHANICAL LIMITS (EXCESS OF ITS MECHANICAL LIMITS APPLIES TO 5 DIGIT ODOMETERS)
☐ 3. IS NOT THE ACTUAL MILEAGE. WARNING - ODOMETER DISCREPANCY

Purchaser Must Sign Here: _____   Co-Purchaser Must Sign Here: _____
Print Here: _____   Print Here: _____
Seller/Agent Must Sign Here: _____   Auction Name (When Applicable): _____
Print Here: _____   Auction License Number: _____

**THIRD REASSIGNMENT BY LICENSED DEALER**

Selling Dealer's License No.: _____   Selling Dealer's Name: _____   Tax No.: _____   Tax Collected: _____

Selling Dealer's Address: _____   Date Sold: _____

Purchaser's Name(s): _____   Address: _____

I/WE STATE THAT THIS ☐ 5 OR ☐ 6 DIGIT ODOMETER NOW READS [ ] XX (NO TENTHS) MILES, DATE READ ___ / ___ / _____ , AND I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING:

CAUTION: READ CAREFULLY BEFORE YOU CHECK A BOX
☐ 1. REFLECTS ACTUAL MILEAGE
☐ 2. IS IN EXCESS OF ITS MECHANICAL LIMITS (EXCESS OF ITS MECHANICAL LIMITS APPLIES TO 5 DIGIT ODOMETERS)
☐ 3. IS NOT THE ACTUAL MILEAGE. WARNING - ODOMETER DISCREPANCY

Purchaser Must Sign Here: _____   Co-Purchaser Must Sign Here: _____
Print Here: _____   Print Here: _____
Seller/Agent Must Sign Here: _____   Auction Name (When Applicable): _____
Print Here: _____   Auction License Number: _____

SH069A

# COMMONWEALTH OF PENNSYLVANIA

## CERTIFICATE OF TITLE FOR A VEHICLE

FUEL: GAS

1.657

2225199990149983-001

| 2C4RDGEG7GR384403 | 2016 | DODGE | 78664947301 GO |
|---|---|---|---|
| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE OF VEHICLE | TITLE NUMBER |

| SW | 0 | | FL | 3/08/18 | 050225 | 0 |
|---|---|---|---|---|---|---|
| BODY TYPE | DUP | SEAT CAP | PRIOR TITLE STATE | ODOM. PROCD. DATE | ODOM. MILES | ODOM. STATUS |

| 3/08/18 | 3/08/18 | | | | |
|---|---|---|---|---|---|
| DATE PA TITLED | DATE OF ISSUE | UNLADEN WEIGHT | GVWR | GCWR | TITLE BRANDS |

**ODOMETER STATUS**

0 = ACTUAL MILEAGE
1 = MILEAGE EXCEEDS THE MECHANICAL LIMITS
2 = NOT THE ACTUAL MILEAGE
3 = NOT THE ACTUAL MILEAGE-ODOMETER TAMPERING VERIFIED
4 = EXEMPT FROM ODOMETER DISCLOSURE

**TITLE BRANDS**

A = ANTIQUE VEHICLE
C = CLASSIC VEHICLE
D = COLLECTIBLE VEHICLE
F = OUT OF COUNTRY
G = ORIGINALLY NFGD. FOR NON-U.S. DISTRIBUTION
H = AGRICULTURAL VEHICLE
L = LOGGING VEHICLE
P = IS/WAS A POLICE VEHICLE
R = RECONSTRUCTED
S = STREET ROD
T = RECOVERED THEFT VEHICLE
V = VEHICLE CONTAINS REISSUED VIN
W = FLOOD VEHICLE
X = IS/WAS A TAXI

REGISTERED OWNER(S)

RAQUEL J GOODING
138 W BROAD ST
SHILLINGTON PA 19607

FIRST LIEN FAVOR OF:

SUPERB MOTORS

SECOND LIEN FAVOR OF:

If a second lienholder is listed upon satisfaction of the first lien, the first lienholder must forward this Certificate of Title to the Bureau of Motor Vehicles with the appropriate form and fee.

FIRST LIEN RELEASED_____ DATE

SECOND LIEN RELEASED _____ DATE

BY_____ AUTHORIZED REPRESENTATIVE

BY_____ AUTHORIZED REPRESENTATIVE

MAILING ADDRESS

SUPERB MOTORS
215 NORTHERN BLVD
GREAT NECK NY 11021

## pennsylvania
DEPARTMENT OF TRANSPORTATION

I certify as of the date of issue, the official records of the Pennsylvania Department of Transportation reflect that the person(s) or company named herein is the lawful owner of the said vehicle.

YASSMIN GRAMIAN P.E.

Secretary of Transportation

## D. APPLICATION FOR TITLE AND LIEN INFORMATION

TO BE COMPLETED BY PURCHASER WHEN VEHICLE IS SOLD AND THE APPROPRIATE SECTIONS ON THE REVERSE SIDE OF THIS DOCUMENT ARE COMPLETED.

SUBSCRIBED AND SWORN
TO BEFORE ME:

| | MO. | DAY | YEAR |
|---|---|---|---|

If a co-purchaser other than your spouse is listed and you want the title to be listed as "Joint Tenants With Right of Survivorship" (on death of one owner, title goes to surviving owner) CHECK HERE ☐. Otherwise, the title will be issued as "Tenants in Common" (on death of one owner, interest of deceased owner goes to his/her heirs or estate).

SIGNATURE OF PERSON ADMINISTERING OATH

**SIGN IN PRESENCE OF A NOTARY**

IF NO LIEN, CHECK ☐  IS THIS AN ELT? (IF YES, FIN REQUIRED)  YES ☐ NO☐

1ST LIENHOLDER FINANCIAL INSTITUTION NUMBER:

1ST LIENHOLDER NAME

STREET

CITY                    STATE                    ZIP

STAMP OR SEAL

IF NO 2ND LIEN, CHECK ☐  IS THIS AN ELT? (IF YES, FIN REQUIRED) YES ☐ NO☐

2ND LIENHOLDER FINANCIAL INSTITUTION NUMBER:

The undersigned hereby makes application for Certificate of Title to the vehicle described above, subject to the encumbrances and other legal claims set forth herein.

2ND LIENHOLDER NAME

STREET

SIGNATURE OF APPLICANT OR AUTHORIZED SIGNER

CITY                    STATE                    ZIP

SIGNATURE OF CO-APPLICANT/TITLE OF AUTHORIZED SIGNER

**STORE IN A SAFE PLACE - IF LOST APPLY FOR A DUPLICATE - ANY ALTERATION OR ERASURE VOIDS THIS TITLE**

85833478

**WARNING** - FEDERAL AND STATE LAWS REQUIRE THAT YOU STATE THE MILEAGE IN CONNECTION WITH THE TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES OR IMPRISONMENT.

**A. ASSIGNMENT OF TITLE** - Registered dealers must complete Forms MV-27A or MV-27B as required by law. If purchaser is NOT a registered dealer, Section D on the front of this form must be completed.

I/We certify, to the best of my/our knowledge that the odometer reading is

**102,179** _____ miles and reflects the actual mileage of the vehicle.
TENTHS

unless one of the following boxes is checked:
☐ Reflects the amount of mileage in excess of its mechanical limits
☐ Is NOT the actual mileage WARNING: Odometer discrepancy

I/We further certify that the vehicle is free of any encumbrance and that the ownership is hereby transferred to the person(s) or the dealer listed.

SUBSCRIBED AND SWORN
TO BEFORE ME:
_____ MO. _____ DAY _____ YEAR

SIGNATURE OF PERSON ADMINISTERING OATH

PURCHASER OR FULL BUSINESS NAME _____ LAST **SUPERB MOTORS INC** FIRST _____ MIDDLE NAME

CO-PURCHASER _____

STREET ADDRESS **215 NORTHERN BLVD**

CITY **GREAT NECK**

STATE **NY** ZIP **11021** PURCHASE PRICE OR DIN _____

_____ (signature) AGT

CO-PURCHASER SIGNATURE

PURCHASER AND/OR CO-PURCHASER MUST HANDPRINT NAME HERE **Yvonne McCoy**

SELLER MUST HANDPRINT NAME HERE **R Gooding-Scobie** SIGNATURE OF CO-SELLER

**B. RE-ASSIGNMENT OF TITLE BY REGISTERED DEALER**

SELLER AND/OR CO-SELLER MUST HANDPRINT NAME HERE **RAQUEL J GOODING** SIGNATURE OF SELLER

If purchaser listed in Block A is NOT a registered dealer Section D on the front of this form must be completed.

I/We certify, to the best of my/our knowledge that the odometer reading is

_____ miles and reflects the actual mileage of the vehicle.
TENTHS

unless one of the following boxes is checked:
☐ Reflects the amount of mileage in excess of its mechanical limits
☐ Is NOT the actual mileage WARNING: Odometer discrepancy

I/We further certify that the vehicle is free of any encumbrance and that the ownership is hereby transferred to the person(s) or the dealer listed.

SUBSCRIBED AND SWORN
TO BEFORE ME:
_____ MO. _____ DAY _____ YEAR

SIGNATURE OF PERSON ADMINISTERING OATH

PURCHASER OR FULL BUSINESS NAME _____ LAST _____ FIRST _____ MIDDLE NAME

CO-PURCHASER _____

STREET ADDRESS _____

CITY _____

STATE _____ ZIP _____ PURCHASE PRICE OR DIN _____

PURCHASER SIGNATURE

CO-PURCHASER SIGNATURE

PURCHASER AND/OR CO-PURCHASER MUST HANDPRINT NAME HERE

SELLER MUST HANDPRINT NAME HERE _____ SIGNATURE OF SELLER

**RE-ASSIGNMENT OF TITLE BY REGISTERED DEALER**

If purchaser is NOT a registered dealer Section D on the front of this form must be completed.

I/We certify, to the best of my/our knowledge that the odometer reading is

_____ miles and reflects the actual mileage of the vehicle.
TENTHS

unless one of the following boxes is checked:
☐ Reflects the amount of mileage in excess of its mechanical limits
☐ Is NOT the actual mileage WARNING: Odometer discrepancy

I/We further certify that the vehicle is free of any encumbrance and that the ownership is hereby transferred to the person(s) or the dealer listed.

SUBSCRIBED AND SWORN
TO BEFORE ME:
_____ MO. _____ DAY _____ YEAR

SIGNATURE OF PERSON ADMINISTERING OATH

PURCHASER OR FULL BUSINESS NAME _____ LAST _____ FIRST _____ MIDDLE NAME

CO-PURCHASER _____

STREET ADDRESS _____

CITY _____

STATE _____ ZIP _____ PURCHASE PRICE OR DIN _____

PURCHASER SIGNATURE

CO-PURCHASER SIGNATURE

PURCHASER AND/OR CO-PURCHASER MUST HANDPRINT NAME HERE

SELLER MUST HANDPRINT NAME HERE _____ SIGNATURE OF SELLER

**RE-ASSIGNMENT OF TITLE BY REGISTERED DEALER**

If purchaser is NOT a registered dealer Section D on the front of this form must be completed.

I/We certify, to the best of my/our knowledge that the odometer reading is

_____ miles and reflects the actual mileage of the vehicle.
TENTHS

unless one of the following boxes is checked:
☐ Reflects the amount of mileage in excess of its mechanical limits
☐ Is NOT the actual mileage WARNING: Odometer discrepancy

I/We further certify that the vehicle is free of any encumbrance and that the ownership is hereby transferred to the person(s) or the dealer listed.

SUBSCRIBED AND SWORN
TO BEFORE ME:
_____ MO. _____ DAY _____ YEAR

SIGNATURE OF PERSON ADMINISTERING OATH

PURCHASER OR FULL BUSINESS NAME _____ LAST _____ FIRST _____ MIDDLE NAME

CO-PURCHASER _____

STREET ADDRESS _____

CITY _____

STATE _____ ZIP _____ PURCHASE PRICE OR DIN _____

PURCHASER SIGNATURE

CO-PURCHASER SIGNATURE

PURCHASER AND/OR CO-PURCHASER MUST HANDPRINT NAME HERE

SELLER MUST HANDPRINT NAME HERE _____ SIGNATURE OF SELLER

**C.** ☐ CHECK HERE IF APPLYING FOR A DEALER TITLE AND COMPLETE SECTION D. TITLING FEES $ _____

MV-4 (12-2015)

STAMP OR SEAL (vertical labels along left side)

An employee of an issuing agent licensed as a vehicle dealer by the Pennsylvania State Board of Vehicle Manufacturers, Dealers and Salespersons may verify a person's signature in lieu of notarization.

RIGBY,TELECA,J
115-03 144TH ST
JAMAICA      NY 11436

SU0758A

005674



# CERTIFICATE OF TITLE

## NEW YORK STATE

dmv.ny.gov

| Title and Identification No. | | | Year | Make | Model Code | Bcdy/Hull | **LIENS** |
|---|---|---|---|---|---|---|---|
| 1FMCU9JD3HUD14412 | | | 2017 | FORD | ECP | SUBN | Document No. |
| 1FMCU9JD3HUD14412 | | | | | | | 879605G |

| Color | Wt./Sts./Lgth. | Fuel | Cyl./Prop. | New or Used | Type of Title | Date Issued |
|---|---|---|---|---|---|---|
| BK | 3577 | GAS | 4 | USED | VEHICLE | 7/28/20 |

Name and Address of Owner(s)

**ODOMETER READING:**     32618
32618

RIGBY,TELECA,J
115-03 144TH ST
JAMAICA NY      11436

**ACTUAL MILEAGE**



This document is your proof of ownership for this vehicle, boat or manufactured home. Keep it in a safe place, not with your license or registration or in your vehicle or boat. To d spose of your vehicle, boat or manufactured home, complete the transfer section on the back and give this title to the new owner.

Lienholder _____      Lienholder _____

CHRYSLER CAPITAL      02
PO BOX 961272
FT WORTH      TX 76161      * ONE LIEN RECORDED *

Lienholder _____      Lienholder _____

* ONE LIEN RECORDED *      * ONE LIEN RECORDED *

MV-999 (1/15)

## DEPARTMENT OF MOTOR VEHICLES

VOID IF ALTERED    VOID IF ALTERED

112440

**ANY CHANGE OR ERASURE WILL VOID THIS TITLE -- ANY FALSE STATEMENT IS A MISDEMEANOR**

## SECTION I - Transfer by Owner

**ODOMETER DISCLOSURE STATEMENT**

*Note: This vehicle cannot be registered or titled in the name of the new owner unless mileage is disclosed.*

**Federal and State Law require that you state the mileage of the vehicle described on this certificate when transferring ownership. Failure to do so, or providing a false statement, may result in fines and/or imprisonment.**

**ODOMETER READING**

(no tenths)

I certify that, to the best of my knowledge, this odometer reading *(check one)*:
- [x] 1. reflects the ACTUAL MILEAGE as seen on the odometer of the vehicle described on the front.
- [ ] 2. EXCEEDS MECHANICAL LIMITS (odometer started over at zero)
- [ ] 3. not the actual mileage. WARNING - ODOMETER DISCREPANCY.

**ODOMETER HAS SPACE FOR:** *(Check one)*
- [ ] Five Digits, *excluding tenths*
- [x] Six Digits, *excluding tenths*

### DAMAGE DISCLOSURE STATEMENT (To be Completed by Owner Named on Face of Title)

I certify that, to the best of my knowledge, this vehicle [ ] has been or [x] has not been wrecked, destroyed or damaged to such an extent that the total estimate or actual cost of parts and labor to rebuild or reconstruct the vehicle to the condition it was in before an accident, and for legal operation on the road or highways, is more than 75% of the retail value of the vehicle at the time of loss. (Checking the "has" box means that the vehicle must have an anti-theft examination before being registered and that the title issued will have the statement "Rebuilt Salvage: NY" on it.)

I or we transfer the vehicle, boat or manufactured home described on this certificate. At the time of transfer, this title is subject only to the liens or encumbrances listed on this certificate, if any. I also certify that this is the most recent title issued for this vehicle, boat or manufactured home.

*Note: Section 2113 of the Vehicle and Traffic Law requires that application for a title must be made within 30 days of transfer.*

| **Seller** | Seller's Signature *Teleca J Rigby* | Seller's Name *(Print in Full)* TELECA J RIGBY | | | |
| | Street Address 115-03 144th St | City Jamaica | State NY | ZIP code 11436 | Date of Statement 11-7-22 |
| **Buyer** | Buyer's Signature *Juana McCoy* | Buyer's Name *(Print in Full)* SUPERB MOTORS INC | | | |
| | Street Address 215 Northern Blvd | City Great Neck | State NY | ZIP code 11021 | Date of Statement 11-7-22 |

## SECTION II - Reassignment by Manufactured Home Dealer or Registered Boat Dealer or Out-of-State Dealer

**ODOMETER DISCLOSURE STATEMENT**

*Note: This vehicle cannot be registered or titled in the name of the new owner unless mileage is disclosed.*

**Federal and State Law require that you state the mileage of the vehicle described on this certificate when transferring ownership. Failure to do so, or providing a false statement, may result in fines and/or imprisonment.**

**ODOMETER READING**

(no tenths)

I certify that, to the best of my knowledge, this odometer reading *(check one)*:
- [ ] 1. reflects the ACTUAL MILEAGE of the vehicle described on the front.
- [ ] 2. EXCEEDS MECHANICAL LIMITS (odometer started over at zero)
- [ ] 3. not the actual mileage. WARNING ODOMETER DISCREPANCY.

**ODOMETER HAS SPACE FOR:** *(Check one)*
- [ ] Five Digits, *excluding tenths*
- [ ] Six Digits, *excluding tenths*

I or we transfer the vehicle, boat or manufactured home described on this certificate. At the time of transfer, this title is subject only to the liens or encumbrances listed on this certificate, if any. I also certify that this is the most recent title issued for this vehicle, boat or manufactured home.

*Note: Section 2113 of the Vehicle and Traffic Law requires that application for a title must be made within 30 days of transfer.*

| **Seller** | Seller's Signature | Seller's Name *(Print in Full)* | | | |
| | Street Address | City | State | ZIP code | Date of Statement |
| **Buyer** | Buyer's Signature | Buyer's Name *(Print in Full)* | | | |
| | Street Address | City | State | ZIP code | Date of Statement |

Boat Dealer's Facility #

MV-999 (1/15)

L 3655804

SU07584

02    73739          New York State Department of Motor Vehicles          00254          072820

## NOTICE OF RECORDED LIEN

| | I.D. Number | Year | Make |
|---|---|---|---|
| | 1FMCU9JD3HUD14412 | 2017 | FORD |

| **3577** | **GAS** | **4** | **SUBN** | **BK** |
|---|---|---|---|---|
| Wgt./Lgth. | Fuel | Cyl/Prop. | Body/Hull | Color |

CHRYSLER CAPITAL
PO BOX 961272
FT WORTH          TX 76161

Owner: If you have moved and have not yet notified this Department of your new address, cross out the address shown and print your new address in its place.

### OWNER

RIGBY,TELECA,J
115-03 144TH ST
JAMAICA NY          11436

**ADDITIONAL LIENHOLDERS**

The following information applies only to the lienholder shown in the box above.

[X] Our security interest in the vehicle, boat or manufactured home described in this notice has been satisfied.

[ ] We have assumed ownership of this vehicle, boat or manufactured home. We are transferring ownership to:

[ ] We have assigned our security interest in this vehicle, boat or manufactured home to:

Lien Filing Code

CHRYSLER CAPITAL
Name                    Date of Assignment

No. and Street

City          State          Zip

_____     JAN 1 9 2023
Authorized Signature          Date

If you are the owner named on this notice, you can keep this notice with the Certificate of Title and when you sell the vehicle, boat or manufactured home, give the transferred Title AND this original Notice of Recorded Lien to the new owner. To obtain a lien-free Title before then, return your current Title, this original Notice of Recorded Lien and a $20.00 fee to: NYS DMV, Title Bureau, 6 Empire State Plaza, Albany NY 12228-0330. (Check or money order should be made payable to the Commissioner of Motor Vehicles.)

If you cannot locate the Title for the vehicle, boat or manufactured home, you must apply for a duplicate. You may apply for a duplicate by completing form MV-902 (available at a DMV office or on our web site at www.dmv.ny.gov) and mailing it with a $20.00 check or money order AND this original Notice of Recorded Lien to the DMV Title Bureau at the above address.

If your address has **not** changed since you last registered the vehicle and your registration shows your current address, you may be able to apply for a duplicate title on line. For more information, please visit www.dmv.ny.gov.

MV-901 (4/12)

Su0816A

BETHEA,JAMAL,MANU
%215 NORTHERN BLVD
GREAT NECK     NY 11021

000020



## CERTIFICATE OF TITLE

### NEW YORK STATE

dmv.ny.gov

**THIS IS A DUPLICATE CERTIFICATE AND MAY BE SUBJECT TO THE RIGHTS OF A PERSON UNDER THE ORIGINAL CERTIFICATE**

* * LIENS * *

| Title and Identification No. | Year | Make | Model Code | Body/Hull | Document No. |
|---|---|---|---|---|---|
| WBASP0C58DC988075 WBASP0C58DC988075 | 2013 | BMW | 550 | 4DSD | 180780N |

| Color | Wt./Sts./Lgth. | Fuel | Cyl./Prop. | New or Used | Type of Title | Date Issued |
|---|---|---|---|---|---|---|
| GY | 4960 | GAS | 8 | USED | VEHICLE | 3/10/23 |

Name and Address of Owner(s)

**BETHEA,JAMAL,MANU
116-10 227 ST
CAMBRIA HTS NY   11411**

ODOMETER READING:   42324
                     42324
ACTUAL MILEAGE



This document is your proof of ownership for this vehicle, boat or manufactured home. Keep it in a safe place, not with your license or registration or in your vehicle or boat. To dispose of your vehicle, boat or manufactured home, complete the transfer section on the back and give this title to the new owner.

| Lienholder | Lienholder |
|---|---|
| JOVIA FINANCIAL CREDIT UNION 1000 CORPORATE DR WESTBURY    NY 11590    01 | * ONE LIEN RECORDED * |
| Lienholder | Lienholder |
| * ONE LIEN RECORDED * | * ONE LIEN RECORDED * |

MV-999 (3/21)

**VOID IF ALTERED**

**DEPARTMENT OF MOTOR VEHICLES**

96543

## ANY CHANGE OR ERASURE WILL VOID THIS TITLE -- ANY FALSE STATEMENT IS A MISDEMEANOR

### SECTION I - Transfer by Owner

**ODOMETER DISCLOSURE STATEMENT**

*Note: This vehicle cannot be registered or titled in the name of the new owner unless mileage is disclosed.*
**Federal and State Law require that you state the mileage of the vehicle described on this certificate when transferring ownership.**
**Failure to do so, or providing a false statement, may result in fines and/or imprisonment.**

I certify that, to the best of my knowledge, this odometer reading *(check one)*:
- ☑ 1. reflects the ACTUAL MILEAGE as seen on the odometer of the vehicle described on the front.
- ☐ 2. EXCEEDS MECHANICAL LIMITS (odometer started over at zero)
- ☐ 3. not the actual mileage. WARNING - ODOMETER DISCREPANCY.

**ODOMETER READING**

(no tenths)

**ODOMETER HAS SPACE FOR:** *(Check one)*
- ☐ Five Digits, *excluding tenths*
- ☑ Six Digits, *excluding tenths*

### DAMAGE DISCLOSURE STATEMENT (To be Completed by Owner Named on Face of Title)

I certify that, to the best of my knowledge, this vehicle ☐ has been or ☑ has not been wrecked, destroyed or damaged to such an extent that the total estimate or actual cost of parts and labor to rebuild or reconstruct the vehicle to the condition it was in before an accident, and for legal operation on the road or highways, is more than 75% of the retail value of the vehicle at the time of loss. (Checking the "has" box means that the vehicle must have an anti-theft examination before being registered and that the title issued will have the statement "Rebuilt Salvage: NY" on it.)

I or we transfer the vehicle, boat or manufactured home described on this certificate. At the time of transfer, this title is subject only to the liens or encumbrances listed on this certificate, if any. I also certify that this is the most recent title issued for this vehicle, boat or manufactured home.
*Note: Section 2113 of the Vehicle and Traffic Law requires that application for a title must be made within 30 days of transfer.*

| **Seller** | | | | | |
|---|---|---|---|---|---|
| Seller's Signature | | | Seller's Name *(Print in Full)* JAMAL MANU BETHEA | | Date of Statement |
| Street Address 116-10 227th St | City Cambria Hts | | State NY | ZIP code 11411 | |

| **Buyer** | | | | | |
|---|---|---|---|---|---|
| Buyer's Signature | | | Buyer's Name *(Print in Full)* Superb Motors Inc | | Date of Statement |
| Street Address 215 Northern Blvd | City Great Neck | | State NY | ZIP code 11021 | 2-21-23 |

### SECTION II - Reassignment by Manufactured Home Dealer or Registered Boat Dealer or Out-of-State Dealer

**ODOMETER DISCLOSURE STATEMENT**

*Note: This vehicle cannot be registered or titled in the name of the new owner unless mileage is disclosed.*
**Federal and State Law require that you state the mileage of the vehicle described on this certificate when transferring ownership.**
**Failure to do so, may result in fines and/or imprisonment.**

I certify that, to the best of my knowledge, this odometer reading *(check one)*:
- ☐ 1. reflects the ACTUAL MILEAGE of the vehicle described on the front.
- ☐ 2. EXCEEDS MECHANICAL LIMITS (odometer started over at zero)
- ☐ 3. not the actual mileage. WARNING ODOMETER DISCREPANCY.

**ODOMETER READING**

(no tenths)

**ODOMETER HAS SPACE FOR:** *(Check one)*
- ☐ Five Digits, *excluding tenths*
- ☐ Six Digits, *excluding tenths*

I or we transfer the vehicle, boat or manufactured home described on this certificate. At the time of transfer, this title is subject only to the liens or encumbrances listed on this certificate, if any. I also certify that this is the most recent title issued for this vehicle, boat or manufactured home.
*Note: Section 2113 of the Vehicle and Traffic Law requires that application for a title must be made within 30 days of transfer.*

| **Seller** | | | | | |
|---|---|---|---|---|---|
| Seller's Signature | | | Seller's Name *(Print in Full)* | | Date of Statement |
| Street Address | City | | State | ZIP code | |

| **Buyer** | | | | | |
|---|---|---|---|---|---|
| Buyer's Signature | | | Buyer's Name *(Print in Full)* | | Date of Statement |
| Street Address | City | | State | ZIP code | Date of Statement |

MV-999 (3/21)

M 2533321

Boat Dealer's Facility #



SUD816A

Christopher V. Barnes
Jamal M. Bethea
20937 111th Ave
Queens Village  NY  11429-1727

## Lien Release Notice (Form MV901)

Our security interest in the following has been satisfied:

Description: 2013 BMW 5 Series

ID Number: WBASP0C58DC988075

Owner's Name and Address:
Christopher V. Barnes
Jamal M. Bethea
20937 111th Ave
Queens Village  NY  11429-1727

Lienholder Name and Address: Jovia Financial Credit Union F/K/A NEFCU
1000 Corporate Drive
Westbury, NY 11590
Phone: (516) 561-0030    Fax: (516) 714-2831

Authorized Signature: _____    Date: 3/17/23

DARRYL JAN
Notary Public, State of New York
01JA6014155
Qualified in Nassau County
Commission Expires October 5, 20 26

# CERTIFICATE OF TITLE OF A VEHICLE

| VEHICLE IDENTIFICATION NO. WAUF2AFC3GN063552 | YEAR 2016 | MAKE AUDI | MODEL S6 | BODY STYLE 4 DOOR | TITLE NO. 23198698544 |
|---|---|---|---|---|---|

**WAUF2AFC3GN063552**

| DATE ISSUED 07/17/23 | ODOMETER 61312 | CCM | MOBILE HOME SQ. FT. | PURCHASED 03/07/23 USED | TYPE TITLE ORIGINAL |
|---|---|---|---|---|---|

**61312**

MAILING ADDRESS

LEGEND(S)

ACTUAL MILEAGE

JPMORGAN CHASE BANK NA
700 KANSAS LN # LA4-4041
MONROE  LA 71203-4774

OWNER(S) NAME AND ADDRESS

ALEKSANDROS PAPAVANGJELI
2503 W GUNNISON ST APT 3
CHICAGO IL 60625

FIRST LIENHOLDER NAME AND ADDRESS

JPMORGAN CHASE BANK NA
700 KANSAS LN # LA4-4041
MONROE  LA 71203-4774

SECOND LIENHOLDER NAME AND ADDRESS

**RELEASE OF LIEN**

JP Morgan Chase Bank, NA   The Lienholder on the vehicle described in this Certificate does hereby state that the lien is released and discharged.

Firm Name _____ By _____ _Null_ Signature of Authorized Agent   Date AUG 1 8 2023

Firm Name _____ By _____ Signature of Authorized Agent   Date _____

**NEW LIEN ASSIGNMENT:** The information below must be on an application for title and presented to the Secretary of State.

Secured Party: _____   Address: _____

▶ Federal and State law requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment

## ASSIGNMENT OF TITLE

The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address:

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage.
**WARNING-ODOMETER DISCREPANCY.**

*If this vehicle is one of more than 5 commercial vehicles owned by me, I certify also that the vehicle is not damaged in excess of 33 1/3% of its fair-market value unless this document is accompanied by a salvage application.*

NO TENTHS
ODOMETER READING
Signature(s) of Seller(s) _____

Printed Name(s) of Seller(s)  ALEKSANDROS PAPAVANGJELI   DATE OF SALE  8-11-23

I am aware of the above odometer certification made by seller.

Signature(s) of Buyer(s) _____ Agt   Printed Name  Yvonne McCoy

I, Alexi Giannoulias, Secretary of State of the State of Illinois, do hereby certify that according to the records on file with my Office, the person or entity named hereon is the owner of the vehicle described hereon, which is subject to the above named liens and encumbrances, if any
IN WITNESS WHEREOF, I HAVE AFFIXED MY SIGNATURE AND THE GREAT SEAL OF THE STATE OF ILLINOIS AT SPRINGFIELD

CONTROL NO.  U3582074

_Alexi Giannoulias_

ALEXI GIANNOULIAS, Secretary of State

**DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS.**

Federal and State law requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

## FIRST REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, as noted, and has been transferred to the following printed name and address:

Name of Purchaser     Street     City     State     Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

NO TENTHS

ODOMETER READING

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Date of Sale

Dealer's Name

Dealer No.

Agent's Signature     Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent     Printed Name (same as signature)

## SECOND REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address:

Name of Purchaser     Street     City     State     Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

NO TENTHS

ODOMETER READING

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Date of Sale

Dealer's Name

Dealer No.

Agent's Signature     Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent     Printed Name (same as signature)

## THIRD REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address:

Name of Purchaser     Street     City     State     Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

NO TENTHS

ODOMETER READING

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Date of Sale

Dealer's Name

Dealer No.

Agent's Signature     Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent     Printed Name (same as signature)

## FOURTH REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address:

Name of Purchaser     Street     City     State     Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

NO TENTHS

ODOMETER READING

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Date of Sale

Dealer's Name

Dealer No.

Agent's Signature     Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent     Printed Name (same as signature)

## LAST REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address:

Name of Purchaser     Street     City     State     Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

NO TENTHS

ODOMETER READING

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Date of Sale

Dealer's Name

Dealer No.

Agent's Signature     Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent     Printed Name (same as signature)

**DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS.**

VSD 40.25

# CHASE ⬡

JPMorgan Chase Bank, N.A. is a national banking association organized under laws of the United States and having a place of business at 14800 Frye Road, TX1-0011, Fort Worth, Texas 76155.  Please be advised of the following:

1. Through a combination of mergers, acquisitions and corporate reorganizations, JPMorgan Chase Bank, N.A. is the successor in interest of the following entities:

| | | |
|---|---|---|
| Bank One, NA | The Valley National Bank of Arizona | Bank United |
| Bank One, Colorado, NA | Bank One, Dayton, NA | Industrial Bank |
| Bank One, Kentucky, NA | Bank One, Cleveland, NA | Western Bank |
| Bank One, Columbus, NA | Bank One, Marion(OH) | Olympus Bank, a Federal Savings Bank |
| Bank One, Illinois, NA | Bank One, Marion, Indiana, National Association (IN) | Pioneer Savings Bank |
| Bank One, Texas, NA | The First National Bank of Lafayette | The Dime Savings Bank of New York, FSB |
| Bank One, Arizona, NA | The First National Bank of Lake Charles | Providian National Bank |
| Bank One, Louisiana, NA | Premier Bank, NA | Commercial Capital Bank, FSB |
| Bank One, Indiana, NA | The Ouachita National Bank in Monroe | Chemical Bank |
| Bank One, Indianapolis, NA | Central Bank | JPMorgan Chase Bank |
| Bank One, Chicago, NA | The First National Bank of Shreveport | JPMorgan Chase Bank, NA |
| Bank One, Wisconsin | The First National Bank of Commerce | Texas Commerce Bank, National Association |
| Bank One, Milwaukee, NA | Louisiana National Bank of Baton Rouge | Chase Auto Finance Corp. |
| Bank One, Utah, NA | Banc One Credit  Company | Chase Manhattan Automotive Finance Corp. |
| Bank One, Oklahoma, NA | Bank One, Youngstown, NA | First USA Bank, National Association |
| The First National Bank of Chicago | The Central Trust Company of Southeastern Ohio, NA | The Chase Manhattan Bank, National Association<br>Chase Manhattan Bank USA, National Association |
| Bank One, Rockford, NA | Home Savings of America, FSB | The Chase Manhattan Bank |
| Bank One, Oklahoma City, NA | Summit Savings Bank | Manufacturers Hanover Trust Company |
| Bank One, Akron, NA | Great Northwest Bank, A Savings Bank | Chase Bank of Texas, National Association |
| Bank One, West Virginia, NA | Great Western Bank | Morgan Guaranty Trust Company of New York |
| Bank One, Michigan | Utah Federal Savings Bank | Washington Mutual Bank, Henderson, Nevada |
| Bank One Wheeling-Steubenville, NA | Enterprise Bank | |
| Liberty Bank & Trust Company, of Oklahoma City, NA | Pacific First Bank, A FSB | Washington Mutual Bank FSB, Park City, Utah (subsidiary of Washington Mutual Bank) |
| Rapides Bank & Trust Company In  Alexandria | Sound Savings and Loan Association | Bank One, National Association (Chicago, IL) |
| NBD Bank | Shoreline Savings Bank | Bank One, National Association (Columbus, OH) |
| J.P. Morgan Trust Company, National Association | Commercial Capital Bank, FSB | JPMorgan Bank and Trust Company, National Association |

2. On September 25, 2008, JPMorgan Chase Bank, N.A. acquired substantially all of the assets and assumed certain liabilities of Washington Mutual Bank from the Federal Deposit Insurance Corporation in its capacity as receiver of Washington Mutual Bank.

JPMORGAN CHASE BANK, N.A.

BY: _Marjorie Lankston_   Title: _Vice President_   Date: _6-8-2022_
Signature of Acknowledger          Acknowledger's Title

ACKNOWLEDGMENT

STATE OF

COUNTY OF

This instrument was acknowledged before me on _JUN 08 2022_ by _Marjorie Lankston_ .
                                                    Date        Name(s) of Person(s)

Signature of Notarial Officer

ELIZABETH PUGA
Notary ID #132381331
My Commission Expires
February 28, 2024

Notary's Title

My commission expires _FEB 28 2024_

S40981A

BLAGROVE,ANTHONY,G
%215 NORTHERN BLVD
GREAT NECK        NY 11021

000014



CERTIFICATE OF TITLE

**NEW YORK STATE**

dmv.ry.gov

THIS IS A DUPLICATE CERTIFICATE AND MAY BE
SUBJECT TO THE RIGHTS OF A PERSON UNDER THE
ORIGINAL CERTIFICATE

| Title and Identification No. | Year | Make | Model Code | Body/Hull | Document No. |
|---|---|---|---|---|---|
| 2FMEK63C89BA19931 2FMEK63C89BA19931 | 2009 | FORD | FLX | SUBN | 134437R |

| Color | Wt./Sts./Lgth. | Fuel | Cyl./Prop. | New or Used | Type of Title | Date Issued |
|---|---|---|---|---|---|---|
| GY | 4517 | GAS | 6 | USED | VEHICLE | 8/17/23 |

Name and Address of Owner(s)

ODOMETER READING:   65816
                    65816

BLAGROVE,ANTHONY,G
109 LEVERICH ST
HEMPSTEAD NY     11550

ACTUAL MILEAGE

This document is your proof of ownership for this vehicle, boat or manufactured home. Keep it in a safe place, not with your license or registration or in your vehicle or boat. To dispose of your vehicle, boat or manufactured home, complete the transfer section on the back and give this title to the new owner.

Lienholder                              Lienholder

* NO LIENS RECORDED *        * NO LIENS RECORDED *

Lienholder                              Lienholder

* NO LIENS RECORDED *        * NO LIENS RECORDED *

VOID IF ALTERED

MV-999 (3/21)

DEPARTMENT OF MOTOR VEHICLES

313222

## ANY CHANGE OR ERASURE WILL VOID THIS TITLE -- ANY FALSE STATEMENT IS A MISDEMEANOR

### SECTION I - Transfer by Owner

**ODOMETER DISCLOSURE STATEMENT**

**ODOMETER READING**

*Note: This vehicle cannot be registered or titled in the name of the new owner unless mileage is disclosed.*
**Federal and State Law require that you state the mileage of the vehicle described on this certificate when transferring ownership. Failure to do so, or providing a false statement, may result in fines and/or imprisonment.**

(no tenths)

I certify that, to the best of my knowledge, this odometer reading *(check one)*:

☒ 1. reflects the ACTUAL MILEAGE as seen on the odometer of the vehicle described on the front.
☐ 2. EXCEEDS MECHANICAL LIMITS (odometer started over at zero)
☐ 3. not the actual mileage. WARNING - ODOMETER DISCREPANCY.

**ODOMETER HAS SPACE FOR:** *(Check one)*
☐ Five Digits, *excluding tenths*
☒ Six Digits, *excluding tenths*

### DAMAGE DISCLOSURE STATEMENT (To be Completed by Owner Named on Face of Title)

I certify that, to the best of my knowledge, this vehicle ☐ has been or ☒ has not been wrecked, destroyed or damaged to such an extent that the total estimate or actual cost of parts and labor to rebuild or reconstruct the vehicle to the condition it was in before an accident, and for legal operation on the road or highways, is more than 75% of the retail value of the vehicle at the time of loss. (Checking the "has" box means that the vehicle must have an anti-theft examination before being registered and that the title issued will have the mileage "Rebuilt Salvage: NY" on it.)

I or we transfer the vehicle, boat or manufactured home described on this certificate. At the time of transfer, this title is subject only to the liens or encumbrances listed on this certificate, if any. I also certify that this is the most recent title issued for this vehicle, boat or manufactured home.
*Note: Section 2113 of the Vehicle and Traffic Law requires that application for a title must be made within 30 days of transfer.*

**Seller**
Seller's Signature: *Anthony Blagrove*
Seller's Name *(Print in Full)*: ANTHONY BLAGROVE
Street Address: 109 LEVERICH ST   City: Hempstead   State: NY   ZIP code: 11550   Date of Statement: 5-18-23

**Buyer**
Buyer's Signature: *Juome M*
Buyer's Name *(Print in Full)*: SUPERB MOTORS INC
Street Address: 215 Northern Blvd   City: Great Neck   State: NY   ZIP code: 11021   Date of Statement: 5-18-23

### SECTION II - Reassignment by Manufactured Home Dealer or Registered Boat Dealer or Out-of-State Dealer

**ODOMETER DISCLOSURE STATEMENT**

**ODOMETER READING**

*Note: This vehicle cannot be registered or titled in the name of the new owner unless mileage is disclosed.*
**Federal and State Law require that you state the mileage of the vehicle described on this certificate when transferring ownership. Failure to do so, or providing a false statement, may result in fines and/or imprisonment.**

(no tenths)

I certify that, to the best of my knowledge, this odometer reading *(check one)*:

☐ 1. reflects the ACTUAL MILEAGE of the vehicle described on the front.
☐ 2. EXCEEDS MECHANICAL LIMITS (odometer started over at zero)
☐ 3. not the actual mileage. WARNING ODOMETER DISCREPANCY.

**ODOMETER HAS SPACE FOR:** *(Check one)*
☐ Five Digits, *excluding tenths*
☐ Six Digits, *excluding tenths*

I or we transfer the vehicle, boat or manufactured home described on this certificate. At the time of transfer, this title is subject only to the liens or encumbrances listed on this certificate, if any. I also certify that this is the most recent title issued for this vehicle, boat or manufactured home.
*Note: Section 2113 of the Vehicle and Traffic Law requires that application for a title must be made within 30 days of transfer.*

**Seller**
Seller's Signature:
Seller's Name *(Print in Full)*:
Street Address:   City:   State:   ZIP code:   Date of Statement:

**Buyer**
Buyer's Signature:
Buyer's Name *(Print in Full)*:
Street Address:   City:   State:   ZIP code:   Date of Statement:

Boat Dealer's Facility #

MV-999 (3/21)

M 4041197

**New York State Department of Motor Vehicles**
## WHOLESALE CERTIFICATE OF SALE RECEIPT

☐ Salvage
MV-907A No. _____

### No. EW31000312023

SU1032

**VEHICLE INFORMATION:**

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|---|---|---|---|---|---|---|---|---|---|
| 2016 | ME/BE | C30 | 4DSD | GY | N/A | 3493 | G | 4 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|---|---|---|
| 5 5 S W F 4 K B 5 G U 1 0 1 0 9 1 | 0 | N/A |

### DEALER INFORMATION

H&H AUTO SALES INC, 115 S 2 ST UNIT 10, BAYSHORE, NY, 11706, Nassau

| PURCHASER INFORMATION | Date of Sale |
|---|---|
| SUPERB MOTORS INC, 215 NORTHERN BLVD, GREAT NECK, NY, 11021 | 03-09-2023 |

| PRIOR OWNER INFORMATION | Date of Purchase |
|---|---|
| Bethpage FEC, 899 S Oyster Bay Rd, Bethpage, NY, 11714, Out Of State Title (2516512647) | 02-22-2022 |

### ODOMETER DISCLOSURE STATEMENT

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

☑ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. **WARNING:** ODOMETER DISCREPANCY."

| ODOMETER READING | | | | | | |
|---|---|---|---|---|---|---|
| 0 | 0 | 6 | 9 | 3 | 0 | 3 |
| (no tenths) | | | | | | |

Check your odometer reading at: | verifiny.com/check | Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

### DEALER CERTIFICATION

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full H&H AUTO SALES INC | Date 3/9/23 | Seller's Facility No. 7109019 |
|---|---|---|---|

### PURCHASER CONFIRMATION

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full SUPERB MOTORS INC | Date 3/9/23 | Purchaser's Facility No. 7128150 |
|---|---|---|---|

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*

Customer copy                                Page 1 of 2



# COMMONWEALTH VIRGINIA
## DEPARTMENT OF MOTOR VEHICLES

# CERTIFICATE OF TITLE FOR A VEHICLE  S41032
### KEEP IN SAFE PLACE - ANY ALTERATION OR ERASURE VOIDS THIS TITLE

THE DEPARTMENT OF MOTOR VEHICLES, COMMONWEALTH OF VIRGINIA, HEREBY CERTIFIES THAT AN APPLICATION FOR A CERTIFICATE OF TITLE HAS BEEN MADE FOR THE VEHICLE DESCRIBED HEREON PURSUANT TO THE PROVISIONS OF THE MOTOR VEHICLE LAWS OF THIS COMMONWEALTH, THAT THE APPLICANT NAMED ON THE FACE HEREON HAS BEEN DULY RECORDED AS THE LAWFUL OWNER OF SAID VEHICLE, AND THAT, FROM THE STATEMENTS OF THE OWNER AND THE RECORDS ON FILE WITH THIS DEPARTMENT, THE HEREON DESCRIBED VEHICLE IS SUBJECT TO THE SECURITY INTEREST RECORDS ON FILE WITH THIS DEPARTMENT, AND AS DESCRIBED HEREON, IF ANY. THE MOTOR VEHICLE LAWS OF THIS COMMONWEALTH ALSO PROVIDE THAT ALL TITLE AND REGISTRATION INFORMATION IN THE OFFICE OF THE DEPARTMENT OF MOTOR VEHICLES IS PRIVILEGED AND ONLY SUBJECT TO DISSEMINATION TO AUTHORIZED AGENCIES, BUSINESS ORGANIZATIONS OR AGENTS, GOVERNMENTAL ENTITIES AND INDIVIDUALS UNDER THE CONDITIONS SPECIFIED BY MOTOR VEHICLE CODE SECTIONS 46.2-208, 46.2-209 AND 46.2-210.

ESTABLISHED 02/23/22   326   326KGM   ORIGINAL

| VEHICLE IDENTIFICATION NO. | YEAR | MAKE | VEHICLE BODY | TITLE NO. |
|---|---|---|---|---|
| 55SWF4KB5GU101091 | 2016 | MERCEDES B | 4D SDN | 2516512647 |

| EMPTY WGT. | GROSS WGT. | GVWR | GCWR | AXLES | FUEL | SALES TAX PAID | ODOMETER | DATE ISSUED |
|---|---|---|---|---|---|---|---|---|
| 3594 | | | | 2 | GAS | VA EXEMPT | *69252* | 02/23/22 |

| OTHER PERTINENT DATA | ODOMETER BRAND | PRIOR TITLE NO. |
|---|---|---|
| IND | ACTUAL | |

Name(s) and address(es) of vehicle owners:
BETHPAGE FEC
899 S OYSTER BAY RD
BETHPAGE NY 11714-1030

THIS IS NOT A TITLE NUMBER
G45090945

NO LIENS

---

**A** Federal and State law requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment. The undersigned hereby certifies that the vehicle described in this title has been transferred to the following (printed name and address of Buyer(s)).

Buyer's Name: H&H Auto Sales

Street: 115 S 2nd St     City, State, Zip: Baysnore NY 11706

ODOMETER READING (No Tenths): 69,252

I certify to the best of my knowledge that the odometer reading is: ☐ ACTUAL Mileage ☐ NOT ACTUAL Mileage (odometer discrepancy) ☐ IN EXCESS of Mechanical Limits ☐ Model year is 10 years or older and was exempt from odometer disclosure in prior state of title (applicant must present out-of-state title showing exemption)

DATE OF SALE: 2/22/23

SALE PRICE: _____

Signature of Seller(s): A. Fec          Printed Name of Seller(s): Bethpage FEC

Signature of Buyer(s): W          Printed Name of Buyer(s): H&H Auto Sales

I am aware of the above odometer certification made by the Seller(s)

I am aware of the above odometer certification made by the Seller(s)

Seller warrants this certificate of title except that at the time of transfer it may be subject to lien. See section F.   Dealer's No. _____   Licensing Jurisdiction _____

ASSIGNMENT OF TITLE BY OWNER • NOTIFY DMV WHEN VEHICLE IS SOLD •

VOID IF ALTERED

VSA3L

Federal and State law requires that you state the mileage in connection with the transfer of ownership. Failure to complete the odometer disclosure statement or providing a false statement may result in fines and/or imprisonment.

*(Left margin, vertical):* ANY ALTERATIONS OR ERASURE WILL VOID THIS CERTIFICATE OF TITLE AND IT MUST THEN BE SURRENDERED TO SECURE A REPLACEMENT.

*(Left margin, vertical):* PURCHASER MUST SECURE A NEW TITLE, OR SURRENDER THIS ONE TO DMV WITHIN 30 DAYS OF SALE DATE.

*(Right margin, vertical):* Log# | PLATE TYPE | PLATE NO | EXPIRE DATE | ISSUED | TITLE NUMBER | CLERK INITIALS

**B — DEALER REASSIGNMENT**

I am aware of the dealer's odometer certification. Date of Sale _____ Sale Price _____

Buyer(s) Printed Name _____ Buyer(s) Signature _____

Buyer(s) Address _____ City _____ State ____ Zip Code _____

ODOMETER READING _____ (No Tenths) I certify to the best of my knowledge that the odometer reading is:
☐ ACTUAL Mileage ☐ NOT ACTUAL Mileage (odometer discrepancy) ☐ IN EXCESS of Mechanical Limits
☐ Model year is 10 years or older and was exempt from odometer disclosure in prior state of title (applicant must present out-of-state title showing exemption)

Dealer's Signature _____ Dealer's Printed Name _____ Dealer Number _____ Licensing Jurisdiction _____

The dealer certifies that the vehicle described in this title was transferred to the above buyer and that the odometer reading has been disclosed to the buyer. Seller warrants this certificate of title except that at the time of transfer it may be subject to a lien. See section F.

**C — DEALER REASSIGNMENT**

I am aware of the dealer's odometer certification. Date of Sale _____ Sale Price _____

Buyer(s) Printed Name _____ Buyer(s) Signature _____

Buyer(s) Address _____ City _____ State ____ Zip Code _____

ODOMETER READING _____ (No Tenths) I certify to the best of my knowledge that the odometer reading is:
☐ ACTUAL Mileage ☐ NOT ACTUAL Mileage (odometer discrepancy) ☐ IN EXCESS of Mechanical Limits
☐ Model year is 10 years or older and was exempt from odometer disclosure in prior state of title (applicant must present out-of-state title showing exemption)

Dealer's Signature _____ Dealer's Printed Name _____ Dealer Number _____ Licensing Jurisdiction _____

The dealer certifies that the vehicle described in this title was transferred to the above buyer and that the odometer reading has been disclosed to the buyer. Seller warrants this certificate of title except that at the time of transfer it may be subject to a lien. See section F.

**D — DEALER REASSIGNMENT**

I am aware of the dealer's odometer certification. Date of Sale _____ Sale Price _____

Buyer(s) Printed Name _____ Buyer(s) Signature _____

Buyer(s) Address _____ City _____ State ____ Zip Code _____

ODOMETER READING _____ (No Tenths) I certify to the best of my knowledge that the odometer reading is:
☐ ACTUAL Mileage ☐ NOT ACTUAL Mileage (odometer discrepancy) ☐ IN EXCESS of Mechanical Limits
☐ Model year is 10 years or older and was exempt from odometer disclosure in prior state of title (applicant must present out-of-state title showing exemption)

Dealer's Signature _____ Dealer's Printed Name _____ Dealer Number _____ Licensing Jurisdiction _____

The dealer certifies that the vehicle described in this title was transferred to the above buyer and that the odometer reading has been disclosed to the buyer. Seller warrants this certificate of title except that at the time of transfer it may be subject to a lien. See section F.

**E — PERSONAL PROPERTY TAX RELIEF**

**DOES YOUR VEHICLE QUALIFY FOR CAR TAX RELIEF?**

If you can answer YES to any of the following questions, your motor vehicle is considered by State Law to have a business use and does NOT qualify for Personal Property Tax Relief.
• Is more than 50% of the vehicle's annual mileage used as a business expense for federal income tax purposes OR reimbursed by an employer?
• Is more than 50% of the depreciation associated with the vehicle deducted as a business expense for Federal Income Tax purposes?
• Is the cost of the vehicle expensed pursuant to Section 179 of the Internal Revenue Service Code?
• If the vehicle is leased by an individual, does the leasing company pay the tax without reimbursement from the individual?
This vehicle is for ☐ Personal Use ☐ Business Use Check one of the boxes. See business use criteria above.

**F — LIEN INF.**

LIENOR'S NAME _____ LIENOR CODE _____ DATE OF LIEN _____

ADDRESS _____ CITY _____ STATE ____ ZIP _____

**G**

VEHICLE COLOR: _____ REGISTRATION PERIOD: ☐ 1 YR ☐ 2 YRS ($2 discount) ☐ 3 YRS ($3 discount) (Emissions areas not eligible for 3 YR registration)

**APPLICATION FOR REGISTRATION (LICENSE PLATES ISSUED)**

**INSURANCE CERTIFICATION:** A vehicle must be insured with liability coverage when it is registered, and it must remain insured while registered, whether or not it is operated, OR the uninsured motor vehicle fee must be paid. Penalties are severe for violation of this requirement.
I/We certify that (check one):
☐ This vehicle is insured by a liability policy issued through an insurance company licensed to do business in Virginia and it will remain insured while registered, whether or not it is operated. Provide name of insurance company _____
☐ This vehicle is not insured; therefore, I am remitting the applicable uninsured motor vehicle fee. (This fee provides no insurance coverage.)

**POWER OF ATTORNEY FOR NON-RESIDENT(S) AND CORPORATION(S) NOT DOMICILED IN VIRGINIA:** Pursuant to the provisions of Virginia Code §46.2-601, I/we appoint the Commissioner of the Department of Motor Vehicles of the Commonwealth of Virginia, to be my/our true and legal agent upon whom all legal processes against me/us may be served in any legal proceeding arising from the operation and/or use of any motor vehicle registered in my/our name(s) in the Commonwealth of Virginia. I/we agree that any lawful process or notice to me/us which is served on the Commissioner shall have the same legal effect as if served on me/us within the Commonwealth of Virginia.

**PRIVACY NOTICE:** The information, including Social Security Number, is requested in accordance with Virginia Code §§46.2-623 and 46.2-629. Any person who refuses to supply the required information will be denied a certificate of title and/or registration. Title and registration records may be disseminated in accordance with §§46.2-208 through 46.2-214, to business, law enforcement or authorized government entities.

**H — CERTIFICATION OF BUYER**

NO PAPER TITLE - Check this box ☐ if you do not want a paper title issued to you. An electronic Certificate of Title will remain on the file for this vehicle at DMV.

If this application is for joint ownership, do you wish clear rights of ownership to be transferred to the surviving owner in the event of the death of either the owner or co-owner? ☐ YES ☐ NO

Are any of the vehicle owners on active military duty or service? ☐ YES ☐ NO

I/We certify and affirm under penalty of perjury that the information contained in this application is true and correct to the best of my/our knowledge. I/We understand it is unlawful to knowingly make a false statement and any violation may be prosecuted as a felony as provided in Virginia law.

SIGNATURE OF APPLICANT _____ DATE _____

SOCIAL SECURITY NUMBER/FEIN OR CUSTOMER IDENTIFIER OF APPLICANT _____ PHONE NUMBER ( ) _____

STREET ADDRESS _____

CITY _____ STATE ____ ZIP _____

EMAIL ADDRESS OF APPLICANT _____

SIGNATURE OF CO-APPLICANT _____ DATE _____

SOCIAL SECURITY NUMBER/FEIN OR CUSTOMER IDENTIFIER OF CO-APPLICANT _____ PHONE NUMBER ( ) _____

EMAIL ADDRESS OF CO-APPLICANT _____

VEHICLE PRINCIPALLY GARAGED IN CITY, TOWN, COUNTY OR STATE OF _____
☐ CITY OR TOWN OF _____ ☐ COUNTY OF _____
WITH LIEN ☐ YES ☐ NO Proof of Address (specify proof document presented) _____

**DMV USE ONLY**

SALE PRICE $ _____ BEFORE TRADE IN ALLOWANCE

TAX $ _____ (MINIMUM TAX MAY APPLY)

TITLE FEE $ _____

TRANSFER FEE $ _____

REG FEE $ _____

WT INCREASE FEE $ _____

PERSONALIZED PLATE FEE $ _____

UMV FEE $ _____

OTHER $ _____

TOTAL $ _____

*(DMV USE ONLY — vertical)*

VSA3L REV. (6/19)

BETANCESBETANCES,E,G
3615 WILLETT AVE 3
BRONX              NY 10467

*SUI050A*

001979



## CERTIFICATE OF TITLE

### NEW YORK STATE

dmv.ny.gov

| Title and Identification No. | | Year | Make | Model Code | Body/Hull | * * LIENS * * |
|---|---|---|---|---|---|---|
| SALYB2EX4KA782114 SALYB2EX4KA782114 | | 2019 | LA/RO | N/A | SUBN | Document No. 405748F |
| Color | Wt./Sts./Lgth. | Fuel | Cyl./Prop. | New or Used | Type of Title | Date Issued |
| GY | 4217 | GAS | 4 | USED | VEHICLE | 2/21/23 |

Name and Address of Owner(s)

ODOMETER READING:  57003
57003

BETANCESBETANCES,E,G
3615 WILLETT AVE 3
BRONX              NY 10467

ACTUAL MILEAGE



This document is your proof of ownership for this vehicle, boat or manufactured home. Keep it in a safe place, not with your license or registration or in your vehicle or boat. To dispose of your vehicle, boat or manufactured home, complete the transfer section on the back and give this title to the new owner.

Lienholder                               Lienholder

ALLY FINANCIAL                    01
PO BOX 8138
COCKEYSVILLE  MD 21030          * ONE LIEN RECORDED *

Lienholder                               Lienholder

* ONE LIEN RECORDED *          * ONE LIEN RECORDED *

MV-999 (3/21)

## DEPARTMENT OF MOTOR VEHICLES

58,100

## ANY CHANGE OR ERASURE WILL VOID THIS TITLE -- ANY FALSE STATEMENT IS A MISDEMEANOR

### SECTION I - Transfer by Owner

**ODOMETER DISCLOSURE STATEMENT**

*Note: This vehicle cannot be registered or titled in the name of the new owner unless mileage is disclosed.*

**Federal and State Law require that you state the mileage of the vehicle described on this certificate when transferring ownership. Failure to do so, or providing a false statement, may result in fines and/or imprisonment.**

I certify that, to the best of my knowledge, this odometer reading *(check one)*:

☑ 1. reflects the ACTUAL MILEAGE as seen on the odometer of the vehicle described on the front.
☐ 2. EXCEEDS MECHANICAL LIMITS (odometer started over at zero)
☐ 3. not the actual mileage. WARNING - ODOMETER DISCREPANCY.

**ODOMETER READING**

(no tenths)

**ODOMETER HAS SPACE FOR:** *(Check one)*
☐ Five Digits, *excluding tenths*
☑ Six Digits, *excluding tenths*

**DAMAGE DISCLOSURE STATEMENT (To be Completed by Owner Named on Face of Title)**

I certify that, to the best of my knowledge, this vehicle ☐ has been or ☑ has not been wrecked, destroyed or damaged to such an extent that the total estimate or actual cost of parts and labor to rebuild or reconstruct the vehicle to the condition it was in before an accident, and for legal operation on the road or highways, is more than 75% of the retail value of the vehicle at the time of loss. (Checking the "has" box means that the vehicle must have an anti-theft examination before being registered and that the title issued will have the statement "Rebuilt Salvage: NY" on it.)

I or we transfer the vehicle, boat or manufactured home described on this certificate. At the time of transfer, this title is subject only to the liens or encumbrances listed on this certificate, if any. I also certify that this is the most recent title issued for this vehicle, boat or manufactured home.

*Note: Section 2113 of the Vehicle and Traffic Law requires that application for a title must be made within 30 days of transfer.*

**Seller**

Seller's Signature: Estefani Betances
Seller's Name *(Print in Full)*: ESTEFANI G BETANCES-BETANCES
Street Address: 3615 WILLETT Ave   City: Bronx   State: NY   ZIP code: 10467   Date of Statement: 4-11-23

**Buyer**

Buyer's Signature: *[signature]*
Buyer's Name *(Print in Full)*: SUPERB MOTORS INC
Street Address: 215 Northern Blvd   City: Great Neck   State: NY   ZIP code: 11021   Date of Statement: 4-11-23

### SECTION II - Reassignment by Manufactured Home Dealer or Registered Boat Dealer or Out-of-State Dealer

**ODOMETER DISCLOSURE STATEMENT**

*Note: This vehicle cannot be registered or titled in the name of the new owner unless mileage is disclosed.*

**Federal and State Law require that you state the mileage of the vehicle described on this certificate when transferring ownership. Failure to do so, or providing a false statement, may result in fines and/or imprisonment.**

I certify that, to the best of my knowledge, this odometer reading *(check one)*:

☐ 1. reflects the ACTUAL MILEAGE of the vehicle described on the front.
☐ 2. EXCEEDS MECHANICAL LIMITS (odometer started over at zero)
☐ 3. not the actual mileage. WARNING ODOMETER DISCREPANCY.

**ODOMETER READING**

(no tenths)

**ODOMETER HAS SPACE FOR:** *(Check one)*
☐ Five Digits, *excluding tenths*
☐ Six Digits, *excluding tenths*

I or we transfer the vehicle, boat or manufactured home described on this certificate. At the time of transfer, this title is subject only to the liens or encumbrances listed on this certificate, if any. I also certify that this is the most recent title issued for this vehicle, boat or manufactured home.

*Note: Section 2113 of the Vehicle and Traffic Law requires that application for a title must be made within 30 days of transfer.*

**Seller**

Seller's Signature
Seller's Name *(Print in Full)*
Street Address   City   State   ZIP code   Date of Statement

**Buyer**

Buyer's Signature
Buyer's Name *(Print in Full)*
Street Address   City   State   ZIP code   Date of Statement

MV-999 (3/21)

M 2384500

Boat Dealer's Facility #



# STATE OF ARKANSAS

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | MODEL | | BODY TYPE |
|---|---|---|---|---|---|
| 55SWF4KB0HU188660 | 2017 | MERZ | C | | SD |

| TITLE NUMBER | PREVIOUS TITLE NUMBER | PREV. TITLE STATE | ISSUE DATE | ODOMETER | UNLADEN WEIGHT |
|---|---|---|---|---|---|
| 761014001724 | N0198738 | CAN | 03/31/2023 | 53520 | 3594 |

MAILING ADDRESS

REMARKS

OD ACTUAL

GERMAN STARS MOTOR INC
210 W CENTER ST
BEEBE AR 72012-3204

OWNER

GERMAN STARS MOTOR INC
210 W CENTER ST
BEEBE AR 72012-3204

*Stacy Hinh*

OWNER'S SIGNATURE (IF JOINT OWNERSHIP, BOTH MUST SIGN)
THIS TITLE MUST BE SIGNED UPON RECEIPT BY OWNERS

VEHICLE IDENTIFICATION NUMBER



TITLE NUMBER



The Department of Finance and Administration, State of Arkansas, hereby certifies that the applicant named hereon is duly registered as the owner of the vehicle described above. From the statements of the owner and the records on file with this department the hereon described vehicle is subject to the liens enumerated hereon.

In Witness Whereof, I have affixed my hand and seal.

*Charles D. Collins*

SRO6006

15255948

COMMISSIONER OF REVENUE

## VOID IF ALTERED

Federal and State law requires that you state the mileage in connection with the transfer or ownership.
Failure to complete or providing a false statement may result in fines and or imprisonment.

## TITLE ASSIGNMENT BY OWNER AND
*(Title Assignment by Owner(s))*

The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address.

Buyer(s) Printed Name *Superb Motors Inc*

Buyer(s) Printed Address *315 Northern Blvd Great Neck NY 11021*

with warranty to be free of all encumbrances except as follows:

LIEN IN FAVOR OF _____

Address _____

DESCRIPTION OF VEHICLE TRADED IN (IF ANY)
VEHICLE IDENTIFICATION NUMBER

YEAR_____ MAKE_____ MODEL_____

Note to Seller: A copy of this title assignment, fully completed, is sufficient to use to claim a sales tax credit toward the purchase of another vehicle.

### ODOMETER DISCLOSURE
I certify that to the best of my knowledge that the odometer reading provided in the box below is the actual mileage of the vehicle unless one of the following statements is checked:

Odometer Reading (no tenths): **53527**

☐ EXCEEDS MECHANICAL LIMITS. The mileage stated is in excess of the odometer's mechanical limits.

☐ WARNING – ODOMETER DISCREPANCY
The odometer is not the actual mileage.

BILL OF SALE Date of Sale *4-14-23*

Full Sales Price of this Vehicle $_____

Less Trade In $_____

Net Taxable Trade Difference $_____

Seller(s) Printed Name *German Stars Motor Inc.* *Stacy Hoorts*

Seller(s) Printed Address *210 West Center St, Beebe, Arkansas 72012*

Seller(s) Signature *Stacy H M*

"I am aware of the above odometer certification made by the seller"

Buyer's Printed Name *Yvonne McCoy*

Buyer's Signature *Yvonne M*

---

## TITLE ASSIGNMENT BY DEALER AND
*(First Dealer Reassignment)*

The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address.

Buyer(s) Printed Name _____

Buyer(s) Printed Address _____

with warranty to be free of all encumbrances except as follows:

LIEN IN FAVOR OF _____

Address _____

DESCRIPTION OF VEHICLE TRADED IN (IF ANY)
VEHICLE IDENTIFICATION NUMBER

YEAR_____ MAKE_____ MODEL_____

### ODOMETER DISCLOSURE
I certify that to the best of my knowledge that the odometer reading provided in the box below is the actual mileage of the vehicle unless one of the following statements is checked:

Odometer Reading (no tenths): _____

☐ EXCEEDS MECHANICAL LIMITS. The mileage stated is in excess of the odometer's mechanical limits.

☐ WARNING – ODOMETER DISCREPANCY
The odometer is not the actual mileage.

BILL OF SALE Date of Sale _____

Full Sales Price of this Vehicle $_____

Less Trade In $_____

Net Taxable Trade Difference $_____

Dealer's Printed Name _____

Dealer's License Number _____

Dealer's Signature _____

"I am aware of the above odometer certification made by the dealer"

Buyer's Printed Name _____

Buyer's Signature _____

---

## TITLE ASSIGNMENT BY DEALER AND
*(Second Dealer Reassignment)*

The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address.

Buyer(s) Printed Name _____

Buyer(s) Printed Address _____

with warranty to be free of all encumbrances except as follows:

LIEN IN FAVOR OF _____

Address _____

DESCRIPTION OF VEHICLE TRADED IN (IF ANY)
VEHICLE IDENTIFICATION NUMBER

YEAR_____ MAKE_____ MODEL_____

### ODOMETER DISCLOSURE
I certify that to the best of my knowledge that the odometer reading provided in the box below is the actual mileage of the vehicle unless one of the following statements is checked:

Odometer Reading (no tenths): _____

☐ EXCEEDS MECHANICAL LIMITS. The mileage stated is in excess of the odometer's mechanical limits.

☐ WARNING – ODOMETER DISCREPANCY
The odometer is not the actual mileage.

BILL OF SALE Date of Sale _____

Full Sales Price of this Vehicle $_____

Less Trade In $_____

Net Taxable Trade Difference $_____

Dealer's Printed Name _____

Dealer's License Number _____

Dealer's Signature _____

"I am aware of the above odometer certification made by the dealer"

Buyer's Printed Name _____

Buyer's Signature _____

SU1114A

GUZMAN,F,A,III
%215 NORTHERN BLVD
GREAT NECK        NY 11021

000065

# CERTIFICATE OF TITLE

## NEW YORK STATE

dmv.ny.gov

THIS IS A DUPLICATE CERTIFICATE AND MAY BE
SUBJECT TO THE RIGHTS OF A PERSON UNDER THE
ORIGINAL CERTIFICATE

| Title and Identification No. | Year | Make | Model Code | Body/Hull | Document No. |
|---|---|---|---|---|---|
| WBAFU7C54BC879208 WBAFU7C54BC879208 | 2011 | BMW | 535 | 4DSD | 565319H |

| Color | Wt./Sts./Lgth. | Fuel | Cyl./Prop. | New or Used | Type of Title | Date Issued |
|---|---|---|---|---|---|---|
| GY | 3420 | GAS | 6 | USED | VEHICLE | 8/17/23 |

Name and Address of Owner(s)

ODOMETER READING:   150780
ACTUAL MILEAGE      150780

GUZMAN,F,A,III
1718 VAN VRANKEN 1L
SCHENECTADY NY    12308



This document is your proof of ownership for this vehicle, boat or manufactured home. Keep it in a safe place, not with your license or registration or in your vehicle or boat. To dispose of your vehicle, boat or manufactured home, complete the transfer section on the back and give this title to the new owner.

| Lienholder | Lienholder |
|---|---|
| * NO LIENS RECORDED * | * NO LIENS RECORDED * |

| Lienholder | Lienholder |
|---|---|
| * NO LIENS RECORDED * | * NO LIENS RECORDED * |

VOID IF ALTERED

MV-999 (3/21)

## DEPARTMENT OF MOTOR VEHICLES

205614

## ANY CHANGE OR ERASURE WILL VOID THIS TITLE -- ANY FALSE STATEMENT IS A MISDEMEANOR

### SECTION I - Transfer by Owner

**ODOMETER DISCLOSURE STATEMENT**

*Note: This vehicle cannot be registered or titled in the name of the new owner unless mileage is disclosed.*
**Federal and State Law require that you state the mileage of the vehicle described on this certificate when transferring ownership.**
**Failure to do so, or providing a false statement, may result in fines and/or imprisonment.**

**ODOMETER READING**

(no tenths)

I certify that, to the best of my knowledge, this odometer reading *(check one):*
- ☒ 1. reflects the ACTUAL MILEAGE as seen on the odometer of the vehicle described on the front.
- ☐ 2. EXCEEDS MECHANICAL LIMITS (odometer started over at zero)
- ☐ 3. not the actual mileage. WARNING - ODOMETER DISCREPANCY.

**ODOMETER HAS SPACE FOR:** *(Check one)*
☐ Five Digits, *excluding tenths*
☒ Six Digits, *excluding tenths*

### DAMAGE DISCLOSURE STATEMENT (To be Completed by Owner Named on Face of Title)

I certify that, to the best of my knowledge, this vehicle ☐ has been or ☒ has not been wrecked, destroyed or damaged to such an extent that the total estimate or actual cost of parts and labor to rebuild or reconstruct the vehicle to the condition it was in before an accident, and for legal operation on the road or highways, is more than 75% of the retail value of the vehicle at the time of loss. (Checking the "has" box means that the vehicle must have an anti-theft examination before being registered and that the title issued will have the statement "Rebuilt Salvage: NY" on it.)

I or we transfer the vehicle, boat or manufactured home described on this certificate. At the time of transfer, this title is subject only to the liens or encumbrances listed on this certificate, if any. I also certify that this is the most recent title issued for this vehicle, boat or manufactured home.
*Note: Section 2113 of the Vehicle and Traffic Law requires that application for a title must be made within 30 days of transfer.*

| **Seller** | Seller's Signature | Seller's Name *(Print in Full)* FRANCISCO ALMANDO GUZMAN III | | | Date of Statement 4-18-23 |
| --- | --- | --- | --- | --- | --- |
| | Street Address 1718 Van Vranken IL | City Schenectady | State NY | ZIP code 12308 | |
| **Buyer** | Buyer's Signature | Buyer's Name *(Print in Full)* Superb Motors Inc | | | Date of Statement 4-18-32 |
| | Street Address 215 Northern Blvd | City Great Neck | State NY | ZIP code 11021 | |

### SECTION II - Reassignment by Manufactured Home Dealer or Registered Boat Dealer or Out-of-State Dealer

**ODOMETER DISCLOSURE STATEMENT**

*Note: This vehicle cannot be registered or titled in the name of the new owner unless mileage is disclosed.*
**Federal and State Law require that you state the mileage of the vehicle described on this certificate when transferring ownership.**
**Failure to do so, or providing a false statement, may result in fines and/or imprisonment.**

**ODOMETER READING**

(no tenths)

I certify that, to the best of my knowledge, this odometer reading *(check one):*
- ☐ 1. reflects the ACTUAL MILEAGE of the vehicle described on the front.
- ☐ 2. EXCEEDS MECHANICAL LIMITS (odometer started over at zero)
- ☐ 3. not the actual mileage. WARNING ODOMETER DISCREPANCY.

**ODOMETER HAS SPACE FOR:** *(Check one)*
☐ Five Digits, *excluding tenths*
☐ Six Digits, *excluding tenths*

I or we transfer the vehicle, boat or manufactured home described on this certificate. At the time of transfer, this title is subject only to the liens or encumbrances listed on this certificate, if any. I also certify that this is the most recent title issued for this vehicle, boat or manufactured home.
*Note: Section 2113 of the Vehicle and Traffic Law requires that application for a title must be made within 30 days of transfer.*

| **Seller** | Seller's Signature | Seller's Name *(Print in Full)* | | | Date of Statement |
| --- | --- | --- | --- | --- | --- |
| | Street Address | City | State | ZIP code | |
| **Buyer** | Buyer's Signature | Buyer's Name *(Print in Full)* | | | Date of Statement |
| | Street Address | City | State | ZIP code | |

Boat Dealer's Facility #

MV-999 (3/21)

M 4041248

S4II26A

BASTIEN,CHARLES
21 PROSPECT ST
UNIONVILLE        NY 10988

000300

## CERTIFICATE OF TITLE

### NEW YORK STATE

dmv.ny.gov

| Title and Identification No. | Year | Make | Model Code | Bcdy/Hull | **\* \* LIENS \* \*** |
|---|---|---|---|---|---|
| 1C4RDHDG7JC438967 1C4RDHDG7JC438967 | 2018 | DODGE | DUR | SUBN | Document No. 310123A |

| Color | Wt./Sts./Lgth. | Fuel | Cyl./Prop. | New or Used | Type of Title | Date Issued |
|---|---|---|---|---|---|---|
| RD | 4680 | GAS | 6 | USED | VEHICLE | 4/28/22 |

Name and Address of Owner(s)

BASTIEN, CHARLES
21 PROSPECT ST
UNIONVILLE NY       10988

ODOMETER READING:    36000
ACTUAL MILEAGE       36000



This document is your proof of ownership for this vehicle, boat or manufactured home. Keep it in a safe place, not with your license or registration or in your vehicle or boat. To dispose of your vehicle, boat or manufactured home, complete the transfer section on the back and give this title to the new owner.

Lienholder

CONSUMERS CREDIT
UNION                        02
PO BX 279342
SACRAMENTO      CA 95827

Lienholder

\* ONE LIEN RECORDED \*

Lienholder

\* ONE LIEN RECORDED \*

Lienholder

\* ONE LIEN RECORDED \*

MV-999 (3/21)

**VOID IF ALTERED** (left margin)
**VOID IF ALTERED** (right margin)

### DEPARTMENT OF MOTOR VEHICLES

57531

**ANY CHANGE OR ERASURE WILL VOID THIS TITLE -- ANY FALSE STATEMENT IS A MISDEMEANOR**

## SECTION I - Transfer by Owner

### ODOMETER DISCLOSURE STATEMENT

*Note: This vehicle cannot be registered or titled in the name of the new owner unless mileage is disclosed.*
**Federal and State Law require that you state the mileage of the vehicle described on this certificate when transferring ownership.
Failure to do so, or providing a false statement, may result in fines and/or imprisonment.**

I certify that, to the best of my knowledge, this odometer reading *(check one)*:
☒ 1. reflects the ACTUAL MILEAGE as seen on the odometer of the vehicle described on the front.
☐ 2. EXCEEDS MECHANICAL LIMITS (odometer started over at zero)
☐ 3. not the actual mileage. WARNING - ODOMETER DISCREPANCY.

**ODOMETER READING**

(no tenths)

**ODOMETER HAS SPACE FOR:** *(Check one)*
☐ Five Digits, *excluding tenths*
☒ Six Digits, *excluding tenths*

### DAMAGE DISCLOSURE STATEMENT (To be Completed by Owner Named on Face of Title)

I certify that, to the best of my knowledge, this vehicle ☐ has been or ☒ has not been wrecked, destroyed or damaged to such an extent that the total estimate or actual cost of parts and labor to rebuild or reconstruct the vehicle to the condition it was in before an accident, and for legal operation on the road or highways, is more than 75% of the retail value of the vehicle at the time of loss. (Checking the "has" box means that the vehicle must have an anti-theft examination before being registered and that the title issued will have the statement "Rebuilt Salvage: NY" on it.)

I or we transfer the vehicle, boat or manufactured home described on this certificate. At the time of transfer, this title is subject only to the liens or encumbrances listed on this certificate, if any. I also certify that this is the most recent title issued for this vehicle, boat or manufactured home.
*Note: Section 2113 of the Vehicle and Traffic Law requires that application for a title must be made within 30 days of transfer.*

**Seller**

Seller's Signature

Street Address 21 PROSPECT ST   City Unionville   State NY   ZIP code 10988

Seller's Name *(Print in Full)* CHARLES BASTIEN

Date of Statement 6-16-23

**Buyer**

Buyer's Signature Juanna M

Street Address 215 Northern Blvd   City Great Neck   State NY   ZIP code 11021

Buyer's Name *(Print in Full)* Superb Motors Inc

Date of Statement 6-16-23

## SECTION II - Reassignment by Manufactured Home Dealer or Registered Boat Dealer or Out-of-State Dealer

### ODOMETER DISCLOSURE STATEMENT

*Note: This vehicle cannot be registered or titled in the name of the new owner unless mileage is disclosed.*
**Federal and State Law require that you state the mileage of the vehicle described on this certificate when transferring ownership.
Failure to do so, or providing a false statement, may result in fines and/or imprisonment.**

I certify that, to the best of my knowledge, this odometer reading *(check one)*:
☐ 1. reflects the ACTUAL MILEAGE of the vehicle described on the front.
☐ 2. EXCEEDS MECHANICAL LIMITS (odometer started over at zero)
☐ 3. not the actual mileage. WARNING ODOMETER DISCREPANCY.

**ODOMETER READING**

(no tenths)

**ODOMETER HAS SPACE FOR:** *(Check one)*
☐ Five Digits, *excluding tenths*
☐ Six Digits, *excluding tenths*

I or we transfer the vehicle, boat or manufactured home described on this certificate. At the time of transfer, this title is subject only to the liens or encumbrances listed on this certificate, if any. I also certify that this is the most recent title issued for this vehicle, boat or manufactured home.
*Note: Section 2113 of the Vehicle and Traffic Law requires that application for a title must be made within 30 days of transfer.*

**Seller**

Seller's Signature

Street Address   City   State   ZIP code

Seller's Name *(Print in Full)*

Date of Statement

**Buyer**

Buyer's Signature

Street Address   City   State   ZIP code

Buyer's Name *(Print in Full)*

Date of Statement

MV-999 (3/21)

L 9775903

Boat Dealer's
Facility #

02   *3472262*   00166   042822

New York State Department of Motor Vehicles

## NOTICE OF RECORDED LIEN

| I.D. Number | Year | Make |
|---|---|---|
| 1C4RDHDG7JC438967 | 2018 | DODGE |

CONSUMERS CREDIT
UNION
PO BX 279342
SACRAMENTO        CA 95827

| 4680 | GAS | 6 | SUBN | RD |
|---|---|---|---|---|
| Wgt./Lgth. | Fuel | Cyl./Prop. | Body/Hull | Color |

Owner: If you have moved and have not yet notified this Department of your new address, cross out the address shown and print your new address in its place.

**OWNER**

BASTIEN,CHARLES
21 PROSPECT ST
UNIONVILLE NY   10988

**ADDITIONAL LIENHOLDERS**



The following information applies only to the lienholder shown in the box above.

☑ Our security interest in the vehicle, boat or manufactured home described in this notice has been satisfied.

☐ We have assumed ownership of this vehicle, boat or manufactured home. We are transferring ownership to:

☐ We have assigned our security interest in this vehicle, boat or manufactured home to:

Lien Filing Code
**Consumers Credit Union**

Name                         Date of Assignment

No. and Street

City          State          Zip        JUL 1 9 2023

Authorized Signature                    Date

If you are the owner named on this notice, you can keep this notice with the Certificate of Title and when you sell the vehicle, boat or manufactured home, give the transferred Title AND this original Notice of Recorded Lien to the new owner. To obtain a lien-free Title before then, return your current Title, this original Notice of Recorded Lien and a $20.00 fee to: NYS DMV, Title Bureau, 6 Empire State Plaza, Albany NY 12228-0330. (Check or money order should be made payable to the Commissioner of Motor Vehicles.)

If you cannot locate the Title for the vehicle, boat or manufactured home, you must apply for a duplicate. You may apply for a duplicate by completing form MV-902 (available at a DMV office or on our web site at www.dmv.ny.gov) and mailing it with a $20.00 check or money order AND this original Notice of Recorded Lien to the DMV Title Bureau at the above address.

If your address has **not** changed since you last registered the vehicle and your registration shows your current address, you may be able to apply for a duplicate title on line. For more information, please visit www.dmv.ny.gov.

MV-901 (4/12)



**877 ASK CCCU** • www.myconsumers.org
(877.275.2228)

*Your life. Our commitment.*

To Whom it May Concern,

Please be advised that Consumers Cooperative Credit Union, Gurnee, Illinois, has consolidated with the Credit Unions below, by virtue of a merger.

Any security interest in property, real, personal, and mixed, and choses in action thereunto belonging, has been automatically transferred to Consumers Cooperative Credit Union as a successor-in-interest, according to the Illinois Credit Union Act (ICUA), Section 64.5.

The following Credit Unions are "one in the same" institutions as Consumers Cooperative Credit Union. The release of security interest attached, endorsed by Consumers Credit Union, should be considered valid for any lien perfected or recorded for these institutions.

- North Shore Gas Credit Union (NSGCU)
- Premier Credit Union (PCU) – Also previous merged with Premier Credit Union
  - Glenbrook Credit Union
  - Fidelity Credit Union
  - Maine Township Schools Credit Union
  - Preferred Service Credit Union
  - Palatine-Schaumburg Credit Union
- Encore/UOP Federal Credit Union
- Meadows Credit Union (MCU)
- Waukegan Municipal Employees Credit Union (WMECU)
- Andigo Credit Union (ACU)
  - Motorola Employees Credit Union – former name
- Andigo, A Division of Consumers Credit Union – is a DBA for Consumers Cooperative Credit Union
- Consumers Credit Union (CCU) is a trade name for Consumers Cooperative Credit Union (CCCU)

Sincerely,

Sean M Rathjen

CEO

Subscribed and sworn before me this _1st_ day of _April_, 2022.

Notary Public, State of Illinois

**"OFFICIAL SEAL"**
TONI HAMZUIK
Notary Public, State Of Illinois
My Commission Expires 06/01/2023
Commission No. 676780

Phone:  877 ASK CCCU (877.275.2228) • Mailing address:  1075 Tri State Parkway; Gurnee, IL 60031
For branch locations, please visit our website at www.myconsumers.org

STATE OF FLORIDA
DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES
DIVISION OF MOTORIST SERVICES
Neil Kirkman Building - Tallahassee, FL 32399-0500

## MOTOR VEHICLE TITLE REASSIGNMENT SUPPLEMENT
(See Instructions on Reverse Side)

3886281U                                                        NY

This reassignment is supplement to: ☑ Title No.: _____ State of Issue: _____

☐ Manufacturer's Statement or Certificate of Origin

Is the title electronic? ☐ Yes ☑ No

### VEHICLE DESCRIPTION

| Vehicle Identification Number | Year | Make | Model |
|---|---|---|---|
| SALGW2SE6KA533297 | 2019 | LAND ROVER | RANGE ROVER V8 | V8 Supercharged SV Autobiography Dynamic |

### REASSIGNMENT INFORMATION

| Name of Seller(s)/Agent (Print) | DL/ID#, DMS ACCT#, FEID# | DEALER/AUCTION LICENSE (If applicable) |
|---|---|---|
| Adcock Brothers Inc | | VW-1105656-1 |

| Street Address | City | State | Zip |
|---|---|---|---|
| 200 Harrison Ave. | Panama City. | FL. | 32401 |

| Selling Price (If Applicable) | Sales Tax Collected (If Applicable) | Sales Tax Reg. No. (If Applicable) |
|---|---|---|
| | | |

| Purchaser and Co-Purchaser's Printed Name(s) | | Date of Sale |
|---|---|---|
| Superb Motors Inc | | 4/28/23 |

| Purchaser's Address | City | State | Zip |
|---|---|---|---|
| 215 Northern Blvd | Great Neck | NY | 11021 |

| Co-Purchaser's Address (If applicable) | City | State | Zip |
|---|---|---|---|
| | | | |

| Auction Name (If applicable) | Auction License Number | State of License | Date of Auction |
|---|---|---|---|
| | | | |

| Street Address | City | State | Zip |
|---|---|---|---|
| | | | |

### ODOMETER DISCLOSURE STATEMENT

**WARNING: FEDERAL AND STATE LAW REQUIRE THAT YOU STATE THE ODOMETER MILEAGE IN CONNECTION WITH TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT.**

I/WE STATE THAT THIS ☐ 5 OR ☑ 6 DIGIT ODOMETER NOW READS, [5] [5] , [2] [4] [6] XX (NO TENTHS) MILES,

DATE READ 4/28/23 AND I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING.

CAUTION:
READ CAREFULLY
BEFORE YOU
CHECK A BOX

☑ 1. REFLECTS ACTUAL MILEAGE.
☐ 2. IS IN EXCESS OF ITS MECHANICAL LIMITS.
☐ 3. IS NOT THE ACTUAL MILEAGE. WARNING – ODOMETER DISCREPANCY

**UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING
DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.**

| Printed Name of seller(s)/Agent | Seller(s)/Agent Signature |
|---|---|
| Paige Ecenrode | Paige Ecenrode |

| Printed Name of Co-seller (If applicable) | Co-Seller Signature (If applicable) |
|---|---|
| | |

| Purchaser(s) Signature | Co-Purchaser(s) Signature |
|---|---|
| Yvonne M | |

| Purchaser(s) Printed Name First, Full Middle or Maiden, Last | Co-Purchaser(s) Printed Name   First, Full Middle or Maiden, Last |
|---|---|
| Yvonne McCoy | |

**NOTICE: ANY ALTERATION OR ERASURE MAY VOID THIS ASSIGNMENT AND ALL ASSIGNMENTS THAT FOLLOW.**

ORIGINAL: SUBMIT WITH APPLICATION FOR TITLE          COPY: SELLER/DEALER RETAIN IN FILE

HSMV 82994 (REV. 04/14) S

## WHEN SHOULD THIS FORM BE USED?

FORM HSMV 82994, MOTOR VEHICLE TITLE REASSIGNMENT SUPPLEMENT, MUST BE USED:

1.   with conforming Florida Certificate(s) of Title to make additional dealer reassignments and odometer disclosures when all reassignment and odometer disclosure spaces on the reverse side of the Certificate of Title have been used:

Or

2.   with a non-conforming Certificate(s) of Title to make reassignments and odometer disclosures;

Or

3.   with conforming MCO, when the MCO is not available at the time of sale;

Or

4.   with all out-of state non-conforming Certificate(s) of Title to make dealer reassignments and odometer disclosures;

Or

5.   when ownership is being transferred on an Electronic Certificate(s) of Title.

NOTE:   This form should NOT be used when the owner is transferring ownership on a vehicle that does not have an electronic Certificate of Title.  If the Certificate of Title is NOT electronic, the "Transfer of Title By Seller" section must be completed by the seller(s)/agent.

## FILING:

1. The original HSMV 82994 is to be surrendered with the application for title.

2. The copy of the HSMV 82994 is to be retained by the dealer in his/her records for a period of five (5) years.  It is recommended that the individual seller(s) retain a copy of this form for their records.

HSMV 82994 (REV. 04/14) S

024322

# CERTIFICATE OF TITLE

## NEW YORK STATE

dmv.ny.gov

| Title and Identification No. | Year | Make | Model Code | Body/Hull | * * LIENS * * |
|---|---|---|---|---|---|
| SALGW2SE6KA533297 SALGW2SE6KA533297 | 2019 | LA/RO | N/A | SUBN | Document No. 388628U |

| Color | Wt./Sts./Lgth. | Fuel | Cyl./Prop. | New or Used | Type of Title | Date Issued |
|---|---|---|---|---|---|---|
| GY | 5545 | GAS | 8 | NEW | VEHICLE | 1/22/19 |

Name and Address of Owner(s)
BROTHERS INTERNATNL
FOOD CORP
PO BOX 60679
ROCHESTER NY          14606

ODOMETER READING:   00020
                                        00020
ACTUAL MILEAGE

This document is your proof of ownership for this vehicle, boat or manufactured home. Keep it in a safe place, not with your license or registration or in your vehicle or boat. To dispose of your vehicle, boat or manufactured home, complete the transfer section on the back and give this title to the new owner.

Lienholder
BANK OF AMERICA
PO BOX 2759
JACKSONVILLE     FL 32203

Lienholder                    01
* ONE LIEN RECORDED *

Lienholder
* ONE LIEN RECORDED *

Lienholder
* ONE LIEN RECORDED *

MV-999 (1/15)

## DEPARTMENT OF MOTOR VEHICLES

VOID IF ALTERED

## SECTION I - Transfer by Owner

**Note:** *This vehicle cannot be registered or titled in the name of the new owner unless mileage is disclosed.*
**Federal and State Law require that you state the mileage of the vehicle described on this certificate when transferring ownership. Failure to do so, or providing a false statement, may result in fines and/or imprisonment.**

**ODOMETER DISCLOSURE STATEMENT**

I certify that, to the best of my knowledge, this odometer reading *(check one)*:
- ☑ 1. reflects the ACTUAL MILEAGE as seen on the odometer of the vehicle described on the front.
- ☐ 2. EXCEEDS MECHANICAL LIMITS (odometer started over at zero)
- ☐ 3. not the actual mileage. WARNING - ODOMETER DISCREPANCY.

**ODOMETER READING**

55225

*(no tenths)*

**ODOMETER HAS SPACE FOR:** *(Check one)*
- ☐ Five Digits, *excluding tenths*
- ☐ Six Digits, *excluding tenths*

### DAMAGE DISCLOSURE STATEMENT (To be Completed by Owner Named on Face of Title)

I certify that, to the best of my knowledge, this vehicle ☐ has been or ☑ has not been wrecked, destroyed or damaged to such an extent that the total estimate or actual cost of parts and labor to rebuild or reconstruct the vehicle to the condition it was in before an accident, and for legal operation on the road or highways, is more than 75% of the retail value of the vehicle at the time of loss. (Checking the "has" box means that the vehicle must have an anti-theft examination before being registered and that the title issued will have the statement "Rebuilt Salvage: NY" on it.)

I or we transfer the vehicle, boat or manufactured home described on this certificate. At the time of transfer, this title is subject only to the liens or encumbrances listed on this certificate, if any. I also certify that this is the most recent title issued for this vehicle, boat or manufactured home.
**Note: Section 2113 of the Vehicle and Traffic Law requires that application for a title must be made within 30 days of transfer.**

| Seller | Seller's Signature | Seller's Name *(Print in Full)* | Date of Statement |
|---|---|---|---|
| | *[signature]* CEO | Brothers Internatnl Food Corp | 4/14/23 |
| | Street Address | City Rochester | State NY | ZIP code | |

| Buyer | Buyer's Signature | Buyer's Name *(Print in Full)* | Date of Statement |
|---|---|---|---|
| | *[signature]* Joan Steen | PIEHLER MOTORSPORTS LLC | 4/14/23 |
| | Street Address | City 770 PANORAMA TRAIL S | State ROCHESTER NY 14625 | ZIP code | |

## SECTION II - Reassignment by Manufactured Home Dealer or Registered Boat Dealer or Out-of-State Dealer

**ODOMETER DISCLOSURE STATEMENT**

**Note:** *This vehicle cannot be registered or titled in the name of the new owner unless mileage is disclosed.*
**Federal and State Law require that you state the mileage of the vehicle described on this certificate when transferring ownership. Failure to do so, or providing a false statement, may result in fines and/or imprisonment.**

I certify that, to the best of my knowledge, this odometer reading *(check one)*:
- ☐ 1. reflects the ACTUAL MILEAGE of the vehicle described on the front.
- ☐ 2. EXCEEDS MECHANICAL LIMITS (odometer started over at zero)
- ☐ 3. not the actual mileage. WARNING ODOMETER DISCREPANCY.

**ODOMETER READING**

*(no tenths)*

**ODOMETER HAS SPACE FOR:** *(Check one)*
- ☐ Five Digits, *excluding tenths*
- ☐ Six Digits, *excluding tenths*

I or we transfer the vehicle, boat or manufactured home described on this certificate. At the time of transfer, this title is subject only to the liens or encumbrances listed on this certificate, if any. I also certify that this is the most recent title issued for this vehicle, boat or manufactured home.
**Note: Section 2113 of the Vehicle and Traffic Law requires that application for a title must be made within 30 days of transfer.**

| Seller | Seller's Signature | Seller's Name *(Print in Full)* | Date of Statement |
|---|---|---|---|
| | Street Address | City | State | ZIP code | |

| Buyer | Buyer's Signature | Buyer's Name *(Print in Full)* | Date of Statement |
|---|---|---|---|
| | Street Address | City | State | ZIP code | |

MV-999 (1/15)

K 8696475

**Boat Dealer's Facility #**

Salvage
MV-907A No. _____

New York State Department of Motor Vehicles

**WHOLESALE CERTIFICATE OF SALE RECEIPT**

**No. EW32056342023**

## VEHICLE INFORMATION:

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|------------------|-----------|-----------|------------------------|
| 2019 | LA/RO | N/A | SUBN | GY | N/A | 5545 | G | 8 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|-------------------------------|---------|--------------------------------|
| S A L G W 2 S E 6 K A 5 3 3 2 9 7  0 | | N/A |

## DEALER INFORMATION

LUCIANO AUTO SALES, 587 PHILLIPS ROAD, WEBSTER, NY, 14580, Monroe

| PURCHASER INFORMATION | Date of Sale |
|-----------------------|--------------|
| ADCOCK BROTHERS INC, 200 HARRISON AVE, PANAMA CITY, FL, 32401 | 04-19-2023 |

| PRIOR OWNER INFORMATION | Date of Purchase |
|-------------------------|------------------|
| PIEHLER MOTOR SPORTS, 770 PANORAMA TRAIL S, ROCHESTER, NY, 14625, MONR<br>Electronic MV-50 Number (EW32028582023) | 04-18-2023 |

## ODOMETER DISCLOSURE STATEMENT

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

■ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. **WARNING: ODOMETER DISCREPANCY.**"

| ODOMETER READING | | | | | | |
|---|---|---|---|---|---|---|
| 0 | 0 | 5 | 5 | 2 | 3 | 5 |
| (no tenths) | | | | | | |

Check your odometer reading at: **verifiny.com/check**    Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

## DEALER CERTIFICATION

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full | Date | Seller's Facility No. |
|-----------------------------------------------------------|--------------------|------|------------------------|
| *(signature)* | LUCIANO AUTO SALES | 4-19-23 | 7039229 |

## PURCHASER CONFIRMATION

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full | Date | Purchaser's Facility No. |
|-------------------------------|--------------------|------|--------------------------|
| *(signature)* | ADCOCK BROTHERS INC | 4-19-23 | |

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*

Duplicate copy

Page 1 of 2

New York State Department of Motor Vehicles

## WHOLESALE CERTIFICATE OF SALE

### No. EW32056342023

| VEHICLE TRANSFER HISTORY | | | | | |
|---|---|---|---|---|---|
| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
| LUCIANO AUTO SALES | ADCOCK BROTHERS INC | 7039229 | 04 / 19 / 2023 | EMV50 | Yes |
| PIEHLER MOTOR SPORTS LLC | LUCIANO AUTO SALES | 7107728 | 04 / 18 / 2023 | EMV50 | No |
| BROTHERS INTERNATNL | PIEHLER MOTOR SPORTSLLC | | 04 / 14 / 2023 | NYST | No |
| PIEHLER MOTOR SPORTS LLC | BROTHERS INTERNATNL FOOD CORP | 7107728 | 12 / 31 / 2018 | EMV50 | No |
| JLRNA | PIEHLER MOTOR SPORTSLLC | | 12 / 27 / 2018 | MCO | No |

*Any change or Alteration voids this receipt*

New York State Department of Motor Vehicles

☐ Salvage
MV-907A No. _____

**WHOLESALE CERTIFICATE OF SALE RECEIPT**

**No. EW32028582023**

## VEHICLE INFORMATION:

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|-----------------|-----------|-----------|------------------------|
| 2019 | LA/RO | N/A | SUBN | GY | N/A | 5545 | G | 8 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|-------------------------------|---------|--------------------------------|
| S A L G W 2 S E 6 K A 5 3 3 2 9 7 | 0 | N/A |

## DEALER INFORMATION

PIEHLER MOTOR SPORTS LLC, 770 PANORAMA TRAIL S, ROCHESTER, NY, 14625, Monroe

| PURCHASER INFORMATION | Date of Sale |
|-----------------------|--------------|
| LUCIANO AUTO SALES, 587 PHILLIPS ROAD, WEBSTER, NY, 14580 | 04-18-2023 |

| PRIOR OWNER INFORMATION | Date of Purchase |
|-------------------------|------------------|
| BROTHERS INTERNATNL, PO BOX 60679, ROCHESTER, NY, 14606, NYS Title (388628U) | 04-14-2023 |

## ODOMETER DISCLOSURE STATEMENT

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

☑ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. **WARNING: ODOMETER DISCREPANCY."**

| ODOMETER READING | | | | | | |
|---|---|---|---|---|---|---|
| 0 | 0 | 5 | 5 | 2 | 2 | 5 |
| (no tenths) | | | | | | |

Check your odometer reading at: | verifiny.com/check | Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

## DEALER CERTIFICATION

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full | Date | Seller's Facility No. |
|---|---|---|---|
| *Joan Steen* | PIEHLER MOTOR SPORTS LLC | 4-18-23 | 7107728 |

## PURCHASER CONFIRMATION

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full | Date | Purchaser's Facility No. |
|---|---|---|---|
| *(signature)* | LUCIANO AUTO SALES | 4-18-23 | 7039229 |

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*

Customer copy

Page 1 of 2

New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE
### No. EW32028582023

| VEHICLE TRANSFER HISTORY | | | | | |
|---|---|---|---|---|---|
| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
| **BROTHERS INTERNATNL** | **PIEHLER MOTOR SPORTSLLC** | | **04 / 14 / 2023** | **NYST** | **No** |
| PIEHLER MOTOR SPORTS LLC | BROTHERS INTERNATNL FOOD CORP | 7107728 | 12 / 31 / 2018 | EMV50 | No |
| JLRNA | PIEHLER MOTOR SPORTSLLC | | 12 / 27 / 2018 | MCO | No |

*Any change or Alteration voids this receipt*

**BANK OF AMERICA** 

FL9-600-02-65
PO Box 45144
Jacksonville, FL 32232
800.215.6195

**Date:** December 29, 2020

## Letter of No Interest

BROTHERS INTERNATIONAL FOOD CORP
1175 LEXINGTON AVE
ROCHESTER, NY 14606-2903

Account ending in:
49230682

## Bank of America, N.A.,   no longer has a security interest in the property described below:

Collateral identification number:  SALGW2SE6KA533297
Collateral description:               2019 Land Rover Ra
Lien open date:                       2019-01-04
Lien amount:                          $175,028.73
Date of release:                      2020-12-29

_Joann Powell_
Associate signature
Joann Powell, an authorized agent for Bank of America, Consumer Vehicle Servicing

STATE OF FLORIDA
COUNTY OF DUVAL

The foregoing instrument was acknowledged before me by means of ☐ physical presence or ☐ online notarization, this Tuesday, December 29, 2020, by Joann Powell, as Title Clerk, who is personally known to me or who has produced _____ (type of identification) as identification on behalf of Bank of America, N.A., a national banking association.

_Roxanne Bauer_
Notary Public, State and County Aforesaid

(NOTARIAL SEAL)

Print Name: _____ Roxanne **Barker**

My commission expires: _____

My commission number: _____

ROXANNE BARKER
Notary Public, State of Florida
Commission# GG 915313
My comm. expires Sept. 22, 2023

Case 2:23-cv-06188-JMW   Document 33-10   Filed 09/13/23   Page 152 of 188 PageID #: 1225



Zimmerman

# CERTIFICATE OF TITLE

**State of New Jersey**
MOTOR VEHICLE COMMISSION

| PREFIX | IDENTIFICATION NUMBER | SUFFIX | YEAR | MAKE | MODEL | BODY TYPE |
|---|---|---|---|---|---|---|
| WA1LH AF72K D0266 99 | | | 2019 | AUD | Q7 | WAGON |

| TYPE OF TITLE | DUPLICATE NO. | GVW/WC/LGTH | COLOR/MTL/HP | DEALER ID | AXLES/PROP | FUEL |
|---|---|---|---|---|---|---|
| STANDARD | 8 | | BN | 21235N | 2 | |

| FEE | ISSUE DATE | VIN-REPLACEMENT | MILEAGE | STATUS |
|---|---|---|---|---|
| 60.00 | 12-17-2019 | | 25 | A |

OWNER(S)

VW CREDIT LEASING LTD
1401 FRANKLIN BLVD
LIBERTYVILLE    IL 60048

F-FLOOD          S-SALVAGE
P-POLICE         T-TAXI
L-LEMON LAW
A-ACTUAL MILEAGE
N-NOT THE ACTUAL MILEAGE
M-MILEAGE EXCEEDS THE
      MECHANICAL LIMITS

NUMBER OF OWNERS: 1
NUMBER OF LIENHOLDERS: 0

OWNER DL/CC #:94823 85056 00480

I, CHIEF ADMINISTRATOR OF THE MOTOR VEHICLE COMMISSION, OF THE STATE OF NEW JERSEY, DO HEREBY CERTIFY THAT EVIDENCE OF PURCHASE OF OWNERSHIP, IN COMPLIANCE WITH THE LAWS OF THE STATE OF NEW JERSEY, OF THE DESCRIBED ARTICLE, HAS BEEN RECORDED AND FILED WITH ME, AND I DO HEREBY ISSUE THIS CERTIFICATE OF OWNERSHIP SUBJECT TO SECURITY AGREEMENT OR LIEN, IF ANY AS STATED.

SIGNATURE

CONTROL NUMBER   BE444020

RV201935100000090

| DATE | LIEN RELEASED BY |
|---|---|
| | SIGNATURE |

SECOND LIENHOLDER

SECOND RELEASE   TITLE   DATE

LIEN RELEASED BY

SIGNATURE

FIRST LIENHOLDER   DATE

FIRST RELEASE   TITLE   DATE

ISM/SS-1 (R4/18)

**ALTERATION OR ERASURE VOIDS THIS TITLE.**      KEEP IN SAFE PLACE

## VOID IF ALTERED

HOLD TO LIGHT TO VIEW NEW JERSEY WATERMARK

ODOMETER DISCLOSURE STATEMENT AND STATEMENT OF SELLER

NJ

PLEASE RUB TO VERIFY

**NOTE:** FEDERAL LAW requires that you state the mileage upon transfer of ownership. Failure to complete this disclosure or providing false information may result in fines and/or imprisonment.

I/We state that the odometer now reads **49208** (do not show tenths of a mile) and to the best of my/our knowledge that reflects the actual mileage of the vehicle described on the reverse side of this Certificate of Ownership, unless one of the following statements is checked:

——(1) I/We hereby certify that to the best of my/our knowledge the odometer has exceeded its mechanical limits and the reading started again at zero.

——(2) WARNING - ODOMETER DISCREPANCY - I/We hereby certify that the odometer reading is NOT the actual mileage, and should not be relied upon for accuracy.

**NOTE:** New Jersey statute provides that anyone who knowingly or willfully misrepresents the description of a vehicle or makes a false statement in any title papers; forges, changes or counterfeits a part of title papers; or uses title papers on or for the wrong motor vehicle is guilty of a misdemeanor.

I/We hereby assign this Certificate of Ownership of the vehicle described subject to the following liens or encumbrances, if any, and none other. I/We certify the accuracy of sale price, the mileage specified above, and that I/we am/are the owner(s) of the vehicle described on this Certificate of Ownership.

**Buyer's Name** (Print) _Superb Motors Inc._
**Buyer's Address** _215 Northern Blvd._
_Great Neck, NY, 11021_

Driver Lic. # _____
Corpcode # _____
Sales Tax Exemption # _____

**Co-Buyer's Name** (Print) _____
**Co-Buyer's Address** _____

Driver Lic. # _____
Corpcode # _____

**Lienholder's Name** (Print) _____
**Lienholder's Address** _____

Driver Lic. # _____
Corpcode # _____

**Seller's Name** (Print) _VW CREDIT LEASING, LTD._
**Seller's Address** _1401 FRANKLIN BLVD._
_LIBERTYVILLE, IL 60048-4460_

Date of Sale _06/02/23_
Sale Price $ _____
Net Sale $ _____
Sales Tax Paid $ _____

**SELLER SIGN HERE**

**Seller's Name** (Hand Print) _Menah R. Zink_
**Seller's Signature X** _Menah R. Zink_
**Auction Name** _____
**Auction Location** _____

Co-Seller's Name (Hand Print) _____
Co-Seller's Signature X _____
Date of Odometer Statement _____
MVC Auction ID _____

**STATEMENT OF BUYER**

WE, the undersigned, hereby certify that the motor vehicle described on the reverse side of this Certificate of Ownership was purchased by me/us and I/We have compared the vehicle identification number shown on this certificate with that of the motor vehicle purchased and found that they agree in every particular.

NOTE: N.J.S.A. 39:10-11 requires that this certificate after assignment be presented to the MOTOR VEHICLE COMMISSION within ten days. Failure to do so will result in a penalty of $25 which will be in addition to the filing fee for a new Certificate of Ownership.

**BUYER SIGN HERE**

**Buyer's Name** (Hand Print) _Yvonne McCoy_
**Buyer's Signature X** _____

Co-Buyer's Name (Hand Print) _____
Co-Buyer's Signature X _____

ALTERATIONS OR ERASURES WILL VOID THIS CERTIFICATE

BE 444020

# STATE OF ARKANSAS

SU1260

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | MODEL | BODY TYPE |
|---|---|---|---|---|
| WBXHT3C59K5L90009 | 2019 | BMW | X1 | UT |

| TITLE NUMBER | PREVIOUS TITLE NUMBER | PREV. TITLE STATE | ISSUE DATE | ODOMETER | UNLADEN WEIGHT |
|---|---|---|---|---|---|
| 761014162958 | N1054603 | CAN | 05/30/2023 | 60113 | 3697 |

MAILING ADDRESS

REMARKS

OD ACTUAL

GERMAN STARS MOTOR INC
210 W CENTER ST
BEEBE AR 72012-3204

OWNER

GERMAN STARS MOTOR INC
210 W CENTER ST
BEEBE AR 72012-3204

*MenahR3ink*

OWNER'S SIGNATURE (IF JOINT OWNERSHIP, BOTH MUST SIGN)
THIS TITLE MUST BE SIGNED UPON RECEIPT BY OWNERS

VEHICLE IDENTIFICATION NUMBER



TITLE NUMBER



The Department of Finance and Administration, State of Arkansas, hereby certifies that the applicant named hereon is duly registered as the owner of the vehicle described above. From the statements of the owner and the records on file with this department the hereon described vehicle is subject to the liens enumerated hereon.

In Witness Whereof, I have affixed my hand and seal.

*Charles S. Collins*

COMMISSIONER OF REVENUE

15461990

SRO0000

VOID IF ALTERED

Federal and State law requires that you state the mileage in connection with the transfer or ownership.
Failure to complete or providing a false statement may result in fines and or imprisonment.

## Title Assignment by Owner(s)

### TITLE ASSIGNMENT BY OWNER AND
The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address.

Buyer(s) Printed Name _Superb Mabrs Inc_

Buyer(s) Printed Address _215 Northern Blvd_
_Great Neck, NY 11021_

with warranty to be free of all encumbrances except as follows:

LIEN IN FAVOR OF _____

Address_____

DESCRIPTION OF VEHICLE TRADED IN (IF ANY)
VEHICLE IDENTIFICATION NUMBER

YEAR_____ MAKE_____ MODEL_____

Note to Seller: A copy of this title assignment, fully completed, is sufficient to use to claim a sales tax credit toward the purchase of another vehicle.

### ODOMETER DISCLOSURE
I certify that to the best of my knowledge that the odometer reading provided in the box below is the actual mileage of the vehicle unless one of the following statements is checked:

Odometer Reading (no tenths) _60121_

☐ EXCEEDS MECHANICAL LIMITS. The mileage stated is in excess of the odometer's mechanical limits.

☐ WARNING – ODOMETER DISCREPANCY
The odometer is not the actual mileage.

BILL OF SALE Date of Sale _6/23/23_

Full Sales Price of this Vehicle  $_____
Less Trade In  $_____
Net Taxable Trade Difference  $_____

Seller(s) Printed Name _Menah R Zink_
**German Stars Motor Inc.**
Seller(s) Printed Address _210 West Center St, Beebe, Arkansas 72012_
Seller(s) Signature _Menah R Zink_

"I am aware of the above odometer certification made by the seller"

Buyer's Printed Name _Yvonne McCoy_
Buyer's Signature _Yvonne M_

## First Dealer Reassignment

### TITLE ASSIGNMENT BY DEALER AND
The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address.

Buyer(s) Printed Name_____

Buyer(s) Printed Address_____

with warranty to be free of all encumbrances except as follows:

LIEN IN FAVOR OF _____

Address_____

DESCRIPTION OF VEHICLE TRADED IN (IF ANY)
VEHICLE IDENTIFICATION NUMBER

YEAR_____ MAKE_____ MODEL_____

### ODOMETER DISCLOSURE
I certify that to the best of my knowledge that the odometer reading provided in the box below is the actual mileage of the vehicle unless one of the following statements is checked:

Odometer Reading (no tenths)

☐ EXCEEDS MECHANICAL LIMITS. The mileage stated is in excess of the odometer's mechanical limits.

☐ WARNING – ODOMETER DISCREPANCY
The odometer is not the actual mileage.

BILL OF SALE Date of Sale

Full Sales Price of this Vehicle  $_____
Less Trade In  $_____
Net Taxable Trade Difference  $_____

Dealer's Printed Name_____
Dealer's License Number_____
Dealer's Signature_____

"I am aware of the above odometer certification made by the dealer"

Buyer's Printed Name_____
Buyer's Signature_____

## Second Dealer Reassignment

### TITLE ASSIGNMENT BY DEALER AND
The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address.

Buyer(s) Printed Name_____

Buyer(s) Printed Address_____

with warranty to be free of all encumbrances except as follows:

LIEN IN FAVOR OF _____

Address_____

DESCRIPTION OF VEHICLE TRADED IN (IF ANY)
VEHICLE IDENTIFICATION NUMBER

YEAR_____ MAKE_____ MODEL_____

### ODOMETER DISCLOSURE
I certify that to the best of my knowledge that the odometer reading provided in the box below is the actual mileage of the vehicle unless one of the following statements is checked:

Odometer Reading (no tenths)

☐ EXCEEDS MECHANICAL LIMITS. The mileage stated is in excess of the odometer's mechanical limits.

☐ WARNING – ODOMETER DISCREPANCY
The odometer is not the actual mileage.

BILL OF SALE Date of Sale

Full Sales Price of this Vehicle  $_____
Less Trade In  $_____
Net Taxable Trade Difference  $_____

Dealer's Printed Name_____
Dealer's License Number_____
Dealer's Signature_____

"I am aware of the above odometer certification made by the dealer"

Buyer's Printed Name_____
Buyer's Signature_____

198 785 miles

SU1276

MCCALLA,ANDREW,C
1946 ADEE AVE APT 3
BRONX          NY 10469

000744

## CERTIFICATE OF TITLE

### NEW YORK STATE

dmv.ry.gov

THIS IS A DUPLICATE CERTIFICATE AND MAY BE
SUBJECT TO THE RIGHTS OF A PERSON UNDER THE
ORIGINAL CERTIFICATE

| Title and Identification No. | Year | Make | Model Code | Body/Hull | Document No. |
|---|---|---|---|---|---|
| 4JGAB74E1YA173539 4JGAB74E1YA173539 | 2000 | ME/BE | ML5 | SUBN | 563824B |

| Color | Wt./Sts./Lgth. | Fuel | Cyl./Prop. | New or Used | Type of Title | Date Issued |
|---|---|---|---|---|---|---|
| MR | 4440 | GAS | 8 | USED | VEHICLE | 6/02/23 |

Name and Address of Owner(s)

MCCALLA,ANDREW,C
1946 ADEE AVE APT 3
BRONX NY      10469

ODOMETER READING:   EXEMPT

EXEMPT
VEHICLE OVER 10 YEARS OLD

REBUILT SALVAGE/NY

This document is your proof of ownership for this vehicle, boat or manufactured home. Keep it in a safe place, not with your license or registration or in your vehicle or boat. To dispose of your vehicle, boat or manufactured home, complete the transfer section on the back and give this title to the new owner.

| Lienholder | Lienholder |
|---|---|
| * NO LIENS RECORDED * | * NO LIENS RECORDED * |

| Lienholder | Lienholder |
|---|---|
| * NO LIENS RECORDED * | * NO LIENS RECORDED * |

MV-999 (3/21)

VOID IF ALTERED

### DEPARTMENT OF MOTOR VEHICLES

1/13/12

**ANY CHANGE OR ERASURE WILL VOID THIS TITLE -- ANY FALSE STATEMENT IS A MISDEMEANOR**

## SECTION I - Transfer by Owner

**ODOMETER DISCLOSURE STATEMENT**

*Note: This vehicle cannot be registered or titled in the name of the new owner unless mileage is disclosed.*
**Federal and State Law require that you state the mileage of the vehicle described on this certificate when transferring ownership. Failure to do so, or providing a false statement, may result in fines and/or imprisonment.**

I certify that, to the best of my knowledge, this odometer reading *(check one)*:
- ☑ 1. reflects the ACTUAL MILEAGE as seen on the odometer of the vehicle described on the front.
- ☐ 2. EXCEEDS MECHANICAL LIMITS (odometer started over at zero)
- ☐ 3. not the actual mileage. WARNING - ODOMETER DISCREPANCY.

**ODOMETER READING**
197423
*(no tenths)*

**ODOMETER HAS SPACE FOR:** *(Check one)*
- ☐ Five Digits, *excluding tenths*
- ☑ Six Digits, *excluding tenths*

### DAMAGE DISCLOSURE STATEMENT (To be Completed by Owner Named on Face of Title)

I certify that, to the best of my knowledge, this vehicle ☐ has been or ☑ has not been wrecked, destroyed or damaged to such an extent that the total estimate or actual cost of parts and labor to rebuild or reconstruct the vehicle to the condition it was in before an accident, and for legal operation on the road or highways, is more than 75% of the retail value of the vehicle at the time of loss. (Checking the "<u>has</u>" box means that the vehicle must have an anti-theft examination before being registered and that the title issued will have the statement "Rebuilt Salvage: NY" on it.)

I or we transfer the vehicle, boat or manufactured home described on this certificate. At the time of transfer, this title is subject only to the liens or encumbrances listed on this certificate, if any. I also certify that this is the most recent title issued for this vehicle, boat or manufactured home.
*Note: Section 2113 of the Vehicle and Traffic Law requires that application for a title must be made within 30 days of transfer.*

**Seller**

Seller's Signature: *Andrew McCalla*
Seller's Name *(Print in Full)*: *Andrew C McCalla*

Street Address: 1946 ADEE Ave   City: BRONX   State: N.Y.   ZIP code: 10469   Date of Statement: 6/29/2023

**Buyer**

Buyer's Signature: *Juan M*
Buyer's Name *(Print in Full)*: Superb MOTORS INC

Street Address: 215 Northern Blvd   City: Great Neck   State: NY   ZIP code: 11021   Date of Statement: 6/29/23

## SECTION II - Reassignment by Manufactured Home Dealer or Registered Boat Dealer or Out-of-State Dealer

**ODOMETER DISCLOSURE STATEMENT**

*Note: This vehicle cannot be registered or titled in the name of the new owner unless mileage is disclosed.*
**Federal and State Law require that you state the mileage of the vehicle described on this certificate when transferring ownership. Failure to do so, or providing a false statement, may result in fines and/or imprisonment.**

I certify that, to the best of my knowledge, this odometer reading *(check one)*:
- ☐ 1. reflects the ACTUAL MILEAGE of the vehicle described on the front.
- ☐ 2. EXCEEDS MECHANICAL LIMITS (odometer started over at zero)
- ☐ 3. not the actual mileage. WARNING - ODOMETER DISCREPANCY.

**ODOMETER READING**

*(no tenths)*

**ODOMETER HAS SPACE FOR:** *(Check one)*
- ☐ Five Digits, *excluding tenths*
- ☐ Six Digits, *excluding tenths*

I or we transfer the vehicle, boat or manufactured home described on this certificate. At the time of transfer, this title is subject only to the liens or encumbrances listed on this certificate, if any. I also certify that this is the most recent title issued for this vehicle, boat or manufactured home.
*Note: Section 2113 of the Vehicle and Traffic Law requires that application for a title must be made within 30 days of transfer.*

**Seller**

Seller's Signature: 
Seller's Name *(Print in Full)*:

Street Address:    City:    State:    ZIP code:    Date of Statement:

**Buyer**

Buyer's Signature: 
Buyer's Name *(Print in Full)*:

Street Address:    City:    State:    ZIP code:    Date of Statement:

MV-999 (3/21)

M 3316067

Boat Dealer's Facility #

JAXWAY FINANCIAL
CONSULTING INC
1360 BRITTANY WAY
PROSPER           TX 75063

S41290

000211

## CERTIFICATE OF TITLE

### NEW YORK STATE

dmv.ny.gov

**\* \* LIENS \* \***

| Title and Identification No. | Year | Make | Model Code | Body/Hull | Document No. |
|---|---|---|---|---|---|
| 1GNSKBKD9PR148675 1GNSKBKD9PR148675 | 2023 | CHEVR | SUB | SUBN | 692427C |

| Color | Wt./Sts./Lgth. | Fuel | Cyl./Prop. | New or Used | Type of Title | Date Issued |
|---|---|---|---|---|---|---|
| BK | 5936 | GAS | 8 | NEW | VEHICLE | 7/10/23 |

Name and Address of Owner(s)
**JAXWAY FINANCIAL
CONSULTING INC
1360 BRITTANY WAY
PROSPER TX        75063**

**ODOMETER READING:**  00010
00010
**ACTUAL MILEAGE**



This document is your proof of ownership for this vehicle, boat or manufactured home. Keep it in a safe place, not with your license or registration or in your vehicle or boat. To dispose of your vehicle, boat or manufactured home, complete the transfer section on the back and give this title to the new owner.

Lienholder _____

Lienholder _____

**TEXAS BANK TRUST**
**PO BOX 3188**
**LONGVIEW        TX 75606**

04

**\* ONE LIEN RECORDED \***

Lienholder _____

Lienholder _____

**\* ONE LIEN RECORDED \***

**\* ONE LIEN RECORDED \***

MV-999 (3/21)

VOID IF ALTERED

## DEPARTMENT OF MOTOR VEHICLES

22254

**ANY CHANGE OR ERASURE WILL VOID THIS TITLE -- ANY FALSE STATEMENT IS A MISDEMEANOR**

### SECTION I - Transfer by Owner

#### ODOMETER DISCLOSURE STATEMENT

*Note: This vehicle cannot be registered or titled in the name of the new owner unless mileage is disclosed.*
**Federal and State Law require that you state the mileage of the vehicle described on this certificate when transferring ownership. Failure to do so, or providing a false statement, may result in fines and/or imprisonment.**

I certify that, to the best of my knowledge, this odometer reading *(check one)*:
- ☒ 1. reflects the ACTUAL MILEAGE as seen on the odometer of the vehicle described on the front.
- ☐ 2. EXCEEDS MECHANICAL LIMITS (odometer started over at zero)
- ☐ 3. not the actual mileage. WARNING - ODOMETER DISCREPANCY.

**ODOMETER READING**

22254

(no tenths)

**ODOMETER HAS SPACE FOR:** *(Check one)*
- ☐ Five Digits, *excluding tenths*
- ☒ Six Digits, *excluding tenths*

#### DAMAGE DISCLOSURE STATEMENT (To be Completed by Owner Named on Face of Title)

I certify that, to the best of my knowledge, this vehicle ☐ has been or ☒ has not been wrecked, destroyed or damaged to such an extent that the total estimate or actual cost of parts and labor to rebuild or reconstruct the vehicle to the condition it was in before an accident, and for legal operation on the road or highways, is more than 75% of the retail value of the vehicle at the time of loss. (Checking the "has" box means that the vehicle must have an anti-theft examination before being registered and that the title issued will have the statement "Rebuilt Salvage: NY" on it.)

I or we transfer the vehicle, boat or manufactured home described on this certificate. At the time of transfer, this title is subject only to the liens or encumbrances listed on this certificate, if any. I also certify that this is the most recent title issued for this vehicle, boat or manufactured home.
*Note: Section 2113 of the Vehicle and Traffic Law requires that application for a title must be made within 30 days of transfer.*

| | Seller's Signature | City | Seller's Name *(Print in Full)* | State | ZIP code | Date of Statement |
|---|---|---|---|---|---|---|
| **Seller** | | | | | | |
| | Street Address | | | | | |
| **Buyer** | Buyer's Signature | City | Buyer's Name *(Print in Full)* SUPERB MODES INC | State | ZIP code | Date of Statement |
| | Street Address 215 Northern Blvd Great Neck NY 11021 | | | | | 6-30-23 |

### SECTION II - Reassignment by Manufactured Home Dealer or Registered Boat Dealer or Out-of-State Dealer

#### ODOMETER DISCLOSURE STATEMENT

*Note: This vehicle cannot be registered or titled in the name of the new owner unless mileage is disclosed.*
**Federal and State Law require that you state the mileage of the vehicle described on this certificate when transferring ownership. Failure to do so, or providing a false statement, may result in fines and/or imprisonment.**

I certify that, to the best of my knowledge, this odometer reading *(check one)*:
- ☐ 1. reflects the ACTUAL MILEAGE of the vehicle described on the front.
- ☐ 2. EXCEEDS MECHANICAL LIMITS (odometer started over at zero)
- ☐ 3. not the actual mileage. WARNING ODOMETER DISCREPANCY.

**ODOMETER READING**

(no tenths)

**ODOMETER HAS SPACE FOR:** *(Check one)*
- ☐ Five Digits, *excluding tenths*
- ☐ Six Digits, *excluding tenths*

I or we transfer the vehicle, boat or manufactured home described on this certificate. At the time of transfer, this title is subject only to the liens or encumbrances listed on this certificate, if any. I also certify that this is the most recent title issued for this vehicle, boat or manufactured home.
*Note: Section 2113 of the Vehicle and Traffic Law requires that application for a title must be made within 30 days of transfer.*

| | Seller's Signature | City | Seller's Name *(Print in Full)* | State | ZIP code | Date of Statement |
|---|---|---|---|---|---|---|
| **Seller** | | | | | | |
| | Street Address | | | | | |
| **Buyer** | Buyer's Signature | City | Buyer's Name *(Print in Full)* | State | ZIP code | Date of Statement |
| | Street Address | | | | | |

MV-999 (3/21)

M 3667571

Boat Dealer's Facility #

## Release of Collateral

### Definitions

The following terms shall have the meanings indicated, wherever these terms are used in this instrument:

Date Hereof:         The effective date of this instrument, which shall be June 29, 2023.

Debtor:              * JAXWAY FINANCIAL CONSULTING, INC

Secured Party:       Texas Bank and Trust Company
                     300 E. Whaley
                     Longview, Texas 75601

Security Interest:   The security interest created in favor of Secured Party by that certain Security Agreement dated October 17, 2022 executed by and between Debtor and Secured party and pertaining to the Collateral.

Collateral:          **2023 Blk ChevSuburban VIN 1GNSKBKD9PR148675**

### Release

Holder, for good and valuable consideration paid to the Holder, the receipt and sufficiency of which is hereby acknowledged, does hereby release, discharge and terminate the Security Interest against the Collateral.

### Effective Date

This instrument is effective as of the Date Hereof.   This instrument was executed on the date or dates of the acknowledgment or respective acknowledgments set forth below.

**Secured Party:**

Texas Bank and Trust Company

By: _____
   (Signature)

   TYLER FARRER
   _____
   (Printed Name)

# Jaxway Financial Consulting, Inc

1360 Brittany Way
PROSPER, TEXAS 75078
214-615-0661

## POWER OF ATTORNEY FOR A MOTOR VEHICLE

I/We hereby name and appoint, _____, to be my/our

lawful attorney-in-fact, to act for me/us, in applying for an original or duplicate certificate of title, to register, transfer title, or record a lien to the motor vehicle described below, and to print my/our name and sign their name, in my/our behalf. My attorney-in-fact can also do all things necessary to the application or any other related instrument and to bind me/us in as sufficient a manner as I/we myself/ourselves could do, were I/we personally present and signing the same.

With full power of substitution and revocation, I/we hereby ratify and confirm whatever my/our said attorney-in-fact may lawfully do or cause to be done in the virtue hereof

| YEAR | MAKE/MANUFACTURE | BODY TYPE | TITLE NUMBER |
|------|------------------|-----------|--------------|
| 2023 | Chevrolet | SUB | |

VEHICLE VIN NUMBER:

1GNSKBKD9PR148675

UNDER PENALTIES OF PERJURY, I/WE DECLARE THAT I/WE HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

_____        Murray Schwartz_____

Signature of Owner or Grantor              Legally Printed Name of Owner or Grantor

___87-2255567_____

FEID

___1360 Brittany Way_____        Prosper, TEXAS   75078_____

Owners Address                 City      State    Zip

**Jaxway Financial Consulting, Inc**

1360 Brittany Way
PROSPER, TEXAS 75078
214-615-0661

## POWER OF ATTORNEY FOR A MOTOR VEHICLE

I/We hereby name and appoint, _____, to be my/our

lawful attorney-in-fact, to act for me/us, in applying for an original or duplicate certificate of title, to register, transfer title, or record a lien to the motor vehicle described below, and to print my/our name and sign their name, in my/our behalf. My attorney-in-fact can also do all things necessary to the application or any other related instrument and to bind me/us in as sufficient a manner as I/we myself/ourselves could do, were I/we personally present and signing the same.

With full power of substitution and revocation, i/we hereby ratify and confirm whatever my/our said attorney-in-fact may lawfully do or cause to be done in the virtue hereof

| YEAR | MAKE/MANUFACTURE | BODY TYPE | TITLE NUMBER |
|------|------------------|-----------|--------------|
| 2023 | CHEVROLET | SUBN | |

VEHICLE VIN NUMBER:

1GNSKBKD9PR148675

UNDER PENALTIES OF PERJURY, I/WE DECLARE THAT I/WE HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

_____          _____ Murray Schwartz _____

**Signature of Owner or Grantor**          **Legally Printed Name of Owner or Grantor**

_____ 87-2255567 _____

**FEID**

_____ 1360 Brittany Way _____          Prosper, TEXAS   75078 _____

**Owners Address**          City     State     Zip

HOLD TO LIGHT TO VIEW NEW JERSEY WATERMARK

| PREFIX | IDENTIFICATION NUMBER | SUFFIX | YEAR | MAKE | MODEL | BODY TYPE |
|---|---|---|---|---|---|---|
| 3 | 5UXWX 9C50H 0T046 66 | Z | 2017 | BMW | X3 | WAGON |

| TYPE OF TITLE | DUPLICATE NO. | GVWW/WC/LGTH. | COLOR/MTL/HP | DEALER I.D. | AXLES/PROP | FUEL |
|---|---|---|---|---|---|---|
| STANDARD | 7 | | BK | 02600U | 2 | |

| FEE | ISSUE DATE | VIN-REPLACEMENT | MILEAGE | STATUS |
|---|---|---|---|---|
| 10.00 | 06-14-2023 | | 76764 | A |

F-FLOOD        S-SALVAGE
P-POLICE       T-TAXI
L-LEMON LAW
A-ACTUAL MILEAGE
N-NOT THE ACTUAL MILEAGE
M-MILEAGE EXCEEDS THE MECHANICAL LIMITS

OWNER(S)

AUTO LENDER LIQUIDATION CTR
1051 N BLK HORSE PIKE
WILLIAMSTOWN   NJ 08094

NUMBER OF OWNERS:   1

NUMBER OF LIENHOLDERS:

OWNER DL/CC #: 06550 65160 80940

I, CHIEF ADMINISTRATOR OF THE MOTOR VEHICLE COMMISSION, OF THE STATE OF NEW JERSEY, DO HEREBY CERTIFY THAT EVIDENCE OF PURCHASE OF OWNERSHIP, IN COMPLIANCE WITH THE LAWS OF THE STATE OF NEW JERSEY, OF THE DESCRIBED ARTICLE, HAS BEEN RECORDED AND FILED WITH ME, AND I DO HEREBY ISSUE THIS CERTIFICATE OF OWNERSHIP SUBJECT TO SECURITY AGREEMENT OR LIEN, IF ANY AS STATED.

SIGNATURE

CONTROL NUMBER  BM698604

## State of New Jersey
MOTOR VEHICLE COMMISSION

DATE

SECOND LIENHOLDER

DATE

FIRST LIENHOLDER

LIEN RELEASED BY:
SIGNATURE
TITLE          DATE
SECOND RELEASE

LIEN RELEASED BY:
SIGNATURE
TITLE          DATE
FIRST RELEASE

ISM/SS-1 (R9/22)

BM  DA20231651113

ALTERATION OR ERASURE VOIDS THIS TITLE.        KEEP IN SAFE PLACE

VOID IF ALTERED



---

↑ FOLD AND TEAR AT PERFORATION ↑

THIS IS A RECEIPT DOCUMENT ONLY
VIN:  3 5UXWX9C50H0T04666  Z  MILEAGE: 76764 A DUP:    STATUS:
BMW   2017  WAGON   X3      BK     7  AXLE:2    DEALER ID:02600U
06550 65160 80940                   TITLE I  :       10.00
AUTO LENDER LIQUIDATION CTR         SALES TAX :
1051 N BLK HORSE PIKE               LFIS     :        0.00
WILLIAMSTOWN   NJ 08094             TOTAL (K) :       10.00
BM DA20231651113      10.00 I STANDARD



NJ SALES TAX SATISFIED **NJ**

**NOTE:** **FEDERAL LAW requires that you state the mileage upon transfer.** Failure to complete this disclosure or providing false information may result in fines and/or imprisonment.

MV Ident. No. 02600U

Purchase Price $

Net Sales Amt. $

We state that the odometer now reads   76 764   (do not show tenths of a mile)   Sales Tax Paid $   that reflects the actual mileage of the vehicle described on the reverse side of this Certificate of Ownership, unless one of the following statements is checked.   Date   6-30-23

—(1) I/We hereby certify that to the best of my/our knowledge the odometer has exceeded its mechanical limits and the reading started again at zero.

—(2) **WARNING - ODOMETER DISCREPANCY -** I/We hereby certify that the odometer reading is not the actual mileage and should not be relied upon for accuracy.

Dealer's Signature X _Mary J. Boston_

**NOTE:** New Jersey statute provides that anyone who knowingly or willfully misrepresents the description of a vehicle or makes any false statement in any title papers; forges, changes or counterfeits a part of title papers; or uses title papers on or for the wrong motor vehicle is guilty of a misdemeanor.

We hereby assign this Certificate of Ownership of the vehicle described subject to the following liens or encumbrances, if any, and none other. I/We certify the accuracy of sale price, the mileage specified above, and that I/we am/are the owner(s) of the vehicle described on this Certificate of Ownership.

| | | |
|---|---|---|
| **Buyer's Name** (Print) SUPERB MOTORS INC | Driver Lic. # | |
| **Buyer's Address** 215 NORTHERN BLVD | Corpcode # | |
| GREAT NECK NY 11021 | Sales Tax Exemption # | |
| **Co-Buyer's Name** (Print) | Driver Lic. # | |
| **Co-Buyer's Address** | Corpcode # | |
| | | |
| **Lienholder's Name** (Print) | Driver Lic. # | |
| **Lienholder's Address** | Corpcode # | |
| **Seller's Name** (Print) AUTO LENDER'S LIQUIDATION CTR INC. | Date of Sale 6-30-23 | |
| **Seller's Address** 1051 N. BLK HORSE PK | Sale Price $ | |
| WILLIAMSTOWN, NJ 08094 | Net Sale $ | |
| | Sales Tax Paid $ | |

**SELLER SIGN HERE**

Seller's Name (Hand Print) **Mary J. Boston**

Seller's Signature X _Mary J. Boston_

Auction Name _____

Auction Location _____

Co-Seller's Name (Hand Print) _____

Co-Seller's Signature X _____

Date of Odometer Statement 6-30-23

MVC Auction ID _____

**STATEMENT OF BUYER**

WE, the undersigned, hereby certify that the motor vehicle described on the reverse side of this Certificate of Ownership was purchased by me/us and I/We have compared the vehicle identification number shown on this certificate with that of the motor vehicle purchased and found that they agree in every particular.

NOTE: N.J.S.A. 39:10-11 requires that this certificate after assignment be presented to the MOTOR VEHICLE COMMISSION within ten days. Failure to do so will result in a penalty of $25 which will be in addition to the filing fee for a new Certificate of Ownership.

**BUYER SIGN HERE**

Buyer's Name (Hand Print) Yvonne McCoy

Buyer's Signature X _____

Co-Buyer's Name (Hand Print) _____

Co-Buyer's Signature X _____

ALTERATIONS OR ERASURES WILL VOID THIS CERTIFICATE

BM698604

## CUSTOMER COPY

KEEP THIS COPY IN A SAFE PLACE, SEPARATE FROM THE TITLE,

SHOULD YOU REQUIRE THE INFORMATION THAT IS AVAILABLE ON

THIS FORM FOR FUTURE REFERENCE.

Case 2:23-cv-06188-JMW Document 38-10 Filed 09/13/23 Page 166 of 188 PageID #: 1259

# CERTIFICATE OF TITLE

54533

| PREFIX | IDENTIFICATION NUMBER | | SUFFIX | YEAR | MAKE | MODEL | BODY TYPE |
|---|---|---|---|---|---|---|---|
| | 1FATP 8UH1K 51522 | 60 | Z | 2019 | FOR | MUS | CON. |

| TYPE OF TITLE | DUPLICATE NO. | GVW/WC/LGTH. | COLOR/MTU/HP | DEALER I.D. | AXLES/PROP | FUEL |
|---|---|---|---|---|---|---|
| STANDARD | | 8 | OG | 06854U | 2 | |

| FEE | ISSUE DATE | VIN-REPLACEMENT | | MILEAGE | STATUS |
|---|---|---|---|---|---|
| 10.00 | 06-21-2023 | | | 45533 | A |

OWNER(S)

ALGO LLC
122 CROSS KEYS RD
BERLIN          NJ 08009

F-FLOOD    S-SALVAGE
P-POLICE   T-TAXI
L-LEMON LAW
A-ACTUAL MILEAGE
N-NOT THE ACTUAL MILEAGE
M-MILEAGE EXCEEDS THE MECHANICAL LIMITS

NUMBER OF OWNERS:  1

NUMBER OF LIENHOLDERS

OWNER DL/CC #:03451 90000 80090

I, CHIEF ADMINISTRATOR OF THE MOTOR VEHICLE COMMISSION, OF THE STATE OF NEW JERSEY, DO HEREBY CERTIFY THAT EVIDENCE OF PURCHASE OF OWNERSHIP, IN COMPLIANCE WITH THE LAWS OF THE STATE OF NEW JERSEY, OF THE DESCRIBED ARTICLE, HAS BEEN RECORDED AND FILED WITH ME, AND I DO HEREBY ISSUE THIS CERTIFICATE OF OWNERSHIP SUBJECT TO SECURITY AGREEMENT OR LIEN, IF ANY AS STATED.

SIGNATURE

CONTROL NUMBER  BM705828

## State of New Jersey
MOTOR VEHICLE COMMISSION

DATE

LIEN RELEASED BY:
SIGNATURE

TITLE          DATE

LIEN RELEASED BY:
SIGNATURE

TITLE          DATE

ISM/SS-1 (R9/22)

DS  DA20231721115

**ALTERATION OR ERASURE VOIDS THIS TITLE.**     **KEEP IN SAFE PLACE**

**VOID IF ALTERED**

↑ FOLD AND TEAR AT PERFORATION ↑

THIS IS A RECEIPT DOCUMENT ONLY
VIN:    1FATP8UH1K5152260   Z   MILEAGE: 45533 A DUP:         STATUS:
FOR   2019  CON.   MUS       OG   8   AXLE:2      DEALER ID:06854U
03451 90000 80090                      TITLE I  :      10.00
ALGO LLC                               SALES TAX :
122 CROSS KEYS RD                      LFIS      :       0.00
BERLIN          NJ 08009               TOTAL (K) :      10.00
DS DA20231721115      10.00 I STANDARD



**ODOMETER DISCLOSURE STATEMENT AND STATEMENT OF SELLER**

NJ SALES TAX SATISFIED

NJ

**NOTE:** **FEDERAL LAW requires that you state the mileage upon transfer of ownership. Failure to complete this disclosure or providing false information may result in fines and/or imprisonment.**

PURCHASE PRICE $ _____

*PLEASE RUB TO VERIFY*

I/We state that the odometer now reads ☐ 45539 (do not show tenths) NOT a mile and to the best of my/our knowledge that reflects the actual mileage of the vehicle described on the reverse side of this Certificate of Ownership, unless one of the following statements is checked:

— (1) I/We hereby certify that to the best of my/our knowledge the odometer has exceeded its mechanical limits and the reading started again at zero.

— (2) WARNING - ODOMETER DISCREPANCY - I/We hereby certify that the odometer reading is NOT the actual mileage, and should not be relied upon for accuracy.

**NOTE:** New Jersey statute provides that anyone who knowingly or willfully misrepresents a description of a vehicle or makes a false statement in any title papers; forges, changes or counterfeits a part of title papers; or uses title papers on or for the wrong motor vehicle is guilty of a misdemeanor.

I/We hereby assign this Certificate of Ownership of the vehicle described subject to the following liens or encumbrances, if any, and none other. I/We certify the accuracy of sale price, the mileage specified above, and that I/we am/are the owner(s) of the vehicle described on this Certificate of Ownership.

**Buyer's Name** (Print)  *Superb Motors Inc*
**Buyer's Address**  *215 Northern Blvd*
*Great Neck NY 11021*

Driver Lic. # _____
Corpcode # _____
Sales Tax Exemption # _____

**Co-Buyer's Name** (Print) _____
**Co-Buyer's Address** _____

Driver Lic. # _____
Corpcode # _____

**Lienholder's Name** (Print) _____
**Lienholder's Address** _____

Driver Lic. # _____
Corpcode # _____

**Seller's Name** (Print)  ALGO LLC
**Seller's Address**  122 Cross Keys Rd
Berlin NJ 08009

Date of Sale  *6-30-23*
Sale Price $ _____
Net Sale $ _____
Sales Tax Paid $ _____

**SELLER SIGN HERE**

Seller's Name (Hand Print)  *Katherine Wright*
Seller's Signature X _____

Co-Seller's Name (Hand Print) _____
Co-Seller's Signature X _____
Date of Odometer Statement  *6-30-23*

Auction Name _____
Auction Location _____

MVC Auction ID _____

**STATEMENT OF BUYER**

I/WE, the undersigned, hereby certify that the motor vehicle described on the reverse side of this Certificate of Ownership was purchased by me/us and I/We have compared the vehicle identification number shown on this certificate with that of the motor vehicle purchased and found that they agree in every particular.

NOTE: N.J.S.A. 39:10-11 requires that this certificate after assignment be presented to the MOTOR VEHICLE COMMISSION within ten days. Failure to do so will result in a penalty of $25 which will be in addition to the filing fee for a new Certificate of Ownership.

**BUYER SIGN HERE**

Buyer's Name (Hand Print)  *Yvonne McCoy*
Buyer's Signature X _____

Co-Buyer's Name (Hand Print) _____
Co-Buyer's Signature X _____

ALTERATIONS OR ERASURES WILL VOID THIS CERTIFICATE

BM705828

## CUSTOMER COPY

### KEEP THIS COPY IN A SAFE PLACE, SEPARATE FROM THE TITLE,

### SHOULD YOU REQUIRE THE INFORMATION THAT IS AVAILABLE ON

### THIS FORM FOR FUTURE REFERENCE.

**BY LICENSED NEW JERSEY MOTOR VEHICLE DEALER**

(This form must be accompanied by a properly assigned title.)

FEE: $10.00   The undersigned does hereby sell, assign or transfer unto

TT1635768

**Buyer's Name** (Print)   SUPERB MOTORS INC

Buyer's Address (Print)   215 Northern Blvd Great Neck NY 11021

Buyer's Driver's License, Corpcode Number

Co-Buyer's Name (Print)

Co-Buyer's Driver's License, Corpcode Number

Co-Buyer's Address (Print)

the following described vehicle,   Make ME/BE   Model GT6   Year 2019

Vehicle Type 4DR   Vehicle Identification Number WDD7X8KB7KA001866

and warrants title to the said motor vehicle and certifies that same is subject to the following security agreement or lien:

**Lienholder's Name** (Print)

Lienholder's Driver's License, Corpcode Number

Lienholder's Address (Print)

Date of Sale

**ODOMETER - DEALER'S STATEMENT**

NOTE: FEDERAL LAW requires that you state the mileage upon transfer of ownership. Failure to complete this disclosure or providing false information may result in fines and/or imprisonment.

I/We state that the odometer now reads ___64582___ (do not show tenths of a mile) and to the best of my/our knowledge that reflects the actual mileage of the vehicle described on the attached certificate of ownership, unless one of the following statements is checked:

___ (1) I/We hereby certify that to the best of my/our knowledge the odometer has exceeded its mechanical limits and the reading started again at zero.

___ (2) WARNING-ODOMETER DISCREPANCY-I/We hereby certify that the odometer reading is NOT the actual mileage, and should not be relied upon for accuracy.

NOTE: New Jersey law provides that anyone who knowingly or willfully misrepresents the description of a vehicle or makes a false statement in any title papers, forges, changes or counterfeits a part of title papers, or uses title papers on or for the wrong motor vehicle is guilty of a misdemeanor.

Sale Price _____ Net Sale _____ Sales Tax Collected _____ Exemption X9 Date of Sale 7/17/23

077164

**Dealer's Signature**   Dealer's ID Number

Dealer's Name (Hand Print) Yvonne McCoy   Dealership Name Team Auto Sales LLC

Dealer's Address (Print) 4360 US RT 9 Freehold NJ 07728

Auction Name / Location

MVC Auction ID

**STATEMENT OF BUYER**

I/We, the undersigned, hereby certify that the motor vehicle described above was purchased by me/us and I/we have compared the vehicle identification number shown on this certificate with that of the motor vehicle purchased and found that they agree in every particular.

BUYER NOTE: Any purchaser other than a N.J. licensed dealer is required to present these documents after assignment to the N.J. Motor Vehicle Commission within 10 days. Failure to do so will result in a penalty of $25.00 which will be in addition to the filing fee for a new certificate of ownership.

Buyer's Signature X

Co-Buyer's Signature X

Buyer's Name (Hand Print) Kendra Kernizant   Co-Buyer's Name (Hand Print)

ISM/SS-344 (R5/18)   ALTERATIONS OR ERASURES WILL VOID THIS CERTIFICATE ● AFFIX SALES TAX STAMP ON REVERSE SIDE.

**STATE OF NEW JERSEY MOTOR VEHICLE COMMISSION**

N.J. SALES TAX SATISFIED

M.V. Ident No.   07716u

Purchase Price $

Net Sales Amt. $

Sales Tax Paid $       Ex. Code X9

Date   7-17-23

Dealer's Signature

# CERTIFICATE OF TITLE

SU1324

| PREFIX | IDENTIFICATION NUMBER | SUFFIX | YEAR | MAKE | MODEL | BODY TYPE |
|--------|----------------------|--------|------|------|-------|-----------|
| WDD7X | 8KB7K A0018 66 | Z | 2019 | M B | GT6 | 4 DR. |

| TYPE OF TITLE | DUPLICATE NO. | GVWW/WC/LGTH | COLOR/MTL/HP | DEALER ID | AXLES/PROP | FUEL |
|---------------|---------------|--------------|--------------|-----------|------------|------|
| REPLACEMENT | | 8 | WT | | 2 | |

| FEE | ISSUE DATE | VIN-REPLACEMENT | MILEAGE | STATUS |
|-----|-----------|-----------------|---------|--------|
| 60.00 | 07-12-2023 | | 64014 | A |

OWNER(S)

21ST CENTURY AUTO GROUP INC
305 ROUTE 22 EAST
SPRINGFIELD    NJ 07081

F=FLOOD          S=SALVAGE
P=POLICE         T=TAXI
L=LEMON LAW
A=ACTUAL MILEAGE
N=NOT THE ACTUAL MILEAGE
M=MILEAGE EXCEEDS THE MECHANICAL LIMITS

NUMBER OF OWNERS    1

NUMBER OF LIENHOLDERS

OWNER LL/CC #:99317 00650 70810

I, CHIEF ADMINISTRATOR OF THE MOTOR VEHICLE COMMISSION, OF THE STATE OF NEW JERSEY, DO HEREBY CERTIFY THAT EVIDENCE OF PURCHASE OR OWNERSHIP, IN COMPLIANCE WITH THE LAWS OF THE STATE OF NEW JERSEY, OF THE DESCRIBED ARTICLE, HAS BEEN RECORDED AND FILED WITH ME. AND I DO HEREBY ISSUE THIS CERTIFICATE OF OWNERSHIP SUBJECT TO SECURITY AGREEMENT OR LIEN, IF ANY AS STATED.

SIGNATURE

CONTROL NUMBER  **BM723862**

## State of New Jersey
MOTOR VEHICLE COMMISSION

DATE

SECOND LIENHOLDER    DATE

FIRST LIENHOLDER    DATE

LIEN RELEASED BY
SIGNATURE
TITLE          DATE

LIEN RELEASED BY:
SIGNATURE
TITLE          DATE

ISM/SS-1 (R9/22)

BW   SV20231930158

**ALTERATION OR ERASURE VOIDS THIS TITLE.**          KEEP IN SAFE PLACE

## VOID IF ALTERED

↑ FOLD AND TEAR AT PERFORATION ↑

### THIS IS A RECEIPT DOCUMENT ONLY

VIN:    WDD7X8KB7KA001866    Z    MILEAGE: 64014 A DUP:        STATUS:
M B   2019  4 DR.    GT6      WT    8    AXLE:2
99317 00650 70810
21ST CENTURY AUTO GROUP INC            TITLE R  :        60.00
305 ROUTE 22 EAST                      SALES TAX :
SPRINGFIELD     NJ 07081               LFIS      :         0.00
BW SV20231930158    60.00 R REPLACEMENT     TOTAL (K) :        60.00



**ODOMETER DISCLOSURE STATEMENT - STATE SELLER**

**NJ**

*PLEASE RUB TO VERIFY*

**NOTE:** **FEDERAL LAW requires that you state the mileage upon transfer of ownership. Failure to complete this disclosure or providing false information may result in fines and/or imprisonment.**

I/We state that the odometer now reads **64014** (do not show tenths of a mile) and to the best of my/our knowledge that reflects the actual mileage of the vehicle described on the reverse side of this Certificate of Ownership, unless one of the following statements is checked:

—— (1) I/We hereby certify that to the best of my/our knowledge the odometer has exceeded its mechanical limits and the reading started again at zero.

—— (2) WARNING - ODOMETER DISCREPANCY - I/We hereby certify that the odometer reading is NOT the actual mileage, and should not be relied upon for accuracy.

**NOTE:** New Jersey statute provides that anyone who knowingly or willfully misrepresents the description of a vehicle or makes a false statement in any title papers; forges, changes or counterfeits a part of title papers; or uses title papers on or for the wrong motor vehicle is guilty of a misdemeanor.

I/We hereby assign this Certificate of Ownership of the vehicle described subject to the following liens or encumbrances, if any, and none other. I/We certify the accuracy of sale price, the mileage specified above, and that I/we am/are the owner(s) of the vehicle described on this Certificate of Ownership.

**Buyer's Name** (Print) **Crofton Auto Brokers**
**Buyer's Address** **5 Park Pl #519**
**ANNAPOLIS MD 21401**

**Co-Buyer's Name** (Print)
**Co-Buyer's Address**

**Lienholder's Name** (Print)
**Lienholder's Address**
**Seller's Name** (Print) **21st Century Auto Group**
**Seller's Address** **306 Rt 22 East**
**Springfield, NJ 07081**

Driver Lic. #
Corpcode #
Sales Tax Exemption #

Driver Lic. #
Corpcode #

Driver Lic. # **N.J. SALES TAX SATISFIED**
Corpcode # M.V. IDENT. NO. 03740U
Date Net Sales Price $ **7-12-23**
Sale Net Sales Amt. $
Sale Date Ex. Code **9**
Net Sale Seller's Signature
Sales Tax Paid $

**SELLER SIGN HERE**

Seller's Name (Hand Print)
Seller's Signature X

**21ST CENTURY AUTO GROUP** Seller's Name (Hand Print)
Co-Seller's Signature X
Date of Odometer Statement **7-12-23**
MVC Auction ID

Auction Name
Auction Location

**STATEMENT OF BUYER**

WE, the undersigned, hereby certify that the motor vehicle described on the reverse side of this Certificate of Ownership was purchased by me/us and I/We have compared the vehicle identification number shown on this certificate with that of the motor vehicle purchased and found that they agree in every particular.

NOTE: N.J.S.A. 39:10-11 requires that this certificate after assignment be presented to the MOTOR VEHICLE COMMISSION within ten days. Failure to do so will result in a penalty of $25 which will be in addition to the filing fee for a new Certificate of Ownership.

**BUYER SIGN HERE**

Buyer's Name (Hand Print) **MICHAEL DUNNE**
Buyer's Signature X

Co-Buyer's Name (Hand Print)
Co-Buyer's Signature X

ALTERATIONS OR ERASURES WILL VOID THIS CERTIFICATE

BM723862

## CUSTOMER COPY

**KEEP THIS COPY IN A SAFE PLACE, SEPARATE FROM THE TITLE,**

**SHOULD YOU REQUIRE THE INFORMATION THAT IS AVAILABLE ON**

**THIS FORM FOR FUTURE REFERENCE.**

Federal and State law requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

| THIS DOCUMENT IS VOID IF ANY INFORMATION ENTERED HEREON HAS BEEN ERASED OR ALTERED BY ANY MEANS. UNAUTHORIZED PRINTING OR REPRODUCTION OF THIS DOCUMENT IS STRICTLY PROHIBITED. | DEALER'S BILL OF SALE AND/OR RE-ASSIGNMENT FOR NEW AND USED VEHICLES | THIS FORM IS TO BE USED BY LICENSED DEALER FOR THE PURPOSE OF RE-ASSIGNMENT OF A VEHICLE. THE PROPERLY ASSIGNED OWNERSHIP DOCUMENTS MUST ACCOMPANY THIS FORM. |

CONTROL NO. 8165591

**SEE REVERSE SIDE FOR IMPORTANT INSTRUCTIONS**
**DESCRIPTION OF VEHICLE  (Certificate of ownership, properly assigned, must accompany this form)**

## ASSIGNMENT

| VEHICLE IDENTIFICATION NO. | YEAR | MAKE | BODY STYLE | MODEL | ATTACHED TITLE NO. | STATE |
|---|---|---|---|---|---|---|
| WDD7X8KB7KA001066 | 2019 | MERCEDES | | GT63 | SV202330158 | NJ |

The undersigned hereby certifies that the vehicle described in this title has been transferred to the following.   Date Of Sale  7-17-23

Name(s) of Buyer(s)  Glam Auto Sales LLC

Address of Buyer(s)  4300 US Hwy 9 Freehold NJ 07728

(STREET ADDRESS)      (CITY OR TOWN)      (COUNTY)      (STATE)      (ZIP CODE)

SIGNATURE OF BUYER(S) _____   SIGNATURE OF CO-BUYER(S) _____

PRINTED NAME OF BUYER(S)  Ivana Massey   PRINTED NAME OF CO-BUYER(S)

"I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

ODOMETER READING  69,382  (no tenths)  ☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage.  **WARNING — ODOMETER DISCREPANCY**

SIGNATURE OF AUTHORIZED AGENT _____   DEALER'S NO.  WS10001409

PRINTED NAME OF AUTHORIZED AGENT  MICHAEL DUNNE

PRINTED NAME OF DEALERSHIP  CROFTON AUTO BROKERS

NAME OF SECURED PARTY _____

ADDRESS OF SECURED PARTY _____   AMOUNT OF LIEN _____   DATE OF LIEN _____

| CERTIFIED SELLING PRICE | RESALE |
| TRADE IN ALLOWANCE | |
| TAXABLE PRICE | |
| GROSS TAX COLLECTED | |
| 0.6% FEE COLLECTED | NET TAX REMITTED |

☐ Sold for dismantling or rebuilding.  VIN of Trade-in _____   State _____

## ASSIGNMENT

The undersigned hereby certifies that the vehicle described in this title has been transferred to the following.   Date Of Sale _____

Name(s) of Buyer(s) _____

Address of Buyer(s) _____

(STREET ADDRESS)      (CITY OR TOWN)      (COUNTY)      (STATE)      (ZIP CODE)

SIGNATURE OF BUYER(S) _____   SIGNATURE OF CO-BUYER(S) _____

PRINTED NAME OF BUYER(S) _____   PRINTED NAME OF CO-BUYER(S) _____

"I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

ODOMETER READING _____  (no tenths)  ☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage.  **WARNING — ODOMETER DISCREPANCY**

SIGNATURE OF AUTHORIZED AGENT _____   DEALER'S NO. _____

PRINTED NAME OF AUTHORIZED AGENT _____

PRINTED NAME OF DEALERSHIP _____

NAME OF SECURED PARTY _____

ADDRESS OF SECURED PARTY _____   AMOUNT OF LIEN _____   DATE OF LIEN _____

| CERTIFIED SELLING PRICE | |
| TRADE IN ALLOWANCE | |
| TAXABLE PRICE | |
| GROSS TAX COLLECTED | |
| 0.6% FEE COLLECTED | NET TAX REMITTED |

☐ Sold for dismantling or rebuilding.  VIN of Trade-in _____   State _____

## ASSIGNMENT

The undersigned hereby certifies that the vehicle described in this title has been transferred to the following.   Date Of Sale _____

Name(s) of Buyer(s) _____

Address of Buyer(s) _____

(STREET ADDRESS)      (CITY OR TOWN)      (COUNTY)      (STATE)      (ZIP CODE)

SIGNATURE OF BUYER(S) _____   SIGNATURE OF CO-BUYER(S) _____

PRINTED NAME OF BUYER(S) _____   PRINTED NAME OF CO-BUYER(S) _____

"I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

ODOMETER READING _____  (no tenths)  ☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage.  **WARNING — ODOMETER DISCREPANCY**

SIGNATURE OF AUTHORIZED AGENT _____   DEALER'S NO. _____

PRINTED NAME OF AUTHORIZED AGENT _____

PRINTED NAME OF DEALERSHIP _____

NAME OF SECURED PARTY _____

ADDRESS OF SECURED PARTY _____   AMOUNT OF LIEN _____   DATE OF LIEN _____

| CERTIFIED SELLING PRICE | |
| TRADE IN ALLOWANCE | |
| TAXABLE PRICE | |
| GROSS TAX COLLECTED | |
| 0.3% FEE COLLECTED | NET TAX REMITTED |

☐ Sold for dismantling or rebuilding.  VIN of Trade-in _____   State _____

STATE OF MARYLAND FORM VR-182 (07/11)

**Exceptions to odometer disclosure requirements:**  The following is a list of exceptions from the odometer disclosure requirement:

1)     Dealer transfers prior to the first sale.

2)     Vehicles with GVWR above 16,000 pounds.

3)     Vehicles not self-propelled.

4)     Government vehicles.

5)     Vehicles 10 years old or older.

**Five year statement retention required:**  The new regulations require dealers to retain the odometer disclosure statements for five years and you must have a retrieval system in place.

SM1326

OH ... OH

## STATE OF OHIO

**ORIGINAL**

| | |
|---|---|
| **ISSUING COUNTY** | CUYAHOGA |
| **ISSUING TITLE OFFICE #** | 1802 |
| **RESIDENT COUNTY** | SUMMIT |

**TITLE No.** 18 1440 0714

**ISSUE DATE** 06/24/2023

| | |
|---|---|
| **IDENTIFICATION NUMBER** | **2C3CDXHG1MH505823** |
| **YEAR** | 2021 |
| **MAKE** | DODG |
| **MAKE DESCRIPTION** | DODGE |
| **CONVERSION** | |
| **MILEAGE** | **45,103** |
| **BODY TYPE** | 4D |
| **MODEL DESCRIPTION** | CHARGER |
| **EVIDENCE** | CAN-REGISTRATION |
| **MILEAGE NOTATION** | **ACTUAL** |
| **COMMENTS** | REGISTRATION |
| **PURCHASE PRICE** | $0.00 |
| **TAX** | $0.00 |
| **NOTATION(S)** | |

**OWNER(S)**
**STE MARIE AUTOMOBILES LTEE**

**846 N CLEVELAND MASSILLON RD**
**BATH, OH 44333**

**PREVIOUS OWNER(S)**
STE MARIE AUTOMOBILES LTEE

**540 RUE NOTRE DAME**
SAINT REMI, QC, CAN J0L2L0



WITNESS MY HAND AND OFFICIAL SEAL THIS 24TH DAY OF JUNE, 2023

%222943750

%222943750

MICHAEL CHAMBERS
FISCAL OFFICER                    G

EMP
EMP

**ERASURES AND ALTERATIONS VOID THIS TITLE**
**ERASURES AND ALTERATIONS VOID THIS TITLE**
**TITLE DOCUMENT CONTAINS OHIO WATERMARK WHICH IS VISIBLE WHEN HELD TO LIGHT**

BMV 3800 1/19 [760-1503]



**ERASURES AND ALTERATIONS VOID THIS TITLE ASSIGNMENT** (Type or print in ink)

**ASSIGNMENT OF OWNERSHIP** — This vehicle was a (if applicable): ☐ Law Enforcement Vehicle ☐ Flood Vehicle ☐ Taxi

**WARNING TO TRANSFEROR AND TRANSFEREE (SELLER AND BUYER):** You are required by law to state the true selling price. A false statement is in violation of section 2921.13 of the Revised Code and is punishable by six months' imprisonment or a fine of up to one thousand dollars, or both. All transfers are audited by the department of taxation. The seller and buyer must provide any information requested by the department of taxation. The buyer may be assessed any additional tax found to be due.

Buyer(s) Printed Name(s) _Superb Motors Inc._

Buyer(s) Printed Address _215 Northern Blvd., Great Neck, NY 11021_

I (we) certify the vehicle/watercraft/outboard motor described in this title was transferred on _7_ / _14_ / _23_ for the price of $ _____ to the above listed buyer(s).

**ODOMETER CERTIFICATION:** Federal and state laws require that you state the mileage in connection with transfer of ownership. Failure to complete or providing false information may result in fines and imprisonment.

**Odometer Reading:**

| 4 | 5 | 1 | 0 | 4 | Miles (no tenths) |

Thousands

Seller is a minor ☐ Yes ☒ No   If yes, BMV 3751 Form required

I (we) warrant the title to be free of all liens.

I (we) hereby certify that to the best of my (our) knowledge:
Check one (Mileage status information will print on the front of the title)

☒ The odometer reading reflects the actual mileage
☐ The odometer reading is in EXCESS of the mechanical limits
☐ The odometer reading is not the actual mileage (e.g., Broken odometer) - WARNING-ODOMETER DISCREPANCY
☐ Exempt from mileage disclosure (e.g., APV, Repossession, Inheritance)

Seller's Printed Name  **Shirley Bechtel**

X _S. Bechtel_
Seller's Signature (Must sign in front of Notary/Authorized Officer)

X _____
Additional Seller's Printed Name (if applicable)

X _____
Additional Seller's Signature (if applicable) (Must sign in front of Notary/Authorized Officer)

Seller's Printed Street Address   846 N. Cleveland Massillon Rd
Bath, OH 44333

**Note** All applicable blank spaces above must be completed before acknowledgement by notary

State _7_   Zip _23_

Sworn to and subscribed in my presence this _20_ day of _7_, 20 _23_,

Commonwealth of Pennsylvania - Notary Seal
Sharon E. Tedys, Notary Public
Butler County
My commission expires January 29, 2027
Commission number 1255570
Member, Pennsylvania Association of Notaries

in _____ County, State of _____.

X _Sharon E. Tedys_
Signature of Notary Public or other Authorized Officer by law

My commission expires _____

**BUYER'S ACKNOWLEDGEMENT OF ABOVE ODOMETER CERTIFICATION**

Buyer's Printed Name  _Yvonne McCoy_

X _Yvonne M_
Buyer's Signature

Co-Buyer's Printed Name (if applicable)

X _____
Co-Buyer's Signature (if applicable)

**APPLICATION FOR CERTIFICATE OF TITLE** (Type or print in ink.)

Check Type of Application(s): ☐ Motor Vehicle ☐ Memorandum ☐ Watercraft ☐ Outboard Motor ☐ Salvage

Applicant's Printed Name _____ SSN/EIN _____

Co-Applicant's Printed Name (if applicable) _____ SSN/EIN _____

Applicant's Printed Address _____
Street   City   State   Zip   County

Purchase Price $ _____ Gross Tax Due $ _____ Vendor's Discount $ _____ Tax Paid $ _____

If Tax Exempt, state reason _____ Dealer Permit # _____ Vendor # _____ Trade in $ _____

**LIEN INFORMATION:** If no lien, state "none." If more than one lien, attach statement of all additional liens.

Lienholder _____ E-Lien # _____

Lienholder Address _____

Condition of vehicle/watercraft/outboard motor (check only one) ☐ Good ☐ Fair ☐ Poor ☐ Wrecked   Print Title ☐ Yes ☐ No

With Right of Survivorship ☐ Yes ☐ No   Transfer on Death ☐ Yes ☐ No   If yes, BMV 3811 Form required

Applicant is a minor ☐ Yes ☐ No   If yes, provide Date of Birth ___/___/___ and BMV 3751 Form required

I (we) state that all information contained in this application is true and correct.

X _____
Applicant's Signature (Must sign in front of Notary/Authorized Officer)

X _____
Co-Applicant's Signature (if applicable) (Must sign in front of Notary/Authorized Officer)

**Note** All applicable blank spaces above must be completed before acknowledgement by notary

Sworn to and subscribed in my presence this _____ day of _____, 20 _____,

in _____ County, State of _____.

X _____
Signature of Notary Public or other Authorized Officer by law

My commission expires _____

Seal

**LATE FEE OF $5.00 FOR FAILURE TO APPLY FOR TITLE WITHIN 30 DAYS OF ASSIGNMENT.**

ERASURES AND ALTERATIONS VOID THIS TITLE
ERASURES AND ALTERATIONS VOID THIS TITLE

**ISSUING COUNTY** CUYAHOGA
**ISSUING TITLE OFFICE #** 1802
**RESIDENT COUNTY** SUMMIT

# STATE OF OHIO

**ORIGINAL**

**TITLE No.** 18 1440 5754

**ISSUE DATE** 06/29/2023

**IDENTIFICATION NUMBER**
**2C3CDXHG6MH531592**

**YEAR**
**2021**

**MAKE**
**DODG**

**MAKE DESCRIPTION**
DODGE

**CONVERSION**

**MILEAGE**
**45,128**

**BODY TYPE**
4D

**MODEL DESCRIPTION**
CHARGER

**EVIDENCE**
CAN-REGISTRATION

**MILEAGE NOTATION**
**ACTUAL**

**COMMENTS**
REGISTRATION

**PURCHASE PRICE**
$0.00

**TAX**
$0.00

**NOTATION(S)**

**OWNER(S)**
**STE-MARIE AUTOMOBILE LTEE**

**846 N CLEVELAND-MASSILLON RD**
**BATH, OH** 44333

**PREVIOUS OWNER(S)**
STE-MARIE AUTOMOBILE LTEE

540 RUE NOTRE-DAME
SAINT-REMI , QC, CAN J0L2L0

WITNESS MY HAND AND OFFICIAL SEAL THIS 29TH DAY OF JUNE, 2023

%222932458

%222932458



*Michael Chambers*

MICHAEL CHAMBERS
FISCAL OFFICER

BCA
G BCA

TITLE DOCUMENT CONTAINS OHIO WATERMARK WHICH IS VISIBLE WHEN HELD TO LIGHT
BMV 3800 1/19 [760-1503]

ERASURES AND ALTERATIONS VOID THIS TITLE

ASSIGNMENT OF OWNERSHIP. This vehicle was a (if applicable): ☐ Law Enforcement Vehicle ☐ Flood Vehicle ☐ Taxi

**WARNING TO TRANSFEROR AND TRANSFEREE (SELLER AND BUYER):** You are required by law to state the true selling price. A false statement is in violation of section 2921.13 of the Revised Code and is punishable by six months' imprisonment or a fine of up to one thousand dollars, or both. All transfers are audited by the department of taxation. The seller and buyer must provide any information requested by the department of taxation. The buyer may be assessed any additional tax found to be due.

Buyer(s) Printed Name _Superb Motors Inc._

Buyer(s) Printed Address _215 Northern Blvd., Great Neck, NY 11021_

I (we) certify the vehicle/watercraft/outboard motor described in this title was transferred on _7 , 14 , 23_ for the price of $_____ to the above listed buyer(s).

**ODOMETER CERTIFICATION:** Federal and state laws require that you state the mileage in connection with transfer of ownership. Failure to complete or providing false information may result in fines and imprisonment.

Odometer Reading:

| 4 | 5 | , | 1 | 3 | 0 |

Thousands — Miles (no tenths)

Seller is a minor ☐ Yes ☐ No   If yes, BMV 3751 Form required

I (we) warrant the title to be free of all liens.

I (we) hereby certify that to the best of my (our) knowledge:
Check one (Mileage status information will print on the front of the title)

☑ The odometer reading reflects the actual mileage
☐ The odometer reading is in EXCESS of the mechanical limits
☐ The odometer reading is not the actual mileage (e.g., Broken odometer) - WARNING-ODOMETER DISCREPANCY
☐ Exempt from mileage disclosure (e.g., APV, Repossession, Inheritance)

**Shirley Bechtel**

Seller's Printed Name

x _Sy Bechtel_
Seller's Signature **(Must sign in front of Notary/Authorized Officer)**

x _____
Additional Seller's Printed Name (if applicable)      Additional Seller's Signature (if applicable) **(Must sign in front of Notary/Authorized Officer)**

846 N. Cleveland Massillon Rd
Bath, OH 44333

Seller's Printed Street Address                    City                        State            Zip
**Note** All applicable blank spaces above must be completed before

Commonwealth of Pennsylvania - Notary Seal
Sharon E. Tedys, Notary Public
Butler County
My commission expires January 29, 2027
Commission number 1255570
Member, Pennsylvania Association of Notaries

Sworn to and subscribed in my presence this _20_ day of _7_ , 20 _23_

in _____ County, State of _____

x _Sharon E. Tedys_
Signature of Notary Public or other Authorized Officer by law          My commission expires

**BUYER'S ACKNOWLEDGEMENT OF ABOVE ODOMETER CERTIFICATION**

_Yvonne McCoy_
Buyer's Printed Name

x _Yvonne McCoy_
Buyer's Signature

_____
Co-Buyer's Printed Name (if applicable)

x _____
Co-Buyer's Signature (if applicable)

**APPLICATION FOR CERTIFICATE OF TITLE** (Type or print in ink.)

Check Type of Application(s): ☐ Motor Vehicle ☐ Memorandum ☐ Watercraft ☐ Outboard Motor ☐ Salvage

Applicant's Printed Name _____ SSN/EIN _____

Co-Applicant's Printed Name (if applicable) _____ SSN/EIN _____

Applicant's Printed Address _____
                              Street           City              State         Zip        County

Purchase Price $_____ Gross Tax Due $_____ Vendor's Discount $_____ Tax Paid $_____

If Tax Exempt, state reason _____ Dealer Permit #_____ Vendor #_____ Trade In $_____

**LIEN INFORMATION:** If no lien, state "none." If more than one lien, attach statement of all additional liens.

Lienholder _____ E-Lien #_____

Lienholder Address _____

Condition of vehicle/watercraft/outboard motor (check only one) ☐ Good ☐ Fair ☐ Poor ☐ Wrecked   Print Title ☐ Yes ☐ No

With Right of Survivorship ☐ Yes ☐ No   Transfer on Death ☐ Yes ☐ No   If yes, BMV 3811 Form required

Applicant is a minor ☐ Yes ☐ No   If yes, provide Date of Birth ___/___/___ and BMV 3751 Form required

I (we) state that all information contained in this application is true and correct.

x _____
Applicant's Signature **(Must sign in front of Notary/Authorized Officer)**

x _____
Co-Applicant's Signature (if applicable) **(Must sign in front of Notary/Authorized Officer)**

**Note** All applicable blank spaces above must be completed before acknowledgement by notary

Sworn to and subscribed in my presence this _____ day of _____, 20 _____

in _____ County, State of _____

x _____
Signature of Notary Public or other Authorized Officer by law          My commission expires

Seal

**LATE FEE OF $5.00 FOR FAILURE TO APPLY FOR TITLE WITHIN 30 DAYS OF ASSIGNMENT.**

# COMMONWEALTH OF PENNSYLVANIA

## CERTIFICATE OF TITLE FOR A VEHICLE

FUEL: GAS

231640378000745 001

| ZN661XUAXHX252844 | 2017 | MASERATI | 82436021103 FI |
|---|---|---|---|
| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE OF VEHICLE | TITLE NUMBER |

| SW | 0 | NJ | 06/13/23 | 033148 | 0 |
|---|---|---|---|---|---|
| BODY TYPE | DUP | SEAT CAP | PRIOR TITLE STATE | ODOM. PROCD. DATE | ODOM. MILES | ODOM. STATUS |

| 10/13/20 | 06/13/23 | | | | |
|---|---|---|---|---|---|
| DATE PA TITLED | DATE OF ISSUE | UNLADEN WEIGHT | GVWR | GCWR | TITLE BRANDS |

**ODOMETER STATUS**
0 = ACTUAL MILEAGE
1 = MILEAGE EXCEEDS THE MECHANICAL LIMITS
2 = NOT THE ACTUAL MILEAGE
3 = NOT THE ACTUAL MILEAGE-ODOMETER TAMPERING VERIFIED
4 = EXEMPT FROM ODOMETER DISCLOSURE

**TITLE BRANDS**
A = ANTIQUE VEHICLE
C = CLASSIC VEHICLE
D = COLLECTIBLE VEHICLE
F = OUT OF COUNTRY
G = ORIGINALLY MFGD. FOR NON-U.S. DISTRIBUTION
H = AGRICULTURAL VEHICLE
L = LOGGING VEHICLE
P = IS/WAS A POLICE VEHICLE
R = RECONSTRUCTED
S = STREET ROD
T = RECOVERED THEFT VEHICLE
V = VEHICLE CONTAINS REISSUED VIN
W = FLOOD VEHICLE
X = IS/WAS A TAXI

REGISTERED OWNER(S)

FIRST NATIONAL BANK OF
PA
275 1/2 LARK ST
ALBANY NY 12210

FIRST LIEN FAVOR OF:

SECOND LIEN FAVOR OF:

FIRST LIEN RELEASED _____ DATE

BY _____
AUTHORIZED REPRESENTATIVE

MAILING ADDRESS

If a second lienholder is listed upon satisfaction of the first lien, the first lienholder must forward this Certificate of Title to the Bureau of Motor Vehicles with the appropriate form and fee.

SECOND LIEN RELEASED _____ DATE

BY _____
AUTHORIZED REPRESENTATIVE

031007
FIRST NATIONAL BANK OF
PA
275 1/2 LARK ST
ALBANY NY 12210



## pennsylvania
DEPARTMENT OF TRANSPORTATION

I certify as of the date of issue, the official records of the Pennsylvania Department of Transportation reflect that the person(s) or company named herein is the lawful owner of the said vehicle.

MICHAEL B. CARROLL
Secretary of Transportation

## D. APPLICATION FOR TITLE AND LIEN INFORMATION

TO BE COMPLETED BY PURCHASER WHEN VEHICLE IS SOLD AND THE APPROPRIATE SECTIONS ON THE REVERSE SIDE OF THIS DOCUMENT ARE COMPLETED.

SUBSCRIBED AND SWORN TO BEFORE ME:

MO. | DAY | YEAR

SIGNATURE OF PERSON ADMINISTERING OATH

### SIGN IN PRESENCE OF A NOTARY

STAMP OR SEAL

The undersigned hereby makes application for Certificate of Title to the vehicle described above, subject to the encumbrances and other legal claims set forth herein.

SIGNATURE OF APPLICANT OR AUTHORIZED SIGNER

SIGNATURE OF CO-APPLICANT/TITLE OF AUTHORIZED SIGNER

If a co-purchaser other than your spouse is listed and you want the title to be listed as "Joint Tenants With Right of Survivorship" (on death of one owner, title goes to surviving owner) CHECK HERE ☐. Otherwise, the title will be issued as "Tenants in Common" (on death of one owner, interest of deceased owner goes to his/her heirs or estate).

IF NO LIEN, CHECK ☐     IS THIS AN ELT? (IF YES, FIN REQUIRED)     YES ☐ NO ☐

1ST LIENHOLDER FINANCIAL INSTITUTION NUMBER:

1ST LIENHOLDER NAME

STREET

CITY     STATE     ZIP

IF NO 2ND LIEN, CHECK ☐  IS THIS AN ELT? (IF YES, FIN REQUIRED) YES ☐ NO ☐

2ND LIENHOLDER FINANCIAL INSTITUTION NUMBER:

2ND LIENHOLDER NAME

STREET

CITY     STATE     ZIP

**STORE IN A SAFE PLACE - IF LOST APPLY FOR A DUPLICATE - ANY ALTERATION OR ERASURE VOIDS THIS TITLE**

87996224

(TYPE OR PRINT) Certificate of Title must be submitted within 20 days, unless the purchaser is a registered dealer holding the vehicle for resale.

**WARNING** – FEDERAL AND STATE LAWS REQUIRE THAT YOU STATE THE MILEAGE IN CONNECTION WITH THE TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES OR IMPRISONMENT.

*An employee of an issuing agent licensed as a vehicle dealer by the Pennsylvania State Board of Vehicle Manufacturers, Dealers and Salespersons may verify a person's signature in lieu of notarization.*

## A. ASSIGNMENT OF TITLE –
Registered dealers must complete Forms MV-27A or MV-27B as required by law. If purchaser is NOT a registered dealer, Section D on the front of this form must be completed.

I/We certify, to the best of my/our knowledge that the odometer reading is

**33 148** TENTHS ✗ miles and reflects the actual mileage of the vehicle,

unless one of the following boxes is checked:
- ☐ Reflects the amount of mileage in excess of its mechanical limits
- ☐ Is NOT the actual mileage WARNING: Odometer discrepancy

I/We further certify that the vehicle is free of any encumbrance and that the ownership is hereby transferred to the person(s) or the dealer listed.

SUBSCRIBED AND SWORN TO BEFORE ME:  MO. **7**  DAY **24**  YEAR **23**

SIGNATURE OF PERSON ADMINISTERING OATH

Lori C Becker
MANHEIM PENNSYLVANIA
86-4122
NOTARIZATION NOT
REQUIRED IN PA

PURCHASER OR FULL BUSINESS NAME — LAST **Superb Motors Inc** FIRST / MIDDLE NAME

CO-PURCHASER

STREET ADDRESS **215 Northern Blvd**

CITY **Great Neck**

STATE **NY**  ZIP **11021**  PURCHASE PRICE OR DIN

PURCHASER SIGNATURE

CO-PURCHASER SIGNATURE

PURCHASER AND/OR CO-PURCHASER MUST HANDPRINT NAME HERE **Yvonne McCoy**

SIGNATURE OF SELLER **C Heffley**

SIGNATURE OF CO-SELLER

SELLER AND/OR CO-SELLER MUST HANDPRINT NAME HERE **C Heffley**

STAMP OR SEAL

## B. RE-ASSIGNMENT OF TITLE BY REGISTERED DEALER
If purchaser listed in Block A is NOT a registered dealer Section D on the front of this form must be completed.

I/We certify, to the best of my/our knowledge that the odometer reading is

_____ TENTHS ✗ miles and reflects the actual mileage of the vehicle,

unless one of the following boxes is checked:
- ☐ Reflects the amount of mileage in excess of its mechanical limits
- ☐ Is NOT the actual mileage WARNING: Odometer discrepancy

I/We further certify that the vehicle is free of any encumbrance and that the ownership is hereby transferred to the person(s) or the dealer listed.

SUBSCRIBED AND SWORN TO BEFORE ME:  MO.  DAY  YEAR

SIGNATURE OF PERSON ADMINISTERING OATH

STAMP OR SEAL

DO NOT NOTARIZE OR VERIFY UNLESS SIGNED IN YOUR PRESENCE AND PURCHASER & NAME IS LISTED AND SELLER IS A DEALER

PURCHASER OR FULL BUSINESS NAME — LAST / FIRST / MIDDLE NAME

CO-PURCHASER

STREET ADDRESS

CITY

STATE  ZIP  PURCHASE PRICE OR DIN

PURCHASER SIGNATURE

CO-PURCHASER SIGNATURE

PURCHASER AND/OR CO-PURCHASER MUST HANDPRINT NAME HERE

SIGNATURE OF SELLER

SELLER MUST HANDPRINT NAME HERE

## RE-ASSIGNMENT OF TITLE BY REGISTERED DEALER
If purchaser is NOT a registered dealer Section D on the front of this form must be completed.

I/We certify, to the best of my/our knowledge that the odometer reading is

_____ TENTHS ✗ miles and reflects the actual mileage of the vehicle,

unless one of the following boxes is checked:
- ☐ Reflects the amount of mileage in excess of its mechanical limits
- ☐ Is NOT the actual mileage WARNING: Odometer discrepancy

I/We further certify that the vehicle is free of any encumbrance and that the ownership is hereby transferred to the person(s) or the dealer listed.

SUBSCRIBED AND SWORN TO BEFORE ME:  MO.  DAY  YEAR

SIGNATURE OF PERSON ADMINISTERING OATH

STAMP OR SEAL

DO NOT NOTARIZE OR VERIFY UNLESS SIGNED IN YOUR PRESENCE AND PURCHASER & NAME IS LISTED AND SELLER IS A DEALER

PURCHASER OR FULL BUSINESS NAME — LAST / FIRST / MIDDLE NAME

CO-PURCHASER

STREET ADDRESS

CITY

STATE  ZIP  PURCHASE PRICE OR DIN

PURCHASER SIGNATURE

CO-PURCHASER SIGNATURE

PURCHASER AND/OR CO-PURCHASER MUST HANDPRINT NAME HERE

SIGNATURE OF SELLER

SELLER MUST HANDPRINT NAME HERE

## RE-ASSIGNMENT OF TITLE BY REGISTERED DEALER
If purchaser is NOT a registered dealer Section D on the front of this form must be completed.

I/We certify, to the best of my/our knowledge that the odometer reading is

_____ TENTHS ✗ miles and reflects the actual mileage of the vehicle,

unless one of the following boxes is checked:
- ☐ Reflects the amount of mileage in excess of its mechanical limits
- ☐ Is NOT the actual mileage WARNING: Odometer discrepancy

I/We further certify that the vehicle is free of any encumbrance and that the ownership is hereby transferred to the person(s) or the dealer listed.

SUBSCRIBED AND SWORN TO BEFORE ME:  MO.  DAY  YEAR

SIGNATURE OF PERSON ADMINISTERING OATH

STAMP OR SEAL

DO NOT NOTARIZE OR VERIFY UNLESS SIGNED IN YOUR PRESENCE AND PURCHASER & NAME IS LISTED AND SELLER IS A DEALER

PURCHASER OR FULL BUSINESS NAME — LAST / FIRST / MIDDLE NAME

CO-PURCHASER

STREET ADDRESS

CITY

STATE  ZIP  PURCHASE PRICE OR DIN

PURCHASER SIGNATURE

CO-PURCHASER SIGNATURE

PURCHASER AND/OR CO-PURCHASER MUST HANDPRINT NAME HERE

SIGNATURE OF SELLER

SELLER MUST HANDPRINT NAME HERE

MV-4 (12-2015)

## C. ☐ CHECK HERE IF APPLYING FOR A DEALER TITLE AND COMPLETE SECTION D. TITLING FEES $ _____

☐ Salvage
MV-907A No. _____

**New York State Department of Motor Vehicles**
**WHOLESALE CERTIFICATE OF SALE RECEIPT**

**No. EW34217972023**

## VEHICLE INFORMATION:

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|------------------|-----------|-----------|------------------------|
| 2018 | LA/RO | RANGE ROVER | SUBN | WH | N/A | 4839 | G | 6 | 5 |

| Vehicle Identification Number | | Lien(s) | Dealer/Transporter Plate Loaned |
|---|---|---|---|
| S A L W R 2 R V 8 J A 1 8 9 3 5 1 | | 0 | N/A |

## DEALER INFORMATION

ALANS AUTOS LLC, 445 BROOK AVE, DEER PARK, NY, 11729, Suffolk

| PURCHASER INFORMATION | Date of Sale |
|---|---|
| SUPERB MOTORS INC, 215 NORTHERN BLVD, GREAT NECK, NY, 11021 | 07-13-2023 |

| PRIOR OWNER INFORMATION | Date of Purchase |
|---|---|
| RALLYE MOTORS, 1600 NORTHERN BLVD, ROSLYN, NY, 11576, NASS Electronic MV-50 Number (EW33902472023) | 06-29-2023 |

## ODOMETER DISCLOSURE STATEMENT

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

☑ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. **WARNING: ODOMETER DISCREPANCY."**

| | ODOMETER READING | | | | | | |
|---|---|---|---|---|---|---|---|
| | 0 | 0 | 7 | 2 | 9 | 8 | 3 |
| | (no tenths) | | | | | | |

Check your odometer reading at: **verifiny.com/check** Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

## DEALER CERTIFICATION

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full ALANS AUTOS LLC | Date 7/13/23 | Seller's Facility No. 7061641 |
|---|---|---|---|
| | *Kris Perdue-* | | |

## PURCHASER CONFIRMATION

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms that the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full SUPERB MOTORS INC | Date 7/13/23 | Purchaser's Facility No. 7128150 |
|---|---|---|---|

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*

Customer copy

Page 1 of 2

New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE
### No. EW34217972023

**VEHICLE TRANSFER HISTORY**

| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
|---|---|---|---|---|---|
| RALLYE MOTORS | ALANS AUTOS LLC | 7089181 | 06 / 29 / 2023 | EMV50 | No |
| THOMAS FLOOD | RALLYE MOTORS | | 06 / 05 / 2023 | NYST | No |

*Any change or Alteration voids this receipt*

☐ Salvage
MV-907A No. _____

**New York State Department of Motor Vehicles**
## WHOLESALE CERTIFICATE OF SALE RECEIPT

### No. EW33902472023

**VEHICLE INFORMATION:**

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|------------------|-----------|-----------|------------------------|
| 2018 | LA/RO | RANGE ROVER | SUBN | WH | N/A | 4839 | G | 6 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|---|---|---|
| S A L W R 2 R V 8 J A 1 8 9 3 5 1 | 0 | N/A |

**DEALER INFORMATION**

RALLYE MOTORS, 1600 NORTHERN BLVD, ROSLYN, NY, 11576, Nassau

| **PURCHASER INFORMATION** | Date of Sale |
|---|---|
| ALANS AUTOS LLC, 445 BROOK AVE, DEER PARK, NY, 11729 | 06-29-2023 |

| **PRIOR OWNER INFORMATION** | Date of Purchase |
|---|---|
| THOMAS FLOOD, 103 BEACH 221ST ST, BREEZY POINT, NY, 11697, NYS Title (513570P) | 06-05-2023 |

**ODOMETER DISCLOSURE STATEMENT**

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

☑ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. **WARNING:** ODOMETER DISCREPANCY."

| | ODOMETER READING | | | | | | |
|---|---|---|---|---|---|---|---|
| 0 | 0 | 7 | 2 | 9 | 2 | 8 | |
| (no tenths) | | | | | | | |

Check your odometer reading at: **verifiny.com/check**   Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

**DEALER CERTIFICATION**

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full  RALLYE MOTORS | Date  6-29-23 | Seller's Facility No.  7089181 |
|---|---|---|---|

**PURCHASER CONFIRMATION**

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full  Erwin Coronado  ALANS AUTOS LLC | Date  6-29-23 | Purchaser's Facility No.  7061641 |
|---|---|---|---|

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*

Customer copy

Page 1 of 2

New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE

### No. EW33902472023

| VEHICLE TRANSFER HISTORY | | | | | |
|---|---|---|---|---|---|
| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
| THOMAS FLOOD | RALLYE MOTORS | | 06 / 05 / 2023 | NYST | No |

*Any change or Alteration voids this receipt*

**BANK OF AMERICA**

FL9-600-02-65
PO Box 45144
Jacksonville, FL 32232

**Date**
June 12, 2023

## Lien Release Form

Bank of America, N.A., no longer has a security interest in the property described below:

**Payer:**
RALLYE MERCEDES
GINA
1600 NORTHERN BLVD
ROSLYN, NY 11576

**Customer name:**
THOMAS FLOOD

**Vehicle identification number:** SALWR2RV8JA189351
**Vehicle description:** 2018 LAND ROVER RANGE ROVER SPO
**Lien open date:** December 30, 2021
**Lien amount:** $48,417.40
**Date of release:** June 12, 2023

**This form must be signed and notarized.**

Associate signature_____
AMINA KRIVOKAPA, an authorized agent for Bank of America

STATE OF FLORIDA
COUNTY OF DUVAL

The foregoing instrument was acknowledged before me by means of ☑ physical presence or ☐ online notarization, this June 12, 2023, by AMINA KRIVOKAPA, as TITLE CLERK, who is personally known to me or who has produced _____ (type of identification) as identification on behalf of Bank of America, N.A., a national banking association.

_____
Notary Public, State and County Aforesaid

(NOTARIAL SEAL)

Print Name: _____ Eduardo Gonzalez _____

My commission expires: _____

My commission number: _____



EDUARDO GONZALEZ
Notary Public, State of Florida
Commission# HH 236783
My comm. expires March 7, 2026

41154

FLOOD, THOMAS
103 BEACH 221ST ST
BREEZY POINT       NY 11697

SY1335

007461



## CERTIFICATE OF TITLE

### NEW YORK STATE

dmv.ny.gov

| Title and Identification No. | Year | Make | Model Code | Body/Hull | * * LIENS * * |
| --- | --- | --- | --- | --- | --- |
| SALWR2RV8JA189351 SALWR2RV8JA189351 | 2018 | LA/RO | RRV | SUBN | Document No. 513570P |

| Color | Wt./Sts./Lgth. | Fuel | Cyl./Prop. | New or Used | Type of Title | Date Issued |
| --- | --- | --- | --- | --- | --- | --- |
| WH | 4839 | GAS | 6 | USED | VEHICLE | 3/21/22 |

Name and Address of Owner(s)

ODOMETER READING:   53854
53854

FLOOD, THOMAS
103 BEACH 221ST ST
BREEZY POINT NY   11697

ACTUAL MILEAGE

This document is your proof of ownership for this vehicle, boat or manufactured home. Keep it in a safe place, not with your license or registration or in your vehicle or boat. To d spose of your vehicle, boat or manufactured home, complete the transfer section on the back and give this title to the new owner.

Lienholder                                    Lienholder

BANK OF AMERICA          01
PO BOX 2759
JACKSONVILLE   FL 32203          * ONE LIEN RECORDED *

Lienholder                                    Lienholder

* ONE LIEN RECORDED *        * ONE LIEN RECORDED *

MV-99

## DEPARTMENT OF MOTOR VEHICLES

VOID IF ALTERED

## ANY CHANGE OR ERASURE WILL VOID THIS TITLE -- ANY FALSE STATEMENT IS A MISDEMEANOR

### SECTION I - Transfer by Owner

**ODOMETER DISCLOSURE STATEMENT**

*Note: This vehicle cannot be registered or titled in the name of the new owner unless mileage is disclosed.*
**Federal and State Law require that you state the mileage of the vehicle described on this certificate when transferring ownership.
Failure to do so, or providing a false statement, may result in fines and/or imprisonment.**

I certify that, to the best of my knowledge, this odometer reading *(check one)*:
- ☑ 1. reflects the ACTUAL MILEAGE as seen on the odometer of the vehicle described on the front.
- ☐ 2. EXCEEDS MECHANICAL LIMITS (odometer started over at zero)
- ☐ 3. not the actual mileage. WARNING - ODOMETER DISCREPANCY.

**ODOMETER READING**

72,918

*(no tenths)*

**ODOMETER HAS SPACE FOR:** *(Check one)*
- ☐ Five Digits, *excluding tenths*
- ☑ Six Digits, *excluding tenths*

### DAMAGE DISCLOSURE STATEMENT (To be Completed by Owner Named on Face of Title)

I certify that, to the best of my knowledge, this vehicle ☐ has been or ☑ has not been wrecked, destroyed or damaged to such an extent that the total estimate or actual cost of parts and labor to rebuild or reconstruct the vehicle to the condition it was in before an accident, and for legal operation on the road or highways, is more than 75% of the retail value of the vehicle at the time of loss. (Checking the "has" box means that the vehicle must have an anti-theft examination before being registered and that the title issued will have the statement "Rebuilt Salvage: NY" on it.)

I or we transfer the vehicle, boat or manufactured home described on this certificate. At the time of transfer, this title is subject only to the liens or encumbrances listed on this certificate, if any. I also certify that this is the most recent title issued for this vehicle, boat or manufactured home.
*Note: Section 2113 of the Vehicle and Traffic Law requires that application for a title must be made within 30 days of transfer.*

**Seller**

| Seller's Signature | Seller's Name *(Print in Full)* | | | |
|---|---|---|---|---|
| *(signature)* | Thomas Flood | | | |
| Street Address | City | State | ZIP code | Date of Statement |
| 103 Beach 221st St | Breezy Point NY | 11697 | | 6/5/23 |

**Buyer**

| Buyer's Signature | Buyer's Name *(Print in Full)* | |
|---|---|---|
| *(signature)* | RALLYE MOTORS | |
| Street Address | 1600 NORTHERN BLVD | Date of Statement |
| | ROSLYN, NEW YORK 11576 | 6/5/23 |

### SECTION II - Reassignment by Manufactured Home Dealer or Registered Boat Dealer or Out-of-State Dealer

**ODOMETER DISCLOSURE STATEMENT**

*Note: This vehicle cannot be registered or titled in the name of the new owner unless mileage is disclosed.*
**Federal and State Law require that you state the mileage of the vehicle described on this certificate when transferring ownership.
Failure to do so, or providing a false statement, may result in fines and/or imprisonment.**

I certify that, to the best of my knowledge, this odometer reading *(check one)*:
- ☐ 1. reflects the ACTUAL MILEAGE of the vehicle described on the front.
- ☐ 2. EXCEEDS MECHANICAL LIMITS (odometer started over at zero)
- ☐ 3. not the actual mileage. WARNING - ODOMETER DISCREPANCY.

**ODOMETER READING**

*(no tenths)*

**ODOMETER HAS SPACE FOR:** *(Check one)*
- ☐ Five Digits, *excluding tenths*
- ☐ Six Digits, *excluding tenths*

I or we transfer the vehicle, boat or manufactured home described on this certificate. At the time of transfer, this title is subject only to the liens or encumbrances listed on this certificate, if any. I also certify that this is the most recent title issued for this vehicle, boat or manufactured home.
*Note: Section 2113 of the Vehicle and Traffic Law requires that application for a title must be made within 30 days of transfer.*

**Seller**

| Seller's Signature | Seller's Name *(Print in Full)* | | | |
|---|---|---|---|---|
| | | | | |
| Street Address | City | State | ZIP code | Date of Statement |
| | | | | |

**Buyer**

| Buyer's Signature | Buyer's Name *(Print in Full)* | |
|---|---|---|
| | | |
| Street Address | City | State | ZIP code | Date of Statement |
| | | | | |

| | Boat Dealer's Facility # |
|---|---|

3 (1/15)    L 9393660

# STATE OF ARKANSAS

SY1336

| VEHICLE IDENTIFICATION NUMBER | | YEAR | MAKE | | MODEL | | BODY TYPE |
|---|---|---|---|---|---|---|---|
| JTJBARBZ9J2171144 | | 2018 | LEXS | | NX | | UT |
| TITLE NUMBER | PREVIOUS TITLE NUMBER | | PREV. TITLE STATE | ISSUE DATE | ODOMETER | | UNLADEN WEIGHT |
| 761014253688 | N0982078 | | CAN | 06/09/2023 | 74233 | | 4050 |

MAILING ADDRESS

REMARKS

OD ACTUAL

BENCHMARK AUTO SERVICES LLC
1015 W 2ND ST
STE 206
LITTLE ROCK AR 72201-2018

OWNER

BENCHMARK AUTO SERVICES LLC
1015 W 2ND ST
STE 206
LITTLE ROCK AR 72201-2018

Benchmark Auto Services LLC
Hannah Jungeblut agt.

OWNER'S SIGNATURE (IF JOINT OWNERSHIP, BOTH MUST SIGN)
THIS TITLE MUST BE SIGNED UPON RECEIPT BY OWNERS

VEHICLE IDENTIFICATION NUMBER



TITLE NUMBER



The Department of Finance and Administration, State of Arkansas, hereby certifies that the applicant named hereon is duly registered as the owner of the vehicle described above. From the statements of the owner and the records on file with this department the hereon described vehicle is subject to the liens enumerated hereon.

In Witness Whereof, I have affixed my hand and seal.

Charles D. Collins

COMMISSIONER OF REVENUE

15495151
SRO0000

VOID IF ALTERED

Federal and State law requires that you state the mileage in connection with the transfer or ownership.
Failure to complete or providing a false statement may result in fines and or imprisonment.

## TITLE ASSIGNMENT BY OWNER(S)

*Title Assignment by Owner(s)*

The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address.

Buyer(s) Printed Name **Jawz Auto Imports**

Buyer(s) Printed Address _____

with warranty to be free of all encumbrances except as follows:

LIEN IN FAVOR OF _____

Address _____

DESCRIPTION OF VEHICLE TRADED IN (IF ANY)
VEHICLE IDENTIFICATION NUMBER

YEAR _____ MAKE _____ MODEL _____

Note to Seller: A copy of this title assignment, fully completed, is sufficient to use to claim a sales tax credit toward the purchase of another vehicle.

### ODOMETER DISCLOSURE
I certify that to the best of my knowledge that the odometer reading provided in the box below is the actual mileage of the vehicle unless one of the following statements is checked:

Odometer Reading (no tenths) **74233**

☐ EXCEEDS MECHANICAL LIMITS. The mileage stated is in excess of the odometer's mechanical limits.

☐ WARNING – ODOMETER DISCREPANCY The odometer is not the actual mileage.

BILL OF SALE Date of Sale **7-6-23**

Full Sales Price of this Vehicle $ _____

Less Trade In $ _____

Net Taxable Trade Difference $ _____

Seller(s) Printed Name **Benchmark Auto Services LLC**

Seller(s) Printed Address **1015 W 2nd St Ste 206 Little Rock AR 72201**

Seller(s) Signature _____ **Hannah Jungeblut agt.**

"I am aware of the above odometer certification made by the seller"

Buyer's Printed Name **Jawz Auto Imports**

Buyer's Signature **Angelia Sparks Agt**

---

## TITLE ASSIGNMENT BY DEALER AND

*First Dealer Reassignment*

The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address.

Buyer(s) Printed Name **Superb Motors Inc.**

Buyer(s) Printed Address **215 Northern Blvd Great Neck NY 11021**

with warranty to be free of all encumbrances except as follows:

LIEN IN FAVOR OF _____

Address _____

DESCRIPTION OF VEHICLE TRADED IN (IF ANY)
VEHICLE IDENTIFICATION NUMBER

YEAR _____ MAKE _____ MODEL _____

### ODOMETER DISCLOSURE
I certify that to the best of my knowledge that the odometer reading provided in the box below is the actual mileage of the vehicle unless one of the following statements is checked:

Odometer Reading (no tenths) **74248**

☐ EXCEEDS MECHANICAL LIMITS. The mileage stated is in excess of the odometer's mechanical limits.

☐ WARNING – ODOMETER DISCREPANCY The odometer is not the actual mileage.

BILL OF SALE Date of Sale **7.13.23**

Full Sales Price of this Vehicle $ _____

Less Trade In $ _____

Net Taxable Trade Difference $ _____

Dealer's Printed Name **Jawz Auto Imports**

Dealer's License Number **B207 443**

Dealer's Signature **Angelia Sparks Agt**

"I am aware of the above odometer certification made by the dealer"

Buyer's Printed Name **Yvonne McCoy**

Buyer's Signature **Yvonne M**

---

## TITLE ASSIGNMENT BY DEALER AND

*Second Dealer Reassignment*

The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address.

Buyer(s) Printed Name _____

Buyer(s) Printed Address _____

with warranty to be free of all encumbrances except as follows:

LIEN IN FAVOR OF _____

Address _____

DESCRIPTION OF VEHICLE TRADED IN (IF ANY)
VEHICLE IDENTIFICATION NUMBER

YEAR _____ MAKE _____ MODEL _____

### ODOMETER DISCLOSURE
I certify that to the best of my knowledge that the odometer reading provided in the box below is the actual mileage of the vehicle unless one of the following statements is checked:

Odometer Reading (no tenths)

☐ EXCEEDS MECHANICAL LIMITS. The mileage stated is in excess of the odometer's mechanical limits.

☐ WARNING – ODOMETER DISCREPANCY The odometer is not the actual mileage.

BILL OF SALE Date of Sale _____

Full Sales Price of this Vehicle $ _____

Less Trade In $ _____

Net Taxable Trade Difference $ _____

Dealer's Printed Name _____

Dealer's License Number _____

Dealer's Signature _____

"I am aware of the above odometer certification made by the dealer"

Buyer's Printed Name _____

Buyer's Signature _____