**NIADA 2023 Financial Statement**  Dealership: **Superb Motors**  Period Ending: **June 30, 2023**

| ASSETS | | ACCT NO. | AMOUNT | LINE NO. | LIABILITIES AND NET WORTH | | ACCT NO. | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS** | | | | 1 | **CURRENT LIABILITIES** | | | |
| CASH ON HAND | | 1000 | 8,606 | 2 | ACCOUNTS PAYABLE | | 2000 | 1,528,254 |
| CASH IN BANK | | 1010-1015 | 366,399 | 3 | CUSTOMER DEPOSITS | | 2010 | - |
| CONTRACTS IN TRANSIT | | 1020 | 594,571 | 4 | CUSTOMER ACCOMMODATIONS | | 2020 | - |
| CASH INVESTMENTS AND TIME DEPOSITS | | 1030-1050 | - | 5 | LICENSE & REGISTRATION FEES | | 2030 | 63,080 |
| TOTAL CASH AND EQUIVALENT (LINES 2-5) | | | 969,576 | 6 | VEHICLE PROTECTION & ESC PAYABLE | | 2040 | -57,316 |
| RECEIVABLES | > 60 DAYS | | | 7 | VEHICLE LIEN PAYABLE | | 2050 | 93,071 |
| RETAIL VEHICLES | - | 1100 | 517,833 | 8 | OTHER ACCOUNTS PAYABLE | | 2060 | 70,330 |
| WHSLE & DLR TRANSFER | - | 1110 | - | 9 | TOTAL ACCOUNTS PAYABLE (LINES 2-8) | | | 1,697,419 |
| LEASE & RENTAL | - | 1120 | -28,783 | 10 | CURRENT NOTES PAYABLE | | | |
| FINANCE & INSURANCE | - | 1130 | 193,189 | 11 | NOTES PAYABLE | USED VEHICLES | 2110 | 5,575,901 |
| CUSTOMER NOTES | - | 1140 | - | 12 | | LEASE & RENTAL VEHICLES | 2120 | - |
| SERVICE, PARTS & BODY ACCOUNTS | - | 1150 | 343,209 | 13 | | CURRENT PORTION - LONG TERM DEBT | 2130 | - |
| SERVICE CONTRACT CLAIMS | - | 1160 | - | 14 | | OTHER | 2140 | 658,304 |
| ALLOWANCE FOR DOUBTFUL ACCOUNTS | | 1170 | - | 15 | TOTAL CURRENT NOTES PAYABLE (LINES 11-14) | | | 6,234,205 |
| TRADE RECEIVABLES - AFFILIATES | | 1360 | - | 16 | ACCRUED LIABILITIES | | | |
| OTHER RECEIVABLES | | 1370 | 399,334 | 17 | INTEREST PAYABLE | | 2200 | 19,523 |
| TOTAL RECEIVABLES (LINES 8-17) | | | 1,424,782 | 18 | SALARIES, WAGES & COMMISSIONS PAYABLE | | 2210 | 42,956 |
| **INVENTORIES** | | | | 19 | INSURANCE PAYABLE | | 2220 | - |
| | UNITS > 60 DAYS | | | 20 | PAYROLL TAXES PAYABLE | | 2230 | - |
| DEMONSTRATORS | - - | 1380 | - | 21 | SALES TAXES PAYABLE | | 2240 | 79,807 |
| OTHER AUTOMOTIVE | - - | 1440 | - | 22 | INCOME TAXES PAYABLE | | 2250 | 3,000 |
| USED CARS | - - | 1450 | 5,776,341 | 23 | OTHER TAXES PAYABLE | | 2260 | 133,016 |
| USED TRUCKS | - - | 1470 | - | 24 | EMPLOYEE BONUSES PAYABLE | | 2270 | - |
| REMARKETED VEHICLES | - - | 1490 | - | 25 | OWNERS' BONUSES PAYABLE | | 2280 | - |
| PARTS & ACCESSORIES | | 1500 | 454 | 26 | PENSION FUND/PROFIT SHARING PAYABLE | | 2290 | - |
| OTHER INVENTORY | | 1520-1570 | - | 27 | OTHER PAYABLES | | 2300 | -376 |
| ALLOWANCE - PARTS INVENTORY ADJUSTMENT | | 1580 | - | 28 | RESERVE FOR REPO, F&I & SVC CONTRACT LOSSES | | 2310 | - |
| LIFO RESERVE - USED VEHICLES | | 1590 | - | 29 | OTHER RESERVES | | 2320 | -860 |
| LIFO RESERVE - PARTS & ACCESSORIES | | 1600 | - | 30 | TOTAL ACCRUED LIABILITIES (LINES 17-29) | | | 277,066 |
| TOTAL INVENTORIES (LINES 21-30) | | | 5,776,795 | 31 | | GUIDE-$ | | - |
| **PREPAID EXPENSES** | | | | 32 | WORKING CAPITAL | ACTUAL-$ | | -755,439 |
| PREPAID ADVERTISING | | 1610 | -400 | 33 | | (ASSET LINE 40 MINUS LIABILITY LINES 9 + 15 +30) | | |
| PREPAID TAXES | | 1620 | 9,000 | 34 | **OTHER LIABILITIES** | | | |
| PREPAID RENT | | 1630 | - | 35 | LONG TERM DEBT | | 2400 | - |
| PREPAID INSURANCE | | 1640 | - | 36 | NOTES PAYABLE - OWNERS/OFFICERS | | 2410 | - |
| PREPAID OTHER | | 1660 | -726,502 | 37 | NOTES PAYABLE - AFFILIATED COMPANIES | | 2420 | - |
| TOTAL PREPAID EXPENSE (LINES 33-37) | | | -717,902 | 38 | MORTGAGES PAYABLE - REAL ESTATE | | 2430 | - |
| OTHER CURRENT ASSETS | | 1670 | - | 39 | DEFERRED INCOME TAX | | 2440 | - |
| TOTAL CURRENT ASSETS (LINES 6+18+31+38+39) | | | 7,453,251 | 40 | OTHER LIABILITIES | | 2450 | 358,536 |
| **LEASE AND RENTAL VEHICLES** | | | | 41 | TOTAL OTHER LIABILITIES (LINES 35-40) | | | 358,536 |
| LEASE VEHICLES - NET | UNITS - | 1680-1690 | - | 42 | TOTAL LIABILITIES (LINES 9+15+30+41) | | | 8,567,226 |
| RENTAL VEHICLES - NET | UNITS - | 1700-1710 | - | 43 | **NET WORTH** | | | |
| DRIVER TRAINING VEHICLES - NET | UNITS - | 1720-1730 | - | 44 | CAPITAL STOCK | | 2500 | 1,000 |
| TOTAL LEASE & RENTAL VEHICLES (LINES 42 THRU 44) | | | - | 45 | ADDITIONAL PAID IN CAPITAL | | 2510 | 629 |

| | ACCOUNT NAME | ACCT NO. | COST | ACCUMULATED DEPRECATION | | LINE | | | | | | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FIXED ASSETS | LAND & IMPROVEMENTS | 1750/1760 | - | - | - | 46 | RETAINED EARNINGS | | | | 2520 | -186,678 |
| | BUILDINGS & IMPROVEMTS | 1770/1780 | - | - | - | 47 | DIVIDENDS | | | | 2540 | - |
| | MACHINERY & SHOP EQMT | 1790/1800 | - | - | - | 48 | INVESTMENTS (PROPRIETOR OR PARTNERS) | | | | 2550 | - |
| | PARTS & ACC. EQUIPMENT | 1810/1820 | - | - | - | 49 | WITHDRAWALS / DRAWINGS | | | | 2560 | - |
| | FURN, FIXTURES & SIGNS | 1830/1840 | 48,437 | 4,662 | 43,775 | 50 | UNITS PLACED IN SERVICE DURING CURRENT MONTH | | | CURRENT EARNINGS BEFORE TAXES | | |
| | COMPANY VEHICLES | 1850/1860 | - | - | - | 51 | RETAIL UNIT SALES (FROM PG 2) | | | | | |
| | LSEHOLDS & IMPROVEMTS | 1870/1880 | 125,062 | 10,926 | 114,136 | 52 | MONTH | CARS | TRUCKS | OTHER | TOTAL | AMOUNT |
| | OTHER FIXED ASSETS | 1890 | | | | 53 | JANUARY | 31 | - | - | 31 | -71,677 |
| NET TOTAL FIXED ASSETS (LINES 47-54) | | | | | 157,911 | 54 | FEBRUARY | 55 | - | - | 55 | -34,523 |
| **OTHER ASSETS** | | | | | | 55 | MARCH | 56 | - | - | 56 | -84,730 |
| LIFE INSURANCE - CASH VALUE | | 1900 | | | - | 56 | APRIL | 55 | - | - | 55 | 27,839 |
| NOTES & RECEIVABLES - OFFICERS & OWNERS | | 1910 | | | 1,000 | 57 | MAY | 56 | - | - | 56 | 26,134 |
| INVESTMENTS IN AFFILIATED COMPANIES | | 1920 | | | - | 58 | JUNE | 54 | - | - | 54 | 17,361 |
| ADVANCES - AFFILIATED PARTIES | | 1930 | | | - | 59 | JULY | - | - | - | - | - |
| ADVANCES - OTHER PARTIES | | 1940 | | | - | 60 | AUGUST | - | - | - | - | - |
| NOTES & RECEIVABLES - OTHER | | 1950 | | | - | 61 | SEPTEMBER | - | - | - | - | - |
| FINANCE RECEIVABLES - DEFERRED | | 1960 | | | - | 62 | OCTOBER | - | - | - | - | - |
| OTHER INVESTMENTS & MISC. ASSETS | | 1970 | | | - | 63 | NOVEMBER | - | - | - | - | - |
| DEPOSITS ON CONTRACTS | | 1980 | | | 31,610 | 64 | DECEMBER | - | - | - | - | - |
| OTHER ASSETS | | 1990 | | | 618,809 | 65 | UNIT TOTALS | 307 | - | - | 307 | |
| TOTAL OTHER ASSETS (LINES 57-66) | | | | | 651,419 | 66 | NET EARNINGS (LINE 53-64) | | | | | -119,596 |
| TOTAL ASSETS (LINES 40+45+55+67) | | | | | 8,262,581 | 67 | TOTAL NET WORTH (LINES 44 THRU 49 + 66) | | | | | -304,645 |
| | | | | | | 68 | TOTAL LIABILITIES AND NET WORTH (LINES 42 + 67) | | | | | 8,262,581 |


## Departmental Gross Profit Analysis

| LINE NO. | SALES (MTD) | GROSS PROFIT (MTD) | UNITS (MTD) | PER UNIT (MTD) | ACCOUNT NAME | ACCT NO. | SALES (YTD) | GROSS PROFIT (YTD) | UNITS (YTD) | PER UNIT (YTD) | LINE NO. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1,653,662 | 109,398 | 54 | 2,026 | USED CAR RETAIL | 3500 | 9,519,974 | 317,330 | 307 | 1,034 | 1 |
| 2 | | - | - | - | USED CAR RECONDITIONING | 4510 | | - | - | - | 2 |
| 3 | 32,000 | -7,353 | 2 | -3,677 | USED CAR WHOLESALE SALES | 3520 | 1,700,010 | 15,144 | 78 | 194 | 3 |
| 4 | | - | - | - | USED CAR INVENTORY ADJUSTMENTS | 4530 | | - | - | - | 4 |
| 5 | - | - | - | - | USED TRUCK RETAIL | 3540 | - | - | - | - | 5 |
| 6 | | - | - | - | USED TRUCK RECONDITIONING | 4550 | | - | - | - | 6 |
| 7 | - | - | - | - | USED TRUCK WHOLESALE SALES | 3560 | - | - | - | - | 7 |
| 8 | | - | - | - | USED TRUCK INVENTORY ADJUSTMENTS | 4570 | | - | - | - | 8 |
| 9 | - | - | - | - | REMARKETED RETAIL CAR SALES | 3580 | - | - | - | - | 9 |
| 10 | - | - | - | - | REMARKETED WHOLESALE CAR SALES | 3590 | - | - | - | - | 10 |
| 11 | - | - | - | - | REMARKETED RETAIL TRUCK SALES | 3600 | - | - | - | - | 11 |
| 12 | - | - | - | - | REMARKETED WHOLESALE TRUCK SALES | 3610 | - | - | - | - | 12 |
| 13 | | - | | - | USED VEHICLE REPOSSESSION LOSSES | 4620 | | - | | - | 13 |
| 14 | - | - | | - | AFTERMARKET MERCHANDISE SALES | 3630 | - | - | | - | 14 |
| 15 | | - | | - | LIFO ADJUSTMENTS - USED VEHICLES | 4640 | | - | | - | 15 |
| 16 | 1,685,662 | 102,045 | 54 | 1,890 | TOTAL USED VEHICLE DEPARTMENT | | 11,219,984 | 332,474 | 307 | 1,083 | 16 |
| 17 | | 94,554 | 42 | 2,251 | USED VEH. FINANCE INCOME | 3700 | | 455,990 | 260 | 1,754 | 17 |
| 18 | | 8,499 | - | - | USED VEH. FINANCE CHARGEBACKS | 4710 | | 11,829 | 1 | 11,829 | 18 |
| 19 | | - | - | - | USED VEH. INSURANCE INCOME | 3720 | | - | - | - | 19 |
| 20 | | 2,490 | - | - | USED VEH. INSURANCE CHARGEBACKS | 4730 | | 1,955 | 1 | 1,955 | 20 |
| 21 | | 71,449 | 37 | 1,931 | USED VEH. SERVICE CONTRACT INCOME | 3740 | | 474,785 | 216 | 2,198 | 21 |
| 22 | | 1,956 | - | - | USED VEH. SERVICE CONT. CHARGEBACKS | 4750 | | 26,137 | - | - | 22 |
| 23 | | 153,058 | | | TOTAL FINANCE AND INSURANCE | | | 890,854 | | | 23 |
| 24 | 1,685,662 | 255,103 | | | TOTAL VEHICLE AND F&I DEPTS. | | 11,219,984 | 1,223,328 | | | 24 |
| 25 | | | | | | | | | | | 25 |
| 26 | | | R.O. | SALES / R.O. | FIXED OPERATIONS ANALYSIS | | | | R.O. | SALES / R.O. | 26 |
| 27 | - | - | - | - | CUSTOMER LABOR SALES - MECHANICAL | 5000 | - | - | - | - | 27 |
| 28 | - | - | - | - | SERVICE CONTRACT LABOR SALES | 5020 | - | - | - | - | 28 |
| 29 | - | - | - | - | INTERNAL LABOR SALES | 5080 | - | - | - | - | 29 |
| 30 | - | - | - | - | SUBLET REPAIR SALES | 5100 | - | - | - | - | 30 |
| 31 | | - | | | UNAPPLIED LABOR | 6110 | | - | | | 31 |
| 32 | - | - | - | - | TOTAL SERVICE DEPARTMENT | | - | - | - | - | 32 |
| 33 | | | | G.P.% | | | | | | G.P.% | 33 |
| 34 | - | - | | - | PARTS SALES - MECHANICAL R.O. | 5200 | - | - | | - | 34 |
| 35 | - | - | | - | PARTS SALES - SERVICE CONTRACT R.O. | 5220 | - | - | | - | 35 |
| 36 | - | - | | - | PARTS SALES - INTERNAL R.O. | 5260 | - | - | | - | 36 |
| 37 | - | - | | - | SALES - GAS, OIL & GREASE | 5280 | - | - | | - | 37 |
| 38 | - | - | | - | PARTS SALES BODY SHOP | 5290 | - | - | | - | 38 |
| 39 | - | - | | - | PARTS SALES - COUNTER RETAIL | 5310 | - | - | | - | 39 |
| 40 | - | - | | - | PARTS SALES - WHOLESALE | 5330 | - | - | | - | 40 |
| 41 | | - | | | PURCHASE DISCOUNTS AND ALLOWANCES | 6350 | | - | | | 41 |
| 42 | | - | | | PARTS INVENTORY ADJUSTMENTS | 6370 | | - | | | 42 |
| 43 | | - | | | LIFO ADJUSTMENTS - PARTS INVENTORY | 6385 | | - | | | 43 |
| 44 | - | - | | - | TOTAL PARTS DEPARTMENT | | - | - | | - | 44 |
| 45 | - | - | | - | BODY SHOP - CUSTOMER LABOR SALES | 5400 | - | - | | - | 45 |
| 46 | - | - | | - | BODY SHOP - INTERNAL LABOR SALES | 5430 | - | - | | - | 46 |
| 47 | - | - | | - | BODY SHOP - SUBLET LABOR SALES | 5440 | - | - | | - | 47 |
| 48 | - | - | | - | PAINT & BODY SHOP MATERIAL SALES | 5450 | - | - | | - | 48 |
| 49 | | - | | | UNAPPLIED LABOR | 6460 | | - | | | 49 |
| 50 | - | - | | - | TOTAL BODY SHOP DEPARTMENT | | - | - | | - | 50 |
| 51 | - | - | | - | TOTAL PARTS, SERVICE & BODY SHOP | | - | - | | - | 51 |
| 52 | 1,685,662 | 255,103 | | - | TOTAL DEALERSHIP GROSS | | 11,219,984 | 1,223,328 | | - | 52 |

## Dealership Operations Trend Analysis

| LINE NO. | | TOTAL VEHICLE / F&I GROSS | TOTAL SERVICE GROSS | TOTAL PARTS GROSS | TOTAL BODY SHOP GROSS | TOTAL DEPT. GROSS | TOTAL DEALERSHIP EXPENSES | TOTAL OPERATING PROFIT | OTHER INCOME (EXPENSE) | TOTAL PROFIT (LOSS) BEFORE BONUS | LINE NO. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 57 | JANUARY | 158,836 | - | - | - | 158,836 | 223,979 | -65,143 | -6,534 | -71,677 | 57 |
| 58 | FEBRUARY | 158,431 | - | - | - | 158,431 | 304,371 | -145,940 | 111,417 | -34,523 | 58 |
| 59 | MARCH | 129,634 | - | - | - | 129,634 | 293,517 | -163,883 | 79,153 | -84,730 | 59 |
| 60 | APRIL | 246,347 | - | - | - | 246,347 | 257,943 | -11,597 | 39,436 | 27,839 | 60 |
| 61 | MAY | 274,976 | - | - | - | 274,976 | 250,191 | 24,785 | 1,350 | 26,134 | 61 |
| 62 | JUNE | 255,103 | - | - | - | 255,103 | 243,552 | 11,551 | 5,810 | 17,361 | 62 |
| 63 | JULY | - | - | - | - | - | - | - | - | - | 63 |
| 64 | AUGUST | - | - | - | - | - | - | - | - | - | 64 |
| 65 | SEPTEMBER | - | - | - | - | - | - | - | - | - | 65 |
| 66 | OCTOBER | - | - | - | - | - | - | - | - | - | 66 |
| 67 | NOVEMBER | - | - | - | - | - | - | - | - | - | 67 |
| 68 | DECEMBER | - | - | - | - | - | - | - | - | - | 68 |
| 69 | YTD TOTAL | 1,223,327 | - | - | - | 1,223,327 | 1,573,553 | -350,227 | 230,632 | -119,596 | 69 |

|  |  |  | TOTAL DEALERSHIP |  |  |  | USED VEHICLE DEPARTMENT |  |  |
|---|---|---|---|---|---|---|---|---|---|
| LINE NO. |  | ACCOUNT NO. | MTD | % G.P. | YTD | % G.P. | MONTH | YTD | LINE NO. |
| 1 | **TOTAL DEALERSHIP GROSS PROFIT (PAGE 2 - LINE 49)** |  | 255,103 |  | 1,223,328 |  | 255,103 | 1,223,328 | 1 |
| 2 | ADVERTISING | 8000 | 11,276 | 4.42 % | 128,929 | 10.54 % | 11,276 | 128,929 | 2 |
| 3 | SALES PROMOTION | 8010 | - | - | - | - | - | - | 3 |
| 4 | SALESPERSON COMPENSATION & INCENTIVES | 8020 | 47,330 | 18.55 % | 239,036 | 19.54 % | 47,330 | 239,036 | 4 |
| 5 | FINANCE & INSURANCE COMPENSATION | 8040 | 28,134 | 11.03 % | 114,767 | 9.38 % | 28,134 | 114,767 | 5 |
| 6 | FLOOR PLAN INTEREST | 8050 | 32,192 | 12.62 % | 219,929 | 17.98 % | 32,192 | 219,929 | 6 |
| 7 | DELIVERY EXPENSE | 8060 | 15,515 | 6.08 % | 57,445 | 4.70 % | 15,515 | 56,920 | 7 |
| 8 | POLICY EXPENSE | 8070 | - | - | 7,562 | 0.62 % | - | 7,562 | 8 |
| 9 | COMPENSATION - OWNERS | 8080 | - | - | 20,000 | 1.63 % | - | 20,000 | 9 |
| 10 | COMPENSATION - SUPERVISORS | 8090 | 21,600 | 8.47 % | 141,771 | 11.59 % | 21,600 | 141,771 | 10 |
| 11 | COMPENSATION - CLERICAL | 8100 | 8,021 | 3.14 % | 75,035 | 6.13 % | 8,021 | 75,035 | 11 |
| 12 | COMPENSATION - OTHER | 8110 | 18,150 | 7.11 % | 84,600 | 6.92 % | 18,150 | 84,600 | 12 |
| 13 | LEAVE - VACATION, SICK & HOLIDAY | 8120 | - | - | - | - | - | - | 13 |
| 14 | PAYROLL TAXES | 8130 | 9,872 | 3.87 % | 63,310 | 5.18 % | 9,872 | 63,310 | 14 |
| 15 | TRAINING EXPENSE | 8140 | - | - | - | - | - | - | 15 |
| 16 | UNIFORMS & LAUNDRY | 8150 | - | - | - | - | - | - | 16 |
| 17 | EMPLOYEE BENEFITS | 8160 | 1,230 | 0.48 % | 7,138 | 0.58 % | 1,230 | 7,138 | 17 |
| 18 | WORKER'S COMPENSATION | 8170 | 1,661 | 0.65 % | 10,261 | 0.84 % | 1,661 | 10,261 | 18 |
| 19 | PENSION & PROFIT SHARING | 8180 | - | - | - | - | - | - | 19 |
| 20 | COMPANY VEHICLE & DEMONSTRATOR EXPENSE | 8190 | - | - | 2,570 | 0.21 % | - | 2,570 | 20 |
| 21 | OFFICE SUPPLIES & STATIONERY | 8200 | 4,152 | 1.63 % | 7,800 | 0.64 % | 4,152 | 7,800 | 21 |
| 22 | SMALL TOOLS & OTHER SUPPLIES | 8210 | - | - | 5,660 | 0.46 % | - | 5,660 | 22 |
| 23 | REPAIRS & MAINTENANCE - EQUIPMENT | 8220 | - | - | - | - | - | - | 23 |
| 24 | DEPRECIATION - EQUIPMENT | 8230 | - | - | - | - | - | - | 24 |
| 25 | EQUIPMENT RENTAL | 8240 | - | - | 162 | 0.01 % | - | 162 | 25 |
| 26 | BAD DEBTS | 8250 | - | - | - | - | - | - | 26 |
| 27 | BAD DEBTS RECOVERED | 8260 | - | - | - | - | - | - | 27 |
| 28 | DATA PROCESSING | 8270 | 6,601 | 2.59 % | 83,404 | 6.82 % | 6,601 | 83,404 | 28 |
| 29 | CREDIT COMPANY SERVICE FEES | 8280 | - | - | - | - | - | - | 29 |
| 30 | TRAVEL- LODGING & TRANSPORTATION | 8290 | - | - | - | - | - | - | 30 |
| 31 | MEALS & ENTERTAINMENT | 8300 | - | - | - | - | - | - | 31 |
| 32 | MEMBERSHIP, DUES & PUBLICATIONS | 8310 | - | - | 363 | 0.03 % | - | 363 | 32 |
| 33 | POSTAGE | 8320 | - | - | 2,135 | 0.17 % | - | 2,135 | 33 |
| 34 | FREIGHT | 8330 | - | - | - | - | - | - | 34 |
| 35 | CONTRIBUTIONS | 8340 | - | - | - | - | - | - | 35 |
| 36 | LEGAL & ACCOUNTING SERVICES | 8350 | - | - | 8,802 | 0.72 % | - | 8,802 | 36 |
| 37 | TELEPHONE | 8360 | - | - | 2,121 | 0.17 % | - | 2,121 | 37 |
| 38 | OUTSIDE SERVICES | 8370 | -2,150 | -0.84 % | 35,068 | 2.87 % | -2,150 | 35,068 | 38 |
| 39 | BANK FEES | 8380 | 3,355 | 1.32 % | 12,048 | 0.98 % | 3,355 | 12,048 | 39 |
| 40 | INSURANCE - OTHER | 8390 | 1,235 | 0.48 % | 13,693 | 1.12 % | 1,235 | 13,693 | 40 |
| 41 | TAXES - OTHER | 8400 | - | - | -104 | -0.01 % | - | -104 | 41 |
| 42 | MISCELLANEOUS EXPENSE | 8410 | - | - | - | - | - | - | 42 |
| 43 | RENT | 8420 | 31,000 | 12.15 % | 186,000 | 15.20 % | 31,000 | 186,000 | 43 |
| 44 | AMORTIZATION - LEASEHOLDS & IMPROVEMENTS | 8430 | - | - | - | - | - | - | 44 |
| 45 | REPAIRS & MAINTENANCE - REAL ESTATE | 8440 | - | - | 500 | 0.04 % | - | 500 | 45 |
| 46 | DEPRECIATION - BUILDINGS & EQUIPMENT | 8450 | - | - | - | - | - | - | 46 |
| 47 | TAXES - REAL ESTATE | 8460 | 4,378 | 1.72 % | 26,266 | 2.15 % | 4,378 | 26,266 | 47 |
| 48 | INSURANCE - BUILDINGS & IMPROVEMENTS | 8470 | - | - | - | - | - | - | 48 |
| 49 | INTEREST - MORTGAGE | 8480 | - | - | - | - | - | - | 49 |
| 50 | UTILITIES | 8490 | - | - | 17,283 | 1.41 % | - | 17,283 | 50 |
| 51 | **TOTAL EXPENSES** |  | 243,552 | 95.47 % | 1,573,554 | 128.63 % | 243,552 | 1,573,029 | 51 |
| 52 | **OPERATING PROFIT (LOSS)** |  | 11,551 | 4.53 % | -350,226 | -28.63 % | 11,551 | -349,701 | 52 |
| 53 | NET ADJUSTMENTS TO INCOME |  | 5,810 | 2.28 % | 230,632 | 18.85 % |  |  | 53 |
| 54 | **NET PROFIT (LOSS) BEFORE BONUS** |  | 17,361 | 6.81 % | -119,594 | -9.78 % |  |  | 54 |
| 55 | BONUSES - EMPLOYEES | 8500 | - | - | - | - |  |  | 55 |
| 56 | BONUSES- OWNERS | 8510 | - | - | - | - |  |  | 56 |
| 57 | **NET PROFIT (LOSS) BEFORE TAXES** |  | 17,361 | 6.81 % | -119,594 | -9.78 % |  |  | 57 |
| 58 | ESTIMATED INCOME TAX | 8520 | - | - | - | - |  |  | 58 |
| 59 | **NET PROFIT (LOSS) AFTER TAXES** |  | 17,361 | 6.81 % | -119,594 | -9.78 % |  |  | 59 |

**2023 Financial Statement** — Dealership: **Superb Motors** — Period Ending: **June 30, 2023**

| LINE NO. | | ACCOUNT NO. | SERVICE DEPARTMENT MTD | SERVICE DEPARTMENT YTD | PARTS DEPARTMENT MTD | PARTS DEPARTMENT YTD | BODY SHOP DEPARTMENT MTD | BODY SHOP DEPARTMENT YTD | LINE NO. |
|---|---|---|---|---|---|---|---|---|---|
| 1 | TOTAL DEALERSHIP GROSS PROFIT (PAGE 2 - LINE 49) | | - | - | - | - | - | - | 1 |
| 2 | ADVERTISING | 8000 | - | - | - | - | - | - | 2 |
| 3 | SALES PROMOTION | 8010 | - | - | - | - | - | - | 3 |
| 4 | SALESPERSON COMPENSATION & INCENTIVES | 8020 | - | - | - | - | - | - | 4 |
| 5 | FINANCE & INSURANCE COMPENSATION | 8040 | - | - | - | - | - | - | 5 |
| 6 | FLOOR PLAN INTEREST | 8050 | - | - | - | - | - | - | 6 |
| 7 | DELIVERY EXPENSE | 8060 | - | 525 | - | - | - | - | 7 |
| 8 | POLICY EXPENSE | 8070 | - | - | - | - | - | - | 8 |
| 9 | COMPENSATION - OWNERS | 8080 | - | - | - | - | - | - | 9 |
| 10 | COMPENSATION - SUPERVISORS | 8090 | - | - | - | - | - | - | 10 |
| 11 | COMPENSATION - CLERICAL | 8100 | - | - | - | - | - | - | 11 |
| 12 | COMPENSATION - OTHER | 8110 | - | - | - | - | - | - | 12 |
| 13 | LEAVE - VACATION, SICK & HOLIDAY | 8120 | - | - | - | - | - | - | 13 |
| 14 | PAYROLL TAXES | 8130 | - | - | - | - | - | - | 14 |
| 15 | TRAINING EXPENSE | 8140 | - | - | - | - | - | - | 15 |
| 16 | UNIFORMS & LAUNDRY | 8150 | - | - | - | - | - | - | 16 |
| 17 | EMPLOYEE BENEFITS | 8160 | - | - | - | - | - | - | 17 |
| 18 | WORKER'S COMPENSATION | 8170 | - | - | - | - | - | - | 18 |
| 19 | PENSION & PROFIT SHARING | 8180 | - | - | - | - | - | - | 19 |
| 20 | COMPANY VEHICLE & DEMONSTRATOR EXPENSE | 8190 | - | - | - | - | - | - | 20 |
| 21 | OFFICE SUPPLIES & STATIONERY | 8200 | - | - | - | - | - | - | 21 |
| 22 | SMALL TOOLS & OTHER SUPPLIES | 8210 | - | - | - | - | - | - | 22 |
| 23 | REPAIRS & MAINTENANCE - EQUIPMENT | 8220 | - | - | - | - | - | - | 23 |
| 24 | DEPRECIATION - EQUIPMENT | 8230 | - | - | - | - | - | - | 24 |
| 25 | EQUIPMENT RENTAL | 8240 | - | - | - | - | - | - | 25 |
| 26 | BAD DEBTS | 8250 | - | - | - | - | - | - | 26 |
| 27 | BAD DEBTS RECOVERED | 8260 | - | - | - | - | - | - | 27 |
| 28 | DATA PROCESSING | 8270 | - | - | - | - | - | - | 28 |
| 29 | CREDIT COMPANY SERVICE FEES | 8280 | - | - | - | - | - | - | 29 |
| 30 | TRAVEL- LODGING & TRANSPORTATION | 8290 | - | - | - | - | - | - | 30 |
| 31 | MEALS & ENTERTAINMENT | 8300 | - | - | - | - | - | - | 31 |
| 32 | MEMBERSHIP, DUES & PUBLICATIONS | 8310 | - | - | - | - | - | - | 32 |
| 33 | POSTAGE | 8320 | - | - | - | - | - | - | 33 |
| 34 | FREIGHT | 8330 | - | - | - | - | - | - | 34 |
| 35 | CONTRIBUTIONS | 8340 | - | - | - | - | - | - | 35 |
| 36 | LEGAL & ACCOUNTING SERVICES | 8350 | - | - | - | - | - | - | 36 |
| 37 | TELEPHONE | 8360 | - | - | - | - | - | - | 37 |
| 38 | OUTSIDE SERVICES | 8370 | - | - | - | - | - | - | 38 |
| 39 | BANK FEES | 8380 | - | - | - | - | - | - | 39 |
| 40 | INSURANCE - OTHER | 8390 | - | - | - | - | - | - | 40 |
| 41 | TAXES - OTHER | 8400 | - | - | - | - | - | - | 41 |
| 42 | MISCELLANEOUS EXPENSE | 8410 | - | - | - | - | - | - | 42 |
| 43 | RENT | 8420 | - | - | - | - | - | - | 43 |
| 44 | AMORTIZATION - LEASEHOLDS & IMPROVEMENTS | 8430 | - | - | - | - | - | - | 44 |
| 45 | REPAIRS & MAINTENANCE - REAL ESTATE | 8440 | - | - | - | - | - | - | 45 |
| 46 | DEPRECIATION - BUILDINGS & EQUIPMENT | 8450 | - | - | - | - | - | - | 46 |
| 47 | TAXES - REAL ESTATE | 8460 | - | - | - | - | - | - | 47 |
| 48 | INSURANCE - BUILDINGS & IMPROVEMENTS | 8470 | - | - | - | - | - | - | 48 |
| 49 | INTEREST - MORTGAGE | 8480 | - | - | - | - | - | - | 49 |
| 50 | UTILITIES | 8490 | - | - | - | - | - | - | 50 |
| 51 | TOTAL EXPENSES | | - | 525 | - | - | - | - | 51 |
| 52 | OPERATING PROFIT (LOSS) | | - | -525 | - | - | - | - | 52 |

| LINE NO. | ADJUSTMENTS TO INCOME | ACCT NO. | MONTH | YTD | PERSONAL EXPENSE ANALYSIS | | | | LINE NO. |
|---|---|---|---|---|---|---|---|---|---|
| 60 | | | | | | | | | 60 |
| 61 | CASH DISCOUNTS EARNED | 9020 | - | - | TOTAL PERSONNEL EXPENSE LINES | | MONTH | YTD | 61 |
| 62 | CASH DISCOUNTS ALLOWED/GIVEN | 9030 | - | - | 4 + 9 + 10 + 11 + 12 + 13 + 14 + 17 + 18 | | 107,864 | 641,151 | 62 |
| 63 | CAPITAL ASSETS, GAINS/LOSSES | 9040 | - | - | PERCENTAGE OF GROSS PROFIT | | - | - | 63 |
| 64 | INTEREST INCOME | 9050 | - | - | | | | | 64 |
| 65 | INTEREST EXPENSE | 9060 | - | - | | | | | 65 |
| 66 | OTHER INCOME | 9070 | 5,810 | 230,632 | DEPARTMENT EMPLOYEES AND MANAGERS | | | | 66 |
| 67 | LEASE, RENTAL & OTH VEH. INCOME/EXPENSE | 9100 | - | - | SALES | - | BODY SHOP | - | 67 |
| 68 | CASUALTY LOSSES | 9200 | - | - | F&I | - | LEASE/RENTAL/OTHER | - | 68 |
| 69 | OTHER EXPENSE | 9220 | - | - | SERVICE | - | OFFICE | - | 69 |
| 70 | NET ADJUSTMENTS TO INCOME | | 5,810 | 230,632 | PARTS | - | OWNERS | - | 70 |