# GOLD COAST MOTORS AUTOMOTIVE GROUP

# Company Newsletter

JUNE 6TH 2023







# GOLD COAST MOTORS
# EXECUTIVE ROLES

### The fiduciary duties of corporate officers are

Duty of care
Duty of loyalty
Duty of good faith





## PRESIDENT
## Anthony Deo

The president creates, communicates, and implements the company's vision, mission, and overall direction. They hire, fire, and manage all employees of the company. Additionally, they lead, guide, direct, and evaluate all other officers, managers, and employees and ensure they are carrying out the daily operations of the company.

## VICE PRESIDENT
## Sara Deo

The vice president is a high-level senior executive who oversees the day-to-day operations of a broad division and implements the company's vision, policies, and goals. This person oversees the entire organization's operations.

## CHIEF FINANCIAL OFFICER
## Michael Laurie

This executive is in charge of a company's financial operations. A CFO's responsibilities include internal and external financial reporting, stewardship of a company's assets, and ownership of cash management. Increasingly, the role is more forward-looking and expanding to incorporate strategy and business partnerships.

## CHIEF OPERATING OFFICER
## Frank Ventimiglia

This person manages and handles the daily business operations of the company, working closely with department heads and supervisors to support the day-to-day activity of employees.

## CHIEF SECURITY OFFICER
## Marc Merckling

A chief security officer is an executive responsible for the safety and security of company personnel, data, and assets. CSOs are responsible for preventing data breaches by developing robust safety protocols and **crisis management.**





## CHIEF ADMINISTRATIVE OFFICER
### Ron Das

A chief administrative officer is a top-tier executive who supervises the daily operations of an organization and is ultimately responsible for its performance.

## CHIEF MARKETING OFFICER
### Efaz Deo

A chief marketing officer is the corporate executive responsible for an organization's marketing activities. The CMO's primary responsibility is to generate revenue by increasing sales through Brand management.

## GENERAL MANAGER
### Eugene Lowe

A general manager oversees the daily operations of a business segment, department, or stand-alone retail location. It is the general manager's responsibility to ensure strategic goals are met by setting operational policies, creating and maintaining budgets, managing employees, and more.

## OPERATIONS MANAGER
### Dwight Blankenship

The role of an operations manager is to manage all activities involved in producing the goods and/or services of a business. Operations managers oversee operational activities at every level of an organization.

## SALES MANAGER
### Andy Vasquez

The role of a sales manager is to recruit, hire, and train new members of the sales staff. Sales managers direct organizations' sales teams. They set sales goals, analyze data, and develop training programs for organizations' sales representatives.





## SALES MANAGER
### Paul Ventimiglia

The role of a sales manager is to recruit, hire, and train new members of the sales staff. Sales managers direct organizations' sales teams. They set sales goals, analyze data, and develop training programs for organizations' sales representatives.

## FINANCE MANAGER
### Landimir Gonzalez

The role of the finance manager works in an automotive dealership and presents car buyers with various financing options, lending institutions, interest rates, and more. A finance manager generally serves as an intermediary between finance companies and the car dealership during the car sales process. They are required to complete all documentation required by federal and local regulations for each transaction and may fill out car sale contracts, set payoff values, and conduct credit checks. They must have strong written and verbal communication skills and attention to detail.

Date: 6/3/23

I ___Efaz Anthony Deo___ hereby acknowledge, accept and agree to the terms and conditions of this new role presented to me. I vow that my fiduciary responsibility will be to adhere to the three main responsibilities as an officer of the Gold Coast Automotive Group. The terms and conditions of my hire and new role will be discussed and agreed upon at a later date with the President of the Group.

___Efaz Anthony Deo___
**Print Name**

___[signature]___
**Sign Name**

_____
**President**



Date:_____

I _____ hereby acknowledge, accept and agree to the terms and conditions of this new role presented to me. I vow that my fiduciary responsibility will be to adhere to the three main responsibilities as an officer of the Gold Coast Automotive Group. The terms and conditions of my hire and new role will be discussed and agreed upon at a later date with the President of the Group.

Frank Ventagh

**Print Name**

*[signature]*

**Sign Name**

_____

**President**





Date: 6-6-2023

I **Landimir Gonzalez** hereby acknowledge, accept and agree to the terms and conditions of this new role presented to me. I vow that my fiduciary responsibility will be to adhere to the three main responsibilities as an officer of the Gold Coast Automotive Group. The terms and conditions of my hire and new role will be discussed and agreed upon at a later date with the President of the Group.

Landimir Gonzalez
**Print Name**

*[signature]*
**Sign Name**

_____
**President**





Date: 06/06/23

I __MARC MERCKLING__ hereby acknowledge, accept and agree to the terms and conditions of this new role presented to me. I vow that my fiduciary responsibility will be to adhere to the three main responsibilities as an officer of the Gold Coast Automotive Group. The terms and conditions of my hire and new role will be discussed and agreed upon at a later date with the President of the Group.

MARC MERCKLING
**Print Name**

_[signature]_
**Sign Name**

_____
**President**





Date:_____

I _____ hereby acknowledge, accept and agree to the terms and conditions of this new role presented to me. I vow that my fiduciary responsibility will be to adhere to the three main responsibilities as an officer of the Gold Coast Automotive Group. The terms and conditions of my hire and new role will be discussed and agreed upon at a later date with the President of the Group.

___Michael Laurie___
**Print Name**

___[signature]___
**Sign Name**


_____
**President**





Date: 06·06·2023

I ___RON VAS___ hereby acknowledge, accept and agree to the terms and conditions of this new role presented to me. I vow that my fiduciary responsibility will be to adhere to the three main responsibilities as an officer of the Gold Coast Automotive Group. The terms and conditions of my hire and new role will be discussed and agreed upon at a later date with the President of the Group.

___RON VAS___
**Print Name**

_____
**Sign Name**

_____
**President**

