# CYRULI SHANKS
### CYRULI SHANKS & ZIZMOR LLP

Jeffrey C. Ruderman
email: jruderman@cszlaw.com
Admitted NY, NJ and CT

September 14, 2023

Via ECF
Hon. James W. Wicks, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: Superb Motors Inc. et. al. v. Deo, et. al., Case No. 2:23-cv-6188 (OEM)(ST)

Dear Magistrate Judge Wicks:

  This firm represents the "Island Auto Plaintiffs", being all Plaintiffs in the above referenced matter <u>other than</u> the "Superb Plaintiffs" (being Superb Motors Inc., Team Auto Sales LLC, and Robert Anthony Urrutia). We did not appear on the 3:00 PM telephonic conference today because it was our understanding that the purpose of the conference was to coordinate a settlement conference limited to the preliminary injunctive relief sought by the Superb Plaintiffs against certain defendants. The Island Auto Plaintiffs seek no relief in the current motion for a preliminary injunction.

  Upon receiving the notice of this Court's Minute Order (Dkt 41), it appeared that counsel for Jones, Little & Co., CPA's LLP and Flushing Bank joined in that call, but have been excused from the settlement conference tomorrow, presumably because they are not subject to the limited issues before the Court. If we were to have joined in the 3:00 PM telephonic conference today we greatly apologize, and note that we would have similarly requested our attendance at tomorrow's conference be excused as the Island Auto Plaintiffs are also not subject to the limited issues before the Court.

  At the risk of being presumptuous, being that the Island Auto Plaintiffs are not subject to the limited issues before the Court, we advise the Court that we will not be attending the settlement conference as we take no position and would not be involved in such discussions.

  We thank the Court for its consideration in this regard.

Respectfully yours,

<u>/s/ Jeffrey C. Ruderman</u>
Jeffrey C. Ruderman

cc: All counsel via ECF