# EXHIBIT 3

**From:** anthony deo <anthonyd@northshoremotors1.com>
**Sent:** Monday, April 3, 2023 11:46 AM
**To:** Bruce Novicky <bruce@teamauto.com>; Tony Urrutia <tonyu814@gmail.com>
**Subject:** Re: Rob Puccio - Account Opening Information

Good morning guys,

Dave Weinstein didn't have any of the information for Superb to send over to Rob.

Can you please help me in gathering the information needed so I can get this done ASAP?

All I need is the formation documentation.

        Legal Documentation -

    1. For corporations, we will need the certificate of incorporation and filing receipt

---

**From:** anthony deo
**Sent:** Friday, March 31, 2023 11:56 AM
**To:** Bruce Novicky <bruce@teamauto.com>; Tony Urrutia <Tonyu814@gmail.com>
**Subject:** Fwd: Rob Puccio - Account Opening Information

*Anthony Deo*
**NORTHSHORE MOTORS**
**Chief Operating Officer.**
180 Michael Drive
Syosset, NY 11791
www.NorthshoreMotors1.com
Ph.516.226.1400

Admin
This electronic message, including any and all attachments hereto, is intended solely to be used by the individual or entity to which it is addressed. It may contain information which is privileged, confidential and otherwise exempt by law from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to its intended recipient, you are herewith notified that any dissemination, distribution, copying or retention of this communication or the information contained herein is strictly prohibited. If you have received this communication in error, please notify us by telephone immediately and permanently delete the original and any copy or printout thereof - Thank you.

Begin forwarded message:

> **From:** "Puccio, Robert" <rpuccio@flushingbank.com>
> **Date:** March 31, 2023 at 11:48:24 AM EDT
> **To:** anthony deo <anthonyd@northshoremotors1.com>
> **Subject: Rob Puccio - Account Opening Information**
>
> Hi Anthony,
>
> Please provide me with the information requested below for Superb. Thanks!

- Business Name (include DBA is applicable) –
- Physical address (if mailing address is different please list) –
- Tax ID –

- Business phone number –
- 2022 Annual Revenue/Budget -
- Names of 3 top suppliers/vendors –
- Name of 3 top customers, if applicable –
- Signer 1 Information -
    - Legal Name, primary contact-
    - Valid ID (driver's license is preferred, a passport will require a proof of address as well such as a utility bill) –
    - SSN -
    - Title and occupation-
    - Email address and phone number (Office and Cellular)-
- Signer 2 Information -
    - Legal Name-
    - Valid ID (driver's license is preferred, a passport will require a proof of address as well such as a utility bill) –
    - SSN -
    - Title and occupation-
    - Email address and phone number (Office and Cellular)-
- Ownership Information -
    - Full Name, SSN, Title, Percentage of Ownership and ID for Each Owner
- Legal Documentation -
    1. For LLCs we will need the articles of organization, operating agreement, and filing receipt
    2. For corporations we will need the certificate of incorporation and filing receipt
    3. For partnerships we will need the certificate of partnership
    4. For a sole proprietorship we will need a schedule C if they are conducting business under their own name and SSN as the tax ID. If they are using an assumed name then we will need the certificate of conducting business as a sole prop

*"The highest compliment I can receive is a referral to your family, friends and business associates."*

**Robert V. Puccio**
Vice President
Business Banking Group
Flushing Bank
99 Park Avenue – Suite 820
New York, NY 10016
Phone: 646-923-9539
Cellular: 516-707-8922
Email: rpuccio@flushingbank.com
www.FlushingBank.com

From: Tony Urrutia <tonyu814@gmail.com>
Sent: Monday, April 3, 2023 3:37 PM
To: anthony deo <anthonyd@northshoremotors1.com>
Subject: Fwd: Evidence for CSC Order 627831

Best regards,

Tony Urrutia

Mobile 631 561-9807

Sent from my iPhone

Begin forwarded message:

> From: Bruce Novicky <bruce@teamauto.com>
> Date: April 3, 2023 at 9:56:57 AM CST
> To: "Tony Urrutia (tonyu814@gmail.com)" <tonyu814@gmail.com>
> Subject: FW: Evidence for CSC Order 627831
>
> **Bruce Novicky**
> Chief Operating Officer | **Team Auto Group**
> Office 860.900.0660
> Email bruce@teamauto.com
>
> From: Joseph Fuirita <jfuirita@schiller.law>
> Sent: Monday, April 3, 2023 11:56 AM
> To: Bruce Novicky <bruce@teamauto.com>
> Subject: FW: Evidence for CSC Order 627831
>
> See attached Re Superb
>
> From: bettyjean.konieczny@cscglobal.com <bettyjean.konieczny@cscglobal.com>
> Sent: Monday, April 3, 2023 11:55 AM
> To: Joseph Fuirita <jfuirita@schiller.law>
> Subject: Evidence for CSC Order 627831
>
> Attached please find documents associated with the following:
> **Entity/Subject Name:** SUPERB MOTORS INC.
> **Request for:** Copy Request
> **Jurisdiction:** NY
> **Order #:** 627831
> **Order Date:** 3/31/2023
> **Matter #:** N/A
> **Reference #:**
> **Project Id:**

**CSC**
251 Little Falls Drive
Wilmington, Delaware 19808
USA
800-927-9801 ext. 66028
cscglobal.com

*We are the business behind business*®

CSC makes no express or implied warranties, guarantees, or representations related to an order's accuracy or completeness, or regarding the public record data provided by its suppliers or government jurisdiction. CSC disclaims all liability for indirect, consequential, incidental, or special damages related to this order. The customer's sole remedy for any errors or omission is limited to a refund of the service fee associated with such order.

# CERTIFICATE OF INCORPORATION
# OF
# SUPERB MOTORS INC.

Under Section 402 of the Business Corporation Law

I, the undersigned, a natural person of at least 18 years of age, for the purpose of forming a corporation under Section 402 of the Business Corporation Law of the State of New York hereby certify:

**FIRST:** The name of the corporation is:

**SUPERB MOTORS INC.**

**SECOND:** This corporation is formed to engage in any lawful act or activity for which a corporation may be organized under the Business Corporation Law, provided that it is not formed to engage in any act or activity requiring the consent or approval of any state official, department, board, agency or other body without such consent or approval first being obtained.

**THIRD:** The county, within this state, in which the office of the corporation is to be located is NASSAU.

**FOURTH:** The total number and value of shares of common stock which the corporation shall have authority to issue is: 200 SHARES WITH NO PAR VALUE.

**FIFTH:** The Secretary of State is designated as agent of the corporation upon whom process against it may be served. The address within or without this state to which the Secretary of State shall mail a copy of any process against the corporation served upon him or her is:

THE CORPORATION
15 LANCASTER STREET
LYNBROOK, NY 11563

**SIXTH:** No Director of this corporation shall be personally liable to the corporation, or its shareholders for damages for any breach of duty in such capacity, provided that this provision shall not limit the liability of any director if a judgment or other final adjudication, adverse to him, establishes that his act or omissions were in bad faith or involved intentional misconduct or a knowing violation of law or that he personally gained in fact a financial profit or other advantage, to which he was not legally entitled or that his acts violated Section 719 of the New York Business Corporation Law.

**SEVENTH:** The holders of any of the corporation's equity shares shall be entitled to preemptive rights in accordance with the provisions of BCL section 622.

I certify that I have read the above statements, I am authorized to sign this Certificate of Incorporation, that the above statements are true and correct to the best of my knowledge and belief and that my signature typed below constitutes my signature.

KRISTIE L. DELONG  (signature)

KRISTIE L.  DELONG, INCORPORATOR
BLUMBERGEXCELSIOR
236 BROADWAY
MENANDS, NY 12204

Filed by:
BLUMBERGEXCELSIOR CORPORATE SERVICES, INC.
236 BROADWAY
MENANDS, NY 12204

**BLUMBERGEXCELSIOR CORPORATE SERVICES INC. (39)**
**DRAWDOWN**
**CUSTOMER REF# 353195**

FILED WITH THE NYS DEPARTMENT OF STATE ON: 02/04/2021
FILE NUMBER: 210204010081; DOS ID: 5933755