**From:** Sara deo <sarad@northshoremotors1.com>
**Sent:** Monday, January 2, 2023 9:37 AM
**To:** Alysia Cayer <alysiac@yourteamauto.com>
**Cc:** Michael Laurie <mlaurie@dlacapital.com>; anthony deo <anthonyd@northshoremotors1.com>
**Subject:** Re: GCM SYOSSET

Good morning,

I took Valerie and Keshia out of this email chain.
Northshore motors and Sunrise Auto Outlet licenses are linked to the old partnership. Moving forward Tony and Anthony need to file new licenses under DBA names GCM Sunrise and GCM Syosset.
This paperwork needs to be handled sooner than later in January and we need to put all of our efforts together to get this done expeditiously.

While we are on the to do list, Do you know where we are we with opening up new CHASE bank accounts for Superb with Tony and Anthony now that the operating agreements are signed and executed. Please give me an update.

With all this said, as of right now GCM Syosset represents the repair facility for used cars. We have multiple lifts and mechanics there so the repairs get done much cheaper at this facility than compared to outside vendors. As of right now, they have prepped and repaired over 100 vehicles for Superb motors and this is the money reconciliation that we are trying to accomplish with Valerie. This facility also represents the New York State inspection station that we use to inspect cars for Superb.

Please see attached unpaid statement for GCM Syosset Repair shop thus far.
There is no DMS accounting access to give at this point for GCM Syosset because it has no established DMS or DealerTrack access because it's not licensed yet.

Please let me know if you need further clarification.

Thank you,
Sara Deo