**From:** Cusano, Lesley <LCusano@flushingbank.com>
**Sent:** Wednesday, March 29, 2023 11:30 AM
**To:** Bruce Novicky <bruce@teamauto.com>; Weinstein, David <DWeinstein@flushingbank.com>
**Subject:** RE: [EXTERNAL] - FW: New Business Account Paperwork Requirements

Bruce,

Thank you for sending some of the required documentation.  Please note the following:

1. For all LLC's, an operating agreement is required, as well as the articles of organization and filing receipts,  (NJ & CT do not have filing receipts), EIN numbers. For a corporation, it is the certificate of incorporation.
2. Information for the signer (s) listed on the LLC documentation (copies of a driver's license or non-driver's license, or a US passport and a secondary piece of ID which is a VISA/Mastercard or AMEX) In addition, mother's maiden name, home address, home, work and cell phone numbers, email address, social security number, occupation.  If the signer(s) will be using a US passport as their primary ID or if their current home address is different than what's listed on the driver's/non-driver's license, then I will need to see a copy of a recent utility bill for proof of home address requirements. Percentage of ownership of each signer (if there is more than one), that must match what is indicated in the operating agreement.
3. Please **DO NOT** include social security numbers in an email, that is something that can be provided to me over the phone.
4. There are some questions regarding activity on each account (a name of a supplier or vendor, current banking relationship and average balances, monthly revenue, etc.).  These are questions that we can discuss over the phone.

5.  Actual physical location (address) of each dealership and mailing address, if different from the actual business address.

Attached is the list you sent.  The items marked with an ( * ) are documentation that is still required.

Please feel free to call me at (347) 410-8068 with any questions you may have.  I look forward to speaking with you.

Thank you.


Lesley D. Cusano
Business Specialist
Borough Park Branch
Flushing Bank
4616 13th Avenue
Brooklyn, NY 11219
P: (347) 410-8068
F: (347) 381-8675
lcusano@flushingbank.com
www.FlushingBank.com

---

**From:** Bruce Novicky <bruce@teamauto.com>
**Sent:** Tuesday, March 28, 2023 10:17 AM
**To:** Cusano, Lesley <LCusano@flushingbank.com>
**Subject:** [EXTERNAL] - FW: New Business Account Paperwork Requirements

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.
Good morning Lesley,

I am helping gather all of the documents you need to switch our Chase accounts over.

I am still waiting on some things from the attorney. Attached is what I have so far.

My cell is 203-300-2209 feel free to call with any questions as well.

Regards,

**Bruce Novicky**
Chief Operating Officer |  **Team Auto Group**
Office 860.900.0660
Email bruce@teamauto.com

---

**From:** Tony Urrutia <tonyu814@gmail.com>
**Sent:** Friday, March 24, 2023 7:29 PM
**To:** Bruce Novicky <bruce@teamauto.com>
**Subject:** Fwd: New Business Account Paperwork Requirements

Best regards,

Tony Urrutia


Mobile 631 561-9807

Sent from my iPhone


Begin forwarded message:

**From:** Michael Morgan <michael@alliedmgmt.net>
**Date:** March 24, 2023 at 11:48:42 AM CST
**To:** Tony Urrutia <tonyu814@gmail.com>
**Subject: Fwd: New Business Account Paperwork Requirements**



Best regards,
Michael Morgan
516-322-0336

Begin forwarded message:

**From:** "Cusano, Lesley" <LCusano@flushingbank.com>
**Date:** March 24, 2023 at 1:40:20 PM EDT
**To:** Michael Morgan <michael@alliedmgmt.net>, "Weinstein, David"
<DWeinstein@flushingbank.com>
**Subject: New Business Account Paperwork Requirements**


Michael,

David asked me to let you know what paperwork is required to open an LLC and a corporation.  Please note the following:

**LLC**
1. Articles of Organization
2. LLC Operating Agreement
3. Filing Receipt
4. EIN Tax ID Number

**Corporation**

1. Certificate of Incorporation
2. Filing Receipt
3. EIN Tax ID Number

**For The Signer(s)**

1. Two pieces of identification (driver's license, non- driver's license, US Passport).
2.  Major Credit Card

**If the signer(s) are using a passport or a driver's or non-driver's license that have an old address, then a recent copy of a utility bill is required for proof of home address.

Thanks, and have a great weekend.
Lesley D. Cusano
Business Specialist
Borough Park Branch
Flushing Bank
4616 13th Avenue
Brooklyn, NY 11219
P: (347) 410-8068
F: (347) 381-8675
lcusano@flushingbank.com
www.FlushingBank.com