UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SUPERB MOTORS INC., TEAM AUTO SALES LLC, ROBERT ANTHONY URRUTIA, 189 SUNRISE HWY AUTO LLC, NORTHSHORE MOTOR LEASING, LLC, BRIAN CHABRIER, individually and derivatively as a member of NORTHSHORE MOTOR LEASING, LLC, JOSHUA AARONSON, individually and derivatively as a member of 189 SUNRISE HWY AUTO, LLC, JORY BARON, 1581 HYLAN BLVD AUTO LLC, 1580 HYLAN BLVD AUTO LLC, 1591 HYLAN BLVD AUTO LLC, 1632 HYLAN BLVD AUTO LLC, 1239 HYLAN BLVD AUTO LLC, 2519 HYLAN BLVD AUTO LLC, 76 FISK STREET REALTY LLC, 446 ROUTE 23 AUTO LLC and ISLAND AUTO MANAGEMENT, LLC,

Case No.: 2:23-cv-6188 (OEM) (JMW)

**DECLARATION OF BRUCE NOVICKY IN ACCORDANCE WITH THIS COURT'S SEPTEMBER 29, 2023 PRELIMINARY INJUNCTION ORDER**

　　　　　　　　　　　Plaintiffs,

-against-

ANTHONY DEO, SARAH DEO, HARRY THOMASSON, DWIGHT BLANKENSHIP, MARC MERCKLING, MICHAEL LAURIE, THOMAS JONES, CPA, CAR BUYERS NYC INC., GOLD COAST CARS OF SYOSSET LLC, GOLD COAST CARS OF SUNRISE LLC, GOLD COAST MOTORS AUTOMOTIVE GROUP LLC, GOLD COAST MOTORS OF LIC LLC, GOLD COAST MOTORS OF ROSLYN LLC, GOLD COAST MOTORS OF SMITHTOWN LLC, UEA PREMIER MOTORS CORP., DLA CAPITAL PARTNERS INC., JONES, LITTLE & CO., CPA'S LLP, FLUSHING BANK, and LIBERTAS FUNDING LLC,

　　　　　　　　　　　Defendants.
-----------------------------------------------------------------X

　　　Bruce Novicky declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

1. I am the Chief Operating Officer of Superb Motors Inc. ("Superb") and Team Auto Sales LLC ("Team") and work with Robert Anthony Urrutia ("Urrutia") (Superb, Team, and Urrutia collectively hereinafter the "Moving Plaintiffs").

2. As such, I am familiar with all the facts and circumstances heretofore had herein based upon my personal knowledge and a review of this Court's September 29, 2023 Memorandum and Order on Preliminary Injunction (hereinafter the "Order"), documents I maintain at Superb and Team, in addition to information I have learned from employees, customers, vendors, and other third parties concerning the issues relevant to this case.

3. As of today, October 2, 2023, the twenty-eight (28) vehicles listed on the list at ECF Docket Entry [30-8](#) ("Markup List") indicated with "YES" are located at Volkswagen of Freehold, 4360 US Route 9, Freehold, NJ 07728, with the exception of one (1) vehicle – WBA2H9C36HV986948 2017 BMW 2 Series – which is currently at an automobile repair shop in Astoria, NY, and will be returned to Volkswagen of Freehold upon completion of repairs there.

4. As of today, October 2, 2023, the two (2) Isuzu flatbed trucks are currently located at Superb Motors, 215 Northern Boulevard, Great Neck, NY 11021.

5. Of the remaining fifty-five (55) vehicles, we have ascertained the whereabouts of the following twelve (12) vehicles, which were not stolen by the Deo Defendants:

   a. 5YMTS0C02L9B09685   2020   BMW X3 M
   b. 55SWF4KB0HU188660   2017   Mercedes-Benz C-Class
   c. 1C4PJMDX3KD245817   2019   Jeep Cherokee
   d. WBASP0C58DC988075   2013   BMW 5 Series Gran Turismo
   e. WBS3U9C50FP967858   2015   BMW M4
   f. 1FMCU9JD3HUD14412   2017   Ford Escape
   g. 1C4HJXFN5JW331845   2018   Jeep Wrangler Unlimited
   h. WDDSJ4GB7JN508433   2018   Mercedes-Benz CLA
   i. SALYA2EX8KA791014   2019   Land Rover Range Rover Velar
   j. WAUB4CF56JA083170   2018   Audi S5 Sportback
   k. ZAM57YTLXK1316469   2019   Maserati Ghibli
   l. ZAM56RRAXG1187624   2016   Maserati Quattroporte

2

6. As such, we do not seek for the Deo Defendants to return those vehicles.[1]

7. This leaves forty-three (43) cars that are unaccounted for from the Markup List.

8. Those forty-three (43) vehicles are listed in a spreadsheet we have prepared. <u>See</u> copy of spreadsheet with remaining vehicles annexed hereto as **Exhibit "A."**

9. Although the Deo Defendants have provided a list of vehicles that they admitted to having, they have not explained the whereabouts of these remaining vehicles.

10. The Deo Defendants should therefore be required to return any remaining vehicles in their possession, custody, or control that belong to Superb, including these forty-three (43) vehicles.

11. To the extent that the Deo Defendants are unable to do so, they should provide sworn testimony concerning what happened with each of these remaining forty-three 43 vehicles.

12. I respectfully request that this Court grant the additional relief requested herein.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 2, 2023.

_____
Bruce Novicky

---

[1] The Moving Plaintiffs respectfully seek damages from the Defendants in relation to these vehicles and the thirty (30) vehicles recovered with the assistance of the Hon. James M. Wicks, U.S.M.J. because the Deo Defendants kept the funds related to the floor plan financing of those vehicles but that is not relevant to the instant preliminary injunction Order.

3