| Stock# | VIN # | Year | Make | Model | Mileage(Miles) | Age (Days) | G/L Balance |
|---|---|---|---|---|---|---|---|
| SR1334 | WBA8E5G56GNU21721 | 2016 | BMW | 3 Series | 71,183 | 17 | $ 15,925.00 |
| SU0994A | WBAHN83588DT77672 | 2008 | BMW | 7 Series | 220,000 | 23 | $ 6,486.00 |
| SU1313 | 1FTYR14E39PA15942 | 2009 | Ford | Ranger | 212,829 | 24 | $ 3,785.00 |
| SU1338 | 5N1BV28UX4N365724 | 2004 | Nissan | Quest |  | 26 | $ 700.00 |
| SU1312 | 5UXZV4C57CL889887 | 2012 | BMW | X5 | 145,724 | 29 | $ 7,360.12 |
| SU1307 | 3GCPYFED9MG383394 | 2021 | Chevrolet | Silverado 1500 | 23,300 | 30 | $ 52,486.00 |
| SU1297 | WBXHT3C3XH5F81562 | 2017 | BMW | X1 | 62,661 | 34 | $ 25,111.00 |
| SU1304 | 5UXZV4C53D0E08930 | 2013 | BMW | X5 | 157,810 | 34 | $ 7,354.00 |
| SU1274A | 2C4RDGBG4CR249331 | 2012 | Dodge | Grand Caravan | 164,322 | 37 | $ 4,986.00 |
| SU1275 | 1FM5K7B8XEGA63757 | 2014 | Ford | Explorer | 206,807 | 40 | $ 4,871.75 |
| SU1276 | 4JGAB74E1YA173539 | 2000 | Mercedes-Benz | M-Class | 198,785 | 40 | $ 6,854.00 |
| SU1273 | JTJBT20X660124417 | 2006 | Lexus | GX 470 | 147,000 | 40 | $ 8,354.00 |
| SU1239 | 5FNYF4H58EB056804 | 2014 | Honda | Pilot | 50,012 | 59 | $ 17,454.00 |
| SU1221 | WA1LHAF72KD026699 | 2019 | Audi | Q7 | 49,208 | 62 | $ 35,176.00 |
| SU1216 | 5TDBT44A84S221021 | 2004 | Toyota | Sequoia | 257,412 | 64 | $ 4,354.00 |
| SU1210 | 1C4SDJCT2MC520441 | 2021 | Dodge | Durango | 61,743 | 69 | $ 41,251.00 |
| SU0981A | 2FMEK63C89BA19931 | 2009 | Ford | Flex | 313,222 | 77 | $ 3,986.00 |
| SU1104A | 1FMEU74E57UA52487 | 2007 | Ford | Explorer | 155,403 | 89 | $ 4,986.00 |
| SU1142 | ZASPAKBN0L7C92090 | 2020 | Alfa Romeo | Stelvio | 20,169 | 94 | $ 34,455.00 |
| SU1130 | 1FATP8UH6K5190020 | 2019 | Ford | Mustang | 48,657 | 99 | $ 29,621.00 |
| SU1131 | WDDUG8GB4KA445850 | 2019 | Mercedes-Benz | S-Class | 59,681 | 99 | $ 60,101.00 |
| SU1120RF | 1G1ZD5STXLF122021 | 2020 | Chevrolet | Malibu | 63,637 | 106 | $ 25,189.89 |
| SU1127 | WBANB53507CP08338 | 2007 | BMW | 5 Series | 171,495 | 106 | $ 2,000.00 |
| SU1114A | WBAFU7C54BC879208 | 2011 | BMW | 5 Series | 206,000 | 107 | $ 3,986.00 |
| SU1154 | 1G1105S35JU116841 | 2018 | Chevrolet | Impala | 66,636 | 107 | $ 24,903.00 |
| SU1123 | JN1BY1PR8FM830659 | 2015 | Infiniti | Q70L | 143,000 | 111 | $ 10,300.00 |
| SU1128 | 5NPEB4AC0DH635244 | 2013 | Hyundai | Sonata | 80,000 | 112 | $ 4,000.00 |
| SU0895B | JN8AZ1MW1AW112694 | 2010 | Nissan | Murano | 157,070 | 125 | $ 2,500.00 |
| SU1082 | WBAKC8C56ACY68247 | 2010 | BMW | 7 Series | 104,242 | 131 | $ 8,000.00 |
| SU874B | WA1KK78R59A048822 | 2009 | Audi | Q5 | 196,498 | 131 | $ 1,000.00 |
| SU1037 | 3VW4T7AJ8HM312579 | 2017 | Volkswagen | Jetta | 82,039 | 133 | $ 13,000.00 |
| SU0890A | 1FM5K8D89EGA21518 | 2014 | Ford | Explorer | 189,683 | 140 | $ 4,900.00 |
| SU1002A | 1C4RJFCT1FC653909 | 2015 | Jeep | Grand Cherokee | 180,000 | 142 | $ 10,354.00 |
| SU848A | 5GALVBED8AJ256342 | 2010 | Buick | Enclave | 188,000 | 145 | $ 3,854.00 |
| SU0941A | WP1AB2A23BLA47985 | 2011 | Porsche | Cayenne | 100,921 | 159 | $ 14,854.00 |
| SU0960A | 4T1BZ1HK5JU014962 | 2018 | Toyota | Camry | 54,500 | 163 | $ 33,919.00 |
| SU0930 | WAUF2AFC3GN063552 | 2016 | Audi | S6 | 61,182 | 182 | $ 32,109.00 |
| SU0936 | WBAJE7C5XKWW08935 | 2019 | BMW | 5 Series |  | 182 | $ 36,701.00 |
| SU0942 | SALGS5SE6LA408198 | 2020 | Land Rover | Range Rover | 56,051 | 182 | $ 69,529.00 |
| SU0915BB | WBA7F2C5XJB238313 | 2018 | BMW | 7 Series | 20,570 | 183 | $ 29,396.29 |
| SU0619A | 2C4RDGEG7GR384403 | 2016 | Dodge | Grand Caravan | 102,179 | 338 | $ 11,104.00 |
| SU0933 | WA1AAAF78KD002872 | 2019 | AUDI | Q7 | 55219 | 89 | $ 12,068.00 |
| SU1305 | WDDSJ4GB7KN725983 | 2019 | MERCEDES | CLA 250 | 30217 | 33 | $ 27,854.00 |
|  |  |  |  |  |  | TOTAL | $ 757,178.05 |