# Harry R. Thomasson, Esq.

3280 Sunrise Highway, Box 112
Wantagh, New York  11793
Tel. 516-557-5459
hrtatty@verizon.net

Admitted:
Massachusetts
New York

October 2, 2023

Honorable Orelia E. Merchant
U.S. Federal District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY  11722

      Re:    *Superb Motors, Inc., et al. v. Anthony Deo, et al.*
              Case No. 2:23-cv-6188 (OM) (ST)

Your Honor:

      Please be reminded that this office represents Anthony Deo, Sara Deo, Dwight Blankenship, Marc Merckling, Michael Laurie, Car Buyers NYC Inc., Gold Coast Cars of Syosset LLC, Gold Coast Cars of Sunrise LLC, Gold Coast Motors Automotive Group LLC, Gold Coast Motors of LIC LLC, Gold Coast Motors of Roslyn LLC, Gold Coast Motors of Smithtown LLC, and UEA Premier Motors Corp., with respect to the above referenced action.

      After an unrelated Court appearance ended this afternoon, my car got a flat tire.  I called your chambers to so inform the Court, and I was told to write this letter when I returned to my home office, and to also call opposing counsel and so inform him (Mr. Kataev) of the circumstances, since you Ordered a Declaration to be filed today regarding compliance with your Injunction issued last Friday, September 29, 2023.

      I did call Mr. Kataev and informed him that I would not be able to file our Declaration as Ordered by the Court until tomorrow, and I am writing now to so inform the Court.  I just walked in after my car was dropped off at Mavis Tire up the street, and I cannot get the Declaration done now until tomorrow.  Attached hereto are a couple of screen shots from my cell phone as I awaited AAA towing services late this afternoon.

      My apologies to everyone, and especially to the Court.  I will file that Declaration tomorrow, for sure.  I believe that my client is in compliance with the injunction, although I will be informing the Court about some changes in logistics impacted by the Court's Order; I will not be able to get my client's signature for the Declaration until tomorrow after I get my car back.

I remain,

                                              Very truly yours,

                                              Harry R. Thomasson

7:26    📶 78%

<     👤     **(206) ...**     📹   📞   ⋮

### 3:26 PM

Texting with (206) 828-1598 (SMS/MMS)

AAAService: Hi HARRY THOMASSON, your service request at <u>31 Muncey Rd BAY SHORE, NY 11706</u>

⬇

      Text      

|||     ○     <

7:26 ◎ ⓘ 🔲 💬 🖼️                    📶 📶 78% 🔋

‹   👤   (206) ...   📹   📞   ⋮

BAY SHORE, NY
11706
United States
is in process.
You will receive
an update
when your AAA
technician is on
the way. Please
have your
membership
card and photo
ID available

      Text      

|||   ◯   ‹