# EXHIBIT A

COMMERCIAL
SURRENDER AFFIDAVIT

_Sara Deo_, being duly sworn, deposes and says:

1. I am the _Owner_ of NORTHSHORE MOTOR LEASING LLC, the tenant of that certain Approximately 20,000 aggregate rental square in the building known as 180 Michael Drive, Syosset, New York. (the "Premises").

2. NORTHSHORE MOTOR LEASING LLC. vacated the Premises on September 26, 2023 at approximately _____ p.m. and hereby voluntarily surrenders possession of the Premises.

3. The Premises are unoccupied and there are no other persons and/or entities having any rights to or claims against the Premises, or in possession of the Premises.

4. NORTHSHORE MOTOR LEASING LLC. has removed all of its personal property and hereby abandons any and all property remaining in the Premises.

5. Electronic or similar copies of this Surrender Affidavit shall have the same force and effect as that of an original.

NORTHSHORE MOTOR LEASING LLC

(Printed Name) By: _Sara Deo_

As: _____

STATE OF NEW YORK )
                  ) ss.:
COUNTY OF Nassau  )

On _September 30_, 2023, before me, the undersigned, a Notary Public in and for said State, personally appeared _Sara Deo_ personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/he executed the same in his/her capacity, and that by his/her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

Subscribed and Sworn Before Me on
This _30_ day of _September_ 2023

_____
Notary Public

RICHARD JOSEPH WIEMER
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01WI6415974
QUALIFIED IN NASSAU COUNTY
COMMISSION EXPIRES 04/05/2025