# Harry R. Thomasson, Esq.

3280 Sunrise Highway, Box 112  
Wantagh, New York  11793  
Tel. 516-557-5459  
hrtatty@verizon.net

Admitted:  
Massachusetts  
New York

October 3, 2023

Honorable Orelia E. Merchant  
U.S. Federal District Court  
Eastern District of New York  
100 Federal Plaza  
Central Islip, NY  11722

    Re:    *Superb Motors, Inc., et al. v. Anthony Deo, et al.*  
           Case No. 2:23-cv-6188 (OM) (ST)

Your Honor:

    Please be reminded that this office represents Anthony Deo, Sara Deo, Dwight Blankenship, Marc Merckling, Michael Laurie, Car Buyers NYC Inc., Gold Coast Cars of Syosset LLC, Gold Coast Cars of Sunrise LLC, Gold Coast Motors Automotive Group LLC, Gold Coast Motors of LIC LLC, Gold Coast Motors of Roslyn LLC, Gold Coast Motors of Smithtown LLC, and UEA Premier Motors Corp., with respect to the above referenced action.

    I am writing for the Court to understand my clients' position regarding the request of Flushing Bank for a Pre-Motion Conference and the Plaintiffs' response thereto.

    I do not oppose Flushing Bank's request.  In fact, it is similar to a request I expect to make on behalf of my clients.  In Plaintiffs' response to that request as filed by attorney Kataev, he requests leave to file an amended complaint.  I take no position on this request other than to ask that if the Court grants Plaintiffs' request to file an amended complaint through this mere letter application, I ask the Court to allow me sixty (60) days from the filing of the amended complaint to file whatever response my clients may have to that amended complaint.  I requested and received sixty (60) days to respond to the original complaint pursuant to the provisions of F.R.C.P. Rule 4, and I ask this Court to allow me to have sixty (60) days to respond to the amended complaint, as well.

    I remain,

Very truly yours,

/S/

Harry R. Thomasson