# MILMAN LABUDA LAW GROUP PLLC
**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**
_____

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

October 5, 2023

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Orelia E. Merchant, U.S.D.J.
225 Cadman Plaza East
Courtroom 6C South
Brooklyn, NY 11201-1804

      *Re*:   **<u>Superb Motors Inc.</u>, *et al.* v. <u>Deo</u>, *et al.***
             <u>Case No.: 2:23-cv-6188 (OEM) (JMW)</u>

Dear Judge Merchant:

    This firm represents Plaintiffs Superb Motors Inc. ("Superb"), Team Auto Sales LLC ("Team"), and Robert Anthony Urrutia ("Urrutia") (Superb, Team, and Urrutia collectively the "Superb Plaintiffs") in the above-referenced case. The Superb Plaintiffs respectfully submit this letter motion for an extension of time of the deadline to renew their motion for leave to electronically file documents under seal.

    Pursuant to ¶ II(G) of this Court's Individual Practices and Rules, the Superb Plaintiffs respectfully submit that:

    (i) the original deadline to move for leave to electronically file documents under seal is today, October 5, 2023;

    (ii) the reason for the request is because your undersigned has not yet been able to confer with counsel for Nissan Motor Acceptance Corporation ("NMAC") regarding the parameters of the Superb Plaintiffs' renewed motion to seal;

    (iii-iv) there have been no previous requests for an extension of time of this particular deadline;

    (v) the Superb Plaintiffs sought and received the consent of Defendants Jones, Little & Co., CPA's LLP, Thomas Jones CPA, and Flushing Bank, but has not heard back from counsel for the remaining Defendants; and

    (vi) the Superb Plaintiffs have no reason to believe that the requested extension of time will affect any other scheduled dates.

    Accordingly, sufficient good cause exists warranting this Court's exercise of discretion in favor of granting the requested extension of time. <u>See</u> Fed. R. Civ. P. 6(b)(1)(A). The Superb Plaintiffs thank this honorable Court for its time and attention to this case.

Dated: Lake Success, New York
       October 5, 2023                          Respectfully submitted,

                                                          **MILMAN LABUDA LAW GROUP PLLC**

                                                          _____/s_____
                                                          Jamie S. Felsen, Esq.
                                                          Emanuel Kataev, Esq.
                                                          3000 Marcus Avenue, Suite 3W8
                                                          Lake Success, NY 11042-1073
                                                          (516) 328-8899 (telephone)
                                                          (516) 328-0082 (facsimile)
                                                          jamiefelsen@mllaborlaw.com
                                                          emanuel@mllaborlaw.com

                                                          *Attorneys for Plaintiffs*
                                                          *Superb Motors Inc.,*
                                                          *Team Auto Sales LLC, &*
                                                          *Robert Anthony Urrutia*

| | |
|---|---|
| **VIA ECF** | **VIA ECF** |
| Cyruli Shanks & Zizmor LLP | Harry R. Thomasson, Esq. |
| Jeffrey Ruderman, Esq. | 3280 Sunrise Highway, Box 112 |
| 420 Lexington Avenue, Suite 2320 | Wantagh, NY 11793 |
| New York, NY 10170-0002 | (516) 557-5459 (cellular) |
| (212) 661-6800 (office) | hrtatty@verizon.net |
| (347) 379-4622 (direct dial) | |
| (212) 661-5350 (facsimile) | *Attorneys for Defendants* |
| jruderman@cszlaw.com | *Anthony Deo* |
| | *Sarah Deo,* |
| *Attorneys for Plaintiffs* | *Harry Thomasson,* |
| *189 Sunrise Hwy Auto LLC,* | *Dwight Blankenship,* |
| *Northshore Motor Leasing, LLC,* | *Marc Merckling,* |
| *1581 Hylan Blvd Auto LLC,* | *Michael Laurie,* |
| *1580 Hylan Blvd Auto LLC,* | *Car Buyers NYC Inc.,* |
| *1591 Hylan Blvd Auto LLC,* | *Gold Coast Cars of Syosset LLC,* |
| *1632 Hylan Blvd Auto LLC,* | *Gold Coast Cars of Sunrise LLC,* |
| *1239 Hylan Blvd Auto LLC,* | *Gold Coast Motors Automotive Group LLC,* |
| *2519 Hylan Blvd Auto LLC,* | *Gold Coast Motors of LIC LLC,* |
| *76 Fisk Street Realty LLC,* | *Gold Coast Motors of Roslyn LLC,* |
| *446 Route 23 Auto LLC,* | *Gold Coast Motors of Smithtown LLC,* |
| *Island Auto Management, LLC,* | *and UEA Premier Motors Corp.* |
| *Brian Chabrier,* | |
| *Joshua Aaronson, and* | |
| *Jory Baron* | |

| | |
|---|---|
| **VIA ECF** | **VIA ECF** |
| Milber Makris Plousadis & Seiden, LLP | Cullen and Dykman LLP |
| Peter Sieden & John Lentinello, Esqs. | Thomas S. Baylis & Ariel E. Ronneburger, Esqs. |
| 1000 Woodbury Road, Suite 402 | 333 Earle Ovington Blvd, 2nd Floor |
| Woodbury, NY 11797-2511 | Uniondale, NY 11553 |
| (516) 870-1102 (office) | (516) 357-3700 (office) |
| pseiden@milbermakris.com | tbaylis@cullenllp.com |
| jlentinello@milbermakris.com | aronneburger@cullenllp.com |
| | |
| *Attorneys for Defendants* | *Attorneys for Defendant* |
| *Jones, Little & Co., CPA's LLP* | *Flushing Bank* |
| *& Thomas Jones CPA* | |