AO 85 (Rev. 02/17) Notice, Consent, and Reference of a Civil Action to a Magistrate Judge

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Superb Motors Inc., et al., | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 2:23-cv-6188 (OEM) (JMW) |
| Anthony Deo, et al. | ) |
| *Defendant* | ) |

## NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.* The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| Printed names of parties and attorneys | Signatures of parties or attorneys | Dates |
|---|---|---|
| Superb Plaintiffs by Milman Labuda Law Group PLLC | [signature] | 10/16/2023 |
| IAG Plaintiffs by Cyruli Shanks & Zizmor LLP | | |
| Flushing Bank by Cullen and Dykman LLP | | |
| CPA Defendants by Milber Makris Plousadis ... | | |
| Deo Defendants by Harry R. Thomasson, Esq. | | |

(see attached schedule for complete party names)

### Reference Order

**IT IS ORDERED:** This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: _____

_____
*District Judge's signature*

_____
*Printed name and title*

Note: Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge. Do not return this form to a judge.

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Superb Motors Inc., et al.,  )  | |
| *Plaintiff*  ) | |
| v.  ) | Civil Action No. 2:23-cv-6188 (OEM) (JMW) |
| Anthony Deo, et al.  ) | |
| *Defendant*  ) | |

**NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE**

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.* The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Printed names of parties and attorneys* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| Superb Plaintiffs by Milman Labuda Law Group<br>IAG Plaintiffs by Cyruli Shanks & Zizmor LLP | By: *[signature]* Jeffrey Ruderman | 10/13/23 |
| Flushing Bank by Cullen and Dykman LLP<br>CPA Defendants by Milber Makris Plousadis ... | | |
| Deo Defendants by Harry R. Thomasson, Esq. | | |

(see attached schedule for complete party names)

**Reference Order**

**IT IS ORDERED:** This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: _____

_____
*District Judge's signature*

_____
*Printed name and title*

Note: Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge. Do not return this form to a judge.

AO 85 (Rev. 02/17) Notice, Consent, and Reference of a Civil Action to a Magistrate Judge

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| Superb Motors Inc., et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 2:23-cv-6188 (OEM) (JMW) |
| Anthony Deo, et al. | ) | |
| *Defendant* | ) | |

## NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.* The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Printed names of parties and attorneys* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| Superb Plaintiffs by Milman Labuda Law Group | | |
| IAG Plaintiffs by Cyruli Shanks & Zizmor LLP | | |
| Flushing Bank by Cullen and Dykman LLP | by TS Baylis   Thomas Baylis | 10/13/23 |
| CPA Defendants by Milber Makris Plousadis ... | | |
| Deo Defendants by Harry R. Thomasson, Esq. | | |

(see attached schedule for complete party names)

### Reference Order

**IT IS ORDERED:** This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: _____

_____
*District Judge's signature*

_____
*Printed name and title*

Note: Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge. Do not return this form to a judge.

AO 85 (Rev. 02/17) Notice, Consent, and Reference of a Civil Action to a Magistrate Judge

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| Superb Motors Inc., et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 2:23-cv-6188 (OEM) (JMW) |
| Anthony Deo, et al. | ) | |
| *Defendant* | ) | |

## NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.* The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| Printed names of parties and attorneys | Signatures of parties or attorneys | Dates |
|---|---|---|
| Superb Plaintiffs by Milman Labuda Law Group<br>IAG Plaintiffs by Cyruli Shanks & Zizmor LLP | | |
| Flushing Bank by Cullen and Dykman LLP<br>CPA Defendants by Milber Makris Plousadis +Sidon LLP | [signature] | 10/13/2023 |
| Deo Defendants by Harry R. Thomasson, Esq. | | |

(see attached schedule for complete party names)

### Reference Order

**IT IS ORDERED:** This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: _____

_____
*District Judge's signature*

_____
*Printed name and title*

Note:   Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge. Do not return this form to a judge.

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Superb Motors Inc., et al., | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 2:23-cv-6188 (OEM) (JMW) |
| Anthony Deo, et al. | ) |
| *Defendant* | ) |

## NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.* The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| Printed names of parties and attorneys | Signatures of parties or attorneys | Dates |
|---|---|---|
| Superb Plaintiffs by Milman Labuda Law Group | | |
| IAG Plaintiffs by Cyruli Shanks & Zizmor LLP | | |
| Flushing Bank by Cullen and Dykman LLP | | |
| CPA Defendants by Milber Makris Plousadis ... | | |
| Deo Defendants by Harry R. Thomasson, Esq. | /s/ Harry Thomasson | 10/16/23 |
| (see attached schedule for complete party names) | | |

**Reference Order**

**IT IS ORDERED:** This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: _____           _____
                                District Judge's signature

                                _____
                                Printed name and title

Note:   Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge. Do not return this form to a judge.

**Schedule of Parties**

Superb Plaintiffs:
Superb Motors Inc.
Team Auto Sales LLC
Robert Anthony Urrutia

By:
Milman Labuda Law Group PLLC
Jamie S. Felsen & Emanuel Kataev, Esqs.

IAG Plaintiffs
189 Sunrise Hwy Auto LLC
Northshore Motor Leasing, LLC
1581 Hylan Blvd Auto LLC
1580 Hylan Blvd Auto LLC
1591 Hylan Blvd Auto LLC
1632 Hylan Blvd Auto LLC
1239 Hylan Blvd Auto LLC
2519 Hylan Blvd Auto LLC
76 Fisk Street Realty LLC
446 Route 23 Auto LLC
Island Auto Management, LLC
Brian Chabrier
Joshua Aaronson
Jory Baron

By:
Cyruli Shanks & Zizmor LLP
Jeffrey Ruderman, Esq.

Deo Defendants
Anthony Deo
Sarah Deo,
Harry Thomasson,
Dwight Blankenship,
Marc Merckling,
Michael Laurie,
Car Buyers NYC Inc.,
Gold Coast Cars of Syosset LLC,
Gold Coast Cars of Sunrise LLC,
Gold Coast Motors Automotive Group LLC,
Gold Coast Motors of LIC LLC,
Gold Coast Motors of Roslyn LLC,
Gold Coast Motors of Smithtown LLC,
and UEA Premier Motors Corp.

By:
Harry R. Thomasson, Esq

CPA Defendants
Jones, Little & Co., CPA's LLP
& Thomas Jones CPA

By:
Milber Makris Plousadis & Seiden, LLP
Peter Sieden & John Lentinello, Esqs.

Bank Defendant
Flushing Bank
By:
Cullen and Dykman LLP
Thomas S. Baylis & Ariel E. Ronneburger, Esqs.