**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

BEFORE: JAMES M. WICKS, U.S. MAGISTRATE JUDGE        DATE:   10/17/2023
                                                     TIME:   12:30 PM
                                                     ☐ SEALED PROCEEDING

**CIVIL CAUSE FOR INITIAL CONFERENCE**
**CASE:  2:23-cv-06188-OEM-JMW-Superb Motors Inc. et al. v. Deo et al.**

APPEARANCES:

For Plaintiffs:                                      Emanuel Kataev, Jeffrey C. Ruderman

For Defendants (Anthony Deo, Sarah Deo, Harry Thomasson, Dwight Blankenship, Marc Merckling, Michael Laurie, Car Buyers NYC Inc., Gold Coast Cars of Syosset LLC, Gold Coast Cars of Sunrise LLC, Gold Coast Motors Automotive Group LLC, Gold Coast Motors of LIC LLC, Gold Coast Motors of Roslyn LLC, Gold Coast Motors of Smithtown LLC and UEA Premier Motors Corp.):
                                                     No Appearance

For Defendants (Jones, Little & Co., CPA's LLP):     Peter Seiden

For Defendant (Flushing Bank):                       Thomas Baylis

For Defendant (Libertas Funding LLC):                Bonnie Golub

Court Reporter/FTR:                                  12:39-12:57 (Video)


**THE FOLLOWING RULINGS WERE MADE:**

☒    Initial Conference held on October 17, 2023.

☒    Following discussion with counsel, the Court adopted the following Scheduling Order:

- November 17, 2023: Exchange of Rule 26(a)(1) disclosures;
- January 5, 2024: Motions to join new parties or amend the pleadings;
- January 15, 2024: Meet and confer regarding 30(b)(6) depositions;
- June 30, 2024: Completion of all fact discovery;
- July 15, 2024: Identification of case in chief experts and service of Rule 26 disclosures;
- August 15, 2024: Identification of rebuttal experts and service of Rule 26 disclosures;
- September 30, 2024: Close of all discovery, including experts; and

1

- November 1, 2024: Final date for parties to take the first step of summary judgment motion practice.

☒ Parties are also directed to bundle file the motion papers regarding the scope or clarification of the preliminary injunction in accordance with the undersigned's Individual Rules.

A Status Conference has been scheduled for **May 7, 2024 at 9:00 AM** via the Court's Video Zoom. The Court will email the Zoom invitation closer to the conference date. This conference is a public proceeding, and all are welcome to attend via telephone or via video. If you would like to receive the Zoom invitation, please contact Judge Wicks' Courtroom Deputy at (631) 712-5625.

An **in-person** Final Pretrial Conference has been scheduled for **November 18, 2024 at 9:00 AM** to take place in **Courtroom 1020** in the **Central Islip Courthouse**. A joint proposed pretrial order ("JPTO") in compliance with the Individual Practice Rules of the Hon. James M. Wicks, signed by counsel for each party, must be filed on ECF at least five (5) business days prior to this conference. If a motion for summary judgment is pending, the final pretrial conference will be cancelled and filing of the JPTO will be held in abeyance.

THE PARTIES ARE REMINDED that audio or video recording of proceedings by any party other than the Court is strictly prohibited by Local Civil Rule 1.8. Violation of this rule may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed appropriate by the Court.

SO ORDERED
/s/ *James M. Wicks*
JAMES M. WICKS
United States Magistrate Judge