# MILMAN LABUDA LAW GROUP PLLC
**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**
_____

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

October 19, 2023

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. James M. Wicks, U.S.M.J.
100 Federal Plaza
Courtroom 1020
Central Islip, NY 11722-4438

   *Re:* **Superb Motors Inc.,** *et al.* **v. Deo,** *et al.*
     <u>**Case No.: 2:23-cv-6188 (JMW)**</u>

Dear Judge Wicks:

  This firm, together with Cyruli Shanks & Zizmor LLP, represents the Plaintiffs in the above-referenced case.

  Plaintiffs write pursuant to ¶ 3(C)(1) of this Court's Individual Practice Rules (the "Practices") to inform the Court that they have served, but not filed, their motion to disqualify Harry R. Thomasson, Esq. as counsel for Defendants Anthony Deo, Sarah Deo, Dwight Blankenship, Marc Merckling, Michael Laurie, Car Buyers NYC Inc., Gold Coast Cars of Syosset LLC, Gold Coast Cars of Sunrise LLC, Gold Coast Motors Automotive Group LLC, Gold Coast Motors of LIC LLC, Gold Coast Motors of Roslyn LLC, Gold Coast Motors of Smithtown LLC, and UEA Premier Motors Corp. (collectively hereinafter the "Deo Defendants") on Wednesday, October 18, 2023.

  Although on October 18, 2023 Plaintiffs proposed a briefing schedule to the Deo Defendants, through Mr. Thomasson, of November 1, 2023 for opposition papers and November 8, 2023 for Plaintiffs' reply papers in further support, the Plaintiffs have received no response.

  Plaintiffs believe this motion should be heard with the greatest of urgency so as not to unnecessarily interfere with, or otherwise affect, the discovery schedule entered by this Court. Being that Mr. Thomasson has not timely responded, has in the past a sought unusually long response times, demonstrated a failure to meet court deadlines, and has failed to appear for conferences pursuant to this Court's Orders, we respectfully request that this Court enter the aforementioned proposed briefing schedule pursuant to ¶ 3(C)(1)(B) of the Practices and as otherwise set forth in Local Civil Rule 6.1(b).

  The Plaintiffs thank this honorable Court for its time and attention to this case.

Dated: Lake Success, New York
       October 19, 2023                      Respectfully submitted,

**MILMAN LABUDA LAW GROUP PLLC**
_____/s_____
Jamie S. Felsen, Esq.
Emanuel Kataev, Esq.
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042-1073
(516) 328-8899 (telephone)
(516) 328-0082 (facsimile)
jamiefelsen@mllaborlaw.com
emanuel@mllaborlaw.com

*Attorneys for Plaintiffs*
*Superb Motors Inc.,*
*Team Auto Sales LLC, &*
*Robert Anthony Urrutia*

| **VIA ECF** | **VIA ECF** |
|---|---|
| Cyruli Shanks & Zizmor LLP | Harry R. Thomasson, Esq. |
| Jeffrey Ruderman, Esq. | 3280 Sunrise Highway, Box 112 |
| 420 Lexington Avenue, Suite 2320 | Wantagh, NY 11793 |
| New York, NY 10170-0002 | (516) 557-5459 (cellular) |
| (212) 661-6800 (office) | hrtatty@verizon.net |
| (347) 379-4622 (direct dial) | |
| (212) 661-5350 (facsimile) | *Attorneys for Defendants* |
| jruderman@cszlaw.com | *Anthony Deo* |
| | *Sarah Deo,* |
| *Attorneys for Plaintiffs* | *Harry Thomasson,* |
| *189 Sunrise Hwy Auto LLC,* | *Dwight Blankenship,* |
| *Northshore Motor Leasing, LLC,* | *Marc Merckling,* |
| *1581 Hylan Blvd Auto LLC,* | *Michael Laurie,* |
| *1580 Hylan Blvd Auto LLC,* | *Car Buyers NYC Inc.,* |
| *1591 Hylan Blvd Auto LLC,* | *Gold Coast Cars of Syosset LLC,* |
| *1632 Hylan Blvd Auto LLC,* | *Gold Coast Cars of Sunrise LLC,* |
| *1239 Hylan Blvd Auto LLC,* | *Gold Coast Motors Automotive Group LLC,* |
| *2519 Hylan Blvd Auto LLC,* | *Gold Coast Motors of LIC LLC,* |
| *76 Fisk Street Realty LLC,* | *Gold Coast Motors of Roslyn LLC,* |
| *446 Route 23 Auto LLC,* | *Gold Coast Motors of Smithtown LLC,* |
| *Island Auto Management, LLC,* | *and UEA Premier Motors Corp.* |
| *Brian Chabrier,* | |
| *Joshua Aaronson, and* | |
| *Jory Baron* | |

| | |
|---|---|
| **VIA ECF** | **VIA ECF** |
| Milber Makris Plousadis & Seiden, LLP | Cullen and Dykman LLP |
| Peter Sieden & John Lentinello, Esqs. | Thomas S. Baylis & Ariel E. Ronneburger, Esqs. |
| 1000 Woodbury Road, Suite 402 | 333 Earle Ovington Blvd, 2nd Floor |
| Woodbury, NY 11797-2511 | Uniondale, NY 11553 |
| (516) 870-1102 (office) | (516) 357-3700 (office) |
| pseiden@milbermakris.com | tbaylis@cullenllp.com |
| jlentinello@milbermakris.com | aronneburger@cullenllp.com |
| | |
| *Attorneys for Defendants* | *Attorneys for Defendant* |
| *Jones, Little & Co., CPA's LLP* | *Flushing Bank* |
| *& Thomas Jones CPA* | |