# MILMAN LABUDA LAW GROUP PLLC
**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**
_____

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

October 19, 2023

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. James M. Wicks, U.S.M.J.
100 Federal Plaza, Courtroom 1020
Central Islip, NY 11722-4438

   *Re:* **Superb Motors Inc.,** *et al.* **v. Deo,** *et al.*
      **Case No.: 2:23-cv-6188 (JMW)**_____

Dear Judge Wicks:

  This firm represents Plaintiffs Superb Motors Inc. ("Superb"), Team Auto Sales LLC ("Team"), and Robert Anthony Urrutia ("Urrutia") (Superb, Team, and Urrutia collectively hereinafter the "Moving Plaintiffs") in the above-referenced case.

  The Moving Plaintiffs write in compliance with this Court's Minute Order related to the Initial Conference held on and dated October 17, 2023 (<u>see</u> ECF Docket Entry 69) to bundle file the motion papers regarding the scope or clarification of the preliminary injunction entered by the Hon. Orelia E. Merchant, U.S.D.J. ("Judge Merchant").

  On September 29, 2023, Judge Merchant issued a preliminary injunction (the "Order") against the Deo Defendants. <u>See</u> ECF Docket Entry 55. On October 2, 2023, Plaintiffs timely complied with the Order by submitting a declaration certifying that they have obeyed it; Plaintiffs also sought clarification as to the scope of the preliminary injunction, and requested related relief pertaining to same. <u>See</u> ECF Docket Entries 56, 56-1, and 56-2. <u>See</u> copy of letter with accompanying exhibits annexed hereto as **Exhibit "A."**

  Specifically, the Moving Plaintiffs respectfully request that they provide, in addition to that which is required under the Order, date-stamped photographs of the vehicles and the odometer reading for each of the vehicles. The Moving Plaintiffs are prepared to do the same. Further, the Moving Plaintiffs noted that as Judge Merchant continued to assess the scope and terms of the Order,[1] there remain forty-three (43) vehicles unaccounted for. Indeed, of the eighty-nine (89), twenty-eight (28) have been recovered,[2] six (6) are in the Deo Defendants' possession, and twelve (12) other vehicles' whereabouts have been ascertained, leaving the remaining forty-three (43) vehicles in limbo as they are not specifically referenced in the Order.

---

[1] See <u>Conn. Office of Prot. & Advocacy for Persons with Disabilities v. Hartford Bd. of Educ.</u>, 464 F.3d 229, 245 (2d Cir. 2006) ("District courts have broad authority in crafting equitable remedies such as injunctions") (cleaned up).

[2] Two (2) additional vehicles not on the original list of eighty-nine (89) were separately recovered.

      In light of the Order, the Moving Plaintiffs requested that the Court should require the Deo Defendants to return the remaining vehicles, and – to the extent they are unable to do so – conduct an evidentiary hearing[3] to adduce evidence as to their whereabouts.

      On October 2, 2023, the Deo Defendants sought an extension of time to comply with their obligations under the Order. See ECF Docket Entry 57. On October 3, 2023, rather than certifying compliance, the Deo Defendants submitted a declaration explaining why they cannot comply with the Order, and – in fact – the Deo Defendants surrendered the Northshore Lot on September 26, 2023, after. See ECF Docket Entries 58-59. These documents are annexed hereto as **Exhibit "B."**

      The same day, Plaintiffs submitted a letter response in opposition to the Deo Defendants' requests. See ECF Docket Entries 63 and 63-1. This letter is annexed hereto as **Exhibit "C."**

      Based on the foregoing, the Moving Plaintiffs respectfully request the relief set forth in their October 2, 2023 and October 8, 2023 letters. The Moving Plaintiffs thank this Court for its time and attention to this case.

Dated: Lake Success, New York
       October 19, 2023              Respectfully submitted,

                                              **MILMAN LABUDA LAW GROUP PLLC**

                                             _____/s_____
                                             Jamie S. Felsen, Esq.
                                             Emanuel Kataev, Esq.
                                             3000 Marcus Avenue, Suite 3W8
                                             Lake Success, NY 11042-1073
                                             (516) 328-8899 (telephone)
                                             (516) 328-0082 (facsimile)
                                             jamiefelsen@mllaborlaw.com
                                             emanuel@mllaborlaw.com

                                             *Attorneys for Plaintiffs*
                                             *Superb Motors Inc.,*
                                             *Team Auto Sales LLC, &*
                                             *Robert Anthony Urrutia*

---

[3] The Moving Plaintiffs sought as part of their emergency relief expedited discovery. While this Court denied that relief in its decision on their motion for a temporary restraining Order, it should provide this relief in relation to the preliminary injunction issued so that the Moving Plaintiffs may avail themselves of discovery to, *inter alia*, subpoena third parties and issue appropriate demands to the Defendants to learn of their whereabouts.

**VIA ECF**
Cyruli Shanks & Zizmor LLP
Jeffrey Ruderman, Esq.
420 Lexington Avenue, Suite 2320
New York, NY 10170-0002
(212) 661-6800 (office)
(347) 379-4622 (direct dial)
(212) 661-5350 (facsimile)
jruderman@cszlaw.com

*Attorneys for Plaintiffs*
*189 Sunrise Hwy Auto LLC,*
*Northshore Motor Leasing, LLC,*
*1581 Hylan Blvd Auto LLC,*
*1580 Hylan Blvd Auto LLC,*
*1591 Hylan Blvd Auto LLC,*
*1632 Hylan Blvd Auto LLC,*
*1239 Hylan Blvd Auto LLC,*
*2519 Hylan Blvd Auto LLC,*
*76 Fisk Street Realty LLC,*
*446 Route 23 Auto LLC,*
*Island Auto Management, LLC,*
*Brian Chabrier,*
*Joshua Aaronson, and*
*Jory Baron*

**VIA ECF**
HARRY R. THOMASSON, ESQ.
Harry R. Thomasson, Esq.
3280 Sunrise Highway, Box 112
Wantagh, NY 11793
(516) 557-5459 (cellular)
hrtatty@verizon.net

*Attorneys for Defendants*
*Anthony Deo*
*Sarah Deo,*
*Harry Thomasson,*
*Dwight Blankenship,*
*Marc Merckling,*
*Michael Laurie,*
*Car Buyers NYC Inc.,*
*Gold Coast Cars of Syosset LLC,*
*Gold Coast Cars of Sunrise LLC,*
*Gold Coast Motors Automotive Group LLC,*
*Gold Coast Motors of LIC LLC,*
*Gold Coast Motors of Roslyn LLC,*
*Gold Coast Motors of Smithtown LLC,*
*and UEA Premier Motors Corp.*

**VIA ECF**
Milber Makris Plousadis & Seiden, LLP
Peter Sieden & John Lentinello, Esqs.
1000 Woodbury Road, Suite 402
Woodbury, NY 11797-2511
(516) 870-1102 (office)
pseiden@milbermakris.com
jlentinello@milbermakris.com

*Attorneys for Defendants*
*Jones, Little & Co., CPA's LLP*
*& Thomas Jones CPA*

**VIA ECF**
Cullen and Dykman LLP
Thomas S. Baylis & Ariel E. Ronneburger, Esqs.
333 Earle Ovington Blvd, 2nd Floor
Uniondale, NY 11553
(516) 357-3700 (office)
tbaylis@cullenllp.com
aronneburger@cullenllp.com

*Attorneys for Defendant*
*Flushing Bank*