

Cullen and Dykman LLP
333 Earle Ovington Boulevard
Uniondale, NY 11530
T: 516.357.3700
F: 516.357.3792

**Thomas S. Baylis**
**Partner and General Counsel**
**Direct Dial: (516) 357-3748**
Email: tbaylis@cullenllp.com

October 30, 2023

**VIA ECF**
Magistrate Judge James M. Wicks
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 1020
Central Islip, New York 11722

      Re:    Superb Motors Inc. et al. v. Deo et al., Case No. 23-cv-6188

Dear Judge Wicks:

      We represent defendant Flushing Bank in the referenced action. On October 27, 2023, Your Honor granted our Motion for Pre-Motion Conference (Docket No. 73) and scheduled the conference for November 20, 2023 at 3:00 PM via the Court's Zoom. We write to confirm our understanding that in light of that, the proposed briefing schedule we submitted along with our letter has not been adopted but will be addressed at the conference. If our understanding is not correct, we respectfully ask that the Court so advise us.

      Respectfully submitted,

      Thomas S. Baylis

cc: All Counsel of Record (via ECF)