UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

SUPERB MOTORS INC., TEAM AUTO SALES LLC, ROBERT ANTHONY URRUTIA, 189 SUNRISE HWY AUTO LLC, NORTHSHORE MOTOR LEASING, LLC, BRIAN CHABRIER, *individually and derivatively as a member of* NORTHSHORE MOTOR LEASING, LLC, JOSHUA AARONSON, *individually and derivatively as a member of* 189 SUNRISE HWY AUTO, LLC, JORY BARON, 1581 HYLAN BLVD AUTO LLC, 1580 HYLAN BLVD AUTO LLC, 1591 HYLAN BLVD AUTO LLC, 1632 HYLAN BLVD AUTO LLC, 1239 HYLAN BLVD AUTO LLC, 2519 HYLAN BLVD AUTO LLC, 76 FISK STREET REALTY LLC, 446 ROUTE 23 AUTO LLC and ISLAND AUTO MANAGEMENT, LLC,

Case No.: 2:23-cv-6188 (JMW)

**SUPPLEMENTAL SUMMONS**

Plaintiffs,

-against-

ANTHONY DEO, SARAH DEO, HARRY THOMASSON, DWIGHT BLANKENSHIP, MARC MERCKLING, MICHAEL LAURIE, THOMAS JONES, CPA, CAR BUYERS NYC INC., GOLD COAST CARS OF SYOSSET LLC, GOLD COAST CARS OF SUNRISE LLC, GOLD COAST MOTORS AUTOMOTIVE GROUP LLC, GOLD COAST MOTORS OF LIC LLC, GOLD COAST MOTORS OF ROSLYN LLC, GOLD COAST MOTORS OF SMITHTOWN LLC, UEA PREMIER MOTORS CORP., DLA CAPITAL PARTNERS INC., JONES, LITTLE & CO., CPA'S LLP, FLUSHING BANK, LIBERTAS FUNDING LLC, and J.P. MORGAN CHASE BANK, N.A.,

Defendants.
-----------------------------------------------------------------------X

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of New York

| | |
|---|---|
| SUPERB MOTORS INC., TEAM AUTO SALES LLC, ROBERT ANTHONY URRUTIA,  189 SUNRISE HWY AUTO LLC, NORTHSHORE MOTOR LEASING, LLC, BRIAN CHABRIER, individually and derivatively as a member of NORTHSHORE MOTOR LEASING, LLC, <br> *Plaintiff(s)* <br> v. <br> ANTHONY DEO, SARAH DEO, HARRY THOMASSON, DWIGHT BLANKENSHIP, MARC MERCKLING, MICHAEL LAURIE, THOMAS JONES, CPA, CAR BUYERS NYC INC., GOLD COAST CARS OF SYOSSET LLC, GOLD COAST CARS OF <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. : 2:23-cv-6188 (JMW) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* LIBERTAS FUNDING LLC
411 West Putnam Avenue
Suite 220
Greenwich, Connecticut 06830

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
CYRULI SHANKS & ZIZMOR LLP
Jeffrey Ruderman, Esq.
420 Lexington Avenue, Suite 2320
New York, NY 10170-0002
(347) 379-4622 (direct dial)
jruderman@cszlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*



Date: 10/30/2023 _____ *Alison Fortunato*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. : 2:23-cv-6188 (JMW)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by **Fed. R. Civ. P. 4** (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Anthony Deo
3 Saddle Ridge Road
Old Westbury, NY 11568

Gold Coast Cars of LIC LLC
180 Michael Drive
Syosset, NY 11791

Sarah Deo
3 Hunting Lane
Old Westbury, NY 11568

Harry Thomasson
3820 Sunrise Highway
Box 112
Wantagh, NY 11793

Dwight Blankenship
1490 Franklin Avenue
Mineola, NY 11501

Marc Merckling
259 East 4th Street
Deer Park, NY 11729

Michael Laurie
125 Froehlich Farm Boulevard
Woodbury, NY 11797

Thomas Jones, CPA
86 West Main Street
East Islip, NY 11730

Car Buyers NYC Inc.
180 Michael Drive
Syosset, NY 11791

Gold Coast Cars of Syosset LLC
180 Michael Drive
Syosset, NY 11791

Gold Coast Cars of Sunrise LLC
180 Michael Drive
Syosset, NY 11791

Gold Coast Cars of Roslyn LLC
180 Michael Drive
Syosset, NY 11791

Gold Coast Cars of Smithtown LLC
180 Michael Drive
Syosset, NY 11791

UEA Premier Motors Corp.
180 Michael Drive
Syosset, NY 11791

DLA Capital Partners Inc.
125 Froehlich Farm Boulevard
Woodbury, NY 11797

Jones, Little & Co., CPA's LLP
86 West Main Street
East Islip, NY 11730

Flushing Bank
P.O. Box 9000
East Meadow, NY 11554

Gold Coast Automotive Group LLC
180 Michael Drive
Syosset, NY 11791

Libertas Funding LLC
411 West Putnam Avenue
Suite 220
Greenwich, CT 06830

JPMorgan Chase Bank, N.A.
Mail Code LA4-7100
700 Kansas Lane
Monroe, LA, 71203

2:23-cv-06188-JMW