# EXHIBIT A



























