# MILMAN LABUDA LAW GROUP PLLC
**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**
_____

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

November 3, 2023

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. James M. Wicks, U.S.M.J.
100 Federal Plaza, Courtroom 1020
Central Islip, NY 11722-4438

      *Re:*    **Superb Motors Inc.,** *et al.* **v. Deo,** *et al.*
             **Case No.: 2:23-cv-6188 (JMW)**_____

Dear Judge Wicks:

      This firm represents Plaintiffs Superb Motors Inc. ("Superb"), Team Auto Sales LLC ("Team"), and Robert Anthony Urrutia ("Urrutia") (Superb, Team, and Urrutia collectively hereinafter the "Superb Plaintiffs") in the above-referenced case.

      The Superb Plaintiffs write to respectfully seek a brief, two-and-a-half hour adjournment of the in-person oral argument currently scheduled for Thursday, November 9, 2023 at 12:30 PM.

      Pursuant to ¶ 1(D) of this Court's Individual Practice Rules, the Superb Plaintiffs respectfully and timely submit that: (i) the original date (and time) of the in-person oral argument is set forth above; (ii-iii) there have been no previous requests to adjourn this appearance; (iv) the reason for the request is your undersigned is currently scheduled to appear before the Hon. Nicholas G. Garaufis, U.S.D.J. ("Judge Garaufis") at noon on Thursday, November 9, 2023 at the Brooklyn federal courthouse and seeks to avoid adjourning that appearance, if possible; (v) all parties consent;[1] and (vi) they do not believe the requested adjournment would affect any other scheduled date.

      Accordingly, the Superb Plaintiffs respectfully request an adjournment of the November 9, 2023 oral argument to <u>3:00 PM</u>. However, if this Court is inclined to deny this request or is otherwise unable to conduct oral argument at this date and time, your undersigned respectfully submits that he will seek to adjourn the noon conference before Judge Garaufis due to the time-sensitive nature of the injunctive relief sought herein, and all counsel of record (except Libertas) have confirmed they will remain available to proceed at 12:30 PM as scheduled.

      The Superb Plaintiffs thank this honorable Court for its time and attention to this case.

---

[1] Specifically, the IAG Plaintiffs, Deo Defendants, Flushing Bank, and the CPA Defendants have consented. Your undersigned inadvertently neglected to request the consent of Defendant Libertas, but respectfully submits that no relief is sought from Libertas with respect to any of the pending motions, and – to the extent Libertas opposes the instant request – it may file a letter response in opposition.

Dated: Lake Success, New York
       November 3, 2023                      Respectfully submitted,

**MILMAN LABUDA LAW GROUP PLLC**

_____/s_____
Jamie S. Felsen, Esq.
Emanuel Kataev, Esq.
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042-1073
(516) 328-8899 (telephone)
(516) 328-0082 (facsimile)
jamiefelsen@mllaborlaw.com
emanuel@mllaborlaw.com

*Attorneys for Plaintiffs*
*Superb Motors Inc.,*
*Team Auto Sales LLC, &*
*Robert Anthony Urrutia*

| **VIA ECF** | **VIA ECF** |
|---|---|
| Cyruli Shanks & Zizmor LLP | HARRY R. THOMASSON, ESQ. |
| Jeffrey Ruderman, Esq. | Harry R. Thomasson, Esq. |
| 420 Lexington Avenue, Suite 2320 | 3280 Sunrise Highway, Box 112 |
| New York, NY 10170-0002 | Wantagh, NY 11793 |
| (212) 661-6800 (office) | (516) 557-5459 (cellular) |
| (347) 379-4622 (direct dial) | hrtatty@verizon.net |
| (212) 661-5350 (facsimile) | |
| jruderman@cszlaw.com | *Attorneys for Defendants* |
| | *Anthony Deo* |
| *Attorneys for Plaintiffs* | *Sarah Deo,* |
| *189 Sunrise Hwy Auto LLC,* | *Harry Thomasson,* |
| *Northshore Motor Leasing, LLC,* | *Dwight Blankenship,* |
| *1581 Hylan Blvd Auto LLC,* | *Marc Merckling,* |
| *1580 Hylan Blvd Auto LLC,* | *Michael Laurie,* |
| *1591 Hylan Blvd Auto LLC,* | *Car Buyers NYC Inc.,* |
| *1632 Hylan Blvd Auto LLC,* | *Gold Coast Cars of Syosset LLC,* |
| *1239 Hylan Blvd Auto LLC,* | *Gold Coast Cars of Sunrise LLC,* |
| *2519 Hylan Blvd Auto LLC,* | *Gold Coast Motors Automotive Group LLC,* |
| *76 Fisk Street Realty LLC,* | *Gold Coast Motors of LIC LLC,* |
| *446 Route 23 Auto LLC,* | *Gold Coast Motors of Roslyn LLC,* |
| *Island Auto Management, LLC,* | *Gold Coast Motors of Smithtown LLC,* |
| *Brian Chabrier,* | *and UEA Premier Motors Corp.* |
| *Joshua Aaronson, and* | |
| *Jory Baron* | |

| | |
|---|---|
| **VIA ECF** | **VIA ECF** |
| Milber Makris Plousadis & Seiden, LLP | Cullen and Dykman LLP |
| Peter Sieden & John Lentinello, Esqs. | Thomas S. Baylis & Ariel E. Ronneburger, Esqs. |
| 1000 Woodbury Road, Suite 402 | 333 Earle Ovington Blvd, 2nd Floor |
| Woodbury, NY 11797-2511 | Uniondale, NY 11553 |
| (516) 870-1102 (office) | (516) 357-3700 (office) |
| pseiden@milbermakris.com | tbaylis@cullenllp.com |
| jlentinello@milbermakris.com | aronneburger@cullenllp.com |
| | |
| *Attorneys for Defendants* | *Attorneys for Defendant* |
| *Jones, Little & Co., CPA's LLP* | *Flushing Bank* |
| *& Thomas Jones CPA* | |