JPMorgan Chase & Co.

**Check Search Results**

The details presented in this document were requested by the customer. Go to subsequent pages to see check details.

## Check Search Results

| | |
|---|---|
| **Checks displayed:** | 1 |
| **Account number:** | ▬▬▬▬▬ |
| **Date range:** | |
| **Check number(s):** | |
| **Amount:** | |

JPMorgan Chase & Co.

Post date: 07/14/2023
Amount: $ 1000.00

Account:
Check Number: 11998



SUPERB MOTORS
215 Northern Blvd
Great Neck, NY 11021
(999) 999-9999

Chase Bank
151 Asylum St, Hartford CT 06103

11998

DATE: 14JUL23
PAY THIS AMOUNT: *******1,000 DOLLARS 00 CENTS
AMOUNT OF CHECK: *******1,000.00

VOID AFTER 90 DAYS

TO THE ORDER OF:
HARRY THOMASSON, ESQ.
3280 SUNRISE HIGHWAY SUITE 112
WANTAGH, NY 11793

BY _____ AUTHORIZED SIGNATURE

071423   87    8765000342987>226070584<ABS

© 2016 JPMorgan Chase & Co.

1

JPMorgan Chase & Co.

**Check Search Results**

The details presented in this document were requested by the customer. Go to subsequent pages to see check details.

## Check Search Results

| | |
|---|---|
| **Checks displayed:** | 1 |
| **Account number:** | ▮▮▮▮▮▮▮▮ |
| **Date range:** | |
| **Check number(s):** | |
| **Amount:** | |

**JPMorgan Chase & Co.**

| | |
|---|---|
| Post date: | 07/14/2023 |
| Amount: | $ 1000.00 |

| | |
|---|---|
| Account: | [redacted] |
| Check Number: | 11998 |

**SUPERB MOTORS**
215 Northern Blvd
Great Neck, NY 11021
(999) 999-9999

Chase Bank
151 Asylum St. Hartford CT 06103

12033

DATE: 24JUL23

PAY THIS AMOUNT: ******1,000 DOLLARS 00 CENTS

AMOUNT OF CHECK: ******1,000.00

TO THE ORDER OF:
HARRY THOMASSON, ESQ.
3280 SUNRISE HIGHWAY SUITE 112
WANTAGH, NY 11793

VOID AFTER 90 DAYS

BY _____ AUTHORIZED SIGNATURE

⑆000012033⑆ ⑇021000021⑉

7.24.23   8765   876500003440609>226070584<ABS

© 2016 JPMorgan Chase & Co.

1

**JPMorgan Chase & Co.**

**Check Search Results**

The details presented in this document were requested by the customer. Go to subsequent pages to see check details.

## Check Search Results

| | |
|---|---|
| **Checks displayed:** | 1 |
| **Account number:** | ▇▇▇▇▇▇▇ |
| **Date range:** | |
| **Check number(s):** | |
| **Amount:** | |



**JPMorgan Chase & Co.**

Post date: 07/14/2023
Amount: $ 1000.00

Account:
Check Number: 11998

SUPERB MOTORS
215 Northern Blvd
Great Neck, NY 11021
(999) 999-9999

Chase Bank
151 Asylum St, Hartford CT 06103

12067

DATE: 31 JUL 23
PAY THIS AMOUNT: ********1,000 DOLLARS 00 CENTS
AMOUNT OF CHECK: *******1,000.00

VOID AFTER 90 DAYS

TO THE ORDER OF:
HARRY THOMASSON, ESQ.
3280 SUNRISE HIGHWAY SUITE 112
WANTAGH, NY 11793

2023-07-31 14:52:00
201540
6400
226070584
ABS

© 2016 JPMorgan Chase & Co.

1