# EXHIBIT B


## RE: Blue Streak Docs - Searches: Harry R. Thomasson

From: Kristen Verga (kristenv@bluestreakdocs.com)
To: hrtatty@verizon.net
Cc: samg@bluestreakdocs.com
Date: Tuesday, July 25, 2023 at 10:27 AM EDT

No problem Harry,

Our pricing for the Bankruptcy Report is based on state, CT for example, is $80 upfront search fee and then mandatory copy costs are collected once the search is completed at $1 per page unless the county charges more.

Keep me posted!

**Kristen Verga**
**Business Development**
Ph: (727) 479-0007 ext 110
Fax: (727) 210-8999



*Solving your data acquisition challenges – Lightning fast – Precision accuracy*

How's our service?
Leave us feedback by clicking one of the stars below.

★★★★★

From: Harry Thomasson <hrtatty@verizon.net>
Sent: Tuesday, July 25, 2023 9:45 AM
To: Kristen Verga <kristenv@bluestreakdocs.com>
Cc: Sam Gendusa <samg@bluestreakdocs.com>
Subject: RE: Blue Streak Docs - Searches: Harry R. Thomasson

IMPORTANT!! - This email is from an external sender. Please use caution when opening links and attachments.

Thank you Kristen, I am gathering the info for this transaction and will forward same this week. Talk soon.

**Harry R. Thomasson, Esq.**

3280 Sunrise Highway, Ste. 112

Wantagh, New York  11793

Tel. 516-557-5459

Email: hrtatty@verizon.net

If you receive this email in error, please destroy it and notify the sender immediately. No privilege is waived by sending this email in error. Sender does not give tax advice. Please contact an appropriate tax specialist for tax advice.

**From:** Kristen Verga <kristenv@bluestreakdocs.com>
**Sent:** Monday, July 24, 2023 5:26 PM
**To:** Harry Thomasson <hrtatty@verizon.net>
**Cc:** Sam Gendusa <samg@bluestreakdocs.com>
**Subject:** RE: Blue Streak Docs - Searches: Harry R. Thomasson

Hello Harry,

Thank you for contacting us for your needs – and we appreciate the referral from Judicial Title Search of Riverhead.

Generally, we would need an address, but borrow name and any additional information will be helpful as well. *Are you mostly CT? or nationwide? I* can supply pricing accordingly.

We do offer a Bankruptcy Title Reports that will include the following:

- A search for bankruptcy cases

- A search of public records for open voluntary and involuntary liens against the property borrower

- Deed chain provided to verify current ownership of the property

- A search of the tax records to identify taxes owed

- Confirmation if property is homesteaded or not

- Any homestead deeds or declarations provided if found on record

**General Information:**

- Since we serve the secondary market, our title searches are intended for informational purposes only, not to be used in any closings, insured products, etc.
- Company Disclosures and Hold Harmless agreements must be signed prior to commencing the search.
- Title Searches are for residential properties, not commercial.
- Our usual turnaround time is 24-72 hours.
- Service fees are paid upfront and mandatory copy fees payable upon completion at a $1.00 per copy unless the county charges more.

- Depending on the complexity of the search, if our searcher needs additional money to continue (due to retrieving the documents from archives, storage, etc.) we will notify you immediately for approval.



I am more than happy to answer any questions you may have. As it is almost end of the day, we can reconvene tomorrow.

Best Regards,

**Kristen Verga**

**Business Development**

Ph: (727) 479-0007 ext 110
Fax: (727) 210-8999



*Solving your data acquisition challenges – Lightning fast – Precision accuracy*

How's our service?

Leave us feedback by clicking one of the stars below.

★★★★★

**From:** Harry Thomasson <hrtatty@verizon.net>
**Sent:** Monday, July 24, 2023 4:10 PM
**To:** Kristen Verga <kristenv@bluestreakdocs.com>
**Subject:** Business search

**IMPORTANT!!** - This email is from an external sender. Please use caution when opening links and attachments.

Hello Kristen, my name is Harry Thomasson, and I have a business in Hartford, Connecticut that needs to get a lien, judgment, and bankruptcy search done on it…you were referred to me by Judicial Title Search of Riverhead, New York…can you help me with this? Can you tell me what you need (other than name and address), and give me some idea of cost please? Thank you.

**Harry R. Thomasson, Esq.**

3280 Sunrise Highway, Ste. 112

Wantagh, New York  11793

Tel. 516-557-5459

Email: hrtatty@verizon.net

If you receive this email in error, please destroy it and notify the sender immediately. No privilege is waived by sending this email in error. Sender does not give tax advice. Please contact an appropriate tax specialist for tax advice.

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error, please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee, you should not disseminate, distribute, or copy this email and delete immediately.

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error, please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee, you should not disseminate, distribute, or copy this email and delete immediately.