# EXHIBIT E

Deliver to Harry
Lindenhurst 11757   All ▾   Search Amazon   EN ▾   Hello, Harry
Account & Lists ▾   Returns
& Orders   0

All   Holiday Deals   Medical Care ▾   Today's Deals   Buy Again   Customer Support   Amazon Basics   Prime ▾   Everyday Essentials   Gift Cards

Your Account › Your Orders › Order Details

# Order Details

Ordered on May 6, 2022   Order# .   View or Print invoice

**Shipping Address**
Harry R. Thomasson Jr.
3280 SUNRISE HWY
BOX 112
WANTAGH, NY 11793-4024
United States

**Payment method**

**Order Summary**
Item(s) Subtotal: $70.98
Shipping & Handling: $11.28
Free Shipping: -$11.28
Total before tax: $70.98
Estimated tax to be collected: $6.12
Grand Total: **$77.10**

▾ Transactions

## 2 Shipments


3D Printed Moon Lamp 5.9 inch, NSL Lighting Moon Night Lights for Kids Room Kids Lamps for Bedrooms Moon Light for bedrooms, Touch & Remote Control, Wooden Stand - Unique Gift for Girls Boys
Sold by: AED Lighting
Return window closed on Jun 10, 2022
$25.99
Condition: New
Buy it again

Write a product review
Archive order


Brightech Sophia - Free Standing Elegant Floor Lamp for Living Rooms, Offices - Tall Pole Light Matches Your Traditional / Rustic / Vintage Decor - Bell Shape Fabric Shade - LED Bulb Included - Bronze
Sold by: Brightech USA   Product question? Ask Seller
Return window closed on Jun 9, 2022
$44.99
Condition: New
Buy it again

Get product support
Write a product review
Archive order

## Products related to your order
Sponsored
Page 1 of 5


daylight 24 402039-BRNZ Full Page 8 x 10 Inch LED Illuminated Floor, Bronze Magnifie...
2,012
$69.99


kathy ireland Sonnett Industrial Vintage Tree Torchiere Floor Lamp Standing 72" Tall Bron...
44
$269.99


FIMEI 3 in 1 Floor Lamp, Modern Bright Standing Lamp with Split Rotatable Outer Ring L...
56
$99.99


SIBRILLE [2023 Upgraded] LED Tree Floor Lamp, 36W Modern Dimmable Sta...
930
$71.99

## Recommended based on your shopping trends
Sponsored

**amazon.com**

## Final Details for Order #1

Print this page for your records.

**Order Placed:** May 6, 2022
**Amazon.com order number:** 1
**Order Total:** $77.10

### Shipped on May 10, 2022

| Items Ordered | Price |
|---|---|
| 1 of: *3D Printed Moon Lamp 5.9 inch, NSL Lighting Moon Night Lights for Kids Room Kids Lamps for Bedrooms Moon Light for bedrooms, Touch & Remote Control, Wooden Stand - Unique Gift for Girls Boys*<br>Sold by: AED Lighting (seller profile)<br>Supplied by: Other | $25.99 |

Condition: New

**Shipping Address:**
Harry R. Thomasson Jr.
3280 SUNRISE HWY
BOX 112
WANTAGH, NY 11793-4024
United States

**Shipping Speed:**
FREE Shipping

### Shipped on May 9, 2022

| Items Ordered | Price |
|---|---|
| 1 of: *Brightech Sophia - Free Standing Elegant Floor Lamp for Living Rooms, Offices - Tall Pole Light Matches Your Traditional / Rustic / Vintage Decor - Bell Shape Fabric Shade - LED Bulb Included - Bronze*<br>Sold by: Brightech USA (seller profile) | Product question? Ask Seller<br>Supplied by: Other | $44.99 |

Condition: New

**Shipping Address:**
Harry R. Thomasson Jr.
3280 SUNRISE HWY
BOX 112
WANTAGH, NY 11793-4024
United States

**Shipping Speed:**
FREE Shipping

## Payment information

**Payment Method:**

Item(s) Subtotal: $70.98
Shipping & Handling: $11.28
Free Shipping: -$11.28

**Billing address**
Harry R. Thomasson Jr.
3280 SUNRISE HWY
BOX 112
WANTAGH, NY 11793-4024
United States

Total before tax: $70.98
Estimated tax to be collected: $6.12
-----
**Grand Total: $77.10**

**Credit Card transactions**

... May 10, 2022: $77.10

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2023, Amazon.com, Inc. or its affiliates