UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

SUPERB MOTORS, INC., TEAM AUTO SALES LLC., ROBERT ANTHONY URRUTIA, 189 SUNRISE HIGHWAY AUTO LLC., NORTHSHORE MOTOR LEASING, LLC., BRIAN CHABRIER, individually and derivatively as a member of NORTHSHORE MOTOR LEASING, LLC, JOSHUA AARONSON, individually and derivatively as a member of 189 SUNRISE HWY AUTO, LLC, JORY BARON, 1581 HYLAN BLVD AUTO LLC, 1580 HYLAN BLVD AUTO LLC, 1591 HYLAN BLVD AUTO LLC, 1632 HYLAN BLVD AUTO LLC, 1239 HYLAN BLVD AUTO LLC, 2519 HYLAN BLVD AUTO LLC, 76 FISK STREET REALTY LLC, 446 ROUTE 23 AUTO LLC, and ISLAND AUTO MANAGEMENT, LLC,

        Plaintiffs,

-against-

ANTHONY DEO, SARA DEO, HARRY THOMASSON, DWIGHT BLANKENSHIP, MARC MERCKLING, MICHAEL LAURIE, TOMAS JONES, CPA, CAR BUYERS NYC INC., GOLD COAST CARS OF SYOSSET LLC, GOLD COAST CARS OF SUNRISE LLC, GOLD COAST MOTORS AUTOMOTIVE GROUP LLC, GOLD COAST MOTORS OF LIC LLC, GOLD COAST MOTORS OF ROSLYN LLC, GOLD COAST MOTORS OF SMITHTOWN LLC, UEA PREMIER MOTORS CORP., DLA CAPITAL PARTNERS INC., JONES LITTLE & CO., CPA'S LLP, FLUSHING BANK, and LIBERTAS FUNDING, LLC,

        Defendants.

------------------------------------------------------------------X

Case No. 2:23-cv-6188 (OEM)(JW)

## DECLARATION OF DWIGHT BLANKENSHIP IN OPPOSITION TO PLAINTIFFS' MOTION TO DISQUALIFY

Dwight Blankenship, pursuant to 28 U.S.C. § 1746, declares under the penalty of perjury that the following is true and correct:

1

1. My name is Dwight Blankenship, and I am a Defendant in the above captioned action. As such, I have first-hand knowledge of the facts recited herein.

2. I am a Nassau County police officer, and I have performed parttime side work for Anthony Deo and his business interests for the last few years.

3. The work I have performed consists mainly of menial tasks such as driving cars for several reasons (including moving the cars, obtaining cars, driving with Anthony for business purposes, dropping off/picking up cars being repaired), moving other items around the dealerships (e.g., office equipment and furniture, automobile parts), opening and closing the stores on given days (including checking security/locks and setting alarms), and manning the front desk at the dealerships to meet and greet people as they enter the dealerships. Although I never performed any tasks for the Deos as a police officer, I know that it brought peace of mind to the Deos that I was a trained police officer; they mentioned on several occasions how happy they were to have me around "given this crazy world."

4. I never knew Harry Thomasson prior to the closing of NorthShore and 189 Sunrise during November, 2022, although I did see him a few times when he stopped by to meet Anthony Deo at the Syosset dealership; I was told then that he was "NorthShore's attorney."

5. On a few occasions prior to late June, 2023, I saw Harry stop by Superb Motors to meet Anthony Deo; I was introduced to him during one of those visits.

6. I first spoke with Harry (other than with a mere greeting) during the night of August 3, 2023, during the so-called Lockout at Superb Motors.

2

7. Since the Lockout, I have spoken to Harry on several occasions, and I have spoken about Harry to Anthony Deo on several occasions as well.

8. Me and my co-Defendants by and through the Deos in this case all agree that we want Harry to continue to represent our interests in this matter. I am aware of Harry's experience and knowledge of the Long Island automobile industry generally and specifically with respect to this case, and I cannot imagine getting anyone with his combination of skill, experience, and knowledge of this case that could possibly represent my interests in this case as well as Harry.

9. To the best of my knowledge, I have never committed any crime nor engaged in any conspiracy to commit crimes or fraud, I specifically deny each and every allegation made against me by these Plaintiffs, and I have never observed, known, or been told by anyone about any crime or conspiracy committed or engaged in by Attorney Thomasson. I find such accusations repugnant and perjurious in all respects, and I am a trained police officer who would know the difference between an honest attorney, and one engaged in criminal and/or fraudulent activity. Harry Thomasson has never been anything but professional in his conduct on behalf of NorthShore, 189 Sunrise, and Superb Motors to the best of my knowledge.

10. Accordingly, I ask this Court to deny the Motion to Disqualify in all respects. There is no basis for it, your Honor, and we need/want Harry to remain our attorney.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. EXECUTED ON OCTOBER 30, 2023.

_____
DWIGHT BLANKENSHIP

3