



<␀>
