# GOLD COAST MOTORS AUTOMOTIVE GROUP

# Company Newsletter

JUNE 6TH 2023







# GOLD COAST MOTORS

# EXECUTIVE ROLES

## THE FIDUCIARY DUTIES OF CORPORATE OFFICERS ARE

**Duty of care**
**Duty of loyalty**
**Duty of good faith**





**PRESIDENT**
**Anthony Deo**

The president creates, communicates, and implements the company's vision, mission, and overall direction. They hire, fire, and manage all employees of the company. Additionally, they lead, guide, direct, and evaluate all other officers, managers, and employees and ensure they are carrying out the daily operations of the company.

**VICE PRESIDENT**
**Sara Deo**

The vice president is a high-level senior executive who oversees the day-to-day operations of a broad division and implements the company's vision, policies, and goals. This person oversees the entire organization's operations.

**CHIEF FINANCIAL OFFICER**
**Michael Laurie**

This executive is in charge of a company's financial operations. A CFO's responsibilities include internal and external financial reporting, stewardship of a company's assets, and ownership of cash management. Increasingly, the role is more forward-looking and expanding to incorporate strategy and business partnerships.

**CHIEF OPERATING OFFICER**
**Frank Ventimiglia**

This person manages and handles the daily business operations of the company, working closely with department heads and supervisors to support the day-to-day activity of employees.

**CHIEF SECURITY OFFICER**
**Marc Merckling**

A chief security officer is an executive responsible for the safety and security of company personnel, data, and assets. CSOs are responsible for preventing data breaches by developing robust safety protocols and **crisis management.**





**CHIEF ADMINISTRATIVE OFFICER**
**Ron Das**

A chief administrative officer is a top-tier executive who supervises the daily operations of an organization and is ultimately responsible for its performance.

**CHIEF MARKETING OFFICER**
**Efaz Deo**

A chief marketing officer is the corporate executive responsible for an organization's marketing activities. The CMO's primary responsibility is to generate revenue by increasing sales through Brand management.

**GENERAL MANAGER**
**Eugene Lowe**

A general manager oversees the daily operations of a business segment, department, or stand-alone retail location. It is the general manager's responsibility to ensure strategic goals are met by setting operational policies, creating and maintaining budgets, managing employees, and more.

**OPERATIONS MANAGER**
**Dwight Blankenship**

The role of an operations manager is to manage all activities involved in producing the goods and/or services of a business. Operations managers oversee operational activities at every level of an organization.

**SALES MANAGER**
**Andy Vasquez**

The role of a sales manager is to recruit, hire, and train new members of the sales staff. Sales managers direct organizations' sales teams. They set sales goals, analyze data, and develop training programs for organizations' sales representatives.





**SALES MANAGER**
**Paul Ventimiglia**

The role of a sales manager is to recruit, hire, and train new members of the sales staff. Sales managers direct organizations' sales teams. They set sales goals, analyze data, and develop training programs for organizations' sales representatives.

**FINANCE MANAGER**
**Landimir Gonzalez**

The role of the finance manager works in an automotive dealership and presents car buyers with various financing options, lending institutions, interest rates, and more. A finance manager generally serves as an intermediary between finance companies and the car dealership during the car sales process. They are required to complete all documentation required by federal and local regulations for each transaction and may fill out car sale contracts, set payoff values, and conduct credit checks. They must have strong written and verbal communication skills and attention to detail.



Date: 06/06/23

I MARC MERCKLING hereby acknowledge, accept and agree to the terms and conditions of this new role presented to me. I vow that my fiduciary responsibility will be to adhere to the three main responsibilities as an officer of the Gold Coast Automotive Group. The terms and conditions of my hire and new role will be discussed and agreed upon at a later date with the President of the Group.

MARC MERCKLING

Print Name

[signature]

Sign Name

President



Home > Manage Employees > Employees > DWIGHT BLANKENSHIP > Job Information

# DWIGHT BLANKENSHIP (4213561)

**SUPERB MOTORS INC.** (5090900)

SUPERB OPERATIONS MANAGER

Personal Information | **Job Information** | Recent Changes | Quick Actions | Related Documents

## Position

| Job Title | Job Function | Department | Location | Supervisor | Supervises Others |
|---|---|---|---|---|---|
| SUPERB OPERATIONS MANAGER | OPERATION MANAGER | -- | -- | -- | No |

| Job Category | CEO | Benefit Class |
|---|---|---|
| FIRST/MID-LEVEL OFFICIAL AND MANAGER | No | ALL OTHER EMPLOYEES |

## Employment

| Employment Status | Classification | Client Hire Date | Insperity Hire Date | Temporary Employ... | Wage Type |
|---|---|---|---|---|---|
| TERMINATED | Full Time | 05/04/2023 | 05/04/2023 | No | Salary |

| Default Hours Per ... | Eligible for Rehire |
|---|---|
| 40 | No |

## Termination

| Termination Date | Termination Reason |
|---|---|
| 08/03/2023 | MISCONDUCT |

## Pay

| Pay Type | Annual Salary | Pay Rate | Pay Period Amount | Units | Stop Date |
|---|---|---|---|---|---|
| Salary - Exempt | $67,600.00 | $32.50 | $1,300.00 | 40.00 | 08/03/2023 |

## Payroll Information

| Pay Frequency | Exempt | Payroll Specialist | Piece / Day / Fee | Worker's Compens... | Worker's Compens... |
|---|---|---|---|---|---|
| Weekly | Yes | CINDY HAMILTON | -- | 8748 | New York |

Audit Logs

Scroll To Top

Created By ANTHONY DEO Jan 14 2023 11:33 AM

Dealer

Superb Motors Inc - Added

Role Name

Assistant GM - Added

Created By ANTHONY DEO Jan 14 2023 11:33 AM

User Type

ARC User - Added

First Name

Marc - Added

User Active

true - Added

Phone Number

(516) 250 - 5626 - Added

Display Name

Marc - Added

Last Name

Merckling - Added

Country Code

+1 - Added

Unlock Account

Enabled - Added

Login Id

merck17@optonline.com - Added

Home Dealer

Superb Motors Inc - Added

8:38

Photo Done

John
ad hoc

Paul
ad hoc

Marc Merckling Group Llc, Team Auto
documented corrected
TITLE Gm
EMAIL merck2700@gmail.com
BUSINESS (516) 250-5626

Gene Lowe
ad hoc
TITLE General Manager
EMAIL eugenel@superbcars.com

Dwight Blankenship
ad hoc
TITLE Gm
EMAIL dwightgcm@gmail.com
MOBILE (516) 779-4236

Urrutia, Robert A.
documented
TITLE Member
EMAIL tonyu814@gmail.com
BUSINESS (203) 520-5110

Alex
ad hoc

Contacts

chase bank depost

Compose

Inbox 9,419
Starred
Snoozed
Important
Sent
Drafts 158
Categories
More

Labels

[Gmail]All Mail
2 RETURMME
Attorneys
bennett
CFI
companies
contracts
Damien
misc

# Deposits for February

Inbox ×

**Kimberly Camp** <kimberly.camp@teamauto.com>
to merck2700@gmail.com, anthonyd@northshoremotors1.com, Eugene, Keshia, Alysia, Bruce, me

Good morning,

I have yet to receive copies of the two deposits made in February (13th $10,000 & 15th $88,500). Can last day of February, can we please ensure everything gets sent over today so we can put February to

Thank you,
Kimberly Camp

**anthony deo** <anthonyd@northshoremotors1.com>
to Kimberly, merck2700@gmail.com, Eugene, Keshia, Alysia, Bruce, me