**Messages exported from: iPhone (172) (+16315619807)**
**With: Michael Laurie [DLA Capital Partners, Inc.] (9176873858)**
PDF generated on 11/2/2023 using Decipher TextMessage

---

**11/17/2022 1:26 PM (Viewed 11/17/2022 3:00 PM)**
Michael Laurie [DLA Capital Partners, Inc.] (9176873858)
Good afternoon sir.

**11/17/2022 3:00 PM**
iPhone (172) (+16315619807)
Good afternoon

**11/17/2022 3:19 PM**
Michael Laurie [DLA Capital Partners, Inc.] (9176873858)
500k tomorrow as agreed

**11/17/2022 3:20 PM**
iPhone (172) (+16315619807)
Ok. What happened to the $100k today?

**11/17/2022 3:22 PM (Viewed 11/17/2022 3:23 PM)**
Michael Laurie [DLA Capital Partners, Inc.] (9176873858)
I thought we had talked about the hundred was blocked over there until the 25th they would not release that so I told you I would have the 500 in the account on Friday and that's what I'm doing I'm at the airport right now flying out for a wedding but everything is set up for tomorrow. I'm boarding in five minutes

chat more tomorrow

**11/17/2022 3:23 PM**
iPhone (172) (+16315619807)
Thank you

**11/17/2022 3:23 PM**
iPhone (172) (+16315619807)
Safe travels

**11/17/2022 3:40 PM (Viewed 11/17/2022 3:43 PM)**
Michael Laurie [DLA Capital Partners, Inc.] (9176873858)
No thank you.  I am so exciting to have been in the right place at the right time and met you.  Looking forward to lots of prosperous days ahead.

**11/17/2022 3:44 PM (Delivered 11/17/2022 3:54 PM)**
iPhone (172) (+16315619807)
Same here

*Message sent originally as iMessage and failed. Re-sent later as SMS.*

**11/18/2022 1:30 PM (Viewed 11/18/2022 1:40 PM)**
Michael Laurie [DLA Capital Partners, Inc.] (9176873858)
I am on the other line will call back when able

**11/18/2022 1:40 PM**
iPhone (172) (+16315619807)
Ok

**11/22/2022 9:15 AM (Viewed 11/22/2022 9:35 AM)**
Michael Laurie [DLA Capital Partners, Inc.] (9176873858)
Good morning in a meeting until 10am.

**11/22/2022 9:15 AM (Viewed 11/22/2022 9:35 AM)**
Michael Laurie [DLA Capital Partners, Inc.] (9176873858)
Call after

**11/25/2022 8:20 AM (Viewed 11/25/2022 8:46 AM)**
Michael Laurie [DLA Capital Partners, Inc.] (9176873858)

**11/28/2022 9:53 AM**
iPhone (172) (+16315619807)
Tonyu814@gmail.com

**11/28/2022 9:53 AM (Viewed 11/28/2022 9:54 AM)**
Michael Laurie [DLA Capital Partners, Inc.] (9176873858)
Got it

**12/25/2022 12:05 PM (Viewed 12/25/2022 12:59 PM)**
Michael Laurie [DLA Capital Partners, Inc.] (9176873858)



**12/25/2022 12:05 PM (Viewed 12/25/2022 12:59 PM)**
Michael Laurie [DLA Capital Partners, Inc.] (9176873858)



**12/25/2022 1:00 PM**
iPhone (172) (+16315619807)
Same to you and your family!!

19 total messages and 2 total images.