11/5/23, 5:10 PM
Case 2:23-cv-06188-JMW   Document 95-5   Filed 11/06/23   Page 1 of 1 PageID #: 2222
Superb deals - tonyu814@gmail.com - Gmail

 Gmail

🔍 in:sent m.laurie@northshoremotors1.com                                        ✕   ⚙

Compose

Inbox                    9,428          ✉

Starred

Snoozed                          # Superb deals          Inbox ✕

Important

Sent                             **Alysia Cayer**
                                 The office has still not received the deals as of yesterday evening. We received 5 scans on Wednesday but all we

Drafts                    158

Categories                       **MICHAEL LAURIE** <m.laurie@northshoremotors1.com>
                                 to Alysia, anthony, me
More
                                 I will address this immediately.

Labels                           Michael Laurie
                                 Northshore Motors
                                 Business Manager
[Gmail]All Mail                  917-687-3858

2 RETURMME
                                         On Dec 30, 2022, at 7:13 AM, Alysia Cayer <alysiac@yourteamauto.com> wrote:
Attorneys

bennett
                                 **Alysia Cayer**
CFI                              Good Morning, Has this been rectified? Thank you Alysia Cayer Chief Financial Officer Team Auto Group P) 860-5

companies

contracts                         **Tony Urrutia** <tonyu814@gmail.com>
                                 to Alysia, MICHAEL, anthony
Damien
                                 I thought this was done already. Are you telling me you still don't have the deals? Can you break down what you h
misc