# Harry R. Thomasson, Esq.

3280 Sunrise Highway, Box 112
Wantagh, New York 11793
Tel. 516-557-5459
hrtatty@verizon.net

Admitted:
Massachusetts
New York

November 15, 2023

Honorable James M. Wicks
U.S. Federal District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

    Re:    *Superb Motors, Inc., et al. v. Anthony Deo, et al.*
             Case No. 2:23-cv-6188 (JW)

Your Honor:

    Please be reminded that this office represents Anthony Deo, Sara Deo, Dwight Blankenship, Marc Merckling, Michael Laurie, Car Buyers NYC Inc., Gold Coast Cars of Syosset LLC, Gold Coast Cars of Sunrise LLC, Gold Coast Motors Automotive Group LLC, Gold Coast Motors of LIC LLC, Gold Coast Motors of Roslyn LLC, Gold Coast Motors of Smithtown LLC, and UEA Premier Motors Corp., with respect to the above referenced action (the "Deo" Defendants).

    I am writing in response to the Court's Order to inform the parties and the Court regarding the placement of the six (6) cars into storage as discussed before the Court at last week's oral argument. First and foremost, I apologize for not informing the Court yesterday, necessitating this morning's additional Order from the Court. I asked the Court at oral argument if I could upload the letter required under last week's Order today, Wednesday, November 15, 2023, and I put today's date in my notes without further checking last week's Order. The mistake was/is mine that I did not upload this letter after business hours yesterday.

    In fact, the six (6) cars at issue have been placed in storage, and my clients purchased additional insurance from the storage facility for these cars, said additional insurance payments being due monthly, which my clients shall continue to pay. Attached hereto please find copies of the receipts for each of the six (6) storage spaces for these cars; please note that this storage provider did not have six (6) spaces available in just one location, that is why one of the cars (the Rolls Royce) is stored separate from the other five (5) automobiles. At this time, the six (6) cars at issue still have the insurance coverage in place previously provided to the Plaintiffs, and now also have additional insurance purchased through the storage facility as well. In short, these cars have more insurance on them at this time than if they were located at any of the facilities owned and/or operated by any of the parties hereto.

1

      It is the Deo Defendants' position that the terms have been met regarding this Court's Order for the storage of these six (6) automobiles. If and when the Deos open a new automobile dealership, we shall so inform this Court and request (at that time) to be permitted to move the vehicles to that location; we also intend to move to modify the Injunction to allow the Deos to continue to utilize the two demo vehicles as originally contemplated by the mediation agreement obtained with this Court's assistance in September.

      I remain,

                                  Very truly yours,

                                  /S/

                                Harry R. Thomasson

Cc:    M/M Anthony Deo

Begin forwarded message:

**From:** hb@storagepost.com
**Date:** November 13, 2023 at 10:30:02 AM EST
**To:** saradeo007@gmail.com
**Subject: Lease Confirmation**



# Time to Move In to your New Storage Unit!

Hi Anthony,

Storage Post is here to help you with your move in.

We have noted your address in our records as **3 Hunting Lane Old Westberry, NY 11568**. If this is not correct, please contact our Customer Service Center at 1-877-885-7274 to make corrections.

Below you will find all the information you should need to ensure quick and easy access to your new unit. Your unique access code will begin to work on your move-in date.

**Storage Post Huntington Station Broadway**

280 Broadway
Huntington Station, NY 11746
631-863-8092

Get Directions

## Move-In Details

**Unit:** 2035 1st Floor

**Expected Move-In Date:** 2023-11-11

**From:** rockville@storagepost.com
**Date:** November 13, 2023 at 9:30:02 AM EST
**To:** saradeo007@gmail.com
**Subject: Lease Confirmation**



# Time to Move In to your New Storage Unit!

Hi Anthony,

Storage Post is here to help you with your move in.

We have noted your address in our records as **3 hunting lane Old Westburry, Ny 11568**. If this is not correct, please contact our Customer Service Center at 1-877-885-7274 to make corrections.

Below you will find all the information you should need to ensure quick and easy access to your new unit. Your unique access code will begin to work on your move-in date.

**Storage Post Rockville Centre**

250 Maple Ave
Rockville Centre, NY 11570
(516)-255-9100

Get Directions

## Move-In Details

**Unit:** ▇024 1st Floor

**Expected Move-In Date:** 2023-11-11

**From:** rockville@storagepost.com
**Date:** November 13, 2023 at 9:30:02 AM EST
**To:** saradeo007@gmail.com
**Subject:** Lease Confirmation



# Time to Move In to your New Storage Unit!

Hi Anthony,

Storage Post is here to help you with your move in.

We have noted your address in our records as **3 hunting lane Old Westburry, Ny 11568**. If this is not correct, please contact our Customer Service Center at 1-877-885-7274 to make corrections.

Below you will find all the information you should need to ensure quick and easy access to your new unit. Your unique access code will begin to work on your move-in date.

**Storage Post Rockville Centre**

250 Maple Ave
Rockville Centre, NY 11570
(516)-255-9100

Get Directions

## Move-In Details

Unit: ▇021 1st Floor

Expected Move-In Date: 2023-11-11

Case 2:23-cv-06188-JMW   Document 102   Filed 11/15/23   Page 6 of 9 PageID #: 2262

**From:** rockville@storagepost.com
**Date:** November 13, 2023 at 9:30:03 AM EST
**To:** saradeo007@gmail.com
**Subject: Lease Confirmation**



# Time to Move In to your New Storage Unit!

Hi Anthony,

Storage Post is here to help you with your move in.

We have noted your address in our records as **3 hunting lane Old Westburry, Ny 11568**. If this is not correct, please contact our Customer Service Center at 1-877-885-7274 to make corrections.

Below you will find all the information you should need to ensure quick and easy access to your new unit. Your unique access code will begin to work on your move-in date.

**Storage Post Rockville Centre**

250 Maple Ave
Rockville Centre, NY 11570
(516)-255-9100

Get Directions

## Move-In Details

**Unit:** ▇022 1st Floor

**Expected Move-In Date:** 2023-11-11

From: rockville@storagepost.com
Date: November 13, 2023 at 9:30:03 AM EST
To: saradeo007@gmail.com
Subject: Lease Confirmation



# Time to Move In to your New Storage Unit!

Hi Anthony,

Storage Post is here to help you with your move in.

We have noted your address in our records as **3 hunting lane Old Westburry, Ny 11568**. If this is not correct, please contact our Customer Service Center at 1-877-885-7274 to make corrections.

Below you will find all the information you should need to ensure quick and easy access to your new unit. Your unique access code will begin to work on your move-in date.

**Storage Post Rockville Centre**

250 Maple Ave
Rockville Centre, NY 11570
(516)-255-9100

Get Directions

## Move-In Details

**Unit:** ▮013 1st Floor

**Expected Move-In Date:** 2023-11-11

**From:** rockville@storagepost.com
**Date:** November 13, 2023 at 9:30:04 AM EST
**To:** saradeo007@gmail.com
**Subject: Lease Confirmation**



# Time to Move In to your New Storage Unit!

Hi Anthony,

Storage Post is here to help you with your move in.

We have noted your address in our records as **3 hunting lane Old Westburry, Ny 11568**. If this is not correct, please contact our Customer Service Center at 1-877-885-7274 to make corrections.

Below you will find all the information you should need to ensure quick and easy access to your new unit. Your unique access code will begin to work on your move-in date.

**Storage Post Rockville Centre**

250 Maple Ave
Rockville Centre, NY 11570
(516)-255-9100

Get Directions

## Move-In Details

**Unit:** ▮026 1st Floor

**Expected Move-In Date:** 2023-11-11



November 15, 2023

Storage Post - Huntington Station Broadway
280 Broadway
Huntington Station, NY  11746
631-863-8092

Tenant:
Company:    c/o: Anthony Deo
Unit:       2035
Address     3 Hunting Lane
            Old Westberry, NY  11568

## Payment Receipt

**Payment Date:**    November 15, 2023 9:05 AM
**Available Credit:** 0.00
**Current Balance:** 0.00
**Paid Through:**    December 10, 2023
**Receipt Number:**  24833

By: Jl

| Date | Unit | Description | Charge | Discount | Tax | Total | Payment | Method |
|------|------|-------------|--------|----------|-----|-------|---------|--------|
| 11/15/23 | 2035 | Protection Pl 11/15-12/10 | 17.33 | 0.00 | 0.00 | 17.33 | 17.33 | Master Card |

|  |  |
|--|--|
| Taxes | 0.00 |
| Payment (less tax) | 17.33 |
| Payment Subtotal | 17.33 |
| Credits Applied | 0.00 |
| Refunds Applied | 0.00 |
| Total Applied to Account | 17.33 |
| Current Account Balance | 0.00 |
| Paid By | Master Card *****5312 |
| Paid-Through Date | December 10, 2023 |

Transaction Type  Sale
Authorization  35882Z
Reference  p1_txn_6554d0255b18d3972994a2c

I agree to pay the above amount according to the card issuer statement.

x _____

_____

**Did you know we offer moving and packing supplies? Shop worry-free with our 100%   refund! Simply bring in your unused or unopened items within 30 days with the original receipt.**

_____