

November 15, 2023

Storage Post - Rockville Centre
250 Maple Ave
Rockville Centre, NY  11570
(516)-255-9100

Tenant:        Anthony Deo
Company:
Unit:          P021, ...
Address        3 hunting lane
               Old Westburry, Ny  11568

# Payment Receipt

**Payment Date:**    November 15, 2023 12:11 PM
**Available Credit:** 0.00
**Current Balance:** 0.00
**Paid Through:**    December 10, 2023
**Receipt Number:**  120688

**By:** DK

| Date | Unit | Description | Charge | Discount | Tax | Total | Payment | Method |
|---|---|---|---|---|---|---|---|---|
| 11/15/23 | P021 | Protection Pl 11/15-12/10 | 17.33 | 0.00 | 0.00 | 17.33 | 17.33 | Master Card |
| 11/15/23 | P022 | Protection Pl 11/15-12/10 | 17.33 | 0.00 | 0.00 | 17.33 | 17.33 | Master Card |
| 11/15/23 | P024 | Protection Pl 11/15-12/10 | 17.33 | 0.00 | 0.00 | 17.33 | 17.33 | Master Card |
| 11/15/23 | P026 | Protection Pl 11/15-12/10 | 17.33 | 0.00 | 0.00 | 17.33 | 17.33 | Master Card |

|  |  |
|---|---|
| Taxes | 0.00 |
| Payment (less tax) | 69.32 |
| Payment Subtotal | 69.32 |
| Credits Applied | 0.00 |
| Refunds Applied | 0.00 |
| Total Applied to Account | 69.32 |
| Current Account Balance | 0.00 |
| Paid By | Master Card *****5312 |
| Paid-Through Date | December 10, 2023 |

Transaction Type  Sale

Authorization  46579Z
Reference  p1_txn_6554fbc7e4b501ffdc0f816

I agree to pay the above amount according to the card issuer statement.

x _____

_____

**Did you know we offer moving and packing supplies? Shop worry-free with our 100%   refund! Simply bring in your unused or unopened items within 30 days with the original receipt.**

_____



November 15, 2023

Storage Post - Rockville Centre
250 Maple Ave
Rockville Centre, NY  11570
(516)-255-9100

Tenant:        Anthony Deo
Company:
Unit:          P013
Address        3 hunting lane
               Old Westburry, Ny  11568

# Payment Receipt

**Payment Date:**    November 15, 2023 12:06 PM
**Available Credit:** 0.00
**Current Balance:** 0.00
**Paid Through:**    December 10, 2023
**Receipt Number:**  120687

**By:** DK

| Date | Unit | Description | Charge | Discount | Tax | Total | Payment | Method |
|------|------|-------------|--------|----------|-----|-------|---------|--------|
| 11/15/23 | P013 | Protection Pl 11/15-12/10 | 17.33 | 0.00 | 0.00 | 17.33 | 17.33 | Master Card |

| | |
|---|---|
| Taxes | 0.00 |
| Payment (less tax) | 17.33 |
| Payment Subtotal | 17.33 |
| Credits Applied | 0.00 |
| Refunds Applied | 0.00 |
| Total Applied to Account | 17.33 |
| | |
| Current Account Balance | 0.00 |
| Paid By | Master Card *****5312 |
| Paid-Through Date | December 10, 2023 |

Transaction Type  Sale

Authorization  10500Z
Reference  p1_txn_6554fa80dfd8aa54a2b1499

I agree to pay the above amount according to the card issuer statement.

x _____

_____

**Did you know we offer moving and packing supplies? Shop worry-free with our 100%   refund! Simply bring in your unused or unopened items within 30 days with the original receipt.**

_____