UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X

| | |
|---|---|
| SUPERB MOTORS INC., TEAM AUTO SALES LLC, ROBERT ANTHONY URRUTIA, 189 SUNRISE HWY AUTO LLC, NORTHSHORE MOTOR LEASING, LLC, BRIAN CHABRIER, individually and derivatively as a member of NORTHSHORE MOTOR LEASING, LLC, JOSHUA AARONSON, individually and derivatively as a member of 189 SUNRISE HWY AUTO, LLC, JORY BARON, 1581 HYLAN BLVD AUTO LLC, 1580 HYLAN BLVD AUTO LLC, 1591 HYLAN BLVD AUTO LLC, 1632 HYLAN BLVD AUTO LLC, 1239 HYLAN BLVD AUTO LLC, 2519 HYLAN BLVD AUTO LLC, 76 FISK STREET REALTY LLC, 446 ROUTE 23 AUTO LLC and ISLAND AUTO MANAGEMENT, LLC, | Case No.: 2:23-cv-6188 (JMW) <br><br> **RULE 7.1 DISCLOSURE STATEMENT** |

           Plaintiffs,

 -against-

ANTHONY DEO, SARAH DEO, HARRY THOMASSON, DWIGHT BLANKENSHIP, MARC MERCKLING, MICHAEL LAURIE, THOMAS JONES, CPA, CAR BUYERS NYC INC., GOLD COAST CARS OF SYOSSET LLC, GOLD COAST CARS OF SUNRISE LLC, GOLD COAST MOTORS AUTOMOTIVE GROUP LLC, GOLD COAST MOTORS OF LIC LLC, GOLD COAST MOTORS OF ROSLYN LLC, GOLD COAST MOTORS OF SMITHTOWN LLC, UEA PREMIER MOTORS CORP., DLA CAPITAL PARTNERS INC., JONES, LITTLE & CO., CPA'S LLP, FLUSHING BANK, and LIBERTAS FUNDING LLC,

           Defendants.
----------------------------------------------------------------------X

**CORPORATE DISCLOSURE STATEMENT FOR JONES, LITTLE & CO., CPAs LLP**

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Jones, Little & Co., CPAs, LLP submits the following Corporate Disclosure Statement: No publicly held corporation owns 10% or more of its stock.

Dated: Woodbury, New York
   November 20, 2023

                        MILBER MAKRIS PLOUSADIS
                          & SEIDEN, LLP

                        _____
                        Peter Seiden (PS0658)
                        Attorney for Defendants
                        THOMAS JONES, CPA and
                        JONES, LITTLE & CO., CPAs LLP
                        1000 Woodbury Road, Suite 402
                        Woodbury, New York 11797
                        (516) 712-4000
                        (516) 712-4013 Facsimile
                        pseiden@milbermakris.com

TO:    All counsel of record (via ECF)