**Subject:** Fwd: 5399 VW 2\6\23 03/23/2023 14:49
**Attachments:** DOC032323-03232023144909.pdf

**Follow Up Flag:** Follow up
**Flag Status:** Flagged

---------- Forwarded message ---------
**From: Toshiba Copier** <copieremailscanner@gmail.com>
Date: Thu, Mar 23, 2023 at 2:37 PM
Subject: 5399 VW 2\6\23 03/23/2023 14:49
To: Alysia Cayer <alysiac@yourteamauto.com>, T Jones <tjones@jonesandlittle.com>, Tony Urrutia <tonyu814@gmail.com>, Anthony Deo <Anthonyd@northshoremotors1.com>, HR Tatty <hrtatty@verizon.net>, Bruce Novicky <bruce@teamauto.com>

Scanned from 10.13.79.27
Date:03/23/2023 14:49
Pages:7
Resolution:200x200 DPI
----------------------------------------

**Subject:**          Fwd: 5399 VW 2\8\23 03/23/2023 14:49
**Attachments:**      DOC032323-03232023144928.pdf

**Follow Up Flag:**   Follow up
**Flag Status:**      Completed

---------- Forwarded message ---------
From: **Toshiba Copier** <copieremailscanner@gmail.com>
Date: **Thu, Mar 23, 2023 at 2:38 PM**
Subject: 5399 VW 2\8\23 03/23/2023 14:49
To: Alysia Cayer <alysiac@yourteamauto.com>, T Jones <tjones@jonesandlittle.com>, Tony Urrutia
<tonyu814@gmail.com>, Anthony Deo <Anthonyd@northshoremotors1.com>, HR Tatty <hrtatty@verizon.net>, Bruce
Novicky <bruce@teamauto.com>

Scanned from 10.13.79.27
Date:03/23/2023 14:49
Pages:19
Resolution:200x200 DPI
-----------------------------------------

**Subject:**        Fwd: 5399 VW 2\9\23 03/23/2023 14:50
**Attachments:**    DOC032323-03232023144949.pdf

**Follow Up Flag:**   Follow up
**Flag Status:**      Completed

---------- Forwarded message ---------
From: **Toshiba Copier** <copieremailscanner@gmail.com>
Date: **Thu, Mar 23, 2023 at 2:38 PM**
Subject: 5399 VW 2\9\23 03/23/2023 14:50
To: Alysia Cayer <alysiac@yourteamauto.com>, T Jones <tjones@jonesandlittle.com>, Tony Urrutia
<tonyu814@gmail.com>, Anthony Deo <Anthonyd@northshoremotors1.com>, HR Tatty <hrtatty@verizon.net>, Bruce
Novicky <bruce@teamauto.com>

Scanned from 10.13.79.27
Date:03/23/2023 14:50
Pages:16
Resolution:200x200 DPI
----------------------------------------

1

**Subject:** Fwd: 5399 VW 2\10\23 03/23/2023 14:50
**Attachments:** DOC032323-03232023145013.pdf

**Follow Up Flag:** Follow up
**Flag Status:** Completed

---------- Forwarded message ---------
From: **Toshiba Copier** <copieremailscanner@gmail.com>
Date: **Thu, Mar 23, 2023 at 2:38 PM**
Subject: 5399 VW 2\10\23 03/23/2023 14:50
To: Alysia Cayer <alysiac@yourteamauto.com>, T Jones <tjones@jonesandlittle.com>, Tony Urrutia
<tonyu814@gmail.com>, Anthony Deo <Anthonyd@northshoremotors1.com>, HR Tatty <hrtatty@verizon.net>, Bruce
Novicky <bruce@teamauto.com>

Scanned from 10.13.79.27
Date:03/23/2023 14:50
Pages:11
Resolution:200x200 DPI
----------------------------------------

**Subject:**          Fwd: 5399 VW 2\13\23 03/23/2023 14:51
**Attachments:**   DOC032323-03232023145054.pdf

**Follow Up Flag:**   Follow up
**Flag Status:**       Completed

---------- Forwarded message ---------
From: **Toshiba Copier** <copieremailscanner@gmail.com>
Date: **Thu, Mar 23, 2023 at 2:39 PM**
Subject: 5399 VW 2\13\23 03/23/2023 14:51
To: Alysia Cayer <alysiac@yourteamauto.com>, T Jones <tjones@jonesandlittle.com>, Tony Urrutia
<tonyu814@gmail.com>, Anthony Deo <Anthonyd@northshoremotors1.com>, HR Tatty <hrtatty@verizon.net>, Bruce
Novicky <bruce@teamauto.com>

Scanned from 10.13.79.27
Date:03/23/2023 14:51
Pages:14
Resolution:200x200 DPI
----------------------------------------

1

**Subject:**            Fwd: 5518 Superb 12/5/22 Bank Rec 03/23/2023 16:12
**Attachments:**    DOC032323-03232023161218.pdf

**Follow Up Flag:**     Follow up
**Flag Status:**        Completed

---------- Forwarded message ---------
**From: Toshiba Copier** <copieremailscanner@gmail.com>
Date: Thu, Mar 23, 2023 at 4:00 PM
Subject: 5518 Superb 12/5/22 Bank Rec 03/23/2023 16:12
To: Alysia Cayer <alysiac@yourteamauto.com>, T Jones <tjones@jonesandlittle.com>, HR Tatty <hrtatty@verizon.net>,
Bruce Novicky <bruce@teamauto.com>, Tony Urrutia <tonyu814@gmail.com>, Anthony Deo
<Anthonyd@northshoremotors1.com>

Scanned from 10.13.79.27
Date:03/23/2023 16:12
Pages:7
Resolution:200x200 DPI
----------------------------------------

1

**Subject:**       Fwd: 5518 Superb 12/2/22 Bank Rec 03/23/2023 16:11
**Attachments:**   DOC032323-03232023161146.pdf

**Follow Up Flag:**   Follow up
**Flag Status:**     Completed

---------- Forwarded message ---------
From: **Toshiba Copier** <copieremailscanner@gmail.com>
Date: Thu, Mar 23, 2023 at 4:00 PM
Subject: 5518 Superb 12/2/22 Bank Rec 03/23/2023 16:11
To: Alysia Cayer <alysiac@yourteamauto.com>, T Jones <tjones@jonesandlittle.com>, HR Tatty <hrtatty@verizon.net>,
Bruce Novicky <bruce@teamauto.com>, Tony Urrutia <tonyu814@gmail.com>, Anthony Deo
<Anthonyd@northshoremotors1.com>

Scanned from 10.13.79.27
Date:03/23/2023 16:11
Pages:13
Resolution:200x200 DPI
-----------------------------------------

1

**Subject:**          Fwd: 5518 Superb 12/1/22 Bank Rec 03/23/2023 16:09
**Attachments:**      DOC032323-03232023160929.pdf

**Follow Up Flag:**   Follow up
**Flag Status:**      Completed


---------- Forwarded message ---------
**From: Toshiba Copier** <copieremailscanner@gmail.com>
**Date: Thu, Mar 23, 2023 at 3:58 PM**
**Subject: 5518 Superb 12/1/22 Bank Rec 03/23/2023 16:09**
To: Alysia Cayer <alysiac@yourteamauto.com>, T Jones <tjones@jonesandlittle.com>, HR Tatty <hrtatty@verizon.net>,
Bruce Novicky <bruce@teamauto.com>, Tony Urrutia <tonyu814@gmail.com>, Anthony Deo
<Anthonyd@northshoremotors1.com>


Scanned from 10.13.79.27
Date:03/23/2023 16:09
Pages:13
Resolution:200x200 DPI
-----------------------------------------

1

**Subject:** Fwd: 5518 Superb 11/30/22 Bank Rec 03/23/2023 16:09
**Attachments:** DOC032323-03232023160906.pdf

**Follow Up Flag:** Follow up
**Flag Status:** Completed

---------- Forwarded message ---------
From: **Toshiba Copier** <copieremailscanner@gmail.com>
Date: Thu, Mar 23, 2023 at 3:57 PM
Subject: 5518 Superb 11/30/22 Bank Rec 03/23/2023 16:09
To: Alysia Cayer <alysiac@yourteamauto.com>, T Jones <tjones@jonesandlittle.com>, HR Tatty <hrtatty@verizon.net>,
Bruce Novicky <bruce@teamauto.com>, Tony Urrutia <tonyu814@gmail.com>, Anthony Deo
<Anthonyd@northshoremotors1.com>

Scanned from 10.13.79.27
Date:03/23/2023 16:09
Pages:9
Resolution:200x200 DPI
----------------------------------------

1

**Subject:**         Fwd: 5518 Superb 11/29/22 Bank Rec 03/23/2023 16:08
**Attachments:**     DOC032323-03232023160815.pdf

**Follow Up Flag:**  Follow up
**Flag Status:**     Completed

---------- Forwarded message ---------
From: **Toshiba Copier** <copieremailscanner@gmail.com>
Date: Thu, Mar 23, 2023 at 3:56 PM
Subject: 5518 Superb 11/29/22 Bank Rec 03/23/2023 16:08
To: Alysia Cayer <alysiac@yourteamauto.com>, T Jones <tjones@jonesandlittle.com>, HR Tatty <hrtatty@verizon.net>,
Bruce Novicky <bruce@teamauto.com>, Tony Urrutia <tonyu814@gmail.com>, Anthony Deo
<Anthonyd@northshoremotors1.com>

Scanned from 10.13.79.27
Date:03/23/2023 16:08
Pages:8
Resolution:200x200 DPI
----------------------------------------

1

**Subject:**          Fwd: 5518 Superb 11/28/22 Bank Rec 03/23/2023 16:08
**Attachments:**      DOC032323-03232023160800.pdf

**Follow Up Flag:**   Follow up
**Flag Status:**      Completed

---------- Forwarded message ---------
From: **Toshiba Copier** <copieremailscanner@gmail.com>
Date: Thu, Mar 23, 2023 at 3:56 PM
Subject: 5518 Superb 11/28/22 Bank Rec 03/23/2023 16:08
To: Alysia Cayer <alysiac@yourteamauto.com>, T Jones <tjones@jonesandlittle.com>, HR Tatty <hrtatty@verizon.net>,
Bruce Novicky <bruce@teamauto.com>, Tony Urrutia <tonyu814@gmail.com>, Anthony Deo
<Anthonyd@northshoremotors1.com>

Scanned from 10.13.79.27
Date:03/23/2023 16:08
Pages:5
Resolution:200x200 DPI
----------------------------------------

**Subject:**            Fwd: 5518 Superb 11/25/22 Bank Rec 03/23/2023 16:07
**Attachments:**        DOC032323-03232023160732.pdf

**Follow Up Flag:**     Follow up
**Flag Status:**        Completed

---------- Forwarded message ---------
From: **Toshiba Copier** <copieremailscanner@gmail.com>
Date: Thu, Mar 23, 2023 at 3:56 PM
Subject: 5518 Superb 11/25/22 Bank Rec 03/23/2023 16:07
To: Alysia Cayer <alysiac@yourteamauto.com>, T Jones <tjones@jonesandlittle.com>, HR Tatty <hrtatty@verizon.net>,
Bruce Novicky <bruce@teamauto.com>, Tony Urrutia <tonyu814@gmail.com>, Anthony Deo
<Anthonyd@northshoremotors1.com>

Scanned from 10.13.79.27
Date:03/23/2023 16:07
Pages:8
Resolution:200x200 DPI
-----------------------------------------

1

**Subject:**        Fwd: 5518 Superb 11/23/22 Bank Rec 03/23/2023 16:07
**Attachments:**    DOC032323-03232023160714.pdf

**Follow Up Flag:**   Follow up
**Flag Status:**     Completed

---------- Forwarded message ---------
From: **Toshiba Copier** <copieremailscanner@gmail.com>
Date: Thu, Mar 23, 2023 at 3:55 PM
Subject: 5518 Superb 11/23/22 Bank Rec 03/23/2023 16:07
To: Alysia Cayer <alysiac@yourteamauto.com>, T Jones <tjones@jonesandlittle.com>, HR Tatty <hrtatty@verizon.net>,
Bruce Novicky <bruce@teamauto.com>, Tony Urrutia <tonyu814@gmail.com>, Anthony Deo
<Anthonyd@northshoremotors1.com>

Scanned from 10.13.79.27
Date:03/23/2023 16:07
Pages:6
Resolution:200x200 DPI
----------------------------------------

1

**Subject:**            Fwd: 5518 Superb 11/22/22 Bank Rec 03/23/2023 16:06
**Attachments:**    DOC032323-03232023160652.pdf

**Follow Up Flag:**    Follow up
**Flag Status:**        Completed

---------- Forwarded message ---------
From: **Toshiba Copier** <copieremailscanner@gmail.com>
Date: Thu, Mar 23, 2023 at 3:55 PM
Subject: 5518 Superb 11/22/22 Bank Rec 03/23/2023 16:06
To: Alysia Cayer <alysiac@yourteamauto.com>, T Jones <tjones@jonesandlittle.com>, HR Tatty <hrtatty@verizon.net>, Bruce Novicky <bruce@teamauto.com>, Tony Urrutia <tonyu814@gmail.com>, Anthony Deo <Anthonyd@northshoremotors1.com>

Scanned from 10.13.79.27
Date:03/23/2023 16:06
Pages:6
Resolution:200x200 DPI
----------------------------------------

**Subject:**         Fwd: 5518 Superb 11/17/22 Bank Rec 03/23/2023 16:06
**Attachments:**    DOC032323-03232023160633.pdf

**Follow Up Flag:**   Follow up
**Flag Status:**      Completed

---------- Forwarded message ---------
From: **Toshiba Copier** <copieremailscanner@gmail.com>
Date: Thu, Mar 23, 2023 at 3:55 PM
Subject: 5518 Superb 11/17/22 Bank Rec 03/23/2023 16:06
To: Alysia Cayer <alysiac@yourteamauto.com>, T Jones <tjones@jonesandlittle.com>, HR Tatty <hrtatty@verizon.net>,
Bruce Novicky <bruce@teamauto.com>, Tony Urrutia <tonyu814@gmail.com>, Anthony Deo
<Anthonyd@northshoremotors1.com>

Scanned from 10.13.79.27
Date:03/23/2023 16:06
Pages:6
Resolution:200x200 DPI
----------------------------------------

**Subject:**          Fwd: 5518 Superb 11/16/22 Bank Rec 03/23/2023 16:05
**Attachments:**      DOC032323-03232023160526.pdf

**Follow Up Flag:**   Follow up
**Flag Status:**      Completed

---------- Forwarded message ---------
From: **Toshiba Copier** <copieremailscanner@gmail.com>
Date: Thu, Mar 23, 2023 at 3:53 PM
Subject: 5518 Superb 11/16/22 Bank Rec 03/23/2023 16:05
To: Alysia Cayer <alysiac@yourteamauto.com>, T Jones <tjones@jonesandlittle.com>, HR Tatty <hrtatty@verizon.net>,
Bruce Novicky <bruce@teamauto.com>, Tony Urrutia <tonyu814@gmail.com>, Anthony Deo
<Anthonyd@northshoremotors1.com>

Scanned from 10.13.79.27
Date:03/23/2023 16:05
Pages:7
Resolution:200x200 DPI
-----------------------------------------

1

**Subject:**          Fwd: 5518 Superb 11/15/22 Bank Rec 03/23/2023 16:05
**Attachments:**      DOC032323-03232023160506.pdf

**Follow Up Flag:**   Follow up
**Flag Status:**      Completed

---------- Forwarded message ---------
From: **Toshiba Copier** <copieremailscanner@gmail.com>
Date: Thu, Mar 23, 2023 at 3:53 PM
Subject: 5518 Superb 11/15/22 Bank Rec 03/23/2023 16:05
To: Alysia Cayer <alysiac@yourteamauto.com>, T Jones <tjones@jonesandlittle.com>, HR Tatty <hrtatty@verizon.net>, Bruce Novicky <bruce@teamauto.com>, Tony Urrutia <tonyu814@gmail.com>, Anthony Deo <Anthonyd@northshoremotors1.com>

Scanned from 10.13.79.27
Date:03/23/2023 16:05
Pages:9
Resolution:200x200 DPI
----------------------------------------

**Subject:**              Fwd: 5518 Superb 11/8/22 Bank Rec 03/23/2023 16:03
**Attachments:**      DOC032323-03232023160333.pdf

**Follow Up Flag:**     Follow up
**Flag Status:**         Completed

---------- Forwarded message ---------
From: **Toshiba Copier** <copieremailscanner@gmail.com>
Date: **Thu, Mar 23, 2023 at 3:52 PM**
Subject: 5518 Superb 11/8/22 Bank Rec 03/23/2023 16:03
To: Alysia Cayer <alysiac@yourteamauto.com>, T Jones <tjones@jonesandlittle.com>, HR Tatty <hrtatty@verizon.net>,
Bruce Novicky <bruce@teamauto.com>, Tony Urrutia <tonyu814@gmail.com>, Anthony Deo
<Anthonyd@northshoremotors1.com>

Scanned from 10.13.79.27
Date:03/23/2023 16:03
Pages:12
Resolution:200x200 DPI
----------------------------------------

**Subject:**    Fwd: 5518 Superb 11/14/22 Bank Rec 03/23/2023 16:04
**Attachments:**  DOC032323-03232023160447.pdf

**Follow Up Flag:**  Follow up
**Flag Status:**   Completed

---------- Forwarded message ---------
From: **Toshiba Copier** <copieremailscanner@gmail.com>
Date: Thu, Mar 23, 2023 at 3:53 PM
Subject: 5518 Superb 11/14/22 Bank Rec 03/23/2023 16:04
To: Alysia Cayer <alysiac@yourteamauto.com>, T Jones <tjones@jonesandlittle.com>, HR Tatty <hrtatty@verizon.net>, Bruce Novicky <bruce@teamauto.com>, Tony Urrutia <tonyu814@gmail.com>, Anthony Deo <Anthonyd@northshoremotors1.com>

Scanned from 10.13.79.27
Date:03/23/2023 16:04
Pages:9
Resolution:200x200 DPI
----------------------------------------

1

**Subject:** Fwd: 5518 Superb 11/7/22 Bank Rec 03/23/2023 16:03
**Attachments:** DOC032323-03232023160300.pdf

**Follow Up Flag:** Follow up
**Flag Status:** Completed

---------- Forwarded message ---------
From: **Toshiba Copier** <copieremailscanner@gmail.com>
Date: Thu, Mar 23, 2023 at 3:51 PM
Subject: 5518 Superb 11/7/22 Bank Rec 03/23/2023 16:03
To: Alysia Cayer <alysiac@yourteamauto.com>, T Jones <tjones@jonesandlittle.com>, HR Tatty <hrtatty@verizon.net>, Bruce Novicky <bruce@teamauto.com>, Tony Urrutia <tonyu814@gmail.com>, Anthony Deo <Anthonyd@northshoremotors1.com>

Scanned from 10.13.79.27
Date:03/23/2023 16:03
Pages:8
Resolution:200x200 DPI
----------------------------------------

**Subject:**          Fwd: 5518 Superb 11/10/22 Bank Rec 03/23/2023 16:04
**Attachments:**      DOC032323-03232023160421.pdf

**Follow Up Flag:**   Follow up
**Flag Status:**      Completed

---------- Forwarded message ---------
From: **Toshiba Copier** <copieremailscanner@gmail.com>
Date: Thu, Mar 23, 2023 at 3:52 PM
Subject: 5518 Superb 11/10/22 Bank Rec 03/23/2023 16:04
To: Alysia Cayer <alysiac@yourteamauto.com>, T Jones <tjones@jonesandlittle.com>, HR Tatty <hrtatty@verizon.net>,
Bruce Novicky <bruce@teamauto.com>, Tony Urrutia <tonyu814@gmail.com>, Anthony Deo
<Anthonyd@northshoremotors1.com>

Scanned from 10.13.79.27
Date:03/23/2023 16:04
Pages:16
Resolution:200x200 DPI
----------------------------------------

**Subject:** Fwd: 5518 Superb 11/9/22 Bank Rec 03/23/2023 16:03
**Attachments:** DOC032323-03232023160350.pdf

**Follow Up Flag:** Follow up
**Flag Status:** Completed

---------- Forwarded message ---------
From: **Toshiba Copier** <copieremailscanner@gmail.com>
Date: Thu, Mar 23, 2023 at 3:52 PM
Subject: 5518 Superb 11/9/22 Bank Rec 03/23/2023 16:03
To: Alysia Cayer <alysiac@yourteamauto.com>, T Jones <tjones@jonesandlittle.com>, HR Tatty <hrtatty@verizon.net>,
Bruce Novicky <bruce@teamauto.com>, Tony Urrutia <tonyu814@gmail.com>, Anthony Deo
<Anthonyd@northshoremotors1.com>

Scanned from 10.13.79.27
Date:03/23/2023 16:03
Pages:11
Resolution:200x200 DPI
-----------------------------------------

1

**Subject:**        Fwd: 5518 Superb 11/4/22 Bank Rec 03/23/2023 16:02
**Attachments:**    DOC032323-03232023160244.pdf

**Follow Up Flag:**  Follow up
**Flag Status:**     Completed

---------- Forwarded message ---------
From: **Toshiba Copier** <copieremailscanner@gmail.com>
Date: Thu, Mar 23, 2023 at 3:51 PM
Subject: 5518 Superb 11/4/22 Bank Rec 03/23/2023 16:02
To: Alysia Cayer <alysiac@yourteamauto.com>, T Jones <tjones@jonesandlittle.com>, HR Tatty <hrtatty@verizon.net>,
Bruce Novicky <bruce@teamauto.com>, Tony Urrutia <tonyu814@gmail.com>, Anthony Deo
<Anthonyd@northshoremotors1.com>

Scanned from 10.13.79.27
Date:03/23/2023 16:02
Pages:9
Resolution:200x200 DPI
----------------------------------------

**Subject:** Fwd: 5518 Superb 11/3/22 Bank Rec 03/23/2023 16:02
**Attachments:** DOC032323-03232023160226.pdf

**Follow Up Flag:** Follow up
**Flag Status:** Completed

---------- Forwarded message ---------
From: **Toshiba Copier** <copieremailscanner@gmail.com>
Date: Thu, Mar 23, 2023 at 3:51 PM
Subject: 5518 Superb 11/3/22 Bank Rec 03/23/2023 16:02
To: Alysia Cayer <alysiac@yourteamauto.com>, T Jones <tjones@jonesandlittle.com>, HR Tatty <hrtatty@verizon.net>,
Bruce Novicky <bruce@teamauto.com>, Tony Urrutia <tonyu814@gmail.com>, Anthony Deo
<Anthonyd@northshoremotors1.com>

Scanned from 10.13.79.27
Date:03/23/2023 16:02
Pages:10
Resolution:200x200 DPI
----------------------------------------

1

**Subject:**          Fwd: 5518 Superb 11/2/22 Bank Rec 03/23/2023 16:02
**Attachments:**      DOC032323-03232023160211.pdf

**Follow Up Flag:**   Follow up
**Flag Status:**      Completed

---------- Forwarded message ---------
From: **Toshiba Copier** <copieremailscanner@gmail.com>
Date: Thu, Mar 23, 2023 at 3:50 PM
Subject: 5518 Superb 11/2/22 Bank Rec 03/23/2023 16:02
To: Alysia Cayer <alysiac@yourteamauto.com>, T Jones <tjones@jonesandlittle.com>, HR Tatty <hrtatty@verizon.net>,
Bruce Novicky <bruce@teamauto.com>, Tony Urrutia <tonyu814@gmail.com>, Anthony Deo
<Anthonyd@northshoremotors1.com>

Scanned from 10.13.79.27
Date:03/23/2023 16:02
Pages:8
Resolution:200x200 DPI
----------------------------------------

1

**Subject:**        Fwd: 5518 Superb 11/1/22 Bank Rec 03/23/2023 16:02
**Attachments:**    DOC032323-03232023160152.pdf

**Follow Up Flag:**  Follow up
**Flag Status:**     Completed

---------- Forwarded message ---------
From: **Toshiba Copier** <copieremailscanner@gmail.com>
Date: **Thu, Mar 23, 2023 at 3:50 PM**
Subject: 5518 Superb 11/1/22 Bank Rec 03/23/2023 16:02
To: Alysia Cayer <alysiac@yourteamauto.com>, T Jones <tjones@jonesandlittle.com>, HR Tatty <hrtatty@verizon.net>,
Bruce Novicky <bruce@teamauto.com>, Tony Urrutia <tonyu814@gmail.com>, Anthony Deo
<Anthonyd@northshoremotors1.com>

Scanned from 10.13.79.27
Date:03/23/2023 16:02
Pages:10
Resolution:200x200 DPI
-----------------------------------------

1

**Subject:**        Fwd: 5399 VW 1\31\23 Bank Rec 03/23/2023 15:12
**Attachments:**    DOC032323-03232023151244.pdf

**Follow Up Flag:**    Follow up
**Flag Status:**       Completed

---------- Forwarded message ---------
From: **Toshiba Copier** <copieremailscanner@gmail.com>
Date: Thu, Mar 23, 2023 at 3:01 PM
Subject: 5399 VW 1\31\23 Bank Rec 03/23/2023 15:12
To: Alysia Cayer <alysiac@yourteamauto.com>, HR Tatty <hrtatty@verizon.net>, T Jones <tjones@jonesandlittle.com>,
Bruce Novicky <bruce@teamauto.com>, Tony Urrutia <tonyu814@gmail.com>, Anthony Deo
<Anthonyd@northshoremotors1.com>

Scanned from 10.13.79.27
Date:03/23/2023 15:12
Pages:22
Resolution:200x200 DPI
----------------------------------------

**Subject:**       Fwd: 5399 VW 1\30\23 Bank Rec 03/23/2023 15:12
**Attachments:**   DOC032323-03232023151219.pdf

**Follow Up Flag:**   Follow up
**Flag Status:**      Completed

---------- Forwarded message ---------
From: **Toshiba Copier** <copieremailscanner@gmail.com>
Date: Thu, Mar 23, 2023 at 3:00 PM
Subject: 5399 VW 1\30\23 Bank Rec 03/23/2023 15:12
To: Alysia Cayer <alysiac@yourteamauto.com>, HR Tatty <hrtatty@verizon.net>, T Jones <tjones@jonesandlittle.com>,
Bruce Novicky <bruce@teamauto.com>, Tony Urrutia <tonyu814@gmail.com>, Anthony Deo
<Anthonyd@northshoremotors1.com>

Scanned from 10.13.79.27
Date:03/23/2023 15:12
Pages:14
Resolution:200x200 DPI
-----------------------------------------

1

**Subject:**      Fwd: 5399 VW 2\25\23 Bank Rec 03/23/2023 15:11
**Attachments:**  DOC032323-03232023151142.pdf

**Follow Up Flag:**   Follow up
**Flag Status:**     Completed

---------- Forwarded message ---------
From: **Toshiba Copier** <copieremailscanner@gmail.com>
Date: Thu, Mar 23, 2023 at 3:00 PM
Subject: 5399 VW 2\25\23 Bank Rec 03/23/2023 15:11
To: Alysia Cayer <alysiac@yourteamauto.com>, HR Tatty <hrtatty@verizon.net>, T Jones <tjones@jonesandlittle.com>,
Bruce Novicky <bruce@teamauto.com>, Tony Urrutia <tonyu814@gmail.com>, Anthony Deo
<Anthonyd@northshoremotors1.com>

Scanned from 10.13.79.27
Date:03/23/2023 15:11
Pages:21
Resolution:200x200 DPI
----------------------------------------

1

| | |
|---|---|
| **Subject:** | Fwd: 5399 VW 2\24\23 Bank Rec 03/23/2023 15:11 |
| **Attachments:** | DOC032323-03232023151058.pdf |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

---------- Forwarded message ---------
From: **Toshiba Copier** <copieremailscanner@gmail.com>
Date: Thu, Mar 23, 2023 at 2:59 PM
Subject: 5399 VW 2\24\23 Bank Rec 03/23/2023 15:11
To: Alysia Cayer <alysiac@yourteamauto.com>, HR Tatty <hrtatty@verizon.net>, T Jones <tjones@jonesandlittle.com>,
Bruce Novicky <bruce@teamauto.com>, Tony Urrutia <tonyu814@gmail.com>, Anthony Deo
<Anthonyd@northshoremotors1.com>

Scanned from 10.13.79.27
Date:03/23/2023 15:11
Pages:24
Resolution:200x200 DPI
----------------------------------------

**Subject:** Fwd: 5399 VW 1\18\23 Bank Rec 03/23/2023 15:10
**Attachments:** DOC032323-03232023151010.pdf

**Follow Up Flag:** Follow up
**Flag Status:** Completed

---------- Forwarded message ---------
**From: Toshiba Copier** <copieremailscanner@gmail.com>
Date: Thu, Mar 23, 2023 at 2:58 PM
Subject: 5399 VW 1\18\23 Bank Rec 03/23/2023 15:10
To: Alysia Cayer <alysiac@yourteamauto.com>, HR Tatty <hrtatty@verizon.net>, T Jones <tjones@jonesandlittle.com>,
Bruce Novicky <bruce@teamauto.com>, Tony Urrutia <tonyu814@gmail.com>, Anthony Deo
<Anthonyd@northshoremotors1.com>

Scanned from 10.13.79.27
Date:03/23/2023 15:10
Pages:37
Resolution:200x200 DPI
----------------------------------------

**Subject:** Fwd: 5399 VW 1\16\23 Bank Rec 03/23/2023 15:08
**Attachments:** DOC032323-03232023150817.pdf

**Follow Up Flag:** Follow up
**Flag Status:** Completed

---------- Forwarded message ---------
From: **Toshiba Copier** <copieremailscanner@gmail.com>
Date: Thu, Mar 23, 2023 at 2:56 PM
Subject: 5399 VW 1\16\23 Bank Rec 03/23/2023 15:08
To: Alysia Cayer <alysiac@yourteamauto.com>, HR Tatty <hrtatty@verizon.net>, T Jones <tjones@jonesandlittle.com>,
Bruce Novicky <bruce@teamauto.com>, Tony Urrutia <tonyu814@gmail.com>, Anthony Deo
<Anthonyd@northshoremotors1.com>

Scanned from 10.13.79.27
Date:03/23/2023 15:08
Pages:13
Resolution:200x200 DPI
-----------------------------------------

**Subject:**               Fwd: 5399 VW 1\13\23 Bank Rec 03/23/2023 15:03
**Attachments:**     DOC032323-03232023150336.pdf

**Follow Up Flag:**    Follow up
**Flag Status:**        Completed

---------- Forwarded message ---------
From: **Toshiba Copier** <copieremailscanner@gmail.com>
Date: Thu, Mar 23, 2023 at 2:52 PM
Subject: 5399 VW 1\13\23 Bank Rec 03/23/2023 15:03
To: Alysia Cayer <alysiac@yourteamauto.com>, T Jones <tjones@jonesandlittle.com>, Tony Urrutia <tonyu814@gmail.com>, Anthony Deo <Anthonyd@northshoremotors1.com>, HR Tatty <hrtatty@verizon.net>, Bruce Novicky <bruce@teamauto.com>

Scanned from 10.13.79.27
Date:03/23/2023 15:03
Pages:10
Resolution:200x200 DPI
----------------------------------------

**Subject:** Fwd: 5399 VW 1\12\23 Bank Rec 03/23/2023 15:03
**Attachments:** DOC032323-03232023150317.pdf

**Follow Up Flag:** Follow up
**Flag Status:** Completed

---------- Forwarded message ---------
From: **Toshiba Copier** <copieremailscanner@gmail.com>
Date: Thu, Mar 23, 2023 at 2:51 PM
Subject: 5399 VW 1\12\23 Bank Rec 03/23/2023 15:03
To: Alysia Cayer <alysiac@yourteamauto.com>, T Jones <tjones@jonesandlittle.com>, Tony Urrutia <tonyu814@gmail.com>, Anthony Deo <Anthonyd@northshoremotors1.com>, HR Tatty <hrtatty@verizon.net>, Bruce Novicky <bruce@teamauto.com>

Scanned from 10.13.79.27
Date:03/23/2023 15:03
Pages:10
Resolution:200x200 DPI
----------------------------------------

**Subject:**          Fwd: 5399 VW 1\11\23 Bank Rec 03/23/2023 15:03
**Attachments:**      DOC032323-03232023150230.pdf

**Follow Up Flag:**   Follow up
**Flag Status:**      Completed

---------- Forwarded message ---------
From: **Toshiba Copier** <copieremailscanner@gmail.com>
Date: **Thu, Mar 23, 2023 at 2:51 PM**
Subject: 5399 VW 1\11\23 Bank Rec 03/23/2023 15:03
To: Alysia Cayer <alysiac@yourteamauto.com>, T Jones <tjones@jonesandlittle.com>, Tony Urrutia
<tonyu814@gmail.com>, Anthony Deo <Anthonyd@northshoremotors1.com>, HR Tatty <hrtatty@verizon.net>, Bruce
Novicky <bruce@teamauto.com>

Scanned from 10.13.79.27
Date:03/23/2023 15:03
Pages:13
Resolution:200x200 DPI
----------------------------------------

**Subject:**       Fwd: 5399 VW 1\10\23 Bank Rec 03/23/2023 15:01
**Attachments:**   DOC032323-03232023150043.pdf

**Follow Up Flag:**   Follow up
**Flag Status:**     Completed

---------- Forwarded message ---------
From: **Toshiba Copier** <copieremailscanner@gmail.com>
Date: **Thu, Mar 23, 2023 at 2:49 PM**
Subject: 5399 VW 1\10\23 Bank Rec 03/23/2023 15:01
To: Alysia Cayer <alysiac@yourteamauto.com>, T Jones <tjones@jonesandlittle.com>, Tony Urrutia
<tonyu814@gmail.com>, Anthony Deo <Anthonyd@northshoremotors1.com>, HR Tatty <hrtatty@verizon.net>, Bruce
Novicky <bruce@teamauto.com>

Scanned from 10.13.79.27
Date:03/23/2023 15:01
Pages:18
Resolution:200x200 DPI
----------------------------------------

1

**Subject:**          Fwd: 5399 VW 1\9\23 Bank Rec 03/23/2023 15:00
**Attachments:**     DOC032323-03232023150006.pdf

**Follow Up Flag:**    Follow up
**Flag Status:**       Completed

---------- Forwarded message ---------
From: **Toshiba Copier** <copieremailscanner@gmail.com>
Date: **Thu, Mar 23, 2023 at 2:48 PM**
Subject: 5399 VW 1\9\23 Bank Rec 03/23/2023 15:00
To: Alysia Cayer <alysiac@yourteamauto.com>, T Jones <tjones@jonesandlittle.com>, Tony Urrutia <tonyu814@gmail.com>, Anthony Deo <Anthonyd@northshoremotors1.com>, HR Tatty <hrtatty@verizon.net>, Bruce Novicky <bruce@teamauto.com>

Scanned from 10.13.79.27
Date:03/23/2023 15:00
Pages:24
Resolution:200x200 DPI
-----------------------------------------

1

**Subject:**          Fwd: 5399 VW 1\6\23 Bank Rec 03/23/2023 14:59
**Attachments:**      DOC032323-03232023145841.pdf

**Follow Up Flag:**    Follow up
**Flag Status:**       Completed

---------- Forwarded message ---------
From: **Toshiba Copier** <copieremailscanner@gmail.com>
Date: Thu, Mar 23, 2023 at 2:48 PM
Subject: 5399 VW 1\6\23 Bank Rec 03/23/2023 14:59
To: Alysia Cayer <alysiac@yourteamauto.com>, T Jones <tjones@jonesandlittle.com>, Tony Urrutia
<tonyu814@gmail.com>, Anthony Deo <Anthonyd@northshoremotors1.com>, HR Tatty <hrtatty@verizon.net>, Bruce
Novicky <bruce@teamauto.com>

Scanned from 10.13.79.27
Date:03/23/2023 14:59
Pages:13
Resolution:200x200 DPI
----------------------------------------

**Subject:**        Fwd: 5399 VW 1\5\23 Bank Rec 03/23/2023 14:58
**Attachments:**    DOC032323-03232023145800.pdf

**Follow Up Flag:**  Follow up
**Flag Status:**     Completed

---------- Forwarded message ---------
From: **Toshiba Copier** <copieremailscanner@gmail.com>
Date: **Thu, Mar 23, 2023 at 2:46 PM**
Subject: 5399 VW 1\5\23 Bank Rec 03/23/2023 14:58
To: Alysia Cayer <alysiac@yourteamauto.com>, T Jones <tjones@jonesandlittle.com>, Tony Urrutia
<tonyu814@gmail.com>, Anthony Deo <Anthonyd@northshoremotors1.com>, HR Tatty <hrtatty@verizon.net>, Bruce
Novicky <bruce@teamauto.com>

Scanned from 10.13.79.27
Date:03/23/2023 14:58
Pages:11
Resolution:200x200 DPI
----------------------------------------

1

**Subject:**          Fwd: 5399 VW 1\4\23 Bank Rec 03/23/2023 14:57
**Attachments:**    DOC032323-03232023145741.pdf

**Follow Up Flag:**   Follow up
**Flag Status:**      Completed

---------- Forwarded message ---------
**From: Toshiba Copier** <copieremailscanner@gmail.com>
**Date: Thu, Mar 23, 2023 at 2:46 PM**
**Subject: 5399 VW 1\4\23 Bank Rec 03/23/2023 14:57**
To: Alysia Cayer <alysiac@yourteamauto.com>, T Jones <tjones@jonesandlittle.com>, Tony Urrutia <tonyu814@gmail.com>, Anthony Deo <Anthonyd@northshoremotors1.com>, HR Tatty <hrtatty@verizon.net>, Bruce Novicky <bruce@teamauto.com>

Scanned from 10.13.79.27
Date:03/23/2023 14:57
Pages:12
Resolution:200x200 DPI
----------------------------------------

1

**Subject:**        Fwd: 5399 VW 2\27\23 03/23/2023 14:56
**Attachments:**    DOC032323-03232023145621.pdf

**Follow Up Flag:**    Follow up
**Flag Status:**       Completed

---------- Forwarded message ---------
From: **Toshiba Copier** <copieremailscanner@gmail.com>
Date: **Thu, Mar 23, 2023 at 2:45 PM**
Subject: 5399 VW 2\27\23 03/23/2023 14:56
To: Alysia Cayer <alysiac@yourteamauto.com>, T Jones <tjones@jonesandlittle.com>, Tony Urrutia
<tonyu814@gmail.com>, Anthony Deo <Anthonyd@northshoremotors1.com>, HR Tatty <hrtatty@verizon.net>, Bruce
Novicky <bruce@teamauto.com>

Scanned from 10.13.79.27
Date:03/23/2023 14:56
Pages:26
Resolution:200x200 DPI
----------------------------------------

1

**Subject:**          Fwd: 5399 VW 2\23\23 03/23/2023 14:55
**Attachments:**      DOC032323-03232023145526.pdf

**Follow Up Flag:**   Follow up
**Flag Status:**      Completed

---------- Forwarded message ---------
From: **Toshiba Copier** <copieremailscanner@gmail.com>
Date: **Thu, Mar 23, 2023 at 2:44 PM**
Subject: 5399 VW 2\23\23 03/23/2023 14:55
To: Alysia Cayer <alysiac@yourteamauto.com>, T Jones <tjones@jonesandlittle.com>, Tony Urrutia
<tonyu814@gmail.com>, Anthony Deo <Anthonyd@northshoremotors1.com>, HR Tatty <hrtatty@verizon.net>, Bruce
Novicky <bruce@teamauto.com>

Scanned from 10.13.79.27
Date:03/23/2023 14:55
Pages:14
Resolution:200x200 DPI
----------------------------------------

1

**Subject:**          Fwd: 5399 VW 2\17\23 03/23/2023 14:54
**Attachments:**   DOC032323-03232023145410.pdf

**Follow Up Flag:**   Follow up
**Flag Status:**      Completed

---------- Forwarded message ---------
From: **Toshiba Copier** <copieremailscanner@gmail.com>
Date: **Thu, Mar 23, 2023 at 2:42 PM**
Subject: 5399 VW 2\17\23 03/23/2023 14:54
To: Alysia Cayer <alysiac@yourteamauto.com>, T Jones <tjones@jonesandlittle.com>, Tony Urrutia <tonyu814@gmail.com>, Anthony Deo <Anthonyd@northshoremotors1.com>, HR Tatty <hrtatty@verizon.net>, Bruce Novicky <bruce@teamauto.com>

Scanned from 10.13.79.27
Date:03/23/2023 14:54
Pages:11
Resolution:200x200 DPI
----------------------------------------

**Subject:**         Fwd: 5399 VW 2\22\23 03/23/2023 14:53
**Attachments:**     DOC032323-03232023145347.pdf

**Follow Up Flag:**  Follow up
**Flag Status:**     Completed

---------- Forwarded message ---------
From: **Toshiba Copier** <copieremailscanner@gmail.com>
Date: **Thu, Mar 23, 2023 at 2:42 PM**
Subject: 5399 VW 2\22\23 03/23/2023 14:53
To: Alysia Cayer <alysiac@yourteamauto.com>, T Jones <tjones@jonesandlittle.com>, Tony Urrutia <tonyu814@gmail.com>, Anthony Deo <Anthonyd@northshoremotors1.com>, HR Tatty <hrtatty@verizon.net>, Bruce Novicky <bruce@teamauto.com>

Scanned from 10.13.79.27
Date:03/23/2023 14:53
Pages:19
Resolution:200x200 DPI
----------------------------------------

1

**Subject:**       Fwd: 5399 VW 2\17\23 03/23/2023 14:53
**Attachments:**   DOC032323-03232023145305.pdf

**Follow Up Flag:**   Follow up
**Flag Status:**     Completed

---------- Forwarded message ---------
From: **Toshiba Copier** <copieremailscanner@gmail.com>
Date: **Thu, Mar 23, 2023 at 2:41 PM**
Subject: 5399 VW 2\17\23 03/23/2023 14:53
To: Alysia Cayer <alysiac@yourteamauto.com>, T Jones <tjones@jonesandlittle.com>, Tony Urrutia <tonyu814@gmail.com>, Anthony Deo <Anthonyd@northshoremotors1.com>, HR Tatty <hrtatty@verizon.net>, Bruce Novicky <bruce@teamauto.com>

Scanned from 10.13.79.27
Date:03/23/2023 14:53
Pages:15
Resolution:200x200 DPI
----------------------------------------

**Subject:**        Fwd: 5399 VW 2\16\23 03/23/2023 14:52
**Attachments:**    DOC032323-03232023145225.pdf

**Follow Up Flag:**     Follow up
**Flag Status:**        Completed


---------- Forwarded message ---------
From: **Toshiba Copier** <copieremailscanner@gmail.com>
Date: **Thu, Mar 23, 2023 at 2:41 PM**
Subject: 5399 VW 2\16\23 03/23/2023 14:52
To: Alysia Cayer <alysiac@yourteamauto.com>, T Jones <tjones@jonesandlittle.com>, Tony Urrutia
<tonyu814@gmail.com>, Anthony Deo <Anthonyd@northshoremotors1.com>, HR Tatty <hrtatty@verizon.net>, Bruce
Novicky <bruce@teamauto.com>


Scanned from 10.13.79.27
Date:03/23/2023 14:52
Pages:10
Resolution:200x200 DPI
-----------------------------------------

**Subject:**        Fwd: 5399 VW 2\14\23 03/23/2023 14:51
**Attachments:**    DOC032323-03232023145116.pdf

**Follow Up Flag:**  Follow up
**Flag Status:**     Completed

---------- Forwarded message ---------
From: **Toshiba Copier** <copieremailscanner@gmail.com>
Date: **Thu, Mar 23, 2023 at 2:39 PM**
Subject: 5399 VW 2\14\23 03/23/2023 14:51
To: Alysia Cayer <alysiac@yourteamauto.com>, T Jones <tjones@jonesandlittle.com>, Tony Urrutia
<tonyu814@gmail.com>, Anthony Deo <Anthonyd@northshoremotors1.com>, HR Tatty <hrtatty@verizon.net>, Bruce
Novicky <bruce@teamauto.com>

Scanned from 10.13.79.27
Date:03/23/2023 14:51
Pages:9
Resolution:200x200 DPI
----------------------------------------

1

**Subject:**          Fwd: 5399 VW 2\3\23 03/23/2023 14:47
**Attachments:**   DOC032323-03232023144714.pdf

**Follow Up Flag:**   Follow up
**Flag Status:**      Completed

---------- Forwarded message ---------
From: **Toshiba Copier** <copieremailscanner@gmail.com>
Date: **Thu, Mar 23, 2023 at 2:36 PM**
Subject: 5399 VW 2\3\23 03/23/2023 14:47
To: Alysia Cayer <alysiac@yourteamauto.com>, T Jones <tjones@jonesandlittle.com>, Tony Urrutia <tonyu814@gmail.com>, Anthony Deo <Anthonyd@northshoremotors1.com>, HR Tatty <hrtatty@verizon.net>, Bruce Novicky <bruce@teamauto.com>

Scanned from 10.13.79.27
Date:03/23/2023 14:47
Pages:14
Resolution:200x200 DPI
----------------------------------------

**Subject:** Fwd: 5399 VW 2\1\23 03/23/2023 14:48
**Attachments:** DOC032323-03232023144806.pdf

**Follow Up Flag:** Follow up
**Flag Status:** Completed

---------- Forwarded message ---------
From: **Toshiba Copier** <copieremailscanner@gmail.com>
Date: **Thu, Mar 23, 2023 at 2:37 PM**
Subject: 5399 VW 2\1\23 03/23/2023 14:48
To: Alysia Cayer <alysiac@yourteamauto.com>, T Jones <tjones@jonesandlittle.com>, Tony Urrutia
<tonyu814@gmail.com>, Anthony Deo <Anthonyd@northshoremotors1.com>, HR Tatty <hrtatty@verizon.net>, Bruce
Novicky <bruce@teamauto.com>

Scanned from 10.13.79.27
Date:03/23/2023 14:48
Pages:18
Resolution:200x200 DPI
----------------------------------------