| | |
|---|---|
| From: | Tony Urrutia <tonyu814@gmail.com> |
| Sent: | Wednesday, March 22, 2023 11:44 AM |
| To: | Alysia Cayer |
| Cc: | anthony deo; Thomas Jones; Harry Thomasson; Bruce Novicky |
| Subject: | Re: Accounting |

Please provide information requested

Best regards,

Tony Urrutia


Mobile 631 561-9807

Sent from my iPhone


> On Mar 22, 2023, at 9:08 AM, Alysia Cayer <alysia@teamauto.com> wrote:
>
> Good Morning Anthony, I apologize for not getting back to you yesterday. I've requested permission for your request and have not received it yet.
>
> Although this task is not difficult it is going to take some time to complete when and if permission is given.
>
> Thank you
>
> *Alysia Cayer*
> *Chief Financial Officer*
> *Team Auto Group*
> *P) 860-590-8010*
> *F) 860-362-8080*
> <image001.jpg>
>
> ---
>
> **From:** anthony deo <anthonyd@northshoremotors1.com>
> **Sent:** Wednesday, March 22, 2023 11:05 AM
> **To:** Alysia Cayer <alysia@teamauto.com>
> **Cc:** Thomas Jones <tjones@jonesandlittle.com>; Harry Thomasson <hrtatty@verizon.net>; Bruce Novicky <bruce@teamauto.com>; Tony Urrutia <Tonyu814@gmail.com>
> **Subject:** Re: Accounting
>
> Good Morning Alysia,
>
> Following up on this request below. When can we expect to start receiving this information?

Good afternoon Alysia,

In my attempt to gain a better understanding of accounting ever since I came on board with Superb on Nov 12 2022, I would like some information.

I am requesting the Bank statements and reconciliations for the months of Nov 2022, Dec 2022, Jan 2023, and Feb 2023 for the accounts listed below. You should already have these, so it shouldn't be a problem obtaining them.

1. Chase ending #5518
2. Chase ending # 5399
3. Chase ending # 3157
4. Chase ending # 1882

Also, can you pls send us the following:

1. Schedule of lien payoffs for the period.
2. Schedule of floorplan payoffs for the period.
3. Disbursement journal for the period and invoices.
4. Payroll disbursements for the period of november thru march.

To aid with this research, I have included Thomas Jones and Harry Thomasson in this email. They are part of my forensic team.

I thank you for your cooperation in this matter.

---

**From:** anthony deo <anthonyd@northshoremotors1.com>
**Sent:** Tuesday, March 21, 2023 1:52 PM
**To:** Alysia Cayer <alysia@teamauto.com>
**Cc:** anthony deo <anthonyd@northshoremotors1.com>; Thomas Jones <tjones@jonesandlittle.com>; Harry Thomasson <hrtatty@verizon.net>; Bruce Novicky <bruce@teamauto.com>; Tony Urrutia <Tonyu814@gmail.com>
**Subject:** Accounting

Good afternoon Alysia,

In my attempt to gain a better understanding of accounting ever since I came on board with Superb on Nov 12 2022, I would like some information.

I am requesting the Bank statements and reconciliations for the months of Nov 2022, Dec 2022, Jan 2023, and Feb 2023 for the accounts listed below, You should already have these so it shouldnt be a problem obtaining.

1. Chase ending #5518
2. Chase ending # 5399
3. Chase ending # 3157
4. Chase ending # 1882

Also, can you pls send us the following:

1. Schedule of lien payoffs for the period.
2. Schedule of floorplan payoffs for the period.


3. Disbursement journal for the period and invoices.
4. Payroll disbursements for the period of november thru march.

To aid with this research, I have included Thomas Jones and Harry Thomasson in this email. They are part of my forensic team.

I thank you for your cooperation in this matter.



Anthony Deo
**NORTHSHORE MOTORS**
**Chief Operating Officer.**
180 Michael Drive
Syosset, NY 11791
www.NorthshoreMotors1.com
Ph.516.226.1400

Admin
This electronic message, including any and all attachments hereto, is intended solely to be used by the individual or entity to which it is addressed.  It may contain information which is privileged, confidential and otherwise exempt by law from disclosure.  If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to its intended recipient, you are herewith notified that any dissemination, distribution, copying or retention of this communication or the information contained herein is strictly prohibited.  If you have received this communication in error, please notify us by telephone immediately and permanently delete the original and any copy or printout thereof - Thank you.