# MMPS
### MILBER MAKRIS PLOUSADIS SEIDEN, LLP

ATTORNEYS AT LAW
1000 WOODBURY ROAD   SUITE 402   WOODBURY, NY 11797
TELEPHONE: 516.712.4000   FAX: 516.712.4013
HTTP://WWW.MILBERMAKRIS.COM

November 20, 2023

**VIA ECF**
U.S. Magistrate Judge James M. Wicks
U.S. District Court, Eastern District of New York
100 Federal Plaza, Courtroom 1020
Central Islip, New York 11722

    Re:    *Superb Motors Inc., et al. v. Anthony Deo, et al.*
            Docket No.: 2:23-cv-6188
            Our File No.: 446-25080

Dear Judge Wicks:

      We represent defendants Thomas Jones, CPA and Jones, Little & Co., CPAs LLP (together, "JLC"). Pursuant to Your Honor's November 16, 2023 Order, the parties were directed to confer about JLC's proposed motion briefing schedule regarding a motion by JLC to dismiss the Amended Complaint pursuant to F.R.C.P. Rules 12(b)(1) and (6), or otherwise confirm that the proposed briefing schedule in ECF No. 101 suits all relevant parties, and to file a letter by November 20, 2023 stating same. Please accept this correspondence as compliance with Your Honor's directive. JLC's undersigned counsel has conferred with all relevant parties. As per plaintiffs' counsel, opposition will be due January 15, 2024 and JLC's reply will be due January 29, 2024. Counsel for defendant Libertas Funding LLC did not respond to requests for comment or objection to the proposed briefing scheduled in ECF 101.

      Thank you in advance for your kind consideration in this matter.

Respectfully submitted,

*[signature]*

Peter Seiden (PS0658)

cc: All counsel of record (via ECF)

*Handwritten annotation:* Oral argument scheduled for 2/22/24 at 2pm in person. Briefing schedule adopted as set forth in ECF No. 101. Papers are to be served on those dates, but not filed until 1/29/2024, at which time they are to be bundle filed.

SO ORDERED:
/s/ James M. Wicks
James M. Wicks, USMJ
Dated: 11/21/2023
Central Islip, NY

WOODBURY, NEW YORK ■ PURCHASE, NEW YORK
NEW JERSEY ■ CONNECTICUT ■ FLORIDA ■ PENNSYLVANIA