UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
SUPERB MOTORS INC., TEAM AUTO SALES LLC, ROBERT ANTHONY URRUTIA, 189 SUNRISE HWY AUTO LLC, NORTHSHORE MOTOR LEASING, LLC, BRIAN CHABRIER, individually and derivatively as a member of NORTHSHORE MOTOR LEASING, LLC, JOSHUA AARONSON, individually and derivatively as a member of 189 SUNRISE HWY AUTO, LLC, JORY BARON, 1581 HYLAN BLVD AUTO LLC, 1580 HYLAN BLVD AUTO LLC, 1591 HYLAN BLVD AUTO LLC, 1632 HYLAN BLVD AUTO LLC, 1239 HYLAN BLVD AUTO LLC, 2519 HYLAN BLVD AUTO LLC, 76 FISK STREET REALTY LLC, 446 ROUTE 23 AUTO LLC and ISLAND AUTO MANAGEMENT, LLC,

Case No.: 2:23-cv-6188 (JMW)

**ORDER TO SHOW CAUSE**

                        Plaintiffs,

    -against-

ANTHONY DEO, SARAH DEO, HARRY THOMASSON, DWIGHT BLANKENSHIP, MARC MERCKLING, MICHAEL LAURIE, THOMAS JONES, CPA, CAR BUYERS NYC INC., GOLD COAST CARS OF SYOSSET LLC, GOLD COAST CARS OF SUNRISE LLC, GOLD COAST MOTORS AUTOMOTIVE GROUP LLC, GOLD COAST MOTORS OF LIC LLC, GOLD COAST MOTORS OF ROSLYN LLC, GOLD COAST MOTORS OF SMITHTOWN LLC, UEA PREMIER MOTORS CORP., DLA CAPITAL PARTNERS INC., JONES, LITTLE & CO., CPA'S LLP, FLUSHING BANK, LIBERTAS FUNDING LLC, and J.P. MORGAN CHASE BANK, N.A.,

                        Defendants.
-------------------------------------------------------------------X

      Upon the annexed Complaint, the declaration Robert Anthony Urrutia, and the annexed Memorandum of Law in support,

**LET** the defendants, Anthony Deo, Sarah Deo, Harry Thomasson, Dwight Blankenship, Marc Merckling, Michael Laurie, Car Buyers NYC Inc., Gold Coast Cars of Syosset LLC, Gold Coast Cars of Sunrise LLC, Gold Coast Motors Automotive Group LLC, Gold Coast Motors of LIC LLC, Gold Coast Motors of Roslyn LLC, Gold Coast Motors of Smithtown LLC, UEA Premier Motors Corp., and DLA Capital Partners Inc. (collectively hereinafter the "Deo Defendants"), show cause before the Hon. James M. Wicks, U.S.M.J., of this Court to be held at the courthouse thereof, located at 100 Federal Plaza, Courtroom 1020, Central Islip, NY 11722-4438, on the _____ day of _____, 2023 at _____ o'clock in the _____ noon of that day, or as soon thereafter as counsel can be heard, why an Order should not be issued:

(a) Modifying the Hon. Orelia E. Merchant, U.S.D.J.'s ("Judge Merchant") September 29, 2023 Preliminary Injunction (the "Injunction")[1] directing Defendants to return and/or account for all remaining vehicles that belong to Superb Motors Inc. ("Superb") and/or Team Auto Sales LLC ("Team Auto") which remain in Deo Defendants' possession and/or were misappropriated by others in concert with the Deo Defendants (hereinafter the "Remaining Vehicles");[2]

(b) Modifying the Injunction to require the Deo Defendants to return the Injuncted Deo Vehicles[3] to Superb and/or Team;

---

[1] See ECF Docket Entry 55.

[2] The Remaining Vehicles are set forth the Superb Plaintiffs' October 2, 2023 letter request for clarification to Judge Merchant. See ECF Docket Entry 56-2.

[3] As defined in the Injunction at 29.

    (c)    Modifying the Injunction permitting Superb and/or Team to sell the Injuncted Superb Vehicles;[4]

    (d)    To the extent that the Remaining Vehicles and/or the Injuncted Deo Vehicles are not directed to be returned, alternatively modifying the Injunction directing Deo Defendants to: (i) provide photographs of each vehicle together with proof of odometer readings; (ii) provide proof of full insurance coverage for each vehicle; and (iii) move the vehicles to an automobile storage facility; and

    (e)    Granting such other and further relief that this Court deems just, proper, and equitable; and it is further

**ORDERED**, that pending the hearing and determination of this application, and further order of this Court, the Deo Defendants and any persons/entities acting in concert with them, are hereby:

    (a)    directed to return and/or account for the Remaining Vehicles;

    (b)    directed to return the Injuncted Deo Vehicles to Superb and/or Team;

    (c)    directed to: (i) provide photographs of each vehicle together with proof of odometer readings; (ii) provide proof of full insurance coverage for each vehicle; and (iii) move the vehicles to an automobile storage facility; and it is further

**ORDERED** that pending the hearing of this matter, Plaintiffs shall be permitted to conduct discovery on an expedited basis, including obtaining documents from Defendants, and taking depositions in aid of the requested injunctive relief, and it is further

---

[4] As defined in the [Injunction](#) at 28.

**ORDERED** that service of a copy of this Order, along with the papers upon which it is based, shall be made upon Defendants via CM/ECF, and such service shall be deemed good and sufficient; and it is further

**ORDERED** that answering papers, if any, shall be served on Superb's counsel, Emanuel Kataev, Esq., Milman Labuda Law Group PLLC, 3000 Marcus Avenue, Suite 3W8, Lake Success, NY 11042-1073, via CM/ECF on or before the _____ day of _____, 2023; and it is further

**ORDERED** that reply papers, if any, shall be electronically filed and served on Defendants' counsel on or before the _____ day of _____, 2023.

Dated:                          **SO ORDERED:**

                                                   _____
                                                   James M. Wicks, U.S.M.J.