| Stock# | VIN # | Sold Date | Status | Year | Make | Model | Mileage(Miles) | Age (Days) | G/L Balance |
|---|---|---|---|---|---|---|---|---|---|
| SY1318 | WBXHT3C57K5L90705 | | Stocked In | 2019 | BMW | X1 | 49,416 | 17 | $ 25,670.00 |
| SY1319 | ZASPAKBN5L7C91095 | | Stocked In | 2020 | Alfa Romeo | Stelvio | 30,357 | 17 | $ 29,525.00 |
| SY1323 | 5N1DL0MM6LC528999 | | Stocked In | 2020 | Infiniti | QX60 | 51,249 | 17 | $ 25,720.00 |
| SU1324 | WDD7X8KB7KA001866 | | Stocked In | 2019 | Mercedes-Benz | AMG GT | 69,382 | 17 | $ 71,333.75 |
| SY1325 | 2C3CDXHG6MH531592 | | Stocked In | 2021 | Dodge | Charger | 45,130 | 17 | $ 25,605.00 |
| SU1326 | 2C3CDXHG1MH505823 | | Stocked In | 2021 | Dodge | Charger | 45,104 | 17 | $ 27,435.00 |
| SY1333 | ZN661XUAXHX252844 | | Stocked In | 2017 | Maserati | Levante | 33,148 | 17 | $ 29,335.00 |
| SR1334 | WBA8E5G56GNU21721 | | Stocked In | 2016 | BMW | 3 Series | 71,183 | 17 | $ 15,925.00 |
| SY1335 | SALWR2RV8JA189351 | | Stocked In | 2018 | Land Rover | Range Rover Sport | 72,983 | 17 | $ 38,690.00 |
| SY1336 | JTJBARBZ9J2171144 | | Stocked In | 2018 | Lexus | NX | 74,248 | 17 | $ 26,770.00 |
| SU1349 | 1FTEW1EF1GFB67420 | | Stocked In | 2016 | Ford | F-150 | 170,786 | 19 | $ 22,111.97 |
| SU0994A | WBAHN83588DT77672 | | Stocked In | 2008 | BMW | 7 Series | 220,000 | 23 | $ 6,486.00 |
| SU1313 | 1FTYR14E39PA15942 | | Stocked In | 2009 | Ford | Ranger | 212,829 | 24 | $ 3,785.00 |
| SU1338 | 5N1BV28UX4N365724 | | Stocked In | 2004 | Nissan | Quest | | 26 | $ 700.00 |
| SU1312 | 5UXZV4C57CL889887 | | Stocked In | 2012 | BMW | X5 | 145,724 | 29 | $ 7,360.12 |
| SU1307 | 3GCPYFED9MG383394 | | Stocked In | 2021 | Chevrolet | Silverado 1500 | 23,300 | 30 | $ 52,486.00 |
| SU1290 | 1GNSKBKD9PR148675 | | Stocked In | 2023 | Chevrolet | Suburban | 22,254 | 34 | $ 60,886.00 |
| SU1297 | WBXHT3C3XH5F81562 | | Stocked In | 2017 | BMW | X1 | 62,661 | 34 | $ 25,111.00 |
| SU1302 | 5UXWX9C50H0T04666 | | Stocked In | 2017 | BMW | X3 | 76,764 | 34 | $ 20,866.00 |
| SU1303 | 1FATP8UH1K5152260 | | Stocked In | 2019 | Ford | Mustang | 45,539 | 34 | $ 27,536.00 |
| SU1304 | 5UXZV4C53D0E08930 | | Stocked In | 2013 | BMW | X5 | 157,810 | 34 | $ 7,354.00 |
| SU1274A | 2C4RDGBG4CR249331 | | Stocked In | 2012 | Dodge | Grand Caravan | 164,322 | 37 | $ 4,986.00 |
| SU1275 | 1FM5K7B8XEGA63757 | | Stocked In | 2014 | Ford | Explorer | 206,807 | 40 | $ 4,871.75 |
| SU1276 | 4JGAB74E1YA173539 | | Stocked In | 2000 | Mercedes-Benz | M-Class | 198,785 | 40 | $ 6,854.00 |
| SU1273 | JTJBT20X660124417 | | Stocked In | 2006 | Lexus | GX 470 | 147,000 | 40 | $ 8,354.00 |
| SU1260 | WBXHT3C59K5L90009 | | Stocked In | 2019 | BMW | X1 | 60,121 | 41 | $ 28,176.00 |
| SU1262 | ZARFAEDN3J7575105 | | Stocked In | 2018 | Alfa Romeo | Giulia | 54,975 | 41 | $ 22,841.00 |
| SU1269 | 1C4HJXFN5JW331845 | | Stocked In | 2018 | Jeep | Wrangler Unlimited | 51,994 | 41 | $ 42,046.00 |
| SU1248A | 5YMTS0C02L9B09685 | | Stocked In | 2020 | BMW | X3 M | 32,476 | 47 | $ 65,005.79 |
| SU1126A | 1C4RDHDG7JC438967 | | Stocked In | 2018 | Dodge | Durango | 57,531 | 48 | $ 34,649.00 |
| SU1239 | 5FNYF4H58EB056804 | | Stocked In | 2014 | Honda | Pilot | 50,012 | 59 | $ 17,454.00 |
| SU1221 | WA1LHAF72KD026699 | | Stocked In | 2019 | Audi | Q7 | 49,208 | 62 | $ 35,176.00 |
| SU1216 | 5TDBT44A84S221021 | | Stocked In | 2004 | Toyota | Sequoia | 257,412 | 64 | $ 4,354.00 |
| SU1204 | WBAJB1C53KB375171 | | Stocked In | 2019 | BMW | 5 Series | 63,680 | 69 | $ 30,316.00 |
| SU1210 | 1C4SDJCT2MC520441 | | Stocked In | 2021 | Dodge | Durango | 61,743 | 69 | $ 41,251.00 |
| SU1200P | 4JGFB4KB0LA194078 | | Stocked In | 2020 | Mercedes-Benz | GLE | 1 | 70 | $ 50,936.00 |

| Stock # | VIN | | Status | Year | Make | Model | Mileage | | Price |
|---|---|---|---|---|---|---|---|---|---|
| SU0981A | 2FMEK63C89BA19931 | | Stocked In | 2009 | Ford | Flex | 313,222 | 77 | $ 3,986.00 |
| SU1104A | 1FMEU74E57UA52487 | | Stocked In | 2007 | Ford | Explorer | 155,403 | 89 | $ 4,986.00 |
| SU1142 | ZASPAKBN0L7C92090 | | Stocked In | 2020 | Alfa Romeo | Stelvio | 20,169 | 94 | $ 34,455.00 |
| SU1143 | SALGW2SE6KA533297 | | Stocked In | 2019 | Land Rover | Range Rover | 55,246 | 94 | $ 83,500.00 |
| SU1148 | WP0AF2A74GL082172 | | Stocked In | 2016 | Porsche | Panamera | 35,633 | 94 | $ 53,705.00 |
| SU1130 | 1FATP8UH6K5190020 | | Stocked In | 2019 | Ford | Mustang | 48,657 | 99 | $ 29,621.00 |
| SU1131 | WDDUG8GB4KA445850 | | Stocked In | 2019 | Mercedes-Benz | S-Class | 59,681 | 99 | $ 60,101.00 |
| SU1120RF | 1G1ZD5STXLF122021 | | Stocked In | 2020 | Chevrolet | Malibu | 63,637 | 106 | $ - |
| SU1127 | WBANB53507CP08338 | | Stocked In | 2007 | BMW | 5 Series | 171,495 | 106 | |
| SU1114A | WBAFU7C54BC879208 | | Stocked In | 2011 | BMW | 5 Series | 206,000 | 107 | $ 3,986.00 |
| SU1154 | 1G1105S35JU116841 | | Stocked In | 2018 | Chevrolet | Impala | 66,636 | 107 | |
| SU1101 | WDDSJ4GB7JN508433 | | Stocked In | 2018 | Mercedes-Benz | CLA | 78,127 | 111 | $ 25,436.57 |
| SU1108BB | 55SWF4KB0HU188660 | | Stocked In | 2017 | Mercedes-Benz | C-Class | 53,527 | 111 | $ - |
| SU1123 | JN1BY1PR8FM830659 | | Stocked In | 2015 | Infiniti | Q70L | 143,000 | 111 | $ - |
| SU1128 | 5NPEB4AC0DH635244 | | Stocked In | 2013 | Hyundai | Sonata | 80,000 | 112 | $ - |
| SU1050A | SALYB2EX4KA782114 | | Stocked In | 2019 | Land Rover | Range Rover Velar | 60,993 | 114 | $ 48,362.57 |
| SU1090 | SALYA2EX8KA791014 | | Stocked In | 2019 | Land Rover | Range Rover Velar | 31,051 | 119 | $ 42,986.00 |
| SU0895B | JN8AZ1MW1AW112694 | | Stocked In | 2010 | Nissan | Murano | 157,070 | 125 | $ 2,500.00 |
| SU1052 | WAUB4CF56JA083170 | | Stocked In | 2018 | Audi | S5 Sportback | 35,804 | 127 | $ 39,643.00 |
| SU1060 | W1K7X6BB7LA016406 | | Stocked In | 2020 | Mercedes-Benz | AMG GT | 41,147 | 127 | $ 72,244.00 |
| SU1065 | SALGS2RE3KA519794 | | Stocked In | 2019 | Land Rover | Range Rover | 59,276 | 127 | $ 61,754.00 |
| SU0798B | WDBUF56X99B373460 | | Stocked In | 2009 | Mercedes-Benz | E-Class | 110,315 | 128 | $ 4,500.00 |
| SU1082 | WBAKC8C56ACY68247 | | Stocked In | 2010 | BMW | 7 Series | 104,242 | 131 | $ 8,000.00 |
| SU874B | WA1KK78R59A048822 | | Stocked In | 2009 | Audi | Q5 | 196,498 | 131 | $ 1,000.00 |
| SU1037 | 3VW4T7AJ8HM312579 | | Stocked In | 2017 | Volkswagen | Jetta | 82,039 | 133 | $ - |
| SU0890A | 1FM5K8D89EGA21518 | | Stocked In | 2014 | Ford | Explorer | 189,683 | 140 | $ 4,900.00 |
| SU1031 | ZAM57YTLXK1316469 | | Stocked In | 2019 | Maserati | Ghibli | 45,717 | 142 | $ 39,918.00 |
| SU1032 | 55SWF4KB5GU101091 | | Stocked In | 2016 | Mercedes-Benz | C-Class | 69,303 | 142 | $ 20,324.00 |
| SU1002A | 1C4RJFCT1FC653909 | | Stocked In | 2015 | Jeep | Grand Cherokee | 180,000 | 142 | $ 10,354.00 |
| SU1025 | WBA4E5C59HG188797 | | Stocked In | 2017 | BMW | 4 Series | 46,423 | 145 | $ 35,094.00 |
| SU848A | 5GALVBED8AJ256342 | | Stocked In | 2010 | Buick | Enclave | 188,000 | 145 | $ 3,854.00 |
| SU1006 | WDDJK7DA4JF052861 | | Stocked In | 2018 | Mercedes-Benz | SL | 48,914 | 153 | $ 55,444.00 |
| SU0941A | WP1AB2A23BLA47985 | | Stocked In | 2011 | Porsche | Cayenne | 100,921 | 159 | $ - |
| SU0960A | 4T1BZ1HK5JU014962 | | Stocked In | 2018 | Toyota | Camry | 54,500 | 163 | |
| SU0959BB | ZAM56RRAXG1187624 | | Stocked In | 2016 | Maserati | Quattroporte | 73,278 | 165 | $ 26,469.68 |
| SU0930 | WAUF2AFC3GN063552 | | Stocked In | 2016 | Audi | S6 | 61,182 | 182 | $ 32,109.00 |
| SU0936 | WBAJE7C5XKWW08935 | | Stocked In | 2019 | BMW | 5 Series | | 182 | $ 36,701.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| SU0942 | SALGS5SE6LA408198 | | Stocked In | 2020 | Land Rover | Range Rover | 56,051 | 182 | $ - |
| SU0946 | SCA666D53HU102728 | | Stocked In | 2017 | Rolls-Royce | Dawn | 42,656 | 182 | $ 192,159.00 |
| SU0863 | 1C4PJMDX3KD245817 | | Stocked In | 2019 | Jeep | Cherokee | 53,752 | 183 | $ 25,284.00 |
| SU0882 | WBA2H9C36HV986948 | | Stocked In | 2017 | BMW | 2 Series | 28,532 | 183 | $ 26,134.00 |
| SU0912 | ZAM57YTA4K1314330 | | Stocked In | 2019 | Maserati | Ghibli | 40,421 | 183 | $ 39,134.00 |
| SU0913 | WAUHGAFC5GN009650 | | Stocked In | 2016 | Audi | A6 | 73,901 | 183 | $ 47,363.46 |
| SU0915BB | WBA7F2C5XJB238313 | | Stocked In | 2018 | BMW | 7 Series | 20,570 | 183 | $ 29,396.29 |
| SU0859 | WA1L2AFP0GA040272 | | Stocked In | 2016 | Audi | Q5 | 120,040,272 | 183 | $ 39,009.00 |
| SU0816A | WBASP0C58DC988075 | | Stocked In | 2013 | BMW | 5 Series Gran Turismo | 96,543 | 194 | $ 9,874.43 |
| SU876 | 1FDWX37R38ED27725 | | Stocked In | 2008 | Ford | Super Duty F-350 DRW | 163,000 | 203 | $ 10,854.00 |
| SU0801 | WBS3U9C50FP967858 | | Stocked In | 2015 | BMW | M4 | 51,159 | 241 | $ 42,876.00 |
| SU0758A | 1FMCU9JD3HUD14412 | | Stocked In | 2017 | Ford | Escape | 112,440 | 269 | $ 13,129.00 |
| SU0619A | 2C4RDGEG7GR384403 | | Stocked In | 2016 | Dodge | Grand Caravan | 102,179 | 338 | $ 11,104.00 |
| SU0461A | 1C4PJMAK9CW133196 | | Stocked In | 2012 | Jeep | Liberty | 126,000 | 462 | $ 9,654.00 |
| SU0933 | WA1AAAF78KD002872 | | | 2019 | AUDI | Q7 | 55219 | 89 | $ 12,068.00 |
| SU1305 | WDDSJ4GB7KN725983 | | | 2019 | MERCEDES | CLA 250 | 30217 | 33 | |