Display CARFAX in online listings: ☐



This report provided free of charge by:
**Team Mitsubishi Hartford**
412 New Park Ave
Hartford, CT 06106
860-851-3955

★ **4.4 / 5.0**
54 Verified Reviews

♥ **849**
Customer Favorites

   Vehicle History Report™   US $44.99

**2019 BMW 5 SERIES 540I XDRIVE**
VIN: WBAJE7C5XKWW08935
SEDAN 4 DR
3.0L I6 F DOHC 24V
GASOLINE
ALL WHEEL DRIVE

This CARFAX Report Provided by:
**Team Mitsubishi Hartford**
★ 4.4 / 5.0
54 Verified Reviews
♥ 849 Customer Favorites

❗ Vehicle reported stolen

✅ No accidents or damage reported to CARFAX

🔧 4  Service history records

1  CARFAX 1-Owner vehicle

🏠 Personal vehicle

🔢 63,268  Last reported odometer reading

This CARFAX Vehicle History Report is based only on information supplied to CARFAX and available as of 11/25/23 at 3:57:15 PM (CST). Other information about this vehicle, including problems, may not have been reported to CARFAX. Use this report as one important tool, along with a vehicle inspection and test drive, to make a better decision about your next used car.

|  Ownership History<br>The number of owners is estimated | Owner 1 |
|---|---|
| Year purchased | 2018 |
| Type of owner | Personal |
| Estimated length of ownership | 4 yrs. 1 mo. |
| Owned in the following states/provinces | See Details |
| Estimated miles driven per year | 15,179/yr |
| Last reported odometer reading | 63,268 |

| **CARFAX** Title History<br>CARFAX guarantees the information in this section | Owner 1 |
|---|---|
| **Damage Brands**<br>Salvage \| Junk \| Rebuilt \| Fire \| Flood \| Hail \| Lemon | ✓ Guaranteed<br>No Problem |
| **Odometer Brands**<br>Not Actual Mileage \| Exceeds Mechanical Limits | ✓ Guaranteed<br>No Problem |

 **GUARANTEED** - None of these title problems were reported by a U.S. state Department of Motor Vehicles (DMV). If you find that any of these title problems were reported by a DMV and not included in this report, you may qualify.
View Terms | View Certificate

| **CARFAX** Additional History<br>Not all accidents / issues are reported to CARFAX | Owner 1 |
|---|---|
| **Total Loss**<br>No total loss reported to CARFAX. | ✓ No Issues Reported |
| **Structural Damage**<br>No structural damage reported to CARFAX. | ✓ No Issues Reported |
| **Airbag Deployment**<br>No airbag deployment reported to CARFAX. | ✓ No Issues Reported |
| **Odometer Check**<br>No indication of an odometer rollback. | ✓ No Issues Indicated |
| **Accident / Damage**<br>No accidents or damage reported to CARFAX. | ✓ No Issues Reported |
| **Manufacturer Recall**<br>No open recalls reported to CARFAX. Check with an authorized BMW dealer for any open recalls. | ✓ No Recalls Reported |
| **Basic Warranty**<br>Original warranty estimated to have expired. | **Warranty Expired** |

### **CARFAX** Detailed History

**Owner 1**
Purchased: 2018

Personal Vehicle
15,179 mi/yr

| Date | Mileage | Source | Comments |
|---|---|---|---|
| 10/31/2018 | 2 | BMW of Reading<br>Reading, PA<br>610-777-1500<br>bmwofreading.com/<br>★ 4.0 / 5.0 | 🔧 **Vehicle serviced**<br>- Pre-delivery inspection completed<br>- Trim checked<br>- Emissions or safety inspection performed |

| Date | Mileage | Source | Details |
|---|---|---|---|
| | | 14 Verified Reviews<br>♥ 41 Customer Favorites | |
| 10/31/2018 | | Tom Masano Mercedes-Benz<br>Reading, PA<br>610-777-6587<br>tommasano.com<br>⭐ 4.4 / 5.0<br>7 Verified Reviews<br>♥ 17 Customer Favorites | **Vehicle serviced**<br>- Vehicle washed/detailed |
| 10/31/2018 | 3 | Pennsylvania<br>Motor Vehicle Dept. | **Vehicle purchase reported**<br>- Titled or registered as personal vehicle |
| 10/31/2018 | | Inspection Station | **Exempt from emissions inspection** |
| 11/15/2018 | | Pennsylvania<br>Motor Vehicle Dept.<br>Douglassville, PA<br>Title #7973037701 PA | **Title issued or updated**<br>- First owner reported<br>- Loan or lien reported |
| 10/18/2019 | | Pennsylvania<br>Motor Vehicle Dept.<br>Douglassville, PA<br>Title #7973037701 PA | **Registration issued or renewed** |
| 10/19/2019 | 15,483 | Inspection Station | **Passed emissions inspection** |
| 01/24/2020 | 17,815 | BMW of Reading<br>Reading, PA<br>610-777-1500<br>bmwofreading.com/<br>⭐ 4.0 / 5.0<br>14 Verified Reviews<br>♥ 41 Customer Favorites | **Vehicle serviced**<br>- Maintenance inspection completed<br>- Brake fluid flushed/changed<br>- Tire condition and pressure checked<br>- Vehicle washed/detailed |
| 10/10/2020 | 28,460 | Inspection Station | **Passed emissions inspection** |
| 09/24/2021 | | Pennsylvania<br>Motor Vehicle Dept.<br>Douglassville, PA<br>Title #7973037701 PA | **Registration issued or renewed** |
| 10/14/2021 | 43,509 | Inspection Station | **Passed emissions inspection** |
| 10/18/2022 | 60,435 | Inspection Station | **Passed emissions inspection** |
| 12/23/2022 | 62,965 | Dealer Inventory | **Vehicle offered for sale** |
| 01/16/2023 | | Auto Auction | **Vehicle sold**<br>- Listed as a dealer vehicle |
| 01/25/2023 | 63,116 | Ohio | **Vehicle purchase reported** |

| | | | |
|---|---|---|---|
| | | Motor Vehicle Dept. | |
| 02/07/2023 | | Ohio<br>Motor Vehicle Dept.<br>Wadsworth, OH<br>Title #5203542892 | **Title issued or updated**<br>- Dealer took title of this vehicle while it was in inventory |
| 02/09/2023 | 63,249 | Superb Motors. Inc<br>Great Neck, NY<br>516-821-2280<br>superbmotorgroup.com/<br>⭐ 3.4 / 5.0<br>5 Verified Reviews | **Vehicle offered for sale** |
| 02/23/2023 | 63,268 | New York<br>Inspection Station | **Passed safety inspection**<br>- Passed emissions inspection |
| 02/24/2023 | | New York<br>Motor Vehicle Dept.<br>Smithtown, NY | **Registration issued or renewed**<br>- Titled or registered as personal vehicle<br>- Passed safety inspection |
| 03/07/2023 | | New York<br>Motor Vehicle Dept. | **Vehicle reported stolen**<br>- Please contact NICB to verify this vehicle's stolen status by calling 800-447-6282 x 2<br>- or by completing the NICB web form |
| 04/28/2023 | | Crystal Fusion Certified Installer<br>631-253-9800<br>cftproducts.com<br>⭐ 4.2 / 5.0<br>221 Verified Reviews<br>❤ 1 Customer Favorite | **Vehicle serviced**<br>- Glass protection applied |
| 07/01/2023 | | Superb Motors. Inc<br>Great Neck, NY<br>516-821-2280<br>superbmotorgroup.com/<br>⭐ 3.4 / 5.0<br>5 Verified Reviews | **Vehicle offered for sale** |

Have Questions? Consumers, please visit our Help Center at www.carfax.com. Dealers or Subscribers, please visit our Help Center at www.carfaxonline.com.

## **CARFAx** Glossary

**First Owner**
When the first owner(s) obtains a title from a Department of Motor Vehicles as proof of ownership.

**Ownership History**
CARFAX defines an owner as an individual or business that possesses and uses a vehicle. Not all title transactions represent changes in ownership. To provide estimated number of owners, CARFAX proprietary technology analyzes all the events in a vehicle history. Estimated ownership is available for vehicles manufactured after 1991 and titled

solely in the US including Puerto Rico. Dealers sometimes opt to take ownership of a vehicle and are required to in the following states: Maine, Massachusetts, New Jersey, Ohio, Oklahoma, Pennsylvania and South Dakota. Please consider this as you review a vehicle's estimated ownership history.

**Stolen Vehicle**
A vehicle is reported stolen when it is reported to a state DMV or an insurance company as missing. It is important to verify the status of a stolen vehicle with NICB before purchase to protect yourself. You could be charged with buying a stolen vehicle, especially if it appears that you may have had knowledge that the vehicle was stolen. You may also lose the vehicle without compensation for the purchase price. You can contact NICB to verify a vehicle's stolen status by calling 800-447-6282 x 2 or by completing the NICB web form.

**Title Issued**
A state issues a title to provide a vehicle owner with proof of ownership. Each title has a unique number. Each title or registration record on a CARFAX report does not necessarily indicate a change in ownership. In Canada, a registration and bill of sale are used as proof of ownership.

**Follow Us:**    facebook.com/CARFAX    @CARFAXinc    About CARFAX

CARFAX DEPENDS ON ITS SOURCES FOR THE ACCURACY AND RELIABILITY OF ITS INFORMATION. THEREFORE, NO RESPONSIBILITY IS ASSUMED BY CARFAX OR ITS AGENTS FOR ERRORS OR OMISSIONS IN THIS REPORT. CARFAX FURTHER EXPRESSLY DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

© 2023 CARFAX, Inc., part of S&P Global. All rights reserved.
11/25/23 3:57:15 PM (CST)

**I have reviewed and received a copy of the CARFAX Vehicle History Report for this 2019 BMW 5 SERIES vehicle (VIN: WBAJE7C5XKWW08935), which is based on information supplied to CARFAX and available as of 11/25/23 at 4:57 PM (EST).**

| Customer Signature | Date | Dealer Signature | Date |