| | |
|---|---|
| From: | anthony deo <anthonyd@northshoremotors1.com> |
| Sent: | Wednesday, May 17, 2023 6:22 PM |
| To: | Robert Urrutia |
| Cc: | Bruce Novicky |
| Subject: | Re: Superb Motors/ Important |

I need advice on how we should handle it.
Bruce if you can give me a call tomorrow and tell me the best way to navigate pls.


*Anthony Deo*

NORTHSHORE MOTORS
**Chief Operating Officer.**
180 Michael Drive
Syosset, NY 11791
www.NorthshoreMotors1.com
Ph.516.226.1400


Admin
This electronic message, including any and all attachments hereto, is intended solely to be used by the individual or entity to which it is addressed.  It may contain information which is privileged, confidential and otherwise exempt by law from disclosure.  If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to its intended recipient, you are herewith notified that any dissemination, distribution, copying or retention of this communication or the information contained herein is strictly prohibited.  If you have received this communication in error, please notify us by telephone immediately and permanently delete the original and any copy or printout thereof - Thank you.


> On May 17, 2023, at 5:52 PM, Robert Urrutia <tonyu17@icloud.com> wrote:
>
> Who we have the car for the fraud deal? Is it going through insurance?
>
> Best regards,
>
> Tony Urrutia
>
> Chief Executive Officer
> Team Auto Group
> Tony@yourteamauto.com
> Mobile 631 561-9807
>
> Sent from my iPhone

On May 17, 2023, at 1:37 PM, anthony deo <anthonyd@northshoremotors1.com> wrote:

The demand for repurchase is a Fraud deal... Was trying to fight it as much as I can. Dean Guzzi.

Customer complaints are being handled. One lady(Rose) is just unreasonable and curses everyone out at hello.

- Another Customer requested us to do rims that we are getting it done. Customer awaiting car.
- Kadian Rose- needed her warranty canceled. It is already canceled.
- Laird- it's a flat cancel. that has already been processed.

Liens are mostly out of state that we are pounding through.

**From:** Robert Urrutia <tonyu17@icloud.com>
**Sent:** Wednesday, May 17, 2023 3:27 PM
**To:** anthony deo <anthonyd@northshoremotors1.com>
**Subject:** Fwd: Superb Motors/ Important

What is going on with this stuff?

Best regards,

Tony Urrutia

Chief Executive Officer
Team Auto Group
Tony@yourteamauto.com
Mobile 631 561-9807

Sent from my iPhone


Begin forwarded message:

> **From:** "Pesce, Rosa" <Rosa.Pesce@chase.com>
> **Date:** May 17, 2023 at 9:34:35 AM CST
> **To:** Robert Urrutia <tonyu17@icloud.com>
> **Cc:** "Simonetti, James" <james.simonetti@chase.com>
> **Subject: Superb Motors/ Important**
>
>
> Hi Tony
>
> Hope this emails finds you well.

2

We need to bring a few concerning items to your attention if you are not in the know already. I'm going to set up a conf call for tomorrow. Please let me know your availability?

- ==Demand Repurchase==
- 3 Customer Complaint since March
- Outstanding Aged Unperfected Titles

Thank you.

*I always say do your very best on every task and on your everyday interaction with others. Imagine that everyone is watching even when no one is watching !*

Best Regards

**Rosa Pesce** | Northeast Regional Sales Director| Executive Director| Chase Auto Dealer Services
O:(516) 557-2483
EF: (866) 628-7957
<image001.gif>

5 keys to a Great Customer Experience: Always be Courteous and Professional, Do The Right Thing, Build Lasting Relationships, Own Customer Issues Start-to-Finish, Exceed Expectations

**Download my digital business card by scanning the QR code below**

<image002.png>

This message is confidential and subject to terms at: https://www.jpmorgan.com/emaildisclaimer including on confidential, privileged or legal entity information, malicious content and monitoring of electronic messages. If you are not the intended recipient, please delete this message and notify the sender immediately. Any unauthorized use is strictly prohibited.