| | |
|---|---|
| **From:** | Anthony Deo <anthony.deo@teamauto.com> |
| **Sent:** | Wednesday, June 21, 2023 8:22 PM |
| **To:** | Bruce Novicky |
| **Cc:** | tonyu814 |
| **Subject:** | Re: ID Theft Update |

Yes awesome newsss. We found this out today.

I'll have Marc reach out to the Nassau DT so we can get the car back. The perp got into a road rage fight and got arrested with a STOLEN CAR.  SMH.

Sent from my iPhone

> On Jun 21, 2023, at 7:52 PM, Bruce Novicky <bruce@teamauto.com> wrote:
>
> Great news we need to let insurance know too.
>
> Regards,
> **Bruce Novicky**
> COO | **Team Auto Group**
> _____
> IMPORTANT: The contents of this email and any attachments are confidential. They are intended for the named recipient(s) only. If you have received this email by mistake, please notify the sender immediately and do not disclose the contents to anyone or make copies thereof.
>
> # Sent from my iPhone
>
> **From:** Simonetti, James <james.simonetti@chase.com>
> **Sent:** Wednesday, June 21, 2023 5:51:04 PM
> **To:** Bruce Novicky <bruce@teamauto.com>; Eugene Lowe <eugenel@teamauto.com>
> **Cc:** Pesce, Rosa <Rosa.Pesce@chase.com>
> **Subject:** ID Theft Update
>
> Hi,
> Good afternoon!  We just got an email back from our ID Theft team on the dealer repurchase for Guzzi.  The email stated the victim got a call from District Attorney Office stating they have the vehicle after the suspect was arrested.  Since the contract was reassigned to the dealership, please call Nassau County Police/District Attorney Office for more information.  The victim got a call from a Matthew Cohayne at the District Attorney Office.
> Thank you,
> Jim
>
>
> **Jim Simonetti**
> Dealer Relationship Manager

Chase Auto – Northeast Region

**Telephone:**. 631-334-1379
**Email:.**          James.Simonetti@Chase.com
**Fax**.            833-989-3973

**Full Spectrum Underwriter**
**Rosie O'Brien:**   1-855-690-2426

**Dealer Hotline**
**Account Payoffs and Titles:** 800-223-5050
**Funding:** 800-543-0640 Option 3
**eContracting:** 877-633-9124

<image001.png>
<image002.png>


This message is confidential and subject to terms at: https://www.jpmorgan.com/emaildisclaimer including on confidential, privileged or legal entity information, malicious content and monitoring of electronic messages. If you are not the intended recipient, please delete this message and notify the sender immediately. Any unauthorized use is strictly prohibited.

Case 2:23-cv-06188-JMW   Document 112-4   Filed 11/25/23   Page 2 of 2 PageID #: 2495