

| | | | |
|---|---|---|---|
| **Superb Motors**<br>215 Northern Blvd<br>Great Neck<br>NY, 11021<br>https://www.superbmotorgroup.com/<br>(999) 999-9999 | Niya N Baraka<br>294534<br>[redacted]<br>Edison Middlesex NJ 08837 | | **Deal Recap**<br>13112<br>Booked<br>July 5, 2023 |

**2016 BMW X5**
# U844  Used
5UXKR0C50G0S88326
72981 mi
186 days in stock
4790 lb Unladen Weight / 6250 lb Gross Vehicle WT


SANTANDER CONSUMER USA

**Dates**
Reserved Date: -
Sold Date: Jul 11, 2023
Contract Date: Jul 05, 2023
Pre-close Date: -
Final Accounting Date: -

| Front Gross | Description | | Sale $32,199.00 | Cost $25,918.00 | Dealer Gross $5,281.00 |
|---|---|---|---|---|---|
| Vehicle Sale | SU844 | | $27,199.00 | $21,269.00 | $5,930.00 |
| Trade-ins | SU1312 | 2012 BMW X5<br>5UXZV4C57CL889887 | $5,000.00 | $4,500.00 | -$500.00 |
| | Trade Payoff: $3,487.53 | | - | - | - |
| | LIEN PAYOFF | Lien Amt: $3,487.53 | | | | |
| Cost Adjustm... | BANK FEE | | - | $149.00 | -$149.00 |

| Back Gross | Description | | Sale $1,723.42 | Cost $0.00 | Dealer Gross $1,723.42 |
|---|---|---|---|---|---|
| Financial Res... | SANTANDER CONSUMER USA | | $1,723.42 | - | $1,723.42 |
| - | - | | - | - | - |

| Total Sales | | Sale $33,922.42 | Cost $25,918.00 | Dealer Gross $7,004.42 |
|---|---|---|---|---|

| Other Charges | Amount $427.00 |
|---|---|
| Inspection Fee | $37.00 |
| DOC Fee | $175.00 |
| RegistrationFee | $215.00 |

| Taxes Charged (6.625 %) | Amount $1,482.28 |
|---|---|
| Vehicle Sale Tax | $1,482.28 |

© Tekion Corp 2023

Page 1 of 2
Wed Jul 12, 2023 | 5:07 AM



**Superb Motors**
215 Northern Blvd
Great Neck
NY, 11021
https://www.superbmotorgroup.com/
(999) 999-9999

Niya N Baraka
294534

Edi on Middle ex NJ 08837

**Deal Recap**
**13112**
Booked

July 5, 2023

## Commissions

| Role | Employee | Comm. Plan | Credit % | Base Comm. | Spiff | Total |
|---|---|---|---|---|---|---|
| Sale per on | KEVIN B (444) |  | 100 |  |  |  |
| Sales Manager | ANDY V (EMP_111_D) | - | 100 | - | - | - |
| F & I Manager | LANDI (SYSTEMUSER) | - | 100 | - | - | - |

## Summary

**Total Dealer Gross Profit**
$7,004.42

**Total Deal Commission**
-

**Dealer Net Gross Profit**
$7,004.42

**Holdback**
-

**Total Cost Adjustment**
-$149.00

**Commissionable Gross**
-