

```
              LITTLE NECK
          25010 NORTHERN BLVD
          LITTLE NECK, NY 11362-9997
               (800)275-8777
08/07/2023                          11:29 AM
─────────────────────────────────────────────
Product              Qty    Unit      Price
                            Price
─────────────────────────────────────────────
Mailer 10.5 x 16      1     $1.69     $1.69

First-Class Mail®     1               $1.83
Large Envelope
    Old Westbury, NY 11568
    Weight: 0 lb 2.90 oz
    Estimated Delivery Date
        Wed 08/09/2023
    Certified Mail®                   $4.35
        Tracking #:
        9589 0710 5270 0422 3363 57
Total                                 $6.18

─────────────────────────────────────────────
Grand Total:                          $7.87
─────────────────────────────────────────────
Cash                                 $20.00
Change                              -$12.13
─────────────────────────────────────────────

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
             1-800-222-1811.

           Preview your Mail
           Track your Packages
          Sign up for FREE @
      https://informeddelivery.usps.com

    All sales final on stamps and postage.
    Refunds for guaranteed services only.
         Thank you for your business.

       Tell us about your experience.
   Go to: https://postalexperience.com/Pos
   or scan this code with your mobile device.
```



```
          or call 1-800-410-7420.

─────────────────────────────────────────────
UFN: 352884-0020
Receipt #: 840-51100102-2-4623062-1
Clerk: 33
```



August 4, 2023

Via Certified Mail RRR

Anthony Deo
3 Hunting Ln
Old Westbury, NY 11568

RE: Superb Motors, Inc., a New York Corporation ("Superb Motors")

Anthony:

Reference is made to the Shareholder Agreement dated December 21, 2022, for Superb Motors (the "Agreement"). On or about August 3, 2023, it was brought the following was brought to my attention:

1. Cars on our Floor Plan lines of credit to be sold by Superb are missing in the following numbers and amounts:
   i. NMAC - 39 cars - $1,458,516 - Outstanding liability to FP company (Exhibit "A"); and,
   ii. Next Gear Capital - 10 cars - $385,882 - Outstanding liability to FP company (Exhibit "B")

2. $760,868.75 in double floored cars had to be paid off this week. Attached is correspondence between Bruce Novicky and NMAC concerning this issue (Exhibit "C").

The total liability due to our NMAC and Next Gear Capital as a result of your actions is: $2,605,266.75.

This letter shall serve as a Cash Call pursuant to Section 11 of the Agreement. You are required to immediately contribute the sum of $1,276,580.71 to Superb Motors for the purpose of paying these liabilities. Should you fail to answer this Capital Call within the next three (3) business days, I reserve my rights under the Agreement.

Lastly, I am attaching a "Missing" list (Exhibit "D"). This list consists of 97 cars that need to be accounted for immediately. In the event you fail to provide the location of these vehicles I shall take any and all actions necessary through my attorneys for the return of these vehicles.

Please be guided accordingly.

Robert A. Urrutia

**SUPERB MOTORS INC**
215 Northern Blvd, Great Neck NY 11021

Exhibit A

| Plan | Identification | Dealer Ide | Dealer Reference | Description | Acceptanc Start Date | Maturity | Outstandir | Model Year |
|---|---|---|---|---|---|---|---|---|
| USED_NN_ | WAUF2AFC3GN063552 | 08085 | | Audi S6 4dr Sdn Premium Plus | 07/26/202 | 07/25/202 | 09/15/202 | 27150 | 2016 |
| USED_NN_ | 1C4SDJCT1MCS74393 | 08085 | | Dodge Durango R/T | 07/26/202 | 07/26/202 | 09/15/202 | 39370 | 2021 |
| USED_NN_ | 4JGFF5KE3LA146109 | 08085 | | Mercedes-Benz GLS GLS 450 4MATIC SUV | 07/19/202 | 07/19/202 | 09/15/202 | 57625 | 2020 |
| USED_NN_ | WA1AAAF78KD002872 | 08085 | | Audi Q7 SE Premium 55 TFSI quattro | 07/19/202 | 07/19/202 | 09/15/202 | 31100 | 2019 |
| USED_NN_ | SALWR2RV8JA189351 | 08085 | | Land Rover Range Rover Sport HSE | 07/17/202 | 07/17/202 | 09/15/202 | 38690 | 2018 |
| USED_NN_ | 1C4HJXFN3MW668101 | 08085 | | Jeep Wrangler Unlimited Rubicon 4x4 | 07/11/202 | 07/11/202 | 09/15/202 | 44245 | 2021 |
| USED_NN_ | 1C4SDJCT2MCS20441 | 08085 | | Dodge Durango | 07/11/202 | 07/11/202 | 09/15/202 | 37735 | 2021 |
| USED_NN_ | SALGV5RE3KA525460 | 08085 | | Land Rover Range Rover V8 Supercharged Autobiography LWB | 07/11/202 | 07/11/202 | 09/15/202 | 91125 | 2019 |
| USED_NN_ | SALYB2RX0JA770423 | 08085 | | Land Rover Range Rover Velar P250 S | 07/11/202 | 07/11/202 | 09/15/202 | 31300 | 2018 |
| USED_NN_ | WA1LHAF74KD025148 | 08085 | | Audi Q7 SE Premium Plus 45 TFSI quattro | 07/11/202 | 07/11/202 | 09/15/202 | 32325 | 2019 |
| USED_NN_ | WDDSJ4GB7KN725983 | 08085 | | Mercedes-Benz CLA CLA 250 4MATIC Coupe | 07/11/202 | 07/11/202 | 09/15/202 | 26525 | 2019 |
| USED_NN_ | 1GNSKBKD3PR116286 | 08085 | | Chevrolet Suburban 4WD 4dr LS | 06/29/202 | 06/29/202 | 08/15/202 | 60950 | 2023 |
| USED_NN_ | 1GNSKBKD5NR360485 | 08085 | | Chevrolet Suburban 4WD 4dr LS | 06/29/202 | 06/29/202 | 08/15/202 | 58900 | 2022 |
| USED_NN_ | 1GNSKBKD9PR148675 | 08085 | | Chevrolet Suburban 4WD 4dr LS | 06/29/202 | 06/29/202 | 08/15/202 | 60950 | 2023 |
| USED_NN_ | 5UXTR9C57KLE12580 | 08085 | | BMW X3 XDrive30i | 06/29/202 | 06/29/202 | 08/15/202 | 28960 | 2019 |
| USED_NN_ | WAUWGAFC8GN035733 | 08085 | | Audi A7 Premium Plus | 06/29/202 | 06/29/202 | 08/15/202 | 28160 | 2016 |
| USED_NN_ | WBA7F2C30HG423286 | 08085 | | BMW 3-Series 340xi | 06/29/202 | 06/29/202 | 08/15/202 | 31385 | 2016 |
| USED_NN_ | WBA8B7C55GK368800 | 08085 | | Chevrolet Suburban 4WD 4dr LS | 06/28/202 | 06/28/202 | 08/15/202 | 54150 | 2022 |
| USED_NN_ | ZARFAEDN3J7575105 | 08085 | | Alfa Romeo Giulia Base | 06/28/202 | 06/28/202 | 08/15/202 | 19660 | 2018 |
| USED_NN_ | 1C4RDHDG7JC438967 | 08085 | | Dodge Durango GT RWD | 06/28/202 | 06/28/202 | 08/15/202 | 27275 | 2018 |
| USED_NN_ | SALYB2EX7LA248235 | 08085 | | Land Rover Range Rover Velar P250 S | 06/20/202 | 06/20/202 | 04/15/202 | 36075 | 2020 |
| USED_NN_ | WBA8B7C59JA411869 | 08085 | | Audi SQ5 Premium Plus | 06/15/202 | 06/08/202 | 08/15/202 | 33410 | 2019 |
| USED_NN_ | WA1B4AFYXK2139568 | 08085 | | AUDI Q7 PRM + | 06/15/202 | 06/08/202 | 08/15/202 | 19500 | 2016 |
| USED_NN_ | WA1LHAF72KD026699 | 08085 | | Cadillac Escalade ESV 4WD 4dr Luxury | 06/28/202 | 06/28/202 | 08/15/202 | 50575 | 2020 |
| USED_NN_ | SALVP2BG2GH078520 | 08085 | | LANDROVER RR EVQ SE | 06/28/202 | 06/28/202 | 08/15/202 | 17635 | 2016 |
| USED_NN_ | 1GYS4HKJ8LR109544 | 08085 | | BMW 7 SERIES 750 | 06/28/202 | 06/28/202 | 08/15/202 | 24455 | 2017 |
| USED_NN_ | WBA8B7C55JA572994 | 08085 | | BMW 3-Series 340xi | 06/15/202 | 06/09/202 | 08/15/202 | 37245 | 2018 |
| UDEMO_N | 4JGFB4KB0LA194078 | 08085 | | Mercedes-Benz GLE GLE 350 4MATIC SUV | 06/07/202 | 06/07/202 | 12/15/202 | 46751.25 | 2020 |
| USED_NN_ | 55SWF4KB0HU188660 | 08085 | | Mercedes-Benz C-Class C 300 4MATIC Sedan with Sport Pkg | 06/06/202 | 06/05/202 | 08/15/202 | 21850 | 2017 |
| USED_NN_ | WBA887C56GK487293 | 08085 | | BMW 3-Series 340xi | 05/17/202 | 05/17/202 | 07/15/202 | 29260 | 2016 |
| USED_NN_ | WBA8B7C59JA411869 | 08085 | | BMW 3-Series 340xi | 05/17/202 | 05/17/202 | 07/15/202 | 36590 | 2018 |
| USED_NN_ | 1FMCU9JD3HUD14412 | 08085 | | Ford Escape Titanium 4WD | 05/12/202 | 05/12/202 | 07/15/202 | 12400 | 2017 |
| USED_NN_ | SALGW2SE6KA533297 | 08085 | | Land Rover Range Rover SVAutobio Dynamic | 05/01/202 | 05/01/202 | 07/15/202 | 83305 | 2019 |
| USED_NN_ | WAUB8GFF5G1107889 | 08085 | | Audi A3 Premium | 04/19/202 | 04/19/202 | 06/15/202 | 17635 | 2016 |
| USED_NN_ | WBA7F2C5XJB238313 | 08085 | | BMW 7 Series 750i xDrive Sedan | 03/16/202 | 03/16/202 | 05/15/202 | 40425 | 2018 |
| USED_NN_ | WDDWK4KB4HF441333 | 08085 | | Mercedes-Benz C-Class C300 | 03/09/202 | 03/09/202 | 05/15/202 | 32600 | 2017 |
| USED_NN_ | 2C4RDGEG7GR384403 | 08085 | | Dodge Grand Caravan 4dr Wgn R/T | 09/16/202 | 09/16/202 | 11/15/202 | 5080 | 2016 |

Case 2:23-cv-06188-JMW   Document 112-7   Filed 11/25/23   Page 4 of 9 PageID #: 2508

Exhibit B

| Vehicle Status | Vehicle Description | Odometer | VIN | Stock # | Due Date | Principal + One Day | Fee | Interest | Collateral Protection | Other | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| In Stock | 2017 Land Rover Range | 70,591 | SALGV2FE5HA328270 | 582 | x 08/08/2023 | $51,974.00 | $60.00 | $902.74 | $485.96 | $5.00 | $53,427.70 |
| Virtual Verification Audit | 2019 BMW X4 | 74,423 | 5UXUJ5C54K9A32646 | 600 | x 08/15/2023 | $35,449.00 | $60.00 | $537.14 | $289.26 | $5.00 | $36,340.40 |
| In Stock | 2018 Land Rover Range Rover Evoque | 53,254 | SALVP2RXXJH323156 | 609 | x 08/15/2023 | $19,849.00 | $60.00 | $301.19 | $161.97 | $5.00 | $20,377.16 |
| In Stock | 2016 LANDROVER | 60,972 | SALGS2KF4GA246777 | 615 | x 08/29/2023 | $31,655.00 | $60.00 | $339.21 | $182.97 | $5.00 | $32,242.18 |
| Virtual Verification Audit | 2019 BMW 440IX GCMSPT | 34,547 | WBA4J7C51KBM76308 | 621 | x 08/29/2023 | $33,875.00 | $60.00 | $363.03 | $195.80 | $130.00 | $34,623.83 |
| Virtual Verification Audit | 2018 FORD F150 LAR | 28,540 | 1FTFW1E56JFD20487 | 622 | x 08/29/2023 | $38,864.00 | $60.00 | $416.31 | $224.63 | $5.00 | $39,569.94 |
| In Stock | 2018 Jeep All-New | 51,994 | 1C4HJXFN5JW331845 | 635 | x 09/11/2023 | $37,724.00 | $60.00 | $273.07 | $147.50 | $5.00 | $38,209.57 |
| In Stock | 2019 MERCEDES-B AMG | 69,382 | WDD7X8KB7KA001866 | 638 | x 09/11/2023 | $71,333.75 | $60.00 | $471.02 | $254.66 | $5.00 | $72,124.43 |
| In Stock | 2020 Audi SQ5 | 50,012 | WA1C4AFY9L2045025 | 646 | x 09/18/2023 | $39,950.00 | $60.00 | $188.54 | $101.87 | $5.00 | $40,305.41 |
| In Stock | 2019 Audi A4 | 25,848 | WAUDNAF46KN011574 | 651 | x 09/18/2023 | $25,208.25 | $60.00 | $119.08 | $64.28 | $5.00 | $25,456.61 |

RE: 8085 Superb Motors, Inc. - Potential Double Floorings 7.31.2023 ** 22 units**

Bennetta, Joe <Joe.Bennetta@nissan-usa.com>
Tue 8/1/2023 4:07 PM
To: Bruce Novicky <bruce@teamauto.com>

Fantastic thank you so much Bruce! I appreciate your help!

Joe Bennetta | Financial Services Manager | Northeast Region | Nissan Motor Acceptance Company | Infiniti Financial Services | Mobile: +1 609-495-4834

From: Bruce Novicky <bruce@teamauto.com>
Sent: Tuesday, August 1, 2023 3:39 PM
To: Bennetta, Joe <Joe.Bennetta@nissan-usa.com>
Subject: Re: 8085 Superb Motors, Inc. - Potential Double Floorings 7.31.2023 ** 22 units**

Hi Joe,

Sorry for the delay see the batch below.

We are having logistical issues when wholesaling cars and there seems to be a disconnect with the office at Superb.

For the time being I removed all users access to floor except myself to prevent any issues going forward. I will look more into it the next time I am there and I will make sure we have a similar process implemented to the other stores who do not have this problem.

Until I am confident it is resolved and everyone fully understands I will be the only user able to floor on this line.

We are also going to reduce the inventory at the store dramatically overall (at least another $1m on top of this payoff) after speaking with Tony today.

**ACH Payment**

**Posting**

| Batch Reference | BTCH1250506 | Utilized | 760,868.75 |
|---|---|---|---|
| Organization | 08085 | Unallocated | 0.00 |
| Narrative | | | |
| Payment Category | Request Payment | | |
| Process Date | 08/01/2023 | | |
| Posting Date | 08/01/2023 | | |
| Payment Source | ACH Debit - null - JPMORGAN CHASE - Primary | | |
| Request Amount | 760,868.75 | | |
| Transaction View | Summary | | |

**Selected Transactions**

Global Search All

| Identification | Maturity Date | Amount | PostingAmount | Outstanding |
|---|---|---|---|---|
| 1C4RJFCG8KC768432 | | 33,650.00 | 33,650.00 | 33,650.00 |
| 2T2ZZMCA6HC073637 | | 35,270.00 | 35,270.00 | 35,270.00 |
| 5S5WF4KB7JU273873 | | 22,635.00 | 22,635.00 | 22,635.00 |
| 5UXKR0C53J0X91503 | | 27,575.00 | 27,575.00 | 27,575.00 |
| 5UXTY8C06LLE59513 | | 39,075.00 | 39,075.00 | 39,075.00 |
| 5UXUJ5C54K9A32646 | | 35,950.00 | 35,950.00 | 35,950.00 |
| SALGS2RE3KA519794 | | 62,225.00 | 62,225.00 | 62,225.00 |
| SALYA2EX8KA791014 | | 31,275.00 | 31,275.00 | 31,275.00 |
| WA1C4AFY9L2045025 | | 43,660.00 | 43,660.00 | 43,660.00 |
| WA1LHAF74KD039390 | | 33,475.00 | 33,475.00 | 33,475.00 |
| WAUB4CF56JA063170 | | 34,300.00 | 34,300.00 | 34,300.00 |
| WAUDNAF46KN011574 | | 25,396.75 | 25,396.75 | 25,396.75 |
| WAUP4AF5XJA095252 | | 31,825.00 | 31,825.00 | 31,825.00 |
| WBA2H9CJ6HV986946 | | 24,150.00 | 24,150.00 | 24,150.00 |
| WBA4E5C59HG188797 | | 25,450.00 | 25,450.00 | 25,450.00 |
| WBAJB1C53KB375171 | | 27,135.00 | 27,135.00 | 27,135.00 |
| WBXHT3C35J5K24129 | | 27,235.00 | 27,235.00 | 27,235.00 |
| WDDJK7DA4JF052861 | | 57,400.00 | 57,400.00 | 57,400.00 |
| WDDSJ4GB7JN508433 | | 21,160.00 | 21,160.00 | 21,160.00 |
| WP0AF2A74GL062172 | | 44,450.00 | 44,450.00 | 44,450.00 |
| ZAM57YTA4K1314330 | | 36,750.00 | 36,750.00 | 36,750.00 |
| ZAM57YTLXK1316469 | | 40,625.00 | 40,625.00 | 40,625.00 |
| | | | | 760,868.75 |

Regards,



Bruce Novicky
COO | Team Auto Group
Office 860.900.0660
Email bruce@teamauto.com

IMPORTANT: The contents of this email and any attachments are confidential. They are intended for the named recipient(s) only. If you have received this email by mistake, please notify the sender immediately and do not disclose the contents to anyone or make copies thereof.

From: Bennetta, Joe <Joe.Bennetta@nissan-usa.com>
Sent: Monday, July 31, 2023 3:38 PM
To: Bruce Novicky <bruce@teamauto.com>; Bruce Novicky <bruce@teamauto.com>
Subject: FW: 8085 Superb Motors, Inc. - Potential Double Floorings 7.31.2023 ** 22 units**

Hi Bruce. Can you have these looked into ASAP

**Joe Bennetta** | Financial Services Manager | Northeast Region | Nissan Motor Acceptance Company | Infiniti Financial Services | Mobile: +1 609-495-4834

From: Lozon, Nancy <Nancy.Lozon@Nissan-Usa.com>
Sent: Monday, July 31, 2023 3:13 PM
To: Bennetta, Joe <Joe.Bennetta@nissan-usa.com>
Cc: Eirich, John <eirichj@NMAC.COM>; Gilroy, Tim <gilroyt@NMAC.COM>; Beck, Jamie <Jamie.Beck@nissan-usa.com>; Jank, Allison <Allison.Jank@nissan-usa.com>; Broussard, Keeth <BroussK@NMAC.COM>
Subject: 8085 Superb Motors, Inc. - Potential Double Floorings 7.31.2023 ** 22 units**
Importance: High

Hello,

Below are the 22 units showing for 8085 Superb Motors, Inc. from today's double floored report.

The NMAC floor date has been added for your reference.

If they were the sellers, please have them pay NMAC off. If they are the buyers, please verify they have the titles or expect them in a day or two
If they do not have the titles and do not know when they will get them, please have them remove them from their floor plan until they receive the titles.

Thank you

| Floored Dealer # | Floored Dealer Name | Floored (Y/N) | NMAC Floor Date | VIN | Year | Manufacturer | Model | Before Date | Finance Company Name |
|---|---|---|---|---|---|---|---|---|---|
| 8085 | SUPERB MOTORS INC. | Y | 7/19/2023 | 5UXKR0C53J0X91503 | 2018 | BMW | X5 | 6/9/2023 | NextGear commercial |
| 8085 | SUPERB MOTORS INC. | Y | 7/21/2023 | 5UXTY9C06LLE59513 | 2020 | BMW | X3 | 6/16/2023 | NextGear commercial |
| 8085 | SUPERB MOTORS INC. | Y | 4/24/2023 | 2T2ZZMCA6HC073637 | 2017 | LEXUS | RX | 7/19/2023 | NextGear commercial |
| 8085 | SUPERB MOTORS INC. | Y | 7/5/2023 | WDDJK7DA4JF052861 | 2018 | MERCEDES-BENZ | SL-CLASS | 6/9/2023 | NextGear commercial |
| 8085 | SUPERB MOTORS INC. | Y | 4/19/2023 | WDDSJ4GB7JN508433 | 2018 | MERCEDES-BENZ | CLA CLASS CLA250 | 7/19/2023 | NextGear commercial |
| 8085 | SUPERB MOTORS INC. | Y | 7/5/2023 | SALGS2RE3KA519794 | 2019 | LAND ROVER | RANGE ROVER | 6/9/2023 | NextGear commercial |
| 8085 | SUPERB MOTORS INC. | Y | 6/2/2023 | WBAJB1C53KB375171 | 2019 | BMW | 530E | 7/19/2023 | NextGear commercial |
| 8085 | SUPERB MOTORS INC. | Y | 7/5/2023 | ZAM57YTLXK1316469 | 2019 | MASERATI | GHIBLI S Q4 GRANLUSSO | 6/9/2023 | NextGear commercial |
| 8085 | SUPERB MOTORS INC. | Y | 5/3/2023 | WAUDNAF46KN011574 | 2019 | AUDI | A4 QUATTRO PREMIUM | 7/19/2023 | NextGear commercial |
| 8085 | SUPERB MOTORS INC. | Y | 5/17/2023 | WBXHT3C35J5K24129 | 2018 | BMW | X1 | 7/19/2023 | NextGear commercial |
| 8085 | SUPERB MOTORS INC. | Y | 7/21/2023 | WAUB4CF56JA083170 | 2018 | AUDI | S5 | 6/16/2023 | NextGear commercial |
| 8085 | SUPERB MOTORS INC. | Y | 7/21/2023 | SALYA2EX8KA791014 | 2019 | LAND ROVER | RANGE ROVER VELAR | 6/14/2023 | NextGear commercial |
| 8085 | SUPERB MOTORS INC. | Y | 7/19/2023 | WBA2H9C36HV986948 | 2017 | BMW | 230I | 6/16/2023 | NextGear commercial |
| 8085 | SUPERB MOTORS INC. | Y | 7/21/2023 | 5UXUJ5C54K9A32646 | 2019 | BMW | X4 | 6/16/2023 | NextGear commercial |
| 8085 | SUPERB MOTORS INC. | Y | 7/19/2023 | WBA4E5C59HG188797 | 2017 | BMW | 440I | 6/16/2023 | NextGear commercial |
| 8085 | SUPERB MOTORS INC. | Y | 4/3/2023 | WA1LHAF74KD039390 | 2019 | AUDI | Q7 | 7/19/2023 | NextGear commercial |
| 8085 | SUPERB MOTORS INC. | Y | 7/21/2023 | WAUP4AF5XJA095252 | 2018 | AUDI | S5 | 6/16/2023 | NextGear commercial |
| 8085 | SUPERB MOTORS INC. | Y | 2/27/2023 | 55SWF4KB7JU273873 | 2018 | MERCEDES-BENZ | C-CLASS | 7/19/2023 | NextGear commercial |
| 8085 | SUPERB MOTORS INC. | Y | 7/11/2023 | 1C4RJFCG8KC788432 | 2019 | JEEP | GRAND CHEROKEE | 6/9/2023 | NextGear commercial |
| 8085 | SUPERB MOTORS INC. | Y | 3/2/2023 | WA1C4AFY9L2045025 | 2020 | AUDI | SQ5 | 7/19/2023 | NextGear commercial |
| 8085 | SUPERB MOTORS INC. | Y | 7/19/2023 | ZAM57YTA4K1314330 | 2019 | MASERATI | GHIBLI | 6/9/2023 | NextGear commercial |
| 8085 | SUPERB MOTORS INC. | Y | 7/21/2023 | WP0AF2A74GL082172 | 2016 | PORSCHE | PANAMERA | 6/13/2023 | NextGear commercial |

*Sincerely,*

Nancy Lozon
Dealer Workout Analyst
Special Credit

Nissan Group of North America
Mobile: +682-261-4960
Fax: +1-972-607-7278

**NISSAN**
GROUP OF NORTH AMERICA

Exhibit D P1

| Dealer Name | Stock# | VIN # | Sold Date | Status | Year | Make | Model | Mileage(Miles) | Age (Days) | G/L Balance | HERE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Superb Motors | SU1324 | WDD7X8KB7KA001866 | | Stocked In | 2019 | Mercedes-Benz | AMG GT | 69,382 | 17 | | |
| Superb Motors | SY1327 | 1C4SDJCT1MC574393 | | Stocked In | 2021 | Dodge | Durango | 40,789 | 17 | $283.11 | |
| Superb Motors | SR1328 | 1C4PJMDB3HW512178 | | Stocked In | 2017 | Jeep | Cherokee | 65,243 | 17 | | |
| Superb Motors | SY1329 | WBA3T3C51G5A41943 | | Stocked In | 2016 | BMW | 4 Series | 75,848 | 17 | | |
| Superb Motors | SY1330 | WBA4J7C57KBM75468 | | Stocked In | 2019 | BMW | 4 Series | 33,933 | 17 | | |
| Superb Motors | SY1331 | 5UXKR0C51J0X88387 | | Stocked In | 2018 | BMW | X5 | 65,484 | 17 | | |
| Superb Motors | SR1332 | 1C4PJMLB0KD429828 | | Stocked In | 2019 | Jeep | Cherokee | 74,834 | 17 | | |
| Superb Motors | SY1335 | SALWR2RV8JA189351 | | Stocked In | 2018 | Land Rover | Range Rover Sport | 72,983 | 17 | $0.00 | |
| Superb Motors | SU0994A | WBAHN83588DT77672 | | Stocked In | 2008 | BMW | 7 Series | 220,000 | 23 | $6,486.00 | |
| Superb Motors | SU1313 | 1FTYR14E39PA15942 | | Stocked In | 2009 | Ford | Ranger | 212,829 | 24 | $3,785.00 | |
| Superb Motors | SU1338 | 5N1BV28UX4N365724 | | Stocked In | 2004 | Nissan | Quest | | 26 | | |
| Superb Motors | SU1312 | 5UXZV4C57CL889887 | | Stocked In | 2012 | BMW | X5 | 145,724 | 29 | $7,360.12 | |
| Superb Motors | SU1307 | 3GCPYFED9MG383394 | | Stocked In | 2021 | Chevrolet | Silverado 1500 | 23,300 | 30 | $52,486.00 | |
| Superb Motors | SU1286 | 1GYS4HKJ1LR164384 | | Stocked In | 2020 | Cadillac | Escalade ESV | 85,202 | 34 | $44,786.00 | |
| Superb Motors | SU1287 | 1GNSKBKD9NR280798 | | Stocked In | 2022 | Chevrolet | Suburban | 65,341 | 34 | $49,786.00 | |
| Superb Motors | SU1290 | 1GNSKBKD9PR148675 | | Stocked In | 2023 | Chevrolet | Suburban | 22,254 | 34 | $60,886.00 | |
| Superb Motors | SU1295 | SALGS2KF4GA246777 | | Stocked In | 2016 | Land Rover | Range Rover | 60,972 | 34 | $34,471.00 | |
| Superb Motors | SU1274A | 2C4RDGBG4CR249331 | | Stocked In | 2012 | Dodge | Grand Caravan | 164,322 | 37 | $4,986.00 | |
| Superb Motors | SU1275 | 1FM5K7B8XEGA63757 | | Stocked In | 2014 | Ford | Explorer | 206,807 | 40 | $4,871.75 | |
| Superb Motors | SU1276 | 4JGAB74E1YA173539 | | Stocked In | 2000 | Mercedes-Benz | M-Class | 198,785 | 40 | $6,854.00 | |
| Superb Motors | SU1273 | JTJBT20X660124417 | | Stocked In | 2006 | Lexus | GX 470 | 147,000 | 40 | $8,354.00 | |
| Superb Motors | SU1260 | WBXHT3C59K5L90009 | | Stocked In | 2019 | BMW | X1 | 60,121 | 41 | $28,176.00 | |
| Superb Motors | SU1269 | 1C4HJXFN5JW331845 | | Stocked In | 2018 | Jeep | Wrangler Unlimited | 51,994 | 41 | $42,046.00 | |
| Superb Motors | SU1126A | 1C4RDHDG7JC438967 | | Stocked In | 2018 | Dodge | Durango | 57,531 | 48 | $34,649.00 | |
| Superb Motors | SU1241 | JTHCK262672016812 | | Stocked In | 2007 | Lexus | IS 250 | 105,000 | 54 | $8,986.00 | |
| Superb Motors | SU1017A | WBA4W9C54KAF94021 | | Stocked In | 2019 | BMW | 4 Series | 53,000 | 55 | $13,927.59 | |
| Superb Motors | SU1240 | 1FAHP2KT8CG137030 | | Stocked In | 2012 | Ford | Taurus | | 57 | | |
| Superb Motors | SU1239 | 5FNYF4H58EB056804 | | Stocked In | 2014 | Honda | Pilot | 50,012 | 59 | $17,454.00 | |
| Superb Motors | SU0988A | WDDGF4HB6DR268407 | | Stocked In | 2013 | Mercedes-Benz | C-Class | 68,494 | 61 | $0.00 | |
| Superb Motors | SU1221 | WA1LHAF72KD026699 | | Stocked In | 2019 | Audi | Q7 | 49,208 | 62 | $35,176.00 | |
| Superb Motors | SU1216 | 5TDBT44A84S221021 | | Stocked In | 2004 | Toyota | Sequoia | 257,412 | 64 | $4,354.00 | |
| Superb Motors | SU1213 | SALSH23489A203925 | | Stocked In | 2009 | Land Rover | Range Rover Sport | 148,164 | 68 | $1,014.00 | |
| Superb Motors | SU1201 | 5UXUJ5C54K9A32646 | | Stocked In | 2019 | BMW | X4 | 74,426 | 69 | $40,126.00 | |
| Superb Motors | SU1210 | 1C4SDJCT2MC520441 | | Stocked In | 2021 | Dodge | Durango | 61,743 | 69 | $41,251.00 | |
| Superb Motors | SU1200P | 4JGFB4KB0LA194078 | | Stocked In | 2020 | Mercedes-Benz | GLE | 1 | 70 | $50,936.00 | |
| Superb Motors | SU0981A | 2FMEK63C89BA19931 | | Stocked In | 2009 | Ford | Flex | 313,222 | 77 | $3,986.00 | |
| Superb Motors | GCA1160A | 2C4RDGCG0KR788610 | | Stocked In | 2019 | Dodge | Grand Caravan | 52,565 | 87 | $0.00 | |
| Superb Motors | SU1104A | 1FMEU74E57UA52487 | | Stocked In | 2007 | Ford | Explorer | 155,403 | 89 | $4,986.00 | |
| Superb Motors | SU1185 | WDBUF87X48B272857 | | Stocked In | 2008 | Mercedes-Benz | E-Class | 135,733 | 91 | $2,646.00 | |
| Superb Motors | SU1142 | ZASPAKBN0L7C92090 | | Stocked In | 2020 | Alfa Romeo | Stelvio | 20,169 | 94 | $34,455.00 | |

| Dealer | Stock # | VIN | Status | Year | Make | Model | Miles | Days | Amount | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Superb Motors | SU1143 | SALGW2SE6KA533297 | Stocked In | 2019 | Land Rover | Range Rover | 55,246 | 94 | $83,500.00 | | |
| Superb Motors | SU1130 | 1FATP8UH6K5190020 | Stocked In | 2019 | Ford | Mustang | 48,657 | 99 | $29,621.00 | | |
| Superb Motors | SU1131 | WDDUG8GB4KA445850 | Stocked In | 2019 | Mercedes-Benz | S-Class | 59,681 | 99 | $60,101.00 | | |
| Superb Motors | SU1120RF | 1G1ZD5STXLF122021 | Stocked In | 2020 | Chevrolet | Malibu | 63,637 | 106 | $0.00 | | |
| Superb Motors | SU1127 | WBANB53507CP08338 | Stocked In | 2007 | BMW | 5 Series | 171,495 | 106 | | | |
| Superb Motors | SU1114A | WBAFU7C54BC879208 | Stocked In | 2011 | BMW | 5 Series | 206,000 | 107 | $3,986.00 | | |
| Superb Motors | SU1154 | 1G1105S35JU116841 | Stocked In | 2018 | Chevrolet | Impala | 66,636 | 107 | | | |
| Superb Motors | SU1108BB | 55SWF4KB0HU188660 | Stocked In | 2017 | Mercedes-Benz | C-Class | 53,527 | 111 | $0.00 | | |
| Superb Motors | SU1110 | WDDLJ9BBXGA169966 | Stocked In | 2016 | Mercedes-Benz | CLS | 43,991 | 111 | $35,661.00 | | |
| Superb Motors | SU1123 | JN1BY1PR8FM830659 | Stocked In | 2015 | Infiniti | Q70L | 143,000 | 111 | $0.00 | | |
| Superb Motors | GCA1008A | SALVP2RXXJH323156 | Stocked In | 2018 | Land Rover | Range Rover Evoque | 53,254 | 124 | $0.00 | | |
| Superb Motors | SU1067 | WAUP4AF5XJA095252 | Stocked In | 2018 | Audi | S5 Coupe | 45,880 | 127 | $37,264.00 | | |
| Superb Motors | SU1082 | WBAKC8C56ACY68247 | Stocked In | 2010 | BMW | 7 Series | 104,242 | 131 | $8,000.00 | | |
| Superb Motors | SU874B | WA1KK78R59A048822 | Stocked In | 2009 | Audi | Q5 | 196,498 | 131 | $1,000.00 | | |
| Superb Motors | SU1037 | 3VW4T7AJ8HM312579 | Stocked In | 2017 | Volkswagen | Jetta | 82,039 | 133 | $0.00 | | |
| Superb Motors | SU0890A | 1FM5K8D89EGA21518 | Stocked In | 2014 | Ford | Explorer | 189,683 | 140 | $4,900.00 | | |
| Superb Motors | SU1032 | 55SWF4KB5GU101091 | Stocked In | 2016 | Mercedes-Benz | C-Class | 69,303 | 142 | $20,324.00 | | |
| Superb Motors | SU848A | 5GALVBED8AJ256342 | Stocked In | 2010 | Buick | Enclave | 188,000 | 145 | $3,854.00 | | |
| Superb Motors | SU0985 | WA1C4AFY9L2045025 | Stocked In | 2020 | Audi | SQ5 | 50,012 | 154 | $47,776.00 | | |
| Superb Motors | SU0941A | WP1AB2A23BLA47985 | Stocked In | 2011 | Porsche | Cayenne | 100,921 | 159 | $0.00 | | |
| Superb Motors | SU0960A | 4T1BZ1HK5JU014962 | Stocked In | 2018 | Toyota | Camry | 54,500 | 163 | | | |
| Superb Motors | SU0930 | WAUF2AFC3GN063552 | Stocked In | 2016 | Audi | S6 | 61,182 | 182 | $32,109.00 | | |
| Superb Motors | SU0936 | WBAJE7C5XKWW08935 | Stocked In | 2019 | BMW | 5 Series | | 182 | $36,701.00 | | |
| Superb Motors | SU0942 | SALGS5SE6LA408198 | Stocked In | 2020 | Land Rover | Range Rover | 56,051 | 182 | $0.00 | | |
| Superb Motors | SU0882 | WBA2H9C36HV986948 | Stocked In | 2017 | BMW | 2 Series | 28,532 | 183 | $26,134.00 | | |
| Superb Motors | SU0915BB | WBA7F2C5XJB238313 | Stocked In | 2018 | BMW | 7 Series | 20,570 | 183 | $29,396.29 | | |
| Superb Motors | SU862 | SCFSMGAW1LGN03929 | Stocked In | 2020 | Aston Martin | Vantage | 14,610 | 203 | $117,854.00 | | |
| Superb Motors | SU863 | 7SAYGDEF2NF531053 | Stocked In | 2022 | Tesla | Model Y | 3,600 | 203 | $72,849.00 | | |
| Superb Motors | SU852 | ZPBUA1ZL3KLA01428 | Stocked In | 2019 | Lamborghini | Urus | 59,775 | 209 | $180,324.00 | | |
| Superb Motors | SU0801 | WBS3U9C50FP967858 | Stocked In | 2015 | BMW | M4 | 51,159 | 241 | $42,876.00 | | |
| ON NMAC NOT IN GL | | 4JGFF5KE3LA146109 | | | | | | | | | |
| ON NMAC NOT IN GL | | 1C4HJXFN3MW668101 | | | | | | | | | |
| ON NMAC NOT IN GL | | 5J8YD4H38LL019056 | | | | | | | | | |
| ON NMAC NOT IN GL | | 5XXGT4L39KG282398 | | | | | | | | | |
| ON NMAC NOT IN GL | | SALGV5RE3KA525460 | | | | | | | | | |
| ON NMAC NOT IN GL | | SALYB2RX0JA770423 | | | | | | | | | |
| ON NMAC NOT IN GL | | WA1LHAF74KD025148 | | | | | | | | | |
| ON NMAC NOT IN GL | | WDDSJ4GB7KN725983 | | | | | | | | | |
| ON NMAC NOT IN GL | | 1GNSKBKD5NR360485 | | | | | | | | | |
| ON NMAC NOT IN GL | | 5UXTR9C57KLE12580 | | | | | | | | | |
| ON NMAC NOT IN GL | | WAUWGAFC8GN035733 | | | | | | | | | |

Exhibit D p3

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ON NMAC NOT IN GL | WBA8B7C55GK368800 | | | | | | | | |
| ON NMAC NOT IN GL | 1GNSKBKD1NR324812 | | | | | | | | |
| ON NMAC NOT IN GL | 1GNSKHKC7GR178042 | | | | | | | | |
| ON NMAC NOT IN GL | 1GYS4HKJ8LR109544 | | | | | | | | |
| ON NMAC NOT IN GL | SALVP2BG2GH078520 | | | | | | | | |
| ON NMAC NOT IN GL | SALYB2EX7LA248235 | | | | | | | | |
| ON NMAC NOT IN GL | 5UXKU2C53G0N83978 | | | | | | | | |
| ON NMAC NOT IN GL | WA1B4AFYXK2139568 | | | | | | | | |
| ON NMAC NOT IN GL | WBA8B7C55JA572994 | | | | | | | | |
| ON NMAC NOT IN GL | WBA8B7C56GK487293 | | | | | | | | |
| ON NMAC NOT IN GL | WBA8B7C59JA411869 | | | | | | | | |
| ON NMAC NOT IN GL | WAUB8GFF5G1107889 | | | | | | | | |
| ON NMAC NOT IN GL | WDDWK4KB4HF441333 | | | | | | | | |
| ON NG NOT IN GL | SALGV2FE5HA328270 | | | | | | | | |
| ON NG NOT IN GL | WBA4J7C51KBM76308 | | | | | | | | |
| ON NG NOT IN GL | 1FTFW1E56JFD20487 | | | | | | | | |