| Dealer Name | Stock Type | Stock # | VIN # | Status | Year Make Model | Mileage | G/L Balance | OWNED BY | |
|---|---|---|---|---|---|---|---|---|---|
| Superb Motors Inc | Used | SU0461A | 1C4PJMAK9CW133196 | Stocked In | 2012 Jeep Liberty | 126,000 | $9,654.00 | TEAM AUTO SALES | ✓ |
| Superb Motors Inc | Used | SU0882 | WBA2H9C36HV986948 | Stocked In | 2017 BMW 2 Series | 28,532 | $26,134.00 | TEAM AUTO SALES | ✓ |
| Superb Motors Inc | Used | SU0912 | ZAM57YTA4K1314330 | Stocked In | 2019 Maserati Ghibli | 40,421 | $39,134.00 | TEAM AUTO SALES | ✓ |
| Superb Motors Inc | Used | SU1006 | WDDJK7DA4JF052861 | Stocked In | 2018 Mercedes-Benz SL | 48,914 | $55,444.00 | TEAM AUTO SALES | ✓ |
| Superb Motors Inc | Used | SU1025 | WBA4E5C59HG188797 | Stocked In | 2017 BMW 4 Series | 46,423 | $35,094.00 | TEAM AUTO SALES | ✓ |
| Superb Motors Inc | Used | SU1060 | W1K7X6BB7LA016406 | Stocked In | 2020 Mercedes-Benz AMG GT | 41,147 | $72,244.00 | TEAM AUTO SALES | ✓ |
| Superb Motors Inc | Used | SU1065 | SALGS2RE3KA519794 | Stocked In | 2019 Land Rover Range Rover | 59,276 | $61,754.00 | TEAM AUTO SALES | ✓ |
| Superb Motors Inc | Used | SU1148 | WP0AF2A74GL082172 | Stocked In | 2016 Porsche Panamera | 35,633 | $53,705.00 | TEAM AUTO SALES | ✓ |
| Superb Motors Inc | Used | SU1204 | WBAJB1C53KB375171 | Stocked In | 2019 BMW 5 Series | 63,680 | $30,316.00 | TEAM AUTO SALES | ✓ |
| Superb Motors Inc | Used | SY1318 | WBXHT3C57K5L90705 | Stocked In | 2019 BMW X1 | 49,416 | $25,670.00 | TEAM AUTO SALES | ✓ |
| Superb Motors Inc | Used | SY1319 | ZASPAKBN5L7C91095 | Stocked In | 2020 Alfa Romeo Stelvio | 30,357 | $29,525.00 | TEAM AUTO SALES | ✓ |
| Superb Motors Inc | Used | SY1323 | 5N1DL0MM6LC528999 | Stocked In | 2020 Infiniti QX60 | 51,249 | $25,270.00 | TEAM AUTO SALES | ✓ |
| Superb Motors Inc | Used | SU1324 | WDD7X8KB7KA001866 | Stocked In | 2019 Mercedes-Benz AMG GT | 69,382 | $71,333.00 | TEAM AUTO SALES | ✓ |

Mail Lien Satisfaction to: Dept of Highway Safety and Motor Vehicles, Neil Kirkman Building, Tallahassee, FL 32399-0500

T# 1637104427
B# 1454965

**LIEN SATISFACTION**

**STATE OF FLORIDA**

| Identification Number | Year | Make | Body | WT-L-BHP | Vessel Regis. No | Title Number |
|---|---|---|---|---|---|---|
| 1C4PJMAK9CW133196 | 2012 | JEEP | JP | 4060 | | 146418904 |

Registered Owner:
DAVID LEVY
14740 70TH RD
FLUSHING, NY  11367-1720

Date of Issue    04/18/2022

SU0461A

Mail To:
DAVID LEVY
14740 70TH RD
FLUSHING, NY  11367-1720

Lien Release
Interest in the described vehicle is hereby released
By _____
Title _____
Date _____

**IMPORTANT INFORMATION**

1. When ownership of the vehicle described herein is transferred, the seller MUST complete in full the Transfer of Title by Seller section at the bottom of the certificate of title.
2. Upon sale of this vehicle, the seller must complete the notice of sale on the reverse side of this form.
3. Remove your license plate from the vehicle.
4. See the web address below for more information and the appropriate forms required for the purchaser to title and register the vehicle, mobile home or vessel.
http://www.hsmv.state.fl.us/html/titlinf.html

---

# CERTIFICATE OF TITLE

| Identification Number | Year | Make | Body | WT-L-BHP | Vessel Regis. No | Title Number |
|---|---|---|---|---|---|---|
| 1C4PJMAK9CW133196 | 2012 | JEEP | JP | 4060 | | 146418904 |

Lien Release
Interest in the described vehicle is hereby released

| Prev State | Color | Primary Brand | Secondary Brand | No of Brands | Use | Prev Issue Date |
|---|---|---|---|---|---|---|
| NY | BLU | | | | PRIVATE | |

By _____
Title _____

| Odometer Status or Vessel Manufacturer or OH use | Engine Drive | Hull Material | Prop | Date of Issue |
|---|---|---|---|---|
| 120,419 MILES 04/08/2022 ACTUAL | | | | 04/18/2022 |

Date _____

Registered Owner
DAVID LEVY
14740 70TH RD
FLUSHING, NY  11367-1720

1st Lienholder
NONE

DIVISION OF MOTORIST SERVICES

*Robt R. Kynoch*

Robert R. Kynoch
Director

TALLAHASSEE            FLORIDA

Control Number 155423392

1  /17  155423392

DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES

*Terry L. Rhodes*

Terry L. Rhodes
Executive Director

**VOID IF ALTERED**

---

TRANSFER OF TITLE BY SELLER (This section must be completed at the time of sale )

Federal and/or state law require that the seller state the mileage, purchaser's name, selling price and date sold in connection with the transfer of ownership
Failure to complete or providing a false statement may result in fines and/or imprisonment.
This title is warranted to be free from any liens except as noted on the face of the certificate and the motor vehicle or vessel described is hereby transferred to:

Seller Must Enter Purchaser's Name: SUPERB MOTORS INC     Address 215 Northern Blvd Great Neck NY 11021

Seller Must Enter Selling Price: _____      Seller Must Enter Date Sold _____
I/We state that this ☐ 5 or ☑ 6 digit odometer now reads ⌶1⌶2⌶0⌶0⌶0⌶0⌶( X ) (no tenths) miles, date read 4/28/22 and I hereby certify that to the best of my knowledge the odometer reading:
☑ 1. reflects ACTUAL MILEAGE     ☐ 2. is IN EXCESS OF ITS MECHANICAL LIMITS     ☐ 3. is NOT THE ACTUAL MILEAGE
UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

SELLER Must Sign Here: *David Levy*     CO-SELLER Must Sign Here: _____
Print Here: DAVID LEVY     Print Here: _____

Selling Dealer's License Number: _____     Tax No. _____     Tax Collected _____
Auction Name: _____     License Number _____

PURCHASER Must Sign Here: _____     CO-PURCHASER Must Sign Here: _____
Print Here: Jarnne McCloe     Print Here: _____

NOTICE: PENALTY IS REQUIRED BY LAW IF NOT SUBMITTED FOR TRANSFER WITHIN 30 DAYS AFTER DATE OF PURCHASE.

HSMV 82250 (REV. 3/15)            **STATE OF FLORIDA**

**STATE OF FLORIDA**
**DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES**
**DIVISION OF MOTOR VEHICLES**
2900 Apalachee Parkway • Neil Kirkman Building - Tallahassee, FL 32399-0620
**Notice of Sale of Motor Vehicle, Mobile Home or Vessel**

Section 319.22(2), Florida Statutes, requires that the seller file a Notice of Sale with the department within 30 days after the sale or transfer of the motor vehicle, vessel or mobile home. Filing this form removes any civil liability for the operation of the sold motor vehicle, vessel or mobile home. In addition to filing this form, we suggest you keep a copy of your bill of sale (we suggest it be notarized), certificate of title or other type of transaction document showing the vehicle was sold. **Complete the information below, tear the top portion of this document at the perforation and mail to the address above or submit to your local tax collector's office or license plate agency.**

I have this _____ day of _____ , _____ transferred by assignment of and delivered Florida Certificate of Title to:

Name: Purchaser(s) _____ Purchaser's DL/ID _____
             First                    MI          Last

Address _____ Selling Price $ _____

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

Seller's Signature _____ Co-Seller's Signature _____

NOTE: THE SUBMISSION OF THIS FORM, ACCURATELY COMPLETED, TO A TAX COLLECTOR'S OFFICE, LICENSE PLATE AGENCY OR TO THE ADDRESS ABOVE WILL ALLOW THE TITLE CLERK TO UPDATE THE DMV DATABASE TO REFLECT THE TITLE RECORD AS "SOLD". HOWEVER, THE OWNERSHIP STATUS WILL NOT CHANGE UNTIL THE PURCHASER APPLIES FOR AND IS ISSUED A CERTIFICATE OF TITLE.

---

ODOMETER CERTIFICATION - Federal and state laws require that you state the mileage in connection with transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment

### FIRST REASSIGNMENT BY LICENSED DEALER

Selling Dealer's License No.: _____ Selling Dealer's Name: _____ Tax No.: _____ Tax Collected: _____

Selling Dealer's Address: _____ Date Sold: _____

Purchaser's Name(s): _____ Address: _____

I/WE STATE THAT THIS ☐ 5 OR ☐ 6 DIGIT ODOMETER NOW READS [ | | | | | | ] XX (NO TENTHS) MILES, DATE READ ___ / ___ / ___ , AND I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING:

CAUTION: READ CAREFULLY BEFORE YOU CHECK A BOX
☐ 1. REFLECTS ACTUAL MILEAGE
☐ 2. IS IN EXCESS OF ITS MECHANICAL LIMITS (EXCESS OF ITS MECHANICAL LIMITS APPLIES TO 5 DIGIT ODOMETERS)
☐ 3. IS NOT THE ACTUAL MILEAGE. WARNING - ODOMETER DISCREPANCY

Purchaser Must Sign Here: _____ Co-Purchaser Must Sign Here: _____
Print Here: _____ Print Here: _____
Seller/Agent Must Sign Here: _____ Auction Name (When Applicable): _____
Print Here: _____ Auction License Number: _____

### SECOND REASSIGNMENT BY LICENSED DEALER

Selling Dealer's License No.: _____ Selling Dealer's Name: _____ Tax No.: _____ Tax Collected: _____

Selling Dealer's Address: _____ Date Sold: _____

Purchaser's Name(s): _____ Address: _____

I/WE STATE THAT THIS ☐ 5 OR ☐ 6 DIGIT ODOMETER NOW READS [ | | | | | | ] XX (NO TENTHS) MILES, DATE READ ___ / ___ / ___ , AND I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING:

CAUTION: READ CAREFULLY BEFORE YOU CHECK A BOX
☐ 1. REFLECTS ACTUAL MILEAGE
☐ 2. IS IN EXCESS OF ITS MECHANICAL LIMITS (EXCESS OF ITS MECHANICAL LIMITS APPLIES TO 5 DIGIT ODOMETERS)
☐ 3. IS NOT THE ACTUAL MILEAGE. WARNING - ODOMETER DISCREPANCY

Purchaser Must Sign Here: _____ Co-Purchaser Must Sign Here: _____
Print Here: _____ Print Here: _____
Seller/Agent Must Sign Here: _____ Auction Name (When Applicable): _____
Print Here: _____ Auction License Number: _____

### THIRD REASSIGNMENT BY LICENSED DEALER

Selling Dealer's License No.: _____ Selling Dealer's Name: _____ Tax No.: _____ Tax Collected: _____

Selling Dealer's Address: _____ Date Sold: _____

Purchaser's Name(s): _____ Address: _____

I/WE STATE THAT THIS ☐ 5 OR ☐ 6 DIGIT ODOMETER NOW READS [ | | | | | | ] XX (NO TENTHS) MILES, DATE READ ___ / ___ / ___ , AND I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING:

CAUTION: READ CAREFULLY BEFORE YOU CHECK A BOX
☐ 1. REFLECTS ACTUAL MILEAGE
☐ 2. IS IN EXCESS OF ITS MECHANICAL LIMITS (EXCESS OF ITS MECHANICAL LIMITS APPLIES TO 5 DIGIT ODOMETERS)
☐ 3. IS NOT THE ACTUAL MILEAGE. WARNING - ODOMETER DISCREPANCY

Purchaser Must Sign Here: _____ Co-Purchaser Must Sign Here: _____
Print Here: _____ Print Here: _____
Seller/Agent Must Sign Here: _____ Auction Name (When Applicable): _____
Print Here: _____ Auction License Number: _____

NON TRANSFERABLE COPY

☐ WHOLESALE *OR* ☐ RETAIL:
☐ New ☒ Used ☐ Demo ☐ Salvage

**RETAIL CERTIFICATE OF SALE**

**VEHICLE INFORMATION:** SUDU6IA   No. 62512164

| Year | Make | Model | Body Type | Color | Weight (Unladen) | Fuel | Cylinders | Adult |
|---|---|---|---|---|---|---|---|---|
| 2012 | JEEP | LBY | SUBN | Blue | 40LD | Type: G | 6 | Seating Capacity 5 |

| Vehicle Identification Number | Lien(s) | Inspection Certificate Number | Date of Inspection | Inspection Station Number |
|---|---|---|---|---|
| 1C4PTMAK9CW133916 | O | Na | Na | Na |

| Plate/Permit Number | Number of Dealer Plate Loaned | Lease Buyout (Insp. Not Required) | Selling Price |
|---|---|---|---|
| Na | Na | ☐ | $ Na |

**DEALER INFORMATION** *(Print Name and Address)*

Superb MOTORS INC 215 Northern Blvd Great Neck NY 11021

**PURCHASER INFORMATION** *(Print Name and Address)*

Team Auto Sales LLC 4360 US RT 9 Freehold NJ 07728

Date of Sale 3/23/23

**PRIOR OWNER INFORMATION** *(Print Name and Address Source of Ownership)*

David LEVY 14740 70th Rd Flushing NY 11367

Date of Purchase 4-28-22

**ODOMETER DISCLOSURE STATEMENT**

Federal and state laws require that you state the mileage of the vehicle described on this certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage may result in fines and/or imprisonment.

The odometer on the vehicle described above has: ☐ 5 digits ☑ 6 digits, not including tenths

☑ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. WARNING: ODOMETER DISCREPANCY."

**ODOMETER READING**

1 2 6 0 0 0 (no tenths)

**DEALER CERTIFICATION:**
*I certify:* The vehicle described above was sold to the purchaser on the date indicated. At the time of delivery the purchaser was entitled to register the vehicle. This vehicle complied with equipment requirements of the Commissioner's Regulations. At the time of delivery, such equipment was in condition and repair to render satisfactory and adequate service on the public highway under normal use. Equipment certification does not apply to a vehicle sold as new, wholesale, or salvage. All New York State and local taxes due as a result of this sale have been collected from the purchaser. False statements made herein are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER *(or authorized representative)* - *(SIGN full name)* | PRINT full name of dealer or authorized rep. | Date | Dealer |
|---|---|---|---|
| | Superb MOTORS INC | 3/23/23 | Facility No. 7128150 |

| PURCHASER - *(SIGN full name)* | PRINT full name of purchaser | Date | Selling Dealer |
|---|---|---|---|
| | Team Auto Sales LLC | 3/23/23 | NYS Sales Tax No. 862372229 |

**PART 2 — DEALER COPY**

MV-50 (03/04)

*ANY CHANGE OR ALTERATION VOIDS THIS CERTIFICATE*

NON TRANSFERABLE

# OHIO CERTIFICATE OF TITLE

**ISSUING COUNTY** CUYAHOGA
**ISSUING TITLE OFFICE #** 1802
**RESIDENT COUNTY** FRANKLIN

## STATE OF OHIO

### ORIGINAL

**TITLE No.** 18 1411 2206
**ISSUE DATE** 09/12/2022

| IDENTIFICATION NUMBER | YEAR | MAKE | MAKE DESCRIPTION | MODEL DESCRIPTION | BODY TYPE |
|---|---|---|---|---|---|
| WBA2H9C36HV986948 | 2017 | BMW | BMW | 230XI | 2D |

**MILEAGE**
28,526

**MILEAGE NOTATION**
ACTUAL

**PURCHASE PRICE**
$0.00

**TAX**
$0.00

**CONVERSION**

**EVIDENCE**
CAN-REGISTRATION

**COMMENTS**
REGISTRATION

**NOTATION(S)**

**OWNER(S)**
GERMAN STARS MOTOR INC

20 S 3RD ST STE 210
COLUMBUS, OH 43215

**PREVIOUS OWNER(S)**
GERMAN STARS MOTOR INC

5080 SHEPPARD AVE E
SCARBOROUGH, ON, CAN M1S4N3



WITNESS MY HAND AND OFFICIAL SEAL THIS 12TH DAY OF SEPTEMBER, 2022

%214952124



%214952124

*Michael Chambers*

MICHAEL CHAMBERS
FISCAL OFFICER          G          KRM
                                   KRM

TITLE DOCUMENT CONTAINS OHIO WATERMARK WHICH IS VISIBLE WHEN HELD TO LIGHT

BMV 3800 1/19 [760-1503]

ERASURES AND ALTERATIONS VOID THIS TITLE

ERASURES AND ALTERATIONS VOID THIS TITLE ASSIGNMENT. (Type or print in ink.)

**ASSIGNMENT OF OWNERSHIP** This vehicle was a (if applicable): ☐ Law Enforcement Vehicle ☐ Flood Vehicle ☐ Taxi

**WARNING TO TRANSFEROR AND TRANSFEREE (SELLER AND BUYER):** You are required by law to state the true selling price. A false statement is in violation of section 2921.13 of the Revised Code and is punishable by six months' imprisonment or a fine of up to one thousand dollars, or both. All transfers are audited by the department of taxation. The seller and buyer must provide any information requested by the department of taxation. The buyer may be assessed any additional tax found to be due.

Buyer(s) Printed Name(s) _TEAM Auto Sales LLC_

Buyer(s) Printed Address _4368 US HIGHWAY 9 FREEHOLD NJ 07728_

I (we) certify the vehicle/watercraft/outboard motor described in this title was transferred on _12 / 09 / 22_ for the price of $_____ to the above listed buyer(s).

**ODOMETER CERTIFICATION:** Federal and state laws require that you state the mileage in connection with transfer of ownership. Failure to complete or providing false information may result in fines and imprisonment.

**Odometer Reading:**

| 2 | 8 | , | 5 | 3 | 2 | Miles (no tenths) |
|---|---|---|---|---|---|---|

Thousands

Seller is a minor ☐ Yes ☐ No If yes, BMV 3751 Form required

I (we) warrant the title to be free of all liens.

SHontz

Seller's Printed Name

**German Stars Motor Inc.**
20 S Third Street, Columbus, Ohio, 43215

Additional Seller's Printed Name (if applicable)

Seller's Printed Street Address

**Note** All applicable blank spaces above must be completed before acknowledgement by notary

Commonwealth of Pennsylvania - Notary Seal
Sally Fogarty, Notary Public
Lancaster County
My Commission Expires July 27, 2025
Commission number 1220442

I (we) hereby certify that to the best of my (our) knowledge:
Check one (Mileage status information will print on the front of the title)

☑ The odometer reading reflects the actual mileage.
☐ The odometer reading is in EXCESS of the mechanical limits
☐ The odometer reading is not the actual mileage (e.g., Broken odometer) - WARNING-ODOMETER DISCREPANCY
☐ Exempt from mileage disclosure (e.g., APV, Repossession, Inheritance)

X _____
Seller's Signature (Must sign in front of Notary/Authorized Officer)

Additional Seller's Signature (if applicable) (Must sign in front of Notary/Authorized Officer)

City _____ State _____ Zip _____

Sworn to and subscribed in my presence this _9th_ day of _Dec_ , 20_22_

in _____ County, State of _____

X _____
Signature of Notary Public or other Authorized Officer by law _____ My commission expires

**BUYER'S ACKNOWLEDGEMENT OF ABOVE ODOMETER CERTIFICATION**

Yvonne McCoy
Buyer's Printed Name

X _____
Buyer's Signature

Co-Buyer's Printed Name (if applicable)

X _____
Co-Buyer's Signature (if applicable)

**APPLICATION FOR CERTIFICATE OF TITLE (Type or print in ink.)**

Check Type of Application(s): ☐ Motor Vehicle ☐ Memorandum ☐ Watercraft ☐ Outboard Motor ☐ Salvage

Applicant's Printed Name _____ SSN/EIN _____

Co-Applicant's Printed Name (if applicable) _____ SSN/EIN _____

Applicant's Printed Address _____
Street _____ City _____ State _____ Zip _____ County _____

Purchase Price $_____ Gross Tax Due $_____ Vendor's Discount $_____ Tax Paid $_____

If Tax Exempt, state reason _____ Dealer Permit # _____ Vendor # _____ Trade in $_____

**LIEN INFORMATION:** If no lien, state "none." If more than one lien, attach statement of all additional liens.

Lienholder _____ E-Lien # _____

Lienholder Address _____

Condition of vehicle/watercraft/outboard motor (check only one) ☐ Good ☐ Fair ☐ Poor ☐ Wrecked Print Title ☐ Yes ☐ No

With Right of Survivorship ☐ Yes ☐ No Transfer on Death ☐ Yes ☐ No If yes, BMV 3811 Form required

Applicant is a minor ☐ Yes ☐ No If yes, provide Date of Birth ___/___/___ and BMV 3751 Form required

I (we) state that all information contained in this application is true and correct.

X _____
Applicant's Signature (Must sign in front of Notary/Authorized Officer)

X _____
Co-Applicant's Signature (if applicable) (Must sign in front of Notary/Authorized Officer)

**Note** All applicable blank spaces above must be completed before acknowledgement by notary

Sworn to and subscribed in my presence this _____ day of _____ , 20 _____

in _____ County, State of _____

X _____
Signature of Notary Public or other Authorized Officer by law _____ My commission expires

**LATE FEE OF $5.00 FOR FAILURE TO APPLY FOR TITLE WITHIN 30 DAYS OF ASSIGNMENT.**

# REASSIGNMENT OF CERTIFICATE OF OWNERSHIP
## BY LICENSED NEW JERSEY MOTOR VEHICLE DEALER

(This form must be accompanied by a properly assigned title.)
FEE: $10.00  The undersigned does hereby sell, assign or transfer unto

TT1402682

**Buyer's Name** (Print)    Superb Motors Inc

**Buyer's Address** (Print)    215 Northern Blvd Great Neck NY 11021

Buyer's Driver's License, Corpcode Number

**Co-Buyer's Name** (Print)

Co-Buyer's Driver's License, Corpcode Number

**Co-Buyer's Address** (Print)

the following described vehicle, BMW    230XI    2017
Make    Model    Year

2D    WBA2N9C36HV986948
Vehicle Type    Vehicle Identification Number

and warrants title to the said motor vehicle and certifies that same is subject to the following security agreement or lien:

**Lienholder's Name** (Print)

Lienholder's Driver's License, Corpcode Number

**Lienholder's Address** (Print)

Date of Sale

### ODOMETER - DEALER'S STATEMENT

NOTE: FEDERAL LAW requires that you state the mileage upon transfer of ownership. Failure to complete this disclosure or providing false information may result in fines and/or imprisonment.

I/We state that the odometer now reads ___28552___ (do not show tenths of a mile) and to the best of my/our knowledge that reflects the actual mileage of the vehicle described on the attached certificate of ownership, unless one of the following statements is checked:

___ (1) I/We hereby certify that to the best of my/our knowledge the odometer has exceeded its mechanical limits and the reading started again at zero.

___ (2) WARNING-ODOMETER DISCREPANCY-I/We hereby certify that the odometer reading is NOT the actual mileage, and should not be relied upon for accuracy.

NOTE: New Jersey law provides that anyone who knowingly or willfully misrepresents the description of a vehicle or makes a false statement in any title papers, forges, changes or counterfeits a part of title papers, or uses title papers on or for the wrong motor vehicle is guilty of a misdemeanor.

Sale Price _____ Net Sale _____ Sales Tax Collected _____ Exemption X9    Date of Sale 12/9/22

**Dealer's Signature**

Dealer's ID Number D771164

Dealer's Name (Hand Print) Yvonne McCoy    Dealership Name Team Auto Sales LLC

Dealer's Address (Print) 4360 US RT 9 Freehold NJ 07728

Auction Name / Location _____    MVC Auction ID _____

### STATEMENT OF BUYER

I/We, the undersigned, hereby certify that the motor vehicle described above was purchased by me/us and I/we have compared the vehicle identification number shown on this certificate with that of the motor vehicle purchased and found that they agree in every particular.

BUYER NOTE: Any purchaser other than a N.J. licensed dealer is required to present these documents after assignment to the N.J. Motor Vehicle Commission within 10 days. Failure to do so will result in a penalty of $25.00 which will be in addition to the filing fee for a new certificate of ownership.

Buyer's Signature X Eugene Lowe    Co-Buyer's Signature X _____

Buyer's Name (Hand Print) Eugene Lowe    Co-Buyer's Name (Hand Print) _____

ISM/SS-344 (R5/18)    ALTERATIONS OR ERASURES WILL VOID THIS CERTIFICATE ● AFFIX SALES TAX STAMP ON REVERSE SIDE.

## STATE OF NEW JERSEY MOTOR VEHICLE COMMISSION

COPY NOT TRANSFERABLE



**New York State Department of Motor Vehicles**

**RETAIL CERTIFICATE OF SALE**

**TYPE OF SALE**
☐ WHOLESALE *OR* ☐ RETAIL:
☐ New ☒ Used ☐ Demo ☐ Salvage

SY0882 **No.** 62512171

**VEHICLE INFORMATION:**

| Year | Make | Model | Body Type | Color | Weight (Unladen) | Fuel | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|-------|------------------|------|-----------|------------------------|
| 2017 | BMW | 230XI | Coupe | BK | 3483 | Type: G | 4 | 5 |

| Vehicle Identification Number | Lien(s) | Inspection Certificate Number | Date of Inspection | Inspection Station Number |
|-------------------------------|---------|-------------------------------|--------------------|--------------------------|
| WBA2H9C36HV986948 | Lo | NA | NA | NA |

| Plate/Permit Number | Number of Dealer Plate Loaned | Lease Buyout (Insp. Not Required) | Selling Price |
|---------------------|-------------------------------|-----------------------------------|---------------|
| NA | NA | ☐ | $ NA |

**DEALER INFORMATION** *(Print Name and Address)*

Superb Motors Inc 215 Northern Blvd Great Neck NY 11021

**PURCHASER INFORMATION** *(Print Name and Address)*

Team Auto Sales LLC 4360 US RT 9 Freehold NJ 07728

Date of Sale: 6/14/23

**PRIOR OWNER INFORMATION** *(Print Name and Address Source of Ownership)*

Team Auto Sales LLC 4360 US RT 9 Freehold NJ 07728

Date of Purchase: 12-9-22

**ODOMETER DISCLOSURE STATEMENT**

Federal and state laws require that you state the mileage of the vehicle described on this certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage may result in fines and/or imprisonment.

The odometer on the vehicle described above has: ☐ 5 digits ☒ 6 digits, not including tenths

☒ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. WARNING: ODOMETER DISCREPANCY."

**ODOMETER READING**

2 8 5 3 2 (no tenths)

**DEALER CERTIFICATION:**

*I certify:* The vehicle described above was sold to the purchaser on the date indicated. At the time of delivery the purchaser was entitled to register the vehicle. This vehicle complied with equipment requirements of the Commissioner's Regulations. At the time of delivery, such equipment was in condition and repair to render satisfactory and adequate service on the public highway under normal use. Equipment certification does not apply to a vehicle sold as new, wholesale, or salvage. All New York State and local taxes due as a result of this sale have been collected from the purchaser. False statements made herein are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - (SIGN full name) | PRINT full name of dealer or authorized rep. | Date | Dealer No. |
|---|---|---|---|
| | Superb Motors Inc | 6/14/23 | 7128150 |

| PURCHASER - (SIGN full name) | PRINT full name of purchaser | Date | Selling Dealer NYS Sales Tax No. |
|---|---|---|---|
| | Team Auto Sales LLC | 6/14/23 | 862372229 |

**PART 2 — DEALER COPY**

MV-50 (03/04)

*ANY CHANGE OR ALTERATION VOIDS THIS CERTIFICATE*

NON TRANSFERABLE

FE1357A

A PLUS PAINTING&
STUCCO CORP
1691 COUNTY RD 39
SOUTHAMPTON        NY 11968

SU0912

003536

## CERTIFICATE OF TITLE

### NEW YORK STATE



dmv.ny.gov

| | | | | * * LIENS * * |
|---|---|---|---|---|

| Title and Identification No. | Year | Make | Model Code | Body/Hull | Document No. |
|---|---|---|---|---|---|
| ZAM57YTA4K1314330<br>ZAM57YTA4K1314330 | 2019 | MASER | GHI | 4DSD | 076871D |

| Color | Wt./Sts./Lgth. | Fuel | Cyl./Prop. | New or Used | Type of Title | Date Issued |
|---|---|---|---|---|---|---|
| BK | 4565 | GAS | 6 | USED | VEHICLE | 9/27/19 |

Name and Address of Owner(s)
A PLUS PAINTING&
STUCCO CORP
1691 COUNTY RD 39
SOUTHAMPTON NY      11968

ODOMETER READING:      04704
04704
ACTUAL MILEAGE



This document is your proof of ownership for this vehicle, boat or manufactured home. Keep it in a safe place, not with your license or registration or in your vehicle or boat. To dispose of your vehicle, boat or manufactured home, complete the transfer section on the back and give this title to the new owner.

Lienholder
TD AUTO FINANCE LLC
PO BOX 675
WILMINGTON        OH 45177

Lienholder
01
* ONE LIEN RECORDED *

Lienholder
* ONE LIEN RECORDED *

Lienholder
* ONE LIEN RECORDED *

MV-999 (1/15)

### DEPARTMENT OF MOTOR VEHICLES

**ANY CHANGE OR ERASURE WILL VOID THIS TITLE -- ANY FALSE STATEMENT IS A MISDEMEANOR**

### SECTION I - Transfer by Owner

**ODOMETER DISCLOSURE STATEMENT**

*Note: This vehicle cannot be registered or titled in the name of the new owner unless mileage is disclosed.*

Federal and State Law require that you state the mileage of the vehicle described on this certificate when transferring ownership. Failure to do so, or providing a false statement, may result in fines and/or imprisonment.

I certify that, to the best of my knowledge, this odometer reading *(check one)*:

☒ 1. reflects the ACTUAL MILEAGE as seen on the odometer of the vehicle described on the front.
☐ 2. EXCEEDS MECHANICAL LIMITS (odometer started over at zero)
☐ 3. not the actual mileage. WARNING - ODOMETER DISCREPANCY.

**ODOMETER READING**

40420

(no tenths)

**ODOMETER HAS SPACE FOR:** *(Check one)*
☒ Five Digits, *excluding tenths*
☒ Six Digits, *excluding tenths*

**DAMAGE DISCLOSURE STATEMENT (To be Completed by Owner Named on Face of Title)**

I certify that, to the best of my knowledge, this vehicle ☐ has been or ☒ has not been wrecked, destroyed or damaged to such an extent that the total estimate or actual cost of parts and labor to rebuild or reconstruct the vehicle to the condition it was in before an accident, and for legal operation on the road or highways, is more than 75% of the retail value of the vehicle at the time of loss. (Checking the "has" box means that the vehicle must have an anti-theft examination before being registered and that the title issued will have the statement "Rebuilt Salvage: NY" on it.)

I or we transfer the vehicle, boat or manufactured home described on this certificate. At the time of transfer, this title is subject only to the liens or encumbrances listed on this certificate, if any. I also certify that this is the most recent title issued for this vehicle, boat or manufactured home.

*Note: Section 2113 of the Vehicle and Traffic Law requires that application for a title must be made within 30 days of transfer.*

| **Seller** | Seller's Signature | | | Seller's Name *(Print in Full)* | | |
|---|---|---|---|---|---|---|
| | Street Address 1691 County Rd 39 | City Southampton | | State NY | ZIP code 11968 | Date of Statement 11-29-22 |
| **Buyer** | Buyer's Signature | | | Buyer's Name *(Print in Full)* Ferrari Maserati of Long Island | | |
| | Street Address | City | | State 65 S Service Rd  Plainview NY 11803 | | Date of Statement 11-29-22 |

### SECTION II - Reassignment by Manufactured Home Dealer or Registered Boat Dealer or Out-of-State Dealer

**ODOMETER DISCLOSURE STATEMENT**

*Note: This vehicle cannot be registered or titled in the name of the new owner unless mileage is disclosed.*

Federal and State Law require that you state the mileage of the vehicle described on this certificate when transferring ownership. Failure to do so, or providing a false statement, may result in fines and/or imprisonment.

I certify that, to the best of my knowledge, this odometer reading *(check one)*:

☐ 1. reflects the ACTUAL MILEAGE of the vehicle described on the front.
☐ 2. EXCEEDS MECHANICAL LIMITS (odometer started over at zero)
☐ 3. not the actual mileage. WARNING ODOMETER DISCREPANCY.

**ODOMETER READING**

(no tenths)

**ODOMETER HAS SPACE FOR:** *(Check one)*
☐ Five Digits, *excluding tenths*
☐ Six Digits, *excluding tenths*

I or we transfer the vehicle, boat or manufactured home described on this certificate. At the time of transfer, this title is subject only to the liens or encumbrances listed on this certificate, if any. I also certify that this is the most recent title issued for this vehicle, boat or manufactured home.

*Note: Section 2113 of the Vehicle and Traffic Law requires that application for a title must be made within 30 days of transfer.*

| **Seller** | Seller's Signature | | Seller's Name *(Print in Full)* | | |
|---|---|---|---|---|---|
| | Street Address | City | State | ZIP code | Date of Statement |
| **Buyer** | Buyer's Signature | | Buyer's Name *(Print in Full)* | | |
| | Street Address | City | State | ZIP code | Date of Statement |

MV-999 (1/15)         L 1204414

Boat Dealer's Facility #



**TD Auto Finance**
PO Box 9226
Farmington Hills, MI 48333

tdautofinance.com

December 6, 2022

FERRARI MASERATI OF LONG ISLAN
65 S SERVICE RD
PLAINVIEW, NY 11803

## LIEN RELEASE/TERMINATION STATEMENT

RE: Account Number: 1103066293
    Date Released: 12/05/2022
    Contract Date: 08/23/2019

| YEAR | MAKE | MODEL | VEHICLE IDENTIFICATION NUMBER |
|------|------|-------|-------------------------------|
| 2019 | MASERATI | GHIBLI | ZAM57YTA4K1314330 |

Please be advised that the lien/security interest on the above referenced vehicle in favor of and held by TD Bank, N.A.* (the "Company"), or one of its previous names, either for its own interest or as successor in interest by merger or name-change to the original lienholder/secured party, has been satisfied in full and may be released by this letter.

If the lien was recorded in one of the Company's previous names or in an abbreviated manner as TD Auto Finance LLC, the lien is now released/terminated.

* Keep this notice with the Certificate of Title and when you sell the vehicle or boat, give the transferred title AND this notice to the new owner. If you should choose a lien free title before then, return your current title, this lien notice, and the applicable processing fee to the DMV Title Bureau, Empire State plaza, Albany, NY 12228-0330. (Check or money order should be made payable to the Commissioner of Motor Vehicles.)

If you cannot locate the title, you must apply for a duplicate. You may apply for a duplicate title by completing form MV-902 (available at DMV office) and mailing it with a check or money order, along with the lien release, to the DMV Title Bureau at the above address.

TD Auto Finance LLC

Sincerely,

TD Auto Finance
(800) 556-8172

By: _____

Date: December 6, 2022

TD Auto Finance is a division of TD Bank, N.A.
® The TD logo and other trademarks are the property of the Toronto-Dominion Bank or its subsidiaries.

Please be advised all of the following entities are to be considered ONE AND THE SAME:
- On December 31, 1995, Chrysler Credit Corporation merged into Chrysler Financial Corporation ("CFC")
- On October 25, 1998, CFC merged into Chrysler Financial Company LLC ("CFCLLC")
- On November 30, 2001, CFCLLC merged into DaimlerChrysler Services North America LLC ("DCSNA")
- On January 1, 2006, DCSNA merged into DaimlerChrysler Financial Services Americas LLC ("DCFSA")
- On January 1, 2009, DCFSA began operating under the name Chrysler Financial Services Americas LLC ("CFSA")
- On June 1, 2011, CFSA began operating under the name TD Auto Finance LLC
- On December 31, 2021, TD Auto Finance LLC merged into TD Bank, N.A.

* State of New York only.

ZAM57YTA4K1314330 (NY)
A PLUS PAINTING& STUCCO CORP                    TD-PSLSELT-LO                    RD (11/21)



**TD Auto Finance**



Please be advised that:

- On December 31, 1995, Chrysler Credit Corporation merged into Chrysler Financial Corporation ("CFC")
- On October 25, 1998, CFC merged into Chrysler Financial Company LLC ("CFCLLC")
- On November 30, 2001, CFCLLC merged into DaimlerChrysler Services North America LLC ("DCSNA")
- On January 1, 2006, DCSNA merged into DaimlerChrysler Financial Services Americas LLC ("DCFSA")
- On January 1, 2009, DCFSA began operating under the name Chrysler Financial Services Americas LLC ("CFSA")
- On June 1, 2011, CFSA began operating under the name TD Auto Finance LLC
- On December 31, 2021, TD Auto Finance LLC merged into TD Bank, N.A.

Accordingly, all of the following entities are to be considered ONE AND THE SAME:

- Chrysler Credit Corporation
- Chrysler Financial Corporation
- Chrysler Financial Company LLC
- DaimlerChrysler Services North America LLC
- DaimlerChrysler Financial Services Americas LLC
- Chrysler Financial Services Americas LLC
- TD Auto Finance LLC
- TD Bank, N.A.

If you have any questions or need clarification, you can reach us at (800) 556-8172 from 7:00 AM to 9:00 PM Central Time, Monday through Friday.

Sincerely,

Customer Assistance

TD Auto Finance
PO Box 9226
Farmington Hills, MI 48333
(800) 556-8172
tdautofinance.com

TD Auto Finance is a division of TD Bank, N.A.
® The TD logo and other trademarks are the property of The Toronto-Dominion Bank or its subsidiaries.

84 291 0632 (1/22)

New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE

## No. EW29105492022

### VEHICLE TRANSFER HISTORY

| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
|---|---|---|---|---|---|
| A PLUS PAINTING & ST | FERRARI MASERATI OFLONG ISLAND | | 11 / 29 / 2022 | NYST | No |
| FERRARI MASERATI OF LONG ISLAND | A PLUS PAINTING AND STUCCO CORP | 7103526 | 08 / 23 / 2019 | EMV50 | No |
| GOLD COAST ALFA ROME GOLD COAST MASERATI | FERRARI MASERATI OF LONG ISLAND | 7118766 | 08 / 23 / 2019 | EMV50 | No |
| GOLD COAST MASERATI | GOLD COAST MASERATI | | 07 / 01 / 2019 | NYST | No |
| GOLD COAST MASERATI | GOLD COAST MASERATI | 7118766 | 10 / 22 / 2018 | PMV50 | Yes |
| MNA, INC. | GOLD COAST MASERATI | | 09 / 25 / 2018 | MCO | No |

*Any change or Alteration voids this receipt*

☐ Salvage
MV-907A No. _____

**New York State Department of Motor Vehicles**
## WHOLESALE CERTIFICATE OF SALE RECEIPT

### No. EW29105492022

## VEHICLE INFORMATION:

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|------------------|-----------|-----------|------------------------|
| 2019 | MASER | GHI | 4DSD | BK | N/A | 4565 | G | 6 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|---|---|---|
| Z A M 5 7 Y T A 4 K 1 3 1 4 3 3 0 0 | | N/A |

### DEALER INFORMATION

FERRARI MASERATI OF LONG ISLAND, 65 SOUTH SERVICE RD, PLAINVIEW, NY, 11803, Nassau

### PURCHASER INFORMATION

ROYAL COAST AUTOMOBILE GROUP INC, 235 ROBBINS LANE J, SYOSSET, NY, 11791

Date of Sale
12-14-2022

### PRIOR OWNER INFORMATION

A PLUS PAINTING & ST. 1691 COUNTY RD 39, SOUTHAMPTON, NY, 11968.
NYS Title (076871D)

Date of Purchase
11-29-2022

### ODOMETER DISCLOSURE STATEMENT

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

☑ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

| ODOMETER READING | | | | | | |
|---|---|---|---|---|---|---|
| 0 | 0 | 4 | 0 | 4 | 2 | 0 |

(no tenths)

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. **WARNING:** ODOMETER DISCREPANCY."

Check your odometer reading at: | verifiny.com/check | Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

### DEALER CERTIFICATION

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full | Date | Seller's Facility No. |
|---|---|---|---|
| | FERRARI MASERATI OF LONG ISLAND | 12 14 22 | 7128886 |

### PURCHASER CONFIRMATION

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full | Date | Purchaser's Facility No. |
|---|---|---|---|
| | ROYAL COAST AUTOMOBILE GROUP INC | 12 14 22 | 7121983 |

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*

Customer copy

**New York State Department of Motor Vehicles**
## WHOLESALE CERTIFICATE OF SALE

### No. EW31448972023

| VEHICLE TRANSFER HISTORY | | | | | |
|---|---|---|---|---|---|
| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
| ROYAL COAST AUTOMOBILE GROUP INC | SUNRISE AUTO OUTLET | 7121983 | 03 / 27 / 2023 | EMV50 | No |
| FERRARI MASERATI OF LONG ISLAND | ROYAL COAST AUTOMOBILE GROUP INC | 7128886 | 12 / 14 / 2022 | EMV50 | No |
| A PLUS PAINTING & ST | FERRARI MASERATI OF LONG ISLAND | | 11 / 29 / 2022 | NYST | No |
| FERRARI MASERATI OF LONG ISLAND | A PLUS PAINTING AND STUCCO CORP | 7103526 | 08 / 23 / 2019 | EMV50 | No |
| GOLD COAST ALFA ROME GOLD COAST MASERATI | FERRARI MASERATI OF LONG ISLAND | 7118766 | 08 / 23 / 2019 | EMV50 | No |
| GOLD COAST MASERATI | GOLD COAST MASERATI | | 07 / 01 / 2019 | NYST | No |
| GOLD COAST MASERATI | GOLD COAST MASERATI | 7118766 | 10 / 22 / 2018 | PMV50 | Yes |
| MNA, INC. | GOLD COAST MASERATI | | 09 / 25 / 2018 | MCO | No |

*Any change or Alteration voids this receipt*

Customer copy                                          Page 2 of 2

☐ Salvage
MV-907A No. _____

**New York State Department of Motor Vehicles**
**WHOLESALE CERTIFICATE OF SALE RECEIPT**

**No. EW31448972023**

S40912

## VEHICLE INFORMATION:

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|------------------|-----------|-----------|------------------------|
| 2019 | MASER | GHI | 4DSD | BK | N/A | 4565 | G | 6 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|---|---|---|
| Z A M 5 7 Y T A 4 K 1 3 1 4 3 3 0 0 | | N/A |

### DEALER INFORMATION

ROYAL COAST AUTOMOBILE GROUP INC, 235 ROBBINS LANE J, SYOSSET, NY, 11791, Nassau

### PURCHASER INFORMATION

SUNRISE AUTO OUTLET, 189 SUNRISE HWY, AMITYVILLE, NY, 11701

Date of Sale
03-27-2023

### PRIOR OWNER INFORMATION

FERRARI MASERATI OF, 65 SOUTH SERVICE RD, PLAINVIEW, NY, 11803, NASS
Electronic MV-50 Number (EW29105492022)

Date of Purchase
12-14-2022

### ODOMETER DISCLOSURE STATEMENT

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

■ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

| ODOMETER READING | | | | | | |
|---|---|---|---|---|---|---|
| 0 | 0 | 4 | 0 | 4 | 2 | 1 |

(no tenths)

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. **WARNING: ODOMETER DISCREPANCY."**

Check your odometer reading at: | verifiny.com/check | Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

### DEALER CERTIFICATION

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full | Date | Seller's Facility No. |
|---|---|---|---|
| | ROYAL COAST AUTOMOBILE GROUP INC | 3.27.23 | 7121983 |

### PURCHASER CONFIRMATION

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full | Date | Purchaser's Facility No. |
|---|---|---|---|
| | SUNRISE AUTO OUTLET | | 7118449 |

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*

**New York State Department of Motor Vehicles**
**WHOLESALE CERTIFICATE OF SALE**

**No.** EW31449342023

| VEHICLE TRANSFER HISTORY | | | | | |
|---|---|---|---|---|---|
| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
| ROYAL COAST AUTOMOBILE GROUP INC | SUNRISE AUTO OUTLET | 7121983 | 03 / 27 / 2023 | EMV50 | No |
| FERRARI MASERATI OF LONG ISLAND | ROYAL COAST AUTOMOBILE GROUP INC | 7128886 | 12 / 14 / 2022 | EMV50 | No |
| A PLUS PAINTING & ST | FERRARI MASERATI OFLONG ISLAND | | 11 / 29 / 2022 | NYST | No |
| FERRARI MASERATI OF LONG ISLAND | A PLUS PAINTING AND STUCCO CORP | 7103526 | 08 / 23 / 2019 | EMV50 | No |
| GOLD COAST ALFA ROME GOLD COAST MASERATI | FERRARI MASERATI OF LONG ISLAND | 7118766 | 08 / 23 / 2019 | EMV50 | No |
| GOLD COAST MASERATI | GOLD COAST MASERATI | | 07 / 01 / 2019 | NYST | No |
| GOLD COAST MASERATI | GOLD COAST MASERATI | 7118766 | 10 / 22 / 2018 | PMV50 | Yes |
| MNA, INC. | GOLD COAST MASERATI | | 09 / 25 / 2018 | MCO | No |

*Any change or Alteration voids this receipt*

Customer copy

Page 2 of 2

☐ Salvage
MV-907A No. _____

**New York State Department of Motor Vehicles**
**WHOLESALE CERTIFICATE OF SALE RECEIPT**

**No. EW31449342023**

SU 0912

**VEHICLE INFORMATION:**

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|------------------|-----------|-----------|------------------------|
| 2019 | MASER | GHI | 4DSD | BK | N/A | 4565 | G | 6 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|---|---|---|
| Z A M 5 7 Y T A 4 K 1 3 1 4 3 3 0 0 | | N/A |

**DEALER INFORMATION**

SUNRISE AUTO OUTLET, 189 SUNRISE HWY, AMITYVILLE, NY, 11701, Suffolk

**PURCHASER INFORMATION**

SUPERB MOTORS INC, 215 NORTHERN BLVD, GREAT NECK, NY, 11021

Date of Sale
03-27-2023

**PRIOR OWNER INFORMATION**

ROYAL COAST, 235 ROBBINS LANE J, SYOSSET, NY, 11791, NASS
Electronic MV-50 Number (EW31448972023)

Date of Purchase
03-27-2023

**ODOMETER DISCLOSURE STATEMENT**

Federal and state laws require that you state the mileage of the vehicle described on the certificate when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

☑ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

| ODOMETER READING |
|---|
| 0 0 4 0 4 2 1 |
| (no tenths) |

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. **WARNING: ODOMETER DISCREPANCY."**

Check your odometer reading at: **verifiny.com/check**   Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

**DEALER CERTIFICATION**

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full | Date | Seller's Facility No. |
|---|---|---|---|
| | SUNRISE AUTO OUTLET | 3 27 23 | 7118449 |

**PURCHASER CONFIRMATION**

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full | Date | Purchaser's Facility No. |
|---|---|---|---|
| Eugene Towe | SUPERB MOTORS INC | 3 27 23 | 7128150 |

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*

Customer copy

Page 1 of 2

**TYPE OF SALE**
☐ WHOLESALE *OR* ☐ RETAIL:
☐ New ☑ Used ☐ Demo ☐ Salvage

New York State Department of Motor Vehicles
# RETAIL CERTIFICATE OF SALE

No. 62512177   SU0912

## VEHICLE INFORMATION:

| Year | Make | Model | Body Type | Color | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|-------|------------------|-----------|-----------|------------------------|
| 2019 | Maserati | GHI | 4DSD | BK | 4565 | G | 6 | 5 |

| Vehicle Identification Number | Lien(s) | Inspection Certificate Number | Date of Inspection | Inspection Station Number |
|---|---|---|---|---|
| ZAMS7YTA4K1314330 | 0 | NA | NA | NA |

| Plate/Permit Number | Number of Dealer Plate Loaned | ☐ Lease Buyout (Insp. Not Required) | Selling Price |
|---|---|---|---|
| NA | NA | | $ NA |

## DEALER INFORMATION (Print Name and Address)

Superb Motors INC 215 Northern Blvd Great Neck NY 11021

## PURCHASER INFORMATION (Print Name and Address)

Team Auto Sales LLC 4360 US RT 9 Freehold NJ 07728

Date of Sale 6/9/23

## PRIOR OWNER INFORMATION (Print Name and Address Source of Ownership)

Sunrise Auto Outlet 189 Sunrise Hwy Amityville NY 11701

Date of Purchase 3/27/23

## ODOMETER DISCLOSURE STATEMENT

Federal and state laws require that you state the mileage of the vehicle described on this certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage may result in fines and/or imprisonment.

The odometer on the vehicle described above has: ☐ 5 digits ☑ 6 digits, not including tenths

☑ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. WARNING: ODOMETER DISCREPANCY."

ODOMETER READING
4 0 4 2 1
(no tenths)

## DEALER CERTIFICATION:

*I certify:* The vehicle described above was sold to the purchaser on the date indicated. At the time of delivery the purchaser was entitled to register the vehicle. This vehicle complied with equipment requirements of the Commissioner's Regulations. At the time of delivery, such equipment was in condition and repair to render satisfactory and adequate service on the public highway under normal use. Equipment certification does not apply to a vehicle sold as new, wholesale, or salvage. All New York State and local taxes due as a result of this sale have been collected from the purchaser. False statements made herein are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - (SIGN full name) | PRINT full name of dealer or authorized rep. | Date | Dealer Facility No. |
|---|---|---|---|
| | Superb Motors Inc | 6/9/23 | 7128150 |

| PURCHASER (SIGN full name) | PRINT full name of purchaser | Date | Selling Dealer NYS Sales Tax No. |
|---|---|---|---|
| | Team Auto Sales LLC | 6/9/23 | 62372229 |

**PART 2 — DEALER COPY**
*ANY CHANGE OR ALTERATION VOIDS THIS CERTIFICATE*

MV-50 (03/04)

NON TRANSFERABLE

PURCHASER **TEAM AUTO SALES**

ADDRESS **4360 US ROUTE 9**

CITY **FREEHOLD** STATE **NJ** ZIP **77280**

RES. PHONE

BUS. PHONE

E-MAIL

MOBILE NO.

DATE **06/09/2023**

PLEASE ENTER MY ORDER FOR THE FOLLOWING DESCRIBED

MOTOR VEHICLE:  ☐ NEW  ☒ USED  ☐ DEMO  ☐ RENTAL  ☐ FACTORY OFFICIAL

VEHICLE SOLD:

**RETAIL BUYERS ORDER**

SUPERB MOTORS INC

215 Northern Blvd

Great Neck, NY 11021

DEAL NO. **12970**     CUSTOMER NO. **1001676**

MILEAGE ON PURCHASED VEHICLE **40421**

Accurate Unless Marked Not Accurate     [ ] NOT ACCURATE

| MAKE | YEAR | MODEL | BODY TYPE | COLOR | TRIM | STK NO. | SERIAL NO. |
|------|------|-------|-----------|-------|------|---------|------------|
| MASERATI | 2019 | GHIBLI | SEDAN 4 DR. | | S Q4 | SU0912 | ZAM57YTA4K1314330 |

**TRADE IN RECORD · TRADE 1**

YEAR **N/A** MAKE **N/A** MODEL **N/A** TYPE **N/A**

VIN # **N/A**

MILEAGE (Accurate Unless Marked Not Accurate) [ ] NOT ACCURATE **N/A**   Salvage Vehicle? [ ] YES

BALANCED OWED $ **N/A** (Good Until **N/A** ) Trade-In Allowance **N/A**

**TRADE IN RECORD · TRADE 2**

YEAR **N/A** MAKE **N/A** MODEL **N/A** TYPE **N/A**

VIN # **N/A**

MILEAGE (Accurate Unless Marked Not Accurate) [ ] NOT ACCURATE **N/A**   Salvage Vehicle? [ ] YES

BALANCED OWED $ **N/A** (Good Until **N/A** ) Trade-In Allowance **N/A**

REMARKS:

| | |
|---|---|
| PRICE OF VEHICLE | $ 34,949.00 |
| OTHER GOODS AND SERVICES | |
| N/A | N/A |
| N/A | N/A |
| N/A | N/A |
| N/A | N/A |
| N/A | N/A |
| N/A | N/A |
| N/A | N/A |
| N/A | N/A |
| N/A | N/A |
| N/A | N/A |
| N/A | N/A |
| N/A | N/A |
| DOCUMENTARY SERVICE FEE | N/A |
| TOTAL PRICE | 34,949.00 |
| TRADE-IN ALLOWANCES | ( N/A ) |
| TAX BASE | 34,949.00 |
| SALES TAX 0.0 % | N/A |
| TITLE FEE | N/A |
| REGISTRATION FEE | N/A |
| PLUS PAYOFF ON TRADE VEHICLE(S) | N/A |
| TOTAL DUE | 34,949.00 |
| LESS INITIAL PAYMENT CASH DOWN | $ 34,949.00 |
| LESS REBATE/FACTORY INCENTIVE | N/A |
| LESS REBATE/FACTORY INCENTIVE | N/A |
| BALANCE DUE | $ 0 |

**DEPOSIT (PARTIAL PAYMENT) RECEIPT** - Purchaser hereby provides to the Dealer the sum of $ **34,949.00** as Non-Refundable Deposit/Partial Payment for the vehicle described above. If this Receipt is for a Deposit, Dealer will refund from selling the described vehicle for _____ days from the date of Deposit.
X

**NEGATIVE EQUITY DISCLOSURE & CONSENT** - I am aware that the balance owed on my trade-in vehicle or the amount owed on my lease turn in vehicle exceeds the trade-in allowance from the dealer. As a result, I have requested that the "Total Due" be increased by the difference. $ **34,949.00** (known as negative equity). X **N/A**

**ARBITRATION** - I agree that any dispute arising from this transaction will go to arbitration and I have executed a detailed arbitration agreement which is fully incorporated herein. **Arbitration is not required for the purchase or financing of your vehicle.**
X

ALL WARRANTIES, IF ANY, BY A MANUFACTURER OR SUPPLIER OTHER THAN DEALER ARE THEIRS, NOT DEALER'S, AND ONLY SUCH MANUFACTURER OR OTHER SUPPLIER SHALL BE LIABLE FOR PERFORMANCE UNDER SUCH WARRANTIES. UNLESS DEALER FURNISHES PURCHASER WITH A SEPARATE WRITTEN WARRANTY OR SERVICE CONTRACT MADE BY DEALER ON ITS OWN BEHALF, DEALER HEREBY DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE IN CONNECTION WITH THE VEHICLE AND ANY RELATED PRODUCTS AND SERVICES SOLD BY DEALER. DEALER NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF THE VEHICLE AND THE RELATED PRODUCTS AND SERVICES. IN THE EVENT THAT A WRITTEN WARRANTY IS PROVIDED BY DEALER OR A SERVICE CONTRACT IS SOLD BY DEALER ON ITS OWN BEHALF, ANY IMPLIED WARRANTIES ARE LIMITED IN DURATION TO THE TERM OF THE WRITTEN WARRANTY/SERVICE CONTRACT

CONTRACTUAL DISCLOSURE STATEMENT (USED VEHICLES ONLY) THE INFORMATION YOU SEE ON THE WINDOW FORM FOR THIS VEHICLE IS PART OF THIS CONTRACT. INFORMATION ON THE WINDOW FORM OVERRIDES ANY CONTRARY PROVISIONS IN THE CONTRACT OF SALE. GUÍA PARA COMPRADORES DE VEHÍCULOS USADOS. LA INFORMACION QUE APARECE EN LA VENTANILLA DE ESTE VEHÍCULO FORMA PARTE DE ESTE CONTRATO. LA INFORMACIÓN CONTENIDA EN EL FORMULARIO DE LA VENTANILLA ANULA CUALQUIER PREVISION QUE ESTABLEZCA LO CONTRARIOY QUE APAREZCA EN EL CONTRATO DE VENTA.

If the purchase of the motor vehicle described herein is to be financed this agreement is subject to credit approval and assignment of a retail installment sales contract to a financial institution, and the Annual Percentage Rate (APR) may be negotiated with dealer and dealer may receive compensation for arranging financing on customer's behalf. **These documents are fully incorporated herein (where applicable): Conditional/Spot Delivery Agreement, We Owe/Delivery Report, Used Vehicle Limited Warranty and Retail Installment Sales Contract.**

NO ORAL REPRESENTATIONS HAVE BEEN MADE TO THE PURCHASER and all terms of the agreement are contained on the front and back of this agreement and any documents incorporated herein. I have read the terms and conditions of this Agreement, both on front and back, and agree to them. I certify that I am at least 18 years old, and acknowledge receipt of a copy of this agreement.
**I UNDERSTAND THAT THIS RETAIL BUYERS ORDER IS NOT BINDING UNLESS ACCEPTED BY DEALER OR HIS AUTHORIZED AGENT.**

This motor vehicle contract is executed this **09** day of **JUNE** **2023**

PURCHASER(S) **N/A**

SALESPERSON **N/A**                ACCEPTED BY AUTHORIZED AGENT

TRANSFERABLE COPY NOT TRANSFERABLE

000003



# CERTIFICATE OF TITLE

## NEW YORK STATE

dmv.ny.gov

| Title and Identification No. | | Year | Make | Model Code | Body/Hull | Document No. |
|---|---|---|---|---|---|---|
| WDDJK7DA4JF052861 WDDUK7DA4JF052861 | | 2018 | ME/BE | L55 | CONV | 059439M |

| Color | Wt./Sts./Lgth. | Fuel | Cyl./Prop. | New or Used | Type of Title | Date Issued |
|---|---|---|---|---|---|---|
| WH | 3897 | GAS | 8 | USED | VEHICLE | 2/14/23 |

Name and Address of Owner(s)

ODOMETER READING: 48909

CITIZENS BANK NA
% 275 1/2 LARK ST
ALBANY NY    12210

ACTUAL MILEAGE    48909

This document is your proof of ownership for this vehicle, boat or manufactured home. Keep it in a safe place, not with your license or registration or in your vehicle or boat. To dispose of your vehicle, boat or manufactured home, complete the transfer section on the back and give this title to the new owner.

Lienholder _____     Lienholder _____

\* NO LIENS RECORDED \*     \* NO LIENS RECORDED \*

Lienholder _____     Lienholder _____

\* NO LIENS RECORDED \*     \* NO LIENS RECORDED \*

MV-999 (3/21)

## DEPARTMENT OF MOTOR VEHICLES

ANY CHANGE OR ERASURE OR VOID ON THIS TITLE - ANY FALSE STATEMENT IS A MISDEMEANOR

## SECTION I - Transfer by Owner

**ODOMETER DISCLOSURE STATEMENT**

*Note: This vehicle cannot be registered or titled in the name of the new owner unless mileage is disclosed.*
**Federal and State Law require that you state the mileage of the vehicle described on this certificate when transferring ownership. Failure to do so, or providing a false statement, may result in fines and/or imprisonment.**

I certify that, to the best of my knowledge, this odometer reading (check one):
- ☒ 1. reflects the ACTUAL MILEAGE as seen on the odometer of the vehicle described on the front.
- ☐ 2. EXCEEDS MECHANICAL LIMITS (odometer started over at zero)
- ☐ 3. not the actual mileage. WARNING - ODOMETER DISCREPANCY.

**ODOMETER READING**
48 909
(no tenths)

**ODOMETER HAS SPACE FOR:** *(Check one)*
☐ Five Digits, *excluding tenths*
☒ Six Digits, *excluding tenths*

### DAMAGE DISCLOSURE STATEMENT (To be Completed by Owner Named on Face of Title)

I certify that, to the best of my knowledge, this vehicle ☐ has been or ☒ has not been wrecked, destroyed or damaged to such an extent that the total estimate or actual cost of parts and labor to rebuild or reconstruct the vehicle to the condition it was in before an accident, and for legal operation on the road or highways, is more than 75% of the retail value of the vehicle at the time of loss. (Checking the "has" box means that the vehicle must have an anti-theft examination before being registered and that the title issued will have the statement "Rebuilt Salvage: NY" on it.)

I or we transfer the vehicle, boat or manufactured home described on this certificate. At the time of transfer, this title is subject only to the liens or encumbrances listed on this certificate, if any. I also certify that this is the most recent title issued for this vehicle, boat or manufactured home.
*Note: Section 2113 of the Vehicle and Traffic Law requires that application for a title must be made within 30 days of transfer.*

**Seller**

| Seller's Signature | Buyer's Name *(Print in Full)* CITIZENS BANK NA | Samantha Stev |
| Street Address | City Albany | State NY | ZIP code 12210 | Date of Statement 2/24/23 |

**Buyer**

| Buyer's Signature CP | Buyer's Name *(Print in Full)* H & H Auto Sales Inc 115 S. 2nd Street Unit 10 Bayshore, NY 11706 | Carissa Pierce - Agent |
| Street Address | City | Date of Statement 2/24/23 |

## SECTION II - Reassignment by Manufactured Home Dealer or Registered Boat Dealer or Out-of-State Dealer

**ODOMETER DISCLOSURE STATEMENT**

*Note: This vehicle cannot be registered or titled in the name of the new owner unless mileage is disclosed.*
**Federal and State Law require that you state the mileage of the vehicle described on this certificate when transferring ownership. Failure to do so, or providing a false statement, may result in fines and/or imprisonment.**

I certify that, to the best of my knowledge, this odometer reading (check one):
- ☐ 1. reflects the ACTUAL MILEAGE of the vehicle described on the front.
- ☐ 2. EXCEEDS MECHANICAL LIMITS (odometer started over at zero)
- ☐ 3. not the actual mileage. WARNING ODOMETER DISCREPANCY.

**ODOMETER READING**

(no tenths)

**ODOMETER HAS SPACE FOR:** *(Check one)*
☐ Five Digits, *excluding tenths*
☐ Six Digits, *excluding tenths*

I or we transfer the vehicle, boat or manufactured home described on this certificate. At the time of transfer, this title is subject only to the liens or encumbrances listed on this certificate, if any. I also certify that this is the most recent title issued for this vehicle, boat or manufactured home.
*Note: Section 2113 of the Vehicle and Traffic Law requires that application for a title must be made within 30 days of transfer.*

**Seller**

| Seller's Signature | Seller's Name *(Print in Full)* | |
| Street Address | City | State | ZIP code | Date of Statement |

**Buyer**

| Buyer's Signature | Buyer's Name *(Print in Full)* | |
| Street Address | City | State | ZIP code | Date of Statement |

MV-999 (3/21)    M 2348137

| Boat Dealer's Facility # |

NON-TRANSFERABLE COPY



## POWER OF ATTORNEY

This Power of Attorney is given this 30th day of April, 2021 by Citizens One Auto Finance, located at One Citizens Bank Way Johnston, RI 02919 to Lenders and Fleet Services, Inc. located at 45 Harrison Ave, Branford, CT 06405.

WHEREAS, Citizens One Auto Finance and Lenders and Fleet Services, Inc. entered into an Agreement whereby will provide Title Management Services for Citizens One titles ("Agreement"); and

WHEREAS, Citizens One Auto Finance approval may be required to consummate certain transactions incidental to the Services process and, therefore, Citizens One Auto Finance desires to appoint Lenders and Fleet Services, Inc. as its attorney in fact to act to that respect.

NOW, THEREFORE, Citizens One Auto Finance agrees to as follows:

1. Citizens One Auto Finance does hereby appoint Lenders and Fleet Services, Inc. as Citizens One attorney-in-fact to act in Citizens One Auto Finance name, place and stead in any way which Citizens One Auto Finance itself could do with respect to all matters related to providers services for titles owned by Citizens One Auto Finance and all other related transactions which may be necessary and incidental thereto. Without limiting the generality of the foregoing, Lenders and Fleet Services, Inc. is specifically authorized to, on behalf of Citizens One Auto Finance, to grant powers of attorney containing appropriate limitation as to the time and authority from Citizens One Auto Finance to a title service provider or departments of motor vehicles for the purpose of executing title documents and related documents including, without limitations, bills of sale, notices of sale, lien releases and odometers statements.

2. This Power of Attorney shall remain in full force and effect until receipt of notice of revocation by Lenders and Fleet Services, Inc. from Citizens One Auto Finance. Any action taken in good faith under this power of attorney and relied upon, by any third party, without actual notice or knowledge of revocation, unless such action is otherwise invalid or unenforceable, shall be binding upon Citizens One Auto Finance successors and assigns in interest and may be relied upon without further inquiry by any such third party and Citizens One Auto Finance, for itself and for its assigns, hereby agrees to indemnify and hold harmless any such third party from and against any and all claims that may arise against such third party by reason of such third party having relied on the provisions of this instrument.

IN WITNESS WHEREOF, Citizens One Auto Finance executes this instrument as of the date first above written.

Name: _____

Title: Vendor Manager, officer

STATE OF RI COUNTY OF Providence

On this 30th day of April, 2021 before me personally came David Catrani, to me known, and who being by me duly sworn, did depose and certify that he/she is the manager of vendor described in the foregoing and acknowledged that he/she executed the same under his/her authority as an officer of Citizens Bank.

_____
NOTARY PUBLIC

NOTARY PUBLIC
AMANDA PALOMBO
STATE OF RHODE ISLAND
#766421
Commission expires:
2/3/25

☐ Salvage
MV-907A No. _____

**New York State Department of Motor Vehicles**
## WHOLESALE CERTIFICATE OF SALE RECEIPT

### No. EW31122742023

SU1006

### VEHICLE INFORMATION:

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|------------------|-----------|-----------|------------------------|
| 2018 | ME/BE | L55 | CONV | WH | N/A | 3897 | G | 8 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|-------------------------------|---------|--------------------------------|
| W D D J K 7 D A 4 J F 0 5 2 8 6 1 0 | | N/A |

### DEALER INFORMATION

H&H AUTO SALES INC, 115 S 2 ST UNIT 10, BAYSHORE, NY, 11706, Nassau

### PURCHASER INFORMATION

SUPERB MOTORS INC, 215 NORTHERN BLVD, GREAT NECK, NY, 11021

Date of Sale
03-14-2023

### PRIOR OWNER INFORMATION

CITIZENS BANK, 275 1/2 LARK ST, ALBANY, NY, 12210,
NYS Title (059439M)

Date of Purchase
02-24-2023

### ODOMETER DISCLOSURE STATEMENT

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

■ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. WARNING: ODOMETER DISCREPANCY."

| ODOMETER READING | | | | | | |
|---|---|---|---|---|---|---|
| 0 | 0 | 4 | 8 | 9 | 1 | 4 |
| (no tenths) | | | | | | |

Check your odometer reading at: **verifiny.com/check**   Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

### DEALER CERTIFICATION

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full | Date | Seller's Facility No. |
|---|---|---|---|
| | H&H AUTO SALES INC | 3.14.23 | 7109019 |

### PURCHASER CONFIRMATION

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full | Date | Purchaser's Facility No. |
|---|---|---|---|
| | SUPERB MOTORS INC | 3.14.23 | 7128150 |

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*

Customer copy

Page 1 of 2

NON COPY / NON TRANSFERABLE

Case 2:23-cv-06188-JMW   Document 112-8   Filed 11/25/23   Page 26 of 69 PageID #: 2539

New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE

### No. EW31122742023

| VEHICLE TRANSFER HISTORY | | | | | |
|---|---|---|---|---|---|
| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
| CITIZENS BANK | H&H AUTO SALES INC | | 02 / 24 / 2023 | NYST | No |
| MERCEDES BENZ OF NEW ROCHELLE | CAPITAL AUTO SALES INC | 7099081 | 02 / 18 / 2022 | EMV50 | Yes |
| DAIMLER TRUST | MERCEDES BENZ OF NEWROCHELLE | | 01 / 15 / 2022 | NYST | No |



*Any change or Alteration voids this receipt*

New York State Department of Motor Vehicles
**RETAIL CERTIFICATE OF SALE**

**TYPE OF SALE**
☐ WHOLESALE *OR* ☐ RETAIL:
☐ New ☒ Used ☐ Demo ☐ Salvage

No. **62512171** S41006

**VEHICLE INFORMATION:**

| Year | Make | Model | Body Type | Color | Weight (Unladen) | Fuel Type: | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|-------|------------------|------------|-----------|------------------------|
| 2018 | MEIBE | L55 | CONV WH | | 3897 | G | 8 | 5 |

| Vehicle Identification Number | Lien(s) | Inspection Certificate Number | Date of Inspection | Inspection Station Number |
|---|---|---|---|---|
| WDDTK7DA4JF052861 | LO | NA | NA | NA |

| Plate/Permit Number | Number of Dealer Plate Loaned | ☐ Lease Buyout (Insp. Not Required) | Selling Price |
|---|---|---|---|
| NA | NA | | S NA |

**DEALER INFORMATION** *(Print Name and Address)*

Superb Motors Inc 215 Northern Blvd Great Neck NY 11021

**PURCHASER INFORMATION** *(Print Name and Address)*           Date of Sale

Team Auto Sales LLC 4360 US RT 9 Freehold NJ 07728      6/9/23

**PRIOR OWNER INFORMATION** *(Print Name and Address Source of Ownership)*     Date of Purchase

H&H Auto Sales Inc 115 S 2 St Unit 10 Bayshore NY 11706     3/14/23

**ODOMETER DISCLOSURE STATEMENT**

Federal and state laws require that you state the mileage of the vehicle described on this certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage may result in fines and/or imprisonment.

The odometer on the vehicle described above has: ☐ 5 digits ☒ 6 digits, not including tenths

☒ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. **WARNING: ODOMETER DISCREPANCY.**"

| ODOMETER READING |
|---|
| 4 8 9 1 4 |
| (no tenths) |

**DEALER CERTIFICATION:**

*I certify:* The vehicle described above was sold to the purchaser on the date indicated. At the time of delivery the purchaser was entitled to register the vehicle. This vehicle complied with equipment requirements of the Commissioner's Regulations. At the time of delivery, such equipment was in condition and repair to render satisfactory and adequate service on the public highway under normal use. Equipment certification does not apply to a vehicle sold as new, wholesale, or salvage. All New York State and local taxes due as a result of this sale have been collected from the purchaser. False statements made herein are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - (SIGN full name) | PRINT full name of dealer or authorized rep. | Date | Dealer Facility No. |
|---|---|---|---|
| *(signature)* | Superb Motors Inc | 6/9/23 | 7128150 |

| PURCHASER - (SIGN full name) | PRINT full name of purchaser | Date | Selling Dealer NYS Sales Tax No. |
|---|---|---|---|
| *(signature)* | Team Auto Sales LLC | 6/9/23 | 862372229 |

**PART 2 — DEALER COPY**

MV-50 (03/04)

*ANY CHANGE OR ALTERATION VOIDS THIS CERTIFICATE*

NON TRANSFERABLE

PURCHASER **TEAM AUTO SALES**
ADDRESS **4360 US ROUTE 9**
CITY **FREEHOLD**   STATE **NJ**   ZIP **77280**
RES. PHONE
BUS. PHONE
E-MAIL
MOBILE NO.   DATE **06/09/2023**

PLEASE ENTER MY ORDER FOR THE FOLLOWING DESCRIBED
MOTOR VEHICLE: ☐ NEW ☒ USED ☐ DEMO ☐ RENTAL ☐ FACTORY OFFICIAL

**RETAIL BUYERS ORDER**

SUPERB MOTORS INC
215 Northern Blvd
Great Neck, NY 11021

DEAL NO. **12970**   CUSTOMER NO. **1001676**

MILEAGE ON PURCHASED VEHICLE **48914**
Accurate Unless Marked Not Accurate   ☐ ☐ NOT ACCURATE

VEHICLE SOLD:

| MAKE | YEAR | MODEL | BODY TYPE | COLOR | TRIM | STK NO. | SERIAL NO. |
|------|------|-------|-----------|-------|------|---------|------------|
| MERCEDES-BENZ | 2018 | SL | ROADSTER | WHITE | SL 550 | SU1006 | WDDJK7DA4JF052861 |

**TRADE IN RECORD - TRADE 1**

| | | | |
|---|---|---|---|
| YEAR N/A | MAKE N/A | MODEL N/A | TYPE N/A |

VIN # N/A

MILEAGE (Accurate Unless Marked Not Accurate) ☐ ☐ NOT ACCURATE **N/A**   Salvage Vehicle? ☐ YES

BALANCES OWED $ **N/A**   (Good Until) **N/A**   Trade In Allowance **N/A**

**TRADE IN RECORD - TRADE 2**

| | | | |
|---|---|---|---|
| YEAR N/A | MAKE N/A | MODEL N/A | TYPE N/A |

VIN # N/A

MILEAGE (Accurate Unless Marked Not Accurate) ☐ ☐ NOT ACCURATE **N/A**   Salvage Vehicle? ☐ YES

BALANCED OWED $ **N/A**   (Good Until **N/A**)   Trade In Allowance **N/A**

REMARKS:

| | |
|---|---|
| PRICE OF VEHICLE | $ 52,999.00 |
| OTHER GOODS AND SERVICES | |
| N/A | N/A |
| N/A | N/A |
| N/A | N/A |
| N/A | N/A |
| N/A | N/A |
| N/A | N/A |
| N/A | N/A |
| N/A | N/A |
| N/A | N/A |
| N/A | N/A |
| DOCUMENTARY SERVICE FEE | N/A |
| TOTAL PRICE | 52,999.00 |
| TRADE-IN ALLOWANCES | ( N/A ) |

**DEPOSIT (PARTIAL PAYMENT) RECEIPT** - Purchaser hereby provides to the Dealer the sum of $ **52,999.00** as Non-Refundable Deposit/Partial Payment for the vehicle described above. If this Receipt is for a Deposit, Dealer will refrain from selling the described vehicle for _____ days from the date of Deposit
X_____

**NEGATIVE EQUITY DISCLOSURE & CONSENT** - I am aware that the balance owed on my trade-in vehicle or the amount owed on my lease turn in vehicle exceeds the trade-in allowance from the dealer. As a result, I have requested that the "Total Due" be increased by the difference, $ **52,999.00**
(known as negative equity) X **N/A**

**ARBITRATION** - I agree that any dispute arising from this transaction will go to arbitration and I have executed a detailed arbitration agreement which is fully incorporated herein. **Arbitration is not required for the purchase or financing of your vehicle.**
X_____

| | | |
|---|---|---|
| TAX/FASE | | 52,999.00 |
| SALES TAX  0.0 | | N/A |
| TITLE FEE | | N/A |
| REGISTRATION FEE | | N/A |
| PLUS PAYOFF ON TRADE VEHICLE(S) | | N/A |
| TOTAL DUE | | 52,999.00 |
| LESS INITIAL PAYMENT CASH DOWN | $ | 52,999.00 |
| LESS REBATE/FACTORY INCENTIVE | | N/A |
| LESS REBATE/FACTORY INCENTIVE | | N/A |
| BALANCE DUE | $ | 0 |

ALL WARRANTIES. IF ANY, BY A MANUFACTURER OR SUPPLIER OTHER THAN DEALER ARE THEIRS, NOT DEALER'S, AND ONLY SUCH MANUFACTURER OR OTHER SUPPLIER SHALL BE LIABLE FOR PERFORMANCE UNDER SUCH WARRANTIES. UNLESS DEALER FURNISHES PURCHASER WITH A SEPARATE WRITTEN WARRANTY OR SERVICE CONTRACT MADE BY DEALER ON ITS OWN BEHALF, DEALER HEREBY DISCLAIMS ALL WARRANTIES. EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE IN CONNECTION WITH THE VEHICLE AND ANY RELATED PRODUCTS AND SERVICES SOLD BY DEALER. DEALER NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF THE VEHICLE AND THE RELATED PRODUCTS AND SERVICES. IN THE EVENT THAT A WRITTEN WARRANTY IS PROVIDED BY DEALER OR A SERVICE CONTRACT IS SOLD BY DEALER ON ITS OWN BEHALF, ANY IMPLIED WARRANTIES ARE LIMITED IN DURATION TO THE TERM OF THE WRITTEN WARRANTY/SERVICE CONTRACT

**CONTRACTUAL DISCLOSURE STATEMENT (USED VEHICLES ONLY)** THE INFORMATION YOU SEE ON THE WINDOW FORM FOR THIS VEHICLE IS PART OF THIS CONTRACT. INFORMATION ON THE WINDOW FORM OVERRIDES ANY CONTRARY PROVISIONS IN THE CONTRACT OF SALE. **GUÍA PARA COMPRADORES DE VEHÍCULOS USADOS. LA INFORMACIÓN QUE APARECE EN LA VENTANILLA DE ESTE VEHÍCULO FORMA PARTE DE ESTE CONTRATO. LA INFORMACIÓN CONTENIDA EN EL FORMULARIO DE LA VENTANILLA ANULA CUALQUIER PREVISION QUE ESTABLEZCA LO CONTRARIOY QUE APAREZCA EN EL CONTRATO DE VENTA.**

If the purchase of the motor vehicle described herein is to be financed this agreement is subject to credit approval and assignment of a retail installment sales contract to a financial institution, and the Annual Percentage Rate (APR) may be negotiated with dealer and dealer may receive compensation for arranging financing on customer's behalf. **These documents are fully incorporated herein (where applicable): Conditional/Spot Delivery Agreement, We Owe/Delivery Report, Used Vehicle Limited Warranty and Retail Installment Sales Contract.**
NO ORAL REPRESENTATIONS HAVE BEEN MADE TO THE PURCHASER and all terms of the agreement are contained on the front and back of this agreement and any documents incorporated herein. I have read the terms and conditions of this Agreement, both on front and back, and agree to them. I certify that I am at least 18 years old, and acknowledge receipt of a copy of this agreement
**I UNDERSTAND THAT THIS RETAIL BUYERS ORDER IS NOT BINDING UNLESS ACCEPTED BY DEALER OR HIS AUTHORIZED AGENT.**

This motor vehicle contract is executed the **09** day of **JUNE** **2023**

PURCHASER(S)   **N/A**

SALESPERSON **N/A**   ACCEPTED BY AUTHORIZED AGENT

# CERTIFICATE OF TITLE

## STATE OF ARKANSAS

Su1025

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | MODEL | | BODY TYPE |
|---|---|---|---|---|---|
| WBA4E5C59HG188797 | 2017 | BMW | 440XI | | SD |

| TITLE NUMBER | PREVIOUS TITLE NUMBER | PREV. TITLE STATE | ISSUE DATE | ODOMETER | UNLADEN WEIGHT |
|---|---|---|---|---|---|
| 761013936308 | M9078134 | CAN | 03/07/2023 | 46416 | 3885 |

MAILING ADDRESS

REMARKS

OD ACTUAL

GERMAN STARS MOTOR INC
210 W CENTER ST
BEEBE AR 72012-3204

OWNER

GERMAN STARS MOTOR INC
210 W CENTER ST
BEEBE AR 72012-3204

OWNER'S SIGNATURE (IF JOINT OWNERSHIP, BOTH MUST SIGN)
THIS TITLE MUST BE SIGNED UPON RECEIPT BY OWNERS

VEHICLE IDENTIFICATION NUMBER



TITLE NUMBER



The Department of Finance and Administration, State of Arkansas, hereby certifies that the applicant named hereon is duly registered as the owner of the vehicle described above. From the statements of the owner and the records on file with this department the hereon described vehicle is subject to the liens enumerated hereon.

In Witness Whereof, I have affixed my hand and seal.

COMMISSIONER OF REVENUE

SRO6006 15183301

VOID IF ALTERED

Federal and State law requires that you state the mileage in connection with the transfer or ownership.
Failure to complete or providing a false statement may result in fines and or imprisonment.

## Title Assignment by Owner(s)

**TITLE ASSIGNMENT BY OWNER AND**
The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address.

Buyer(s) Printed Name **Superb Motors Inc**

Buyer(s) Printed Address **215 Northern Blvd**
**Great Neck NY 11021**

with warranty to be free of all encumbrances except as follows:

LIEN IN FAVOR OF _____

Address _____

DESCRIPTION OF VEHICLE TRADED IN (IF ANY)
VEHICLE IDENTIFICATION NUMBER

YEAR_____ MAKE_____ MODEL_____
Note to Seller: A copy of this title assignment, fully completed, is sufficient to use to claim a sales tax credit toward the purchase of another vehicle.

**ODOMETER DISCLOSURE** I certify that to the best of my knowledge that the odometer reading provided in the box below is the actual mileage of the vehicle unless one of the following statements is checked:

Odometer Reading (no tenths) ☐ EXCEEDS MECHANICAL LIMITS. The mileage stated is in excess of the odometer's mechanical limits.

**46423**

☐ WARNING – ODOMETER DISCREPANCY
The odometer is not the actual mileage.

BILL OF SALE Date of Sale **3/10/23**

Full Sales Price of this Vehicle $_____

Less Trade In $_____

Net Taxable Trade Difference $_____

Seller(s) Printed Name **German Stars Motor Inc** Krishna Gotta

Seller(s) Printed Address **210 West Center St, Beebe, Arkansas 72012**

Seller(s) Signature _____

"I am aware of the above odometer certification made by the seller"

Buyer's Printed Name **Yvonne McCley**

Buyer's Signature _____

## First Dealer Reassignment

**TITLE ASSIGNMENT BY DEALER AND**
The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address.

Buyer(s) Printed Name _____

Buyer(s) Printed Address _____

with warranty to be free of all encumbrances except as follows:

LIEN IN FAVOR OF _____

Address _____

DESCRIPTION OF VEHICLE TRADED IN (IF ANY)
VEHICLE IDENTIFICATION NUMBER

YEAR_____ MAKE_____ MODEL_____

**ODOMETER DISCLOSURE** I certify that to the best of my knowledge that the odometer reading provided in the box below is the actual mileage of the vehicle unless one of the following statements is checked:

Odometer Reading (no tenths) ☐ EXCEEDS MECHANICAL LIMITS. The mileage stated is in excess of the odometer's mechanical limits.

☐ WARNING – ODOMETER DISCREPANCY
The odometer is not the actual mileage.

BILL OF SALE Date of Sale _____

Full Sales Price of this Vehicle $_____

Less Trade In $_____

Net Taxable Trade Difference $_____

Dealer's Printed Name _____

Dealer's License Number _____

Dealer's Signature _____

"I am aware of the above odometer certification made by the dealer"

Buyer's Printed Name _____

Buyer's Signature _____

## Second Dealer Reassignment

**TITLE ASSIGNMENT BY DEALER AND**
The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address.

Buyer(s) Printed Name _____

Buyer(s) Printed Address _____

with warranty to be free of all encumbrances except as follows:

LIEN IN FAVOR OF _____

Address _____

DESCRIPTION OF VEHICLE TRADED IN (IF ANY)
VEHICLE IDENTIFICATION NUMBER

YEAR_____ MAKE_____ MODEL_____

**ODOMETER DISCLOSURE** I certify that to the best of my knowledge that the odometer reading provided in the box below is the actual mileage of the vehicle unless one of the following statements is checked:

Odometer Reading (no tenths) ☐ EXCEEDS MECHANICAL LIMITS. The mileage stated is in excess of the odometer's mechanical limits.

☐ WARNING – ODOMETER DISCREPANCY
The odometer is not the actual mileage.

BILL OF SALE Date of Sale _____

Full Sales Price of this Vehicle $_____

Less Trade In $_____

Net Taxable Trade Difference $_____

Dealer's Printed Name _____

Dealer's License Number _____

Dealer's Signature _____

"I am aware of the above odometer certification made by the dealer"

Buyer's Printed Name _____

Buyer's Signature _____

NOT A TRANSFER - COPY ONLY

New York State Department of Motor Vehicles

## RETAIL CERTIFICATE OF SALE

**TYPE OF SALE**
☐ WHOLESALE *OR* ☐ RETAIL:
☐ New ☑ Used ☐ Demo ☐ Salvage

No. **62512170**

SU 1025

### VEHICLE INFORMATION:

| Year | Make | Model | Body Type | Color | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|-------|------------------|-----------|-----------|------------------------|
| 2017 | BMW | 440 | 4 Dr D | B R | 3568 | G | 6 | 5 |

| Vehicle Identification Number | Lien(s) | Inspection Certificate Number | Date of Inspection | Inspection Station Number |
|---|---|---|---|---|
| W B A 4 E 5 C 5 9 H G 1 8 8 7 9 7 | LO | — | — | — |

| Plate/Permit Number | Number of Dealer Plate Loaned | ☐ Lease Buyout (Insp. Not Required) | Selling Price $ — |
|---|---|---|---|
| — | | | |

### DEALER INFORMATION (Print Name and Address)

Superb Motors Inc  215 Northern Blvd Great Neck  11021

### PURCHASER INFORMATION (Print Name and Address)

Team Auto Sales LLC  4360 US RT9  Freehold NJ 07728

Date of Sale: 6.15.23

### PRIOR OWNER INFORMATION (Print Name and Address Source of Ownership)

German Stars Motor Inc  218 W Center St  beebee AR 72012

Date of Purchase: 3.10.23

### ODOMETER DISCLOSURE STATEMENT

Federal and state laws require that you state the mileage of the vehicle described on this certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage may result in fines and/or imprisonment.

The odometer on the vehicle described above has:  ☐ 5 digits  ☑ 6 digits, not including tenths

☑ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. WARNING: ODOMETER DISCREPANCY."

**ODOMETER READING**
4 6 4 2 3
(no tenths)

### DEALER CERTIFICATION:

*I certify:* The vehicle described above was sold to the purchaser on the date indicated. At the time of delivery the purchaser was entitled to register the vehicle. This vehicle complied with equipment requirements of the Commissioner's Regulations. At the time of delivery, such equipment was in condition and repair to render satisfactory and adequate service on the public highway under normal use. Equipment certification does not apply to a vehicle sold as new, wholesale, or salvage. All New York State and local taxes due as a result of this sale have been collected from the purchaser. False statements made herein are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - (SIGN full name) | PRINT full name of dealer or authorized rep. | Date | Dealer Facility No. |
|---|---|---|---|
| *[signature]* | Superb Motors Inc | 6.15.23 | 7128150 |

| PURCHASER - (SIGN full name) | PRINT full name of purchaser | Date | Selling Dealer NYS Sales Tax No. |
|---|---|---|---|
| *[signature]* | Team Auto Sales LLC | 6.15.23 | 86237229 |

**PART 2 — DEALER COPY**

MV-50 (03/04)

*ANY CHANGE OR ALTERATION VOIDS THIS CERTIFICATE*

NON TRANSFERABLE

SY1060

DAIMLER TRUST
PO BOX 685
ROANOKE          TX 76262

006669

# CERTIFICATE OF TITLE

## NEW YORK STATE

dmv.ny.gov

**COPY / NOT TRANSFERABLE**

**VOID IF ALTERED**

| Title and Identification No. | Year | Make | Model Code | Body/Hull | * * LIENS * * |
|---|---|---|---|---|---|
| W1K7X6BB7LA016406 | 2020 | ME/BE | N/A | 4DSD | Document No. |
| W1K7X6BB7LA016406 | | | | | 413140T |

| Color | Wt./Sts./Lgth. | Fuel | Cyl./Prop. | New or Used | Type of Title | Date Issued |
|---|---|---|---|---|---|---|
| GY | 4470 | GAS | 6 | NEW | VEHICLE | 2/10/20 |

Name and Address of Owner(s)

**ODOMETER READING:** 00055
00055

DAIMLER TRUST
PO BOX 685
ROANOKE TX      76262

**ACTUAL MILEAGE**

This document is your proof of ownership for this vehicle, boat or manufactured home. Keep it in a safe place, not with your license or registration or in your vehicle or boat. To dispose of your vehicle, boat or manufactured home, complete the transfer section on the back and give this title to the new owner.

Lienholder                          Lienholder

DAIMLER TITLE CO      **01**
PO BOX 997545
SACRAMENTO      CA 95899              * ONE LIEN RECORDED *

Lienholder                          Lienholder

* ONE LIEN RECORDED *              * ONE LIEN RECORDED *

MV-999 (1/15)

## DEPARTMENT OF MOTOR VEHICLES

**ANY CHANGE OR ERASURE WILL VOID THIS TITLE -- ANY FALSE STATEMENT IS A MISDEMEANOR**

## SECTION I - Transfer by Owner

**ODOMETER DISCLOSURE STATEMENT**

*Note: This vehicle cannot be registered or titled in the name of the new owner unless mileage is disclosed.*
**Federal and State Law require that you state the mileage of the vehicle described on this certificate when transferring ownership.
Failure to do so, or providing a false statement, may result in fines and/or imprisonment.**

I certify that, to the best of my knowledge, this odometer reading *(check one):*
- ☑ 1. reflects the ACTUAL MILEAGE as seen on the odometer on the front.
- ☐ 2. EXCEEDS MECHANICAL LIMITS (odometer started over at zero)
- ☐ 3. not the actual mileage. WARNING - ODOMETER DISCREPANCY.

**ODOMETER READING**

41147

*(no tenths)*

**ODOMETER HAS SPACE FOR:** *(Check one)*
- ☐ Five Digits, *excluding tenths*
- ☑ Six Digits, *excluding tenths*

## DAMAGE DISCLOSURE STATEMENT (To be Completed by Owner Named on Face of Title)

I certify that, to the best of my knowledge, this vehicle ☐ has been or ☑ has not been wrecked, destroyed or damaged to such an extent that the total estimate or actual cost of parts and labor to rebuild or reconstruct the vehicle to the condition it was in before an accident, and for legal operation on the road or highways, is more than 75% of the retail value of the vehicle at the time of loss. (Checking the "has" box means that the vehicle must have an anti-theft examination before being registered and that the title issued will have the statement "Rebuilt Salvage: NY" on it.)

I or we transfer the vehicle, boat or manufactured home described on this certificate. At the time of transfer, this title is subject only to the liens or encumbrances listed on this certificate, if any. I also certify that this is the most recent title issued for this vehicle, boat or manufactured home.
*Note: Section 2113 of the Vehicle and Traffic Law requires that application for a title must be made within 30 days of transfer.*

| Seller | Seller's Signature | | Seller's Name *(Print in Full)* | | |
|---|---|---|---|---|---|
| | ЭНІАТ | | STEPHANIE HIATT as Daimler Trust | | |
| | Street Address | City | State | ZIP code | Date of Statement 3-23-23 |

| Buyer | Buyer's Signature | | Buyer's Name *(Print in Full)* | | |
|---|---|---|---|---|---|
| | | | Superb Motors Inc | | |
| | Street Address | City | State | ZIP code | Date of Statement 3-23-23 |

## SECTION II - Reassignment by Manufactured Home Dealer or Registered Boat Dealer or Out-of-State Dealer

**ODOMETER DISCLOSURE STATEMENT**

*Note: This vehicle cannot be registered or titled in the name of the new owner unless mileage is disclosed.*
**Federal and State Law require that you state the mileage of the vehicle described on this certificate when transferring ownership.
Failure to do so, or providing a false statement, may result in fines and/or imprisonment.**

I certify that, to the best of my knowledge, this odometer reading *(check one):*
- ☐ 1. reflects the ACTUAL MILEAGE of the vehicle described on the front.
- ☐ 2. EXCEEDS MECHANICAL LIMITS (odometer started over at zero)
- ☐ 3. not the actual mileage. WARNING - ODOMETER DISCREPANCY.

**ODOMETER READING**

*(no tenths)*

**ODOMETER HAS SPACE FOR:** *(Check one)*
- ☐ Five Digits, *excluding tenths*
- ☐ Six Digits, *excluding tenths*

I or we transfer the vehicle, boat or manufactured home described on this certificate. At the time of transfer, this title is subject only to the liens or encumbrances listed on this certificate, if any. I also certify that this is the most recent title issued for this vehicle, boat or manufactured home.
*Note: Section 2113 of the Vehicle and Traffic Law requires that application for a title must be made within 30 days of transfer.*

| Seller | Seller's Signature | | Seller's Name *(Print in Full)* | | |
|---|---|---|---|---|---|
| | Street Address | City | State | ZIP code | Date of Statement |

| Buyer | Buyer's Signature | | Buyer's Name *(Print in Full)* | | |
|---|---|---|---|---|---|
| | Street Address | City | State | ZIP code | Date of Statement |

MV-999 (1/15)      L 2425041

Boat Dealer's
Facility #

01    '68062

New York State Department of Motor Vehicles          01127      021020
## NOTICE OF RECORDED LIEN

| I.D. Number | Year | Make |
|---|---|---|
| W1K7X6BB7LA016406 | 2020 | ME/BE |

| 4470 Wgt./Lgth. | GAS Fuel | 6 Cyl/Prop. | 4DSD Body/Hull | GY Color |
|---|---|---|---|---|

DAIMLER TITLE CO
PO BOX 997545
SACRAMENTO          CA 95899

Owner: If you have moved and have not yet notified this Department of your new address, cross out the address shown and print your new address in its place.

### OWNER

DAIMLER TRUST
PO BOX 685
ROANOKE TX          76262

### ADDITIONAL LIENHOLDERS



The following information applies only to the lienholder shown in the box above.

☒ Our security interest in the vehicle, boat or manufactured home described in this notice has been satisfied.

☐ We have assumed ownership of this vehicle, boat or manufactured home. We are transferring ownership to:

☐ We have assigned our security interest in this vehicle, boat or manufactured home to:

Lien Filing Code
**Daimler Title Co**

Name _____  Date of Assignment _____

No. and Street _____

City _____ State _____ Zip _____

Authorized Signature _____  Date  MAR 1 6 2023

If you are the owner named on this notice, you can keep this notice with the Certificate of Title and when you sell the vehicle, boat or manufactured home, give the transferred Title AND this original Notice of Recorded Lien to the new owner. To obtain a lien-free Title before then, return your current Title, this original Notice of Recorded Lien and a $20.00 fee to: NYS DMV, Title Bureau, 6 Empire State Plaza, Albany NY 12228-0330. (Check or money order should be made payable to the Commissioner of Motor Vehicles.)

If you cannot locate the Title for the vehicle, boat or manufactured home, you must apply for a duplicate. You may apply for a duplicate by completing form MV-902 (available at a DMV office or on our web site at www.dmv.ny.gov) and mailing it with a $20.00 check or money order AND this original Notice of Recorded Lien to the DMV Title Bureau at the above address.

If your address has **not** changed since you last registered the vehicle and your registration shows your current address, you may be able to apply for a duplicate title on line. For more information, please visit www.dmv.ny.gov.

MV-901 (4/12)

Mercedes-Benz Financial Services

February 1, 2023

To Whom It May Concern:

Late on November 30, 2001, Mercedes-Benz Credit Corporation, a Delaware corporation, merged into a company which then merged into DaimlerChrysler Services North America LLC, a Michigan limited liability company ("DCSNA").

The lien holder name for the time period from 12/01/01 through 12/31/05 was:
DaimlerChrysler Services NA LLC (Federal ID# 38-3536414)

Early on January 1, 2006, DCSNA merged into DaimlerChrysler Financial Services Americas LLC, a Michigan limited liability company ("DCFSA").

The lien holder name of the time period from 01/01/06 through 09/30/07 was:
DC Financial Services Americas LLC (Federal ID# 20-2614244)

On October 1, 2007, DCFSA assigned its interest in the vehicle under discussion to DCFS USA LLC, a Delaware limited liability company.

The lien holder name for the time period from 10/01/07 through 11/14/10 is:
DCFS USA LLC (Federal ID# 20-8653034)

On November 15, 2010, DCFS USA LLC changed its name to Mercedes-Benz Financial Services USA LLC.

Our lien holder name as of 11/15/10 is:
Mercedes-Benz FinServUSALLC (Federal ID# 20-8653034)

Lease vehicles are titled under the owner name of:

For the time period between 12/01/01 through 09/30/07:
DCFS TRUST* (Federal ID# 52-2101307)
In the State of VA: Bank of New York (Delaware) as the Trustee of DCFS TRUST*.

* Between the period of 07/01/06 and 10/01/07 the lien holder name for lease vehicles should read US Bank as Coll. Agt. EXCEPT in AL and WI where the name should read US Bank. In AR, LA, MO, NE, and WY, the lienholder name should be DCFS Trust. In AK, CO, DC, and KS there should be NO LIEN listed.

As of 10/01/07:
Daimler Trust** (Federal ID# 20-7458816)
In the State of VA: Bank of New York (Delaware) as the trustee of Daimler Trust**.

As of 2/1/2023:
Mercedes-Benz Vehicle Trust** (Federal ID# 88-6223935)

Mercedes-Benz Vehicle Trust is the successor by merger to Daimler Trust.
Collateral Title Co. was formerly known as Daimler Title Co.

**The lien holder name for lease vehicles should read Collateral Title Co. in all states EXCEPT KS, MD, MO, NE, NV, & SD.

Sincerely,

Ghelda Mireles
Title Representative

Mercedes-Benz Financial Services USA LLC, authorized servicer for Mercedes-Benz Vehicle Trust.

54-001-1589 (02/23)

Mercedes-Benz Financial Services USA LLC
14372 Heritage Parkway
Fort Worth, TX 76177
Phone No. (800) 654-6222
www.mbfs.com

| TYPE OF SALE | | New York State Department of Motor Vehicles | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|

☐ WHOLESALE *OR* ☐ RETAIL:
☐ New ☑ Used ☐ Demo ☐ Salvage

**RETAIL CERTIFICATE OF SALE**

SU1060

**VEHICLE INFORMATION:**   No. 62512167

| Year | Make | Model | Body Type | Color | Weight (Unladen) | Fuel Type: | Cylinders | Adult Seating Capacity |
|---|---|---|---|---|---|---|---|---|
| 2020 | ME BE | GT 53 | 4DSD | GY | 4470 | G | 6 | 5 |

| Vehicle Identification Number | Lien(s) | Inspection Certificate Number | Date of Inspection | Inspection Station Number |
|---|---|---|---|---|
| W1K7X6BB71A016406 | LO | NA | NA | NA |

| Plate/Permit Number | Number of Dealer Plate Loaned | Lease Buyout (Insp. Not Required) | Selling Price |
|---|---|---|---|
| NA | NA | ☐ | $ NA |

**DEALER INFORMATION** *(Print Name and Address)*

Superto Motors Inc. 215 Northern Blvd Great Neck NY 11021

**PURCHASER INFORMATION** *(Print Name and Address)*

Team Auto Sales LLC 4360 US RT 9 Freehold NJ 07728

Date of Sale 6/9/23

**PRIOR OWNER INFORMATION** *(Print Name and Address Source of Ownership)*

Daimler Trust P.O. Box 685 Roanoke TX 76262

Date of Purchase 3/23/23

**ODOMETER DISCLOSURE STATEMENT**

Federal and state laws require that you state the mileage of the vehicle described on this certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage may result in fines and/or imprisonment.

The odometer on the vehicle described above has: ☐ 5 digits ☑ 6 digits, not including tenths

☑ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. **WARNING: ODOMETER DISCREPANCY.**"

ODOMETER READING
4 1 1 4 7
(no tenths)

**DEALER CERTIFICATION:**

*I certify:* The vehicle described above was sold to the purchaser on the date indicated. At the time of delivery the purchaser was entitled to register the vehicle. This vehicle complied with equipment requirements of the Commissioner's Regulations. At the time of delivery, such equipment was in condition and repair to render satisfactory and adequate service on the public highway under normal use. Equipment certification does not apply to a vehicle sold as new, wholesale, or salvage. All New York State and local taxes due as a result of this sale have been collected from the purchaser. False statements made herein are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - (SIGN full name) | PRINT full name of dealer or authorized rep | Date | Dealer Facility No. |
|---|---|---|---|
| | Superto Motors Inc | 6 9 23 | 7128150 |

| PURCHASER - (SIGN full name) | PRINT full name of purchaser | Date | Selling Dealer NYS Sales Tax No. |
|---|---|---|---|
| | Team Auto Sales LLC | 6 9 23 | 862372229 |

**PART 2 — DEALER COPY**

MV-50 (03/04)

*ANY CHANGE OR ALTERATION VOIDS THIS CERTIFICATE*

NON TRANSFERABLE

PURCHASER **TEAM AUTO SALES**

ADDRESS **4360 US ROUTE 9**

CITY **FREEHOLD**  STATE **NJ**  ZIP **77280**

RES. PHONE

BUS. PHONE

E-MAIL  DATE **06/09/2023**

MOBILE NO.

PLEASE ENTER MY ORDER FOR THE FOLLOWING DESCRIBED

MOTOR VEHICLE:  [ ] NEW  [x] USED  [ ] DEMO  [ ] RENTAL  [ ] FACTORY OFFICIAL

VEHICLE SOLD:

**RETAIL BUYERS ORDER**

SUPERB MOTORS INC

215 Northern Blvd

Great Neck, NY 11021

DEAL NO. **12970**  CUSTOMER NO. **1001676**

MILEAGE ON PURCHASED VEHICLE **41147**

Accurate Unless Marked Not Accurate  [ ] NOT ACCURATE

| MAKE | YEAR | MODEL | BODY TYPE | COLOR | TRIM | STK NO. | SERIAL NO. |
|------|------|-------|-----------|-------|------|---------|------------|
| MERCEDES-BENZ | 2020 | AMG GT | COUPE | GREY | BASE | SU1060 | W1K7X6BB7LA016406 |

**TRADE IN RECORD - TRADE 1**

| YEAR N/A | MAKE N/A | MODEL N/A | TYPE N/A |
|---|---|---|---|

VIN # **N/A**

MILEAGE - Accurate Unless Marked Not Accurate)  [ ] NOT ACCURATE **N/A**  Salvage Vehicle? [ ] YES

BALANCED OWED $ **N/A**  (Good Until) **N/A**  Trade-In Allowance **N/A**

**TRADE IN RECORD - TRADE 2**

| YEAR N/A | MAKE N/A | MODEL N/A | TYPE N/A |
|---|---|---|---|

VIN # **N/A**

MILEAGE (Accurate Unless Marked Not Accurate)  [ ] NOT ACCURATE **N/A**  Salvage Vehicle? [ ] YES

BALANCED OWED $ **N/A**  (Good Until **N/A**  Trade-In Allowance **N/A**

REMARKS:

| | |
|---|---|
| PRICE OF VEHICLE | 67,424.00 |
| OTHER GOODS AND SERVICES | |
| N/A | N/A |
| N/A | N/A |
| N/A | N/A |
| N/A | N/A |
| N/A | N/A |
| N/A | N/A |
| N/A | N/A |
| N/A | N/A |
| N/A | N/A |
| N/A | N/A |
| DOCUMENTARY SERVICE FEE | N/A |
| TOTAL PRICE | 67,424.00 |
| TRADE IN ALLOWANCES | ( N/A ) |

DEPOSIT (PARTIAL PAYMENT) RECEIPT - Purchaser hereby provides to the Dealer the sum of $ **67,424.00** as Non-Refundable Deposit/Partial Payment for the vehicle described above. If this Receipt is for a Deposit, Dealer will refrain from selling the described vehicle for_____days from the date of Deposit

X

NEGATIVE EQUITY DISCLOSURE & CONSENT - I am aware that the balance owed on my trade-in vehicle or the amount owed on my lease turn in vehicle exceeds the trade-in allowance from the dealer. As a result, I have requested that the "Total Due" be increased by the difference. $ **67,424.00**
(known as negative equity)  X **N/A**

ARBITRATION - I agree that any dispute arising from this transaction will go to arbitration and I have executed a detailed arbitration agreement which is fully incorporated herein. **Arbitration is not required for the purchase or financing of your vehicle.**
X

| | | |
|---|---|---|
| TAX BASE | | 67,424.00 |
| SALES TAX 0.0 | | N/A |
| TITLE FEE | | N/A |
| REGISTRATION FEE | | N/A |
| PLUS PAYOFF ON TRADE VEHICLE(S) | | N/A |
| TOTAL DUE | | 67,424.00 |
| LESS INITIAL PAYMENT CASH DOWN | $ | 67,424.00 |
| LESS REBATE/FACTORY INCENTIVE | | N/A |
| LESS REBATE/FACTORY INCENTIVE | | N/A |
| BALANCE DUE | $ | 0 |

ALL WARRANTIES, IF ANY, BY A MANUFACTURER OR SUPPLIER OTHER THAN DEALER ARE THEIRS, NOT DEALER'S, AND ONLY SUCH MANUFACTURER OR OTHER SUPPLIER SHALL BE LIABLE FOR PERFORMANCE UNDER SUCH WARRANTIES. UNLESS DEALER FURNISHES PURCHASER WITH A SEPARATE WRITTEN WARRANTY OR SERVICE CONTRACT MADE BY DEALER ON ITS OWN BEHALF, DEALER HEREBY DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE IN CONNECTION WITH THE VEHICLE AND ANY RELATED PRODUCTS AND SERVICES SOLD BY DEALER. DEALER NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF THE VEHICLE AND THE RELATED PRODUCTS AND SERVICES. IN THE EVENT THAT A WRITTEN WARRANTY IS PROVIDED BY DEALER OR A SERVICE CONTRACT IS SOLD BY DEALER ON ITS OWN BEHALF, ANY IMPLIED WARRANTIES ARE LIMITED IN DURATION TO THE TERM OF THE WRITTEN WARRANTY/SERVICE CONTRACT.

CONTRACTUAL DISCLOSURE STATEMENT (USED VEHICLES ONLY) THE INFORMATION YOU SEE ON THE WINDOW FORM FOR THIS VEHICLE IS PART OF THIS CONTRACT. INFORMATION ON THE WINDOW FORM OVERRIDES ANY CONTRARY PROVISIONS IN THE CONTRACT OF SALE. GUÍA PARA COMPRADORES DE VEHÍCULOS USADOS. LA INFORMACIÓN QUE APARECE EN LA VENTANILLA DE ESTE VEHÍCULO FORMA PARTE DE ESTE CONTRATO. LA INFORMACIÓN CONTENIDA EN EL FORMULARIO DE LA VENTANULA ANULA CUALQUIER PREVISION QUE ESTABLEZCA LO CONTRARIOY QUE APAREZCA EN EL CONTRATO DE VENTA.

If the purchase of the motor vehicle described herein is to be financed this agreement is subject to credit approval and assignment of a retail installment sales contract to a financial institution, and the Annual Percentage Rate (APR) may be negotiated with dealer and dealer may receive compensation for arranging financing on customer's behalf. **These documents are fully incorporated herein (where applicable): Conditional/Spot Delivery Agreement. We Owe/Delivery Report, Used Vehicle Limited Warranty and Retail Installment Sales Contract.**

NO ORAL REPRESENTATIONS HAVE BEEN MADE TO THE PURCHASER and all terms of the agreement are contained on the front and back of this agreement and any documents incorporated herein. I have read the terms and conditions of this Agreement, both on front and back, and agree to them. I certify that I am at least 18 years old, and acknowledge receipt of a copy of this agreement.

**I UNDERSTAND THAT THIS RETAIL BUYERS ORDER IS NOT BINDING UNLESS ACCEPTED BY DEALER OR HIS AUTHORIZED AGENT.**

This motor vehicle contract is executed this **09** day of **JUNE**  **2023**

PURCHASER(S)  **N/A**

SALESPERSON **N/A**

ACCEPTED BY AUTHORIZED AGENT

NON-TRANSFERABLE COPY (watermark)

Original

# CERTIFICATE OF TITLE

## STATE OF ARKANSAS

SU1065 

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | MODEL | | BODY TYPE |
|---|---|---|---|---|---|
| SALGS2RE3KA519794 | 2019 | LNDR | RANGE ROVER | | UT |
| **TITLE NUMBER** | **PREVIOUS TITLE NUMBER** | **PREV. TITLE STATE** | **ISSUE DATE** | **ODOMETER** | **UNLADEN WEIGHT** |
| 761013959746 | M9917642 | CAN | 03/16/2023 | 59256 | 5254 |

MAILING ADDRESS

REMARKS

OD ACTUAL

GERMAN STARS MOTOR INC
210 W CENTER ST
BEEBE AR 72012-3204

OWNER

GERMAN STARS MOTOR INC
210 W CENTER ST
BEEBE AR 72012-3204

OWNER'S SIGNATURE (IF JOINT OWNERSHIP, BOTH MUST SIGN)
THIS TITLE MUST BE SIGNED UPON RECEIPT BY OWNERS

VEHICLE IDENTIFICATION NUMBER



TITLE NUMBER



The Department of Finance and Administration, State of Arkansas, hereby certifies that the applicant named hereon is duly registered as the owner of the vehicle described above. From the statements of the owner and the records on file with this department the hereon described vehicle is subject to the liens enumerated hereon.

In Witness Whereof, I have affixed my hand and seal.

*Charles L. Collins*

COMMISSIONER OF REVENUE

15210088
SRC5006

VOID IF ALTERED

Federal and State law requires that you state the mileage in connection with the transfer or ownership.
Failure to complete or providing a false statement may result in fines and or imprisonment.

## TITLE ASSIGNMENT BY OWNER AND

**Title Assignment by Owner(s)**

The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address.

Buyer(s) Printed Name _Superb Motors Inc._

Buyer(s) Printed Address _215 Northern Blvd_
_Great Neck   NY   11021_

with warranty to be free of all encumbrances except as follows:

LIEN IN FAVOR OF _____

Address_____

DESCRIPTION OF VEHICLE TRADED IN (IF ANY)
VEHICLE IDENTIFICATION NUMBER

YEAR_____ MAKE_____ MODEL_____

Note to Seller: A copy of this title assignment, fully completed, is sufficient to use to claim a sales tax credit toward the purchase of another vehicle.

### ODOMETER DISCLOSURE  I certify that to the best of my knowledge that the odometer reading provided in the box below is the actual mileage of the vehicle unless one of the following statements is checked:

Odometer Reading (no tenths) _59276_

[ ] EXCEEDS MECHANICAL LIMITS. The mileage stated is in excess of the odometer's mechanical limits.

[ ] WARNING – ODOMETER DISCREPANCY
The odometer is not the actual mileage.

BILL OF SALE Date of Sale _3-24-23_

Full Sales Price of this Vehicle   $

Less Trade In   $

Net Taxable Trade Difference   $

Seller(s) Printed Name _Christina Gott_

Seller(s) Printed Address   German Stars Motor Inc.
210 West Center St, Beebe, Arkansas 72012

Seller(s) Signature_____

"I am aware of the above odometer certification made by the seller"

Buyer's Printed Name _Yvonne McCoy_

Buyer's Signature_____

## TITLE ASSIGNMENT BY DEALER AND

**First Dealer Reassignment**

The undersigned hereby certifies that the vehicle has been transferred to the following printed name and address.

Buyer(s) Printed Name_____

Buyer(s) Printed Address_____

with warranty to be free of all encumbrances except as follows:

LIEN IN FAVOR OF _____

Address_____

DESCRIPTION OF VEHICLE TRADED IN (IF ANY)
VEHICLE IDENTIFICATION NUMBER

YEAR_____ MAKE_____ MODEL_____

### ODOMETER DISCLOSURE  I certify that to the best of my knowledge that the odometer reading provided in the box below is the actual mileage of the vehicle unless one of the following statements is checked:

Odometer Reading (no tenths)

[ ] EXCEEDS MECHANICAL LIMITS. The mileage stated is in excess of the odometer's mechanical limits.

[ ] WARNING – ODOMETER DISCREPANCY
The odometer is not the actual mileage.

BILL OF SALE Date of Sale

Full Sales Price of this Vehicle   $

Less Trade In   $

Net Taxable Trade Difference   $

Dealer's Printed Name_____

Dealer's License Number_____

Dealer's Signature_____

"I am aware of the above odometer certification made by the dealer"

Buyer's Printed Name_____

Buyer's Signature_____

## TITLE ASSIGNMENT BY DEALER AND

**Second Dealer Reassignment**

The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address.

Buyer(s) Printed Name_____

Buyer(s) Printed Address_____

with warranty to be free of all encumbrances except as follows:

LIEN IN FAVOR OF _____

Address_____

DESCRIPTION OF VEHICLE TRADED IN (IF ANY)
VEHICLE IDENTIFICATION NUMBER

YEAR_____ MAKE_____ MODEL_____

### ODOMETER DISCLOSURE  I certify that to the best of my knowledge that the odometer reading provided in the box below is the actual mileage of the vehicle unless one of the following statements is checked:

Odometer Reading (no tenths)

[ ] EXCEEDS MECHANICAL LIMITS. The mileage stated is in excess of the odometer's mechanical limits.

[ ] WARNING – ODOMETER DISCREPANCY
The odometer is not the actual mileage.

BILL OF SALE Date of Sale

Full Sales Price of this Vehicle   $

Less Trade In   $

Net Taxable Trade Difference   $

Dealer's Printed Name_____

Dealer's License Number_____

Dealer's Signature_____

"I am aware of the above odometer certification made by the dealer"

Buyer's Printed Name_____

Buyer's Signature_____

NOT COPY NOT TRANSFERABLE

| TYPE OF SALE | New York State Department of Motor Vehicles |
|---|---|
| ☐ WHOLESALE *OR* ☐ RETAIL:<br>☐ New ☑ Used ☐ Demo ☐ Salvage | **RETAIL CERTIFICATE OF SALE** 541065 |

**VEHICLE INFORMATION:** No. 62512165

| Year | Make | Model | Body Type | Color | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|---|---|---|---|---|---|---|---|---|
| 2019 | LAND ROVER | Range Rover | SUV | Blue | 5254 | G | 8 | 5 |

| Vehicle Identification Number | Lien(s) | Inspection Certificate Number | Date of Inspection | Inspection Station Number |
|---|---|---|---|---|
| SALGS2RE3KA519794LO | | NA | NA | ND |

| Plate/Permit Number | Number of Dealer Plate Loaned | ☐ Lease Buyout (Insp. Not Required) | Selling Price |
|---|---|---|---|
| NA | | | $ NA |

**DEALER INFORMATION** *(Print Name and Address)*

SUPERB MOTORS INC 215 Northern BLVD Great NECK NY 11021

**PURCHASER INFORMATION** *(Print Name and Address)* | Date of Sale

Team Auto Sales LLC 4360 US RT 9 Freehold NJ 07728 | 6/9/23

**PRIOR OWNER INFORMATION** *(Print Name and Address Source of Ownership)* | Date of Purchase

GERMAN STARS MTR INC 210 W. Center St Beebe AK 72012 | 3-24-23

**ODOMETER DISCLOSURE STATEMENT**

Federal and state laws require that you state the mileage of the vehicle described on this certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage may result in fines and/or imprisonment.

The odometer on the vehicle described above has: ☐ 5 digits ☑ 6 digits, not including tenths

☑ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. WARNING: ODOMETER DISCREPANCY."

ODOMETER READING

5 9 2 7 6 (no tenths)

**DEALER CERTIFICATION:**

*I certify:* The vehicle described above was sold to the purchaser on the date indicated. At the time of delivery the purchaser was entitled to register the vehicle. This vehicle complied with equipment requirements of the Commissioner's Regulations. At the time of delivery, such equipment was in condition and repair to render satisfactory and adequate service on the public highway under normal use. Equipment certification does not apply to a vehicle sold as new, wholesale, or salvage. All New York State and local taxes due as a result of this sale have been collected from the purchaser. False statements made herein are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER *(or authorized representative)* - *(SIGN full name)* | PRINT full name of dealer or authorized rep | Date | Dealer Facility No. |
|---|---|---|---|
| | Superb Motors INC | 4/9/23 | 7128150 |

| PURCHASER - *(SIGN full name)* | PRINT full name of purchaser | Date | Selling Dealer NYS Sales Tax No. |
|---|---|---|---|
| | Team Auto Sales LLC | 6/9/23 | 362372229 |

**PART 2 — DEALER COPY**

*ANY CHANGE OR ALTERATION VOIDS THIS CERTIFICATE*

MV-50 (03/04)

NON TRANSFERABLE

PURCHASER **TEAM AUTO SALES**

ADDRESS **4360 US ROUTE 9**

CITY **FREEHOLD** STATE **NJ** ZIP **77280**

RES. PHONE

BUS. PHONE

E-MAIL DATE **06/09/2023**

MOBILE NO.

**RETAIL BUYERS ORDER**

SUPERB MOTORS INC

215 Northern Blvd

Great Neck, NY 11021

PLEASE ENTER MY ORDER FOR THE FOLLOWING DESCRIBED

MOTOR VEHICLE: ☐ NEW ☒ USED ☐ DEMO ☐ RENTAL ☐ FACTORY OFFICIAL

VEHICLE SOLD:

DEAL NO. **12970**       CUSTOMER NO. **1001676**

MILEAGE ON PURCHASED VEHICLE **59276**

Accurate Unless Marked Not Accurate     [ ] NOT ACCURATE

| MAKE | YEAR | MODEL | BODY TYPE | COLOR | TRIM | STK NO. | SERIAL NO. |
|------|------|-------|-----------|-------|------|---------|------------|
| LAND ROVER | 2019 | RANGE ROVER | UTILITY | BLUE | 5.0L V8 SUPERCHARG | SU1065 | SALGS2RE3KA519794 |

| TRADE IN RECORD - TRADE 1 | | | | | PRICE OF VEHICLE | | | 60,424.00 |
|---|---|---|---|---|---|---|---|---|

YEAR **N/A** MAKE **N/A** MODEL **N/A** TYPE **N/A**

VIN # **N/A**

MILEAGE (Accurate Unless Marked Not Accurate) [ ] NOT ACCURATE **N/A**  Salvage Vehicle? [ ] YES

BALANCED OWED $ **N/A**   (Good Until) **N/A**   ; Trade-In Allowance **N/A**

TRADE IN RECORD - TRADE 2

YEAR **N/A** MAKE **N/A** MODEL **N/A** TYPE **N/A**

VIN # **N/A**

MILEAGE (Accurate Unless Marked Not Accurate) [ ] NOT ACCURATE **N/A**  Salvage Vehicle? [ ] YES

BALANCED OWED $ **N/A**   (Good Until) **N/A**   ; Trade-In Allowance **N/A**

REMARKS:

| | | |
|---|---|---|
| OTHER GOODS AND SERVICES | | |
| N/A | | N/A |
| N/A | | N/A |
| N/A | | N/A |
| N/A | | N/A |
| N/A | | N/A |
| N/A | | N/A |
| N/A | | N/A |
| N/A | | N/A |
| N/A | | N/A |
| N/A | | N/A |
| DOCUMENTARY SERVICE FEE | | N/A |
| TOTAL PRICE | | 60,424.00 |
| TRADE IN ALLOWANCES | | ( N/A ) |

**DEPOSIT (PARTIAL PAYMENT) RECEIPT** - Purchaser hereby provides to the Dealer the sum of $ **60,424.00** as Non-Refundable Deposit/Partial Payment for the vehicle described above. If this Receipt is for a Deposit, Dealer will refrain from selling the described vehicle for _____ days from the date of Deposit X _____

**NEGATIVE EQUITY DISCLOSURE & CONSENT** - I am aware that the balance owed on my trade-in vehicle or the amount owed on my lease turn in vehicle exceeds the trade-in allowance from the dealer. As a result, I have requested that the "Total Due" be increased by the difference. $ **60,424.00** (known as negative equity). X **N/A**

**ARBITRATION** - I agree that any dispute arising from this transaction will go to arbitration and I have executed a detailed arbitration agreement which is fully incorporated herein. Arbitration is not required for the purchase or financing of your vehicle. X _____

| | | |
|---|---|---|
| TAX BASE | | 60,424.00 |
| SALES TAX  0.0 | | N/A |
| TITLE FEE | | N/A |
| REGISTRATION FEE | | N/A |
| PLUS PAYOFF ON TRADE VEHICLE(S) | | N/A |
| TOTAL DUE | | 60,424.00 |
| LESS INTIAL PAYMENT CASH DOWN | $ | 60,424.00 |
| LESS REBATE/FACTORY INCENTIVE | | N/A |
| LESS REBATE/FACTORY INCENTIVE | | N/A |
| BALANCE DUE | $ | 0 |

ALL WARRANTIES, IF ANY, BY A MANUFACTURER OR SUPPLIER OTHER THAN DEALER ARE THEIRS, NOT DEALER'S, AND ONLY SUCH MANUFACTURER OR OTHER SUPPLIER SHALL BE LIABLE FOR PERFORMANCE UNDER SUCH WARRANTIES. UNLESS DEALER FURNISHES PURCHASER WITH A SEPARATE WRITTEN WARRANTY OR SERVICE CONTRACT MADE BY DEALER ON ITS OWN BEHALF, DEALER HEREBY DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE IN CONNECTION WITH THE VEHICLE AND ANY RELATED PRODUCTS AND SERVICES SOLD BY DEALER. DEALER NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF THE VEHICLE AND THE RELATED PRODUCTS AND SERVICES. IN THE EVENT THAT A WRITTEN WARRANTY IS PROVIDED BY DEALER OR A SERVICE CONTRACT IS SOLD BY DEALER ON ITS OWN BEHALF, ANY IMPLIED WARRANTIES LIMITED IN DURATION TO THE TERM OF THE WRITTEN WARRANTY/SERVICE CONTRACT.

**CONTRACTUAL DISCLOSURE STATEMENT (USED VEHICLES ONLY)** THE INFORMATION YOU SEE ON THE WINDOW FORM FOR THIS VEHICLE IS PART OF THIS CONTRACT. INFORMATION ON THE WINDOW FORM OVERRIDES ANY CONTRARY PROVISIONS IN THE CONTRACT OF SALE. **GUÍA PARA COMPRADORES DE VEHÍCULOS USADOS. LA INFORMACION QUE APARECE EN LA VENTANILLA DE ESTE VEHÍCULO FORMA PARTE DE ESTE CONTRATO. LA INFORMACIÓN CONTENIDA EN EL FORMULARIO DE LA VENTANULA ANULA CUALQUIER PREVISION QUE ESTABLEZCA LO CONTRARIOY QUE APAREZCA EN EL CONTRATO DE VENTA.**

If the purchase of the motor vehicle described herein is to be financed this agreement is subject to credit approval and assignment of a retail installment sales contract to a financial institution, and the Annual Percentage Rate (APR) may be negotiated with dealer and dealer may receive compensation for arranging financing on customer's behalf. **These documents are fully incorporated herein (where applicable): Conditional/Spot Delivery Agreement, We Owe/Delivery Report, Used Vehicle Limited Warranty and Retail Installment Sales Contract.**

NO ORAL REPRESENTATIONS HAVE BEEN MADE TO THE PURCHASER and all terms of the agreement are contained on the front and back of this agreement and any documents incorporated herein. I have read the terms and conditions of this Agreement, both on front and back, and agree to them. I certify that I am at least 18 years old, and acknowledge receipt of a copy of this agreement.

**I UNDERSTAND THAT THIS RETAIL BUYERS ORDER IS NOT BINDING UNLESS ACCEPTED BY DEALER OR HIS AUTHORIZED AGENT.**

This motor vehicle contract is executed this **09** day of **JUNE** **2023**

PURCHASER(S) _____   **N/A**

SALESPERSON **N/A** _____   ACCEPTED BY AUTHORIZED AGENT

## CERTIFICATE OF TITLE

# STATE OF ARKANSAS

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | MODEL | BODY TYPE |
|---|---|---|---|---|
| WP0AF2A74GL082172 | 2016 | PORS | PANAMERA | SD |

| TITLE NUMBER | PREVIOUS TITLE NUMBER | PREV. TITLE STATE | ISSUE DATE | ODOMETER | UNLADEN WEIGHT |
|---|---|---|---|---|---|
| 761014050795 | CAN | CAN | 04/14/2023 | 35595 | 4244 |

MAILING ADDRESS

GERMAN STARS MOTOR INC
210 W CENTER ST
BEEBE AR 72012-3204

REMARKS

OD ACTUAL

OWNER

GERMAN STARS MOTOR INC
210 W CENTER ST
BEEBE AR 72012-3204

OWNER'S SIGNATURE (IF JOINT OWNERSHIP, BOTH MUST SIGN)
THIS TITLE MUST BE SIGNED UPON RECEIPT BY OWNERS

VEHICLE IDENTIFICATION NUMBER



TITLE NUMBER



The Department of Finance and Administration, State of Arkansas, hereby certifies that the applicant named hereon is duly registered as the owner of the vehicle described above. From the statements of the owner and the records on file with this department the hereon described vehicle is subject to the liens enumerated hereon.

In Witness Whereof, I have affixed my hand and seal.

Charles S. Collins

COMMISSIONER OF REVENUE

SR6006 15291864

VOID IF ALTERED

Federal and State law requires that you state the mileage in connection with the transfer or ownership.
Failure to complete or providing a false statement may result in fines or imprisonment.

## Title Assignment by Owner(s)

### TITLE ASSIGNMENT BY OWNER AND
The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address.

Buyer(s) Printed Name **Superb Motors Inc**

Buyer(s) Printed Address **215 Northern Blvd**
**Great Neck NY 11021**

with warranty to be free of all encumbrances except as follows:
LIEN IN FAVOR OF _____

Address _____

DESCRIPTION OF VEHICLE TRADED IN (IF ANY)
VEHICLE IDENTIFICATION NUMBER

YEAR_____ MAKE_____ MODEL_____
Note to Seller: A copy of this title assignment, fully completed, is sufficient to use to claim a sales tax credit toward the purchase of another vehicle.

### ODOMETER DISCLOSURE
I certify that to the best of my knowledge that the odometer reading provided in the box below is the actual mileage of the vehicle unless one of the following statements is checked:

Odometer Reading (no tenths) **85633**

☐ EXCEEDS MECHANICAL LIMITS. The mileage stated is in excess of the odometer's mechanical limits.

☐ WARNING – ODOMETER DISCREPANCY
The odometer is not the actual mileage.

BILL OF SALE Date of Sale **4-28-23**
Full Sales Price of this Vehicle $ _____
Less Trade In $ _____
Net Taxable Trade Difference $ _____
Seller(s) Printed Name **Christina Gotto**
**German Stars Motor Inc**
Seller(s) Printed Address **210 West Center St. Beebe, Arkansas 72012**
Seller(s) Signature _____

"I am aware of the above odometer certification made by the seller"
Buyer's Printed Name **Yvonne McCoy**
Buyer's Signature _____

## First Dealer Reassignment

### TITLE ASSIGNMENT BY DEALER AND
The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address.

Buyer(s) Printed Name _____

Buyer(s) Printed Address _____

with warranty to be free of all encumbrances except as follows:
LIEN IN FAVOR OF _____

Address _____

DESCRIPTION OF VEHICLE TRADED IN (IF ANY)
VEHICLE IDENTIFICATION NUMBER

YEAR_____ MAKE_____ MODEL_____

### ODOMETER DISCLOSURE
I certify that to the best of my knowledge that the odometer reading provided in the box below is the actual mileage of the vehicle unless one of the following statements is checked:

Odometer Reading (no tenths)

☐ EXCEEDS MECHANICAL LIMITS. The mileage stated is in excess of the odometer's mechanical limits.

☐ WARNING – ODOMETER DISCREPANCY
The odometer is not the actual mileage.

BILL OF SALE Date of Sale
Full Sales Price of this Vehicle $ _____
Less Trade In $ _____
Net Taxable Trade Difference $ _____
Dealer's Printed Name _____
Dealer's License Number _____
Dealer's Signature _____

"I am aware of the above odometer certification made by the dealer"
Buyer's Printed Name _____
Buyer's Signature _____

## Second Dealer Reassignment

### TITLE ASSIGNMENT BY DEALER AND
The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address.

Buyer(s) Printed Name _____

Buyer(s) Printed Address _____

with warranty to be free of all encumbrances except as follows:
LIEN IN FAVOR OF _____

Address _____

DESCRIPTION OF VEHICLE TRADED IN (IF ANY)
VEHICLE IDENTIFICATION NUMBER

YEAR_____ MAKE_____ MODEL_____

### ODOMETER DISCLOSURE
I certify that to the best of my knowledge that the odometer reading provided in the box below is the actual mileage of the vehicle unless one of the following statements is checked:

Odometer Reading (no tenths)

☐ EXCEEDS MECHANICAL LIMITS. The mileage stated is in excess of the odometer's mechanical limits.

☐ WARNING – ODOMETER DISCREPANCY
The odometer is not the actual mileage.

BILL OF SALE Date of Sale
Full Sales Price of this Vehicle $ _____
Less Trade In $ _____
Net Taxable Trade Difference $ _____
Dealer's Printed Name _____
Dealer's License Number _____
Dealer's Signature _____

"I am aware of the above odometer certification made by the dealer"
Buyer's Printed Name _____
Buyer's Signature _____

NOT COPY CERTIFIED — NOT TRANSFERABLE

**TYPE OF SALE**
☐ WHOLESALE *OR* ☐ RETAIL:
☐ New ☒ Used ☐ Demo ☐ Salvage

New York State Department of Motor Vehicles
## RETAIL CERTIFICATE OF SALE

No. **62512165** S U I 148

### VEHICLE INFORMATION:

| Year | Make | Model | Body Type | Color | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|-------|------------------|-----------|-----------|------------------------|
| 2016 | Porsche | Panamera | Sedan | BK | 4244 | G | 8 | 5 |

| Vehicle Identification Number | Lien(s) | Inspection Certificate Number | Date of Inspection | Inspection Station Number |
|---|---|---|---|---|
| W P O A F 2 A 7 4 G L 0 8 2 1 7 2 L o | NA | NA | NA | NA |

| Plate/Permit Number | Number of Dealer Plate Loaned | ☐ Lease Buyout (Insp. Not Required) | Selling Price $ NA |
|---|---|---|---|
| NA | NA | | |

### DEALER INFORMATION *(Print Name and Address)*

Superb Motors inc 215 Northern Blvd Great Neck NY 11021

### PURCHASER INFORMATION *(Print Name and Address)*

Loam auto Sales LLC 4360 US RT 9 Freehold NJ 07728

Date of Sale **6 13 23**

### PRIOR OWNER INFORMATION *(Print Name and Address Source of Ownership)*

German STARS MTR INC 210 W Center ST Beebe AK 72012

Date of Purchase **4 28 23**

### ODOMETER DISCLOSURE STATEMENT

Federal and state laws require that you state the mileage of the vehicle described on this certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage may result in fines and/or imprisonment.

The odometer on the vehicle described above has: ☐ 5 digits ☒ 6 digits, not including tenths

☒ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. **WARNING: ODOMETER DISCREPANCY.**"

**ODOMETER READING**

| 3 | 5 | 6 | 3 | 3 |
|---|---|---|---|---|

(no tenths)

### DEALER CERTIFICATION:

*I certify:* The vehicle described above was sold to the purchaser on the date indicated. At the time of delivery the purchaser was entitled to register the vehicle. This vehicle complied with equipment requirements of the Commissioner's Regulations. At the time of delivery, such equipment was in condition and repair to render satisfactory and adequate service on the public highway under normal use. Equipment certification does not apply to a vehicle sold as new, wholesale, or salvage. All New York State and local taxes due as a result of this sale have been collected from the purchaser. False statements made herein are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER *(or authorized representative)* - *(SIGN full name)* | PRINT full name of dealer or authorized rep | Date | Dealer Facility No. |
|---|---|---|---|
| *[signature]* | Superb Motors inc | 6 13 23 | 7128150 |

| PURCHASER *(SIGN full name)* | PRINT full name of purchaser | Date | Selling Dealer NYS Sales Tax No. |
|---|---|---|---|
| *[signature]* | Loam auto Sales LLC | 6 13 23 | 862372229 |

### PART 2 — DEALER COPY

*ANY CHANGE OR ALTERATION VOIDS THIS CERTIFICATE*

MV-50 (03/04)

NON TRANSFERABLE

000083

SU1204

# CERTIFICATE OF TITLE

## NEW YORK STATE

dmv.ny.gov

| Title and Identification No. | Year | Make | Model Code | Body/Hull | Document No. |
|---|---|---|---|---|---|
| WBAJB1C53KB375171 WBAJB1C53KB375171 | 2019 | BMW | N/A | 4DSD | 754654Y |

| Color | Wt./Sts./Lgth. | Fuel | Cyl./Prop. | New or Used | Type of Title | Date Issued |
|---|---|---|---|---|---|---|
| WH | 3797 | GAS | 4 | USED | VEHICLE | 4/17/23 |

Name and Address of Owner(s)
SANTANDER CONSUMER
USA INC
% 275 1/2 LARK ST
ALBANY NY           12210

ODOMETER READING: 63671

ACTUAL MILEAGE   63671

This document is your proof of ownership for this vehicle, boat or manufactured home. Keep it in a safe place, not with your license or registration or in your vehicle or boat. To dispose of your vehicle, boat or manufactured home, complete the transfer section on the back and give this title to the new owner.

Lienholder

\* NO LIENS RECORDED \*

Lienholder

\* NO LIENS RECORDED \*

Lienholder

\* NO LIENS RECORDED \*

Lienholder

\* NO LIENS RECORDED \*

MV-999 (3/21)

## DEPARTMENT OF MOTOR VEHICLES

NOT TRANSFERABLE COPY — VOID IF ALTERED

**ANY CHANGE OR ERASURE WILL VOID THIS TITLE -- ANY FALSE STATEMENT IS A MISDEMEANOR**

## SECTION I - Transfer by Owner

### ODOMETER DISCLOSURE STATEMENT

*Note: This vehicle cannot be registered or titled in the name of the new owner unless mileage is disclosed.*
Federal and State Law require that you state the mileage of the vehicle described on this certificate when transferring ownership. Failure to do so, or providing a false statement, may result in fines and/or imprisonment.

I certify that, to the best of my knowledge, this odometer reading *(check one)*:
☑ 1. reflects the ACTUAL MILEAGE as seen on the odometer of the vehicle described on the front.
☐ 2. EXCEEDS MECHANICAL LIMITS (odometer started over at zero)
☐ 3. not the actual mileage. WARNING - ODOMETER DISCREPANCY.

| ODOMETER READING |
|---|
| 63671 |
| (no tenths) |

**ODOMETER HAS SPACE FOR:** *(Check one)*
☐ Five Digits, *excluding tenths*
☑ Six Digits, *excluding tenths*

### DAMAGE DISCLOSURE STATEMENT (To be Completed by Owner Named on Face of Title)

I certify that, to the best of my knowledge, this vehicle ☐ has been or ☑ has not been wrecked, destroyed or damaged to such an extent that the total estimate or actual cost of parts and labor to rebuild or reconstruct the vehicle to the condition it was in before an accident, and for legal operation on the road or highways, is more than 75% of the retail value of the vehicle at the time of loss. (Checking the "has" box means that the vehicle must have an anti-theft examination before being registered and that the title issued will have the statement "Rebuilt Salvage: NY" on it.)

I or we transfer the vehicle, boat or manufactured home described on this certificate. At the time of transfer, this title is subject only to the liens or encumbrances listed on this certificate, if any. I also certify that this is the most recent title issued for this vehicle, boat or manufactured home.
*Note: Section 2113 of the Vehicle and Traffic Law requires that application for a title must be made within 30 days of transfer.*

**Seller**

| Seller's Signature | Seller's Name (Print in Full) | SANTANDER CONSUMER USA |
|---|---|---|
| M. Schettino | M. Schettino | |
| Street Address          City | State          ZIP code | Date of Statement  4/28/23 |

**Buyer**

| Buyer's Signature | Buyer's Name (Print in Full) | Carissa Pierce - Agent |
|---|---|---|
| CP | H + H Auto Sales Inc | |
| Street Address          City  7 Rave St,  Hicksville, NY  11801 | State          ZIP code | Date of Statement  4/28/23 |

## SECTION II - Reassignment by Manufactured Home Dealer or Registered Boat Dealer or Out-of-State Dealer

### ODOMETER DISCLOSURE STATEMENT

*Note: This vehicle cannot be registered or titled in the name of the new owner unless mileage is disclosed.*
Federal and State Law require that you state the mileage of the vehicle described on this certificate when transferring ownership. Failure to do so, or providing a false statement, may result in fines and/or imprisonment.

I certify that, to the best of my knowledge, this odometer reading *(check one)*:
☐ 1. reflects the ACTUAL MILEAGE of the vehicle described on the front.
☐ 2. EXCEEDS MECHANICAL LIMITS (odometer started over at zero)
☐ 3. not the actual mileage. WARNING ODOMETER DISCREPANCY

| ODOMETER READING |
|---|
|  |
| (no tenths) |

**ODOMETER HAS SPACE FOR:** *(Check one)*
☐ Five Digits, *excluding tenths*
☐ Six Digits, *excluding tenths*

I or we transfer the vehicle, boat or manufactured home described on this certificate. At the time of transfer, this title is subject only to the liens or encumbrances listed on this certificate, if any. I also certify that this is the most recent title issued for this vehicle, boat or manufactured home.
*Note: Section 2113 of the Vehicle and Traffic Law requires that application for a title must be made within 30 days of transfer.*

**Seller**

| Seller's Signature | Seller's Name (Print in Full) | |
|---|---|---|
| Street Address          City | State          ZIP code | Date of Statement |

**Buyer**

| Buyer's Signature | Buyer's Name (Print in Full) | |
|---|---|---|
| Street Address          City | State          ZIP code | Date of Statement |

MV-999 (3/21)          M 2862780

| Boat Dealer's Facility # |
|---|

NON-TRANSFERABLE COPY

# REASSIGNMENT OF CERTIFICATE OF OWNERSHIP
## BY LICENSED NEW JERSEY MOTOR VEHICLE DEALER

(This form must be accompanied by a properly assigned title.)

**FEE: $10.00** The undersigned does hereby sell, assign or transfer unto

**TT1355768**

**Buyer's Name** (Print)  SUPERB MOTORS INC

**Buyer's Address** (Print)  215 Northern Blvd Great Neck NY 11021

Buyer's Driver's License, Corpcode Number

**Co-Buyer's Name** (Print)

Co-Buyer's Driver's License, Corpcode Number

**Co-Buyer's Address** (Print)

the following described vehicle, Audi  Make  A4  Model  2019  Year

4DR  Vehicle Type

WAUDNAF4LKN011574  Vehicle Identification Number

and warrants title to the said motor vehicle and certifies that same is subject to the following security agreement or lien:

**Lienholder's Name** (Print)

Lienholder's Driver's License, Corpcode Number

**Lienholder's Address** (Print)

Date of Sale

## ODOMETER - DEALER'S STATEMENT

NOTE: FEDERAL LAW requires that you state the mileage upon transfer of ownership. Failure to complete this disclosure or providing false information may result in fines and/or imprisonment.

I/We state that the odometer now reads ___25152___ (do not show tenths of a mile) and to the best of my/our knowledge that reflects the actual mileage of the vehicle described on the attached certificate of ownership, unless one of the following statements is checked:

___ (1) I/We hereby certify that to the best of my/our knowledge the odometer has exceeded its mechanical limits and the reading started again at zero.

___ (2) WARNING-ODOMETER DISCREPANCY-I/We hereby certify that the odometer reading is NOT the actual mileage, and should not be relied upon for accuracy.

NOTE: New Jersey law provides that anyone who knowingly or willfully misrepresents the description of a vehicle or makes a false statement in any title papers, forges, changes or counterfeits a part of title papers, or uses title papers on or for the wrong motor vehicle is guilty of a misdemeanor.

Sale Price ___  Net Sale ___  Sales Tax Collected ___  Exemption X9  Date of Sale 11/30/22

**Dealer's Signature**

**Dealer's Name** (Hand Print) Team Auto Sales LLC  Dealership Name ___  Dealer's ID Number 077164

**Dealer's Address** (Print) 4360 US RT 9 Freehold NJ 07728

Auction Name / Location ___  MVC Auction ID ___

## STATEMENT OF BUYER

I/We, the undersigned, hereby certify that the motor vehicle described above was purchased by me/us and I/we have compared the vehicle identification number shown on this certificate with that of the motor vehicle purchased and found that they agree in every particular.

**BUYER NOTE:** Any purchaser other than a N.J. licensed dealer is required to present these documents after assignment to the N.J. Motor Vehicle Commission within 10 days. Failure to do so will result in a penalty of $25.00 which will be in addition to the filing fee for a new certificate of ownership.

Buyer's Signature X ___  Co-Buyer's Signature X ___

Buyer's Name (Hand Print) EUGENE Lowe  Co-Buyer's Name (Hand Print) ___

ISM/SS-344 (R5/18)  ALTERATIONS OR ERASURES WILL VOID THIS CERTIFICATE ● AFFIX SALES TAX STAMP ON REVERSE SIDE.

## STATE OF NEW JERSEY MOTOR VEHICLE COMMISSION

COPY NON TRANSFERABLE



**TYPE OF SALE**
☐ WHOLESALE *OR* ☐ RETAIL:
☐ New ☑ Used ☐ Demo ☐ Salvage

New York State Department of Motor Vehicles
**RETAIL CERTIFICATE OF SALE**

No. 62512173          SU1204

**VEHICLE INFORMATION:**

| Year | Make | Model | Body Type | Color | Weight (Unladen) | Fuel Type: | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|-------|------------------|-----------|-----------|----------|
| 2019 | BMW | 5 Series | 4DSD | WH | 3797 | G | 4 | 5 |

| Vehicle Identification Number | Lien(s) | Inspection Certificate Number | Date of Inspection | Inspection Station Number |
|---|---|---|---|---|
| WBAJB1C53KB375171LO | NA | NA | NA | NA |

| Plate/Permit Number | Number of Dealer Plate Loaned | Lease Buyout ☐ (Insp. Not Required) | Selling Price |
|---|---|---|---|
| NA | NA | | $ NA |

**DEALER INFORMATION** (Print Name and Address)

Superb Motors INC 215 Northern Blvd Great Neck NY 11021

**PURCHASER INFORMATION** (Print Name and Address)

Loan Auto Sales LLC 4360 USRT 9 Freehold NJ 07728

Date of Sale: 7-19-23

**PRIOR OWNER INFORMATION** (Print Name and Address Source of Ownership)

H&H Auto Sales INC 1155 2 St Unit 10 Bayshore NY 11706

Date of Purchase: 6-5-23

**ODOMETER DISCLOSURE STATEMENT**

Federal and state laws require that you state the mileage of the vehicle described on this certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage may result in fines and/or imprisonment.

The odometer on the vehicle described above has: ☐ 5 digits ☑ 6 digits, not including tenths

☑ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. **WARNING: ODOMETER DISCREPANCY.**"

ODOMETER READING
6 3 6 8 0 (no tenths)

**DEALER CERTIFICATION:**
*I certify:* The vehicle described above was sold to the purchaser on the date indicated. At the time of delivery the purchaser was entitled to register the vehicle. This vehicle complied with equipment requirements of the Commissioner's Regulations. At the time of delivery, such equipment was in condition and repair to render satisfactory and adequate service on the public highway under normal use. Equipment certification does not apply to a vehicle sold as new, wholesale, or salvage. All New York State and local taxes due as a result of this sale have been collected from the purchaser. False statements made herein are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - (SIGN full name) | PRINT full name of dealer or authorized rep. | Date | Dealer No. |
|---|---|---|---|
| [signature] | Superb Motors INC | 7-19-23 | 7128150 |

| PURCHASER - (SIGN full name) | PRINT full name of purchaser | Date | Selling Dealer NYS Sales Tax No. |
|---|---|---|---|
| [signature] | Loan Auto Sales, LLC | 7-19-23 | 862.372229 |

**PART 2 — DEALER COPY**

*ANY CHANGE OR ALTERATION VOIDS THIS CERTIFICATE*

MV-50 (03/04)

NON TRANSFERABLE

☐ Salvage
MV-907A No. _____

**New York State Department of Motor Vehicles**
## WHOLESALE CERTIFICATE OF SALE RECEIPT

### No. EW33254312023

### VEHICLE INFORMATION:

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|------------------|-----------|-----------|------------------------|
| 2019 | BMW | N/A | 4DSD | WH | N/A | 3797 | G | 4 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|---|---|---|
| W B A J B 1 C 5 3 K B 3 7 5 1 7 1 0 | | N/A |

### DEALER INFORMATION

H&H AUTO SALES INC, 115 S 2 ST UNIT 10, BAYSHORE, NY, 11706, Nassau

### PURCHASER INFORMATION

SUPERB MOTORS INC, 215 NORTHERN BLVD, GREAT NECK, NY, 11021

Date of Sale
06-05-2023

### PRIOR OWNER INFORMATION

SANTANDER CONSUMER, 275 1/2 LARK ST, ALBANY, NY, 12210,
NYS Title (754654Y)

Date of Purchase
04-28-2023

### ODOMETER DISCLOSURE STATEMENT

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

☑ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. **WARNING:** ODOMETER DISCREPANCY."

| ODOMETER READING |
|---|
| 0 0 6 3 6 8 0 |
| (no tenths) |

Check your odometer reading at: **verifiny.com/check**    Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

### DEALER CERTIFICATION

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full Stacy Whitmer | Date | Seller's Facility No. |
|---|---|---|---|
| *(signature)* | H&H AUTO SALES INC | 6 5 23 | 7109019 |

### PURCHASER CONFIRMATION

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full | Date | Purchaser's Facility No. |
|---|---|---|---|
| *(signature)* | SUPERB MOTORS INC | 6 5 23 | 7128150 |

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*

Customer copy

Page 1 of 2

*(watermark: NOT TRANSFERABLE / NOT A COPY)*

### New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE

### No. EW33254312023

| VEHICLE TRANSFER HISTORY | | | | | |
|---|---|---|---|---|---|
| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
| SANTANDER CONSUMER | H&H AUTO SALES INC | | 04 / 28 / 2023 | NYST | No |



*Any change or Alteration voids this receipt*

PURCHASER **TEAM AUTO SALES**

ADDRESS **4360 US ROUTE 9**

CITY **FREEHOLD**  STATE **NJ**  ZIP **77280**

RES. PHONE

BUS. PHONE

E-MAIL  DATE **07/19/2023**

MOBILE NO.

**RETAIL BUYERS ORDER**

SUPERB MOTORS INC

215 Northern Blvd

Great Neck, NY 11021

PLEASE ENTER MY ORDER FOR THE FOLLOWING DESCRIBED

MOTOR VEHICLE: ☐ NEW ☒ USED ☐ DEMO ☐ RENTAL ☐ FACTORY OFFICIAL

DEAL NO. **13206**  CUSTOMER NO. **1001676**

MILEAGE ON PURCHASED VEHICLE **63680**

VEHICLE SOLD:  Accurate Unless Marked Not Accurate  [ ] NOT ACCURATE

| MAKE | YEAR | MODEL | BODY TYPE | COLOR | TRIM | STK NO. | SERIAL NO. |
|------|------|-------|-----------|-------|------|---------|------------|
| BMW | 2019 | 5 SERIES | SEDAN 4 DR. | WHITE | 530E XDRIVE IPERIO | SU1204 | WBAJB1C53KB375171 |

| TRADE IN RECORD - TRADE 1 | | | |
|------|------|------|------|
| YEAR N/A | MAKE N/A | MODEL N/A | TYPE N/A |

VIN # **N/A**

MILEAGE (Accurate Unless Not Accurate) [ ] NOT ACCURATE **N/A**  Salvage Vehicle? [ ] YES

BALANCED OWED $ **N/A**  (Good Until **N/A** )  Trade-In Allowance **N/A**

| TRADE IN RECORD - TRADE 2 | | | |
|------|------|------|------|
| YEAR N/A | MAKE N/A | MODEL N/A | TYPE N/A |

VIN # **N/A**

MILEAGE (Accurate Unless Marked Not Accurate) [ ] NOT ACCURATE **N/A**  Salvage Vehicle? [ ] YES

BALANCED OWED $ **N/A**  (Good Until **N/A** )  Trade-In Allowance **N/A**

REMARKS:

| | |
|---|---|
| PRICE OF VEHICLE | $ **25,049.00** |
| OTHER GOODS AND SERVICES | |
| N/A | **N/A** |
| N/A | **N/A** |
| N/A | **N/A** |
| N/A | **N/A** |
| N/A | **N/A** |
| N/A | **N/A** |
| N/A | **N/A** |
| N/A | **N/A** |
| N/A | **N/A** |
| N/A | **N/A** |
| N/A | **N/A** |
| N/A | **N/A** |
| DOCUMENTARY SERVICE FEE | **N/A** |
| TOTAL PRICE | **25,049.00** |
| TRADE-IN ALLOWANCES | ( **N/A** ) |
| TAX BASE | **25,049.00** |
| SALES TAX **0.0** % | **N/A** |
| TITLE FEE | **N/A** |
| REGISTRATION FEE | **N/A** |
| PLUS PAYOFF ON TRADE VEHICLE(S) | **N/A** |
| TOTAL DUE | **25,049.00** |
| LESS INITIAL PAYMENT CASH DOWN | $ **25,049.00** |
| LESS REBATE/FACTORY INCENTIVE | **N/A** |
| LESS REBATE/FACTORY INCENTIVE | **N/A** |
| BALANCE DUE | $ **0** |

**DEPOSIT (PARTIAL PAYMENT) RECEIPT -** Purchaser hereby provides to the Dealer the sum of $ **25,049.00** as Non-Refundable Deposit/Partial Payment for the vehicle described above. If this Receipt is for a Deposit, Dealer will refrain from selling the described vehicle for_____days from the date of Deposit.

X

**NEGATIVE EQUITY DISCLOSURE & CONSENT -** I am aware that the balance owed on my trade-in vehicle or the amount owed on my lease turn in vehicle exceeds the trade-in allowance from the dealer. As a result, I have requested that the "Total Due" be increased by the difference. $ **25,049.00** (known as negative equity). X **N/A**

**ARBITRATION -** I agree that any dispute arising from this transaction will go to arbitration and I have executed a detailed arbitration agreement which is fully incorporated herein. **Arbitration is not required for the purchase or financing of your vehicle.**

X

ALL WARRANTIES, IF ANY, BY A MANUFACTURER OR SUPPLIER OTHER THAN DEALER ARE THEIRS, NOT DEALER'S, AND ONLY SUCH MANUFACTURER OR OTHER SUPPLIER SHALL BE LIABLE FOR PERFORMANCE UNDER SUCH WARRANTIES. UNLESS DEALER FURNISHES PURCHASER WITH A SEPARATE WRITTEN WARRANTY OR SERVICE CONTRACT MADE BY DEALER ON ITS OWN BEHALF, DEALER HEREBY DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE IN CONNECTION WITH THE VEHICLE AND ANY RELATED PRODUCTS AND SERVICES SOLD BY DEALER. DEALER NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF THE VEHICLE AND THE RELATED PRODUCTS AND SERVICES. IN THE EVENT THAT A WRITTEN WARRANTY IS PROVIDED BY DEALER OR A SERVICE CONTRACT IS SOLD BY DEALER ON ITS OWN BEHALF, ANY IMPLIED WARRANTIES ARE LIMITED IN DURATION TO THE TERM OF THE WRITTEN WARRANTY/SERVICE CONTRACT.

**CONTRACTUAL DISCLOSURE STATEMENT (USED VEHICLES ONLY) THE INFORMATION YOU SEE ON THE WINDOW FORM FOR THIS VEHICLE IS PART OF THIS CONTRACT. INFORMATION ON THE WINDOW FORM OVERRIDES ANY CONTRARY PROVISIONS IN THE CONTRACT OF SALE. GUIA PARA COMPRADORES DE VEHICULOS USADOS. LA INFORMACION QUE APARECE EN LA VENTANILLA DE ESTE VEHICULO FORMA PARTE DE ESTE CONTRATO. LA INFORMACION CONTENIDA EN EL FORMULARIO DE LA VENTANULA ANULA CUALQUIER PREVISION QUE ESTABLEZCA LO CONTRARIO QUE APAREZCA EN EL CONTRATO DE VENTA.**

If the purchase of the motor vehicle described herein is to be financed this agreement is subject to credit approval and assignment of a retail installment sales contract to a financial institution, and the Annual Percentage Rate (APR) may be negotiated with dealer and dealer may receive compensation for arranging financing on customer's behalf. **These documents are fully incorporated herein (where applicable): Conditional/Spot Delivery Agreement, We Owe/Delivery Report, Used Vehicle Limited Warranty and Retail Installment Sales Contract.**

NO ORAL REPRESENTATIONS HAVE BEEN MADE TO THE PURCHASER and all terms of the agreement are contained on the front and back of this agreement and any documents incorporated herein. I have read the terms and conditions of this Agreement, both on front and back, and agree to them. I certify that I am at least 18 years old, and acknowledge receipt of a copy of this agreement.

**I UNDERSTAND THAT THIS RETAIL BUYERS ORDER IS NOT BINDING UNLESS ACCEPTED BY DEALER OR HIS AUTHORIZED AGENT.**

This motor vehicle contract is executed this **19** day of **JULY**  **2023**

PURCHASER(S)  **N/A**

SALESPERSON **N/A**  ACCEPTED BY AUTHORIZED AGENT

Original

# CERTIFICATE OF TITLE

## STATE OF ARKANSAS

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | MODEL | | BODY TYPE |
|---|---|---|---|---|---|
| WBXHT3C57K5L90705 | 2019 | BMW | X1 | | UT |

| TITLE NUMBER | PREVIOUS TITLE NUMBER | PREV. TITLE STATE | ISSUE DATE | ODOMETER | UNLADEN WEIGHT |
|---|---|---|---|---|---|
| 761014260998 | N1380111 | CAN | 06/20/2023 | 49408 | 3697 |

MAILING ADDRESS

REMARKS

OD ACTUAL

GERMAN STARS MOTOR INC
210 W CENTER ST
BEEBE AR 72012-3204

OWNER

GERMAN STARS MOTOR INC
210 W CENTER ST
BEEBE AR 72012-3204

_____
OWNER'S SIGNATURE (IF JOINT OWNERSHIP, BOTH MUST SIGN)
THIS TITLE MUST BE SIGNED UPON RECEIPT BY OWNERS

VEHICLE IDENTIFICATION NUMBER



TITLE NUMBER



The Department of Finance and Administration, State of Arkansas, hereby certifies that the applicant named hereon is duly registered as the owner of the vehicle described above. From the statements of the owner and the records on file with this department the hereon described vehicle is subject to the liens enumerated hereon.

In Witness Whereof, I have affixed my hand and seal.

Charles L. Collins

COMMISSIONER OF REVENUE

15520806
SRO0000

VOID IF ALTERED

Federal and State law requires that you state the mileage in connection with the transfer or ownership.
Failure to complete or providing a false statement may result in fines or imprisonment.

## Title Assignment by Owner(s)

**TITLE ASSIGNMENT BY OWNER AND**
The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address.

Buyer(s) Printed Name **Team Auto Sales LLC**

Buyer(s) Printed Address **4360 US Highway 9 Ste B Freehold NJ 07728**

with warranty to be free of all encumbrances except as follows:

LIEN IN FAVOR OF _____

Address _____

DESCRIPTION OF VEHICLE TRADED IN (IF ANY)
VEHICLE IDENTIFICATION NUMBER

YEAR_____ MAKE_____ MODEL_____

Note to Seller: A copy of this title assignment, fully completed, is sufficient to use to claim a sales tax credit toward the purchase of another vehicle.

**ODOMETER DISCLOSURE**  I certify that to the best of my knowledge that the odometer reading provided in the box below is the actual mileage of the vehicle unless one of the following statements is checked:

Odometer Reading (no tenths)  **49416**

☐ EXCEEDS MECHANICAL LIMITS. The mileage stated is in excess of the odometer's mechanical limits.

☐ WARNING – ODOMETER DISCREPANCY The odometer is not the actual mileage.

**BILL OF SALE** Date of Sale **7/14/23**

Full Sales Price of this Vehicle  $_____

Less Trade In  $_____

Net Taxable Trade Difference  $_____

Seller(s) Printed Name _____

German Stars Motor Inc.

Seller(s) Printed Address __210 West Center St, Beebe, Arkansas 72012__

Seller(s) Signature _____

"I am aware of the above odometer certification made by the seller"

Buyer's Printed Name _____

Buyer's Signature _____

## First Dealer Reassignment

**TITLE ASSIGNMENT BY DEALER AND**
The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address.

Buyer(s) Printed Name _____

Buyer(s) Printed Address _____

with warranty to be free of all encumbrances except as follows:

LIEN IN FAVOR OF _____

Address _____

DESCRIPTION OF VEHICLE TRADED IN (IF ANY)
VEHICLE IDENTIFICATION NUMBER

YEAR_____ MAKE_____ MODEL_____

**ODOMETER DISCLOSURE**  I certify that to the best of my knowledge that the odometer reading provided in the box below is the actual mileage of the vehicle unless one of the following statements is checked:

Odometer Reading (no tenths)

☐ EXCEEDS MECHANICAL LIMITS. The mileage stated is in excess of the odometer's mechanical limits.

☐ WARNING – ODOMETER DISCREPANCY The odometer is not the actual mileage.

**BILL OF SALE** Date of Sale

Full Sales Price of this Vehicle  $_____

Less Trade In  $_____

Net Taxable Trade Difference  $_____

Dealer's Printed Name _____

Dealer's License Number _____

Dealer's Signature _____

"I am aware of the above odometer certification made by the dealer"

Buyer's Printed Name _____

Buyer's Signature _____

## Second Dealer Reassignment

**TITLE ASSIGNMENT BY DEALER AND**
The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address.

Buyer(s) Printed Name _____

Buyer(s) Printed Address _____

with warranty to be free of all encumbrances except as follows:

LIEN IN FAVOR OF _____

Address _____

DESCRIPTION OF VEHICLE TRADED IN (IF ANY)
VEHICLE IDENTIFICATION NUMBER

YEAR_____ MAKE_____ MODEL_____

**ODOMETER DISCLOSURE**  I certify that to the best of my knowledge that the odometer reading provided in the box below is the actual mileage of the vehicle unless one of the following statements is checked:

Odometer Reading (no tenths)

☐ EXCEEDS MECHANICAL LIMITS. The mileage stated is in excess of the odometer's mechanical limits.

☐ WARNING – ODOMETER DISCREPANCY The odometer is not the actual mileage.

**BILL OF SALE** Date of Sale

Full Sales Price of this Vehicle  $_____

Less Trade In  $_____

Net Taxable Trade Difference  $_____

Dealer's Printed Name _____

Dealer's License Number _____

Dealer's Signature _____

"I am aware of the above odometer certification made by the dealer"

Buyer's Printed Name _____

Buyer's Signature _____

NON-TRANSFERABLE COPY

CCAP AUTO LEASE LTD
PO BOX 961272
FORT WORTH        TX 76161

006735

## CERTIFICATE OF TITLE

### NEW YORK STATE

dmv.ny.gov



**\* \* LIENS \* \* \***
Document No.

| Title and Identification No. | Year | Make | Model Code | Body/Hull | |
|---|---|---|---|---|---|
| ZASPAKBN5L7C91095 ZASPAKBN5L7C91095 | 2020 | AL/RO | N/A | SUBN | 663609E |

| Color | Wt./Sts./Lgth. | Fuel | Cyl./Prop. | New or Used | Type of Title | Date Issued |
|---|---|---|---|---|---|---|
| GR | 3890 | GAS | 4 | NEW | VEHICLE | 9/21/20 |

Name and Address of Owner(s)

CCAP AUTO LEASE LTD
PO BOX 961272
FORT WORTH TX        76161

**ODOMETER READING:** 00010 00010
**ACTUAL MILEAGE**

This document is your proof of ownership for this vehicle, boat or manufactured home. Keep it in a safe place, not with your license or registration or in your vehicle or boat. To dispose of your vehicle, boat or manufactured home, complete the transfer section on the back and give this title to the new owner.

Lienholder

CCAP AUTO LEASE LTD
PO BOX 961272
FT WORTH        TX 76161

Lienholder

**\* ONE LIEN RECORDED \***

Lienholder        01

**\* ONE LIEN RECORDED \***

Lienholder

**\* ONE LIEN RECORDED \***

MV-999 (1/15)

**DEPARTMENT OF MOTOR VEHICLES**

VOID IF ALTERED

COPY NOT TRANSFERABLE

**ANY CHANGE OR ERASURE WILL VOID THIS TITLE -- ANY FALSE STATEMENT IS A MISDEMEANOR**

**SECTION I - Transfer by Owner**

**ODOMETER DISCLOSURE STATEMENT**

*Note: This vehicle cannot be registered or titled in the name of the new owner unless mileage is disclosed.*
Federal and State Law require that you state the mileage of the vehicle described on this certificate when transferring ownership.
Failure to do so, or providing a false statement, may result in fines and/or imprisonment.

I certify that, to the best of my knowledge, this odometer reading *(check one)*:
- ☒ 1. reflects the ACTUAL MILEAGE as seen on the odometer of the vehicle described on the front.
- ☐ 2. EXCEEDS MECHANICAL LIMITS (odometer started over at zero)
- ☐ 3. not the actual mileage. WARNING - ODOMETER DISCREPANCY.

**ODOMETER READING**

30,341

(no tenths)

**ODOMETER HAS SPACE FOR:** *(Check one)*
- ☐ Five Digits, *excluding tenths*
- ☒ Six Digits, *excluding tenths*

**DAMAGE DISCLOSURE STATEMENT (To be Completed by Owner Named on Face of Title)**

I certify that, to the best of my knowledge, this vehicle ☐ has been or ☒ has not been wrecked, destroyed or damaged to such an extent that the total estimate or actual cost of parts and labor to rebuild or reconstruct the vehicle to the condition it was in before an accident, and for legal operation on the road or highways, is more than 75% of the retail value of the vehicle at the time of loss. (Checking the "has" box means that the vehicle must have an anti-theft examination before being registered and that the title issued will have the statement "Rebuilt Salvage: NY" on it.)

I or we transfer the vehicle, boat or manufactured home described on this certificate. At the time of transfer, this title is subject only to the liens or encumbrances listed on this certificate, if any. I also certify that this is the most recent title issued for this vehicle, boat or manufactured home.
*Note: Section 2113 of the Vehicle and Traffic Law requires that application for a title must be made within 30 days of transfer.*

| Seller | | | | | |
|---|---|---|---|---|---|
| Seller's Signature | | | Seller's Name *(Print in Full)* Chee varing Agt | | |
| Street Address | CCAP AUTO LEASE LTD | City PO BOX 961272 | State FORT WORTH TX 76161 | ZIP code | Date of Statement 4/8/23 |

| Buyer | | | | | |
|---|---|---|---|---|---|
| Buyer's Signature | | | Buyer's Name *(Print in Full)* Gold Coast Maserati Alfa Rome | | |
| Street Address 132 Northern Blvd Great Neck | | City | State NY | ZIP code 11021 | Date of Statement 4/8/23 |

**SECTION II - Reassignment by Manufactured Home Dealer or Registered Boat Dealer or Out-of-State Dealer**

**ODOMETER DISCLOSURE STATEMENT**

*Note: This vehicle cannot be registered or titled in the name of the new owner unless mileage is disclosed.*
Federal and State Law require that you state the mileage of the vehicle described on this certificate when transferring ownership.
Failure to do so, or providing a false statement, may result in fines and/or imprisonment.

I certify that, to the best of my knowledge, this odometer reading *(check one)*:
- ☐ 1. reflects the ACTUAL MILEAGE of the vehicle described on the front.
- ☐ 2. EXCEEDS MECHANICAL LIMITS (odometer started over at zero)
- ☐ 3. not the actual mileage. WARNING - ODOMETER DISCREPANCY.

**ODOMETER READING**

(no tenths)

**ODOMETER HAS SPACE FOR:** *(Check one)*
- ☐ Five Digits, *excluding tenths*
- ☐ Six Digits, *excluding tenths*

I or we transfer the vehicle, boat or manufactured home described on this certificate. At the time of transfer, this title is subject only to the liens or encumbrances listed on this certificate, if any. I also certify that this is the most recent title issued for this vehicle, boat or manufactured home.
*Note: Section 2113 of the Vehicle and Traffic Law requires that application for a title must be made within 30 days of transfer.*

| Seller | | | | | |
|---|---|---|---|---|---|
| Seller's Signature | | | Seller's Name *(Print in Full)* | | |
| Street Address | | City | State | ZIP code | Date of Statement |

| Buyer | | | | | |
|---|---|---|---|---|---|
| Buyer's Signature | | | Buyer's Name *(Print in Full)* | | |
| Street Address | | City | State | ZIP code | Date of Statement |

MV-999 (1/15)       L 4163178

Boat Dealer's Facility #

01    73746

New York State Department of Motor Vehicles
**NOTICE OF RECORDED LIEN**

00044    092120

| I.D. Number | Year | Make |
|---|---|---|
| ZASPAKBN5L7C91095 | 2020 | AL/RO |

| 3890 Wgt./Lgth. | GAS Fuel | 4 Cyl/Prop. | SUBN Body/Hull | GR Color |
|---|---|---|---|---|

CCAP AUTO LEASE LTD
PO BOX 961272
FT WORTH                TX 76161

Owner: If you have moved and have not yet notified this Department of your new address, cross out the address shown and print your new address in its place.

**OWNER**

CCAP AUTO-LEASE-LTD
PO BOX 961272
FORT WORTH TX    76161

**ADDITIONAL LIENHOLDERS**

The following information applies only to the lienholder shown in the box above.

[✓] Our security interest in the vehicle, boat or manufactured home described in this notice has been satisfied.

[ ] We have assumed ownership of this vehicle, boat or manufactured home. We are transferring ownership to:

[ ] We have assigned our security interest in this vehicle, boat or manufactured home to:

Lien Filing Code
CCAP AUTO LEASE LTD

Name                        Date of Assignment

No. and Street

City        State        Zip
            MAY  1 6 2023
Authorized Signature        Date

NOT TRANSFERABLE

If you are the owner named on this notice, you can keep this notice with the Certificate of Title and when you sell the vehicle, boat or manufactured home, give the transferred Title AND this original Notice of Recorded Lien to the new owner. To obtain a lien-free Title before then, return your current Title, this original Notice of Recorded Lien and a $20.00 fee to: NYS DMV, Title Bureau, 6 Empire State Plaza, Albany, NY 12228-0330. (Check or money order should be made payable to the Commissioner of Motor Vehicles.)

If you cannot locate the Title for the vehicle, boat or manufactured home, you must apply for a duplicate. You may apply for a duplicate by completing form MV-902 (available at a DMV office or on our web site at www.dmv.ny.gov) AND this original Notice of Recorded Lien to the DMV Title Bureau at the above address.

If your address has **not** changed since you last registered the vehicle and your registration shows your current address, you may be able to apply for a duplicate title on line. For more information, please visit www.dmv.ny.gov.

MV-901 (4/12)

☐ Salvage
MV-907A No. _____

**New York State Department of Motor Vehicles**
## WHOLESALE CERTIFICATE OF SALE RECEIPT

### No. EW34289332023

**VEHICLE INFORMATION:**

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|------------------|-----------|-----------|------------------------|
| 2020 | AURO | N/A | SUBN | GR | N/A | 3890 | G | 4 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|---|---|---|
| Z A S P A K B N 5 L 7 C 9 1 0 9 5 0 | | N/A |

**DEALER INFORMATION**

GOLD COAST ALFA ROME GOLD COAST MASERATI, 732 NORTHERN BLVD, GREAT NECK, NY, 11021, Nassau

**PURCHASER INFORMATION**

ROYAL COAST AUTOMOBILE GROUP INC, 235 ROBBINS LANE J, SYOSSET, NY, 11791

Date of Sale
07-17-2023

**PRIOR OWNER INFORMATION**

CGAP AUTO LEASE LTD , PO BOX 961272, CORT WORTH, TX, 76161,
NYS Title (863609E)

Date of Purchase
04-08-2023

**ODOMETER DISCLOSURE STATEMENT**

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

☑ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. WARNING:
ODOMETER DISCREPANCY."

| ODOMETER READING |
|---|
| 0 0 3 0 3 4 1 |
| (no tenths) |

Check your odometer reading at: verifiny.com/check    Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

**DEALER CERTIFICATION**

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) – SIGN name in full | PRINT name in full | Date | Seller's Facility No. |
|---|---|---|---|
| *[signature]* | GOLD COAST ALFA ROME GOLD COAST MASERATI | 7/17/23 | 7118766 |

**PURCHASER CONFIRMATION**

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER – SIGN name in full | PRINT name in full | Date | Purchaser's Facility No. |
|---|---|---|---|
| *[signature]* | ROYAL COAST AUTOMOBILE GROUP INC | 7/17/23 | 7121983 |

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*

Duplicate copy

NON TRANSFERABLE COPY

New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE

### No. EW34289332023

VEHICLE TRANSFER HISTORY

| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Sell NY State |
|---|---|---|---|---|---|
| GOLD COAST ALFA ROME GOLD COAST MASERATI | ROYAL COAST AUTOMOBILE GROUP INC | 7118766 | 07 / 17 / 2023 | EMV50 | No |
| CCAP AUTO LEASE LTD | GOLD COAST ALFA ROMEGOLD COAST MASERATI | | 04 / 08 / 2023 | NYST | No |
| WESTBURY FIAT LLC | CCAP AUTO LEASE LTD | 7111673 | 08 / 12 / 2020 | EMV50 | No |
| FCA US LLC | WESTBURY FIAT LLC | | 07 / 29 / 2020 | MCO | No |

*Any change or Alteration voids this receipt*

Duplicate copy

Page 2 of 2

☐ Salvage
MV-907A No. _____

**New York State Department of Motor Vehicles**
## WHOLESALE CERTIFICATE OF SALE RECEIPT

### No. EW34289742023

**VEHICLE INFORMATION:**

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|------------------|-----------|-----------|------------------------|
| 2020 | AURO | N/A | SUBN | GR | N/A | 3890 | G | 4 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|---|---|---|
| Z A S P A K B N 5 L 7 C 9 1 0 9 5 0 | | N/A |

**DEALER INFORMATION**

ROYAL COAST AUTOMOBILE GROUP INC, 235 ROBBINS LANE J, SYOSSET, NY, 11791, Nassau

**PURCHASER INFORMATION**

TEAM AUTO SALES LLC, 4360 US HIGHWAY 9 B, FREEHOLD, NJ, 07728

Date of Sale
07-17-2023

**PRIOR OWNER INFORMATION**

GOLD COAST ALFA ROME, 732 NORTHERN BLVD, GREAT NECK, NY, 11021, NASS
Electronic MV-50 Number (EW34289332023)

Date of Purchase
07-17-2023

**ODOMETER DISCLOSURE STATEMENT**

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

☑ I certify that, to the best of my knowledge, this odometer reading reflects the ACTUAL MILEAGE of the vehicle described above

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. WARNING: ODOMETER DISCREPANCY."

| ODOMETER READING | | | | | | |
|---|---|---|---|---|---|---|
| 0 | 0 | 3 | 0 | 3 | 5 | 7 |

(no tenths)

Check your odometer reading at: | verifiny.com/check | Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346).

**DEALER CERTIFICATION**

I certify that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full | Date | Seller's Facility No. |
|---|---|---|---|
| | ROYAL COAST AUTOMOBILE GROUP INC | | 7121983 |

**PURCHASER CONFIRMATION**

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full | Date | Purchaser's Facility No. |
|---|---|---|---|
| | TEAM AUTO SALES LLC | | |

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*

Duplicate copy

Page 1 of 2

New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE

### No. EW34289742023

VEHICLE TRANSFER HISTORY

| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
|--------|-----------|------------------|---------------|---------------|---------------|
| ROYAL COAST AUTOMOBILE GROUP INC | TEAM AUTO SALES LLC | 7121983 | 07 / 17 / 2023 | EMV50 | Yes |
| GOLD COAST ALFA ROME GOLD COAST MASERATI | ROYAL COAST AUTOMOBILE GROUP INC | 7118766 | 07 / 17 / 2023 | EMV50 | No |
| CCAP AUTO LEASE LTD | GOLD COAST ALFA ROMEGOLD COAST MASERATI | | 04 / 08 / 2023 | NYS | No |
| WESTBURY FIAT LLC | CCAP AUTO LEASE LTD | 7111673 | 08 / 12 / 2020 | EMV50 | No |
| FCA US LLC | WESTBURY FIAT LLC | | 07 / 29 / 2020 | MCO | No |

*Any change or Alteration voids this receipt*

Duplicate copy

☐ Salvage
MV-907A No. _____

New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE RECEIPT

### No. EW34289742023

**VEHICLE INFORMATION:**

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|------------------|-----------|-----------|------------------------|
| 2020 | ALFRO | N/A | SUBN | GR | N/A | 3890 | G | 4 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|---|---|---|
| Z A S P A K B N 5 L 7 C 9 1 0 9 5 0 | | N/A |

**DEALER INFORMATION**

ROYAL COAST AUTOMOBILE GROUP INC, 235 ROBBINS LANE J, SYOSSET, NY, 11791, Nassau

**PURCHASER INFORMATION**

TEAM AUTO SALES LLC, 4360 US HIGHWAY 9 B, FREEHOLD, NJ, 07728

Date of Sale
07-17-2023

**PRIOR OWNER INFORMATION**

GOLD COAST ALFA ROME, 732 NORTHERN BLVD, GREAT NECK, NY, 11021, NASS
Electronic MV-50 Number (EW34289332023)

Date of Purchase
07-17-2023

**ODOMETER DISCLOSURE STATEMENT**

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

☑ I certify that, to the best of my knowledge, this odometer reading reflects the ACTUAL MILEAGE of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. WARNING: ODOMETER DISCREPANCY."

| ODOMETER READING |
|---|
| 0  0  3  0  3  5  7 |
| (no tenths) |

Check your odometer reading at: | verifiny.com/check | Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

**DEALER CERTIFICATION**

I certify that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full | Date | Seller's Facility No. |
|---|---|---|---|
| *(signature)* | ROYAL COAST AUTOMOBILE GROUP INC | 7/17/23 | 7121983 |

**PURCHASER CONFIRMATION**

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full | Date | Purchaser's Facility No. |
|---|---|---|---|
| | TEAM AUTO SALES LLC | | |

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*

Duplicate copy

New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE

### No. EW34289742023

VEHICLE TRANSFER HISTORY

| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
|---|---|---|---|---|---|
| ROYAL COAST AUTOMOBILE GROUP INC | TEAM AUTO SALES LLC | 7121983 | 07 / 17 / 2023 | EMV50 | Yes |
| GOLD COAST ALFA ROME GOLD COAST MASERATI | ROYAL COAST AUTOMOBILE GROUP INC | 7118766 | 07 / 17 / 2023 | EMV50 | No |
| CCAP AUTO LEASE LTD | GOLD COAST ALFA ROMEGOLD COAST MASERATI | | 04 / 08 / 2023 | NYS? | No |
| WESTBURY FIAT LLC | CCAP AUTO LEASE LTD | 7111673 | 08 / 12 / 2020 | EMV50 | No |
| FCA US LLC | WESTBURY FIAT LLC | | 07 / 29 / 2020 | MCO | No |

*Any change or Alteration voids this receipt*

Duplicate copy

NISSAN INFINITI LT
NILT INC TRUSTEE
PO BOX 254648
SACRAMENTO          CA 95865

008062

# CERTIFICATE OF TITLE

## NEW YORK STATE

dmv.ny.gov

| Title and Identification No. | Year | Make | Model Code | Body/Hull | Document No. |
|---|---|---|---|---|---|
| 5N1DL0MM6LC528999 5N1DL0MM6LC528999 | 2020 | INFIN | N/A | SUBN | 163086Z |

| Color | Wt./Sts./Lgth. | Fuel | Cyl./Prop. | New or Used | Type of Title | Date Issued |
|---|---|---|---|---|---|---|
| BL | 4422 | GAS | 6 | NEW | VEHICLE | 1/21/20 |

Name and Address of Owner(s)
NISSAN INFINITI LT
NILT INC TRUSTEE
PO BOX 254648
SACRAMENTO CA     95865

ODOMETER READING:   00002
                    00002
ACTUAL MILEAGE

COPY NOT TRANSFERABLE

VOID IF ALTERED



This document is your proof of ownership for this vehicle, boat or manufactured home. Keep it in a safe place, not with your license or registration or in your vehicle or boat. To dispose of your vehicle, boat or manufactured home, complete the transfer section on the back and give this title to the new owner.

Lienholder _____

Lienholder _____

* NO LIENS RECORDED *

* NO LIENS RECORDED *

Lienholder _____

Lienholder _____

* NO LIENS RECORDED *

* NO LIENS RECORDED *

MV-999 (1/15)

DEPARTMENT OF MOTOR VEHICLES

## ANY CHANGE OR ERASURE WILL VOID THIS TITLE -- ANY FALSE STATEMENT IS A MISDEMEANOR

### SECTION I - Transfer by Owner

**ODOMETER DISCLOSURE STATEMENT**

*Note: This vehicle cannot be registered or titled in the name of the new owner unless mileage is disclosed.*
**Federal and State Law require that you state the mileage of the vehicle described on this certificate when transferring ownership. Failure to do so, or providing a false statement, may result in fines and/or imprisonment.**

**ODOMETER READING**
51249
(no tenths)

I certify that, to the best of my knowledge, this odometer reading *(check one)*:
☑ 1. reflects the ACTUAL MILEAGE as seen on the odometer of the vehicle described on the front.
☐ 2. EXCEEDS MECHANICAL LIMITS (odometer started over at zero)
☐ 3. not the actual mileage. WARNING - ODOMETER DISCREPANCY.

**ODOMETER HAS SPACE FOR:** *(Check one)*
☐ Five Digits, *excluding tenths*
☑ Six Digits, *excluding tenths*

**DAMAGE DISCLOSURE STATEMENT (To be Completed by Owner Named on Face of Title)**

I certify that, to the best of my knowledge, this vehicle ☐ has been or ☑ has not been wrecked, destroyed or damaged to such an extent that the total estimate or actual cost of parts and labor to rebuild or reconstruct the vehicle to the condition it was in before an accident, and for legal operation on the road or highways, is more than 75% of the retail value of the vehicle at the time of loss. (Checking the "has" box means that the vehicle must have an anti-theft examination before being registered and that the title issued will have the statement "Rebuilt Salvage: NY" on it.)

I or we transfer the vehicle, boat or manufactured home described on this certificate. At the time of transfer, this title is subject only to the liens or encumbrances listed on this certificate, if any. I also certify that this is the most recent title issued for this vehicle, boat or manufactured home.
*Note: Section 2113 of the Vehicle and Traffic Law requires that application for a title must be made within 30 days of transfer.*

**Seller**

Seller's Signature

Street Address                          City

Seller's Name *(Print in Full)*
Angela Knoph                    Nissan Infiniti LT

State          ZIP code        Date of Statement
7-14-23

**Buyer**

Buyer's Signature

Street Address          City 1021 Swan Creek DR
                        Curtis Bay MD 21226

Buyer's Name *(Print in Full)*
H. Billman - AGT          NMAC Trading, LLC

State          ZIP code        Date of Statement
7-14-23

### SECTION II - Reassignment by Manufactured Home Dealer or Registered Boat Dealer or Out-of-State Dealer

**ODOMETER DISCLOSURE STATEMENT**

*Note: This vehicle cannot be registered or titled in the name of the new owner unless mileage is disclosed.*
**Federal and State Law require that you state the mileage of the vehicle described on this certificate when transferring ownership. Failure to do so, or providing a false statement, may result in fines and/or imprisonment.**

**ODOMETER READING**
51249
(no tenths)

I certify that, to the best of my knowledge, this odometer reading *(check one)*:
☑ 1. reflects the ACTUAL MILEAGE of the vehicle described on the front.
☐ 2. EXCEEDS MECHANICAL LIMITS (odometer started over at zero)
☐ 3. not the actual mileage. WARNING - ODOMETER DISCREPANCY.

**ODOMETER HAS SPACE FOR:** *(Check one)*
☐ Five Digits, *excluding tenths*
☑ Six Digits, *excluding tenths*

I or we transfer the vehicle, boat or manufactured home described on this certificate. At the time of transfer, this title is subject only to the liens or encumbrances listed on this certificate, if any. I also certify that this is the most recent title issued for this vehicle, boat or manufactured home.
*Note: Section 2113 of the Vehicle and Traffic Law requires that application for a title must be made within 30 days of transfer.*

**Seller**

Seller's Signature

Street Address          City 1021 Swan Creek DR
                        Curtis Bay MD 21226

Seller's Name *(Print in Full)*
H. Billman - AGT          NMAC Trading, LLC

State          ZIP code        Date of Statement
7-14-23

**Buyer**

Buyer's Signature

Street Address          City

Buyer's Name *(Print in Full)*
Team Auto Sales LLC

State          ZIP code        Date of Statement
7-14-23

MV-999 (1/15)          L 2223126

Boat Dealer's
Facility #



CERTIFICATE OF TITLE

| PREFIX | IDENTIFICATION NUMBER | SUFFIX | YEAR | MAKE | MODEL | BODY TYPE |
|---|---|---|---|---|---|---|
| | WDD7X 8KB7K A0018 66 | Z | 2019 | M B | GT6 | 4 DR. |

| TYPE OF TITLE | DUPLICATE NO. | GVWWCLGTH | COLORMTLHP | DEALER I.D. | AXLESPROP | FUEL |
|---|---|---|---|---|---|---|
| REPLACEMENT | | 8 | WT | | 2 | |

| FEE | ISSUE DATE | VIN REPLACEMENT | MILEAGE | STATUS |
|---|---|---|---|---|
| 60.00 | 07-12-2023 | | 64014 | A |

OWNER(S)
21ST CENTURY AUTO GROUP INC
305 ROUTE 22 EAST
SPRINGFIELD    NJ 07081

F-FLOOD    S-SALVAGE
P-POLICE    T-TAXI
L-LEMON LAW
A-ACTUAL MILEAGE
N-NOT THE ACTUAL MILEAGE
M-MILEAGE EXCEEDS THE MECHANICAL LIMITS

NUMBER OF OWNERS    1

NUMBER OF LIENHOLDERS

OWNER DL/CC #:99317 00650 70810

I, CHIEF ADMINISTRATOR OF THE MOTOR VEHICLE COMMISSION, OF THE STATE OF NEW JERSEY, DO HEREBY CERTIFY THAT EVIDENCE OF PURCHASE OR OWNERSHIP, IN COMPLIANCE WITH THE LAWS OF THE STATE OF NEW JERSEY, OF THE DESCRIBED ARTICLE, HAS BEEN RECORDED AND FILED WITH ME, AND I DO HEREBY ISSUE THIS CERTIFICATE OF OWNERSHIP SUBJECT TO SECURITY AGREEMENT OR LIEN, IF ANY AS STATED.

SIGNATURE

CONTROL NUMBER    BM723862

State of New Jersey
MOTOR VEHICLE COMMISSION

DATE

SECOND LIENHOLDER

DATE

LIEN RELEASED BY:
SIGNATURE
TITLE    DATE

FIRST LIENHOLDER

LIEN RELEASED BY:
SIGNATURE
TITLE    DATE

ISM/SS-1 (R9/22)

BW    SV20231930158

ALTERATION OR ERASURE VOIDS THIS TITLE.    KEEP IN SAFE PLACE

VOID IF ALTERED

↑ FOLD AND TEAR AT PERFORATION ↑

THIS IS A RECEIPT DOCUMENT ONLY
VIN:   WDD7X8KB7KA001866  Z   MILEAGE: 64014 A DUP:        STATUS:
M B   2019  4 DR.    GT6      WT     8   AXLE:2
99317 00650 70810                    TITLE R   :     60.00
21ST CENTURY AUTO GROUP INC          SALES TAX :
305 ROUTE 22 EAST                    LFIS      :      0.00
SPRINGFIELD    NJ 07081              TOTAL (K) :     60.00
BW SV20231930158    60.00 R REPLACEMENT

BM723862

## ODOMETER DISCLOSURE STATEMENT AND STATEMENT OF SELLER

**NJ**

**NOTE:** **FEDERAL LAW requires that you state the mileage upon transfer of ownership. Failure to complete this disclosure or providing false information may result in fines and/or imprisonment.**

*PLEASE RUB TO VERIFY*

I/We state that the odometer now reads **64014** (do not show tenths of a mile) and to the best of my/our knowledge that reflects the actual mileage of the vehicle described on the reverse side of this Certificate of Ownership, unless one of the following statements is checked:

——(1) I/We hereby certify that to the best of my/our knowledge the odometer has exceeded its mechanical limits and the reading started again at zero.

——(2) WARNING - ODOMETER DISCREPANCY – I/We hereby certify that the odometer reading is NOT the actual mileage, and should not be relied upon for accuracy.

**NOTE: New Jersey statute provides that anyone who knowingly or willfully misrepresents the description of a vehicle or makes a false statement in any title papers; forges, changes or counterfeits a part of title papers; or uses title papers on or for the wrong motor vehicle is guilty of a misdemeanor.**

I/We hereby assign this Certificate of Ownership of the vehicle described subject to the following liens or encumbrances, if any, and none other. I/We certify the accuracy of sale price, the mileage specified above, and that I/we am/are the owner(s) of the vehicle described on this Certificate of Ownership.

**Buyer's Name** (Print) __OVOFTON·Auto Brokers__

**Buyer's Address** __5 PARK PL # 519__
__ANNAPOLIS MD 21401__

Driver Lic. # _____
Corpcode # _____
Sales Tax Exemption # _____

**Co-Buyer's Name** (Print) _____
**Co-Buyer's Address** _____

Driver Lic. # _____
Corpcode # _____

**Lienholder's Name** (Print) _____
**Lienholder's Address** _____
**Seller's Name** (Print) __21ST CENTURY AUTO GROUP__
**Seller's Address** __306 Rt 22, East__
__Springfield, NJ 07081__

Driver Lic. # _____
**N.J. SALES TAX SATISFIED**
Corpcode # ___M.V. IDENT NO. 03740U__
Purchase Price $ _____
Date __7-12-23__
Sales Tax Amt. $ _____
Sale Date __7-12-23__  Ex. Code __Q__
Sales Tax Paid $ _____
Net Sale Price $ _____
Seller's Signature __ONZO__

**SELLER SIGN HERE**

Seller's Name (Hand Print) __ONZOY__
Seller's Signature X__ONZOYN__
Auction Name _____
Auction Location _____

**21ST CENTURY AUTO GROUP** Seller's Name (Hand Print) _____
Co-Seller's Signature X _____
Date of Odometer Statement __7-12-23__
MVC Auction ID _____

### STATEMENT OF BUYER

I/WE, the undersigned, hereby certify that the motor vehicle described on the reverse side of this Certificate of Ownership was purchased by me/us and I/We have compared the vehicle identification number shown on this certificate with that of the motor vehicle purchased and found that they agree in every particular.

NOTE: N.J.S.A. 39:10-11 requires that this certificate after assignment be presented to the MOTOR VEHICLE COMMISSION within ten days. Failure to do so will result in a penalty of $25 which will be in addition to the filing fee for a new Certificate of Ownership.

**BUYER SIGN HERE**

Buyer's Name (Hand Print) __MICHAEL DUNNE__

Buyer's Signature X _____

Co-Buyer's Name (Hand Print) _____

Co-Buyer's Signature X _____

ALTERATIONS OR ERASURES WILL VOID THIS CERTIFICATE

**BM723862**



## CUSTOMER COPY

### KEEP THIS COPY IN A SAFE PLACE, SEPARATE FROM THE TITLE,

### SHOULD YOU REQUIRE THE INFORMATION THAT IS AVAILABLE ON

### THIS FORM FOR FUTURE REFERENCE.

Federal and State law requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

**CONTROL NO.**

**8165591**

| THIS DOCUMENT IS VOID IF ANY INFORMATION ENTERED HEREON HAS BEEN ERASED OR ALTERED BY ANY MEANS. UNAUTHORIZED PRINTING OR REPRODUCTION OF THIS DOCUMENT IS STRICTLY PROHIBITED. | DEALER'S BILL OF SALE AND/OR RE-ASSIGNMENT FOR NEW AND USED VEHICLES | THIS FORM IS TO BE USED BY LICENSED DEALER FOR THE PURPOSE OF RE-ASSIGNMENT OF A VEHICLE. THE PROPERLY ASSIGNED OWNERSHIP DOCUMENTS MUST ACCOMPANY THIS FORM. |
|---|---|---|

**SEE REVERSE SIDE FOR IMPORTANT INSTRUCTIONS**

**DESCRIPTION OF VEHICLE** (Certificate of ownership, properly assigned, must accompany this form)

| VEHICLE IDENTIFICATION NO. | YEAR | MAKE | BODY STYLE | MODEL | ATTACHED TITLE NO. | STATE |
|---|---|---|---|---|---|---|
| WDD7X8KB7KA0018666 | 2019 | MERCEDES | | GT63 | $V202930158 | NJ |

**ASSIGNMENT**

The undersigned hereby certifies that the vehicle described in this title has been transferred to the following.   Date Of Sale _7-17-23_

Name(s) of Buyer(s) _Plam Auto Sales LLC_

Address of Buyer(s) _4300 US Hwy 9_ (STREET ADDRESS) _Freehold NJ 07728_ (CITY OR TOWN) (COUNTY) (STATE) (ZIP CODE)

SIGNATURE OF BUYER(S) _____   SIGNATURE OF CO-BUYER(S) _____

PRINTED NAME OF BUYER(S) _____   PRINTED NAME OF CO-BUYER(S) _____

"I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

_09,362_ (no tenths) ☐ 1. The mileage stated is in excess of its mechanical limits.

ODOMETER READING ☐ 2. The odometer reading is not the actual mileage. **WARNING — ODOMETER DISCREPANCY**

SIGNATURE OF AUTHORIZED AGENT _____   DEALER'S NO. _US10001409_

PRINTED NAME OF AUTHORIZED AGENT _MICHAEL DUNNE_

PRINTED NAME OF DEALERSHIP _CROFTON AUTO BROKERS_
NAME OF SECURED PARTY

| CERTIFIED SELLING PRICE | NO SALE |
|---|---|
| TRADE IN ALLOWANCE | |
| TAXABLE PRICE | |
| GROSS TAX COLLECTED | |
| 0.6% FEE COLLECTED | NET TAX REMITTED |

ADDRESS OF SECURED PARTY _____   AMOUNT OF LIEN _____   DATE OF LIEN _____

☐ Sold for dismantling or rebuilding.   VIN of Trade-in _____   State _____

**ASSIGNMENT**

The undersigned hereby certifies that the vehicle described in this title has been transferred to the following.   Date Of Sale _____

Name(s) of Buyer(s) _____

Address of Buyer(s) _____ (STREET ADDRESS) (CITY OR TOWN) (COUNTY) (STATE) (ZIP CODE)

SIGNATURE OF BUYER(S) _____   SIGNATURE OF CO-BUYER(S) _____

PRINTED NAME OF BUYER(S) _____   PRINTED NAME OF CO-BUYER(S) _____

"I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

_____ (no tenths) ☐ 1. The mileage stated is in excess of its mechanical limits.

ODOMETER READING ☐ 2. The odometer reading is not the actual mileage. **WARNING — ODOMETER DISCREPANCY**

SIGNATURE OF AUTHORIZED AGENT _____   DEALER'S NO. _____

PRINTED NAME OF AUTHORIZED AGENT _____

PRINTED NAME OF DEALERSHIP _____
NAME OF SECURED PARTY

| CERTIFIED SELLING PRICE | |
|---|---|
| TRADE IN ALLOWANCE | |
| TAXABLE PRICE | |
| GROSS TAX COLLECTED | |
| 0.6% FEE COLLECTED | NET TAX REMITTED |

ADDRESS OF SECURED PARTY _____   AMOUNT OF LIEN _____   DATE OF LIEN _____

☐ Sold for dismantling or rebuilding.   VIN of Trade-in _____   State _____

**ASSIGNMENT**

The undersigned hereby certifies that the vehicle described in this title has been transferred to the following.   Date Of Sale _____

Name(s) of Buyer(s) _____

Address of Buyer(s) _____ (STREET ADDRESS) (CITY OR TOWN) (COUNTY) (STATE) (ZIP CODE)

SIGNATURE OF BUYER(S) _____   SIGNATURE OF CO-BUYER(S) _____

PRINTED NAME OF BUYER(S) _____   PRINTED NAME OF CO-BUYER(S) _____

"I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

_____ (no tenths) ☐ 1. The mileage stated is in excess of its mechanical limits.

ODOMETER READING ☐ 2. The odometer reading is not the actual mileage. **WARNING — ODOMETER DISCREPANCY**

SIGNATURE OF AUTHORIZED AGENT _____   DEALER'S NO. _____

PRINTED NAME OF AUTHORIZED AGENT _____

PRINTED NAME OF DEALERSHIP _____
NAME OF SECURED PARTY

| CERTIFIED SELLING PRICE | |
|---|---|
| TRADE IN ALLOWANCE | |
| TAXABLE PRICE | |
| GROSS TAX COLLECTED | |
| 0.6% FEE COLLECTED | NET TAX REMITTED |

ADDRESS OF SECURED PARTY _____   AMOUNT OF LIEN _____   DATE OF LIEN _____

☐ Sold for dismantling or rebuilding.   VIN of Trade-in _____   State _____

STATE OF MARYLAND FORM VR-182 (07/11)

**Exceptions to odometer disclosure requirements:**  The following is a list of exceptions from the odometer disclosure requirement:

1)      Dealer transfers prior to the first sale.

2)      Vehicles with GVWR above 16,000 pounds.

3)      Vehicles not self-propelled.

4)      Government vehicles.

5)      Vehicles 10 years old or older.

Five year statement retention required:  The new regulations require dealers to retain the odometer disclosure statements for five years and you must have a retrieval system in place.