UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X
SUPERB MOTORS, INC., TEAM AUTO SALES, LLC, ROBERT ANTHONY URRUTIA, 189 SUNRISE HWY AUTO LLC, NORTHSHORE MOTOR LEASING LLC, BRIAN CHABRIER, individually and derivatively as a member of NORTHSHORE MOTOR LEASING LLC, JOSHUA AARONSON, individually and derivatively as a member of 189 SUNRISE HWY AUTO, LLC, JORY BARON, 1581 HYLAN BLVD AUTO LLC, 1580 HYLAN BLVD AUTO LLC, 1591 HYLAN BLVD AUTO LLC, 1632 HYLAN BLVD AUTO LLC, 1239 HYLAN BLVD AUTO LLC, 2519 HYLAN BLVD AUTO LLC, 76 FISK STREET REALTY LLC, 446 ROUTE 23 AUTO LLC AND ISLAND AUTO MANAGEMENT, LLC,

                Plaintiffs,

    -v. -

ANTHONY DEO, SARAH DEO, HARRY THOMASSON, DWIGHT BLANKENSHIP, MARC MERCKLING, MICHAEL LAURIE, THOMAS JONES, CPA, CAR BUYERS NYC INC., GOLD COAST CARS OF SYOSSET LLC, GOLD COAST CARS OF SUNRISE LLC, GOLD COAST MOTORS AUTOMOTIVE GROUP LLC, GOLD COAST MOTORS OF LIC LLC, GOLD COAST MOTORS OF ROSLYN LLC, GOLD COAST MOTORS OF SMITHTOWN LLC, UEA PREMIER MOTORS CORP., DLA CAPITAL PARTNERS INC., JONES, LITTLE & CO., CPA'S LLP, FLUSHING BANK, and LIBERTAS FUNDING LLC,

                Defendants.
-----------------------------------------------------------------------X

Case No.: 2:23-cv-6188 (OEM)(ST)

NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

      PLEASE TAKE NOTICE that the firm of Weir Greenblatt Pierce LLP has been retained in the above captioned action and the undersigned enters her appearance for Defendant, Libertas Funding LLC.  I certify that I am admitted to practice in the United States District Court for the

1

693688v2

Eastern District of New York and respectfully request to be noticed through the CM/ECF system.

Dated: November 29, 2023                             WEIR GREENBLATT PIERCE LLP

                                                        By: /s/ Bonnie R. Golub
                                                              Bonnie R. Golub, Esquire (BG1995)
                                                              667 Madison Ave, 5th Floor
                                                              New York, NY 10065-8029
                                                             P: (917) 475-8885
                                                             F: (917) 475-8884
                                                             Email: bgolub@wgpllp.com
                                                             *Attorneys for Defendant,*
                                                             *Libertas Funding, LLC*

693688v2