# MILMAN LABUDA LAW GROUP PLLC
**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**
_____

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

November 30, 2023

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. James M. Wicks, U.S.M.J.
100 Federal Plaza, Courtroom 1020
Central Islip, NY 11722-4438

   *Re:* **Superb Motors Inc.,** *et al.* **v. Deo,** *et al.*
      **Case No.: 2:23-cv-6188 (JMW)**_____

Dear Judge Wicks:

  This firm represents Plaintiffs Superb Motors Inc. ("Superb"), Team Auto Sales LLC ("Team"), and Robert Anthony Urrutia ("Urrutia") (Superb, Team, and Urrutia collectively hereinafter the "Superb Plaintiffs") in the above-referenced case.

  The Superb Plaintiffs write to respectfully submit the instant letter response in opposition to the Deo Defendants' request for an extension of time. At 4:17 PM today, their counsel requested an extension of time based on "a heavy workload in [his] solo practice," to which your undersigned responded at 4:26 PM, stating "[w]hile we've extended you courtesies before and are prepared to do so in the future, upon consultation with my clients, we regrettably cannot consent to the instant requested extension due to the nature of the relief sought."

  Rule 6 of the Federal Rules of Civil Procedure provides that the standard under which a motion for extension of time is decided is whether good cause exists for the Court to exercise its discretion in favor of granting the request. <u>See</u> Fed. R. Civ. P. 6(b)(1)(A). The Deo Defendants' counsel merely states that he has a "heavy workload" without providing any additional detail. This is insufficient to constitute good cause. As such, the request for an extension of time should be denied.

  In the event that the Court is inclined to exercise its discretion to grant the aforesaid extension (which it should not), the same should only be granted to <u>noon</u> on Monday, December 4, 2023, such that the Superb Plaintiffs may nonetheless timely submit their reply in further support of the Order to show cause to modify the preliminary injunction on Tuesday, December 5, 2023.

  The Superb Plaintiffs thank this honorable Court for its time and attention to this case.

Dated: Lake Success, New York
      November 30, 2023            Respectfully submitted,

**MILMAN LABUDA LAW GROUP PLLC**

_____/s_____
Jamie S. Felsen, Esq.
Emanuel Kataev, Esq.
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042-1073
(516) 328-8899 (telephone)
(516) 328-0082 (facsimile)
jamiefelsen@mllaborlaw.com
emanuel@mllaborlaw.com

*Attorneys for Plaintiffs*
*Superb Motors Inc.,*
*Team Auto Sales LLC, &*
*Robert Anthony Urrutia*

| **VIA ECF** | **VIA ECF** |
|---|---|
| Cyruli Shanks & Zizmor LLP | HARRY R. THOMASSON, ESQ. |
| Jeffrey Ruderman, Esq. | Harry R. Thomasson, Esq. |
| 420 Lexington Avenue, Suite 2320 | 3280 Sunrise Highway, Box 112 |
| New York, NY 10170-0002 | Wantagh, NY 11793 |
| (212) 661-6800 (office) | (516) 557-5459 (cellular) |
| (347) 379-4622 (direct dial) | hrtatty@verizon.net |
| (212) 661-5350 (facsimile) | |
| jruderman@cszlaw.com | *Attorneys for Defendants* |
| | *Anthony Deo* |
| *Attorneys for Plaintiffs* | *Sarah Deo,* |
| *189 Sunrise Hwy Auto LLC,* | *Harry Thomasson,* |
| *Northshore Motor Leasing, LLC,* | *Dwight Blankenship,* |
| *1581 Hylan Blvd Auto LLC,* | *Marc Merckling,* |
| *1580 Hylan Blvd Auto LLC,* | *Michael Laurie,* |
| *1591 Hylan Blvd Auto LLC,* | *Car Buyers NYC Inc.,* |
| *1632 Hylan Blvd Auto LLC,* | *Gold Coast Cars of Syosset LLC,* |
| *1239 Hylan Blvd Auto LLC,* | *Gold Coast Cars of Sunrise LLC,* |
| *2519 Hylan Blvd Auto LLC,* | *Gold Coast Motors Automotive Group LLC,* |
| *76 Fisk Street Realty LLC,* | *Gold Coast Motors of LIC LLC,* |
| *446 Route 23 Auto LLC,* | *Gold Coast Motors of Roslyn LLC,* |
| *Island Auto Management, LLC,* | *Gold Coast Motors of Smithtown LLC,* |
| *Brian Chabrier,* | *and UEA Premier Motors Corp.* |
| *Joshua Aaronson, and* | |
| *Jory Baron* | |

| | |
|---|---|
| **VIA ECF**<br>Milber Makris Plousadis & Seiden, LLP<br>Peter Sieden & John Lentinello, Esqs.<br>1000 Woodbury Road, Suite 402<br>Woodbury, NY 11797-2511<br>(516) 870-1102 (office)<br>pseiden@milbermakris.com<br>jlentinello@milbermakris.com<br><br>*Attorneys for Defendants*<br>*Jones, Little & Co., CPA's LLP*<br>*& Thomas Jones CPA* | **VIA ECF**<br>Cullen and Dykman LLP<br>Thomas S. Baylis & Ariel E. Ronneburger, Esqs.<br>333 Earle Ovington Blvd, 2nd Floor<br>Uniondale, NY 11553<br>(516) 357-3700 (office)<br>tbaylis@cullenllp.com<br>aronneburger@cullenllp.com<br><br>*Attorneys for Defendant*<br>*Flushing Bank* |

**VIA ECF**
All counsel of record