

Anthony C. Valenziano
Counsel

T. 973.302.9696   F. 973.302.9947
avalenziano@shermanatlas.com

December 12, 2023

**VIA ECF**

Hon. James M. Wicks, U.S.M.J.
United States District Court for the Eastern District of New York
100 Federal Plaza, Courtroom 1020
Central Islip, NY 11722

Re:   *Superb Motors Inc. v. JPMorgan Chase Bank, N.A., et al.*
      Civil Action No. 2:23-cv-6188

Dear Judge Wicks:

We represent defendant JPMorgan Chase Bank, N.A. (hereinafter, "Chase") in the above-referenced matter. Pursuant to Your Honor's Individual Rules and Practices, we respectfully submit this letter request for an extension of time through and including January 19, 2024 to file an answer, move or otherwise respond to Plaintiffs' First Amended Complaint. Chase's current time to respond to the First Amended Complaint runs through December 15, 2023.

We require an extension of time in order to adequately review and investigate Plaintiffs' claims and Chase's defenses. Prior to filing this letter, we contacted Plaintiffs' counsel and they consented to the requested extension of time. Plaintiffs shall suffer no prejudice by the grant of the requested relief.

Thank you for Your Honor's consideration of this matter.

Respectfully Submitted,

*/s/ Anthony C. Valenziano*

Anthony C. Valenziano

cc:  All Counsel of Record (via ECF)

4862-6217-1030, v. 1