**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
_____X

SUPERB MOTORS INC. et al,

             Plaintiffs,   **PROPOSED SCHEDULING ORDER**

-    against-

                                      Case No. 23-CV-6188 (JMW)

ANTHONY DEO et. al.,

             Defendants.
_____X

      Upon consent of the parties, it is hereby ORDERED as follows:

      1.     Defendant Libertas Funding LLC ("Libertas") shall serve its papers in support of its Motion to Dismiss the Amended Complaint as against Libertas on or before February 9, 2024.

      2.     Any opposition to Libertas' Motion to Dismiss shall be served on or before March 1, 2024.

      3.     The reply of Libertas, if any, in further support of its Motion to Dismiss shall be served on or before March 22, 2024.

      4.     This Scheduling Order may be altered or amended upon a showing of good cause not foreseeable at the date hereof.

CONSENTED TO BY:

MILMAN LABUDA LAW GROUP PLLC

By: _____
     Jamie Scott Felsen, Esq.
     Emanuel Kataev, Esq.
     3000 Marcus Avenue Suite 3W8
     Lake Success, NY 11042 516-328-8899
     516-328-0082
     *jamiefelsen@mmmlaborlaw.com*
     *emanuel@mllaborlaw.com*

697134v2

*Attorneys for Plaintiffs, Superb Motors Inc., Team Auto Sales LLC, Robert Anthony Urrutia*

CYRULI SHANKS & ZIZMOR LLP

By: _____
Jeffrey Ruderman, Esq.
420 Lexington Avenue, Suite 2320
New York, NY 10170-0002
(212) 661-6800 (office)
(347) 379-4622 (direct dial)
*jruderman@cszlaw.com*
*Attorneys for Plaintiffs, 1239 Hylan Blvd Auto LLC, 1580 Hylan Blvd Auto LLC, 1581 Hylan Blvd Auto LLC, 1591 Hylan Blvd Auto LLC, 1632 Hylan Blvd Auto LLC, 189 Sunrise Hwy Auto LLC, 2519 Hylan Blvd Auto LLC, 446 Route 23 Auto LLC, 76 Fisk Street Realty LLC, Island Auto Management, LLC, Northshore Motor Leasing, LLC, Brian Chabrier, Jory Baron, and Joshua Aaronson*


By: _____
Harry R. Thomasson, Jr.
3280 Sunrise Highway
Ste Box 112
Wantagh, NY 11793
(516)-557-5459
*hrtatty@verizon.net*
*Pro Se*
*(Formerly) Attorney for Defendants, Anthony Deo, Sarah Deo, Dwight Blankenship, Marc Merkling Michael l,aurie ,Car Buyers NYC Inc., Gold Coast Cars of Syosset LLC Gold Coast Cars of Sunrise LLC ,Gold Coast Motors Automotive Group LLC Gold Coast Motors of LIC LLC Gold Coast Motors of Roslyn LLC, Gold Coast Motors of Smithtown LLC, and UEA Premier Motors Corp.*


MILBER MAKRIS PLOUSADIS & SEIDEN, LLP

By: _____
John Anthony Lentinello, Esq.
Peter Seiden, Esq.
1000 Woodbury Road, Ste. 402
Woodbury, NY 11797
516-712-4000
516-712-4013
*jlentinello@milbermakris.com*
*pseiden@milbermakris.com*
*Attorneys for Defendants, Thomas Jones, CPA and Jones, Little & Co., CPA's LLP*

2

697134v2

CULLEN AND DYKMAN LLP

By: _____
    Ariel Ronneburger, Esq.
    Thomas S. Baylis, Esq.
    333 Earle Ovington Boulevard 2nd Floor
    Uniondale, New York 11553 516-357-3700
    516-357-3700
    *aronneburger@cullenanddykman.com*
    *tbaylis@cullenllp.com*
    *Attorneys for Defendant Flushing Bank*


SHERMAN ATLAS SYLVESTER & STAMELMAN LLP

By: _____
    Anthony C. Valenziano, Esq.
    1185 Avenue of the Americas, 2nd
    Floor New York, New York 10036
    (212) 763-6464
    *Attorneys for Defendant JPMorgan Chase Bank, N.A.*


WEIR GREENBLATT PIERCE LLP

By: _____
    Bonnie R. Golub, Esq.
    667 Madison Ave., 5th Fl.
    New York, NY 10065
    (917) 475-8885
    *bgolub@wgpllp.com*
    *Attorneys for Defendant, Libertas Funding LLC*


Dated: January \_\_\_, 2024

                                                SO ORDERED:

                                               _____
                                               JAMES M. WICKS
                                             United States Magistrate Judge