# EXHIBIT A

ment 145-1 Filed 01/31



Add a Caption

Wednesday · Jan 31, 2024 · 4:59 PM    Adjust

IMG_7813

Apple iPhone 15 Pro 

Main Camera — 24 mm ƒ1.78
12 MP · 3024 × 4032 · 1.1 MB







Add a Caption


Look Up **Auto Symbol** >

Wednesday · Jan 31, 2024 · 5:02 PM     Adjust

IMG_7819





Add a Caption

 Look Up **Auto Symbol** >

Wednesday · Jan 31, 2024 · 5:03 PM





Add a Caption

Wednesday • Jan 31, 2024 • 5:04 PM        Adjust







Add a Caption

Wednesday • Jan 31, 2024 • 5:05 PM    Adjust

IMG_7827

ment 145-1 Filed 01/31/2



Add a Caption


Look Up **Auto Symbol** ›

Wednesday • Jan 31, 2024 • 5:04 PM