# EXHIBIT B












Case 2:23-cv-06188-JMW   Document 145-2   Filed 01/31/24   Page 7 of 12 PageID #: 2766









