# EXHIBIT C

```
                              DECLARATIONS              ERIE INSURANCE COMPANY
                                                        GARAGE AUTO POLIC
 Erie Insurance®
 100 Erie Insurance Place     AMENDED DECLARATIONS 01 * * EFFECTIVE 12/01/23
 Erie, PA 16530               ATTACH THIS TO YOUR POLICY.

                              REASON FOR AMENDMENT    -AMENDED ADDRESS OF NAMED INSURED
```

| Agent | | ITEM 2. Policy Period | Policy Number |
|---|---|---|---|
| NN1685 | KOHLMAN AGENCY LLC | 10/11/23 TO 10/11/24 | Q10 6180048 NY7 |

| ITEM 1. Named Insured and Address | ITEM 3. Other Interest |
|---|---|
| LUXSPORT MOTOR GROUP LLC<br>LUXURY MOTOR GROUP LLC<br>300 CROSSWAYS PARK DR STE 300<br>WOODBURY NY  11797-2035 | AS LISTED BELOW |

```
ITEM 4.   COVERAGES UNDER THIS POLICY INCLUDE:
       -  GARAGE LIABILITY PACKAGE, WHICH INCLUDES: GARAGE PREMISES-
          OPERATIONS/PRODUCTS-COMPLETED OPERATIONS/TENANTS LEGAL
          LIABILITY/TRUTH IN LENDING & LEASING/ODOMETER/AUTO DAMAGE
          DISCLOSURE/COMPETITIVE AUTO PARTS LAWS & FEDERAL USED CAR
          "BUYER'S GUIDE" REGULATION
          AUTOS WE INSURE:   ANY AUTO--OWNED, HIRED & NON-OWNED AUTOS
       -  CUSTOMERS AUTOS - LOCATION(S) SHOWN BELOW
       -  GARAGE AUTOS PHYSICAL DAMAGE - LOCATION(S) SHOWN BELOW
       -  DESCRIBED AUTOS - VEHICLES SHOWN BELOW

ITEM 5.   INSURANCE IS PROVIDED WHERE A PREMIUM OR "INCL" (INCLUDED)
          IS SHOWN FOR THE COVERAGE.

STATE       RATING TERR
NY          61


TOTAL NUMBER OF EMPLOYEES/PERSONS BY CLASS
            CL 1      CL 1A     CL 2      CL 3      CL 4
FULL-TIME   2         1         1
PART-TIME

TOTAL NUMBER OF DEALER TAGS:   7

        M EQUALS THOUSAND $
                                                              PREMIUM
DEALERS LIABILITY COVERAGES-
   PERSONAL INJ AND PROPERTY DAMAGE $1000M/ACC                  8,565
   PREMISES MEDICAL PAYMENTS $5M/PERSON                          INCL
PERSONAL INJURY PROTECTION (PIP)-
   MANDATORY BASIC ECONOMIC LOSS           $50M                   750
   OPTIONAL BASIC ECONOMIC LOSS (OBEL)     $25M                    12
   ADDITIONAL PIP                          $100M                   36
AGGREGATE PIP BENEFITS AVAILABLE           $175M
 MAXIMUM MONTHLY WORK LOSS                 $4M
 MAX OTHER NECESSARY EXPENSES (PER DAY)    $50
 MAXIMUM DEATH BENEFIT                     $5M
SUPPLEMENTARY UNINSURED/UNDERINSURED
   BODILY INJURY $1000M/ACC                                       728
```

```
STATE:  NY        LOCATION:  01      RATING TERRITORY:  61
CUSTOMERS AUTOS    - DIRECT PRIMARY
   COMPREHENSIVE $1000 DED/AUTO $5000 DED/LOSS              625
    LIMIT - ACTUAL LOSS
   COLLISION $1000 DED/AUTO                                 372
    LIMIT - ACTUAL LOSS
GARAGE AUTOS       - NON-REPORTING
                     BUILDING
   COMPREHENSIVE $5000 DED/AUTO $25000 DED/LOSS           3,190
    LIMIT   $1,000,000
   COLLISION $5000 DED/AUTO   LIMIT $1,000,000              629
PREMIUM FOR CUSTOMERS AUTOS ACTUAL LOSS SUSTAINED LIMITS IS
BASED ON CUSTOMER CAR VALUE OF   $150M
```

---

```
ITEM 4. AUTOS WE INSURE/ALSO INSURED - GARAGE PREMISES-OPERATIONS/PRODUCTS-
        COMPLETED OPERATIONS/TENANTS LEGAL LIABILITY/TRUTH IN LENDING &
        ODOMETER LAW LIABILITY
                                        ST  TER  SYM CM CL  RATING CLASS
   10  23 TAG  DEALER       7108945     NY   62               CPB
   11  23 TAG  DEALER       7108944     NY   62               CPB
   12  23 TAG  DEALER       7113004     NY   62               CPB
   13  23 TAG  DEALER       7115046     NY   62               CPB
   14  23 TAG  DEALER       7106910     NY   62               CPB
   15  23 TAG  DEALER       7129392     NY   62               CPB
   16  23 TAG  DEALER       7129393     NY   62               CPB
   17  11 PORS 911CARRERA   WP0CB2A90BS755303 NY 62  H 85 89  CPB

                                            ANNUAL PREMIUMS
       M EQUALS THOUSAND $                # 10  # 11  # 12  # 13  # 14  # 1

SUPPLEMENTARY UNINSURED/UNDERINSURED
MOTORISTS     (SUM)*
   BODILY INJURY $1000M/ACC                 INCL  INCL  INCL  INCL  INCL  IN

TOTAL ANNUAL PREMIUM FOR EACH UNIT          INCL  INCL  INCL  INCL  INCL  IN
ADDITIONAL CHARGE DUE TO THIS CHANGE    $   389
```

Q10 6180048               CONTINUED ON NEXT PAGE

DECLARATIONS

ERIE INSURANCE COMPANY
GARAGE AUTO POLIC


Erie Insurance
100 Erie Insurance Place
Erie, PA 16530

AMENDED DECLARATIONS 01 * * EFFECTIVE 12/01/23
ATTACH THIS TO YOUR POLICY.

REASON FOR AMENDMENT    -AMENDED ADDRESS OF NAMED INSURED

| Agent | ITEM 2. Policy Period | Policy Number |
|---|---|---|
| NN1685    KOHLMAN AGENCY LLC | 10/11/23 TO 10/11/24 | Q10 6180048 NY7 |

**ITEM 1. Named Insured and Address**               **ITEM 3. Other Interest**
LUXSPORT MOTOR GROUP LLC
LUXURY MOTOR GROUP LLC
300 CROSSWAYS PARK DR STE 300
WOODBURY NY  11797-2035

```
       M EQUALS THOUSAND $                          # 16   # 17

LIABILITY PROTECTION-
   BOD INJ & PROP DAMAGE $1000M/ACC                        1991
PERSONAL INJURY PROTECTION (PIP)-
   MANDATORY BASIC ECONOMIC LOSS         $50M              197
   OPTIONAL BASIC ECONOMIC LOSS (OBEL)   $25M                2
   ADDITIONAL PIP                        $100M               6
AGGREGATE PIP BENEFITS AVAILABLE         $175M
   MAXIMUM MONTHLY WORK LOSS             $4M
   MAX OTHER NECESSARY EXPENSES (PER DAY) $50
   MAXIMUM DEATH BENEFIT                 $5M
SUPPLEMENTARY UNINSURED/UNDERINSURED
MOTORISTS   (SUM)*
   BODILY INJURY $1000M/ACC                        INCL    113
PHYSICAL DAMAGE COVERAGES-
   COMPREHENSIVE - $1M DED                                 276
   COLLISION - $1M DED                                     971

TOTAL ANNUAL PREMIUM FOR EACH UNIT                 INCL   3556
NY REQUIRED MOTOR VEHICLE LAW ENFORCEMENT FEE         10
TOTAL AMOUNT DUE                               $ 18,473
```

*THE MAXIMUM AMOUNT PAYABLE UNDER SUM COVERAGE SHALL BE THE POLICY'S
 SUM LIMITS REDUCED AND THUS OFFSET BY THE MOTOR VEHICLE BODILY INJURY
 LIABILITY INSURANCE POLICY OR BOND PAYMENTS RECEIVED FROM, OR ON
 BEHALF OF, ANY NEGLIGENT PARTY INVOLVED IN THE ACCIDENT, AS SPECIFIED
 IN THE SUM ENDORSEMENT.

```
ITEM 6. APPLICABLE POLICY, ENDORSEMENTS, EXCEPTIONS TO DECLARATIONS ITEMS
  ALL AUTOS - GAPNY 07/97, ACYR01 10/18, YAGBA03 07/21, AGZA03 04/99,
  AHYM01 01/03, UF9598 07/18, UF4037 08/23, UF0156 11/10, YACOB 07/11,
  ABYU04 07/18.
   AUTO 10 - ABYU04 07/18.
   AUTO 11 - ABYU04 07/18.
   AUTO 12 - ABYU04 07/18.
   AUTO 13 - ABYU04 07/18.
   AUTO 14 - ABYU04 07/18.
   AUTO 15 - ABYU04 07/18.
   AUTO 16 - ABYU04 07/18.
   AUTO 17 - ABYN01 07/18, ABYU04 07/18, ABYN05 07/18, ABYN06 01/95.
  LOCATION 1 - ABYN05 07/18, ABYN06 01/95, ABYN01 07/18.
```

```
******************************************************************
* AHYM01 SUPPLEMENTAL SPOUSAL LIABILITY INSURANCE COVERAGE *
* INCLUDED WITHOUT CHARGE                                         *
******************************************************************


  +++AMENDED MAILING & LOCATION ADDRESS & TAX CODE

PASSIVE RESTRAINT - MULTIPLE AIRBAGS APPLIED TO AUTO  17
ANTI-LOCK BRAKES DISCOUNT - 4 WHEEL APPLIED TO AUTO   17


  EXPLANATION OF COMMERCIAL PASSENGER RATING CLASS

  AUTO  10 - COMMERCIAL - BUSINESS USE
  AUTO  11 - COMMERCIAL - BUSINESS USE
  AUTO  12 - COMMERCIAL - BUSINESS USE
  AUTO  13 - COMMERCIAL - BUSINESS USE
  AUTO  14 - COMMERCIAL - BUSINESS USE
  AUTO  15 - COMMERCIAL - BUSINESS USE
  AUTO  16 - COMMERCIAL - BUSINESS USE
  AUTO  17 - COMMERCIAL - BUSINESS USE

  MISCELLANEOUS INFORMATION



  ITEM 8 NON FRANCHISED DEALER
  ITEM 10 LOC 1 1 HOLLOW LN NEW HYDE PARK NY 11042
  AUTO 17 COST NEW $101,500

   ADDITIONAL INSURED                LIENHOLDER FOR LOCATION  1
     300 TZ REAL ESTATE LLC            AUTOMOTIVE FINANCE CORPORATION
     C/O TZ REAL ESTATE PROPERTIES     C/O DEALERGUARD
     1055 STEWART AVE STE 16           26555 EVERGREEN RD STE 410
     BETHPAGE NY  11714-3635           SOUTHFIELD MI  48076-4242

   LIENHOLDER FOR LOCATION  1
     WESTLAKE FINANCIAL SERVICES
     PO BOX 54807
     LOS ANGELES CA
     090054




Q10 6180048
```



# VEHICLE STORAGE AGREEMENT
## Exclusive listing with the exclusive right to sell

Date: 01-30-2024  Sales Specialist: Stu Brenner

**Owner Information:**

Name: ANTHONY D. DEO
Address: 7 HUNTING LANE
City, State, OLD WESTBURY, NY 11568
Phone numbers:
Email: ANTHONYDDEP@AOL.COM

*Anthony Deo* (signature)

**Vehicle Information:**

Year: 2017 ROLLS ROYCE DAWN VIN # SCA666D53HU102728
Year: 2019 LAND ROVER RANGE ROVER VIN # SALGW2SE6KA533297
Year: 2023 CHEVROLET SUBURBAN VIN # 1GNSKBKDPR148675
Year: 2020 MERCEDES BENZ GLE VIN # 4JGFB4KB0LA194078
Year: 2016 AUDI A6 VIN # WAUGHAFC5GN009650
Year: 2016 AUDI Q5 VIN # WAL12AFP0GA040272

Clear Title: Yes          Lienholder: No  (If yes please complete next section).

Monthly Storage Rate: $395.00 per month

# CERTIFICATE OF GARAGE INSURANCE

**ACORD**

DATE (MM/DD/YYYY): 06/23/2023

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

**PRODUCER**
Anthony Grace Companies, Inc
2660 Alternate 19 N, Suite C
Palm Harbor FL 34683

**CONTACT NAME:** Nate Tallarino
**PHONE (A/C, No, Ext):** 727-213-0144
**FAX (A/C, No):** 919-852-3510
**E-MAIL ADDRESS:** nate@adig1.com

| INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|
| INSURER A: General Security Indemnity Company | 20559 |
| INSURER B: Allied Word Specialty Insurance Company | 16624 |
| INSURER C: AmGuard Insurance Company | 42390 |
| INSURER D: | |
| INSURER E: | |
| INSURER F: | |

**INSURED**
Goldcoast Motors of Syosset, LLC.
180 Micheal Dr.
Syosett NY 11711

**COVERAGES** PROD / CUSTOMER ID: 134253895  CERTIFICATE #: 31923CJD1 B  REVISION #:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| B | GARAGE LIABILITY [X] ANY AUTO / OWNED AUTOS ONLY / HIRED AUTOS ONLY / NON-OWNED AUTOS USED IN GARAGE BUSINESS | | | 6203-2189-01 | 6/14/2023 | 6/14/2024 | AUTO ONLY (Ea accident) | $1,000,000 |
| | | | | | | | OTHER THAN AUTO ONLY - EA ACCIDENT | $1,000,000 |
| | | | | | | | AGGREGATE | $3,000,000 |
| | GARAGE KEEPERS LIABILITY / LEGAL LIABILITY / DIRECT BASIS / PRIMARY / EXCESS | | | | | | COMP / OTC LOC | $ |
| | | | | | | | SPECIFIED PERILS LOC | $ |
| | | | | | | | COLLISION LOC | $ |
| | | | | | | | LOC | $ |
| B | [X] COMMERCIAL GENERAL LIABILITY / CLAIMS-MADE [X] OCCUR | | | 6203-2189-01 | 6/14/2023 | 6/14/2024 | EACH OCCURRENCE | $1,000,000 |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $1,000,000 |
| | | | | | | | MED EXP (Any one person) | $5,000 |
| | | | | | | | PERSONAL & ADV INJURY | $1,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER: POLICY / PROJECT / LOC / OTHER: | | | | | | GENERAL AGGREGATE | $3,000,000 |
| | | | | | | | PRODUCTS - COMP/OP AGG | $1,000,000 |
| | | | | | | | | $ |
| | UMBRELLA LIAB / OCCUR / EXCESS LIAB / CLAIMS-MADE / DED / RETENTION $ | | | | | | EACH OCCURRENCE | $ |
| | | | | | | | AGGREGATE | $ |
| | | | | | | | | $ |
| C | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY ANYPROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) If yes, describe under REMARKS below  Y/N | | N/A | GOWC438823 | 6/14/2023 | 6/14/2024 | PER STATUTE / [X] OTHER | |
| | | | | | | | E.L. EACH ACCIDENT | $500,000 |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $500,000 |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $500,000 |
| A | DEALER INVENTORY | | | APP59640166 | 03/19/2023 | 03/19/2024 | Limit | 1,000,000 |

**REMARKS** (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)
Garagekeepers Deductibles: Comprehensive $1,000 Per Auto/$5,000 Per Occurrence; Collision $1,000 Per Auto; Dealer Inventory Deductibles: Comprehensive $2,500 Per Auto; Collision $2,500 Per Auto/$10,000 Aggregate; Earth Movement Per Auto $1,000; Weather $1,000 Per Auto/$10,000 Aggregate Per Loss. Certificate Holder is listed as Loss Payee and Demonstrator Vehicles, if any, are covered under the Dealer Inventory policy where their interests may appear.

**CERTIFICATE HOLDER**
Nextgear Capital
11799 N. College Ave
Carmel, IN. 46032

**CANCELLATION**
SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

**AUTHORIZED REPRESENTATIVE**
*Nate Tallarino*

© 2010-2015 ACORD CORPORATION. All rights reserved.
ACORD 30 (2016/03)   The ACORD name and logo are registered marks of ACORD

**NEW YORK STATE INSURANCE IDENTIFICATION CARD**

779   ALLIED INS CO OF AMERICA

Name & Address of Issuer  Tallarino, Natale
(888) 802-3441  Anthony Grace Risk Management
2660 Alt 19 Suite c
Palm Harbor, Fl. 34683

An authorized NEW YORK insurer has issued an Owner's Policy of Liability Insurance complying with Article 6 (Motor Vehicle Financial Security Act) of the NEW YORK Vehicle and Traffic Law to:

GOLD;MOTORS;OF
SYOSSETT;LLC
180 MICHAEL DRIVE
SYOSSET NY 11791

Policy Number
6203-2189-00

Effective Date          Expiration Date
07/10/2023              07/10/2024
12:01 a.m.              12:01 a.m.
(Not acceptable to obtain registration after 45 days from effective date.)
Applicable with respect to the following Motor Vehicle:

**Dealer - Garage Auto Liability Policy**

THIS ID CARD MUST BE CARRIED IN THE INSURED VEHICLE FOR PRODUCTION UPON DEMAND

WARNING: Any person who issues or produces an ID card knowing that an Owner's Policy of insurance is not in effect may be committing a misdemeanor. In addition, a person who presents an ID card if insurance is not in effect may be committing a misdemeanor.

The name of the registrant and the name of the insured must coincide.

REPLACEMENT VEHICLE NOTATION: DMV WILL ONLY PROCESS A VEHICLE CHANGE (RE-REGISTRATION) USING THE REPLACED VEHICLE'S CURRENT REGISTRATION.

FS-20



---

**NEW YORK STATE INSURANCE IDENTIFICATION CARD**

779   ALLIED INS CO OF AMERICA

Name & Address of Issuer  Tallarino, Natale
(888) 802-3441  Anthony Grace Risk Management
2660 Alt 19 Suite c
Palm Harbor, Fl. 34683

An authorized NEW YORK insurer has issued an Owner's Policy of Liability Insurance complying with Article 6 (Motor Vehicle Financial Security Act) of the NEW YORK Vehicle and Traffic Law to:

GOLD;MOTORS;OF
SYOSSETT;LLC
180 MICHAEL DRIVE
SYOSSET NY 11791

Policy Number
6203-2189-00

Effective Date          Expiration Date
07/10/2023              07/10/2024
12:01 a.m.              12:01 a.m.
(Not acceptable to obtain registration after 45 days from effective date.)
Applicable with respect to the following Motor Vehicle:

**Dealer - Garage Auto Liability Policy**

THIS ID CARD MUST BE CARRIED IN THE INSURED VEHICLE FOR PRODUCTION UPON DEMAND

WARNING: Any person who issues or produces an ID card knowing that an Owner's Policy of insurance is not in effect may be committing a misdemeanor. In addition, a person who presents an ID card if insurance is not in effect may be committing a misdemeanor.

The name of the registrant and the name of the insured must coincide.

REPLACEMENT VEHICLE NOTATION: DMV WILL ONLY PROCESS A VEHICLE CHANGE (RE-REGISTRATION) USING THE REPLACED VEHICLE'S CURRENT REGISTRATION.

FS-20

---

FAX: Scanable Bar Code



FAX INSTRUCTIONS:

1. The entire page must be faxed.

2. If submitted to DMV, either the entire page or the second ID card and large scanable bar code will be retained

3. A faxed ID card must be replaced with a scanable ID card within 14 days of the effective date.

4. DMV will not accept a faxed ID card without a scanable barcode