UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

SUPERB MOTOR, INC., TEAM AUTO SALES LLC, ROBERT ANTHONY URRUTIA, 189 SUNRISE HIGHWAY AUTO, LLC., NORTHSHORE MOTOR LEASING, LLC., BRIAN CHABRIER, individually and derivatively as member of NORTHSHORE MOTOR LEASING, LLC., JOSHUA AARONSON, individually and derivatively as a member of 189 SUNRISE HWY AUTO, LLC., JORY BARON, 1581 HYLAN BLVD AUTO, LLC., 1580 HYLAN BLVD AUTO, LLC., 1591 HYLAN BLVD AUTO, LLC., 1632 HYLAN BLVD AUTO, LLC., 1239 HYLAN BLVD AUTO, LLC., 2519 HYLAND BLVD AUTO, LLC., 76 FISK STREET REALTY, LLC., 446 ROUTE 23 AUTO, LLC., and ISLAND AUTO MANAGEMENT, LLC.,

Plaintiffs,

-against-

ANTHONY DEO, SARAH DEO, HARRY THOMASSON, DWIGHT BLANKENSHIP, MARC MERCKLING, MICHAEL LAURIE, THOMAS JONES, CPA, CAR BUYERS NYC, INC., GOLD COAST CARS OF SYOSSET, LLC., GOLD COAST CARS OF SUNRISE, LLC., GOLD COAST MOTORS AUTOMOTIVE GROUP, LLC., GOLD COAST MOTORS OF LIC, LLC., GOLD COAST MOTORS OF ROSLYN, LLC., GOLD COAST MOTORS OF SMITHTOWN, LLC., UEA PREMIER MOTORS CORP., DLA CAPITAL PARTNERS, INC., JONES, LITTLE & Co., CPA'S, LLP., FLUSHING BANK, LIBERTAS FUNDING, LLC, and J.P. MORGAN CHASE BANK, N.A.

Defendants.

-------------------------------------------------------------------X

Case No. 2:23-cv-6188 (JMW)

**DEFENDANTS ANTHONY DEO, SARAH DEO, HARRY THOMASSON, DWIGHT BLANKENSHIP, MARC MERCKLING, MICHAEL LAURIE, THOMAS JONES, CPA, CAR BUYERS NYC, INC., GOLD COAST CARS OF SYOSSET, LLC., GOLD COAST CARS OF SUNRISE, LLC., GOLD COAST MOTORS AUTOMOTIVE GROUP, LLC., GOLD COAST MOTORS OF LIC, LLC., GOLD COAST MOTORS OF ROSLYN, LLC., GOLD COAST MOTORS OF SMITHTOWN, LLC., UEA PREMIER MOTORS CORPS' PROPOSED EXHIBIT LIST FOR FEBRUARY 20, 2024 HEARING**

Defendants Anthony Deo, Sarah Deo, Harry Thomasson, Dwight Blankenship, Marc Merckling, Michael Laurie, Car Buyers NYC, INC., Gold Coast Cars of Syosset, LLC., Gold Coast Cars of Sunrise, LLC., Gold Coast Motors Automotive Group, LLC., Gold Coast Motors Of LIC, LLC., Gold Coast Motors of Roslyn, LLC., Gold Coast Motors of Smithtown, LLC., UEA Premier

Motors Corp (the "Defendants"), by and through their attorneys, Levine Singh, LLP, hereby submit the following proposed exhibit list for the hearing scheduled on February 20, 2024, before the Honorable Magistrate Judge James M. Wicks:

| Exhibit A | Reply Declaration of Robert Anthony Urrutia in Further Support of Plaintiffs' Motion For A Preliminary Injunction & Permanent Injunction, and Exhibits. |
| --- | --- |
| Exhibit B | Declaration of Robert Anthony Urrutia in Support of Superb Plaintiffs' Order to Show Cause to Modify Preliminary Injunction, and Exhibits. |
| Exhibit C | Title to 2016 BMW 3 Series (VIN: 1721) |
| Exhibit D | Wholesale Certificate, and Title to 2008 BMW 7 Series (VIN: 7672) |
| Exhibit E | Vehicle Report for 2009 Ford Ranger (VIN: 5942) |
| Exhibit F | Wholesale Certificate, and Title to 2004 Nissan Quest (VIN: 5724) |
| Exhibit G | Vehicle Report for 2012 BMW X5 (VIN: 9887) |
| Exhibit H | Vehicle Report for 2021 Chevrolet Silverado 1500 (VIN: 3394) |
| Exhibit I | FLHSMV Information for 2021 Chevrolet Silverado 1500 (VIN: 3394) |
| Exhibit J | Wholesale Certificate, and Title for 2017 BMW X1 (VIN: 1562) |
| Exhibit K | Wholesale Certificate, and Title for 2013 BMW X5 (VIN: 8930) |
| Exhibit L | Wholesale Certificate, and Title for 2012 Dodge Caravan (VIN: 9331) |
| Exhibit M | Vehicle Report for 2014 Ford Explorer (VIN: 3757) |
| Exhibit N | NY DMV Title Record/Abstract for 2000 Mercedes M-Class (VIN: 3539) |
| Exhibit O | Vehicle Report for 2006 Lexus GX 470 (VIN: 4417) |
| Exhibit P | Wholesale Certificate, Title, & Payoff Letter for 2014 Honda Pilot (VIN: 6804) |
| Exhibit Q | Vehicle Report for 2019 Audi Q7 (VIN: 6699) |
| Exhibit R | Wholesale Certificate, and Title for 2004 Toyota Sequoia (VIN: 1021) |
| Exhibit S | NY DMV Title/Lien Status Report for 2021 Dodge Durango (VIN: 0441) |
| Exhibit T | NY DMV Title Record/Abstract for 2021 Dodge Durango (VIN: 0441) |
| Exhibit U | Title for 2009 Ford Flex (VIN: 9931) |
| Exhibit V | NY DMV Title/Lien Status Report for 2009 Ford Flex (VIN: 9931) |
| Exhibit W | NY DMV Title Record/Abstract for 2009 Ford Flex (VIN: 9931) |
| Exhibit X | Wholesale Certificate, and Title for 2007 Ford Explorer (VIN: 2487) |
| Exhibit Y | Vehicle Report for 2020 Alfa Romeo Stelvio (VIN: 2090) |
| Exhibit Z | FLHSMV Information for 2020 Alfa Romeo Stelvio (VIN: 2090) |
| Exhibit AA | NY DMV Title Record/Abstract for 2019 Ford Mustang (0020) |
| Exhibit AB | NY DMV Title/Lien Status Report for 2019 Mercedes S-Class (VIN: 5850) |
| Exhibit AC | NY DMV Title Record/Abstract for 2019 Mercedes S-Class (VIN: 5850) |
| Exhibit AD | NY DMV Title/Lien Status Report for 2020 Chevrolet Malibu (VIN: 2021) |
| Exhibit AE | NY DMV Title Record/Abstract for 2020 Chevrolet Malibu (VIN: 2021) |
| Exhibit AF | Vehicle Report for 2007 BMW 5 Series (VIN: 8338) |
| Exhibit AG | Title for 2011 BMW 5 Series (VIN: 9208) |
| Exhibit AH | NY DMV Title Record/Abstract for 2011 BMW 5 Series (VIN: 9208) |
| Exhibit AI | NY DMV Title/Lien Status Report for 2011 BMW 5 Series (VIN: 9208) |
| Exhibit AJ | Vehicle Report for 2018 Chevrolet Impala (VIN: 6841) |
| Exhibit AK | MIDOS Lien Results for 2018 Chevrolet Impala (VIN: 6841) |

| | |
|---|---|
| **Exhibit AL** | Wholesale Certificate, and Title for 2015 Infiniti Q70L (VIN: 0659) |
| **Exhibit AM** | Wholesale Certificate, and Title for 2013 Hyundai Sonata (VIN: 5244) |
| **Exhibit AN** | Wholesale Certificate, and Title for 2010 Nissan Murano (VIN: 2694) |
| **Exhibit AO** | Wholesale Certificate, and Title for 2020 BMW 7 Series (VIN: 8247) |
| **Exhibit AP** | Vehicle Report for 2009 Audi Q5 (VIN: 8822) |
| **Exhibit AQ** | Wholesale Certificate, and Title for 2017 Volkswagen Jetta (VIN: 2579) |
| **Exhibit AR** | Vehicle Report for 2014 Ford Explorer (VIN: 1518) |
| **Exhibit AS** | ILSOS Title & Registration Status for 2014 Ford Explorer (VIN: 1518) |
| **Exhibit AT** | Wholesale Certificate, Title, & Payoff Letter for 2015 Jeep Grand Cherokee (VIN: 3909) |
| **Exhibit AU** | Wholesale Certificate, and Title for 2010 Buick Enclave (VIN: 6342 |
| **Exhibit AV** | Wholesale Certificate, Title, & Verifi Info for 2011 Porche Cayenne (VIN: 7985) |
| **Exhibit AW** | NY DMV Title Record/Abstract for 2018 Toyota Camry (VIN: 4962) |
| **Exhibit AX** | Title, & Payoff Letter for 2016 Audi S6 (VIN: 3552) |
| **Exhibit AY** | Vehicle Report for 2019 BMW 5 Series (VIN: 8935) |
| **Exhibit AZ** | NY DMV Title/Lien Status Report for 2019 BMW 5 Series (VIN: 8935) |
| **Exhibit BA** | NY DMV Title Record/Abstract for 2019 BMW 5 Series (VIN: 8935) |
| **Exhibit BB** | NY DMV Title Record/Abstract for 2020 Land Rover Range Rover (VIN: 8198) |
| **Exhibit BC** | NY DMV Title/Lien Status Report for 2018 BMW 7 Series (VIN: 8313) |
| **Exhibit BD** | NY DMV Title Record/Abstract for 2018 BMW 7 Series (VIN: 8313) |
| **Exhibit BE** | Bill of Sale, Title, and Wholesale Certificate for 2018 BMW 7 Series (VIN: 8313) |
| **Exhibit BF** | Vehicle Report for 2018 BMW 7 Series (VIN: 8313) |
| **Exhibit BG** | Vehicle Advertisement for 2018 BMW 7 Series (VIN: 8313) |
| **Exhibit BH** | NY DMV Title Record/Abstract for 2016 Dodge Caravan (VIN: 4403) |
| **Exhibit BI** | Vehicle Report for 2019 Audi Q7 (VIN: 2872) |
| **Exhibit BJ** | NY DMV Title/Lien Status Report for 2019 Mercedes CLA 250 (VIN: 5983) |
| **Exhibit BK** | NY DMV Title Record/Abstract for 2019 Mercedes CLA 250 (VIN: 5983) |

Dated: February 15, 2024
Hicksville, New York

LEVINE SINGH, LLP

By:    /s/    Brian M. Levine
          Brian M. Levine, Esq.
          260 N. Broadway, Suite 2A
          Hicksville, New York 11801
          Tel. No.: (347) 732-4428
          Fax No.: (917) 477-2273
          *Attorneys for the Deo Defendants*

**VIA ECF**:
All Parties