UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BEFORE: JAMES M. WICKS, U.S. MAGISTRATE JUDGE        DATE:  02/20/2024
                                                    TIME:  1:00 PM (3.5 Hours)
                                                    ☐ SEALED PROCEEDING

### CIVIL CAUSE FOR EVIDENTIARY HEARING
CASE:  2:23-cv-06188-JMW-Superb Motors Inc. et al. v. Deo et al.

APPEARANCES:

    For Plaintiffs (Superb Motors Inc, Team Auto Sales LLC and Robert Anthony Urrutia):
        Emanuel Kataev
        Jamie Scott Felsen

    For Plaintiffs (189 Sunrise Hwy Auto LLC, Northshore Motor Leasing, LLC, Brian Chabrier, Joshua Aaronson, Jory Baron, 1581 Hyland Blvd Auto LLC, 1580 Hylan Blvd Auto LLC, 1591 Hylan Blvd Auto LLC, 1632 Hyland Blvd Auto LLC, 1239 Hylan Blvd Auto LLC, 2519 Hyland Blvd Auto LLC, 76 Fisk Street Realty LLC, 446 Route 23 Auto LLC and Island Auto Management, LLC):
        Excused

    For Defendants (Anthony Deo, Sarah Deo, Harry Thomasson, Dwight Blankenship, Marc Merckling, Michael Laurie, Car Buyers NYC Inc., Gold Coast Cars of Syosset LLC, Gold Coast Cars of Sunrise LLC, Gold Coast Motors Automotive Group LLC, Gold Coast Motors of LIC LLC, Gold Coast Motors of Roslyn LLC, Gold Coast Motors of Smithtown LLC and UEA Premier Motors Corp.):
        Brian M. Levine

    For Defendants (Thomas Jones, CPA, Jones, Little & Co., CPA's LLP):  Excused

    For Defendants (Flushing Bank):                                  Excused

    For Defendant (Libertas Funding LLC):                             Excused

    For Defendants (J.P. Morgan Chase Bank, N.A.):                    Excused

Court Reporter:  Paul Lombardi

**THE FOLLOWING RULINGS WERE MADE:**

☒  Evidentiary Hearing held on February 20, 2024.

1

- ☒ Parties' arguments were heard.

- ☒ Witnesses for both parties were called and sworn; testimony given.  Parties rested.

- ☒ Exhibits were entered into evidence.

☒ The Court directed the parties to order the transcript from today's Evidentiary Hearing.

☒ On or before **March 22, 2024,** the parties are directed to file any post hearing submissions and describe the impact on the preliminary injunction order entered into by Judge Orelia E. Merchant (ECF No. 55).

SO ORDERED
/s/ *James M. Wicks*
JAMES M. WICKS
United States Magistrate Judge