**Department of
Motor Vehicles**

**Find a DMV Regulated Business**

Your search returned 1 result of 1 found.

## Facility Number Search Result

**Facility Number:** 7127438
**Facility Name:** Non Stop Auto Group Llc
**Address:** 215 Northern Blvd, Great Neck, NY 11021

**Facility Type(s):**

- [Retail Motor Vehicle Dealer, Other](#) ↗

**Quick Links:**

[Receive Email / Text Reminders](#) ↗

[Military Veteran Resources](#) ↗

[Register to Vote](#) ↗

[Register as an Organ Donor](#) ↗

[E-ZPass®](#) ↗

[Privacy & Security](#) ↗

[Translation Disclaimer](#) ↗

## [DMV Home](#) ↗