Department of
Motor Vehicles

**Find a DMV Regulated Business**

Your search returned 0 results.

## Facility Number Search Result

No facility available for number 7128150

**Quick Links:**

Receive Email / Text Reminders ↗
Military Veteran Resources ↗
Register to Vote ↗
Register as an Organ Donor ↗
E-ZPass® ↗
Privacy & Security ↗
Translation Disclaimer ↗

# DMV Home ↗