Department of
Motor Vehicles

**Find a DMV Regulated Business**

Your search returned 92 results. Now displaying records 1 to 20. Skip to [Facility Search Results](#)

> **Please Note:**
> - You can perform a ZIP Code lookup in order to reduce your search results.

## Facility Group and Location Search Results

**Facility Group:** [Dealers](#) ⧉
**Type:** Wholesale Dealers
**Location:** Nassau

### Facility Search Results  (Sorted by Facility Name : Ascending)

Sort by:

**Facility Number** ↕

**Facility Name** ↓

**Street** ↕

**City** ↕

**ZIP** ↕

**Facility Number:** [7122455](#) ⧉
**Facility Name:** 206 Nevada Inc
**Address:** 206 Nevada Street, Hicksville, NY, 11801
**County:** Nassau

**Facility Number:** [7103099](#) ⧉
**Facility Name:** 3270 Sunrise Sales Inc
**Address:** 2322 Sycamore Avenue, Wantagh, NY, 11793
**County:** Nassau

**Facility Number:** [7130144](#) ⧉
**Facility Name:** 786 Autos Inc
**Address:** 1239 Peapond Road, North Bellmore, NY, 11710
**County:** Nassau

**Facility Number:** [7092637](#) ⧉
**Facility Name:** 98th Street Auto Sales Corp
**Address:** 103 Bloomingdale Rd, Levittown, NY, 11756
**County:** Nassau

**Facility Number:** [7082319](#) ⧉
**Facility Name:** Advance Auto Repairs Inc
**Address:** 444 Peninsula Blvd, Hempstead, NY, 11550
**County:** Nassau

**Facility Number:** [7131583](#) ⧉

**Facility Name:** Afdi Llc
**Address:** 157 Brooklyn Avenue, Westbury, NY, 11590
**County:** Nassau

---

**Facility Number:** 7126874
**Facility Name:** Agp Holdings Inc
**Address:** 60 Guenther Ave, Valley Stream, NY, 11580
**County:** Nassau

---

**Facility Number:** 7053321
**Facility Name:** All Makes Auto Sales Inc
**Address:** 37 Stymus Ave, Bethpage, NY, 11714
**County:** Nassau

---

**Facility Number:** 7122505
**Facility Name:** All Star Auto Group
**Address:** 740 N Broadway, Massapequa, NY, 11758
**County:** Nassau

---

**Facility Number:** 7019192
**Facility Name:** Allen Piha Wholesale Dealer
**Address:** 2055 Bliss Pl, Merrick, NY, 11566
**County:** Nassau

---

**Facility Number:** 7131000
**Facility Name:** Ama Dynamic Group Inc
**Address:** 548 Adele Place, Bethpage, NY, 11714
**County:** Nassau

---

**Facility Number:** 7131370
**Facility Name:** Auto Amg55 Inc
**Address:** 183 Round Hill Rd, Roslyn Height, NY, 11577
**County:** Nassau

---

**Facility Number:** 7117821
**Facility Name:** Auto Care Inc
**Address:** 11 Hendrickson Ave, Valley Stream, NY, 11580
**County:** Nassau

---

**Facility Number:** 7003836
**Facility Name:** Automotive Workshop Of Great Neck Inc
**Address:** 385 Great Neck Rd, Great Neck, NY, 11021
**County:** Nassau

---

**Facility Number:** 7108380
**Facility Name:** Bayside Motors Inc
**Address:** 2331 Lincoln Street, North Bellmore, NY, 11710
**County:** Nassau

---

**Facility Number:** 7048114
**Facility Name:** Bendary Car Corp
**Address:** 363 Hamilton Ave, W Hempstead, NY, 11552
**County:** Nassau

---

**Facility Number:** 7128132
**Facility Name:** C&C Auto Enterprise Llc
**Address:** 1523 Scriven Avenue, North Bellmore, NY, 11710
**County:** Nassau

---

**Facility Number:** 7122995
**Facility Name:** Caliche Auto Sales Inc
**Address:** 766 Meacham Ave 1fl, Elmont, NY, 11003
**County:** Nassau

---

**Facility Number:** 7039084
**Facility Name:** Car Coral Inc The

**Address:** 7 Silverbirch Rd, Merrick, NY, 11566

**County:** Nassau

---

**Facility Number:** [7120097](#) ↗

**Facility Name:** Carloha Inc

**Address:** 161 Lvttwn Prkwy St7, Hicksville, NY, 11801

**County:** Nassau

---

More Results

---

**Quick Links:**

Receive Email / Text Reminders ↗

Military Veteran Resources ↗

Register to Vote ↗

Register as an Organ Donor ↗

E-ZPass® ↗

Privacy & Security ↗

Translation Disclaimer ↗

**DMV Home** ↗

Department of
Motor Vehicles

## Find a DMV Regulated Business

Your search returned 92 results. Now displaying records 21 to 40. Skip to Facility Search Results

> **Please Note:**
> - You can perform a ZIP Code lookup in order to reduce your search results.

## Facility Group and Location Search Results

**Facility Group:** Dealers ↗
**Type:** Wholesale Dealers
**Location:** Nassau

### Facility Search Results  (Sorted by Facility Name : Ascending)

Sort by:

Facility Number ↕

Facility Name ↓

Street ↕

City ↕

ZIP ↕

**Facility Number:** 7123813 ↗
**Facility Name:** Certified Capital Leasing Inc
**Address:** 32 Carriage Rd, Great Neck, NY, 11024
**County:** Nassau

**Facility Number:** 7102689 ↗
**Facility Name:** Classic Auto Group Llc
**Address:** 1144 Atlntic Av Ste1, Baldwin, NY, 11510
**County:** Nassau

**Facility Number:** 7055233 ↗
**Facility Name:** Craigs Auto Sales
**Address:** 1833 Merikoke Ave, Wantagh, NY, 11793
**County:** Nassau

**Facility Number:** 7111599 ↗
**Facility Name:** Credit Answers Inc
**Address:** 757 Blackstones Ave, East Meadow, NY, 11554
**County:** Nassau

**Facility Number:** 7128477 ↗
**Facility Name:** Dieffaga Auto Inc
**Address:** 7 Norfolk Drive W, Elmont, NY, 11003
**County:** Nassau

**Facility Number:** 7039027 ↗

**Facility Name:** Dinsdale Used Cars

**Address:** 44 South Lewis Place, Rockville Ctr, NY, 11570

**County:** Nassau

---

**Facility Number:** 7070624 ↗

**Facility Name:** Discount Auto Group Service Ltd

**Address:** 10 Cedar Swamp Rd, Glen Cove, NY, 11542

**County:** Nassau

---

**Facility Number:** 7125108 ↗

**Facility Name:** Dr Auto Sales & Leasing Inc

**Address:** 21 Downhill Lane, Wantagh, NY, 11793

**County:** Nassau

---

**Facility Number:** 7110405 ↗

**Facility Name:** Dt International Corp

**Address:** 1 Fams Court, Jericho, NY, 11753

**County:** Nassau

---

**Facility Number:** 7128713 ↗

**Facility Name:** East Meadow Used Cars Inc

**Address:** 612 Marion Drive, East Meadow, NY, 11554

**County:** Nassau

---

**Facility Number:** 7120873 ↗

**Facility Name:** Eastern Leasing Corp

**Address:** 630 Michelle Pl, Valley Stream, NY, 11581

**County:** Nassau

---

**Facility Number:** 7120664 ↗

**Facility Name:** Evergreen Group Of New York Llc

**Address:** 420 Nrthrn Blvd U201, Great Neck, NY, 11021

**County:** Nassau

---

**Facility Number:** 7129059 ↗

**Facility Name:** Exotic Auto Mall Of Long Island Inc

**Address:** 1391 Hempstead Tpke, Elmont, NY, 11003

**County:** Nassau

---

**Facility Number:** 7123923 ↗

**Facility Name:** Ez Lease

**Address:** 6 Woolsey Avenue, Bethpage, NY, 11714

**County:** Nassau

---

**Facility Number:** 7092409 ↗

**Facility Name:** Ez Wheels Auto Sales Inc

**Address:** 45 Deep Lane, Wantagh, NY, 11793

**County:** Nassau

---

**Facility Number:** 7093215 ↗

**Facility Name:** F&J Auto Sales Inc

**Address:** 11 Miriam Street, Valley Stream, NY, 11581

**County:** Nassau

---

**Facility Number:** 7101311 ↗

**Facility Name:** G&M Auto Group Ltd

**Address:** 61 Richmond St, Syosset, NY, 11791

**County:** Nassau

---

**Facility Number:** 7065376 ↗

**Facility Name:** Gnm Auto Sales Inc

**Address:** 560 Merrick Road, Baldwin, NY, 11510

**County:** Nassau

---

**Facility Number:** 7128599 ↗

**Facility Name:** Gold Coast Auto Group Llc

**Address:** 185 Great Neck 418, Great Neck, NY, 11021

**County:** Nassau

---

**Facility Number:** 7122889 ↗

**Facility Name:** Gold Coast Exports Inc

**Address:** 43 Clements Street, Glen Cove, NY, 11542

**County:** Nassau

---

Previous

More Results

---

**Quick Links:**

Receive Email / Text Reminders ↗

Military Veteran Resources ↗

Register to Vote ↗

Register as an Organ Donor ↗

E-ZPass® ↗

Privacy & Security ↗

Translation Disclaimer ↗

**DMV Home** ↗

Department of
Motor Vehicles

**Find a DMV Regulated Business**

Your search returned 92 results. Now displaying records 41 to 60. Skip to Facility Search Results

> **Please Note:**
> - You can perform a ZIP Code lookup in order to reduce your search results.

## Facility Group and Location Search Results

**Facility Group:** Dealers ⧉
**Type:** Wholesale Dealers
**Location:** Nassau

### Facility Search Results  (Sorted by Facility Name : Ascending)

Sort by:

Facility Number ↕

Facility Name ↓

Street ↕

City ↕

ZIP ↕

**Facility Number:** 7130536 ⧉
**Facility Name:** H&E Auto Inc
**Address:** 16 Darby Place, Glen Head, NY, 11545
**County:** Nassau

**Facility Number:** 7121184 ⧉
**Facility Name:** Hazel Lane Group Inc The
**Address:** 181 S Frnkln Av S605, Valley Stream, NY, 11581
**County:** Nassau

**Facility Number:** 7131566 ⧉
**Facility Name:** Highline Capital
**Address:** 42 Hummingbird Dr, Roslyn, NY, 11576
**County:** Nassau

**Facility Number:** 7130696 ⧉
**Facility Name:** Island Auto Wsale Inc
**Address:** 34 Barnum Ave, Plainview, NY, 11803
**County:** Nassau

**Facility Number:** 7101178 ⧉
**Facility Name:** Ivol Enterprises Ltd
**Address:** 261 Uniondale Ave, Uniondale, NY, 11553
**County:** Nassau

**Facility Number:** 7130986 ⧉

**Facility Name:** J&A Auto Wholesale Inc

**Address:** 21 Everdell Road, East Rockaway, NY, 11518

**County:** Nassau

---

**Facility Number:** 7125061

**Facility Name:** J&L Motors Inc

**Address:** 3558 Bertha Dr, Baldwin, NY, 11510

**County:** Nassau

---

**Facility Number:** 7128691

**Facility Name:** Jab & F United Inc

**Address:** 191 N Boston Ave, Massapequa, NY, 11758

**County:** Nassau

---

**Facility Number:** 7014823

**Facility Name:** Jay Cee Automotive Inc

**Address:** Pbx415 132 Hoffmn St, Franklin Sq, NY, 11010

**County:** Nassau

---

**Facility Number:** 7090998

**Facility Name:** Jmb Auto Sales

**Address:** 15 Salem Lane, Port Washigton, NY, 11050

**County:** Nassau

---

**Facility Number:** 7120577

**Facility Name:** Jms Autos Llc

**Address:** 9 Garson Road, Carle Place, NY, 11514

**County:** Nassau

---

**Facility Number:** 7074599

**Facility Name:** Joe Corallo Auto Sales

**Address:** 329 Herbert Pl, Bethpage, NY, 11714

**County:** Nassau

---

**Facility Number:** 7112546

**Facility Name:** Junk Cars Cash Llc

**Address:** 3 New Street, Oceanside, NY, 11572

**County:** Nassau

---

**Facility Number:** 7014184

**Facility Name:** Larry M Gering

**Address:** 114 Sullivan Av, Farmingdale, NY, 11735

**County:** Nassau

---

**Facility Number:** 7118967

**Facility Name:** Limani Auto Sales

**Address:** 4 Hemlock Court, Oyster Bay, NY, 11771

**County:** Nassau

---

**Facility Number:** 7120766

**Facility Name:** Lj Wholesale Inc

**Address:** 2734 N Jerusalem Rd, North Bellmore, NY, 11710

**County:** Nassau

---

**Facility Number:** 7130393

**Facility Name:** Lk Wares Llc

**Address:** 60 Hmpstd Av Ste6007, West Hempstead, NY, 11552

**County:** Nassau

---

**Facility Number:** 7111742

**Facility Name:** Lmj Used Autos Llc

**Address:** 43 Bank Street, Valley Stream, NY, 11580

**County:** Nassau

---

**Facility Number:** 7120527

**Facility Name:** Long Island Auto House Inc

**Address:** 25 Red Brook Road, Great Neck, NY, 11024

**County:** Nassau

---

**Facility Number:** 7108483 🔗

**Facility Name:** Low Low Miles Llc

**Address:** 310 Melbourne Road, Great Neck, NY, 11021

**County:** Nassau

---

Previous

More Results

---

**Quick Links:**

Receive Email / Text Reminders 🔗

Military Veteran Resources 🔗

Register to Vote 🔗

Register as an Organ Donor 🔗

E-ZPass® 🔗

Privacy & Security 🔗

Translation Disclaimer 🔗

**DMV Home** 🔗

Department of
Motor Vehicles

**Find a DMV Regulated Business**

Your search returned 92 results. Now displaying records 61 to 80. Skip to Facility Search Results

---

**Please Note:**
- You can perform a ZIP Code lookup in order to reduce your search results.

---

## Facility Group and Location Search Results

**Facility Group:** Dealers 🗗
**Type:** Wholesale Dealers
**Location:** Nassau

### Facility Search Results  (Sorted by Facility Name : Ascending)

Sort by:

Facility Number ↕

Facility Name ↓

Street ↕

City ↕

ZIP ↕

**Facility Number:** 7130305 🗗
**Facility Name:** M Performance Inc
**Address:** 32 Moore Drive, Bethpage, NY, 11714
**County:** Nassau

---

**Facility Number:** 7131607 🗗
**Facility Name:** M&N Family Distribution Inc
**Address:** 42 Superior Road, Floral Park, NY, 11001
**County:** Nassau

---

**Facility Number:** 7130606 🗗
**Facility Name:** Marajhs Garages Inc
**Address:** 2381 Harrison Ave, Baldwin, NY, 11510
**County:** Nassau

---

**Facility Number:** 7121995 🗗
**Facility Name:** Max Auto Inc
**Address:** 460b Glen Cove Ave, Sea Cliff, NY, 11579
**County:** Nassau

---

**Facility Number:** 7131694 🗗
**Facility Name:** Mcn Auto Llc
**Address:** 70 E Sunrise Hwy 510, Valley Stream, NY, 11581
**County:** Nassau

---

**Facility Number:** 7122604 🗗

**Facility Name:** Meadow Auto Cars Inc

**Address:** 421 Chambers Avenue, East Meadow, NY, 11554

**County:** Nassau

---

**Facility Number:** 7127589 ↗

**Facility Name:** Mekawy Auto Sales Inc

**Address:** 175 Rosyln Rd Off 1, Roslyn Heights, NY, 11577

**County:** Nassau

---

**Facility Number:** 7051005 ↗

**Facility Name:** Mendoza Auto Wholesaler

**Address:** 1186 Langdon St, Franklin Sq, NY, 11010

**County:** Nassau

---

**Facility Number:** 7110920 ↗

**Facility Name:** Metro Motors

**Address:** 951 Gerry Avenue, Lido Beach, NY, 11561

**County:** Nassau

---

**Facility Number:** 7100428 ↗

**Facility Name:** Midway Auto Collision

**Address:** 561 Nassau Avenue, Freeport, NY, 11520

**County:** Nassau

---

**Facility Number:** 7113018 ↗

**Facility Name:** Ny Autotrader Inc

**Address:** 12 Barbara Drive, Syosset, NY, 11791

**County:** Nassau

---

**Facility Number:** 7118981 ↗

**Facility Name:** Oak Auto Inc

**Address:** 178 Putnam Ave, Freeport, NY, 11520

**County:** Nassau

---

**Facility Number:** 7127046 ↗

**Facility Name:** P & E Luxury Auto Sales

**Address:** 123 Gilroy Ave, Uniondale, NY, 11553

**County:** Nassau

---

**Facility Number:** 7130867 ↗

**Facility Name:** Pagaz Holdings Llc

**Address:** 160 Dupont Street, Plainview, NY, 11803

**County:** Nassau

---

**Facility Number:** 7119397 ↗

**Facility Name:** Paradise Auto Group Inc

**Address:** 1054 Midland Street, Uniondale, NY, 11553

**County:** Nassau

---

**Facility Number:** 7065082 ↗

**Facility Name:** Plaza Auto Sales Inc

**Address:** 101 Steam Boat Rd, Great Neck, NY, 11024

**County:** Nassau

---

**Facility Number:** 7102140 ↗

**Facility Name:** Prestige Leasing Inc

**Address:** 3882 Carrel Blvd, Oceanside, NY, 11572

**County:** Nassau

---

**Facility Number:** 7122381 ↗

**Facility Name:** Quality Automobiles Inc

**Address:** 32a Intersection St, Hempstead, NY, 11550

**County:** Nassau

---

**Facility Number:** 7066063 ↗

**Facility Name:** Return To Perfection Inc

**Address:** 1901 Bellmore Avenue, Bellmore, NY, 11710

**County:** Nassau

---

**Facility Number:** 7121983 ⬀

**Facility Name:** Royal Coast Automobile Group Inc

**Address:** 235 Robbins Lane J, Syosset, NY, 11791

**County:** Nassau

---

Previous

More Results

**Quick Links:**

Receive Email / Text Reminders ⬀

Military Veteran Resources ⬀

Register to Vote ⬀

Register as an Organ Donor ⬀

E-ZPass® ⬀

Privacy & Security ⬀

Translation Disclaimer ⬀

**DMV Home ⬀**

**Department of Motor Vehicles**

### Find a DMV Regulated Business

Your search returned 92 results. Now displaying records 81 to 92. Skip to Facility Search Results

> **Please Note:**
> - You can perform a ZIP Code lookup in order to reduce your search results.

## Facility Group and Location Search Results

**Facility Group:** Dealers 🔗
**Type:** Wholesale Dealers
**Location:** Nassau

### Facility Search Results  (Sorted by Facility Name : Ascending)

Sort by:

**Facility Number** ↕

**Facility Name** ↓

**Street** ↕

**City** ↕

**ZIP** ↕

**Facility Number:** 7126262 🔗
**Facility Name:** S&N United Corp
**Address:** 1280 Westerveit Pl, Hewlett, NY, 11557
**County:** Nassau

**Facility Number:** 7107637 🔗
**Facility Name:** Saba Royal Auto Trade Inc
**Address:** 681 Doblin Street, Elmont, NY, 11003
**County:** Nassau

**Facility Number:** 7129329 🔗
**Facility Name:** Saj Auto Sales Inc
**Address:** 1413 Prospect Ave, East Meadow, NY, 11554
**County:** Nassau

**Facility Number:** 7130245 🔗
**Facility Name:** Sandpoint Auto Sales Inc
**Address:** 99a Harbor Raod, Prt Washington, NY, 11050
**County:** Nassau

**Facility Number:** 7127592 🔗
**Facility Name:** Silver Line Leasing &Sales Corp
**Address:** 26 Udall Drive, Great Neck, NY, 11020
**County:** Nassau

**Facility Number:** 7128338 🔗

**Facility Name:** Skye Enterprises Inc

**Address:** 3522 Bertha Drive, Baldwin, NY, 11510

**County:** Nassau

---

**Facility Number:** 7130355 ☐

**Facility Name:** Streamline Direct Inc

**Address:** 224 Oak Street, West Hempstead, NY, 11552

**County:** Nassau

---

**Facility Number:** 7016564 ☐

**Facility Name:** Thomas W Ruggiero Motors Inc

**Address:** 99 Atlas Av, Malvern, NY, 11565

**County:** Nassau

---

**Facility Number:** 7068994 ☐

**Facility Name:** Trade Wholesalers Inc

**Address:** 3 Summit View Dr, Bayville, NY, 11709

**County:** Nassau

---

**Facility Number:** 7124537 ☐

**Facility Name:** Usa Auto Business Export Inc

**Address:** 29 Glen Cove Ave 207, Glen Cove, NY, 11542

**County:** Nassau

---

**Facility Number:** 7127444 ☐

**Facility Name:** Valley Auto Leasing Inc

**Address:** 14 Harvard Street, Williston Park, NY, 11596

**County:** Nassau

---

**Facility Number:** 7126007 ☐

**Facility Name:** Wholesale Motors Llc

**Address:** 357 E Old Country Rd, Hicksville, NY, 11801

**County:** Nassau

---

Previous

---

**Quick Links:**

Receive Email / Text Reminders ☐

Military Veteran Resources ☐

Register to Vote ☐

Register as an Organ Donor ☐

E-ZPass® ☐

Privacy & Security ☐

Translation Disclaimer ☐

## DMV Home ☐