**Department of Motor Vehicles**

## Find a DMV Regulated Business

Your search returned 542 results. Now displaying records 21 to 40. Skip to Facility Search Results

> **Please Note:**
> - You can perform a ZIP Code lookup in order to reduce your search results.

## Facility Group and Location Search Results

**Facility Group:** Dealers
**Type:** Retail Dealers
**Location:** Nassau

### Facility Search Results (Sorted by Facility Name : Descending)

Sort by:
- Facility Number ↕
- Facility Name ↑
- Street ↕
- City ↕
- ZIP ↕

**Facility Number:** 7115321
**Facility Name:** Vault Auto Group The Llc
**Address:** 18 Railroad Avenue, Valley Stream, NY, 11580
**County:** Nassau

**Facility Number:** 7047591
**Facility Name:** Vans Auto Body Inc
**Address:** 160 Horton Ave, Lynbrook, NY, 11563
**County:** Nassau

**Facility Number:** 1300537
**Facility Name:** Van Buren Truck Sales Corp
**Address:** 2257 Jericho Tpk, Garden City Pk, NY, 11040
**County:** Nassau

**Facility Number:** 7128264
**Facility Name:** V Power Imports Inc
**Address:** 5 Doughty Blvd Unt B, Inwood, NY, 11096
**County:** Nassau

**Facility Number:** 7121603
**Facility Name:** Urco Gas Inc
**Address:** 66 New Hyde Park Rd, Franklin Sq, NY, 11010
**County:** Nassau

**Facility Number:** 7105812

**Facility Name:** Universal Autosport Llc
**Address:** 112 Glen Street, Glen Cove, NY, 11542
**County:** Nassau

**Facility Number:** 7098369
**Facility Name:** United Technical Group Inc
**Address:** 900 Atlantic Ave, Baldwin, NY, 11510
**County:** Nassau

**Facility Number:** 7018342
**Facility Name:** Ultra Auto
**Address:** 151 New Hyde Park Rd, Franklin Sq, NY, 11010
**County:** Nassau

**Facility Number:** 7062661
**Facility Name:** Ultimate Auto Sales Llc
**Address:** 284 Old Country Rd, Hicksville, NY, 11801
**County:** Nassau

**Facility Number:** 1302388
**Facility Name:** Twin Auto Sales & Service
**Address:** 460 Long Beach Blvd, Long Beach, NY, 11561
**County:** Nassau

**Facility Number:** 7129848
**Facility Name:** Turn Auto Mall
**Address:** 455 Hempstead Tpke, West Hempstead, NY, 11552
**County:** Nassau

**Facility Number:** 7130633
**Facility Name:** Turn Auto Mall
**Address:** 2 Jericho Turnpike, New Hyde Park, NY, 11040
**County:** Nassau

**Facility Number:** 7123578
**Facility Name:** Tullys Speed Shop Llc
**Address:** 180 South Street, Oyster Bay, NY, 11771
**County:** Nassau

**Facility Number:** 1300173
**Facility Name:** Tt Enterprises
**Address:** 77 Carnation Ave, Floral Park, NY, 11001
**County:** Nassau

**Facility Number:** 7115041
**Facility Name:** Triple C Auto Traders Inc
**Address:** 505 Eagle Ave, West Hempstead, NY, 11552
**County:** Nassau

**Facility Number:** 7132111
**Facility Name:** Tradeup Motors
**Address:** 415 W Sunrise Hway, Freeport, NY, 11520
**County:** Nassau

**Facility Number:** 7061818
**Facility Name:** Tps Auto Sales Inc
**Address:** 2 Craft Avenue, Inwood, NY, 11096
**County:** Nassau

**Facility Number:** 7122955
**Facility Name:** Toyota Of Massapequa
**Address:** 3660 Sunrise Highway, Seaford, NY, 11783
**County:** Nassau

**Facility Number:** 7006376
**Facility Name:** Town&Country Jeep Chrysler

**Address:** Pbx366 3190 Hmpstd T, Levittown, NY, 11756
**County:** Nassau

**Facility Number:** 7115357
**Facility Name:** Town Auto Repair Inc
**Address:** 1577 Merrick Road, Merrick, NY, 11566
**County:** Nassau

Previous

More Results

Quick Links:

Receive Email / Text Reminders
Military Veteran Resources
Register to Vote
Register as an Organ Donor
E-ZPass®
Privacy & Security
Translation Disclaimer

# DMV Home

**Department of Motor Vehicles**

## Find a DMV Regulated Business

Your search returned 542 results. Now displaying records 41 to 60. Skip to Facility Search Results

> **Please Note:**
> - You can perform a ZIP Code lookup in order to reduce your search results.

## Facility Group and Location Search Results

**Facility Group:** Dealers
**Type:** Retail Dealers
**Location:** Nassau

### Facility Search Results (Sorted by Facility Name : Descending)

Sort by:
- Facility Number
- Facility Name
- Street
- City
- ZIP

**Facility Number:** 7106013
**Facility Name:** Town & Country Jeep Chrysler Dodge
**Address:** 3156 Hempstead Tpke, Levittown, NY, 11756
**County:** Nassau

**Facility Number:** 7115488
**Facility Name:** Top Choice Auto Inc
**Address:** 4700 Sunrise Hwy, Massapequa Prk, NY, 11762
**County:** Nassau

**Facility Number:** 7114984
**Facility Name:** Tony Royal Used Cars Inc
**Address:** 201 Coronado Street, Atlantic Beach, NY, 11509
**County:** Nassau

**Facility Number:** 7102517
**Facility Name:** Todays Auto Inc
**Address:** 200 Hillside Ave, New Hyde Park, NY, 11040
**County:** Nassau

**Facility Number:** 7123877
**Facility Name:** Tms Auto Sales Inc
**Address:** 440 Newbridge Rd, East Meadow, NY, 11554
**County:** Nassau

**Facility Number:** 7106744

**Facility Name:** Thoroughbred Motorsport Llc
**Address:** 16 Lwr Lincoln Ave, Oceanside, NY, 11572
**County:** Nassau

**Facility Number:** 7120465
**Facility Name:** The Bimmer Shop Llc
**Address:** 62 Verdi Street, Farmingdale, NY, 11735
**County:** Nassau

**Facility Number:** 7087677
**Facility Name:** Tft Diamond Auto Sales Inc
**Address:** 60 Saratoga Blvd, Island Park, NY, 11558
**County:** Nassau

**Facility Number:** 7109329
**Facility Name:** Tesla Motors New York Llc
**Address:** 1350 Corporate Dr, Westbury, NY, 11590
**County:** Nassau

**Facility Number:** 7114095
**Facility Name:** Tesla Motors New York Llc
**Address:** 2122 Northern Blvd, Manhasset, NY, 11030
**County:** Nassau

**Facility Number:** 7066499
**Facility Name:** Tee Pee Auto Sales Corp
**Address:** 52 Swalm Street, Westbury, NY, 11590
**County:** Nassau

**Facility Number:** 7110140
**Facility Name:** Tech Leasing Llc
**Address:** 165 Cantiague Rck Rd, Westbury, NY, 11590
**County:** Nassau

**Facility Number:** 7126162
**Facility Name:** T&T Automotive Solution Inc
**Address:** 2092 Jericho Tpke, New Hyde Park, NY, 11040
**County:** Nassau

**Facility Number:** 7052626
**Facility Name:** T&R Performance Ltd
**Address:** 590 Hicksville Road, Bethpage, NY, 11714
**County:** Nassau

**Facility Number:** 7076561
**Facility Name:** T&C Restorations Inc
**Address:** 104 Liberty Ave, Mineola, NY, 11501
**County:** Nassau

**Facility Number:** 7059105
**Facility Name:** T&A Auto Sales Inc
**Address:** 59 Brooklyn Ave, Massapequa, NY, 11758
**County:** Nassau

**Facility Number:** 1301238
**Facility Name:** Syosset Truck Sales Inc
**Address:** 1561 Stewart Av, Westbury, NY, 11590
**County:** Nassau

**Facility Number:** 7064561
**Facility Name:** Syosset Tire & Car Care Inc
**Address:** 64 W Jericho Tpke, Syosset, NY, 11791
**County:** Nassau

**Facility Number:** 7122223
**Facility Name:** Syosset Auto Leasing

**Address:** 60 Jericho Tpke, Syosset, NY, 11791
**County:** Nassau

---

**Facility Number:** [7103089](#)
**Facility Name:** Svm Auto Repair Inc
**Address:** 71 Sylvester Street, Westbury, NY, 11590
**County:** Nassau

---

Previous

More Results

---

**Quick Links:**

[Receive Email / Text Reminders](#)
[Military Veteran Resources](#)
[Register to Vote](#)
[Register as an Organ Donor](#)
[E-ZPass®](#)
[Privacy & Security](#)
[Translation Disclaimer](#)

# [DMV Home](#)

**Department of Motor Vehicles**

**Find a DMV Regulated Business**

Your search returned 542 results. Now displaying records 61 to 80. Skip to Facility Search Results

> **Please Note:**
> - You can perform a ZIP Code lookup in order to reduce your search results.

## Facility Group and Location Search Results

**Facility Group:** Dealers
**Type:** Retail Dealers
**Location:** Nassau

**Facility Search Results  (Sorted by Facility Name : Descending)**

Sort by:

Facility Number ↕

Facility Name ↑

Street ↕

City ↕

ZIP ↕

**Facility Number:** 7129571
**Facility Name:** Svj Auto Collision Inc
**Address:** 295 E Montauk Hwy, Lindenhurst, NY, 11757
**County:** Nassau

**Facility Number:** 7034210
**Facility Name:** Suzuki Of Mineola
**Address:** 336-344 Jericho Tpk, Mineola, NY, 11501
**County:** Nassau

**Facility Number:** 7130411
**Facility Name:** Super Sport Motorcars Inc
**Address:** 5800 Old Snrse Ste A, Massapequa, NY, 11758
**County:** Nassau

**Facility Number:** 7100050
**Facility Name:** Sunrise Volkswagen Inc
**Address:** 931 Sunrise Hwy, Lynbrook, NY, 11563
**County:** Nassau

**Facility Number:** 7122529
**Facility Name:** Sunrise Auto Sales
**Address:** 241-02 Linden Blvd, Elmont, NY, 11003
**County:** Nassau

**Facility Number:** 7034044

**Facility Name:** Sun Buick Gmc Inc
**Address:** 3333 Sunrise Hwy, Wantagh, NY, 11793
**County:** Nassau

**Facility Number:** 7120640
**Facility Name:** Sun Auto Group
**Address:** 1960 Old Mill Road, Wantagh, NY, 11793
**County:** Nassau

**Facility Number:** 7125260
**Facility Name:** Stream Auto Outlet
**Address:** 324 W Merrick Road, Valley Stream, NY, 11580
**County:** Nassau

**Facility Number:** 7131132
**Facility Name:** Stream Auto Outlet
**Address:** 2232 Sunrise Hwy, Islip, NY, 11751
**County:** Nassau

**Facility Number:** 7128005
**Facility Name:** Stoler Lexus
**Address:** 2090 Broadhollow Rd, Farmingdale, NY, 11735
**County:** Nassau

**Facility Number:** 7048356
**Facility Name:** Steves Park Ave Auto & Welding Svc
**Address:** 144 E Marie St, Hicksville, NY, 11801
**County:** Nassau

**Facility Number:** 7121604
**Facility Name:** Statement Auto Sales
**Address:** 238-12 Linden Blvd, Elmont, NY, 11003
**County:** Nassau

**Facility Number:** 7081434
**Facility Name:** State Of The Art Auto Body Inc
**Address:** 3670 12 Oceaside Rdw, Oceanside, NY, 11572
**County:** Nassau

**Facility Number:** 7102556
**Facility Name:** Star Auto Collision Inc
**Address:** 296 Main Street, Hempstead, NY, 11550
**County:** Nassau

**Facility Number:** 7000679
**Facility Name:** Sports Cars Unlmted Of Woodbury Inc
**Address:** 760 Jericho Tpk, Woodbury, NY, 11797
**County:** Nassau

**Facility Number:** 7123264
**Facility Name:** Specialty Auto Group Inc
**Address:** 1255a Hempstead Tpke, Elmont, NY, 11003
**County:** Nassau

**Facility Number:** 7112832
**Facility Name:** South Shore Hyundai
**Address:** 360 West Sunrise Hwy, Valley Stream, NY, 11581
**County:** Nassau

**Facility Number:** 7122303
**Facility Name:** South Shore Chrysler Jeep Dodge Ram
**Address:** 550 Burnside Avenue, Inwood, NY, 11096
**County:** Nassau

**Facility Number:** 7132219
**Facility Name:** South Shore Chrysler Dodge Jeep Ram

**Address:** 550 Burnside Ave, Inwood, NY, 11096
**County:** Nassau

**Facility Number:** 7120182
**Facility Name:** South Shore Auto Brokers & Sales Inc
**Address:** 104 Stone Blvd, Massapequa, NY, 11758
**County:** Nassau

Previous

More Results

Quick Links:

Receive Email / Text Reminders
Military Veteran Resources
Register to Vote
Register as an Organ Donor
E-ZPass®
Privacy & Security
Translation Disclaimer

# DMV Home

**Department of Motor Vehicles**

## Find a DMV Regulated Business

Your search returned 542 results. Now displaying records 81 to 100. Skip to Facility Search Results

> **Please Note:**
> - You can perform a ZIP Code lookup in order to reduce your search results.

## Facility Group and Location Search Results

**Facility Group:** Dealers
**Type:** Retail Dealers
**Location:** Nassau

### Facility Search Results  (Sorted by Facility Name : Descending)

Sort by:

Facility Number ↕

Facility Name ↑

Street ↕

City ↕

ZIP ↕

**Facility Number:** 7127357
**Facility Name:** South Shore Mitsubishi
**Address:** 185 E Sunrise Hwy, Freeport, NY, 11520
**County:** Nassau

**Facility Number:** 7081847
**Facility Name:** Sm Motorsports Inc
**Address:** 140 Lakeville Rd, New Hyde Pk, NY, 11040
**County:** Nassau

**Facility Number:** 7121695
**Facility Name:** Skyline Drive
**Address:** 242 Sheridan Blvd, Inwood, NY, 11096
**County:** Nassau

**Facility Number:** 7055374
**Facility Name:** Sk Wholesale Inc
**Address:** 1980 Beech St, Wantagh, NY, 11793
**County:** Nassau

**Facility Number:** 7114655
**Facility Name:** Signature Auto Sales Inc
**Address:** 727 Hempstead Tpke, Franklin Sqare, NY, 11010
**County:** Nassau

**Facility Number:** 7112877

**Facility Name:** Showtime Auto Sales Inc
**Address:** 244 Linden Blvd, Elmont, NY, 11003
**County:** Nassau

**Facility Number:** 7130294
**Facility Name:** Shine Detail Corp
**Address:** 499 Babylon Turnpike, Freeport, NY, 11520
**County:** Nassau

**Facility Number:** 7129995
**Facility Name:** Shayona Auto Corp
**Address:** 2545 Hempstead Tpke, East Meadow, NY, 11554
**County:** Nassau

**Facility Number:** 1302309
**Facility Name:** See Neville Auto Supplies Inc
**Address:** 37 Denton Ave, New Hyde Park, NY, 11040
**County:** Nassau

**Facility Number:** 7017941
**Facility Name:** Seaview Motors Inc
**Address:** 303 Allen Ave, Oceanside, NY, 11572
**County:** Nassau

**Facility Number:** 7126780
**Facility Name:** Seamless Auto Llc
**Address:** 189 N Franklin St, Hempstead, NY, 11550
**County:** Nassau

**Facility Number:** 7129813
**Facility Name:** Scuderia 110
**Address:** 1100 Port Washin Blv, Port Washingto, NY, 11050
**County:** Nassau

**Facility Number:** 7025238
**Facility Name:** Scappy Auto Body Associates Inc
**Address:** 359 Duffy Av, Hicksville, NY, 11801
**County:** Nassau

**Facility Number:** 1301170
**Facility Name:** Sarant Cadillac Corp
**Address:** 4339 Hempstead Tpk, Farmingdale, NY, 11735
**County:** Nassau

**Facility Number:** 7129193
**Facility Name:** Sams Global Enterprises Inc
**Address:** 3310 Sunrise Hwy, Wantagh, NY, 11793
**County:** Nassau

**Facility Number:** 7002606
**Facility Name:** Sambucci Bros Li Inc
**Address:** 1 Denton Ave, Garden City Pk, NY, 11040
**County:** Nassau

**Facility Number:** 7113056
**Facility Name:** Ryder Vehicle Sales Llc
**Address:** 117 Central Avenue, Farmingdale, NY, 11735
**County:** Nassau

**Facility Number:** 7121972
**Facility Name:** Ryan Friedman Motor Cars Llc
**Address:** 112 Glen Street, Glen Cove, NY, 11542
**County:** Nassau

**Facility Number:** 7129963
**Facility Name:** Rvc Auto Performance Inc

**Address:** 486 Merrick Rd, Rockville, NY, 11570
**County:** Nassau

---

**Facility Number:** [7048070](#)
**Facility Name:** Rpm Inc
**Address:** 1 Garvies Pt Rd Bl 2, Glen Cove, NY, 11542
**County:** Nassau

---

Previous

More Results

---

Quick Links:

[Receive Email / Text Reminders](#)
[Military Veteran Resources](#)
[Register to Vote](#)
[Register as an Organ Donor](#)
[E-ZPass®](#)
[Privacy & Security](#)
[Translation Disclaimer](#)

# [DMV Home](#)