

## Odometer Check

**NYS Vehicle Sales Data (from VERIFI)**

You can perform an Odometer Check by entering in the VIN (Vehicle Identification Number), Model Year and Make of a vehicle or by the eMV-50 Number.

**Searching by VIN:** When searching by VIN number, the search result will include information about every sale/transfer available in the system for that VIN.

**Searching by eMV-50 number:** When searching by eMV-50 Number (also called the Transaction ID Number), the search results will only include information about that specific eMV-50.

Vehicle Identification Number

Model Year

Make ▼

or

eMV-50 Number

Tell us about yourself, are you? ▼

☐ I'm not a robot  reCAPTCHA  Privacy - Terms

SEARCH            CLEAR

About Vanguard
1 833 VERIFINY (1 833 837-4346)
DealerSuccess@verifiny.com

©2018-2024 All rights reserved.

Case 2:23-cv-06188-JMW   Document 152-7   Filed 02/28/24   Page 3 of 4 PageID #: 2842



