

Contact Us

# Odometer Check

**NYS Vehicle Sales Data (from VERIFI)**

You can perform an Odometer Check by entering in the VIN (Vehicle Identification Number), Model Year and Make of a vehicle or by the eMV-50 Number.

**Searching by VIN:** When searching by VIN number, the search result will include information about every sale/transfer available in the system for that VIN.

**Searching by eMV-50 number:** When searching by eMV-50 Number (also called the Transaction ID Number), the search results will only include information about that specific eMV-50.

WBXHT3C57K5L90705

2019

Bmw ⌄

or

eMV-50 Number

Checking Retail Purchase ⌄

| ☐ **I'm not a robot** | reCAPTCHA<br>Privacy - Terms |
|---|---|

SEARCH        CLEAR

# Results

VIN: **WBXHT3C57K5L90705**   Year: **2019**   Make: **Bmw**

Date: 11-09-2023

> Odometer Reading/Mileage: **049416**
> MV-50 Number: **EW37173932023**
> Odometer Brand: **Actual Mileage**
> Source: **VERIFI System**

Date: 11-09-2023

> Odometer Reading/Mileage: **049416**
> MV-50 Number:
> Odometer Brand: **Actual Mileage**
> Source: **VERIFI System**

About Vanguard
1 833 VERIFINY (1 833 837-4346)
DealerSuccess@verifiny.com

©2018-2024 All rights reserved.



Odometer Check

Contact Us

# Odometer Check

**NYS Vehicle Sales Data (from VERIFI)**

You can perform an Odometer Check by entering in the VIN (Vehicle Identification Number), Model Year and Make of a vehicle or by the eMV-50 Number.

**Searching by VIN:** When searching by VIN number, the search result will include information about every sale/transfer available in the system for that VIN.

**Searching by eMV-50 number:** When searching by eMV-50 Number (also called the Transaction ID Number), the search results will only include information about that specific eMV-50.

ZASPAKBN5L7C91095

2020

Alfa Romeo ⌄

or

eMV-50 Number

Checking Retail Purchase ⌄

☐ I'm not a robot
reCAPTCHA
Privacy - Terms

SEARCH          CLEAR

# Results

VIN: **ZASPAKBN5L7C91095**   Year: **2020**   Make: **Alfa Romeo**

Date: 11-09-2023

Odometer Reading/Mileage: **030357**
MV-50 Number: **EW37175582023**
Odometer Brand: **Actual Mileage**
Source: **VERIFI System**

Date: 07-17-2023

Odometer Reading/Mileage: **030357**
MV-50 Number: **EW34289742023**
Odometer Brand: **Actual Mileage**
Source: **VERIFI System**

Date: 07-17-2023

Odometer Reading/Mileage: **030341**
MV-50 Number: **EW34289332023**

Odometer Brand: **Actual Mileage**

Source: **VERIFI System**

Date: 05-30-2023

Odometer Reading/Mileage: **030341**

MV-50 Number: **EW33119892023**

Odometer Brand: **Actual Mileage**

Source: **VERIFI System**

Date: 05-30-2023

Odometer Reading/Mileage: **030341**

MV-50 Number:

Odometer Brand: **Actual Mileage**

Source: **VERIFI System**

Date: 09-08-2020

Odometer Reading/Mileage: **000010**

MV-50 Number:

Odometer Brand: **Actual Mileage**

Source: **DMV System**

Date: 08-12-2020

Odometer Reading/Mileage: **000010**

MV-50 Number: **E026892212020**

Odometer Brand: **Actual Mileage**

Source: **VERIFI System**

Date: 08-11-2020

Odometer Reading/Mileage: **000002**

MV-50 Number:

Odometer Brand: **Actual Mileage**

Source: **VERIFI System**

About Vanguard

1 833 VERIFINY (1 833 837-4346)

DealerSuccess@verifiny.com

©2018-2024 All rights reserved.



# Odometer Check

**NYS Vehicle Sales Data (from VERIFI)**

You can perform an Odometer Check by entering in the VIN (Vehicle Identification Number), Model Year and Make of a vehicle or by the eMV-50 Number.

**Searching by VIN:** When searching by VIN number, the search result will include information about every sale/transfer available in the system for that VIN.

**Searching by eMV-50 number:** When searching by eMV-50 Number (also called the Transaction ID Number), the search results will only include information about that specific eMV-50.

5N1DL0MM6LC528999

2020

Infiniti ⌄

or

eMV-50 Number

Checking Retail Purchase ⌄

☐ I'm not a robot

reCAPTCHA
Privacy - Terms

SEARCH      CLEAR

# Results

VIN: **5N1DL0MM6LC528999**      Year: **2020**      Make: **Infiniti**

Date: 11-09-2023

> Odometer Reading/Mileage: **051249**
> MV-50 Number: **EW37176502023**
> Odometer Brand: **Actual Mileage**
> Source: **VERIFI System**

Date: 11-09-2023

> Odometer Reading/Mileage: **051249**
> MV-50 Number:
> Odometer Brand: **Actual Mileage**
> Source: **VERIFI System**

Date: 01-08-2020

> Odometer Reading/Mileage: **000002**
> MV-50 Number: **E018145582020**

Odometer Brand: **Actual Mileage**

Source: **VERIFI System**

Date: 01-08-2020

Odometer Reading/Mileage: **000001**

MV-50 Number:

Odometer Brand: **Actual Mileage**

Source: **VERIFI System**

Date: 01-08-2020

Odometer Reading/Mileage: **000002**

MV-50 Number:

Odometer Brand: **Actual Mileage**

Source: **DMV System**

About Vanguard

1 833 VERIFINY (1 833 837-4346)

DealerSuccess@verifiny.com

©2018-2024 All rights reserved.



# Odometer Check

**NYS Vehicle Sales Data (from VERIFI)**

You can perform an Odometer Check by entering in the VIN (Vehicle Identification Number), Model Year and Make of a vehicle or by the eMV-50 Number.

**Searching by VIN:** When searching by VIN number, the search result will include information about every sale/transfer available in the system for that VIN.

**Searching by eMV-50 number:** When searching by eMV-50 Number (also called the Transaction ID Number), the search results will only include information about that specific eMV-50.

WDD7X8KB7KA001866

2019

Mercedes Benz ⌄

or

eMV-50 Number

Checking Retail Purchase ⌄

☐ I'm not a robot

reCAPTCHA
Privacy - Terms

SEARCH          CLEAR

# Results

VIN: **WDD7X8KB7KA001866**     Year: **2019**     Make: **Mercedes Benz**

Date: 10-05-2023

Odometer Reading/Mileage: **069382**
MV-50 Number: **EW36315002023**
Odometer Brand: **Actual Mileage**
Source: **VERIFI System**

Date: 09-14-2023

Odometer Reading/Mileage: **069382**
MV-50 Number:
Odometer Brand: **Actual Mileage**
Source: **VERIFI System**

Date: 10-03-2019

Odometer Reading/Mileage: **001430**
MV-50 Number: **E014089702019**

Odometer Brand: **Actual Mileage**

Source: **VERIFI System**

Date: 10-03-2019

Odometer Reading/Mileage: **001430**

MV-50 Number:

Odometer Brand: **Actual Mileage**

Source: **DMV System**

Date: 03-01-2019

Odometer Reading/Mileage: **000006**

MV-50 Number:

Odometer Brand: **Actual Mileage**

Source: **VERIFI System**

About Vanguard

1 833 VERIFINY (1 833 837-4346)

DealerSuccess@verifiny.com

©2018-2024 All rights reserved.



# Odometer Check

**<u>NYS Vehicle Sales Data (from VERIFI)</u>**

You can perform an Odometer Check by entering in the VIN (Vehicle Identification Number), Model Year and Make of a vehicle or by the eMV-50 Number.

**Searching by VIN:** When searching by VIN number, the search result will include information about every sale/transfer available in the system for that VIN.

**Searching by eMV-50 number:** When searching by eMV-50 Number (also called the Transaction ID Number), the search results will only include information about that specific eMV-50.

2C3CDXHG6MH531592

2021

Dodge ⌄

or

eMV-50 Number

Checking Wholesale Purchase ⌄

☐ I'm not a robot
reCAPTCHA
Privacy - Terms

SEARCH          CLEAR

## Results

VIN: **2C3CDXHG6MH531592**     Year: **2021**     Make: **Dodge**

Date: 10-05-2023

Odometer Reading/Mileage: **045130**
MV-50 Number: **EW36314932023**
Odometer Brand: **Actual Mileage**
Source: **VERIFI System**

Date: 07-24-2023

Odometer Reading/Mileage: **045130**
MV-50 Number:
Odometer Brand: **Actual Mileage**
Source: **VERIFI System**

About Vanguard
1 833 VERIFINY (1 833 837-4346)
DealerSuccess@verifiny.com

©2018-2024 All rights reserved.



Odometer Check

Contact Us

# Odometer Check

**NYS Vehicle Sales Data (from VERIFI)**

You can perform an Odometer Check by entering in the VIN (Vehicle Identification Number), Model Year and Make of a vehicle or by the eMV-50 Number.

**Searching by VIN:** When searching by VIN number, the search result will include information about every sale/transfer available in the system for that VIN.

**Searching by eMV-50 number:** When searching by eMV-50 Number (also called the Transaction ID Number), the search results will only include information about that specific eMV-50.

2C3CDXHG1MH505823

2021

Dodge ⌄

or

eMV-50 Number

Checking Wholesale Purchase ⌄

☐ I'm not a robot

reCAPTCHA
Privacy - Terms

SEARCH        CLEAR

## Results

VIN: **2C3CDXHG1MH505823**      Year: **2021**      Make: **Dodge**

Date: 10-05-2023

Odometer Reading/Mileage: **045104**
MV-50 Number: **EW36314792023**
Odometer Brand: **Actual Mileage**
Source: **VERIFI System**

Date: 07-24-2023

Odometer Reading/Mileage: **045104**
MV-50 Number:
Odometer Brand: **Actual Mileage**
Source: **VERIFI System**

About Vanguard
1 833 VERIFINY (1 833 837-4346)
DealerSuccess@verifiny.com

©2018-2024 All rights reserved.



# Odometer Check

**<u>NYS Vehicle Sales Data (from VERIFI)</u>**

You can perform an Odometer Check by entering in the VIN (Vehicle Identification Number), Model Year and Make of a vehicle or by the eMV-50 Number.

**Searching by VIN:** When searching by VIN number, the search result will include information about every sale/transfer available in the system for that VIN.

**Searching by eMV-50 number:** When searching by eMV-50 Number (also called the Transaction ID Number), the search results will only include information about that specific eMV-50.

ZN661XUAXHX252844

2017

Maserati ⌄

or

eMV-50 Number

Checking Wholesale Purchase ⌄

| ☐ | I'm not a robot | |
|---|----------------|---|
| | | reCAPTCHA |
| | | Privacy • Terms |

SEARCH        CLEAR

# Results

VIN: **ZN661XUAXHX252844**   Year: **2017**   Make: **Maserati**

Date: 10-05-2023

> Odometer Reading/Mileage: **033148**
> MV-50 Number: **EW36314682023**
> Odometer Brand: **Actual Mileage**
> Source: **VERIFI System**

Date: 07-27-2023

> Odometer Reading/Mileage: **033148**
> MV-50 Number:
> Odometer Brand: **Actual Mileage**
> Source: **VERIFI System**

About Vanguard
1 833 VERIFINY (1 833 837-4346)
DealerSuccess@verifiny.com

©2018-2024 All rights reserved.



# Odometer Check

**<u>NYS Vehicle Sales Data (from VERIFI)</u>**

You can perform an Odometer Check by entering in the VIN (Vehicle Identification Number), Model Year and Make of a vehicle or by the eMV-50 Number.

**Searching by VIN:** When searching by VIN number, the search result will include information about every sale/transfer available in the system for that VIN.

**Searching by eMV-50 number:** When searching by eMV-50 Number (also called the Transaction ID Number), the search results will only include information about that specific eMV-50.

| SALWR2RV8JA189351 |
|---|

| 2018 |
|---|

| Land Rover ⌄ |
|---|

or

| eMV-50 Number |
|---|

| Checking Wholesale Purchase ⌄ |
|---|

☐ I'm not a robot

reCAPTCHA
Privacy - Terms

SEARCH          CLEAR

# Results

VIN: **SALWR2RV8JA189351**    Year: **2018**    Make: **Land Rover**

Date: 10-05-2023

> Odometer Reading/Mileage: **072983**
> MV-50 Number: **EW36314572023**
> Odometer Brand: **Actual Mileage**
> Source: **VERIFI System**

Date: 07-13-2023

> Odometer Reading/Mileage: **072983**
> MV-50 Number: **EW34217972023**
> Odometer Brand: **Actual Mileage**
> Source: **VERIFI System**

Date: 06-29-2023

> Odometer Reading/Mileage: **072928**
> MV-50 Number: **EW33902472023**

Odometer Brand: **Actual Mileage**

Source: **VERIFI System**

Date: 06-06-2023

Odometer Reading/Mileage: **072918**

MV-50 Number:

Odometer Brand: **Actual Mileage**

Source: **VERIFI System**

Date: 03-09-2022

Odometer Reading/Mileage: **053854**

MV-50 Number:

Odometer Brand: **Actual Mileage**

Source: **DMV System**

Date: 04-09-2018

Odometer Reading/Mileage: **000299**

MV-50 Number:

Odometer Brand: **Actual Mileage**

Source: **DMV System**

About Vanguard

1 833 VERIFINY (1 833 837-4346)

DealerSuccess@verifiny.com

©2018-2024 All rights reserved.



Odometer Check

Contact Us

# Odometer Check

**<u>NYS Vehicle Sales Data (from VERIFI)</u>**

You can perform an Odometer Check by entering in the VIN (Vehicle Identification Number), Model Year and Make of a vehicle or by the eMV-50 Number.

**Searching by VIN:** When searching by VIN number, the search result will include information about every sale/transfer available in the system for that VIN.

**Searching by eMV-50 number:** When searching by eMV-50 Number (also called the Transaction ID Number), the search results will only include information about that specific eMV-50.

JTJBARBZ9J2171144

2018

Lexus ⌄

or

eMV-50 Number

Checking Wholesale Purchase ⌄

☐ I'm not a robot

reCAPTCHA
Privacy - Terms

SEARCH        CLEAR

## Results

VIN: **JTJBARBZ9J2171144**     Year: **2018**     Make: **Lexus**

Date: 10-05-2023

| | |
|---|---|
| Odometer Reading/Mileage: | **074248** |
| MV-50 Number: | **EW36314012023** |
| Odometer Brand: | **Actual Mileage** |
| Source: | **VERIFI System** |

Date: 07-27-2023

| | |
|---|---|
| Odometer Reading/Mileage: | **074233** |
| MV-50 Number: | |
| Odometer Brand: | **Actual Mileage** |
| Source: | **VERIFI System** |

About Vanguard
1 833 VERIFINY (1 833 837-4346)
DealerSuccess@verifiny.com

©2018-2024 All rights reserved.



# Odometer Check

**NYS Vehicle Sales Data (from VERIFI)**

You can perform an Odometer Check by entering in the VIN (Vehicle Identification Number), Model Year and Make of a vehicle or by the eMV-50 Number.

**Searching by VIN:** When searching by VIN number, the search result will include information about every sale/transfer available in the system for that VIN.

**Searching by eMV-50 number:** When searching by eMV-50 Number (also called the Transaction ID Number), the search results will only include information about that specific eMV-50.

| 1FTEW1EF1GFB67420 |
|---|

| 2016 |
|---|

| Ford ▾ |
|---|

or

| eMV-50 Number |
|---|

| Checking Wholesale Purchase ▾ |
|---|

☐ I'm not a robot
reCAPTCHA
Privacy - Terms

SEARCH          CLEAR

## Results

VIN: **1FTEW1EF1GFB67420**   Year: **2016**   Make: **Ford**

Date: 11-02-2021

Odometer Reading/Mileage: **105630**
MV-50 Number: **EW19666442021**
Odometer Brand: **Actual Mileage**
Source: **VERIFI System**

Date: 10-21-2021

Odometer Reading/Mileage: **105619**
MV-50 Number:
Odometer Brand: **Actual Mileage**
Source: **VERIFI System**

About Vanguard
1 833 VERIFINY (1 833 837-4346)
DealerSuccess@verifiny.com

©2018-2024 All rights reserved.



# Odometer Check

**<u>NYS Vehicle Sales Data (from VERIFI)</u>**

You can perform an Odometer Check by entering in the VIN (Vehicle Identification Number), Model Year and Make of a vehicle or by the eMV-50 Number.

**Searching by VIN:** When searching by VIN number, the search result will include information about every sale/transfer available in the system for that VIN.

**Searching by eMV-50 number:** When searching by eMV-50 Number (also called the Transaction ID Number), the search results will only include information about that specific eMV-50.

5UXWX9C50H0T04666

2017

Bmw ⌄

or

eMV-50 Number

Checking Wholesale Purchase ⌄

☐ I'm not a robot

reCAPTCHA
Privacy - Terms

SEARCH          CLEAR

## Results

VIN: **5UXWX9C50H0T04666**     Year: **2017**     Make: **Bmw**

Date: 10-05-2023

> Odometer Reading/Mileage: **076764**
> MV-50 Number: **EW36315182023**
> Odometer Brand: **Actual Mileage**
> Source: **VERIFI System**

Date: 07-27-2023

> Odometer Reading/Mileage: **076764**
> MV-50 Number:
> Odometer Brand: **Actual Mileage**
> Source: **VERIFI System**

About Vanguard
1 833 VERIFINY (1 833 837-4346)
DealerSuccess@verifiny.com

©2018-2024 All rights reserved.



# Odometer Check

**NYS Vehicle Sales Data (from VERIFI)**

You can perform an Odometer Check by entering in the VIN (Vehicle Identification Number), Model Year and Make of a vehicle or by the eMV-50 Number.

**Searching by VIN:** When searching by VIN number, the search result will include information about every sale/transfer available in the system for that VIN.

**Searching by eMV-50 number:** When searching by eMV-50 Number (also called the Transaction ID Number), the search results will only include information about that specific eMV-50.

1FATP8UH1K5152260

2019

Ford

or

eMV-50 Number

Checking Wholesale Purchase

I'm not a robot
reCAPTCHA
Privacy - Terms

SEARCH          CLEAR

# Results

VIN: **1FATP8UH1K5152260**   Year: **2019**   Make: **Ford**

Date: 10-05-2023

Odometer Reading/Mileage: **045539**
MV-50 Number: **EW36315112023**
Odometer Brand: **Actual Mileage**
Source: **VERIFI System**

Date: 07-27-2023

Odometer Reading/Mileage: **045539**
MV-50 Number:
Odometer Brand: **Actual Mileage**
Source: **VERIFI System**

Date: 05-16-2023

Odometer Reading/Mileage: **043114**
MV-50 Number:

Odometer Brand: **Actual Mileage**

Source: **DMV System**

Date: 04-25-2023

Odometer Reading/Mileage: **043114**

MV-50 Number: **E072477582023**

Odometer Brand: **Actual Mileage**

Source: **VERIFI System**

Date: 04-25-2023

Odometer Reading/Mileage: **043114**

MV-50 Number:

Odometer Brand: **Actual Mileage**

Source: **VERIFI System**

Date: 12-04-2019

Odometer Reading/Mileage: **000048**

MV-50 Number:

Odometer Brand: **Actual Mileage**

Source: **DMV System**

Date: 11-21-2019

Odometer Reading/Mileage: **000048**

MV-50 Number: **E016219772019**

Odometer Brand: **Actual Mileage**

Source: **VERIFI System**

Date: 12-17-2018

Odometer Reading/Mileage: **000005**

MV-50 Number:

Odometer Brand: **Actual Mileage**

Source: **VERIFI System**

About Vanguard

1 833 VERIFINY (1 833 837-4346)

DealerSuccess@verifiny.com

©2018-2024 All rights reserved.



# Odometer Check

**<u>NYS Vehicle Sales Data (from VERIFI)</u>**

You can perform an Odometer Check by entering in the VIN (Vehicle Identification Number), Model Year and Make of a vehicle or by the eMV-50 Number.

**Searching by VIN:** When searching by VIN number, the search result will include information about every sale/transfer available in the system for that VIN.

**Searching by eMV-50 number:** When searching by eMV-50 Number (also called the Transaction ID Number), the search results will only include information about that specific eMV-50.

WBXHT3C59K5L90009

2019

Bmw ⌄

or

eMV-50 Number

Checking Wholesale Purchase ⌄

☐ I'm not a robot

reCAPTCHA
Privacy · Terms

SEARCH       CLEAR

# Results

VIN: **WBXHT3C59K5L90009**   Year: **2019**   Make: **Bmw**

Date: 10-05-2023

Odometer Reading/Mileage: **060121**
MV-50 Number: **EW36315352023**
Odometer Brand: **Actual Mileage**
Source: **VERIFI System**

Date: 07-10-2023

Odometer Reading/Mileage: **060121**
MV-50 Number:
Odometer Brand: **Actual Mileage**
Source: **VERIFI System**

About Vanguard
1 833 VERIFINY (1 833 837-4346)
DealerSuccess@verifiny.com

©2018-2024 All rights reserved.



# Odometer Check

**<u>NYS Vehicle Sales Data (from VERIFI)</u>**

You can perform an Odometer Check by entering in the VIN (Vehicle Identification Number), Model Year and Make of a vehicle or by the eMV-50 Number.

**Searching by VIN:** When searching by VIN number, the search result will include information about every sale/transfer available in the system for that VIN.

**Searching by eMV-50 number:** When searching by eMV-50 Number (also called the Transaction ID Number), the search results will only include information about that specific eMV-50.

ZARFAEDN3J7575105

2018

Alfa Romeo ⌄

or

eMV-50 Number

Checking Wholesale Purchase ⌄

☐ I'm not a robot
reCAPTCHA
Privacy - Terms

SEARCH            CLEAR

# Results

VIN: **ZARFAEDN3J7575105**    Year: **2018**    Make: **Alfa Romeo**

Date: 10-05-2023

Odometer Reading/Mileage: **054975**
MV-50 Number: **EW36315262023**
Odometer Brand: **Actual Mileage**
Source: **VERIFI System**

Date: 10-03-2023

Odometer Reading/Mileage: **054975**
MV-50 Number:
Odometer Brand: **Actual Mileage**
Source: **VERIFI System**

Date: 09-01-2021

Odometer Reading/Mileage: **050378**
MV-50 Number:

Odometer Brand: **Actual Mileage**

Source: **VERIFI System**

About Vanguard

1 833 VERIFINY (1 833 837-4346)

DealerSuccess@verifiny.com

©2018-2024 All rights reserved.



# Odometer Check

**<u>NYS Vehicle Sales Data (from VERIFI)</u>**

You can perform an Odometer Check by entering in the VIN (Vehicle Identification Number), Model Year and Make of a vehicle or by the eMV-50 Number.

**Searching by VIN:** When searching by VIN number, the search result will include information about every sale/transfer available in the system for that VIN.

**Searching by eMV-50 number:** When searching by eMV-50 Number (also called the Transaction ID Number), the search results will only include information about that specific eMV-50.

1C4RDHDG7JC438967

2018

Dodge ⌄

or

eMV-50 Number

Checking Wholesale Purchase ⌄

☐ I'm not a robot
reCAPTCHA
Privacy • Terms

SEARCH        CLEAR

## Results

VIN: **1C4RDHDG7JC438967**    Year: **2018**    Make: **Dodge**

Date: 10-05-2023

> Odometer Reading/Mileage: **057531**
> MV-50 Number: **EW36315482023**
> Odometer Brand: **Actual Mileage**
> Source: **VERIFI System**

Date: 07-27-2023

> Odometer Reading/Mileage: **057531**
> MV-50 Number:
> Odometer Brand: **Actual Mileage**
> Source: **VERIFI System**

Date: 08-02-2021

> Odometer Reading/Mileage: **036000**
> MV-50 Number:

Odometer Brand: **Actual Mileage**

Source: **DMV System**

Date: 10-22-2020

Odometer Reading/Mileage: **026505**

MV-50 Number: **E030629572020**

Odometer Brand: **Actual Mileage**

Source: **VERIFI System**

Date: 10-02-2020

Odometer Reading/Mileage: **026501**

MV-50 Number:

Odometer Brand: **Actual Mileage**

Source: **VERIFI System**

About Vanguard

1 833 VERIFINY (1 833 837-4346)

DealerSuccess@verifiny.com

©2018-2024 All rights reserved.



# Odometer Check

**NYS Vehicle Sales Data (from VERIFI)**

You can perform an Odometer Check by entering in the VIN (Vehicle Identification Number), Model Year and Make of a vehicle or by the eMV-50 Number.

**Searching by VIN:** When searching by VIN number, the search result will include information about every sale/transfer available in the system for that VIN.

**Searching by eMV-50 number:** When searching by eMV-50 Number (also called the Transaction ID Number), the search results will only include information about that specific eMV-50.

WBAJB1C53KB375171

2019

Bmw

or

eMV-50 Number

Checking Wholesale Purchase

I'm not a robot
reCAPTCHA
Privacy - Terms

SEARCH     CLEAR

# Results

VIN: **WBAJB1C53KB375171**   Year: **2019**   Make: **Bmw**

Date: 11-09-2023

Odometer Reading/Mileage: **063680**
MV-50 Number: **EW37174722023**
Odometer Brand: **Actual Mileage**
Source: **VERIFI System**

Date: 06-05-2023

Odometer Reading/Mileage: **063680**
MV-50 Number: **EW33254312023**
Odometer Brand: **Actual Mileage**
Source: **VERIFI System**

Date: 06-05-2023

Odometer Reading/Mileage: **063671**
MV-50 Number:

Odometer Brand: **Actual Mileage**

Source: **VERIFI System**

Date: 04-05-2023

Odometer Reading/Mileage: **063671**

MV-50 Number:

Odometer Brand: **Actual Mileage**

Source: **DMV System**

Date: 11-03-2022

Odometer Reading/Mileage: **048972**

MV-50 Number:

Odometer Brand: **Actual Mileage**

Source: **DMV System**

About Vanguard

1 833 VERIFINY (1 833 837-4346)

DealerSuccess@verifiny.com

©2018-2024 All rights reserved.



# Odometer Check

**<u>NYS Vehicle Sales Data (from VERIFI)</u>**

You can perform an Odometer Check by entering in the VIN (Vehicle Identification Number), Model Year and Make of a vehicle or by the eMV-50 Number.

**Searching by VIN:** When searching by VIN number, the search result will include information about every sale/transfer available in the system for that VIN.

**Searching by eMV-50 number:** When searching by eMV-50 Number (also called the Transaction ID Number), the search results will only include information about that specific eMV-50.

WP0AF2A74GL082172

2016

Porsche ⌄

or

eMV-50 Number

Checking Wholesale Purchase ⌄

☐ **I'm not a robot**     reCAPTCHA
                          Privacy - Terms

SEARCH     CLEAR

## Results

VIN: **WP0AF2A74GL082172**   Year: **2016**   Make: **Porsche**

Date: 11-09-2023

Odometer Reading/Mileage: **035633**
MV-50 Number: **EW37175412023**
Odometer Brand: **Actual Mileage**
Source: **VERIFI System**

Date: 05-08-2023

Odometer Reading/Mileage: **035633**
MV-50 Number:
Odometer Brand: **Actual Mileage**
Source: **VERIFI System**

About Vanguard
1 833 VERIFINY (1 833 837-4346)
DealerSuccess@verifiny.com

©2018-2024 All rights reserved.



# Odometer Check

**<u>NYS Vehicle Sales Data (from VERIFI)</u>**

You can perform an Odometer Check by entering in the VIN (Vehicle Identification Number), Model Year and Make of a vehicle or by the eMV-50 Number.

**Searching by VIN:** When searching by VIN number, the search result will include information about every sale/transfer available in the system for that VIN.

**Searching by eMV-50 number:** When searching by eMV-50 Number (also called the Transaction ID Number), the search results will only include information about that specific eMV-50.

SALYB2EX4KA782114

2019

Land Rover ⌄

or

eMV-50 Number

Checking Wholesale Purchase ⌄

☐ I'm not a robot
reCAPTCHA
Privacy - Terms

SEARCH       CLEAR

# Results

VIN: **SALYB2EX4KA782114**   Year: **2019**   Make: **Land Rover**

Date: 10-05-2023

Odometer Reading/Mileage: **060993**
MV-50 Number: **EW36315612023**
Odometer Brand: **Actual Mileage**
Source: **VERIFI System**

Date: 09-25-2023

Odometer Reading/Mileage: **060993**
MV-50 Number:
Odometer Brand: **Actual Mileage**
Source: **VERIFI System**

Date: 02-10-2023

Odometer Reading/Mileage: **057003**
MV-50 Number:

Odometer Brand: **Actual Mileage**

Source: **DMV System**

Date: 02-04-2023

Odometer Reading/Mileage: **057003**

MV-50 Number: **E068881292023**

Odometer Brand: **Actual Mileage**

Source: **VERIFI System**

Date: 01-27-2023

Odometer Reading/Mileage: **056959**

MV-50 Number:

Odometer Brand: **Actual Mileage**

Source: **VERIFI System**

About Vanguard

1 833 VERIFINY (1 833 837-4346)

DealerSuccess@verifiny.com

©2018-2024 All rights reserved.



# Odometer Check

**NYS Vehicle Sales Data (from VERIFI)**

You can perform an Odometer Check by entering in the VIN (Vehicle Identification Number), Model Year and Make of a vehicle or by the eMV-50 Number.

**Searching by VIN:** When searching by VIN number, the search result will include information about every sale/transfer available in the system for that VIN.

**Searching by eMV-50 number:** When searching by eMV-50 Number (also called the Transaction ID Number), the search results will only include information about that specific eMV-50.

W1K7X6BB7LA016406

2020

Mercedes Benz ⌄

or

eMV-50 Number

Checking Wholesale Purchase ⌄

☐ I'm not a robot
reCAPTCHA
Privacy - Terms

SEARCH          CLEAR

# Results

VIN: **W1K7X6BB7LA016406**   Year: **2020**   Make: **Mercedes Benz**

Date: 10-05-2023

> Odometer Reading/Mileage: **041147**
> MV-50 Number: **EW36315942023**
> Odometer Brand: **Actual Mileage**
> Source: **VERIFI System**

Date: 04-13-2023

> Odometer Reading/Mileage: **041147**
> MV-50 Number:
> Odometer Brand: **Actual Mileage**
> Source: **VERIFI System**

Date: 01-28-2020

> Odometer Reading/Mileage: **000055**
> MV-50 Number:

Odometer Brand: **Actual Mileage**

Source: **DMV System**

Date: 01-13-2020

Odometer Reading/Mileage: **000055**

MV-50 Number: **E018292542020**

Odometer Brand: **Actual Mileage**

Source: **VERIFI System**

Date: 01-08-2020

Odometer Reading/Mileage: **000040**

MV-50 Number:

Odometer Brand: **Actual Mileage**

Source: **VERIFI System**

About Vanguard

1 833 VERIFINY (1 833 837-4346)

DealerSuccess@verifiny.com

©2018-2024 All rights reserved.



# Odometer Check

**<u>NYS Vehicle Sales Data (from VERIFI)</u>**

You can perform an Odometer Check by entering in the VIN (Vehicle Identification Number), Model Year and Make of a vehicle or by the eMV-50 Number.

**Searching by VIN:** When searching by VIN number, the search result will include information about every sale/transfer available in the system for that VIN.

**Searching by eMV-50 number:** When searching by eMV-50 Number (also called the Transaction ID Number), the search results will only include information about that specific eMV-50.

SALGS2RE3KA519794

2019

Land Rover ▾

or

eMV-50 Number

Checking Wholesale Purchase ▾

☐ I'm not a robot
reCAPTCHA
Privacy - Terms

SEARCH          CLEAR

# Results

VIN: **SALGS2RE3KA519794**      Year: **2019**      Make: **Land Rover**

Date: 11-17-2023

Odometer Reading/Mileage: **059276**
MV-50 Number: **EW37369772023**
Odometer Brand: **Actual Mileage**
Source: **VERIFI System**

Date: 04-13-2023

Odometer Reading/Mileage: **059276**
MV-50 Number:
Odometer Brand: **Actual Mileage**
Source: **VERIFI System**

About Vanguard
1 833 VERIFINY (1 833 837-4346)
DealerSuccess@verifiny.com

©2018-2024 All rights reserved.



Odometer Check

Contact Us

# Odometer Check

**NYS Vehicle Sales Data (from VERIFI)**

You can perform an Odometer Check by entering in the VIN (Vehicle Identification Number), Model Year and Make of a vehicle or by the eMV-50 Number.

**Searching by VIN:** When searching by VIN number, the search result will include information about every sale/transfer available in the system for that VIN.

**Searching by eMV-50 number:** When searching by eMV-50 Number (also called the Transaction ID Number), the search results will only include information about that specific eMV-50.

55SWF4KB5GU101091

2016

Mercedes Benz ▼

or

eMV-50 Number

Checking Wholesale Purchase ▼

☐ I'm not a robot
reCAPTCHA
Privacy - Terms

SEARCH        CLEAR

# Results

VIN: **55SWF4KB5GU101091**   Year: **2016**   Make: **Mercedes Benz**

Date: 10-05-2023

Odometer Reading/Mileage: **069303**
MV-50 Number: **EW36316112023**
Odometer Brand: **Actual Mileage**
Source: **VERIFI System**

Date: 03-09-2023

Odometer Reading/Mileage: **069303**
MV-50 Number: **EW31000312023**
Odometer Brand: **Actual Mileage**
Source: **VERIFI System**

Date: 02-28-2022

Odometer Reading/Mileage: **069252**
MV-50 Number:

Odometer Brand: **Actual Mileage**

Source: **VERIFI System**

Date: 05-16-2019

Odometer Reading/Mileage: **032638**

MV-50 Number:

Odometer Brand: **Actual Mileage**

Source: **DMV System**

Date: 05-02-2019

Odometer Reading/Mileage: **032638**

MV-50 Number: **E006738072019**

Odometer Brand: **Actual Mileage**

Source: **VERIFI System**

Date: 05-02-2019

Odometer Reading/Mileage: **032599**

MV-50 Number:

Odometer Brand: **Actual Mileage**

Source: **VERIFI System**

Date: 11-09-2015

Odometer Reading/Mileage: **000012**

MV-50 Number:

Odometer Brand: **Actual Mileage**

Source: **DMV System**

About Vanguard

1 833 VERIFINY (1 833 837-4346)

DealerSuccess@verifiny.com

©2018-2024 All rights reserved.



Odometer Check

Contact Us

# Odometer Check

**NYS Vehicle Sales Data (from VERIFI)**

You can perform an Odometer Check by entering in the VIN (Vehicle Identification Number), Model Year and Make of a vehicle or by the eMV-50 Number.

**Searching by VIN:** When searching by VIN number, the search result will include information about every sale/transfer available in the system for that VIN.

**Searching by eMV-50 number:** When searching by eMV-50 Number (also called the Transaction ID Number), the search results will only include information about that specific eMV-50.

WBA4E5C59HG188797

2017

Bmw ⌄

or

eMV-50 Number

Checking Wholesale Purchase ⌄

☐ I'm not a robot

reCAPTCHA
Privacy · Terms

SEARCH          CLEAR

# Results

VIN: **WBA4E5C59HG188797**     Year: **2017**     Make: **Bmw**

Date: 11-09-2023

Odometer Reading/Mileage: **046423**
MV-50 Number: **EW37175932023**
Odometer Brand: **Actual Mileage**
Source: **VERIFI System**

Date: 03-21-2023

Odometer Reading/Mileage: **046423**
MV-50 Number:
Odometer Brand: **Actual Mileage**
Source: **VERIFI System**

About Vanguard
1 833 VERIFINY (1 833 837-4346)
DealerSuccess@verifiny.com

©2018-2024 All rights reserved.



# Odometer Check

**<u>NYS Vehicle Sales Data (from VERIFI)</u>**

You can perform an Odometer Check by entering in the VIN (Vehicle Identification Number), Model Year and Make of a vehicle or by the eMV-50 Number.

**Searching by VIN:** When searching by VIN number, the search result will include information about every sale/transfer available in the system for that VIN.

**Searching by eMV-50 number:** When searching by eMV-50 Number (also called the Transaction ID Number), the search results will only include information about that specific eMV-50.

WDDJK7DA4JF052861

2018

Mercedes Benz

or

eMV-50 Number

Checking Wholesale Purchase

☐ I'm not a robot    reCAPTCHA
Privacy - Terms

SEARCH          CLEAR

# Results

VIN: **WDDJK7DA4JF052861**    Year: **2018**    Make: **Mercedes Benz**

Date: 11-17-2023

Odometer Reading/Mileage: **048914**
MV-50 Number: **EW37370202023**
Odometer Brand: **Actual Mileage**
Source: **VERIFI System**

Date: 03-14-2023

Odometer Reading/Mileage: **048914**
MV-50 Number: **EW31122742023**
Odometer Brand: **Actual Mileage**
Source: **VERIFI System**

Date: 03-14-2023

Odometer Reading/Mileage: **048909**
MV-50 Number:

Odometer Brand: **Actual Mileage**

Source: **VERIFI System**

Date: 02-03-2023

Odometer Reading/Mileage: **048909**

MV-50 Number:

Odometer Brand: **Actual Mileage**

Source: **DMV System**

Date: 05-26-2022

Odometer Reading/Mileage: **043173**

MV-50 Number:

Odometer Brand: **Actual Mileage**

Source: **DMV System**

Date: 02-18-2022

Odometer Reading/Mileage: **042376**

MV-50 Number: **EW22085472022**

Odometer Brand: **Actual Mileage**

Source: **VERIFI System**

Date: 02-15-2022

Odometer Reading/Mileage: **042353**

MV-50 Number:

Odometer Brand: **Actual Mileage**

Source: **VERIFI System**

Date: 08-09-2018

Odometer Reading/Mileage: **000045**

MV-50 Number:

Odometer Brand: **Actual Mileage**

Source: **DMV System**

About Vanguard

1 833 VERIFINY (1 833 837-4346)

DealerSuccess@verifiny.com

©2018-2024 All rights reserved.



# Odometer Check

**<u>NYS Vehicle Sales Data (from VERIFI)</u>**

You can perform an Odometer Check by entering in the VIN (Vehicle Identification Number), Model Year and Make of a vehicle or by the eMV-50 Number.

**Searching by VIN:** When searching by VIN number, the search result will include information about every sale/transfer available in the system for that VIN.

**Searching by eMV-50 number:** When searching by eMV-50 Number (also called the Transaction ID Number), the search results will only include information about that specific eMV-50.

WBA2H9C36HV986948

2017

Bmw ⌄

or

eMV-50 Number

Checking Wholesale Purchase ⌄

| ☐ I'm not a robot | |
|---|---|
| | reCAPTCHA |
| | Privacy - Terms |

SEARCH        CLEAR

## Results

VIN: **WBA2H9C36HV986948**     Year: **2017**     Make: **Bmw**

Date: 11-21-2023

Odometer Reading/Mileage: **028532**
MV-50 Number: **EW37455752023**
Odometer Brand: **Actual Mileage**
Source: **VERIFI System**

Date: 03-16-2023

Odometer Reading/Mileage: **028532**
MV-50 Number:
Odometer Brand: **Actual Mileage**
Source: **VERIFI System**

About Vanguard
1 833 VERIFINY (1 833 837-4346)
DealerSuccess@verifiny.com

©2018-2024 All rights reserved.



# Odometer Check

**<u>NYS Vehicle Sales Data (from VERIFI)</u>**

You can perform an Odometer Check by entering in the VIN (Vehicle Identification Number), Model Year and Make of a vehicle or by the eMV-50 Number.

**Searching by VIN:** When searching by VIN number, the search result will include information about every sale/transfer available in the system for that VIN.

**Searching by eMV-50 number:** When searching by eMV-50 Number (also called the Transaction ID Number), the search results will only include information about that specific eMV-50.

ZAM57YTA4K1314330

2019

Maserati ⌄

or

eMV-50 Number

Checking Wholesale Purchase ⌄

☐ I'm not a robot
reCAPTCHA
Privacy • Terms

SEARCH        CLEAR

## Results

VIN: **ZAM57YTA4K1314330**   Year: **2019**   Make: **Maserati**

Date: 11-17-2023

Odometer Reading/Mileage: **040421**
MV-50 Number: **EW37370592023**
Odometer Brand: **Actual Mileage**
Source: **VERIFI System**

Date: 03-27-2023

Odometer Reading/Mileage: **040421**
MV-50 Number: **EW31449342023**
Odometer Brand: **Actual Mileage**
Source: **VERIFI System**

Date: 03-27-2023

Odometer Reading/Mileage: **040421**
MV-50 Number: **EW31448972023**

Odometer Brand: **Actual Mileage**

Source: **VERIFI System**

Date: 12-14-2022

Odometer Reading/Mileage: **040420**

MV-50 Number: **EW29105492022**

Odometer Brand: **Actual Mileage**

Source: **VERIFI System**

Date: 12-07-2022

Odometer Reading/Mileage: **040420**

MV-50 Number:

Odometer Brand: **Actual Mileage**

Source: **VERIFI System**

Date: 09-16-2019

Odometer Reading/Mileage: **004704**

MV-50 Number:

Odometer Brand: **Actual Mileage**

Source: **DMV System**

Date: 08-23-2019

Odometer Reading/Mileage: **004704**

MV-50 Number: **E012141282019**

Odometer Brand: **Actual Mileage**

Source: **VERIFI System**

Date: 08-23-2019

Odometer Reading/Mileage: **003701**

MV-50 Number: **EW03686902019**

Odometer Brand: **Actual Mileage**

Source: **VERIFI System**

Date: 07-19-2019

Odometer Reading/Mileage: **003099**

MV-50 Number:

Odometer Brand: **Actual Mileage**

Source: **VERIFI System**

Date: 10-25-2018

Odometer Reading/Mileage: **000018**

MV-50 Number:

Odometer Brand: **Actual Mileage**

Source: **DMV System**

Date: 10-22-2018

Odometer Reading/Mileage: **000018**

MV-50 Number: **608583562018**

Odometer Brand: **Actual Mileage**

Source: **VERIFI System**

Date: 10-10-2018

Odometer Reading/Mileage: **000010**

MV-50 Number:

Odometer Brand: **Actual Mileage**

Source: **VERIFI System**

About Vanguard

1 833 VERIFINY (1 833 837-4346)

DealerSuccess@verifiny.com

©2018-2024 All rights reserved.



# Odometer Check

**<u>NYS Vehicle Sales Data (from VERIFI)</u>**

You can perform an Odometer Check by entering in the VIN (Vehicle Identification Number), Model Year and Make of a vehicle or by the eMV-50 Number.

**Searching by VIN:** When searching by VIN number, the search result will include information about every sale/transfer available in the system for that VIN.

**Searching by eMV-50 number:** When searching by eMV-50 Number (also called the Transaction ID Number), the search results will only include information about that specific eMV-50.

1C4PJMAK9CW133196

2012

Jeep

or

eMV-50 Number

Checking Wholesale Purchase

I'm not a robot
reCAPTCHA
Privacy • Terms

SEARCH        CLEAR

## Results

VIN: **1C4PJMAK9CW133196**    Year: **2012**    Make: **Jeep**

Date: 10-05-2023

Odometer Reading/Mileage: **126000**
MV-50 Number: **EW36316282023**
Odometer Brand: **Actual Mileage**
Source: **VERIFI System**

Date: 04-29-2022

Odometer Reading/Mileage: **126000**
MV-50 Number:
Odometer Brand: **Actual Mileage**
Source: **VERIFI System**

Date: 09-17-2012

Odometer Reading/Mileage: **000010**
MV-50 Number:

Odometer Brand: **Actual Mileage**

Source: **DMV System**

About Vanguard

1 833 VERIFINY (1 833 837-4346)

DealerSuccess@verifiny.com

©2018-2024 All rights reserved.