

## Odometer Check

**NYS Vehicle Sales Data (from VERIFI)**

You can perform an Odometer Check by entering in the VIN (Vehicle Identification Number), Model Year and Make of a vehicle or by the eMV-50 Number.

**Searching by VIN:** When searching by VIN number, the search result will include information about every sale/transfer available in the system for that VIN.

**Searching by eMV-50 number:** When searching by eMV-50 Number (also called the Transaction ID Number), the search results will only include information about that specific eMV-50.

1GNSKBKD9PR148675

2020

Chevrolet

or

eMV-50 Number

Checking Wholesale Purchase

I'm not a robot — reCAPTCHA (Privacy - Terms)

SEARCH    CLEAR

## Results

**VIN:** 1GNSKBKD9PR148675    **Year:** 2023    **Make:** Chevrolet

Date: 11-21-2023

| | |
|---|---|
| Odometer Reading/Mileage: | 022254 |
| MV-50 Number: | EW37455512023 |
| Odometer Brand: | Actual Mileage |
| Source: | VERIFI System |

Date: 07-24-2023

| | |
|---|---|
| Odometer Reading/Mileage: | 022254 |
| MV-50 Number: | |
| Odometer Brand: | Actual Mileage |
| Source: | VERIFI System |

Date: 11-23-2022

| | |
|---|---|
| Odometer Reading/Mileage: | 000010 |
| MV-50 Number: | |

Odometer Brand: **Actual Mileage**

Source: **DMV System**

About Vanguard

1 833 VERIFINY (1 833 837-4346)

DealerSuccess@verifiny.com

©2018-2024 All rights reserved.



Odometer Check

## Odometer Check

**NYS Vehicle Sales Data (from VERIFI)**

You can perform an Odometer Check by entering in the VIN (Vehicle Identification Number), Model Year and Make of a vehicle or by the eMV-50 Number.

**Searching by VIN:** When searching by VIN number, the search result will include information about every sale/transfer available in the system for that VIN.

**Searching by eMV-50 number:** When searching by eMV-50 Number (also called the Transaction ID Number), the search results will only include information about that specific eMV-50.

SALGW2SE6KA533297

2019

Land Rover

or

eMV-50 Number

Checking Wholesale Purchase

I'm not a robot
reCAPTCHA
Privacy - Terms

SEARCH     CLEAR

## Results

**VIN:** SALGW2SE6KA533297    **Year:** 2019    **Make:** Land Rover

Date: 11-21-2023

| | |
|---|---|
| Odometer Reading/Mileage: | 055246 |
| MV-50 Number: | EW37455592023 |
| Odometer Brand: | Actual Mileage |
| Source: | VERIFI System |

Date: 05-08-2023

| | |
|---|---|
| Odometer Reading/Mileage: | 055246 |
| MV-50 Number: | |
| Odometer Brand: | Actual Mileage |
| Source: | VERIFI System |

Date: 04-19-2023

| | |
|---|---|
| Odometer Reading/Mileage: | 055235 |
| MV-50 Number: | EW32056342023 |

Odometer Brand: **Actual Mileage**

Source: **VERIFI System**

Date: 04-18-2023

Odometer Reading/Mileage: **055225**

MV-50 Number: **EW32028582023**

Odometer Brand: **Actual Mileage**

Source: **VERIFI System**

Date: 04-17-2023

Odometer Reading/Mileage: **055225**

MV-50 Number:

Odometer Brand: **Actual Mileage**

Source: **VERIFI System**

Date: 01-10-2019

Odometer Reading/Mileage: **000020**

MV-50 Number:

Odometer Brand: **Actual Mileage**

Source: **DMV System**

Date: 12-31-2018

Odometer Reading/Mileage: **000020**

MV-50 Number: **E001892592018**

Odometer Brand: **Actual Mileage**

Source: **VERIFI System**

Date: 12-31-2018

Odometer Reading/Mileage: **000005**

MV-50 Number:

Odometer Brand: **Actual Mileage**

Source: **VERIFI System**

About Vanguard

1 833 VERIFINY (1 833 837-4346)

DealerSuccess@verifiny.com

©2018-2024 All rights reserved.