**SUPPLEMENTAL ASSIGNMENT OF OWNERSHIP AND/OR BILL OF SALE**
Q-1 REV. 11-18

SY1336



STATE OF CONNECTICUT
**DEPARTMENT OF MOTOR VEHICLES**

**INSTRUCTIONS FOR A VEHICLE:**

1. Complete Sections 1, 2, 3 and the *SIGNATURE AND CERTIFICATION BY SELLER(S) SECTION.*
2. This form can be used as a **BILL OF SALE** or to assign ownership when the assignment areas on the back of a **TITLE** are filled.
3. This form must be accompanied by the most recent **TITLE** issued for the vehicle.

**WARNING: Federal law requires that you state the mileage in connection with a transfer of ownership. Failure to complete the Odometer Disclosure Statement or providing a false statement may result in fines and/or imprisonment.**

## ASSIGNMENT OF OWNERSHIP

SELLER(S): The undersigned seller(s) hereby state(s) the vehicle described on this title was transferred to the buyer(s) specified below. BUYER(S): Do not sign below until all sections have been completed and signed by seller(s). Signing below indicates you are aware of the CONDITION STATEMENT and ODOMETER DISCLOSURE STATEMENT made by seller(s).

| | | | |
|---|---|---|---|
| **SECTION 1** Vehicle Information | **TITLE NUMBER** 7610142536688 | | **ISSUED BY THE STATE OF:** Arkansas |
| | **MAKE / MODEL** Lexus NX | **YEAR** 2018 | **VEHICLE IDENTIFICATION NUMBER** JTJBARBZ9J2171144 |

Was this vehicle at the time of sale in condition for legal operation on the highway(s) of this state? *(Only Dealers must respond to this question)* ☐ **YES** ☐ **NO**

I state that, to the best of my knowledge and belief, the odometer reading specified below reflects the actual mileage, unless one of the following statements is checked:

**ODOMETER READING** *(No tenths)*   74248

☐ I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits. *(The odometer started at zero again.)*

☐ I hereby certify that the odometer reading is not actual mileage. WARNING: ODOMETER DISCREPANCY

| | | |
|---|---|---|
| **SECTION 2** Buyer(s) | **NAME OF BUYER** *(Please print)* Superb Motors Inc. | **CHECK ONE IF CO-OWNED** ☐ AND  ☐ OR   **NAME OF CO-BUYER** *(Please print)* |
| | **ADDRESS OF BUYER(S)** 215 Northern BLVD Great Neck, NY 11021 | **DEALER'S LIC. NO.** *(If dealer)* |
| | **SIGNATURE OF BUYER(S)** *(Or authorized official)* X | **SIGNATURE OF CO-BUYER** *(Authorized official)* | **DATE SIGNED** 11 7 23 |

| | | |
|---|---|---|
| **SECTION 3** Seller(s) | **NAME OF SELLER(S)** *(Please print)* TEAM MITSUBISHI HARTFORD | **DATE SOLD** 11 7 23 |
| | **ADDRESS OF SELLER(S)** *(Please print)* TEAM MITSUBISHI HARTFORD 398-412 NEW PARK AVE HARTFORD CT 06106 | **DEALER'S LIC. NO.** *(If dealer)* N2754 |

## SIGNATURE AND CERTIFICATION BY SELLER(S)

I (we) declare under penalty of false statement that the information furnished above is true and complete to the best of my (our) knowledge and belief. The owner (seller) of this motor vehicle described above hereby transfers to the buyer the described motor vehicle in consideration of the amount (selling price) entered below, receipt hereby acknowledged.

| **SIGNATURE OF SELLER(S)** *(Or authorized official)* X | **PRINTED NAME OF SELLER(S)** *(Authorized official)* Aliyah Bennett | **SELLING PRICE** $27,401.00 | **DATE SIGNED** 11 7 23 |
|---|---|---|---|

**SUPPLEMENTAL ASSIGNMENT OF OWNERSHIP AND/OR BILL OF SALE**
Q-1 REV. 11-18

*SU1126A*



STATE OF CONNECTICUT
**DEPARTMENT OF MOTOR VEHICLES**

**INSTRUCTIONS FOR A VEHICLE:**
1. Complete Sections 1, 2, 3 and the *SIGNATURE AND CERTIFICATION BY SELLER(S) SECTION.*
2. This form can be used as a **BILL OF SALE** or to assign ownership when the assignment areas on the back of a **TITLE** are filled.
3. This form must be accompanied by the most recent **TITLE** issued for the vehicle.

**WARNING:  Federal law requires that you state the mileage in connection with a transfer of ownership.  Failure to complete the Odometer Disclosure Statement or providing a false statement may result in fines and/or imprisonment.**

## ASSIGNMENT OF OWNERSHIP

SELLER(S):  The undersigned seller(s) hereby state(s) the vehicle described on this title was transferred to the buyer(s) specified below.  BUYER(S): Do not sign below until all sections have been completed and signed by seller(s).  Signing below indicates you are aware of the CONDITION STATEMENT and ODOMETER DISCLOSURE STATEMENT made by seller(s).

| | | | |
|---|---|---|---|
| **SECTION 1**<br>Vehicle<br>Information | **TITLE NUMBER** 310123A | | **ISSUED BY THE STATE OF:** NY |

**MAKE / MODEL** DODGE Durango   **YEAR** 2018   **VEHICLE IDENTIFICATION NUMBER** 1C4RDHDG7JC438967

Was this vehicle at the time of sale in condition for legal operation on the highway(s) of this state? *(Only Dealers must respond to this question?)* ☐ YES ☐ NO

I state that, to the best of my knowledge and belief, the odometer reading specified below reflects the actual mileage, unless one of the following statements is checked:

**ODOMETER READING** *(No tenths)*  5 7 5 3 1

☐ I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.  *(The odometer started at zero again.)*

☐ I hereby certify that the odometer reading is not actual mileage.  WARNING: ODOMETER DISCREPANCY

**SECTION 2**
Buyer(s)

**NAME OF BUYER** *(Please print)* Superb Motors Inc.

CHECK ONE IF CO-OWNED ☐ AND ☐ OR   **NAME OF CO-BUYER** *(Please print)*

**ADDRESS OF BUYER(S)** 215 Northern BlVD Great neck ny ,11021

**DEALER'S LIC. NO.** *(If dealer)*

**SIGNATURE OF BUYER(S)** *(Or authorized official)* X

**SIGNATURE OF CO-BUYER** *(Authorized official)*

**DATE SIGNED** 11|2|23

**SECTION 3**
Seller(s)

**NAME OF SELLER(S)** *(Please print)*
TEAM MITSUBISHI HARTFORD

**DATE SOLD** 11|2|23

**ADDRESS OF SELLER(S)** *(Please print)*
398-412 NEW PARK AVE
HARTFORD CT 06106

**DEALER'S LIC. NO.** *(If dealer)* N2754

## SIGNATURE AND CERTIFICATION BY SELLER(S)

I (we) declare under penalty of false statement that the information furnished above is true and complete to the best of my (our) knowledge and belief. The owner (seller) of this motor vehicle described above hereby transfers to the buyer the described motor vehicle in consideration of the amount (selling price) entered below, receipt hereby acknowledged.

**SIGNATURE OF SELLER(S)** *(Or authorized official)* X

**PRINTED NAME OF SELLER(S)** *(Authorized official)* Aliyah Bennett

**SELLING PRICE** $28,769.00

**DATE SIGNED** 11|2|23

**SUPPLEMENTAL ASSIGNMENT OF OWNERSHIP AND/OR BILL OF SALE**
Q-1 REV. 11-18

SU0461A



STATE OF CONNECTICUT
**DEPARTMENT OF MOTOR VEHICLES**

**INSTRUCTIONS FOR A VEHICLE:**

1. Complete Sections 1, 2, 3 and the *SIGNATURE AND CERTIFICATION BY SELLER(S) SECTION.*
2. This form can be used as a **BILL OF SALE** or to assign ownership when the assignment areas on the back of a **TITLE** are filled.
3. This form must be accompanied by the most recent **TITLE** issued for the vehicle.

**WARNING: Federal law requires that you state the mileage in connection with a transfer of ownership. Failure to complete the Odometer Disclosure Statement or providing a false statement may result in fines and/or imprisonment.**

## ASSIGNMENT OF OWNERSHIP

SELLER(S): The undersigned seller(s) hereby state(s) the vehicle described on this title was transferred to the buyer(s) specified below. BUYER(S): Do not sign below until all sections have been completed and signed by seller(s). Signing below indicates you are aware of the CONDITION STATEMENT and ODOMETER DISCLOSURE STATEMENT made by seller(s).

| | | | | |
|---|---|---|---|---|
| **SECTION 1**<br>Vehicle<br>Information | **TITLE NUMBER**<br>146418904 | | **ISSUED BY THE STATE OF:**<br>Florida | |
| | **MAKE / MODEL**<br>Jeep Liberty | **YEAR**<br>2012 | **VEHICLE IDENTIFICATION NUMBER**<br>1C4PJMAKACW133196 | |

Was this vehicle at the time of sale in condition for legal operation on the highway(s) of this state? *(Only Dealers must respond to this question)* ☐ YES ☐ NO

I state that, to the best of my knowledge and belief, the odometer reading specified below reflects the actual mileage, unless one of the following statements is checked:

**ODOMETER READING** *(No tenths)*
126,000

☐ I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits. *(The odometer started at zero again.)*

☐ I hereby certify that the odometer reading is not actual mileage. WARNING: ODOMETER DISCREPANCY

| | | | | |
|---|---|---|---|---|
| **SECTION 2**<br>Buyer(s) | **NAME OF BUYER** *(Please print)*<br>Superb Motors Inc. | **CHECK ONE IF CO-OWNED**<br>☐ AND ☐ OR | **NAME OF CO-BUYER** *(Please print)* | |
| | **ADDRESS OF BUYER(S)**<br>215 Northern Blvd Great Neck, NY 11021 | | | **DEALER'S LIC. NO.** *(If dealer)* |
| | **SIGNATURE OF BUYER(S)** *(Or authorized official)*<br>X | **SIGNATURE OF CO-BUYER** *(Authorized official)* | | **DATE SIGNED**<br>11\3\2023 |
| **SECTION 3**<br>Seller(s) | **NAME OF SELLER(S)** *(Please print)*<br>TEAM MITSUBISHI HARTFORD | | | **DATE SOLD**<br>11\3\2023 |
| | **ADDRESS OF SELLER(S)** *(Please print)*<br>398-442 NEW PARK AVE<br>HARTFORD CT 06106 | | | **DEALER'S LIC. NO.** *(If dealer)*<br>N2754 |

## SIGNATURE AND CERTIFICATION BY SELLER(S)

I (we) declare under penalty of false statement that the information furnished above is true and complete to the best of my (our) knowledge and belief. The owner (seller) of this motor vehicle described above hereby transfers to the buyer the described motor vehicle in consideration of the amount (selling price) entered below, receipt hereby acknowledged.

| **SIGNATURE OF SELLER(S)** *(Or authorized official)*<br>X | **PRINTED NAME OF SELLER(S)** *(Authorized official)*<br>Aliyah Bennott | **SELLING PRICE**<br>$ 3,568.19 | **DATE SIGNED**<br>11\3\2023 |
|---|---|---|---|

**SUPPLEMENTAL ASSIGNMENT OF OWNERSHIP AND/OR BILL OF SALE**
Q-1 REV. 11-18

*SU1032*



STATE OF CONNECTICUT
**DEPARTMENT OF MOTOR VEHICLES**

**INSTRUCTIONS FOR A VEHICLE:**

1. Complete Sections 1, 2, 3 and the *SIGNATURE AND CERTIFICATION BY SELLER(S) SECTION.*
2. This form can be used as a **BILL OF SALE** or to assign ownership when the assignment areas on the back of a **TITLE** are filled.
3. This form must be accompanied by the most recent **TITLE** issued for the vehicle.

**WARNING: Federal law requires that you state the mileage in connection with a transfer of ownership. Failure to complete the Odometer Disclosure Statement or providing a false statement may result in fines and/or imprisonment.**

### ASSIGNMENT OF OWNERSHIP

SELLER(S): The undersigned seller(s) hereby state(s) the vehicle described on this title was transferred to the buyer(s) specified below. BUYER(S): Do not sign below until all sections have been completed and signed by seller(s). Signing below indicates you are aware of the CONDITION STATEMENT and ODOMETER DISCLOSURE STATEMENT made by seller(s).

| | | | |
|---|---|---|---|
| **SECTION 1** *Vehicle Information* | **TITLE NUMBER** 2516512647 | | **ISSUED BY THE STATE OF:** Virginia |
| | **MAKE / MODEL** Mercedes Benz | **YEAR** 2016 | **VEHICLE IDENTIFICATION NUMBER** 55SWF4KB5GU101091 |

Was this vehicle at the time of sale in condition for legal operation on the highway(s) of this state? *(Only Dealers must respond to this question)* ☐ YES ☐ NO

I state that, to the best of my knowledge and belief, the odometer reading specified below reflects the actual mileage, unless one of the following statements is checked:

**ODOMETER READING** *(No tenths)*  69303

☐ I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits. *(The odometer started at zero again.)*

☐ I hereby certify that the odometer reading is not actual mileage. WARNING: ODOMETER DISCREPANCY

| | | | |
|---|---|---|---|
| **SECTION 2** *Buyer(s)* | **NAME OF BUYER** *(Please print)* Superb Motors Inc. | **CHECK ONE IF CO-OWNED** ☐ AND ☐ OR   **NAME OF CO-BUYER** *(Please print)* | |
| | **ADDRESS OF BUYER(S)** 215 Northern Blvd Great Neck, NY 11021 | | **DEALER'S LIC. NO.** *(If dealer)* |
| | **SIGNATURE OF BUYER(S)** *(Or authorized official)* X | **SIGNATURE OF CO-BUYER** *(Authorized official)* | **DATE SIGNED** 11/2/2023 |

| | | |
|---|---|---|
| **SECTION 3** *Seller(s)* | **NAME OF SELLER(S)** *(Please print)* TEAM MITSUBISHI HARTFORD | **DATE SOLD** 11/2/2023 |
| | **ADDRESS OF SELLER(S)** *(Please print)* 330-412 NEW PARK AVE HARTFORD CT 06106 | **DEALER'S LIC. NO.** *(If dealer)* NZ754 |

### SIGNATURE AND CERTIFICATION BY SELLER(S)

I (we) declare under penalty of false statement that the information furnished above is true and complete to the best of my (our) knowledge and belief. The owner (seller) of this motor vehicle described above hereby transfers to the buyer the described motor vehicle in consideration of the amount (selling price) entered below, receipt hereby acknowledged.

| SIGNATURE OF SELLER(S) *(Or authorized official)* | PRINTED NAME OF SELLER(S) *(Authorized official)* | SELLING PRICE | DATE SIGNED |
|---|---|---|---|
| X | Aliyah Bennett | $19,468.00 | 11/2/2023 |

**SUPPLEMENTAL ASSIGNMENT OF OWNERSHIP AND/OR BILL OF SALE**
Q-1 REV. 11-18

*SU1025*



STATE OF CONNECTICUT
**DEPARTMENT OF MOTOR VEHICLES**

**INSTRUCTIONS FOR A VEHICLE:**

1. Complete Sections 1, 2, 3 and the *SIGNATURE AND CERTIFICATION BY SELLER(S) SECTION.*
2. This form can be used as a **BILL OF SALE** or to assign ownership when the assignment areas on the back of a **TITLE** are filled.
3. This form must be accompanied by the most recent **TITLE** issued for the vehicle.

**WARNING: Federal law requires that you state the mileage in connection with a transfer of ownership. Failure to complete the Odometer Disclosure Statement or providing a false statement may result in fines and/or imprisonment.**

## ASSIGNMENT OF OWNERSHIP

SELLER(S): The undersigned seller(s) hereby state(s) the vehicle described on this title was transferred to the buyer(s) specified below.  BUYER(S): Do not sign below until all sections have been completed and signed by seller(s).  Signing below indicates you are aware of the CONDITION STATEMENT and ODOMETER DISCLOSURE STATEMENT made by seller(s).

| SECTION 1 Vehicle Information | TITLE NUMBER 7610139360308 | | ISSUED BY THE STATE OF: Arkansas | |
|---|---|---|---|---|
| | MAKE / MODEL BMW | YEAR 2017 | VEHICLE IDENTIFICATION NUMBER WBA4E5C59HG188797 | |
| | Was this vehicle at the time of sale in condition for legal operation on the highway(s) of this state? *(Only Dealers must respond to this question)* ☐ YES ☐ NO | | | |
| | I state that, to the best of my knowledge and belief, the odometer reading specified below reflects the actual mileage, unless one of the following statements is checked: | | | |
| | **ODOMETER READING** *(No tenths)* 46423 | ☐ I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits. *(The odometer started at zero again.)* ☐ I hereby certify that the odometer reading is not actual mileage.  WARNING: ODOMETER DISCREPANCY | | | |

| SECTION 2 Buyer(s) | NAME OF BUYER (Please print) Superb Motors Inc. | CHECK ONE IF CO-OWNED ☐ AND ☐ OR | NAME OF CO-BUYER (Please print) | |
|---|---|---|---|---|
| | ADDRESS OF BUYER(S) 215 Northern BLVD Great Neck, NY 11021 | | | DEALER'S LIC. NO. (If dealer) |
| | SIGNATURE OF BUYER(S) (Or authorized official) X | SIGNATURE OF CO-BUYER (Authorized official) | | DATE SIGNED 11/9/23 |

| SECTION 3 Seller(s) | NAME OF SELLER(S) (Please print) TEAM MITSUBISHI HARTFORD | DATE SOLD 11/9/23 |
|---|---|---|
| | ADDRESS OF SELLER(S) (Please print) 398-412 NEW PARK AVE HARTFORD CT 06106 | DEALER'S LIC. NO. (If dealer) N2754 |

## SIGNATURE AND CERTIFICATION BY SELLER(S)

I (we) declare under penalty of false statement that the information furnished above is true and complete to the best of my (our) knowledge and belief. The owner (seller) of this motor vehicle described above hereby transfers to the buyer the described motor vehicle in consideration of the amount (selling price) entered below, receipt hereby acknowledged.

| SIGNATURE OF SELLER(S) (Or authorized official) X | PRINTED NAME OF SELLER(S) (Authorized official) Aliyah Bennett | SELLING PRICE $30,962.00 | DATE SIGNED 11/9/23 |
|---|---|---|---|

**SUPPLEMENTAL ASSIGNMENT OF OWNERSHIP AND/OR BILL OF SALE**
Q-1 REV. 11-18

SU1060

STATE OF CONNECTICUT
**DEPARTMENT OF MOTOR VEHICLES**

**INSTRUCTIONS FOR A VEHICLE:**

1. Complete Sections 1, 2, 3 and the *SIGNATURE AND CERTIFICATION BY SELLER(S) SECTION.*
2. This form can be used as a **BILL OF SALE** or to assign ownership when the assignment areas on the back of a **TITLE** are filled.
3. This form must be accompanied by the most recent **TITLE** issued for the vehicle.

**WARNING: Federal law requires that you state the mileage in connection with a transfer of ownership. Failure to complete the Odometer Disclosure Statement or providing a false statement may result in fines and/or imprisonment.**

| ASSIGNMENT OF OWNERSHIP |
|---|

SELLER(S): The undersigned seller(s) hereby state(s) the vehicle described on this title was transferred to the buyer(s) specified below. BUYER(S): Do not sign below until all sections have been completed and signed by seller(s). Signing below indicates you are aware of the CONDITION STATEMENT and ODOMETER DISCLOSURE STATEMENT made by seller(s).

| | | | |
|---|---|---|---|
| **SECTION 1**<br>Vehicle<br>Information | **TITLE NUMBER**<br>413140T | | **ISSUED BY THE STATE OF:**<br>New York |
| | **MAKE / MODEL**<br>Mercedes-Benz | **YEAR**<br>2020 | **VEHICLE IDENTIFICATION NUMBER**<br>W1K7X6BB7LA016406 |

Was this vehicle at the time of sale in condition for legal operation on the highway(s) of this state? *(Only Dealers must respond to this question)* ☐ YES ☐ NO

I state that, to the best of my knowledge and belief, the odometer reading specified below reflects the actual mileage, unless one of the following statements is checked:

**ODOMETER READING** *(No tenths)*  4 1, 1 4 7

☐ I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits. *(The odometer started at zero again.)*

☐ I hereby certify that the odometer reading is not actual mileage. WARNING: ODOMETER DISCREPANCY

| | | | | |
|---|---|---|---|---|
| **SECTION 2**<br>Buyer(s) | **NAME OF BUYER** *(Please print)*<br>Superb Motors Inc. | **CHECK ONE IF CO-OWNED**<br>☐ AND  ☐ OR | **NAME OF CO-BUYER** *(Please print)* | |
| | **ADDRESS OF BUYER(S)**<br>215 Northern Blvd Great Neck NY 11021 | | | **DEALER'S LIC. NO.** *(If dealer)* |
| | **SIGNATURE OF BUYER(S)** *(Or authorized official)*<br>X | **SIGNATURE OF CO-BUYER** *(Authorized official)* | | **DATE SIGNED**<br>11\|2\|23 |
| **SECTION 3**<br>Seller(s) | **NAME OF SELLER(S)** *(Please print)*<br><br>TEAM MITSUBISHI HARTFORD | | | **DATE SOLD**<br>11\|2\|23 |
| | **ADDRESS OF SELLER(S)** *(Please print)*<br>398-442 NEW PARK AVE<br>HARTFORD CT 06106 | | | **DEALER'S LIC. NO.** *(If dealer)*<br>N2754 |

| SIGNATURE AND CERTIFICATION BY SELLER(S) |
|---|

I (we) declare under penalty of false statement that the information furnished above is true and complete to the best of my (our) knowledge and belief. The owner (seller) of this motor vehicle described above hereby transfers to the buyer the described motor vehicle in consideration of the amount (selling price) entered below, receipt hereby acknowledged.

| SIGNATURE OF SELLER(S) *(Or authorized official)* | PRINTED NAME OF SELLER(S) *(Authorized official)* | SELLING PRICE | DATE SIGNED |
|---|---|---|---|
| X | Aliyah Bennett | $ 67,561.00 | 11\|2\|23 |

**SUPPLEMENTAL ASSIGNMENT OF OWNERSHIP AND/OR BILL OF SALE**
Q-1 REV. 11-18

SU1302

STATE OF CONNECTICUT
**DEPARTMENT OF MOTOR VEHICLES**

**INSTRUCTIONS FOR A VEHICLE:**

**1.** Complete Sections 1, 2, 3 and the *SIGNATURE AND CERTIFICATION BY SELLER(S) SECTION.*
**2.** This form can be used as a **BILL OF SALE** or to assign ownership when the assignment areas on the back of a **TITLE** are filled.
**3.** This form must be accompanied by the most recent **TITLE** issued for the vehicle.

**WARNING:  Federal law requires that you state the mileage in connection with a transfer of ownership.  Failure to complete the Odometer Disclosure Statement or providing a false statement may result in fines and/or imprisonment.**

| ASSIGNMENT OF OWNERSHIP |
|---|

SELLER(S):  The undersigned seller(s) hereby state(s) the vehicle described on this title was transferred to the buyer(s) specified below.  BUYER(S): Do not sign below until all sections have been completed and signed by seller(s). Signing below indicates you are aware of the CONDITION STATEMENT and ODOMETER DISCLOSURE STATEMENT made by seller(s).

| | | | |
|---|---|---|---|
| **SECTION 1**<br>Vehicle<br>Information | **TITLE NUMBER**<br>BM698604 | | **ISSUED BY THE STATE OF:**<br>New Jersey |
| | **MAKE / MODEL**<br>BMW X3 | **YEAR**<br>2017 | **VEHICLE IDENTIFICATION NUMBER**<br>5UXWX9C50H0T04666 |

Was this vehicle at the time of sale in condition for legal operation on the highway(s) of this state? *(Only Dealers must respond to this question)*  ☐ YES  ☐ NO

I state that, to the best of my knowledge and belief, the odometer reading specified below reflects the actual mileage, unless one of the following statements is checked:

**ODOMETER READING** *(No tenths)*  ☐ I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.  *(The odometer started at zero again.)*

76764

☐ I hereby certify that the odometer reading is not actual mileage.  WARNING: ODOMETER DISCREPANCY

| | | | |
|---|---|---|---|
| **SECTION 2**<br>Buyer(s) | **NAME OF BUYER** *(Please print)*<br>Superb Motors Inc. | **CHECK ONE IF CO-OWNED**<br>☐ AND  ☐ OR | **NAME OF CO-BUYER** *(Please print)* |

| | | |
|---|---|---|
| **ADDRESS OF BUYER(S)**<br>215 Northern Blvd Great Neck, NY 11021 | | **DEALER'S LIC. NO.** *(If dealer)* |
| **SIGNATURE OF BUYER(S)** *(Or authorized official)*<br>X | **SIGNATURE OF CO-BUYER** *(Authorized official)* | **DATE SIGNED**<br>11/2/23 |

| | | |
|---|---|---|
| **SECTION 3**<br>Seller(s) | **NAME OF SELLER(S)** *(Please print)*<br>TEAM MITSUBISHI HARTFORD | **DATE SOLD**<br>11/2/23 |
| | **ADDRESS OF SELLER(S)** *(Please print)*<br>398-412 NEW PARK AVE<br>HARTFORD CT 06106 | **DEALER'S LIC. NO.** *(If dealer)*<br>N2754 |

| SIGNATURE AND CERTIFICATION BY SELLER(S) |
|---|

I (we) declare under penalty of false statement that the information furnished above is true and complete to the best of my (our) knowledge and belief.  The owner (seller) of this motor vehicle described above hereby transfers to the buyer the described motor vehicle in consideration of the amount (selling price) entered below, receipt hereby acknowledged.

| **SIGNATURE OF SELLER(S)** *(Or authorized official)*<br>X | **PRINTED NAME OF SELLER(S)** *(Authorized official)*<br>Aliyah Bennett | **SELLING PRICE**<br>$19,246.00 | **DATE SIGNED**<br>11/2/23 |
|---|---|---|---|

**SUPPLEMENTAL ASSIGNMENT OF OWNERSHIP AND/OR BILL OF SALE**
Q-1 REV. 11-18

S41319

STATE OF CONNECTICUT
**DEPARTMENT OF MOTOR VEHICLES**

**INSTRUCTIONS FOR A VEHICLE:**
1. Complete Sections 1, 2, 3 and the *SIGNATURE AND CERTIFICATION BY SELLER(S) SECTION.*
2. This form can be used as a **BILL OF SALE** or to assign ownership when the assignment areas on the back of a **TITLE** are filled.
3. This form must be accompanied by the most recent **TITLE** issued for the vehicle.

**WARNING: Federal law requires that you state the mileage in connection with a transfer of ownership. Failure to complete the Odometer Disclosure Statement or providing a false statement may result in fines and/or imprisonment.**

## ASSIGNMENT OF OWNERSHIP

SELLER(S): The undersigned seller(s) hereby state(s) the vehicle described on this title was transferred to the buyer(s) specified below. BUYER(S): Do not sign below until all sections have been completed and signed by seller(s). Signing below indicates you are aware of the CONDITION STATEMENT and ODOMETER DISCLOSURE STATEMENT made by seller(s).

**SECTION 1**
Vehicle Information

| TITLE NUMBER | ISSUED BY THE STATE OF: |
|---|---|
| 6636O9E | New York |

| MAKE / MODEL | YEAR | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|
| Alfa Romeo Stelvio | 2020 | ZASPAKBN5L7C91095 |

Was this vehicle at the time of sale in condition for legal operation on the highway(s) of this state? *(Only Dealers must respond to this question)* ☐ YES ☐ NO

I state that, to the best of my knowledge and belief, the odometer reading specified below reflects the actual mileage, unless one of the following statements is checked:

**ODOMETER READING** *(No tenths)*
| 3 | 0 | 3 | 5 | 7 |

☐ I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits. *(The odometer started at zero again.)*

☐ I hereby certify that the odometer reading is not actual mileage. WARNING: ODOMETER DISCREPANCY

**SECTION 2**
Buyer(s)

| NAME OF BUYER *(Please print)* | CHECK ONE IF CO-OWNED | NAME OF CO-BUYER *(Please print)* | |
|---|---|---|---|
| Superb Motors Inc. | ☐ AND  ☐ OR | | |

| ADDRESS OF BUYER(S) | | | DEALER'S LIC. NO. *(If dealer)* |
|---|---|---|---|
| 215 Northern Blvd Great Neck, NY 11021 | | | |

| SIGNATURE OF BUYER(S) *(Or authorized official)* | SIGNATURE OF CO-BUYER *(Authorized official)* | DATE SIGNED |
|---|---|---|
| X | | 11\9\23 |

**SECTION 3**
Seller(s)

| NAME OF SELLER(S) *(Please print)* | DATE SOLD |
|---|---|
| TEAM MITSUBISHI HARTFORD | 11\9\23 |

| ADDRESS OF SELLER(S) *(Please print)* | DEALER'S LIC. NO. *(If dealer)* |
|---|---|
| 398-412 NEW PARK AVE  HARTFORD CT 06106 | N2754 |

## SIGNATURE AND CERTIFICATION BY SELLER(S)

I (we) declare under penalty of false statement that the information furnished above is true and complete to the best of my (our) knowledge and belief. The owner (seller) of this motor vehicle described above hereby transfers to the buyer the described motor vehicle in consideration of the amount (selling price) entered below, receipt hereby acknowledged.

| SIGNATURE OF SELLER(S) *(Or authorized official)* | PRINTED NAME OF SELLER(S) *(Authorized official)* | SELLING PRICE | DATE SIGNED |
|---|---|---|---|
| X | Aliyan Bennett | $31,569.00 | 11\9\23 |

**SUPPLEMENTAL ASSIGNMENT OF OWNERSHIP AND/OR BILL OF SALE**
Q-1 REV. 11-18

SU1303



STATE OF CONNECTICUT
**DEPARTMENT OF MOTOR VEHICLES**

**INSTRUCTIONS FOR A VEHICLE:**

1. Complete Sections 1, 2, 3 and the *SIGNATURE AND CERTIFICATION BY SELLER(S) SECTION.*
2. This form can be used as a **BILL OF SALE** or to assign ownership when the assignment areas on the back of a **TITLE** are filled.
3. This form must be accompanied by the most recent **TITLE** issued for the vehicle.

**WARNING: Federal law requires that you state the mileage in connection with a transfer of ownership. Failure to complete the Odometer Disclosure Statement or providing a false statement may result in fines and/or imprisonment.**

## ASSIGNMENT OF OWNERSHIP

SELLER(S): The undersigned seller(s) hereby state(s) the vehicle described on this title was transferred to the buyer(s) specified below.  BUYER(S): Do not sign below until all sections have been completed and signed by seller(s).  Signing below indicates you are aware of the CONDITION STATEMENT and ODOMETER DISCLOSURE STATEMENT made by seller(s).

| | | |
|---|---|---|
| **SECTION 1** Vehicle Information | **TITLE NUMBER** BM 705828 | **ISSUED BY THE STATE OF** New Jersey |
| | **MAKE / MODEL** FORD MUSTANG | **YEAR** 2019 | **VEHICLE IDENTIFICATION NUMBER** 1FATP8UH1K5152260 |

Was this vehicle at the time of sale in condition for legal operation on the highway(s) of this state? *(Only Dealers must respond to this question)* ☐ YES ☐ NO

I state that, to the best of my knowledge and belief, the odometer reading specified below reflects the actual mileage, unless one of the following statements is checked:

**ODOMETER READING** *(No tenths)*

4 5 5 3 9

☐ I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.  *(The odometer started at zero again.)*

☐ I hereby certify that the odometer reading is not actual mileage.  WARNING: ODOMETER DISCREPANCY

| | | |
|---|---|---|
| **SECTION 2** Buyer(s) | **NAME OF BUYER** *(Please print)* Superb Motors Inc. | **CHECK ONE IF CO-OWNED** ☐ AND ☐ OR | **NAME OF CO-BUYER** *(Please print)* |
| | **ADDRESS OF BUYER(S)** 215 Northern Blvd Great Neck, NY 11021 | | **DEALER'S LIC. NO.** *(If dealer)* |
| | **SIGNATURE OF BUYER(S)** *(Or authorized official)* X | **SIGNATURE OF CO-BUYER** *(Authorized official)* | **DATE SIGNED** 11/2/2023 |
| **SECTION 3** Seller(s) | **NAME OF SELLER(S)** *(Please print)* | | **DATE SOLD** 11/2/2023 |
| | **ADDRESS OF SELLER(S)** *(Please print)* TEAM MITSUBISHI HARTFORD 398-442 NEW PARK AVE HARTFORD CT 06106 | | **DEALER'S LIC. NO.** *(If dealer)* N2754 |

## SIGNATURE AND CERTIFICATION BY SELLER(S)

I (we) declare under penalty of false statement that the information furnished above is true and complete to the best of my (our) knowledge and belief. The owner (seller) of this motor vehicle described above hereby transfers to the buyer the described motor vehicle in consideration of the amount (selling price) entered below, receipt hereby acknowledged.

| **SIGNATURE OF SELLER(S)** *(Or authorized official)* X AB | **PRINTED NAME OF SELLER(S)** *(Authorized official)* Aliyah Bennett | **SELLING PRICE** $25,402.00 | **DATE SIGNED** 11/2/2023 |
|---|---|---|---|

**SUPPLEMENTAL ASSIGNMENT OF OWNERSHIP AND/OR BILL OF SALE**
Q-1 REV. 11-18

**SY1335**



STATE OF CONNECTICUT
**DEPARTMENT OF MOTOR VEHICLES**

**INSTRUCTIONS FOR A VEHICLE:**

1. Complete Sections 1, 2, 3 and the *SIGNATURE AND CERTIFICATION BY SELLER(S) SECTION.*
2. This form can be used as a **BILL OF SALE** or to assign ownership when the assignment areas on the back of a **TITLE** are filled.
3. This form must be accompanied by the most recent **TITLE** issued for the vehicle.

**WARNING: Federal law requires that you state the mileage in connection with a transfer of ownership. Failure to complete the Odometer Disclosure Statement or providing a false statement may result in fines and/or imprisonment.**

## ASSIGNMENT OF OWNERSHIP

SELLER(S): The undersigned seller(s) hereby state(s) the vehicle described on this title was transferred to the buyer(s) specified below. BUYER(S): Do not sign below until all sections have been completed and signed by seller(s). Signing below indicates you are aware of the CONDITION STATEMENT and ODOMETER DISCLOSURE STATEMENT made by seller(s).

| | | | |
|---|---|---|---|
| **SECTION 1**<br>Vehicle<br>Information | **TITLE NUMBER** 513570P | | **ISSUED BY THE STATE OF:** New York |

**MAKE / MODEL** Land rover Range rover   **YEAR** 2018   **VEHICLE IDENTIFICATION NUMBER** SALWR2RV8JA189351

Was this vehicle at the time of sale in condition for legal operation on the highway(s) of this state? *(Only Dealers must respond to this question)* ☐ YES ☐ NO

I state that, to the best of my knowledge and belief, the odometer reading specified below reflects the actual mileage, unless one of the following statements is checked:

**ODOMETER READING** *(No tenths)*   72983

☐ I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits. *(The odometer started at zero again.)*

☐ I hereby certify that the odometer reading is not actual mileage. WARNING: ODOMETER DISCREPANCY

| | | | |
|---|---|---|---|
| **SECTION 2**<br>Buyer(s) | **NAME OF BUYER** *(Please print)*<br>Superb motors Inc. | **CHECK ONE IF CO-OWNED**<br>☐ AND  ☐ OR | **NAME OF CO-BUYER** *(Please print)* |

**ADDRESS OF BUYER(S)** 215 Northern Blvd Great Neck NY 11021   **DEALER'S LIC. NO.** *(If dealer)*

**SIGNATURE OF BUYER(S)** *(Or authorized official)* X   **SIGNATURE OF CO-BUYER** *(Authorized official)*   **DATE SIGNED** 11/6/23

| | | |
|---|---|---|
| **SECTION 3**<br>Seller(s) | **NAME OF SELLER(S)** *(Please print)*<br>TEAM MITSUBISHI HARTFORD | **DATE SOLD** 11/6/23 |

**ADDRESS OF SELLER(S)** *(Please print)*   398-412 NEW PARK AVE   HARTFORD CT 06106   **DEALER'S LIC. NO.** *(If dealer)* N2754

## SIGNATURE AND CERTIFICATION BY SELLER(S)

I (we) declare under penalty of false statement that the information furnished above is true and complete to the best of my (our) knowledge and belief. The owner (seller) of this motor vehicle described above hereby transfers to the buyer the described motor vehicle in consideration of the amount (selling price) entered below, receipt hereby acknowledged.

**SIGNATURE OF SELLER(S)** *(Or authorized official)* X   **PRINTED NAME OF SELLER(S)** *(Authorized official)* Aliyah Bennett   **SELLING PRICE** $36,904.00   **DATE SIGNED** 11/6/23

**SUPPLEMENTAL ASSIGNMENT OF OWNERSHIP AND/OR BILL OF SALE**
Q-1 REV. 11-18

SU1209



STATE OF CONNECTICUT
**DEPARTMENT OF MOTOR VEHICLES**

**INSTRUCTIONS FOR A VEHICLE:**

1. Complete Sections 1, 2, 3 and the *SIGNATURE AND CERTIFICATION BY SELLER(S) SECTION.*
2. This form can be used as a **BILL OF SALE** or to assign ownership when the assignment areas on the back of a **TITLE** are filled.
3. This form must be accompanied by the most recent **TITLE** issued for the vehicle.

**WARNING: Federal law requires that you state the mileage in connection with a transfer of ownership. Failure to complete the Odometer Disclosure Statement or providing a false statement may result in fines and/or imprisonment.**

## ASSIGNMENT OF OWNERSHIP

SELLER(S):  The undersigned seller(s) hereby state(s) the vehicle described on this title was transferred to the buyer(s) specified below.  BUYER(S): Do not sign below until all sections have been completed and signed by seller(s).  Signing below indicates you are aware of the CONDITION STATEMENT and ODOMETER DISCLOSURE STATEMENT made by seller(s).

| | | |
|---|---|---|
| **SECTION 1** *Vehicle Information* | **TITLE NUMBER** 75A654Y | **ISSUED BY THE STATE OF:** New York |

| **MAKE / MODEL** BMW 5series | **YEAR** 2019 | **VEHICLE IDENTIFICATION NUMBER** WBAJB1C53KB375171 |
|---|---|---|

Was this vehicle at the time of sale in condition for legal operation on the highway(s) of this state? *(Only Dealers must respond to this question)* ☐ **YES** ☐ **NO**

I state that, to the best of my knowledge and belief, the odometer reading specified below reflects the actual mileage, unless one of the following statements is checked:

**ODOMETER READING** *(No tenths)* ☐ I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits. *(The odometer started at zero again.)*

63680

☐ I hereby certify that the odometer reading is not actual mileage.  WARNING: ODOMETER DISCREPANCY

| **SECTION 2** *Buyer(s)* | **NAME OF BUYER** *(Please print)* Superb Motors Inc. | **CHECK ONE IF CO-OWNED** ☐ AND ☐ OR | **NAME OF CO-BUYER** *(Please print)* | |
|---|---|---|---|---|
| | **ADDRESS OF BUYER(S)** 215 Northern Blvd Great Neck, NY 11021 | | | **DEALER'S LIC. NO.** *(If dealer)* |
| | **SIGNATURE OF BUYER(S)** *(Or authorized official)* X | **SIGNATURE OF CO-BUYER** *(Authorized official)* | | **DATE SIGNED** 11\9\2023 |

| **SECTION 3** *Seller(s)* | **NAME OF SELLER(S)** *(Please print)* TEAM MITSUBISHI HARTFORD | | **DATE SOLD** 11\9\2023 |
|---|---|---|---|
| | **ADDRESS OF SELLER(S)** *(Please print)* 396-412 NEW PARK AVE HARTFORD CT 06106 | | **DEALER'S LIC. NO.** *(If dealer)* N2754 |

## SIGNATURE AND CERTIFICATION BY SELLER(S)

I (we) declare under penalty of false statement that the information furnished above is true and complete to the best of my (our) knowledge and belief. The owner (seller) of this motor vehicle described above hereby transfers to the buyer the described motor vehicle in consideration of the amount (selling price) entered below, receipt hereby acknowledged.

| **SIGNATURE OF SELLER(S)** *(Or authorized official)* X | **PRINTED NAME OF SELLER(S)** *(Authorized official)* Aliyah Bennett | **SELLING PRICE** $29,998.00 | **DATE SIGNED** 11\9\2023 |
|---|---|---|---|

**SUPPLEMENTAL ASSIGNMENT OF OWNERSHIP AND/OR BILL OF SALE**
Q-1 REV. 11-18

*SY1323*



STATE OF CONNECTICUT
**DEPARTMENT OF MOTOR VEHICLES**

**INSTRUCTIONS FOR A VEHICLE:**

**1.** Complete Sections 1, 2, 3 and the *SIGNATURE AND CERTIFICATION BY SELLER(S) SECTION.*
**2.** This form can be used as a **BILL OF SALE** or to assign ownership when the assignment areas on the back of a **TITLE** are filled.
**3.** This form must be accompanied by the most recent **TITLE** issued for the vehicle.

**WARNING: Federal law requires that you state the mileage in connection with a transfer of ownership. Failure to complete the Odometer Disclosure Statement or providing a false statement may result in fines and/or imprisonment.**

## ASSIGNMENT OF OWNERSHIP

SELLER(S): The undersigned seller(s) hereby state(s) the vehicle described on this title was transferred to the buyer(s) specified below. BUYER(S): Do not sign below until all sections have been completed and signed by seller(s). Signing below indicates you are aware of the CONDITION STATEMENT and ODOMETER DISCLOSURE STATEMENT made by seller(s).

| | | |
|---|---|---|
| **SECTION 1**<br>*Vehicle Information* | **TITLE NUMBER** 16307862 | **ISSUED BY THE STATE OF:** New York |
| | **MAKE / MODEL** Infiniti QX60 | **YEAR** 2020   **VEHICLE IDENTIFICATION NUMBER** 5N1DL0MM6LC528999 |

Was this vehicle at the time of sale in condition for legal operation on the highway(s) of this state? *(Only Dealers must respond to this question)* ☐ YES ☐ NO

I state that, to the best of my knowledge and belief, the odometer reading specified below reflects the actual mileage, unless one of the following statements is checked:

**ODOMETER READING** *(No tenths)* 5 1 2 4 9

☐ I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits. *(The odometer started at zero again.)*

☐ I hereby certify that the odometer reading is not actual mileage. WARNING: ODOMETER DISCREPANCY

| | | |
|---|---|---|
| **SECTION 2**<br>*Buyer(s)* | **NAME OF BUYER** *(Please print)* Superb Motors Inc. | **CHECK ONE IF CO-OWNED** ☐ AND ☐ OR   **NAME OF CO-BUYER** *(Please print)* |
| | **ADDRESS OF BUYER(S)** 215 Northern Blvd Great Neck, NY 11021 | **DEALER'S LIC. NO.** *(If dealer)* |
| | **SIGNATURE OF BUYER(S)** *(Or authorized official)* X | **SIGNATURE OF CO-BUYER** *(Authorized official)*   **DATE SIGNED** 11/9/23 |
| **SECTION 3**<br>*Seller(s)* | **NAME OF SELLER(S)** *(Please print)*   TEAM MITSUBISHI HARTFORD | **DATE SOLD** 11/9/23 |
| | **ADDRESS OF SELLER(S)** *(Please print)*   398-412 NEW PARK AVE   HARTFORD CT 06106 | **DEALER'S LIC. NO.** *(If dealer)* N2754 |

## SIGNATURE AND CERTIFICATION BY SELLER(S)

I (we) declare under penalty of false statement that the information furnished above is true and complete to the best of my (our) knowledge and belief. The owner (seller) of this motor vehicle described above hereby transfers to the buyer the described motor vehicle in consideration of the amount (selling price) entered below, receipt hereby acknowledged.

| **SIGNATURE OF SELLER(S)** *(Or authorized official)* | **PRINTED NAME OF SELLER(S)** *(Authorized official)* | **SELLING PRICE** | **DATE SIGNED** |
|---|---|---|---|
| X | Aliyah Bennett | $28,699.00 | 11/9/23 |

**SUPPLEMENTAL ASSIGNMENT OF OWNERSHIP AND/OR BILL OF SALE**
Q-1 REV. 11-18

SUI262



STATE OF CONNECTICUT
**DEPARTMENT OF MOTOR VEHICLES**

**INSTRUCTIONS FOR A VEHICLE:**

1. Complete Sections 1, 2, 3 and the *SIGNATURE AND CERTIFICATION BY SELLER(S) SECTION.*
2. This form can be used as a **BILL OF SALE** or to assign ownership when the assignment areas on the back of a **TITLE** are filled.
3. This form must be accompanied by the most recent **TITLE** issued for the vehicle.

**WARNING: Federal law requires that you state the mileage in connection with a transfer of ownership. Failure to complete the Odometer Disclosure Statement or providing a false statement may result in fines and/or imprisonment.**

## ASSIGNMENT OF OWNERSHIP

SELLER(S):  The undersigned seller(s) hereby state(s) the vehicle described on this title was transferred to the buyer(s) specified below.  BUYER(S): Do not sign below until all sections have been completed and signed by seller(s).  Signing below indicates you are aware of the CONDITION STATEMENT and ODOMETER DISCLOSURE STATEMENT made by seller(s).

| | | |
|---|---|---|
| **TITLE NUMBER** 5203595670 | | **ISSUED BY THE STATE OF:** OHIO |
| **MAKE / MODEL** Alfa Romeo Giulia | **YEAR** 2018 | **VEHICLE IDENTIFICATION NUMBER** ZARFAEDN3J7575105 |

**SECTION 1** Vehicle Information

Was this vehicle at the time of sale in condition for legal operation on the highway(s) of this state? *(Only Dealers must respond to this question)* ☐ YES ☐ NO

I state that, to the best of my knowledge and belief, the odometer reading specified below reflects the actual mileage, unless one of the following statements is checked:

**ODOMETER READING** *(No tenths)*
54975

☐ I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits. *(The odometer started at zero again.)*

☐ I hereby certify that the odometer reading is not actual mileage.  WARNING: ODOMETER DISCREPANCY

**SECTION 2** Buyer(s)

| | | |
|---|---|---|
| **NAME OF BUYER** *(Please print)* Superb Motors Inc. | **CHECK ONE IF CO-OWNED** ☐ AND ☐ OR | **NAME OF CO-BUYER** *(Please print)* |
| **ADDRESS OF BUYER(S)** 215 Northern Blvd Great Neck, NY 11021 | | **DEALER'S LIC. NO.** *(If dealer)* |
| **SIGNATURE OF BUYER(S)** *(Or authorized official)* X | **SIGNATURE OF CO-BUYER** *(Authorized official)* | **DATE SIGNED** 11/2/23 |

**SECTION 3** Seller(s)

| | |
|---|---|
| **NAME OF SELLER(S)** *(Please print)* TEAM MITSUBISHI HARTFORD | **DATE SOLD** 11/2/23 |
| **ADDRESS OF SELLER(S)** *(Please print)* 398-412 NEW PARK AVE HARTFORD CT 06106 | **DEALER'S LIC. NO.** *(If dealer)* N2754 |

## SIGNATURE AND CERTIFICATION BY SELLER(S)

I (we) declare under penalty of false statement that the information furnished above is true and complete to the best of my (our) knowledge and belief.  The owner (seller) of this motor vehicle described above hereby transfers to the buyer the described motor vehicle in consideration of the amount (selling price) entered below, receipt hereby acknowledged.

| | | | |
|---|---|---|---|
| **SIGNATURE OF SELLER(S)** *(Or authorized official)* X | **PRINTED NAME OF SELLER(S)** *(Authorized official)* Aliyah Bennett | **SELLING PRICE** $22,333.00 | **DATE SIGNED** 11/2/23 |

**SUPPLEMENTAL ASSIGNMENT OF OWNERSHIP AND/OR BILL OF SALE**
Q-1 REV. 11-18

SU1260

STATE OF CONNECTICUT
**DEPARTMENT OF MOTOR VEHICLES**

**INSTRUCTIONS FOR A VEHICLE:**

1. Complete Sections 1, 2, 3 and the *SIGNATURE AND CERTIFICATION BY SELLER(S) SECTION.*
2. This form can be used as a **BILL OF SALE** or to assign ownership when the assignment areas on the back of a **TITLE** are filled.
3. This form must be accompanied by the most recent **TITLE** issued for the vehicle.

**WARNING:** Federal law requires that you state the mileage in connection with a transfer of ownership. Failure to complete the Odometer Disclosure Statement or providing a false statement may result in fines and/or imprisonment.

| ASSIGNMENT OF OWNERSHIP |
|---|

SELLER(S): The undersigned seller(s) hereby state(s) the vehicle described on this title was transferred to the buyer(s) specified below. BUYER(S): Do not sign below until all sections have been completed and signed by seller(s). Signing below indicates you are aware of the CONDITION STATEMENT and ODOMETER DISCLOSURE STATEMENT made by seller(s).

**SECTION 1**
Vehicle Information

TITLE NUMBER: 76101416 2958

ISSUED BY THE STATE OF: Arkansas

MAKE / MODEL: BMW X1

YEAR: 2019

VEHICLE IDENTIFICATION NUMBER: WBXHT3C59K5L90009

Was this vehicle at the time of sale in condition for legal operation on the highway(s) of this state? *(Only Dealers must respond to this question)* ☐ YES ☐ NO

I state that, to the best of my knowledge and belief, the odometer reading specified below reflects the actual mileage, unless one of the following statements is checked:

ODOMETER READING (No tenths): 60121

☐ I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits. *(The odometer started at zero again.)*

☐ I hereby certify that the odometer reading is not actual mileage. WARNING: ODOMETER DISCREPANCY

**SECTION 2**
Buyer(s)

NAME OF BUYER (Please print): Superb Motors Inc.

CHECK ONE IF CO-OWNED ☐ AND ☐ OR

NAME OF CO-BUYER (Please print):

ADDRESS OF BUYER(S): 215 Northern Blvd Great Neck, NY 11021

DEALER'S LIC. NO. (If dealer):

SIGNATURE OF BUYER(S) (Or authorized official): X

SIGNATURE OF CO-BUYER (Authorized official):

DATE SIGNED: 11|2|2023

**SECTION 3**
Seller(s)

NAME OF SELLER(S) (Please print): TEAM MITSUBISHI HARTFORD
398-412 NEW PARK AVE
HARTFORD CT 06106

DATE SOLD: 11|2|2023

ADDRESS OF SELLER(S) (Please print):

DEALER'S LIC. NO. (If dealer): N2754

| SIGNATURE AND CERTIFICATION BY SELLER(S) |
|---|

I (we) declare under penalty of false statement that the information furnished above is true and complete to the best of my (our) knowledge and belief. The owner (seller) of this motor vehicle described above hereby transfers to the buyer the described motor vehicle in consideration of the amount (selling price) entered below, receipt hereby acknowledged.

SIGNATURE OF SELLER(S) (Or authorized official): X

PRINTED NAME OF SELLER(S) (Authorized official): Aliyah Bennett

SELLING PRICE: $20,245.00

DATE SIGNED: 11|2|2023

**SUPPLEMENTAL ASSIGNMENT OF OWNERSHIP AND/OR BILL OF SALE**
Q-1 REV. 11-18

SY1333



STATE OF CONNECTICUT
**DEPARTMENT OF MOTOR VEHICLES**

**INSTRUCTIONS FOR A VEHICLE:**
1. Complete Sections 1, 2, 3 and the *SIGNATURE AND CERTIFICATION BY SELLER(S) SECTION.*
2. This form can be used as a **BILL OF SALE** or to assign ownership when the assignment areas on the back of a **TITLE** are filled.
3. This form must be accompanied by the most recent **TITLE** issued for the vehicle.

**WARNING: Federal law requires that you state the mileage in connection with a transfer of ownership. Failure to complete the Odometer Disclosure Statement or providing a false statement may result in fines and/or imprisonment.**

## ASSIGNMENT OF OWNERSHIP

SELLER(S): The undersigned seller(s) hereby state(s) the vehicle described on this title was transferred to the buyer(s) specified below. BUYER(S): Do not sign below until all sections have been completed and signed by seller(s). Signing below indicates you are aware of the CONDITION STATEMENT and ODOMETER DISCLOSURE STATEMENT made by seller(s).

| | | |
|---|---|---|
| **SECTION 1** Vehicle Information | **TITLE NUMBER** 82436021103 | **ISSUED BY THE STATE OF:** Pennsylvania |
| | **MAKE / MODEL** MASERATI LEVANTE   **YEAR** 2017 | **VEHICLE IDENTIFICATION NUMBER** ZN661XUAXHX252844 |

**SECTION 1** Vehicle Information

Was this vehicle at the time of sale in condition for legal operation on the highway(s) of this state? *(Only Dealers must respond to this question)* ☐ YES ☐ NO

I state that, to the best of my knowledge and belief, the odometer reading specified below reflects the actual mileage, unless one of the following statements is checked:

**ODOMETER READING** *(No tenths)* 33148

☐ I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits. *(The odometer started at zero again.)*
☐ I hereby certify that the odometer reading is not actual mileage. WARNING: ODOMETER DISCREPANCY

**SECTION 2** Buyer(s)

**NAME OF BUYER (Please print)** Superb Motors Inc.

CHECK ONE IF CO-OWNED ☐ AND ☐ OR

**NAME OF CO-BUYER (Please print)**

**ADDRESS OF BUYER(S)** 215 Northern Blvd Great Neck, NY 11021

**DEALER'S LIC. NO. (If dealer)**

**SIGNATURE OF BUYER(S) (Or authorized official)** X

**SIGNATURE OF CO-BUYER (Authorized official)**

**DATE SIGNED** 11|2|23

**SECTION 3** Seller(s)

**NAME OF SELLER(S) (Please print)** TEAM MITSUBISHI HARTFORD
~~398-412 NEW PARK AVE~~
HARTFORD CT 06106

**DATE SOLD** 11|2|23

**ADDRESS OF SELLER(S) (Please print)**

**DEALER'S LIC. NO. (If dealer)** N2754

## SIGNATURE AND CERTIFICATION BY SELLER(S)

I (we) declare under penalty of false statement that the information furnished above is true and complete to the best of my (our) knowledge and belief. The owner (seller) of this motor vehicle described above hereby transfers to the buyer the described motor vehicle in consideration of the amount (selling price) entered below, receipt hereby acknowledged.

| **SIGNATURE OF SELLER(S) (Or authorized official)** X DW3 | **PRINTED NAME OF SELLER(S) (Authorized official)** Aliyah Bennett | **SELLING PRICE** $31,779.00 | **DATE SIGNED** 11|2|23 |
|---|---|---|---|

**SUPPLEMENTAL ASSIGNMENT OF OWNERSHIP AND/OR BILL OF SALE**
Q-1 REV. 11-18



SU0912

STATE OF CONNECTICUT
**DEPARTMENT OF MOTOR VEHICLES**

**INSTRUCTIONS FOR A VEHICLE:**
1. Complete Sections 1, 2, 3 and the *SIGNATURE AND CERTIFICATION BY SELLER(S) SECTION.*
2. This form can be used as a **BILL OF SALE** or to assign ownership when the assignment areas on the back of a **TITLE** are filled.
3. This form must be accompanied by the most recent **TITLE** issued for the vehicle.

**WARNING: Federal law requires that you state the mileage in connection with a transfer of ownership. Failure to complete the Odometer Disclosure Statement or providing a false statement may result in fines and/or imprisonment.**

## ASSIGNMENT OF OWNERSHIP

SELLER(S): The undersigned seller(s) hereby state(s) the vehicle described on this title was transferred to the buyer(s) specified below.  BUYER(S): Do not sign below until all sections have been completed and signed by seller(s).  Signing below indicates you are aware of the CONDITION STATEMENT and ODOMETER DISCLOSURE STATEMENT made by seller(s).

**SECTION 1**
Vehicle Information

TITLE NUMBER: *076871D*

ISSUED BY THE STATE OF: *New York*

MAKE / MODEL: *MASERATI GHIBLI*   YEAR: *2019*   VEHICLE IDENTIFICATION NUMBER: *ZAM57YTA4K1314330*

Was this vehicle at the time of sale in condition for legal operation on the highway(s) of this state? *(Only Dealers must respond to this question)*  ☐ YES  ☐ NO

I state that, to the best of my knowledge and belief, the odometer reading specified below reflects the actual mileage, unless one of the following statements is checked:

ODOMETER READING *(No tenths)*: *40421*

☐ I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits. *(The odometer started at zero again.)*

☐ I hereby certify that the odometer reading is not actual mileage. WARNING: ODOMETER DISCREPANCY

**SECTION 2**
Buyer(s)

NAME OF BUYER *(Please print)*: *Superb Motors Inc.*

CHECK ONE IF CO-OWNED  ☐ AND  ☐ OR

NAME OF CO-BUYER *(Please print)*

ADDRESS OF BUYER(S): *215 Northern Blvd Great Neck, NY 11021*

DEALER'S LIC. NO. *(If dealer)*

SIGNATURE OF BUYER(S) *(Or authorized official)*: X

SIGNATURE OF CO-BUYER *(Authorized official)*

DATE SIGNED: *11|17|23*

**SECTION 3**
Seller(s)

NAME OF SELLER(S) *(Please print)*: TEAM MITSUBISHI HARTFORD
396-412 NEW PARK AVE
HARTFORD CT 06106

DATE SOLD: *11|17|23*

ADDRESS OF SELLER(S) *(Please print)*

DEALER'S LIC. NO. *(If dealer)*: *N2754*

## SIGNATURE AND CERTIFICATION BY SELLER(S)

I (we) declare under penalty of false statement that the information furnished above is true and complete to the best of my (our) knowledge and belief. The owner (seller) of this motor vehicle described above hereby transfers to the buyer the described motor vehicle in consideration of the amount (selling price) entered below, receipt hereby acknowledged.

SIGNATURE OF SELLER(S) *(Or authorized official)*: X

PRINTED NAME OF SELLER(S) *(Authorized official)*: *Aliyah Bennett*

SELLING PRICE: *$30,889.00*

DATE SIGNED: *11|17|23*

**SUPPLEMENTAL ASSIGNMENT OF OWNERSHIP AND/OR BILL OF SALE**
Q-1 REV. 11-18

*SW1050A*

STATE OF CONNECTICUT
**DEPARTMENT OF MOTOR VEHICLES**

**INSTRUCTIONS FOR A VEHICLE:**

1. Complete Sections 1, 2, 3 and the *SIGNATURE AND CERTIFICATION BY SELLER(S) SECTION.*
2. This form can be used as a **BILL OF SALE** or to assign ownership when the assignment areas on the back of a **TITLE** are filled.
3. This form must be accompanied by the most recent **TITLE** issued for the vehicle.

**WARNING:  Federal law requires that you state the mileage in connection with a transfer of ownership.  Failure to complete the Odometer Disclosure Statement or providing a false statement may result in fines and/or imprisonment.**

| ASSIGNMENT OF OWNERSHIP |
|---|

SELLER(S):  The undersigned seller(s) hereby state(s) the vehicle described on this title was transferred to the buyer(s) specified below.  BUYER(S): Do not sign below until all sections have been completed and signed by seller(s).  Signing below indicates you are aware of the CONDITION STATEMENT and ODOMETER DISCLOSURE STATEMENT made by seller(s).

| | | |
|---|---|---|
| **SECTION 1**<br>Vehicle<br>Information | **TITLE NUMBER** 405748F | **ISSUED BY THE STATE OF:** New York |
| | **MAKE / MODEL** Land Rover Range rover | **YEAR** 2019 | **VEHICLE IDENTIFICATION NUMBER** SALYB2EX4KA782114 |

Was this vehicle at the time of sale in condition for legal operation on the highway(s) of this state? *(Only Dealers must respond to this question)* ☐ YES ☐ NO

I state that, to the best of my knowledge and belief, the odometer reading specified below reflects the actual mileage, unless one of the following statements is checked:

**ODOMETER READING** *(No tenths)*  60993

☐ I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.  *(The odometer started at zero again.)*

☐ I hereby certify that the odometer reading is not actual mileage.  WARNING: ODOMETER DISCREPANCY

| | | |
|---|---|---|
| **SECTION 2**<br>Buyer(s) | **NAME OF BUYER** *(Please print)* Superb Motors Inc. | **CHECK ONE IF CO-OWNED** ☐ AND ☐ OR | **NAME OF CO-BUYER** *(Please print)* |
| | **ADDRESS OF BUYER(S)** 215 Northern BIVD Great Neck NY 11021 | | **DEALER'S LIC. NO.** *(If dealer)* |
| | **SIGNATURE OF BUYER(S)** *(Or authorized official)* X | **SIGNATURE OF CO-BUYER** *(Authorized official)* | **DATE SIGNED** 11/2/2023 |

| | | |
|---|---|---|
| **SECTION 3**<br>Seller(s) | **NAME OF SELLER(S)** *(Please print)* TEAM MITSUBISHI HARTFORD ~~398-412 NEW PARK AVE~~ HARTFORD CT 06106 | **DATE SOLD** 11/2/2023 |
| | **ADDRESS OF SELLER(S)** *(Please print)* | **DEALER'S LIC. NO.** *(If dealer)* N2754 |

| SIGNATURE AND CERTIFICATION BY SELLER(S) |
|---|

I (we) declare under penalty of false statement that the information furnished above is true and complete to the best of my (our) knowledge and belief.  The owner (seller) of this motor vehicle described above hereby transfers to the buyer the described motor vehicle in consideration of the amount (selling price) entered below, receipt hereby acknowledged.

| **SIGNATURE OF SELLER(S)** *(Or authorized official)* | **PRINTED NAME OF SELLER(S)** *(Authorized official)* | **SELLING PRICE** | **DATE SIGNED** |
|---|---|---|---|
| X | Aliyah Bennett | $31,430.00 | 11/2/2023 |

**SUPPLEMENTAL ASSIGNMENT OF OWNERSHIP AND/OR BILL OF SALE**
Q-1 REV. 11-18



SU1065

STATE OF CONNECTICUT
**DEPARTMENT OF MOTOR VEHICLES**

**INSTRUCTIONS FOR A VEHICLE:**

1. Complete Sections 1, 2, 3 and the *SIGNATURE AND CERTIFICATION BY SELLER(S) SECTION.*
2. This form can be used as a **BILL OF SALE** or to assign ownership when the assignment areas on the back of a **TITLE** are filled.
3. This form must be accompanied by the most recent **TITLE** issued for the vehicle.

**WARNING: Federal law requires that you state the mileage in connection with a transfer of ownership. Failure to complete the Odometer Disclosure Statement or providing a false statement may result in fines and/or imprisonment.**

| ASSIGNMENT OF OWNERSHIP |
|---|

SELLER(S): The undersigned seller(s) hereby state(s) the vehicle described on this title was transferred to the buyer(s) specified below. BUYER(S): Do not sign below until all sections have been completed and signed by seller(s). Signing below indicates you are aware of the CONDITION STATEMENT and ODOMETER DISCLOSURE STATEMENT made by seller(s).

| | | | | |
|---|---|---|---|---|
| **SECTION 1**<br>Vehicle<br>Information | TITLE NUMBER<br>76l013959746 | | ISSUED BY THE STATE OF:<br>Arkansas | |
| | MAKE / MODEL<br>Landrover Rangerover | YEAR<br>2019 | VEHICLE IDENTIFICATION NUMBER<br>SALGS2RE3KA519794 | |
| | Was this vehicle at the time of sale in condition for legal operation on the highway(s) of this state? *(Only Dealers must respond to this question)* ☐ YES ☐ NO | | | |
| | I state that, to the best of my knowledge and belief, the odometer reading specified below reflects the actual mileage, unless one of the following statements is checked: | | | |
| | ODOMETER READING *(No tenths)*<br>▼<br>59276 | ☐ I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits. *(The odometer started at zero again.)*<br>☐ I hereby certify that the odometer reading is not actual mileage. WARNING: ODOMETER DISCREPANCY | | | |

| | | | | |
|---|---|---|---|---|
| **SECTION 2**<br>Buyer(s) | NAME OF BUYER *(Please print)*<br>Superb Motors Inc. | CHECK ONE IF CO-OWNED<br>☐ AND  ☐ OR | NAME OF CO-BUYER *(Please print)* | |
| | ADDRESS OF BUYER(S)<br>215 Northern Blvd Great Neck, NY 11021 | | | DEALER'S LIC. NO. *(If dealer)* |
| | SIGNATURE OF BUYER(S) *(Or authorized official)*<br>X | SIGNATURE OF CO-BUYER *(Authorized official)* | | DATE SIGNED<br>11/17/23 |
| **SECTION 3**<br>Seller(s) | NAME OF SELLER(S) *(Please print)*<br><br>TEAM MITSUBISHI HARTFORD | | | DATE SOLD<br>11/17/23 |
| | ADDRESS OF SELLER(S) *(Please print)*<br>398-412 NEW PARK AVE<br>HARTFORD CT 06106 | | | DEALER'S LIC. NO. *(If dealer)*<br>N2754 |

| SIGNATURE AND CERTIFICATION BY SELLER(S) |
|---|

I (we) declare under penalty of false statement that the information furnished above is true and complete to the best of my (our) knowledge and belief. The owner (seller) of this motor vehicle described above hereby transfers to the buyer the described motor vehicle in consideration of the amount (selling price) entered below, receipt hereby acknowledged.

| SIGNATURE OF SELLER(S) *(Or authorized official)*<br>X | PRINTED NAME OF SELLER(S) *(Authorized official)*<br>Aliyah Bennett | SELLING PRICE<br>$ 59,667.⁰⁰ | DATE SIGNED<br>11/17/23 |
|---|---|---|---|

**SUPPLEMENTAL ASSIGNMENT OF OWNERSHIP AND/OR BILL OF SALE**
Q-1 REV. 11-18

SY1318

STATE OF CONNECTICUT
**DEPARTMENT OF MOTOR VEHICLES**

**INSTRUCTIONS FOR A VEHICLE:**

1. Complete Sections 1, 2, 3 and the *SIGNATURE AND CERTIFICATION BY SELLER(S) SECTION.*
2. This form can be used as a **BILL OF SALE** or to assign ownership when the assignment areas on the back of a **TITLE** are filled.
3. This form must be accompanied by the most recent **TITLE** issued for the vehicle.

**WARNING:  Federal law requires that you state the mileage in connection with a transfer of ownership.  Failure to complete the Odometer Disclosure Statement or providing a false statement may result in fines and/or imprisonment.**

## ASSIGNMENT OF OWNERSHIP

SELLER(S):  The undersigned seller(s) hereby state(s) the vehicle described on this title was transferred to the buyer(s) specified below.  BUYER(S): Do not sign below until all sections have been completed and signed by seller(s).  Signing below indicates you are aware of the CONDITION STATEMENT and ODOMETER DISCLOSURE STATEMENT made by seller(s).

| | | | |
|---|---|---|---|
| **SECTION 1**<br>*Vehicle Information* | **TITLE NUMBER** 7161014260998 | | **ISSUED BY THE STATE OF:** Arkansas |

**MAKE / MODEL** BMW X1   **YEAR** 2019   **VEHICLE IDENTIFICATION NUMBER** WBXHT3C57K5L90705

Was this vehicle at the time of sale in condition for legal operation on the highway(s) of this state? *(Only Dealers must respond to this question)*  ☐ YES  ☐ NO

I state that, to the best of my knowledge and belief, the odometer reading specified below reflects the actual mileage, unless one of the following statements is checked:

**ODOMETER READING** *(No tenths)* 49416

☐ I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.  *(The odometer started at zero again.)*

☐ I hereby certify that the odometer reading is not actual mileage.  WARNING: ODOMETER DISCREPANCY

**SECTION 2**
*Buyer(s)*

**NAME OF BUYER** *(Please print)* Superb Motors Inc.

CHECK ONE IF CO-OWNED  ☐ AND  ☐ OR   **NAME OF CO-BUYER** *(Please print)*

**ADDRESS OF BUYER(S)** 215 Northern Blvd  Great Neck, NY  11021   **DEALER'S LIC. NO.** *(If dealer)*

**SIGNATURE OF BUYER(S)** *(Or authorized official)* X   **SIGNATURE OF CO-BUYER** *(Authorized official)*   **DATE SIGNED** 11 9 23

**SECTION 3**
*Seller(s)*

**NAME OF SELLER(S)** *(Please print)*   TEAM MITSUBISHI HARTFORD<br>396-412 NEW PARK AVE<br>HARTFORD CT 06106   **DATE SOLD** 11 9 23

**ADDRESS OF SELLER(S)** *(Please print)*   **DEALER'S LIC. NO.** *(If dealer)* N2754

## SIGNATURE AND CERTIFICATION BY SELLER(S)

I (we) declare under penalty of false statement that the information furnished above is true and complete to the best of my (our) knowledge and belief.  The owner (seller) of this motor vehicle described above hereby transfers to the buyer the described motor vehicle in consideration of the amount (selling price) entered below, receipt hereby acknowledged.

**SIGNATURE OF SELLER(S)** *(Or authorized official)* X   **PRINTED NAME OF SELLER(S)** *(Authorized official)* Aliyah Bennett   **SELLING PRICE** $27,997.00   **DATE SIGNED** 11 9 23

**SUPPLEMENTAL ASSIGNMENT OF OWNERSHIP AND/OR BILL OF SALE**
Q-1 REV. 11-18



*SU1148*

STATE OF CONNECTICUT
**DEPARTMENT OF MOTOR VEHICLES**

**INSTRUCTIONS FOR A VEHICLE:**

1. Complete Sections 1, 2, 3 and the *SIGNATURE AND CERTIFICATION BY SELLER(S) SECTION.*
2. This form can be used as a **BILL OF SALE** or to assign ownership when the assignment areas on the back of a **TITLE** are filled.
3. This form must be accompanied by the most recent **TITLE** issued for the vehicle.

**WARNING: Federal law requires that you state the mileage in connection with a transfer of ownership. Failure to complete the Odometer Disclosure Statement or providing a false statement may result in fines and/or imprisonment.**

| ASSIGNMENT OF OWNERSHIP |
|---|

SELLER(S): The undersigned seller(s) hereby state(s) the vehicle described on this title was transferred to the buyer(s) specified below. BUYER(S): Do not sign below until all sections have been completed and signed by seller(s). Signing below indicates you are aware of the CONDITION STATEMENT and ODOMETER DISCLOSURE STATEMENT made by seller(s).

**SECTION 1**
**Vehicle Information**

TITLE NUMBER: 7610140501795
ISSUED BY THE STATE OF: Arkansas

MAKE / MODEL: Porsche Panamera
YEAR: 2016
VEHICLE IDENTIFICATION NUMBER: WP0AF2A74GL082172

Was this vehicle at the time of sale in condition for legal operation on the highway(s) of this state? *(Only Dealers must respond to this question)* ☐ YES ☐ NO

I state that, to the best of my knowledge and belief, the odometer reading specified below reflects the actual mileage, unless one of the following statements is checked:

ODOMETER READING *(No tenths)*: 35633

☐ I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits. *(The odometer started at zero again.)*

☐ I hereby certify that the odometer reading is not actual mileage. WARNING: ODOMETER DISCREPANCY

**SECTION 2**
**Buyer(s)**

NAME OF BUYER *(Please print)*: Superb Motors
CHECK ONE IF CO-OWNED ☐ AND ☐ OR
NAME OF CO-BUYER *(Please print)*:

ADDRESS OF BUYER(S): 215 Northern Blvd Great Neck, NY 11021
DEALER'S LIC. NO. *(If dealer)*:

SIGNATURE OF BUYER(S) *(Or authorized official)*: X
SIGNATURE OF CO-BUYER *(Authorized official)*:
DATE SIGNED: 11/9/23

**SECTION 3**
**Seller(s)**

NAME OF SELLER(S) *(Please print)*:
TEAM MITSUBISHI HARTFORD
398-412 NEW PARK AVE
HARTFORD CT 06106
DATE SOLD: 11/9/23

ADDRESS OF SELLER(S) *(Please print)*:
DEALER'S LIC. NO. *(If dealer)*: N2754

| SIGNATURE AND CERTIFICATION BY SELLER(S) |
|---|

I (we) declare under penalty of false statement that the information furnished above is true and complete to the best of my (our) knowledge and belief. The owner (seller) of this motor vehicle described above hereby transfers to the buyer the described motor vehicle in consideration of the amount (selling price) entered below, receipt hereby acknowledged.

SIGNATURE OF SELLER(S) *(Or authorized official)*: X
PRINTED NAME OF SELLER(S) *(Authorized official)*: Aliyah Bennett
SELLING PRICE: $49,889.00
DATE SIGNED: 11/9/23

**SUPPLEMENTAL ASSIGNMENT OF OWNERSHIP AND/OR BILL OF SALE**
Q-1 REV. 11-18

*SU1326*

STATE OF CONNECTICUT
**DEPARTMENT OF MOTOR VEHICLES**

**INSTRUCTIONS FOR A VEHICLE:**

1. Complete Sections 1, 2, 3 and the *SIGNATURE AND CERTIFICATION BY SELLER(S) SECTION.*
2. This form can be used as a **BILL OF SALE** or to assign ownership when the assignment areas on the back of a **TITLE** are filled.
3. This form must be accompanied by the most recent **TITLE** issued for the vehicle.

**WARNING: Federal law requires that you state the mileage in connection with a transfer of ownership. Failure to complete the Odometer Disclosure Statement or providing a false statement may result in fines and/or imprisonment.**

## ASSIGNMENT OF OWNERSHIP

SELLER(S): The undersigned seller(s) hereby state(s) the vehicle described on this title was transferred to the buyer(s) specified below.  BUYER(S): Do not sign below until all sections have been completed and signed by seller(s). Signing below indicates you are aware of the CONDITION STATEMENT and ODOMETER DISCLOSURE STATEMENT made by seller(s).

| | | |
|---|---|---|
| **SECTION 1** Vehicle Information | TITLE NUMBER 1814400714 | ISSUED BY THE STATE OF: OHIO |

| MAKE / MODEL DODGE CHARGER | YEAR 2021 | VEHICLE IDENTIFICATION NUMBER 2C3CDXHG1MH505823 |
|---|---|---|

Was this vehicle at the time of sale in condition for legal operation on the highway(s) of this state? *(Only Dealers must respond to this question)* ☐ YES ☐ NO

I state that, to the best of my knowledge and belief, the odometer reading specified below reflects the actual mileage, unless one of the following statements is checked:

**ODOMETER READING** *(No tenths)* 45104

☐ I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits. *(The odometer started at zero again.)*

☐ I hereby certify that the odometer reading is not actual mileage. WARNING: ODOMETER DISCREPANCY

| **SECTION 2** Buyer(s) | NAME OF BUYER *(Please print)* Superb Motors Inc. | CHECK ONE IF CO-OWNED ☐ AND ☐ OR | NAME OF CO-BUYER *(Please print)* | |
|---|---|---|---|---|
| | ADDRESS OF BUYER(S) 215 Northern Blvd Great Neck, NY 11021 | | | DEALER'S LIC. NO. *(If dealer)* |
| | SIGNATURE OF BUYER(S) *(Or authorized official)* X | SIGNATURE OF CO-BUYER *(Authorized official)* | | DATE SIGNED 11/6/23 |

| **SECTION 3** Seller(s) | NAME OF SELLER(S) *(Please print)* TEAM MITSUBISHI HARTFORD 398-412 NEW PARK AVE HARTFORD CT 06106 | DATE SOLD 11/6/23 |
|---|---|---|
| | ADDRESS OF SELLER(S) *(Please print)* | DEALER'S LIC. NO. *(If dealer)* N2754 |

## SIGNATURE AND CERTIFICATION BY SELLER(S)

I (we) declare under penalty of false statement that the information furnished above is true and complete to the best of my (our) knowledge and belief. The owner (seller) of this motor vehicle described above hereby transfers to the buyer the described motor vehicle in consideration of the amount (selling price) entered below, receipt hereby acknowledged.

| SIGNATURE OF SELLER(S) *(Or authorized official)* X | PRINTED NAME OF SELLER(S) *(Authorized official)* Aliyah Bennett | SELLING PRICE $ 29,999.00 | DATE SIGNED 11/6/23 |
|---|---|---|---|

SU1324

**SUPPLEMENTAL ASSIGNMENT OF OWNERSHIP AND/OR BILL OF SALE**
Q-1 REV. 11-18

STATE OF CONNECTICUT
**DEPARTMENT OF MOTOR VEHICLES**

**INSTRUCTIONS FOR A VEHICLE:**
1. Complete Sections 1, 2, 3 and the *SIGNATURE AND CERTIFICATION BY SELLER(S) SECTION.*
2. This form can be used as a **BILL OF SALE** or to assign ownership when the assignment areas on the back of a **TITLE** are filled.
3. This form must be accompanied by the most recent **TITLE** issued for the vehicle.

**WARNING: Federal law requires that you state the mileage in connection with a transfer of ownership. Failure to complete the Odometer Disclosure Statement or providing a false statement may result in fines and/or imprisonment.**

## ASSIGNMENT OF OWNERSHIP

SELLER(S): The undersigned seller(s) hereby state(s) the vehicle described on this title was transferred to the buyer(s) specified below.  BUYER(S): Do not sign below until all sections have been completed and signed by seller(s).  Signing below indicates you are aware of the CONDITION STATEMENT and ODOMETER DISCLOSURE STATEMENT made by seller(s).

| | | |
|---|---|---|
| **SECTION 1** Vehicle Information | TITLE NUMBER BM723862 | ISSUED BY THE STATE OF: New Jersey |
| | MAKE / MODEL Mercedes Benz | YEAR 2019 | VEHICLE IDENTIFICATION NUMBER WDD7X8KB7KA0018606 |

Was this vehicle at the time of sale in condition for legal operation on the highway(s) of this state? *(Only Dealers must respond to this question)* ☐ YES ☐ NO

I state that, to the best of my knowledge and belief, the odometer reading specified below reflects the actual mileage, unless one of the following statements is checked:

**ODOMETER READING** *(No tenths)*   ☐ I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits. *(The odometer started at zero again.)*

| 6 | 9 | 3 | 8 | 2 |

☐ I hereby certify that the odometer reading is not actual mileage.  WARNING: ODOMETER DISCREPANCY

| | | | |
|---|---|---|---|
| **SECTION 2** Buyer(s) | NAME OF BUYER *(Please print)* Superb Motors Inc. | CHECK ONE IF CO-OWNED ☐ AND ☐ OR | NAME OF CO-BUYER *(Please print)* |
| | ADDRESS OF BUYER(S) 215 Northern Blvd Great Neck, NY 11021 | | DEALER'S LIC. NO. *(If dealer)* |
| | SIGNATURE OF BUYER(S) *(Or authorized official)* X | SIGNATURE OF CO-BUYER *(Authorized official)* | DATE SIGNED 11 7 23 |
| **SECTION 3** Seller(s) | NAME OF SELLER(S) *(Please print)* TEAM MITSUBISHI HARTFORD | | DATE SOLD 11 7 23 |
| | ADDRESS OF SELLER(S) *(Please print)* 398-412 NEW PARK AVE HARTFORD CT 06106 | | DEALER'S LIC. NO. *(If dealer)* N2754 |

## SIGNATURE AND CERTIFICATION BY SELLER(S)

I (we) declare under penalty of false statement that the information furnished above is true and complete to the best of my (our) knowledge and belief. The owner (seller) of this motor vehicle described above hereby transfers to the buyer the described motor vehicle in consideration of the amount (selling price) entered below, receipt hereby acknowledged.

| SIGNATURE OF SELLER(S) *(Or authorized official)* X | PRINTED NAME OF SELLER(S) *(Authorized official)* Aliyah Bennett | SELLING PRICE $69,804.00 | DATE SIGNED 11 7 23 |

**SUPPLEMENTAL ASSIGNMENT OF OWNERSHIP AND/OR BILL OF SALE**
Q-1 REV. 11-18

541325



STATE OF CONNECTICUT
**DEPARTMENT OF MOTOR VEHICLES**

**INSTRUCTIONS FOR A VEHICLE:**

1. Complete Sections 1, 2, 3 and the *SIGNATURE AND CERTIFICATION BY SELLER(S) SECTION.*
2. This form can be used as a **BILL OF SALE** or to assign ownership when the assignment areas on the back of a **TITLE** are filled.
3. This form must be accompanied by the most recent **TITLE** issued for the vehicle.

**WARNING: Federal law requires that you state the mileage in connection with a transfer of ownership. Failure to complete the Odometer Disclosure Statement or providing a false statement may result in fines and/or imprisonment.**

## ASSIGNMENT OF OWNERSHIP

SELLER(S): The undersigned seller(s) hereby state(s) the vehicle described on this title was transferred to the buyer(s) specified below. BUYER(S): Do not sign below until all sections have been completed and signed by seller(s). Signing below indicates you are aware of the CONDITION STATEMENT and ODOMETER DISCLOSURE STATEMENT made by seller(s).

| | | |
|---|---|---|
| **SECTION 1**<br>Vehicle<br>Information | **TITLE NUMBER** 18144O5754 | **ISSUED BY THE STATE OF:** OHIO |
| | **MAKE / MODEL** DODGE CHARGER | **YEAR** 2021    **VEHICLE IDENTIFICATION NUMBER** 2C3CDXHG6MH531592 |

**SECTION 1** Vehicle Information

Was this vehicle at the time of sale in condition for legal operation on the highway(s) of this state? *(Only Dealers must respond to this question)* ☐ YES ☐ NO

I state that, to the best of my knowledge and belief, the odometer reading specified below reflects the actual mileage, unless one of the following statements is checked:

**ODOMETER READING** *(No tenths)*    ☐ I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits. *(The odometer started at zero again.)*

45130    ☐ I hereby certify that the odometer reading is not actual mileage. WARNING: ODOMETER DISCREPANCY

**SECTION 2** Buyer(s)

**NAME OF BUYER** *(Please print)* Superb Motors Inc.

**CHECK ONE IF CO-OWNED** ☐ AND ☐ OR    **NAME OF CO-BUYER** *(Please print)*

**ADDRESS OF BUYER(S)** 215 Northern Blvd Great Neck, NY 11021    **DEALER'S LIC. NO.** *(If dealer)*

**SIGNATURE OF BUYER(S)** *(Or authorized official)* X    **SIGNATURE OF CO-BUYER** *(Authorized official)*    **DATE SIGNED** 11/9/23

**SECTION 3** Seller(s)

**NAME OF SELLER(S)** *(Please print)* TEAM MITSUBISHI HARTFORD    **DATE SOLD** 11/9/23

**ADDRESS OF SELLER(S)** *(Please print)* 396-412 NEW PARK AVE HARTFORD CT 06106    **DEALER'S LIC. NO.** *(If dealer)* N2754

## SIGNATURE AND CERTIFICATION BY SELLER(S)

I (we) declare under penalty of false statement that the information furnished above is true and complete to the best of my (our) knowledge and belief. The owner (seller) of this motor vehicle described above hereby transfers to the buyer the described motor vehicle in consideration of the amount (selling price) entered below, receipt hereby acknowledged.

| **SIGNATURE OF SELLER(S)** *(Or authorized official)* X | **PRINTED NAME OF SELLER(S)** *(Authorized official)* Aliyah Bennett | **SELLING PRICE** $27,789.00 | **DATE SIGNED** 11/9/23 |
|---|---|---|---|

**SUPPLEMENTAL ASSIGNMENT OF OWNERSHIP AND/OR BILL OF SALE**
Q-1 REV. 11-18

*SU1006*



STATE OF CONNECTICUT
**DEPARTMENT OF MOTOR VEHICLES**

**INSTRUCTIONS FOR A VEHICLE:**
1. Complete Sections 1, 2, 3 and the *SIGNATURE AND CERTIFICATION BY SELLER(S) SECTION*.
2. This form can be used as a **BILL OF SALE** or to assign ownership when the assignment areas on the back of a **TITLE** are filled.
3. This form must be accompanied by the most recent **TITLE** issued for the vehicle.

**WARNING:  Federal law requires that you state the mileage in connection with a transfer of ownership.  Failure to complete the Odometer Disclosure Statement or providing a false statement may result in fines and/or imprisonment.**

## ASSIGNMENT OF OWNERSHIP

SELLER(S):  The undersigned seller(s) hereby state(s) the vehicle described on this title was transferred to the buyer(s) specified below.  BUYER(S): Do not sign below until all sections have been completed and signed by seller(s).  Signing below indicates you are aware of the CONDITION STATEMENT and ODOMETER DISCLOSURE STATEMENT made by seller(s).

| | | |
|---|---|---|
| **SECTION 1**<br>*Vehicle Information* | **TITLE NUMBER** 059439m | **ISSUED BY THE STATE OF:** NEW YORK |
| | **MAKE / MODEL** Mercedes Benz   **YEAR** 2018 | **VEHICLE IDENTIFICATION NUMBER** WDDJK7DA4JF052861 |

Was this vehicle at the time of sale in condition for legal operation on the highway(s) of this state? *(Only Dealers must respond to this question)* ☐ YES ☐ NO

I state that, to the best of my knowledge and belief, the odometer reading specified below reflects the actual mileage, unless one of the following statements is checked:

**ODOMETER READING** *(No tenths)* ▸   4 8 9 1 4

☐ I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.  *(The odometer started at zero again.)*

☐ I hereby certify that the odometer reading is not actual mileage.  WARNING: ODOMETER DISCREPANCY

| | | | |
|---|---|---|---|
| **SECTION 2**<br>*Buyer(s)* | **NAME OF BUYER** *(Please print)* Superb Motors Inc. | **CHECK ONE IF CO-OWNED** ☐ AND ☐ OR   **NAME OF CO-BUYER** *(Please print)* | |
| | **ADDRESS OF BUYER(S)** 215 Northern BLVD, GREAT NECK, NY 11021 | | **DEALER'S LIC. NO.** *(If dealer)* |
| | **SIGNATURE OF BUYER(S)** *(Or authorized official)* X | **SIGNATURE OF CO-BUYER** *(Authorized official)* | **DATE SIGNED** 11 17 23 |
| **SECTION 3**<br>*Seller(s)* | **NAME OF SELLER(S)** *(Please print)* TEAM MITSUBISHI HARTFORD ~~398 442 NEW PARK AVE~~ HARTFORD CT 06106 | | **DATE SOLD** 11 17 23 |
| | **ADDRESS OF SELLER(S)** *(Please print)* | | **DEALER'S LIC. NO.** *(If dealer)* N2754 |

## SIGNATURE AND CERTIFICATION BY SELLER(S)

I (we) declare under penalty of false statement that the information furnished above is true and complete to the best of my (our) knowledge and belief.  The owner (seller) of this motor vehicle described above hereby transfers to the buyer the described motor vehicle in consideration of the amount (selling price) entered below, receipt hereby acknowledged.

| **SIGNATURE OF SELLER(S)** *(Or authorized official)* X | **PRINTED NAME OF SELLER(S)** *(Authorized official)* Aliyah Bennett | **SELLING PRICE** $53,959.00 | **DATE SIGNED** 11 17 23 |
|---|---|---|---|

**SUPPLEMENTAL ASSIGNMENT OF OWNERSHIP AND/OR BILL OF SALE**
Q-1 REV. 11-18

SU0798B



STATE OF CONNECTICUT
**DEPARTMENT OF MOTOR VEHICLES**

**INSTRUCTIONS FOR A VEHICLE:**

**1.** Complete Sections 1, 2, 3 and the *SIGNATURE AND CERTIFICATION BY SELLER(S) SECTION*.
**2.** This form can be used as a **BILL OF SALE** or to assign ownership when the assignment areas
  on the back of a **TITLE** are filled.
**3.** This form must be accompanied by the most recent **TITLE** issued for the vehicle.

**WARNING: Federal law requires that you state the mileage in connection with a transfer of ownership. Failure to
complete the Odometer Disclosure Statement or providing a false statement may result in fines and/or imprisonment.**

## ASSIGNMENT OF OWNERSHIP

SELLER(S): The undersigned seller(s) hereby state(s) the vehicle described on this title was transferred to the buyer(s) specified below. BUYER(S): Do not
sign below until all sections have been completed and signed by seller(s). Signing below indicates you are aware of the CONDITION STATEMENT and
ODOMETER DISCLOSURE STATEMENT made by seller(s).

| | | | |
|---|---|---|---|
| **SECTION 1**<br>Vehicle<br>Information | **TITLE NUMBER** | | **ISSUED BY THE STATE OF:** |

| **MAKE / MODEL** Mercedes Benz | **YEAR** 2009 | **VEHICLE IDENTIFICATION NUMBER** WDBUF56X99B373460 |
|---|---|---|

Was this vehicle at the time of sale in condition for legal operation on the highway(s) of this state? *(Only Dealers must respond to this question)* ☐ YES ☐ NO

I state that, to the best of my knowledge and belief, the odometer reading specified below reflects the actual mileage, unless one of the following
statements is checked:

**ODOMETER READING** *(No tenths)*    1 1 0 3 1 5

☐ I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage
in excess of its mechanical limits. *(The odometer started at zero again.)*

☐ I hereby certify that the odometer reading is not actual mileage. WARNING: ODOMETER DISCREPANCY

| | | | | |
|---|---|---|---|---|
| **SECTION 2**<br>Buyer(s) | **NAME OF BUYER** *(Please print)*<br>Superb Motors Inc. | **CHECK ONE IF CO-OWNED**<br>☐ AND  ☐ OR | **NAME OF CO-BUYER** *(Please print)* | |
| | **ADDRESS OF BUYER(S)**<br>215   Northern   Blvd   Great Neck, NY   11021 | | | **DEALER'S LIC. NO.** *(If dealer)* |
| | **SIGNATURE OF BUYER(S)** *(Or authorized official)*<br>X | **SIGNATURE OF CO-BUYER** *(Authorized official)* | | **DATE SIGNED** |

| | | | |
|---|---|---|---|
| **SECTION 3**<br>Seller(s) | **NAME OF SELLER(S)** *(Please print)*<br>TEAM MITSUBISHI HARTFORD | | **DATE SOLD** |
| | **ADDRESS OF SELLER(S)** *(Please print)*<br>398-412 NEW PARK AVE<br>HARTFORD CT 06106 | | **DEALER'S LIC. NO.** *(If dealer)*<br>N2754 |

## SIGNATURE AND CERTIFICATION BY SELLER(S)

I (we) declare under penalty of false statement that the information furnished above is true and complete to the best of my (our) knowledge and belief. The
owner (seller) of this motor vehicle described above hereby transfers to the buyer the described motor vehicle in consideration of the amount (selling price)
entered below, receipt hereby acknowledged.

| **SIGNATURE OF SELLER(S)** *(Or authorized official)*<br>X | **PRINTED NAME OF SELLER(S)** *(Authorized official)*<br>Aliyah Bennett | **SELLING PRICE**<br>$6,804.00 | **DATE SIGNED** |
|---|---|---|---|

**SUPPLEMENTAL ASSIGNMENT OF OWNERSHIP AND/OR BILL OF SALE**
Q-1 REV. 11-18

SU876

STATE OF CONNECTICUT
**DEPARTMENT OF MOTOR VEHICLES**

**INSTRUCTIONS FOR A VEHICLE:**

1. Complete Sections 1, 2, 3 and the *SIGNATURE AND CERTIFICATION BY SELLER(S) SECTION.*
2. This form can be used as a **BILL OF SALE** or to assign ownership when the assignment areas on the back of a **TITLE** are filled.
3. This form must be accompanied by the most recent **TITLE** issued for the vehicle.

**WARNING: Federal law requires that you state the mileage in connection with a transfer of ownership. Failure to complete the Odometer Disclosure Statement or providing a false statement may result in fines and/or imprisonment.**

## ASSIGNMENT OF OWNERSHIP

SELLER(S): The undersigned seller(s) hereby state(s) the vehicle described on this title was transferred to the buyer(s) specified below. BUYER(S): Do not sign below until all sections have been completed and signed by seller(s). Signing below indicates you are aware of the CONDITION STATEMENT and ODOMETER DISCLOSURE STATEMENT made by seller(s).

| | | |
|---|---|---|
| **SECTION 1**<br>Vehicle<br>Information | **TITLE NUMBER** | **ISSUED BY THE STATE OF:** |

**MAKE / MODEL** Ford Super Duty F350   **YEAR** 2008   **VEHICLE IDENTIFICATION NUMBER** 1FDWX37R38ED27725

Was this vehicle at the time of sale in condition for legal operation on the highway(s) of this state? *(Only Dealers must respond to this question)* ☐ YES ☐ NO

I state that, to the best of my knowledge and belief, the odometer reading specified below reflects the actual mileage, unless one of the following statements is checked:

**ODOMETER READING** *(No tenths)* 1 6 3 0 0 0

☐ I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits. *(The odometer started at zero again.)*

☐ I hereby certify that the odometer reading is not actual mileage. WARNING: ODOMETER DISCREPANCY

| | | |
|---|---|---|
| **SECTION 2**<br>Buyer(s) | **NAME OF BUYER** *(Please print)* Superb motors Inc. | **CHECK ONE IF CO-OWNED** ☐ AND ☐ OR | **NAME OF CO-BUYER** *(Please print)* | |

**ADDRESS OF BUYER(S)** 215 Northern Blvd Great Neck NY 11021   **DEALER'S LIC. NO.** *(If dealer)*

**SIGNATURE OF BUYER(S)** *(Or authorized official)* X   **SIGNATURE OF CO-BUYER** *(Authorized official)*   **DATE SIGNED**

| | |
|---|---|
| **SECTION 3**<br>Seller(s) | **NAME OF SELLER(S)** *(Please print)*   **DATE SOLD** |

TEAM MITSUBISHI HARTFORD
398-442 NEW PARK AVE
HARTFORD CT 06106

**ADDRESS OF SELLER(S)** *(Please print)*   **DEALER'S LIC. NO.** *(If dealer)* N2754

## SIGNATURE AND CERTIFICATION BY SELLER(S)

I (we) declare under penalty of false statement that the information furnished above is true and complete to the best of my (our) knowledge and belief. The owner (seller) of this motor vehicle described above hereby transfers to the buyer the described motor vehicle in consideration of the amount (selling price) entered below, receipt hereby acknowledged.

**SIGNATURE OF SELLER(S)** *(Or authorized official)* X   **PRINTED NAME OF SELLER(S)** *(Authorized official)* Aliyah Bennett   **SELLING PRICE** $9,551.00   **DATE SIGNED**

**SUPPLEMENTAL ASSIGNMENT OF OWNERSHIP AND/OR BILL OF SALE**
Q-1 REV. 11-18

SU1349

STATE OF CONNECTICUT
**DEPARTMENT OF MOTOR VEHICLES**

**INSTRUCTIONS FOR A VEHICLE:**
1. Complete Sections 1, 2, 3 and the *SIGNATURE AND CERTIFICATION BY SELLER(S) SECTION.*
2. This form can be used as a **BILL OF SALE** or to assign ownership when the assignment areas on the back of a **TITLE** are filled.
3. This form must be accompanied by the most recent **TITLE** issued for the vehicle.

**WARNING: Federal law requires that you state the mileage in connection with a transfer of ownership. Failure to complete the Odometer Disclosure Statement or providing a false statement may result in fines and/or imprisonment.**

**ASSIGNMENT OF OWNERSHIP**

SELLER(S): The undersigned seller(s) hereby state(s) the vehicle described on this title was transferred to the buyer(s) specified below. BUYER(S): Do not sign below until all sections have been completed and signed by seller(s). Signing below indicates you are aware of the CONDITION STATEMENT and ODOMETER DISCLOSURE STATEMENT made by seller(s).

| | | |
|---|---|---|
| **SECTION 1**<br>*Vehicle Information* | **TITLE NUMBER** | **ISSUED BY THE STATE OF:** |

**MAKE / MODEL** Ford F-150   **YEAR** 2016   **VEHICLE IDENTIFICATION NUMBER** 1FTEW1EF1GFB67420

Was this vehicle at the time of sale in condition for legal operation on the highway(s) of this state? *(Only Dealers must respond to this question)* ☐ YES ☐ NO

I state that, to the best of my knowledge and belief, the odometer reading specified below reflects the actual mileage, unless one of the following statements is checked:

**ODOMETER READING** *(No tenths)* 170786
☐ I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits. *(The odometer started at zero again.)*
☐ I hereby certify that the odometer reading is not actual mileage. WARNING: ODOMETER DISCREPANCY

**SECTION 2**
*Buyer(s)*

**NAME OF BUYER** *(Please print)* Superb Motors Inc.
**CHECK ONE IF CO-OWNED** ☐ AND ☐ OR
**NAME OF CO-BUYER** *(Please print)*

**ADDRESS OF BUYER(S)** 215 Northern Blvd Great Neck, NY 11021   **DEALER'S LIC. NO.** *(If dealer)*

**SIGNATURE OF BUYER(S)** *(Or authorized official)* X
**SIGNATURE OF CO-BUYER** *(Authorized official)*
**DATE SIGNED**

**SECTION 3**
*Seller(s)*

**NAME OF SELLER(S)** *(Please print)*   TEAM MITSUBISHI HARTFORD   **DATE SOLD**

**ADDRESS OF SELLER(S)** *(Please print)*   398-412 NEW PARK AVE
HARTFORD CT 06106   **DEALER'S LIC. NO.** *(If dealer)* N2754

**SIGNATURE AND CERTIFICATION BY SELLER(S)**

I (we) declare under penalty of false statement that the information furnished above is true and complete to the best of my (our) knowledge and belief. The owner (seller) of this motor vehicle described above hereby transfers to the buyer the described motor vehicle in consideration of the amount (selling price) entered below, receipt hereby acknowledged.

**SIGNATURE OF SELLER(S)** *(Or authorized official)* X
**PRINTED NAME OF SELLER(S)** *(Authorized official)* Aliyah Bennett
**SELLING PRICE** $16,612.82
**DATE SIGNED**

**SUPPLEMENTAL ASSIGNMENT OF OWNERSHIP AND/OR BILL OF SALE**
Q-1 REV. 11-18



SU0882

STATE OF CONNECTICUT
**DEPARTMENT OF MOTOR VEHICLES**

**INSTRUCTIONS FOR A VEHICLE:**

1. Complete Sections 1, 2, 3 and the *SIGNATURE AND CERTIFICATION BY SELLER(S) SECTION.*
2. This form can be used as a **BILL OF SALE** or to assign ownership when the assignment areas on the back of a **TITLE** are filled.
3. This form must be accompanied by the most recent **TITLE** issued for the vehicle.

**WARNING: Federal law requires that you state the mileage in connection with a transfer of ownership. Failure to complete the Odometer Disclosure Statement or providing a false statement may result in fines and/or imprisonment.**

## ASSIGNMENT OF OWNERSHIP

SELLER(S): The undersigned seller(s) hereby state(s) the vehicle described on this title was transferred to the buyer(s) specified below. BUYER(S): Do not sign below until all sections have been completed and signed by seller(s). Signing below indicates you are aware of the CONDITION STATEMENT and ODOMETER DISCLOSURE STATEMENT made by seller(s).

| | | |
|---|---|---|
| **SECTION 1**<br>Vehicle<br>Information | **TITLE NUMBER** | **ISSUED BY THE STATE OF:** |

**MAKE / MODEL** BMW   **YEAR** 2017   **VEHICLE IDENTIFICATION NUMBER** WBA2H9C36HV986948

Was this vehicle at the time of sale in condition for legal operation on the highway(s) of this state? *(Only Dealers must respond to this question)* ☐ YES ☐ NO

I state that, to the best of my knowledge and belief, the odometer reading specified below reflects the actual mileage, unless one of the following statements is checked:

**ODOMETER READING** *(No tenths)*  ☐ I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits. *(The odometer started at zero again.)*

2 8 5 3 2   ☐ I hereby certify that the odometer reading is not actual mileage. WARNING: ODOMETER DISCREPANCY

**SECTION 2**
Buyer(s)

**NAME OF BUYER** *(Please print)* Superb Motors Inc.

CHECK ONE IF CO-OWNED ☐ AND ☐ OR   **NAME OF CO-BUYER** *(Please print)*

**ADDRESS OF BUYER(S)** 215 Northern Blvd Great Neck, NY 11021   **DEALER'S LIC. NO.** *(If dealer)*

**SIGNATURE OF BUYER(S)** *(Or authorized official)* X   **SIGNATURE OF CO-BUYER** *(Authorized official)*   **DATE SIGNED**

**SECTION 3**
Seller(s)

**NAME OF SELLER(S)** *(Please print)*   TEAM MITSUBISHI HARTFORD   **DATE SOLD**

**ADDRESS OF SELLER(S)** *(Please print)*   398-412 NEW PARK AVE HARTFORD CT 06106   **DEALER'S LIC. NO.** *(If dealer)* NZ754

## SIGNATURE AND CERTIFICATION BY SELLER(S)

I (we) declare under penalty of false statement that the information furnished above is true and complete to the best of my (our) knowledge and belief. The owner (seller) of this motor vehicle described above hereby transfers to the buyer the described motor vehicle in consideration of the amount (selling price) entered below, receipt hereby acknowledged.

| SIGNATURE OF SELLER(S) *(Or authorized official)* | PRINTED NAME OF SELLER(S) *(Authorized official)* | SELLING PRICE | DATE SIGNED |
|---|---|---|---|
| X | Aliyah Bennett | $ | |

**SUPPLEMENTAL ASSIGNMENT OF OWNERSHIP AND/OR BILL OF SALE**
Q-1 REV. 11-18



STATE OF CONNECTICUT
**DEPARTMENT OF MOTOR VEHICLES**

**INSTRUCTIONS FOR A VEHICLE:**

1. Complete Sections 1, 2, 3 and the *SIGNATURE AND CERTIFICATION BY SELLER(S) SECTION.*
2. This form can be used as a **BILL OF SALE** or to assign ownership when the assignment areas on the back of a **TITLE** are filled.
3. This form must be accompanied by the most recent **TITLE** issued for the vehicle.

**WARNING: Federal law requires that you state the mileage in connection with a transfer of ownership. Failure to complete the Odometer Disclosure Statement or providing a false statement may result in fines and/or imprisonment.**

## ASSIGNMENT OF OWNERSHIP

SELLER(S): The undersigned seller(s) hereby state(s) the vehicle described on this title was transferred to the buyer(s) specified below.  BUYER(S): Do not sign below until all sections have been completed and signed by seller(s).  Signing below indicates you are aware of the CONDITION STATEMENT and ODOMETER DISCLOSURE STATEMENT made by seller(s).

| | | |
|---|---|---|
| **SECTION 1**<br>*Vehicle*<br>*Information* | **TITLE NUMBER** 692427C | **ISSUED BY THE STATE OF:** New York |
| | **MAKE / MODEL** Chevrolet Suburban | **YEAR** 2023 | **VEHICLE IDENTIFICATION NUMBER** 1GNSKBKD9PR148675 |

Was this vehicle at the time of sale in condition for legal operation on the highway(s) of this state? *(Only Dealers must respond to this question)* ☐ **YES** ☐ **NO**

I state that, to the best of my knowledge and belief, the odometer reading specified below reflects the actual mileage, unless one of the following statements is checked:

**ODOMETER READING** *(No tenths)* 22254

☐ I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits. *(The odometer started at zero again.)*

☐ I hereby certify that the odometer reading is not actual mileage.  WARNING: ODOMETER DISCREPANCY

| | | | |
|---|---|---|---|
| **SECTION 2**<br>*Buyer(s)* | **NAME OF BUYER** *(Please print)* Superb Motors Inc. | **CHECK ONE IF CO-OWNED** ☐ AND ☐ OR | **NAME OF CO-BUYER** *(Please print)* |
| | **ADDRESS OF BUYER(S)** 215 Northern Blvd, Great Neck, NY, 11021 | | **DEALER'S LIC. NO.** *(If dealer)* |
| | **SIGNATURE OF BUYER(S)** *(Or authorized official)* X | **SIGNATURE OF CO-BUYER** *(Authorized official)* | **DATE SIGNED** 11 21 23 |

| | | |
|---|---|---|
| **SECTION 3**<br>*Seller(s)* | **NAME OF SELLER(S)** *(Please print)* TEAM MITSUBISHI HARTFORD | **DATE SOLD** 11 21 23 |
| | **ADDRESS OF SELLER(S)** *(Please print)* 398-412 NEW PARK AVE HARTFORD CT 06106 | **DEALER'S LIC. NO.** *(If dealer)* N2754 |

## SIGNATURE AND CERTIFICATION BY SELLER(S)

I (we) declare under penalty of false statement that the information furnished above is true and complete to the best of my (our) knowledge and belief. The owner (seller) of this motor vehicle described above hereby transfers to the buyer the described motor vehicle in consideration of the amount (selling price) entered below, receipt hereby acknowledged.

| **SIGNATURE OF SELLER(S)** *(Or authorized official)* X | **PRINTED NAME OF SELLER(S)** *(Authorized official)* Alijah Bennett | **SELLING PRICE** $ | **DATE SIGNED** 11 21 23 |
|---|---|---|---|

**SUPPLEMENTAL ASSIGNMENT OF OWNERSHIP AND/OR BILL OF SALE**
Q-1 REV. 11-18



STATE OF CONNECTICUT
**DEPARTMENT OF MOTOR VEHICLES**

**INSTRUCTIONS FOR A VEHICLE:**

1. Complete Sections 1, 2, 3 and the *SIGNATURE AND CERTIFICATION BY SELLER(S) SECTION.*
2. This form can be used as a **BILL OF SALE** or to assign ownership when the assignment areas on the back of a **TITLE** are filled.
3. This form must be accompanied by the most recent **TITLE** issued for the vehicle.

**WARNING: Federal law requires that you state the mileage in connection with a transfer of ownership. Failure to complete the Odometer Disclosure Statement or providing a false statement may result in fines and/or imprisonment.**

## ASSIGNMENT OF OWNERSHIP

SELLER(S): The undersigned seller(s) hereby state(s) the vehicle described on this title was transferred to the buyer(s) specified below.  BUYER(S): Do not sign below until all sections have been completed and signed by seller(s).  Signing below indicates you are aware of the CONDITION STATEMENT and ODOMETER DISCLOSURE STATEMENT made by seller(s).

| | | |
|---|---|---|
| **SECTION 1** Vehicle Information | **TITLE NUMBER** 3886284 | **ISSUED BY THE STATE OF:** Florida |
| | **MAKE / MODEL** Land rover Range rover  **YEAR** 2019 | **VEHICLE IDENTIFICATION NUMBER** SALGW2SE6KA533297 |

Was this vehicle at the time of sale in condition for legal operation on the highway(s) of this state? *(Only Dealers must respond to this question)* ☐ YES ☐ NO

I state that, to the best of my knowledge and belief, the odometer reading specified below reflects the actual mileage, unless one of the following statements is checked:

**ODOMETER READING** *(No tenths)*
5 5 2 4 6

☐ I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits. *(The odometer started at zero again.)*

☐ I hereby certify that the odometer reading is not actual mileage.  WARNING: ODOMETER DISCREPANCY

| | | |
|---|---|---|
| **SECTION 2** Buyer(s) | **NAME OF BUYER** *(Please print)* Superb Motors inc. | **CHECK ONE IF CO-OWNED** ☐ AND ☐ OR   **NAME OF CO-BUYER** *(Please print)* |
| | **ADDRESS OF BUYER(S)** 215 Northern Blvd Great Neck, NY 11021 | **DEALER'S LIC. NO.** *(If dealer)* |
| | **SIGNATURE OF BUYER(S)** *(Or authorized official)* X | **SIGNATURE OF CO-BUYER** *(Authorized official)*   **DATE SIGNED** 11/21/23 |
| **SECTION 3** Seller(s) | **NAME OF SELLER(S)** *(Please print)* TEAM MITSUBISHI HARTFORD | **DATE SOLD** 11/21/23 |
| | **ADDRESS OF SELLER(S)** *(Please print)* 398-412 NEW PARK AVE HARTFORD CT 06106 | **DEALER'S LIC. NO.** *(If dealer)* N2754 |

## SIGNATURE AND CERTIFICATION BY SELLER(S)

I (we) declare under penalty of false statement that the information furnished above is true and complete to the best of my (our) knowledge and belief. The owner (seller) of this motor vehicle described above hereby transfers to the buyer the described motor vehicle in consideration of the amount (selling price) entered below, receipt hereby acknowledged.

| **SIGNATURE OF SELLER(S)** *(Or authorized official)* X | **PRINTED NAME OF SELLER(S)** *(Authorized official)* Aliyah Bennett | **SELLING PRICE** $ | **DATE SIGNED** 11/21/23 |
|---|---|---|---|