Re Order... Search... Get Help TD Superb / Team Direct

D VI R FS IT

Deal #13131
Deal Jacket: 2 Docs | In Recap

2014 Ford Explorer | K7B
RO #SU1275 | NA | USED | 233days

L&f Luxury Auto

$1,500.00

- Desking
- Recap
- Documents
- Cashiering
- Contracts
- Transactions

*Select Location*

Activate Concierge

Last updated by, System
Aug 31 2023 4:45 PM

PRIORITY LEVEL 1: Open Recalls found on the Vehicle, please check before booking.

1 of 1

Customer Payment

Payment Link Print Receipt Book the Deal

Due Amount
**$0.00**

Mode of Payment

Cash Other Charge Customer Check OEM Reward Credit/De

Transactions (1)

**Amount Paid - Cash**
**$1,500.00**

| | |
|---|---|
| Received By | Transaction Date & T... |
| ANTHONY DEO | Jul 5 2023 12:23 PM |
| Payee Name | Payee Phone |
| L&F LUXURY AUTO... | 4044622781 |
| Customer Name | Payment Source |
| L&F LUXURY AUTO | ARC |

00:00 Hrs

BN

5:34 PM



**Superb Motors Inc**
215 Northern Blvd
Great Neck
NY, 11021
https://www.superbmotorgroup.com/
(999) 999-9999

**L&F LUXURY AUTO**
1001544
+1-(404) 462-2781
-
2759 DELK ROAD SUITE 1360
MARIETTA GA 30067

**Deal Recap**
**13131**
In Recap

Jul 5 2023

---

**2014 Ford Explorer**
#SU1275  Used
1FM5K7B8XEGA63757
206807 mi
234 days in stock
0 lb Unladen Weight / 0 lb Gross Vehicle WT

**Cash Deal**
$1,500.00 Amount Financed
$1,500.00 Customer Cash

**Dates**
Reserved Date: -
Sold Date: -
Contract Date: Jul 5 2023
Pre-close Date: -
Final Accounting Date -

| Front Gross | Description | Sale $1,500.00 | Cost $2,017.75 | Dealer Gross -$517.75 |
|---|---|---|---|---|
| Vehicle Sale | SU1275 | $1,500.00 | $2,017.75 | -$517.75 |

| Back Gross | Description | Sale $0.00 | Cost $0.00 | Dealer Gross $0.00 |
|---|---|---|---|---|
| Financial Reserve | Cash | - | - | - |
| - | - | - | - | - |

| Total Sales | | Sale $1,500.00 | Cost $2,017.75 | Dealer Gross -$517.75 |
|---|---|---|---|---|

**Commissions**

| Role | Employee | Comm. Plan | Credit % | Base Comm. | Spiff | Total |
|---|---|---|---|---|---|---|
| Sales Manager | ANTHONY DEO (0000) | - | 100 | - | - | - |
| F & I Manager | ANTHONY DEO (0000) | - | 100 | - | - | - |

**Summary**

| Total Dealer Gross Profit | Total Deal Commission | Dealer Net Gross Profit | Holdback |
|---|---|---|---|
| -$517.75 | - | -$517.75 | - |

| Total Cost Adjustment | Commissionable Gross | | |
|---|---|---|---|
| - | - | | |

---

© Tekion Corp 2024

Page 1 of 1
Tue Feb 13, 2024 | 2:04 PM

Repair Order... Search... Get Help TD Superb / Team Direct

D
VI
R
FS
IT

2014 Ford Explorer
Base

Stock# SU1275 | Stock Type Used | Status Sold | Milea 206,

General | Pricing | Options | Valuation

## Overview

**USED**
Stock Type

**4**
RO

## Stock Type*

New Vehicle | Used Vehicle

## Stock SubType*

Used Vehicle Floorplan- NG | Used Vehicle Purchase - CHECK

Certified Pre-Owned Vehicle | Dealer Certified Vehicle

## General

Body Class: SUV

Stock #*: SU1275

VIN #*: 1FM5K7B8XEGA6375

Year: 2014

## Audit Logs

Scroll To Top

**Retail Price** — Added — July 2, 2023 12:21 AM
Value : None → 6775
By VAuto Price Update - System

**Vehicle Trim Details** — Modified — July 2, 2023 12:21 AM
Drive Type : Front Wheel Drive → FWD
Fuel Type : GAS → Gasoline
Engine Description : None → 3.5L 6-Cylinder SMPI DOHC
By VAuto Price Update - System

**modelCode** — Added — July 2, 2023 12:21 AM
Value : None → K7B
By VAuto Price Update - System

**Source Details** — Modified — June 29, 2023 9:34 PM
Source Name : GAVIN CHANCE → GAVIN C CHANCE
By Update GLBalance from Accounts - System

**G/L Balance** — Added — June 29, 2023 9:34 PM
Value : None → 4854.00
By Update GLBalance from Accounts - System

**Inventory Addition** — Added — June 28, 2023 11:18 AM
Added From : Added from deal #13056 as...
By EUGENE LOWE

No logs available...!

00:00 Hrs
BN
3:24 PM


