

Deal #: 13030
Stock #: SU1130
Customer #: 294112
Payment Receipt
**$18,000.00**

# Thank you JAIME
We appreciate your business with us!

| | | | |
|---|---|---|---|
| **1. Payment**<br>Sat Jun 24, 2023 \| 2:53 PM | Paid at Dealership<br>Cash | Received By<br>ANDY V | $8,000.00 |
| **2. Payment**<br>Tue Jun 20, 2023 \| 8:18 PM | Paid at Dealership<br>Visa — 2629 | Received By<br>ANDY V | $10,000.00 |

**Total Payment**     **$18,000.00**

Total Invoice     $0.00
Total Surcharge     $0.00

Amount Due     -$18,000.00

Bill to
**Jaime Chisaquinga**
(347) 622-9711

**Superb Motors**
215 Northern Blvd
Great Neck
NY, 11021
https://www.superbmotorgroup.com/
(999) 999-9999

© Tekion Corp 2023     Page 1 of 1

# Deal Cash Receipt - 700013021  Outstanding

## ⊘ Customer Details   ⊘ Journal Entry

**Stock Number/Deal ID***
13030 (Stock# SU1130)

**Customer Name***
294112 - JAIME CHISAQUINGA

**Cash Receipt Date***
07/20/2023

### Receipt Details

**Total $18,358.00**

| GL Account | Amount | Mode Of Payment | Issuer's Name | Check Number | Comments |
|---|---|---|---|---|---|
| 1140 - CASH CLEARING | $18,358.00 | Cashier's Check | - | 1522412286 | CHASE CASHIERS CHK 1522412286 |

### Customer Address

**Street**
12 FOLSOM PLACE

**City**
New York

**State**
NY

**Zip Code**
11208

Cancel   Next



Date:07/24/2023 Account: ████4591 Amount:$32,658.00 Serial:0 Sequence:92701820 TR:501104740 TranCode:20
InstID:15 DbCr:C Pattern:10



Date:07/24/2023 Account      4977 Amount:$18,358.00 Serial:1522412286 Sequence:92701840 TR:114000019
TranCode:0 InstID:15 DbCr:D Pattern:10



# FLUSHING Bank

## STATEMENT of ACCOUNT

800.581.2889 (855.540.2274 TTY/TDD)

SUPERB MOTORS INC.
215 NORTHERN BLVD
GREAT NECK NY 11021-4401

Statement Begin Date: 07/01/2023
Statement End Date: 07/31/2023
Account Number: 9990234591

🖫 Save as PDF

## CASH MANAGEMENT                 9990234591

### All Transactions by Date

| Date  | Description                    | Withdrawal / Debit (-) | Deposit / Credit (+) | Balance     |
|-------|--------------------------------|------------------------|----------------------|-------------|
| 06/30 | Balance Forward                |                        |                      | $25,515.92  |
| 07/07 | TRANSFER TO CK XXXXXXXX8362    | $25,000.00-            |                      | $515.92     |
| 07/24 | Deposit                        |                        | $32,658.00           | $33,173.92  |
| 07/25 | TRANSFER TO CK XXXXXXXX8634    | $250.00-               |                      | $32,923.92  |
| 07/26 | TRANSFER TO CK XXXXXXXX8362    | $30,000.00-            |                      | $2,923.92   |
| 07/27 | Deposit                        |                        | $13,000.00           | $15,923.92  |
| 07/31 | TRANSFER TO CK XXXXXXXX8362    | $15,000.00-            |                      | $923.92     |

### Interest Rate Summary

| Date | Rate  |
|------|-------|
|      | 0.00% |

### Account Summary

Previous Statement Date: 06/30/2023

| Beginning Balance + | Deposits + | Interest Paid - | Withdrawals - | Service Charge = | Ending Balance |
|---------------------|------------|-----------------|---------------|------------------|----------------|
| $25,515.92          | $45,658.00 | $0.00           | $70,250.00    | $0.00            | $923.92        |

Avg Stmt Available Bal  $9,532.50

Minimum Balance  $515.92

### Summary of Deposit Accounts

| TYPE OF ACCOUNT | ACCOUNT    | BALANCE | INT-RATE% | YTD-INT | YTD-PENALTY | MATURITY |
|-----------------|------------|---------|-----------|---------|-------------|----------|
| Checking        | 9990234591 | $923.92 | 0.00000%  | $0.00   |             |          |

**Take advantage of this great rate! A Flushing Bank 12 Month Consumer CD is now earning 5.00% APY (Annual Percentage Yield). With a**