

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

June 01, 2023 through June 30, 2023

5518

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| WebSite: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

We accept operator relay calls



00051476 DDA 802 212 18223 NNNNNNNNNN 1 000000000 C2 0000
SUPERB MOTORS INC.
PAYROLL ACCOUNT
215 NORTHERN BLVD
GREAT NECK NY 11021-4401

### You now have more time to let us know about certain check errors on your account

In June we increased the timeframe for when you can make a claim for checks drawn on your account that have either been altered or that you did not authorize. You now have up to 60 days from when we make a statement available to make a claim on these items in order to be considered for reimbursement.

We've updated the **Safeguarding Your Information** section in our Deposit Account Agreement to reflect this change as well as provide additional information about our check claims process.

If you'd like a copy of the Deposit Account Agreement, please visit chase.com/business/disclosures, visit a branch or call us at the number on this statement. We also accept operator relay calls.

### CHECKING SUMMARY  Commercial Checking



| | INSTANCES | AMOUNT |
|---|---|---|
| Deposits and Additions | 77 | |
| Ending Balance | | |

Page 1 of 14



**CHASE**

June 01, 2023 through June 30, 2023

░░░░░░░░░░░░░░░░░░░░░518

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/01 | Orig CO Name:Ally  Orig ID:3002719011 Desc Date:230531 CO Entry Descr:EDI/Eftpmtsec:CCD  Trace#:071000289674072 Eed:230601  Ind ID: Ind Name:Superb Motors Inc.  Ref*1 *D010561104538701 3002719011 Trn: 1529674072Tc | |
| 06/02 | Orig CO Name:Tekion Pay  Orig ID:1800948598 Desc Date:  CO Entry Descr:Tekion Paysec:CCD  Trace#:091000013155634 Eed:230602  Ind ID:St-T8H6X2P9G4I9  Ind Name:Superb Motors Inc Trn: 1523155634Tc | |
| 06/02 | Orig CO Name:Tekion Pay  Orig ID:1800948598 Desc Date:  CO Entry Descr:Tekion Paysec:CCD  Trace#:091000013155637 Eed:230602  Ind ID:St-W5S2K5N7Z0L7  Ind Name:Superb Motors Inc Trn: 1523155637Tc | |
| 06/02 | Orig CO Name:Tekion Pay  Orig ID:1800948598 Desc Date:  CO Entry Descr:Tekion Paysec:CCD  Trace#:091000013155636 Eed:230602  Ind ID:St-W1B8L4R9K8E9  Ind Name:Superb Motors Inc Trn: 1523155636Tc | |
| 06/02 | Orig CO Name:Tekion Pay  Orig ID:1800948598 Desc Date:  CO Entry Descr:Tekion Paysec:CCD  Trace#:091000013155635 Eed:230602  Ind ID:St-D3H1Y2E3C5U5  Ind Name:Superb Motors Inc Trn: 1523155635Tc | |
| 06/05 | Orig CO Name:Smartcash Ally H  Orig ID:3002719011 Desc Date:230602 CO Entry Descr:EDI/Eftpmtsec:CCD  Trace#:071000288273513 Eed:230605  Ind ID:  Ind Name:Superb Motors Inc.  Ref*1 *D010661104634081  3002719011 Trn: 1538273513Tc | |
| 06/05 | Orig CO Name:Caf - New York  Orig ID:9140445001 Desc Date:  CO Entry Descr:Dealers  Sec:CCD  Trace#:021000028273511 Eed:230605  Ind ID:10101034187  Ind Name:Superb Motors Inc Trn: 1538273511Tc | |
| 06/05 | Orig CO Name:Tekion Pay  Orig ID:1800948598 Desc Date:  CO Entry Descr:Tekion Paysec:CCD  Trace#:091000017585626 Eed:230605  Ind ID:St-O9K7J4N0Y5F4  Ind Name:Superb Motors Inc Trn: 1567585626Tc | |
| 06/06 | Orig CO Name:Smartcash Ally H  Orig ID:3002719011 Desc Date:230605 CO Entry Descr:EDI/Eftpmtsec:CCD  Trace#:071000286376195 Eed:230606  Ind ID:  Ind Name:Superb Motors Inc.  Ref*1 *D010661104683461  3002719011 Trn: 1576376195Tc | |
| 06/06 | Orig CO Name:Nissan30605Nmac1  Orig ID:2953680386 Desc Date:  CO Entry Descr:Funding  Sec:CTX  Trace#:051000016376188 Eed:230606  Ind ID:2000082012  Ind Name:0005Superb Motors IN Direct Deposit Trn: 1576376188Tc | |
| 06/06 | Orig CO Name:Acv Aucti - 1193  Orig ID:1472415221 Desc Date:230606 CO Entry Descr:Payment  Sec:CTX  Trace#:022000046376185 Eed:230606  Ind ID:4075124  Ind Name:0001Superb Motors IN Trn: 1576376185Tc | |
| 06/07 | Orig CO Name:Nissan30606Nmac1  Orig ID:2953680386 Desc Date:  CO Entry Descr:Funding  Sec:CTX  Trace#:051000010740491 Eed:230607  Ind ID:2000084643  Ind Name:0010Superb Motors IN Direct Deposit Trn: 1580740491Tc | |
| 06/07 | Orig CO Name:Caf - New York  Orig ID:9140445001 Desc Date:  CO Entry Descr:Dealers  Sec:CCD  Trace#:021000020821516 Eed:230607  Ind ID:10101034187  Ind Name:Superb Motors Inc Trn: 1570821516Tc | |
| 06/07 | Orig CO Name:Capital One Auto  Orig ID:9541719851 Desc Date:230606 CO Entry Descr:Dealerfundsec:CCD  Trace#:051405510821521 Eed:230607  Ind ID:000046791  Ind Name:Superb Motors Inc Trn: 1570821521Tc | |
| 06/07 | Orig CO Name:Ally  Orig ID:3002719011 Desc Date:230606 CO Entry Descr:EDI/Eftpmtsec:CCD  Trace#:071000280821518 Eed:230607  Ind ID: Ind Name:Superb Motors Inc.  Ref*1 *D010661104733171 3002719011 Trn: 1570821518Tc | |
| 06/08 | Orig CO Name:Smartcash Ally H  Orig ID:3002719011 Desc Date:230607 CO Entry Descr:EDI/Eftpmtsec:CCD  Trace#:071000287685676 Eed:230608  Ind ID:  Ind Name:Superb Motors Inc.  Ref*1 | |



June 01, 2023 through June 30, 2023
518

## DEPOSITS AND ADDITIONS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | *D01066110486358\   3002719011 Trn: 1597685676Tc | |
| 06/08 | Online Transfer From Chk ...1882 Transaction#: 17569196448 | |
| 06/08 | Orig CO Name:Smartcash Ally M   Orig ID:9000325833 Desc Date:   CO Entry Descr:EDI Paymtssec:CCD   Trace#:043000268332158 Eed:230608   Ind ID:   Ind Name:10321732001 Trn: 1588332158Tc | |
| 06/09 | Orig CO Name:Caf - New York   Orig ID:9140445001 Desc Date:   CO Entry Descr:Dealers  Sec:CCD   Trace#:021000025855125 Eed:230609   Ind ID:10101034187   Ind Name:Superb Motors Inc Trn: 1595855125Tc | |
| 06/09 | Orig CO Name:Nissan30608Nmac1   Orig ID:2953680386 Desc Date:   CO Entry Descr:Funding  Sec:CTX   Trace#:051000015472247 Eed:230609   Ind ID:2000088116   Ind Name:0005Superb Motors IN Direct Deposit Trn: 1605472247Tc | |
| 06/09 | Orig CO Name:Capital One Auto   Orig ID:9541719851 Desc Date:230608 CO Entry Descr:Dealerfundsec:CCD   Trace#:051405515855127 Eed:230609   Ind ID:000046791   Ind Name:Superb Motors Inc Trn: 1595855127Tc | |
| 06/09 | Orig CO Name:Tekion Pay   Orig ID:1800948598 Desc Date:   CO Entry Descr:Tekion Paysec:CCD   Trace#:091000015855130 Eed:230609   Ind ID:St-C6Y6U2A6Q9V6   Ind Name:Superb Motors Inc Trn: 1595855130Tc | |
| 06/09 | Orig CO Name:Tekion Pay   Orig ID:1800948598 Desc Date:   CO Entry Descr:Tekion Paysec:CCD   Trace#:091000015855129 Eed:230609   Ind ID:St-N5N6G1T5K2D3   Ind Name:Superb Motors Inc Trn: 1595855129Tc | |
| 06/09 | Orig CO Name:Tekion Pay   Orig ID:1800948598 Desc Date:   CO Entry Descr:Tekion Paysec:CCD   Trace#:091000015855132 Eed:230609   Ind ID:St-P3A0T9W6Q9L9   Ind Name:Superb Motors Inc Trn: 1595855132Tc | |
| 06/09 | Orig CO Name:Tekion Pay   Orig ID:1800948598 Desc Date:   CO Entry Descr:Tekion Paysec:CCD   Trace#:091000015855131 Eed:230609   Ind ID:St-T7K2S8Z5B1G5   Ind Name:Superb Motors Inc Trn: 1595855131Tc | |
| 06/12 | Online Transfer From Chk ...3157 Transaction#: 17588960675 | |
| 06/12 | Orig CO Name:Caf - New York   Orig ID:9140445001 Desc Date:   CO Entry Descr:Dealers  Sec:CCD   Trace#:021000029561926 Eed:230612   Ind ID:10101034187   Ind Name:Superb Motors Inc Trn: 1609561926Tc | |
| 06/12 | Orig CO Name:Tekion Pay   Orig ID:1800948598 Desc Date:   CO Entry Descr:Tekion Paysec:CCD   Trace#:091000010686900 Eed:230612   Ind ID:St-E9G3D1H7Y0A4   Ind Name:Superb Motors Inc Trn: 1630686900Tc | |
| 06/13 | Online Transfer From Chk ...3157 Transaction#: 17611587908 | |
| 06/13 | Orig CO Name:Santander Consum   Orig ID:2752892697 Desc Date:230612 CO Entry Descr:Direct Paysec:CCD   Trace#:021000028339423 Eed:230613   Ind ID:C153783   Ind Name:Superb Motors Inc   **150249350** Wauw2Afc1Hn130702   0006103204 Trn: 1638339423Tc | |
| 06/13 | Orig CO Name:Santander Bank   Orig ID:231237295B Desc Date:230612 CO Entry Descr:Direct Paysec:CCD   Trace#:231372693652879 Eed:230613   Ind ID:C153783   Ind Name:Superb Motors Inc   **150314460** Wddsj4Eb5Jn646684   3000046156 Trn: 1643652879Tc | |
| 06/13 | Orig CO Name:Ally   Orig ID:3002719011 Desc Date:230612 CO Entry Descr:EDI/Eftpmtsec:CCD   Trace#:071000288339426 Eed:230613   Ind ID:   Ind Name:Superb Motors Inc.   Ref*1 *D01066110503183\ 3002719011 Trn: 1638339426Tc | |
| 06/14 | Fedwire Credit Via: Flushing Bank/226070474 B/O: Northshore Motor Leasing LLC Syosset NY 11791-5328 Ref: Chase Nyc/Ctr/Bnf=Superb Motors Inc. Great Neck NY 11021-4401 US/Ac-00 0000007170 Rfb=1Yfl43Vxu2 Imad: 0614Mmqfmp46000008 Trn: 0160190165Ff | |
| 06/14 | Online Transfer From Chk ...3157 Transaction#: 17618066846 | |



June 01, 2023 through June 30, 2023

5518

## DEPOSITS AND ADDITIONS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/14 | Orig CO Name:Caf - New York     Orig ID:9140445001 Desc Date:     CO Entry Descr:Dealers  Sec:CCD   Trace#:021000023273291 Eed:230614  Ind ID:10101034187           Ind Name:Superb Motors Inc Trn: 1643273291Tc | |
| 06/14 | Orig CO Name:Smartcash Ally H     Orig ID:3002719011 Desc Date:230613 CO Entry Descr:EDI/Eftpmtsec:CCD   Trace#:071000283273296 Eed:230614  Ind ID:            Ind Name:Superb Motors Inc.      Ref*1 *D01066110508088\                    3002719011 Trn: 1643273296Tc | |
| 06/14 | Orig CO Name:Santander Consum      Orig ID:2752892697 Desc Date:230613 CO Entry Descr:Direct Paysec:CCD   Trace#:021000023273293 Eed:230614 Ind ID:C153783           Ind Name:Superb Motors Inc     **150296843** 1G1Fb1Rs8J0126471             0006104227 Trn: 1643273293Tc | |
| 06/14 | Orig CO Name:Tekion Pay      Orig ID:1800948598 Desc Date:     CO Entry Descr:Tekion Paysec:CCD   Trace#:091000013273299 Eed:230614  Ind ID:St-U3H9G5O2Y5U9      Ind Name:Superb Motors Inc Trn: 1643273299Tc | |
| 06/15 | Online Transfer From Chk ...3157 Transaction#: 17626965272 | |
| 06/15 | Orig CO Name:Santander Consum      Orig ID:2752892697 Desc Date:230614 CO Entry Descr:Direct Paysec:CCD   Trace#:021000027622015 Eed:230615  Ind ID:C153783           Ind Name:Superb Motors Inc     **150382378** Jthcm1D24H5017822             0006105967 Trn: 1657622015Tc | |
| 06/16 | Orig CO Name:Nissan30615Nmac1      Orig ID:2953680386 Desc Date:     CO Entry Descr:Funding  Sec:CTX   Trace#:051000014731391 Eed:230616  Ind ID:2000097640           Ind Name:0009Superb Motors IN Direct Deposit Trn: 1674731391Tc | |
| 06/16 | Orig CO Name:Caf - New York     Orig ID:9140445001 Desc Date:     CO Entry Descr:Dealers  Sec:CCD   Trace#:021000021670043 Eed:230616  Ind ID:10101034187           Ind Name:Superb Motors Inc Trn: 1661670043Tc | |
| 06/16 | Orig CO Name:Smartcash Ally H     Orig ID:3002719011 Desc Date:230615 CO Entry Descr:EDI/Eftpmtsec:CCD   Trace#:071000281670045 Eed:230616  Ind ID:            Ind Name:Superb Motors Inc.      Ref*1 *D01066110516956\                    3002719011 Trn: 1661670045Tc | |
| 06/16 | Orig CO Name:Tekion Pay      Orig ID:1800948598 Desc Date:     CO Entry Descr:Tekion Paysec:CCD   Trace#:091000011670048 Eed:230616  Ind ID:St-V6P1F1I4Y4K4      Ind Name:Superb Motors Inc Trn: 1661670048Tc | |
| 06/20 | Orig CO Name:Nissan30616Nmac1      Orig ID:2953680386 Desc Date:     CO Entry Descr:Funding  Sec:CTX   Trace#:051000018370444 Eed:230620  Ind ID:2000099095           Ind Name:0007Superb Motors IN Direct Deposit Trn: 1718370444Tc | |
| 06/20 | Online Transfer From Chk ...3157 Transaction#: 17670179413 | |
| 06/20 | Orig CO Name:Gls          Orig ID:1900772739 Desc Date:230616 CO Entry Descr:Glsfundingsec:CCD   Trace#:091000018370438 Eed:230620  Ind ID:000000028195062     Ind Name:Superb Motors          Gls App Number 28195062 Dealertrack Trn: 1718370438Tc | |
| 06/20 | Orig CO Name:Tekion Pay      Orig ID:1800948598 Desc Date:     CO Entry Descr:Tekion Paysec:CCD   Trace#:091000018370441 Eed:230620  Ind ID:St-V0P1K0Y4C5R1      Ind Name:Superb Motors Inc Trn: 1718370441Tc | |
| 06/20 | Orig CO Name:Tekion Pay      Orig ID:1800948598 Desc Date:     CO Entry Descr:Tekion Paysec:CCD   Trace#:091000018370442 Eed:230620  Ind ID:St-Q8X2B8C1L1Z4      Ind Name:Superb Motors Inc Trn: 1718370442Tc | |
| 06/21 | Orig CO Name:Caf - New York     Orig ID:9140445001 Desc Date:     CO Entry Descr:Dealers  Sec:CCD   Trace#:021000022308208 Eed:230621  Ind ID:10101034187           Ind Name:Superb Motors Inc Trn: 1712308208Tc | |



June 01, 2023 through June 30, 2023

6518

## DEPOSITS AND ADDITIONS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/21 | Orig CO Name:Smartcash Ally H   Orig ID:3002719011 Desc Date:230620 CO Entry Descr:EDI/Eftpmtsec:CCD   Trace#:071000289320667 Eed:230621  Ind ID:   Ind Name:Superb Motors Inc.   Ref*1 *D01066110527190\   3002719011 Trn: 1729320667Tc | |
| 06/21 | Online Transfer From Chk ...3157 Transaction#: 17677831054 | |
| 06/21 | Orig CO Name:Santander Consum   Orig ID:2752892697 Desc Date:230620 CO Entry Descr:Direct Paysec:CCD   Trace#:021000022308210 Eed:230621  Ind ID:C153783   Ind Name:Superb Motors Inc   **150434893** Wba5B3C50Gg260101   0006109609 Trn: 1712308210Tc | |
| 06/21 | Orig CO Name:Tekion Pay   Orig ID:1800948598 Desc Date:   CO Entry Descr:Tekion Paysec:CCD   Trace#:091000012308213 Eed:230621  Ind ID:St-B9N4R8J5V8W3   Ind Name:Superb Motors Inc Trn: 1712308213Tc | |
| 06/22 | Orig CO Name:Nissan30621Nmac1   Orig ID:2953680386 Desc Date:   CO Entry Descr:Funding  Sec:CTX   Trace#:051000014033680 Eed:230622  Ind ID:2000104303   Ind Name:0008Superb Motors IN Direct Deposit Trn: 1734033680Tc | |
| 06/23 | Orig CO Name:Caf - New York   Orig ID:9140445001 Desc Date:   CO Entry Descr:Dealers  Sec:CCD   Trace#:021000023212991 Eed:230623  Ind ID:10101034187   Ind Name:Superb Motors Inc Trn: 1733212991Tc | |
| 06/26 | Orig CO Name:Caf - New York   Orig ID:9140445001 Desc Date:   CO Entry Descr:Dealers  Sec:CCD   Trace#:021000027182022 Eed:230626  Ind ID:10101034187   Ind Name:Superb Motors Inc Trn: 1747182022Tc | |
| 06/26 | Orig CO Name:Santander Consum   Orig ID:2752892697 Desc Date:230623 CO Entry Descr:Direct Paysec:CCD   Trace#:021000027182024 Eed:230626  Ind ID:C153783   Ind Name:Superb Motors Inc   **150543351** WA1Lhaf74Kd025148   0006114951 Trn: 1747182024Tc | |
| 06/26 | Orig CO Name:Santander Consum   Orig ID:2752892697 Desc Date:230623 CO Entry Descr:Direct Paysec:CCD   Trace#:021000027182026 Eed:230626  Ind ID:C153783   Ind Name:Superb Motors Inc   **150547521** 1C4Sdjct9JC346461   0006114951 Trn: 1747182026Tc | |
| 06/26 | Orig CO Name:Tekion Pay   Orig ID:1800948598 Desc Date:   CO Entry Descr:Tekion Paysec:CCD   Trace#:091000016618653 Eed:230626  Ind ID:St-P5G7F1H9H9Y0   Ind Name:Superb Motors Inc Trn: 1776618653Tc | |
| 06/26 | Orig CO Name:Tekion Pay   Orig ID:1800948598 Desc Date:   CO Entry Descr:Tekion Paysec:CCD   Trace#:091000016618654 Eed:230626  Ind ID:St-M3l0O9D0Z9C7   Ind Name:Superb Motors Inc Trn: 1776618654Tc | |
| 06/27 | Fedwire Credit Via: Island Federal Credit Union/221475896 B/O: Island Federal Credit Union Hauppauge NY US Ref: Chase Nyc/Ctr/Bnf=Superb Motors Inc. Great Neck NY 11021-4401 US/Ac-00 0000007170 Rfb=Marc Merckling Imad: 0627Gmqfmp01008944 Trn: 0345430178Ff | |
| 06/27 | Online Transfer From Chk ...3157 Transaction#: 17732387338 | |
| 06/27 | Online Transfer From Chk ...3157 Transaction#: 17732536895 | |
| 06/27 | Orig CO Name:Smartcash Ally H   Orig ID:3002719011 Desc Date:230626 CO Entry Descr:EDI/Eftpmtsec:CCD   Trace#:071000284076260 Eed:230627  Ind ID:   Ind Name:Superb Motors Inc.   Ref*1 *D01066110546159\   3002719011 Trn: 1774076260Tc | |
| 06/27 | Orig CO Name:Santander Bank   Orig ID:231237295B Desc Date:230626 CO Entry Descr:Direct Paysec:CCD   Trace#:231372697583501 Eed:230627  Ind ID:C153783   Ind Name:Superb Motors Inc   **150570418** Wba4E5C55Hg189025   3000050088 Trn: 1787583501Tc | |



June 01, 2023 through June 30, 2023

5518

## DEPOSITS AND ADDITIONS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/27 | Orig CO Name:Caf - New York    Orig ID:9140445001 Desc Date:    CO Entry Descr:Dealers  Sec:CCD   Trace#:021000024076258 Eed:230627   Ind ID:10101034187         Ind Name:Superb Motors Inc Trn: 1774076258Tc | |
| 06/28 | Orig CO Name:Smartcash Ally H    Orig ID:3002719011 Desc Date:230627 CO Entry Descr:EDI/Eftpmtsec:CCD   Trace#:071000286146863 Eed:230628   Ind ID:          Ind Name:Superb Motors Inc.     Ref*1 *D01066110551097\                         3002719011 Trn: 1786146863Tc | |
| 06/29 | Orig CO Name:Nissan30628Nmac1    Orig ID:2953680386 Desc Date:    CO Entry Descr:Funding  Sec:CTX   Trace#:051000019086744 Eed:230629   Ind ID:2000113974       Ind Name:0007Superb Motors IN Direct Deposit Trn: 1809086744Tc | |
| 06/29 | Orig CO Name:Nissan30628Nmac2    Orig ID:2953680386 Desc Date:    CO Entry Descr:Funding  Sec:CTX   Trace#:051000019086737 Eed:230629   Ind ID:2000115530       Ind Name:0005Superb Motors IN Direct Deposit Trn: 1809086737Tc | |
| 06/29 | Orig CO Name:Smartcash Ally H    Orig ID:3002719011 Desc Date:230628 CO Entry Descr:EDI/Eftpmtsec:CCD   Trace#:071000280175701 Eed:230629   Ind ID:          Ind Name:Superb Motors Inc.     Ref*1 *D01066110555787\                         3002719011 Trn: 1790175701Tc | |
| 06/29 | Orig CO Name:Tekion Pay       Orig ID:1800948598 Desc Date:    CO Entry Descr:Tekion Paysec:CCD   Trace#:091000010175705 Eed:230629   Ind ID:St-C6O0R6Z3N9V8       Ind Name:Superb Motors Inc Trn: 1790175705Tc | |
| 06/29 | Orig CO Name:Tekion Pay       Orig ID:1800948598 Desc Date:    CO Entry Descr:Tekion Paysec:CCD   Trace#:091000010175708 Eed:230629   Ind ID:St-I6A6N0V1J5H6       Ind Name:Superb Motors Inc Trn: 1790175708Tc | |
| 06/29 | Orig CO Name:Tekion Pay       Orig ID:1800948598 Desc Date:    CO Entry Descr:Tekion Paysec:CCD   Trace#:091000010175706 Eed:230629   Ind ID:St-Y8G5A3D8V0L0       Ind Name:Superb Motors Inc Trn: 1790175706Tc | |
| 06/29 | Orig CO Name:Tekion Pay       Orig ID:1800948598 Desc Date:    CO Entry Descr:Tekion Paysec:CCD   Trace#:091000010175704 Eed:230629   Ind ID:St-W9Y2T0M5O8E3       Ind Name:Superb Motors Inc Trn: 1790175704Tc | |
| 06/30 | Orig CO Name:Nissan30629Nmac1    Orig ID:2953680386 Desc Date:    CO Entry Descr:Funding  Sec:CTX   Trace#:051000011706534 Eed:230630   Ind ID:2000116761       Ind Name:0006Superb Motors IN Direct Deposit Trn: 1811706534Tc | |
| 06/30 | Orig CO Name:Tekion Pay       Orig ID:1800948598 Desc Date:    CO Entry Descr:Tekion Paysec:CCD   Trace#:091000019767634 Eed:230630   Ind ID:St-B6K8H7I1Q8Q7       Ind Name:Superb Motors Inc Trn: 1809767634Tc | |

**Total Deposits and Additions**

## CHECKS PAID

| CHECK | DATE | CHECK | DATE |
|---|---|---|---|



## CHECKS PAID (continued)

| CHECK NUMBER | DATE PAID | AMOUNT | CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|---|---|---|





June 01, 2023 through June 30, 2023

...518

## CHECKS PAID (continued)

| CHECK NUMBER | DATE PAID | AMOUNT | CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|---|---|---|

*[redacted]*

\* Checks may not appear on your bank statement because they have not yet cleared or appeared on a previous statement. Checks that cleared as an electronic withdrawal will be listed in the Electronic Withdrawals section of the statement. All checks included in the Checks Paid section are viewable as images on Chase.com.

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/01 | Online Domestic Wire Transfer Via: TD Bank, NA/026013673 A/C: Robert Anthony Urrutia New York NY 10075 US Imad: 0601B1Qgc02C002744 Trn: 3341453152Es | |
| 06/01 | Orig CO Name:Nissan    Orig ID:6379692403 Desc Date:230601 CO Entry Descr:Wfs Pmt  Sec:CCD  Trace#:021000021433922 Eed:230601  Ind ID:695883       Ind Name:Superb Motors Inc. Trn: 1511433922Tc | |
| 06/01 | Orig CO Name:Asf, Dba Insperi    Orig ID:2760487432 Desc Date:230531 CO Entry Descr:Payroll  Sec:CCD  Trace#:111000020679587 Eed:230601  Ind ID:0005090900       Ind Name:Superb Motors Inc. Ty Trn: 1520679587Tc | |
| 06/01 | Online Transfer To Chk ...3157 Transaction#: 17504269125 | |
| 06/01 | Online Transfer To Chk ...3157 Transaction#: 17507542115 | |
| 06/05 | Orig CO Name:Nissan    Orig ID:6379692403 Desc Date:230605 CO Entry Descr:Wfs Pmt  Sec:CCD  Trace#:021000028904904 Eed:230605  Ind ID:697063       Ind Name:Superb Motors Inc. Trn: 1538904904Tc | |
| 06/05 | Orig CO Name:Nissan    Orig ID:6379692403 Desc Date:230605 CO Entry Descr:Wfs Pmt  Sec:CCD  Trace#:021000028904905 Eed:230605  Ind ID:697064       Ind Name:Superb Motors Inc. Trn: 1538904905Tc | |
| 06/07 | Orig CO Name:Nissan    Orig ID:6379692403 Desc Date:230607 CO Entry Descr:Wfs Pmt  Sec:CCD  Trace#:021000026339190 Eed:230607  Ind ID:698225       Ind Name:Superb Motors Inc. Trn: 1586339190Tc | |
| 06/07 | Orig CO Name:Nissan    Orig ID:6379692403 Desc Date:230607 CO Entry Descr:Wfs Pmt  Sec:CCD  Trace#:021000026339193 Eed:230607  Ind ID:698228       Ind Name:Superb Motors Inc. Trn: 1586339193Tc | |
| 06/07 | Orig CO Name:Nissan    Orig ID:6379692403 Desc Date:230607 CO Entry Descr:Wfs Pmt  Sec:CCD  Trace#:021000026339191 Eed:230607  Ind ID:698226       Ind Name:Superb Motors Inc. Trn: 1586339191Tc | |
| 06/07 | Orig CO Name:Nissan    Orig ID:6379692403 Desc Date:230607 CO Entry Descr:Wfs Pmt  Sec:CCD  Trace#:021000026339192 Eed:230607  Ind ID:698227       Ind Name:Superb Motors Inc. Trn: 1586339192Tc | |
| 06/08 | Orig CO Name:Asf, Dba Insperi    Orig ID:2760487432 Desc Date:230607 CO Entry Descr:Payroll  Sec:CCD  Trace#:111000028948571 Eed:230608  Ind ID:0005090900       Ind Name:Superb Motors Inc. Ty Trn: 1588948571Tc | |
| 06/08 | Orig CO Name:Nissan    Orig ID:6379692403 Desc Date:230608 CO Entry Descr:Wfs Pmt  Sec:CCD  Trace#:021000028948573 Eed:230608  Ind ID:698709       Ind Name:Superb Motors Inc. Trn: 1588948573Tc | |



June 01, 2023 through June 30, 2023

...518

## ELECTRONIC WITHDRAWALS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/09 | Orig CO Name:Asf, Dba Insperi    Orig ID:2760487432 Desc Date:230608 CO Entry Descr:Payroll  Sec:CCD   Trace#:111000026574065 Eed:230609  Ind ID:0005090900           Ind Name:Superb Motors Inc. Ty Trn: 1596574065Tc | |
| 06/09 | Online Domestic Wire Transfer A/C: Star Performance Consulting New York NY 10075-0644 US Trn: 3587923160Es | |
| 06/09 | Online Domestic Wire Transfer Via: Savings Bk Danbury/221172238 A/C: Aotg Consulting Inc Brookfield CT 06804 US Imad: 0609B1Qgc06C036909 Trn: 3587973160Es | |
| 06/12 | Orig CO Name:Nesna Mitu/Affi    Orig ID:7360729375 Desc Date:Jun 10 CO Entry Descr:Nesna   Sec:CCD   Trace#:021000020243635 Eed:230612   Ind ID:Sa10073            Ind Name:Northshore Motor Leasi Trn: 1600243635Tc | |
| 06/12 | Orig CO Name:Nissan         Orig ID:6379692403 Desc Date:230612 CO Entry Descr:Wfs Pmt  Sec:CCD   Trace#:021000020243633 Eed:230612   Ind ID:699667             Ind Name:Superb Motors Inc. Trn: 1600243633Tc | |
| 06/12 | Orig CO Name:Nesna Mitu/Affi    Orig ID:7360729375 Desc Date:Jun 10 CO Entry Descr:Nesna   Sec:CCD   Trace#:021000020243636 Eed:230612   Ind ID:Sb30022             Ind Name:Superb Motors Inc Trn: 1600243636Tc | |
| 06/13 | Orig CO Name:Nissan         Orig ID:6379692403 Desc Date:230613 CO Entry Descr:Wfs Pmt  Sec:CCD   Trace#:021000029069042 Eed:230613   Ind ID:700276             Ind Name:Superb Motors Inc. Trn: 1639069042Tc | |
| 06/14 | Orig CO Name:Nissan         Orig ID:6379692403 Desc Date:230614 CO Entry Descr:Wfs Pmt  Sec:CCD   Trace#:021000024001706 Eed:230614   Ind ID:700800             Ind Name:Superb Motors Inc. Trn: 1644001706Tc | |
| 06/14 | Orig CO Name:Caf - New York     Orig ID:9140445001 Desc Date:    CO Entry Descr:Debittranssec:CCD   Trace#:021000024001704 Eed:230614   Ind ID:10101034187         Ind Name:Superb Motors Inc Trn: 1644001704Tc | |
| 06/15 | Orig CO Name:Nissan         Orig ID:6379692403 Desc Date:230615 CO Entry Descr:Wfs Pmt  Sec:CCD   Trace#:021000028521655 Eed:230615   Ind ID:701383             Ind Name:Superb Motors Inc. Trn: 1658521655Tc | |
| 06/15 | Orig CO Name:Nissan         Orig ID:6379692403 Desc Date:230615 CO Entry Descr:Wfs Pmt  Sec:CCD   Trace#:021000028521656 Eed:230615   Ind ID:701384             Ind Name:Superb Motors Inc. Trn: 1658521656Tc | |
| 06/15 | Orig CO Name:Asf, Dba Insperi    Orig ID:2760487432 Desc Date:230614 CO Entry Descr:Payroll  Sec:CCD   Trace#:111000028521651 Eed:230615   Ind ID:0005090900           Ind Name:Superb Motors Inc. Ty Trn: 1658521651Tc | |
| 06/15 | Orig CO Name:Fusion A.F. LLC    Orig ID:9200502236 Desc Date:230615 CO Entry Descr:ACH Debit Sec:CCD   Trace#:021000028521653 Eed:230615   Ind ID:9002737032           Ind Name:Superb Motors Inc Trn: 1658521653Tc | |
| 06/16 | Orig CO Name:Nissan         Orig ID:6379692403 Desc Date:230616 CO Entry Descr:Wfs Pmt  Sec:CCD   Trace#:021000022421251 Eed:230616   Ind ID:701860             Ind Name:Superb Motors Inc. Trn: 1662421251Tc | |
| 06/16 | Orig CO Name:Nissan         Orig ID:6379692403 Desc Date:230616 CO Entry Descr:Wfs Pmt  Sec:CCD   Trace#:021000022421250 Eed:230616   Ind ID:701859             Ind Name:Superb Motors Inc. Trn: 1662421250Tc | |
| 06/16 | Online Domestic Wire Transfer Via: Hunt Col/044000024 A/C: Capital City Auto Auction St. Albans WV 25177 US Ref: 1C4Sdjct5Mc555605 Imad: 0616B1Qgc07C033071 Trn: 3594643167Es | |
| 06/21 | Orig CO Name:Nissan         Orig ID:6379692403 Desc Date:230621 CO Entry Descr:Wfs Pmt  Sec:CCD   Trace#:021000023215801 Eed:230621   Ind ID:703244             Ind Name:Superb Motors Inc. Trn: 1713215801Tc | |
| 06/21 | Online Transfer To Chk ...3157 Transaction#: 17677839805 | |
| 06/21 | Online Transfer To Chk ...3157 Transaction#: 17682626942 | |



June 01, 2023 through June 30, 2023

518

## ELECTRONIC WITHDRAWALS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/22 | Orig CO Name:Nys Dtf Sales      Orig ID:O146013200 Desc Date:      CO Entry Descr:Tax Paymntsec:CCD    Trace#:091000014743679 Eed:230622   Ind ID:000000100674201            Ind Name:Sw2308059507 Trn: 1734743679Tc | |
| 06/22 | Orig CO Name:Asf, Dba Insperi      Orig ID:2760487432 Desc Date:230621 CO Entry Descr:Payroll  Sec:CCD   Trace#:111000024945597 Eed:230622   Ind ID:0005090900            Ind Name:Superb Motors Inc. Ty Trn: 1724945597Tc | |
| 06/23 | Orig CO Name:Ezpass8882886865       Orig ID:8131996647 Desc Date:      CO Entry Descr:Auto Repl Sec:PPD   Trace#:021000023950324 Eed:230623   Ind ID:5P-302060990             Ind Name:Karla Cruz Trn: 1733950324Tc | |
| 06/26 | Orig CO Name:Nissan           Orig ID:6379692403 Desc Date:230626 CO Entry Descr:Wfs Pmt  Sec:CCD   Trace#:021000027721959 Eed:230626   Ind ID:704679            Ind Name:Superb Motors Inc. Trn: 1747721959Tc | |
| 06/26 | Orig CO Name:Ally           Orig ID:3002719011 Desc Date:230623 CO Entry Descr:EDI/Eftpmtsec:CCD    Trace#:071000287721961 Eed:230626   Ind ID: Ind Name:Smartcash Ally Harris      Ref*1 *D01066110541241\ 3002719011 Trn: 1747721961Tc | |
| 06/28 | Orig CO Name:Nissan           Orig ID:6379692403 Desc Date:230628 CO Entry Descr:Wfs Pmt  Sec:CCD   Trace#:021000026851904 Eed:230628   Ind ID:705780            Ind Name:Superb Motors Inc. Trn: 1786851904Tc | |
| 06/28 | Orig CO Name:Nissan           Orig ID:6379692403 Desc Date:230628 CO Entry Descr:Wfs Pmt  Sec:CCD   Trace#:021000026851905 Eed:230628   Ind ID:705781            Ind Name:Superb Motors Inc. Trn: 1786851905Tc | |
| 06/29 | Orig CO Name:Nissan           Orig ID:6379692403 Desc Date:230629 CO Entry Descr:Wfs Pmt  Sec:CCD   Trace#:021000020782939 Eed:230629   Ind ID:706286            Ind Name:Superb Motors Inc. Trn: 1790782939Tc | |
| 06/29 | Orig CO Name:Asf, Dba Insperi      Orig ID:2760487432 Desc Date:230628 CO Entry Descr:Payroll  Sec:CCD   Trace#:111000020782937 Eed:230629   Ind ID:0005090900            Ind Name:Superb Motors Inc. Ty Trn: 1790782937Tc | |
| 06/29 | Online Domestic Wire Transfer Via: B1Bank/065405420 A/C: Jaxway Financial Consulting Inc Prosper TX 75078 US Imad: 0629B1Qgc08C018018 Trn: 3207513180Es | |
| 06/29 | Online Domestic Wire Transfer A/C: Star Performance Consulting New York NY 10075-0644 US Trn: 3207493180Es | |
| 06/30 | Online Domestic Wire Transfer Via: TD Bank, NA/026013673 A/C: Robert Anthony Urrutia New York NY 10075 US Imad: 0630B1Qgc05C006681 Trn: 3381533181Es | |
| 06/30 | Online Domestic Wire Transfer A/C: Star Performance Consulting New York NY 10075-0644 US Trn: 3749733181Es | |
| 06/30 | Online Domestic Wire Transfer A/C: Star Performance Consulting New York NY 10075-0644 US Trn: 3752613181Es | |
| 06/30 | Online Domestic Wire Transfer Via: Flushing Svgs Bk/226070474 A/C: Peanut Logistics East Meadow NY 11554 US Ref./Time/14:14 Imad: 0630B1Qgc07C044859 Trn: 3848193181Es | |

**Total Electronic Withdrawals**

## OTHER WITHDRAWALS, FEES & CHARGES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|

Your service charges, fees and earnings credit have been calculated through account analysis.



June 01, 2023 through June 30, 2023

;518

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT |
|------|--------|------|--------|





**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

JPMorgan Chase Bank, N.A. Member FDIC



June 01, 2023 through June 30, 2023

5518

This Page Intentionally Left Blank



# STOP PAYMENT RENEWAL NOTICE
June 01, 2023 through June 30, 2023

5518

**ACCOUNT NUMBER**  **BANK NUMBER**
                    802

The following Stop Payments will automatically renew for a 1-year period. You can revoke a current stop payment via your online channel (Chase.com or JPM ACCESS) or by calling the number on your statement or contacting your Customer Service Representative.

| REVOKE STOP | SEQUENCE NUMBER | DATE ENTERED | RENEWAL DATE | LOW RANGE OR CHECK NUMBER | HIGH RANGE OR AMOUNT |
|---|---|---|---|---|---|



Superb Motors Inc.
Payroll Account
215 Northern Blvd
Great Neck NY 11021-4401

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus OH 43218-2051





June 01, 2023 through June 30, 2023

5518

This Page Intentionally Left Blank

Page 14 of 14