

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

April 01, 2023 through April 28, 2023
Account Number: [redacted]5518

**CUSTOMER SERVICE INFORMATION**

| | |
|---|---|
| WebSite: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00048880 DDA 802 212 11923 NNNNNNNNNNN 1 000000000 C2 0000
SUPERB MOTORS INC.
PAYROLL ACCOUNT
215 NORTHERN BLVD
GREAT NECK NY 11021-4401

## CHECKING SUMMARY

Commercial Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | [redacted] |
| Deposits and Additions | 76 | [redacted] |
| Checks Paid | 41 | [redacted] |
| Electronic Withdrawals | 29 | - [redacted] |
| Other Withdrawals, Fees & Charges | 1 | [redacted] |
| **Ending Balance** | **147** | [redacted] |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/03 | Orig CO Name:Smartcash Ally H Orig ID:3002719011 Desc Date:230331 CO Entry Descr:EDI/Eftpmtsec:CCD Trace#:071000282989035 Eed:230403 Ind ID: Ind Name:Superb Motors Inc. Ref*1 *D01036110236075\ 3002719011 Trn: 0902989035Tc | [redacted] |
| 04/03 | Orig CO Name:Caf - New York Orig ID:9140445001 Desc Date: CO Entry Descr:Dealers Sec:CCD Trace#:021000022989033 Eed:230403 Ind ID:10101034187 Ind Name:Superb Motors Inc Trn: 0902989033Tc | [redacted] |
| 04/03 | Orig CO Name:Chase Orig ID:9715928001 Desc Date:230401 CO Entry Descr:Dealer Rsvsec:CCD Trace#:021000027048285 Eed:230403 Ind ID:03418700010001 Ind Name:Superb Mot 03418700010 Trn: 0937048285Tc | [redacted] |
| 04/03 | Orig CO Name:Tekion Pay Orig ID:1800948598 Desc Date: CO Entry Descr:Tekion Paysec:CCD Trace#:091000014033351 Eed:230403 Ind ID:St-Y1T8S7S8I1M1 Ind Name:Superb Motors Inc Trn: 0934033351Tc | [redacted] |
| 04/03 | Orig CO Name:Tekion Pay Orig ID:1800948598 Desc Date: CO Entry Descr:Tekion Paysec:CCD Trace#:091000014033352 Eed:230403 Ind ID:St-J4S4T8Y2O0H4 Ind Name:Superb Motors Inc Trn: 0934033352Tc | [redacted] |



CHASE

April 01, 2023 through April 28, 2023

Account Number: [redacted]5518

## DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/04 | Orig CO Name:Nissan30403Nmac1 Orig ID:2953680386 Desc Date: CO Entry Descr:Funding Sec:CTX Trace#:051000013238648 Eed:230404 Ind ID:2000002607 Ind Name:0008Superb Motors IN Direct Deposit Trn: 0943238648Tc | [redacted] |
| 04/04 | Orig CO Name:Teachers Federal Orig ID:221475786 Desc Date:040423 CO Entry Descr:Ck-Dep Sec:CCD Trace#:221475784551815 Eed:230404 Ind ID: Ind Name:Superb Motors Inc Ljesnjanin - 6011489671 Credit Union Trn: 0934551815Tc | [redacted] |
| 04/04 | Orig CO Name:Santander Consum Orig ID:2752892697 Desc Date:230403 CO Entry Descr:Direct Paysec:CCD Trace#:021000024551810 Eed:230404 Ind ID:C153783 Ind Name:Superb Motors Inc **148589645** 1Hgcv1F35LA134489 0006025599 Trn: 0934551810Tc | [redacted] |
| 04/04 | Orig CO Name:Santander Consum Orig ID:2752892697 Desc Date:230403 CO Entry Descr:Direct Paysec:CCD Trace#:021000024551812 Eed:230404 Ind ID:C153783 Ind Name:Superb Motors Inc **148496336** Jn1Ev7AR9GM340525 0006025599 Trn: 0934551812Tc | [redacted] |
| 04/05 | Orig CO Name:Smartcash Ally H Orig ID:3002719011 Desc Date:230404 CO Entry Descr:EDI/Eftpmtsec:CCD Trace#:071000283749682 Eed:230405 Ind ID: Ind Name:Superb Motors Inc. Ref*1 *D010461102465 40\ 3002719011 Trn: 0943749682Tc | [redacted] |
| 04/05 | Orig CO Name:Capital One Auto Orig ID:9541719851 Desc Date:230404 CO Entry Descr:Dealerfundsec:CCD Trace#:051405513749685 Eed:230405 Ind ID:000046791 Ind Name:Superb Motors Inc Trn: 0943749685Tc | [redacted] |
| 04/06 | Orig CO Name:Caf - New York Orig ID:9140445001 Desc Date: CO Entry Descr:Dealers Sec:CCD Trace#:021000026896962 Eed:230406 Ind ID:10101034187 Ind Name:Superb Motors Inc Trn: 0956896962Tc | [redacted] |
| 04/06 | Orig CO Name:Capital One Auto Orig ID:9541719851 Desc Date:230405 CO Entry Descr:Dealerfundsec:CCD Trace#:051405516896960 Eed:230406 Ind ID:000046791 Ind Name:Superb Motors Inc Trn: 0956896960Tc | [redacted] |
| 04/06 | Orig CO Name:Tekion Pay Orig ID:1800948598 Desc Date: CO Entry Descr:Tekion Paysec:CCD Trace#:091000016896958 Eed:230406 Ind ID:St-T3C0X6E5P8G8 Ind Name:Superb Motors Inc Trn: 0956896958Tc | [redacted] |
| 04/06 | Orig CO Name:Tekion Pay Orig ID:1800948598 Desc Date: CO Entry Descr:Tekion Paysec:CCD Trace#:091000016896956 Eed:230406 Ind ID:St-A5P1Z5K8J4W3 Ind Name:Superb Motors Inc Trn: 0956896956Tc | [redacted] |
| 04/06 | Orig CO Name:Tekion Pay Orig ID:1800948598 Desc Date: CO Entry Descr:Tekion Paysec:CCD Trace#:091000016896955 Eed:230406 Ind ID:St-Q1Z3V7E9L5Z4 Ind Name:Superb Motors Inc Trn: 0956896955Tc | [redacted] |
| 04/07 | Orig CO Name:Westlake Service Orig ID:1539367000 Desc Date:040723 CO Entry Descr:Payables Sec:CCD Trace#:021000024918305 Eed:230407 Ind ID:EFT00127487 Ind Name:Superb Motors Inc F_100431402 Dynamics EFT Deposit Trn: 0974918305Tc | [redacted] |
| 04/07 | Orig CO Name:Caf - New York Orig ID:9140445001 Desc Date: CO Entry Descr:Dealers Sec:CCD Trace#:021000027234673 Eed:230407 Ind ID:10101034187 Ind Name:Superb Motors Inc Trn: 0967234673Tc | [redacted] |
| 04/07 | Orig CO Name:Gls Orig ID:1900772739 Desc Date:230406 CO Entry Descr:Glsfundingsec:CCD Trace#:091000018012263 Eed:230407 Ind ID:000000026856408 Ind Name:Superb Motors Gls App Number 26856408 Dealertrack Trn: 0978012263Tc | [redacted] |
| 04/07 | Orig CO Name:Smartcash Ally H Orig ID:3002719011 Desc Date:230406 CO Entry Descr:EDI/Eftpmtsec:CCD Trace#:071000287234670 Eed:230407 Ind ID: Ind Name:Superb Motors Inc. Ref*1 *D010461102557 18\ 3002719011 Trn: 0967234670Tc | [redacted] |



April 01, 2023 through April 28, 2023
Account Number [REDACTED]5518

## DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/10 | Orig CO Name:Santander Consum Orig ID:2752892697 Desc Date:230407 CO Entry Descr:Direct Paysec:CCD Trace#:021000026331305 Eed:230410 Ind ID:C153783 Ind Name:Superb Motors Inc **148505444** Wau8Daf82Kn005567 0006030976 Trn: 1006331305Tc | [REDACTED] |
| 04/10 | Orig CO Name:Smartcash Ally H Orig ID:3002719011 Desc Date:230407 CO Entry Descr:EDI/Eftpmtsec:CCD Trace#:071000280838052 Eed:230410 Ind ID: Ind Name:Superb Motors Inc. Ref*1 *D01046110268778\ 3002719011 Trn: 0970838052Tc | [REDACTED] |
| 04/10 | Orig CO Name:Smartcash Ally M Orig ID:9000325833 Desc Date: CO Entry Descr:EDI Paymtssec:CCD Trace#:043000260838050 Eed:230410 Ind ID: Ind Name:10321732001 Trn: 0970838050Tc | [REDACTED] |
| 04/10 | Orig CO Name:Tekion Pay Orig ID:1800948598 Desc Date: CO Entry Descr:Tekion Paysec:CCD Trace#:091000010314611 Eed:230410 Ind ID:St-L3Q2G9W5I4Q3 Ind Name:Superb Motors Inc Trn: 1000314611Tc | [REDACTED] |
| 04/11 | Orig CO Name:Capital One Auto Orig ID:9541719851 Desc Date:230410 CO Entry Descr:Dealerfundsec:CCD Trace#:051405517698042 Eed:230411 Ind ID:000046791 Ind Name:Superb Motors Inc Trn: 1007698042Tc | [REDACTED] |
| 04/11 | Orig CO Name:Santander Consum Orig ID:2752892697 Desc Date:230410 CO Entry Descr:Direct Paysec:CCD Trace#:021000027698039 Eed:230411 Ind ID:C153783 Ind Name:Superb Motors Inc **148810710** Wddsj4Eb4Hn426382 0006032915 Trn: 1007698039Tc | [REDACTED] |
| 04/11 | Orig CO Name:Gls Orig ID:1900772739 Desc Date:230410 CO Entry Descr:Glsfundingsec:CCD Trace#:091000012739072 Eed:230411 Ind ID:000000027379042 Ind Name:Superb Motors Gls App Number 27379042 Dealertrack Trn: 1012739072Tc | [REDACTED] |
| 04/11 | Orig CO Name:Nissan30410Nmac1 Orig ID:2953680386 Desc Date: CO Entry Descr:Funding Sec:CTX Trace#:051000012739075 Eed:230411 Ind ID:2000011231 Ind Name:0005Superb Motors IN Direct Deposit Trn: 1012739075Tc | [REDACTED] |
| 04/11 | Orig CO Name:Capital One Auto Orig ID:9541719851 Desc Date:230410 CO Entry Descr:Dealerfundsec:CCD Trace#:051405517698044 Eed:230411 Ind ID:000046791 Ind Name:Superb Motors Inc Trn: 1007698044Tc | [REDACTED] |
| 04/12 | Orig CO Name:Smartcash Ally H Orig ID:3002719011 Desc Date:230411 CO Entry Descr:EDI/Eftpmtsec:CCD Trace#:071000282577223 Eed:230412 Ind ID: Ind Name:Superb Motors Inc. Ref*1 *D01046110281720\ 3002719011 Trn: 1012577223Tc | [REDACTED] |
| 04/12 | Orig CO Name:Caf - New York Orig ID:9140445001 Desc Date: CO Entry Descr:Dealers Sec:CCD Trace#:021000022577219 Eed:230412 Ind ID:10101034187 Ind Name:Superb Motors Inc Trn: 1012577219Tc | [REDACTED] |
| 04/12 | Orig CO Name:Westlake Service Orig ID:1539367000 Desc Date:041223 CO Entry Descr:Payables Sec:CCD Trace#:021000028653706 Eed:230412 Ind ID:EFT00128308 Ind Name:Superb Motors Inc F_100431402 Dynamics EFT Deposit Trn: 1028653706Tc | [REDACTED] |
| 04/12 | Orig CO Name:Tekion Pay Orig ID:1800948598 Desc Date: CO Entry Descr:Tekion Paysec:CCD Trace#:091000012577221 Eed:230412 Ind ID:St-I0Q3E2N1D6P1 Ind Name:Superb Motors Inc Trn: 1012577221Tc | [REDACTED] |
| 04/13 | Orig CO Name:Tekion Pay Orig ID:1800948598 Desc Date: CO Entry Descr:Tekion Paysec:CCD Trace#:091000018751139 Eed:230413 Ind ID:St-E9M9V9G7K1E3 Ind Name:Superb Motors Inc Trn: 1028751139Tc | [REDACTED] |
| 04/13 | Orig CO Name:Caf - New York Orig ID:9140445001 Desc Date: CO Entry Descr:Dealers Sec:CCD Trace#:021000028751143 Eed:230413 Ind ID:10101034187 Ind Name:Superb Motors Inc Trn: 1028751143Tc | [REDACTED] |





April 01, 2023 through April 28, 2023
Account Number: [REDACTED]5518

## DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/13 | Orig CO Name:Tekion Pay Orig ID:1800948598 Desc Date: CO Entry Descr:Tekion Paysec:CCD Trace#:091000018751141 Eed:230413 Ind ID:St-N1B9M5J3O1A7 Ind Name:Superb Motors Inc Trn: 1028751141Tc | [REDACTED] |
| 04/14 | Orig CO Name:Santander Consum Orig ID:2752892697 Desc Date:230413 CO Entry Descr:Direct Paysec:CCD Trace#:021000029595968 Eed:230414 Ind ID:C153783 Ind Name:Superb Motors Inc **148696529** Wbaje5C52Jwa93192 0006037036 Trn: 1039595968Tc | [REDACTED] |
| 04/14 | Orig CO Name:Santander Consum Orig ID:2752892697 Desc Date:230413 CO Entry Descr:Direct Paysec:CCD Trace#:021000029595970 Eed:230414 Ind ID:C153783 Ind Name:Superb Motors Inc **148867638** 5Uxxw3C52G0R18864 0006037036 Trn: 1039595970Tc | [REDACTED] |
| 04/14 | Orig CO Name:Tekion Pay Orig ID:1800948598 Desc Date: CO Entry Descr:Tekion Paysec:CCD Trace#:091000019595973 Eed:230414 Ind ID:St-O1M2O9U1A6Y3 Ind Name:Superb Motors Inc Trn: 1039595973Tc | [REDACTED] |
| 04/17 | Orig CO Name:Smartcash Ally H Orig ID:3002719011 Desc Date:230414 CO Entry Descr:EDI/Eftpmtsec:CCD Trace#:071000288159529 Eed:230417 Ind ID: Ind Name:Superb Motors Inc. Ref*1 *D01046110294640\ 3002719011 Trn: 1078159529Tc | [REDACTED] |
| 04/17 | Orig CO Name:Tekion Pay Orig ID:1800948598 Desc Date: CO Entry Descr:Tekion Paysec:CCD Trace#:091000018159532 Eed:230417 Ind ID:St-X9D1M2L0B5U7 Ind Name:Superb Motors Inc Trn: 1078159532Tc | [REDACTED] |
| 04/18 | Orig CO Name:Smartcash Ally H Orig ID:3002719011 Desc Date:230417 CO Entry Descr:EDI/Eftpmtsec:CCD Trace#:071000282257275 Eed:230418 Ind ID: Ind Name:Superb Motors Inc. Ref*1 *D01046110299383\ 3002719011 Trn: 1072257275Tc | [REDACTED] |
| 04/18 | Orig CO Name:Capital One Auto Orig ID:9541719851 Desc Date:230417 CO Entry Descr:Dealerfundsec:CCD Trace#:051405512257278 Eed:230418 Ind ID:000046791 Ind Name:Superb Motors Inc Trn: 1072257278Tc | [REDACTED] |
| 04/18 | Orig CO Name:Caf - New York Orig ID:9140445001 Desc Date: CO Entry Descr:Dealers Sec:CCD Trace#:021000022257273 Eed:230418 Ind ID:10101034187 Ind Name:Superb Motors Inc Trn: 1072257273Tc | [REDACTED] |
| 04/19 | Orig CO Name:Santander Consum Orig ID:2752892697 Desc Date:230418 CO Entry Descr:Direct Paysec:CCD Trace#:021000029727787 Eed:230419 Ind ID:C153783 Ind Name:Superb Motors Inc **148970509** 5Ymkw8C31H0U72111 0006042765 Trn: 1089727787Tc | [REDACTED] |
| 04/19 | Orig CO Name:Smartcash Ally H Orig ID:3002719011 Desc Date:230418 CO Entry Descr:EDI/Eftpmtsec:CCD Trace#:071000289727792 Eed:230419 Ind ID: Ind Name:Superb Motors Inc. Ref*1 *D01046110304137\ 3002719011 Trn: 1089727792Tc | [REDACTED] |
| 04/19 | Orig CO Name:Santander Consum Orig ID:2752892697 Desc Date:230418 CO Entry Descr:Direct Paysec:CCD Trace#:021000029727789 Eed:230419 Ind ID:C153783 Ind Name:Superb Motors Inc **148842946** 4Jgda5Hb9Ha974143 0006042765 Trn: 1089727789Tc | [REDACTED] |
| 04/20 | Orig CO Name:Teachers Federal Orig ID:221475786 Desc Date:042023 CO Entry Descr:Ck-Dep Sec:CCD Trace#:221475787823509 Eed:230420 Ind ID: Ind Name:Superb Motors Inc Nunez - 6011586930 Credit Union Trn: 1097823509Tc | [REDACTED] |
| 04/20 | Orig CO Name:Backlotcars Orig ID:1377753000 Desc Date:230419 CO Entry Descr:Payment Sec:CCD Trace#:021000027823512 Eed:230420 Ind | [REDACTED] |



April 01, 2023 through April 28, 2023
Account Number: [redacted]5518

## DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | ID:1210816 Ind Name:Superb Motors 4S4Wmabd4K3443771-894453-Y264546 000000000003011 Sp2 - 041923 Trn: 1097823512Tc | |
| 04/20 | Orig CO Name:Tekion Pay Orig ID:1800948598 Desc Date: CO Entry Descr:Tekion Paysec:CCD Trace#:091000017823507 Eed:230420 Ind ID:St-S2P8P9I3N4N9 Ind Name:Superb Motors Inc Trn: 1097823507Tc | |
| 04/20 | Orig CO Name:Tekion Pay Orig ID:1800948598 Desc Date: CO Entry Descr:Tekion Paysec:CCD Trace#:091000017823505 Eed:230420 Ind ID:St-L1K7X7U8E3U4 Ind Name:Superb Motors Inc Trn: 1097823505Tc | |
| 04/21 | Orig CO Name:Caf - New York Orig ID:9140445001 Desc Date: CO Entry Descr:Dealers Sec:CCD Trace#:021000025366714 Eed:230421 Ind ID:10101034187 Ind Name:Superb Motors Inc Trn: 1105366714Tc | |
| 04/21 | Orig CO Name:Nissan30420Nmac1 Orig ID:2953680386 Desc Date: CO Entry Descr:Funding Sec:CTX Trace#:051000016671135 Eed:230421 Ind ID:2000024714 Ind Name:0007Superb Motors IN Direct Deposit Trn: 1116671135Tc | |
| 04/21 | Orig CO Name:Teachers Federal Orig ID:221475786 Desc Date:042123 CO Entry Descr:Ck-Dep Sec:CCD Trace#:221475785366719 Eed:230421 Ind ID: Ind Name:Superb Motors Inc Headen - 6011588415 Credit Union Trn: 1105366719Tc | |
| 04/21 | Orig CO Name:Smartcash Ally H Orig ID:3002719011 Desc Date:230420 CO Entry Descr:EDI/Eftpmtsec:CCD Trace#:071000285366716 Eed:230421 Ind ID: Ind Name:Superb Motors Inc. Ref*1 *D01046110313024\ 3002719011 Trn: 1105366716Tc | |
| 04/21 | Orig CO Name:Acv Aucti - 1193 Orig ID:1472415221 Desc Date:230421 CO Entry Descr:Payment Sec:CTX Trace#:022000046671130 Eed:230421 Ind ID:4075124 Ind Name:0003Superb Motors IN Trn: 1116671130Tc | |
| 04/21 | Orig CO Name:Tekion Pay Orig ID:1800948598 Desc Date: CO Entry Descr:Tekion Paysec:CCD Trace#:091000015366722 Eed:230421 Ind ID:St-Q7O1Y5D6I0A4 Ind Name:Superb Motors Inc Trn: 1105366722Tc | |
| 04/24 | Deposit 2035815035 | |
| 04/24 | Orig CO Name:Santander Consum Orig ID:2752892697 Desc Date:230421 CO Entry Descr:Direct Paysec:CCD Trace#:021000029785372 Eed:230424 Ind ID:C153783 Ind Name:Superb Motors Inc **148809058** 1Ftew1Ep6Kfa83546 0006046627 Trn: 1119785372Tc | |
| 04/25 | Online Transfer From Chk ...5399 Transaction#: 17181223979 | |
| 04/25 | Orig CO Name:Ally Orig ID:3002719011 Desc Date:230424 CO Entry Descr:EDI/Eftpmtsec:CCD Trace#:071000288357765 Eed:230425 Ind ID: Ind Name:Superb Motors Inc. Ref*1 *D01046110321958\ 3002719011 Trn: 1148357765Tc | |
| 04/25 | Orig CO Name:Teachers Federal Orig ID:221475786 Desc Date:042523 CO Entry Descr:Ck-Dep Sec:CCD Trace#:221475788357762 Eed:230425 Ind ID: Ind Name:Superb Motors Inc Lara Nieto - 6011602786 Credit Union Trn: 1148357762Tc | |
| 04/25 | Orig CO Name:Santander Consum Orig ID:2752892697 Desc Date:230424 CO Entry Descr:Direct Paysec:CCD Trace#:021000028357768 Eed:230425 Ind ID:C153783 Ind Name:Superb Motors Inc **149137641** Jn1Fv7AR9Km800652 0006047869 Trn: 1148357768Tc | |
| 04/25 | Orig CO Name:Tekion Pay Orig ID:1800948598 Desc Date: CO Entry Descr:Tekion Paysec:CCD Trace#:091000018357771 Eed:230425 Ind ID:St-Z3S0P0G6B5R8 Ind Name:Superb Motors Inc Trn: 1148357771Tc | |
| 04/26 | Online Transfer From Chk ...5399 Transaction#: 17189215824 | |
| 04/26 | | |

April 01, 2023 through April 28, 2023
Account Number: [redacted]5518

## DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | Orig CO Name:Smartcash Ally H Orig ID:3002719011 Desc Date:230425 CO Entry Descr:EDI/Eftpmtsec:CCD Trace#:071000280705658 Eed:230426 Ind ID: Ind Name:Superb Motors Inc. Ref*1 *D01046110326618\ 3002719011 Trn: 1150705658Tc | |
| 04/26 | Orig CO Name:Caf - New York Orig ID:9140445001 Desc Date: CO Entry Descr:Dealers Sec:CCD Trace#:021000020705656 Eed:230426 Ind ID:10101034187 Ind Name:Superb Motors Inc Trn: 1150705656Tc | [redacted] |
| 04/26 | Orig CO Name:Tekion Pay Orig ID:1800948598 Desc Date: CO Entry Descr:Tekion Paysec:CCD Trace#:091000010705661 Eed:230426 Ind ID:St-M2P8N5R4V3K5 Ind Name:Superb Motors Inc Trn: 1150705661Tc | [redacted] |
| 04/27 | Orig CO Name:Caf - New York Orig ID:9140445001 Desc Date: CO Entry Descr:Dealers Sec:CCD Trace#:021000021347614 Eed:230427 Ind ID:10101034187 Ind Name:Superb Motors Inc Trn: 1161347614Tc | [redacted] |
| 04/27 | Orig CO Name:Tekion Pay Orig ID:1800948598 Desc Date: CO Entry Descr:Tekion Paysec:CCD Trace#:091000011347616 Eed:230427 Ind ID:St-Y9T3E2J8O7X7 Ind Name:Superb Motors Inc Trn: 1161347616Tc | [redacted] |
| 04/27 | Orig CO Name:Tekion Pay Orig ID:1800948598 Desc Date: CO Entry Descr:Tekion Paysec:CCD Trace#:091000011347617 Eed:230427 Ind ID:St-D3X6R1D5C7E4 Ind Name:Superb Motors Inc Trn: 1161347617Tc | [redacted] |
| 04/27 | Orig CO Name:Tekion Pay Orig ID:1800948598 Desc Date: CO Entry Descr:Tekion Paysec:CCD Trace#:091000011347618 Eed:230427 Ind ID:St-I3Z5K7N6C8I8 Ind Name:Superb Motors Inc Trn: 1161347618Tc | [redacted] |
| 04/28 | Fedwire Credit Via: Island Federal Credit Union/221475896 B/O: Island Federal Credit Union Hauppauge NY US Ref: Chase Nyc/Ctr/Bnf=Superb Motors Inc. Great Neck NY 11021-4401 US/Ac-00 0000007170 Rfb=O/B Island Fcu Obi=E Rick Rodriguez Felipe Imad: 0428Gmqfmp01028773 Trn: 0933940118Ff | [redacted] |
| 04/28 | Orig CO Name:Caf - New York Orig ID:9140445001 Desc Date: CO Entry Descr:Dealers Sec:CCD Trace#:021000029412588 Eed:230428 Ind ID:10101034187 Ind Name:Superb Motors Inc Trn: 1179412588Tc | [redacted] |
| 04/28 | Orig CO Name:Nissan30427Nmac1 Orig ID:2953680386 Desc Date: CO Entry Descr:Funding Sec:CTX Trace#:051000010881254 Eed:230428 Ind ID:2000033245 Ind Name:0005Superb Motors IN Direct Deposit Trn: 1180881254Tc | [redacted] |
| 04/28 | Orig CO Name:Tekion Pay Orig ID:1800948598 Desc Date: CO Entry Descr:Tekion Paysec:CCD Trace#:091000019412590 Eed:230428 Ind ID:St-E6J2V6G4S4S6 Ind Name:Superb Motors Inc Trn: 1179412590Tc | [redacted] |
| **Total Deposits and Additions** | | [redacted] |

## CHECKS PAID



CHASE

April 01, 2023 through April 28, 2023
Account Number: [redacted] 5518

## CHECKS PAID (continued)

[redacted]

* Checks may not appear on your bank statement because they have not yet cleared or appeared on a previous statement. Checks that cleared as an electronic withdrawal will be listed in the Electronic Withdrawals section of the statement. All checks included in the Checks Paid section are viewable as images on Chase.com.

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/04 | Orig CO Name:Nissan Orig ID:6379692403 Desc Date:230404 CO Entry Descr:Wfs Pmt Sec:CCD Trace#:021000025317596 Eed:230404 Ind ID:673713 Ind Name:Superb Motors Inc. Trn: 0935317596Tc | [redacted] |
| 04/05 | Orig CO Name:Nissan Orig ID:6379692403 Desc Date:230405 CO Entry Descr:Wfs Pmt Sec:CCD Trace#:021000024472436 Eed:230405 Ind ID:674320 Ind Name:Superb Motors Inc. Trn: 0944472436Tc | [redacted] |
| 04/06 | Orig CO Name:Nissan Orig ID:6379692403 Desc Date:230406 CO Entry Descr:Wfs Pmt Sec:CCD Trace#:021000027480981 Eed:230406 Ind ID:674843 Ind Name:Superb Motors Inc. Trn: 0957480981Tc | [redacted] |
| 04/07 | Orig CO Name:Nissan Orig ID:6379692403 Desc Date:230407 CO Entry Descr:Wfs Pmt Sec:CCD Trace#:021000027963249 Eed:230407 Ind ID:675366 Ind Name:Superb Motors Inc. Trn: 0967963249Tc | [redacted] |
| 04/07 | Orig CO Name:Asf, Dba Insperi Orig ID:2760487432 Desc Date:230406 CO Entry Descr:Payroll Sec:CCD Trace#:111000027963246 Eed:230407 Ind ID:0005090900 Ind Name:Superb Motors Inc. Ty Trn: 0967963246Tc | [redacted] |
| 04/07 | Orig CO Name:Nissan Orig ID:6379692403 Desc Date:230407 CO Entry Descr:Wfs Pmt Sec:CCD Trace#:021000027963248 Eed:230407 Ind ID:675365 Ind Name:Superb Motors Inc. Trn: 0967963248Tc | [redacted] |
| 04/07 | Online Domestic Wire Transfer Via: TD Bank, NA/026013673 A/C: Blue Sky Consulting New York NY 10075 US Ref: Adv Credits/Bnf/Adv Reium Imad: 0407B1Qgc02C004822 Trn: 3441303097Es | [redacted] |
| 04/07 | Online Domestic Wire Transfer Via: Savings Bk Danbury/221172238 A/C: Aotg Consulting Inc Brookfield CT 06804 US Imad: 0407B1Qgc08C032225 Trn: 3461073097Es | [redacted] |
| 04/10 | Orig CO Name:Nesna Mitu/Affi Orig ID:7360729375 Desc Date:Apr 10 CO Entry Descr:Nesna Sec:CCD Trace#:021000021436134 Eed:230410 Ind ID:Sb30022 Ind Name:Superb Motors Inc Trn: 0971436134Tc | [redacted] |
| 04/11 | Orig CO Name:Nesna Mitu/Affi Orig ID:7360729375 Desc Date:Apr 11 CO Entry Descr:Nesna Sec:CCD Trace#:021000025378793 Eed:230411 Ind ID:Sa10073 Ind Name:Northshore Motor Leasi Trn: 1015378793Tc | [redacted] |



April 01, 2023 through April 28, 2023
Account Number: [redacted] 5518

## ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/12 | Orig CO Name:Nissan Orig ID:6379692403 Desc Date:230412 CO Entry Descr:Wfs Pmt Sec:CCD Trace#:021000023196984 Eed:230412 Ind ID:676891 Ind Name:Superb Motors Inc. Trn: 1013196984Tc | [redacted] |
| 04/13 | Orig CO Name:Nissan Orig ID:6379692403 Desc Date:230413 CO Entry Descr:Wfs Pmt Sec:CCD Trace#:021000029333849 Eed:230413 Ind ID:677422 Ind Name:Superb Motors Inc. Trn: 1029333849Tc | [redacted] |
| 04/14 | Orig CO Name:Asf, Dba Insperi Orig ID:2760487432 Desc Date:230413 CO Entry Descr:Payroll Sec:CCD Trace#:111000020526563 Eed:230414 Ind ID:0005090900 Ind Name:Superb Motors Inc. Ty Trn: 1030526563Tc | [redacted] |
| 04/14 | Orig CO Name:Manheim Orig ID:1581936030 Desc Date: CO Entry Descr:ACH Paymntsec:CCD Trace#:091000010526560 Eed:230414 Ind ID:ACH4218588 Ind Name:Superb Motors Inc Trn: 1030526560Tc | [redacted] |
| 04/14 | Orig CO Name:Fusion A.F. LLC Orig ID:9200502236 Desc Date:230414 CO Entry Descr:ACH Debit Sec:CCD Trace#:021000020526565 Eed:230414 Ind ID:9001941014 Ind Name:Superb Motors Inc Trn: 1030526565Tc | [redacted] |
| 04/17 | Orig CO Name:Nissan Orig ID:6379692403 Desc Date:230417 CO Entry Descr:Wfs Pmt Sec:CCD Trace#:021000020231375 Eed:230417 Ind ID:678490 Ind Name:Superb Motors Inc. Trn: 1040231375Tc | [redacted] |
| 04/17 | Orig CO Name:Nissan Orig ID:6379692403 Desc Date:230417 CO Entry Descr:Wfs Pmt Sec:CCD Trace#:021000020231374 Eed:230417 Ind ID:678489 Ind Name:Superb Motors Inc. Trn: 1040231374Tc | [redacted] |
| 04/18 | Orig CO Name:Nissan Orig ID:6379692403 Desc Date:230418 CO Entry Descr:Wfs Pmt Sec:CCD Trace#:021000022942528 Eed:230418 Ind ID:679066 Ind Name:Superb Motors Inc. Trn: 1072942528Tc | [redacted] |
| 04/19 | Online Domestic Wire Transfer Via: Bk Amer Nyc/026009593 A/C: Car Buyers Nyc Inc Syosset NY 11791 US Imad: 0419B1Qgc07C026175 Trn: 3405333109Es | [redacted] |
| 04/20 | Orig CO Name:Nissan Orig ID:6379692403 Desc Date:230420 CO Entry Descr:Wfs Pmt Sec:CCD Trace#:021000028551476 Eed:230420 Ind ID:680118 Ind Name:Superb Motors Inc. Trn: 1098551476Tc | [redacted] |
| 04/21 | Orig CO Name:Nissan Orig ID:6379692403 Desc Date:230421 CO Entry Descr:Wfs Pmt Sec:CCD Trace#:021000026072942 Eed:230421 Ind ID:680617 Ind Name:Superb Motors Inc. Trn: 1106072942Tc | [redacted] |
| 04/21 | Orig CO Name:Nys Dtf Sales Orig ID:O146013200 Desc Date: CO Entry Descr:Tax Paymntsec:CCD Trace#:091000016072940 Eed:230421 Ind ID:000000098515979 Ind Name:Sw2307018487 Trn: 1106072940Tc | [redacted] |
| 04/21 | Orig CO Name:Nissan Orig ID:6379692403 Desc Date:230421 CO Entry Descr:Wfs Pmt Sec:CCD Trace#:021000026072943 Eed:230421 Ind ID:680618 Ind Name:Superb Motors Inc. Trn: 1106072943Tc | [redacted] |
| 04/21 | Orig CO Name:Asf, Dba Insperi Orig ID:2760487432 Desc Date:230420 CO Entry Descr:Payroll Sec:CCD Trace#:111000026072938 Eed:230421 Ind ID:0005090900 Ind Name:Superb Motors Inc. Ty Trn: 1106072938Tc | [redacted] |
| 04/21 | Online Transfer To Chk ...3157 Transaction#: 17146668823 | [redacted] |
| 04/24 | Orig CO Name:Nissan Orig ID:6379692403 Desc Date:230424 CO Entry Descr:Wfs Pmt Sec:CCD Trace#:021000020404340 Eed:230424 Ind ID:681124 Ind Name:Superb Motors Inc. Trn: 1110404340Tc | [redacted] |



April 01, 2023 through April 28, 2023
Account Number: [redacted]5518

## ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/27 | Orig CO Name:Nissan Orig ID:6379692403 Desc Date:230427 CO Entry Descr:Wfs Pmt Sec:CCD Trace#:021000021938745 Eed:230427 Ind ID:682797 Ind Name:Superb Motors Inc. Trn: 1161938745Tc | [redacted] |
| 04/27 | Orig CO Name:Wex Inc Orig ID:2841425616 Desc Date:230426 CO Entry Descr:Fleet Debisec:CCD Trace#:071000281938743 Eed:230427 Ind ID:9100008075457 Ind Name:Saybrook Buick G M C I Trn: 1161938743Tc | [redacted] |
| 04/28 | Orig CO Name:Asf, Dba Insperi Orig ID:2760487432 Desc Date:230427 CO Entry Descr:Payroll Sec:CCD Trace#:111000023536700 Eed:230428 Ind ID:0005090900 Ind Name:Superb Motors Inc. Ty Trn: 1183536700Tc | [redacted] |
| **Total Electronic Withdrawals** | | [redacted] |

## OTHER WITHDRAWALS, FEES & CHARGES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/17 | Account Analysis Settlement Charge | [redacted] |
| **Total Other Withdrawals, Fees & Charges** | | [redacted] |

Your service charges, fees and earnings credit have been calculated through account analysis.

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|
| 04/03 | [redacted] | 04/17 | [redacted] |
| 04/04 | [redacted] | 04/18 | [redacted] |
| 04/05 | [redacted] | 04/19 | [redacted] |
| 04/06 | [redacted] | 04/20 | [redacted] |
| 04/07 | [redacted] | 04/21 | [redacted] |
| 04/10 | [redacted] | 04/24 | [redacted] |
| 04/11 | [redacted] | 04/25 | [redacted] |
| 04/12 | [redacted] | 04/26 | [redacted] |
| 04/13 | [redacted] | 04/27 | [redacted] |
| 04/14 | [redacted] | 04/28 | [redacted] |





**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**



April 01, 2023 through April 28, 2023
Account Number 5518

# STOP PAYMENT RENEWAL NOTICE

**ACCOUNT NUMBER** 000000717055518

**BANK NUMBER** 802

The following Stop Payments will automatically renew for a 1-year period. You can revoke a current stop payment via your online channel (Chase.com or JPM ACCESS) or by calling the number on your statement or contacting your Customer Service Representative.

| REVOKE STOP | SEQUENCE NUMBER | DATE ENTERED | RENEWAL DATE | LOW RANGE OR CHECK NUMBER | HIGH RANGE OR AMOUNT |
|---|---|---|---|---|---|
| ☐ | 0000012-01 | 07/11/22 | 07/11/23 | 10872 |  |
| ☐ | 0000013-01 | 07/11/22 | 07/11/23 | 10875 | |
| ☐ | 0000014-01 | 07/11/22 | 07/11/23 | 10876 | |

Superb Motors Inc.
Payroll Account
215 Northern Blvd
Great Neck NY 11021-4401

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus OH 43218-2051



CHASE

April 01, 2023 through April 28, 2023
Account Number: [redacted] 5518

This Page Intentionally Left Blank