

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

April 29, 2023 through May 31, 2023

Account Number: 5518

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| WebSite: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00048756 DDA 802 212 15223 NNNNNNNNNN 1 000000000 C2 0000

SUPERB MOTORS INC.
PAYROLL ACCOUNT
215 NORTHERN BLVD
GREAT NECK NY 11021-4401



## CHECKING SUMMARY   Commercial Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | |
| Deposits and Additions | 73 | |
| Checks Paid | 95 | |
| Electronic Withdrawals | 34 | |
| Other Withdrawals, Fees & Charges | 1 | |
| Ending Balance | 203 | |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/01 | Online Transfer From Chk ...5399 Transaction#: 17237934487 | |
| 05/01 | Orig CO Name:Caf - New York   Orig ID:9140445001 Desc Date:   CO Entry Descr:Dealers  Sec:CCD   Trace#:021000025849438 Eed:230501   Ind ID:10101034187       Ind Name:Superb Motors Inc Trn: 1185849438Tc | |
| 05/01 | Orig CO Name:Nissan30428Nmac1   Orig ID:2953680386 Desc Date:   CO Entry Descr:Funding  Sec:CTX   Trace#:051000011960129 Eed:230501   Ind ID:2000035062       Ind Name:0005Superb Motors IN Direct Deposit Trn: 1211960129Tc | |
| 05/01 | Orig CO Name:Chase       Orig ID:9715928001 Desc Date:230429 CO Entry Descr:Dealer Rsvsec:CCD   Trace#:021000024242244 Eed:230501   Ind ID:03418700010001      Ind Name:Superb Mot 03418700010 Trn: 1214242244Tc | |
| 05/01 | Online Transfer From Chk ...5399 Transaction#: 17239608537 | |
| 05/01 | Orig CO Name:Tekion Pay     Orig ID:1800948598 Desc Date:   CO Entry Descr:Tekion Paysec:CCD   Trace#:091000011960127 Eed:230501   Ind ID:St-B2J3Y3X5A1R3     Ind Name:Superb Motors Inc Trn: 1211960127Tc | |
| 05/02 | | |



April 29, 2023 through May 31, 2023
Account Number: █████5518

## DEPOSITS AND ADDITIONS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
|  | Orig CO Name:Smartcash Ally H    Orig ID:3002719011 Desc Date:230501 CO Entry Descr:EDI/Eftpmtsec:CCD    Trace#:071000288608445 Eed:230502  Ind ID:          Ind Name:Superb Motors Inc.       Ref*1 *D01056110345008\                                     3002719011 Trn: 1228608445Tc | ▇ |
| 05/02 | Orig CO Name:Capital One Auto    Orig ID:9541719851 Desc Date:230501 CO Entry Descr:Dealerfundsec:CCD    Trace#:051405510832674 Eed:230502  Ind ID:000046791           Ind Name:Superb Motors Inc Trn: 1210832674Tc | ▇ |
| 05/02 | Orig CO Name:Teachers Federal    Orig ID:221475786 Desc Date:050223 CO Entry Descr:Ck-Dep  Sec:CCD   Trace#:221475780832671 Eed:230502  Ind ID:          Ind Name:Superb Motors Inc Hunte -  6011637113 Credit Union Trn: 1210832671Tc | ▇ |
| 05/02 | Orig CO Name:Santander Consum    Orig ID:2752892697 Desc Date:230501 CO Entry Descr:Direct Paysec:CCD    Trace#:021000020832668 Eed:230502  Ind ID:C153783           Ind Name:Superb Motors Inc    **149319375** 1Fter4Fh1Kla01997                             0006056826 Trn: 1210832668Tc | ▇ |
| 05/03 | Orig CO Name:Santander Consum    Orig ID:2752892697 Desc Date:230502 CO Entry Descr:Direct Paysec:CCD    Trace#:021000022823640 Eed:230503  Ind ID:C153783           Ind Name:Superb Motors Inc    **149318126** Wauc4Af45Ka102681                           0006058414 Trn: 1222823640Tc | ▇ |
| 05/03 | Orig CO Name:Capital One Auto    Orig ID:9541719851 Desc Date:230502 CO Entry Descr:Dealerfundsec:CCD    Trace#:051405512823648 Eed:230503  Ind ID:000046791           Ind Name:Superb Motors Inc Trn: 1222823648Tc | ▇ |
| 05/03 | Online Transfer From Chk ...5399 Transaction#: 17257647052 | ▇ |
| 05/03 | Orig CO Name:Santander Consum    Orig ID:2752892697 Desc Date:230502 CO Entry Descr:Direct Paysec:CCD    Trace#:021000022823642 Eed:230503  Ind ID:C153783           Ind Name:Superb Motors Inc    **149312661** Wba4W9C57Jac98909                          0006058414 Trn: 1222823642Tc | ▇ |
| 05/03 | Orig CO Name:Teachers Federal    Orig ID:221475786 Desc Date:050323 CO Entry Descr:Ck-Dep  Sec:CCD   Trace#:221475782823645 Eed:230503  Ind ID:          Ind Name:Superb Motors Inc Chance -  6011643045 Credit Union Trn: 1222823645Tc | ▇ |
| 05/03 | Online Transfer From Chk ...5399 Transaction#: 17257677479 | ▇ |
| 05/04 | Orig CO Name:Tekion Pay          Orig ID:1800948598 Desc Date:        CO Entry Descr:Tekion Paysec:CCD   Trace#:091000015773038 Eed:230504  Ind ID:St-D9C0Y3R1P6L8          Ind Name:Superb Motors Inc Trn: 1235773038Tc | ▇ |
| 05/04 | Orig CO Name:Tekion Pay          Orig ID:1800948598 Desc Date:        CO Entry Descr:Tekion Paysec:CCD   Trace#:091000015773036 Eed:230504  Ind ID:St-D6F5L0F6B0W0          Ind Name:Superb Motors Inc Trn: 1235773036Tc | ▇ |
| 05/04 | Orig CO Name:Tekion Pay          Orig ID:1800948598 Desc Date:        CO Entry Descr:Tekion Paysec:CCD   Trace#:091000015773037 Eed:230504  Ind ID:St-T0G4T9W4O6E4          Ind Name:Superb Motors Inc Trn: 1235773037Tc | ▇ |
| 05/05 | Deposit      2035815054 | ▇ |
| 05/05 | Orig CO Name:Smartcash Ally H    Orig ID:3002719011 Desc Date:230504 CO Entry Descr:EDI/Eftpmtsec:CCD    Trace#:071000281800236 Eed:230505  Ind ID:          Ind Name:Superb Motors Inc.       Ref*1 *D01056110358934\                                     3002719011 Trn: 1241800236Tc | ▇ |
| 05/05 | Orig CO Name:Backlotcars         Orig ID:1377753000 Desc Date:230504 CO Entry Descr:Payment  Sec:CCD   Trace#:021000021800239 Eed:230505  Ind ID:1210816           Ind Name:Superb Motors | |



CHASE

April 29, 2023 through May 31, 2023
Account Number: 5518

## DEPOSITS AND ADDITIONS (continued)



| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | Wbakc8C56Acy68247-901174-Q611646     000000000003122 Sp1 - 050423 Trn: 1241800239Tc | |
| 05/08 | Orig CO Name:Caf - New York    Orig ID:9140445001 Desc Date:    CO Entry Descr:Dealers  Sec:CCD  Trace#:021000029039009 Eed:230508  Ind ID:10101034187    Ind Name:Superb Motors Inc Trn: 1259039009Tc | |
| 05/08 | Orig CO Name:Smartcash Ally H    Orig ID:3002719011 Desc Date:230505 CO Entry Descr:EDI/Eftpmtsec:CCD   Trace#:071000289039013 Eed:230508  Ind ID:      Ind Name:Superb Motors Inc.    Ref*1 *D01056110371633\       3002719011 Trn: 1259039013Tc | |
| 05/08 | Orig CO Name:Acv Aucti - 1193    Orig ID:1472415221 Desc Date:230508 CO Entry Descr:Payment  Sec:CTX   Trace#:022000041777782 Eed:230508  Ind ID:4075124    Ind Name:0001Superb Motors IN Trn: 1281777782Tc | |
| 05/08 | Orig CO Name:Smartcash Ally M    Orig ID:9000325833 Desc Date:    CO Entry Descr:EDI Paymtssec:CCD   Trace#:043000269039011 Eed:230508  Ind ID:      Ind Name:10321732001 Trn: 1259039011Tc | |
| 05/09 | Orig CO Name:Caf - New York    Orig ID:9140445001 Desc Date:    CO Entry Descr:Dealers  Sec:CCD  Trace#:021000021383159 Eed:230509  Ind ID:10101034187    Ind Name:Superb Motors Inc Trn: 1281383159Tc | |
| 05/09 | Orig CO Name:Smartcash Ally H    Orig ID:3002719011 Desc Date:230508 CO Entry Descr:EDI/Eftpmtsec:CCD   Trace#:071000281383161 Eed:230509  Ind ID:      Ind Name:Superb Motors Inc.    Ref*1 *D01056110379437\       3002719011 Trn: 1281383161Tc | |
| 05/09 | Online Transfer From Chk ...1882 Transaction#: 17308398757 | |
| 05/10 | Orig CO Name:Capital One Auto    Orig ID:9541719851 Desc Date:230509 CO Entry Descr:Dealerfundsec:CCD   Trace#:051405517018244 Eed:230510  Ind ID:000046791    Ind Name:Superb Motors Inc Trn: 1297018244Tc | |
| 05/10 | Orig CO Name:Smartcash Ally H    Orig ID:3002719011 Desc Date:230509 CO Entry Descr:EDI/Eftpmtsec:CCD   Trace#:071000287018241 Eed:230510  Ind ID:      Ind Name:Superb Motors Inc.    Ref*1 *D01056110384240\       3002719011 Trn: 1297018241Tc | |
| 05/10 | Orig CO Name:Santander Consum    Orig ID:2752892697 Desc Date:230509 CO Entry Descr:Direct Paysec:CCD   Trace#:021000027018238 Eed:230510  Ind ID:C153783    Ind Name:Superb Motors Inc    **149176056** WA1Laaf7Xkd020122      0006066066 Trn: 1297018238Tc | |
| 05/10 | Orig CO Name:Tekion Pay    Orig ID:1800948598 Desc Date:    CO Entry Descr:Tekion Paysec:CCD   Trace#:091000016377432 Eed:230510  Ind ID:St-N4I0T0S3K8P8    Ind Name:Superb Motors Inc Trn: 1306377432Tc | |
| 05/10 | Orig CO Name:Capital One Auto    Orig ID:9541719851 Desc Date:230509 CO Entry Descr:Dealerfundsec:CCD   Trace#:051405517018236 Eed:230510  Ind ID:000046791    Ind Name:Superb Motors Inc Trn: 1297018236Tc | |
| 05/10 | Orig CO Name:Acv Aucti - 1193    Orig ID:1472415221 Desc Date:230510 CO Entry Descr:Payment  Sec:CTX   Trace#:022000046377434 Eed:230510  Ind ID:4075124    Ind Name:0001Superb Motors IN Trn: 1306377434Tc | |
| 05/11 | Fedwire Credit Via: Island Federal Credit Union/221475896 B/O: Island Federal Credit Union Hauppauge NY US Ref: Chase Nyc/Ctr/Bnf=Superb Motors Inc. Great Neck NY 11021-4401 US/Ac-00 0000007170 Rfb=O/B Island Fcu Obi=N Elly Cabrera Imad: 0511Gmqfmp01010475 Trn: 0476840131Ff | |
| 05/11 | Orig CO Name:Acv Aucti - 1193    Orig ID:1472415221 Desc Date:230511 CO Entry Descr:Payment  Sec:CTX   Trace#:022000043254711 Eed:230511  Ind ID:4075124    Ind Name:0001Superb Motors IN Trn: 1313254711Tc | |
| 05/11 | Orig CO Name:Tekion Pay    Orig ID:1800948598 Desc Date:    CO Entry Descr:Tekion Paysec:CCD   Trace#:091000013224817 Eed:230511  Ind | |



April 29, 2023 through May 31, 2023
Account Number: 5518

## DEPOSITS AND ADDITIONS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | ID:St-W7Y9O7E6M7C3        Ind Name:Superb Motors Inc Trn: 1303224817Tc | |
| 05/11 | Orig CO Name:Tekion Pay        Orig ID:1800948598 Desc Date:        CO Entry Descr:Tekion Paysec:CCD    Trace#:091000013224815 Eed:230511   Ind ID:St-Q3H9M8C8R7X6        Ind Name:Superb Motors Inc Trn: 1303224815Tc | |
| 05/11 | Orig CO Name:Tekion Pay        Orig ID:1800948598 Desc Date:        CO Entry Descr:Tekion Paysec:CCD    Trace#:091000013224816 Eed:230511   Ind ID:St-O9O8M3R3E5T0        Ind Name:Superb Motors Inc Trn: 1303224816Tc | |
| 05/11 | Orig CO Name: Manheim US        Orig ID:1582577037 Desc Date:        CO Entry Descr:ACH Paymntsec:CCD    Trace#:091000013254709 Eed:230511   Ind ID:13351525            Ind Name:Superb Motors Inc 5232289 Trn: 1313254709Tc | |
| 05/11 | Orig CO Name:Tekion Pay        Orig ID:1800948598 Desc Date:        CO Entry Descr:Tekion Paysec:CCD    Trace#:091000013224818 Eed:230511   Ind ID:St-H0U5D7V2X4K1        Ind Name:Superb Motors Inc Trn: 1303224818Tc | |
| 05/15 | Online Transfer From Chk ...1882 Transaction#: 17360618717 | |
| 05/15 | Orig CO Name:Nissan30512Nmac1        Orig ID:2953680386 Desc Date:        CO Entry Descr:Funding   Sec:CTX   Trace#:051000018237590 Eed:230515   Ind ID:2000053039        Ind Name:0006Superb Motors IN Direct Deposit Trn: 1358237590Tc | |
| 05/16 | Orig CO Name:Nissan30515Nmac1        Orig ID:2953680386 Desc Date:        CO Entry Descr:Funding   Sec:CTX   Trace#:051000016338667 Eed:230516   Ind ID:2000054940        Ind Name:0007Superb Motors IN Direct Deposit Trn: 1366338667Tc | |
| 05/16 | Orig CO Name:Caf - New York        Orig ID:9140445001 Desc Date:        CO Entry Descr:Dealers   Sec:CCD   Trace#:021000020214794 Eed:230516   Ind ID:10101034187        Ind Name:Superb Motors Inc Trn: 1350214794Tc | |
| 05/17 | Orig CO Name:Smartcash Ally H        Orig ID:3002719011 Desc Date:230516 CO Entry Descr:EDI/Eftpmtsec:CCD    Trace#:071000288491195 Eed:230517   Ind ID:            Ind Name:Superb Motors Inc.        Ref*1 *D01056110406594\            3002719011 Trn: 1368491195Tc | |
| 05/17 | Orig CO Name:Santander Consum        Orig ID:2752892697 Desc Date:230516 CO Entry Descr:Direct Paysec:CCD    Trace#:021000028491190 Eed:230517 Ind ID:C153783        Ind Name:Superb Motors Inc    **149678518** Wauencf52Ka013189            0006073859 Trn: 1368491190Tc | |
| 05/17 | Orig CO Name:Tekion Pay        Orig ID:1800948598 Desc Date:        CO Entry Descr:Tekion Paysec:CCD    Trace#:091000018491193 Eed:230517   Ind ID:St-Z2S2S6J7F7S2        Ind Name:Superb Motors Inc Trn: 1368491193Tc | |
| 05/18 | Orig CO Name:Santander Consum        Orig ID:2752892697 Desc Date:230517 CO Entry Descr:Direct Paysec:CCD    Trace#:021000029649820 Eed:230518 Ind ID:C153783        Ind Name:Superb Motors Inc    **149715558** 5Uxtr9C59Kle16002            0006076148 Trn: 1379649820Tc | |
| 05/18 | Orig CO Name:Tekion Pay        Orig ID:1800948598 Desc Date:        CO Entry Descr:Tekion Paysec:CCD    Trace#:091000019649824 Eed:230518   Ind ID:St-J1B7O7Q8C4T5        Ind Name:Superb Motors Inc Trn: 1379649824Tc | |
| 05/18 | Orig CO Name:Tekion Pay        Orig ID:1800948598 Desc Date:        CO Entry Descr:Tekion Paysec:CCD    Trace#:091000019649823 Eed:230518   Ind ID:St-J4P3U6R8H5A0        Ind Name:Superb Motors Inc Trn: 1379649823Tc | |
| 05/18 | Online Transfer From Chk ...1882 Transaction#: 17385001371 | |
| 05/19 | | |



April 29, 2023 through May 31, 2023

Account Number: 5518

## DEPOSITS AND ADDITIONS (continued)



| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
|  | Orig CO Name:Tekion Pay    Orig ID:1800948598 Desc Date:    CO Entry Descr:Tekion Paysec:CCD    Trace#:091000017026920 Eed:230519  Ind ID:St-G8Q7Z7J0S6Z9    Ind Name:Superb Motors Inc Trn: 1387026920Tc |  |
| 05/22 | Orig CO Name:Caf - New York    Orig ID:9140445001 Desc Date:    CO Entry Descr:Dealers  Sec:CCD    Trace#:021000020967938 Eed:230522  Ind ID:10101034187    Ind Name:Superb Motors Inc Trn: 1390967938Tc |  |
| 05/22 | Orig CO Name:Santander Consum    Orig ID:2752892697 Desc Date:230519 CO Entry Descr:Direct Paysec:CCD    Trace#:021000020967940 Eed:230522  Ind ID:C153783    Ind Name:Superb Motors Inc    **149753017** 5Uxtr9C52Kld92576    0006077974 Trn: 1390967940Tc |  |
| 05/22 | Orig CO Name:Santander Consum    Orig ID:2752892697 Desc Date:230519 CO Entry Descr:Direct Paysec:CCD    Trace#:021000020967942 Eed:230522  Ind ID:C153783    Ind Name:Superb Motors Inc    **149759553** 1Fatp8Uh2L5185821    0006077974 Trn: 1390967942Tc |  |
| 05/22 | Orig CO Name:Ally    Orig ID:3002719011 Desc Date:230519 CO Entry Descr:EDI/Eftpmtsec:CCD    Trace#:071000280967945 Eed:230522  Ind ID: Ind Name:Superb Motors Inc.    Ref*1 *D01056110419943\ 3002719011 Trn: 1390967945Tc |  |
| 05/22 | Orig CO Name:Tekion Pay    Orig ID:1800948598 Desc Date:    CO Entry Descr:Tekion Paysec:CCD    Trace#:091000012230989 Eed:230522  Ind ID:St-C8L9T0H7J5I3    Ind Name:Superb Motors Inc Trn: 1422230989Tc |  |
| 05/23 | Orig CO Name:Santander Consum    Orig ID:2752892697 Desc Date:230522 CO Entry Descr:Direct Paysec:CCD    Trace#:021000020136913 Eed:230523  Ind ID:C153783    Ind Name:Superb Motors Inc    **149808117** 1Gnevhkw8Kj275451    0006079435 Trn: 1420136913Tc |  |
| 05/23 | Orig CO Name:Santander Consum    Orig ID:2752892697 Desc Date:230522 CO Entry Descr:Direct Paysec:CCD    Trace#:021000020136915 Eed:230523  Ind ID:C153783    Ind Name:Superb Motors Inc    **149822772** 5Uxtr9C50Klr09032    0006079435 Trn: 1420136915Tc |  |
| 05/23 | Orig CO Name:Smartcash Ally H    Orig ID:3002719011 Desc Date:230522 CO Entry Descr:EDI/Eftpmtsec:CCD    Trace#:071000280136910 Eed:230523  Ind ID:    Ind Name:Superb Motors Inc.    Ref*1 *D01056110424667\    3002719011 Trn: 1420136910Tc |  |
| 05/23 | Orig CO Name:Tekion Pay    Orig ID:1800948598 Desc Date:    CO Entry Descr:Tekion Paysec:CCD    Trace#:091000010136918 Eed:230523  Ind ID:St-O5F9B8I2E1A3    Ind Name:Superb Motors Inc Trn: 1420136918Tc |  |
| 05/24 | Orig CO Name:Capital One Auto    Orig ID:9541719851 Desc Date:230523 CO Entry Descr:Dealerfundsec:CCD    Trace#:051405512829038 Eed:230524  Ind ID:000046791    Ind Name:Superb Motors Inc Trn: 1432829038Tc |  |
| 05/24 | Orig CO Name:Ally    Orig ID:3002719011 Desc Date:230523 CO Entry Descr:EDI/Eftpmtsec:CCD    Trace#:071000282829035 Eed:230524  Ind ID: Ind Name:Superb Motors Inc.    Ref*1 *D01056110429480\ 3002719011 Trn: 1432829035Tc |  |
| 05/25 | Orig CO Name:Smartcash Ally H    Orig ID:3002719011 Desc Date:230524 CO Entry Descr:EDI/Eftpmtsec:CCD    Trace#:071000288332565 Eed:230525  Ind ID:    Ind Name:Superb Motors Inc.    Ref*1 *D01056110434066\    3002719011 Trn: 1448332565Tc |  |
| 05/25 | Orig CO Name:Tekion Pay    Orig ID:1800948598 Desc Date:    CO Entry Descr:Tekion Paysec:CCD    Trace#:091000018332568 Eed:230525  Ind ID:St-N9S6Y9H1S2E4    Ind Name:Superb Motors Inc Trn: 1448332568Tc |  |



April 29, 2023 through May 31, 2023
Account Number: 5518

## DEPOSITS AND ADDITIONS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/25 | Orig CO Name:Tekion Pay     Orig ID:1800948598 Desc Date:     CO Entry Descr:Tekion Paysec:CCD   Trace#:091000018332570 Eed:230525  Ind ID:St-D9V7I3M8O0E2     Ind Name:Superb Motors Inc Trn: 1448332570Tc | |
| 05/25 | Orig CO Name:Tekion Pay     Orig ID:1800948598 Desc Date:     CO Entry Descr:Tekion Paysec:CCD   Trace#:091000018332569 Eed:230525  Ind ID:St-Y3G1I0K4E3R2     Ind Name:Superb Motors Inc Trn: 1448332569Tc | |
| 05/26 | Orig CO Name:Capital One Auto     Orig ID:9541719851 Desc Date:230525 CO Entry Descr:Dealerfundsec:CCD   Trace#:051405516055362 Eed:230526  Ind ID:000046791     Ind Name:Superb Motors Inc Trn: 1456055362Tc | |
| 05/31 | Orig CO Name:Caf - New York     Orig ID:9140445001 Desc Date:     CO Entry Descr:Dealers  Sec:CCD   Trace#:021000029708863 Eed:230531  Ind ID:10101034187     Ind Name:Superb Motors Inc Trn: 1509708863Tc | |
| 05/31 | Orig CO Name:Smartcash Ally H     Orig ID:3002719011 Desc Date:230530 CO Entry Descr:EDI/Eftpmtsec:CCD   Trace#:071000289708865 Eed:230531  Ind ID:     Ind Name:Superb Motors Inc.    Ref*1 *D01056110448542\     3002719011 Trn: 1509708865Tc | |
| 05/31 | Orig CO Name:Nissan30530Nmac1     Orig ID:2953680386 Desc Date:     CO Entry Descr:Funding  Sec:CTX   Trace#:051000014900226 Eed:230531  Ind ID:2000075213     Ind Name:0005Superb Motors IN Direct Deposit Trn: 1514900226Tc | |
| **Total Deposits and Additions** | | |

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT | CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|---|---|---|
| 1017 | 05/05 | | 11561 * | 05/12 | |
| 1030 * | 05/04 | | 11569 * | 05/10 | |
| 1038 * | 05/12 | | 11574 * | 05/02 | |
| 1039 | 05/05 | | 11587 * | 05/04 | |
| 1040 | 05/08 | | 11591 * | 05/02 | |
| 1041 | 05/30 | | 11592 | 05/05 | |
| 1042 | 05/12 | | 11600 * | 05/03 | |
| 1055 * | 05/19 | | 11604 * | 05/02 | |
| 11233 * | 05/04 | | 11605 | 05/04 | |
| 11516 * | 05/04 | | 11611 * | 05/19 | |
| 11532 * | 05/10 | | 11612 | 05/10 | |
| 11536 * | 05/04 | | 11626 * | 05/05 | |
| 11539 * | 05/02 | | 11627 | 05/08 | |
| 11543 * | 05/15 | | 11628 | 05/23 | |
| 11549 * | 05/05 | | 11629 | 05/09 | |
| 11550 | 05/12 | | 11631 * | 05/22 | |
| 11552 * | 05/08 | | 11633 * | 05/09 | |
| 11553 | 05/08 | | 11634 | 05/04 | |
| 11554 | 05/05 | | 11638 * | 05/03 | |
| 11555 | 05/12 | | 11639 | 05/03 | |
| 11556 | 05/08 | | 11640 | 05/03 | |
| 11557 | 05/08 | | 11641 | 05/03 | |



April 29, 2023 through May 31, 2023

Account Number: 5518

## CHECKS PAID (continued)

| CHECK NUMBER | DATE PAID | AMOUNT | CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|---|---|---|



\* Checks may not appear on your bank statement because they have not yet cleared or appeared on a previous statement. Checks that cleared as an electronic withdrawal will be listed in the Electronic Withdrawals section of the statement. All checks included in the Checks Paid section are viewable as images on Chase.com.

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/01 | Orig CO Name:Ally            Orig ID:3002719011 Desc Date:230428 CO Entry Descr:EDI/Eftpmtsec:CCD   Trace#:071000286565353 Eed:230501   Ind ID: Ind Name:Smartcash Ally Harris    Ref*1 *D01046110339966\ 3002719011 Trn: 1186565353Tc | |
| 05/01 | Online Domestic Wire Transfer Via: TD Bank, NA/026013673 A/C: Robert Anthony Urrutia New York NY 10075 US Imad: 0501B1Qgc08C009815 Trn: 3454993121Es | |
| 05/01 | Online Transfer To Chk ...3157 Transaction#: 17237477578 | |
| 05/02 | Orig CO Name:Nissan            Orig ID:6379692403 Desc Date:230502 CO Entry Descr:Wfs Pmt   Sec:CCD   Trace#:021000021560404 Eed:230502   Ind ID:684515         Ind Name:Superb Motors Inc. Trn: 1211560404Tc | |
| 05/02 | Online Domestic Wire Transfer A/C: Star Performance Consulting New York NY 10075-0644 US Trn: 3566933122Es | |



April 29, 2023 through May 31, 2023
Account Number: 5518

## ELECTRONIC WITHDRAWALS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/03 | Orig CO Name:Nissan    Orig ID:6379692403 Desc Date:230503 CO Entry Descr:Wfs Pmt  Sec:CCD  Trace#:021000023534304 Eed:230503  Ind ID:685142    Ind Name:Superb Motors Inc. Trn: 1223534304Tc | ■ |
| 05/03 | Orig CO Name:Manheim    Orig ID:1581936030 Desc Date:    CO Entry Descr:ACH Paymntsec:CCD  Trace#:091000013534301 Eed:230503  Ind ID:ACH4270547    Ind Name:Superb Motors Inc Trn: 1223534301Tc | |
| 05/04 | Orig CO Name:Nissan    Orig ID:6379692403 Desc Date:230504 CO Entry Descr:Wfs Pmt  Sec:CCD  Trace#:021000026396193 Eed:230504  Ind ID:685650    Ind Name:Superb Motors Inc. Trn: 1236396193Tc | |
| 05/04 | Orig CO Name:Asf, Dba Insperi    Orig ID:2760487432 Desc Date:230503 CO Entry Descr:Payroll  Sec:CCD  Trace#:111000028108829 Eed:230504  Ind ID:0005090900    Ind Name:Superb Motors Inc. Ty Trn: 1248108829Tc | |
| 05/04 | Orig CO Name:Dealertrack    Orig ID:4013137Zst Desc Date:230504 CO Entry Descr:Purchase Sec:CCD  Trace#:122043488108827 Eed:230504  Ind ID:101130650    Ind Name:Superb Motors Superb M 9163685303 Trn: 1248108827Tc | |
| 05/05 | Online Domestic Wire Transfer Via: TD Bank, NA/026013673 A/C: Blue Sky Consulting New York NY 10075 US Ref: Adv Credits/Bnf/Adv Reium Imad: 0505B1Qgc08C020153 Trn: 3490023125Es | |
| 05/05 | Online Domestic Wire Transfer Via: Savings Bk Danbury/221172238 A/C: Aotg Consulting Inc Brookfield CT 06804 US Imad: 0505B1Qgc06C028160 Trn: 3497223125Es | |
| 05/05 | Orig CO Name:Acv Aucti - 1193    Orig ID:1472415221 Desc Date:230505 CO Entry Descr:Payment  Sec:CCD  Trace#:022000040695086 Eed:230505  Ind ID:4075123    Ind Name:Superb Motors Inc. Trn: 1250695086Tc | |
| 05/10 | Orig CO Name:Nissan    Orig ID:6379692403 Desc Date:230510 CO Entry Descr:Wfs Pmt  Sec:CCD  Trace#:021000027726076 Eed:230510  Ind ID:687822    Ind Name:Superb Motors Inc. Trn: 1297726076Tc | ■ |
| 05/10 | Orig CO Name:Nesna Mitu/Affi    Orig ID:7360729375 Desc Date:May 10 CO Entry Descr:Nesna   Sec:CCD  Trace#:021000027726073 Eed:230510  Ind ID:Sa10073    Ind Name:Northshore Motor Leasi Trn: 1297726073Tc | |
| 05/10 | Orig CO Name:Nesna Mitu/Affi    Orig ID:7360729375 Desc Date:May 10 CO Entry Descr:Nesna   Sec:CCD  Trace#:021000027726074 Eed:230510  Ind ID:Sb30022    Ind Name:Superb Motors Inc Trn: 1297726074Tc | |
| 05/10 | Orig CO Name:Caf - New York    Orig ID:9140445001 Desc Date:    CO Entry Descr:Debittranssec:CCD   Trace#:021000027726071 Eed:230510  Ind ID:10101034187    Ind Name:Superb Motors Inc Trn: 1297726071Tc | |
| 05/11 | Orig CO Name:Asf, Dba Insperi    Orig ID:2760487432 Desc Date:230510 CO Entry Descr:Payroll  Sec:CCD  Trace#:111000023811980 Eed:230511  Ind ID:0005090900    Ind Name:Superb Motors Inc. Ty Trn: 1303811980Tc | |
| 05/12 | Orig CO Name:Nissan    Orig ID:6379692403 Desc Date:230512 CO Entry Descr:Wfs Pmt  Sec:CCD  Trace#:021000024299762 Eed:230512  Ind ID:688864    Ind Name:Superb Motors Inc. Trn: 1314299762Tc | |
| 05/15 | Orig CO Name:Fusion A.F. LLC    Orig ID:9200502236 Desc Date:230515 CO Entry Descr:ACH Debit Sec:CCD   Trace#:021000025335240 Eed:230515  Ind ID:9002373997    Ind Name:Superb Motors Inc Trn: 1325335240Tc | ■ |
| 05/16 | Orig CO Name:Nissan    Orig ID:6379692403 Desc Date:230516 CO Entry Descr:Wfs Pmt  Sec:CCD  Trace#:021000020936786 Eed:230516  Ind ID:689968    Ind Name:Superb Motors Inc. Trn: 1350936786Tc | ■ |
| 05/16 | Orig CO Name:Nissan    Orig ID:6379692403 Desc Date:230516 CO Entry Descr:Wfs Pmt  Sec:CCD  Trace#:021000020936785 Eed:230516  Ind ID:689967    Ind Name:Superb Motors Inc. Trn: 1350936785Tc | |



April 29, 2023 through May 31, 2023
Account Number: 5518

## ELECTRONIC WITHDRAWALS (continued)



| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/17 | Orig CO Name:Nissan    Orig ID:6379692403 Desc Date:230517 CO Entry Descr:Wfs Pmt  Sec:CCD  Trace#:021000029131319 Eed:230517  Ind ID:690496    Ind Name:Superb Motors Inc. Trn: 1369131319Tc | |
| 05/18 | Orig CO Name:Nissan    Orig ID:6379692403 Desc Date:230518 CO Entry Descr:Wfs Pmt  Sec:CCD  Trace#:021000020219166 Eed:230518  Ind ID:691020    Ind Name:Superb Motors Inc. Trn: 1370219166Tc | |
| 05/18 | Orig CO Name:Asf, Dba Insperi   Orig ID:2760487432 Desc Date:230517 CO Entry Descr:Payroll  Sec:CCD  Trace#:111000020219164 Eed:230518  Ind ID:0005090900    Ind Name:Superb Motors Inc. Ty Trn: 1370219164Tc | |
| 05/18 | Online Transfer To Chk ...1882 Transaction#: 17388545304 | |
| 05/18 | Online Transfer To Chk ...1882 Transaction#: 17388931673 | |
| 05/19 | Orig CO Name:Nissan    Orig ID:6379692403 Desc Date:230519 CO Entry Descr:Wfs Pmt  Sec:CCD  Trace#:021000027798192 Eed:230519  Ind ID:691543    Ind Name:Superb Motors Inc. Trn: 1387798192Tc | |
| 05/19 | Orig CO Name:Ally    Orig ID:3002719011 Desc Date:230518 CO Entry Descr:EDI/Eftpmtsec:CCD  Trace#:071000287798189 Eed:230519  Ind ID:  Ind Name:Smartcash Ally Harris   Ref*1 *D01056110415630\ 3002719011 Trn: 1387798189Tc | |
| 05/22 | Orig CO Name:Ezpass8882886865    Orig ID:8131996647 Desc Date:    CO Entry Descr:Auto Repl Sec:PPD  Trace#:021000021628448 Eed:230522  Ind ID:5P-298492448    Ind Name:Karla Cruz Trn: 1391628448Tc | |
| 05/24 | Orig CO Name:Nys Dtf Sales    Orig ID:O146013200 Desc Date:    CO Entry Descr:Tax Paymntsec:CCD  Trace#:091000013476683 Eed:230524  Ind ID:000000099634663    Ind Name:Sw2307459015 Trn: 1433476683Tc | |
| 05/25 | Orig CO Name:Nissan    Orig ID:6379692403 Desc Date:230525 CO Entry Descr:Wfs Pmt  Sec:CCD  Trace#:021000028960486 Eed:230525  Ind ID:693604    Ind Name:Superb Motors Inc. Trn: 1448960486Tc | |
| 05/25 | Orig CO Name:Asf, Dba Insperi   Orig ID:2760487432 Desc Date:230524 CO Entry Descr:Payroll  Sec:CCD  Trace#:111000028960484 Eed:230525  Ind ID:0005090900    Ind Name:Superb Motors Inc. Ty Trn: 1448960484Tc | |
| 05/30 | Orig CO Name:Wex Inc    Orig ID:2841425616 Desc Date:230526 CO Entry Descr:Fleet Debisec:CCD  Trace#:071000286238572 Eed:230530  Ind ID:9100008075457    Ind Name:Saybrook Buick G M C I Trn: 1466238572Tc | |

**Total Electronic Withdrawals**

## OTHER WITHDRAWALS, FEES & CHARGES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/15 | Account Analysis Settlement Charge | |

**Total Other Withdrawals, Fees & Charges**

Your service charges, fees and earnings credit have been calculated through account analysis.

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|
| 05/01 | | 05/04 | |
| 05/02 | | 05/05 | |
| 05/03 | | 05/08 | |



April 29, 2023 through May 31, 2023

Account Number: ▮▮▮▮ 5518



## DAILY ENDING BALANCE (continued)

| DATE  | AMOUNT | DATE  | AMOUNT |
|-------|--------|-------|--------|
| 05/09 |        | 05/19 |        |
| 05/10 |        | 05/22 |        |
| 05/11 |        | 05/23 |        |
| 05/12 |        | 05/24 |        |
| 05/15 |        | 05/25 |        |
| 05/16 |        | 05/26 |        |
| 05/17 |        | 05/30 |        |
| 05/18 |        | 05/31 |        |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

JPMorgan Chase Bank, N.A. Member FDIC