

**From:** anthony deo <anthonyd@northshoremotors1.com>
**Sent:** Thursday, February 2, 2023 9:15 PM
**To:** Bruce Novicky <bruce@teamauto.com>
**Subject:** inventory

Hey Bruce,

The ones highlighted in Dark Blue I would absolutely want to keep.

The others , lets discuss..

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| SR033741 | 2 | WAUENAF45KA033741 | 2019/Audi/A4 | KEEP | 30,412.99 | -2,854.00 | 0.00 | 0.00 |
| SU0192A | 429 | 1N6AA06B04N502913 | 2004/Nissan/Titan | | 8,057.42 | -2,854.00 | 0.00 | 0.00 |
| SU0461A | 280 | 1C4PJMAK9CW133196 | 2012/Jeep/Liberty | | 9,654.00 | -2,854.00 | 0.00 | 0.00 |
| SU0477 | 289 | 3TMCZ5AN0LM322360 | 2020/Toyota/Tacoma 4WD | | 35,754.00 | -2,854.00 | -18,575.00 | 0.00 |
| SU0567 | 234 | 1FTEW1E58JKD71153 | 2018/Ford/F-150 | | 29,054.00 | -2,854.00 | -22,320.00 | 0.00 |
| SU0619A | 159 | 2C4RDGEG7GR384403 | 2016 DODGE GRAND CARAVAN | | 11,104.00 | -2,854.00 | -12,700.00 | 0.00 |
| SU0629AB | 112 | WBAEN33473PC11988 | 2003 BMW 3 SERIES | | 800.00 | 0.00 | 0.00 | 0.00 |
| SU0645A | 73 | JTJBT20X860102581 | 2006 LEXUS GX 470 | | 6,854.00 | -2,854.00 | 0.00 | 0.00 |
| SU0660 | 190 | JTJBM7FX4K5235319 | 2019/Lexus/GX | | 42,804.50 | -2,854.00 | -32,392.50 | 0.00 |
| SU0664 | 183 | SALYB2EX0KA796639 | 2019/Land Rover/ Range Rover Velar | | 41,258.22 | -2,854.00 | -41,786.86 | 0.00 |
| SU0676 | 160 | JTDS4MCE7NJ086937 | 2022/Toyota/Corolla | | 29,914.00 | -2,854.00 | -28,825.00 | 0.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| SU0679 | 153 | WD4PF1CD5KP114268 | 2019 MERCEDES BENZ SPRINTER | | 43,554.00 | -2,854.00 | -48,725.00 | 0.00 |
| SU0704 | 134 | 3C4NJDBB0JT206478 | 2018/Jeep/Compass | | 22,954.40 | -2,854.00 | -16,762.50 | 0.00 |
| SU0709 | 133 | 1G1ZD5ST9LF094888 | 2020/Chevrolet/Malibu | | 20,364.00 | -2,854.00 | -18,299.00 | 0.00 |
| SU0714A | 110 | 2A8HR44H08R822405 | 2008 CHRYSLER TOWN AND COUNTRY | | 6,404.00 | 0.00 | 0.00 | 0.00 |
| SU0715A | 94 | 1GKDM19X43B503104 | 2003 GMC SAFARI PASSENGER | | 1,250.00 | 0.00 | 0.00 | 0.00 |
| SU0719 | 133 | 3FA6P0CD8KR269473 | 2019/Ford/Fusion | | 19,112.00 | -2,854.00 | -17,799.00 | 0.00 |
| SU0720 | 133 | 3FA6P0CD6LR192944 | 2020/Ford/Fusion | | 19,714.00 | -2,854.00 | -17,799.00 | 0.00 |
| SU0724 | 133 | 1N4BL4BV5LC216242 | 2020 NISSAN ALTIMA | | 20,104.00 | -2,854.00 | -17,999.00 | 0.00 |
| SU0735 | 51 | 1C4RDJDG2KC582628 | 2019/Dodge/Durango | | 35,353.79 | -2,854.00 | -36,742.50 | 0.00 |
| SU0736A | 91 | 5J8YD4H01KL018996 | 2019/Acura/MDX | | 40,208.00 | -2,854.00 | -34,625.00 | 0.00 |
| SU0740 | 108 | 3C4NJDBBXLT139942 | 2020 JEEP COMPASS | | 30,154.24 | -2,854.00 | -29,150.00 | 0.00 |
| SU0746 | 108 | 2T2BZMCA9KC202348 | 2019/Lexus/RX | | 39,552.36 | -2,854.00 | -39,172.50 | 0.00 |
| SU0749 | 108 | 3FA6P0CD9LR136870 | 2020/Ford/Fusion | | 18,853.52 | -2,854.00 | -17,799.00 | 0.00 |
| SU0750A | 93 | JTDBR32E770108683 | 2007 TOYOTA COROLLA | | 2,000.00 | 0.00 | 0.00 | 0.00 |
| SU0751 | 108 | 4JGFF5KE3LA146109 | 2020/Mercedes-Benz/GLS | | 75,535.87 | -2,854.00 | -66,175.00 | 0.00 |
| SU0764 | 75 | ZAM57YTA9K1319670 | 2019 MASERATI GHIBLI | KEEP | 37,034.00 | -2,854.00 | -39,125.00 | 0.00 |
| SU0765 | 75 | WDDUG8FB9FA122322 | 2015/Mercedes-Benz/S-Class | KEEP | 39,786.00 | -2,854.00 | -35,475.00 | 0.00 |
| SU0766 | 75 | SALWZ2FE6HA146304 | 2017 LAND ROVER RANGE ROVER | | 49,944.00 | -2,854.00 | -58,275.00 | 0.00 |
| SU0767 | 75 | 4JGDF6EE7JB103506 | 2018 MERCEDES BENZ GLS | | 41,644.56 | -2,854.00 | -36,800.00 | 0.00 |
| SU0769 | 75 | 5UXXW3C56H0T77934 | 2017/BMW/X4 | | 29,318.00 | -2,854.00 | -25,825.00 | 0.00 |
| SU0777A | 66 | 5FNRL18933B155901 | 2003 HONDA ODYSSEY | | 500.00 | 0.00 | 0.00 | 0.00 |
| SU0781A | 53 | SALWR2VF1FA622112 | 2015/Land Rover/Range Rover Sport | | 27,261.41 | -2,854.00 | -23,475.00 | 0.00 |
| SU0784 | 69 | 5UXWX9C3XH0W68396 | 2017/BMW/X3 | | 21,584.00 | -2,854.00 | -19,625.00 | 0.00 |
| SU0786A | 33 | 3GCPYFED9MG383394 | 2021/Chevrolet/Silverado 1500 | KEEP | 46,854.00 | -2,854.00 | -49,700.00 | 0.00 |
| SU0787 | 69 | JTHSE5BC1H5007762 | 2017/Lexus/RC | | 38,614.00 | -2,854.00 | -37,000.00 | 0.00 |
| SU0792 | 59 | WA1BNAFY1J2024742 | 2018/Audi/Q5 | | 28,774.00 | -2,854.00 | -24,750.00 | 0.00 |
| SU0795 | 59 | SALYK2EX0LA243829 | 2020/Land Rover/Range Rover Velar | KEEP | 45,059.00 | -2,854.00 | -45,625.00 | 0.00 |
| SU0796 | 59 | SAJWJ1CD5G8W02305 | 2016/Jaguar/XJ | | 31,631.00 | -2,854.00 | -26,425.00 | -27,535.00 |
| SU0798A | 33 | 1HGCV1F35LA134489 | 2020/Honda/Accord Sedan | KEEP | 20,500.00 | 0.00 | -27,575.00 | 0.00 |
| SU0800 | 59 | WBXHT3C38J5K22889 | 2018/BMW/X1 | | 26,149.00 | -2,854.00 | -21,775.00 | 0.00 |
| SU0801 | 59 | WBS3U9C50FP967858 | 2015/BMW/M4 | KEEP | 42,876.00 | -2,854.00 | -37,050.00 | 0.00 |
| SU0804 | 59 | SALYB2EX4KA782114 | 2019/Land Rover/Range Rover Velar | KEEP | 38,404.00 | -2,854.00 | -36,275.00 | 0.00 |
| SU0806 | 56 | WBA8B7C54GK703223 | 2016/BMW/3 Series | | 27,586.00 | -2,854.00 | -23,180.00 | 0.00 |
| SU0807 | 55 | 5UXKR0C50J0X99249 | 2018/BMW/X5 | | 35,123.00 | -2,854.00 | -31,285.00 | 0.00 |
| SU0809 | 55 | 1C4SDJCT4MC574372 | 2021/Dodge/Durango | | 40,088.00 | -2,854.00 | -36,825.00 | 0.00 |
| SU0811 | 54 | 1C4PJMBX4KD136480 | 2019/Jeep/Cherokee | | 27,615.00 | -2,854.00 | -24,005.00 | 0.00 |
| SU0812 | 52 | WBXYJ5C38JEF69031 | 2018/BMW/X2 | | 30,684.00 | -2,854.00 | -27,485.00 | *0.00* |
| SU0813 | 54 | 1C4SDJCT9MC520520 | 2021/Dodge/Durango | KEEP | 39,019.00 | -2,854.00 | -35,820.00 | 0.00 |
| SU0815 | 54 | 1C4SDJCTXMC520364 | 2021/Dodge/Durango | KEEP | 39,686.00 | -2,854.00 | -35,820.00 | 0.00 |
| SU0817 | 54 | 5UXTY5C07L9C76398 | 2020/BMW/X3 | | 35,042.00 | -2,854.00 | -31,385.00 | 0.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| SU0818 | 52 | SALGS2SV3JA503510 | 2018/Land Rover/Range Rover | KEEP | 51,959.00 | -2,854.00 | -48,910.00 | 0.00 |
| SU0821 | 54 | SALGS5RE9JA507858 | 2018/Land Rover/Range Rover | KEEP | 63,063.00 | -2,854.00 | -58,780.00 | 0.00 |
| SU0822 | 54 | WAUFGAFC4GN007511 | 2016/Audi/A6 | | 28,200.00 | -2,854.00 | -24,305.00 | 0.00 |
| SU0823 | 54 | JF1VA2V68K9823663 | 2019/Subaru/WRX | KEEP | 36,599.00 | -2,854.00 | -33,550.00 | 0.00 |
| SU0827 | 48 | 5N1DL0MM0KC568445 | 2019/INFINITI/QX60 | | 27,618.00 | -2,854.00 | -24,105.00 | 0.00 |
| SU0828 | 48 | 5N1DL0MM4KC556511 | 2019/INFINITI/QX60 | | 29,212.00 | -2,854.00 | -25,505.00 | 0.00 |
| SU0830A | 36 | WBA8B7C52JA190437 | 2018/BMW/3 Series | KEEP | 40,854.00 | -2,854.00 | -38,000.00 | 0.00 |
| SU0831A | 33 | 1GKS2EEFXCR300324 | 2012/GMC/Yukon | KEEP | 17,354.00 | -2,854.00 | 0.00 | 0.00 |
| SU0837 | 41 | WAUANAF49HN016036 | 2017/Audi/A4 | KEEP | 21,944.00 | -2,854.00 | -17,885.00 | 0.00 |
| SU0838 | 41 | WA1FVBF18KD036841 | 2019/Audi/Q8 | KEEP | 53,301.00 | -2,854.00 | -48,910.00 | 0.00 |
| SU0844 | 41 | 1GT12SEY0KF230288 | 2019/GMC/Sierra 2500HD | KEEP | 58,154.00 | -2,854.00 | -54,955.00 | 0.00 |
| SU0846 | 33 | WA1LAAF78KD029594 | 2019/Audi/Q7 | KEEP | 40,484.00 | -2,854.00 | 0.00 | -37,630.00 |
| SU0850 | 32 | 1C4RDJDG6JC431595 | 2018/Dodge/Durango | | 27,059.00 | -2,854.00 | 0.00 | -24,205.00 |
| SU0851 | 13 | WBA6B4C58FD760985 | 2015/BMW/6 Series | KEEP | 37,174.00 | -2,854.00 | 0.00 | 0.00 |
| SU0853 | 2 | JN1EV7AR9GM340525 | 2016/INFINITI/Q50 | | 1,728.00 | 0.00 | 0.00 | 0.00 |
| SU0859 | 32 | WA1L2AFP0GA040272 | 2016/Audi/Q5 | KEEP | 20,739.00 | -2,854.00 | 0.00 | 0.00 |
| SU0860 | 32 | WAUL2AF20KN059980 | 2019/Audi/A6 | | 37,264.00 | -2,854.00 | 0.00 | -32,689.50 |
| SU0861 | 32 | WBXHT3C52K5L91213 | 2019/BMW/X1 | | 29,689.00 | -2,854.00 | 0.00 | -25,493.25 |
| SU0862 | 32 | WA1A4AFY6J2104245 | 2018/Audi/SQ5 | | 33,669.00 | -2,854.00 | 0.00 | -29,274.25 |
| SU0863 | 32 | 1C4PJMDX3KD245817 | 2019/Jeep/Cherokee | | 25,284.00 | -2,854.00 | 0.00 | -21,308.50 |
| SU0864 | 32 | WAUDNAF46KN011574 | 2019/Audi/A4 | KEEP | 29,389.00 | -2,854.00 | 0.00 | -25,208.25 |
| SU0865 | 32 | WA1LAAF79KD004090 | 2019/Audi/Q7 | KEEP | 39,879.00 | -2,854.00 | 0.00 | -35,173.75 |
| SU0866 | 32 | WAUENAF4XKN002879 | 2019/Audi/A4 | KEEP | 31,214.00 | -2,854.00 | 0.00 | -28,360.00 |
| SU0867 | 32 | WAUDNAF4XKA037943 | 2019/Audi/A4 | KEEP | 25,384.00 | -2,854.00 | 0.00 | -22,530.00 |
| SU0868 | 32 | WAUENAF47KA106298 | 2019/Audi/A4 | KEEP | 30,239.00 | -2,854.00 | 0.00 | -27,385.00 |
| SU0869 | 32 | WBXYJ5C38JEF76481 | 2018/BMW/X2 | KEEP | 28,409.00 | -2,854.00 | 0.00 | -25,555.00 |
| SU0870 | 32 | 1C4PJMDX6LD629947 | 2020/Jeep/Cherokee | KEEP | 24,884.00 | -2,854.00 | 0.00 | -22,030.00 |
| SU0871 | 32 | 1C4PJMDX7LD616592 | 2020/Jeep/Cherokee | KEEP | 22,564.00 | -2,854.00 | 0.00 | -19,710.00 |
| SU0872 | 29 | 55SWF4KB7JU273873 | 2018/Mercedes-Benz/C-Class | | 28,359.00 | -2,854.00 | 0.00 | -25,505.00 |
| SU0873 | 29 | 4JGDA5HB5HA830329 | 2017/Mercedes-Benz/GLE | KEEP | 29,119.00 | -2,854.00 | 0.00 | -26,265.00 |
| SU0874 | 32 | 1C4SDJCT0MC555463 | 2021/Dodge/Durango | KEEP | 38,674.00 | -2,854.00 | 0.00 | -35,820.00 |
| SU0875 | 32 | WAUE8GFF4G1017985 | 2016/Audi/A3 | KEEP | 21,489.00 | -2,854.00 | 0.00 | -18,635.00 |
| SU0876 | 32 | 1C4PJMLX2KD347417 | 2019/Jeep/Cherokee | | 22,289.00 | -2,854.00 | 0.00 | -19,435.00 |
| SU0877 | 32 | WAUENCF52KA013189 | 2019/Audi/A5 Sportback | KEEP | 34,744.00 | -2,854.00 | 0.00 | -31,890.00 |
| SU0878 | 32 | JTHC81D20J5029234 | 2018/Lexus/IS | KEEP | 35,049.00 | -2,854.00 | 0.00 | -32,195.00 |
| SU0879 | 32 | 5UXXW3C50J0Z60215 | 2018/BMW/X4 | KEEP | 32,864.00 | -2,854.00 | 0.00 | -30,010.00 |
| SU0881 | 32 | 5UXWX9C55F0D55063 | 2015/BMW/X3 | KEEP | 21,089.00 | -2,854.00 | 0.00 | -18,235.00 |
| SU0882 | 32 | WBA2H9C36HV986948 | 2017/BMW/2 Series | KEEP | 25,784.00 | -2,854.00 | 0.00 | -22,930.00 |
| SU0883 | 32 | 5UXTS3C50KLR73752 | 2019/BMW/X3 | | 38,574.00 | -2,854.00 | 0.00 | -35,720.00 |
| SU0884 | 32 | 3C4NJDBB6KT761484 | 2019/Jeep/Compass | | 26,559.00 | -2,854.00 | 0.00 | -23,705.00 |
| SU0885 | 32 | 5J8TC2H60LL800035 | 2020/Acura/RDX | | 37,414.00 | -2,854.00 | 0.00 | -34,560.00 |
| SU0886 | 32 | 5UXWX9C30H0W73994 | 2017/BMW/X3 | | 20,989.00 | -2,854.00 | 0.00 | -18,135.00 |
| SU0887 | 32 | SALWR2FK9HA130927 | 2017/Land Rover/Range Rover Sport | KEEP | 32,614.00 | -2,854.00 | 0.00 | -29,760.00 |
| SU0889 | 32 | WDDLJ9BB0HA201034 | 2017/Mercedes-Benz/CLS | KEEP | 34,644.00 | -2,854.00 | 0.00 | -31,790.00 |
| SU0890 | 32 | 5UXKU2C33H0X47701 | 2017/BMW/X6 | | 35,904.00 | -2,854.00 | 0.00 | -33,050.00 |
| SU0891 | 32 | WAUR4AF56JA002137 | 2018/Audi/S5 Coupe | KEEP | 39,929.00 | -2,854.00 | 0.00 | -37,075.00 |

| ID | | VIN | Year/Make/Model | | Price | Adj | Adj2 | Net |
|---|---|---|---|---|---|---|---|---|
| SU0892 | 32 | 1C4RJFBG9KC728354 | 2019/Jeep/Grand Cherokee | | 33,514.00 | -2,854.00 | 0.00 | -30,660.00 |
| SU0893 | 32 | WBXHT3C58K5L90051 | 2019/BMW/X1 | | 27,309.00 | -2,854.00 | 0.00 | -24,455.00 |
| SU0894 | 32 | 1C4SDJCTXMC604541 | 2021/Dodge/Durango | | 40,184.00 | -2,854.00 | 0.00 | -37,330.00 |
| SU0895 | 32 | 1C4SDJCT3MC574380 | 2021/Dodge/Durango | KEEP | 39,174.00 | -2,854.00 | 0.00 | -36,320.00 |
| SU0896 | 32 | WDDWF4KB1JR420500 | 2018/Mercedes-Benz/C-Class | KEEP | 30,089.00 | -2,854.00 | 0.00 | -27,235.00 |
| SU0897 | 32 | 5UXKR0C34H0V77189 | 2017/BMW/X5 | KEEP | 29,989.00 | -2,854.00 | 0.00 | -27,135.00 |
| SU0898 | 32 | WAUC4CF54JA053699 | 2018/Audi/S5 Sportback | KEEP | 37,164.00 | -2,854.00 | 0.00 | -34,310.00 |
| SU0899 | 32 | 5UXKS4C56G0N15353 | 2016/BMW/X5 | KEEP | 30,864.00 | -2,854.00 | 0.00 | -28,010.00 |
| SU0900 | 32 | 5UXKU2C51F0N77613 | 2015/BMW/X6 | KEEP | 30,289.00 | -2,854.00 | 0.00 | -27,435.00 |
| SU0901 | 32 | 5UXXW5C54G0N93260 | 2016/BMW/X4 | KEEP | 25,284.00 | -2,854.00 | 0.00 | -22,430.00 |
| SU0902 | 32 | WBA4W9C58KAF98735 | 2019/BMW/4 Series | | 36,909.00 | -2,854.00 | 0.00 | -34,055.00 |
| SU0903 | 32 | 55SWF8EB5KU291602 | 2019/Mercedes-Benz/C-Class | KEEP | 32,114.00 | -2,854.00 | 0.00 | -29,260.00 |
| SU0904 | 13 | SALYB2EX7LA248235 | 2020/Land Rover/Range Rover Velar | KEEP | 39,949.00 | -2,854.00 | 0.00 | -37,095.00 |
| SU0905 | 15 | 1C4PJMDX1KD463867 | 2019/Jeep/Cherokee | KEEP | 24,314.00 | -2,854.00 | 0.00 | 0.00 |
| SU0906 | 13 | 4JGDA5HB8GA763143 | 2016/Mercedes-Benz/GLE | KEEP | 27,809.00 | -2,854.00 | 0.00 | 0.00 |
| SU0907 | 13 | 5UXKR0C57F0K68296 | 2015/BMW/X5 | KEEP | 22,239.00 | -2,854.00 | 0.00 | 0.00 |
| SU0908 | 13 | 5UXXW3C38H0T80171 | 2017/BMW/X4 | KEEP | 28,459.00 | -2,854.00 | 0.00 | 0.00 |
| SU0909 | 13 | 55SWF8EB2KU290410 | 2019/Mercedes-Benz/C-Class | KEEP | 30,389.00 | -2,854.00 | 0.00 | 0.00 |
| SU0910 | 13 | 1FTEW1E45LFB57014 | 2020/Ford/F-150 | KEEP | 46,769.00 | -2,854.00 | 0.00 | 0.00 |
| SU0911 | 13 | ZAM57RTLXH1231694 | 2017/Maserati/Ghibli | KEEP | 31,864.00 | -2,854.00 | 0.00 | 0.00 |
| SU0912 | 13 | ZAM57YTA4K1314330 | 2019/Maserati/Ghibli | KEEP | 38,939.00 | -2,854.00 | 0.00 | 0.00 |
| SU0913 | 32 | WAUHGAFC5GN009650 | 2016/Audi/A6 | KEEP | 24,314.00 | -2,854.00 | 0.00 | 0.00 |
| SU0914 | 13 | 5UXKT0C31H0V96834 | 2017/BMW/X5 | KEEP | 28,459.00 | -2,854.00 | 0.00 | 0.00 |
| SU0915 | 32 | WBA7F2C5XJB238313 | 2018/BMW/7 Series | KEEP | 48,239.00 | -2,854.00 | 0.00 | 0.00 |
| SU0917 | 31 | 5UXTS3C57J0Y96586 | 2018/BMW/X3 | | 33,889.00 | -2,854.00 | 0.00 | -31,035.00 |
| SU0918 | 31 | WA1B4AFY8K2077765 | 2019/Audi/SQ5 | | 40,284.00 | -2,854.00 | 0.00 | -35,558.50 |
| SU0919 | 32 | JN1FV7ARXKM800675 | 2019/INFINITI/Q50 | | 34,039.00 | -2,854.00 | 0.00 | -29,625.75 |
| SU0920 | 32 | 4JGDF6EE5HA971763 | 2017/Mercedes-Benz/GLS | | 37,314.00 | -2,854.00 | 0.00 | -32,737.00 |
| SU0921 | 32 | WA1B4AFY3L2008709 | 2020/Audi/SQ5 | | 43,509.00 | -2,854.00 | 0.00 | -38,622.25 |
| SU0922 | 32 | 3C4NJDDB3LT203428 | 2020/Jeep/Compass | KEEP | 23,114.00 | -2,854.00 | 0.00 | -20,260.00 |
| SU0924 | 2 | WAUB8GFF7G1079982 | 2016/Audi/A3 | KEEP | 19,559.00 | -2,854.00 | -16,705.00 | 0.00 |
| SU0925 | 2 | 5UXKT0C57G0F75330 | 2016/BMW/X5 eDrive | KEEP | 23,914.00 | -2,854.00 | -21,060.00 | 0.00 |
| SU0926 | 2 | WAUJ8GFF3H1069141 | 2017/Audi/A3 Sedan | KEEP | 24,734.00 | -2,854.00 | -21,880.00 | 0.00 |
| SU0927 | 2 | 1C4PJMDX0KD349682 | 2019/Jeep/Cherokee | KEEP | 25,034.00 | -2,854.00 | -22,180.00 | 0.00 |
| SU0928 | 2 | 5UXTR9C52KLD94229 | 2019/BMW/X3 | KEEP | 27,759.00 | -2,854.00 | -24,905.00 | 0.00 |
| SU0929 | 2 | 55SWF8EB1KU299079 | 2019/Mercedes-Benz/C-Class | KEEP | 31,114.00 | -2,854.00 | -28,260.00 | 0.00 |
| SU0930 | 2 | WAUF2AFC3GN063552 | 2016/Audi/S6 | KEEP | 31,914.00 | -2,854.00 | -29,060.00 | 0.00 |
| SU0931 | 2 | ZAM56RRL7H1206150 | 2017/Maserati/Quattroporte | KEEP | 32,364.00 | -2,854.00 | -29,510.00 | 0.00 |
| SU0932 | 2 | WDDWF8EB5KR483992 | 2019/Mercedes-Benz/C-Class | KEEP | 32,414.00 | -2,854.00 | -29,560.00 | 0.00 |
| SU0933 | 2 | WA1AAAF78KD002872 | 2019/Audi/Q7 | KEEP | 34,244.00 | -2,854.00 | -31,390.00 | 0.00 |
| SU0934 | 2 | 1C4RJFAG5LC151163 | 2020/Jeep/Grand Cherokee | KEEP | 34,849.00 | -2,854.00 | -31,995.00 | 0.00 |
| SU0935 | 2 | JTJBARBZ0J2170755 | 2018/Lexus/NX | KEEP | 35,404.00 | -2,854.00 | -32,550.00 | 0.00 |
| SU0936 | 2 | WBAJE7C5XKWW08935 | 2019/BMW/5 Series | KEEP | 35,909.00 | -2,854.00 | -33,055.00 | 0.00 |

| ID | | VIN | Year/Make/Model | Status | | | | |
|---|---|---|---|---|---|---|---|---|
| SU0937 | 2 | 1FTEW1EP6KFA83546 | 2019/Ford/F-150 | KEEP | 35,909.00 | -2,854.00 | -33,055.00 | 0.00 |
| SU0938 | 2 | WAUL2AF25KN024528 | 2019/Audi/A6 | KEEP | 37,929.00 | -2,854.00 | -35,075.00 | 0.00 |
| SU0939 | 2 | ZAM45VLA3J0271216 | 2018/Maserati/GranTurismo | KEEP | 45,759.00 | -2,854.00 | -42,905.00 | 0.00 |
| SU0940 | 2 | WDD2J5KB1KA008452 | 2019/Mercedes-Benz/CLS | KEEP | 49,294.00 | -2,854.00 | -46,440.00 | 0.00 |
| SU0941 | 2 | WDDXK8CB3HA019917 | 2017/Mercedes-Benz/S-Class | KEEP | 63,684.00 | -2,854.00 | -60,830.00 | 0.00 |
| SU0942 | 2 | SALGS5SE6LA408198 | 2020/Land Rover/Range Rover | KEEP | 69,239.00 | -2,854.00 | -66,385.00 | 0.00 |
| SU0943 | 2 | WDDWJ8EBXKF826568 | 2019/Mercedes-Benz/C-Class | KEEP | 34,809.00 | -2,854.00 | 0.00 | 0.00 |
| SU0944 | 2 | WA1LAAF74JD052689 | 2018/Audi/Q7 | KEEP | 32,579.00 | -2,854.00 | 0.00 | 0.00 |
| SU0945 | 2 | WAUJ8GFF3J1059635 | 2018/Audi/A3 Sedan | KEEP | 25,099.00 | -2,854.00 | 0.00 | 0.00 |
| SU0946 | 2 | SCA666D53HU102728 | 2017/Rolls-Royce/Dawn | KEEP | 192,159.00 | -2,854.00 | 0.00 | 0.00 |
| SU844 | 33 | 5UXKR0C50G0S88326 | 2016/BMW/X5 | KEEP | 18,415.00 | 0.00 | 0.00 | -18,415.00 |
| SU848 | 29 | 1C4SDJCT3MC573598 | 2021/Dodge/Durango | KEEP | 41,084.00 | -2,854.00 | -38,035.00 | 0.00 |
| SU849 | 29 | 1C4SDJCT1MC520446 | 2021/Dodge/Durango | KEEP | 40,884.00 | -2,854.00 | -37,835.00 | 0.00 |
| SU851 | 29 | WBA7T4C00LGF97221 | 2020/BMW/7 Series | KEEP | 43,904.00 | -2,854.00 | -40,855.00 | 0.00 |
| SU852 | 27 | ZPBUA1ZL3KLA01428 | 2019/Lamborghini/Urus | KEEP | 189,924.00 | -2,854.00 | -192,000.00 | 0.00 |
| SU853 | 27 | WAU8DAF82KN005567 | 2019/Audi/A8 L | KEEP | 49,539.00 | -2,854.00 | -46,540.00 | 0.00 |
| SU854 | 27 | WA1LAAF7XKD020122 | 2019/Audi/Q7 | KEEP | 39,234.00 | -2,854.00 | -36,235.00 | 0.00 |
| SU856 | 27 | 5UXKU2C39H0U30344 | 2017/BMW/X6 | KEEP | 31,605.00 | 0.00 | 0.00 | 0.00 |
| SU857 | 26 | 5UXKR0C52G0U11852 | 2016/BMW/X5 | KEEP | 28,839.00 | -2,854.00 | 0.00 | -25,985.00 |
| SU858 | 26 | WA1EFCFSXGR007004 | 2016/Audi/Q3 | KEEP | 20,324.00 | -2,854.00 | 0.00 | 0.00 |
| SU862 | 21 | SCFSMGAW1LGN03929 | 2020/Aston Martin/Vantage | KEEP | 117,854.00 | -2,854.00 | 0.00 | 0.00 |
| SU863 | 21 | 7SAYGDEF2NF531053 | 2022/Tesla/Model Y | KEEP | 72,849.00 | -2,854.00 | 0.00 | 0.00 |
| SU867 | 19 | SALYL2RVXJA729681 | 2018/Land Rover/Range Rover Velar | KEEP | 37,679.00 | -2,854.00 | 0.00 | -34,825.00 |
| | | | | | 5,868,641.81 | -448,078.00 | -2,786,041.86 | -1,571,596.00 |

**Anthony Deo**

**NORTHSHORE MOTORS**

**Chief Operating Officer.**

180 Michael Drive
Syosset, NY 11791
www.NorthshoreMotors1.com
Ph.516.226.1400

Admin

This electronic message, including any and all attachments hereto, is intended solely to be used by the individual or entity to which it is addressed.  It may contain information which is privileged, confidential and otherwise exempt by law from disclosure.  If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to its intended recipient, you are herewith notified that any dissemination, distribution, copying or retention of this communication or the information contained herein is strictly prohibited.  If you have received this communication in error, please notify us by telephone immediately and permanently delete the original and any copy or printout thereof - Thank you.