

**From:** anthony deo <anthonyd@northshoremotors1.com>
**Sent:** Tuesday, March 21, 2023 1:52 PM
**To:** Bruce Novicky <bruce@teamauto.com>; Tonyu814@gmail.com <tonyu814@gmail.com>
**Subject:** Accounting

Good Morning Guys,

Ever since coming on board with you all I have been diligently working to make this venture successful. Below is a list of items that I would like to further discuss with you guys, as it shows tremendous misdoings in the accounting department.

- Su123 and su123lb have both been paid for with funds that were meant for deals during my regime. (Pls see attached)
- Tremain Guinn. A deal done in January. Has not been paid off of the NMAC floor plan. The funding from BOA for around $54k. Where is this money? The warranty wasn't paid for either.
- Qualite Lewis. The proceeds for this deal. Where is it? Was it transferred to Superb's Chase and how was NMAC paid?
- Jimmy Marine. The proceeds for this deal. Where is it? Was it transferred to Superb's Chase and how was NMAC paid?
- Bills paid fully from Superb. ( Pls see attached)
- Payroll that was not given back to Superb. ALLEN, DANIA ($12,472.50) .......Yvonne ( $14,964.90)
- Silverado floored twice and this vehicle DOES NOT EXIST!! 3GCPYFED9MG383394 ... SU 0786A
- RO;s not paid. But its taken out of the Financial statement.

- Transporter not Paid. But its taken out of the Financial statement.

**Anthony Deo**

**NORTHSHORE MOTORS**
**Chief Operating Officer.**
180 Michael Drive
Syosset, NY 11791
www.NorthshoreMotors1.com
Ph.516.226.1400

Admin

This electronic message, including any and all attachments hereto, is intended solely to be used by the individual or entity to which it is addressed. It may contain information which is privileged, confidential and otherwise exempt by law from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to its intended recipient, you are herewith notified that any dissemination, distribution, copying or retention of this communication or the information contained herein is strictly prohibited. If you have received this communication in error, please notify us by telephone immediately and permanently delete the original and any copy or printout thereof - Thank you.