

**PLAINTIFF'S EXHIBIT**

CASE NO. _____

EXHIBIT NO. 18D

---

**From:** Williams, Erika <WilliaE@NMAC.COM>
**Sent:** Wednesday, April 12, 2023 10:31 AM
**To:** Alysia Cayer <alysia@teamauto.com>; Tony Urrutia <tony@teamauto.com>; Bruce Novicky <bruce@teamauto.com>
**Cc:** RFP Letters <RFPLetters@nmac.com>; Bennetta, Joe <Joe.Bennetta@nissan-usa.com>; Eirich, John <eirichj@NMAC.COM>; Cicchini, Lisa <lisa.cicchini@nissan-usa.com>
**Subject:** 08085 SUPERB MOTORS INC. - Request For Payment



Nissan Motor Acceptance Company LLC
Infiniti Financial Services
Irving, Texas 75063
Phone: (800) 319-5370 - 1 - 4205

**Request For Payment**



Today's Date: 04/12/2023                                   Audit date: 04/11/2023
Dealer: 08085 SUPERB MOTORS INC.

TO: Alysia Cayer; Bruce,
The following units were listed as being sold and unpaid, from the most recent floorplan audit of your dealership. Our records indicate that payment was, or will be due by the Payment Due Dates listed.

Please initiate the payoffs in NMAC's Wholesale Finance System – (WFS) to be received by the noted Payment Due Dates. WFS payment funds are not deducted from your operating account until the next business day; therefore, all payoffs must be initiated one business day prior to their due date, to be received on time.
If you have any questions or need additional information, please do not hesitate to call.
Sincerely,
Erika Williams
214-596-4205

Total Units:10
Total Balance Due:$308,594.12

| VIN | Sold Date | Balance | Customer | Finance Source | Payment Due Date |
|---|---|---|---|---|---|
| 5UXKS4C54J0Y20521 | 04/03/2023 | $32,300.00 | Atamanyuk, Andriy | Contract - Other | 04/13/2023 |
| 55SWF4KB3HU194811 | 04/08/2023 | $21,160.00 | AA Auto Class | Wholesale Unit - Other | 04/13/2023 |
| 2HKRW2H58JH647851 | 04/06/2023 | $25,675.00 | Hewitt, Melejeh | Contract - Other | 04/17/2023 |
| 1FTEW1EP6KFA83546 | 04/06/2023 | $33,055.00 | Martinez, Karla | Contract - Other | 04/17/2023 |
| 1C4NJDEB6GD708034 | 04/07/2023 | $10,600.00 | Washington, Myeir | Contract - Other | 04/17/2023 |
| SALYL2RVXJA729681 | 04/10/2023 | $37,150.00 | LNF Luxury Motors | Wholesale Unit - Other | 04/17/2023 |
| SALYL2RXXJA714714 | 04/08/2023 | $38,505.00 | Zuric, Spasoje | Contract - Other | 04/18/2023 |
| 55SWF8EB5KU291602 | 04/08/2023 | $29,260.00 | Houghton, Aurora | Contract - Other | 04/18/2023 |
| 1C4SDJCT1MC520446 | 04/10/2023 | $36,889.12 | Jarvis, Allan | Contract - Other | 04/20/2023 |
| 3GCPYFED9MG383394 | 04/11/2023 | $44,000.00 | Torres, Juan Carlos | Contract - Other | 04/21/2023 |

**As a reminder, to avoid incurring late charges, sign lease payments must be received by NMAC by the 10th of each month and wholesale charges and loan payments must be received by NMAC by the 15th of each month.**

Sincerely,

**ERIKA WILLIAMS**
Auditor Rep / EIPP-CPP Administrator
Inventory Control Department

Nissan Motor Acceptance Company LLC
Phone: +1-214-596-4205
Fax: +1-972-607-8205

Case 2:23-cv-08030-BRM-JSA Document 157-9 Filed 03/22/24 Page 3 of 3 PageID: 3334


