

**From:** anthony deo <anthonyd@northshoremotors1.com>
**Sent:** Saturday, April 29, 2023 3:23 PM
**To:** Bruce Novicky <bruce@teamauto.com>; Kendra Kernizant <kendra.kernizant@teamauto.com>
**Cc:** Tony Urrutia (tonyu814@gmail.com) <tonyu814@gmail.com>
**Subject:** Re: Sold cars during physical

SU0750A – ON NMAC ( This is a 2007 corolla. how is it on NMAC?)
SU0751-  Vanesa Carillo ( On VW) (Funded, Awaiting funds)
SU0819A  (This is that Silverado that does not exist) (Kendra pls remove this from Tekion completely)
SU0887A   (This was just sold on Friday)
SU0908A – ON NMAC  (just sold on ACV) Kendra pls bill out and pay off.
SU0941A    (Just sold on ACV. Kendra pls bill out)
SU1002A
SU1008 – ON NMAC (Sold thru VW) ( Kendra pls pay off)
SU1017 – ON NMAC (vanhosen…. Deal is getting re-contracted and re-submitted)
SU1037 – ON NMAC
SU1082 (just sold Backlots. Kendra pls bill out)
SU1120 (refi deal)
SU1123 ( Sold ACV.  Kendra pls bill out)
SU848A

**From:** Bruce Novicky <bruce@teamauto.com>

**Sent:** Saturday, April 29, 2023 1:56 PM
**To:** Kendra Kernizant <kendra.kernizant@teamauto.com>; anthony deo <anthonyd@northshoremotors1.com>
**Cc:** Tony Urrutia (tonyu814@gmail.com) <tonyu814@gmail.com>
**Subject:** Sold cars during physical

These cars Frank found were sold but not billed out, also 5 of them are on NMAC and need to get paid ASAP if wholesale or by age if retail.

SU0750A – ON NMAC
SU0751
SU0819A
SU0887A
SU0908A – ON NMAC
SU0941A
SU1002A
SU1008 – ON NMAC
SU1017 – ON NMAC
SU1037 – ON NMAC
SU1082
SU1120
SU1123
SU848A


**Bruce Novicky**
Chief Operating Officer | **Team Auto Group**
Office 860.900.0660
Email bruce@teamauto.com