**Emanuel Kataev <mail@emanuelkataev.com>**

## Fw: 08085 SUPERB MOTORS INC. - Request For Payment

**Bruce Novicky** <bruce@teamauto.com>   Thu, Mar 21, 2024 at 3:25 PM
To: Emanuel Kataev <mail@emanuelkataev.com>, Jamie Felsen <jamiefelsen@mllaborlaw.com>
Cc: tonyu814 <tonyu814@gmail.com>

**From:** Williams, Erika <WilliaE@NMAC.COM>
**Sent:** Thursday, July 6, 2023 9:01:59 AM
**To:** Tony Urrutia <tony@teamauto.com>; Bruce Novicky <bruce@teamauto.com>
**Cc:** RFP Letters <RFPLetters@nmac.com>; Bennetta, Joe <Joe.Bennetta@nissan-usa.com>; Eirich, John <eirichj@NMAC.COM>; Cicchini, Lisa <lisa.cicchini@nissan-usa.com>
**Subject:** 08085 SUPERB MOTORS INC. - Request For Payment



Nissan Motor Acceptance Company LLC
Infiniti Financial Services
Irving, Texas 75063
Phone: (800) 319-5370 - 1 - 4205
Request For Payment



Today's Date:07/06/2023   Audit date:07/05/2023
Dealer:08085 SUPERB MOTORS INC.

TO: Keshia Lewis ; Bruce,
The following units were listed as being sold and unpaid, from the most recent floorplan audit of your dealership. Our records indicate that payment was, or will be due by the Payment Due Dates listed.
Please initiate the payoffs in NMAC's Wholesale Finance System – (WFS) to be received by the noted Payment Due Dates. WFS payment funds are not deducted from your operating account until the next business day; therefore, all payoffs must be initiated one business day prior to their due date, to be received on time.
If you have any questions or need additional information, please do not hesitate to call.
Sincerely,
**Erika Williams**
**214-596-4205**

Total Units:17
Total Balance Due:$530,115.00

| VIN | Sold Date | Balance | Customer | Finance Source | Payment Due Date |
|---|---|---|---|---|---|

| VIN | Date | Amount | Name | Type | Due Date |
|---|---|---|---|---|---|
| SALYL2RXXJA714714 | 07/01/2023 | $34,575.00 | Key, David | Contract - Other | 07/11/2023 |
| WAUDNAF43KA062859 | 07/01/2023 | $22,480.00 | Uddin, Mohammed | Contract - Other | 07/11/2023 |
| 5UXKR0C32H0V78986 | 07/01/2023 | $28,010.00 | Willis, Desiree | Contract - Other | 07/11/2023 |
| WBA4E5C55HG189025 | 07/01/2023 | $28,010.00 | Thompson, O'Neil | Contract - Other | 07/11/2023 |
| WBA5B3C50GG260101 | 07/02/2023 | $22,630.00 | Doll, Marie | Contract - Other | 07/12/2023 |
| 5UXXW7C50J0W65221 | 07/03/2023 | $33,510.00 | Ichkitidze, Archili | Contract - Other | 07/13/2023 |
| 1G1FB1RS8J0126471 | 07/03/2023 | $22,475.00 | Quintanilla, Braylin | Contract - Other | 07/13/2023 |
| 1FATP8UH6K5190020 | 07/03/2023 | $26,285.00 | Chisaquinga, Jaime | Contract - Other | 07/13/2023 |
| WBA4W9C54KAF94021 | 07/04/2023 | $34,450.00 | Garcia, Jose | Contract - Other | 07/14/2023 |
| WBXHT3C37H5F87206 | 07/04/2023 | $22,080.00 | Jones, Tasha | Contract - Other | 07/14/2023 |
| 3GCPYFED9MG383394 | 07/04/2023 | $51,750.00 | Miller, Shawn | Contract - Other | 07/14/2023 |
| SALGS2FV0HA367910 | 07/04/2023 | $41,285.00 | Alvarez, Laura | Contract - Other | 07/14/2023 |
| SALYL2RXXJA741136 | 07/04/2023 | $39,620.00 | Lopez, Tamara | Contract - Other | 07/14/2023 |
| WDDLJ9BBXGA169966 | 07/04/2023 | $31,940.00 | Banfield, Brandon | Contract - Other | 07/14/2023 |
| WBA8B7C57JA577145 | 07/04/2023 | $36,540.00 | Nicolas, Ernest | Contract - Other | 07/14/2023 |
| WDDWJ8EBXKF826568 | 07/04/2023 | $31,995.00 | Denis, Geovani | Contract - Other | 07/14/2023 |
| WDDSJ4GB3JN655333 | 07/04/2023 | $22,480.00 | Hudson, Orland | Contract - Other | 07/14/2023 |

**As a reminder, to avoid incurring late charges, sign lease payments must be received by NMAC by the 10th of each month and wholesale charges and loan payments must be received by NMAC by the 15th of each month.**



Sincerely,

**ERIKA WILLIAMS**
Sr. Audit Rep / EIPP-CPP Admin
Inventory Control

Nissan Motor Acceptance Company LLC
Phone: +1-214-596-4205
Fax: +1-972-607-8205


