






**Superb Motors Inc**
215 Northern Blvd
Great Neck
NY, 11021
https://www.superbmotorgroup.com/
(999) 999 9999

Shawn M Miller
294540
-

**Deal Recap**
13130
In F&I
Jul 4 2023

**2021 Chevrolet Silverado 1500**
#SU1307  Used
3GCPYFED9MG383394
23300 mi
230 days in stock
0 lb Unladen Weight / 0 lb Gross
Vehicle WT

**ALLY BANK**
$1,542.08/mo
$5,600.00 Customer Cash
$65,448.34 Amount Financed
Aug 18 2023 First Payment Date
19% 17% 2% Sell/Buy/Spread
Term 72 Mo

**Dates**
Reserved Date:
Sold Date:
Contract Date: Jul 4 2023
Pre close Date:
Final Accounting Date

| Front Gross | Description | Sale $65,000.00 | Cost $52,486.00 | Dealer Gross $12,514.00 |
|---|---|---|---|---|
| Vehicle Sale | SU1307 | $65,000.00 | $52,486.00 | $12,514.00 |

| Back Gross | Description | Sale $5,457.20 | Cost $0.00 | Dealer Gross $5,457.20 |
|---|---|---|---|---|
| Financial Reserve | ALLY BANK | $5,457.20 | | $5,457.20 |

| Total Sales | Sale $70,457.20 | Cost $52,486.00 | Dealer Gross $17,971.20 |
|---|---|---|---|

| Other Charges | Amount $427.00 |
|---|---|
| DOC Fee | $175.00 |
| Inspection Fee | $37.00 |
| RegistrationFee | $215.00 |

| Taxes Charged (8.625 %) | Amount $5,621.34 |
|---|---|
| Vehicle Sales Tax | $5,621.34 |

**Commissions**

| Role | Employee | Comm. Plan | Credit % | Base Comm. | Spiff | Total |
|---|---|---|---|---|---|---|
| Sales Manager | ANTHONY DEO (0000) | - | 100 | - | - | - |

© Tekion Corp 2024

Page 1 of 2
Mon Feb 19, 2024 | 2:49 PM



**Superb Motors Inc**
215 Northern Blvd
Great Neck
NY, 11021
https://www.superbmotorgroup.com/
(999) 999 9999

Shawn M Miller
294540

**Deal Recap**
13130
In F&I

Jul 4 2023

---

## Summary

**Total Dealer Gross Profit**
$17,971.20

**Total Deal Commission**
-

**Dealer Net Gross Profit**
$17,971.20

**Holdback**
-

**Total Cost Adjustment**
-

**Commissionable Gross**
-