**SUPPLEMENTAL ASSIGNMENT OF OWNERSHIP AND/OR BILL OF SALE**
Q-1 REV. 11-18

STATE OF CONNECTICUT
**DEPARTMENT OF MOTOR VEHICLES**

**INSTRUCTIONS FOR A VEHICLE:**
1. Complete Sections 1, 2, 3 and the *SIGNATURE AND CERTIFICATION BY SELLER(S) SECTION*.
2. This form can be used as a **BILL OF SALE** or to assign ownership when the assignment areas on the back of a **TITLE** are filled.
3. This form must be accompanied by the most recent **TITLE** issued for the vehicle.

**WARNING:** Federal law requires that you state the mileage in connection with a transfer of ownership. Failure to complete the Odometer Disclosure Statement or providing a false statement may result in fines and/or imprisonment.

## ASSIGNMENT OF OWNERSHIP

SELLER(S): The undersigned seller(s) hereby state(s) the vehicle described on this title was transferred to the buyer(s) specified below. BUYER(S): Do not sign below until all sections have been completed and signed by seller(s). Signing below indicates you are aware of the CONDITION STATEMENT and ODOMETER DISCLOSURE STATEMENT made by seller(s).

**SECTION 1 — Vehicle Information**

| TITLE NUMBER | ISSUED BY THE STATE OF: |
|---|---|
| 7700512837728965 | Georgia |

| MAKE / MODEL | YEAR | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|
| ISUZU NRR | 2021 | JALE5W162M7301006 |

Was this vehicle at the time of sale in condition for legal operation on the highway(s) of this state? *(Only Dealers must respond to this question)* ☐ YES ☐ NO

I state that, to the best of my knowledge and belief, the odometer reading specified below reflects the actual mileage, unless one of the following statements is checked:

**ODOMETER READING** *(No tenths)* [ ][ ][ ][ ][ ][ ]

☐ I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits. *(The odometer started at zero again.)*

☐ I hereby certify that the odometer reading is not actual mileage. WARNING: ODOMETER DISCREPANCY

**SECTION 2 — Buyer(s)**

NAME OF BUYER: VW of Freehold
CHECK ONE IF CO-OWNED: ☐ AND ☐ OR
NAME OF CO-BUYER: 

ADDRESS OF BUYER(S): 4360 US RT 9 Freehold NJ 07728

SIGNATURE OF BUYER(S): X [signature]
SIGNATURE OF CO-BUYER:
DEALER'S LIC. NO.:
DATE SIGNED:

**SECTION 3 — Seller(s)**

NAME OF SELLER(S): Team Mitsubishi Hartford
DATE SOLD:

ADDRESS OF SELLER(S): 412 New Park Ave Hartford CT 06106
DEALER'S LIC. NO.: N2754

## SIGNATURE AND CERTIFICATION BY SELLER(S)

I (we) declare under penalty of false statement that the information furnished above is true and complete to the best of my (our) knowledge and belief. The owner (seller) of this motor vehicle described above hereby transfers to the buyer the described motor vehicle in consideration of the amount (selling price) entered below, receipt hereby acknowledged.

| SIGNATURE OF SELLER(S) | PRINTED NAME OF SELLER(S) | SELLING PRICE | DATE SIGNED |
|---|---|---|---|
| X [signature] | Aliyah Bennett | $ | |

**SUPPLEMENTAL ASSIGNMENT OF OWNERSHIP AND/OR BILL OF SALE**
Q-1V REV. 11-18

STATE OF CONNECTICUT
**DEPARTMENT OF MOTOR VEHICLES**

**INSTRUCTIONS FOR A VESSEL:**
1. Complete Sections 1, 2, 3 and the *SIGNATURE AND CERTIFICATION BY SELLER(S) SECTION.*
2. This form is used as a BILL OF SALE.

## ASSIGNMENT OF OWNERSHIP

SELLER(S): The undersigned seller(s) hereby state(s) the vessel described on this title was transferred to the buyer(s) specified below. BUYER(S): Do not sign below until all sections have been completed and signed by seller(s).

**SECTION 1 — Vessel Information**

| MAKE / MODEL | | MODEL YEAR | HULL IDENTIFICATION NUMBER *(Required if built 1973 or later)* |
|---|---|---|---|
| COLOR - PRIMARY/SECONDARY | MODEL | LENGTH | OUT OF STATE VESSEL NUMBER / STATE |
| STATE(S) WHERE PREVIOUSLY REGISTERED | | STATE(S) WHERE PREVIOUSLY TITLED | |

☐ CHECK HERE IF TITLE WAS PREVIOUSLY BRANDED

LIST STATE(S) ISSUING BRANDED TITLE

**SECTION 2 — Buyer(s)**

| NAME OF BUYER *(Please print)* | CHECK ONE IF CO-OWNED ☐ AND  ☐ OR | NAME OF CO-BUYER *(Please print)* | |
|---|---|---|---|
| ADDRESS OF BUYER(S) | | | DEALER'S LIC. NO. *(If dealer)* |
| SIGNATURE OF BUYER(S) *(Or authorized official)*  X | SIGNATURE OF CO-BUYER *(Authorized official)* | | DATE SIGNED |

**SECTION 3 — Seller(s)**

| NAME OF SELLER(S) *(Please print)* | | | DATE SOLD |
|---|---|---|---|
| ADDRESS OF SELLER(S) *(Please print)* | | | DEALER'S LIC. NO. *(If dealer)* |

## SIGNATURE AND CERTIFICATION BY SELLER(S)

I (we) declare under penalty of false statement that the information furnished above is true and complete to the best of my (our) knowledge and belief. The owner (seller) of this vessel described above hereby transfers to the buyer the described vessel in consideration of the amount (selling price) entered below, receipt hereby acknowledged.

| SIGNATURE OF SELLER(S) *(Or authorized official)*  X | PRINTED NAME OF SELLER(S) *(Authorized official)* | SELLING PRICE  $ | DATE SIGNED |
|---|---|---|---|

## THIS SIDE OF FORM FOR VESSEL/BOATS ONLY

# Georgia Certificate of Title

0000000001048196
H41705

**DISCLAIMER: DO NOT ACCEPT THIS TITLE WITHOUT THE SECURITY THREAD LOCATED APPROXIMATELY TWO INCHES FROM LEFT EDGE.**

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | TYPE OF BODY | MODEL | ODOMETER* | CYL | DATE ISSUED |
|---|---|---|---|---|---|---|---|
| JALE5W162M7301006 | ISUZU | 2021 | TRUCK | NRR | 000100 | 4 | 10/13/2020 |
| JALE5W162M7301006 | | | | | 000100 | | |

OBE2 30502

| DATE VEHICLE PUR | FUEL | NEW OR USED | PREVIOUS TITLE NBR / STATE OF ISSUE | NBR OF LIENS | COLOR | CURRENT TITLE NUMBER |
|---|---|---|---|---|---|---|
| 09/29/2020 | DIESEL | New | | 0 | WHI | 770051283728965 |

MAIL TO:

ARI FLEET LT
4001 LEADENHALL RD
MOUNT LAUREL NJ 08054-0000

**OWNER**

ARI FLEET LT
63 PIERCE RD
WINDER GA 30680-7280

* ODOMETER READING IS ACTUAL MILEAGE OF THE VEHICLE UNLESS OTHERWISE INDICATED BELOW.

**1ST LIEN OR SECURITY INTEREST**

**2ND LIEN OR SECURITY INTEREST**

**3RD LIEN OR SECURITY INTEREST**

The Georgia Department of Revenue issued this title pursuant to the Motor Vehicle Certificate of Title Act and this title is subject to its provisions. The Department certifies that on application duly made, the person named herein is registered as the lawful owner of the vehicle described subject to any liens or security interests set forth and such liens or security interests as may subsequently be filed with the Commissioner.

**RELEASE OF LIEN OR SECURITY INTEREST**

DATE OF RELEASE   SECURITY INTEREST HOLDER   AUTHORIZED AGENT

1ST LIEN _____ BY _____
2ND LIEN _____ BY _____
3RD LIEN _____ BY _____

1051180481

STATE REVENUE COMMISSIONER

55977680

T/O REV. 2/19

THIS TITLE MUST BE TRANSFERRED IMMEDIATELY INTO THE NEW OWNER'S NAME WITHIN 60 FINE OF ASSIGNMENT AND ACCEPTANCE OR DELIVERY OF EACH CERTIFICATE OF TITLE ASSIGNED IN BLANK. **TAG REGISTRATION MUST BE TRANSFERRED WITHIN 30 DAYS OR OWNER WILL BE SUBJECT TO FINE OF UP TO $100.** NEW VEHICLES MUST BE REGISTERED WITHIN 30 DAYS OF THE DATE OF PURCHASE. OWNER MUST COMPLETE ALL SPACES IN FULL. DO NOT USE RED INK. **NOTICE:** ANY ALTERATION VOIDS THIS TITLE.

## ASSIGNMENT AND WARRANTY OF TITLE BY OWNER

TO BE COMPLETED BY SELLER and delivered with the vehicle to the purchaser. Effective July 1, 2008, an application for new Certificate of Title must be made by purchaser on title application form and filed within 30 days of date of purchase in order to avoid $10.00 penalty. If the vehicle described hereon is junked or dismantled, this Certificate of Title must be returned to the Motor Vehicle Division within 72 hours. FEDERAL and State Law requires that you state the odometer reading in connection with transfer of ownership. Failure to complete ODOMETER STATEMENT OR providing a FALSE STATEMENT may result in fines and/or imprisonment. The undersigned hereby sells, assigns or transfers the vehicle described on the face of this certificate to:

**ALL BLOCKS MUST BE COMPLETED ACCURATELY. SUBMIT SIGNED & NOTARIZED AFFIDAVITS EXPLAINING ANY ERRORS.**

### NOTICE TO BUYER

PURCHASER'S LEGAL NAME: RUSH TRUCK CENTERS OF KANSAS
STREET OR R.F.D. NO.: 11525 S. Rogers Road
CITY, STATE & ZIP CODE: Olathe KS, 66062
COUNTY OF RESIDENCE:
DATE OF SALE/TRANSFER: 4/14/23

ODOMETER READING: 41095  NO TENTHS

Transferor's (SELLER'S) Printed Name: Christopher Siemien
Transferor's (SELLER'S) Signature: X [signature]
Transferee's (BUYER'S) Printed Name: Sam Datton
Transferee's (BUYER'S) Signature: X Sam Datten

### 1st DEALER'S ASSIGNMENT

Purchaser's Legal Name: **MGT LEASE CO LLC**
Purchaser's Address: **175 NORTHPOINT AVE STE 113A HIGH POINT NC 27262**
County of Residence:

Dealer's Permanent ID Number: D-0706
Registered Dealer's Name: **Rush Truck Center of Kansas**

ODOMETER READING: 41096  NO TENTHS
Date of Sale/Transfer: 4/17/23

Transferor's (SELLER'S) Printed Name: Sam Datton
Transferor's (SELLER'S) Signature: X Sam Datten
Transferee's (BUYER'S) Printed Name: Thomas Gavlik
Transferee's (BUYER'S) Signature: X [signature]

### 2nd DLR. ASSIGNMENT

Purchaser's Legal Name: Tucker Leasing, Inc.
Purchaser's Address: **95A W. Jersey St Orlando FL 32806**
County of Residence:

Dealer's Permanent ID Number: 80406
Registered Dealer's Name: MGT Lease Co LLC

ODOMETER READING: 41096  NO TENTHS
Date of Sale/Transfer: 4/18/23

Transferor's (SELLER'S) Printed Name: Thomas Gavlik
Transferor's (SELLER'S) Signature: X [signature]
Transferee's (BUYER'S) Printed Name: JHall
Transferee's (BUYER'S) Signature: X [signature]

### 3rd DLR. ASSIGNMENT

Purchaser's Legal Name: Team Mitsubishi Hartford
Purchaser's Address: 412 New Park Ave Hartford CT 06106
County of Residence:

Dealer's Permanent ID Number: VI10134951
Registered Dealer's Name: Tucker Leasing, Inc.

ODOMETER READING: 41097  NO TENTHS
Date of Sale/Transfer: 6/30/23

Transferor's (SELLER'S) Printed Name: JHall
Transferor's (SELLER'S) Signature: X [signature]
Transferee's (BUYER'S) Printed Name: Aliyah Bennett
Transferee's (BUYER'S) Signature: X AYB

### LIEN OR SECURITY INTEREST HOLDER TO BE RECORDED ON NEW TITLE

The lien/security interest holder must be shown on the title application

LIEN/SECURITY INTEREST HOLDER'S Name:
LIEN/SECURITY INTEREST HOLDER'S Address:

ATTN: DEALERS AND DISTRIBUTORS. Retain a copy of front and back of this document. Retention period: 3 Years.

**NOTICE: ANY ALTERATION OR ERASURE VOIDS THIS TITLE**

**SUPPLEMENTAL ASSIGNMENT OF OWNERSHIP AND/OR BILL OF SALE**
Q-1 REV. 11-18

STATE OF CONNECTICUT
**DEPARTMENT OF MOTOR VEHICLES**

**INSTRUCTIONS FOR A VEHICLE:**
1. Complete Sections 1, 2, 3 and the *SIGNATURE AND CERTIFICATION BY SELLER(S) SECTION.*
2. This form can be used as a **BILL OF SALE** or to assign ownership when the assignment areas on the back of a **TITLE** are filled.
3. This form must be accompanied by the most recent **TITLE** issued for the vehicle.

**WARNING:** Federal law requires that you state the mileage in connection with a transfer of ownership. Failure to complete the Odometer Disclosure Statement or providing a false statement may result in fines and/or imprisonment.

## ASSIGNMENT OF OWNERSHIP

SELLER(S): The undersigned seller(s) hereby state(s) the vehicle described on this title was transferred to the buyer(s) specified below. BUYER(S): Do not sign below until all sections have been completed and signed by seller(s). Signing below indicates you are aware of the CONDITION STATEMENT and ODOMETER DISCLOSURE STATEMENT made by seller(s).

**SECTION 1 — Vehicle Information**
- TITLE NUMBER: 77004926191690S
- ISSUED BY THE STATE OF: Georgia
- MAKE / MODEL: Isuzu NRR
- YEAR: 2020
- VEHICLE IDENTIFICATION NUMBER: JALE5W164L7306190
- Was this vehicle at the time of sale in condition for legal operation on the highway(s) of this state? (Only Dealers must respond to this question) [ ] YES [ ] NO
- ODOMETER READING (No tenths): [blank]
  - [ ] I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits. (The odometer started at zero again.)
  - [ ] I hereby certify that the odometer reading is not actual mileage. WARNING: ODOMETER DISCREPANCY

**SECTION 2 — Buyer(s)**
- NAME OF BUYER: VW of Freehold
- CHECK ONE IF CO-OWNED: [ ] AND [ ] OR
- NAME OF CO-BUYER: [blank]
- ADDRESS OF BUYER(S): 4360 US RT 9 Freehold NJ 07728
- DEALER'S LIC. NO.: [blank]
- SIGNATURE OF BUYER(S): X [signed]
- SIGNATURE OF CO-BUYER: [blank]
- DATE SIGNED: [blank]

**SECTION 3 — Seller(s)**
- NAME OF SELLER(S): Team Mitsubishi Hartford
- DATE SOLD: [blank]
- ADDRESS OF SELLER(S): 412 New Park Ave Hartford CT 06106
- DEALER'S LIC. NO.: N2754

## SIGNATURE AND CERTIFICATION BY SELLER(S)

I (we) declare under penalty of false statement that the information furnished above is true and complete to the best of my (our) knowledge and belief. The owner (seller) of this motor vehicle described above hereby transfers to the buyer the described motor vehicle in consideration of the amount (selling price) entered below, receipt hereby acknowledged.

- SIGNATURE OF SELLER(S): X AB
- PRINTED NAME OF SELLER(S): Aliyah Bennett
- SELLING PRICE: $
- DATE SIGNED: [blank]

**SUPPLEMENTAL ASSIGNMENT OF OWNERSHIP AND/OR BILL OF SALE**
Q-1V REV. 11-18

**STATE OF CONNECTICUT**
**DEPARTMENT OF MOTOR VEHICLES**

**INSTRUCTIONS FOR A VESSEL:**
1. Complete Sections 1, 2, 3 and the *SIGNATURE AND CERTIFICATION BY SELLER(S) SECTION*.
2. This form is used as a BILL OF SALE.

## ASSIGNMENT OF OWNERSHIP

SELLER(S): The undersigned seller(s) hereby state(s) the vessel described on this title was transferred to the buyer(s) specified below. BUYER(S): Do not sign below until all sections have been completed and signed by seller(s).

**SECTION 1 — Vessel Information**

| MAKE / MODEL | | MODEL YEAR | HULL IDENTIFICATION NUMBER *(Required if built 1973 or later)* | |
|---|---|---|---|---|
| COLOR - PRIMARY/SECONDARY | MODEL | | LENGTH | OUT OF STATE VESSEL NUMBER / STATE |
| STATE(S) WHERE PREVIOUSLY REGISTERED | | | STATE(S) WHERE PREVIOUSLY TITLED | |

☐ CHECK HERE IF TITLE WAS PREVIOUSLY BRANDED

LIST STATE(S) ISSUING BRANDED TITLE

**SECTION 2 — Buyer(s)**

| NAME OF BUYER *(Please print)* | CHECK ONE IF CO-OWNED ☐ AND ☐ OR | NAME OF CO-BUYER *(Please print)* |
|---|---|---|
| ADDRESS OF BUYER(S) | | DEALER'S LIC. NO. *(If dealer)* |
| SIGNATURE OF BUYER(S) *(Or authorized official)* X | SIGNATURE OF CO-BUYER *(Authorized official)* | DATE SIGNED |

**SECTION 3 — Seller(s)**

| NAME OF SELLER(S) *(Please print)* | DATE SOLD |
|---|---|
| ADDRESS OF SELLER(S) *(Please print)* | DEALER'S LIC. NO. *(If dealer)* |

## SIGNATURE AND CERTIFICATION BY SELLER(S)

I (we) declare under penalty of false statement that the information furnished above is true and complete to the best of my (our) knowledge and belief. The owner (seller) of this vessel described above hereby transfers to the buyer the described vessel in consideration of the amount (selling price) entered below, receipt hereby acknowledged.

| SIGNATURE OF SELLER(S) *(Or authorized official)* X | PRINTED NAME OF SELLER(S) *(Authorized official)* | SELLING PRICE $ | DATE SIGNED |
|---|---|---|---|

### THIS SIDE OF FORM FOR VESSEL/BOATS ONLY

# Georgia Certificate of Title

0000000001044468
HU1704

**DISCLAIMER: DO NOT ACCEPT THIS TITLE WITHOUT THE SECURITY THREAD LOCATED APPROXIMATELY TWO INCHES FROM LEFT EDGE.**

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | TYPE OF BODY | MODEL | ODOMETER* | CYL | DATE ISSUED |
|---|---|---|---|---|---|---|---|
| JALE5W164L7306190 | ISUZU | 2020 | TRUCK | NRR | 000100 | 4 | 09/21/2020 |
| JALE5W164L7306190 | | | | | 000100 OBE2 | | 30477 |

| DATE VEHICLE PUR | FUEL | NEW OR USED | PREVIOUS TITLE NBR / STATE OF ISSUE | NBR OF LIENS | COLOR | CURRENT TITLE NUMBER |
|---|---|---|---|---|---|---|
| 09/08/2020 | DIESEL | New | | 0 | WHI | 770049261916965 |

MAIL TO:

ARI FLEET LT
4001 LEADENHALL RD
MOUNT LAUREL NJ 08054-0000

TO

**OWNER**

ARI FLEET LT
63 PIERCE RD
WINDER GA 30680-7280

* ODOMETER READING IS ACTUAL MILEAGE OF THE VEHICLE UNLESS OTHERWISE INDICATED BELOW.

**1ST LIEN OR SECURITY INTEREST**

**2ND LIEN OR SECURITY INTEREST**

**3RD LIEN OR SECURITY INTEREST**

**RELEASE OF LIEN OR SECURITY INTEREST**

DATE OF RELEASE   SECURITY INTEREST HOLDER   AUTHORIZED AGENT

1ST LIEN _____ BY _____
2ND LIEN _____ BY _____
3RD LIEN _____ BY _____

The Georgia Department of Revenue issued this title pursuant to the Motor Vehicle Certificate of Title Act and this title is subject to its provisions. The Department certifies that on application duly made, the person named herein is registered as the lawful owner of the vehicle described subject to any liens or security interests set forth and such liens or security interests as may subsequently be filed with the Commissioner.

1051017598   

STATE REVENUE COMMISSIONER

55823691

T/O REV. 2/19

THIS TITLE MUST BE TRANSFERRED IMMEDIATELY INTO THE NEW OWNER'S NAME. CAUTION: UPON FINAL 90 DAYS WITHOUT APPOINTMENT: NO ACCEPTANCE OR DELIVERY OF EACH CERTIFICATE OF TITLE ASSIGNED IN BLANK. **TAG REGISTRATION MUST BE TRANSFERRED WITHIN 30 DAYS** OR OWNER WILL BE SUBJECT TO **FINE OF UP TO $100.** NEW VEHICLES MUST BE REGISTERED WITHIN 30 DAYS OF THE DATE OF PURCHASE. OWNER MUST COMPLETE ALL SPACES IN FULL. DO NOT USE RED INK. **NOTICE:** ANY ALTERATION VOIDS THIS TITLE.

## ASSIGNMENT AND WARRANTY OF TITLE BY OWNER

TO BE COMPLETED BY SELLER and delivered with the vehicle to the purchaser. Effective July 1, 2008, an application for new Certificate of Title must be made by purchaser on title application form and filed within 30 days of date of purchase in order to avoid $10.00 penalty. If the vehicle described hereon is junked or dismantled, this Certificate of Title must be returned to the Motor Vehicle Division within 72 hours. FEDERAL and State Law requires that you state the odometer reading in connection with transfer of ownership. Failure to complete ODOMETER STATEMENT OR providing a FALSE STATEMENT may result in fines and/or imprisonment. The undersigned hereby sells, assigns or transfers the vehicle described on the face of this certificate to:

**ALL BLOCKS MUST BE COMPLETED ACCURATELY. SUBMIT SIGNED & NOTARIZED AFFIDAVITS EXPLAINING ANY ERRORS.**

| | |
|---|---|
| PURCHASER'S LEGAL NAME | RUSH TRUCK CENTERS OF KANSAS |
| STREET OR R.F.D. NO. | 11525 S. Rogers Road |
| CITY, STATE & ZIP CODE | Olathe KS, 66062 |

COUNTY OF RESIDENCE:

DATE OF SALE/TRANSFER: 4/14/23

Any alteration or erasure of date of sale will result in a $10.00 Penalty Fee.

"I/we certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked."

ODOMETER READING: 53770 NO TENTHS

*CAUTION: READ CAREFULLY BEFORE YOU CHECK A BLOCK

☐ 1. The odometer reading stated is in excess of its mechanical limits
☐ 2. The odometer reading is NOT the actual mileage. **WARNING: ODOMETER DISCREPANCY**

I/WE WARRANT THAT SAID VEHICLE IS FREE OF ALL SECURITY INTERESTS, LIENS OR ENCUMBRANCES EXCEPT AS NOTED BELOW:

Transferor's (SELLER'S) Printed Name: Christopher Siemien
Transferor's (SELLER'S) Signature: X [signature]
Transferee's (BUYER'S) Printed Name: Samantha Dalton
Transferee's (BUYER'S) Signature: X Samantha Dalton

### DEALER (COMPLETE ALL SPACES IN FULL) — DO NOT USE RED INK

I/WE WARRANT THAT SAID VEHICLE IS FREE OF ALL SECURITY INTERESTS, LIENS OR ENCUMBRANCES EXCEPT **AS NOTED BELOW.** We also warrant this Title and certify that the vehicle described herein has been transferred to the following:

**1st DEALER'S ASSIGNMENT**

Purchaser's Legal Name: **MGT LEASE CO LLC**
Purchaser's Address: **175 NORTHPOINT AVE STE 113A HIGH POINT NC 27262**
County of Residence:

Dealer's Permanent ID Number or Dealer's Master Tag Number: D-0706
Registered Dealer's Name: **Rush Truck Center of Kansas**

ODOMETER READING: 53770 NO TENTHS
☐ 1. The odometer reading stated is in excess of its mechanical limits
☐ 2. The odometer reading is NOT the actual mileage. **WARNING: ODOMETER DISCREPANCY**

Date of Sale/Transfer: 4/17/23

Transferor's (SELLER'S) Printed Name: Samantha Dalton
Transferor's (SELLER'S) Signature: X Samantha Dalton
Transferee's (BUYER'S) Printed Name: Thomas Gavlik
Transferee's (BUYER'S) Signature: X [signature]

**2nd DLR. ASSIGNMENT**

Purchaser's Legal Name: Tucker Leasing, Inc.
Purchaser's Address: 95A W. Jersey St Orlando FL 32806
County of Residence:

Dealer's Permanent ID Number or Dealer's Master Tag Number: 80406
Registered Dealer's Name: MGT Lease Co LLC

ODOMETER READING: 53771 NO TENTHS
☐ 1. The odometer reading stated is in excess of its mechanical limits
☐ 2. The odometer reading is NOT the actual mileage. **WARNING: ODOMETER DISCREPANCY**

Date of Sale/Transfer: 4/18/23

Transferor's (SELLER'S) Printed Name: Thomas Gavlik
Transferor's (SELLER'S) Signature: X [signature]
Transferee's (BUYER'S) Printed Name: JHall
Transferee's (BUYER'S) Signature: X Jtall

**3rd DLR. ASSIGNMENT**

Purchaser's Legal Name: Team Mitsubishi Hartford
Purchaser's Address: 412 New Park Ave. Hartford CT 06106
County of Residence:

Dealer's Permanent ID Number or Dealer's Master Tag Number: VI10134951
Registered Dealer's Name: Tucker Leasing, Inc.

ODOMETER READING: [blank] NO TENTHS
☐ 1. The odometer reading stated is in excess of its mechanical limits
☐ 2. The odometer reading is NOT the actual mileage. **WARNING: ODOMETER DISCREPANCY**

Date of Sale/Transfer: 6/30/23

Transferor's (SELLER'S) Printed Name: JHall
Transferor's (SELLER'S) Signature: X Jtall
Transferee's (BUYER'S) Printed Name: Aliyah Bennett
Transferee's (BUYER'S) Signature: X AB

### LIEN OR SECURITY INTEREST HOLDER TO BE RECORDED ON NEW TITLE

The lien/security interest holder must be shown on the title application

LIEN/SECURITY INTEREST HOLDER'S Name:
LIEN/SECURITY INTEREST HOLDER'S Address:

ATTN: DEALERS AND DISTRIBUTORS. Retain a copy of front and back of this document. Retention period: 3 Years.

**NOTICE: ANY ALTERATION OR ERASURE VOIDS THIS TITLE**