UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
SUPERB MOTORS INC., TEAM AUTO SALES LLC, ROBERT ANTHONY URRUTIA, 189 SUNRISE HWY AUTO LLC, NORTHSHORE MOTOR LEASING, LLC, BRIAN CHABRIER, individually and derivatively as a member of NORTHSHORE MOTOR LEASING, LLC, JOSHUA AARONSON, individually and derivatively as a member of 189 SUNRISE HWY AUTO, LLC, JORY BARON, 1581 HYLAN BLVD AUTO LLC, 1580 HYLAN BLVD AUTO LLC, 1591 HYLAN BLVD AUTO LLC, 1632 HYLAN BLVD AUTO LLC, 1239 HYLAN BLVD AUTO LLC, 2519 HYLAN BLVD AUTO LLC, 76 FISK STREET REALTY LLC, 446 ROUTE 23 AUTO LLC and ISLAND AUTO MANAGEMENT, LLC,

Case No.: 2:23-cv-6188 (JMW)

**SUPPLEMENTAL DECLARATION OF ARMANDO L. PALMIERI IN FURTHER SUPPORT OF THE SUPERB PLAINTIFFS' ORDER TO SHOW CAUSE TO MODIFY THE <u>PRELIMINARY INJUNCTION</u>**

Plaintiffs,

-against-

ANTHONY DEO, SARAH DEO, HARRY THOMASSON, DWIGHT BLANKENSHIP, MARC MERCKLING, MICHAEL LAURIE, THOMAS JONES, CPA, CAR BUYERS NYC INC., GOLD COAST CARS OF SYOSSET LLC, GOLD COAST CARS OF SUNRISE LLC, GOLD COAST MOTORS AUTOMOTIVE GROUP LLC, GOLD COAST MOTORS OF LIC LLC, GOLD COAST MOTORS OF ROSLYN LLC, GOLD COAST MOTORS OF SMITHTOWN LLC, UEA PREMIER MOTORS CORP., DLA CAPITAL PARTNERS INC., JONES, LITTLE & CO., CPA'S LLP, FLUSHING BANK, LIBERTAS FUNDING LLC, and J.P. MORGAN CHASE BANK, N.A.,

Defendants.
----------------------------------------------------------------X

Armando L. Palmieri declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

**Background**

1. I am Armando L. Palmieri, the principal of Palm Investigations LLC.

2. I was retained by the Island Auto Group Plaintiffs to conduct an investigation of Defendant Anthony Deo ("Deo").

3. As such, I am familiar with all the facts and circumstances heretofore had herein based upon my personal knowledge and a review of documents I maintain at Palm Investigations LLC, in addition to information I have learned from the investigative processes I undertook, concerning the issues relevant to this case and this motion.

4. I respectfully submit this supplemental declaration in further support of the Superb Plaintiffs' Order to show cause to modify the preliminary injunction entered by the Hon. Orelia E. Merchant, U.S.D.J. ("Judge Merchant") on September 29, 2023 (hereinafter the "Injunction").[1]

5. On June 20, 2023, I visited Northshore Motors in Syosset at 180 Michael Drive in an attempt to purchase a vehicle.

6. The facility was closed at both 9:00 AM and at 12:00 PM.

7. The facility was empty of all cars.

8. The showroom and facility doors were locked and no personnel were observed inside.

9. A U-Haul truck was observed parked inside the showroom.

10. There was no Northshore Motor signage and all previous Northshore Motor signage, markers and affiliated numbers were removed.

11. I respectfully request that this Court grant the relief requested herein.

---

[1] See ECF Docket Entry 55.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 22nd, 2024.

_____
Armando L. Palmieri

3