**NEW YORK STATE** | **Department of Motor Vehicles**

**FREEDOM OF INFORMATION LAW OFFICE**
6 EMPIRE STATE PLAZA • ALBANY, NY 12228

March 18, 2024

Brian Levine
Levine Singh, LLP
260 N. Broadway, Suite 2A
Hicksville, NY 11801

RE: Freedom of Information Law Request # 2024-524

Dear Brian Levine:

Our office received your request on March 4, 2024, you requested Copies of the following Form MV-50/eMV-50 Forms, showing seller and purchaser: EW37173932023; EW37175582023; EW37176502023; EW36315002023; EW36314932023; EW36314792023; EW36314682023; EW36314572023; EW36314012023; EW19666442021; EW36315182023; EW36315112023; EW36315352023; EW36315262023; EW36315482023; EW37174722023; EW37175412023; EW36315612023; EW36315942023; EW37369772023; EW36316112023; EW37175932023; EW37370202023; EW37455752023; EW37370592023; EW36316282023; EW37455512023; EW37455592023.

Enclosed, please find the records that are responsive to the above referenced request.  Portions of these records have been redacted pursuant to New York State Public Officers Law (POL) Section 87 (2) (b).

We trust that the records provided are responsive to your FOIL request.

If you feel you have been denied access to a record to which you are entitled you may file an appeal in writing within thirty (30) days of the date of this correspondence, addressed to the Department of Motor Vehicles, FOIL Appeals Officer, P.O. Box 2935, Albany, New York 12220-0935.


Sincerely

Representative
Freedom of Information Law Office


SAV

  **Department of Motor Vehicles**

# FREEDOM OF INFORMATION APPEAL FORM
Public Officers Law -- Article 6

| FOR OFFICE USE ONLY |
| --- |
| Appeal Case Number |

## Instructions:

◆ You must file your appeal **within 30 days** of the date of denial of access to records.
◆ You will be Notified in writing of the results of your appeal.

What record(s) did you request that was denied?  Describe here, or attach a copy of your original request and any DMV reply:

_____

_____

_____

_____

_____

_____

**State your reasons for appealing on the back of this form or attach your statement.**

### Fill in the information below (*Type or print clearly*)

| Last Name | First | M.I. | Date of Denial (Mo./Day/Year) |
| --- | --- | --- | --- |
| Corporate Name (If applicable) | | Foil Request # | |
| Mailing Address (Include Street & No.) | City/Town    State | Zip Code | |

If you are represented by an attorney in this appeal, complete this section.

| Last Name | First | M.I. | Date of Denial (Mo./Day/Year) |
| --- | --- | --- | --- |
| Corporate Name (*if applicable*) | | Foil Request # | |
| Mailing Address (*Include Street & No.*) | City/Town    State | Zip Code | |

### Send your appeal to:

Department of Motor Vehicles
Appeals Processing Unit
P.O. Box 2935
Albany, New York  12220-0935

**Be sure to complete the certification on Page 2 of this form**

AA-33FI  (1/16)                                                           **PAGE 1 of 2**

**Type or print the reason for your appeal:**  Print or type the reason or basis for your appeal in the space provided below.  Attach additional pages, if necessary.  Read and sign the certification at the bottom of this page.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

| **CERTIFICATION:**  I certify that the information I have given on this Appeal form is true, to the best of my knowledge. |
|---|
| Sign Here ▶ _____  Date _____<br>(Sign name in full) |

☐ Salvage
MV-907A No. _____

**New York State Department of Motor Vehicles**
## WHOLESALE CERTIFICATE OF SALE RECEIPT
### No. EW37173932023

## VEHICLE INFORMATION:

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|------------------|-----------|-----------|------------------------|
| 2019 | BMW | X1 | SUV | WH | N/A | 3697 | G | 4 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|---|---|---|
| W B X H T 3 C 5 7 K 5 L 9 0 7 0 5 | 1 | N/A |

## DEALER INFORMATION

SUPERB MOTORS INC, 215 NORTHERN BLVD, GREAT NECK, NY, 11021, Nassau

## PURCHASER INFORMATION

| | Date of Sale |
|---|---|
| TEAM MITSUBISHI HARTFORD, 398-412 NEW PARK AVE, HARTFORD, CT, 06106 | 11-09-2023 |

## PRIOR OWNER INFORMATION

| | Date of Purchase |
|---|---|
| TEAM AUTO SALES LLC, 4360 US HWY 9, FREEHOLD, NJ, 07728, Out Of State Transfer Document | 07-14-2023 |

## ODOMETER DISCLOSURE STATEMENT

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

☑ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. WARNING: ODOMETER DISCREPANCY."

| ODOMETER READING |
|---|
| 0  0  4  9  4  1  6 |
| (no tenths) |

Check your odometer reading at: | verifiny.com/check |  Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

## DEALER CERTIFICATION

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full | Date | Seller's Facility No. |
|---|---|---|---|
| | SUPERB MOTORS INC | | 7128150 |

## PURCHASER CONFIRMATION

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full | Date | Purchaser's Facility No. |
|---|---|---|---|
| | TEAM MITSUBISHI HARTFORD | | |

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*

Customer copy

Page 1 of 2



This is to certify that this document is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

COMMISSIONER OF MOTOR VEHICLES

ABS-2 (2/19)

New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE

### No. EW37173932023

| VEHICLE TRANSFER HISTORY | | | | | | |
|---|---|---|---|---|---|---|
| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
| SUPERB MOTORS INC | TEAM MITSUBISHI HARTFORD | 7128150 | 11 / 09 / 2023 | EMV50 | Yes |
| TEAM AUTO SALES LLC | SUPERB MOTORS INC | | 07 / 14 / 2023 | OSTD | No |

*Any change or Alteration voids this receipt*

Customer copy



This is to certify that this document is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

*Mark J.F. Schroeder*

COMMISSIONER OF MOTOR VEHICLES

ABS-2 (2/19)

☐ Salvage
MV-907A No. _____

**New York State Department of Motor Vehicles**
## WHOLESALE CERTIFICATE OF SALE RECEIPT

### No. EW37175582023

## VEHICLE INFORMATION:

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|------------------|-----------|-----------|------------------------|
| 2020 | AL/RO | STELVIO | SUBN | GR | N/A | 3890 | G | 4 | 5 |

| Vehicle Identification Number | | Lien(s) | Dealer/Transporter Plate Loaned |
|---|---|---|---|
| Z A S P A K B N 5 L 7 C 9 1 0 9 5 | | 0 | N/A |

## DEALER INFORMATION

SUPERB MOTORS INC, 215 NORTHERN BLVD, GREAT NECK, NY, 11021, Nassau

## PURCHASER INFORMATION

TEAM MITSUBISHI HARTFORD, 398-412 NEW PARK AVE, HARTFORD, CT, 06106

Date of Sale

11-09-2023

## PRIOR OWNER INFORMATION

TEAM AUTO SALES LLC, 4360 US HWY 9, FREEHOLD, NJ, 07728,
Out Of State Transfer Document

Date of Purchase

07-17-2023

## ODOMETER DISCLOSURE STATEMENT

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

☑ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. **WARNING:** ODOMETER DISCREPANCY."

| ODOMETER READING | | | | | | |
|---|---|---|---|---|---|---|
| 0 | 0 | 3 | 0 | 3 | 5 | 7 |
| (no tenths) | | | | | | |

Check your odometer reading at: | verifiny.com/check | Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

## DEALER CERTIFICATION

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full | Date | Seller's Facility No. |
|---|---|---|---|
| | SUPERB MOTORS INC | | 7128150 |

## PURCHASER CONFIRMATION

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full | Date | Purchaser's Facility No. |
|---|---|---|---|
| | TEAM MITSUBISHI HARTFORD | | |

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*

Customer copy



ABS-2 (2/19)

This is to certify that this document is a true and complete
copy of a record on file in the New York State Department of
Motor Vehicles, Albany, New York.

COMMISSIONER OF MOTOR VEHICLES

New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE

### No. EW37175582023

| VEHICLE TRANSFER HISTORY | | | | | |
|---|---|---|---|---|---|
| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
| SUPERB MOTORS INC | TEAM MITSUBISHI HARTFORD | 7128150 | 11 / 09 / 2023 | EMV50 | Yes |
| TEAM AUTO SALES LLC | SUPERB MOTORS INC | | 07 / 17 / 2023 | OSTD | No |
| ROYAL COAST AUTOMOBILE GROUP INC | TEAM AUTO SALES LLC | 7121983 | 07 / 17 / 2023 | EMV50 | Yes |
| GOLD COAST ALFA ROME GOLD COAST MASERATI | ROYAL COAST AUTOMOBILE GROUP INC | 7118766 | 07 / 17 / 2023 | EMV50 | No |
| CCAP AUTO LEASE LTD | GOLD COAST ALFA ROMEGOLD COAST MASERATI | | 04 / 08 / 2023 | NYST | No |
| WESTBURY FIAT LLC | CCAP AUTO LEASE LTD | 7111673 | 08 / 12 / 2020 | EMV50 | No |
| FCA US LLC | WESTBURY FIAT LLC | | 07 / 29 / 2020 | MCO | No |

*Any change or Alteration voids this receipt*



This is to certify that this document is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

COMMISSIONER OF MOTOR VEHICLES

ABS-2 (2/19)

☐ Salvage
MV-907A No. _____

**New York State Department of Motor Vehicles**
## WHOLESALE CERTIFICATE OF SALE RECEIPT

### No. EW37176502023

**VEHICLE INFORMATION:**

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|------------------|-----------|-----------|------------------------|
| 2020 | INFIN | QX60 | SUV | BL | N/A | 4422 | G | 6 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|---|---|---|
| 5 N 1 D L 0 M M 6 L C 5 2 8 9 9 9 | 0 | N/A |

**DEALER INFORMATION**

SUPERB MOTORS INC, 215 NORTHERN BLVD, GREAT NECK, NY, 11021, Nassau

| **PURCHASER INFORMATION** | Date of Sale |
|---|---|
| TEAM MITSUBISHI HARTFORD, 398-412 NEW PARK AVE, HARTFORD, CT, 06106 | 11-09-2023 |

| **PRIOR OWNER INFORMATION** | Date of Purchase |
|---|---|
| TEAM AUTO SALES LLC, 4360 US RT 9, FREEHOLD, NJ, 07728, Out Of State Transfer Document | 07-14-2023 |

**ODOMETER DISCLOSURE STATEMENT**

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

☑ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. **WARNING:** ODOMETER DISCREPANCY."

| ODOMETER READING | | | | | | |
|---|---|---|---|---|---|---|
| 0 | 0 | 5 | 1 | 2 | 4 | 9 |
| | | | (no tenths) | | | |

Check your odometer reading at:  | verifiny.com/check |  Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

**DEALER CERTIFICATION**

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full SUPERB MOTORS INC | Date | Seller's Facility No. 7128150 |
|---|---|---|---|

**PURCHASER CONFIRMATION**

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full TEAM MITSUBISHI HARTFORD | Date | Purchaser's Facility No. |
|---|---|---|---|

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*



This is to certify that this document is a true and complete
copy of a record on file in the New York State Department of
Motor Vehicles, Albany, New York.

*Mark JF. Schroeder*

COMMISSIONER OF MOTOR VEHICLES

ABS-2 (2/19)

**New York State Department of Motor Vehicles**
## WHOLESALE CERTIFICATE OF SALE
### No. EW37176502023

| VEHICLE TRANSFER HISTORY | | | | | |
|---|---|---|---|---|---|
| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
| SUPERB MOTORS INC | TEAM MITSUBISHI HARTFORD | 7128150 | 11 / 09 / 2023 | EMV50 | Yes |
| TEAM AUTO SALES LLC | SUPERB MOTORS INC | | 07 / 14 / 2023 | OSTD | No |
| INFINITI OF MASSAPEQUA LTD | NISSAN INFINITI LT NILT INC TRUSTEE | 7049251 | 01 / 08 / 2020 | EMV50 | No |
| NISSAN NORTH AMERICA | INFINITI OFMASSAPEQUA LTD | | 12 / 29 / 2019 | MCO | No |

*Any change or Alteration voids this receipt*

Customer copy



This is to certify that this document is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

*Mark JF. Schroeder*

COMMISSIONER OF MOTOR VEHICLES

ABS-2 (2/19)

☐ Salvage
MV-907A No. _____

**New York State Department of Motor Vehicles**
## WHOLESALE CERTIFICATE OF SALE RECEIPT

### No. EW36315002023

**VEHICLE INFORMATION:**

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|------------------|-----------|-----------|------------------------|
| 2019 | ME/BE | GT63C4S | SEDN | WH | N/A | 4634 | G | 8 | 5 |

| Vehicle Identification Number | | Lien(s) | Dealer/Transporter Plate Loaned |
|---|---|---|---|
| W D D 7 X 8 K B 7 K A 0 0 1 8 6 6 | | 0 | N/A |

## DEALER INFORMATION

SUPERB MOTORS INC, 215 NORTHERN BLVD, GREAT NECK, NY, 11021, Nassau

| PURCHASER INFORMATION | Date of Sale |
|---|---|
| VOLKSWAGEN OF FREEHOLD, 4360 US RT 9, FREEHOLD, NJ, 07728 | 10-05-2023 |

| PRIOR OWNER INFORMATION | Date of Purchase |
|---|---|
| TEAM AUTO SALES LLC, 4360 US RT 9, FREEHOLD, NJ, 07728, Out Of State Transfer Document | 07-17-2023 |

## ODOMETER DISCLOSURE STATEMENT

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

☑ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. **WARNING:** ODOMETER DISCREPANCY."

| ODOMETER READING | | | | | | |
|---|---|---|---|---|---|---|
| 0 | 0 | 6 | 9 | 3 | 8 | 2 |
| (no tenths) | | | | | | |

Check your odometer reading at: | verifiny.com/check | Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

## DEALER CERTIFICATION

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full SUPERB MOTORS INC | Date | Seller's Facility No. 7128150 |
|---|---|---|---|

## PURCHASER CONFIRMATION

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full VOLKSWAGEN OF FREEHOLD | Date | Purchaser's Facility No. |
|---|---|---|---|

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*

Customer copy

Page 1 of 2



This is to certify that this document is a true and complete
copy of a record on file in the New York State Department of
Motor Vehicles, Albany, New York.

ABS-2 (2/19)

COMMISSIONER OF MOTOR VEHICLES

New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE

### No. EW36315002023

**VEHICLE TRANSFER HISTORY**

| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
|--------|-----------|------------------|---------------|---------------|---------------|
| SUPERB MOTORS INC | VOLKSWAGEN OF FREEHOLD | 7128150 | 10 / 05 / 2023 | EMV50 | Yes |
| TEAM AUTO SALES LLC | SUPERB MOTORS INC | | 07 / 17 / 2023 | OSTD | No |
| MERCEDES BENZ OF WHITE PLAINS | DAIMLER TRUST | 2600155 | 10 / 02 / 2019 | EMV50 | No |
| MBUSA | MERCEDES BENZ OFWHITE PLAINS | | 03 / 27 / 2019 | MCO | No |

*Any change or Alteration voids this receipt*

Customer copy



This is to certify that this document is a true and complete
copy of a record on file in the New York State Department of
Motor Vehicles, Albany, New York.

*Mark J.F. Schroeder*

COMMISSIONER OF MOTOR VEHICLES

ABS-2 (2/19)

☐ Salvage
MV-907A No. _____

**New York State Department of Motor Vehicles**
## WHOLESALE CERTIFICATE OF SALE RECEIPT

### No. EW36314932023

**VEHICLE INFORMATION:**

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|------------------|-----------|-----------|------------------------|
| 2021 | DODGE | CHARGER | SEDN | WH | N/A | 4073 | F | 6 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|------|------|------|
| 2 C 3 C D X H G 6 M H 5 3 1 5 9 2 | 0 | N/A |

**DEALER INFORMATION**

SUPERB MOTORS INC, 215 NORTHERN BLVD, GREAT NECK, NY, 11021, Nassau

| **PURCHASER INFORMATION** | Date of Sale |
|------|------|
| VOLKSWAGEN OF FREEHOLD, 4360 US RT 9, FREEHOLD, NJ, 07728 | 10-05-2023 |

| **PRIOR OWNER INFORMATION** | Date of Purchase |
|------|------|
| STE-MARIE AUTO LTEE, 846 N CLVND MASS RD, BATH, OH, 44333, Out Of State Title (1814405754) | 07-14-2023 |

**ODOMETER DISCLOSURE STATEMENT**

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

☑ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. **WARNING:** ODOMETER DISCREPANCY."

| ODOMETER READING | | | | | | |
|---|---|---|---|---|---|---|
| 0 | 0 | 4 | 5 | 1 | 3 | 0 |
| | | | (no tenths) | | | |

Check your odometer reading at: | **verifiny.com/check** | Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

**DEALER CERTIFICATION**

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full SUPERB MOTORS INC | Date | Seller's Facility No. 7128150 |
|------|------|------|------|

**PURCHASER CONFIRMATION**

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full VOLKSWAGEN OF FREEHOLD | Date | Purchaser's Facility No. |
|------|------|------|------|

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*



This is to certify that this document is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

*Mark JF. Schroeder*

COMMISSIONER OF MOTOR VEHICLES

ABS-2 (2/19)

### New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE

## No. EW36314932023

**VEHICLE TRANSFER HISTORY**

| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
|---|---|---|---|---|---|
| SUPERB MOTORS INC | VOLKSWAGEN OF FREEHOLD | 7128150 | 10 / 05 / 2023 | EMV50 | Yes |
| STE-MARIE AUTO LTEE | SUPERB MOTORS INC | | 07 / 14 / 2023 | OOST | No |

*Any change or Alteration voids this receipt*

Customer copy



This is to certify that this document is a true and complete
copy of a record on file in the New York State Department of
Motor Vehicles, Albany, New York.

*Mark J.F. Schroeder*

ABS-2 (2/19)                                    COMMISSIONER OF MOTOR VEHICLES

☐ Salvage
MV-907A No. _____

**New York State Department of Motor Vehicles**
**WHOLESALE CERTIFICATE OF SALE RECEIPT**

**No. EW36314792023**

## VEHICLE INFORMATION:

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|------------------|-----------|-----------|------------------------|
| 2021 | DODGE | CHARGER | SEDN | WH | N/A | 4073 | F | 6 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|-------------------------------|---------|--------------------------------|
| 2 C 3 C D X H G 1 M H 5 0 5 8 2 3 | 0 | N/A |

## DEALER INFORMATION

SUPERB MOTORS INC, 215 NORTHERN BLVD, GREAT NECK, NY, 11021, Nassau

## PURCHASER INFORMATION

VOLKSWAGEN OF FREEHOLD, 4360 US RT 9, FREEHOLD, NJ, 07728

Date of Sale
10-05-2023

## PRIOR OWNER INFORMATION

STE-MARIE AUTO LTEE, 846 N CLVND MASS RD, BATH, OH, 44333,
Out Of State Title (1814400714)

Date of Purchase
07-14-2023

## ODOMETER DISCLOSURE STATEMENT

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

■ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. **WARNING:** ODOMETER DISCREPANCY."

| ODOMETER READING | | | | | | |
|---|---|---|---|---|---|---|
| 0 | 0 | 4 | 5 | 1 | 0 | 4 |
| | | | (no tenths) | | | |

Check your odometer reading at: | verifiny.com/check | Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

## DEALER CERTIFICATION

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full | Date | Seller's Facility No. |
|---|---|---|---|
| | SUPERB MOTORS INC | | 7128150 |

## PURCHASER CONFIRMATION

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full | Date | Purchaser's Facility No. |
|---|---|---|---|
| | VOLKSWAGEN OF FREEHOLD | | |

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*

Customer copy

Page 1 of 2



This is to certify that this document is a true and complete
copy of a record on file in the New York State Department of
Motor Vehicles, Albany, New York.

ABS-2 (2/19)                                    COMMISSIONER OF MOTOR VEHICLES

**New York State Department of Motor Vehicles**
## WHOLESALE CERTIFICATE OF SALE

### No. EW36314792023

| VEHICLE TRANSFER HISTORY | | | | | |
|---|---|---|---|---|---|
| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
| SUPERB MOTORS INC | VOLKSWAGEN OF FREEHOLD | 7128150 | 10 / 05 / 2023 | EMV50 | Yes |
| STE-MARIE AUTO LTEE | SUPERB MOTORS INC | | 07 / 14 / 2023 | OOST | No |

*Any change or Alteration voids this receipt*

Customer copy



This is to certify that this document is a true and complete
copy of a record on file in the New York State Department of
Motor Vehicles, Albany, New York.

*Mark JF. Schroeder*

COMMISSIONER OF MOTOR VEHICLES

ABS-2 (2/19)

☐ Salvage
MV-907A No. _____

**New York State Department of Motor Vehicles**
## WHOLESALE CERTIFICATE OF SALE RECEIPT

### No. EW36314682023

**VEHICLE INFORMATION:**

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|------------------|-----------|-----------|------------------------|
| 2017 | MASER | LEVANTE | SUV | WH | N/A | 4649 | G | 6 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|---|---|---|
| Z N 6 6 1 X U A X H X 2 5 2 8 4 4 | 0 | N/A |

**DEALER INFORMATION**

SUPERB MOTORS INC, 215 NORTHERN BLVD, GREAT NECK, NY, 11021, Nassau

| **PURCHASER INFORMATION** | Date of Sale |
|---|---|
| VW OF FREEHOLD, 4360 US RT 9, FREEHOLD, NJ, 07728 | 10-05-2023 |

| **PRIOR OWNER INFORMATION** | Date of Purchase |
|---|---|
| FIRST NATL BANK PA, 275 1/2 LARK ST, ALBANY, NY, 12210, Out Of State Title (82436021103) | 07-24-2023 |

**ODOMETER DISCLOSURE STATEMENT**

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

☑ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. **WARNING: ODOMETER DISCREPANCY."**

| ODOMETER READING | | | | | | |
|---|---|---|---|---|---|---|
| 0 | 0 | 3 | 3 | 1 | 4 | 8 |
| | | | | (no tenths) | | |

Check your odometer reading at: **verifiny.com/check**  Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

**DEALER CERTIFICATION**

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full | Date | Seller's Facility No. |
|---|---|---|---|
| | SUPERB MOTORS INC | | 7128150 |

**PURCHASER CONFIRMATION**

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full | Date | Purchaser's Facility No. |
|---|---|---|---|
| | VW OF FREEHOLD | | |

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*

Customer copy

Page 1 of 2



This is to certify that this document is a true and complete
copy of a record on file in the New York State Department of
Motor Vehicles, Albany, New York.

Mark J.F. Schroeder

COMMISSIONER OF MOTOR VEHICLES

ABS-2 (2/19)

**New York State Department of Motor Vehicles**
## WHOLESALE CERTIFICATE OF SALE

### No. EW36314682023

| VEHICLE TRANSFER HISTORY | | | | | |
|---|---|---|---|---|---|
| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
| SUPERB MOTORS INC | VW OF FREEHOLD | 7128150 | 10 / 05 / 2023 | EMV50 | Yes |
| FIRST NATL BANK PA | SUPERB MOTORS INC | | 07 / 24 / 2023 | OOST | No |

*Any change or Alteration voids this receipt*

Customer copy



This is to certify that this document is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

COMMISSIONER OF MOTOR VEHICLES

ABS-2 (2/19)

☐ Salvage
MV-907A No. _____

**New York State Department of Motor Vehicles**
## WHOLESALE CERTIFICATE OF SALE RECEIPT

### No. EW36314572023

**VEHICLE INFORMATION:**

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|------------------|-----------|-----------|------------------------|
| 2018 | LA/RO | RANGE ROVER | SUBN | WH | N/A | 4839 | G | 6 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|---|---|---|
| S A L W R 2 R V 8 J A 1 8 9 3 5 1 | 0 | N/A |

**DEALER INFORMATION**

SUPERB MOTORS INC, 215 NORTHERN BLVD, GREAT NECK, NY, 11021, Nassau

| **PURCHASER INFORMATION** | Date of Sale |
|---|---|
| VW OF FREEHOLD, 4360 US RT 9, FREEHOLD, NJ, 07728 | 10-05-2023 |

| **PRIOR OWNER INFORMATION** | Date of Purchase |
|---|---|
| ALANS AUTOS LLC, 445 BROOK AVE, DEER PARK, NY, 11729, SUFF <br> Electronic MV-50 Number (EW34217972023) | 07-13-2023 |

**ODOMETER DISCLOSURE STATEMENT**

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

☑ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. **WARNING:** ODOMETER DISCREPANCY."

| ODOMETER READING | | | | | | |
|---|---|---|---|---|---|---|
| 0 | 0 | 7 | 2 | 9 | 8 | 3 |
| (no tenths) | | | | | | |

Check your odometer reading at: **verifiny.com/check** Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

**DEALER CERTIFICATION**

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full <br> SUPERB MOTORS INC | Date | Seller's Facility No. <br> 7128150 |
|---|---|---|---|

**PURCHASER CONFIRMATION**

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full <br> VW OF FREEHOLD | Date | Purchaser's Facility No. |
|---|---|---|---|

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*

Customer copy

Page 1 of 2



This is to certify that this document is a true and complete
copy of a record on file in the New York State Department of
Motor Vehicles, Albany, New York.

COMMISSIONER OF MOTOR VEHICLES

ABS-2 (2/19)

**New York State Department of Motor Vehicles**
## WHOLESALE CERTIFICATE OF SALE
### No. EW36314572023

| VEHICLE TRANSFER HISTORY | | | | | |
|---|---|---|---|---|---|
| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
| SUPERB MOTORS INC | VW OF FREEHOLD | 7128150 | 10 / 05 / 2023 | EMV50 | Yes |
| ALANS AUTOS LLC | SUPERB MOTORS INC | 7061641 | 07 / 13 / 2023 | EMV50 | No |
| RALLYE MOTORS | ALANS AUTOS LLC | 7089181 | 06 / 29 / 2023 | EMV50 | No |
| THOMAS FLOOD | RALLYE MOTORS | | 06 / 05 / 2023 | NYST | No |

*Any change or Alteration voids this receipt*

Customer copy



This is to certify that this document is a true and complete
copy of a record on file in the New York State Department of
Motor Vehicles, Albany, New York.

*Mark JF. Schroeder*

COMMISSIONER OF MOTOR VEHICLES

ABS-2 (2/19)

☐ Salvage
MV-907A No. _____

**New York State Department of Motor Vehicles**
## WHOLESALE CERTIFICATE OF SALE RECEIPT

### No. EW36314012023

**VEHICLE INFORMATION:**

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|------------------|-----------|-----------|------------------------|
| 2018 | LEXUS | NX | SUV | WH | N/A | 4050 | G | 4 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|---|---|---|
| J T J B A R B Z 9 J 2 1 7 1 1 4 4 | 0 | N/A |

**DEALER INFORMATION**

SUPERB MOTORS INC, 215 NORTHERN BLVD, GREAT NECK, NY, 11021, Nassau

| **PURCHASER INFORMATION** | Date of Sale |
|---|---|
| VW OF FREEHOLD, 4360 US RT 9, FREEHOLD, NJ, 07728 | 10-05-2023 |

| **PRIOR OWNER INFORMATION** | Date of Purchase |
|---|---|
| JAWZ AUTO IMPORTS, 11412 N SAGINAW RD, CLIO, MI, 48420, Out Of State Title (761014253688) | 07-06-2023 |

**ODOMETER DISCLOSURE STATEMENT**
Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

☑ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. **WARNING:** ODOMETER DISCREPANCY."

| ODOMETER READING | | | | | | |
|---|---|---|---|---|---|---|
| 0 | 0 | 7 | 4 | 2 | 4 | 8 |
| (no tenths) | | | | | | |

Check your odometer reading at: **verifiny.com/check**   Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

**DEALER CERTIFICATION**

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full | Date | Seller's Facility No. |
|---|---|---|---|
| | SUPERB MOTORS INC | | 7128150 |

**PURCHASER CONFIRMATION**

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full | Date | Purchaser's Facility No. |
|---|---|---|---|
| | VW OF FREEHOLD | | |

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*

Customer copy

Page 1 of 2



This is to certify that this document is a true and complete
copy of a record on file in the New York State Department of
Motor Vehicles, Albany, New York.

COMMISSIONER OF MOTOR VEHICLES

ABS-2 (2/19)

**New York State Department of Motor Vehicles**
## WHOLESALE CERTIFICATE OF SALE
### No. EW36314012023

| VEHICLE TRANSFER HISTORY | | | | | |
|---|---|---|---|---|---|
| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
| SUPERB MOTORS INC | VW OF FREEHOLD | 7128150 | 10 / 05 / 2023 | EMV50 | Yes |
| JAWZ AUTO IMPORTS | SUPERB MOTORS INC | | 07 / 06 / 2023 | OOST | No |

*Any change or Alteration voids this receipt*

Customer copy



This is to certify that this document is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

*Mark J.F. Schroeder*

COMMISSIONER OF MOTOR VEHICLES

ABS-2 (2/19)

☐ Salvage
MV-907A No. _____

**New York State Department of Motor Vehicles**
## WHOLESALE CERTIFICATE OF SALE RECEIPT

### No. EW19666442021

## VEHICLE INFORMATION:

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|------------------|-----------|-----------|------------------------|
| 2016 | FORD | F150 | PICK | RD | N/A | 4709 | G | 8 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|-------------------------------|---------|--------------------------------|
| 1 F T E W 1 E F 1 G F B 6 7 4 2 0 | 0 | N/A |

## DEALER INFORMATION

GLOBAL MOTORS, 115 MAIN STREET, BINGHAMTON, NY, 13905, Broome

## PURCHASER INFORMATION

A I AUTO SALES LLC, 45-55 TICHENOR ST, NEWARK, NJ, 07102

Date of Sale: 11-02-2021

## PRIOR OWNER INFORMATION

KEYBANK NA, 4315 PICKETT RD, SAINT JOSEPH, MO, 64503,
Out Of State Title (796873)

Date of Purchase: 05-14-2021

## ODOMETER DISCLOSURE STATEMENT

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

☑ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. **WARNING:** ODOMETER DISCREPANCY."

| ODOMETER READING | | | | | | |
|---|---|---|---|---|---|---|
| 0 | 1 | 0 | 5 | 6 | 3 | 0 |
| | | (no tenths) | | | | |

Check your odometer reading at: **verifiny.com/check**   Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

## DEALER CERTIFICATION

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full | Date | Seller's Facility No. |
|---|---|---|---|
| | GLOBAL MOTORS | | 7116279 |

## PURCHASER CONFIRMATION

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full | Date | Purchaser's Facility No. |
|---|---|---|---|
| | A I AUTO SALES LLC | | |

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*

Customer copy

Page 1 of 2



This is to certify that this document is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

*Mark J.F. Schroeder*

COMMISSIONER OF MOTOR VEHICLES

ABS-2 (2/19)

New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE

### No. EW19666442021

| VEHICLE TRANSFER HISTORY | | | | | |
|---|---|---|---|---|---|
| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
| GLOBAL MOTORS | A I AUTO SALES LLC | 7116279 | 11 / 02 / 2021 | EMV50 | Yes |
| KEYBANK NA | GLOBAL MOTORS | | 05 / 14 / 2021 | OOST | No |

*Any change or Alteration voids this receipt*



This is to certify that this document is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

*Mark JF. Schroeder*

COMMISSIONER OF MOTOR VEHICLES

ABS-2 (2/19)

☐ Salvage
MV-907A No. _____

**New York State Department of Motor Vehicles**
## WHOLESALE CERTIFICATE OF SALE RECEIPT

### No. EW36315182023

## VEHICLE INFORMATION:

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|------------------|-----------|-----------|------------------------|
| 2017 | BMW | X3 | SUV | BK | N/A | 4150 | G | 4 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|---|---|---|
| 5 U X W X 9 C 5 0 H 0 T 0 4 6 6 6 | 0 | N/A |

## DEALER INFORMATION

SUPERB MOTORS INC, 215 NORTHERN BLVD, GREAT NECK, NY, 11021, Nassau

| ## PURCHASER INFORMATION | Date of Sale |
|---|---|
| VOLKSWAGEN OF FREEHOLD, 4360 US RT 9, FREEHOLD, NJ, 07728 | 10-05-2023 |

| ## PRIOR OWNER INFORMATION | Date of Purchase |
|---|---|
| AUTO LNDRS LIQ CTR, 1051 N BLK HORSE PK, WILLIAMSTOWN, NJ, 08094, Out Of State Title (DA20231651113) | 06-30-2023 |

## ODOMETER DISCLOSURE STATEMENT

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

☑ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. **WARNING:** ODOMETER DISCREPANCY."

| ODOMETER READING | | | | | | |
|---|---|---|---|---|---|---|
| 0 | 0 | 7 | 6 | 7 | 6 | 4 |
| | | | (no tenths) | | | |

Check your odometer reading at: | verifiny.com/check | Processing States with questions about this oMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

## DEALER CERTIFICATION

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full SUPERB MOTORS INC | Date | Seller's Facility No. 7128150 |
|---|---|---|---|

## PURCHASER CONFIRMATION

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full VOLKSWAGEN OF FREEHOLD | Date | Purchaser's Facility No. |
|---|---|---|---|

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*

Customer copy

Page 1 of 2



This is to certify that this document is a true and complete
copy of a record on file in the New York State Department of
Motor Vehicles, Albany, New York.

*Mark J.F. Schroeder*

ABS-2 (2/19)                                                    COMMISSIONER OF MOTOR VEHICLES

**New York State Department of Motor Vehicles**
## WHOLESALE CERTIFICATE OF SALE
### No. EW36315182023

| VEHICLE TRANSFER HISTORY | | | | | |
|---|---|---|---|---|---|
| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
| SUPERB MOTORS INC | VOLKSWAGEN OF FREEHOLD | 7128150 | 10 / 05 / 2023 | EMV50 | Yes |
| AUTO LNDRS LIQ CTR | SUPERB MOTORS INC | | 06 / 30 / 2023 | OOST | No |

*Any change or Alteration voids this receipt*



This is to certify that this document is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

*Mark JF. Schroeder*

COMMISSIONER OF MOTOR VEHICLES

ABS-2 (2/19)

**New York State Department of Motor Vehicles**
## WHOLESALE CERTIFICATE OF SALE RECEIPT

☐ Salvage
MV-907A No. _____

### No. EW36315112023

## VEHICLE INFORMATION:

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|------------------|-----------|-----------|------------------------|
| 2019 | FORD | MUS | CONV | OR | N/A | 3605 | G | 4 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|-------------------------------|---------|--------------------------------|
| 1 F A T P 8 U H 1 K 5 1 5 2 2 6 0 | 0 | N/A |

## DEALER INFORMATION

SUPERB MOTORS INC, 215 NORTHERN BLVD, GREAT NECK, NY, 11021, Nassau

| PURCHASER INFORMATION | Date of Sale |
|-----------------------|--------------|
| VOLKSWAGEN OF FREEHOLD, 4360 US RT 9, FREEHOLD, NJ, 07728 | 10-05-2023 |

| PRIOR OWNER INFORMATION | Date of Purchase |
|-------------------------|------------------|
| ALGO LLC, 122 CROSS KEYS RD, BERLIN, NJ, 08009, Out Of State Title (DA20231721115) | 06-30-2023 |

## ODOMETER DISCLOSURE STATEMENT

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

☑ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. **WARNING:** ODOMETER DISCREPANCY."

| ODOMETER READING | | | | | | |
|---|---|---|---|---|---|---|
| 0 | 0 | 4 | 5 | 5 | 3 | 9 |
| (no tenths) | | | | | | |

Check your odometer reading at: **verifiny.com/check**    Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

## DEALER CERTIFICATION

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full   SUPERB MOTORS INC | Date | Seller's Facility No.   7128150 |
|---|---|---|---|

## PURCHASER CONFIRMATION

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full   VOLKSWAGEN OF FREEHOLD | Date | Purchaser's Facility No. |
|---|---|---|---|

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*

Customer copy



This is to certify that this document is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

COMMISSIONER OF MOTOR VEHICLES

ABS-2 (2/19)

**New York State Department of Motor Vehicles**
## WHOLESALE CERTIFICATE OF SALE
### No. EW36315112023

| VEHICLE TRANSFER HISTORY | | | | | |
|---|---|---|---|---|---|
| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
| SUPERB MOTORS INC | VOLKSWAGEN OF FREEHOLD | 7128150 | 10 / 05 / 2023 | EMV50 | Yes |
| ALGO LLC | SUPERB MOTORS INC | | 06 / 30 / 2023 | OOST | No |
| PREMIER FORD LINCOLN | ANTHONY BELLO LEONARDO | 6240988 | 04 / 25 / 2023 | EMV50 | No |
| CAB EAST LLC | PREMIER FORD LINCOLN | | 04 / 15 / 2023 | NYST | No |
| PREMIER FORD LINCOLN | CAB EAST LLC | 6240988 | 11 / 21 / 2019 | EMV50 | No |
| FMCC | PREMIER FORD LINCOLN | | 12 / 10 / 2018 | MCO | No |

*Any change or Alteration voids this receipt*

Customer copy



This is to certify that this document is a true and complete
copy of a record on file in the New York State Department of
Motor Vehicles, Albany, New York.

*Mark JF. Schroeder*

COMMISSIONER OF MOTOR VEHICLES

ABS-2 (2/19)

**New York State Department of Motor Vehicles**
## WHOLESALE CERTIFICATE OF SALE RECEIPT

☐ Salvage
MV-907A No. _____

### No. EW36315352023

## VEHICLE INFORMATION:

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|------------------|-----------|-----------|------------------------|
| 2019 | BMW | X1 | SUV | BK | N/A | 3697 | G | 4 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|-------------------------------|---------|----------------------------------|
| W B X H T 3 C 5 9 K 5 L 9 0 0 0 9 | 0 | N/A |

## DEALER INFORMATION

SUPERB MOTORS INC, 215 NORTHERN BLVD, GREAT NECK, NY, 11021, Nassau

| PURCHASER INFORMATION | Date of Sale |
|-----------------------|--------------|
| VOLKSWAGEN OF FREEHOLD, 4360 US RT 9, FREEHOLD, NJ, 07728 | 10-05-2023 |

| PRIOR OWNER INFORMATION | Date of Purchase |
|-------------------------|------------------|
| GERMAN STARS MTR INC, 210 W CENTER ST, BEEBE, AR, 72012, Out Of State Title (761014162958) | 06-23-2013 |

## ODOMETER DISCLOSURE STATEMENT

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

☑ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. WARNING: ODOMETER DISCREPANCY."

| ODOMETER READING | | | | | | |
|---|---|---|---|---|---|---|
| 0 | 0 | 6 | 0 | 1 | 2 | 1 |
| (no tenths) | | | | | | |

Check your odometer reading at: **verifiny.com/check**   Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

## DEALER CERTIFICATION

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full SUPERB MOTORS INC | Date | Seller's Facility No. 7128150 |
|------|------|------|------|

## PURCHASER CONFIRMATION

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full VOLKSWAGEN OF FREEHOLD | Date | Purchaser's Facility No. |
|------|------|------|------|

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*

Customer copy

Page 1 of 2



This is to certify that this document is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

COMMISSIONER OF MOTOR VEHICLES

ABS-2 (2/19)

New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE

### No. EW36315352023

| VEHICLE TRANSFER HISTORY | | | | | |
|---|---|---|---|---|---|
| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
| SUPERB MOTORS INC | VOLKSWAGEN OF FREEHOLD | 7128150 | 10 / 05 / 2023 | EMV50 | Yes |
| GERMAN STARS MTR INC | SUPERB MOTORS INC | | 06 / 23 / 2013 | OOST | No |

*Any change or Alteration voids this receipt*



This is to certify that this document is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

*Mark J.F. Schroeder*

COMMISSIONER OF MOTOR VEHICLES

ABS-2 (2/19)

☐ Salvage
MV-907A No. _____

**New York State Department of Motor Vehicles**
## WHOLESALE CERTIFICATE OF SALE RECEIPT

### No. EW36315262023

**VEHICLE INFORMATION:**

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|------------------|-----------|-----------|------------------------|
| 2018 | AL/RO | GIULIA | SEDN | BK | N/A | 3632 | G | 4 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|---|---|---|
| Z A R F A E D N 3 J 7 5 7 5 1 0 5 | 0 | N/A |

**DEALER INFORMATION**

SUPERB MOTORS INC, 215 NORTHERN BLVD, GREAT NECK, NY, 11021, Nassau

| **PURCHASER INFORMATION** | Date of Sale |
|---|---|
| VOLKSWAGEN OF FREEHOLD, 4360 US RT 9, FREEHOLD, NJ, 07728 | 10-05-2023 |

| **PRIOR OWNER INFORMATION** | Date of Purchase |
|---|---|
| german stars mtr llc, 900 broad st, wadsworth, OH, 44281, Out Of State Title (5203595670) | 06-23-2023 |

**ODOMETER DISCLOSURE STATEMENT**

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

☑ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. **WARNING:** ODOMETER DISCREPANCY."

| ODOMETER READING |
|---|
| 0 0 5 4 9 7 5 |
| (no tenths) |

Check your odometer reading at: **verifiny.com/check**   Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

**DEALER CERTIFICATION**

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full | Date | Seller's Facility No. |
|---|---|---|---|
| | SUPERB MOTORS INC | | 7128150 |

**PURCHASER CONFIRMATION**

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full | Date | Purchaser's Facility No. |
|---|---|---|---|
| | VOLKSWAGEN OF FREEHOLD | | |

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*



This is to certify that this document is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

COMMISSIONER OF MOTOR VEHICLES

ABS-2 (2/19)

**New York State Department of Motor Vehicles**
## WHOLESALE CERTIFICATE OF SALE

### No. EW36315262023

| VEHICLE TRANSFER HISTORY | | | | | |
|---|---|---|---|---|---|
| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
| SUPERB MOTORS INC | VOLKSWAGEN OF FREEHOLD | 7128150 | 10 / 05 / 2023 | EMV50 | Yes |
| german stars mtr llc | SUPERB MOTORS INC | | 06 / 23 / 2023 | OOST | No |
| ALANS AUTOS LLC | FAIRLESS MOTORS | 7061641 | 09 / 01 / 2021 | EMV50 | Yes |
| AUTOMOTIVE AVENUES | ALANS AUTOS LLC | | 09 / 01 / 2021 | OOST | No |

*Any change or Alteration voids this receipt*

Customer copy



This is to certify that this document is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

*Mark JF. Schroeder*

COMMISSIONER OF MOTOR VEHICLES

ABS-2 (2/19)

☐ Salvage
MV-907A No. _____

**New York State Department of Motor Vehicles**
## WHOLESALE CERTIFICATE OF SALE RECEIPT

### No. EW36315482023

**VEHICLE INFORMATION:**

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|------------------|-----------|-----------|------------------------|
| 2018 | DODGE | DUR | SUBN | RD | N/A | 4680 | G | 6 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|---|---|---|
| 1 C 4 R D H D G 7 J C 4 3 8 9 6 7 | 0 | N/A |

**DEALER INFORMATION**

SUPERB MOTORS INC, 215 NORTHERN BLVD, GREAT NECK, NY, 11021, Nassau

| **PURCHASER INFORMATION** | Date of Sale |
|---|---|
| VOLKSWAGEN OF FREEHOLD, 4360 US RT 9, FREEHOLD, NJ, 07728 | 10-05-2023 |

| **PRIOR OWNER INFORMATION** | Date of Purchase |
|---|---|
| CHARLES BASTIEN , 21 PROSPECT ST, UNIONVILLE, NY, 10988, NYS Title (310123A) | 06-16-2023 |

**ODOMETER DISCLOSURE STATEMENT**

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

☑ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. **WARNING: ODOMETER DISCREPANCY."**

| ODOMETER READING | | | | | | |
|---|---|---|---|---|---|---|
| 0 | 0 | 5 | 7 | 5 | 3 | 1 |
| (no tenths) | | | | | | |

Check your odometer reading at: | verifiny.com/check | Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

**DEALER CERTIFICATION**

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full SUPERB MOTORS INC | Date | Seller's Facility No. 7128150 |
|---|---|---|---|

**PURCHASER CONFIRMATION**

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full VOLKSWAGEN OF FREEHOLD | Date | Purchaser's Facility No. |
|---|---|---|---|

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*



ABS-2 (2/19)

This is to certify that this document is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

COMMISSIONER OF MOTOR VEHICLES

**New York State Department of Motor Vehicles**
## WHOLESALE CERTIFICATE OF SALE
### No. EW36315482023

| VEHICLE TRANSFER HISTORY | | | | | |
|---|---|---|---|---|---|
| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
| SUPERB MOTORS INC | VOLKSWAGEN OF FREEHOLD | 7128150 | 10 / 05 / 2023 | EMV50 | Yes |
| CHARLES BASTIEN | SUPERB MOTORS INC | | 06 / 16 / 2023 | NYST | No |
| LUXURY MOTOR CLUB | CHARLES BASTIEN | 7076617 | 10 / 22 / 2020 | EMV50 | Yes |
| CHRYSLER CAPITAL | LUXURY MOTOR CLUB | | 09 / 30 / 2020 | OOST | No |

*Any change or Alteration voids this receipt*

Customer copy



ABS-2 (2/19)

This is to certify that this document is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

*Mark JF. Schroeder*

COMMISSIONER OF MOTOR VEHICLES

☐ Salvage
MV-907A No. _____

**New York State Department of Motor Vehicles**
## WHOLESALE CERTIFICATE OF SALE RECEIPT

### No. EW37174722023

## VEHICLE INFORMATION:

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|------------------|-----------|-----------|------------------------|
| 2019 | BMW | N/A | 4DSD | WH | N/A | 3797 | G | 4 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|-------------------------------|---------|--------------------------------|
| W B A J B 1 C 5 3 K B 3 7 5 1 7 1 | 0 | N/A |

## DEALER INFORMATION

SUPERB MOTORS INC, 215 NORTHERN BLVD, GREAT NECK, NY, 11021, Nassau

## PURCHASER INFORMATION

TEAM MITSUBISHI HARTFORD, 398-412 NEW PARK AVE, HARTFORD, CT, 06106

Date of Sale

11-09-2023

## PRIOR OWNER INFORMATION

H&H AUTO SALES INC, 115 S 2 ST UNIT 10, BAYSHORE, NY, 11706, NASS
Electronic MV-50 Number (EW33254312023)

Date of Purchase

06-05-2023

## ODOMETER DISCLOSURE STATEMENT

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

☒ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. **WARNING: ODOMETER DISCREPANCY."**

| ODOMETER READING | | | | | | |
|---|---|---|---|---|---|---|
| 0 | 0 | 6 | 3 | 6 | 8 | 0 |
| (no tenths) | | | | | | |

Check your odometer reading at: **verifiny.com/check**   Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

## DEALER CERTIFICATION

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full | Date | Seller's Facility No. |
|---|---|---|---|
| | SUPERB MOTORS INC | | 7128150 |

## PURCHASER CONFIRMATION

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full | Date | Purchaser's Facility No. |
|---|---|---|---|
| | TEAM MITSUBISHI HARTFORD | | |

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*



This is to certify that this document is a true and complete
copy of a record on file in the New York State Department of
Motor Vehicles, Albany, New York.

COMMISSIONER OF MOTOR VEHICLES

ABS-2 (2/19)

New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE

### No. EW37174722023

| VEHICLE TRANSFER HISTORY | | | | | |
|---|---|---|---|---|---|
| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
| SUPERB MOTORS INC | TEAM MITSUBISHI HARTFORD | 7128150 | 11 / 09 / 2023 | EMV50 | Yes |
| H&H AUTO SALES INC | SUPERB MOTORS INC | 7109019 | 06 / 05 / 2023 | EMV50 | No |
| SANTANDER CONSUMER | H&H AUTO SALES INC | | 04 / 28 / 2023 | NYST | No |

*Any change or Alteration voids this receipt*

Customer copy



This is to certify that this document is a true and complete
copy of a record on file in the New York State Department of
Motor Vehicles, Albany, New York.

COMMISSIONER OF MOTOR VEHICLES

ABS-2 (2/19)

☐ Salvage
MV-907A No. _____

**New York State Department of Motor Vehicles**
## WHOLESALE CERTIFICATE OF SALE RECEIPT

## No. EW37175412023

### VEHICLE INFORMATION:

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|------------------|-----------|-----------|------------------------|
| 2016 | PORSC | PANAMERA | SEDN | BK | N/A | 4244 | G | 8 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|---|---|---|
| W P 0 A F 2 A 7 4 G L 0 8 2 1 7 2 | 0 | N/A |

### DEALER INFORMATION

SUPERB MOTORS INC, 215 NORTHERN BLVD, GREAT NECK, NY, 11021, Nassau

### PURCHASER INFORMATION

TEAM MITSUBISHI HARTFORD, 398-412 NEW PARK AVE, HARTFORD, CT, 06106

Date of Sale
11-09-2023

### PRIOR OWNER INFORMATION

GERMAN STARS MTR INC, 210 WEST CENTER ST, BEEBE, AR, 72012,
Out Of State Title (761014050795)

Date of Purchase
04-28-2023

### ODOMETER DISCLOSURE STATEMENT

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

☑ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. **WARNING: ODOMETER DISCREPANCY."**

| | ODOMETER READING | | | | | | |
|---|---|---|---|---|---|---|---|
| 0 | 0. | 3 | 5 | 6 | 3 | 3 |
| | (no tenths) | | | | | | |

Check your odometer reading at:  | verifiny.com/check |  Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

### DEALER CERTIFICATION

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full SUPERB MOTORS INC | Date | Seller's Facility No. 7128150 |
|---|---|---|---|

### PURCHASER CONFIRMATION

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full TEAM MITSUBISHI HARTFORD | Date | Purchaser's Facility No. |
|---|---|---|---|

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*

Customer copy

Page 1 of 2



ABS-2 (2/19)

This is to certify that this document is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

*Mark JF. Schroeder*

COMMISSIONER OF MOTOR VEHICLES

**New York State Department of Motor Vehicles**
## WHOLESALE CERTIFICATE OF SALE

### No. EW37175412023

| VEHICLE TRANSFER HISTORY | | | | | |
|---|---|---|---|---|---|
| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
| SUPERB MOTORS INC | TEAM MITSUBISHI HARTFORD | 7128150 | 11 / 09 / 2023 | EMV50 | Yes |
| GERMAN STARS MTR INC | SUPERB MOTORS INC | | 04 / 28 / 2023 | OOST | No |

*Any change or Alteration voids this receipt*

Customer copy



This is to certify that this document is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

COMMISSIONER OF MOTOR VEHICLES

ABS-2 (2/19)

☐ Salvage
MV-907A No. _____

**New York State Department of Motor Vehicles**
## WHOLESALE CERTIFICATE OF SALE RECEIPT

### No. EW36315612023

**VEHICLE INFORMATION:**

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|------------------|-----------|-----------|------------------------|
| 2019 | LA/RO | RANGE ROVER VELAR | SUBN | GY | N/A | 4217 | G | 4 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|---|---|---|
| S A L Y B 2 E X 4 K A 7 8 2 1 1 4 | 0 | N/A |

**DEALER INFORMATION**

SUPERB MOTORS INC, 215 NORTHERN BLVD, GREAT NECK, NY, 11021, Nassau

| **PURCHASER INFORMATION** | Date of Sale |
|---|---|
| VOLKSWAGEN OF FREEHOLD, 4360 US RT 9, FREEHOLD, NJ, 07728 | 10-05-2023 |

| **PRIOR OWNER INFORMATION** | Date of Purchase |
|---|---|
| EG BETANCES BETANCES , 3615 WILLETT AVE 3, BRONX, NY, 10467, NYS Title (405748F) | 04-11-2023 |

**ODOMETER DISCLOSURE STATEMENT**

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

☑ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. **WARNING: ODOMETER DISCREPANCY.**"

| ODOMETER READING | | | | | | |
|---|---|---|---|---|---|---|
| 0 | 0 | 6 | 0 | 9 | 9 | 3 |
| (no tenths) | | | | | | |

Check your odometer reading at: | verifiny.com/check | Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

**DEALER CERTIFICATION**

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full SUPERB MOTORS INC | Date | Seller's Facility No. 7128150 |
|---|---|---|---|

**PURCHASER CONFIRMATION**

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full VOLKSWAGEN OF FREEHOLD | Date | Purchaser's Facility No. |
|---|---|---|---|

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*

Customer copy

Page 1 of 2



This is to certify that this document is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

COMMISSIONER OF MOTOR VEHICLES

ABS-2 (2/19)

**New York State Department of Motor Vehicles**
## WHOLESALE CERTIFICATE OF SALE

### No. EW36315612023

| VEHICLE TRANSFER HISTORY | | | | | |
|---|---|---|---|---|---|
| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
| SUPERB MOTORS INC | VOLKSWAGEN OF FREEHOLD | 7128150 | 10 / 05 / 2023 | EMV50 | Yes |
| EG BETANCES BETANCES | SUPERB MOTORS INC | | 04 / 11 / 2023 | NYST | No |
| SUPERB MOTORS INC | estefani betances betances g | 7128150 | 02 / 04 / 2023 | EMV50 | No |
| TEAM AUTO SALES LLC | SUPERB MOTORS INC | | 12 / 02 / 2022 | OSTD | No |

*Any change or Alteration voids this receipt*



This is to certify that this document is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

*Mark JF. Schroeder*

COMMISSIONER OF MOTOR VEHICLES

ABS-2 (2/19)

☐ Salvage
MV-907A No. _____

**New York State Department of Motor Vehicles**
## WHOLESALE CERTIFICATE OF SALE RECEIPT

### No. EW36315942023

## VEHICLE INFORMATION:

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|------------------|-----------|-----------|------------------------|
| 2020 | ME/BE | GT53 | 4DSD | GY | N/A | 4470 | G | 6 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|-------------------------------|---------|--------------------------------|
| W 1 K 7 X 6 B B 7 L A 0 1 6 4 0 6 | 0 | N/A |

## DEALER INFORMATION

SUPERB MOTORS INC, 215 NORTHERN BLVD, GREAT NECK, NY, 11021, Nassau

| ## PURCHASER INFORMATION | Date of Sale |
|---|---|
| VOLKSWAGEN OF FREEHOLD, 4360 US RT 9, FREEHOLD, NJ, 07728 | 10-05-2023 |

| ## PRIOR OWNER INFORMATION | Date of Purchase |
|---|---|
| DAIMLER TRUST , PO BOX 685, ROANOKE, TX, 76262, NYS Title (413140T) | 03-23-2023 |

## ODOMETER DISCLOSURE STATEMENT

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

☑ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. **WARNING:** ODOMETER DISCREPANCY."

| ODOMETER READING | | | | | | |
|---|---|---|---|---|---|---|
| 0 | 0 | 4 | 1 | 1 | 4 | 7 |
| (no tenths) | | | | | | |

Check your odometer reading at: | **verifiny.com/check** | Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

## DEALER CERTIFICATION

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full SUPERB MOTORS INC | Date | Seller's Facility No. 7128150 |
|---|---|---|---|

## PURCHASER CONFIRMATION

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full VOLKSWAGEN OF FREEHOLD | Date | Purchaser's Facility No. |
|---|---|---|---|

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*

Customer copy

Page 1 of 2



This is to certify that this document is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

*Mark JF. Schroeder*

COMMISSIONER OF MOTOR VEHICLES

ABS-2 (2/19)

New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE
### No. EW36315942023

| VEHICLE TRANSFER HISTORY | | | | | |
|---|---|---|---|---|---|
| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
| **SUPERB MOTORS INC** | **VOLKSWAGEN OF FREEHOLD** | **7128150** | **10 / 05 / 2023** | **EMV50** | **Yes** |
| DAIMLER TRUST | SUPERB MOTORS INC | | 03 / 23 / 2023 | NYST | No |
| MERCEDES BENZ OF WAPPINGERS FALLS | DAIMLER TRUST | 7120288 | 01 / 13 / 2020 | EMV50 | No |
| MBENZ USA LLC | MERCEDES BENZ OFWAPPINGERS FALLS | | 12 / 31 / 2019 | MCO | No |

*Any change or Alteration voids this receipt*

Customer copy



This is to certify that this document is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

*Mark JF. Schroeder*

COMMISSIONER OF MOTOR VEHICLES

ABS-2 (2/19)

**New York State Department of Motor Vehicles**
## WHOLESALE CERTIFICATE OF SALE RECEIPT

### No. EW37369772023

☐ Salvage
MV-907A No. _____

## VEHICLE INFORMATION:

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|------------------|-----------|-----------|------------------------|
| 2019 | LA/RO | RANGE ROVER | SUV | BL | N/A | 5254 | G | 8 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|---|---|---|
| S A L G S 2 R E 3 K A 5 1 9 7 9 4 | 0 | N/A |

## DEALER INFORMATION

SUPERB MOTORS INC, 215 NORTHERN BLVD, GREAT NECK, NY, 11021, Nassau

| PURCHASER INFORMATION | Date of Sale |
|---|---|
| TEAM MITSUBISHI HARTFORD, 398-412 NEW PARK AVE, HARTFORD, CT, 06106 | 11-17-2023 |

| PRIOR OWNER INFORMATION | Date of Purchase |
|---|---|
| GERMAN STARS MTR INC, 210 W CENTER ST, BEEBE, AR, 72012, Out Of State Title (761013959746) | 03-24-2023 |

## ODOMETER DISCLOSURE STATEMENT

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

☑ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. **WARNING: ODOMETER DISCREPANCY."**

| ODOMETER READING | | | | | | |
|---|---|---|---|---|---|---|
| 0 | 0 | 5 | 9 | 2 | 7 | 6 |
| | | | (no tenths) | | | |

Check your odometer reading at: | verifiny.com/check | Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

## DEALER CERTIFICATION

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full SUPERB MOTORS INC | Date | Seller's Facility No. 7128150 |
|---|---|---|---|

## PURCHASER CONFIRMATION

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full TEAM MITSUBISHI HARTFORD | Date | Purchaser's Facility No. |
|---|---|---|---|

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*

Customer copy

Page 1 of 2



This is to certify that this document is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

*Mark J.F. Schroeder*

COMMISSIONER OF MOTOR VEHICLES

ABS-2 (2/19)

**New York State Department of Motor Vehicles**
## WHOLESALE CERTIFICATE OF SALE

### No. EW37369772023

| VEHICLE TRANSFER HISTORY | | | | | |
|---|---|---|---|---|---|
| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
| SUPERB MOTORS INC | TEAM MITSUBISHI HARTFORD | 7128150 | 11 / 17 / 2023 | EMV50 | Yes |
| GERMAN STARS MTR INC | SUPERB MOTORS INC | | 03 / 24 / 2023 | OOST | No |

*Any change or Alteration voids this receipt*

Customer copy



This is to certify that this document is a true and complete
copy of a record on file in the New York State Department of
Motor Vehicles, Albany, New York.

COMMISSIONER OF MOTOR VEHICLES

ABS-2 (2/19)

**New York State Department of Motor Vehicles**
## WHOLESALE CERTIFICATE OF SALE RECEIPT

☐ Salvage
MV-907A No. _____

## No. EW36316112023

### VEHICLE INFORMATION:

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|------------------|-----------|-----------|------------------------|
| 2016 | ME/BE | C30 | 4DSD | GY | N/A | 3493 | G | 4 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|-------------------------------|---------|---------------------------------|
| 5 5 S W F 4 K B 5 G U 1 0 1 0 9 1 | 0 | N/A |

### DEALER INFORMATION

SUPERB MOTORS INC, 215 NORTHERN BLVD, GREAT NECK, NY, 11021, Nassau

| PURCHASER INFORMATION | Date of Sale |
|-----------------------|--------------|
| VOLKSWAGEN OF FREEHOLD, 4360 US RT 9, FREEHOLD, NJ, 07728 | 10-05-2023 |

| PRIOR OWNER INFORMATION | Date of Purchase |
|-------------------------|------------------|
| H&H AUTO SALES INC, 115 S 2 ST UNIT 10, BAYSHORE, NY, 11706, NASS<br>Electronic MV-50 Number (EW31000312023) | 03-09-2023 |

### ODOMETER DISCLOSURE STATEMENT

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

☑ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. **WARNING:** ODOMETER DISCREPANCY."

| ODOMETER READING |   |   |   |   |   |   |
|---|---|---|---|---|---|---|
| 0 | 0 | 6 | 9 | 3 | 0 | 3 |
| (no tenths) | | | | | | |

Check your odometer reading at: | verifiny.com/check | Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

### DEALER CERTIFICATION

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full<br>SUPERB MOTORS INC | Date | Seller's Facility No.<br>7128150 |
|---|---|---|---|

### PURCHASER CONFIRMATION

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full<br>VOLKSWAGEN OF FREEHOLD | Date | Purchaser's Facility No. |
|---|---|---|---|

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*

Customer copy

Page 1 of 2



This is to certify that this document is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

COMMISSIONER OF MOTOR VEHICLES

ABS-2 (2/19)

**New York State Department of Motor Vehicles**
## WHOLESALE CERTIFICATE OF SALE
### No. EW36316112023

| VEHICLE TRANSFER HISTORY | | | | | |
|---|---|---|---|---|---|
| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
| **SUPERB MOTORS INC** | **VOLKSWAGEN OF FREEHOLD** | **7128150** | **10 / 05 / 2023** | **EMV50** | **Yes** |
| H&H AUTO SALES INC | SUPERB MOTORS INC | 7109019 | 03 / 09 / 2023 | EMV50 | No |
| **Bethpage FEC** | **H&H AUTO SALES INC** | | **02 / 22 / 2022** | **OOST** | **No** |
| KING OF JAMAICA AUTO INC | javier segura ashon | 7112250 | 05 / 02 / 2019 | EMV50 | No |
| daimler trust | KING OF JAMAICAAUTO INC | | 03 / 17 / 2019 | NYST | No |

*Any change or Alteration voids this receipt*

Customer copy



This is to certify that this document is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

*Mark J.F. Schroeder*

COMMISSIONER OF MOTOR VEHICLES

ABS-2 (2/19)

☐ Salvage
MV-907A No. _____

**New York State Department of Motor Vehicles**
## WHOLESALE CERTIFICATE OF SALE RECEIPT

### No. EW37175932023

**VEHICLE INFORMATION:**

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|------------------|-----------|-----------|------------------------|
| 2017 | BMW | 440XI | SEDN | BK | N/A | 3885 | G | 6 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|---|---|---|
| W B A 4 E 5 C 5 9 H G 1 8 8 7 9 7 | 0 | N/A |

## DEALER INFORMATION

SUPERB MOTORS INC, 215 NORTHERN BLVD, GREAT NECK, NY, 11021, Nassau

## PURCHASER INFORMATION

TEAM MITSUBISHI HARTFORD, 398-412 NEW PARK AVE, HARTFORD, CT, 06106

Date of Sale
11-09-2023

## PRIOR OWNER INFORMATION

GERMAN STARS MTR INC, 210 W CENTER ST, BEEBE, AR, 72012,
Out Of State Title (761013936308)

Date of Purchase
03-10-2023

## ODOMETER DISCLOSURE STATEMENT

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

☑ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. **WARNING:** ODOMETER DISCREPANCY."

| ODOMETER READING | | | | | | |
|---|---|---|---|---|---|---|
| 0 | 0 | 4 | 6 | 4 | 2 | 3 |
| | | (no tenths) | | | | |

Check your odometer reading at:   **verifiny.com/check**   Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

## DEALER CERTIFICATION

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full SUPERB MOTORS INC | Date | Seller's Facility No. 7128150 |
|---|---|---|---|

## PURCHASER CONFIRMATION

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full TEAM MITSUBISHI HARTFORD | Date | Purchaser's Facility No. |
|---|---|---|---|

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*

Customer copy



This is to certify that this document is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

*Mark J.F. Schroeder*

COMMISSIONER OF MOTOR VEHICLES

ABS-2 (2/19)

### New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE

## No. EW37175932023

| VEHICLE TRANSFER HISTORY | | | | | |
|---|---|---|---|---|---|
| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
| SUPERB MOTORS INC | TEAM MITSUBISHI HARTFORD | 7128150 | 11 / 09 / 2023 | EMV50 | Yes |
| GERMAN STARS MTR INC | SUPERB MOTORS INC | | 03 / 10 / 2023 | OOST | No |

*Any change or Alteration voids this receipt*

Customer copy



This is to certify that this document is a true and complete
copy of a record on file in the New York State Department of
Motor Vehicles, Albany, New York.

*Mark J.F. Schroeder*

COMMISSIONER OF MOTOR VEHICLES

ABS-2 (2/19)

**New York State Department of Motor Vehicles**
## WHOLESALE CERTIFICATE OF SALE RECEIPT

☐ Salvage
MV-907A No. _____

### No. EW37370202023

### VEHICLE INFORMATION:

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|------------------|-----------|-----------|------------------------|
| 2018 | ME/BE | L55 | CONV | WH | N/A | 3897 | G | 8 | 5 |

| Vehicle Identification Number | | Lien(s) | Dealer/Transporter Plate Loaned |
|---|---|---|---|
| W D D J K 7 D A 4 J F 0 5 2 8 6 1 | | 0 | N/A |

### DEALER INFORMATION

SUPERB MOTORS INC, 215 NORTHERN BLVD, GREAT NECK, NY, 11021, Nassau

### PURCHASER INFORMATION

TEAM MITSUBISHI HARTFORD, 398-412 NEW PARK AVE, HARTFORD, CT, 06106

Date of Sale
11-17-2023

### PRIOR OWNER INFORMATION

H&H AUTO SALES INC, 115 S 2 ST UNIT 10, BAYSHORE, NY, 11706, NASS
Electronic MV-50 Number (EW31122742023)

Date of Purchase
03-14-2023

### ODOMETER DISCLOSURE STATEMENT

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

☑ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. **WARNING:** ODOMETER DISCREPANCY."

| ODOMETER READING | | | | | | |
|---|---|---|---|---|---|---|
| 0 | 0 | 4 | 8 | 9 | 1 | 4 |
| | | (no tenths) | | | | |

Check your odometer reading at: | verifiny.com/check | Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

### DEALER CERTIFICATION

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full SUPERB MOTORS INC | Date | Seller's Facility No. 7128150 |
|---|---|---|---|

### PURCHASER CONFIRMATION

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full TEAM MITSUBISHI HARTFORD | Date | Purchaser's Facility No. |
|---|---|---|---|

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*



This is to certify that this document is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

*Mark J.F. Schroeder*

COMMISSIONER OF MOTOR VEHICLES

ABS-2 (2/19)

New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE

### No. EW37370202023

| VEHICLE TRANSFER HISTORY | | | | | |
|---|---|---|---|---|---|
| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
| **SUPERB MOTORS INC** | **TEAM MITSUBISHI HARTFORD** | **7128150** | **11 / 17 / 2023** | **EMV50** | **Yes** |
| H&H AUTO SALES INC | SUPERB MOTORS INC | 7109019 | 03 / 14 / 2023 | EMV50 | No |
| CITIZENS BANK | H&H AUTO SALES INC | | 02 / 24 / 2023 | NYST | No |
| **MERCEDES BENZ OF NEW ROCHELLE** | **CAPITAL AUTO SALES INC** | **7099081** | **02 / 18 / 2022** | **EMV50** | **Yes** |
| DAIMLER TRUST | MERCEDES BENZ OF NEWROCHELLE | | 01 / 15 / 2022 | NYST | No |

*Any change or Alteration voids this receipt*

Customer copy



This is to certify that this document is a true and complete
copy of a record on file in the New York State Department of
Motor Vehicles, Albany, New York.

COMMISSIONER OF MOTOR VEHICLES

ABS-2 (2/19)

**New York State Department of Motor Vehicles**
## WHOLESALE CERTIFICATE OF SALE RECEIPT

☐ Salvage
MV-907A No. _____

## No. EW37455752023

## VEHICLE INFORMATION:

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|------------------|-----------|-----------|------------------------|
| 2017 | BMW | 230XI | COUP | BK | N/A | 3483 | G | 4 | 5 |

| Vehicle Identification Number | | Lien(s) | Dealer/Transporter Plate Loaned |
|---|---|---|---|
| W B A 2 H 9 C 3 6 H V 9 8 8 6 9 4 8 | 0 | | N/A |

## DEALER INFORMATION

SUPERB MOTORS INC, 215 NORTHERN BLVD, GREAT NECK, NY, 11021, Nassau

| PURCHASER INFORMATION | Date of Sale |
|---|---|
| TEAM MITSUBISHI HARTFORD, 398-412 NEW PARK AVE, HARTFORD, CT, 06106 | 11-21-2023 |

| PRIOR OWNER INFORMATION | Date of Purchase |
|---|---|
| TEAM AUTO SALES LLC, 4360 US RT 9, FREEHOLD, NJ, 07728, Out Of State Transfer Document | 12-09-2022 |

## ODOMETER DISCLOSURE STATEMENT

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

☑ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. **WARNING:** ODOMETER DISCREPANCY."

| ODOMETER READING | | | | | | | |
|---|---|---|---|---|---|---|---|
| 0 | 0 | 2 | 8 | 5 | 3 | 2 | |
| | | | | | (no tenths) | | |

Check your odometer reading at:   verifiny.com/check   Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

## DEALER CERTIFICATION

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full SUPERB MOTORS INC | Date | Seller's Facility No. 7128150 |
|---|---|---|---|

## PURCHASER CONFIRMATION

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full TEAM MITSUBISHI HARTFORD | Date | Purchaser's Facility No. |
|---|---|---|---|

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*



This is to certify that this document is a true and complete
copy of a record on file in the New York State Department of
Motor Vehicles, Albany, New York.

COMMISSIONER OF MOTOR VEHICLES

ABS-2 (2/19)

**New York State Department of Motor Vehicles**
## WHOLESALE CERTIFICATE OF SALE

### No. EW37455752023

| VEHICLE TRANSFER HISTORY | | | | | |
|---|---|---|---|---|---|
| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
| SUPERB MOTORS INC | TEAM MITSUBISHI HARTFORD | 7128150 | 11 / 21 / 2023 | EMV50 | Yes |
| TEAM AUTO SALES LLC | SUPERB MOTORS INC | | 12 / 09 / 2022 | OSTD | No |

*Any change or Alteration voids this receipt*

Customer copy



This is to certify that this document is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

COMMISSIONER OF MOTOR VEHICLES

ABS-2 (2/19)

Salvage
MV-907A No. _____

**New York State Department of Motor Vehicles**
## WHOLESALE CERTIFICATE OF SALE RECEIPT

### No. EW37370592023

**VEHICLE INFORMATION:**

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|------------------|-----------|-----------|------------------------|
| 2019 | MASER | GHI | 4DSD | BK | N/A | 4565 | G | 6 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|---|---|---|
| Z A M 5 7 Y T A 4 K 1 3 1 4 3 3 0   0 | | N/A |

**DEALER INFORMATION**

SUPERB MOTORS INC, 215 NORTHERN BLVD, GREAT NECK, NY, 11021, Nassau

| **PURCHASER INFORMATION** | Date of Sale |
|---|---|
| TEAM MITSUBISHI HARTFORD, 398-412 NEW PARK AVE, HARTFORD, CT, 06106 | 11-17-2023 |
| **PRIOR OWNER INFORMATION** | Date of Purchase |
| SUNRISE AUTO OUTLET, 189 SUNRISE HWY, AMITYVILLE, NY, 11701, SUFF Electronic MV-50 Number (EW31449342023) | 03-27-2023 |

**ODOMETER DISCLOSURE STATEMENT**
Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

☑ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. **WARNING:** ODOMETER DISCREPANCY."

| ODOMETER READING | | | | | | |
|---|---|---|---|---|---|---|
| 0 | 0 | 4 | 0 | 4 | 2 | 1 |
| (no tenths) | | | | | | |

Check your odometer reading at: **verifiny.com/check**   Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

**DEALER CERTIFICATION**

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full SUPERB MOTORS INC | Date | Seller's Facility No. 7128150 |
|---|---|---|---|

**PURCHASER CONFIRMATION**

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full TEAM MITSUBISHI HARTFORD | Date | Purchaser's Facility No. |
|---|---|---|---|

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*



This is to certify that this document is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

*Mark J.F. Schroeder*

COMMISSIONER OF MOTOR VEHICLES

ABS-2 (2/19)

New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE
### No. EW37370592023

| VEHICLE TRANSFER HISTORY | | | | | |
|---|---|---|---|---|---|
| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
| **SUPERB MOTORS INC** | **TEAM MITSUBISHI HARTFORD** | **7128150** | **11 / 17 / 2023** | **EMV50** | **Yes** |
| SUNRISE AUTO OUTLET | SUPERB MOTORS INC | 7118449 | 03 / 27 / 2023 | EMV50 | No |
| ROYAL COAST AUTOMOBILE GROUP INC | SUNRISE AUTO OUTLET | 7121983 | 03 / 27 / 2023 | EMV50 | No |
| FERRARI MASERATI OF LONG ISLAND | ROYAL COAST AUTOMOBILE GROUP INC | 7128886 | 12 / 14 / 2022 | EMV50 | No |
| **A PLUS PAINTING & ST** | **FERRARI MASERATI OFLONG ISLAND** | | **11 / 29 / 2022** | **NYST** | **No** |
| FERRARI MASERATI OF LONG ISLAND | A PLUS PAINTING AND STUCCO CORP | 7103526 | 08 / 23 / 2019 | EMV50 | No |
| GOLD COAST ALFA ROME GOLD COAST MASERATI | FERRARI MASERATI OF LONG ISLAND | 7118766 | 08 / 23 / 2019 | EMV50 | No |
| GOLD COAST MASERATI | GOLD COAST MASERATI | | 07 / 01 / 2019 | NYST | No |
| **GOLD COAST MASERATI** | **GOLD COAST MASERATI** | **7118766** | **10 / 22 / 2018** | **PMV50** | **Yes** |
| MNA, INC. | GOLD COAST MASERATI | | 09 / 25 / 2018 | MCO | No |

*Any change or Alteration voids this receipt*



This is to certify that this document is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

*Mark J.F. Schroeder*

COMMISSIONER OF MOTOR VEHICLES

ABS-2 (2/19)

☐ Salvage
MV-907A No. _____

**New York State Department of Motor Vehicles**
## WHOLESALE CERTIFICATE OF SALE RECEIPT

### No. EW36316282023

## VEHICLE INFORMATION:

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|------------------|-----------|-----------|------------------------|
| 2012 | JEEP | LBY | SUBN | BL | N/A | 4060 | G | 6 | 5 |

| Vehicle Identification Number | | Lien(s) | Dealer/Transporter Plate Loaned |
|---|---|---|---|
| 1 C 4 P J M A K 9 C W 1 3 3 1 9 6 | | 0 | N/A |

## DEALER INFORMATION

SUPERB MOTORS INC, 215 NORTHERN BLVD, GREAT NECK, NY, 11021, Nassau

| PURCHASER INFORMATION | Date of Sale |
|---|---|
| VOLKSWAGEN OF FREEHOLD, 4360 US RT 9, FREEHOLD, NJ, 07728 | 10-05-2023 |
| **PRIOR OWNER INFORMATION** | **Date of Purchase** |
| DAVID LEVY, 14740 70TH RD, FLUSHING, NY, 11367, Out Of State Title (146418904) | 04-28-2022 |

## ODOMETER DISCLOSURE STATEMENT

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

☑ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. **WARNING: ODOMETER DISCREPANCY."**

| ODOMETER READING | | | | | | |
|---|---|---|---|---|---|---|
| 0 | 1 | 2 | 6 | 0 | 0 | 0 |
| (no tenths) | | | | | | |

Check your odometer reading at:  | verifiny.com/check |  Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

## DEALER CERTIFICATION

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full SUPERB MOTORS INC | Date | Seller's Facility No. 7128150 |
|---|---|---|---|

## PURCHASER CONFIRMATION

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full VOLKSWAGEN OF FREEHOLD | Date | Purchaser's Facility No. |
|---|---|---|---|

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*

Customer copy

Page 1 of 2



This is to certify that this document is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

*Mark JF. Schroeder*

COMMISSIONER OF MOTOR VEHICLES

ABS-2 (2/19)

New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE

### No. EW36316282023

| VEHICLE TRANSFER HISTORY | | | | | |
|---|---|---|---|---|---|
| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
| SUPERB MOTORS INC | VOLKSWAGEN OF FREEHOLD | 7128150 | 10 / 05 / 2023 | EMV50 | Yes |
| DAVID LEVY | SUPERB MOTORS INC | | 04 / 28 / 2022 | OOST | No |

*Any change or Alteration voids this receipt*



This is to certify that this document is a true and complete
copy of a record on file in the New York State Department of
Motor Vehicles, Albany, New York.

*Mark J.F. Schroeder*

COMMISSIONER OF MOTOR VEHICLES

ABS-2 (2/19)

☐ Salvage
MV-907A No. _____

**New York State Department of Motor Vehicles**
**WHOLESALE CERTIFICATE OF SALE RECEIPT**

**No. EW37455512023**

## VEHICLE INFORMATION:

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|------------------|-----------|-----------|------------------------|
| 2023 | CHEVR | SUB | SUBN | BK | N/A | 5936 | G | 8 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|---|---|---|
| 1 G N S K B K D 9 P R 1 4 8 6 7 5 0 | | N/A |

## DEALER INFORMATION

SUPERB MOTORS INC, 215 NORTHERN BLVD, GREAT NECK, NY, 11021, Nassau

| PURCHASER INFORMATION | Date of Sale |
|---|---|
| TEAM MITSUBISHI HARTFORD, 398-412 NEW PARK AVE, HARTFORD, CT, 06106 | 11-21-2023 |
| PRIOR OWNER INFORMATION | Date of Purchase |
| JAXWAY FINAN CON INC , 1360 BRITTANY WAY, PROSPER, TX, 75063, NYS Title (692427C) | 06-30-2023 |

## ODOMETER DISCLOSURE STATEMENT

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

☑ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. **WARNING: ODOMETER DISCREPANCY."**

| ODOMETER READING | | | | | | |
|---|---|---|---|---|---|---|
| 0 | 0 | 2 | 2 | 2 | 5 | 4 |
| (no tenths) | | | | | | |

Check your odometer reading at:   **verifiny.com/check**   Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

### DEALER CERTIFICATION

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full SUPERB MOTORS INC | Date | Seller's Facility No. 7128150 |
|---|---|---|---|

### PURCHASER CONFIRMATION

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full TEAM MITSUBISHI HARTFORD | Date | Purchaser's Facility No. |
|---|---|---|---|

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*

Customer copy

Page 1 of 2



This is to certify that this document is a true and complete
copy of a record on file in the New York State Department of
Motor Vehicles, Albany, New York.

*Mark J.F. Schroeder*

COMMISSIONER OF MOTOR VEHICLES

ABS-2 (2/19)

New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE

### No. EW37455512023

| VEHICLE TRANSFER HISTORY | | | | | |
|---|---|---|---|---|---|
| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
| SUPERB MOTORS INC | TEAM MITSUBISHI HARTFORD | 7128150 | 11 / 21 / 2023 | EMV50 | Yes |
| JAXWAY FINAN CON INC | SUPERB MOTORS INC | | 06 / 30 / 2023 | NYST | No |

*Any change or Alteration voids this receipt*

Customer copy



This is to certify that this document is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

*Mark J.F. Schroeder*

COMMISSIONER OF MOTOR VEHICLES

ABS-2 (2/19)

**New York State Department of Motor Vehicles**
## WHOLESALE CERTIFICATE OF SALE RECEIPT

### No. EW37455592023

☐ Salvage
MV-907A No. _____

## VEHICLE INFORMATION:

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|------------------|-----------|-----------|------------------------|
| 2019 | LA/RO | RANGE ROVER | SUBN | GY | N/A | 5545 | G | 8 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|---|---|---|
| S A L G W 2 S E 6 K A 5 3 3 2 9 7 | 0 | N/A |

## DEALER INFORMATION

SUPERB MOTORS INC, 215 NORTHERN BLVD, GREAT NECK, NY, 11021, Nassau

## PURCHASER INFORMATION

| | Date of Sale |
|---|---|
| TEAM MITSUBISHI HARTFORD, 398-412 NEW PARK AVE, HARTFORD, CT, 06106 | 11-21-2023 |

## PRIOR OWNER INFORMATION

| | Date of Purchase |
|---|---|
| ADCOCK BROTHERS INC, 200 HARRISON AVE, PANAMA CITY, FL, 32401, Out Of State Transfer Document | 04-28-2023 |

## ODOMETER DISCLOSURE STATEMENT

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

☑ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. **WARNING: ODOMETER DISCREPANCY."**

| ODOMETER READING | | | | | | |
|---|---|---|---|---|---|---|
| 0 | 0 | 5 | 5 | 2 | 4 | 6 |
| (no tenths) | | | | | | |

Check your odometer reading at:  | verifiny.com/check |  Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

### DEALER CERTIFICATION

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full | Date | Seller's Facility No. |
|---|---|---|---|
| | SUPERB MOTORS INC | | 7128150 |

### PURCHASER CONFIRMATION

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full | Date | Purchaser's Facility No. |
|---|---|---|---|
| | TEAM MITSUBISHI HARTFORD | | |

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*



This is to certify that this document is a true and complete
copy of a record on file in the New York State Department of
Motor Vehicles, Albany, New York.

COMMISSIONER OF MOTOR VEHICLES

ABS-2 (2/19)

New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE

### No. EW37455592023

| VEHICLE TRANSFER HISTORY | | | | | |
|---|---|---|---|---|---|
| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
| SUPERB MOTORS INC | TEAM MITSUBISHI HARTFORD | 7128150 | 11 / 21 / 2023 | EMV50 | Yes |
| ADCOCK BROTHERS INC | SUPERB MOTORS INC | | 04 / 28 / 2023 | OSTD | No |
| LUCIANO AUTO SALES | ADCOCK BROTHERS INC | 7039229 | 04 / 19 / 2023 | EMV50 | Yes |
| PIEHLER MOTOR SPORTS LLC | LUCIANO AUTO SALES | 7107728 | 04 / 18 / 2023 | EMV50 | No |
| BROTHERS INTERNATNL | PIEHLER MOTOR SPORTSLLC | | 04 / 14 / 2023 | NYST | No |
| PIEHLER MOTOR SPORTS LLC | BROTHERS INTERNATNL FOOD CORP | 7107728 | 12 / 31 / 2018 | EMV50 | No |
| JLRNA | PIEHLER MOTOR SPORTSLLC | | 12 / 27 / 2018 | MCO | No |

*Any change or Alteration voids this receipt*

Customer copy



This is to certify that this document is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

COMMISSIONER OF MOTOR VEHICLES

ABS-2 (2/19)