☐ Salvage
MV-907A No. _____

**New York State Department of Motor Vehicles**
## WHOLESALE CERTIFICATE OF SALE RECEIPT

### No. EW37173932023

**VEHICLE INFORMATION:**

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|------------------|-----------|-----------|------------------------|
| 2019 | BMW | X1 | SUV | WH | N/A | 3697 | G | 4 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|---|---|---|
| W B X H T 3 C 5 7 K 5 L 9 0 7 0 5 | 1 | N/A |

## DEALER INFORMATION

SUPERB MOTORS INC. 215 NORTHERN BLVD, GREAT NECK, NY, 11021, Nassau

## PURCHASER INFORMATION

| | Date of Sale |
|---|---|
| TEAM MITSUBISHI HARTFORD, 398-412 NEW PARK AVE, HARTFORD, CT, 06106 | 11-09-2023 |

## PRIOR OWNER INFORMATION

| | Date of Purchase |
|---|---|
| TEAM AUTO SALES LLC, 4360 US HWY 9, FREEHOLD, NJ, 07728, Out Of State Transfer Document | 07-14-2023 |

## ODOMETER DISCLOSURE STATEMENT

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

☑ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. WARNING: ODOMETER DISCREPANCY."

| ODOMETER READING | | | | | | |
|---|---|---|---|---|---|---|
| 0 | 0 | 4 | 9 | 4 | 1 | 6 |
| (no tenths) | | | | | | |

Check your odometer reading at: | verifiny.com/check | Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

### DEALER CERTIFICATION

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full SUPERB MOTORS INC | Date | Seller's Facility No. 7128150 |
|---|---|---|---|

### PURCHASER CONFIRMATION

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full TEAM MITSUBISHI HARTFORD | Date | Purchaser's Facility No. |
|---|---|---|---|

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*

Customer copy



This is to certify that this document is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

*Mark JF. Schroeder*

COMMISSIONER OF MOTOR VEHICLES

ABS-2 (2/19)

New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE

### No. EW37173932023

| VEHICLE TRANSFER HISTORY | | | | | | |
|---|---|---|---|---|---|---|
| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
| SUPERB MOTORS INC | TEAM MITSUBISHI HARTFORD | 7128150 | 11 / 09 / 2023 | EMV50 | Yes |
| TEAM AUTO SALES LLC | SUPERB MOTORS INC | | 07 / 14 / 2023 | OSTD | No |

*Any change or Alteration voids this receipt*

Customer copy



This is to certify that this document is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

*Mark J.F. Schroeder*

COMMISSIONER OF MOTOR VEHICLES

ABS-2 (2/19)

**SUPPLEMENTAL ASSIGNMENT OF OWNERSHIP AND/OR BILL OF SALE**
Q-1 REV. 11-18

SY1318



STATE OF CONNECTICUT
DEPARTMENT OF MOTOR VEHICLES

**INSTRUCTIONS FOR A VEHICLE:**
1. Complete Sections 1, 2, 3 and the *SIGNATURE AND CERTIFICATION BY SELLER(S) SECTION.*
2. This form can be used as a **BILL OF SALE** or to assign ownership when the assignment areas on the back of a **TITLE** are filled.
3. This form must be accompanied by the most recent **TITLE** issued for the vehicle.

**WARNING: Federal law requires that you state the mileage in connection with a transfer of ownership. Failure to complete the Odometer Disclosure Statement or providing a false statement may result in fines and/or imprisonment.**

## ASSIGNMENT OF OWNERSHIP

**SELLER(S):** The undersigned seller(s) hereby state(s) the vehicle described on this title was transferred to the buyer(s) specified below. **BUYER(S):** Do not sign below until all sections have been completed and signed by seller(s). Signing below indicates you are aware of the CONDITION STATEMENT and ODOMETER DISCLOSURE STATEMENT made by seller(s).

**SECTION 1** *Vehicle Information*

TITLE NUMBER: 760101426O998
ISSUED BY THE STATE OF: Arkansas

MAKE / MODEL: BMW X1
YEAR: 2019
VEHICLE IDENTIFICATION NUMBER: WBXHT3C57K5L90705

Was this vehicle at the time of sale in condition for legal operation on the highway(s) of this state? *(Only Dealers must respond to this question)* ☐ YES ☐ NO

I state that, to the best of my knowledge and belief, the odometer reading specified below reflects the actual mileage, unless one of the following statements is checked:

ODOMETER READING *(No tenths)*: 49416
☐ I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits. *(The odometer started at zero again.)*
☐ I hereby certify that the odometer reading is not actual mileage. WARNING: ODOMETER DISCREPANCY

**SECTION 2** *Buyer(s)*

NAME OF BUYER *(Please print)*: Superb Motors Inc.
CHECK ONE IF CO-OWNED ☐ AND ☐ OR
NAME OF CO-BUYER *(Please print)*

ADDRESS OF BUYER(S): 215 Northern Blvd Great Neck, NY 11021
DEALER'S LIC. NO. *(if dealer)*

SIGNATURE OF BUYER(S) *(Or authorized official)*: X
SIGNATURE OF CO-BUYER *(Authorized official)*
DATE SIGNED: 11/9/23

**SECTION 3** *Seller(s)*

NAME OF SELLER(S) *(Please print)*: TEAM MITSUBISHI HARTFORD
DATE SOLD: 11/9/23

ADDRESS OF SELLER(S) *(Please print)*: 398-412 NEW PARK AVE HARTFORD CT 06106
DEALER'S LIC. NO. *(if dealer)*: N275A

## SIGNATURE AND CERTIFICATION BY SELLER(S)

I (we) declare under penalty of false statement that the information furnished above is true and complete to the best of my (our) knowledge and belief. The owner (seller) of this motor vehicle described above hereby transfers to the buyer the described motor vehicle in consideration of the amount (selling price) entered below, receipt hereby acknowledged.

SIGNATURE OF SELLER(S) *(Or authorized official)*: X BMO
PRINTED NAME OF SELLER(S) *(Authorized official)*: Aliyah Bennett
SELLING PRICE: $27,997.00
DATE SIGNED: 11/9/23

☐ Salvage
MV-907A No. _____

**New York State Department of Motor Vehicles**
**WHOLESALE CERTIFICATE OF SALE RECEIPT**

**No. EW37175582023**

## VEHICLE INFORMATION:

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|------------------|-----------|-----------|------------------------|
| 2020 | AL/RO | STELVIO | SUBN | GR | N/A | 3890 | G | 4 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|---|---|---|
| Z A S P A K B N 5 L 7 C 9 1 0 9 5 | 0 | N/A |

## DEALER INFORMATION

SUPERB MOTORS INC, 215 NORTHERN BLVD, GREAT NECK, NY, 11021, Nassau

| PURCHASER INFORMATION | Date of Sale |
|---|---|
| TEAM MITSUBISHI HARTFORD, 398-412 NEW PARK AVE, HARTFORD, CT, 06106 | 11-09-2023 |

| PRIOR OWNER INFORMATION | Date of Purchase |
|---|---|
| TEAM AUTO SALES LLC, 4360 US HWY 9, FREEHOLD, NJ, 07728, Out Of State Transfer Document | 07-17-2023 |

## ODOMETER DISCLOSURE STATEMENT

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

☑ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. WARNING: ODOMETER DISCREPANCY."

| ODOMETER READING | | | | | | |
|---|---|---|---|---|---|---|
| 0 | 0 | 3 | 0 | 3 | 5 | 7 |
| | | | (no tenths) | | | |

Check your odometer reading at: | verifiny.com/check | Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

## DEALER CERTIFICATION

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full SUPERB MOTORS INC | Date | Seller's Facility No. 7128150 |
|---|---|---|---|

## PURCHASER CONFIRMATION

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full TEAM MITSUBISHI HARTFORD | Date | Purchaser's Facility No. |
|---|---|---|---|

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*

Customer copy

Page 1 of 2



This is to certify that this document is a true and complete
copy of a record on file in the New York State Department of
Motor Vehicles, Albany, New York.

Mark JF. Schroeder

COMMISSIONER OF MOTOR VEHICLES

ABS-2 (2/19)

New York State Department of Motor Vehicles
WHOLESALE CERTIFICATE OF SALE

## No. EW37175582023

### VEHICLE TRANSFER HISTORY

| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
|---|---|---|---|---|---|
| SUPERB MOTORS INC | TEAM MITSUBISHI HARTFORD | 7128150 | 11 / 09 / 2023 | EMV50 | Yes |
| TEAM AUTO SALES LLC | SUPERB MOTORS INC | | 07 / 17 / 2023 | OSTD | No |
| ROYAL COAST AUTOMOBILE GROUP INC | TEAM AUTO SALES LLC | 7121983 | 07 / 17 / 2023 | EMV50 | Yes |
| GOLD COAST ALFA ROME GOLD COAST MASERATI | ROYAL COAST AUTOMOBILE GROUP INC | 7118766 | 07 / 17 / 2023 | EMV50 | No |
| CCAP AUTO LEASE LTD | GOLD COAST ALFA ROMEGOLD COAST MASERATI | | 04 / 08 / 2023 | NYST | No |
| WESTBURY FIAT LLC | CCAP AUTO LEASE LTD | 7111673 | 08 / 12 / 2020 | EMV50 | No |
| FCA US LLC | WESTBURY FIAT LLC | | 07 / 29 / 2020 | MCO | No |

*Any change or Alteration voids this receipt*

Customer copy

Page 2 of 2



This is to certify that this document is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

*Mark JF. Schroeder*

COMMISSIONER OF MOTOR VEHICLES

ABS-2 (2/19)

**SUPPLEMENTAL ASSIGNMENT OF OWNERSHIP AND/OR BILL OF SALE**
Q-1 REV. 11-18



S Y 1 3 1 9

**STATE OF CONNECTICUT**
**DEPARTMENT OF MOTOR VEHICLES**

**INSTRUCTIONS FOR A VEHICLE:**

1. Complete Sections 1, 2, 3 and the *SIGNATURE AND CERTIFICATION BY SELLER(S) SECTION.*
2. This form can be used as a **BILL OF SALE** or to assign ownership when the assignment areas on the back of a **TITLE** are filled.
3. This form must be accompanied by the most recent **TITLE** issued for the vehicle.

**WARNING:** Federal law requires that you state the mileage in connection with a transfer of ownership. Failure to complete the Odometer Disclosure Statement or providing a false statement may result in fines and/or imprisonment.

**ASSIGNMENT OF OWNERSHIP**

SELLER(S): The undersigned seller(s) hereby state(s) the vehicle described on this title was transferred to the buyer(s) specified below. BUYER(S): Do not sign below until all sections have been completed and signed by seller(s). Signing below indicates you are aware of the CONDITION STATEMENT and ODOMETER DISCLOSURE STATEMENT made by seller(s).

**SECTION 1**
**Vehicle Information**

TITLE NUMBER: 6063609E

ISSUED BY THE STATE OF: New York

MAKE / MODEL: Alfa Romeo Stelvio

YEAR: 2020

VEHICLE IDENTIFICATION NUMBER: ZASPAKBN5L7C91095

Was this vehicle at the time of sale in condition for legal operation on the highway(s) of this state? *(Only Dealers must respond to this question)* ☐ YES ☐ NO

I state that, to the best of my knowledge and belief, the odometer reading specified below reflects the actual mileage, unless one of the following statements is checked:

ODOMETER READING (No tenths): 3 0 3 6 7

☐ I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits. *(The odometer started at zero again.)*

☐ I hereby certify that the odometer reading is not actual mileage. WARNING: ODOMETER DISCREPANCY

**SECTION 2**
**Buyer(s)**

NAME OF BUYER (Please print): Superb Motors Inc.

CHECK ONE IF CO-OWNED ☐ AND ☐ OR

NAME OF CO-BUYER (Please print):

ADDRESS OF BUYER(S): 215 Northern BND Great Neck, NY 11021

DEALER'S LIC. NO. (If dealer):

SIGNATURE OF BUYER(S) (Or authorized official): X

SIGNATURE OF CO-BUYER (Authorized official):

DATE SIGNED: 11|9|23

**SECTION 3**
**Seller(s)**

NAME OF SELLER(S) (Please print): TEAM MITSUBISHI HARTFORD

DATE SOLD: 11|9|23

ADDRESS OF SELLER(S) (Please print): 398-412 NEW PARK AVE HARTFORD CT 06106

DEALER'S LIC. NO. (If dealer): N2754

**SIGNATURE AND CERTIFICATION BY SELLER(S)**

I (we) declare under penalty of false statement that the information furnished above is true and complete to the best of my (our) knowledge and belief. The owner (seller) of this motor vehicle described above hereby transfers to the buyer the described motor vehicle in consideration of the amount (selling price) entered below, receipt hereby acknowledged.

SIGNATURE OF SELLER(S) (Or authorized official): X

PRINTED NAME OF SELLER(S) (Authorized official): Aliyan Bennett

SELLING PRICE: $31,569.00

DATE SIGNED: 11|9|23

☐ Salvage
MV-907A No. _____

**New York State Department of Motor Vehicles**
## WHOLESALE CERTIFICATE OF SALE RECEIPT

### No. EW37176502023

## VEHICLE INFORMATION:

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|------------------|-----------|-----------|------------------------|
| 2020 | INFIN | QX60 | SUV | BL | N/A | 4422 | G | 6 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|-------------------------------|---------|--------------------------------|
| 5 N 1 D L 0 M M 6 L C 5 2 8 9 9 9 | 0 | N/A |

## DEALER INFORMATION

SUPERB MOTORS INC, 215 NORTHERN BLVD, GREAT NECK, NY, 11021, Nassau

## PURCHASER INFORMATION

| | Date of Sale |
|---|---|
| TEAM MITSUBISHI HARTFORD, 398-412 NEW PARK AVE, HARTFORD, CT, 06106 | 11-09-2023 |

## PRIOR OWNER INFORMATION

| | Date of Purchase |
|---|---|
| TEAM AUTO SALES LLC, 4360 US RT 9, FREEHOLD, NJ, 07728, Out Of State Transfer Document | 07-14-2023 |

## ODOMETER DISCLOSURE STATEMENT

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

☑ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. WARNING: ODOMETER DISCREPANCY."

| ODOMETER READING | | | | | | |
|---|---|---|---|---|---|---|
| 0 | 0 | 5 | 1 | 2 | 4 | 9 |
| | | | (no tenths) | | | |

Check your odometer reading at: | verifiny.com/check | Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

## DEALER CERTIFICATION

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full SUPERB MOTORS INC | Date | Seller's Facility No. 7128150 |
|---|---|---|---|

## PURCHASER CONFIRMATION

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full TEAM MITSUBISHI HARTFORD | Date | Purchaser's Facility No. |
|---|---|---|---|

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*

Customer copy



This is to certify that this document is a true and complete
copy of a record on file in the New York State Department of
Motor Vehicles, Albany, New York.

*Mark J.F. Schroeder*

COMMISSIONER OF MOTOR VEHICLES

ABS-2 (2/19)

New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE
### No. EW37176502023

| VEHICLE TRANSFER HISTORY | | | | | |
|---|---|---|---|---|---|
| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
| SUPERB MOTORS INC | TEAM MITSUBISHI HARTFORD | 7126150 | 11 / 09 / 2023 | EMV50 | Yes |
| TEAM AUTO SALES LLC | SUPERB MOTORS INC | | 07 / 14 / 2023 | OSTD | No |
| INFINITI OF MASSAPEQUA LTD | NISSAN INFINITI LT NILT INC TRUSTEE | 7049251 | 01 / 08 / 2020 | EMV50 | No |
| NISSAN NORTH AMERICA | INFINITI OFMASSAPEQUA LTD | | 12 / 29 / 2019 | MCO | No |

*Any change or Alteration voids this receipt*

Customer copy



This is to certify that this document is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

*Mark JF. Schroeder*

COMMISSIONER OF MOTOR VEHICLES

ABS-2 (2/19)

Case 2:23-cv-06188-JMW   Document 155-1   Filed 03/18/24   Page 12 of 30 PageID #: 3054

**SUPPLEMENTAL ASSIGNMENT OF OWNERSHIP AND/OR BILL OF SALE**
Q-1 REV. 11-18



**SY1323**

STATE OF CONNECTICUT
DEPARTMENT OF MOTOR VEHICLES

**INSTRUCTIONS FOR A VEHICLE:**
1. Complete Sections 1, 2, 3 and the *SIGNATURE AND CERTIFICATION BY SELLER(S) SECTION.*
2. This form can be used as a **BILL OF SALE** or to assign ownership when the assignment areas on the back of a **TITLE** are filled.
3. This form must be accompanied by the most recent **TITLE** issued for the vehicle.

**WARNING:** Federal law requires that you state the mileage in connection with a transfer of ownership. Failure to complete the Odometer Disclosure Statement or providing a false statement may result in fines and/or imprisonment.

## ASSIGNMENT OF OWNERSHIP

SELLER(S): The undersigned seller(s) hereby state(s) the vehicle described on this title was transferred to the buyer(s) specified below. BUYER(S): Do not sign below until all sections have been completed and signed by seller(s). Signing below indicates you are aware of the CONDITION STATEMENT and ODOMETER DISCLOSURE STATEMENT made by seller(s).

| | | |
|---|---|---|
| **SECTION 1**<br>Vehicle<br>Information | TITLE NUMBER<br>1630786Z | ISSUED BY THE STATE OF:<br>New York |
| | MAKE / MODEL<br>Infiniti QX60 | YEAR<br>2020 | VEHICLE IDENTIFICATION NUMBER<br>5N1DL0MM6LC528999 |

Was this vehicle at the time of sale in condition for legal operation on the highway(s) of this state? *(Only Dealers must respond to this question)* ☐ YES ☐ NO

I state that, to the best of my knowledge and belief, the odometer reading specified below reflects the actual mileage, unless one of the following statements is checked:

ODOMETER READING *(No tenths)* 51249

☐ I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits. *(The odometer started at zero again.)*

☐ I hereby certify that the odometer reading is not actual mileage. **WARNING: ODOMETER DISCREPANCY**

| | | |
|---|---|---|
| **SECTION 2**<br>Buyer(s) | NAME OF BUYER *(Please print)*<br>Superb Motors Inc. | CHECK ONE IF CO-OWNED<br>☐ AND ☐ OR | NAME OF CO-BUYER *(Please print)* |
| | ADDRESS OF BUYER:<br>215 Northern Blvd Great Neck, NY 11021 | | DEALER'S LIC. NO. *(If dealer)* |
| | SIGNATURE OF BUYER *(Or authorized official)*<br>X | SIGNATURE OF CO-BUYER *(Authorized official)* | DATE SIGNED<br>11/9/23 |
| **SECTION 3**<br>Seller(s) | NAME OF SELLER(S) *(Please print)*<br>TEAM MITSUBISHI HARTFORD | | DATE SOLD<br>11/9/23 |
| | ADDRESS OF SELLER(S) *(Please print)*<br>398-412 NEW PARK AVE<br>HARTFORD CT 06106 | | DEALER'S LIC. NO. *(If dealer)*<br>N2754 |

## SIGNATURE AND CERTIFICATION BY SELLER(S)

I (we) declare under penalty of false statement that the information furnished above is true and complete to the best of my (our) knowledge and belief. The owner (seller) of this motor vehicle described above hereby transfers to the buyer the described motor vehicle in consideration of the amount (selling price) entered below, receipt hereby acknowledged.

| SIGNATURE OF SELLER(S) *(Or authorized official)*<br>X | PRINTED NAME OF SELLER(S) *(Authorized official)*<br>Aliyah Bennett | SELLING PRICE<br>$28,699.00 | DATE SIGNED<br>11/9/23 |
|---|---|---|---|

☐ Salvage
MV-907A No. _____

**New York State Department of Motor Vehicles**
**WHOLESALE CERTIFICATE OF SALE RECEIPT**

**No. EW36315002023**

## VEHICLE INFORMATION:

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|------------------|-----------|-----------|------------------------|
| 2019 | ME/BE | GT63C4S | SEDN | WH | N/A | 4634 | G | 8 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|-------------------------------|---------|----------------------------------|
| W D D 7 X 8 K B 7 K A 0 0 1 8 6 6 | 0 | N/A |

## DEALER INFORMATION

SUPERB MOTORS INC, 215 NORTHERN BLVD, GREAT NECK, NY, 11021, Nassau

## PURCHASER INFORMATION

VOLKSWAGEN OF FREEHOLD, 4360 US RT 9, FREEHOLD, NJ, 07728

Date of Sale
10-05-2023

## PRIOR OWNER INFORMATION

TEAM AUTO SALES LLC, 4360 US RT 9, FREEHOLD, NJ, 07728,
Out Of State Transfer Document

Date of Purchase
07-17-2023

## ODOMETER DISCLOSURE STATEMENT

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

| | | ODOMETER READING | | | | | | |
|---|---|---|---|---|---|---|---|---|

☑ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. WARNING: ODOMETER DISCREPANCY."

| ODOMETER READING | | | | | | |
|---|---|---|---|---|---|---|
| 0 | 0 | 6 | 9 | 3 | 8 | 2 |
| (no tenths) | | | | | | |

Check your odometer reading at: | verifiny.com/check | Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

## DEALER CERTIFICATION

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full SUPERB MOTORS INC | Date | Seller's Facility No. 7128150 |
|---|---|---|---|

## PURCHASER CONFIRMATION

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full VOLKSWAGEN OF FREEHOLD | Date | Purchaser's Facility No. |
|---|---|---|---|

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*

Customer copy

Page 1 of 2



This is to certify that this document is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

*Mark J.F. Schroeder*

COMMISSIONER OF MOTOR VEHICLES

ABS-2 (2/19)

New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE
### No. EW36315002023

| VEHICLE TRANSFER HISTORY | | | | | |
|---|---|---|---|---|---|
| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
| SUPERB MOTORS INC | VOLKSWAGEN OF FREEHOLD | 7126150 | 10 / 05 / 2023 | EMV50 | Yes |
| TEAM AUTO SALES LLC | SUPERB MOTORS INC | | 07 / 17 / 2023 | OSTD | No |
| MERCEDES BENZ OF WHITE PLAINS | DAIMLER TRUST | 2600155 | 10 / 02 / 2019 | EMV50 | No |
| MBUSA | MERCEDES BENZ OFWHITE PLAINS | | 03 / 27 / 2019 | MCO | No |

*Any change or Alteration voids this receipt*

Customer copy



This is to certify that this document is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

*Mark J.F. Schroeder*

COMMISSIONER OF MOTOR VEHICLES

ABS-2 (2/19)

Case 2:23-cv-06188-JMW   Document 155-1   Filed 03/18/24   Page 22 of 30 PageID #: 3064

**SUPPLEMENTAL ASSIGNMENT OF OWNERSHIP AND/OR BILL OF SALE**
Q-1 REV. 11-18

*SU1324*



STATE OF CONNECTICUT
DEPARTMENT OF MOTOR VEHICLES

**INSTRUCTIONS FOR A VEHICLE:**
1. Complete Sections 1, 2, 3 and the *SIGNATURE AND CERTIFICATION BY SELLER(S) SECTION.*
2. This form can be used as a **BILL OF SALE** or to assign ownership when the assignment areas on the back of a **TITLE** are filled.
3. This form must be accompanied by the most recent **TITLE** issued for the vehicle.

**WARNING:** Federal law requires that you state the mileage in connection with a transfer of ownership. Failure to complete the Odometer Disclosure Statement or providing a false statement may result in fines and/or imprisonment.

## ASSIGNMENT OF OWNERSHIP

**SELLER(S):** The undersigned seller(s) hereby state(s) the vehicle described on this title was transferred to the buyer(s) specified below. **BUYER(S):** Do not sign below until all sections have been completed and signed by seller(s). Signing below indicates you are aware of the CONDITION STATEMENT and ODOMETER DISCLOSURE STATEMENT made by seller(s).

| | | | |
|---|---|---|---|
| **SECTION 1** Vehicle Information | TITLE NUMBER **BM723862** | | ISSUED BY THE STATE OF: **New Jersey** |
| | MAKE / MODEL **Mercedes Benz** | YEAR **2019** | VEHICLE IDENTIFICATION NUMBER **WDD7X8KB7KA0018606** |

Was this vehicle at the time of sale in condition for legal operation on the highway(s) of this state? *(Only Dealers must respond to this question)* ☐ YES ☐ NO

I state that, to the best of my knowledge and belief, the odometer reading specified below reflects the actual mileage, unless one of the following statements is checked:

ODOMETER READING *(No tenths)* **69382**

☐ I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits. *(The odometer started at zero again.)*

☐ I hereby certify that the odometer reading is not actual mileage. WARNING: ODOMETER DISCREPANCY

| | | | |
|---|---|---|---|
| **SECTION 2** Buyer(s) | NAME OF BUYER *(Please print)* **Superb Motors Inc.** | CHECK ONE IF CO-OWNED ☐ AND ☐ OR | NAME OF CO-BUYER *(Please print)* |
| | ADDRESS OF BUYER(S) **215 Northern Blvd Great Neck, NY 11021** | | DEALER'S LIC. NO. *(If dealer)* |
| | SIGNATURE OF BUYER(S) *(Or authorized official)* X | SIGNATURE OF CO-BUYER *(Authorized official)* | DATE SIGNED **11/7/23** |
| **SECTION 3** Seller(s) | NAME OF SELLER(S) *(Please print)* TEAM MITSUBISHI HARTFORD | | DATE SOLD **11/7/23** |
| | ADDRESS OF SELLER(S) *(Please print)* ~~598-442 NEW PARK AVE~~ HARTFORD CT 06106 | | DEALER'S LIC. NO. *(If dealer)* **N2754** |

## SIGNATURE AND CERTIFICATION BY SELLER(S)

I (we) declare under penalty of false statement that the information furnished above is true and complete to the best of my (our) knowledge and belief. The owner (seller) of this motor vehicle described above hereby transfers to the buyer the described motor vehicle in consideration of the amount (selling price) entered below, receipt hereby acknowledged.

| SIGNATURE OF SELLER(S) *(Or authorized official)* X | PRINTED NAME OF SELLER(S) *(Authorized official)* **Aliyah Bennett** | SELLING PRICE **$69,804.00** | DATE SIGNED **11/7/23** |
|---|---|---|---|

☐ Salvage
MV-907A No. _____

**New York State Department of Motor Vehicles**
## WHOLESALE CERTIFICATE OF SALE RECEIPT

### No. EW36314932023

**VEHICLE INFORMATION:**

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|------------------|-----------|-----------|------------------------|
| 2021 | DODGE | CHARGER | SEDN | WH | N/A | 4073 | F | 6 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|---|---|---|
| 2 C 3 C D X H G 6 M H 5 3 1 5 9 2 | 0 | N/A |

**DEALER INFORMATION**

SUPERB MOTORS INC, 215 NORTHERN BLVD, GREAT NECK, NY, 11021, Nassau

| **PURCHASER INFORMATION** | Date of Sale |
|---|---|
| VOLKSWAGEN OF FREEHOLD, 4360 US RT 9, FREEHOLD, NJ, 07728 | 10-05-2023 |
| **PRIOR OWNER INFORMATION** | Date of Purchase |
| STE-MARIE AUTO LTEE, 846 N CLVND MASS RD, BATH, OH, 44333, Out Of State Title (1814405754) | 07-14-2023 |

**ODOMETER DISCLOSURE STATEMENT**

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

☑ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. WARNING: ODOMETER DISCREPANCY."

| ODOMETER READING | | | | | | |
|---|---|---|---|---|---|---|
| 0 | 0 | 4 | 5 | 1 | 3 | 0 |
| | | | (no tenths) | | | |

Check your odometer reading at: | verifiny.com/check | Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

**DEALER CERTIFICATION**

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full SUPERB MOTORS INC | Date | Seller's Facility No. 7128150 |
|---|---|---|---|

**PURCHASER CONFIRMATION**

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full VOLKSWAGEN OF FREEHOLD | Date | Purchaser's Facility No. |
|---|---|---|---|

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*

Customer copy



This is to certify that this document is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

*Mark JF. Schroeder*

COMMISSIONER OF MOTOR VEHICLES

ABS-2 (2/19)

New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE

### No. EW36314932023

| VEHICLE TRANSFER HISTORY | | | | | |
|---|---|---|---|---|---|
| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
| SUPERB MOTORS INC | VOLKSWAGEN OF FREEHOLD | 7128150 | 10 / 05 / 2023 | EMV50 | Yes |
| STE-MARIE AUTO LTEE | SUPERB MOTORS INC | | 07 / 14 / 2023 | OOST | No |

*Any change or Alteration voids this receipt*

Customer copy



This is to certify that this document is a true and complete
copy of a record on file in the New York State Department of
Motor Vehicles, Albany, New York.

*Mark J.F. Schroeder*

COMMISSIONER OF MOTOR VEHICLES

ABS-2 (2/19)

Case 2:23-cv-06188-JMW   Document 155-1   Filed 03/18/24   Page 23 of 30 PageID #: 3065

**SUPPLEMENTAL ASSIGNMENT OF OWNERSHIP AND/OR BILL OF SALE**
Q-1 REV. 11-18



**SYI325**

STATE OF CONNECTICUT
DEPARTMENT OF MOTOR VEHICLES

**INSTRUCTIONS FOR A VEHICLE:**
1. Complete Sections 1, 2, 3 and the *SIGNATURE AND CERTIFICATION BY SELLER(S) SECTION.*
2. This form can be used as a BILL OF SALE or to assign ownership when the assignment areas on the back of a TITLE are filled.
3. This form must be accompanied by the most recent TITLE issued for the vehicle.

**WARNING:** Federal law requires that you state the mileage in connection with a transfer of ownership. Failure to complete the Odometer Disclosure Statement or providing a false statement may result in fines and/or imprisonment.

## ASSIGNMENT OF OWNERSHIP

SELLER(S): The undersigned seller(s) hereby state(s) the vehicle described on this title was transferred to the buyer(s) specified below. BUYER(S): Do not sign below until all sections have been completed and signed by seller(s). Signing below indicates you are aware of the CONDITION STATEMENT and ODOMETER DISCLOSURE STATEMENT made by seller(s).

| | | |
|---|---|---|
| **SECTION 1** Vehicle Information | TITLE NUMBER 1814405754 | ISSUED BY THE STATE OF: OHIO |
| | MAKE / MODEL DODGE CHARGER | YEAR 2021 | VEHICLE IDENTIFICATION NUMBER 2C3CDXHG6MH531592 |

Was this vehicle at the time of sale in condition for legal operation on the highway(s) of this state? *(Only Dealers must respond to this question)* ☐ YES ☐ NO

I state that, to the best of my knowledge and belief, the odometer reading specified below reflects the actual mileage, unless one of the following statements is checked:

ODOMETER READING *(No tenths)* [45130]

☐ I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits. *(The odometer started at zero again.)*

☐ I hereby certify that the odometer reading is not actual mileage. WARNING: ODOMETER DISCREPANCY

| | | |
|---|---|---|
| **SECTION 2** Buyer(s) | NAME OF BUYER (Please print) Superb Motors Inc. | CHECK ONE IF CO-OWNED ☐ AND  ☐ OR | NAME OF CO-BUYER (Please print) |
| | ADDRESS OF BUYER(S) 215 Northern Blvd Great Neck, NY   11021 | | DEALER'S LIC. NO. (If dealer) |
| | SIGNATURE OF BUYER(S) (Or authorized official) X | SIGNATURE OF CO-BUYER (Authorized official) | DATE SIGNED 11/9/23 |
| **SECTION 3** Seller(s) | NAME OF SELLER(S) (Please print) TEAM MITSUBISHI HARTFORD | | DATE SOLD 11/9/23 |
| | ADDRESS OF SELLER(S) (Please print) 398-412 NEW PARK AVE HARTFORD CT 06106 | | DEALER'S LIC. NO. (If dealer) N2754 |

## SIGNATURE AND CERTIFICATION BY SELLER(S)

I (we) declare under penalty of false statement that the information furnished above is true and complete to the best of my (our) knowledge and belief. The owner (seller) of this motor vehicle described above hereby transfers to the buyer the described motor vehicle in consideration of the amount (selling price) entered below, receipt hereby acknowledged.

| SIGNATURE OF SELLER(S) (Or authorized official) X ARB | PRINTED NAME OF SELLER(S) (Authorized official) Aliyah Bennett | SELLING PRICE $27,789.00 | DATE SIGNED 11/9/23 |
|---|---|---|---|

☐ Salvage
MV-907A No. _____

**New York State Department of Motor Vehicles**
**WHOLESALE CERTIFICATE OF SALE RECEIPT**

## No. EW36314792023

### VEHICLE INFORMATION:

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|------------------|-----------|-----------|------------------------|
| 2021 | DODGE | CHARGER | SEDN | WH | N/A | 4073 | F | 6 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|-------------------------------|---------|----------------------------------|
| 2 C 3 C D X H G 1 M H 5 0 5 8 2 3 | 0 | N/A |

### DEALER INFORMATION

SUPERB MOTORS INC, 215 NORTHERN BLVD, GREAT NECK, NY, 11021, Nassau

### PURCHASER INFORMATION

VOLKSWAGEN OF FREEHOLD, 4360 US RT 9, FREEHOLD, NJ, 07728

Date of Sale: 10-05-2023

### PRIOR OWNER INFORMATION

STE-MARIE AUTO LTEE, 846 N CLVND MASS RD, BATH, OH, 44333,
Out Of State Title (1814400714)

Date of Purchase: 07-14-2023

### ODOMETER DISCLOSURE STATEMENT

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

☑ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. WARNING: ODOMETER DISCREPANCY."

Check your odometer reading at: | verifiny.com/check | Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

| ODOMETER READING | | | | | | |
|---|---|---|---|---|---|---|
| 0 | 0 | 4 | 5 | 1 | 0 | 4 |
| | | | | (no tenths) | | |

### DEALER CERTIFICATION

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full SUPERB MOTORS INC | Date | Seller's Facility No. 7128150 |
|---|---|---|---|

### PURCHASER CONFIRMATION

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full VOLKSWAGEN OF FREEHOLD | Date | Purchaser's Facility No. |
|---|---|---|---|

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*

Customer copy

Page 1 of 2



This is to certify that this document is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

*Mark JF. Schroeder*

COMMISSIONER OF MOTOR VEHICLES

ABS-2 (2/19)

New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE
### No. EW36314792023

| VEHICLE TRANSFER HISTORY | | | | | |
|---|---|---|---|---|---|
| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
| SUPERB MOTORS INC | VOLKSWAGEN OF FREEHOLD | 7128150 | 10 / 05 / 2023 | EMV50 | Yes |
| STE-MARIE AUTO LTEE | SUPERB MOTORS INC | | 07 / 14 / 2023 | OOST | No |

*Any change or Alteration voids this receipt*

Customer copy



This is to certify that this document is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

*Mark JF. Schroeder*

COMMISSIONER OF MOTOR VEHICLES

ABS-2 (2/19)

**SUPPLEMENTAL ASSIGNMENT OF OWNERSHIP AND/OR BILL OF SALE**
Q-1 REV. 11-18

SU1326

STATE OF CONNECTICUT
DEPARTMENT OF MOTOR VEHICLES

**INSTRUCTIONS FOR A VEHICLE:**
1. Complete Sections 1, 2, 3 and the *SIGNATURE AND CERTIFICATION BY SELLER(S) SECTION.*
2. This form can be used as a **BILL OF SALE** or to assign ownership when the assignment areas on the back of a **TITLE** are filled.
3. This form must be accompanied by the most recent **TITLE** issued for the vehicle.

**WARNING:** Federal law requires that you state the mileage in connection with a transfer of ownership. Failure to complete the Odometer Disclosure Statement or providing a false statement may result in fines and/or imprisonment.

**ASSIGNMENT OF OWNERSHIP**

SELLER(S): The undersigned seller(s) hereby state(s) the vehicle described on this title was transferred to the buyer(s) specified below. BUYER(S): Do not sign below until all sections have been completed and signed by seller(s). Signing below indicates you are aware of the CONDITION STATEMENT and ODOMETER DISCLOSURE STATEMENT made by seller(s).

| SECTION 1 Vehicle Information | TITLE NUMBER 181400714 | ISSUED BY THE STATE OF: OHIO |
|---|---|---|
| | MAKE / MODEL DODGE CHARGER | YEAR 2021 | VEHICLE IDENTIFICATION NUMBER 2C3CDXHG1MH505883 |

Was this vehicle at the time of sale in condition for legal operation on the highway(s) of this state? *(Only Dealers must respond to this question)* ☐ YES ☐ NO

I state that, to the best of my knowledge and belief, the odometer reading specified below reflects the actual mileage, unless one of the following statements is checked:

ODOMETER READING *(No tenths)*  45104

☐ I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits. *(The odometer started at zero again.)*

☐ I hereby certify that the odometer reading is not actual mileage. WARNING: ODOMETER DISCREPANCY

| SECTION 2 Buyer(s) | NAME OF BUYER *(Please print)* Superb Motors Inc. | CHECK ONE IF CO-OWNED ☐ AND ☐ OR | NAME OF CO-BUYER *(Please print)* |
|---|---|---|---|
| | ADDRESS OF BUYER(S) 215 Northern Blvd Great Neck, NY 11021 | | DEALER'S LIC. NO. *(If dealer)* |
| | SIGNATURE OF BUYER(S) *(Or authorized official)* X | SIGNATURE OF CO-BUYER *(Authorized official)* | DATE SIGNED 11/6/23 |

| SECTION 3 Seller(s) | NAME OF SELLER(S) *(Please print)* TEAM MITSUBISHI HARTFORD 398-442 NEW PARK AVE. HARTFORD CT 06106 | DATE SOLD 11/6/23 |
|---|---|---|
| | ADDRESS OF SELLER(S) *(Please print)* | DEALER'S LIC. NO. *(If dealer)* N2754 |

**SIGNATURE AND CERTIFICATION BY SELLER(S)**

I (we) declare under penalty of false statement that the information furnished above is true and complete to the best of my (our) knowledge and belief. The owner (seller) of this motor vehicle described above hereby transfers to the buyer the described motor vehicle in consideration of the amount (selling price) entered below, receipt hereby acknowledged.

| SIGNATURE OF SELLER(S) *(Or authorized official)* X | PRINTED NAME OF SELLER(S) *(Authorized official)* Aliyah Bennett | SELLING PRICE $ 29,999.00 | DATE SIGNED 11/6/23 |
|---|---|---|---|

☐ Salvage
MV-907A No. _____

**New York State Department of Motor Vehicles**
## WHOLESALE CERTIFICATE OF SALE RECEIPT

### No. EW36314682023

**VEHICLE INFORMATION:**

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|------------------|-----------|-----------|------------------------|
| 2017 | MASER | LEVANTE | SUV | WH | N/A | 4649 | G | 6 | 5 |

| Vehicle Identification Number | | Lien(s) | | Dealer/Transporter Plate Loaned |
|---|---|---|---|---|
| Z N 6 6 1 X U A X H X 2 5 2 8 4 4 | | 0 | | N/A |

**DEALER INFORMATION**

SUPERB MOTORS INC, 215 NORTHERN BLVD, GREAT NECK, NY, 11021, Nassau

| **PURCHASER INFORMATION** | Date of Sale |
|---|---|
| VW OF FREEHOLD, 4360 US RT 9, FREEHOLD, NJ, 07728 | 10-05-2023 |

| **PRIOR OWNER INFORMATION** | Date of Purchase |
|---|---|
| FIRST NATL BANK PA, 275 1/2 LARK ST, ALBANY, NY, 12210, Out Of State Title (82436021103) | 07-24-2023 |

**ODOMETER DISCLOSURE STATEMENT**

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

☑ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. WARNING: ODOMETER DISCREPANCY."

| ODOMETER READING | | | | | | |
|---|---|---|---|---|---|---|
| 0 | 0 | 3 | 3 | 1 | 4 | 8 |
| | | | (no tenths) | | | |

Check your odometer reading at: | verifiny.com/check | Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

**DEALER CERTIFICATION**

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full | Date | Seller's Facility No. |
|---|---|---|---|
| | SUPERB MOTORS INC | | 7128150 |

**PURCHASER CONFIRMATION**

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full | Date | Purchaser's Facility No. |
|---|---|---|---|
| | VW OF FREEHOLD | | |

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*

Customer copy



This is to certify that this document is a true and complete
copy of a record on file in the New York State Department of
Motor Vehicles, Albany, New York.

*Mark J.F. Schroeder*

COMMISSIONER OF MOTOR VEHICLES

ABS-2 (2/19)

New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE
### No. EW36314682023

| VEHICLE TRANSFER HISTORY | | | | | |
|---|---|---|---|---|---|
| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
| SUPERB MOTORS INC | VW OF FREEHOLD | 7128150 | 10 / 05 / 2023 | EMV50 | Yes |
| FIRST NATL BANK PA | SUPERB MOTORS INC | | 07 / 24 / 2023 | OOST | No |

*Any change or Alteration voids this receipt*

Customer copy



This is to certify that this document is a true and complete
copy of a record on file in the New York State Department of
Motor Vehicles, Albany, New York.

*Mark J.F. Schroeder*

COMMISSIONER OF MOTOR VEHICLES

ABS-2 (2/19)

**SUPPLEMENTAL ASSIGNMENT OF OWNERSHIP AND/OR BILL OF SALE**
Q-1 REV. 11-18

SY1333

STATE OF CONNECTICUT
DEPARTMENT OF MOTOR VEHICLES

**INSTRUCTIONS FOR A VEHICLE:**
1. Complete Sections 1, 2, 3 and the *SIGNATURE AND CERTIFICATION BY SELLER(S) SECTION.*
2. This form can be used as a **BILL OF SALE** or to assign ownership when the assignment areas on the back of a **TITLE** are filled.
3. This form must be accompanied by the most recent **TITLE** issued for the vehicle.

**WARNING:** Federal law requires that you state the mileage in connection with a transfer of ownership. Failure to complete the Odometer Disclosure Statement or providing a false statement may result in fines and/or imprisonment.

**ASSIGNMENT OF OWNERSHIP**

SELLER(S): The undersigned seller(s) hereby state(s) the vehicle described on this title was transferred to the buyer(s) specified below. BUYER(S): Do not sign below until all sections have been completed and signed by seller(s). Signing below indicates you are aware of the CONDITION STATEMENT and ODOMETER DISCLOSURE STATEMENT made by seller(s).

**SECTION 1 Vehicle Information**

| TITLE NUMBER | ISSUED BY THE STATE OF: |
|---|---|
| 82436021103 | Pennsylvania |

| MAKE / MODEL | YEAR | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|
| MASERATI LEVANTE | 2017 | ZN661XUAXHX252844 |

Was this vehicle at the time of sale in condition for legal operation on the highway(s) of this state? *(Only Dealers must respond to this question)* ☐ YES ☐ NO

I state that, to the best of my knowledge and belief, the odometer reading specified below reflects the actual mileage, unless one of the following statements is checked:

ODOMETER READING *(No tenths)*: 33148
☐ I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits. *(The odometer started at zero again.)*
☐ I hereby certify that the odometer reading is not actual mileage. WARNING: ODOMETER DISCREPANCY

**SECTION 2 Buyer(s)**

| NAME OF BUYER *(Please print)* | CHECK ONE IF CO-OWNED | NAME OF CO-BUYER *(Please print)* |
|---|---|---|
| Superb Motors Inc. | ☐ AND ☐ OR | |

ADDRESS OF BUYER(S): 215 Northern Blvd Great Neck, NY 11021

DEALER'S LIC. NO. *(If dealer)*

| SIGNATURE OF BUYER(S) *(Or authorized official)* | SIGNATURE OF CO-BUYER *(Authorized official)* | DATE SIGNED |
|---|---|---|
| X | | 11\2\23 |

**SECTION 3 Seller(s)**

| NAME OF SELLER(S) *(Please print)* | | DATE SOLD |
|---|---|---|
| TEAM MITSUBISHI HARTFORD | | 11\2\23 |

ADDRESS OF SELLER(S) *(Please print)*: 398-412 NEW PARK AVE HARTFORD CT 06106

DEALER'S LIC. NO. *(If dealer)*: N2754

**SIGNATURE AND CERTIFICATION BY SELLER(S)**

I (we) declare under penalty of false statement that the information furnished above is true and complete to the best of my (our) knowledge and belief. The owner (seller) of this motor vehicle described above hereby transfers to the buyer the described motor vehicle in consideration of the amount (selling price) entered below, receipt hereby acknowledged.

| SIGNATURE OF SELLER(S) *(Or authorized official)* | PRINTED NAME OF SELLER(S) *(Authorized official)* | SELLING PRICE | DATE SIGNED |
|---|---|---|---|
| X Aw | Aliyah Bennett | $31,779.00 | 11\2\23 |

☐ Salvage
MV-907A No. _____

**New York State Department of Motor Vehicles**
**WHOLESALE CERTIFICATE OF SALE RECEIPT**

**No. EW36314572023**

## VEHICLE INFORMATION:

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|------------------|-----------|-----------|------------------------|
| 2018 | LA/RO | RANGE ROVER | SUBN | WH | N/A | 4839 | G | 6 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|---|---|---|
| S A L W R 2 R V 8 J A 1 8 9 3 5 1 | 0 | N/A |

## DEALER INFORMATION

SUPERB MOTORS INC, 215 NORTHERN BLVD, GREAT NECK, NY, 11021, Nassau

| PURCHASER INFORMATION | Date of Sale |
|---|---|
| VW OF FREEHOLD, 4360 US RT 9, FREEHOLD, NJ, 07728 | 10-05-2023 |

| PRIOR OWNER INFORMATION | Date of Purchase |
|---|---|
| ALANS AUTOS LLC, 445 BROOK AVE, DEER PARK, NY, 11729, SUFF<br>Electronic MV-50 Number (EW34217972023) | 07-13-2023 |

## ODOMETER DISCLOSURE STATEMENT

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

☑ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. WARNING: ODOMETER DISCREPANCY."

| ODOMETER READING |
|---|
| 0 0 7 2 9 8 3 |
| (no tenths) |

Check your odometer reading at: **verifiny.com/check**   Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

## DEALER CERTIFICATION

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full<br>SUPERB MOTORS INC | Date | Seller's Facility No.<br>7128150 |
|---|---|---|---|

## PURCHASER CONFIRMATION

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full<br>VW OF FREEHOLD | Date | Purchaser's Facility No. |
|---|---|---|---|

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*

Customer copy

Page 1 of 2



This is to certify that this document is a true and complete
copy of a record on file in the New York State Department of
Motor Vehicles, Albany, New York.

*Mark J.F. Schroeder*

COMMISSIONER OF MOTOR VEHICLES

ABS-2 (2/19)

New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE
### No. EW36314572023

| VEHICLE TRANSFER HISTORY | | | | | |
|---|---|---|---|---|---|
| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
| SUPERB MOTORS INC | VW OF FREEHOLD | 7128150 | 10 / 05 / 2023 | EMV50 | Yes |
| ALANS AUTOS LLC | SUPERB MOTORS INC | 7061641 | 07 / 13 / 2023 | EMV50 | No |
| RALLYE MOTORS | ALANS AUTOS LLC | 7089181 | 06 / 29 / 2023 | EMV50 | No |
| THOMAS FLOOD | RALLYE MOTORS | | 06 / 05 / 2023 | NYST | No |

*Any change or Alteration voids this receipt*

Customer copy



This is to certify that this document is a true and complete
copy of a record on file in the New York State Department of
Motor Vehicles, Albany, New York.

*Mark J.F. Schroeder*

COMMISSIONER OF MOTOR VEHICLES

ABS-2 (2/19)

SUPPLEMENTAL ASSIGNMENT OF OWNERSHIP AND/OR BILL OF SALE
Q-1 REV. 11-18

591335



STATE OF CONNECTICUT
DEPARTMENT OF MOTOR VEHICLES

**INSTRUCTIONS FOR A VEHICLE:**
1. Complete Sections 1, 2, 3 and the *SIGNATURE AND CERTIFICATION BY SELLER(S) SECTION.*
2. This form can be used as a **BILL OF SALE** or to assign ownership when the assignment areas on the back of a **TITLE** are filled.
3. This form must be accompanied by the most recent **TITLE** issued for the vehicle.

**WARNING:** Federal law requires that you state the mileage in connection with a transfer of ownership. Failure to complete the Odometer Disclosure Statement or providing a false statement may result in fines and/or imprisonment.

## ASSIGNMENT OF OWNERSHIP

SELLER(S): The undersigned seller(s) hereby state(s) the vehicle described on this title was transferred to the buyer(s) specified below. BUYER(S): Do not sign below until all sections have been completed and signed by seller(s). Signing below indicates you are aware of the CONDITION STATEMENT and ODOMETER DISCLOSURE STATEMENT made by seller(s).

| | | | |
|---|---|---|---|
| **SECTION 1** Vehicle Information | TITLE NUMBER 513570P | | ISSUED BY THE STATE OF: New York |
| | MAKE / MODEL Land rover Range rover | YEAR 2018 | VEHICLE IDENTIFICATION NUMBER SALWR2RV8JA189351 |
| | Was this vehicle at the time of sale in condition for legal operation on the highway(s) of this state? *(Only Dealers must respond to this question)* ☐ YES ☐ NO | | |
| | I state that, to the best of my knowledge and belief, the odometer reading specified below reflects the actual mileage, unless one of the following statements is checked: | | |
| | ODOMETER READING *(No tenths)* ▼ 72983 ☐ | ☐ I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits. *(The odometer started at zero again.)* ☐ I hereby certify that the odometer reading is not actual mileage. WARNING: ODOMETER DISCREPANCY | |

| | | | | |
|---|---|---|---|---|
| **SECTION 2** Buyer(s) | NAME OF BUYER *(Please print)* Superb motors Inc. | CHECK ONE IF CO-OWNED ☐ AND ☐ OR | NAME OF CO-BUYER *(Please print)* | |
| | ADDRESS OF BUYER(S) 215 Northern Blvd Great Neck NY 11021 | | | DEALER'S LIC. NO. *(if dealer)* |
| | SIGNATURE OF BUYER(S) *(Or authorized official)* X | SIGNATURE OF CO-BUYER *(Authorized official)* | | DATE SIGNED 11/6/23 |
| **SECTION 3** Seller(s) | NAME OF SELLER(S) *(Please print)* TEAM MITSUBISHI HARTFORD 398-412 NEW PARK AVE HARTFORD CT 06106 | | | DATE SOLD 11/6/23 |
| | ADDRESS OF SELLER(S) *(Please print)* | | | DEALER'S LIC. NO. *(if dealer)* N2754 |

## SIGNATURE AND CERTIFICATION BY SELLER(S)

I (we) declare under penalty of false statement that the information furnished above is true and complete to the best of my (our) knowledge and belief. The owner (seller) of this motor vehicle described above hereby transfers to the buyer the described motor vehicle in consideration of the amount (selling price) entered below, receipt hereby acknowledged.

| SIGNATURE OF SELLER(S) *(Or authorized official)* X | PRINTED NAME OF SELLER(S) *(Authorized official)* Aliyah Bennett | SELLING PRICE $36,904.00 | DATE SIGNED 11/6/23 |
|---|---|---|---|

☐ Salvage
MV-907A No. _____

**New York State Department of Motor Vehicles**
**WHOLESALE CERTIFICATE OF SALE RECEIPT**

**No. EW36314012023**

## VEHICLE INFORMATION:

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|------------------|-----------|-----------|------------------------|
| 2018 | LEXUS | NX | SUV | WH | N/A | 4050 | G | 4 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|---|---|---|
| J T J B A R B Z 9 J 2 1 7 1 1 4 4 | 0 | N/A |

## DEALER INFORMATION

SUPERB MOTORS INC, 215 NORTHERN BLVD, GREAT NECK, NY, 11021, Nassau

| PURCHASER INFORMATION | Date of Sale |
|---|---|
| VW OF FREEHOLD, 4360 US RT 9, FREEHOLD, NJ, 07728 | 10-05-2023 |

| PRIOR OWNER INFORMATION | Date of Purchase |
|---|---|
| JAWZ AUTO IMPORTS, 11412 N SAGINAW RD, CLIO, MI, 48420, Out Of State Title (761014253688) | 07-06-2023 |

## ODOMETER DISCLOSURE STATEMENT

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

■ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. WARNING: ODOMETER DISCREPANCY."

| ODOMETER READING | | | | | | |
|---|---|---|---|---|---|---|
| 0 | 0 | 7 | 4 | 2 | 4 | 8 |
| | | | (no tenths) | | | |

Check your odometer reading at: | verifiny.com/check | Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

## DEALER CERTIFICATION

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full SUPERB MOTORS INC | Date | Seller's Facility No. 7128150 |
|---|---|---|---|

## PURCHASER CONFIRMATION

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full VW OF FREEHOLD | Date | Purchaser's Facility No. |
|---|---|---|---|

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*

Customer copy

Page 1 of 2



This is to certify that this document is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

COMMISSIONER OF MOTOR VEHICLES

ABS-2 (2/19)

New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE
### No. EW36314012023

| VEHICLE TRANSFER HISTORY | | | | | |
|---|---|---|---|---|---|
| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
| SUPERB MOTORS INC | VW OF FREEHOLD | 7128150 | 10 / 05 / 2023 | EMV50 | Yes |
| JAWZ AUTO IMPORTS | SUPERB MOTORS INC | | 07 / 06 / 2023 | OOST | No |

*Any change or Alteration voids this receipt*

Customer copy



This is to certify that this document is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

*Mark JF. Schroeder*

COMMISSIONER OF MOTOR VEHICLES

ABS-2 (2/19)

Case 2:23-cv-06188-JMW   Document 155-1   Filed 03/18/24   Page 1 of 30 PageID #: 3043

**SUPPLEMENTAL ASSIGNMENT OF OWNERSHIP AND/OR BILL OF SALE**
Q-1 REV. 11-18



**SY 1336**
STATE OF CONNECTICUT
DEPARTMENT OF MOTOR VEHICLES

**INSTRUCTIONS FOR A VEHICLE:**
1. Complete Sections 1, 2, 3 and the *SIGNATURE AND CERTIFICATION BY SELLER(S) SECTION.*
2. This form can be used as a BILL OF SALE or to assign ownership when the assignment areas on the back of a TITLE are filled.
3. This form must be accompanied by the most recent TITLE issued for the vehicle.

**WARNING:** Federal law requires that you state the mileage in connection with a transfer of ownership. Failure to complete the Odometer Disclosure Statement or providing a false statement may result in fines and/or imprisonment.

**ASSIGNMENT OF OWNERSHIP**

SELLER(S): The undersigned seller(s) hereby state(s) the vehicle described on this title was transferred to the buyer(s) specified below. BUYER(S): Do not sign below until all sections have been completed and signed by seller(s). Signing below indicates you are aware of the CONDITION STATEMENT and ODOMETER DISCLOSURE STATEMENT made by seller(s).

| | | |
|---|---|---|
| **SECTION 1**<br>Vehicle Information | TITLE NUMBER<br>7610142536088 | ISSUED BY THE STATE OF:<br>Arkansas |
| | MAKE / MODEL<br>Lexus NX | YEAR<br>2018 | VEHICLE IDENTIFICATION NUMBER<br>JTJBARBZ9J2171144 |

Was this vehicle at the time of sale in condition for legal operation on the highway(s) of this state? (Only Dealers must respond to this question) ☐ YES ☐ NO

I state that, to the best of my knowledge and belief, the odometer reading specified below reflects the actual mileage, unless one of the following statements is checked:

ODOMETER READING (No tenths): **74248**

☐ I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits. *(The odometer started at zero again.)*

☐ I hereby certify that the odometer reading is not actual mileage. WARNING: ODOMETER DISCREPANCY

**SECTION 2**
Buyer(s)

NAME OF BUYER (Please print)
Superb Motors Inc.

CHECK ONE IF CO-OWNED  ☐ AND  ☐ OR

NAME OF CO-BUYER (Please print)

ADDRESS OF BUYER(S)
215 Northern Blvd Great Neck, NY 11021

DEALER'S LIC. NO. (If dealer)

SIGNATURE OF BUYER(S) (Or authorized official)
X

SIGNATURE OF CO-BUYER (Authorized official)

DATE SIGNED
11 7 23

**SECTION 3**
Seller(s)

NAME OF SELLER(S) (Please print)
TEAM MITSUBISHI HARTFORD
398-412 NEW PARK AVE
HARTFORD CT 06106

DATE SOLD
11 7 23

ADDRESS OF SELLER(S) (Please print)

DEALER'S LIC. NO. (If dealer)
N2754

**SIGNATURE AND CERTIFICATION BY SELLER(S)**

I (we) declare under penalty of false statement that the information furnished above is true and complete to the best of my (our) knowledge and belief. The owner (seller) of this motor vehicle described above hereby transfers to the buyer the described motor vehicle in consideration of the amount (selling price) entered below, receipt hereby acknowledged.

SIGNATURE OF SELLER(S) (Or authorized official)
X

PRINTED NAME OF SELLER(S) (Authorized official)
Aliyah Bennett

SELLING PRICE
$27,401.00

DATE SIGNED
11 7 23

☐ Salvage
MV-907A No. _____

**New York State Department of Motor Vehicles**
**WHOLESALE CERTIFICATE OF SALE RECEIPT**

**No. EW19666442021**

## VEHICLE INFORMATION:

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|------------------|-----------|-----------|------------------------|
| 2016 | FORD | F150 | PICK | RD | N/A | 4709 | G | 8 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|---|---|---|
| 1 F T E W 1 E F 1 G F B 6 7 4 2 0 | 0 | N/A |

## DEALER INFORMATION

GLOBAL MOTORS, 115 MAIN STREET, BINGHAMTON, NY, 13905, Broome

## PURCHASER INFORMATION

A I AUTO SALES LLC, 45-55 TICHENOR ST, NEWARK, NJ, 07102

Date of Sale
11-02-2021

## PRIOR OWNER INFORMATION

KEYBANK NA, 4315 PICKETT RD, SAINT JOSEPH, MO, 64503,
Out Of State Title (796873)

Date of Purchase
05-14-2021

## ODOMETER DISCLOSURE STATEMENT

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

☒ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. WARNING: ODOMETER DISCREPANCY."

| ODOMETER READING | | | | | |
|---|---|---|---|---|---|
| 0 | 1 | 0 | 5 | 6 | 3 | 0 |
| (no tenths) | | | | | |

Check your odometer reading at: | verifiny.com/check | Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

## DEALER CERTIFICATION

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full GLOBAL MOTORS | Date | Seller's Facility No. 7116279 |
|---|---|---|---|

## PURCHASER CONFIRMATION

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full A I AUTO SALES LLC | Date | Purchaser's Facility No. |
|---|---|---|---|

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*

Customer copy



This is to certify that this document is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

*Mark J.F. Schroeder*

COMMISSIONER OF MOTOR VEHICLES

ABS-2 (2/19)

New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE
### No. EW19666442021

| VEHICLE TRANSFER HISTORY | | | | | |
|---|---|---|---|---|---|
| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
| GLOBAL MOTORS | A I AUTO SALES LLC | 7116279 | 11 / 02 / 2021 | EMV50 | Yes |
| KEYBANK NA | GLOBAL MOTORS | | 05 / 14 / 2021 | OOST | No |

*Any change or Alteration voids this receipt*

Customer copy



This is to certify that this document is a true and complete
copy of a record on file in the New York State Department of
Motor Vehicles, Albany, New York.

*Mark JF. Schroeder*

COMMISSIONER OF MOTOR VEHICLES

ABS-2 (2/19)

Case 2:23-cv-06188-JMW   Document 155-1   Filed 03/18/24   Page 27 of 30 PageID #: 3069

**SUPPLEMENTAL ASSIGNMENT OF OWNERSHIP AND/OR BILL OF SALE**
Q-1 REV. 11-18



SU1349

STATE OF CONNECTICUT
DEPARTMENT OF MOTOR VEHICLES

**INSTRUCTIONS FOR A VEHICLE:**

1. Complete Sections 1, 2, 3 and the *SIGNATURE AND CERTIFICATION BY SELLER(S) SECTION.*
2. This form can be used as a **BILL OF SALE** or to assign ownership when the assignment areas on the back of a **TITLE** are filled.
3. This form must be accompanied by the most recent **TITLE** issued for the vehicle.

**WARNING:** Federal law requires that you state the mileage in connection with a transfer of ownership. Failure to complete the Odometer Disclosure Statement or providing a false statement may result in fines and/or imprisonment.

| ASSIGNMENT OF OWNERSHIP |
|---|

**SELLER(S):** The undersigned seller(s) hereby state(s) the vehicle described on this title was transferred to the buyer(s) specified below. **BUYER(S):** Do not sign below until all sections have been completed and signed by seller(s). Signing below indicates you are aware of the CONDITION STATEMENT and ODOMETER DISCLOSURE STATEMENT made by seller(s).

| | | | |
|---|---|---|---|
| **SECTION 1** Vehicle Information | TITLE NUMBER | | ISSUED BY THE STATE OF: |
| | MAKE / MODEL Ford F-150 | YEAR 2016 | VEHICLE IDENTIFICATION NUMBER 1FTEW1EF1GFB67420 |
| | Was this vehicle at the time of sale in condition for legal operation on the highway(s) of this state? *(Only Dealers must respond to this question)* ☐ YES ☐ NO | | |
| | I state that, to the best of my knowledge and belief, the odometer reading specified below reflects the actual mileage, unless one of the following statements is checked: | | |
| | ODOMETER READING *(No tenths)* 170786 | ☐ I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits. *(The odometer started at zero again.)* | |
| | | ☐ I hereby certify that the odometer reading is not actual mileage. WARNING: ODOMETER DISCREPANCY | |

| | | | |
|---|---|---|---|
| **SECTION 2** Buyer(s) | NAME OF BUYER *(Please print)* Superb Motors Inc. | CHECK ONE IF CO-OWNED ☐ AND ☐ OR | NAME OF CO-BUYER *(Please print)* |
| | ADDRESS OF BUYER(S) 215 Northern Blvd Great Neck, NY 11021 | | DEALER'S LIC. NO. *(if dealer)* |
| | SIGNATURE OF BUYER(S) *(Or authorized official)* X | SIGNATURE OF CO-BUYER *(Authorized official)* | DATE SIGNED |

| | | | |
|---|---|---|---|
| **SECTION 3** Seller(s) | NAME OF SELLER(S) *(Please print)* | | DATE SOLD |
| | ADDRESS OF SELLER(S) *(Please print)* TEAM MITSUBISHI HARTFORD 398-412 NEW PARK AVE HARTFORD CT 06106 | | DEALER'S LIC. NO. *(if dealer)* N2754 |

| SIGNATURE AND CERTIFICATION BY SELLER(S) |
|---|

I (we) declare under penalty of false statement that the information furnished above is true and complete to the best of my (our) knowledge and belief. The owner (seller) of this motor vehicle described above hereby transfers to the buyer the described motor vehicle in consideration of the amount (selling price) entered below, receipt hereby acknowledged.

| SIGNATURE OF SELLER(S) *(Or authorized official)* | PRINTED NAME OF SELLER(S) *(Authorized official)* | SELLING PRICE | DATE SIGNED |
|---|---|---|---|
| X AB | Aliyah Bennett | $16,612.82 | |

☐ Salvage
MV-907A No. _____

**New York State Department of Motor Vehicles**
**WHOLESALE CERTIFICATE OF SALE RECEIPT**

## No. EW36315182023

### VEHICLE INFORMATION:

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|------------------|-----------|-----------|------------------------|
| 2017 | BMW | X3 | SUV | BK | N/A | 4150 | G | 4 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|---|---|---|
| 5 U X W X 9 C 5 0 H 0 T 0 4 6 6 6 | 0 | N/A |

### DEALER INFORMATION

SUPERB MOTORS INC, 215 NORTHERN BLVD, GREAT NECK, NY, 11021, Nassau

### PURCHASER INFORMATION

VOLKSWAGEN OF FREEHOLD, 4360 US RT 9, FREEHOLD, NJ, 07728

Date of Sale: 10-05-2023

### PRIOR OWNER INFORMATION

AUTO LNDRS LIQ CTR, 1051 N BLK HORSE PK, WILLIAMSTOWN, NJ, 08094,
Out Of State Title (DA20231651113)

Date of Purchase: 06-30-2023

### ODOMETER DISCLOSURE STATEMENT

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

☑ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. WARNING: ODOMETER DISCREPANCY."

| ODOMETER READING | | | | | | | |
|---|---|---|---|---|---|---|---|
| 0 | 0 | 7 | 6 | 7 | 6 | 4 | |
| | | | (no tenths) | | | | |

Check your odometer reading at: | verifiny.com/check | Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

### DEALER CERTIFICATION

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full SUPERB MOTORS INC | Date | Seller's Facility No. 7128150 |
|---|---|---|---|

### PURCHASER CONFIRMATION

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full VOLKSWAGEN OF FREEHOLD | Date | Purchaser's Facility No. |
|---|---|---|---|

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*

Customer copy

Page 1 of 2



This is to certify that this document is a true and complete
copy of a record on file in the New York State Department of
Motor Vehicles, Albany, New York.

*Mark JF. Schroeder*

COMMISSIONER OF MOTOR VEHICLES

ABS-2 (2/19)

New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE
### No. EW36315182023

| VEHICLE TRANSFER HISTORY | | | | | |
|---|---|---|---|---|---|
| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
| SUPERB MOTORS INC | VOLKSWAGEN OF FREEHOLD | 7128150 | 10 / 05 / 2023 | EMV50 | Yes |
| AUTO LNDRS LIQ CTR | SUPERB MOTORS INC | | 06 / 30 / 2023 | OOST | No |

*Any change or Alteration voids this receipt*



This is to certify that this document is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

*Mark J.F. Schroeder*

COMMISSIONER OF MOTOR VEHICLES

ABS-2 (2/19)

**SUPPLEMENTAL ASSIGNMENT OF OWNERSHIP AND/OR BILL OF SALE**
Q-1 REV. 11-18



SU1302

STATE OF CONNECTICUT
DEPARTMENT OF MOTOR VEHICLES

**INSTRUCTIONS FOR A VEHICLE:**

1. Complete Sections 1, 2, 3 and the *SIGNATURE AND CERTIFICATION BY SELLER(S) SECTION.*
2. This form can be used as a **BILL OF SALE** or to assign ownership when the assignment areas on the back of a **TITLE** are filled.
3. This form must be accompanied by the most recent **TITLE** issued for the vehicle.

**WARNING:** Federal law requires that you state the mileage in connection with a transfer of ownership.  Failure to complete the Odometer Disclosure Statement or providing a false statement may result in fines and/or imprisonment.

## ASSIGNMENT OF OWNERSHIP

**SELLER(S):** The undersigned seller(s) hereby state(s) the vehicle described on this title was transferred to the buyer(s) specified below.  BUYER(S): Do not sign below until all sections have been completed and signed by seller(s).  Signing below indicates you are aware of the CONDITION STATEMENT and ODOMETER DISCLOSURE STATEMENT made by seller(s).

| | | | |
|---|---|---|---|
| **SECTION 1** Vehicle Information | TITLE NUMBER BM698604 | | ISSUED BY THE STATE OF: New Jersey |
| | MAKE / MODEL BMW X3 | YEAR 2017 | VEHICLE IDENTIFICATION NUMBER 5UXWX9C50H0T046606 |

Was this vehicle at the time of sale in condition for legal operation on the highway(s) of this state? *(Only Dealers must respond to this question)* ☐ YES ☒ NO

I state that, to the best of my knowledge and belief, the odometer reading specified below reflects the actual mileage, unless one of the following statements is checked:

ODOMETER READING *(No tenths)* 76764

☐ I hereby certify that to the best of my knowledge and belief the odometer reading reflects the amount of mileage in excess of its mechanical limits.  *(The odometer started at zero again.)*

☐ I hereby certify that the odometer reading is not actual mileage.  WARNING: ODOMETER DISCREPANCY

| | | | |
|---|---|---|---|
| **SECTION 2** Buyer(s) | NAME OF BUYER *(Please print)* Superb Motors Inc. | CHECK ONE IF CO-OWNED ☐ AND ☐ OR | NAME OF CO-BUYER *(Please print)* |
| | ADDRESS OF BUYER(S) 215 Northern Blvd Great Neck, NY 11021 | | DEALER'S LIC. NO. *(If dealer)* |
| | SIGNATURE OF BUYER(S) *(Or authorized official)* X | SIGNATURE OF CO-BUYER *(Authorized official)* | DATE SIGNED 11/2/23 |
| **SECTION 3** Seller(s) | NAME OF SELLER(S) *(Please print)* TEAM MITSUBISHI HARTFORD | | DATE SOLD 11/2/23 |
| | ADDRESS OF SELLER(S) *(Please print)* 398-412 NEW PARK AVE HARTFORD CT 06106 | | DEALER'S LIC. NO. *(If dealer)* N2754 |

## SIGNATURE AND CERTIFICATION BY SELLER(S)

I (we) declare under penalty of false statement that the information furnished above is true and complete to the best of my (our) knowledge and belief.  The owner (seller) of this motor vehicle described above hereby transfers to the buyer the described motor vehicle in consideration of the amount (selling price) entered below, receipt hereby acknowledged.

| SIGNATURE OF SELLER(S) *(Or authorized official)* X | PRINTED NAME OF SELLER(S) *(Authorized official)* Aliyah Bennett | SELLING PRICE $19,246.00 | DATE SIGNED 11/2/23 |
|---|---|---|---|

☐ Salvage
MV-907A No. _____

**New York State Department of Motor Vehicles**
## WHOLESALE CERTIFICATE OF SALE RECEIPT

### No. EW36315112023

## VEHICLE INFORMATION:

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|------------------|-----------|-----------|------------------------|
| 2019 | FORD | MUS | CONV | OR | N/A | 3605 | G | 4 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|---|---|---|
| 1 F A T P 8 U H 1 K 5 1 5 2 2 6 0 | 0 | N/A |

## DEALER INFORMATION

SUPERB MOTORS INC, 215 NORTHERN BLVD, GREAT NECK, NY, 11021, Nassau

## PURCHASER INFORMATION

| | Date of Sale |
|---|---|
| VOLKSWAGEN OF FREEHOLD, 4360 US RT 9, FREEHOLD, NJ, 07728 | 10-05-2023 |

## PRIOR OWNER INFORMATION

| | Date of Purchase |
|---|---|
| ALGO LLC, 122 CROSS KEYS RD, BERLIN, NJ, 08009, Out Of State Title (DA20231721115) | 06-30-2023 |

## ODOMETER DISCLOSURE STATEMENT

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

☑ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. WARNING: ODOMETER DISCREPANCY."

| ODOMETER READING | | | | | | |
|---|---|---|---|---|---|---|
| 0 | 0 | 4 | 5 | 5 | 3 | 9 |
| (no tenths) | | | | | | |

Check your odometer reading at: | verifiny.com/check | Processing States with questions about this eMV-50 may contact 1 633 VERIFI NY (1 833 837-4346)

## DEALER CERTIFICATION

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full SUPERB MOTORS INC | Date | Seller's Facility No. 7128150 |
|---|---|---|---|

## PURCHASER CONFIRMATION

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full VOLKSWAGEN OF FREEHOLD | Date | Purchaser's Facility No. |
|---|---|---|---|

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*

Customer copy



This is to certify that this document is a true and complete
copy of a record on file in the New York State Department of
Motor Vehicles, Albany, New York.

COMMISSIONER OF MOTOR VEHICLES

ABS-2 (2/19)

**New York State Department of Motor Vehicles**
WHOLESALE CERTIFICATE OF SALE

## No. EW36315112023

| VEHICLE TRANSFER HISTORY | | | | | |
|---|---|---|---|---|---|
| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
| SUPERB MOTORS INC | VOLKSWAGEN OF FREEHOLD | 7128150 | 10 / 05 / 2023 | EMV50 | Yes |
| ALGO LLC | SUPERB MOTORS INC | | 06 / 30 / 2023 | OOST | No |
| PREMIER FORD LINCOLN | ANTHONY BELLO LEONARDO | 6240988 | 04 / 25 / 2023 | EMV50 | No |
| CAB EAST LLC | PREMIER FORD LINCOLN | | 04 / 15 / 2023 | NYST | No |
| PREMIER FORD LINCOLN | CAB EAST LLC | 6240988 | 11 / 21 / 2019 | EMV50 | No |
| FMCC | PREMIER FORD LINCOLN | | 12 / 10 / 2018 | MCO | No |

*Any change or Alteration voids this receipt*

Customer copy



This is to certify that this document is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

*Mark J.F. Schroeder*

COMMISSIONER OF MOTOR VEHICLES

ABS-2 (2/19)

Case 2:23-cv-06188-JMW   Document 155-1   Filed 03/18/24   Page 9 of 30 PageID #: 3051

---

**SUPPLEMENTAL ASSIGNMENT OF OWNERSHIP AND/OR BILL OF SALE**
Q-1 REV. 11-18

_SU 1303_



STATE OF CONNECTICUT
DEPARTMENT OF MOTOR VEHICLES

**INSTRUCTIONS FOR A VEHICLE:**
1. Complete Sections 1, 2, 3 and the *SIGNATURE AND CERTIFICATION BY SELLER(S) SECTION.*
2. This form can be used as a **BILL OF SALE** or to assign ownership when the assignment areas on the back of a **TITLE** are filled.
3. This form must be accompanied by the most recent **TITLE** issued for the vehicle.

**WARNING:** Federal law requires that you state the mileage in connection with a transfer of ownership. Failure to complete the Odometer Disclosure Statement or providing a false statement may result in fines and/or imprisonment.

## ASSIGNMENT OF OWNERSHIP

**SELLER(S):** The undersigned seller(s) hereby state(s) the vehicle described on this title was transferred to the buyer(s) specified below.  **BUYER(S):** Do not sign below until all sections have been completed and signed by seller(s). Signing below indicates you are aware of the CONDITION STATEMENT and ODOMETER DISCLOSURE STATEMENT made by seller(s).

| | | |
|---|---|---|
| **SECTION 1**<br>Vehicle<br>Information | **TITLE NUMBER** Bm 705828 | **ISSUED BY THE STATE OF:** New Jersey |
| | **MAKE / MODEL** FORD MUSTANG **YEAR** 2019 | **VEHICLE IDENTIFICATION NUMBER** 1FATP8UH1K5152260 |

Was this vehicle at the time of sale in condition for legal operation on the highway(s) of this state? *(Only Dealers must respond to this question)* ☐ YES ☐ NO

I state that, to the best of my knowledge and belief, the odometer reading specified below reflects the actual mileage, unless one of the following statements is checked:

**ODOMETER READING** *(No tenths)*  `4 5 5 3 9`

☐ I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits. *(The odometer started at zero again.)*

☐ I hereby certify that the odometer reading is not actual mileage.  WARNING: ODOMETER DISCREPANCY

| | | | |
|---|---|---|---|
| **SECTION 2**<br>Buyer(s) | **NAME OF BUYER** *(Please print)* Superb motors Inc. | **CHECK ONE IF CO-OWNED** ☐ AND ☐ OR | **NAME OF CO-BUYER** *(Please print)* |
| | **ADDRESS OF BUYER(S)** 215 Northern BLVD Great Neck, NY 11021 | | **DEALER'S LIC. NO.** *(If dealer)* |
| | **SIGNATURE OF BUYER(S)** *(Or authorized official)* X | **SIGNATURE OF CO-BUYER** *(Authorized official)* | **DATE SIGNED** 11\|2\|2023 |
| **SECTION 3**<br>Seller(s) | **NAME OF SELLER(S)** *(Please print)* TEAM MITSUBISHI HARTFORD | | **DATE SOLD** 11\|2\|2023 |
| | **ADDRESS OF SELLER(S)** *(Please print)* 330-412 NEW PARK AVE HARTFORD CT 06106 | | **DEALER'S LIC. NO.** *(If dealer)* N2754 |

## SIGNATURE AND CERTIFICATION BY SELLER(S)

I (we) declare under penalty of false statement that the information furnished above is true and complete to the best of my (our) knowledge and belief. The owner (seller) of this motor vehicle described above hereby transfers to the buyer the described motor vehicle in consideration of the amount (selling price) entered below, receipt hereby acknowledged.

| **SIGNATURE OF SELLER(S)** *(Or authorized official)* X AB | **PRINTED NAME OF SELLER(S)** *(Authorized official)* Aliyah Bennett | **SELLING PRICE** $25,402.00 | **DATE SIGNED** 11\|2\|2023 |
|---|---|---|---|

☐ Salvage
MV-907A No. _____

**New York State Department of Motor Vehicles**
**WHOLESALE CERTIFICATE OF SALE RECEIPT**

**No. EW36315352023**

## VEHICLE INFORMATION:

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|------------------|-----------|-----------|------------------------|
| 2019 | BMW | X1 | SUV | BK | N/A | 3697 | G | 4 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|---|---|---|
| W B X H T 3 C 5 9 K 5 L 9 0 0 0 9 | 0 | N/A |

## DEALER INFORMATION

SUPERB MOTORS INC, 215 NORTHERN BLVD, GREAT NECK, NY, 11021, Nassau

| PURCHASER INFORMATION | Date of Sale |
|---|---|
| VOLKSWAGEN OF FREEHOLD, 4360 US RT 9, FREEHOLD, NJ, 07728 | 10-05-2023 |

| PRIOR OWNER INFORMATION | Date of Purchase |
|---|---|
| GERMAN STARS MTR INC, 210 W CENTER ST, BEEBE, AR, 72012, Out Of State Title (761014162958) | 06-23-2013 |

## ODOMETER DISCLOSURE STATEMENT

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

☑ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. WARNING: ODOMETER DISCREPANCY."

| ODOMETER READING | | | | | | |
|---|---|---|---|---|---|---|
| 0 | 0 | 6 | 0 | 1 | 2 | 1 |
| (no tenths) | | | | | | |

Check your odometer reading at: verifiny.com/check   Processing States with questions about this eMV-50 may contact 1 833 VERIFNY NY (1 833 837-4346)

---

### DEALER CERTIFICATION

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full SUPERB MOTORS INC | Date | Seller's Facility No. 7128150 |
|---|---|---|---|

---

### PURCHASER CONFIRMATION

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full VOLKSWAGEN OF FREEHOLD | Date | Purchaser's Facility No. |
|---|---|---|---|

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*

Customer copy

Page 1 of 2



This is to certify that this document is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

*Mark J.F. Schroeder*

COMMISSIONER OF MOTOR VEHICLES

ABS-2 (2/19)

New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE
### No. EW36315352023

| VEHICLE TRANSFER HISTORY | | | | | | |
|---|---|---|---|---|---|---|
| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State | |
| SUPERB MOTORS INC | VOLKSWAGEN OF FREEHOLD | 7128150 | 10 / 05 / 2023 | EMV50 | Yes | |
| GERMAN STARS MTR INC | SUPERB MOTORS INC | | 06 / 23 / 2013 | OOST | No | |

*Any change or Alteration voids this receipt*

Customer copy



This is to certify that this document is a true and complete
copy of a record on file in the New York State Department of
Motor Vehicles, Albany, New York.

*Mark J.F. Schroeder*

COMMISSIONER OF MOTOR VEHICLES

ABS-2 (2/19)

Case 2:23-cv-06188-JMW   Document 155-1   Filed 03/18/24   Page 14 of 30 PageID #: 3056

**SUPPLEMENTAL ASSIGNMENT OF OWNERSHIP AND/OR BILL OF SALE**
Q-1 REV. 11-18

SW1260



STATE OF CONNECTICUT
DEPARTMENT OF MOTOR VEHICLES

**INSTRUCTIONS FOR A VEHICLE:**

1. Complete Sections 1, 2, 3 and the *SIGNATURE AND CERTIFICATION BY SELLER(S) SECTION.*
2. This form can be used as a **BILL OF SALE** or to assign ownership when the assignment areas on the back of a **TITLE** are filled.
3. This form must be accompanied by the most recent **TITLE** issued for the vehicle.

**WARNING:** Federal law requires that you state the mileage in connection with a transfer of ownership. Failure to complete the Odometer Disclosure Statement or providing a false statement may result in fines and/or imprisonment.

**ASSIGNMENT OF OWNERSHIP**

SELLER(S): The undersigned seller(s) hereby state(s) the vehicle described on this title was transferred to the buyer(s) specified below. BUYER(S): Do not sign below until all sections have been completed and signed by seller(s). Signing below indicates you are aware of the CONDITION STATEMENT and ODOMETER DISCLOSURE STATEMENT made by seller(s).

| | | | |
|---|---|---|---|
| **SECTION 1** Vehicle Information | TITLE NUMBER 7610141C2958 | | ISSUED BY THE STATE OF: Arkansas |
| | MAKE / MODEL BMW X1 | YEAR 2019 | VEHICLE IDENTIFICATION NUMBER WBXHT3C59K5L90009 |
| | Was this vehicle at the time of sale in condition for legal operation on the highway(s) of this state? *(Only Dealers must respond to this question)* ☐ YES ☐ NO | | |
| | I state that, to the best of my knowledge and belief, the odometer reading specified below reflects the actual mileage, unless one of the following statements is checked: | | |
| | ODOMETER READING *(No tenths)* 6 0 1 8 1 ☐ I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits. *(The odometer started at zero again.)* ☐ I hereby certify that the odometer reading is not actual mileage. WARNING: ODOMETER DISCREPANCY | | |

| | | | |
|---|---|---|---|
| **SECTION 2** Buyer(s) | NAME OF BUYER *(Please print)* Superb Motors Inc. | CHECK ONE IF CO-OWNED ☐ AND ☐ OR | NAME OF CO-BUYER *(Please print)* |
| | ADDRESS OF BUYER(S) 215 Northern Blvd Great Neck, NY 11021 | | DEALER'S LIC. NO. *(If dealer)* |
| | SIGNATURE OF BUYER(S) *(Or authorized official)* X | SIGNATURE OF CO-BUYER *(Authorized official)* | DATE SIGNED 11/2/2023 |
| **SECTION 3** Seller(s) | NAME OF SELLER(S) *(Please print)* TEAM MITSUBISHI HARTFORD 336-412 NEW PARK AVE HARTFORD CT 06106 | | DATE SOLD 11/2/2023 |
| | ADDRESS OF SELLER(S) *(Please print)* | | DEALER'S LIC. NO. *(If dealer)* N2754 |

**SIGNATURE AND CERTIFICATION BY SELLER(S)**

I (we) declare under penalty of false statement that the information furnished above is true and complete to the best of my (our) knowledge and belief. The owner (seller) of this motor vehicle described above hereby transfers to the buyer the described motor vehicle in consideration of the amount (selling price) entered below, receipt hereby acknowledged.

| SIGNATURE OF SELLER(S) *(Or authorized official)* X RXB | PRINTED NAME OF SELLER(S) *(Authorized official)* Aliyah Bennett | SELLING PRICE $20,245.00 | DATE SIGNED 11/2/2023 |
|---|---|---|---|

☐ Salvage
MV-907A No. _____

**New York State Department of Motor Vehicles**
**WHOLESALE CERTIFICATE OF SALE RECEIPT**

### No. EW36315262023

## VEHICLE INFORMATION:

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|------------------|-----------|-----------|------------------------|
| 2018 | AL/RO | GIULIA | SEDN | BK | N/A | 3632 | G | 4 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|-------------------------------|---------|----------------------------------|
| Z A R F A E D N 3 J 7 5 5 7 5 1 0 5 | 0 | N/A |

## DEALER INFORMATION

SUPERB MOTORS INC, 215 NORTHERN BLVD, GREAT NECK, NY, 11021, Nassau

| ## PURCHASER INFORMATION | Date of Sale |
|---------------------------|--------------|
| VOLKSWAGEN OF FREEHOLD, 4360 US RT 9, FREEHOLD, NJ, 07728 | 10-05-2023 |

| ## PRIOR OWNER INFORMATION | Date of Purchase |
|-----------------------------|------------------|
| german stars mtr llc, 900 broad st, wadsworth, OH, 44281, Out Of State Title (5203595670) | 06-23-2023 |

## ODOMETER DISCLOSURE STATEMENT

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

☒ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. WARNING: ODOMETER DISCREPANCY."

| ODOMETER READING | | | | | | |
|---|---|---|---|---|---|---|
| 0 | 0 | 5 | 4 | 9 | 7 | 5 |
| | | (no tenths) | | | | |

Check your odometer reading at:   verifiny.com/check   Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

## DEALER CERTIFICATION

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full SUPERB MOTORS INC | Date | Seller's Facility No. 7128150 |
|---|---|---|---|
| | | | |

## PURCHASER CONFIRMATION

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full VOLKSWAGEN OF FREEHOLD | Date | Purchaser's Facility No. |
|---|---|---|---|
| | | | |

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*

Customer copy

Page 1 of 2



This is to certify that this document is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

*Mark J.F. Schroeder*

COMMISSIONER OF MOTOR VEHICLES

ABS-2 (2/19)

New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE
### No. EW36315262023

| VEHICLE TRANSFER HISTORY | | | | | |
|---|---|---|---|---|---|
| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
| SUPERB MOTORS INC | VOLKSWAGEN OF FREEHOLD | 7128150 | 10 / 05 / 2023 | EMV50 | Yes |
| german stars mtr llc | SUPERB MOTORS INC | | 06 / 23 / 2023 | OOST | No |
| ALANS AUTOS LLC | FAIRLESS MOTORS | 7061641 | 09 / 01 / 2021 | EMV50 | Yes |
| AUTOMOTIVE AVENUES | ALANS AUTOS LLC | | 09 / 01 / 2021 | OOST | No |

*Any change or Alteration voids this receipt*

Customer copy



This is to certify that this document is a true and complete
copy of a record on file in the New York State Department of
Motor Vehicles, Albany, New York.

*Mark J.F. Schroeder*

COMMISSIONER OF MOTOR VEHICLES

ABS-2 (2/19)

**SUPPLEMENTAL ASSIGNMENT OF OWNERSHIP AND/OR BILL OF SALE**
Q-1 REV. 11-18

SU12l2

STATE OF CONNECTICUT
DEPARTMENT OF MOTOR VEHICLES

**INSTRUCTIONS FOR A VEHICLE:**
1. Complete Sections 1, 2, 3 and the *SIGNATURE AND CERTIFICATION BY SELLER(S) SECTION.*
2. This form can be used as a BILL OF SALE or to assign ownership when the assignment areas on the back of a TITLE are filled.
3. This form must be accompanied by the most recent TITLE issued for the vehicle.

**WARNING:** Federal law requires that you state the mileage in connection with a transfer of ownership. Failure to complete the Odometer Disclosure Statement or providing a false statement may result in fines and/or imprisonment.

**ASSIGNMENT OF OWNERSHIP**

SELLER(S): The undersigned seller(s) hereby state(s) the vehicle described on this title was transferred to the buyer(s) specified below. BUYER(S): Do not sign below until all sections have been completed and signed by seller(s). Signing below indicates you are aware of the CONDITION STATEMENT and ODOMETER DISCLOSURE STATEMENT made by seller(s).



| SECTION 1 Vehicle Information | TITLE NUMBER 5203595670 | | ISSUED BY THE STATE OF: OHIO |
|---|---|---|---|
| | MAKE / MODEL Alfa Romeo Giulia | YEAR 2018 | VEHICLE IDENTIFICATION NUMBER ZARFAEDN3J7575105 |

Was this vehicle at the time of sale in condition for legal operation on the highway(s) of this state? (Only Dealers must respond to this question) ☐ YES ☐ NO

I state that, to the best of my knowledge and belief, the odometer reading specified below reflects the actual mileage, unless one of the following statements is checked:

ODOMETER READING (No tenths) 54975
☐ I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits. *(The odometer started at zero again.)*
☐ I hereby certify that the odometer reading is not actual mileage. WARNING: ODOMETER DISCREPANCY

| SECTION 2 Buyer(s) | NAME OF BUYER (Please print) Superb Motors Inc. | CHECK ONE IF CO-OWNED ☐ AND ☐ OR | NAME OF CO-BUYER (Please print) | |
|---|---|---|---|---|
| | ADDRESS OF BUYER(S) 215 Northern Blvd Great Neck, NY 11021 | | | DEALER'S LIC. NO. (if dealer) |
| | SIGNATURE OF BUYER(S) (Or authorized official) X | SIGNATURE OF CO-BUYER (Authorized official) | | DATE SIGNED 11|2|23 |
| SECTION 3 Seller(s) | NAME OF SELLER(S) (Please print) TEAM MITSUBISHI HARTFORD | | | DATE SOLD 11|2|23 |
| | ADDRESS OF SELLER(S) (Please print) 398-412 NEW PARK AVE HARTFORD CT 06106 | | | DEALER'S LIC. NO. (if dealer) N2754 |

**SIGNATURE AND CERTIFICATION BY SELLER(S)**

I (we) declare under penalty of false statement that the information furnished above is true and complete to the best of my (our) knowledge and belief. The owner (seller) of this motor vehicle described above hereby transfers to the buyer the described motor vehicle in consideration of the amount (selling price) entered below, receipt hereby acknowledged.

| SIGNATURE OF SELLER(S) (Or authorized official) X | PRINTED NAME OF SELLER(S) (Authorized official) Aliyah Bennett | SELLING PRICE $22,333.00 | DATE SIGNED 11|2|23 |
|---|---|---|---|

☐ Salvage
MV-907A No. _____

**New York State Department of Motor Vehicles**
## WHOLESALE CERTIFICATE OF SALE RECEIPT

### No. EW36315482023

## VEHICLE INFORMATION:

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|------------------|-----------|-----------|------------------------|
| 2018 | DODGE | DUR | SUBN | RD | N/A | 4680 | G | 6 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|-------------------------------|---------|--------------------------------|
| 1 C 4 R D H D G 7 J C 4 3 8 9 6 7 | 0 | N/A |

## DEALER INFORMATION

SUPERB MOTORS INC, 215 NORTHERN BLVD, GREAT NECK, NY, 11021, Nassau

## PURCHASER INFORMATION

| | Date of Sale |
|---|---|
| VOLKSWAGEN OF FREEHOLD, 4360 US RT 9, FREEHOLD, NJ, 07728 | 10-05-2023 |

## PRIOR OWNER INFORMATION

| | Date of Purchase |
|---|---|
| CHARLES BASTIEN , 21 PROSPECT ST, UNIONVILLE, NY, 10988, NYS Title (310123A) | 06-16-2023 |

## ODOMETER DISCLOSURE STATEMENT

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

☑ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. WARNING: ODOMETER DISCREPANCY."

| ODOMETER READING | | | | | | |
|---|---|---|---|---|---|---|
| 0 | 0 | 5 | 7 | 5 | 3 | 1 |
| (no tenths) | | | | | | |

Check your odometer reading at: | verifiny.com/check | Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

## DEALER CERTIFICATION

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full SUPERB MOTORS INC | Date | Seller's Facility No. 7128150 |
|---|---|---|---|

## PURCHASER CONFIRMATION

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full VOLKSWAGEN OF FREEHOLD | Date | Purchaser's Facility No. |
|---|---|---|---|

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*

Customer copy



This is to certify that this document is a true and complete
copy of a record on file in the New York State Department of
Motor Vehicles, Albany, New York.

*Mark JF. Schroeder*

COMMISSIONER OF MOTOR VEHICLES

ABS-2 (2/19)

New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE
### No. EW36315482023

| VEHICLE TRANSFER HISTORY | | | | | |
|---|---|---|---|---|---|
| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
| SUPERB MOTORS INC | VOLKSWAGEN OF FREEHOLD | 7128150 | 10 / 05 / 2023 | EMV50 | Yes |
| CHARLES BASTIEN | SUPERB MOTORS INC | | 06 / 16 / 2023 | NYST | No |
| LUXURY MOTOR CLUB | CHARLES BASTIEN | 7076617 | 10 / 22 / 2020 | EMV50 | Yes |
| CHRYSLER CAPITAL | LUXURY MOTOR CLUB | | 09 / 30 / 2020 | OOST | No |

*Any change or Alteration voids this receipt*

Customer copy



This is to certify that this document is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

*Mark J.F. Schroeder*

COMMISSIONER OF MOTOR VEHICLES

ABS-2 (2/19)

Case 2:23-cv-06188-JMW   Document 155-1   Filed 03/18/24   Page 2 of 30 PageID #: 3044

**SUPPLEMENTAL ASSIGNMENT OF OWNERSHIP AND/OR BILL OF SALE**
Q-1 REV. 11-18

*SU1126A*

STATE OF CONNECTICUT
DEPARTMENT OF MOTOR VEHICLES

**INSTRUCTIONS FOR A VEHICLE:**
1. Complete Sections 1, 2, 3 and the *SIGNATURE AND CERTIFICATION BY SELLER(S) SECTION.*
2. This form can be used as a **BILL OF SALE** or to assign ownership when the assignment areas on the back of a **TITLE** are filled.
3. This form must be accompanied by the most recent **TITLE** issued for the vehicle.

**WARNING:** Federal law requires that you state the mileage in connection with a transfer of ownership. Failure to complete the Odometer Disclosure Statement or providing a false statement may result in fines and/or imprisonment.

## ASSIGNMENT OF OWNERSHIP

**SELLER(S):** The undersigned seller(s) hereby state(s) the vehicle described on this title was transferred to the buyer(s) specified below. **BUYER(S):** Do not sign below until all sections have been completed and signed by seller(s). Signing below indicates you are aware of the CONDITION STATEMENT and ODOMETER DISCLOSURE STATEMENT made by seller(s).

| | | | | |
|---|---|---|---|---|
| **SECTION 1** Vehicle Information | TITLE NUMBER 310123A | | ISSUED BY THE STATE OF: NY | |
| | MAKE / MODEL DODGE Durango | YEAR 2018 | VEHICLE IDENTIFICATION NUMBER 1C4RDHDG7JC438967 | |

Was this vehicle at the time of sale in condition for legal operation on the highway(s) of this state? *(Only Dealers must respond to this question)* ☐ YES ☐ NO

I state that, to the best of my knowledge and belief, the odometer reading specified below reflects the actual mileage, unless one of the following statements is checked:

ODOMETER READING *(No tenths)* **57531**

☐ I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits. *(The odometer started at zero again.)*

☐ I hereby certify that the odometer reading is not actual mileage. WARNING: ODOMETER DISCREPANCY

| | | |
|---|---|---|
| **SECTION 2** Buyer(s) | NAME OF BUYER *(Please print)* Superb Motors Inc. | CHECK ONE IF CO-OWNED ☐ AND ☐ OR   NAME OF CO-BUYER *(Please print)* |
| | ADDRESS OF BUYER(S) 215 Northern Blvd Great neck ny 11021 | DEALER'S LIC. NO. *(If dealer)* |
| | SIGNATURE OF BUYER(S) *(Or authorized official)* X | SIGNATURE OF CO-BUYER *(Authorized official)*   DATE SIGNED 11/2/23 |
| **SECTION 3** Seller(s) | NAME OF SELLER(S) *(Please print)* TEAM MITSUBISHI HARTFORD | DATE SOLD 11/2/23 |
| | ADDRESS OF SELLER(S) *(Please print)* 398-412 NEW PARK AVE HARTFORD CT 06106 | DEALER'S LIC. NO. *(If dealer)* N2754 |

## SIGNATURE AND CERTIFICATION BY SELLER(S)

I (we) declare under penalty of false statement that the information furnished above is true and complete to the best of my (our) knowledge and belief. The owner (seller) of this motor vehicle described above hereby transfers to the buyer the described motor vehicle in consideration of the amount (selling price) entered below, receipt hereby acknowledged.

| SIGNATURE OF SELLER(S) *(Or authorized official)* | PRINTED NAME OF SELLER(S) *(Authorized official)* | SELLING PRICE | DATE SIGNED |
|---|---|---|---|
| X AB3 | Aliyah Bennett | $28,769.00 | 11/2/23 |

☐ Salvage
MV-907A No. _____

**New York State Department of Motor Vehicles**
## WHOLESALE CERTIFICATE OF SALE RECEIPT

### No. EW37174722023

**VEHICLE INFORMATION:**

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|------------------|-----------|-----------|------------------------|
| 2019 | BMW | N/A | 4DSD | WH | N/A | 3797 | G | 4 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|-------------------------------|---------|--------------------------------|
| W B A J B 1 C 5 3 K B 3 7 5 1 7 1 | 0 | N/A |

**DEALER INFORMATION**

SUPERB MOTORS INC, 215 NORTHERN BLVD, GREAT NECK, NY, 11021, Nassau

| **PURCHASER INFORMATION** | Date of Sale |
|---|---|
| TEAM MITSUBISHI HARTFORD, 398-412 NEW PARK AVE, HARTFORD, CT, 06106 | 11-09-2023 |

| **PRIOR OWNER INFORMATION** | Date of Purchase |
|---|---|
| H&H AUTO SALES INC, 115 S 2 ST UNIT 10, BAYSHORE, NY, 11706, NASS | |
| Electronic MV-50 Number (EW33254312023) | 06-05-2023 |

**ODOMETER DISCLOSURE STATEMENT**
Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

☑ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. WARNING: ODOMETER DISCREPANCY."

| ODOMETER READING | | | | | | |
|---|---|---|---|---|---|---|
| 0 | 0 | 6 | 3 | 6 | 8 | 0 |
| | | | (no tenths) | | | |

Check your odometer reading at: | verifiny.com/check | Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

**DEALER CERTIFICATION**

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full SUPERB MOTORS INC | Date | Seller's Facility No. 7128150 |
|---|---|---|---|

**PURCHASER CONFIRMATION**

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full TEAM MITSUBISHI HARTFORD | Date | Purchaser's Facility No. |
|---|---|---|---|

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*

Customer copy



This is to certify that this document is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

*Mark J.F. Schroeder*

COMMISSIONER OF MOTOR VEHICLES

ABS-2 (2/19)

New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE

## No. EW37174722023

| VEHICLE TRANSFER HISTORY | | | | | |
|---|---|---|---|---|---|
| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
| SUPERB MOTORS INC | TEAM MITSUBISHI HARTFORD | 7128150 | 11 / 09 / 2023 | EMV50 | Yes |
| H&H AUTO SALES INC | SUPERB MOTORS INC | 7109019 | 06 / 05 / 2023 | EMV50 | No |
| SANTANDER CONSUMER | H&H AUTO SALES INC | | 04 / 28 / 2023 | NYST | No |

*Any change or Alteration voids this receipt*

Customer copy



This is to certify that this document is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

*Mark J.F. Schroeder*

COMMISSIONER OF MOTOR VEHICLES

ABS-2 (2/19)

Case 2:23-cv-06188-JMW   Document 155-1   Filed 03/18/24   Page 11 of 30 PageID #: 3053

**SUPPLEMENTAL ASSIGNMENT OF OWNERSHIP AND/OR BILL OF SALE**
Q-1 REV. 11-18

**SU1209**

STATE OF CONNECTICUT
DEPARTMENT OF MOTOR VEHICLES

**INSTRUCTIONS FOR A VEHICLE:**

1. Complete Sections 1, 2, 3 and the *SIGNATURE AND CERTIFICATION BY SELLER(S) SECTION.*
2. This form can be used as a **BILL OF SALE** or to assign ownership when the assignment areas on the back of a **TITLE** are filled.
3. This form must be accompanied by the most recent **TITLE** issued for the vehicle.

**WARNING: Federal law requires that you state the mileage in connection with a transfer of ownership. Failure to complete the Odometer Disclosure Statement or providing a false statement may result in fines and/or imprisonment.**

## ASSIGNMENT OF OWNERSHIP

**SELLER(S):** The undersigned seller(s) hereby state(s) the vehicle described on this title was transferred to the buyer(s) specified below. **BUYER(S):** Do not sign below until all sections have been completed and signed by seller(s). Signing below indicates you are aware of the CONDITION STATEMENT and ODOMETER DISCLOSURE STATEMENT made by seller(s).

| | | |
|---|---|---|
| **SECTION 1**<br>Vehicle<br>Information | TITLE NUMBER<br>75A654V | ISSUED BY THE STATE OF:<br>New York |
| | MAKE / MODEL<br>Bmw 5series | YEAR<br>2019 | VEHICLE IDENTIFICATION NUMBER<br>WBAJB1C53KB375171 |

Was this vehicle at the time of sale in condition for legal operation on the highway(s) of this state? *(Only Dealers must respond to this question)* ☐ YES ☐ NO

I state that, to the best of my knowledge and belief, the odometer reading specified below reflects the actual mileage, unless one of the following statements is checked:

ODOMETER READING *(No tenths)* ▶ 63680

☐ I hereby certify that to the best of my knowledge the odometer reflects the amount of mileage in excess of its mechanical limits. *(The odometer started at zero again.)*

☐ I hereby certify that the odometer reading is not actual mileage. WARNING: ODOMETER DISCREPANCY

| | | |
|---|---|---|
| **SECTION 2**<br>Buyer(s) | NAME OF BUYER *(Please print)*<br>Superb Motors Inc. | CHECK ONE IF CO-OWNED<br>☐ AND   ☐ OR | NAME OF CO-BUYER *(Please print)* |
| | ADDRESS OF BUYER(S)<br>215 Northern Blvd Great Neck, NY 11021 | | DEALER'S LIC. NO. *(If dealer)* |
| | SIGNATURE OF BUYER(S) *(Or authorized official)*<br>X | SIGNATURE OF CO-BUYER *(Authorized official)* | DATE SIGNED<br>11/9/2023 |
| **SECTION 3**<br>Seller(s) | NAME OF SELLER(S) *(Please print)*<br>TEAM MITSUBISHI HARTFORD | | DATE SOLD<br>11/9/2023 |
| | ADDRESS OF SELLER(S) *(Please print)*<br>398-412 NEW PARK AVE<br>HARTFORD CT 06106 | | DEALER'S LIC. NO. *(If dealer)*<br>N2754 |

## SIGNATURE AND CERTIFICATION BY SELLER(S)

I (we) declare under penalty of false statement that the information furnished above is true and complete to the best of my (our) knowledge and belief. The owner (seller) of this motor vehicle described above hereby transfers to the buyer the described motor vehicle in consideration of the amount (selling price) entered below, receipt hereby acknowledged.

| SIGNATURE OF SELLER(S) *(Or authorized official)*<br>X QB | PRINTED NAME OF SELLER(S) *(Authorized official)*<br>Aliyah Bennett | SELLING PRICE<br>$29,998.00 | DATE SIGNED<br>11/9/2023 |
|---|---|---|---|



☐ Salvage
MV-907A No. _____

**New York State Department of Motor Vehicles**
## WHOLESALE CERTIFICATE OF SALE RECEIPT

### No. EW37175412023

**VEHICLE INFORMATION:**

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|------------------|-----------|-----------|------------------------|
| 2016 | PORSC | PANAMERA | SEDN | BK | N/A | 4244 | G | 8 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|-------------------------------|---------|---------------------------------|
| W P 0 A F 2 A 7 4 G L 0 8 2 1 7 2 | 0 | N/A |

**DEALER INFORMATION**

SUPERB MOTORS INC, 215 NORTHERN BLVD, GREAT NECK, NY, 11021, Nassau

| **PURCHASER INFORMATION** | Date of Sale |
|---------------------------|--------------|
| TEAM MITSUBISHI HARTFORD, 398-412 NEW PARK AVE, HARTFORD, CT, 06106 | 11-09-2023 |

| **PRIOR OWNER INFORMATION** | Date of Purchase |
|-----------------------------|------------------|
| GERMAN STARS MTR INC, 210 WEST CENTER ST, BEEBE, AR, 72012, Out Of State Title (761014050795) | 04-28-2023 |

**ODOMETER DISCLOSURE STATEMENT**

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

☑ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. WARNING: ODOMETER DISCREPANCY."

| ODOMETER READING | | | | | | |
|---|---|---|---|---|---|---|
| 0 | 0. | 3 | 5 | 6 | 3 | 3 |
| | | | (no tenths) | | | |

Check your odometer reading at: | verifiny.com/check | Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

**DEALER CERTIFICATION**

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full | Date | Seller's Facility No. |
|-----------------------------------------------------------|--------------------|------|------------------------|
| | SUPERB MOTORS INC | | 7128150 |

**PURCHASER CONFIRMATION**

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full | Date | Purchaser's Facility No. |
|-------------------------------|--------------------|------|---------------------------|
| | TEAM MITSUBISHI HARTFORD | | |

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*

Customer copy



This is to certify that this document is a true and complete
copy of a record on file in the New York State Department of
Motor Vehicles, Albany, New York.

*Mark J.F. Schroeder*

COMMISSIONER OF MOTOR VEHICLES

ABS-2 (2/19)

New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE
### No. EW37175412023

| VEHICLE TRANSFER HISTORY | | | | | | |
|---|---|---|---|---|---|---|
| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State | |
| SUPERB MOTORS INC | TEAM MITSUBISHI HARTFORD | 7128150 | 11 / 09 / 2023 | EMV50 | Yes | |
| GERMAN STARS MTR INC | SUPERB MOTORS INC | | 04 / 28 / 2023 | OOST | No | |

*Any change or Alteration voids this receipt*

Customer copy



This is to certify that this document is a true and complete
copy of a record on file in the New York State Department of
Motor Vehicles, Albany, New York.

*Mark J.F. Schroeder*

COMMISSIONER OF MOTOR VEHICLES

ABS-2 (2/19)

Case 2:23-cv-06188-JMW  Document 155-1  Filed 03/18/24  Page 20 of 30 PageID #: 3062

**SUPPLEMENTAL ASSIGNMENT OF OWNERSHIP AND/OR BILL OF SALE**
Q-1 REV. 11-18



**SU1198**
STATE OF CONNECTICUT
DEPARTMENT OF MOTOR VEHICLES

**INSTRUCTIONS FOR A VEHICLE:**
1. Complete Sections 1, 2, 3 and the *SIGNATURE AND CERTIFICATION BY SELLER(S) SECTION.*
2. This form can be used as a **BILL OF SALE** or to assign ownership when the assignment areas on the back of a **TITLE** are filled.
3. This form must be accompanied by the most recent **TITLE** issued for the vehicle.

**WARNING:** Federal law requires that you state the mileage in connection with a transfer of ownership. Failure to complete the Odometer Disclosure Statement or providing a false statement may result in fines and/or imprisonment.

| ASSIGNMENT OF OWNERSHIP |
|---|

**SELLER(S):** The undersigned seller(s) hereby state(s) the vehicle described on this title was transferred to the buyer(s) specified below. **BUYER(S):** Do not sign below until all sections have been completed and signed by seller(s). Signing below indicates you are aware of the CONDITION STATEMENT and ODOMETER DISCLOSURE STATEMENT made by seller(s).

**SECTION 1**
**Vehicle Information**

TITLE NUMBER: 76101405079S

ISSUED BY THE STATE OF: Arkansas

MAKE / MODEL: Porsche Panamera    YEAR: 2016    VEHICLE IDENTIFICATION NUMBER: WP0AF2A74GL082172

Was this vehicle at the time of sale in condition for legal operation on the highway(s) of this state? (Only Dealers must respond to this question)  ☐ YES  ☐ NO

I state that, to the best of my knowledge and belief, the odometer reading specified below reflects the actual mileage, unless one of the following statements is checked:

ODOMETER READING (No tenths): 35633

☐ I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits. *(The odometer started at zero again.)*

☐ I hereby certify that the odometer reading is not actual mileage. **WARNING: ODOMETER DISCREPANCY**

**SECTION 2**
**Buyer(s)**

NAME OF BUYER (Please print): Superb Motors

CHECK ONE IF CO-OWNED  ☐ AND  ☐ OR

NAME OF CO-BUYER (Please print):

ADDRESS OF BUYER(S): 215 Northern Blvd  Great Neck, NY 11021

DEALER'S LIC. NO. (if dealer):

SIGNATURE OF BUYER(S) (Or authorized official): X

SIGNATURE OF CO-BUYER (Authorized official):

DATE SIGNED: 11/9/23

**SECTION 3**
**Seller(s)**

NAME OF SELLER(S) (Please print): TEAM MITSUBISHI HARTFORD

DATE SOLD: 11/9/23

ADDRESS OF SELLER(S) (Please print): 398-412 NEW PARK AVE  HARTFORD CT 06106

DEALER'S LIC. NO. (if dealer): N2754

| SIGNATURE AND CERTIFICATION BY SELLER(S) |
|---|

I (we) declare under penalty of false statement that the information furnished above is true and complete to the best of my (our) knowledge and belief. The owner (seller) of this motor vehicle described above hereby transfers to the buyer the described motor vehicle in consideration of the amount (selling price) entered below, receipt hereby acknowledged.

SIGNATURE OF SELLER(S) (Or authorized official): X

PRINTED NAME OF SELLER(S) (Authorized official): Aliyah Bennett

SELLING PRICE: $49,889.00

DATE SIGNED: 11/9/23

☐ Salvage
MV-907A No. _____

**New York State Department of Motor Vehicles**
**WHOLESALE CERTIFICATE OF SALE RECEIPT**

**No. EW36315612023**

## VEHICLE INFORMATION:

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|------------------|-----------|-----------|------------------------|
| 2019 | LA/RO | RANGE ROVER VELAR | SUBN | GY | N/A | 4217 | G | 4 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|-------------------------------|---------|----------------------------------|
| S A L Y B 2 E X 4 K A 7 8 2 1 1 4 | 0 | N/A |

## DEALER INFORMATION

SUPERB MOTORS INC, 215 NORTHERN BLVD, GREAT NECK, NY, 11021, Nassau

| PURCHASER INFORMATION | Date of Sale |
|------------------------|--------------|
| VOLKSWAGEN OF FREEHOLD, 4360 US RT 9, FREEHOLD, NJ, 07728 | 10-05-2023 |

| PRIOR OWNER INFORMATION | Date of Purchase |
|--------------------------|------------------|
| EG BETANCES BETANCES , 3615 WILLETT AVE 3, BRONX, NY, 10467, NYS Title (405748F) | 04-11-2023 |

## ODOMETER DISCLOSURE STATEMENT

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

☑ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. WARNING: ODOMETER DISCREPANCY."

| ODOMETER READING | | | | | | |
|---|---|---|---|---|---|---|
| 0 | 0 | 6 | 0 | 9 | 9 | 3 |
| | | | (no tenths) | | | |

Check your odometer reading at: | verifiny.com/check | Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

## DEALER CERTIFICATION

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full SUPERB MOTORS INC | Date | Seller's Facility No. 7128150 |
|-----------------------------------------------------------|--------------------------------------|------|-------------------------------|

## PURCHASER CONFIRMATION

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full VOLKSWAGEN OF FREEHOLD | Date | Purchaser's Facility No. |
|-------------------------------|-------------------------------------------|------|--------------------------|

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*

Customer copy



This is to certify that this document is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

*Mark JF. Schroeder*

COMMISSIONER OF MOTOR VEHICLES

ABS-2 (2/19)

New York State Department of Motor Vehicles
WHOLESALE CERTIFICATE OF SALE

## No. EW36315612023

| VEHICLE TRANSFER HISTORY | | | | | |
|---|---|---|---|---|---|
| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
| SUPERB MOTORS INC | VOLKSWAGEN OF FREEHOLD | 7128150 | 10 / 05 / 2023 | EMV50 | Yes |
| EG BETANCES BETANCES | SUPERB MOTORS INC | | 04 / 11 / 2023 | NYST | No |
| SUPERB MOTORS INC | estefani betances betances g | 7128150 | 02 / 04 / 2023 | EMV50 | No |
| TEAM AUTO SALES LLC | SUPERB MOTORS INC | | 12 / 02 / 2022 | OSTD | No |

*Any change or Alteration voids this receipt*

Customer copy



This is to certify that this document is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

*Mark JF. Schroeder*

COMMISSIONER OF MOTOR VEHICLES

ABS-2 (2/19)

Case 2:23-cv-06188-JMW   Document 155-1   Filed 03/18/24   Page 17 of 30 PageID #: 3059

**SUPPLEMENTAL ASSIGNMENT OF OWNERSHIP AND/OR BILL OF SALE**
Q-1 REV. 11-18

*SUI050A*

STATE OF CONNECTICUT
DEPARTMENT OF MOTOR VEHICLES

**INSTRUCTIONS FOR A VEHICLE:**
1. Complete Sections 1, 2, 3 and the *SIGNATURE AND CERTIFICATION BY SELLER(S) SECTION.*
2. This form can be used as a **BILL OF SALE** or to assign ownership when the assignment areas on the back of a **TITLE** are filled.
3. This form must be accompanied by the most recent **TITLE** issued for the vehicle.

**WARNING:** Federal law requires that you state the mileage in connection with a transfer of ownership. Failure to complete the Odometer Disclosure Statement or providing a false statement may result in fines and/or imprisonment.

| ASSIGNMENT OF OWNERSHIP |
|---|

**SELLER(S):** The undersigned seller(s) hereby state(s) the vehicle described on this title was transferred to the buyer(s) specified below. **BUYER(S):** Do not sign below until all sections have been completed and signed by seller(s). Signing below indicates you are aware of the CONDITION STATEMENT and ODOMETER DISCLOSURE STATEMENT made by seller(s).

**SECTION 1**
Vehicle
Information

TITLE NUMBER: 405748F
ISSUED BY THE STATE OF: New York

MAKE / MODEL: Land Rover Range rover
YEAR: 2019
VEHICLE IDENTIFICATION NUMBER: SALYB2EX4KA78214

Was this vehicle at the time of sale in condition for legal operation on the highway(s) of this state? *(Only Dealers must respond to this question)* ☐ YES ☐ NO

I state that, to the best of my knowledge and belief, the odometer reading specified below reflects the actual mileage, unless one of the following statements is checked:

ODOMETER READING *(No tenths)*: 60993

☐ I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits. *(The odometer started at zero again.)*

☐ I hereby certify that the odometer reading is not actual mileage. WARNING: ODOMETER DISCREPANCY

**SECTION 2**
Buyer(s)

NAME OF BUYER *(Please print)*: Superb Motors Inc.
CHECK ONE IF CO-OWNED ☐ AND ☐ OR
NAME OF CO-BUYER *(Please print)*:

ADDRESS OF BUYER(S): 215 Northern Blvd Great Neck NY 11021
DEALER'S LIC. NO. *(If dealer)*:

SIGNATURE OF BUYER(S) *(Or authorized official)*: X
SIGNATURE OF CO-BUYER *(Authorized official)*:
DATE SIGNED: 11|2|2023

**SECTION 3**
Seller(s)

NAME OF SELLER(S) *(Please print)*: TEAM MITSUBISHI HARTFORD
DATE SOLD: 11|2|2023

ADDRESS OF SELLER(S) *(Please print)*: 398-412 NEW PARK AVE HARTFORD CT 06106
DEALER'S LIC. NO. *(If dealer)*: N2754

| SIGNATURE AND CERTIFICATION BY SELLER(S) |
|---|

I (we) declare under penalty of false statement that the information furnished above is true and complete to the best of my (our) knowledge and belief. The owner (seller) of this motor vehicle described above hereby transfers to the buyer the described motor vehicle in consideration of the amount (selling price) entered below, receipt hereby acknowledged.

SIGNATURE OF SELLER(S) *(Or authorized official)*: X RVB
PRINTED NAME OF SELLER(S) *(Authorized official)*: Aliyah Bennett
SELLING PRICE: $31,430.00
DATE SIGNED: 11|2|2023

☐ Salvage
MV-907A No. _____

**New York State Department of Motor Vehicles**
## WHOLESALE CERTIFICATE OF SALE RECEIPT
### No. EW36315942023

**VEHICLE INFORMATION:**

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|------------------|-----------|-----------|------------------------|
| 2020 | ME/BE | GT53 | 4DSD | GY | N/A | 4470 | G | 6 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|-------------------------------|---------|--------------------------------|
| W 1 K 7 X 6 B B 7 L A 0 1 6 4 0 6 | 0 | N/A |

**DEALER INFORMATION**

SUPERB MOTORS INC, 215 NORTHERN BLVD, GREAT NECK, NY, 11021, Nassau

| **PURCHASER INFORMATION** | Date of Sale |
|---------------------------|--------------|
| VOLKSWAGEN OF FREEHOLD, 4360 US RT 9, FREEHOLD, NJ, 07728 | 10-05-2023 |

| **PRIOR OWNER INFORMATION** | Date of Purchase |
|-----------------------------|------------------|
| DAIMLER TRUST , PO BOX 685, ROANOKE, TX, 76262, NYS Title (413140T) | 03-23-2023 |

**ODOMETER DISCLOSURE STATEMENT**
Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

☑ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. WARNING: ODOMETER DISCREPANCY."

| ODOMETER READING | | | | | | |
|---|---|---|---|---|---|---|
| 0 | 0 | 4 | 1 | 1 | 4 | 7 |
| | | | (no tenths) | | | |

Check your odometer reading at: | verifiny.com/check | Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

**DEALER CERTIFICATION**

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full SUPERB MOTORS INC | Date | Seller's Facility No. 7128150 |
|---|---|---|---|

**PURCHASER CONFIRMATION**

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full VOLKSWAGEN OF FREEHOLD | Date | Purchaser's Facility No. |
|---|---|---|---|

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*

Customer copy



This is to certify that this document is a true and complete
copy of a record on file in the New York State Department of
Motor Vehicles, Albany, New York.

*Mark J.F. Schroeder*

COMMISSIONER OF MOTOR VEHICLES

ABS-2 (2/19)

New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE

### No. EW36315942023

| VEHICLE TRANSFER HISTORY | | | | | |
|---|---|---|---|---|---|
| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
| SUPERB MOTORS INC | VOLKSWAGEN OF FREEHOLD | 7128150 | 10 / 05 / 2023 | EMV50 | Yes |
| DAIMLER TRUST | SUPERB MOTORS INC | | 03 / 23 / 2023 | NYST | No |
| MERCEDES BENZ OF WAPPINGERS FALLS | DAIMLER TRUST | 7120268 | 01 / 13 / 2020 | EMV50 | No |
| MBENZ USA LLC | MERCEDES BENZ OFWAPPINGERS FALLS | | 12 / 31 / 2019 | MCO | No |

*Any change or Alteration voids this receipt*

Customer copy



This is to certify that this document is a true and complete
copy of a record on file in the New York State Department of
Motor Vehicles, Albany, New York.

*Mark J.F. Schroeder*

COMMISSIONER OF MOTOR VEHICLES

ABS-2 (2/19)

**SUPPLEMENTAL ASSIGNMENT OF OWNERSHIP AND/OR BILL OF SALE**
Q-1 REV. 11-18

SU1060



STATE OF CONNECTICUT
DEPARTMENT OF MOTOR VEHICLES

**INSTRUCTIONS FOR A VEHICLE:**

1. Complete Sections 1, 2, 3 and the *SIGNATURE AND CERTIFICATION BY SELLER(S) SECTION.*
2. This form can be used as a **BILL OF SALE** or to assign ownership when the assignment areas on the back of a **TITLE** are filled.
3. This form must be accompanied by the most recent **TITLE** issued for the vehicle.

**WARNING:** Federal law requires that you state the mileage in connection with a transfer of ownership. Failure to complete the Odometer Disclosure Statement or providing a false statement may result in fines and/or imprisonment.

**ASSIGNMENT OF OWNERSHIP**

SELLER(S): The undersigned seller(s) hereby state(s) the vehicle described on this title was transferred to the buyer(s) specified below. BUYER(S): Do not sign below until all sections have been completed and signed by seller(s). Signing below indicates you are aware of the CONDITION STATEMENT and ODOMETER DISCLOSURE STATEMENT made by seller(s).

| | | |
|---|---|---|
| **SECTION 1**<br>Vehicle<br>Information | **TITLE NUMBER** 413140T | **ISSUED BY THE STATE OF:** New York |
| | **MAKE / MODEL** Mercedes-Benz | **YEAR** 2020 |
| | **VEHICLE IDENTIFICATION NUMBER** WIK7X6BB7LA016406 | |

Was this vehicle at the time of sale in condition for legal operation on the highway(s) of this state? *(Only Dealers must respond to this question)* ☐ YES ☐ NO

I state that, to the best of my knowledge and belief, the odometer reading specified below reflects the actual mileage, unless one of the following statements is checked:

**ODOMETER READING** *(No tenths)* 41147

☐ I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits. *(The odometer started at zero again.)*

☐ I hereby certify that the odometer reading is not actual mileage. WARNING: ODOMETER DISCREPANCY

| | |
|---|---|
| **SECTION 2**<br>Buyer(s) | **NAME OF BUYER** *(Please print)* Superb Motors Inc. |

**CHECK ONE IF CO-OWNED** ☐ AND  ☐ OR    **NAME OF CO-BUYER** *(Please print)*

**ADDRESS OF BUYER** *(Please print)* 215 Northern Blvd Great Neck NY 11021    **DEALER'S LIC. NO.** *(If dealer)*

**SIGNATURE OF BUYER(S)** *(Or authorized official)* X    **SIGNATURE OF CO-BUYER** *(Authorized official)*    **DATE SIGNED** 11/2/23

| | |
|---|---|
| **SECTION 3**<br>Seller(s) | **NAME OF SELLER(S)** *(Please print)* |

**DATE SOLD** 11/2/23

**ADDRESS OF SELLER(S)** *(Please print)* TEAM MITSUBISHI HARTFORD 398-402 NEW PARK AVE HARTFORD CT 08106

**DEALER'S LIC. NO.** *(If dealer)* N2754

**SIGNATURE AND CERTIFICATION BY SELLER(S)**

I (we) declare under penalty of false statement that the information furnished above is true and complete to the best of my (our) knowledge and belief. The owner (seller) of this motor vehicle described above hereby transfers to the buyer the described motor vehicle in consideration of the amount (selling price) entered below, receipt hereby acknowledged.

| SIGNATURE OF SELLER(S) *(Or authorized official)* | PRINTED NAME OF SELLER(S) *(Authorized official)* | SELLING PRICE | DATE SIGNED |
|---|---|---|---|
| X | Aliyah Bennett | $67,561.00 | 11/2/23 |

☐ Salvage
MV-907A No. _____

**New York State Department of Motor Vehicles**
**WHOLESALE CERTIFICATE OF SALE RECEIPT**

## No. EW37369772023

### VEHICLE INFORMATION:

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|------------------|-----------|-----------|------------------------|
| 2019 | LA/RO | RANGE ROVER | SUV | BL | N/A | 5254 | G | 8 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|---|---|---|
| S A L G S 2 R E 3 K A 5 1 9 7 9 4 | 0 | N/A |

### DEALER INFORMATION

SUPERB MOTORS INC, 215 NORTHERN BLVD, GREAT NECK, NY, 11021, Nassau

### PURCHASER INFORMATION

TEAM MITSUBISHI HARTFORD, 398-412 NEW PARK AVE, HARTFORD, CT, 06106

Date of Sale

11-17-2023

### PRIOR OWNER INFORMATION

GERMAN STARS MTR INC, 210 W CENTER ST, BEEBE, AR, 72012,
Out Of State Title (761013959746)

Date of Purchase

03-24-2023

### ODOMETER DISCLOSURE STATEMENT

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

☒ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. WARNING: ODOMETER DISCREPANCY."

| ODOMETER READING | | | | | | |
|---|---|---|---|---|---|---|
| 0 | 0 | 5 | 9 | 2 | 7 | 6 |
| (no tenths) | | | | | | |

Check your odometer reading at: | verifiny.com/check | Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

### DEALER CERTIFICATION

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full SUPERB MOTORS INC | Date | Seller's Facility No. 7128150 |
|---|---|---|---|

### PURCHASER CONFIRMATION

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full TEAM MITSUBISHI HARTFORD | Date | Purchaser's Facility No. |
|---|---|---|---|

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*

Customer copy



This is to certify that this document is a true and complete
copy of a record on file in the New York State Department of
Motor Vehicles, Albany, New York.

*Mark J.F. Schroeder*

COMMISSIONER OF MOTOR VEHICLES

ABS-2 (2/19)

New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE
### No. EW37369772023

| VEHICLE TRANSFER HISTORY | | | | | |
|---|---|---|---|---|---|
| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
| SUPERB MOTORS INC | TEAM MITSUBISHI HARTFORD | 7128150 | 11 / 17 / 2023 | EMV50 | Yes |
| GERMAN STARS MTR INC | SUPERB MOTORS INC | | 03 / 24 / 2023 | OOST | No |

*Any change or Alteration voids this receipt*

Customer copy



This is to certify that this document is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

*Mark J.F. Schroeder*

COMMISSIONER OF MOTOR VEHICLES

ABS-2 (2/19)

Case 2:23-cv-06188-JMW   Document 155-1   Filed 03/18/24   Page 18 of 30 PageID #: 3060

**SUPPLEMENTAL ASSIGNMENT OF OWNERSHIP AND/OR BILL OF SALE**
Q-1 REV. 11-18



SU1065

STATE OF CONNECTICUT
DEPARTMENT OF MOTOR VEHICLES

**INSTRUCTIONS FOR A VEHICLE:**

1. Complete Sections 1, 2, 3 and the *SIGNATURE AND CERTIFICATION BY SELLER(S) SECTION.*
2. This form can be used as a **BILL OF SALE** or to assign ownership when the assignment areas on the back of a **TITLE** are filled.
3. This form must be accompanied by the most recent **TITLE** issued for the vehicle.

**WARNING:** Federal law requires that you state the mileage in connection with a transfer of ownership. Failure to complete the Odometer Disclosure Statement or providing a false statement may result in fines and/or imprisonment.

**ASSIGNMENT OF OWNERSHIP**

SELLER(S): The undersigned seller(s) hereby state(s) the vehicle described on this title was transferred to the buyer(s) specified below. BUYER(S): Do not sign below until all sections have been completed and signed by seller(s). Signing below indicates you are aware of the CONDITION STATEMENT and ODOMETER DISCLOSURE STATEMENT made by seller(s).

| | | |
|---|---|---|
| **SECTION 1**<br>Vehicle Information | TITLE NUMBER<br>76013959746 | ISSUED BY THE STATE OF:<br>Arkansas |

MAKE / MODEL: Landrover Rangerover    YEAR: 2019    VEHICLE IDENTIFICATION NUMBER: SALGS2RE3KA519794

Was this vehicle at the time of sale in condition for legal operation on the highway(s) of this state? *(Only Dealers must respond to this question)* ☐ YES ☐ NO

I state that, to the best of my knowledge and belief, the odometer reading specified below reflects the actual mileage, unless one of the following statements is checked:

ODOMETER READING *(No tenths)*  ▼  59276

☐ I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits. *(The odometer started at zero again.)*

☐ I hereby certify that the odometer reading is not actual mileage. WARNING: ODOMETER DISCREPANCY

| | | |
|---|---|---|
| **SECTION 2**<br>Buyer(s) | NAME OF BUYER *(Please print)*<br>Superb Motors Inc. | CHECK ONE IF CO-OWNED ☐ AND ☐ OR    NAME OF CO-BUYER *(Please print)* |

ADDRESS OF BUYER *(Please print)*: 215 Northern Blvd Great Neck, NY 11021    DEALER'S LIC. NO. *(If dealer)*

SIGNATURE OF BUYER(S) *(Or authorized official)*: X    SIGNATURE OF CO-BUYER *(Authorized official)*    DATE SIGNED: 11|17|23

| | | |
|---|---|---|
| **SECTION 3**<br>Seller(s) | NAME OF SELLER(S) *(Please print)*<br>TEAM MITSUBISHI HARTFORD | DATE SOLD<br>11|17|23 |

ADDRESS OF SELLER(S) *(Please print)*: 338-442 NEW PARK AVE HARTFORD CT 06106    DEALER'S LIC. NO. *(If dealer)*: N2754

**SIGNATURE AND CERTIFICATION BY SELLER(S)**

I (we) declare under penalty of false statement that the information furnished above is true and complete to the best of my (our) knowledge and belief. The owner (seller) of this motor vehicle described above hereby transfers to the buyer the described motor vehicle in consideration of the amount (selling price) entered above, receipt hereby acknowledged.

SIGNATURE OF SELLER(S) *(Or authorized official)*: X DB    PRINTED NAME OF SELLER(S) *(Authorized official)*: Aliyah Bennett    SELLING PRICE: $ 59,667.00    DATE SIGNED: 11|17|23

Case 2:23-cv-06188-JMW   Document 155-1   Filed 03/18/24   Page 25 of 30 PageID #: 3067

SUPPLEMENTAL ASSIGNMENT OF OWNERSHIP AND/OR BILL OF SALE
Q-1 REV. 11-18



SUO798B
STATE OF CONNECTICUT
DEPARTMENT OF MOTOR VEHICLES

INSTRUCTIONS FOR A VEHICLE:
1. Complete Sections 1, 2, 3 and the *SIGNATURE AND CERTIFICATION BY SELLER(S) SECTION.*
2. This form can be used as a BILL OF SALE or to assign ownership when the assignment areas on the back of a TITLE are filled.
3. This form must be accompanied by the most recent TITLE issued for the vehicle.

WARNING: Federal law requires that you state the mileage in connection with a transfer of ownership. Failure to complete the Odometer Disclosure Statement or providing a false statement may result in fines and/or imprisonment.

## ASSIGNMENT OF OWNERSHIP

SELLER(S): The undersigned seller(s) hereby state(s) the vehicle described on this title was transferred to the buyer(s) specified below. BUYER(S): Do not sign below until all sections have been completed and signed by seller(s). Signing below indicates you are aware of the CONDITION STATEMENT and ODOMETER DISCLOSURE STATEMENT made by seller(s).

| | | | |
|---|---|---|---|
| **SECTION 1** Vehicle Information | TITLE NUMBER | | ISSUED BY THE STATE OF: |

| MAKE / MODEL | YEAR | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|
| Mercedes Benz | 2009 | WDBUF56X99B373460 |

Was this vehicle at the time of sale in condition for legal operation on the highway(s) of this state? *(Only Dealers must respond to this question)* ☐ YES ☐ NO

I state that, to the best of my knowledge and belief, the odometer reading specified below reflects the actual mileage, unless one of the following statements is checked:

ODOMETER READING *(No tenths)*
110315

☐ I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits. *(The odometer started at zero again.)*

☐ I hereby certify that the odometer reading is not actual mileage. WARNING: ODOMETER DISCREPANCY

| | |
|---|---|
| **SECTION 2** Buyer(s) | NAME OF BUYER *(Please print)* Superb Motors Inc. |

CHECK ONE IF CO-OWNED ☐ AND ☐ OR    NAME OF CO-BUYER *(Please print)*

| ADDRESS OF BUYER(S) 215 Northern Blvd Great Neck, NY 11021 | DEALER'S LIC. NO. *(If dealer)* |
|---|---|

SIGNATURE OF BUYER(S) *(Or authorized official)* X    SIGNATURE OF CO-BUYER *(Authorized official)*    DATE SIGNED

| | |
|---|---|
| **SECTION 3** Seller(s) | NAME OF SELLER(S) *(Please print)* TEAM MITSUBISHI HARTFORD |

DATE SOLD

ADDRESS OF SELLER(S) *(Please print)* 398-412 NEW PARK AVE HARTFORD CT 06106

DEALER'S LIC. NO. *(If dealer)* N2754

## SIGNATURE AND CERTIFICATION BY SELLER(S)

I (we) declare under penalty of false statement that the information furnished above is true and complete to the best of my (our) knowledge and belief. The owner (seller) of this motor vehicle described above hereby transfers to the buyer the described motor vehicle in consideration of the amount (selling price) entered below, receipt hereby acknowledged.

| SIGNATURE OF SELLER(S) *(Or authorized official)* | PRINTED NAME OF SELLER(S) *(Authorized official)* | SELLING PRICE | DATE SIGNED |
|---|---|---|---|
| X AB | Aliyah Bennett | $6,804.00 | |

☐ Salvage
MV-907A No. _____

**New York State Department of Motor Vehicles**
## WHOLESALE CERTIFICATE OF SALE RECEIPT

### No. EW36316112023

## VEHICLE INFORMATION:

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|-----------------|-----------|-----------|------------------------|
| 2016 | ME/BE | C30 | 4DSD | GY | N/A | 3493 | G | 4 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|-------------------------------|---------|--------------------------------|
| 5 5 S W F 4 K B 5 G U 1 0 1 0 9 1 | 0 | N/A |

## DEALER INFORMATION

SUPERB MOTORS INC, 215 NORTHERN BLVD, GREAT NECK, NY, 11021, Nassau

| PURCHASER INFORMATION | Date of Sale |
|-----------------------|--------------|
| VOLKSWAGEN OF FREEHOLD, 4360 US RT 9, FREEHOLD, NJ, 07728 | 10-05-2023 |

| PRIOR OWNER INFORMATION | Date of Purchase |
|-------------------------|------------------|
| H&H AUTO SALES INC, 115 S 2 ST UNIT 10, BAYSHORE, NY, 11706, NASS <br> Electronic MV-50 Number (EW31000312023) | 03-09-2023 |

## ODOMETER DISCLOSURE STATEMENT

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

☑ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. WARNING: ODOMETER DISCREPANCY."

| ODOMETER READING | | | | | | |
|---|---|---|---|---|---|---|
| 0 | 0 | 6 | 9 | 3 | 0 | 3 |
| | | | (no tenths) | | | |

Check your odometer reading at: | verifiny.com/check | Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

## DEALER CERTIFICATION

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full <br> SUPERB MOTORS INC | Date | Seller's Facility No. <br> 7128150 |
|---|---|---|---|

## PURCHASER CONFIRMATION

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full <br> VOLKSWAGEN OF FREEHOLD | Date | Purchaser's Facility No. |
|---|---|---|---|

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*

Customer copy



This is to certify that this document is a true and complete
copy of a record on file in the New York State Department of
Motor Vehicles, Albany, New York.

*Mark J.F. Schroeder*

COMMISSIONER OF MOTOR VEHICLES

ABS-2 (2/19)

New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE
### No. EW36316112023

| VEHICLE TRANSFER HISTORY | | | | | |
|---|---|---|---|---|---|
| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
| SUPERB MOTORS INC | VOLKSWAGEN OF FREEHOLD | 7128150 | 10 / 05 / 2023 | EMV50 | Yes |
| H&H AUTO SALES INC | SUPERB MOTORS INC | 7109019 | 03 / 09 / 2023 | EMV50 | No |
| Bethpage FEC | H&H AUTO SALES INC | | 02 / 22 / 2022 | OOST | No |
| KING OF JAMAICA AUTO INC | javier segura ashon | 7112250 | 05 / 02 / 2019 | EMV50 | No |
| daimler trust | KING OF JAMAICAAUTO INC | | 03 / 17 / 2019 | NYST | No |

*Any change or Alteration voids this receipt*

Customer copy



This is to certify that this document is a true and complete
copy of a record on file in the New York State Department of
Motor Vehicles, Albany, New York.

*Mark J.F. Schroeder*

COMMISSIONER OF MOTOR VEHICLES

ABS-2 (2/19)

**SUPPLEMENTAL ASSIGNMENT OF OWNERSHIP AND/OR BILL OF SALE**
Q-1 REV. 11-18



SU1032

STATE OF CONNECTICUT
DEPARTMENT OF MOTOR VEHICLES

**INSTRUCTIONS FOR A VEHICLE:**
1. Complete Sections 1, 2, 3 and the *SIGNATURE AND CERTIFICATION BY SELLER(S) SECTION.*
2. This form can be used as a **BILL OF SALE** or to assign ownership when the assignment areas on the back of a **TITLE** are filled.
3. This form must be accompanied by the most recent **TITLE** issued for the vehicle.

**WARNING:** Federal law requires that you state the mileage in connection with a transfer of ownership. Failure to complete the Odometer Disclosure Statement or providing a false statement may result in fines and/or imprisonment.

**ASSIGNMENT OF OWNERSHIP**

SELLER(S): The undersigned seller(s) hereby state(s) the vehicle described on this title was transferred to the buyer(s) specified below. BUYER(S): Do not sign below until all sections have been completed and signed by seller(s). Signing below indicates you are aware of the CONDITION STATEMENT and ODOMETER DISCLOSURE STATEMENT made by seller(s).

| | | | |
|---|---|---|---|
| **SECTION 1** Vehicle Information | TITLE NUMBER 2516512647 | | ISSUED BY THE STATE OF: Virginia |
| | MAKE / MODEL Mercedes Benz | YEAR 2016 | VEHICLE IDENTIFICATION NUMBER 55SWF4KB5GU101091 |

Was this vehicle at the time of sale in condition for legal operation on the highway(s) of this state? *(Only Dealers must respond to this question)* ☐ YES ☐ NO

I state that, to the best of my knowledge and belief, the odometer reading specified below reflects the actual mileage, unless one of the following statements is checked:

ODOMETER READING *(No tenths)* 69303

☐ I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits. *(The odometer started at zero again.)*

☐ I hereby certify that the odometer reading is not actual mileage. WARNING: ODOMETER DISCREPANCY

**SECTION 2** Buyer(s)

NAME OF BUYER *(Please print)* Superb Motors Inc.

CHECK ONE IF CO-OWNED ☐ AND ☐ OR

NAME OF CO-BUYER *(Please print)*

ADDRESS OF BUYER *(Please print)* 215 Northern Blvd Great Neck, NY 11021

DEALER'S LIC. NO. *(if dealer)*

SIGNATURE OF BUYER(S) *(Or authorized official)* X

SIGNATURE OF CO-BUYER *(Authorized official)*

DATE SIGNED 11|2|2023

**SECTION 3** Seller(s)

NAME OF SELLER(S) *(Please print)* TEAM MITSUBISHI HARTFORD

DATE SOLD 11|2|2023

ADDRESS OF SELLER(S) *(Please print)* 398-412 NEW PARK AVE HARTFORD CT 06106

DEALER'S LIC. NO. *(if dealer)* NZ754

**SIGNATURE AND CERTIFICATION BY SELLER(S)**

I (we) declare under penalty of false statement that the information furnished above is true and complete to the best of my (our) knowledge and belief. The owner (seller) of this motor vehicle described above hereby transfers to the buyer the described motor vehicle in consideration of the amount (selling price) entered below, receipt hereby acknowledged.

| SIGNATURE OF SELLER(S) *(Or authorized official)* X QW3 | PRINTED NAME OF SELLER(S) *(Authorized official)* Aliyah Bennett | SELLING PRICE $19,968.00 | DATE SIGNED 11|2|2023 |
|---|---|---|---|

☐ Salvage
MV-907A No. _____

**New York State Department of Motor Vehicles**
**WHOLESALE CERTIFICATE OF SALE RECEIPT**

**No. EW37175932023**

## VEHICLE INFORMATION:

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|------------------|-----------|-----------|------------------------|
| 2017 | BMW | 440XI | SEDN | BK | N/A | 3885 | G | 6 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|-------------------------------|---------|--------------------------------|
| W B A 4 E 5 C 5 9 H G 1 8 8 7 9 7 | 0 | N/A |

## DEALER INFORMATION

SUPERB MOTORS INC, 215 NORTHERN BLVD, GREAT NECK, NY, 11021, Nassau

| PURCHASER INFORMATION | Date of Sale |
|------------------------|--------------|
| TEAM MITSUBISHI HARTFORD, 398-412 NEW PARK AVE, HARTFORD, CT, 06106 | 11-09-2023 |

| PRIOR OWNER INFORMATION | Date of Purchase |
|--------------------------|------------------|
| GERMAN STARS MTR INC, 210 W CENTER ST, BEEBE, AR, 72012, Out Of State Title (761013936308) | 03-10-2023 |

## ODOMETER DISCLOSURE STATEMENT

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

☑ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. WARNING: ODOMETER DISCREPANCY."

| ODOMETER READING | | | | | | |
|---|---|---|---|---|---|---|
| 0 | 0 | 4 | 6 | 4 | 2 | 3 |
| (no tenths) | | | | | | |

Check your odometer reading at: | verifiny.com/check | Processing States with questions about this oMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

## DEALER CERTIFICATION

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full SUPERB MOTORS INC | Date | Seller's Facility No. 7128150 |
|---|---|---|---|

## PURCHASER CONFIRMATION

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full TEAM MITSUBISHI HARTFORD | Date | Purchaser's Facility No. |
|---|---|---|---|

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*

Customer copy



This is to certify that this document is a true and complete
copy of a record on file in the New York State Department of
Motor Vehicles, Albany, New York.

*Mark J.F. Schroeder*

COMMISSIONER OF MOTOR VEHICLES

ABS-2 (2/19)

New York State Department of Motor Vehicles
WHOLESALE CERTIFICATE OF SALE

No. EW37175932023

| VEHICLE TRANSFER HISTORY | | | | | | |
|---|---|---|---|---|---|---|
| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
| SUPERB MOTORS INC | TEAM MITSUBISHI HARTFORD | 7128150 | 11 / 09 / 2023 | EMV50 | Yes |
| GERMAN STARS MTR INC | SUPERB MOTORS INC | | 03 / 10 / 2023 | OOST | No |

*Any change or Alteration voids this receipt*

Customer copy



This is to certify that this document is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

*Mark JF. Schroeder*

COMMISSIONER OF MOTOR VEHICLES

ABS-2 (2/19)

Case 2:23-cv-06188-JMW   Document 155-1   Filed 03/18/24   Page 5 of 30 PageID #: 3047

SUPPLEMENTAL ASSIGNMENT OF OWNERSHIP AND/OR BILL OF SALE
Q-1 REV. 11-18

**SU1025**



STATE OF CONNECTICUT
DEPARTMENT OF MOTOR VEHICLES

**INSTRUCTIONS FOR A VEHICLE:**
1. Complete Sections 1, 2, 3 and the *SIGNATURE AND CERTIFICATION BY SELLER(S) SECTION.*
2. This form can be used as a **BILL OF SALE** or to assign ownership when the assignment areas on the back of a **TITLE** are filled.
3. This form must be accompanied by the most recent **TITLE** issued for the vehicle.

**WARNING:** Federal law requires that you state the mileage in connection with a transfer of ownership. Failure to complete the Odometer Disclosure Statement or providing a false statement may result in fines and/or imprisonment.

| ASSIGNMENT OF OWNERSHIP |
|---|

SELLER(S): The undersigned seller(s) hereby state(s) the vehicle described on this title was transferred to the buyer(s) specified below. BUYER(S): Do not sign below until all sections have been completed and signed by seller(s). Signing below indicates you are aware of the CONDITION STATEMENT and ODOMETER DISCLOSURE STATEMENT made by seller(s).

**SECTION 1**
**Vehicle Information**

TITLE NUMBER: 7610139 36308

ISSUED BY THE STATE OF: Arkansas

MAKE / MODEL: BMW

YEAR: 2017

VEHICLE IDENTIFICATION NUMBER: WBA4E5C59HG188797

Was this vehicle at the time of sale in condition for legal operation on the highway(s) of this state? *(Only Dealers must respond to this question)* ☐ YES ☐ NO

I state that, to the best of my knowledge and belief, the odometer reading specified below reflects the actual mileage, unless one of the following statements is checked:

ODOMETER READING *(No tenths)* : 46423

☐ I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits. *(The odometer started at zero again.)*

☐ I hereby certify that the odometer reading is not actual mileage. WARNING: ODOMETER DISCREPANCY

**SECTION 2**
**Buyer(s)**

NAME OF BUYER *(Please print)*: Superb Motors Inc.

CHECK ONE IF CO-OWNED ☐ AND ☐ OR

NAME OF CO-BUYER *(Please print)*:

ADDRESS OF BUYER: 215 Northern Blvd Great Neck, NY 11021

DEALER'S LIC. NO. *(if dealer)*:

SIGNATURE OF BUYER(S) *(Or authorized official)*: X

SIGNATURE OF CO-BUYER *(Authorized official)*:

DATE SIGNED: 11/9/23

**SECTION 3**
**Seller(s)**

NAME OF SELLER(S) *(Please print)*: TEAM MITSUBISHI HARTFORD

DATE SOLD: 11/9/23

ADDRESS OF SELLER(S) *(Please print)*: 398-412 NEW PARK AVE HARTFORD CT 06106

DEALER'S LIC. NO. *(if dealer)*: N2754

| SIGNATURE AND CERTIFICATION BY SELLER(S) |
|---|

I (we) declare under penalty of false statement that the information furnished above is true and complete to the best of my (our) knowledge and belief. The owner (seller) of this motor vehicle described above hereby transfers to the buyer the described motor vehicle in consideration of the amount (selling price) entered below, receipt hereby acknowledged.

SIGNATURE OF SELLER(S) *(Or authorized official)*: X [signature]

PRINTED NAME OF SELLER(S) *(Authorized official)*: Aliyah Bennett

SELLING PRICE: $30,962.00

DATE SIGNED: 11/9/23

New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE RECEIPT

☐ Salvage
MV-907A No. _____

### No. EW37370202023

## VEHICLE INFORMATION:

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|------------------|-----------|-----------|------------------------|
| 2018 | ME/BE | L55 | CONV | WH | N/A | 3897 | G | 8 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|---|---|---|
| W D D J K 7 D A 4 J F 0 5 2 8 6 1 | 0 | N/A |

## DEALER INFORMATION

SUPERB MOTORS INC, 215 NORTHERN BLVD, GREAT NECK, NY, 11021, Nassau

| PURCHASER INFORMATION | Date of Sale |
|---|---|
| TEAM MITSUBISHI HARTFORD, 398-412 NEW PARK AVE, HARTFORD, CT, 06106 | 11-17-2023 |

| PRIOR OWNER INFORMATION | Date of Purchase |
|---|---|
| H&H AUTO SALES INC, 115 S 2 ST UNIT 10, BAYSHORE, NY, 11706, NASS<br>Electronic MV-50 Number (EW31122742023) | 03-14-2023 |

## ODOMETER DISCLOSURE STATEMENT

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

☒ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. WARNING: ODOMETER DISCREPANCY."

| ODOMETER READING | | | | | | |
|---|---|---|---|---|---|---|
| 0 | 0 | 4 | 8 | 9 | 1 | 4 |
| (no tenths) | | | | | | |

Check your odometer reading at: | verifiny.com/check | Processing States with questions about this eMV-50 may contact 1 833 VERIFNY NY (1 833 837-4346)

## DEALER CERTIFICATION

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full<br>SUPERB MOTORS INC | Date | Seller's Facility No.<br>7128150 |
|---|---|---|---|

## PURCHASER CONFIRMATION

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full<br>TEAM MITSUBISHI HARTFORD | Date | Purchaser's Facility No. |
|---|---|---|---|

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*

Customer copy

Page 1 of 2



This is to certify that this document is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

*Mark JF. Schroeder*

COMMISSIONER OF MOTOR VEHICLES

ABS-2 (2/19)

**New York State Department of Motor Vehicles**
WHOLESALE CERTIFICATE OF SALE

No. EW37370202023

| VEHICLE TRANSFER HISTORY | | | | | |
|---|---|---|---|---|---|
| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
| SUPERB MOTORS INC | TEAM MITSUBISHI HARTFORD | 7128150 | 11 / 17 / 2023 | EMV60 | Yes |
| H&H AUTO SALES INC | SUPERB MOTORS INC | 7109019 | 03 / 14 / 2023 | EMV50 | No |
| CITIZENS BANK | H&H AUTO SALES INC | | 02 / 24 / 2023 | NYST | No |
| MERCEDES BENZ OF NEW ROCHELLE | CAPITAL AUTO SALES INC | 7099081 | 02 / 18 / 2022 | EMV50 | Yes |
| DAIMLER TRUST | MERCEDES BENZ OF NEWROCHELLE | | 01 / 15 / 2022 | NYST | No |

*Any change or Alteration voids this receipt*

Customer copy

Page 2 of 2



This is to certify that this document is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

*Mark JF. Schroeder*

COMMISSIONER OF MOTOR VEHICLES

ABS-2 (2/19)

**SUPPLEMENTAL ASSIGNMENT OF OWNERSHIP AND/OR BILL OF SALE**
Q-1 REV. 11-18

SU1006

STATE OF CONNECTICUT
DEPARTMENT OF MOTOR VEHICLES

**INSTRUCTIONS FOR A VEHICLE:**
1. Complete Sections 1, 2, 3 and the *SIGNATURE AND CERTIFICATION BY SELLER(S) SECTION*.
2. This form can be used as a **BILL OF SALE** or to assign ownership when the assignment areas on the back of a **TITLE** are filled.
3. This form must be accompanied by the most recent **TITLE** issued for the vehicle.

**WARNING:** Federal law requires that you state the mileage in connection with a transfer of ownership. Failure to complete the Odometer Disclosure Statement or providing a false statement may result in fines and/or imprisonment.

**ASSIGNMENT OF OWNERSHIP**

SELLER(S): The undersigned seller(s) hereby state(s) the vehicle described on this title was transferred to the buyer(s) specified below. BUYER(S): Do not sign below until all sections have been completed and signed by seller(s). Signing below indicates you are aware of the CONDITION STATEMENT and ODOMETER DISCLOSURE STATEMENT made by seller(s).

**SECTION 1 Vehicle Information**
TITLE NUMBER: 059439m
ISSUED BY THE STATE OF: NEW YORK
MAKE / MODEL: Mercedes Benz
YEAR: 2018
VEHICLE IDENTIFICATION NUMBER: WDDJK7DA4JF052861

ODOMETER READING (No tenths): 48914

**SECTION 2 Buyer(s)**
NAME OF BUYER: Superb Motors Inc.
ADDRESS OF BUYER(S): 215 Northern BLVD, GREAT NECK, NY 11021
DATE SIGNED: 11 17 23

**SECTION 3 Seller(s)**
NAME OF SELLER(S): TEAM MITSUBISHI HARTFORD
338-442 NEW PARK AVE
HARTFORD CT 06106
DATE SOLD: 11 17 23
DEALER'S LIC. NO.: N2754

**SIGNATURE AND CERTIFICATION BY SELLER(S)**

PRINTED NAME OF SELLER(S): Aliyah Bennett
SELLING PRICE: $53,959.00
DATE SIGNED: 11 17 23

☐ Salvage
MV-907A No. _____

**New York State Department of Motor Vehicles**
**WHOLESALE CERTIFICATE OF SALE RECEIPT**

**No. EW37455752023**

**VEHICLE INFORMATION:**

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|------------------|-----------|-----------|------------------------|
| 2017 | BMW | 230XI | COUP | BK | N/A | 3483 | G | 4 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|-------------------------------|---------|--------------------------------|
| W B A 2 H 9 C 3 6 H V 9 8 6 9 4 8 | 0 | N/A |

**DEALER INFORMATION**

SUPERB MOTORS INC, 215 NORTHERN BLVD, GREAT NECK, NY, 11021, Nassau

| **PURCHASER INFORMATION** | Date of Sale |
|---------------------------|--------------|
| TEAM MITSUBISHI HARTFORD, 398-412 NEW PARK AVE, HARTFORD, CT, 06106 | 11-21-2023 |

| **PRIOR OWNER INFORMATION** | Date of Purchase |
|-----------------------------|------------------|
| TEAM AUTO SALES LLC, 4360 US RT 9, FREEHOLD, NJ, 07728, Out Of State Transfer Document | 12-09-2022 |

**ODOMETER DISCLOSURE STATEMENT**

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

☒ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. WARNING: ODOMETER DISCREPANCY."

| ODOMETER READING | | | | | | |
|---|---|---|---|---|---|---|
| 0 | 0 | 2 | 8 | 5 | 3 | 2 |
| | | (no tenths) | | | | |

Check your odometer reading at: | verifiny.com/check | Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

**DEALER CERTIFICATION**

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full SUPERB MOTORS INC | Date | Seller's Facility No. 7128150 |
|---|---|---|---|

**PURCHASER CONFIRMATION**

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full TEAM MITSUBISHI HARTFORD | Date | Purchaser's Facility No. |
|---|---|---|---|

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*

Customer copy

Page 1 of 2



This is to certify that this document is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

*Mark J.F. Schroeder*

COMMISSIONER OF MOTOR VEHICLES

ABS-2 (2/19)

New York State Department of Motor Vehicles
WHOLESALE CERTIFICATE OF SALE

No. EW37455752023

VEHICLE TRANSFER HISTORY

| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
|---|---|---|---|---|---|
| SUPERB MOTORS INC | TEAM MITSUBISHI HARTFORD | 7128150 | 11 / 21 / 2023 | EMV50 | Yes |
| TEAM AUTO SALES LLC | SUPERB MOTORS INC | | 12 / 09 / 2022 | OSTD | No |

*Any change or Alteration voids this receipt*

Customer copy

Page 2 of 2



This is to certify that this document is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

*Mark J.F. Schroeder*

COMMISSIONER OF MOTOR VEHICLES

ABS-2 (2/19)

SUPPLEMENTAL ASSIGNMENT OF OWNERSHIP AND/OR BILL OF SALE
Q-1 REV. 11-18

SU0882

STATE OF CONNECTICUT
DEPARTMENT OF MOTOR VEHICLES

**INSTRUCTIONS FOR A VEHICLE:**
1. Complete Sections 1, 2, 3 and the *SIGNATURE AND CERTIFICATION BY SELLER(S) SECTION.*
2. This form can be used as a **BILL OF SALE** or to assign ownership when the assignment areas on the back of a **TITLE** are filled.
3. This form must be accompanied by the most recent **TITLE** issued for the vehicle.

**WARNING:** Federal law requires that you state the mileage in connection with a transfer of ownership. Failure to complete the Odometer Disclosure Statement or providing a false statement may result in fines and/or imprisonment.

**ASSIGNMENT OF OWNERSHIP**

SELLER(S): The undersigned seller(s) hereby state(s) the vehicle described on this title was transferred to the buyer(s) specified below. BUYER(S): Do not sign below until all sections have been completed and signed by seller(s). Signing below indicates you are aware of the CONDITION STATEMENT and ODOMETER DISCLOSURE STATEMENT made by seller(s).

**SECTION 1** Vehicle Information

TITLE NUMBER

ISSUED BY THE STATE OF:

MAKE / MODEL: Bmw  YEAR: 2017  VEHICLE IDENTIFICATION NUMBER: WBA2H9C36HV986948

Was this vehicle at the time of sale in condition for legal operation on the highway(s) of this state? *(Only Dealers must respond to this question)* ☐ YES ☐ NO

I state that, to the best of my knowledge and belief, the odometer reading specified below reflects the actual mileage, unless one of the following statements is checked:

ODOMETER READING (No tenths): 28532

☐ I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits. *(The odometer started at zero again.)*
☐ I hereby certify that the odometer reading is not actual mileage. WARNING: ODOMETER DISCREPANCY

**SECTION 2** Buyer(s)

NAME OF BUYER (Please print): Superb Motors Inc
CHECK ONE IF CO-OWNED ☐ AND ☐ OR
NAME OF CO-BUYER (Please print)
ADDRESS OF BUYER(S): 215 Northern Blvd Great Neck, NY 11021
DEALER'S LIC. NO. (If dealer)
SIGNATURE OF BUYER(S) (Or authorized official): X
SIGNATURE OF CO-BUYER (Authorized official)
DATE SIGNED

**SECTION 3** Seller(s)

NAME OF SELLER(S) (Please print): TEAM MITSUBISHI HARTFORD
DATE SOLD
ADDRESS OF SELLER(S) (Please print): 398-412 NEW PARK AVE HARTFORD CT 06106
DEALER'S LIC. NO. (If dealer): NZ754

**SIGNATURE AND CERTIFICATION BY SELLER(S)**

I (we) declare under penalty of false statement that the information furnished above is true and complete to the best of my (our) knowledge and belief. The owner (seller) of this motor vehicle described above hereby transfers to the buyer the described motor vehicle in consideration of the amount (selling price) entered below, receipt hereby acknowledged.

SIGNATURE OF SELLER(S) (Or authorized official): X
PRINTED NAME OF SELLER(S) (Authorized official): Aliyah Bennett
SELLING PRICE: $
DATE SIGNED

Salvage
☐ MV-907A No. _____

**New York State Department of Motor Vehicles**
## WHOLESALE CERTIFICATE OF SALE RECEIPT

### No. EW37370592023

## VEHICLE INFORMATION:

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|------------------|-----------|-----------|------------------------|
| 2019 | MASER | GHI | 4DSD | BK | N/A | 4565 | G | 6 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|-------------------------------|---------|--------------------------------|
| Z A M 5 7 Y T A 4 K 1 3 1 4 3 3 0 | 0 | N/A |

## DEALER INFORMATION

SUPERB MOTORS INC, 215 NORTHERN BLVD, GREAT NECK, NY, 11021, Nassau

| PURCHASER INFORMATION | Date of Sale |
|-----------------------|--------------|
| TEAM MITSUBISHI HARTFORD, 398-412 NEW PARK AVE, HARTFORD, CT, 06106 | 11-17-2023 |

| PRIOR OWNER INFORMATION | Date of Purchase |
|-------------------------|------------------|
| SUNRISE AUTO OUTLET, 189 SUNRISE HWY, AMITYVILLE, NY, 11701, SUFF  Electronic MV-50 Number (EW31449342023) | 03-27-2023 |

## ODOMETER DISCLOSURE STATEMENT

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

☑ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. WARNING: ODOMETER DISCREPANCY."

| ODOMETER READING |
|------------------|
| 0  0  4  0  4  2  1 |
| (no tenths) |

Check your odometer reading at:   | verifiny.com/check |   Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

## DEALER CERTIFICATION

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full  SUPERB MOTORS INC | Date | Seller's Facility No.  7128150 |
|---|---|---|---|

## PURCHASER CONFIRMATION

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full  TEAM MITSUBISHI HARTFORD | Date | Purchaser's Facility No. |
|---|---|---|---|

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*

Customer copy

Page 1 of 2



This is to certify that this document is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

COMMISSIONER OF MOTOR VEHICLES

ABS-2 (2/19)

New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE

### No. EW37370592023

**VEHICLE TRANSFER HISTORY**

| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
|---|---|---|---|---|---|
| SUPERB MOTORS INC | TEAM MITSUBISHI HARTFORD | 7128150 | 11 / 17 / 2023 | EMV50 | Yes |
| SUNRISE AUTO OUTLET | SUPERB MOTORS INC | 7118449 | 03 / 27 / 2023 | EMV50 | No |
| ROYAL COAST AUTOMOBILE GROUP INC | SUNRISE AUTO OUTLET | 7121983 | 03 / 27 / 2023 | EMV50 | No |
| FERRARI MASERATI OF LONG ISLAND | ROYAL COAST AUTOMOBILE GROUP INC | 7128886 | 12 / 14 / 2022 | EMV50 | No |
| A PLUS PAINTING & ST | FERRARI MASERATI OFLONG ISLAND | | 11 / 29 / 2022 | NYST | No |
| FERRARI MASERATI OF LONG ISLAND | A PLUS PAINTING AND STUCCO CORP | 7103526 | 08 / 23 / 2019 | EMV50 | No |
| GOLD COAST ALFA ROME GOLD COAST MASERATI | FERRARI MASERATI OF LONG ISLAND | 7118766 | 08 / 23 / 2019 | EMV50 | No |
| GOLD COAST MASERATI | GOLD COAST MASERATI | | 07 / 01 / 2019 | NYST | No |
| GOLD COAST MASERATI | GOLD COAST MASERATI | 7118766 | 10 / 22 / 2018 | PMV50 | Yes |
| MNA, INC. | GOLD COAST MASERATI | | 09 / 25 / 2018 | MCO | No |

*Any change or Alteration voids this receipt*

Customer copy

Page 2 of 2



This is to certify that this document is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

*Mark JF. Schroeder*

COMMISSIONER OF MOTOR VEHICLES

ABS-2 (2/19)

**SUPPLEMENTAL ASSIGNMENT OF OWNERSHIP AND/OR BILL OF SALE**
Q-1 REV. 11-18

SU0912

STATE OF CONNECTICUT
DEPARTMENT OF MOTOR VEHICLES

**INSTRUCTIONS FOR A VEHICLE:**
1. Complete Sections 1, 2, 3 and the *SIGNATURE AND CERTIFICATION BY SELLER(S) SECTION.*
2. This form can be used as a **BILL OF SALE** or to assign ownership when the assignment areas on the back of a **TITLE** are filled.
3. This form must be accompanied by the most recent **TITLE** issued for the vehicle.

**WARNING:** Federal law requires that you state the mileage in connection with a transfer of ownership. Failure to complete the Odometer Disclosure Statement or providing a false statement may result in fines and/or imprisonment.

**ASSIGNMENT OF OWNERSHIP**

**SELLER(S):** The undersigned seller(s) hereby state(s) the vehicle described on this title was transferred to the buyer(s) specified below. **BUYER(S):** Do not sign below until all sections have been completed and signed by seller(s). Signing below indicates you are aware of the CONDITION STATEMENT and ODOMETER DISCLOSURE STATEMENT made by seller(s).

| SECTION 1<br>Vehicle<br>Information | TITLE NUMBER 0760871D | | ISSUED BY THE STATE OF: New York | |
|---|---|---|---|---|
| | MAKE / MODEL MASERATI GHIBLI | YEAR 2019 | VEHICLE IDENTIFICATION NUMBER ZAM57YTA4K1314330 | |

Was this vehicle at the time of sale in condition for legal operation on the highway(s) of this state? *(Only Dealers must respond to this question)* ☐ YES ☐ NO

I state that, to the best of my knowledge and belief, the odometer reading specified below reflects the actual mileage, unless one of the following statements is checked:

ODOMETER READING *(No tenths)* 40421

☐ I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits. *(The odometer started at zero again.)*

☐ I hereby certify that the odometer reading is not actual mileage.  WARNING: ODOMETER DISCREPANCY

| SECTION 2<br>Buyer(s) | NAME OF BUYER *(Please print)* Superb Motors Inc. | CHECK ONE IF CO-OWNED ☐ AND ☐ OR | NAME OF CO-BUYER *(Please print)* | |
|---|---|---|---|---|
| | ADDRESS OF BUYER(S) 215 Northern Blvd Great Neck, NY 11021 | | | DEALER'S LIC. NO. *(If dealer)* |
| | SIGNATURE OF BUYER(S) *(Or authorized official)* X | SIGNATURE OF CO-BUYER *(Authorized official)* | | DATE SIGNED 11/17/23 |
| SECTION 3<br>Seller(s) | NAME OF SELLER(S) *(Please print)* TEAM MITSUBISHI HARTFORD | | | DATE SOLD 11/17/23 |
| | ADDRESS OF SELLER(S) *(Please print)* 398-412 NEW PARK AVE HARTFORD CT 06106 | | | DEALER'S LIC. NO. *(If dealer)* N2754 |

**SIGNATURE AND CERTIFICATION BY SELLER(S)**

I (we) declare under penalty of false statement that the information furnished above is true and complete to the best of my (our) knowledge and belief. The owner (seller) of this motor vehicle described above hereby transfers to the buyer the described motor vehicle in consideration of the amount (selling price) entered below, receipt hereby acknowledged.

| SIGNATURE OF SELLER(S) *(Or authorized official)* X | PRINTED NAME OF SELLER(S) *(Authorized official)* Aliyah Bennett | SELLING PRICE $30,889.00 | DATE SIGNED 11/17/23 |
|---|---|---|---|

SUPPLEMENTAL ASSIGNMENT OF OWNERSHIP AND/OR BILL OF SALE
Q-1 REV. 11-18

SU876



STATE OF CONNECTICUT
DEPARTMENT OF MOTOR VEHICLES

**INSTRUCTIONS FOR A VEHICLE:**

1. Complete Sections 1, 2, 3 and the *SIGNATURE AND CERTIFICATION BY SELLER(S) SECTION.*
2. This form can be used as a **BILL OF SALE** or to assign ownership when the assignment areas on the back of a **TITLE** are filled.
3. This form must be accompanied by the most recent **TITLE** issued for the vehicle.

**WARNING:** Federal law requires that you state the mileage in connection with a transfer of ownership. Failure to complete the Odometer Disclosure Statement or providing a false statement may result in fines and/or imprisonment.

## ASSIGNMENT OF OWNERSHIP

SELLER(S): The undersigned seller(s) hereby state(s) the vehicle described on this title was transferred to the buyer(s) specified below. BUYER(S): Do not sign below until all sections have been completed and signed by seller(s). Signing below indicates you are aware of the CONDITION STATEMENT and ODOMETER DISCLOSURE STATEMENT made by seller(s).

**SECTION 1**
Vehicle Information

TITLE NUMBER | ISSUED BY THE STATE OF:

MAKE / MODEL: Ford Super Duty F350 | YEAR: 2008 | VEHICLE IDENTIFICATION NUMBER: 1FDWX37R38ED27725

Was this vehicle at the time of sale in condition for legal operation on the highway(s) of this state? *(Only Dealers must respond to this question)* ☐ YES ☐ NO

I state that, to the best of my knowledge and belief, the odometer reading specified below reflects the actual mileage, unless one of the following statements is checked:

ODOMETER READING (No tenths): 1 6 3 0 0 0
☐ I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits. *(The odometer started at zero again.)*
☐ I hereby certify that the odometer reading is not actual mileage. WARNING: ODOMETER DISCREPANCY

**SECTION 2**
Buyer(s)

NAME OF BUYER (Please print): Superb motors Inc.
CHECK ONE IF CO-OWNED ☐ AND ☐ OR | NAME OF CO-BUYER (Please print)

ADDRESS OF BUYER: 215 Northern Blvd Great Neck NY 11021 | DEALER'S LIC. NO. (If dealer)

SIGNATURE OF BUYER(S) (Or authorized official): X | SIGNATURE OF CO-BUYER (Authorized official) | DATE SIGNED

**SECTION 3**
Seller(s)

NAME OF SELLER(S) (Please print) | DATE SOLD

ADDRESS OF SELLER(S) (Please print): TEAM MITSUBISHI HARTFORD 398-442 NEW PARK AVE HARTFORD CT 06106 | DEALER'S LIC. NO. (If dealer): N2754

## SIGNATURE AND CERTIFICATION BY SELLER(S)

I (we) declare under penalty of false statement that the information furnished above is true and complete to the best of my (our) knowledge and belief. The owner (seller) of this motor vehicle described above hereby transfers to the buyer the described motor vehicle in consideration of the amount (selling price) entered below, receipt hereby acknowledged.

SIGNATURE OF SELLER(S) (Or authorized official): X BNB | PRINTED NAME OF SELLER(S) (Authorized official): Aliyah Bennett | SELLING PRICE: $9,554.00 | DATE SIGNED

☐ Salvage
MV-907A No. _____

**New York State Department of Motor Vehicles**
## WHOLESALE CERTIFICATE OF SALE RECEIPT

### No. EW36316282023

**VEHICLE INFORMATION:**

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|------------------|-----------|-----------|------------------------|
| 2012 | JEEP | LBY | SUBN | BL | N/A | 4060 | G | 6 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|---|---|---|
| 1 C 4 P J M A K 9 C W 1 3 3 1 9 6 | 0 | N/A |

**DEALER INFORMATION**

SUPERB MOTORS INC, 215 NORTHERN BLVD, GREAT NECK, NY, 11021, Nassau

| **PURCHASER INFORMATION** | Date of Sale |
|---|---|
| VOLKSWAGEN OF FREEHOLD, 4360 US RT 9, FREEHOLD, NJ, 07728 | 10-05-2023 |
| **PRIOR OWNER INFORMATION** | Date of Purchase |
| DAVID LEVY, 14740 70TH RD, FLUSHING, NY, 11367, Out Of State Title (146418904) | 04-28-2022 |

**ODOMETER DISCLOSURE STATEMENT**
Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

☑ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. WARNING: ODOMETER DISCREPANCY."

| ODOMETER READING | | | | | | |
|---|---|---|---|---|---|---|
| 0 | 1 | 2 | 6 | 0 | 0 | 0 |
| (no tenths) | | | | | | |

Check your odometer reading at: [ verifiny.com/check ]   Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

**DEALER CERTIFICATION**

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full SUPERB MOTORS INC | Date | Seller's Facility No. 7128150 |
|---|---|---|---|

**PURCHASER CONFIRMATION**

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full VOLKSWAGEN OF FREEHOLD | Date | Purchaser's Facility No. |
|---|---|---|---|

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*



This is to certify that this document is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

*Mark JF. Schroeder*

COMMISSIONER OF MOTOR VEHICLES

ABS-2 (2/19)

New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE

### No. EW36316282023

| VEHICLE TRANSFER HISTORY | | | | | |
|---|---|---|---|---|---|
| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
| SUPERB MOTORS INC | VOLKSWAGEN OF FREEHOLD | 7128150 | 10 / 05 / 2023 | EMV50 | Yes |
| DAVID LEVY | SUPERB MOTORS INC | | 04 / 28 / 2022 | OOST | No |

*Any change or Alteration voids this receipt*

Customer copy



This is to certify that this document is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

*Mark JF. Schroeder*

COMMISSIONER OF MOTOR VEHICLES

ABS-2 (2/19)

Case 2:23-cv-06188-JMW   Document 155-1   Filed 03/18/24   Page 3 of 30 PageID #: 3045

SUPPLEMENTAL ASSIGNMENT OF OWNERSHIP AND/OR BILL OF SALE
Q-1 REV. 11-18

**SU0461A**

STATE OF CONNECTICUT
DEPARTMENT OF MOTOR VEHICLES

INSTRUCTIONS FOR A VEHICLE:
1. Complete Sections 1, 2, 3 and the *SIGNATURE AND CERTIFICATION BY SELLER(S) SECTION.*
2. This form can be used as a **BILL OF SALE** or to assign ownership when the assignment areas on the back of a **TITLE** are filled.
3. This form must be accompanied by the most recent **TITLE** issued for the vehicle.

WARNING:  Federal law requires that you state the mileage in connection with a transfer of ownership.  Failure to complete the Odometer Disclosure Statement or providing a false statement may result in fines and/or imprisonment.

### ASSIGNMENT OF OWNERSHIP

SELLER(S):  The undersigned seller(s) hereby state(s) the vehicle described on this title was transferred to the buyer(s) specified below.  BUYER(S): Do not sign below until all sections have been completed and signed by seller(s).  Signing below indicates you are aware of the CONDITION STATEMENT and ODOMETER DISCLOSURE STATEMENT made by seller(s).

| | | | |
|---|---|---|---|
| **SECTION 1** *Vehicle Information* | TITLE NUMBER  146418904 | ISSUED BY THE STATE OF:  Florida | |
| | MAKE / MODEL  Jeep Liberty | YEAR  2012 | VEHICLE IDENTIFICATION NUMBER  1C4PJMAKACW133196 |

Was this vehicle at the time of sale in condition for legal operation on the highway(s) of this state? *(Only Dealers must respond to this question)* ☐ YES ☐ NO

I state that, to the best of my knowledge and belief, the odometer reading specified below reflects the actual mileage, unless one of the following statements is checked:

ODOMETER READING *(No tenths)*  126,000

☐ I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.  *(The odometer started at zero again.)*

☐ I hereby certify that the odometer reading is not actual mileage.  WARNING: ODOMETER DISCREPANCY

| | | | |
|---|---|---|---|
| **SECTION 2** *Buyer(s)* | NAME OF BUYER *(Please print)*  Superb Motors Inc. | CHECK ONE IF CO-OWNED  ☐ AND  ☐ OR | NAME OF CO-BUYER *(Please print)* |
| | ADDRESS OF BUYER(S)  215 Northern Blvd Great Neck, NY 11021 | | DEALER'S LIC. NO. *(if dealer)* |
| | SIGNATURE OF BUYER(S) *(Or authorized official)*  X | SIGNATURE OF CO-BUYER *(Authorized official)* | DATE SIGNED  11/3/2023 |
| **SECTION 3** *Seller(s)* | NAME OF SELLER(S) *(Please print)*  TEAM MITSUBISHI HARTFORD | | DATE SOLD  11/3/2023 |
| | ADDRESS OF SELLER(S) *(Please print)*  333-442 NEW PARK AVE  HARTFORD CT 06106 | | DEALER'S LIC. NO. *(if dealer)*  N2754 |

### SIGNATURE AND CERTIFICATION BY SELLER(S)

I (we) declare under penalty of false statement that the information furnished above is true and complete to the best of my (our) knowledge and belief.  The owner (seller) of this motor vehicle described above hereby transfers to the buyer the described motor vehicle in consideration of the amount (selling price) entered below, receipt hereby acknowledged.

| SIGNATURE OF SELLER(S) *(Or authorized official)* | PRINTED NAME OF SELLER(S) *(Authorized official)* | SELLING PRICE | DATE SIGNED |
|---|---|---|---|
| X raws | Aliyah Bennett | $ 3,568.19 | 11/3/2023 |

☐ Salvage
MV-907A No. _____

**New York State Department of Motor Vehicles**
**WHOLESALE CERTIFICATE OF SALE RECEIPT**

**No. EW37455512023**

**VEHICLE INFORMATION:**

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|------------------|-----------|-----------|------------------------|
| 2023 | CHEVR | SUB | SUBN | BK | N/A | 5936 | G | 8 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|-------------------------------|---------|----------------------------------|
| 1 G N S K B K D 9 P R 1 4 8 6 7 5 | 0 | N/A |

**DEALER INFORMATION**

SUPERB MOTORS INC, 215 NORTHERN BLVD, GREAT NECK, NY, 11021, Nassau

| **PURCHASER INFORMATION** | Date of Sale |
|---------------------------|--------------|
| TEAM MITSUBISHI HARTFORD, 398-412 NEW PARK AVE, HARTFORD, CT, 06106 | 11-21-2023 |

| **PRIOR OWNER INFORMATION** | Date of Purchase |
|-----------------------------|------------------|
| JAXWAY FINAN CON INC , 1360 BRITTANY WAY, PROSPER, TX, 75063, NYS Title (692427C) | 06-30-2023 |

**ODOMETER DISCLOSURE STATEMENT**
Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

☑ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. WARNING: ODOMETER DISCREPANCY."

| ODOMETER READING | | | | | | |
|---|---|---|---|---|---|---|
| 0 | 0 | 2 | 2 | 2 | 5 | 4 |
| (no tenths) | | | | | | |

Check your odometer reading at: | verifiny.com/check | Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

**DEALER CERTIFICATION**

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full SUPERB MOTORS INC | Date | Seller's Facility No. 7128150 |
|---|---|---|---|

**PURCHASER CONFIRMATION**

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full TEAM MITSUBISHI HARTFORD | Date | Purchaser's Facility No. |
|---|---|---|---|

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*

Customer copy



This is to certify that this document is a true and complete
copy of a record on file in the New York State Department of
Motor Vehicles, Albany, New York.

Mark J.F. Schroeder

COMMISSIONER OF MOTOR VEHICLES

ABS-2 (2/19)

New York State Department of Motor Vehicles
WHOLESALE CERTIFICATE OF SALE

## No. EW37455512023

| VEHICLE TRANSFER HISTORY | | | | | |
|---|---|---|---|---|---|
| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
| SUPERB MOTORS INC | TEAM MITSUBISHI HARTFORD | 7128150 | 11 / 21 / 2023 | EMV50 | Yes |
| JAXWAY FINAN CON INC | SUPERB MOTORS INC | | 06 / 30 / 2023 | NYST | No |

*Any change or Alteration voids this receipt*



This is to certify that this document is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

*Mark J.F. Schroeder*

COMMISSIONER OF MOTOR VEHICLES

ABS-2 (2/19)

Case 2:23-cv-06188-JMW   Document 155-1   Filed 03/18/24   Page 29 of 30 PageID #: 3071

**SUPPLEMENTAL ASSIGNMENT OF OWNERSHIP AND/OR BILL OF SALE**
Q-1 REV. 11-18



STATE OF CONNECTICUT
DEPARTMENT OF MOTOR VEHICLES

**INSTRUCTIONS FOR A VEHICLE:**
1. Complete Sections 1, 2, 3 and the *SIGNATURE AND CERTIFICATION BY SELLER(S) SECTION.*
2. This form can be used as a **BILL OF SALE** or to assign ownership when the assignment areas on the back of a **TITLE** are filled.
3. This form must be accompanied by the most recent **TITLE** issued for the vehicle.

**WARNING:** Federal law requires that you state the mileage in connection with a transfer of ownership. Failure to complete the Odometer Disclosure Statement or providing a false statement may result in fines and/or imprisonment.

## ASSIGNMENT OF OWNERSHIP

**SELLER(S):** The undersigned seller(s) hereby state(s) the vehicle described on this title was transferred to the buyer(s) specified below. **BUYER(S):** Do not sign below until all sections have been completed and signed by seller(s). Signing below indicates you are aware of the CONDITION STATEMENT and ODOMETER DISCLOSURE STATEMENT made by seller(s).

| | |
|---|---|
| **SECTION 1** Vehicle Information | **TITLE NUMBER** 692427C   **ISSUED BY THE STATE OF:** New York |
| | **MAKE / MODEL** Chevrolet Suburban   **YEAR** 2023   **VEHICLE IDENTIFICATION NUMBER** 1GNSKBKD9PR486675 |
| | Was this vehicle at the time of sale in condition for legal operation on the highway(s) of this state? *(Only Dealers must respond to this question)* ☐ YES ☐ NO |
| | I state that, to the best of my knowledge and belief, the odometer reading specified below reflects the actual mileage, unless one of the following statements is checked: |
| | **ODOMETER READING** *(No tenths)* 22254   ☐ I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits. *(The odometer started at zero again.)* |
| | ☐ I hereby certify that the odometer reading is not actual mileage.  WARNING: ODOMETER DISCREPANCY |

| | |
|---|---|
| **SECTION 2** Buyer(s) | **NAME OF BUYER** *(Please print)* Superb Motors Inc.   **CHECK ONE IF CO-OWNED** ☐ AND ☐ OR   **NAME OF CO-BUYER** *(Please print)* |
| | **ADDRESS OF BUYER(S)** 215 Northern Blvd, Great Neck, NY, 11021   **DEALER'S LIC. NO.** *(If dealer)* |
| | **SIGNATURE OF BUYER(S)** *(Or authorized official)* X   **SIGNATURE OF CO-BUYER** *(Authorized official)*   **DATE SIGNED** 11 21 23 |

| | |
|---|---|
| **SECTION 3** Seller(s) | **NAME OF SELLER(S)** *(Please print)* TEAM MITSUBISHI HARTFORD   **DATE SOLD** 11 21 23 |
| | **ADDRESS OF SELLER(S)** *(Please print)* 398-412 NEW PARK AVE HARTFORD CT 06106   **DEALER'S LIC. NO.** *(If dealer)* N2754 |

## SIGNATURE AND CERTIFICATION BY SELLER(S)

I (we) declare under penalty of false statement that the information furnished above is true and complete to the best of my (our) knowledge and belief. The owner (seller) of this motor vehicle described above hereby transfers to the buyer the described motor vehicle in consideration of the amount (selling price) entered below, receipt hereby acknowledged.

| **SIGNATURE OF SELLER(S)** *(Or authorized official)* | **PRINTED NAME OF SELLER(S)** *(Authorized official)* | **SELLING PRICE** | **DATE SIGNED** |
|---|---|---|---|
| X | Alijan Bennett | $ | 11 21 23 |

New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE RECEIPT

☐ Salvage
MV-907A No. _____

### No. EW37455592023

**VEHICLE INFORMATION:**

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|---|---|---|---|---|---|---|---|---|---|
| 2019 | LA/RO | RANGE ROVER | SUBN | GY | N/A | 5545 | G | 8 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|---|---|---|
| S A L G W 2 S E 6 K A 5 3 3 2 9 7 | 0 | N/A |

**DEALER INFORMATION**

SUPERB MOTORS INC, 215 NORTHERN BLVD, GREAT NECK, NY, 11021, Nassau

| **PURCHASER INFORMATION** | Date of Sale |
|---|---|
| TEAM MITSUBISHI HARTFORD, 398-412 NEW PARK AVE, HARTFORD, CT, 06106 | 11-21-2023 |

| **PRIOR OWNER INFORMATION** | Date of Purchase |
|---|---|
| ADCOCK BROTHERS INC, 200 HARRISON AVE, PANAMA CITY, FL, 32401, Out Of State Transfer Document | 04-28-2023 |

**ODOMETER DISCLOSURE STATEMENT**

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

☑ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. WARNING: ODOMETER DISCREPANCY."

| ODOMETER READING | | | | | | |
|---|---|---|---|---|---|---|
| 0 | 0 | 5 | 5 | 2 | 4 | 6 |
| (no tenths) | | | | | | |

Check your odometer reading at: **verifiny.com/check**   Processing States with questions about this eMV-50 may contact 1 833 VERIFNY NY (1 833 837-4346)

**DEALER CERTIFICATION**

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full SUPERB MOTORS INC | Date | Seller's Facility No. 7128150 |
|---|---|---|---|

**PURCHASER CONFIRMATION**

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full TEAM MITSUBISHI HARTFORD | Date | Purchaser's Facility No. |
|---|---|---|---|

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*

Customer copy

Page 1 of 2



ABS-2 (2/19)

This is to certify that this document is a true and complete
copy of a record on file in the New York State Department of
Motor Vehicles, Albany, New York.

*Mark J.F. Schroeder*

COMMISSIONER OF MOTOR VEHICLES

New York State Department of Motor Vehicles
WHOLESALE CERTIFICATE OF SALE

## No. EW37455592023

### VEHICLE TRANSFER HISTORY

| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
|---|---|---|---|---|---|
| SUPERB MOTORS INC | TEAM MITSUBISHI HARTFORD | 7128150 | 11 / 21 / 2023 | EMV50 | Yes |
| ADCOCK BROTHERS INC | SUPERB MOTORS INC | | 04 / 28 / 2023 | OSTD | No |
| LUCIANO AUTO SALES | ADCOCK BROTHERS INC | 7039229 | 04 / 19 / 2023 | EMV50 | Yes |
| PIEHLER MOTOR SPORTS LLC | LUCIANO AUTO SALES | 7107728 | 04 / 18 / 2023 | EMV50 | No |
| BROTHERS INTERNATNL | PIEHLER MOTOR SPORTSLLC | | 04 / 14 / 2023 | NYST | No |
| PIEHLER MOTOR SPORTS LLC | BROTHERS INTERNATNL FOOD CORP | 7107728 | 12 / 31 / 2018 | EMV50 | No |
| JLRNA | PIEHLER MOTOR SPORTSLLC | | 12 / 27 / 2018 | MCO | No |

*Any change or Alteration voids this receipt*



This is to certify that this document is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

COMMISSIONER OF MOTOR VEHICLES

ABS-2 (2/19)

Case 2:23-cv-06188-JMW   Document 155-1   Filed 03/18/24   Page 30 of 30 PageID #: 3072

SUPPLEMENTAL ASSIGNMENT OF OWNERSHIP AND/OR BILL OF SALE
Q-1 REV. 11-18



STATE OF CONNECTICUT
DEPARTMENT OF MOTOR VEHICLES

**INSTRUCTIONS FOR A VEHICLE:**
1. Complete Sections 1, 2, 3 and the *SIGNATURE AND CERTIFICATION BY SELLER(S) SECTION.*
2. This form can be used as a **BILL OF SALE** or to assign ownership when the assignment areas on the back of a **TITLE** are filled.
3. This form must be accompanied by the most recent **TITLE** issued for the vehicle.

**WARNING:** Federal law requires that you state the mileage in connection with a transfer of ownership. Failure to complete the Odometer Disclosure Statement or providing a false statement may result in fines and/or imprisonment.

## ASSIGNMENT OF OWNERSHIP

SELLER(S): The undersigned seller(s) hereby state(s) the vehicle described on this title was transferred to the buyer(s) specified below. BUYER(S): Do not sign below until all sections have been completed and signed by seller(s). Signing below indicates you are aware of the CONDITION STATEMENT and ODOMETER DISCLOSURE STATEMENT made by seller(s).

| | | |
|---|---|---|
| **SECTION 1** *Vehicle Information* | TITLE NUMBER **3886284** | ISSUED BY THE STATE OF: **Florida** |
| | MAKE / MODEL **Land rover Range rover** YEAR **2019** | VEHICLE IDENTIFICATION NUMBER **SALGW2SE6KA533297** |

Was this vehicle at the time of sale in condition for legal operation on the highway(s) of this state? *(Only Dealers must respond to this question)* ☐ YES ☐ NO

I state that, to the best of my knowledge and belief, the odometer reading specified below reflects the actual mileage, unless one of the following statements is checked:

ODOMETER READING *(No tenths)* **55246**

☐ I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits. *(The odometer started at zero again.)*

☐ I hereby certify that the odometer reading is not actual mileage. WARNING: ODOMETER DISCREPANCY

| | |
|---|---|
| **SECTION 2** *Buyer(s)* | NAME OF BUYER *(Please print)* **Superb Motors inc.**   CHECK ONE IF CO-OWNED ☐ AND ☐ OR   NAME OF CO-BUYER *(Please print)* |

ADDRESS OF BUYER(S) **215 Northern Blvd Great Neck, NY 11021**

| SIGNATURE OF BUYER(S) *(Or authorized official)* X | SIGNATURE OF CO-BUYER *(Authorized official)* | DATE SIGNED **11/21/23** |
|---|---|---|

| | | |
|---|---|---|
| **SECTION 3** *Seller(s)* | NAME OF SELLER(S) *(Please print)* **TEAM MITSUBISHI HARTFORD** | DATE SOLD **11/21/23** |
| | ADDRESS OF SELLER(S) *(Please print)* **390-412 NEW PARK AVE HARTFORD CT 06106** | DEALER'S LIC. NO. *(If dealer)* **N275A** |

## SIGNATURE AND CERTIFICATION BY SELLER(S)

I (we) declare under penalty of false statement that the information furnished above is true and complete to the best of my (our) knowledge and belief. The owner (seller) of this motor vehicle described above hereby transfers to the buyer the described motor vehicle in consideration of the amount (selling price) entered below, receipt hereby acknowledged.

| SIGNATURE OF SELLER(S) *(Or authorized official)* x | PRINTED NAME OF SELLER(S) *(Authorized official)* **Aliyan Bennett** | SELLING PRICE $ | DATE SIGNED **11/21/23** |
|---|---|---|---|