# MILMAN LABUDA LAW GROUP PLLC
**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**
_____

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

March 28, 2024

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. James M. Wicks, U.S.M.J.
100 Federal Plaza, Courtroom 1020
Central Islip, NY 11722-4438

      *Re:*    <u>**Superb Motors Inc.,** *et al.* **v. Deo,** *et al.*</u>
              <u>**Case No.: 2:23-cv-6188 (JMW)**</u>

Dear Judge Wicks:

      The undersigned together represent all of the Plaintiffs in the above-referenced case.

      Plaintiffs respectfully request leave to submit their memorandum of law in opposition to the four (4) sets of motions to dismiss filed by all Defendants (except for Flushing Bank) with up to five (5) pages in excess of the sixty (60) page limit set by this Court. The reason for this request is that there are four (4) separate motions to dismiss which seek dismissal of dozens of claims in the First Amended Complaint.

                                        Respectfully submitted,

                                        **MILMAN LABUDA LAW GROUP PLLC**

                                        <u>/s/ Jamie S. Felsen, Esq.</u>

                                        **SAGE LEGAL LLC**

                                        <u>/s/ Emanuel Kataev, Esq.</u>

                                        **CYRULI SHANKS & ZIZMOR LLP**

                                        <u>/s/ Jeffrey Ruderman, Esq.</u>

2