Case 2:23-cv-06188-JMW   Document 163   Filed 02/20/24   Page 1 of 2 PageID #: 3655

FILED
CLERK
February 20, 2024
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

Superb Motors Inc. et. al.

V.

Deo et al.

# EXHIBIT AND WITNESS LIST

Case Number: 2:23-cv-06188 (JMW)

| PRESIDING JUDGE<br>Magistrate Judge James M. Wicks | PLAINTIFF'S ATTORNEY<br>Jamie Scott Felsen, Emanuel Kataev | DEFENDANT'S ATTORNEY<br>Brian M. Levine |
|---|---|---|
| TRIAL DATE (S)<br>02/20/2024 (Evidentiary Hearing) | COURT REPORTER<br>Paul Lombardi | COURTROOM DEPUTY<br>Doreen Flanagan |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  |  | 2/20/2024 |  |  | Plaintiff's Witness: Anthony Deo |
| 3 |  | 2/20/2024 | X | X | List of 43 Team Auto Sales LLC and/or Superb Motors, Inc.-owned vehicles |
| 5a |  | 2/20/2024 | X |  | CarFax Reports for vehicles bearing stock nos. |
| 18a |  | 2/20/2024 | X | X | Email Correspondence with Deo |
| 18b |  | 2/20/2024 | X | X | Email Correspondence with Deo dated February 2023 |
| 18c |  | 2/20/2024 | X |  | Email Correspondence with Deo dated March 21, 2023 |
| 18d |  | 2/20/2024 | X |  | Email Correspondence with Deo |
| 4a |  | 2/20/2024 | X |  | Proof of Ownership for vehicles bearing stock nos. |
| 32 |  | 2/20/2024 | X |  | Summary records of dealership data |
|  |  | 2/20/2024 |  |  | Defendant's Cross Examination: Anthony Deo |
|  | N | 2/20/2024 | X | X | NY DMV Title Record/Abstract for 2000 Mercedes M-Class (VIN: 3539) |
|  | V | 2/20/2024 | X | X | NY DMV Title/Lien Status Report for 2009 Ford Flex (VIN: 9931) |
|  |  | 2/20/2024 |  |  | Plaintiff's Redirect: Anthony Deo |
| 4c |  | 2/20/2024 | X | X | Proof of ownership for vehicles bearing stock nos. (Title Only) |
|  |  | 2/20/2024 |  |  | Defendant's Re-Cross: Anthony Deo |
|  |  | 2/20/2024 |  |  | Plaintiff's Witness: Marc Merckling |
|  |  | 2/20/2024 |  |  | Plaintiff's Witness: Dwight Blankenship |
|  |  | 2/20/2024 |  |  | Plaintiff's Witness: Eugene Lowe |
|  |  | 2/20/2024 |  |  | Defendant's Cross Examination: Eugene Lowe |
|  |  | 2/20/2024 |  |  | Plaintiff's Witness: Efaz Anthony Deo |
|  |  | 2/20/2024 |  |  | Defendant's Cross Examination: Efaz Anthony Deo |
|  |  | 2/20/2024 |  |  | Plaintiff's Witness: Michael Laurie |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 2 Pages

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| | | | | | |
|---|---|---|---|---|---|
| Superb Motors Inc. et. al. | | | vs. | Deo et al. | CASE NO. 2:23-cv-06188 (JMW) |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 18e | | 2/20/2024 | X | | Email Correspondence with Deo |
| | | 2/20/2024 | | | Plaintiff's Witness: Harry R. Thomasson, Jr., Esq. |
| 1 | | 2/20/2024 | X | | List of 120 Team Auto Sales LLC and/or Superb Motors, Inc.-owned vehicles |

Page  2  of  2  Pages