UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X
SUPERB MOTORS, INC., TEAM AUTO SALES, LLC, ROBERT ANTHONY URRUTIA, 189 SUNRISE HWY AUTO LLC, NORTHSHORE MOTOR LEASING LLC, BRIAN CHABRIER, individually and derivatively as a member of NORTHSHORE MOTOR LEASING LLC, JOSHUA AARONSON, individually and derivatively as a member of 189 SUNRISE HWY AUTO, LLC, JORY BARON, 1581 HYLAN BLVD AUTO LLC, 1580 HYLAN BLVD AUTO LLC, 1591 HYLAN BLVD AUTO LLC, 1632 HYLAN BLVD AUTO LLC, 1239 HYLAN BLVD AUTO LLC, 2519 HYLAN BLVD AUTO LLC, 76 FISK STREET REALTY LLC, 446 ROUTE 23 AUTO LLC AND ISLAND AUTO MANAGEMENT, LLC,

                Plaintiffs,

      v.

ANTHONY DEO, SARAH DEO, HARRY THOMASSON, DWIGHT BLANKENSHIP, MARC MERKLING, MICHAEL LAURIE, THOMAS JONES, CPA, CAR BUYERS NYC INC., GOLD COAST CARS OF SYOSSET LLC, GOLD COAST CARS OF SUNRISE LLC, GOLD COAST MOTORS AUTOMOTIVE GROUP LLC, GOLD COAST MOTORS OF LIC LLC, GOLD COAST MOTORS OF ROSLYN LLC, GOLD COAST MOTORS OF SMITHTOWN LLC, UEA PREMIER MOTORS CORP., DLA CAPITAL PARTNERS INC., JONES, LITTLE & CO., CPA'S LLP, FLUSHING BANK, and LIBERTAS FUNDING LLC,

                Defendants.
-----------------------------------------------------------------------X

Case No.: 2:23-cv-6188 (JMW)

**ORDER**

Hon. James M. Wicks

Served:  February 9, 2024

      AND NOW, this ____ day of _____, 2024, upon consideration of the Motion of Defendant, Libertas Funding LLC to Dismiss Amended Complaint Pursuant to Fed.R.Civ.P. 12(b)(1) and (6) ("Motion"), and any responses thereto, and for good cause shown, it is hereby ORDERED that:

      1.      The Motion is GRANTED; and

1

709286v3

2

    2.    The Amended Complaint is DISMISSED, with prejudice, as to Defendant, Libertas Funding LLC.

Dated:  Central Islip, New York

       _____, 2024

       SO ORDERED:

       _____
       James M. Wicks
       United States Magistrate Judge

709286v3