**MILMAN LABUDA LAW GROUP PLLC**
**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**
_____

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

April 8, 2024

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. James M. Wicks, U.S.M.J.
100 Federal Plaza, Courtroom 1020
Central Islip, NY 11722-4438

   *Re:*  **Superb Motors Inc.,** *et al.* **v. Deo,** *et al.*
      **Case No.: 2:23-cv-6188 (JMW)**

Dear Judge Wicks:

  The undersigned represents the Superb Plaintiffs in the above-referenced case who respectfully request that the oral argument scheduled for June 10, 2024 be rescheduled. The reason for this request is that the undersigned will be commencing a trial on June 10, 2024 in the Commercial Division of the New York Supreme Court Nassau Count in the matter of <u>Star Auto Sales of Bayside, et al. v. Despina Theocharis, et al.</u> (index no. 613475/2017). Defendants' counsel consents to this request.

            Respectfully submitted,

            **MILMAN LABUDA LAW GROUP PLLC**

            <u>/s/ Jamie S. Felsen, Esq.</u>

cc: All Counsel of Record (via ECF)