UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
SUPERB MOTORS INC., TEAM AUTO SALES LLC, ROBERT ANTHONY URRUTIA, 189 SUNRISE HWY AUTO LLC, NORTHSHORE MOTOR LEASING, LLC, BRIAN CHABRIER, *individually and derivatively as a member of* NORTHSHORE MOTOR LEASING, LLC, JOSHUA AARONSON, *individually and derivatively as a member of* 189 SUNRISE HWY AUTO, LLC, JORY BARON, 1581 HYLAN BLVD AUTO LLC, 1580 HYLAN BLVD AUTO LLC, 1591 HYLAN BLVD AUTO LLC, 1632 HYLAN BLVD AUTO LLC, 1239 HYLAN BLVD AUTO LLC, 2519 HYLAN BLVD AUTO LLC, 76 FISK STREET REALTY LLC, 446 ROUTE 23 AUTO LLC and ISLAND AUTO MANAGEMENT, LLC,

                                Plaintiffs,

-against-

ANTHONY DEO, SARAH DEO, HARRY THOMASSON, DWIGHT BLANKENSHIP, MARC MERCKLING, MICHAEL LAURIE, THOMAS JONES, CPA, CAR BUYERS NYC INC., GOLD COAST CARS OF SYOSSET LLC, GOLD COAST CARS OF SUNRISE LLC, GOLD COAST MOTORS AUTOMOTIVE GROUP LLC, GOLD COAST MOTORS OF LIC LLC, GOLD COAST MOTORS OF ROSLYN LLC, GOLD COAST MOTORS OF SMITHTOWN LLC, UEA PREMIER MOTORS CORP., DLA CAPITAL PARTNERS INC., JONES, LITTLE & CO., CPA'S LLP, FLUSHING BANK, and LIBERTAS FUNDING LLC,

                                Defendants.
-----------------------------------------------------------------------X

Case No.: 2:23-cv-6188 (JMW)

**DEFENDANTS THOMAS JONES, CPA AND JONES, LITTLE & CO., CPA'S LLP's NOTICE OF MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(1),(6)**

    **PLEASE TAKE NOTICE** that defendants Thomas Jones, CPA and Jones, Little & Co., CPA's, LLP (together, "JLC") are hereby applying to the Honorable U.S. Magistrate Justice James M. Wicks, at the Eastern District of New York, Central Islip Courthouse, located at 100 Federal

Plaza, Central Islip, New York, for an Order granting JLC's motion to dismiss the plaintiffs' First Amended Complaint in its entirety as against JLC with prejudice.

**PLEASE TAKE FURTHER NOTICE** that, in support of the motion, JLC will rely upon the Memorandum of Law In Support, Declaration of John A. Lentinello (the "Lentinello Decl.") and all corresponding exhibits annexed thereto, and the Declaration of Thomas Jones, CPA (the "Jones Decl.") and all corresponding exhibits annexed thereto.

Dated: Woodbury, New York
February 9, 2024

MILBER MAKRIS PLOUSADIS
& SEIDEN, LLP

By: John A. Lentinello (JL 0187)
Attorneys for Defendants
Thomas Jones, CPA and Jones, Little
& Co., CPA's, LLP
1000 Woodbury Road, Suite 402
Woodbury, New York 11797
(516) 870-1160