# EXHIBIT "B"

# EXHIBIT "B"

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
SUPERB MOTORS INC., TEAM AUTO SALES LLC, ROBERT ANTHONY URRUTIA, 189 SUNRISE HWY AUTO LLC, NORTHSHORE MOTOR LEASING, LLC, BRIAN CHABRIER, *individually and derivatively as a member of* NORTHSHORE MOTOR LEASING, LLC, JOSHUA AARONSON, *individually and derivatively as a member of* 189 SUNRISE HWY AUTO, LLC, JORY BARON, 1581 HYLAN BLVD AUTO LLC, 1580 HYLAN BLVD AUTO LLC, 1591 HYLAN BLVD AUTO LLC, 1632 HYLAN BLVD AUTO LLC, 1239 HYLAN BLVD AUTO LLC, 2519 HYLAN BLVD AUTO LLC, 76 FISK STREET REALTY LLC, 446 ROUTE 23 AUTO LLC and ISLAND AUTO MANAGEMENT, LLC,

                        Plaintiffs,

    -against-

ANTHONY DEO, SARAH DEO, HARRY THOMASSON, DWIGHT BLANKENSHIP, MARC MERCKLING, MICHAEL LAURIE, THOMAS JONES, CPA, CAR BUYERS NYC INC., GOLD COAST CARS OF SYOSSET LLC, GOLD COAST CARS OF SUNRISE LLC, GOLD COAST MOTORS AUTOMOTIVE GROUP LLC, GOLD COAST MOTORS OF LIC LLC, GOLD COAST MOTORS OF ROSLYN LLC, GOLD COAST MOTORS OF SMITHTOWN LLC, UEA PREMIER MOTORS CORP., DLA CAPITAL PARTNERS INC., JONES, LITTLE & CO., CPA'S LLP, FLUSHING BANK, and LIBERTAS FUNDING LLC,

                        Defendants.
------------------------------------------------------------------------X

Case No.: 2:23-cv-6188 (OEM)(ST)

**NOTICE OF APPEARANCE**

COUNSELORS:

PLEASE TAKE NOTICE that Defendant, JONES, LITTLE & CO, CPAs hereby appears in the above-entitled action, and that the undersigned has been retained as attorneys for said Defendant.

Dated: Woodbury, New York
September 12, 2023

                                           MILBER MAKRIS PLOUSADIS
                                             & SEIDEN, LLP

                                           _____
                                           John Lentinello, Esq. (JL0187)
                                           Attorneys for Defendant
                                           JONES, LITTLE & CO, CPA's
                                           1000 Woodbury Road, Suite 402
                                           Woodbury, New York 11797
                                           (516) 870-1102
                                           Our File No.: 446-25080
                                           Jlentinello@milbermakris.com

TO: **_ALL PARTIES VIA ECF_**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
SUPERB MOTORS INC., TEAM AUTO SALES LLC, ROBERT ANTHONY URRUTIA, 189 SUNRISE HWY AUTO LLC, NORTHSHORE MOTOR LEASING, LLC, BRIAN CHABRIER, *individually and derivatively as a member of* NORTHSHORE MOTOR LEASING, LLC, JOSHUA AARONSON, *individually and derivatively as a member of* 189 SUNRISE HWY AUTO, LLC, JORY BARON, 1581 HYLAN BLVD AUTO LLC, 1580 HYLAN BLVD AUTO LLC, 1591 HYLAN BLVD AUTO LLC, 1632 HYLAN BLVD AUTO LLC, 1239 HYLAN BLVD AUTO LLC, 2519 HYLAN BLVD AUTO LLC, 76 FISK STREET REALTY LLC, 446 ROUTE 23 AUTO LLC and ISLAND AUTO MANAGEMENT, LLC,

                                Plaintiffs,

   -against-

ANTHONY DEO, SARAH DEO, HARRY THOMASSON, DWIGHT BLANKENSHIP, MARC MERCKLING, MICHAEL LAURIE, THOMAS JONES, CPA, CAR BUYERS NYC INC., GOLD COAST CARS OF SYOSSET LLC, GOLD COAST CARS OF SUNRISE LLC, GOLD COAST MOTORS AUTOMOTIVE GROUP LLC, GOLD COAST MOTORS OF LIC LLC, GOLD COAST MOTORS OF ROSLYN LLC, GOLD COAST MOTORS OF SMITHTOWN LLC, UEA PREMIER MOTORS CORP., DLA CAPITAL PARTNERS INC., JONES, LITTLE & CO., CPA'S LLP, FLUSHING BANK, and LIBERTAS FUNDING LLC,

                               Defendants.
-------------------------------------------------------------------------X

Case No.: 2:23-cv-6188 (OEM)(ST)

**NOTICE OF APPEARANCE**

COUNSELORS:

PLEASE TAKE NOTICE that Defendant JONES, LITTLE & CO, CPAs hereby appears in the above-entitled action, and that the undersigned has been retained as attorneys for said Defendant.

Dated: Woodbury, New York
September 12, 2023

                                               MILBER MAKRIS PLOUSADIS
                                               &SEIDEN, LLP

_____
Peter Seiden, Esq. (PS0658)
Attorneys for Defendant
JONES, LITTLE & CO, CPAs
1000 Woodbury Road, Suite 402
Woodbury, New York 11797
(516) 870-1102
Our File No.: 446-25080
Pseiden@milbermakris.com

TO: **_ALL PARTIES VIA ECF_**

2