# EXHIBIT "D"

# EXHIBIT "D"

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

BEFORE: JAMES M. WICKS, U.S. MAGISTRATE JUDGE     DATE:  01/09/2024
                                                                                                               TIME:    3:00 PM
                                                                    ☐ **SEALED PROCEEDING**

## CIVIL CAUSE FOR STATUS CONFERENCE
## CASE:  2:23-cv-06188-JMW-Superb Motors Inc. et al. v. Deo et al.

APPEARANCES:

    For Plaintiffs (Superb Motors Inc, Team Auto Sales LLC and Robert Anthony Urrutia):
                                                                                            Emanuel Kataev
                                                                                                                      (With Principle
                                                                                                                     Bruce Novicky)

    For Plaintiffs (189 Sunrise Hwy Auto LLC, Northshore Motor Leasing, LLC, Brian Chabrier, Joshua Aaronson, Jory Baron, 1581 Hyland Blvd Auto LLC, 1580 Hylan Blvd Auto LLC, 1591 Hylan Blvd Auto LLC, 1632 Hylan Blvd Auto LLC, 1239 Hylan  Blvd Auto LLC, 2519 Hyland Blvd Auto LLC, 76 Fisk Street Realty LLC, 446 Route 23 Auto LLC and Island Auto Management, LLC):
                                                                                            Jeffrey C. Ruderman

    For Defendants (Anthony Deo, Sarah Deo, Harry Thomasson, Dwight Blankenship, Marc Merckling, Michael Laurie, Car Buyers NYC Inc., Gold Coast Cars of Syosset LLC, Gold Coast Cars of Sunrise LLC, Gold Coast Motors Automotive Group LLC, Gold Coast Motors of LIC LLC, Gold Coast Motors of Roslyn LLC, Gold Coast Motors of Smithtown LLC and UEA Premier Motors Corp.):
                                                                                            Harry R. Thomasson, Jr.
                                                                                            (Terminated Counsel)

    For Defendants (Thomas Jones, CPA, Jones, Little & Co., CPA's LLP):  Peter Seiden

    For Defendants (Flushing Bank):                        Ariel E. Ronneburger,
                                                                           Thomas Baylis

    For Defendant (Libertas Funding LLC):             Bonnie Rae Golub,
                                                            David Epstein (Represented Defendant in State Court Matter)

    For Defendants (J.P. Morgan Chase Bank, N.A.):     Anthony Carmine Valenziano

Court Reporter/FTR: 3:03-3:33 (Video)

**THE FOLLOWING RULINGS WERE MADE:**

☒ Status Conference held on January 9, 2024.

☒ All Defendants' motions to dismiss shall be served as follows:

1. Defendants shall serve all papers in support of the motions to dismiss the Amended Complaint on or before **February 9, 2024**.
2. Opposition to Defendants' motion to dismiss the Amended Complaint shall be served on or before **March 11, 2024**.
3. Defendants' reply papers, if any, in further support of the motions to dismiss shall be served on or before **April 1, 2024**.
4. Parties are to bundle file their respective papers on ECF on **April 2, 2024**.

☒ The parties are to arrange for courtesy copies of the served to be sent to Chambers as they are served upon each opposing party.

A Scheduling Conference has been scheduled for **January 26, 2024 at 10:30 AM** via the Court's Video Zoom. The parties should be prepared to discuss an expedited six-month discovery schedule, given the issues raised in this case. The Court will email the Zoom invitation closer to the conference date. This conference is a public proceeding, and all are welcome to attend via telephone or via video. If you would like to receive the Zoom invitation, please contact Judge Wicks' Courtroom Deputy at (631) 712-5625.

THE PARTIES ARE REMINDED that audio or video recording of proceedings by any party other than the Court is strictly prohibited by Local Civil Rule 1.8. Violation of this rule may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed appropriate by the Court.

SO ORDERED
*/s/ James M. Wicks*
JAMES M. WICKS
United States Magistrate Judge

2