# EXHIBIT "4"

# EXHIBIT "4"

**Thomas Jones**

| | |
|---|---|
| From: | Thomas Jones |
| Sent: | Tuesday, June 13, 2023 7:36 PM |
| To: | Kendra Kernizant |
| Subject: | RE: Statement and trail balances etc |

Hi Kendra,
The accounts that had the balances to use are the following accounts:
Account # 1451 and #1490.
Looks like the following are ones to use too:
Account # 2030, and sales tax accounts are too high and can be used once you have the correct sales tax payable.
There maybe more once we tie out balances.

I also did a quick review of the financial statement and there are some issues and some questions:
Cash in bank is showing a credit balance of $361,940 meaning it is over drawn. This can't be correct. There must be some mis postings.
Prepaid advertising has a $3,453 credit balance. Again, this is not correct as it should be a debut balance. There must be mis postings.
Sales tax payable account is too high. Needs adjustment to what you will be paying next week.
On page 3 the compensation amounts on lines 4,5,10-14 seems low. Has all payroll for the month been properly posted?
Line 38 outside services is a credit balance when it should be a debit balance. There is a mis posting here.
Line 41- other taxes is a credit balance of $104 . is this correct.

Please let me know any other questions and if you need my help.,
Tom



**Thomas Jones, CPA**
**Partner**
**Jones, Little & Co., CPA's LLP**
86 West Main Street, STE 2
East Islip, NY 11730
Telephone: 631-277-8500
Fax: 631-277-8502
Cell: 516-971-0405

www.jonesandlittle.com

Jones, Little & Co., CPA's LLP since 1989 with 3 offices in Suffolk County, New York – East Islip, Hampton Bays and Port Jefferson Station.
CONFIDENTIALITY NOTICE:
This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of the message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone at (631) 277-8500 and destroy this message.
Any advice in this communication is limited to the conclusions specifically set forth herein and is based on the completeness and accuracy of the stated facts, assumptions and/or representations included. In rendering our advice, we may consider tax authorities that are subject to change, retroactively and/or prospectively, and any such changes could affect the validity of our advice. We will not update our advice for subsequent changes or modifications to the laws

and regulations, or to the judicial and administrative interpretations thereof. The advice or other information in this documentation was prepared for the sole benefit of Jones, Little, & Co., CPAS, LLP's client and may not be relied upon by any other person or organization. Jones, Little, & Co., CPAS, LLP accepts no responsibility or liability in respect of this document to any person or organization other than Jones, Little & Co., CPAS, LLP client.

**From:** Kendra Kernizant <kendra.kernizant@teamauto.com>
**Sent:** Tuesday, June 13, 2023 2:27 PM
**To:** Thomas Jones <tjones@jonesandlittle.com>
**Subject:** Statement and trail balances etc

Sent from Mail for Windows

**From:** noreply@superbcars.com
**Sent:** Tuesday, June 13, 2023 2:23 PM
**To:** Kendra Kernizant
**Subject:** Attached Image