# EXHIBIT "5"

EXHIBIT "5"

**Thomas Jones**

| | |
|---|---|
| From: | Thomas Jones |
| Sent: | Saturday, February 4, 2023 8:05 AM |
| To: | anthony deo |
| Subject: | RE: Superb FS Dec 22 |

Hi Anthony,

I hope all is well at home with the new addition!!

There is not a profit and loss statement attached in this email.

Based on the limited information in these reports I have the following comments:

They are undercapitalized by over $100,000.

It appears they are out of trust with the floor plan being higher than the inventory.

Seems they may be behind on their NYS sales tax as the payable is quite high at the end of the year for the volume in units being sold.

They ran significant losses for the year.

Let me know if you would like to discuss.

We also need to discuss the year end for your companies and how we will proceed.

Thanks
Tom


**Thomas Jones, CPA**
**Partner**
**Jones, Little & Co., CPA's LLP**
86 West Main Street, STE 2
East Islip, NY 11730
Telephone: 631-277-8500
Fax: 631-277-8502
Cell: 516-971-0405

www.jonesandlittle.com

Jones, Little & Co., CPA's LLP since 1989 with 3 offices in Suffolk County, New York – East Islip, Hampton Bays and Port Jefferson Station.

CONFIDENTIALITY NOTICE:
This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of the message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone at (631) 277-8500 and destroy this message.
Any advice in this communication is limited to the conclusions specifically set forth herein and is based on the completeness and accuracy of the stated facts, assumptions and/or representations included. In rendering our advice, we may consider tax authorities that are subject to change, retroactively and/or prospectively, and any such changes could affect the validity of our advice. We will not update our advice for subsequent changes or modifications to the laws and regulations, or to the judicial and administrative interpretations thereof. The advice or other information in this documentation was prepared for the sole benefit of Jones, Little, & Co., CPAS, LLP's client and may not be relied upon by any other person or organization. Jones, Little, & Co., CPAS, LLP accepts no responsibility or liability in respect of this document to any person or organization other than Jones, Little & Co., CPAS, LLP client.

**From:** anthony deo <anthonyd@northshoremotors1.com>
**Sent:** Tuesday, January 24, 2023 3:07 PM
**To:** Thomas Jones <tjones@jonesandlittle.com>
**Subject:** Fwd: Superb FS Dec 22

Hi Tom

The CFO sent the December numbers for Superb Motors to me today. Can you please look it over and tell me your thoughts.

*Anthony Deo*

**NORTHSHORE MOTORS**
**Chief Operating Officer.**
180 Michael Drive
Syosset, NY 11791
www.NorthshoreMotors1.com
Ph.516.226.1400

Admin
This electronic message, including any and all attachments hereto, is intended solely to be used by the individual or entity to which it is addressed. It may contain information which is privileged, confidential and otherwise exempt by law from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to its intended recipient, you are herewith notified that any dissemination, distribution, copying or retention of this communication or the information contained herein is strictly prohibited. If you have received this communication in error, please notify us by telephone immediately and permanently delete the original and any copy or printout thereof - Thank you.

Begin forwarded message:

> **From:** Alysia Cayer <alysia@teamauto.com>
> **Date:** January 24, 2023 at 2:58:57 PM EST
> **To:** anthony deo <anthonyd@northshoremotors1.com>, Tonyu814@gmail.com
> **Subject: Superb FS Dec 22**
>
> Good Afternoon, Attached is the financial statement for December as well as the expense trend.
>
> My notes are below for any variances that I highlighted in yellow
>
> Advertising is low in comparison due to us moving the 2022 spread expenses out of this line.
>
> Sales Comp line is high due to high commissions
>
> Floorplan Interest is high due to us having more cars on floorplan and especially on NextGear- The fees are really high for NG.

Delivery Expense is low but all bills are in and pack credits were posted.

Comp Owners is where we put the payment to Anthony

Comp Supervisors is high because we added Sara

Comp Clerical is high because we added Kim and Dania at the end of December

Comp other is high because we have three different runners that are working OT.

Payroll taxes are high because we added new people so threshold would start from the beginning for them.

Postage is high because the fedex bills have not been sent to the office since Janet left.

Outside Services is low because we stopped paying Simple and the credit from the packs still goes here.

Please let me know what questions you have, what needs more explanation or if you are good for me to submit to NMAC.

Thank you

*Alysia Cayer*
Chief Financial Officer
Team Auto Group
P) 860-590-8010
F) 860-362-8080