# EXHIBIT "6"

# EXHIBIT "6"

# Jones, Little & Company
### CERTIFIED PUBLIC ACCOUNTANTS, LLP

86 West Main Street, Suite 2, East Islip, New York 11730

5225-50 Nesconset Highway, Port Jefferson Station, New York 11776-2060

186 West Montauk Highway, Suite D3, Hampton Bays, New York 11946-2347

ID: 877
SUPERB MOTORS, INC.
215 NORTHERN BLVD.

GREAT NECK, NY  11021

Invoice: 17942
Date: 05/16/2023
Due Date: 05/31/2023

For Professional Services Rendered as Follows:  $900.00
  Assistance with Month End close for April 2023.
  Review of Trial Balance, Schedules and Dealer Statement.

| | |
|---|---:|
| New Charges | $900.00 |
| Plus Prior Balance | $0.00 |
| **Amount Due** | **$900.00** |

All fees for professional services are payable upon receipt. Maximum net 15 days.

# Jones, Little & Company
CERTIFIED PUBLIC ACCOUNTANTS, LLP

86 West Main Street, Suite 2, East Islip, New York 11730

5225-50 Nesconset Highway, Port Jefferson Station, New York 11776-2060

186 West Montauk Highway, Suite D3, Hampton Bays, New York 11946-2347

ID: 877
SUPERB MOTORS, INC.
215 NORTHERN BLVD.

GREAT NECK, NY  11021

Invoice: 18083
Date: 07/14/2023
Due Date: 07/29/2023

| | |
|---|---:|
| For Professional Services Rendered as Follows: | $2,400.00 |
| Assistance with Month End close for June 2023 at the Dealership. Review of Trial Balance, Schedules and Dealer Statement. $1,500.00 | |
| Summary of May 2023 Balance Sheet and Profit and Loss based on numbers provided by Anthony Deo. $ 900.00 | |
| New Charges | $2,400.00 |
| Plus Prior Balance | $0.00 |
| **Amount Due** | **$2,400.00** |

All fees for professional services are payable upon receipt. Maximum net 15 days.