# CYRULI SHANKS

CYRULI SHANKS & ZIZMOR LLP

Jeffrey C. Ruderman<br>
email: jruderman@cszlaw.com<br>
Admitted NY, NJ and CT

May 11, 2024

Via ECF

Hon. James M. Wicks, U.S.M.J.
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 1020
Central Islip, NY 11722-4438

  Re: Superb Motors Inc. et. al. v. Deo, et. al., Case No. 2:23-cv-6188 (JMW)

Dear Magistrate Judge Wicks:

  This firm represents the "IAG Plaintiffs", being all Plaintiffs in the above referenced matter <u>other than</u> the "Superb Plaintiffs" (being Superb Motors Inc., Team Auto Sales LLC, and Robert Anthony Urrutia). We write with the consent of all parties.

  The parties are currently scheduled for oral argument before the Court on June 21, 2024 at 12:00 PM on all motions to dismiss and cross-motions for leave to amend. I have a trial that is scheduled to begin June 17, 2024, and if it goes forward will last approximately two (2) weeks. While the trial may not go forward, I had planned to have my partner, Russell Shanks, argue the motions before this Court if the trial does go forward.

  In the past few weeks Mr. Shanks has been in and out of the hospital due to an ongoing medical condition, most recently last weekend. I am concerned that if he is needed to argue the motion he might not be available. As such, to avoid this possibility we respectfully request an adjournment of the oral argument date to early July, subject to the Court's schedule. As noted above, all parties have consented to this request.

  We thank the Court for its consideration in this regard.

Respectfully yours,<br><br>
<u>/s/ Jeffrey C. Ruderman</u><br>
Jeffrey C. Ruderman

cc: All counsel via ECF

ATTORNEYS AT LAW

420 LEXINGTON AVENUE, NEW YORK, NEW YORK 10170

TEL: (212) 661-6800 • FAX: (212) 661-5350