UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------X

SUPERB MOTORS INC., TEAM AUTO SALES LLC, ROBERT ANTHONY URRUTIA, 189 SUNRISE HWY AUTO LLC, NORTHSHORE MOTOR LEASING, LLC, BRIAN CHABRIER, *individually and derivatively as a member of* NORTHSHORE MOTOR LEASING, LLC, JOSHUA AARONSON, *individually and derivatively as a member of* 189 SUNRISE HWY AUTO, LLC, JORY BARON, 1581 HYLAN BLVD AUTO LLC, 1580 HYLAN BLVD AUTO LLC, 1591 HYLAN BLVD AUTO LLC, 1632 HYLAN BLVD AUTO LLC, 1239 HYLAN BLVD AUTO LLC, 2519 HYLAN BLVD AUTO LLC, 76 FISK STREET REALTY LLC, 446 ROUTE 23 AUTO LLC and ISLAND AUTO MANAGEMENT, LLC,

Plaintiffs,

-against-

ANTHONY DEO, SARAH DEO, HARRY THOMASSON, DWIGHT BLANKENSHIP, MARC MERCKLING, MICHAEL LAURIE, THOMAS JONES, CPA, CAR BUYERS NYC INC., GOLD COAST CARS OF SYOSSET LLC, GOLD COAST CARS OF SUNRISE LLC, GOLD COAST MOTORS AUTOMOTIVE GROUP LLC, GOLD COAST MOTORS OF LIC LLC, GOLD COAST MOTORS OF ROSLYN LLC, GOLD COAST MOTORS OF SMITHTOWN LLC, UEA PREMIER MOTORS CORP., DLA CAPITAL PARTNERS INC., JONES, LITTLE & CO., CPA'S LLP, FLUSHING BANK, LIBERTAS FUNDING LLC, and J.P. MORGAN CHASE BANK, N.A.,

Defendants.

--------------------------------------------------------------------------X

**Case No.: 2:23-cv-6188 (JMW)**

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that upon this notice of motion, the Declaration of Ariel E. Ronneburger, dated November 13, 2023, along with the exhibit annexed thereto, the memorandum of law in support of the motion to dismiss the First Amended Complaint of plaintiffs Superb Motors Inc., Team Auto Sales LLC, Robert Anthony Urrutia, 189 Sunrise Hwy Auto LLC, Northshore Motor Leasing, LLC, Brian Chabrier, *individually and derivatively as a member of Northshore Motor Leasing, LLC*, Joshua Aaronson, *individually and derivatively as a member of 189 Sunrise Hwy Auto, LLC*, Jory Baron, 1581 Hyland Blvd Auto LLC, 1580 Hylan Blvd Auto LLC, 1591 Hylan Blvd Auto LLC, 1632 Hylan Blvd Auto LLC, 1239 Hylan Blvd Auto LLC, 2519 Hylan Blvd Auto LLC, 76 Fisk Street Realty LLC, 446 Route 23 Auto LLC and Island Auto Management, LLC (collectively "Plaintiffs") and all of the pleadings and proceedings heretofore had in the above-entitled action, defendants Flushing Bank will move this Court before the Honorable James M. Wicks of the United State District Court, Eastern District of New York, 100 Federal Plaza, Central Islip, New York 17722 for an order granting defendants Flushing Bank's motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(1) and Fed. R. Civ. P. 12(b)(6) and for such other and further relief as the Court deems just and proper.

Dated: Uniondale, New York
        November 13, 2023

**CULLEN AND DYKMAN LLP**

By: /s/ *Ariel E. Ronneburger*

Ariel E. Ronneburger
Thomas S. Baylis
*Attorneys for Defendant Flushing Bank*
333 Earle Ovington Boulevard, 2nd Floor,
Uniondale, New York 11553
Phone: (516) 357-3700
Fax:    (516) 357-3792
Email: aronneburger@cullenllp.com

2

TO:

MILMAN LABUDA LAW GROUP PLLC
Jamie Scott Felsen, Esq.
Emanuel Kataev, Esq.
3000 Marcus Avenue
Suite 3W8
Lake Success, NY 11042
516-328-8899
516-328-0082
jamiefelsen@mmmlaborlaw.com
emanuel@mllaborlaw.com
*Attorneys for Plaintiffs*
 *Superb Motors Inc.,*
 *Team Auto Sales LLC,*
*Robert Anthony Urrutia*
*1239 Hylan Blvd Auto LLC,*
*1580 Hylan Blvd Auto LLC,*
*1581 Hylan Blvd Auto LLC,*
*1591 Hylan Blvd Auto LLC,*
*1632 Hylan Blvd Auto LLC,*
*189 Sunrise Hwy Auto LLC,*
*2519 Hylan Blvd Auto LLC,*
*446 Route 23 Auto LLC,*
*76 Fisk Street Realty LLC,*
*Island Auto Management, LLC,*
*Northshore Motor Leasing, LLC,*
*Brian Chabrier,*
*Jory Baron,*
*Joshua Aaronson*


CYRULI SHANKS & ZIZMOR LLP
Jeffrey Ruderman, Esq.
420 Lexington Avenue, Suite 2320
New York, NY 10170-0002
(212) 661-6800 (office)
(347) 379-4622 (direct dial)
(212) 661-5350 (facsimile)
jruderman@cszlaw.com
*Attorneys for Plaintiffs*
*1239 Hylan Blvd Auto LLC,*
*1580 Hylan Blvd Auto LLC,*
*1581 Hylan Blvd Auto LLC,*
*1591 Hylan Blvd Auto LLC,*
*1632 Hylan Blvd Auto LLC,*

*189 Sunrise Hwy Auto LLC,*
*2519 Hylan Blvd Auto LLC,*
*446 Route 23 Auto LLC,*
*76 Fisk Street Realty LLC,*
*Island Auto Management, LLC,*
*Northshore Motor Leasing, LLC,*
*Brian Chabrier,*
*Jory Baron,*
*Joshua Aaronson*


Harry R. Thomasson , Jr.
3280 Sunrise Highway
Ste Box 112
Wantagh, NY 11793
516-557-5459
hrtatty@verizon.net
*Attorney for Defendants*
*Anthony Deo*
*Sarah Deo*
*Harry Thomasson*
*Dwight Blankenship*
*Marc Merckling*
*Michael Laurie*
*Car Buyers NYC Inc.*
*Gold Coast Cars of Syosset LLC*
*Gold Coast Cars of Sunrise LLC*
*Gold Coast Motors Automotive Group LLC*
*Gold Coast Motors of LIC LLC*
*Gold Coast Motors of Roslyn LLC*
*Gold Coast Motors of Smithtown LLC*
*UEA Premier Motors Corp.*


MILBER MAKRIS PLOUSADIS & SEIDEN, LLP
John Anthony Lentinello, Esq.
Peter Seiden, Esq.
1000 Woodbury Road, Ste. 402
Woodbury, NY 11797
516-712-4000
516-712-4013
jlentinello@milbermakris.com
pseiden@milbermakris.com
*Attorneys for Defendant*
*Jones, Little & Co., CPA's LLP*

4