Brian M. Levine, Esq.
**LEVINE SINGH, LLP**
260 N. Broadway, Suite 2A
Hicksville, NY 11801
Tel: 347-732-4428
Fax: 917-477-2273
levine@levinesingh.com
*Attorneys for Deo Defendants*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| SUPERB MOTOR, INC., TEAM AUTO SALES LLC, ROBERT ANTHONY URRUTIA, 189 SUNRISE HIGHWAY AUTO, LLC., NORTHSHORE MOTOR LEASING, LLC., BRIAN CHABRIER, individually and derivatively as member of NORTHSHORE MOTOR LEASING, LLC., JOSHUA AARONSON, individually and derivatively as a member of 189 SUNRISE HWY AUTO, LLC., JORY BARON, 1581 HYLAN BLVD AUTO, LLC., 1580 HYLAN BLVD AUTO, LLC., 1591 HYLAND BLVD AUTO, LLC., 1632 HYLAN BLVD AUTO, LLC., 1239 HYLAN BLVD AUTO, LLC., 2519 HYLAND BLVD AUTO, LLC., 76 FISK STREET REALTY, LLC., 446 ROUTE 23 AUTO, LLC., and ISLAND AUTO MANAGEMENT, LLC., <br><br>                                                                Plaintiffs,<br>                       -against-<br><br>ANTHONY DEO, SARAH DEO, HARRY THOMASSON, DWIGHT BLANKENSHIP, MARC MERCKLING, MICHAEL LAURIE, THOMAS JONES, CPA, CAR BUYERS NYC, INC., GOLD COAST CARS OF SYOSSET, LLC., GOLD COAST CARS OF SUNRISE, LLC., GOLD COAST MOTORS AUTOMOTIVE GROUP, LLC., GOLD COAST MOTORS OF LIC, LLC., GOLD COAST MOTORS OF ROSLYN, LLC., GOLD COAST MOTORS OF SMITHTOWN, LLC., UEA PREMIER MOTORS CORP., DLA CAPITAL PARTNERS, INC., JONES, LITTLE & Co., CPA'S, LLP., FLUSHING BANK, and LIBERTAS FUNDING, LLC.,<br><br>                                                                Defendants. | Case No. 2:23-cv-6188<br><br>(JMW)<br><br>CERTIFICATION OF BRIAN M. LEVINE IN SUPPORT OF ANTHONY DEO, SARAH DEO, HARRY THOMASSON, DWIGHT BLANKENSHIP, MARC MERCKLING, MICHAEL LAURIE, CAR BUYERS NYC, INC., GOLD COAST CARS OF SYOSSET, LLC., GOLD COAST CARS OF SUNRISE, LLC., GOLD COAST MOTORS AUTOMOTIVE GROUP, LLC., GOLD COAST MOTORS OF LIC, LLC., GOLD COAST MOTORS OF ROSLYN, LLC., GOLD COAST MOTORS OF SMITHTOWN, LLC., UEA PREMIER MOTORS CORP.'s MOTION TO DISMISS |

---

I, BRIAN M. LEVINE, do hereby certify as follows:

1. I am a partner with the law firm of Levine Singh, LLP., attorneys for Defendants Anthony Deo, Sarah Deo, Harry Thomasson, Dwight Blankenship, Marc Merckling, Michael Laurie, Car Buyers NYC, Inc., Gold Coast Cars of Syosset, LLC., Gold Coast Cars of Sunrise, LLC., Gold Coast Motors Automotive Group, LLC., Gold Coast Motors of LIC, LLC., Gold Coast Motors of Roslyn, LLC., Gold Coast Motors of Smithtown, LLC., UEA Premier Motors Corp..  I am fully familiar with the facts set forth herein and submit this certification in support of the above named defendants' motion for an Order dismissing the Amended Complaint of the Plaintiff's in its entirety pursuant to Fed. R. Civ. Pro. Rule 12(b)(1), (6), and (7).

2. Attached hereto as **Exhibit "A"** is a true and complete copy of Plaintiffs' Amended Complaint filed in this matter, exclusive of any exhibits.

I hereby certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements by me are willfully false, I am subject to punishment.

Dated: Hicksville, New York
February 9, 2024

By: LEVINE SINGH, LLP
/s/      Brian M. Levine
Brian M. Levine, Esq.
260 N. Broadway, Suite 2A
Hicksville, New York 11801
Tel. No.: (347) 732-4428
Fax No.: (917) 477-2273
*Attorneys for the Deo Defendant*