Anthony C. Valenziano, Esq.
SHERMAN ATLAS SYLVESTER & STAMELMAN LLP
1185 Avenue of the Americas, 2nd Floor
New York, New York 10036
(212) 763-6464
Attorneys for Defendant
JPMorgan Chase Bank, N.A.

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

Case No.: 2:23-cv-6188 (OEM)(JMW)

SUPERB MOTORS INC., TEAM AUTO SALES LLC, ROBERT ANTHONY URRUTIA, 189 SUNRISE HWY AUTO LLC, NORTHSHORE MOTOR LEASING, LLC, BRIAN CHABRIER, *individually and derivatively as a member of* NORTHSHORE MOTOR LEASING, LLC, JOSHUA AARONSON, *individually and derivatively as a member of* 189 SUNRISE HWY AUTO, LLC, JORY BARON, 1581 HYLAN BLVD AUTO LLC, 1580 HYLAN BLVD AUTO LLC, 1591 HYLAN BLVD AUTO LLC, 1632 HYLAN BLVD AUTO LLC, 1239 HYLAN BLVD AUTO LLC, 2519 HYLAN BLVD AUTO LLC, 76 FISK STREET REALTY LLC, 446 ROUTE 23 AUTO LLC and ISLAND AUTO MANAGEMENT, LLC,

Plaintiffs,

v.

ANTHONY DEO, SARAH DEO, HARRY THOMASSON, DWIGHT BLANKENSHIP, MARC MERCKLING, MICHAEL LAURIE, THOMAS JONES, CPA, CAR BUYERS NYC INC., GOLD COAST CARS OF SYOSSET LLC, GOLD COAST CARS OF SUNRISE LLC, GOLD COAST MOTORS AUTOMOTIVE GROUP LLC, GOLD COAST MOTORS OF LIC LLC, GOLD COAST MOTORS OF ROSLYN LLC, GOLD COAST MOTORS OF SMITHTOWN LLC, UEA PREMIER MOTORS CORP., DLA CAPITAL PARTNERS INC., JONES, LITTLE & CO., CPA'S LLP, FLUSHING BANK, LIBERTAS FUNDING LLC, and J.P. MORGAN CHASE BANK, N.A.,

Defendants.

**NOTICE OF MOTION OF JPMORGAN CHASE BANK, N.A. TO DISMISS COUNTS ONE, TWO, FORTY-SEVEN AND FORTY-EIGHT OF PLAINTIFFS' FIRST AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)**

**PLEASE TAKE NOTICE** that defendant JPMorgan Chase Bank, N.A. ("Chase") by and through its attorneys, Sherman Atlas Sylvester & Stamelman LLP, will apply to the Honorable James M. Wicks, U.S.M.J., at the Long Island Courthouse, 100 Federal Plaza, Central Islip, New York, for an Order granting Chase's Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6) and dismissing Counts One, Two, Forty-Seven and Forty-Eight of the First Amended Complaint of plaintiffs with prejudice.

**PLEASE TAKE FURTHER NOTICE** that in support of said motion Chase will rely upon the (1) Memorandum of Law and (2) Certification of Anthony C. Valenziano attached herewith.

        SHERMAN ATLAS SYLVESTER
        & STAMELMAN LLP

By:   /s/   Anthony C. Valenziano
       ANTHONY C. VALENZIANO
       1185 Avenue of the Americas, 2nd Floor
       New York, NY 10036
       (212) 763-6464
       Attorneys for Defendant
       JPMorgan Chase Bank, N.A.

Dated: February 9, 2024

4892-8200-2083, v. 1