Anthony C. Valenziano, Esq.
SHERMAN ATLAS SYLVESTER & STAMELMAN LLP
1185 Avenue of the Americas, 2nd Floor
New York, New York 10036
(212) 763-6464
Attorneys for Defendant
JPMorgan Chase Bank, N.A.

|  |  |
|---|---|
| SUPERB MOTORS INC., TEAM AUTO SALES LLC, ROBERT ANTHONY URRUTIA, 189 SUNRISE HWY AUTO LLC, NORTHSHORE MOTOR LEASING, LLC, BRIAN CHABRIER, *individually and derivatively as a member of* NORTHSHORE MOTOR LEASING, LLC, JOSHUA AARONSON, *individually and derivatively as a member of* 189 SUNRISE HWY AUTO, LLC, JORY BARON, 1581 HYLAN BLVD AUTO LLC, 1580 HYLAN BLVD AUTO LLC, 1591 HYLAN BLVD AUTO LLC, 1632 HYLAN BLVD AUTO LLC, 1239 HYLAN BLVD AUTO LLC, 2519 HYLAN BLVD AUTO LLC, 76 FISK STREET REALTY LLC, 446 ROUTE 23 AUTO LLC and ISLAND AUTO MANAGEMENT, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ANTHONY DEO, SARAH DEO, HARRY THOMASSON, DWIGHT BLANKENSHIP, MARC MERCKLING, MICHAEL LAURIE, THOMAS JONES, CPA, CAR BUYERS NYC INC., GOLD COAST CARS OF SYOSSET LLC, GOLD COAST CARS OF SUNRISE LLC, GOLD COAST MOTORS AUTOMOTIVE GROUP LLC, GOLD COAST MOTORS OF LIC LLC, GOLD COAST MOTORS OF ROSLYN LLC, GOLD COAST MOTORS OF SMITHTOWN LLC, UEA PREMIER MOTORS CORP., DLA CAPITAL PARTNERS INC., JONES, LITTLE & CO., CPA'S LLP, FLUSHING BANK, LIBERTAS FUNDING LLC, and J.P. MORGAN CHASE BANK, N.A.,<br><br>Defendants. | **UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK**<br><br>Case No.: 2:23-cv-6188 (OEM)(JMW)<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>**ORDER GRANTING JPMORGAN CHASE BANK, N.A.'S MOTION TO DISMISS** |

**THIS MATTER**, having been brought before the Court upon the motion of defendant JPMorgan Chase Bank, N.A. ("Chase") for an Order pursuant to Fed. R. Civ. P. 12(b)(6) dismissing with prejudice Counts One, Two, Forty-Seven and Forty-Eight of the First Amended Complaint of plaintiffs as to Chase, and the Court having considered the papers submitted in connection therewith, and upon the pleadings and proceedings had to date herein, as well as argument of counsel, if any, and for good cause shown;

ORDERED that Chase's motion **IS GRANTED**; and it is further

ORDERED that Counts One, Two, Forty-Seven and Forty-Eight of Plaintiffs' First Amended Complaint are **DISMISSED WITH PREJUDICE** as to Chase; and it is further

ORDERED that a true copy of this Order be served upon all parties within _____ days of the date hereof.

_____
Hon. James M. Wicks, U.S.M.J.

Dated:

4871-9907-1651, v. 1