UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

SUPERB MOTORS INC., TEAM AUTO SALES
LLC, ROBERT ANTHONY URRUTIA,  189
SUNRISE HWY AUTO LLC, NORTHSHORE
MOTOR LEASING, LLC, BRIAN CHABRIER,
individually and derivatively as a member of
NORTHSHORE MOTOR LEASING, LLC, JOSHUA
AARONSON, individually and derivatively as a
member of 189 SUNRISE HWY AUTO, LLC, JORY
BARON, 1581 HYLAN BLVD AUTO LLC, 1580
HYLAN BLVD AUTO LLC, 1591 HYLAN BLVD
AUTO LLC, 1632 HYLAN BLVD AUTO LLC, 1239
HYLAN BLVD AUTO LLC, 2519 HYLAN BLVD
AUTO LLC, 76 FISK STREET REALTY LLC, 446
ROUTE 23 AUTO LLC and ISLAND AUTO
MANAGEMENT, LLC,

                        Plaintiffs,

       -against-

ANTHONY DEO, SARAH DEO, HARRY
THOMASSON, DWIGHT BLANKENSHIP, MARC
MERCKLING, MICHAEL LAURIE, THOMAS
JONES, CPA, CAR BUYERS NYC INC., GOLD
COAST CARS OF SYOSSET LLC, GOLD COAST
CARS OF SUNRISE LLC, GOLD COAST MOTORS
AUTOMOTIVE GROUP LLC, GOLD COAST
MOTORS OF LIC LLC, GOLD COAST MOTORS
OF ROSLYN LLC, GOLD COAST MOTORS OF
SMITHTOWN LLC, UEA PREMIER MOTORS
CORP., DLA CAPITAL PARTNERS INC., JONES,
LITTLE & CO., CPA'S LLP,  FLUSHING BANK,
LIBERTAS FUNDING LLC, and J.P. MORGAN
CHASE BANK, N.A.,

                     Defendants.
-------------------------------------------------------------------X

**Case No.: 2:23-cv-6188 (JMW)**

**PLAINTIFFS' NOTICE OF
CROSS-MOTION FOR LEAVE TO
<u>AMEND THE PLEADINGS</u>**

**PLEASE TAKE NOTICE** that upon the Declaration of Emanuel Kataev, Esq., dated

March 29, 2024, the exhibits annexed thereto, and the accompanying Memorandum of Law,

Plaintiffs shall move this Court at the United States District Court for the Eastern District of New

York, located at 100 Federal Plaza, Central Islip, NY 11722-4438, on a date and time to be set

by the Court, for an Order, pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure,

granting Plaintiffs leave to file a Third Amended Complaint in this case, and for such other and

further relief as this Court may deem just, equitable, and proper.

Dated: Lake Success, New York
       March 29, 2024                     Respectfully submitted,


**MILMAN LABUDA LAW GROUP PLLC**

*/s   Jamie S. Felsen, Esq.*_____
Jamie S. Felsen, Esq.
Nicole M. Koster, Esq.
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042-1073
(516) 328-8899 (office)
(516) 328-0082 (facsimile)
jamiefelsen@mllaborlaw.com
nkoster@mllaborlaw.com


**SAGE LEGAL LLC**

*/s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorneys for Plaintiffs*
*Superb Motors Inc.,*
*Team Auto Sales LLC, and*
*Robert Anthony Urrutia*

Dated: New York, New York
       March 29, 2024                   Respectfully submitted,

**CYRULI SHANKS & ZIZMOR LLP**

 */s/ Jeffrey Ruderman, Esq.*
Jeffrey Ruderman, Esq.
420 Lexington Avenue, Suite 2320
New York, NY 10170-0002
(212) 661-6800 (office)
(347) 379-4622 (direct dial)
(212) 661-5350 (facsimile)
jruderman@cszlaw.com

*Attorneys for Plaintiffs*
*189 Sunrise Hwy Auto LLC,*
*Northshore Motor Leasing, LLC,*
*1581 Hylan Blvd Auto LLC,*
*1580 Hylan Blvd Auto LLC,*
*1591 Hylan Blvd Auto LLC,*
*1632 Hylan Blvd Auto LLC,*
*1239 Hylan Blvd Auto LLC,*
*2519 Hylan Blvd Auto LLC,*
*76 Fisk Street Realty LLC,*
*446 Route 23 Auto LLC,*
*Island Auto Management, LLC,*
*Brian Chabrier,*
*Joshua Aaronson, and*
*Jory Baron*

3