UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
SUPERB MOTORS INC., TEAM AUTO SALES LLC,
ROBERT ANTHONY URRUTIA, 189 SUNRISE
HWY AUTO LLC, NORTHSHORE MOTOR
LEASING, LLC, BRIAN CHABRIER, individually and
derivatively as a member of NORTHSHORE MOTOR
(ST)
LEASING, LLC, JOSHUA AARONSON, individually
and derivatively as a member of 189 SUNRISE HWY
AUTO, LLC, JORY BARON, 1581 HYLAN BLVD
AUTO LLC, 1580 HYLAN BLVD AUTO LLC, 1591
HYLAN BLVD AUTO LLC, 1632 HYLAN BLVD
AUTO LLC, 1239 HYLAN BLVD AUTO LLC, 2519
HYLAN BLVD AUTO LLC, 76 FISK STREET
REALTY LLC, 446 ROUTE 23 AUTO LLC and
ISLAND AUTO MANAGEMENT, LLC,

    Case No.: 2:23-cv-6188 (OEM)

    **DECLARATION OF ARIEL E. RONNEBURGER IN OPPOSITION TO PLAINTIFFS' CROSS MOTION FOR LEAVE TO AMEND**

              Plaintiffs,

   -against-

ANTHONY DEO, SARAH DEO, HARRY
THOMASSON, DWIGHT BLANKENSHIP, MARC
MERCKLING, MICHAEL LAURIE, THOMAS
JONES, CPA, CAR BUYERS NYC INC., GOLD
COAST CARS OF SYOSSET LLC, GOLD COAST
CARS OF SUNRISE LLC, GOLD COAST MOTORS
AUTOMOTIVE GROUP LLC, GOLD COAST
MOTORS OF LIC LLC, GOLD COAST MOTORS OF
ROSLYN LLC, GOLD COAST MOTORS OF
SMITHTOWN LLC, UEA PREMIER MOTORS
CORP., DLA CAPITAL PARTNERS INC., JONES,
LITTLE & CO., CPA'S LLP, FLUSHING BANK,
LIBERTAS FUNDING LLC, and JPMORGAN CHASE
BANK, NA

               Defendants.
------------------------------------------------------------------------X

    ARIEL E. RONNEBURGER, declares, pursuant to 28 U.S.C. § 1746, as follows:

1. I am an attorney-at-law and am a member of the firm of Cullen and Dykman LLP, attorneys for defendant Flushing Bank (the "Bank") in the above-entitled action. I am admitted to practice before this Court.

2. I submit this declaration in opposition to plaintiffs Superb Motors Inc., Team Auto Sales LLC, Robert Anthony Urrutia, 189 Sunrise Hwy Auto LLC, Northshore Motor Leasing, LLC, Brian Chabrier, *individually and derivatively as a member of* Northshore Motor Leasing, LLC, Joshua Aaronson, *individually and derivatively as a member of* 189 Sunrise Hwy Auto, LLC, Jory Baron, 1581 Hyland Blvd Auto LLC, 1580 Hylan Blvd Auto LLC, 1591 Hylan Blvd Auto LLC, 1632 Hylan Blvd Auto LLC, 1239 Hylan Blvd Auto LLC, 2519 Hylan Blvd Auto LLC, 76 Fisk Street Realty LLC, 446 Route 23 Auto LLC and Island Auto Management, LLC's (collectively "Plaintiffs") motion for leave to amend the pleadings and file a proposed third amended complaint.

3. A copy of Flushing Bank's Memorandum of Law in Support of its Motion to Dismiss dated November 13, 2023, is attached hereto as Exhibit A.

4. A copy of Flushing Bank's Memorandum of Law in Further Support of its Motion to Dismiss the First Amended Complaint and in Opposition to Plaintiffs' Cross-Motion to Amend their First Amended Complaint, dated March 11, 2024, is attached hereto as Exhibit B.

5. I declare, under penalty of perjury, that the foregoing is true and correct. Executed on this 30th day of April, 2024, at Uniondale, New York.

Dated: April 30, 2024
       Uniondale, New York

                                              /s/ Ariel E. Ronneburger

                                              Ariel E. Ronneburger