# MILMAN LABUDA LAW GROUP PLLC
**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**

———

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

May 20, 2024

**VIA ECF**

Hon. James M. Wicks, U.S.M.J.
United States District Court Eastern District of New York
100 Federal Plaza, Courtroom 1020
Central Islip, NY 11722-4438

      *Re:*    **Superb Motors Inc.,** *et al.* **v. Deo,** *et al.*
             **Case No.: 2:23-cv-6188 (JMW)**

Dear Judge Wicks:

      The undersigned represents the Superb Plaintiffs and respectfully requests that the oral argument scheduled for July 10, 2024 be rescheduled as I will be on vacation. Defendants' counsel consents to this request. Counsel for the parties have conferred and are available on July 16, 2024 for the oral argument if the Court is available on that date.

                        Respectfully submitted,

                        **MILMAN LABUDA LAW GROUP PLLC**

                        /s/ Jamie S. Felsen, Esq.

cc: All Counsel of Record (via ECF)