# MILMAN LABUDA LAW GROUP PLLC
**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**

---

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

September 16, 2024

**VIA ECF**

Hon. James M. Wicks, U.S.M.J.
United States District Court Eastern District of New York
100 Federal Plaza, Courtroom 1020
Central Islip, NY 11722-4438

    *Re:*    **Superb Motors Inc.,** *et al.* **v. Deo,** *et al.*
            **Case No.: 2:23-cv-6188 (JMW)**

Dear Judge Wicks:

    The undersigned represents the Superb Plaintiffs who submit this letter, jointly, with counsel for all parties.

    The parties have held off conducting the many depositions that need to be taken in this case while the pending motions to amend the complaint and dismiss the complaint are pending. The parties respectfully request that the deadline to complete discovery be extended until February 14, 2025.

                                        Respectfully submitted,

                                        **MILMAN LABUDA LAW GROUP PLLC**

                                        /s/ Jamie S. Felsen, Esq.