**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

BEFORE: JAMES M. WICKS, U.S. MAGISTRATE JUDGE    DATE:  09/24/2024
                                                 TIME:   2:00 PM
                                                 ☐ **SEALED PROCEEDING**

<u>**CIVIL CAUSE FOR STATUS CONFERENCE**</u>
**CASE:  2:23-cv-06188-JMW-Superb Motors Inc. et al. v. Deo et al.**

APPEARANCES:

For Plaintiffs (Superb Motors Inc, Team Auto Sales LLC and Robert Anthony Urrutia):
                                                 <u>Jamie Scott Felsen</u>
                                                 <u>Emanuel Kataev</u>

For Plaintiffs (189 Sunrise Hwy Auto LLC, Northshore Motor Leasing, LLC, Brian Chabrier,
        Joshua Aaronson, Jory Baron, 1581 Hyland Blvd Auto LLC, 1580 Hylan Blvd
        Auto LLC, 1591 Hylan Blvd Auto LLC, 1632 Hyland Blvd Auto LLC, 1239
        Hylan  Blvd Auto LLC, 2519 Hyland Blvd Auto LLC, 76 Fisk Street Realty LLC,
        446 Route 23 Auto LLC and Island Auto Management, LLC):
                                                 <u>Jeffrey C. Ruderman</u>

For Defendants (Anthony Deo, Sarah Deo, Harry Thomasson, Dwight Blankenship, Marc
        Merckling, Michael Laurie, Car Buyers NYC Inc., Gold Coast Cars of Syosset
        LLC, Gold Coast Cars of Sunrise LLC, Gold Coast Motors Automotive Group
        LLC, Gold Coast Motors of LIC LLC, Gold Coast Motors of Roslyn LLC, Gold
        Coast Motors of Smithtown LLC and UEA Premier Motors Corp.):
                                                 <u>Brian M. Levine</u>

For Defendants (Thomas Jones, CPA, Jones, Little & Co., CPA's LLP):  <u>John Anthony</u>
                                                 <u>Lentinello</u>

For Defendants (Flushing Bank):                  <u>Ariel E. Ronneburger</u>

For Defendant (Libertas Funding LLC):            <u>Bonnie Rae Golub</u>

For Defendants (J.P. Morgan Chase Bank, N.A.):   <u>Anthony Carmine Valenziano</u>

Court Reporter/FTR:       2:02-2:11 (Video)

1

**THE FOLLOWING RULINGS WERE MADE:**

☒      Status Conference held on September 24, 2024.

☒      All discovery dates and deadlines are held in abeyance pending the next Status Conference.

A Status Conference has been scheduled for **<u>November 4, 2024 at 3:00 PM</u>** via the Court's Video Zoom. The Court will email the Zoom invitation closer to the conference date.  This conference is a public proceeding, and all are welcome to attend via telephone or via video.  If you would like to receive the Zoom invitation, please contact Judge Wicks' Courtroom Deputy at (631) 712-5625.  Parties shall comply with Judge Wicks' Individual Rules regarding Expectations for Remote Appearances (Rule §1E).

THE PARTIES ARE REMINDED that audio or video recording of proceedings by any party other than the Court is strictly prohibited by Local Civil Rule 1.8. Violation of this rule may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed appropriate by the Court.

SO ORDERED
/s/ *James M. Wicks*
JAMES M. WICKS
United States Magistrate Judge

2