# ACORD® CERTIFICATE OF GARAGE INSURANCE

**DATE (MM/DD/YYYY):** 10/01/2024

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

**PRODUCER**
Anthony Grace Companies, Inc
2660 Alternate 19 N, Suite C
Palm Harbor    FL   34683

**CONTACT NAME:** Nate Tallarino
**PHONE (A/C, No, Ext):** 727-213-0144
**FAX (A/C, No):** 919-852-3510
**E-MAIL ADDRESS:** nate@adig1.com

**INSURER(S) AFFORDING COVERAGE** — **NAIC #**
**INSURER A:** Lancer Insurance Company — 26077
**INSURER B:**
**INSURER C:**
**INSURER D:**
**INSURER E:**
**INSURER F:**

**INSURED**
Gold Coast Motors of Syosset, LLC
108 New South Rd
Hicksville    NY   11801

**COVERAGES**    **PROD / CUSTOMER ID:** 124178752    **CERTIFICATE #:**    **REVISION #:**

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | **GARAGE LIABILITY** [X] NON-OWNED AUTOS USED IN GARAGE BUSINESS [X] PIP Symbol 10 - $50,000 | A | | BT616787#1 | 5/20/2024 | 5/20/2025 | AUTO ONLY (Ea accident) | $ 300,000 |
| | | | | | | | OTHER THAN AUTO ONLY — EA ACCIDENT | $ 300,000 |
| | | | | | | | AGGREGATE | $ 300,000 |
| | **GARAGE KEEPERS LIABILITY** LEGAL LIABILITY / DIRECT BASIS / PRIMARY / EXCESS | | | | | | COMP / OTC — LOC | $ |
| | | | | | | | SPECIFIED PERILS — LOC | $ |
| | | | | | | | COLLISION — LOC | $ |
| | | | | | | | LOC | $ |
| | **COMMERCIAL GENERAL LIABILITY** CLAIMS-MADE / OCCUR GEN'L AGGREGATE LIMIT APPLIES PER: POLICY / PROJECT / LOC / OTHER: | | | | | | EACH OCCURRENCE | $ |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ |
| | | | | | | | MED EXP (Any one person) | $ |
| | | | | | | | PERSONAL & ADV INJURY | $ |
| | | | | | | | GENERAL AGGREGATE | $ |
| | | | | | | | PRODUCTS - COMP/OP AGG | $ |
| | | | | | | | | $ |
| | **UMBRELLA LIAB / EXCESS LIAB** OCCUR / CLAIMS-MADE DED / RETENTION $ | | | | | | EACH OCCURRENCE | $ |
| | | | | | | | AGGREGATE | $ |
| | | | | | | | | $ |
| | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? Y/N (Mandatory in NH) If yes, describe under REMARKS below | N/A | | | | | PER STATUTE / OTHER | |
| | | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |

**REMARKS (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)**

**CERTIFICATE HOLDER**
108-122 New South rd. Realty Corp.
112 New South Rd.
Hicksville    NY   11801

**CANCELLATION**
SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

**AUTHORIZED REPRESENTATIVE**
*Nate Tallarino*

© 2010-2015 ACORD CORPORATION. All rights reserved.

ACORD 30 (2016/03)    The ACORD name and logo are registered marks of ACORD