# EXHIBIT 1

## Mitsubishi Hartford

| | Status | VIN 6 | VIN | Make | Model | Year | Floor Date | FP Code | Original Balance | Outstanding Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| | Open | 000214 | JA4ARUAU2RU000214 | | | | | | 21,850.00 | 21,850.00 |
| | Open | 000783 | JA4AR3AU6LU000783 | | | | | | 12,875.00 | 12,875.00 |
| 4 | Open | 001866 | WDD7X8KB7KA001866 | Mercedes-Benz | AMG GT | 2019 | 03/13/2024 | Used Demo | 93,525.00 | 84,172.50 |
| | Open | 003011 | JA4ARUAU3RU003011 | MITSUBISHI | | 2024 | 12/06/2023 | New | 29,723.36 | 29,723.36 |
| | Open | 003093 | JA4ARUAU9RU003093 | MITSUBISHI | | 2024 | 06/07/2024 | New Demo | 29,298.36 | 29,298.36 |
| | Open | 004418 | JA4ARUAU5RU004418 | MITSUBISHI | | 2024 | 02/23/2024 | New | 30,083.07 | 30,083.07 |
| | Open | 004474 | JA4ARUAU4RU004474 | MITSUBISHI | | 2024 | 03/07/2024 | New | 29,553.07 | 29,553.07 |
| | Open | 004532 | JA4ARUAU3RU004532 | MITSUBISHI | | 2024 | 03/07/2024 | New | 29,553.07 | 29,553.07 |
| | Open | 004649 | JA4ARUAU2RU004649 | MITSUBISHI | | 2024 | 06/17/2024 | Used Demo | 27,493.74 | 27,493.74 |
| | Open | 004772 | JA4ARUAU1RU004772 | MITSUBISHI | | 2024 | 05/08/2024 | New Demo | 27,688.52 | 27,688.52 |
| | Open | 005807 | JA4ARUAUXRU005807 | MITSUBISHI | | 2024 | 02/14/2024 | New | 27,009.74 | 27,009.74 |
| | Open | 005811 | JA4ARUAU1RU005811 | MITSUBISHI | | 2024 | 02/14/2024 | New | 27,009.74 | 27,009.74 |
| | Open | 005821 | JA4ARUAU4RU005821 | MITSUBISHI | | 2024 | 06/07/2024 | New Demo | 27,539.74 | 27,539.74 |
| | Open | 005862 | JA4ARUAU7RU005862 | MITSUBISHI | OUTLANDER SPORT | 2024 | 05/14/2024 | New Demo | 27,143.74 | 27,143.74 |
| | Open | 006271 | JA4ARUAU0RU006271 | MITSUBISHI | | 2024 | 02/14/2024 | New | 27,143.74 | 27,143.74 |
| | Open | 006276 | JA4ARUAUXRU006276 | MITSUBISHI | | 2024 | 02/14/2024 | New | 27,143.74 | 27,143.74 |
| | Open | 006284 | JA4ARUAU9RU006284 | MITSUBISHI | | 2024 | 02/16/2024 | New | 27,143.74 | 27,143.74 |
| | Open | 006467 | JA4ARUAU6RU006467 | MITSUBISHI | | 2024 | 02/14/2024 | New | 27,143.74 | 27,143.74 |
| | Open | 006704 | JA4ARUAU5RU006704 | MITSUBISHI | | 2024 | 02/15/2024 | New | 27,539.74 | 27,539.74 |
| | Open | 010924 | ML32AUHJ5RH010924 | MITSUBISHI | | 2024 | 07/01/2024 | New | 18,058.85 | 18,058.85 |
| | Open | 015980 | JA4T5VA90PZ015980 | | | | | | 37,500.00 | 37,500.00 |
| | Open | 016014 | JA4J4UA82RZ016014 | Mitsubishi | Outlander | 2024 | 12/06/2023 | New | 32,617.69 | 32,617.69 |
| | Open | 016059 | JA4ARUAU1PU016059 | Mitsubishi | Outlander Sport | 2023 | 01/18/2024 | New Demo | 27,002.76 | 27,002.76 |
| 19 | Open | 016406 | W1K7X6BB7LA016406 | Mercedes-Benz | AMG GT | 2020 | 11/03/2023 | Used | 68,275.00 | 34,137.50 |
| | Open | 016792 | JA4J4VA89RZ016792 | MITSUBISHI | | 2024 | 03/14/2024 | New Demo | 36,515.88 | 36,515.88 |
| | Open | 016823 | JA4J4VA85RZ016823 | MITSUBISHI | | 2024 | 03/14/2024 | New Demo | 34,711.88 | 34,711.88 |
| | Open | 017498 | JA4J4VA83RZ017498 | MITSUBISHI | | 2024 | 11/21/2023 | New | 34,516.88 | 34,516.88 |
| | Open | 018742 | JA4J4VA84RZ018742 | MITSUBISHI | | 2024 | 12/15/2023 | New | 34,711.88 | 34,711.88 |
| | Open | 018967 | 3VWBM7BUXPM018967 | Volkswagen | Jetta | 2023 | 06/12/2024 | Used | 19,800.00 | 19,800.00 |
| | Open | 020053 | 3VV2B7AX4MM020053 | Volkswagen | Tiguan | 2021 | 06/12/2024 | Used | 22,200.00 | 22,200.00 |
| | Open | 020141 | JA4J4VA8XRZ020141 | MITSUBISHI | | 2024 | 05/08/2024 | New Demo | 37,045.88 | 37,045.88 |
| | Open | 021422 | JA4J4UA89RZ021422 | Mitsubishi | Outlander | 2024 | 11/22/2023 | New | 32,617.69 | 32,617.69 |
| | Open | 021705 | JA4ATWAA8RZ021705 | MITSUBISHI | | 2024 | 12/12/2023 | New | 30,865.06 | 30,865.06 |
| | Open | 022065 | JA4ATWAA3RZ022065 | MITSUBISHI | | 2024 | 12/06/2023 | New | 30,395.06 | 30,395.06 |
| | Open | 022138 | 19UDE4H37PA022138 | Acura | Integra | 2023 | 06/12/2024 | Used | 28,925.00 | 28,925.00 |
| | Open | 022236 | JA4J4VA89RZ022236 | MITSUBISHI | | 2024 | 12/15/2023 | New | 34,711.88 | 34,711.88 |
| | Open | 022276 | JA4J4VA8XRZ022276 | MITSUBISHI | | 2024 | 12/19/2023 | New | 34,751.88 | 34,751.88 |
| | Open | 022309 | JA4J4VA8XRZ022309 | MITSUBISHI | | 2024 | 12/12/2023 | New | 34,711.88 | 34,711.88 |
| | Open | 022434 | JA4ATVAA5RZ022434 | MITSUBISHI | | 2024 | 12/06/2023 | New | 28,952.39 | 28,952.39 |
| | Open | 022532 | JA4ATWAA8RZ022532 | MITSUBISHI | | 2024 | 12/06/2023 | New | 31,395.06 | 31,395.06 |
| | Open | 022725 | JA4T5VA94RZ022725 | Mitsubishi | Outlander PHEV | 2024 | 12/12/2023 | New | 45,155.40 | 45,155.40 |
| | Open | 022764 | JA4J4VA81RZ022764 | MITSUBISHI | | 2024 | 12/12/2023 | New | 35,851.92 | 35,851.92 |
| | Open | 022892 | JA4T5VA91RZ022892 | Mitsubishi | Outlander PHEV | 2024 | 12/06/2023 | New | 44,625.40 | 44,625.40 |
| | Open | 022895 | JA4T5VA97RZ022895 | Mitsubishi | Outlander PHEV | 2024 | 12/06/2023 | New | 46,446.40 | 46,446.40 |
| | Open | 023009 | JA4ATVAA6RZ023009 | MITSUBISHI | | 2024 | 12/06/2023 | New | 28,952.39 | 28,952.39 |
| | Open | 023141 | JA4J4VA83RZ023141 | MITSUBISHI | | 2024 | 12/26/2023 | New | 34,081.88 | 34,081.88 |
| | Open | 023198 | JA4J4VA8XRZ023198 | MITSUBISHI | | 2024 | 12/26/2023 | New | 34,611.88 | 34,611.88 |
| | Open | 023328 | JA4ATWAA3RZ023328 | MITSUBISHI | | 2024 | 12/12/2023 | New | 33,498.26 | 33,498.26 |
| | Open | 023588 | JA4ATUAA1RZ023588 | Mitsubishi | Eclipse Cross | 2024 | 12/21/2023 | New | 27,838.86 | 27,838.86 |
| | Open | 024085 | JA4ATWAA8RZ024085 | MITSUBISHI | | 2024 | 03/13/2024 | New Demo | 31,849.26 | 31,849.26 |
| | Open | 025026 | JA4J4UA8XRZ025026 | Mitsubishi | Outlander | 2024 | 12/20/2023 | New | 32,477.69 | 32,477.69 |
| | Open | 025041 | JA4J4VA89RZ025041 | MITSUBISHI | | 2024 | 12/21/2023 | New | 34,286.88 | 34,286.88 |
| | Open | 025223 | JA4J4VA84RZ025223 | MITSUBISHI | | 2024 | 12/18/2023 | New | 34,081.88 | 34,081.88 |
| | Open | 025315 | JA4J4VA89RZ025315 | MITSUBISHI | | 2024 | 12/21/2023 | New | 34,611.88 | 34,611.88 |
| | Open | 026184 | JA4J4VA83RZ026184 | MITSUBISHI | | 2024 | 12/21/2023 | New | 34,081.88 | 34,081.88 |
| | Open | 026287 | JA4J4VA82RZ026287 | MITSUBISHI | | 2024 | 12/18/2023 | New | 34,286.88 | 34,286.88 |
| | Open | 026322 | JA4J4VA80RZ026322 | MITSUBISHI | | 2024 | 12/21/2023 | New | 36,335.88 | 36,335.88 |

| | Status | ID | VIN | Make | Model | Year | Date | Condition | Price | Price2 |
|---|---|---|---|---|---|---|---|---|---|---|
| | Open | 027466 | JA4J4UA84RZ027466 | Mitsubishi | Outlander | 2024 | 12/20/2023 | New | 31,947.69 | 31,947.69 |
| | Open | 028391 | JA4ATVAAXRZ028391 | MITSUBISHI | | 2024 | 01/02/2024 | New | 29,482.39 | 29,482.39 |
| | Open | 028573 | JA4J4VA82RZ028573 | MITSUBISHI | | 2024 | 01/02/2024 | New | 34,611.88 | 34,611.88 |
| | Open | 028614 | JA4J4VA81RZ028614 | MITSUBISHI | | 2024 | 01/02/2024 | New | 36,335.88 | 36,335.88 |
| | Open | 028840 | JA4ATUAAXRZ028840 | Mitsubishi | Eclipse Cross | 2024 | 12/22/2023 | New | 28,368.86 | 28,368.86 |
| | Open | 029381 | JA4J4UA86RZ029381 | Mitsubishi | Outlander | 2024 | 01/02/2024 | New | 31,947.69 | 31,947.69 |
| | Open | 030925 | JA4ATWAA1RZ030925 | MITSUBISHI | | 2024 | 01/16/2024 | New | 32,143.06 | 32,143.06 |
| | Open | 031811 | JA4J4VA80PZ031811 | MITSUBISHI | | 2023 | 12/15/2023 | New Demo | 36,975.98 | 36,975.98 |
| | Open | 032213 | JA4ATVAA6RZ032213 | MITSUBISHI | | 2024 | 02/14/2024 | New | 28,952.39 | 28,952.39 |
| | Open | 035885 | JA4ATWAA7RZ035885 | MITSUBISHI | | 2024 | 01/25/2024 | New | 30,797.06 | 30,797.06 |
| | Open | 035983 | JA4ATWAA7RZ035983 | MITSUBISHI | | 2024 | 01/25/2024 | New | 31,202.06 | 31,202.06 |
| | Open | 040683 | JA4ATWAA9RZ040683 | MITSUBISHI | | 2024 | 02/16/2024 | New | 33,491.26 | 33,491.26 |
| | Open | 050334 | JA4ATVAA9RZ050334 | MITSUBISHI | | 2024 | 05/23/2024 | New | 32,150.37 | 32,150.37 |
| 24 | Open | 052861 | WDDJK7DA4JF052861 | Mercedes-Benz | SL | 2018 | 11/02/2023 | Used | 54,100.00 | 37,870.00 |
| | Open | 073021 | 3VV2B7AX3MM073021 | Volkswagen | Tiguan | 2021 | 06/12/2024 | Used | 25,125.00 | 25,125.00 |
| | Open | 073426 | 5FNYF6H34JB073426 | Honda | Pilot | 2018 | 06/12/2024 | Used | 17,950.00 | 17,950.00 |
| | Open | 079014 | 4T1DZ1FB6NU079014 | Toyota | Avalon | 2022 | 8/27/2024 | Used | 30,699.00 | 30,699.00 |
| 17 | Open | 082172 | WP0AF2A74GL082172 | PORSCHE | PANAMERA | 2016 | 10/27/2023 | Used | 48,125.00 | 28,875.00 |
| | Off Premise | 088108 | 3VV2B7AX2MM088108 | Volkswagen | Tiguan | 2021 | 06/12/2024 | Used | 22,200.00 | 22,200.00 |
| | Open | 094975 | KNAE15LA1M6094975 | KIA | STINGER | 2021 | 06/12/2024 | Used | 21,800.00 | 21,800.00 |
| 22 | Open | 101091 | 55SWF4KB5GU101091 | Mercedes-Benz | C-Class | 2016 | 11/03/2023 | Used | 16,425.00 | 8,212.50 |
| | Open | 120189 | 3VV0B7AX2NM120189 | VOLKSWAGEN | TIGUAN | 2022 | 06/12/2024 | Used | 20,575.00 | 20,575.00 |
| | Open | 131004 | KL79MSSL6MB131004 | | | | | | 21,800.00 | 21,800.00 |
| | Open | 132718 | 1GYFZDR49NF132718 | Cadillac | XTW | 2022 | 8/28/2024 | Used | 26,199.00 | 26,199.00 |
| | Open | 132852 | 2GNAXSEV1M6132852 | Chevrolet | Equinox | 2021 | 9/18/2024 | Used | 20,575.00 | 20,575.00 |
| | Open | 138675 | 1GNEVHKWXMJ138675 | Chevrolet | Traverse | 2021 | 8/29/2024 | Used | 29,100.00 | 29,100.00 |
| 12 | Open | 152260 | 1FATP8UH1K5152260 | Ford | Mustang | 2019 | 11/03/2023 | Used | 27,050.00 | 13,525.00 |
| 9 | Open | 171144 | JTJBARBZ9J2171144 | Lexus | NX | 2018 | 11/03/2023 | Used | 27,050.00 | 13,525.00 |
| | Open | 176793 | 3C4NJDFBXNT176793 | Jeep | Compass | 2022 | 04/02/2024 | Used | 25,225.00 | 25,225.00 |
| 23 | Open | 188797 | WBA4E5C59HG188797 | BMW | 4 SERIES | 2017 | 10/27/2023 | Used | 25,300.00 | 15,180.00 |
| 8 | Open | 189351 | SALWR2RV8JA189351 | Land Rover | Range Rover Sport | 2018 | 11/03/2023 | Used | 32,850.00 | 16,425.00 |
| | Open | 212356 | 3GKALXEV2NL212356 | | | | | | 28,550.00 | 28,550.00 |
| 40 | Open | 238313 | WBA7F2C5XJB238313 | BMW | 7 Series | 2018 | 11/14/2023 | Used | 40,425.00 | 32,340.00 |
| | Open | 252844 | ZN661XUAXHX252844 | Maserati | Levante | 2017 | 11/03/2023 | Used | 28,350.00 | 14,175.00 |
| | Open | 310142 | 1N4BL4CV5MN310142 | Nissan | Altima | 2021 | 04/08/2024 | Used | 18,475.00 | 18,475.00 |
| 26 | Open | 314330 | ZAM57YTA4K1314330 | Maserati | Ghibli | 2019 | 11/02/2023 | Used | 33,625.00 | 23,537.50 |
| 16 | Open | 375171 | WBAJB1C53KB375171 | BMW | 5 SERIES | 2019 | 10/27/2023 | Used | 24,550.00 | 14,730.00 |
| 15 | Open | 438967 | 1C4RDHDG7JC438967 | Dodge | Durango | 2018 | 11/03/2023 | Used | 24,850.00 | 12,425.00 |
| | Open | 501222 | 1N4AA6EV8MC501222 | Nissan | Maxima | 2021 | 06/24/2024 | Used | 28,675.00 | 28,675.00 |
| 6 | Open | 505823 | 2C3CDXHG1MH505823 | DODGE | CHARGER | 2021 | 11/03/2023 | Used | 29,335.00 | 14,667.50 |
| 20 | Open | 519794 | SALGS2RE3KA519794 | Land Rover | Range Rover | 2019 | 11/02/2023 | Used | 56,550.00 | 39,585.00 |
| | Demo Missing | 526628 | 1C4RJFCG5MC526628 | JEEP | GRAND CHEROKEE | 2021 | 06/07/2024 | Used Demo | 38,500.00 | 38,500.00 |
| 3 | Open | 528999 | 5N1DL0MM6LC528999 | INFINITI | QX60 | 2020 | 10/27/2023 | Used | 24,825.00 | 14,895.00 |
| 5 | Open | 531592 | 2C3CDXHG6MH531592 | DODGE | CHARGER | 2021 | 11/03/2023 | Used | 25,605.00 | 12,802.50 |
| | Open | 539186 | 1C4BJWDG1HL539186 | Jeep | Wrangler Unlimited | 2017 | 06/12/2024 | Used | 22,225.00 | 22,225.00 |
| 14 | Open | 575105 | ZARFAEDN3J7575105 | ALFA ROMEO | GIULIA | 2018 | 10/26/2023 | Used | 23,325.00 | 13,995.00 |
| | Open | 584003 | 3C4NJDBB6MT584003 | Jeep | Compass | 2021 | 7/25/2024 | Used | 18,799.00 | 18,799.00 |
| | Open | 594948 | 3C4NJDEBXMT594948 | Jeep | Compass | 2024 | 9/17/2024 | Used | 19,499.00 | 19,499.00 |
| 18 | Open | 782114 | SALYB2EX4KA782114 | Land Rover | Range Rover Velar | 2019 | 11/03/2023 | Used | 31,400.00 | 15,700.00 |
| 25 | Open | 986948 | WBA2H9C36HV986948 | BMW | 2 Series | 2017 | 04/11/2024 | Used Demo | 18,875.00 | 17,931.24 |
| 2 | Open | C91095 | ZASPAKBN5L7C91095 | ALFA ROMEO | STELV TI | 2020 | 10/27/2023 | Used | 26,025.00 | 15,615.00 |
| | Open | D39533 | ZASPAKBNXN7D39533 | Alfa Romeo | Stelvio | 2022 | 9/1/2024 | Used | 24,499.00 | 24,499.00 |
| | Open | F06097 | ML32FUFJ1RHF06097 | MITSUBISHI | | 2024 | 02/01/2024 | New | 19,564.65 | 19,564.65 |
| | Open | F06304 | ML32FUFJ2RHF06304 | MITSUBISHI | | 2024 | 02/01/2024 | New | 19,564.65 | 19,564.65 |
| | Open | F06899 | ML32FUFJ4RHF06899 | MITSUBISHI | | 2024 | 01/30/2024 | New | 19,412.93 | 19,412.93 |
| | Open | F07183 | ML32FVFJ2RHF07183 | Mitsubishi | Mirage G4 | 2024 | 02/27/2024 | New | 20,632.51 | 20,632.51 |
| 13 | Open | L90009 | WBXHT3C59K5L90009 | BMW | X1 | 2019 | 11/03/2023 | Used | 22,500.00 | 11,250.00 |
| 1 | Open | L90705 | WBXHT3C57K5L90705 | BMW | X1 | 2019 | 10/27/2023 | Used | 24,200.00 | 14,520.00 |
| | Open | N47002 | WMZ43BR01N3N47002 | Mini | Cooper Countryman | 2022 | 06/24/2024 | Used | 22,099.00 | 22,099.00 |
| | Off Premise | N56948 | WMZ43BR07N3N56948 | Mini | Cooper Countryman | 2022 | 06/24/2024 | Used | 21,799.00 | 21,799.00 |
| | Open | N63373 | WMZ43BR06N3N63373 | Mini | Cooper Countryman | 2022 | 06/24/2024 | Used | 21,799.00 | 21,799.00 |
| 11 | Open | T04666 | 5UXWX9C50H0T04666 | BMW | X3 | 2017 | 11/03/2023 | Used | 14,825.00 | 7,412.50 |