# MMP&S

**MILBER MAKRIS PLOUSADIS & SEIDEN, LLP**

**ATTORNEYS AT LAW**

1000 Woodbury Road     Suite 402     Woodbury, NY 11797

Telephone: 516.712.4000     Fax: 516.712.4013

HTTP://WWW.MILBERMAKRIS.COM

October 22, 2024

**VIA ECF**
United States Magistrate Judge James M. Wicks
United States District Court, Eastern District of New York
100 Federal Plaza, Courtroom #1020
Central Islip, New York 11722

        Re:    *Superb Motors, Inc., et al. v. Anthony Deo, et al.*
                  Docket No.: 2:23-cv-6188

Dear Magistrate Judge Wicks:

    This firm represents defendants Thomas Jones, CPA and Jones, Little & Co., CPA's, LLP ("JLC") in the above-referenced action. We join in co-defendant Flushing Bank's request to be excused from appearing for in-person oral arguments on the Deo Defendants' application to modify the preliminary injunction previously entered by the Hon. Orelia E. Merchant.

    JLC does not take a position on the application. Accordingly, JLC respectfully requests to be excused from appearing in-person at the oral arguments on November 1, 2024 since the arguments relate solely to the Deo Defendants' application.

    Thank you for your anticipated courtesy and consideration.

                                                     Respectfully submitted,

                                                     */s/ John A. Lentinello*
                                                     John A. Lentinello
                                                     (JL 0187)

JAL/PS/dmh