

667 MADISON AVENUE • 5TH FL

NEW YORK, NY 10065

(917) 475-8885

(917) 475-8884 FAX

WGPLLP.com

Bonnie R. Golub
Member of NY, PA and NJ Bars

Direct Dial (215) 241-7719
E-mail: bgolub@wgpllp.com

October 22, 2024

*(VIA ECF)*
U.S. Magistrate Judge James M. Wicks
U.S. District Court, Eastern District of New York
100 Federal Plaza, Courtroom 1020
Central Islip, New York 11722

        Re:    **Superb Motors Inc., et al. v, Anthony Deo, et al.**
               **Docket No.: 2:23-cv-6188**

Dear Judge Wicks:

      This firm represents defendant Libertas Funding LLC ("Libertas") in the above referenced action. We respectfully request that Libertas be excused from attending the in-person oral argument set for November 1, 2024 at 1:00 p.m. and scheduled in connection with the Deo Defendants'[1] Application to Modify the Preliminary Injunction (the "Application") [Docket No. 202] previously entered as an Order of the Court on September 9, 2023 [Docket No. 55] by Judge Orelia E. Merchant (the "Injunction"). The Injunction applies specifically to the Deo Defendants and the Superb Plaintiffs[2], only, and involves issues surrounding the possession and whereabouts of certain "stored" vehicles.

      The Injunction does not directly involve or impact Libertas, and Libertas takes no position on the Application. Please note that Libertas has previously been excused from attending conferences and hearings related to the Injunction. [Docket Nos. 141, 151.] Accordingly, Libertas again respectfully requests that its counsel be excused from appearing on November 1, 2024, as it relates to the Application and any responses filed thereto.

---

[1]     The "Deo Defendants" include defendants: Anthony Deo, Sarah Deo, Harry Thomasson, Dwight Blankenship, Marc Merckling, Michael Laurie, Car Buyers NYC Inc., Gold Coast Cars of Syosset LLC, Gold Coast Cars of Sunrise LLC, Gold Coast Motors Automotive Group LLC, Gold Coast Motors of LIC LLC, Gold Coast Motors of Roslyn LLC, Gold Coast Motors of Smithtown LLC, and UEA Premier Motors Corp.

[2]     Plaintiffs, Superb Motors, Inc, Team Auto Sales, LLC, and Robert Urrutia are collectively referred to as the "Superb Plaintiffs."

754989v2

October 22, 2024
Page **2** of **2**

  Counsel is available at the Court's convenience should Your Honor have any questions. Thank you in advance for your judicial courtesy.

              Respectfully,

              *Bonnie R. Golub*

              Bonnie R. Golub

BRG/brg
cc. All Counsel of Record (via ecf and email)