

Anthony C. Valenziano
Partner

T. 973.302.9696   F. 973.302.9947
avalenziano@shermanatlas.com

October 23, 2024

**VIA ECF**

Hon. James M. Wicks, U.S.M.J.
United States District Court for the Eastern District of New York
100 Federal Plaza, Courtroom 1020
Central Islip, NY 11722

**Re:**   *Superb Motors Inc. v. JPMorgan Chase Bank, N.A., et al.*
          **Civil Action No. 2:23-cv-6188**

Dear Judge Wicks:

We represent defendant JPMorgan Chase Bank, N.A. ("Chase") in the above-referenced matter. We write to respectfully request that Chase be excused from attending the in-person oral argument set for November 1, 2024 at 1:00 p.m. that was scheduled in connection with the pending application filed by several defendants to modify the current preliminary injunction in place. [ECF Docket Entry No. 202.]

The pending application does not involve or impact Chase and Chase takes no position on the application. Accordingly, Chase respectfully requests that its counsel be excused from appearing on November 1, 2024.

Thank you.

Respectfully Submitted,

/s/ Anthony C. Valenziano
Anthony C. Valenziano

cc:   All Counsel of Record (via ECF)
4886-7702-1682, v. 1