# Sage Legal LLC

**18211 Jamaica Avenue • Jamaica, NY 11423-2327 • (718) 412-2421 • emanuel@sagelegal.nyc**

December 2, 2024

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. James M. Wicks, U.S.M.J.
100 Federal Plaza, Courtroom 1020
Central Islip, NY 11722-4438

      Re: **Superb Motors Inc,** *et al.* **v. Deo,** *et al.*
           **Case No.: 2:23-cv-6188 (JMW)**

Dear Judge Wicks:

    Together with Milman Labuda Law Group PLLC, this office represents Plaintiffs Superb Motors Inc. ("Superb"), Team Auto Sales LLC ("Team"), and Robert Anthony Urrutia ("Urrutia") (Superb, Team, and Urrutia collectively hereinafter the "Superb Plaintiffs") in the above-referenced case. The Superb Plaintiffs writes pursuant to ¶ 1(D) of this Court's Individual Practice Rules to respectfully request an adjournment of the oral argument scheduled for Thursday, Friday 20, 2024. <u>See</u> Text Only Order dated November 28, 2024.

    In support of same, the Superb Plaintiffs respectfully submit that:

        (i)    the original date of oral argument is December 20, 2024;

        (ii-iii) there have been no previous requests for an adjournment of the oral argument, as this Court adjourned same *sua sponte* twice;

        (iv) the reason why an adjournment is necessary is because your undersigned will be out of the country on this date and the availability of a reliable internet connection is uncertain where your undersigned will be traveling, and

        (v) the Deo Defendants consent, and it is respectfully submitted that the remaining Defendants' and Plaintiffs' consent is unnecessary as they have previously sought and obtained leave from this Court to avoid appearing. <u>See</u> ECF Docket Entries [205](#), [206](#), [207](#), [208](#), [209](#) and Text Only Order dated October 25, 2024.

    For the foregoing reasons, the Superb Plaintiffs respectfully submit that this Court should exercise its discretion in favor of granting the requested adjournment. <u>See</u> Fed. R. Civ. P. 6(b)(1)(A). The Superb Plaintiffs may appear for oral argument on any day prior to December 13, 2024 or any day after December 25, 2024. In consulting with their counsel, the Deo Defendants suggest a conference with the Court to schedule a date, to which the Superb Plaintiffs take no position on.

    The Superb Plaintiffs thank this Court for its time and attention to this case.

Hon. James M. Wicks, U.S.M.J.
United States District Court
Eastern District of New York
December 3, 2024
P a g e | 2

Dated:  Jamaica, New York
      December 23 2024

Respectfully submitted,

**SAGE LEGAL LLC**

By:  */s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorneys for Defendant*
*Superb Motors Inc.*

**VIA ECF**
All counsel of record

2