**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

BEFORE: JAMES M. WICKS, U.S. MAGISTRATE JUDGE        DATE:  01/10/2025
                                                     TIME:  12:30 PM
                                                     ☐ SEALED PROCEEDING

**CIVIL CAUSE FOR MOTION HEARING**
**CASE:  2:23-cv-06188-JMW-Superb Motors Inc. et al. v. Deo et al.**

APPEARANCES:

    For Plaintiffs (Superb Motors Inc, Team Auto Sales LLC and Robert Anthony Urrutia):
        Emanuel Kataev

    For Plaintiffs (189 Sunrise Hwy Auto LLC, Northshore Motor Leasing, LLC, Brian Chabrier, Joshua Aaronson, Jory Baron, 1581 Hyland Blvd Auto LLC, 1580 Hylan Blvd Auto LLC, 1591 Hylan Blvd Auto LLC, 1632 Hyland Blvd Auto LLC, 1239 Hylan Blvd Auto LLC, 2519 Hyland Blvd Auto LLC, 76 Fisk Street Realty LLC, 446 Route 23 Auto LLC and Island Auto Management, LLC):
        Appearance Excused

    For Defendants (Anthony Deo, Sarah Deo, Harry Thomasson, Dwight Blankenship, Marc Merckling, Michael Laurie, Car Buyers NYC Inc., Gold Coast Cars of Syosset LLC, Gold Coast Cars of Sunrise LLC, Gold Coast Motors Automotive Group LLC, Gold Coast Motors of LIC LLC, Gold Coast Motors of Roslyn LLC, Gold Coast Motors of Smithtown LLC and UEA Premier Motors Corp.):
        Brian M. Levine

    For Defendants (Thomas Jones, CPA, Jones, Little & Co., CPA's LLP):        Appearance Excused

    For Defendants (Flushing Bank):        Appearance Excused

    For Defendant (Libertas Funding LLC):        Appearance Excused

    For Defendants (J.P. Morgan Chase Bank, N.A.):        Appearance Excused


Court Reporter/FTR:        12:35-1:03  (FTR)

**THE FOLLOWING RULINGS WERE MADE:**

☒     Oral Argument held regarding Motion for Contempt and Modification of the Preliminary Injunction (ECF No. 202) and Cross Motion for Consolidation and Sanctions (ECF No. 203).

☒ Parties' arguments were heard.

☒ The decision as to the Motion for Contempt at ECF No. 202 was reserved. The Court will issue a written decision.

☒ Interim rulings were made as to the remaining Motions, as specified in the attached Order at ECF No. 215.

SO ORDERED
/s/ *James M. Wicks*
JAMES M. WICKS
United States Magistrate Judge