UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SUPERB MOTORS INC., TEAM AUTO SALES LLC, ROBERT ANTHONY URRUTIA, 189 SUNRISE HWY AUTO LLC, NORTHSHORE MOTOR LEASING, LLC, BRIAN CHABRIER, individually and derivatively as a member of NORTHSHORE MOTOR LEASING, LLC, JOSHUA AARONSON, individually and derivatively as a member of 189 SUNRISE HWY AUTO, LLC, JORY BARON, 1581 HYLAN BLVD AUTO LLC, 1580 HYLAN BLVD AUTO LLC, 1591 HYLAN BLVD AUTO LLC, 1632 HYLAN BLVD AUTO LLC, 1239 HYLAN BLVD AUTO LLC, 2519 HYLAN BLVD AUTO LLC, 76 FISK STREET REALTY LLC, 446 ROUTE 23 AUTO LLC and ISLAND AUTO MANAGEMENT, LLC,

Case No.: 2:23-cv-6188 (JMW)

**DECLARATION OF ROBERT ANTHONY URRUTIA OF COMPLIANCE WITH THIS COURT'S ORDER DATED JANUARY 10, 2025 (ECF DOCKET ENTRY 215)**

Plaintiffs,

-against-

ANTHONY DEO, SARAH DEO, HARRY THOMASSON, DWIGHT BLANKENSHIP, MARC MERCKLING, MICHAEL LAURIE, THOMAS JONES, CPA, CAR BUYERS NYC INC., GOLD COAST CARS OF SYOSSET LLC, GOLD COAST CARS OF SUNRISE LLC, GOLD COAST MOTORS AUTOMOTIVE GROUP LLC, GOLD COAST MOTORS OF LIC LLC, GOLD COAST MOTORS OF ROSLYN LLC, GOLD COAST MOTORS OF SMITHTOWN LLC, UEA PREMIER MOTORS CORP., DLA CAPITAL PARTNERS INC., JONES, LITTLE & CO., CPA'S LLP, FLUSHING BANK, LIBERTAS FUNDING LLC, and J.P. MORGAN CHASE BANK, N.A.,

Defendants.
-----------------------------------------------------------------X

Robert Anthony Urrutia declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

1. I am the majority shareholder and President of Superb Motors Inc. ("Superb"), what used to be a high-end used car dealership in Great Neck on Long Island, and the sole member of Team Auto Sales LLC ("Team"), a wholesale used car operation that I own and operate out of New Jersey.[1] Superb, Team, and I (the "Superb Plaintiffs") consist of one group of Plaintiffs in this case who have been defrauded and harmed by Defendant Anthony Deo ("Deo") and his cohort.

2. As such, I am familiar with all the facts and circumstances heretofore had herein based upon my personal knowledge and a review of documents I maintain at Superb and Team in addition to information I have learned from employees, customers, vendors, and other third parties concerning the Defendants and their conduct.

3. I respectfully submit this declaration in compliance with this Court's Order dated January 10, 2025. See ECF Docket Entry 215.

4. At the outset, I apologize to the Court for not having submitted the photographs and certificates of insurance sooner; although I directed my staff to take the photographs (which they did on May 20, 2024) and send me the certificates, I was struggling to keep my dealerships open and regrettably failed in my endeavor, as all three remaining dealerships I own have been shut down as a result of the Deo Defendants' drain of all my operating capital.

5. Notwithstanding, a link to **Exhibit "A,"** a true and accurate copy of the photographs taken of the vehicles on May 20, 2024 and May 21, 2024 as well as on January 10, 2025, January 11, 2025, and January 12, 2025 can be found here:

https://www.dropbox.com/scl/fo/1kaveoyn7lxin9df7fwh0/AOWIpO9DpkxImuBckzwm7pA?rlkey=20kbye6h1y6ktiteg7r1ckl2r&dl=0

---

[1] I was also the owner of Volkswagen of Freehold in New Jersey, Team Mitsubishi-Hartford in Connecticut, and Team Nissan of Pittsfield, Massachusetts.

6. Attached as **Exhibit "B"** are true and accurate copies of the certificates of insurance for the vehicles.

7. I thank this Court for its time and attention to this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 13, 2025.

*Robert Anthony Urrutia*
Robert Anthony Urrutia (Jan 13, 2025 14:19 EST)

Robert Anthony Urrutia

# Declaration of Tony Urrutia

Final Audit Report                                                                                   2025-01-13

| | |
|---|---|
| Created: | 2025-01-13 |
| By: | Emanuel Kataev (mail@emanuelkataev.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAIXzdKDjsGmjMoIzhqFwPFo2XgtLms8Zs |

## "Declaration of Tony Urrutia" History

- **Document created by Emanuel Kataev (mail@emanuelkataev.com)**
  2025-01-13 - 7:18:44 PM GMT- IP address: 70.18.39.10

- **Document emailed to Robert Anthony Urrutia (tonyu814@gmail.com) for signature**
  2025-01-13 - 7:18:51 PM GMT

- **Email viewed by Robert Anthony Urrutia (tonyu814@gmail.com)**
  2025-01-13 - 7:18:59 PM GMT- IP address: 66.102.8.130

- **Document e-signed by Robert Anthony Urrutia (tonyu814@gmail.com)**
  Signature Date: 2025-01-13 - 7:19:30 PM GMT - Time Source: server- IP address: 186.15.17.187

- **Agreement completed.**
  2025-01-13 - 7:19:30 PM GMT

Adobe Acrobat Sign