# ACORD® CERTIFICATE OF GARAGE INSURANCE

**DATE (MM/DD/YYYY):** 1/13/2025

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

**IMPORTANT:** If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

**PRODUCER**
Holman Insurance Services, LLC
444 E Kings Hwy
Maple Shade NJ 08052
License#: 1610267

**CONTACT NAME:** Lindsey Gerber
**PHONE (A/C, No, Ext):** 856-372-3912
**FAX (A/C, No):**
**E-MAIL ADDRESS:** lindsey.gerber@holman.com

| INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|
| INSURER A: Republic Franklin Insurance Company | 12475 |
| INSURER B: | |
| INSURER C: | |
| INSURER D: | |
| INSURER E: | |
| INSURER F: | |

**INSURED**
Team Imports, LLC dba Team Mitsubishi Hartford
398-412 New Park Ave
Hartford CT 06106

## COVERAGES
**PROD / CUSTOMER ID:** TEAMAUT-01   **CERTIFICATE #:** 1303773365   **REVISION #:**

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | **GARAGE LIABILITY** [X] ANY AUTO / [ ] OWNED AUTOS ONLY / [ ] HIRED AUTOS ONLY / [ ] NON-OWNED AUTOS USED IN GARAGE BUSINESS | | | GAC5523130 | 6/1/2023 | 6/1/2024 | AUTO ONLY (Ea accident) | $1,000,000 |
| | | | | | | | OTHER THAN AUTO ONLY — EA ACCIDENT | $1,000,000 |
| | | | | | | | AGGREGATE | $3,000,000 |
| A | **GARAGE KEEPERS LIABILITY** [X] LEGAL LIABILITY / [ ] DIRECT BASIS / [ ] PRIMARY / [ ] EXCESS | | | GAC5523130 | 6/1/2023 | 6/1/2024 | [X] COMP / OTC   LOC 1 | $225,000 |
| | | | | | | | [ ] SPECIFIED PERILS   LOC | $ |
| | | | | | | | [X] COLLISION   LOC 1 | $225,000 |
| | | | | | | | LOC | $ |
| | **COMMERCIAL GENERAL LIABILITY** [ ] CLAIMS-MADE [ ] OCCUR | | | | | | EACH OCCURRENCE | $ |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ |
| | | | | | | | MED EXP (Any one person) | $ |
| | | | | | | | PERSONAL & ADV INJURY | $ |
| | GEN'L AGGREGATE LIMIT APPLIES PER: [ ] POLICY [ ] PRO-JECT [ ] LOC [ ] OTHER: | | | | | | GENERAL AGGREGATE | $ |
| | | | | | | | PRODUCTS - COMP/OP AGG | $ |
| | | | | | | | | $ |
| A | **UMBRELLA LIAB** [X] OCCUR / [ ] EXCESS LIAB [ ] CLAIMS-MADE / [ ] DED [X] RETENTION $ 10,000 | | | CULP5523133 | 6/1/2023 | 6/12024 | EACH OCCURRENCE | $10,000,000 |
| | | | | | | | AGGREGATE | $10,000,000 |
| | | | | | | | | $ |
| | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) Y/N If yes, describe under REMARKS below | N/A | | | | | [ ] PER STATUTE [ ] OTHER | |
| | | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| A | Inventory/Physical Damage | | | GAC5523130 | 6/1/2023 | 6/12024 | Limit / Comp Deductible / Collision Deductible | $250,000 / $5,000/$25,000 / $1,000 |

**REMARKS** (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)

**CERTIFICATE HOLDER**
Evidence Only

**CANCELLATION**
SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

**AUTHORIZED REPRESENTATIVE**

© 2010-2015 ACORD CORPORATION. All rights reserved.

ACORD 30 (2016/03)   The ACORD name and logo are registered marks of ACORD

# ACORD® CERTIFICATE OF GARAGE INSURANCE

**DATE (MM/DD/YYYY):** 1/13/2025

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

**PRODUCER**
Holman Insurance Services, LLC
444 E Kings Hwy
Maple Shade NJ 08052
License#: 1610267

**CONTACT NAME:** Lindsey Gerber
**PHONE (A/C, No, Ext):** 856-372-3912
**FAX (A/C, No):**
**E-MAIL ADDRESS:** lindsey.gerber@holman.com

| INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|
| INSURER A: Republic Franklin Insurance Company | 12475 |
| INSURER B: | |
| INSURER C: | |
| INSURER D: | |
| INSURER E: | |
| INSURER F: | |

**INSURED**
Team Imports, LLC dba Team Mitsubishi Hartford
398-412 New Park Ave
Hartford CT 06106

**COVERAGES**   PROD / CUSTOMER ID: TEAMAUT-01   CERTIFICATE #: 1303773365   REVISION #:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | **GARAGE LIABILITY** [X] ANY AUTO / OWNED AUTOS ONLY / HIRED AUTOS ONLY / NON-OWNED AUTOS USED IN GARAGE BUSINESS | | | GAC5523130 | 6/1/2024 | 6/1/2025 | AUTO ONLY (Ea accident) | $1,000,000 |
| | | | | | | | OTHER THAN AUTO ONLY — EA ACCIDENT | $1,000,000 |
| | | | | | | | AGGREGATE | $3,000,000 |
| A | **GARAGE KEEPERS LIABILITY** [X] LEGAL LIABILITY / DIRECT BASIS / PRIMARY / EXCESS | | | GAC5523130 | 6/1/2024 | 6/1/2025 | [X] COMP / OTC — LOC 1 | $225,000 |
| | | | | | | | SPECIFIED PERILS — LOC | $ |
| | | | | | | | [X] COLLISION — LOC 1 | $225,000 |
| | | | | | | | LOC | $ |
| | **COMMERCIAL GENERAL LIABILITY** CLAIMS-MADE / OCCUR | | | | | | EACH OCCURRENCE | $ |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ |
| | | | | | | | MED EXP (Any one person) | $ |
| | | | | | | | PERSONAL & ADV INJURY | $ |
| | GEN'L AGGREGATE LIMIT APPLIES PER: POLICY / PRO-JECT / LOC / OTHER: | | | | | | GENERAL AGGREGATE | $ |
| | | | | | | | PRODUCTS - COMP/OP AGG | $ |
| | | | | | | | | $ |
| A | [X] **UMBRELLA LIAB** [X] OCCUR / **EXCESS LIAB** CLAIMS-MADE / DED [X] RETENTION $10,000 | | | CULP5523133 | 6/1/2024 | 11/30/2024 | EACH OCCURRENCE | $10,000,000 |
| | | | | | | | AGGREGATE | $10,000,000 |
| | | | | | | | | $ |
| | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) If yes, describe under REMARKS below | N/A | | | | | PER STATUTE / OTHER | |
| | | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| A | Inventory/Physical Damage | | | GAC5523130 | 6/1/2024 | 12/3/2024 | Limit / Comp Deductible / Collision Deductible | $250,000 / $5,000/$25,000 / $1,000 |

**REMARKS (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)**

**CERTIFICATE HOLDER**
Evidence Only

**CANCELLATION**
SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

**AUTHORIZED REPRESENTATIVE**
*[signature]*

© 2010-2015 ACORD CORPORATION. All rights reserved.

ACORD 30 (2016/03)   The ACORD name and logo are registered marks of ACORD