UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------------
SUPERB MOTORS INC., *et. al.*,

                         *Plaintiffs,*                        **ORDER**
                                                                                              2:23-CV-6188 (JMW)

              -against-

ANTHONY DEO, *et. al.,*

                         *Defendants.*
-----------------------------------------------------------------------------------

**WICKS**, Magistrate Judge:

       Upon consideration of the Deo Defendants' letter motion (Document 217) to extend the deadline for relocating the Deo Injuncted Vehicles, and with the consent of Superb Plaintiffs;

       Upon consideration of the Deo Defendants' letter motion (ECF No. 217), to Amend/Correct/Supplement this Court's Order dated January 10, 2025 (ECF No. 215), and with the consent of the Superb Plaintiffs, the motion is hereby granted; and

       IT IS HEREBY ORDERED that:

       1.      The deadline for the Deo Defendants to relocate the six (6) Deo Injuncted Vehicles, as permitted by the Court's Order dated January 10, 2025 (ECF No. 215), to the dealership lot operated by Gold Coast Motors of Syosset, LLC ("GCM") at 108 New South Street, Hicksville, New York 11801, is extended until after the Deo Defendants obtain an umbrella insurance policy with a limit of no less than $1,000,000.00 in coverage for the vehicles at the GCM lot.

       2.      The Deo Defendants shall provide a copy of the certificate of insurance for the umbrella policy to Superb Plaintiffs' counsel no less than twenty-four (24) hours prior to relocating the six (6) Deo Injuncted Vehicles to the GCM lot.

      3.      The Deo Defendants shall notify the Superb Plaintiffs' counsel in writing no later than twenty-four (24) hours following the relocation of the six (6) Deo Injuncted Vehicles to the GCM lot, as originally required by the Court's Order dated January 10, 2025 (ECF No. 215).

      4.      In all other respects, the Order dated January 10, 2025 (ECF No. 215) remains in full force and effect.

      5.      This stipulated Order is entered into without prejudice to the parties' respective rights, all of which are expressly reserved.

Dated: Central Islip, New York
          January __, 2025

                                    **S O   O R D E R E D:**

                                    **/S/**_____
                                        JAMES M. WICKS
                                United States Magistrate Judge