

Tony Urrutia <tonyu814@gmail.com>

## NMAC / Manheim

**Bruce Novicky** <brucen@yourteamauto.com>                                                                                    Mon, Dec 5, 2022 at 10:36 AM
To: "anthonyddeo@aol.com" <anthonyddeo@aol.com>, James Skarzenski <jamess@yourteamauto.com>, Percy Urrutia <percyu@yourteamauto.com>, Steven Chepovetsky <steven.chepovetsky@yourteamauto.com>, Mike Pugliese <mikep@yourteamauto.com>, Scott Vogel <scottv@yourteamauto.com>, Joe Riccelli <josephr@yourteamauto.com>
Cc: "Tony Urrutia (tonyu814@gmail.com)" <tonyu814@gmail.com>

Good morning,

NMAC Floor Plan is now tied VW/Superb/Mitsu now and will be tied with Nissan tomorrow.

I also asked them to default payment to Floor Plan NOT ACH. If you purchase cars for the store please be careful and make sure you have NMAC FP selected as payment method.

If you buy a car the office needs the Bill of Sale RIGHT AWAY. Do not forget, do not wait days. Send it right away.

Please also remember we have an aggregate GROUP line of credit, please communicate with me when you are buying so you don't go over your individual store line.

Regards,

**Bruce Novicky**
Chief Operating Officer |  **Team Auto Group**
Office 860.900.0660
Email brucen@yourteamauto.com