## Volkswagen of Freehold — 5399

| Sent to Superb | | Received from superb | |
|---|---|---|---|
| DATE | AMOUNT | DATE | AMOUNT |
| 1/11/2023 | $ 50,797.50 | 1/3/2023 | $ 3,541.19 |
| 2/2/2023 | 30,754.00 | 2/2/2023 | 30,754.00 |
| 2/13/2023 | 3,503.28 | 2/6/2023 | 3,715.60 |
| 2/21/2023 | 2,854.00 | 2/6/2023 | 413.07 |
| 2/21/2023 | 1,313.65 | 2/10/2023 | 122.00 |
| 2/22/2023 | 1,505.94 | 2/24/2023 | 30,000.21 |
| 2/22/2023 | 1,404.34 | 2/24/2023 | 2,666.50 |
| 2/23/2023 | 2,191.03 | 8/4/2023 | $ 572,000.00 |
| 2/24/2023 | 22,300.00 | 10/31/2023 | 400,000.00 |
| 2/27/2023 | 36,698.36 | 2/16/2024 | 53,246.11 |
| 3/3/2023 | 1,296.18 | | |
| 4/26/2023 | 41,182.00 | | |
| 5/1/2023 | 58,681.87 | | $ 1,096,458.68 |
| 5/1/2023 | 14,000.00 | | |
| 3/3/2023 | 1,516.65 | | |
| 3/3/2023 | 1,296.18 | | |
| 4/26/2023 | 41,182.00 | | |
| 5/1/2023 | 58,681.87 | | |
| 5/1/2023 | 14,000.00 | | |
| 8/2/2023 | $ 572,000.00 | | |
| 8/10/2023 | 452,895.00 | | |
| 8/11/2023 | 30,327.24 | | |
| 8/15/2023 | 3,500.00 | | |
| 8/16/2023 | 562,000.00 | | |
| 8/22/2023 | 88,921.78 | | |
| 8/22/2023 | 58,092.52 | | |
| 8/23/2023 | 42,976.58 | | |
| 8/23/2023 | 31,993.54 | | |
| 8/24/2023 | 37,208.94 | | |
| 8/24/2023 | 34,988.23 | | |
| 8/31/2023 | 36,292.26 | | |
| 9/5/2023 | 115,000.00 | | |
| 9/11/2023 | 50,000.00 | | |
| 10/12/2023 | 226.91 | | |
| 10/17/2023 | 24,774.02 | | |
| 10/20/2023 | 36,170.44 | | |
| 10/23/2023 | 16,992.93 | | |
| 10/24/2023 | 1,133.13 | | |
| 10/24/2023 | 600.00 | | |
| 10/26/2023 | 11,963.08 | | |
| 10/27/2023 | 5,947.28 | | |
| 12/5/2023 | 27,998.62 | | |
| 12/6/2023 | 500.00 | | |
| 12/7/2023 | 137.00 | | |
| 12/8/2023 | 3,468.71 | | |
| 12/11/2023 | 56,213.84 | | |
| 12/15/2023 | 3,972.83 | | |
| 12/18/2023 | 10.44 | | |
| 12/19/2023 | 195.00 | | |
| 12/22/2023 | 5,000.00 | | |
| 12/22/2023 | 3,490.88 | | |
| 12/22/2023 | 3,000.00 | | |
| 12/29/2023 | 3,535.10 | | |
| 1/4/2024 | 6,900.00 | | |
| 1/5/2024 | 4,137.08 | | |
| 1/19/2024 | 4,388.68 | | |
| 1/26/2024 | 4,372.21 | | |
| 1/29/2024 | 2,900.00 | | |
| 2/2/2024 | 4,233.49 | | |

## Team Mitsubishi-Hartford — 1882

| Sent to superb | | Received from superb | |
|---|---|---|---|
| DATE | AMOUNT | DATE | AMOUNT |
| 2/13/2023 | $ 2,747.15 | 1/12/2023 | $ 3,424.39 |
| 2/15/2023 | 63,661.00 | 1/27/2023 | 3,298.31 |
| 2/22/2023 | 419.50 | 1/27/2023 | 3,504.39 |
| 2/22/2023 | 402.50 | 1/27/2023 | 3,478.17 |
| 2/23/2023 | 201,322.00 | 2/8/2023 | 3,419.55 |
| 2/24/2023 | 36,500.00 | 2/22/2023 | 2,732.12 |
| 2/24/2023 | 410.75 | 2/22/2023 | 2,651.37 |
| 5/9/2023 | 32,711.75 | 2/23/2023 | 10,000.00 |
| 5/15/2023 | 48,050.55 | 3/10/2023 | 2,792.04 |
| 5/18/2023 | 768.75 | 3/10/2023 | 2,628.17 |
| 6/8/2023 | 28,700.00 | 1/19/2024 | 14,724.99 |
| 7/7/2023 | $ 70,189.70 | | |
| 7/25/2023 | $ 50,828.84 | | |
| 7/25/2023 | $ 28,271.82 | | |
| 8/11/2023 | $ 103,100.26 | | |
| 7/25/2023 | $ 28,271.82 | | |
| 8/11/2023 | $ 32,950.00 | | |
| 8/15/2023 | $ 40,869.81 | | |
| | $ 770,176.20 | | $ 52,653.50 |

### Stores

| | $ sent to Superb | Superb $ paid back | superb owes |
|---|---|---|---|
| VW Jul-Sept | $2,116,196.00 | $ (572,000.00) | $1,544,196.00 |
| Nissan Jul-Sept | $881,815.00 | $ (100,000.00) | $781,815.00 |
| Mitsu Jul-Sept | $354,482.00 | $ - | $354,482.00 |
| | | Net Amount | $2,680,493.00 |
| VW Jan-Jun | $385,158.00 | $ (124,458.00) | $260,700.00 |
| Nissan Jan-Jun | $170,109.00 | $ - | $170,109.00 |
| Mitsu Jan-Jun | $415,693.00 | $ (52,653.00) | $363,040.00 |
| | | Net Amount | $793,849.00 |
| TAS July-Aug | $1,063,458.00 | $ (361,175.00) | $702,283.00 |
| TAS Jan-June | $1,565,104.00 | $ (2,319,518.00) | -$754,414.00 |
| | | | -$52,131.00 |
| VW Oct-Current | $525,570.00 | $ (453,246.00) | $72,324.00 |
| Nissan Oct-Current | $30,679.00 | $ - | $30,679.00 |
| Mitsu Oct-Current | $0.00 | $ (14,725.00) | -$14,725.00 |
| | | Net Amount | $88,278.00 |

### Dealership Account # key

| | |
|---|---|
| VW | 5399 |
| Pittsfield | 6362 |
| Hartford | 1882 |
| TAS | 3157 |
| TAB | 3620 |

## Team Nissan of Pittsfield — 6362

| Sent to Superb | | Received from Superb | |
|---|---|---|---|
| DATE | AMOUNT | DATE | GAVE |
| 2/10/2023 | $ 132,779.15 | 8/4/2023 | $ 100,000.00 |
| 2/27/2023 | 37,330.00 | | |
| 7/7/2023 | $ 70,189.70 | | |
| 8/2/2023 | $ 100,000.00 | | |
| 8/10/2023 | $ 377,000.00 | | |
| 8/10/2023 | $ 50,000.00 | | |
| 8/16/2023 | $ 100,000.00 | | |
| 9/6/2023 | $ 50,756.10 | | |
| 9/6/2023 | $ 3,060.81 | | |
| 9/13/2023 | $ 1,355.44 | | |
| 9/13/2023 | $ 400.00 | | |
| 9/14/2023 | $ 43,401.27 | | |
| 9/14/2023 | $ 347,205.00 | | |
| 9/14/2023 | $ 10,355.59 | | |
| 9/14/2023 | $ 1,524.12 | | |
| 9/14/2023 | $ 54,394.45 | | |
| 9/20/2023 | $ 12,073.42 | | |
| 9/20/2023 | $ 4,016.52 | | |
| 9/20/2023 | $ 2,000.00 | | |
| 9/20/2023 | $ 1,288.13 | | |
| 10/13/2023 | $ 11,679.55 | | |
| 10/16/2023 | $ 19,000.00 | | |
| | $ 1,082,604.25 | | $ 100,000.00 |

| Urrutia 2023 after 8/3 | paid in capital |
|---|---|
| Aug 4th | $ 783,000.00 |
| Oct 31st | $ 655,878.99 |
| Nov 6th | $ 400,000.00 |
| | $ 1,838,878.99 |
| store totals | $ 3,510,489.00 |
| | $ 5,349,367.99 |

| Into Superb net Flows | |
|---|---|
| Store July-Sept | $ 3,382,776.00 |
| Personal July-Sept | $ 783,000.00 |
| | $ 4,165,776.00 |

| Before July net flows into | $ 793,849.00 |
| after sept net flows into S | $ 88,278.00 |
| | $ 882,127.00 |

## TEAM AUTO SALES LLC — 3157

| Sent to Superb | | Received From Superb | |
|---|---|---|---|
| DATE | AMOUNT | DATE | GAVE |
| 3/27/2023 | $ 22,725.00 | 1/4/2023 | $ 53,181.01 |
| 3/27/2023 | 15,350.00 | 1/6/2023 | 70,487.36 |
| 6/12/2023 | 528,039.00 | 1/9/2023 | 16,424.17 |
| 6/13/2023 | 47,508.50 | 1/10/2023 | 27,950.72 |
| 6/14/2023 | 97,547.00 | 1/13/2023 | 21,034.82 |
| 6/15/2023 | 248,694.00 | 1/17/2023 | 20,309.24 |
| 6/20/2023 | 273,892.00 | 1/17/2023 | 31,979.43 |
| 6/21/2023 | 41,349.00 | 1/30/2023 | 66,629.43 |
| 6/27/2023 | 200,000.00 | 1/30/2023 | 25,844.89 |
| 6/27/2023 | 90,000.00 | 1/30/2023 | 31,071.21 |
| 7/7/2023 | $ 57,985.80 | 2/3/2023 | 27,983.15 |
| 7/12/2023 | $ 16,974.00 | 2/7/2023 | 24,721.41 |
| 7/12/2023 | $ 156,095.00 | 2/7/2023 | 54,332.89 |
| 7/21/2023 | $ 170,058.25 | 2/8/2023 | 33,302.28 |
| 7/25/2023 | $ 16,974.00 | 2/10/2023 | 33,877.76 |
| 8/8/2023 | $ 5,910.28 | 2/10/2023 | 88,338.82 |
| 8/10/2023 | $ 146,000.00 | 2/10/2023 | 146,718.51 |
| 8/11/2023 | $ 134,947.74 | 2/17/2023 | 17,437.82 |
| 8/14/2023 | $ 2,058.00 | 2/17/2023 | 70,767.42 |
| 8/18/2023 | $ 21,175.01 | 2/17/2023 | 35,604.75 |
| 8/21/2023 | $ 5,000.00 | 2/22/2023 | 24,820.21 |
| 8/21/2023 | $ 49.00 | 2/22/2023 | 26,906.57 |
| | | 2/22/2023 | 39,086.79 |
| | | 2/23/2023 | 2,521.45 |
| | | 2/23/2023 | 2,679.50 |
| | | 2/23/2023 | 3,090.99 |
| | | 2/23/2023 | 188,179.11 |
| | | 2/27/2023 | 28,352.50 |
| | | 2/27/2023 | 94,462.88 |
| | | 2/27/2023 | 30,048.87 |
| | | 2/28/2023 | 7,744.19 |
| | | 2/28/2023 | 454,077.47 |
| | | 2/28/2023 | 2,219.51 |
| | | 3/3/2023 | 1,166.56 |
| | | 3/6/2023 | 22,851.10 |
| | | 3/10/2023 | 2,792.04 |
| | | 3/17/2023 | 1,291.38 |
| | | 3/17/2023 | 3,212.07 |
| | | 4/21/2023 | 15,868.41 |
| | | 6/1/2023 | 24,173.25 |
| | | 6/1/2023 | 14,282.61 |
| | | 6/21/2023 | 98,119.29 |
| | | 6/21/2023 | 333,575.00 |
| | | 8/4/2023 | $ 36,987.37 |
| | | 8/4/2023 | $ 147,642.82 |
| | | 8/10/2023 | $ 67,245.17 |
| | | 8/18/2023 | $ 44,094.46 |
| | | 8/29/2023 | $ 4,294.83 |
| | | 8/31/2023 | $ 6,078.16 |
| | | 9/18/2023 | $ 645.08 |
| | | 10/6/2023 | 1,066.30 |
| | | 10/10/2023 | 20.00 |
| | | 8/8/2023 | 54,833.68 |
| | $ 2,628,562.58 | | $ 2,682,426.71 |

## Summary

| | | |
|---|---|---|
| TOTAL RECEIVED FROM VW | | $ 3,026,925.35 |
| TOTAL GIVEN BACK TO VW | | 1,096,458.68 |
| NET AMOUNT | | 1,930,466.67 |
| TOTAL RECEIVED FROM MITSU | | 770,176.20 |
| TOTAL GIVEN BACK TO MITSU | | 52,653.50 |
| NET AMOUNT | | 717,522.70 |
| TOTAL RECEIVED FROM NISSAN | | 1,082,604.30 |
| TOTAL GIVEN BACK TO NISSAN | | 100,000.00 |
| NET AMOUNT | | 982,604.30 |
| TOTAL RECEIVED FROM TAS | | 2,628,563.00 |
| TOTAL GIVEN BACK TO TAS | | 2,682,427.00 |
| NET AMOUNT | | (53,864.00) |
| NET TOTAL DUE FROM SUPERB | | $ 3,576,729.67 |

| Date | Amount |
|---|---|
| 2/9/2024 | $ 3,745.03 |
| 2/12/2024 | $ 1,769.88 |
| 2/12/2024 | $ 251.07 |
| 2/21/2024 | $ 74,755.36 |
| 2/23/2024 | $ 4,079.43 |
| 3/1/2024 | $ 3,495.21 |
| 3/1/2024 | $ 116.97 |
| 3/5/2024 | $ 5,072.00 |
| 3/8/2024 | $ 4,014.14 |
| 3/15/2024 | $ 4,040.84 |
| 3/18/2024 | $ 201.83 |
| 3/22/2024 | $ 3,553.30 |
| 3/25/2024 | $ 11,000.00 |
| 3/29/2024 | $ 3,552.42 |
| 4/5/2024 | $ 3,890.49 |
| 4/5/2024 | $ 2,753.23 |
| 4/12/2024 | $ 4,159.10 |
| 4/12/2024 | $ 1,300.00 |
| 4/16/2024 | $ 102.30 |
| 4/19/2024 | $ 3,531.62 |
| 4/22/2024 | $ 70.00 |
| 4/25/2024 | $ 247.80 |
| 4/26/2024 | $ 3,512.55 |
| 4/29/2024 | $ 35,826.35 |
| 5/3/2024 | $ 2,729.84 |
| 5/10/2024 | $ 3,503.09 |
| 5/16/2024 | $ 131.30 |
| 5/17/2024 | $ 4,226.66 |
| 5/20/2024 | $ 11.60 |
| 5/23/2024 | $ 31,337.55 |
| 5/24/2024 | $ 3,231.71 |
| 5/30/2024 | $ 37,107.50 |
| 5/31/2024 | $ 4,118.81 |
| 6/7/2024 | $ 5,020.88 |
| 6/10/2024 | $ 2,426.18 |
| 6/14/2024 | $ 698.04 |
| 6/18/2024 | $ 105.80 |
| 6/21/2024 | $ 3,573.22 |
| 6/26/2024 | $ 2,051.33 |
| 6/28/2024 | $ 3,521.22 |
| 7/12/2024 | $ 3,528.17 |
| 7/16/2024 | $ 111.23 |
| 7/19/2024 | $ 3,212.64 |
| 7/29/2024 | $ 3,727.52 |
| 8/2/2024 | $ 3,743.12 |
| 8/16/2024 | $ 150.41 |
| **TOTAL** | **$ 3,026,925.35** |