**From:** "Gilroy, Tim" <gilroyt@nmac.com>
**Date:** January 23, 2025 at 3:08:50 PM CST
**To:** Tony Urrutia <tonyu814@gmail.com>
**Cc:** "Brown, Gregory" <Gregory.brown@nissan-usa.com>
**Subject: RE: Follow up on our conversation**

Tony,

The four VIN's you sent have been added to the bottom of the report.

Tim

**Tim Gilroy** | Dealer Workout/Overline Analyst | Nissan Motor Acceptance Corporation | Phone: 214-490-1846

**From:** Tony Urrutia <tonyu814@gmail.com>
**Sent:** Thursday, January 23, 2025 2:51 PM
**To:** Gilroy, Tim <gilroyt@NMAC.COM>
**Cc:** Brown, Gregory <Gregory.brown@Nissan-Usa.com>
**Subject:** Re: Follow up on our conversation

1

Hi Tim,

Did those corrected vins help?

Best regards,

Tony Urrutia

Mobile 631 561-9807

Sent from my iPhone

> On Jan 23, 2025, at 9:46 AM, Gilroy, Tim <gilroyt@nmac.com> wrote:
>
> Tony,
>
> The VIN's as they appeared on the list do not appear in our system. Please check them for accuracy against the VIN's listed in the lawsuit and advise if I need to amend and complete another search.
>
> <image001.png>
> <image002.png>
>
> **Tim Gilroy** | Dealer Workout/Overline Analyst | Nissan Motor Acceptance Corporation | Phone: 214-490-1846
>
> **From:** Tony Urrutia <tonyu814@gmail.com>
> **Sent:** Wednesday, January 22, 2025 5:32 PM
> **To:** Gilroy, Tim <gilroyt@NMAC.COM>
> **Cc:** Brown, Gregory <Gregory.brown@Nissan-Usa.com>
> **Subject:** Re: Follow up on our conversation
>
> Hi Tim,
>
> I show both the blank ones floored 9/15 is it posible? Thank you for all your help.
>
> Best regards,
>
> Tony Urrutia
>
> Mobile 631 561-9807
>
> Sent from my iPhone

> On Jan 22, 2025, at 5:09 PM, Gilroy, Tim <gilroyt@nmac.com> wrote:
>
> Tony,
>
> Based on the time frame given below, the attached shows the date and location each VIN was floored. The #N/A means they were not floored with us. For "Location", Hartford is your Mitsubishi store and Freehold is the VW store.
>
> Each time a unit changes locations, it is given a new flooring date. If a unit changes plans, for example goes from Used to Used Demo, it gets a new flooring date.
>
> Tim
>
> **Tim Gilroy** | Dealer Workout/Overline Analyst | Nissan Motor Acceptance Corporation | Phone: 214-490-1846
>
> **From:** Tony Urrutia <tonyu814@gmail.com>
> **Sent:** Wednesday, January 22, 2025 9:31 AM
> **To:** Gilroy, Tim <gilroyt@NMAC.COM>
> **Cc:** Brown, Gregory <Gregory.brown@Nissan-Usa.com>
> **Subject:** Re: Follow up on our conversation
>
> Hi Tim,
>
> Hope all is well. Would you be able to provide me with when the injuncted cars were floored back in September. I have no access to the floorplan. I have the dates but I need some thing from Nmac. They were all floored Sept 8th and 15th if that helps. Thanks
>
> Best regards,
>
> Tony Urrutia
>
>
> Mobile 631 561-9807
>
> Sent from my iPhone
>
>
>
>> On Jan 14, 2025, at 4:18 PM, Gilroy, Tim <gilroyt@nmac.com> wrote:
>>
>> Tony,

If you have the permission of the court to sell them and hold the money in escrow for NMAC, we are ok with it. We would like some sort of receipt showing the sale and the amount by VIN.

Tim

**Tim Gilroy** | Dealer Workout/Overline Analyst | Nissan Motor Acceptance Corporation | Phone: 214-490-1846

**From:** Tony Urrutia <tonyu814@gmail.com>
**Sent:** Tuesday, January 14, 2025 2:58 PM
**To:** Gilroy, Tim <gilroyt@NMAC.COM>
**Cc:** Brown, Gregory <Gregory.brown@Nissan-Usa.com>
**Subject:** Re: Follow up on our conversation

Thank you!

Do I have an ok to sell injuncted vehicles and put money in escrow? If decision is in my favor money goes to Nmac and if it goes in Deo's I would be on the hook for the money too. I have proof of payment to Deo on all vehicles and titles. Deo is not really claiming he owns them either just holding them over my head as leverage.


Best regards,

Tony Urrutia


Mobile 631 561-9807

Sent from my iPhone

4

**4393 Stock** | | blue highlights added after initial search | | | |

| Type | Stock # | VIN # | VIN 6 | Floor Date | Location | |
|---|---|---|---|---|---|---|
| Used | SU0882 | WBA2H9C36HV986948 | 986948 | 9/8/2023 | Hartford | |
| Used | SU0912 | ZAM57YTA4K1314330 | 314330 | 9/8/2023 | Freehold | |
| Used | SU1006 | WDDJK7DA4JF052861 | 052861 | 9/8/2023 | Freehold | |
| Used | SU1025 | WBA4E5C59HG188797 | 188797 | 9/8/2023 | Hartford | |
| Used | SU1032 | 55SWF4KB5GU101091 | 101091 | 9/15/2023 | Freehold | |
| Used | SU1060 | W1K7X6BB7LA016406 | 016406 | 9/15/2023 | Freehold | |
| Used | SU1065 | SALGS2RE3KA519794 | 519794 | 9/8/2023 | Freehold | |
| Used | SU1050 | ASALYB2EX4KA782114 | 782114 | #REF! | | no "A" first digit? |
| Used | SU1148 | WP0AF2A74GL082172 | 082172 | 9/8/2023 | Hartford | |
| Used | SU1204 | WBAJB1C53KB375171 | 375171 | 9/8/2023 | Hartford | |
| Used | SU1126 | A1C4RDHDG7JC438967 | 438967 | #REF! | | no "A" first digit? |
| Used | SU1260 | WBXHT3C59K5L90009 | L90009 | 9/15/2023 | Hartford | |
| Used | SU1262 | ZARFAEDN3J7575105 | 575105 | 10/26/2023 | Hartford | |
| Used | SU1302 | 5UXWX9C50H0T04666 | T04666 | 9/15/2023 | Hartford | |
| Used | SU1303 | 1FATP8UH1K5152260 | 152260 | 9/15/2023 | Hartford | |
| Used | SY1318 | WBXHT3C57K5L90705 | L90705 | 9/8/2023 | Hartford | |
| Used | SY1319 | ZASPAKBN5L7C91095 | C91095 | 9/8/2023 | Hartford | |
| Used | SY1323 | 5N1DL0MM6LC528999 | 528999 | 9/8/2023 | Hartford | |
| Used | SU1324 | WDD7X8KB7KA001866 | 001866 | 9/15/2023 | Hartford | |
| Used | SY1325 | 2C3CDXHG6MH531592 | 531592 | 9/15/2023 | Hartford | |
| Used | SU1326 | 2C3CDXHG1MH505823 | 505823 | 9/15/2023 | Hartford | |
| Used | SY1333 | ZN661XUAXHX252844 | 252844 | 9/15/2023 | Hartford | |
| Used | SY1335 | SALWR2RV8JA189351 | 189351 | 9/15/2023 | Hartford | |
| Used | SY1336 | JTJBARBZ9J21 | BZ9J21 | 9/15/2023 | Hartford | |
| Used | | WBA7F2C5XJB238313 | 238313 | 9/15/2023 | Hartford | |
| Used | | 1C4RDHDG7JC438967 | 438967 | 9/15/2023 | Hartford | |
| Used | | SALYB2EX4KA782114 | 782114 | 9/15/2023 | Hartford | |
| Used | | JALE5W164L7306190 | 306190 | 9/15/2023 | Hartford | |
| Used | | JALE5W162M7301006 | 301006 | 9/15/2023 | Hartford | |