## CHASE ◯

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

September 01, 2023 through September 29, 2023
Account Number:

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| WebSite: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00051851 DDA 802 212 27323 NNNNNNNNNNN 1 000000000 C2 0000
TEAM IMPORTS LLC
DBA TEAM MITSUBISHI HARTFORD
OPERATING ACCOUNT
412 NEW PARK AVE
HARTFORD CT 06106-2959



## CHECKING SUMMARY     Commercial Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $164,905.43 |
| Deposits and Additions | 105 | 2,583,690.95 |
| Checks Paid | 54 | - 177,520.97 |
| Electronic Withdrawals | 68 | - 2,474,783.18 |
| Other Withdrawals, Fees & Charges | 1 | - 584.26 |
| Ending Balance | 228 | $95,707.97 |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/01 | Orig CO Name:Capital One Auto   Orig ID:9541719851 Desc Date:230831 CO Entry Descr:Dealerfundsec:CCD   Trace#:051405516989724 Eed:230901   Ind ID:000046355         Ind Name:Team Mitsubishi Hartf Trn: 2436989724Tc | $32,433.20 |
| 09/01 | Orig CO Name:Chase           Orig ID:9715928001 Desc Date:230901 CO Entry Descr:Dealer Rsvsec:CCD   Trace#:021000023439399 Eed:230901   Ind ID:02304300010001       Ind Name:Team Impor 02304300010 Trn: 2443439399Tc | 5,895.50 |
| 09/01 | Orig CO Name:Mmsa-ACH Payment     Orig ID:3953673256 Desc Date:      CO Entry Descr:Mitsubishisec:CCD   Trace#:026009636989726 Eed:230901   Ind ID:            Ind Name:Team Mitsubishi-Hartfo Direct Deposit Trn. 2436989726Tc | 5,789.52 |
| 09/05 | Deposit    1196381976 | 1,103.96 |
| 09/05 | Deposit    1196381975 | 304.20 |
| 09/05 | Deposit    1196381977 | 210.00 |
| 09/05 | Orig CO Name:Nissan30901Nmac2     Orig ID:2953680386 Desc Date:      CO Entry Descr:Funding  Sec:CTX   Trace#:051000014462325 Eed:230905   Ind | 33,700.00 |



September 01, 2023 through September 29, 2023
Account Number: ▮

## DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| | D:2000195243  Ind Name:0005Team Imports, Ll  Direct Deposit Trn: 2484462325Tc | |
| 09/05 | Orig CO Name:Santander Consum   Orig ID:6363149993 Desc Date:230905 CO Entry Descr:Dirpmt  Sec:CCD  Trace#:231372699462612 Eed:230905  Ind ID:   Ind Name:Team Imports LLC 152405269-MI32Fvfj9Rhf00862 Trn: 2489462612Tc | 24,852.19 |
| 09/05 | Orig CO Name:Santander Consum   Orig ID:6363149993 Desc Date:230905 CO Entry Descr:Dirpmt  Sec:CCD  Trace#:231372699462610 Eed:230905  Ind ID:   Ind Name:Team Imports LLC 152376105-1Fm5K8D84Hga53085 Trn: 2489462610Tc | 20,034.38 |
| 09/05 | Orig CO Name:Nissan30904Nmac2   Orig ID:2953680386 Desc Date:   CO Entry Descr:Funding Sec:CTX  Trace#:051000014462313 Eed:230905  Ind D:2000197913   Ind Name:0005Team Imports, Ll Direct Deposit Trn: 2484462313Tc | 18,875.00 |
| 09/05 | Orig CO Name:Capital One Auto   Orig ID:9541719851 Desc Date:230901 CO Entry Descr:Dealerfundsec:CCD  Trace#:051405514462320 Eed:230905  Ind ID:000046355   Ind Name:Team Mitsubishi Hartf Trn: 2484462320Tc | 17,865.66 |
| 09/05 | Orig CO Name:Tekion Pay   Orig ID:1800948598 Desc Date:   CO Entry Descr:Tekion Paysec:CCD  Trace#:091000014462323 Eed:230905  Ind ID:St-H1N8R8D4K5Z5   Ind Name:Team Imports LLC Trn: 2484462323Tc | 11,790.82 |
| 09/05 | Orig CO Name:Tekion Pay   Orig ID:1800948598 Desc Date:   CO Entry Descr:Tekion Paysec:CCD  Trace#:091000014462322 Eed:230905  Ind ID:St-Z0B6L6Q5A5P4   Ind Name:Team Imports LLC Trn: 2484462322Tc | 1,199.34 |
| 09/06 | Orig CO Name:Capital One Auto   Orig ID:9541719851 Desc Date:230905 CO Entry Descr:Dealerfundsec:CCD  Trace#:051405518397677 Eed:230906  Ind ID:000046355   Ind Name:Team Mitsubishi Hartf Trn: 2488397677Tc | 50,389.05 |
| 09/07 | Real Time Payment Credit Recd From Aba/Contr Bnk-011103093  From: Bnf-Tdaf Rtp Ref: 12733933 Info: Text-Rmtinf-ID33933Dealer 34457 See Detail IN Hub EFT History Iid: 20230907031101266P1Bopfx00016330284 Recd: 11:21:31 Trn: 0053521250Gb | 10,567.69 |
| 09/07 | Deposit   1196381978 | 15,083.37 |
| 09/07 | Deposit   1196381979 | 2,695.43 |
| 09/07 | Orig CO Name:Nissan30906Nmac1   Orig ID:2953680386 Desc Date:   CO Entry Descr:Funding Sec:CTX  Trace#:051000011546850 Eed:230907  Ind D:2000200527   Ind Name:0005Team Imports, Ll Direct Deposit Trn: 2501546850Tc | 17,775.00 |
| 09/07 | Orig CO Name:Tekion Pay   Orig ID:1800948598 Desc Date:   CO Entry Descr:Tekion Paysec:CCD  Trace#:091000011546848 Eed:230907  Ind D:St-Z7C8I7Q8W0A1   Ind Name:Team Imports LLC Trn: 2501546848Tc | 3,702.14 |
| 09/07 | Orig CO Name:Tekion Pay   Orig ID:1800948598 Desc Date:   CO Entry Descr:Tekion Paysec:CCD  Trace#:091000011546847 Eed:230907  Ind D:St-A1W1M7M4A2M4   Ind Name:Team Imports LLC Trn: 2501546847Tc | 2,291.85 |
| 09/08 | Deposit   1196381980 | 999.53 |
| 09/08 | Online Transfer From Chk ...6362 Transaction#: 18387363698 | 100,000.00 |
| 09/08 | Orig CO Name:Americredit Fina   Orig ID:9862873001 Desc Date:230907 CO Entry Descr:Loan Fundisec:CCD  Trace#:021000024917978 Eed:230908  Ind D:Retail Funding   Ind Name:Team Mitsubishi of Har Loan Funding Trn: 2504917978Tc | 18,870.40 |
| 09/08 | Orig CO Name:Tekion Pay   Orig ID:1800948598 Desc Date:   CO Entry Descr:Tekion Paysec:CCD  Trace#:091000014917971 Eed:230908  Ind ID:St-N9M4B2K6S9V3   Ind Name:Team Imports LLC Trn: 2504917971Tc | 6,821.48 |
| 09/08 | Orig CO Name:Nbt Dlr Finance   Orig ID:1150395735 Desc Date:   CO Entry Descr:Reserves Sec:PPD  Trace#:021303614917976 Eed:230908  Ind ID:5258   Ind Name:Team Imports, LLC Trn: 2504917976Tc | 2,729.03 |



September 01, 2023 through September 29, 2023
Account Number:

## DEPOSITS AND ADDITIONS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/08 | Orig CO Name:Equity4U         Orig ID:1020707859 Desc Date:230908 CO Entry Descr:Cl Pmts  Sec:PPD   Trace#:084106761774972 Eed:230908  Ind ID:4717186              Ind Name:Team Mitsubishi Trn: 2511774972Tc | 1,233.89 |
| 09/08 | Orig CO Name:Tekion Pay        Orig ID:1800948598 Desc Date:       CO Entry Descr:Tekion Paysec:CCD  Trace#:091000014917972 Eed:230908  Ind ID:St-A0Y9I8H9Z1U8       Ind Name:Team Imports LLC Trn: 2504917972Tc | 547.13 |
| 09/08 | Orig CO Name:Mmsa-ACH Payment     Orig ID:3953673256 Desc Date:       CO Entry Descr:Mitsubishisec:CCD   Trace#:026009634917974 Eed:230908  Ind ID:              Ind Name:Team Mitsubishi-Hartfo Direct Deposit Trn: 2504917974Tc | 500.00 |
| 09/11 | Real Time Payment Credit Recd From Aba/Contr Bnk-011103093  From: Bnf-Tdaf Rtp Ref: 12736993 Info: Text-Rmtinf-ID36993Dealer 34457 See Detail IN Hub EFT History Iid: 20230911031101266P1Bopfx00017820719 Recd: 13:19:00 Trn: 0075531254Gc | 30,590.53 |
| 09/11 | Real Time Payment Credit Recd From Aba/Contr Bnk-011103093  From: Bnf-Tdaf Rtp Ref: 12736689 Info: Text-Rmtinf-ID36689Dealer 34457 See Detail IN Hub EFT History Iid: 20230909031101266P1Bopfx00017262123 Recd: 17:18:35 Trn: 0053800252Gd | 18,914.70 |
| 09/11 | Deposit   1196381982 | 500.00 |
| 09/11 | Deposit   1196381981 | 206.40 |
| 09/11 | Orig CO Name:Nissan30908Nmac1     Orig ID:2953680386 Desc Date:       CO Entry Descr:Funding  Sec:CTX   Trace#:051000014076027 Eed:230911  Ind ID:2000203446          Ind Name:0012Team Imports, Ll Direct Deposit Trn: 2544076027Tc | 437,075.00 |
| 09/11 | Orig CO Name:Capital One Auto     Orig ID:9541719851 Desc Date:230908 CO Entry Descr:Dealerfundsec:CCD  Trace#:051405512190624 Eed:230911  Ind ID:000046355         Ind Name:Team Mitsubishi Hartf Trn: 2512190624Tc | 14,733.66 |
| 09/11 | Orig CO Name:Americredit Fina     Orig ID:9862873001 Desc Date:230908 CO Entry Descr:Loan Fundisec:CCD   Trace#:021000022190626 Eed:230911  Ind ID:Dealer Reserves       Ind Name:Team Mitsubishi of Har Loan Funding Trn: 2512190626Tc | 6,375.96 |
| 09/11 | Orig CO Name:GM Financial       Orig ID:1427821500 Desc Date:230908 CO Entry Descr:Loan Fundisec:CCD   Trace#:021000022190622 Eed:230911  Ind ID:Misc Payment          Ind Name:Team Mitsubishi of Har Loan Funding Trn: 2512190622Tc | 750.00 |
| 09/12 | Deposit   1196381983 | 3,415.00 |
| 09/12 | Orig CO Name:Santander Bank     Orig ID:231237295B Desc Date:230912 CO Entry Descr:Dlrpmt  Sec:CCD   Trace#:231372691936995 Eed:230912  Ind ID: Ind Name:Team Imports LLC     152478295-Ja4T5VA97Pz030301 Trn: 2551936995Tc | 50,685.81 |
| 09/13 | Orig CO Name:Sbna Prime        Orig ID:231237295E Desc Date:230912 CO Entry Descr:Dlrpmt  Sec:CCD   Trace#:231372691229687 Eed:230913  Ind ID: Ind Name:Team Imports LLC     152519121-Ja4T5VA94Pz024553 Trn: 2551229687Tc | 46,394.75 |
| 09/14 | Deposit   1196381984 | 28,606.17 |
| 09/14 | Deposit   1196381985 | 189.20 |
| 09/14 | Orig CO Name:Caf - New York    Orig ID:9140445001 Desc Date:       CO Entry Descr:Dealers  Sec:CCD   Trace#:021000022620179 Eed:230914  Ind ID:10101023043        Ind Name:Team Imports LLC Trn: 2562620179Tc | 60,869.90 |
| 09/14 | Orig CO Name:Tekion Pay        Orig ID:1800948598 Desc Date:       CO Entry Descr:Tekion Paysec:CCD  Trace#:091000012620182 Eed:230914  Ind ID:St-O1S1Y5E9E8K9       Ind Name:Team Imports LLC Trn: 2562620182Tc | 8,001.82 |
| 09/14 | Orig CO Name:Tekion Pay        Orig ID:1800948598 Desc Date:       CO Entry Descr:Tekion Paysec:CCD  Trace#:091000012620183 Eed:230914  Ind ID:St-Y4B0W3U7Z3L1       Ind Name:Team Imports LLC Trn: 2562620183Tc | 2,352.21 |





September 01, 2023 through September 29, 2023
Account Number: ▮▮▮▮▮▮▮▮

## DEPOSITS AND ADDITIONS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 09/14 | Orig CO Name:Tekion Pay    Orig ID:1800948598 Desc Date:    CO Entry Descr:Tekion Paysec:CCD    Trace#:091000012620181 Eed:230914   Ind ID:St-D4D5V5F2I8T0    Ind Name:Team Imports LLC Trn: 2562620181Tc | 1,616.27 |
| 09/15 | Orig CO Name:Mmsa-ACH Payment    Orig ID:3953673256 Desc Date:    CO Entry Descr:Mitsubishisec:CCD    Trace#:026009639730321 Eed:230915   Ind ID:    Ind Name:Team Mitsubishi-Hartfo Direct Deposit Trn: 2579730321Tc | 11,289.81 |
| 09/15 | Orig CO Name:Sbna Prime    Orig ID:231237295E Desc Date:230914 CO Entry Descr:Dlrpmt    Sec:CCD    Trace#:231372699730325 Eed:230915   Ind ID: Ind Name:Team Imports LLC    Ja4T5VA94Pz024553-Tax Credit Trn: 2579730325Tc | 7,146.00 |
| 09/15 | Orig CO Name:Tekion Pay    Orig ID:1800948598 Desc Date:    CO Entry Descr:Tekion Paysec:CCD    Trace#:091000019730323 Eed:230915   Ind ID:St-L6B9F0B3M1T0    Ind Name:Team Imports LLC Trn: 2579730323Tc | 6,737.44 |
| 09/18 | Real Time Payment Credit Recd From Aba/Contr Bnk-011103093  From: Bnf-Tdaf Rtp Ref: 12744173 Info: Text-Rmtinf-ID44173Dealer 34457 See Detail IN Hub EFT History Iid: 20230918031101266P1Bopfx00017644317 Recd: 18:33:41 Trn: 0101711261Ge | 49,351.44 |
| 09/18 | Book Transfer Credit B/O: Dorcas Y Siguencia OR Agustin D Brookfield CT 06804-2025 US Trn: 3139823261Es | 28,000.00 |
| 09/18 | Orig CO Name:Nissan30915Nmac1    Orig ID:2953680386 Desc Date:    CO Entry Descr:Funding   Sec:CTX   Trace#:051000011462103 Eed:230918   Ind ID:2000211505    Ind Name:0012Team Imports, Ll Direct Deposit Trn: 2611462103Tc | 578,190.00 |
| 09/18 | Orig CO Name:Regional Accept    Orig ID:9561240678 Desc Date:230915 CO Entry Descr:Proceeds  Sec:CCD   Trace#:053101124042676 Eed:230918   Ind ID:000001000143360    Ind Name:Team Mitsubishi Hartfo Trn: 2584042676Tc | 30,865.04 |
| 09/18 | Orig CO Name:Nissan30915Nmac2    Orig ID:2953680386 Desc Date:    CO Entry Descr:Funding   Sec:CTX   Trace#:051000011462094 Eed:230918   Ind ID:2000212041    Ind Name:0005Team Imports, Ll Direct Deposit Trn: 2611462094Tc | 28,725.00 |
| 09/18 | Orig CO Name:Tekion Pay    Orig ID:1800948598 Desc Date:    CO Entry Descr:Tekion Paysec:CCD    Trace#:091000011462101 Eed:230918   Ind ID:St-P8M1C1R4Y1U8    Ind Name:Team Imports LLC Trn: 2611462101Tc | 2,419.03 |
| 09/19 | Orig CO Name:Santander Bank    Orig ID:231237295B Desc Date:230919 CO Entry Descr:Dlrpmt   Sec:CCD   Trace#:231372693262518 Eed:230919   Ind ID: Ind Name:Team Imports LLC    152743583-Ja4J4Ua89Pz048875 Trn: 2623262518Tc | 33,233.02 |
| 09/19 | Orig CO Name:Santander Consum    Orig ID:6363149993 Desc Date:230919 CO Entry Descr:Dlrpmt    Sec:CCD   Trace#:231372693262521 Eed:230919   Ind ID:    Ind Name:Team Imports LLC 152605481-3Czru6H3Xmm739418 Trn: 2623262521Tc | 32,737.09 |
| 09/19 | Orig CO Name:Nbt Bank Df    Orig ID:I150395735 Desc Date:    CO Entry Descr:Fundloan  Sec:PPD   Trace#:021303618516603 Eed:230919   Ind ID:000000002699089    Ind Name:Team Mitsubishi Hartfo Trn: 2618516603Tc | 23,474.89 |
| 09/19 | Orig CO Name:Capital One Auto    Orig ID:9541719851 Desc Date:230918 CO Entry Descr:Dealerfundsec:CCD   Trace#:051405518516605 Eed:230919   Ind ID:000046355    Ind Name:Team Mitsubishi Hartf Trn: 2618516605Tc | 16,963.52 |
| 09/19 | Orig CO Name:Tekion Pay    Orig ID:1800948598 Desc Date:    CO Entry Descr:Tekion Paysec:CCD   Trace#:091000018516601 Eed:230919   Ind ID:St-B0X7P7T9Y4B8    Ind Name:Team Imports LLC Trn: 2618516601Tc | 5,298.85 |
| 09/20 | Deposit     1196381988 | 3,600.00 |
| 09/20 | Deposit     1196381989 | 3,179.02 |


September 01, 2023 through September 29, 2023

Account Number:

## DEPOSITS AND ADDITIONS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 09/20 | Deposit   1196381986 | 500.14 |
| 09/20 | Deposit   1196381990 | 11.33 |
| 09/20 | Orig CO Name:Nbt Bank Df   Orig ID:1150395735 Desc Date:   CO Entry Descr:Fundloan Sec:PPD   Trace#:021303613924045 Eed:230920 Ind ID:000000002698384   Ind Name:Team Mitsubishi Hartfo Trn: 2623924045Tc | 39,523.04 |
| 09/20 | Orig CO Name:Capital One Auto   Orig ID:9541719851 Desc Date:230919 CO Entry Descr:Dealerfundsec:CCD   Trace#:051405513924047 Eed:230920 Ind ID:000046355   Ind Name:Team Mitsubishi Hartf Trn: 2623924047Tc | 34,365.91 |
| 09/20 | Orig CO Name:Santander Bank   Orig ID:231237295B Desc Date:230920 CO Entry Descr:Dlrpmt Sec:CCD   Trace#:231372690301195 Eed:230920 Ind ID: Ind Name:Team Imports LLC   152759937-Ja4J4VA82Pz024181 Trn: 2630301195Tc | 16,565.47 |
| 09/20 | Orig CO Name:Nbt Bank Df   Orig ID:1150395735 Desc Date:   CO Entry Descr:Fundloan Sec:PPD   Trace#:021303613924044 Eed:230920 Ind ID:000000002700198   Ind Name:Team Mitsubishi Hartfo Trn: 2623924044Tc | 10,255.55 |
| 09/20 | Orig CO Name:Tekion Pay   Orig ID:1800948598 Desc Date:   CO Entry Descr:Tekion Paysec:CCD   Trace#:091000013924042 Eed:230920 Ind ID:St-C3C7M8T6H6Z0   Ind Name:Team Imports LLC Trn: 2623924042Tc | 6,044.70 |
| 09/20 | Orig CO Name:Acv Aucti - 1193   Orig ID:1472415221 Desc Date:230920 CO Entry Descr:Payment Sec:CTX   Trace#:022000042775706 Eed:230920 Ind ID:3316237   Ind Name:0001Team Mitsubishi Trn: 2632775706Tc | 5,425.00 |
| 09/21 | Orig CO Name:Santander Consum   Orig ID:6363149993 Desc Date:230921 CO Entry Descr:Dlrpmt Sec:CCD   Trace#:231372691184086 Eed:230921 Ind ID: Ind Name:Team Imports LLC   152703607-MI32Auhj6Rh000922 Trn: 2641184086Tc | 23,603.04 |
| 09/21 | Orig CO Name:Tekion Pay   Orig ID:1800948598 Desc Date:   CO Entry Descr:Tekion Paysec:CCD   Trace#:091000012409224 Eed:230921 Ind ID:St-S9Z1F6Q2O2I0   Ind Name:Team Imports LLC Trn: 2632409224Tc | 12,405.00 |
| 09/21 | Orig CO Name:Tekion Pay   Orig ID:1800948598 Desc Date:   CO Entry Descr:Tekion Paysec:CCD   Trace#:091000012409223 Eed:230921 Ind ID:St-P6O0S3P1G2W6   Ind Name:Team Imports LLC Trn: 2632409223Tc | 8,649.92 |
| 09/22 | Orig CO Name:Capital One Auto   Orig ID:9541719851 Desc Date:230921 CO Entry Descr:Dealerfundsec:CCD   Trace#:051405511515432 Eed:230922 Ind ID:000046355   Ind Name:Team Mitsubishi Hartf Trn: 2641515432Tc | 18,142.12 |
| 09/22 | Orig CO Name:Acv Aucti - 1193   Orig ID:1472415221 Desc Date:230922 CO Entry Descr:Payment Sec:CTX   Trace#:022000042322510 Eed:230922 Ind ID:3316237   Ind Name:0001Team Mitsubishi Trn: 2652322510Tc | 6,475.00 |
| 09/22 | Orig CO Name:Tekion Pay   Orig ID:1800948598 Desc Date:   CO Entry Descr:Tekion Paysec:CCD   Trace#:091000012322508 Eed:230922 Ind ID:St-V0P7P7J3M9V4   Ind Name:Team Imports LLC Trn: 2652322508Tc | 5,619.65 |
| 09/25 | Real Time Payment Credit Recd From Aba/Contr Bnk-011103093 From: Bnf-Tdaf Rtp Ref: 12751189 Info: Text-Rmtinf-ID51189Dealer 34457 See Detail IN Hub EFT History Iid: 20230925031101266P1Bopfx00021313590 Recd: 17:24:36 Trn: 0076360268Gc | 39,116.16 |
| 09/25 | Deposit   1196381992 | 8,928.27 |
| 09/25 | Deposit   1196381991 | 5,423.33 |
| 09/25 | Deposit   1146466989 | 1,550.54 |
| 09/25 | Deposit   1146466991 | 1,000.00 |
| 09/25 | Deposit   1146466990 | 257.41 |
| 09/25 | Orig CO Name:Nbt Bank Df   Orig ID:1150395735 Desc Date:   CO Entry Descr:Fundloan Sec:PPD   Trace#:021303617616675 Eed:230925 Ind | 27,841.76 |





September 01, 2023 through September 29, 2023

Account Number:

## DEPOSITS AND ADDITIONS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | ID:000000002701270    Ind Name:Team Mitsubishi Hartfo Trn: 2657616675Tc | |
| 09/25 | Orig CO Name:Flagshipacc    Orig ID:1273237099 Desc Date:230922 CO Entry Descr:Credits  Sec:CCD   Trace#:043000097616673 Eed:230925   Ind ID: Ind Name:Team Imports LLC Trn: 2657616673Tc | 25,994.99 |
| 09/25 | Orig CO Name:Nbt Bank Df    Orig ID:1150395735 Desc Date:    CO Entry Descr:Fundloan  Sec:PPD   Trace#:021303617616676 Eed:230925   Ind ID:000000002701508    Ind Name:Team Mitsubishi Hartfo Trn: 2657616676Tc | 24,263.39 |
| 09/25 | Orig CO Name:Acv Aucti - 1193    Orig ID:1472415221 Desc Date:230925 CO Entry Descr:Payment  Sec:CTX   Trace#:022000047370305 Eed:230925   Ind ID:3316237    Ind Name:0001Team Mitsubishi Trn: 2687370305Tc | 7,175.00 |
| 09/26 | Orig CO Name:Tekion Pay    Orig ID:1800948598 Desc Date:    CO Entry Descr:Tekion Paysec:CCD   Trace#:091000018474735 Eed:230926   Ind ID:St-G0U7B6L2C7E5    Ind Name:Team Imports LLC Trn: 2688474735Tc | 3,414.40 |
| 09/26 | Orig CO Name:Tekion Pay    Orig ID:1800948598 Desc Date:    CO Entry Descr:Tekion Paysec:CCD   Trace#:091000018474737 Eed:230926   Ind ID:St-X6Z2C6BSE7V0    Ind Name:Team Imports LLC Trn: 2688474737Tc | 250.79 |
| 09/27 | Deposit    1146466992 | 13,513.34 |
| 09/27 | Deposit    1146466993 | 6,000.00 |
| 09/27 | Orig CO Name:Santander Bank    Orig ID:231237295B Desc Date:230927 CO Entry Descr:Dlrpmt  Sec:CCD   Trace#:231372693527610 Eed:230927   Ind ID: Ind Name:Team Imports LLC    152957830-1C4Sdjct7Mc661876 Trn: 2703527610Tc | 35,112.49 |
| 09/28 | Real Time Payment Credit Recd From Aba/Contr Bnk-011103093  From: Bnf-Tdaf Rtp Ref: 12754555 Info: Text-Rmtinf-ID54555Dealer 34457 See Detail IN Hub EFT History Iid: 20230928031101266P1Bopfx00020415717 Recd: 11:32:42 Trn: 0044040271Gb | 42,996.20 |
| 09/28 | Deposit    1146466995 | 936.98 |
| 09/28 | Deposit    1146466994 | 185.17 |
| 09/28 | Orig CO Name:Americredit Fina    Orig ID:9862873001 Desc Date:230927 CO Entry Descr:Loan Fundisec:CCD   Trace#:021000028540969 Eed:230928   Ind ID:Retail Funding    Ind Name:Team Mitsubishi of Har Loan Funding Trn: 2708540969Tc | 24,175.00 |
| 09/28 | Orig CO Name:Nissan30927Nmac1    Orig ID:2953680386 Desc Date:    CO Entry Descr:Funding  Sec:CTX   Trace#:051000017623134 Eed:230928   Ind ID:2000224652    Ind Name:0005Team Imports, Ll Direct Deposit Trn: 2717623134Tc | 21,300.00 |
| 09/28 | Orig CO Name:Tekion Pay    Orig ID:1800948598 Desc Date:    CO Entry Descr:Tekion Paysec:CCD   Trace#:091000018540967 Eed:230928   Ind ID:St-Y5J0H1V3Q6X2    Ind Name:Team Imports LLC Trn: 2708540967Tc | 4,665.75 |
| 09/28 | Orig CO Name:Tekion Pay    Orig ID:1800948598 Desc Date:    CO Entry Descr:Tekion Paysec:CCD   Trace#:091000018540966 Eed:230928   Ind ID:St-Q8P5Y7S2B8S9    Ind Name:Team Imports LLC Trn: 2708540966Tc | 4,412.61 |
| 09/29 | Deposit    1146466996 | 2,441.87 |
| 09/29 | Orig CO Name:Santander Consum    Orig ID:6363149993 Desc Date:230929 CO Entry Descr:Dlrpmt  Sec:CCD   Trace#:231372690160098 Eed:230929   Ind ID: Ind Name:Team Imports LLC    153002354-Ja4Aruau2Pu015244 Trn: 2720160098Tc | 37,612.95 |
| 09/29 | Orig CO Name:Nbt Bank Df    Orig ID:1150395735 Desc Date:    CO Entry Descr:Fundloan  Sec:PPD   Trace#:021303617979915 Eed:230929   Ind ID:000000002702832    Ind Name:Team Mitsubishi Hartfo Trn: 2717979915Tc | 27,994.91 |
| 09/29 | | 23,548.69 |



September 01, 2023 through September 29, 2023
Account Number: ▓▓▓▓▓▓▓▓

## DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | Orig CO Name:Caf - New York   Orig ID:9140445001 Desc Date:   CO Entry Descr:Dealers  Sec:CCD   Trace#:021000027979917 Eed:230929  Ind ID:10101023043   Ind Name:Team Imports LLC Trn: 2717979917Tc | |
| 09/29 | Orig CO Name:Mmsa-ACH Payment   Orig ID:3953673256 Desc Date:   CO Entry Descr:Mitsubishisec:CCD   Trace#:026009637979910 Eed:230929  Ind ID:   Ind Name:Team Mitsubishi-Hartfo Direct Deposit Trn: 2717979910Tc | 9,521.53 |
| 09/29 | Orig CO Name:Tekion Pay   Orig ID:1800948598 Desc Date:   CO Entry Descr:Tekion Paysec:CCD   Trace#:091000017979913 Eed:230929  Ind ID:St-E6E5E6B7S5K9   Ind Name:Team Imports LLC Trn: 2717979913Tc | 8,387.88 |
| 09/29 | Orig CO Name:Tekion Pay   Orig ID:1800948598 Desc Date:   CO Entry Descr:Tekion Paysec:CCD   Trace#:091000017979912 Eed:230929  Ind ID:St-X4O9W4R6R9R2   Ind Name:Team Imports LLC Trn: 2717979912Tc | 3,711.38 |
| 09/29 | Orig CO Name:Acv Aucti - 1193   Orig ID:1472415221 Desc Date:230929 CO Entry Descr:Payment  Sec:CTX   Trace#:022000049675846 Eed:230929  Ind ID:3316237   Ind Name:0001Team Mitsubishi Trn: 2729675846Tc | 3,625.00 |
| **Total Deposits and Additions** | | **$2,583,690.95** |

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT | CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|---|---|---|
| 2200 | 09/07 | $45.00 | 104822 | 09/18 | 33.90 |
| 2208 * | 09/11 | 2,974.42 | 104838 * | 09/07 | 473.21 |
| 2209 | 09/26 | 3,459.94 | 104839 | 09/07 | 95.72 |
| 2212 * | 09/11 | 1,692.35 | 104847 * | 09/05 | 1,000.00 |
| 2213 | 09/14 | 2,428.99 | 104852 * | 09/11 | 21,610.86 |
| 2214 | 09/20 | 65.00 | 104869 * | 09/07 | 375.00 |
| 2215 | 09/20 | 65.00 | 104871 * | 09/07 | 280.00 |
| 2217 * | 09/20 | 3,392.54 | 104878 * | 09/12 | 637.11 |
| 104450 * | 09/21 | 1,804.53 | 104882 * | 09/05 | 359.99 |
| 104764 * | 09/06 | 317.41 | 104884 * | 09/08 | 4,753.94 |
| 104772 * | 09/05 | 2,969.42 | 104886 * | 09/20 | 511.03 |
| 104777 * | 09/19 | 177.88 | 104888 * | 09/29 | 17,172.30 |
| 104783 * | 09/06 | 817.68 | 104889 | 09/25 | 33,407.18 |
| 104785 * | 09/11 | 397.44 | 104891 * | 09/05 | 1,675.00 |
| 104788 * | 09/05 | 100.00 | 104893 * | 09/21 | 150.00 |
| 104793 * | 09/18 | 38.23 | 104894 | 09/06 | 925.00 |
| 104794 | 09/11 | 586.67 | 104895 | 09/12 | 2,111.53 |
| 104795 | 09/06 | 2,580.31 | 104896 | 09/12 | 861.09 |
| 104807 * | 09/11 | 1,425.00 | 104897 | 09/28 | 18,708.64 |
| 104813 * | 09/06 | 600.00 | 104898 | 09/18 | 1,880.96 |
| 104821 * | 09/06 | 890.00 | 104899 | 09/12 | 876.67 |





September 01, 2023 through September 29, 2023
Account Number:

## CHECKS PAID (continued)

| CHECK NUMBER | DATE PAID | AMOUNT | CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|---|---|---|
| 104907 * | 09/06 | 1,500.00 | 104931 * | 09/25 | 46.54 |
| 104908 | 09/15 | 1,510.00 | 104935 * | 09/28 | 2,061.09 |
| 104911 * | 09/25 | 24,845.81 | 104942 * | 09/25 | 850.00 |
| 104912 | 09/22 | 1,000.00 | 104949 * | 09/27 | 3,950.00 |
| 104923 * | 09/15 | 800.00 | 104950 | 09/28 | 4,280.59 |
| 104925 * | 09/15 | 450.00 | 104955 * | 09/28 | 1,500.00 |
| | | | **Total Checks Paid** | | **$177,520.97** |

\* Checks may not appear on your bank statement because they have not yet cleared or appeared on a previous statement. Checks that cleared as an electronic withdrawal will be listed in the Electronic Withdrawals section of the statement. All checks included in the Checks Paid section are viewable as images on Chase.com.

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/01 | Online Domestic Wire Transfer Via: TD Bank, NA/026013673 A/C: Simple Auto Inc Flushing NY 11367 US Imad: 0901B1Qgc07C006862 Trn: 3008483244Es | $600.00 |
| 09/01 | Online Domestic Wire Transfer Via: TD Bank, NA/026013673 A/C: Blue Sky Consulting New York NY 10075 US Imad: 0901B1Qgc08C005771 Trn: 3269313244Es | 5,000.00 |
| 09/01 | Online Domestic Wire Transfer Via: Cibc Bank USA/071006486 A/C: American Guardian Warranty Serviceswarrenville IL 605553253 US Imad: 0901B1Qgc02C003353 Trn: 3417143244Es | 16,403.02 |
| 09/01 | Orig CO Name:State of CT Drs    Orig ID:1061380598 Desc Date:230901 CO Entry Descr:Bus Dirpaysec:CCD    Trace#:051000013501028 Eed:230901    Ind ID:4629103           Ind Name:Team Imports LLC Trn: 2443501028Tc | 114,465.00 |
| 09/01 | Orig CO Name:Dt Reg & Titling    Orig ID:2061286752 Desc Date:    CO Entry Descr:CT    Sec:CCD    Trace#:011500123501026 Eed:230901    Ind ID:1162607           Ind Name:Team Imports LLC Direct Debiting Trn: 2443501026Tc | 271.95 |
| 09/05 | Orig CO Name:Merchant Service    Orig ID:1841010148 Desc Date:230831 CO Entry Descr:Merch Fee Sec:CCD    Trace#:042000016542025 Eed:230905    Ind ID:8037192229           Ind Name:Team Mitsubishi Hartfo Merchant Activity Trn: 2486542025Tc | 46.45 |
| 09/05 | Orig CO Name:Dt Reg & Titling    Orig ID:2061286752 Desc Date:    CO Entry Descr:CT    Sec:CCD    Trace#:011500126542023 Eed:230905    Ind ID:1162607           Ind Name:Team Imports LLC Direct Debiting Trn: 2486542023Tc | 5.56 |
| 09/06 | Orig CO Name:Dt Reg & Titling    Orig ID:2061286752 Desc Date:    CO Entry Descr:CT    Sec:CCD    Trace#:011500127018613 Eed:230906    Ind ID:1162607           Ind Name:Team Imports LLC Direct Debiting Trn: 2497018613Tc | 460.02 |
| 09/06 | Orig CO Name:Dt Reg & Titling    Orig ID:2061286752 Desc Date:    CO Entry Descr:CT    Sec:CCD    Trace#:011500127018615 Eed:230906    Ind ID:1162607           Ind Name:Team Imports LLC Direct Debiting Trn: 2497018615Tc | 224.45 |
| 09/07 | Orig CO Name:Asf, Dba Insperi    Orig ID:2760487432 Desc Date:230906 CO Entry Descr:Payroll    Sec:CCD    Trace#:111000022007855 Eed:230907    Ind ID:0005010200           Ind Name:Team Imports LLC Ty Trn: 2502007855Tc | 50,338.97 |
| 09/07 | Orig CO Name:Nissan           Orig ID:6379692403 Desc Date:230907 CO Entry Descr:Wfs Pmt    Sec:CCD    Trace#:021000022007857 Eed:230907    Ind ID:731730           Ind Name:Team Imports LLC Trn: 2502007857Tc | 30,925.00 |



September 01, 2023 through September 29, 2023

Account Number:

## ELECTRONIC WITHDRAWALS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 09/07 | Orig CO Name:Dt Reg & Titling    Orig ID:2061286752 Desc Date:    CO Entry Descr:CT    Sec:CCD    Trace#:011500122007853 Eed:230907   Ind ID:1162607            Ind Name:Team Imports LLC Direct Debiting Trn: 2502007853Tc | 321.02 |
| 09/07 | Online Domestic Wire Transfer Via: Savings Bk Danbury/221172238 A/C: Aotg Consulting Inc Brookfield CT 06804 US Imad: 0907B1Qgc03C006631 Trn: 3583243250Es | 3,683.13 |
| 09/08 | Online Domestic Wire Transfer Via: TD Bank, NA/026013673 A/C: Blue Sky Consulting New York NY 10075 US Imad: 0908B1Qgc06C002244 Trn: 3084463251Es | 5,000.00 |
| 09/08 | Online Domestic Wire Transfer Via: TD Bank, NA/026013673 A/C: Simple Auto Inc Flushing NY 11367 US Imad: 0908B1Qgc05C003402 Trn: 3084273251Es | 600.00 |
| 09/08 | Orig CO Name:Nissan            Orig ID:6379692403 Desc Date:230908 CO Entry Descr:Wfs Pmt    Sec:CCD    Trace#:021000021253273 Eed:230908    Ind ID:732257            Ind Name:Team Imports LLC Trn: 2511253273Tc | 297,431.78 |
| 09/08 | Orig CO Name:Dt Reg & Titling    Orig ID:2061286752 Desc Date:    CO Entry Descr:CT    Sec:CCD    Trace#:011500121253271 Eed:230908   Ind ID:1162607            Ind Name:Team Imports LLC Direct Debiting Trn: 2511253271Tc | 650.98 |
| 09/11 | Orig CO Name:Nesna Mitu/Affi    Orig ID:7360729375 Desc Date:SEP 10 CO Entry Descr:Nesna    Sec:CCD    Trace#:021000022872709 Eed:230911   Ind ID:Sm07064            Ind Name:Team Imports LLC Trn: 2512872709Tc | 39,537.86 |
| 09/11 | Online Transfer To Chk ...3157 Transaction#: 18414862292 | 13,000.00 |
| 09/11 | Orig CO Name:Nissan            Orig ID:6379692403 Desc Date:230911 CO Entry Descr:Wfs Pmt    Sec:CCD    Trace#:021000025825180 Eed:230911    Ind ID:732770            Ind Name:Team Imports LLC Trn: 2545825180Tc | 87,548.12 |
| 09/11 | Orig CO Name:Dt Reg & Titling    Orig ID:2061286752 Desc Date:    CO Entry Descr:CT    Sec:CCD    Trace#:011500125825178 Eed:230911   Ind ID:1162607            Ind Name:Team Imports LLC Direct Debiting Trn: 2545825178Tc | 271.95 |
| 09/12 | Orig CO Name:Nissan            Orig ID:6379692403 Desc Date:230912 CO Entry Descr:Wfs Pmt    Sec:CCD    Trace#:021000027102001 Eed:230912    Ind ID:733310            Ind Name:Team Imports LLC Trn: 2557102001Tc | 151,344.29 |
| 09/12 | Orig CO Name:Ascentiumcapital    Orig ID:9176794002 Desc Date:230910 CO Entry Descr:Leasechg Sec:CCD    Trace#:062000017101995 Eed:230912   Ind ID:175923            Ind Name:Team Imports LLC 000000000000000050748 Trn: 2557101995Tc | 3,190.50 |
| 09/12 | Orig CO Name:Dt Reg & Titling    Orig ID:2061286752 Desc Date:    CO Entry Descr:CT    Sec:CCD    Trace#:011500127101997 Eed:230912   Ind ID:1162607            Ind Name:Team Imports LLC Direct Debiting Trn: 2557101997Tc | 432.15 |
| 09/12 | Orig CO Name:Dt Reg & Titling    Orig ID:2061286752 Desc Date:    CO Entry Descr:CT    Sec:CCD    Trace#:011500127101993 Eed:230912   Ind ID:1162607            Ind Name:Team Imports LLC Direct Debiting Trn: 2557101993Tc | 271.95 |
| 09/12 | Orig CO Name:Sunbit, Inc.    Orig ID:6810766863 Desc Date:230910 CO Entry Descr:Payment    Sec:PPD    Trace#:091000017101991 Eed:230912   Ind ID:19621            Ind Name:Team Mitsubishi-Hartfo Trn: 2557101991Tc | 200.00 |
| 09/12 | Orig CO Name:Dt Reg & Titling    Orig ID:2061286752 Desc Date:    CO Entry Descr:CT    Sec:CCD    Trace#:011500127101999 Eed:230912   Ind ID:1162607            Ind Name:Team Imports LLC Direct Debiting Trn: 2557101999Tc | 5.56 |
| 09/13 | Orig CO Name:Wright Express    Orig ID:0841425616 Desc Date:230912 CO Entry Descr:Fleet Debisec:CCD    Trace#:071000282044916 Eed:230913    Ind ID:9100010628091        Ind Name:Team Imports LLC Trn: 2552044916Tc | 4,753.26 |





September 01, 2023 through September 29, 2023
Account Number:

## ELECTRONIC WITHDRAWALS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 09/13 | Orig CO Name:Nissan   Orig ID:6379692403 Desc Date:230913 CO Entry Descr:Wfs Pmt  Sec:CCD  Trace#:021000026763644 Eed:230913  Ind ID:733831            Ind Name:Team Imports LLC Trn: 2566763644Tc | 30,675.00 |
| 09/13 | Orig CO Name:Dt Reg & Titling   Orig ID:2061286752 Desc Date:  CO Entry Descr:CT   Sec:CCD  Trace#:011500126763642 Eed:230913  Ind ID:1162607        Ind Name:Team Imports LLC Direct Debiting Trn: 2566763642Tc | 314.49 |
| 09/13 | Orig CO Name:Capital One   Orig ID:9279744380 Desc Date:230913 CO Entry Descr:Mobile Pmtsec:CCD  Trace#:021000023850182 Eed:230913  Ind ID:3SC11Fhn271Wvwh      Ind Name:Robert Urrutia Trn: 2563850182Tc | 105,801.55 |
| 09/14 | Orig CO Name:Asf, Dba Insperi   Orig ID:2760487432 Desc Date:230913 CO Entry Descr:Payroll  Sec:CCD  Trace#:111000023096403 Eed:230914  Ind ID:0005010200        Ind Name:Team Imports LLC Ty Trn: 2573096403Tc | 59,562.92 |
| 09/14 | Orig CO Name:Dt Reg & Titling   Orig ID:2061286752 Desc Date:  CO Entry Descr:CT   Sec:CCD  Trace#:011500123096405 Eed:230914  Ind ID:1162607        Ind Name:Team Imports LLC Direct Debiting Trn: 2573096405Tc | 363.45 |
| 09/15 | Online Domestic Wire Transfer Via: TD Bank, NA/026013673 A/C: Blue Sky Consulting New York NY 10075 US Imad: 0915B1Qgc08C007253 Trn: 3116273258Es | 5,000.00 |
| 09/15 | Online Domestic Wire Transfer Via: TD Bank, NA/026013673 A/C: Simple Auto Inc Flushing NY 11367 US Imad: 0915B1Qgc06C002448 Trn: 3115913258Es | 600.00 |
| 09/15 | Orig CO Name:Nissan   Orig ID:6379692403 Desc Date:230915 CO Entry Descr:Wfs Pmt  Sec:CCD  Trace#:021000020836943 Eed:230915  Ind ID:734854        Ind Name:Team Imports LLC Trn: 2570836943Tc | 50,802.10 |
| 09/15 | Orig CO Name:Nissan   Orig ID:6379692403 Desc Date:230915 CO Entry Descr:Wfs Pmt  Sec:CCD  Trace#:021000020836942 Eed:230915  Ind ID:734853        Ind Name:Team Imports LLC Trn: 2570836942Tc | 50,604.80 |
| 09/15 | Orig CO Name:Nissan   Orig ID:9725564444 Desc Date:230915 CO Entry Descr:Eipp Pmnt Sec:CCD  Trace#:021000020836945 Eed:230915  Ind ID:11940894       Ind Name:Team Imports LLC Trn: 2570836945Tc | 15,393.84 |
| 09/15 | Orig CO Name:Dt Reg & Titling   Orig ID:2061286752 Desc Date:  CO Entry Descr:CT   Sec:CCD  Trace#:011500126328937 Eed:230915  Ind ID:1162607        Ind Name:Team Imports LLC Direct Debiting Trn: 2588328937Tc | 652.00 |
| 09/18 | Orig CO Name:Nissan   Orig ID:6379692403 Desc Date:230918 CO Entry Descr:Wfs Pmt  Sec:CCD  Trace#:021000023212529 Eed:230918  Ind ID:735297        Ind Name:Team Imports LLC Trn: 2613212529Tc | 237,825.00 |
| 09/18 | Orig CO Name:Nissan   Orig ID:6379692403 Desc Date:230918 CO Entry Descr:Wfs Pmt  Sec:CCD  Trace#:021000023212528 Eed:230918  Ind ID:735296        Ind Name:Team Imports LLC Trn: 2613212528Tc | 163,551.05 |
| 09/18 | Orig CO Name:Dealertrack   Orig ID:4013137Zst Desc Date:230918 CO Entry Descr:Purchase Sec:CCD  Trace#:122043483212526 Eed:230918  Ind ID:106369705      Ind Name:Team Mitsubishi Hartfo 9163685303 Trn: 2613212526Tc | 2,873.62 |
| 09/18 | Orig CO Name:Dt Reg & Titling   Orig ID:2061286752 Desc Date:  CO Entry Descr:CT   Sec:CCD  Trace#:011500123212531 Eed:230918  Ind ID:1162607        Ind Name:Team Imports LLC Direct Debiting Trn: 2613212531Tc | 755.43 |
| 09/19 | Online Transfer To Chk ...3157 Transaction#: 18484957402 | 160,029.86 |
| 09/19 | Online Transfer To Chk ...6362 Transaction#: 18486746462 | 100,000.00 |
| 09/19 | Orig CO Name:Dt Reg & Titling   Orig ID:2061286752 Desc Date:  CO Entry Descr:CT   Sec:CCD  Trace#:011500123311211 Eed:230919  Ind ID:1162607        Ind Name:Team Imports LLC Direct Debiting Trn: 2623311211Tc | 731.84 |

# CHASE ◯

September 01, 2023 through September 29, 2023

Account Number:



## ELECTRONIC WITHDRAWALS  (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 09/19 | Orig CO Name:Dt Reg & Titling    Orig ID:2061286752 Desc Date:    CO Entry Descr:CT    Sec:CCD    Trace#:011500123311213 Eed:230919   Ind ID:1162607           Ind Name:Team Imports LLC Direct Debiting Trn: 2623311213Tc | 271.95 |
| 09/20 | Orig CO Name:Dt Reg & Titling    Orig ID:2061286752 Desc Date:    CO Entry Descr:CT    Sec:CCD    Trace#:011500128241438 Eed:230920   Ind ID:1162607           Ind Name:Team Imports LLC Direct Debiting Trn: 2638241438Tc | 22.24 |
| 09/21 | Orig CO Name:Dt Reg & Titling    Orig ID:2061286752 Desc Date:    CO Entry Descr:CT    Sec:CCD    Trace#:011500123124120 Eed:230921   Ind ID:1162607           Ind Name:Team Imports LLC Direct Debiting Trn: 2633124120Tc | 277.51 |
| 09/21 | Orig CO Name:Asf, Dba Insperi    Orig ID:2760487432 Desc Date:230920 CO Entry Descr:Payroll  Sec:CCD   Trace#:111000029182779 Eed:230921   Ind ID:0005010200           Ind Name:Team Imports LLC Ty Trn: 2649182779Tc | 66,546.70 |
| 09/21 | Orig CO Name:Mmsa-Stmt    Orig ID:4953673256 Desc Date:    CO Entry Descr:Stmt    Sec:CCD    Trace#:026009639182777 Eed:230921   Ind ID:Team Mit230831           Ind Name:           7064* Direct Debiting Trn: 2649182777Tc | 13,432.22 |
| 09/22 | Online Domestic Wire Transfer Via: TD Bank, NA/026013673 A/C: Blue Sky Consulting New York NY 10075 US Imad: 0922B1Qgc04C002020 Trn: 3112323265Es | 5,000.00 |
| 09/22 | Online Domestic Wire Transfer Via: TD Bank, NA/026013673 A/C: Simple Auto Inc Flushing NY 11367 US Imad: 0922B1Qgc07C002938 Trn: 3112043265Es | 600.00 |
| 09/22 | Orig CO Name:Wright Express    Orig ID:0841425616 Desc Date:230921 CO Entry Descr:Fleet Debisec:CCD   Trace#:071000287062525 Eed:230922   Ind ID:9100010628091           Ind Name:Team Imports LLC Trn: 2657062525Tc | 8,647.33 |
| 09/22 | Orig CO Name:Dt Reg & Titling    Orig ID:2061286752 Desc Date:    CO Entry Descr:CT    Sec:CCD    Trace#:011500127062527 Eed:230922   Ind ID:1162607           Ind Name:Team Imports LLC Direct Debiting Trn: 2657062527Tc | 1,032.80 |
| 09/25 | Orig CO Name:Asf, Dba Insperi    Orig ID:2760487432 Desc Date:230922 CO Entry Descr:Payroll  Sec:CCD   Trace#:111000027330510 Eed:230925   Ind ID:0005010200           Ind Name:Team Imports LLC Ty Trn: 2687330510Tc | 2,201.16 |
| 09/25 | Orig CO Name:Dt Reg & Titling    Orig ID:2061286752 Desc Date:    CO Entry Descr:CT    Sec:CCD    Trace#:011500127330508 Eed:230925   Ind ID:1162607           Ind Name:Team Imports LLC Direct Debiting Trn: 2687330508Tc | 1,056.75 |
| 09/26 | Orig CO Name:Dt Reg & Titling    Orig ID:2061286752 Desc Date:    CO Entry Descr:CT    Sec:CCD    Trace#:011500129301471 Eed:230926   Ind ID:1162607           Ind Name:Team Imports LLC Direct Debiting Trn: 2689301471Tc | 326.60 |
| 09/26 | Orig CO Name:Dt Reg & Titling    Orig ID:2061286752 Desc Date:    CO Entry Descr:CT    Sec:CCD    Trace#:011500129301473 Eed:230926   Ind ID:1162607           Ind Name:Team Imports LLC Direct Debiting Trn: 2689301473Tc | 271.95 |
| 09/26 | Orig CO Name:Nissan           Orig ID:6379692403 Desc Date:230926 CO Entry Descr:Wfs Pmt  Sec:CCD   Trace#:021000024325990 Eed:230926   Ind ID:738246           Ind Name:Team Imports LLC Trn: 2694325990Tc | 269,933.16 |
| 09/27 | Orig CO Name:Dt Reg & Titling    Orig ID:2061286752 Desc Date:    CO Entry Descr:CT    Sec:CCD    Trace#:011500122839174 Eed:230927   Ind ID:1162607           Ind Name:Team Imports LLC Direct Debiting Trn: 2692839174Tc | 570.88 |



September 01, 2023 through September 29, 2023
Account Number:

## ELECTRONIC WITHDRAWALS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/28 | Orig CO Name:Asf, Dba Insperi    Orig ID:2760487432 Desc Date:230927 CO Entry Descr:Payroll   Sec:CCD   Trace#:111000024636046 Eed:230928   Ind ID:0005010200           Ind Name:Team Imports LLC Ty Trn: 2714636046Tc | 93,330.10 |
| 09/28 | Orig CO Name:Dt Reg & Titling    Orig ID:2061286752 Desc Date:    CO Entry Descr:CT    Sec:CCD   Trace#:011500124636044 Eed:230928   Ind ID:1162607           Ind Name:Team Imports LLC Direct Debiting Trn: 2714636044Tc | 47.46 |
| 09/28 | Orig CO Name:Capital One    Orig ID:9279744380 Desc Date:230928 CO Entry Descr:Mobile Pmtsec:CCD   Trace#:021000020156837 Eed:230928   Ind ID:3Sf7B9442I44Hoh    Ind Name:Robert Urrutia Trn: 2710156837Tc | 175,331.08 |
| 09/29 | Online Domestic Wire Transfer Via: TD Bank, NA/026013673 A/C: Blue Sky Consulting New York NY 10075 US Imad: 0929B1Qgc03C007173 Trn: 3268723272Es | 5,000.00 |
| 09/29 | Online Domestic Wire Transfer Via: TD Bank, NA/026013673 A/C: Simple Auto Inc Flushing NY 11367 US Imad: 0929B1Qgc08C007716 Trn: 3268813272Es | 600.00 |
| 09/29 | Online Domestic Wire Transfer Via: Cibc Bank USA/071006486 A/C: American Guardian Warranty Serviceswarrenville IL 605553253 US Imad: 0929B1Qgc01C006695 Trn: 3305353272Es | 16,403.02 |
| 09/29 | Orig CO Name:Dt Reg & Titling    Orig ID:2061286752 Desc Date:    CO Entry Descr:CT    Sec:CCD   Trace#:011500128917178 Eed:230929   Ind ID:1162607           Ind Name:Team Imports LLC Direct Debiting Trn: 2718917178Tc | 1,360.35 |
| **Total Electronic Withdrawals** | | **$2,474,783.18** |

## OTHER WITHDRAWALS, FEES & CHARGES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/15 | Account Analysis Settlement Charge | $584.26 |
| **Total Other Withdrawals, Fees & Charges** | | **$584.26** |

Your service charges, fees and earnings credit have been calculated through account analysis.

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|
| 09/01 | $72,283.68 | 09/18 | 414,750.95 |
| 09/05 | 196,062.81 | 09/19 | 265,246.79 |
| 09/06 | 238,136.99 | 09/20 | 380,661.14 |
| 09/07 | 203,715.42 | 09/21 | 343,108.14 |
| 09/08 | 26,980.18 | 09/22 | 357,064.78 |
| 09/11 | 367,081.76 | 09/25 | 436,208.19 |
| 09/12 | 261,251.72 | 09/26 | 165,881.73 |
| 09/13 | 166,102.17 | 09/27 | 215,986.68 |
| 09/14 | 205,382.38 | 09/28 | 19,399.43 |
| 09/15 | 104,158.63 | 09/29 | 95,707.97 |

Case 2:23-cv-06188-JMW    Document 220-6    Filed 01/24/25    Page 13 of 14 PageID #: 5768



September 01, 2023 through September 29, 2023

Account Number:



## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

JPMorgan Chase Bank, N.A. Member FDIC

**CHASE**

September 01, 2023 through September 29, 2023

Account Number:

This Page Intentionally Left Blank