SU0859



**Superb Motors**
215 Northern Blvd Great Neck, NY, 11021
(999) 999-9999

**Payment Advice**
# $110,519.50

Check #: 11483
Created by: Alysia Cayer
02/08/23 | 7:52 AM

Vendor: 7992-NORTHSHORE MOTOR LEASING LLC

PROOF OF PAID RECEIPT

| Invoice Number | Amount | Comments |
|---|---|---|
| SU0859 | $18,075.00 | - |
| SU0913 | $21,650.00 | - |
| SU0915 | $44,999.50 | - |
| SU0914 | $25,795.00 | - |

### Posting Lines

| GL Account | Amount | Control | Control Description | Control2 | Posting Description |
|---|---|---|---|---|---|
| 1004 | -$110,519.50 | 11483 | - | 7992 - NORTHSHO RE MOTOR LEASING LLC | - |
| 2005 | $18,075.00 | SU0859 | - | - | - |
| 2005 | $21,650.00 | SU0913 | - | - | - |
| 2005 | $44,999.50 | SU0915 | - | - | - |
| 2005 | $25,795.00 | SU0914 | - | - | - |



**SUPERB MOTORS**
215 Northern Blvd
Great Neck, NY 11021
(999) 999-9999

**Chase Bank**
151 Asylum St, Hartford CT 06103

11483

| DATE |
|---|
| 08FEB23 |

| PAY THIS AMOUNT | | | |
|---|---|---|---|
| *****110,519 | DOLLARS | 50 | CENTS |

| AMOUNT OF CHECK |
|---|
| ****110,519.50 |

**VOID AFTER 90 DAYS**

TO
THE
ORDER
OF

NORTHSHORE MOTOR LEASING LLC
180 MICHAEL DRIVE
SYOSSET, NY 11791

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
**\*\*\* NOT NEGOTIABLE \*\*\***
BY _____
AUTHORIZED SIGNATURE

NON-NEGOTIABLE

SU0913

# STATE OF ARKANSAS

| VEHICLE IDENTIFICATION NUMBER | | YEAR | MAKE | MODEL | | BODY TYPE |
|---|---|---|---|---|---|---|
| WAUHGAFC5GN009650 | | 2016 | AUDI | A6 | | SD |
| TITLE NUMBER | PREVIOUS TITLE NUMBER | | PREV. TITLE STATE | ISSUE DATE | ODOMETER | UNLADEN WEIGHT |
| 761005080251 | 761003770020 | | AR | 06/02/2016 | 30 | 4063 |

MAILING ADDRESS

PENTAGON FCU
PO BOX 255483
SACRAMENTO, CA 95865-5483

REMARKS

OD ACTUAL

OWNER

GOLLA, VARUN KUMAR
6110 S 66TH ST APT 2
FORT SMITH, AR 72903-6645

OWNER'S SIGNATURE (IF JOINT OWNERSHIP, BOTH MUST SIGN)
THIS TITLE MUST BE SIGNED UPON RECEIPT BY OWNERS

| FIRST LIENHOLDER | PENTAGON FCU  Pentagon Federal Credit Union | FIRST RELEASE | INTEREST IN THE ABOVE DESCRIBED VEHICLE IS HEREBY RELEASED: |
|---|---|---|---|
| | PO BOX 255483 | | Name |
| | SACRAMENTO, CA 95865-5483 | | AGENT        OCT 08 2018 |
| | DATE OF LIEN: 2/15/2016 | | Title        Date |



The Department of Finance and Administration, State of Arkansas, hereby certifies that
the applicant named hereon is duly registered as the owner of the vehicle described
above. From the statements of the owner and the records on file with this department
the hereon described vehicle is subject to the liens enumerated hereon.

In Witness Whereof, I have affixed my hand and seal.

COMMISSIONER OF REVENUE

08917161
SRO9971

VOID IF ALTERED

Federal and State law requires that you state the mileage in connection with the transfer of ownership.
Failure to complete or providing a false statement may result in fines and or imprisonment.

## TITLE ASSIGNMENT BY OWNER

The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address.

Buyer(s) Printed Name **Tesla Motors, Inc.**

Buyer(s) Printed Address **9850 W BROAD ST**
**GLEN ALLEN, VA 23060**

with warranty to be free of all encumbrances except as follows:

LIEN IN FAVOR OF_____

Address_____

DESCRIPTION OF VEHICLE TRADED IN (IF ANY)
VEHICLE IDENTIFICATION NUMBER

YEAR_____ MAKE_____ MODEL_____

Note to Seller. A copy of this title assignment, fully completed, is sufficient to use to claim a sales tax credit toward the purchase of another vehicle.

### ODOMETER DISCLOSURE
I certify that to the best of my knowledge that the odometer reading provided in the box below is the actual mileage of the vehicle unless one of the following statements is checked:

Odometer Reading (no tenths)  **73,901**

☐ EXCEEDS MECHANICAL LIMITS. The mileage stated is in excess of the odometer's mechanical limits.

☐ WARNING – ODOMETER DISCREPANCY
The odometer is not the actual mileage.

BILL OF SALE Date of Sale **12|14|2022**

Full Sales Price of this Vehicle $_____
Less Trade In $_____
Net Taxable Trade Difference $_____

Seller(s) Printed Name **VARUN KUMAR GOLLA**
Seller(s) Printed Address **6110 S 60TH ST APT 2 FORT SMITH, AR 72903**
Seller(s) Signature _____

"I am aware of the above odometer certification made by the seller"
Buyer's Printed Name **Tesla Motors, Inc.    Adrianna Nazar**
Buyer's Signature _____

---

## TITLE ASSIGNMENT BY DEALER

The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address.

Buyer(s) Printed Name **Northshore Motor Leasing LLC**

Buyer(s) Printed Address **180 Michael Dr Syosset NY 11791**

with warranty to be free of all encumbrances except as follows:

LIEN IN FAVOR OF_____

Address_____

DESCRIPTION OF VEHICLE TRADED IN (IF ANY)
VEHICLE IDENTIFICATION NUMBER

YEAR_____ MAKE_____ MODEL_____

### ODOMETER DISCLOSURE
I certify that to the best of my knowledge that the odometer reading provided in the box below is the actual mileage of the vehicle unless one of the following statements is checked:

Odometer Reading (no tenths)  **73,901**

☐ EXCEEDS MECHANICAL LIMITS. The mileage stated is in excess of the odometer's mechanical limits.

☐ WARNING – ODOMETER DISCREPANCY
The odometer is not the actual mileage.

BILL OF SALE Date of Sale **12-23-22**

Full Sales Price of this Vehicle $_____
Less Trade In $_____
Net Taxable Trade Difference $_____

Dealer's Printed Name **Tesla Motors, Inc.    Adrianna Nazar**
Dealer's License Number **50814**
Dealer's Signature _____

"I am aware of the above odometer certification made by the dealer"
Buyer's Printed Name_____
Buyer's Signature_____

---

## TITLE ASSIGNMENT BY DEALER

The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address.

Buyer(s) Printed Name_____

Buyer(s) Printed Address_____

with warranty to be free of all encumbrances except as follows:

LIEN IN FAVOR OF_____

Address_____

DESCRIPTION OF VEHICLE TRADED IN (IF ANY)
VEHICLE IDENTIFICATION NUMBER

YEAR_____ MAKE_____ MODEL_____

### ODOMETER DISCLOSURE
I certify that to the best of my knowledge that the odometer reading provided in the box below is the actual mileage of the vehicle unless one of the following statements is checked:

Odometer Reading (no tenths)

☐ EXCEEDS MECHANICAL LIMITS. The mileage stated is in excess of the odometer's mechanical limits.

☐ WARNING – ODOMETER DISCREPANCY
The odometer is not the actual mileage.

BILL OF SALE Date of Sale_____

Full Sales Price of this Vehicle $_____
Less Trade In $_____
Net Taxable Trade Difference $_____

Dealer's Printed Name_____
Dealer's License Number_____
Dealer's Signature_____

"I am aware of the above odometer certification made by the dealer"
Buyer's Printed Name_____
Buyer's Signature_____

*Left margin labels: Title Assignment by Owner(s) | First Dealer Reassignment | Second Dealer Reassignment*

622798

 Dealer ID:100414821   Check In:12/29/2022
Batch #:    89

Dealer:NORTHSHORE MOTOR LEASING LLC

Source:MANHEIM PENNSYLVANIA

ACCID: 622798

(Live)    VIN:WAUHGAFC5GN009650



**Superb Motors**
215 Northern Blvd Great Neck, NY, 11021
(999) 999-9999

**Payment Advice**
## $110,519.50

Check #: 11483
Created by: Alysia Cayer
02/08/23 | 7:52 AM

Vendor: 7992-NORTHSHORE MOTOR LEASING LLC

| Invoice Number | Amount | Comments |
|---|---|---|
| SU0859 | $18,075.00 | - |
| SU0913 | $21,650.00 | - |
| SU0915 | $44,999.50 | - |
| SU0914 | $25,795.00 | - |

Posting Lines

| GL Account | Amount | Control | Control Description | Control2 | Posting Description |
|---|---|---|---|---|---|
| 1004 | -$110,519.50 | 11483 | - | 7992 - NORTHSHO RE MOTOR LEASING LLC | - |
| 2005 | $18,075.00 | SU0859 | - | - | - |
| 2005 | $21,650.00 | SU0913 | - | - | - |
| 2005 | $44,999.50 | SU0915 | - | - | - |
| 2005 | $25,795.00 | SU0914 | - | - | - |



**SUPERB MOTORS**
215 Northern Blvd
Great Neck, NY 11021
(999) 999-9999

**Chase Bank**
151 Asylum St, Hartford CT 06103

11483

| DATE |
|---|
| 08FEB23 |

| PAY THIS AMOUNT | | |
|---|---|---|
| *****110,519 | DOLLARS | 50 CENTS |

| AMOUNT OF CHECK |
|---|
| ****110,519.50 |

**VOID AFTER 90 DAYS**

TO
THE
ORDER
OF

NORTHSHORE MOTOR LEASING LLC
180 MICHAEL DRIVE
SYOSSET, NY 11791

* * * * * * * * * * * * * * * * * * * * * * * * * *
*** **N O T   N E G O T I A B L E** ***
BY * * * * * * * * * * * * * * * * * * * * * * * * * *
AUTHORIZED SIGNATURE

STATE OF FLORIDA
DEPARTMENT OF HIGHWAY SAFETY AND MOTOR
VEHICLES DIVISION OF MOTORIST SERVICES
Neil Kirkman Building - Tallahassee, FL 32399-0500
## MOTOR VEHICLE TITLE REASSIGNMENT SUPPLEMENT
(Instructions on Reverse Side)

This reassignment is supplement to: ☑ Title No. AA5453298    State of Issue: MT

☐ Manufacturer's Statement or Certificate of Origin

Is the title electronic?    ☐ Yes    ☑ No

### VEHICLE DESCRIPTION

| Vehicle Identification Number | Year | Make | Model | Body |
|---|---|---|---|---|
| SCA lddoD53HU102728 | 2017 | Rolls | Dawn | Conv. |

### REASSIGNMENT INFORMATION

| Name of Seller(s)/Agent (Print) | DL/ID#, DMS ACCT#, FEID# | DEALER/AUCTION LICENSE (if applicable) |
|---|---|---|
| R HOLLENSHEAD AUTO SALES INC | | VI-1084241-1 |

| Street Address | City | State | Zip |
|---|---|---|---|
| 1182 N Military Trail | West Palm Beach | FL | 33409 |

| Selling Price (If Applicable) | Sales Tax Collected (If Applicable) | Sales Tax Reg. No. (If Applicable) |
|---|---|---|
| | | |

| Purchaser and Co-Purchaser's Printed Name(s) | | | Date of Sale |
|---|---|---|---|
| SUNRISE AUTO OUTLET | | | 12/2/22 |

| Purchaser's Address | City | State | Zip |
|---|---|---|---|
| 189 SUNRISE HWY | AMITYVILLE | NY | 11701 |

| Co-Purchaser's Address (If applicable) | City | State | Zip |
|---|---|---|---|
| | | | |

| Auction Name (If applicable) | Auction License Number | State of License | Date of Auction |
|---|---|---|---|
| | | | |

| Street Address | City | State | Zip |
|---|---|---|---|
| | | | |

### ODOMETER DISCLOSURE STATEMENT

WARNING: FEDERAL AND STATE LAW REQUIRE THAT YOU STATE THE ODOMETER MILEAGE IN CONNECTION WITH TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT.

I/WE STATE THAT THIS ☐ 5 OR ☐ 6 DIGIT ODOMETER NOW READS, [4|2|6|5|6] XX (NO TENTHS) MILES, DATE READ ___/___/___, AND I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING.

CAUTION:
READ CAREFULLY
BEFORE YOU
CHECK A BOX

☐ 1) REFLECTS ACTUAL MILEAGE
☐ 2) IS IN EXCESS OF ITS MECHANICAL LIMITS
☐ 3) IS NOT THE ACTUAL MILEAGE WARNING - ODOMETER DISCREPANCY

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

| Printed name of seller(s)/Agent | Seller(s)/Agent Signature | |
|---|---|---|
| HOLLENSHEAD AUTO SALES INC | | LORI CARPENTER |

| Printed name of Co-Seller (If applicable) | Co-Seller Signature (If applicable) |
|---|---|
| | |

| Purchaser(s) Signature | Co-Purchaser(s) Signature |
|---|---|
| | |

| Purchaser(s) Printed Name First, Full Middle or Maiden, Last | Co-Purchaser(s) Printed Name    First, Full Middle or Maiden, Last |
|---|---|
| | |

**NOTICE: ANY ALTERATION OR ERASURE MAY VOID THIS ASSIGNMENT AND ALL ASSIGNMENTS THAT FOLLOW.**

ORIGINAL: SUBMIT WITH APPLICATION FOR TITLE

HSMV 82994 (REV. 04/14) S                                    COPY: SELLER/DEALER RETAIN IN FILE

NOTICE: ANY ALTERATION OR ERASURE MAY VOID THIS DOCUMENT

## WHEN SHOULD THIS FORM BE USED?

**FORM HSMV 82994, MOTOR VEHICLE TITLE REASSIGNMENT SUPPLEMENT, MUST BE USED:**

1. with conforming Florida Certificate(s) of Title to make additional dealer reassignments and odometer disclosures when all reassignment and odometer disclosure spaces on the reverse side of the Certificate of Title have been used:

Or

2. with a non-conforming Certificate(s) of Title to make reassignments and odometer disclosures;

Or

3. with conforming MCO, when the MCO is not available at the time of sale;

Or

4. with all out-of-state non-conforming Certificate(s) of Title to make dealer reassignments and odometer disclosures;

Or

5. when ownership is being transferred on an Electronic Certificate(s) of Title.

**NOTE:** This form should NOT be used when the owner is transferring ownership on a vehicle that does not have an electronic Certificate of Title. If the Certificate of Title is NOT electronic, the "Transfer of Title By Seller" section must be completed by the seller(s)/agent.

## FILING:

1. The original HSMV 82994 is to be surrendered with the application for title.

2. The copy of the HSMV 82994 is to be retained by the dealer in his/her records for a period of five (5) years. It is recommended that the individual seller(s) retain a copy of this form for their records.

HSMV 82994 (REV. 04/14) S

MVR-2 (Rev.01/2017)
NCADA

**North Carolina Division of Motor Vehicles**

NO FEE

# DEALER'S REASSIGNMENT OF TITLE TO A MOTOR VEHICLE

To be used by North Carolina licensed dealers to reassign out-of-state assigned certificates of title, non-title state registration certificates and/or bills of sale or other documents acceptable for obtaining a certificate of title in North Carolina for vehicles acquired by North Carolina dealers. May also be used to reassign manufacturer's certificates of origin and North Carolina certificates of title when the space or spaces provided on these documents for dealer's assignments have been used.

YEAR _2017_ MAKE _RR_ BODY STYLE _CV_ VIN _SCA66D53HU102728_

Federal and State law requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

## RE-ASSIGNMENT OF TITLE BY LICENSED DEALER

The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address:

_R Hollon Shead Auto Sales_

"I certify that to the best of my knowledge that the odometer reading is: _42,056_ **(NO TENTHS)** and reflects the actual mileage of this vehicle unless one of the following statements is checked."

☐ 1. The mileage stated is in excess of its mechanical limits.   ☐ 2. The odometer reading is not the actual mileage.   **WARNING — ODOMETER DISCREPANCY**

DATE VEHICLE DELIVERED TO PURCHASER _11-28-22_

To my knowledge the vehicle described herein:
Yes ☐ No ☑ Has been involved in a collision or other occurrence to the extent that the cost to repair exceeds 25% of fair market retail value.
Yes ☐ No ☐ Has been a flood vehicle, a reconstructed vehicle or a salvage vehicle.

Hand Printed Name and Signature of Dealer or Agent _K Newton_

Printed Firm Name _Nissan of Hendersonville_   Dealer No. _79694_

Date _11-28-22_   County _Henderson_   State _NC_

I certify that the following person(s) personally appeared before me this day, each acknowledging to me that he or she voluntarily signed the foregoing document for the purpose stated therein and in the capacity indicated: _____ seller(s)/(name(s) of principal(s)).

Notary Signature _____

Notary Printed or Typed Name _Brittany_

"I am aware of the above odometer certification and damage disclosure made by the seller."   My Commission Expires _6/20/2024_   **(SEAL)**

Hand Printed Name and Signature(s) of Buyer(s) _____

## RE-ASSIGNMENT OF TITLE BY LICENSED DEALER

The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address:

_____

"I certify that to the best of my knowledge that the odometer reading is: _____ **(NO TENTHS)** and reflects the actual mileage of this vehicle unless one of the following statements is checked."

☐ 1. The mileage stated is in excess of its mechanical limits.   ☐ 2. The odometer reading is not the actual mileage.   **WARNING — ODOMETER DISCREPANCY**

DATE VEHICLE DELIVERED TO PURCHASER _____

To my knowledge the vehicle described herein:
Yes ☐ No ☐ Has been involved in a collision or other occurrence to the extent that the cost to repair exceeds 25% of fair market retail value.
Yes ☐ No ☐ Has been a flood vehicle, a reconstructed vehicle or a salvage vehicle.

Hand Printed Name and Signature of Dealer or Agent _____

Printed Firm Name _____   Dealer No. _____

Date _____   County _____   State _____

I certify that the following person(s) personally appeared before me this day, each acknowledging to me that he or she voluntarily signed the foregoing document for the purpose stated therein and in the capacity indicated: _____ seller(s)/(name(s) of principal(s)).

Notary Signature _____

Notary Printed or Typed Name _____

"I am aware of the above odometer certification and damage disclosure made by the seller."   My Commission Expires _____   **(SEAL)**

Hand Printed Name and Signature(s) of Buyer(s) _____

## RE-ASSIGNMENT OF TITLE BY LICENSED DEALER

The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address:

_____

"I certify that to the best of my knowledge that the odometer reading is: _____ **(NO TENTHS)** and reflects the actual mileage of this vehicle unless one of the following statements is checked."

☐ 1. The mileage stated is in excess of its mechanical limits.   ☐ 2. The odometer reading is not the actual mileage.   **WARNING — ODOMETER DISCREPANCY**

DATE VEHICLE DELIVERED TO PURCHASER _____

To my knowledge the vehicle described herein:
Yes ☐ No ☐ Has been involved in a collision or other occurrence to the extent that the cost to repair exceeds 25% of fair market retail value.
Yes ☐ No ☐ Has been a flood vehicle, a reconstructed vehicle or a salvage vehicle.

Hand Printed Name and Signature of Dealer or Agent _____

Printed Firm Name _____   Dealer No. _____

Date _____   County _____   State _____

I certify that the following person(s) personally appeared before me this day, each acknowledging to me that he or she voluntarily signed the foregoing document for the purpose stated therein and in the capacity indicated: _____ seller(s)/(name(s) of principal(s)).

Notary Signature _____

Notary Printed or Typed Name _____

"I am aware of the above odometer certification and damage disclosure made by the seller."   My Commission Expires _____   **(SEAL)**

Hand Printed Name and Signature(s) of Buyer(s) _____

**LIEN OR ENCUMBRANCE - ENTER IN OWNER'S APPLICATION FOR TITLE.**

*This form contains the conforming odometer statement and must have the hand printed name and signature of both the buyer and seller.*

Verify authenticity. Face should have a purple background. Back should contain a watermark that is visible when held at a 45 degree angle.

R Hollenshead HS

P102728

# STATE OF MONTANA
## DEPARTMENT OF JUSTICE - MOTOR VEHICLE DIVISION
## CERTIFICATE OF TITLE

cjb283

| Title Nbr | Year | Make | Model | Extended Model | Style | NCIC Vehicle Type | Unladen Weight/Material |
|---|---|---|---|---|---|---|---|
| AA5453298 | 2017 | Rolls-royce | Dawn | | CV | PC | 5644 |
| VIN/HIN | | MT Boat Nbr | Ton Code/Propulsion Type | | Odometer | | Vehicle Nbr |
| SCA666D53HU102728 | | | | 16163 Miles Actual as of 05/01/2021 | | | 4990617 |
| Brand | | Title Issue Date | Vehicle Sale Date | Transfer Reason | Attribute | Owner Tracking Nbr | Fleet Nbr |
| | | 05/01/2021 | 05/01/2021 | OOS Title Transfer | | | |

**Owner Name and Address**

RNS HOLDINGS LLC
1001 S Main St Ste 49
Kalispell MT 59901
Customer Number: 3905879

This vehicle/vessel is subject to the following security interest(s):

BMW Financial Services
5550 Britton Pkwy
Hilliard, OH 430267456
05/01/2021
Customer Number: 1568264

Mail To:

**RNS HOLDINGS LLC**
**1001 S Main St Ste 49**
**Kalispell MT 59901**

The vehicle/vessel may be subject to other security interests.

VERIFY PRESENCE OF WATERMARK - HOLD TO LIGHT TO VIEW

As the Registered Owner of the above vehicle, I transfer all right, title and interest in the vehicle to the following person, as of the date below:

Print name of buyer, whether individual or business:  Nissan of Hendersonville

Date of Transfer (delivery of vehicle): 1-15-22

Buyer's Street Address: 1340 Spartanburg Hwy   City: Hendersonville   State: NC   Zip: 29

Federal and state law require that the owner state the mileage of a vehicle upon transfer of ownership. If you fail to complete this disclosure or provide a false statement, you may be subject to fines and/or imprisonment.

I state that this (check one) 5 ☐ or 6 ☐ digit odometer now reads (no tenths) [42050] miles, date read _____ and to the best of my knowledge it reflects the actual mileage unless one of the following statements is checked.

DO NOT CHECK UNLESS APPLICABLE: ☐ The odometer reading reflects the amount of mileage in excess of its mechanical limits.
☐ The odometer reading is not the actual mileage. Warning - odometer discrepancy.

ALL OWNERS MUST SIGN - Additional owners are listed to the right of the first owner above.

Under penalty of law, I certify the above odometer disclosure and transfer of ownership information is correct to the best of my knowledge; that I am the same person named above; and if signing for a business entity or trust, I have full authority to act upon behalf of the owner, whose name appears on the upper left side of this Title.

Signature of First Owner or Agent of Owner (Transferor): X RNS Holdings LLC By: Samuel Girgis by:   Printed name - must be the same as signature (do not type): S Kadspinner

Signature of Additional Owner or Agent of Owner (if more than one): X   Printed name - must be the same as signature (do not type): S Kadspinner

Notice: notarization is only required for private sales from an individual to an individual. Vehicles sold to licensed dealerships are not required to be notarized.

State of _____ County of _____   Signed before me on (date) _____   Notary Stamp/Seal

by (Clearly print name of person requesting notary service) _____

Notary signature _____

ACKNOWLEDGEMENT OF MILEAGE DISCLOSURE: I am aware of the above odometer certification made by the seller.

Signature of Buyer - only one signature is required: X   Printed name - must be the same as signature (do not type): K. Nerla

SELLER COMPLETES IN INK — ALL OWNERS MUST SIGN.

BUYER



VEHICLE SERVICES BUREAU
P.O. BOX 201431
HELENA MT 59620-1431



CONTROL NO. **16533140**
(This is not a title number)

(REV. 11/2017)

KEEP IN A SAFE PLACE. ANY ALTERATION, USE OF CORRECTION FLUID OR ERASURE VOIDS THIS CERTIFICATE.

## INSTRUCTIONS – READ CAREFULLY

- Purchaser applying for title is required to complete and sign Section D. The purchaser must include their dealer license number, driver license (DL), federal tax identification number (FEIN), tribal identification number (Tribal ID) or corporate identification number (Corp ID). The title must be submitted to the County Treasurer within 40 days of purchase – failure to do so is a violation of MCA 61-3-220 and will result in a $10.00 penalty.
- The secured party must include their driver license, federal tax identification number, tribal identification number or corporate identification number.
- Licensed dealers may execute up to three transfers by completing Dealer Reassignment Sections A, B, and C. Insurance companies may execute one transfer by completing Section A. **WARNING: Federal and state law requires that you transfer ownership to your purchaser and enter the mileage in connection with the transfer – failure to do so or providing a false statement is a violation of state law and may result in fines and/or imprisonment.**
- Any alteration – use of correction fluid/erasure – voids this certificate.

### A — FIRST DEALER/INSURER REASSIGNMENT

For value received I, the undersigned dealer/insurer, transfer ownership of the vehicle/vessel described on this certificate of title to:

Print name of purchaser(s)_____  Address_____

I state that this (check one) 5 ☐ or 6 ☐ digit odometer now reads (no tenths) _____ miles, date read _____ and to the best of my knowledge that it reflects the actual mileage *unless one of the following statements is checked:*

☐ DO NOT CHECK  ☐ The odometer reading reflects the amount of mileage *in excess of its mechanical limits.*
☐ UNLESS APPLICABLE  ☐ The odometer reading is not the actual mileage. *Warning – odometer discrepancy.*

I certify under penalty of law **(MCA 45-7-203, Unsworn Falsification to Authorities)** that the statements made on this certificate are true and correct to the best of my knowledge, information and belief, and I have full authority to sign for the dealership or insurer.

Signature of dealer/insurer (sign in ink) _____  Printed name _____
Name of _____  Dealer license number or
dealership/insurer _____  DL/FEIN/Tribal ID/Corp ID _____

I am aware of the above odometer certification made by the dealer or insurer. Print business name _____

Date of sale _____  Signature of purchaser _____  Printed name (do not type) _____

### B — SECOND DEALER REASSIGNMENT

For value received I, the undersigned dealer, transfer ownership of the vehicle/vessel described on this certificate of title to:

Print name of purchaser(s)_____  Address_____

I state that this (check one) 5 ☐ or 6 ☐ digit odometer now reads (no tenths) _____ miles, date read _____ and to the best of my knowledge that it reflects the actual mileage *unless one of the following statements is checked:*

☐ DO NOT CHECK  ☐ The odometer reading reflects the amount of mileage *in excess of its mechanical limits.*
☐ UNLESS APPLICABLE  ☐ The odometer reading is not the actual mileage. *Warning – odometer discrepancy.*

I certify under penalty of law **(MCA 45-7-203, Unsworn Falsification to Authorities)** that the statements made on this certificate are true and correct to the best of my knowledge, information and belief, and I have full authority to sign for the dealership.

Signature of dealer (sign in ink) _____  Printed name _____

Name of dealership _____  Dealer license number _____

I am aware of the above odometer certification made by the dealer. Print business name _____

Date of sale _____  Signature of purchaser _____  Printed name (do not type) _____

### C — THIRD DEALER REASSIGNMENT

For value received I, the undersigned dealer, transfer ownership of the vehicle/vessel described on this certificate of title to:

Print name of purchaser(s)_____  Address_____

I state that this (check one) 5 ☐ or 6 ☐ digit odometer now reads (no tenths) _____ miles, date read _____ and to the best of my knowledge that it reflects the actual mileage *unless one of the following statements is checked:*

☐ DO NOT CHECK  ☐ The odometer reading reflects the amount of mileage *in excess of its mechanical limits.*
☐ UNLESS APPLICABLE  ☐ The odometer reading is not the actual mileage. *Warning – odometer discrepancy.*

I certify under penalty of law **(MCA 45-7-203, Unsworn Falsification to Authorities)** that the statements made on this certificate are true and correct to the best of my knowledge, information and belief, and I have full authority to sign for the dealership.

Signature of dealer (sign in ink) _____  Printed name _____

Name of dealership _____  Dealer license number _____

I am aware of the above odometer certification made by the dealer. Print business name _____

Date of sale _____  Signature of purchaser _____  Printed name (do not type) _____

### D — TITLE APPLICATION – SECURITY INTEREST ACKNOWLEDGMENT

I state that I have compared the manufacturer's vehicle/vessel identification number shown on the face of this certificate with the manufacturer's vehicle/vessel identification plate affixed to the vehicle/vessel and they agree in every particular. This vehicle/vessel is subject to the security interest(s) shown below. Write "NONE" if no security interest exists: _____

First Secured Party _____  Security Interest Date _____
Address _____  DL/FEIN/Tribal ID/Corp ID _____
Second Secured Party _____  Security Interest Date _____
Address _____  DL/FEIN/Tribal ID/Corp ID _____

I certify under penalty of law **(MCA 45-7-203, Unsworn Falsification to Authorities)** that the statements made on this certificate are true and correct to the best of my/our knowledge, information and belief, that I are the same person(s) named below in this purchaser(s) application, and if signing for a commercial entity or trust, I have full authority to do so.

| Printed or typed name of purchaser/owner/business (1) | Printed or typed name of purchaser/owner (2) | | | |
|---|---|---|---|---|
| Mailing address - purchaser 1 | Residence address - purchaser 1 (must be street or rural route) | City or town | State | Zip |
| Mailing address - purchaser 2 | Residence address - purchaser 2 (must be street or rural route) | City or town | State | Zip |

| Legal signature of purchaser/owner (sign in ink, only one signature required) | Dealer License Number | DL/FEIN/Tribal ID/Corp ID purchaser (1) | DL/FEIN/Tribal ID/Corp ID purchaser (2) | Date |
|---|---|---|---|---|

MVR-63
(Rev. 01/06)

## POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS, That the undersigned:

Samuel Girgiss
_____(BUYER)_____ (SELLER)   OR   (LLEGAL OWNER)

of the following described motor vehicle:

Make ___Rolls Royce___ Type ___Car___

Motor Number_____ Serial Number ___SCA666D53HU102228___

Year Built ___2017___ Model ___Dawn___

Does hereby authorize and irrevocably appoint:

_____Stadginer_____
(ATTORNEY)

my (or our) true and lawful attorney to sign in the name, place and stead of the
undersigned, any certificate of title covering the vehicle described above in whatever
manner necessary to effect the transfer of such title, application for a duplicate of such
title, or application for a new certificate of title of said vehicle as (he) (she) may deem fit
and proper, hereby ratifying and confirming whatever action said Attorney shall or may
take by virtue hereof in the premises.

**IN WITNESS WHEREOF,** the undersigned has executed this instrument this

___14th___ day of ___November___, ___2022___

X _____
(FULL SIGNATURE OF OWNER)

Date: ___11/14/22___ County ___Richmond___ State ___NY___

I certify that the following person(s) personally appeared before me this day, each
acknowledging to me that he or she voluntarily signed the foregoing document for
the purpose stated therein and in the capacity indicated:

___Samuel Girgiss___
(NAME(S) OF PRINCIPAL(S))

Notary Signature _____

Printed or typed name ___Kristi S. Plute___

KRISTI S. HENDERSON
NOTARY PUBLIC
My Commission Expires 7-25-2028
COUNTY, NC

**MVR-181**
(Rev. 02/22)

# DAMAGE DISCLOSURE
## STATEMENT

Questions 1 & 4 apply only to five (5) model
years old and newer.
*Alterations or erasures void this form.*

### NOTICE TO SELLER:
STATE LAW REQUIRES THAT EVERY SELLER DISCLOSE TO THE BUYER IF HE/SHE KNOWS THE
INFORMATION LISTED BELOW. FAILURE TO DO SO MAY RESULT IN CIVIL AND/OR CRIMINAL LIABILITY.

### NOTICE TO BUYER:
RETAIN THIS INFORMATION. STATE LAW REQUIRES YOU TO DISCLOSE SIMILAR DAMAGE INFORMATION
WHEN YOU SELL OR TRANSFER TITLE TO THIS VEHICLE.

YEAR _2017_

MAKE _Rolls Royce_

BODY STYLE _Convertible_

V.I.N. _SCA666D53HU102728_

1. Has this vehicle been **damaged by collision or
   other occurrence to the extent that damages
   exceed 25% of its value at the time of the
   collision or other occurrence?**
   (Applies to 5 Model Years old and newer)

   ☐ YES    ☑ NO

   If yes, list parts that were damaged.

   _____

   _____

2. Was this vehicle a **salvage motor vehicle?**
   (Applies to All Model Years)

   ☐ YES    ☑ NO

   If yes, in which state was it titled?

   _____

3. Is this vehicle a **flood vehicle?**
   (Applies to All Model Years)

   ☐ YES    ☑ NO

4. Is this vehicle a **recovered theft vehicle?**
   (Applies to 5 Model Years old and newer)

   ☐ YES    ☑ NO

   If yes, list parts that were damaged.

   _____

   _____

5. Has this vehicle been **reconstructed?**
   (Applies to All Model Years)

   ☐ YES    ☑ NO

As the Seller, I declare that the above information is true to the best of my knowledge.

X _____

SELLER'S SIGNATURE

DATE: _11/14/22_

SELLER'S ADDRESS: _1001 S Main St Kalispell, MT 59901_

_____

X _____

BUYER'S ACKNOWLEDGEMENT AND SIGNATURE

*See definitions on reverse side.

## Montana Notice of Security Interest or Lien Filing

Lien Priority: 1

cjb283

| **Title Number**<br>AA5453298<br>**VIN/HIN**<br>SCA666D53HU102728<br>**Vehicle Nbr**<br>4990617 | **Year**<br>2017<br>**Ton/Propulsion** | **Make**<br>Rolls-royce<br>**Style**<br>CV | **Model**<br>Dawn<br>**Title Issue Date**<br>05/01/2021 | **Owner's Name and Address**<br>RNS HOLDINGS LLC<br>1001 S Main St Ste 49<br>Kalispell, MT 59901 |

**Secured Party of Lienholder**
BMW Financial Services
5550 Britton Pkwy
Hilliard, OH 430267456
05/01/2021
Customer Number: 1568264

**Mail To**
BMW Financial Services
5550 Britton Pkwy
Hilliard OH 43026-7456

## RELEASE/SATISFACTION OF SECURITY INTEREST OR LIEN

The undersigned directs the Motor Vehicle Division to mark the record satisfied in full on the above described vehicle/vessel. Submission of this form does not generate a title. To receive a title removing the security interest to be released, please submit a replacement application with title fee.

Security Interest Tracking Number: SIL014675758
Date of release or satisfaction: 12/19/2022
Secured Party or Lienholder, please print:

**BMW Financial Services NA LLC**
Authorized Signature: _Kayla Bruce_
Printed Name: Kayla Bruce

I certify under penalty of law **(Section 45-7-203, Montana Code Annotated, Unsworn Falsification to Authorities)** that the statements made on this form are true and correct to the best of my knowledge, information and belief, and if signing for a commercial entity, I have full authority to do so.

A secured party or lienholder who has a perfected security interest in a vehicle/vessel and who fails to file a satisfaction of the security interest or lien within 21 days after receiving final payment is required to pay the department $25 for each day that the secured party or lienholder fails to file the satisfaction. (Section 61-3-103(5), MCA).



| This certifies that the security interest or lien described on this form has been duly filed in this office. |

 

**AFFIDAVIT OF REPOSSESSION** (above release/satisfaction does not have to be completed)
**Title Fee: $12.36 for light vehicles, trucks and buses weighing less than one ton; $10.30 for all other vehicles; payable to "State of Montana."**
I certify that:
On the _____ day of _____ of 20_____, I lawfully repossessed the vehicle/vessel described above because the debtor failed to fulfill his/her obligation according to the terms of the security interest or lien on the vehicle/vessel;
I (or the firm, company or corporation I represent) **have been in continuous and undisputed possession** of the vehicle/vessel from the date of repossession above stated to the present time;
I make this affidavit for the purpose of establishing ownership to the vehicle/vessel in order to obtain a Certificate of Title and release the security interest or lien against the vehicle/vessel;
Under penalty of law **(Section 45-7-203, MCA, Unsword Falsification to Authorities)** the statements made on this form are true and correct to the best of my knowledge, information and belief, and if signing for a commercial entity, I have full authority to do so.
Dated this _____ day of _____, 20 _____

_____
Agent or Repossessing Applicant's Signature - this is my legal signature

_____
Driver License Number if an Individual, FEIN if Firm

_____
Full Name and Mailing Address of Repossessing Party - please print

**RMV37A (01/15)**                    **Montana county and state authorities reserve the right to reject any form that has been altered**
This form is available in alternate formats for people with disabilities



**Vehicle Services Bureau**

# Release of
# Security Interest or Lien

MVD Use Only

.O. Box 201431, 302 N Roberts, Helena, MT 59620-1431 ● Phone (406) 444-3661  Fax (406) 444-0116 ● mvdtitleinfo@mt.gov

For purposes of this document "vehicle" includes: a motor vehicle, trailer, semi-trailer, pole trailer, camper, motorboat, personal watercraft, sailboat, and snowmobile.

## I certify that:

- The security interest or lien against the following vehicle* has been paid, and I direct the Department of Justice to mark the record satisfied in full:

Year: 2017     Make: Rolls-Royce     Title Number:

Vehicle Identification Number: | S | C | A | 6 | 6 | 6 | D | 5 | 3 | H | U | 1 | 0 | 2 | 7 | 2 | 8 |

Registered Owner: Rns Holdings LLC

File Date of the Security Interest or Lien shown on the title: 05/20/2021

Security Interest Tracking Number: SIL014675758
(Found on the lien perfection document the lender receives when the security interest/lien is initially filed at the county.)

Secured Party Name: Bmw Financial Services Na, LLC

*Failure to provide any of the above information will delay processing.

- Under penalty of law (MCA 45-7-203), I certify that the statements made and information contained on this form are true and correct to the best of my knowledge, information, and belief; I am the person named on this form; and, if signing for a business entity or trust, I have full authority to do so.

**Note:** MCA 61-3-103(5) requires that a secured party who has a perfected security interest or lien in a vehicle and who fails to file a satisfaction of the security interest or lien within 21 days after receiving final payment, must pay the department $25.75 for each day that the secured party fails to file the satisfaction (fee includes 3% administrative fee per MCA 61-3-111).

Secured Party Printed Name: Kayla Oliver, TRT      **BMW Financial Services NA, LLC**

Secured Party Signature: Kayla Olier
This is my legal signature.          Date: December 19, 2022

MV37A (1/18)

Montana county and state authorities reserve the right to reject any form that has been altered.
This form is available in alternate formats for people with disabilities.

# Rol's-Royce Motor Cars
# Financial Services

1400 City View Drive
Columbus Ohio 43215

December 19, 2022

Nissan Of Hendersonville
1340 Spartanburg Hwy
Hendersonville NC 287926440

Reference 2XXXXX4186 / 2017 Rolls-Royce Dawn / SCA666D53HU102728

Subject **Payoff of the referenced vehicle**

Dear Nissan Of Hendersonville:

We received a payoff for the above referenced account. Enclosed is the motor vehicle title and/or lien release with lien stamped as satisfied. Please contact your local Department of Motor Vehicles if you have questions on how to have our lien removed.

If you have any questions, please contact a Customer Service Advocate at (877) 877-3735, Monday through Thursday, 9:00 a.m. to 9:00 p.m. ET, and Friday 9:00 a.m. to 6:00 p.m. ET, or by mail at the company address listed on this letter.

Sincerely yours,

BMW Financial Services



# FINANCIAL SERVICES

ROLLS-ROYCE MOTOR CARS

5550 Britton Parkway Hilliard OH 43026  PO Box 3608 Dublin OH 43016-0306  Fax: 1-410-584-0462  www.rolls-roycemotorcars.com
Rolls-Royce Motor Cars Financial Services, a division of BMW Financial Services NA, LLC

006.005569009.001

BMKSO001 RT DLR          FEDEX          T
                         FD0473



STATE OF FLORIDA
DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES
DIVISION OF MOTORIST SERVICES
Neil Kirkman Building - Tallahassee, FL 32399-0500

# MOTOR VEHICLE TITLE REASSIGNMENT SUPPLEMENT

(Instructions on Reverse Side)

3886280    NY

This reassignment is supplement to: ☑ Title No.: _____ State of Issue: _____

☐ Manufacturer's Statement or Certificate of Origin

Is the title electronic?   ☐ Yes   ☑ No

## VEHICLE DESCRIPTION

| Vehicle Identification Number | Year | Make | Model | |
|---|---|---|---|---|
| SALGW2SE6KA533297 | 2019 | LAND ROVER | RANGE ROVER V8 | V8 Supercharged SV Autobiography Dynamic |

## REASSIGNMENT INFORMATION

| Name of Seller(s)/Agent (Print) | DL/ID#, DMS ACCT#, FEID# | DEALER/AUCTION LICENSE (if applicable) |
|---|---|---|
| Adcock Brothers Inc | | VW-1105656-1 |

| Street Address | City | State | Zip |
|---|---|---|---|
| 200 Harrison Ave. | Panama City. | FL. 32401 | |

| Selling Price (If Applicable) | Sales Tax Collected (If Applicable) | Sales Tax Reg. No. (If Applicable) |
|---|---|---|
| | | |

| Purchaser and Co-Purchaser's Printed Name(s) | | | Date of Sale |
|---|---|---|---|
| Superb Motors Inc | | | 4/28/23 |

| Purchaser's Address | City | State | Zip |
|---|---|---|---|
| 215 Northern Blvd | Great Neck | NY | 11021 |

| Co-Purchaser's Address (If applicable) | City | State | Zip |
|---|---|---|---|
| | | | |

| Auction Name (If applicable) | Auction License Number | State of License | Date of Auction |
|---|---|---|---|
| | | | |

| Street Address | City | State | Zip |
|---|---|---|---|
| | | | |

## ODOMETER DISCLOSURE STATEMENT

**WARNING: FEDERAL AND STATE LAW REQUIRE THAT YOU STATE THE ODOMETER MILEAGE IN CONNECTION WITH TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT.**

I/WE STATE THAT THIS ☐ 5 OR ☑ 6 DIGIT ODOMETER NOW READS, |5|5|,|2|4|6| XX (NO TENTHS) MILES, DATE READ 4/28/23 AND I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING.

CAUTION:
READ CAREFULLY
BEFORE YOU
CHECK A BOX

☑ 1. REFLECTS ACTUAL MILEAGE
☐ 2. IS IN EXCESS OF ITS MECHANICAL LIMITS
☐ 3. IS NOT THE ACTUAL MILEAGE.  WARNING – ODOMETER DISCREPANCY

**UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.**

| Printed Name of seller(s)/Agent | Seller(s)/Agent Signature |
|---|---|
| Paige Ecenrode | |

| Printed Name of Co-seller (If applicable) | Co-Seller Signature (If applicable) |
|---|---|
| | |

| Purchaser(s) Signature | Co-Purchaser(s) Signature |
|---|---|
| | |

| Purchaser(s) Printed Name First, Full Middle or Maiden, Last | Co-Purchaser(s) Printed Name   First, Full Middle or Maiden, Last |
|---|---|
| Yvonne McCoy | |

AGT

NOTICE: ANY ALTERATION OR ERASURE MAY VOID THIS ASSIGNMENT AND ALL ASSIGNMENTS THAT FOLLOW.

ORIGINAL: SUBMIT WITH APPLICATION FOR TITLE          COPY:  SELLER/DEALER RETAIN IN FILE

HSMV 82994 (REV. 04/14) S

## WHEN SHOULD THIS FORM BE USED?

FORM HSMV 82994, MOTOR VEHICLE TITLE REASSIGNMENT SUPPLEMENT, MUST BE USED:

1.      with conforming Florida Certificate(s) of Title to make additional dealer reassignments and odometer disclosures when all reassignment and odometer disclosure spaces on the reverse side of the Certificate of Title have been used;
Or

2.      with a non-conforming Certificate(s) of Title to make reassignments and odometer disclosures;
Or

3.      with conforming MCO, when the MCO is not available at the time of sale;

Or

4.      with all out-of-state non-conforming Certificate(s) of Title to make dealer reassignments and odometer disclosures;
Or

5.      when ownership is being transferred on an Electronic Certificate(s) of Title.

NOTE:  **This form should NOT be used when the owner is transferring ownership on a vehicle that does not have an electronic Certificate of Title.  If the Certificate of Title is NOT electronic, the "Transfer of Title By Seller" section must be completed by the seller(s)/agent.**

## FILING:

1. The original HSMV 82994 is to be surrendered with the application for title.

2. The copy of the HSMV 82994 is to be retained by the dealer in his/her records for a period of five (5) years.  It is recommended that the individual seller(s) retain a copy of this form for their records.

New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE RECEIPT

☐ Salvage
MV-907A No. _____

### No. EW32056342023

## VEHICLE INFORMATION:

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|-----------------|-----------|-----------|------------------------|
| 2019 | LA/RO | N/A | SUBN | GY | N/A | 5545 | G | 8 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|---|---|---|
| S A L G W 2 S E 6 K A 5 3 3 2 9 7 0 | | N/A |

### DEALER INFORMATION

LUCIANO AUTO SALES, 587 PHILLIPS ROAD, WEBSTER, NY, 14580, Monroe

| PURCHASER INFORMATION | Date of Sale |
|---|---|
| ADCOCK BROTHERS INC, 200 HARRISON AVE, PANAMA CITY, FL, 32401 | 04-19-2023 |
| **PRIOR OWNER INFORMATION** | **Date of Purchase** |
| PIEHLER MOTOR SPORTS, 770 PANORAMA TRAIL S, ROCHESTER, NY, 14625, MONR Electronic MV-50 Number (EW32028582023) | 04-18-2023 |

### ODOMETER DISCLOSURE STATEMENT

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

☑ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

| ODOMETER READING | | | | | | |
|---|---|---|---|---|---|---|
| 0 | 0 | 5 | 5 | 2 | 3 | 5 |
| | | | (no tenths) | | | |

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. **WARNING: ODOMETER DISCREPANCY."**

Check your odometer reading at:   **verifiny.com/check**   Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

### DEALER CERTIFICATION

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full | Date | Seller's Facility No. |
|---|---|---|---|
| *[signature]* | LUCIANO AUTO SALES | 4-19-23 | 7039229 |

### PURCHASER CONFIRMATION

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full | Date | Purchaser's Facility No. |
|---|---|---|---|
| *[signature]* | ADCOCK BROTHERS INC | 4-19-23 | |

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*

WHOLESALE CERTIFICATE OF SALE

New York State Department of Motor Vehicles

## No. EW32056342023

| VEHICLE TRANSFER HISTORY | | | | | |
|---|---|---|---|---|---|
| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
| LUCIANO AUTO SALES | ADCOCK BROTHERS INC | 7039229 | 04 / 19 / 2023 | EMV50 | Yes |
| PIEHLER MOTOR SPORTS LLC | LUCIANO AUTO SALES | 7107728 | 04 / 18 / 2023 | EMV50 | No |
| BROTHERS INTERNATNL | PIEHLER MOTOR SPORTSLLC | | 04 / 14 / 2023 | NYST | No |
| PIEHLER MOTOR SPORTS LLC | BROTHERS INTERNATNL FOOD CORP | 7107728 | 12 / 31 / 2018 | EMV50 | No |
| JLRNA | PIEHLER MOTOR SPORTSLLC | | 12 / 27 / 2018 | MCO | No |

*Any change or Alteration voids this receipt*

Duplicate copy

☐ Salvage
MV-907A No. _____

**WHOLESALE CERTIFICATE OF SALE RECEIPT**

## No. EW32028582023

### VEHICLE INFORMATION:

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|------------------|-----------|-----------|------------------------|
| 2019 | LA/RO | N/A | SUBN | GY | N/A | 5545 | G | 8 | 5 |

| Vehicle Identification Number | | Lien(s) | Dealer/Transporter Plate Loaned |
|---|---|---|---|
| S A L G W 2 S E 6 K A 5 3 3 2 9 7 | | 0 | N/A |

### DEALER INFORMATION

PIEHLER MOTOR SPORTS LLC, 770 PANORAMA TRAIL S, ROCHESTER, NY, 14625, Monroe

| PURCHASER INFORMATION | Date of Sale |
|---|---|
| LUCIANO AUTO SALES, 587 PHILLIPS ROAD, WEBSTER, NY, 14580 | 04-18-2023 |

| PRIOR OWNER INFORMATION | Date of Purchase |
|---|---|
| BROTHERS INTERNATNL, PO BOX 60679, ROCHESTER, NY, 14606, NYS Title (388628U) | 04-14-2023 |

### ODOMETER DISCLOSURE STATEMENT

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

■ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

| ODOMETER READING | | | | | | |
|---|---|---|---|---|---|---|
| 0 | 0 | 5 | 5 | 2 | 2 | 5 |
| | | | (no tenths) | | | |

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. **WARNING:** ODOMETER DISCREPANCY."

Check your odometer reading at: | verifiny.com/check | Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

### DEALER CERTIFICATION

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full | Date | Seller's Facility No. |
|---|---|---|---|
| *[signature]* | PIEHLER MOTOR SPORTS LLC | 4-18-23 | 7107728 |

### PURCHASER CONFIRMATION

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full | Date | Purchaser's Facility No. |
|---|---|---|---|
| *[signature]* | LUCIANO AUTO SALES | 4-18-23 | 7039229 |

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*

New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE

### No. EW32028582023

| VEHICLE TRANSFER HISTORY | | | | | |
|---|---|---|---|---|---|
| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
| **BROTHERS INTERNATNL** | **PIEHLER MOTOR SPORTSLLC** | | **04 / 14 / 2023** | **NYST** | **No** |
| PIEHLER MOTOR SPORTS LLC | BROTHERS INTERNATNL FOOD CORP | 7107728 | 12 / 31 / 2018 | EMV50 | No |
| JLRNA | PIEHLER MOTOR SPORTSLLC | | 12 / 27 / 2018 | MCO | No |

*Any change or Alteration voids this receipt*

**BANK OF AMERICA** 

FL9-600-02-65
PO Box 45144
Jacksonville, FL 32232
800.215.6195

**Date:** December 29, 2020

## Letter of No Interest

BROTHERS INTERNATIONAL FOOD CORP
1175 LEXINGTON AVE
ROCHESTER, NY 14606-2903

Account ending in:
49230682

## Bank of America, N.A., no longer has a security interest in the property described below:

Collateral identification number:  SALGW2SE6KA533297
Collateral description:          2019 Land Rover Ra
Lien open date:                2019-01-04
Lien amount:                  $175,028.73
Date of release:                2020-12-29

Associate signature
Joann Powell, an authorized agent for Bank of America, Consumer Vehicle Servicing

STATE OF FLORIDA
COUNTY OF DUVAL

The foregoing instrument was acknowledged before me by means of ☐ physical presence or ☐ online notarization, this Tuesday, December 29, 2020, by Joann Powell, as Title Clerk, who is personally known to me or who has produced _____ (type of identification) as identification on behalf of Bank of America, N.A., a national banking association.

Notary Public, State and County Aforesaid

(NOTARIAL SEAL)                Print Name: _____ Roxanne **Barker**

My commission expires: _____

My commission number: _____

ROXANNE BARKER
Notary Public, State of Florida
Commission# GG 915313
My comm. expires Sept. 22, 2023

024322

3411143    701312 777    104132    23L1120A

# CERTIFICATE OF TITLE

## NEW YORK STATE

dmv.ny.gov

| Title and Identification No. | Year | Make | Model Code | Body/Hull | * * LIENS * * Document No. |
|---|---|---|---|---|---|
| SALGW2SE6KA533297 SALGW2SE6KA533297 | 2019 | LA/RO | N/A | SUBN | 388628U |

| Color | Wt./Sts./Lgth. | Fuel | Cyl./Prop. | New or Used | Type of Title | Date Issued |
|---|---|---|---|---|---|---|
| GY | 5545 | GAS | 8 | NEW | VEHICLE | 1/22/19 |

**Name and Address of Owner(s)**
BROTHERS INTERNATNL
FOOD CORP
PO BOX 60679
ROCHESTER NY     14606

**ODOMETER READING:** 00020
00020

**ACTUAL MILEAGE**



This document is your proof of ownership for this vehicle, boat or manufactured home. Keep it in a safe place, not with your license or registration or in your vehicle or boat. To dispose of your vehicle, boat or manufactured home, complete the transfer section on the back and give this title to the new owner.

| Lienholder | Lienholder |
|---|---|
| BANK OF AMERICA PO BOX 2759 JACKSONVILLE    FL 32203   **01** | * ONE LIEN RECORDED * |
| Lienholder | Lienholder |
| * ONE LIEN RECORDED * | * ONE LIEN RECORDED * |

MV-999 (1/15)

## DEPARTMENT OF MOTOR VEHICLES

VOID IF ALTERED

VOID IF ALTERED

ANY FALSE STATEMENT MADE WILL VOID THIS TITLE -- ANY FALSE STATEMENT IS A MISDEMEANOR

## SECTION I - Transfer by Owner

**ODOMETER DISCLOSURE STATEMENT**

*Note: This vehicle cannot be registered or titled in the name of the new owner unless mileage is disclosed.*

Federal and State Law require that you state the mileage of the vehicle described on this certificate when transferring ownership. Failure to do so, or providing a false statement, may result in fines and/or imprisonment.

I certify that, to the best of my knowledge, this odometer reading *(check one)*:

☑ 1. reflects the ACTUAL MILEAGE as seen on the odometer of the vehicle described on the front.
☐ 2. EXCEEDS MECHANICAL LIMITS (odometer started over at zero)
☐ 3. not the actual mileage. WARNING - ODOMETER DISCREPANCY.

**ODOMETER READING**

55225

(no tenths)

**ODOMETER HAS SPACE FOR:** *(Check one)*
☐ Five Digits, *excluding tenths*
☐ Six Digits, *excluding tenths*

### DAMAGE DISCLOSURE STATEMENT (To be Completed by Owner Named on Face of Title)

I certify that, to the best of my knowledge, this vehicle ☐ has been or ☑ has not been wrecked, destroyed or damaged to such an extent that the total estimate or actual cost of parts and labor to rebuild or reconstruct the vehicle to the condition it was in before an accident, and for legal operation on the road or highways, is more than 75% of the retail value of the vehicle at the time of loss. (Checking the "has" box means that the vehicle must have an anti-theft examination before being registered and that the title issued will have the statement "Rebuilt Salvage: NY" on it.)

I or we transfer the vehicle, boat or manufactured home described on this certificate. At the time of transfer, this title is subject only to the liens or encumbrances listed on this certificate, if any. I also certify that this is the most recent title issued for this vehicle, boat or manufactured home.

*Note: Section 2113 of the Vehicle and Traffic Law requires that application for a title must be made within 30 days of transfer.*

| | Seller's Signature | Seller's Name *(Print in Full)* | | | | Date of Statement |
|---|---|---|---|---|---|---|
| **Seller** | CEO | Brothers Internatnl Food Corp | | | | 4 14 23 |
| | Street Address | City Rochester | State NY | ZIP code | | |
| | Buyer's Signature | Buyer's Name *(Print in Full)* | | | | Date of Statement |
| **Buyer** | Joan Steen | PIEHLER MOTORSPORTS LLC | | | | 4 14 23 |
| | Street Address | City 770 PANORAMA TRAIL S | State | ZIP code | | |
| | | ROCHESTER NY 14625 | | | | |

## SECTION II - Reassignment by Manufactured Home Dealer or Registered Boat Dealer or Out-of-State Dealer

**ODOMETER DISCLOSURE STATEMENT**

*Note: This vehicle cannot be registered or titled in the name of the new owner unless mileage is disclosed.*

Federal and State Law require that you state the mileage of the vehicle described on this certificate when transferring ownership. Failure to do so, or providing a false statement, may result in fines and/or imprisonment.

I certify that, to the best of my knowledge, this odometer reading *(check one)*:

☐ 1. reflects the ACTUAL MILEAGE of the vehicle described on the front.
☐ 2. EXCEEDS MECHANICAL LIMITS (odometer started over at zero)
☐ 3. not the actual mileage. WARNING - ODOMETER DISCREPANCY.

**ODOMETER READING**

(no tenths)

**ODOMETER HAS SPACE FOR:** *(Check one)*
☐ Five Digits, *excluding tenths*
☐ Six Digits, *excluding tenths*

I or we transfer the vehicle, boat or manufactured home described on this certificate. At the time of transfer, this title is subject only to the liens or encumbrances listed on this certificate, if any. I also certify that this is the most recent title issued for this vehicle, boat or manufactured home.

*Note: Section 2113 of the Vehicle and Traffic Law requires that application for a title must be made within 30 days of transfer.*

| | Seller's Signature | Seller's Name *(Print in Full)* | | | Date of Statement |
|---|---|---|---|---|---|
| **Seller** | | | | | |
| | Street Address | City | State | ZIP code | |
| | Buyer's Signature | Buyer's Name *(Print in Full)* | | | Date of Statement |
| **Buyer** | | | | | |
| | Street Address | City | State | ZIP code | |

MV-999 (1/15)     K  8696475

Boat Dealer's Facility #

# Ⓜ Manheim

## THIS IS NOT AN INVOICE

**BILL OF SALE**

S41143

**DOCUMENT NOT VALID FOR EXPORT**



### 401 MANHEIM
**PENNSYLVANIA**
1190 LANCASTER RD
MANHEIM, PA 17545 US

| Sale Date | | |
|---|---|---|
| 28-APR-2023 11:08:55 | | |

Please refer to the vehicle release for the pickup location

**Yr Wk Ln Rn**
2023-25-10-152

**Sale Type**
Simulcast

### Vehicle Information
2019 LAND ROVER RANGR SVADYN
SUV  SV A DYNAM SILVER
SALGW2SE6KA533297

Mileage: 55246 Miles    0
License Plate No:

### Title Information
State: NY    Number: 1

### Vehicle Features
8-cylinder Gas
8-Speed A/T    50 State
Red

| Sale Price | | |
|---|---|---|
| **Adjustments** | | |
| **Final Sale Price** | | |

### Seller
ADCOCK BROTHERS INC
200 HARRISON AVE
PANAMA CITY, FL 32401 US

Seller Rep:
*Signature on file*

### Auction Lights
GREEN        Buyer protection to conditions

### Odometer Disclosure
Federal law (and state law, if applicable) requires the Seller to state the mileage upon transfer of ownership. Failure to complete or providing false information may result in fines and/or imprisonment.

Seller hereby states that the odometer for this Vehicle now reads identically to the Mileage stated on this Bill of Sale under Vehicle Information and certifies to the best of Seller's knowledge that this reflects the actual mileage of the Vehicle, unless disclosed otherwise in the Announcements & Notes below.

### Announcements & Notes
CLN CRFX

## Vehicle Purchase Price
$ 82,000.00
$      0.00
$ 82,000.00

### Buyer
SUPERB MOTORS INC
215 NORTHERN BLVD
GREAT NECK, NY 11021 US

Buyer Rep: RAHMAN, SARA
*Signature on file*

Seller agrees to sell the vehicle covered by this Bill of Sale to Buyer for the price noted herein.

Seller is the transferor of the vehicle and is responsible for all disclosures, including odometer and mileage.

Buyer must return a signed copy of the title front and back, including the odometer statement therein, to Seller or be subject to civil and criminal penalties. See 49 CFR § 580.5(f).

Manheim retains a purchase money security interest in the Vehicle and its title until good funds are received from the Buyer.

Seller and Buyer agree to the Manheim Terms and Conditions in effect at the time of the sale.

Sale terms and this Bill of Sale are subject to adjustments by Manheim. Please check your customer account at Manheim.com for most current version of this document.

Bill of Sale is not an Invoice. Please refer to Invoices in your account on Manheim.com.

Printed on: 01-May-2023 04:15:22

(M) Manheim

**Invoice # 63105641**

| DUE FROM | OWNER | REMIT PAYMENT TO | INVOICE TYPE | Buyer |
|---|---|---|---|---|
| SUPERB MOTORS INC | ADCOCK BROTHERS INC | Cox Automotive, Inc. | INVOICE DATE | 28-APR-2023 |
| 215 NORTHERN BLVD | 200 HARRISON AVE | PO Box 105156 | PAYMENT DUE DATE | 28-APR-2023 |
| GREAT NECK, NY 11021 US | PANAMA CITY, FL 32401 US | Atlanta, GA 30348-5156 US | BUYER REPRESENTATIVE | RAHMAN, SARA |
| 5489850 | | | TRANSACTION LOCATION | 401 MANHEIM PENNSYLVANIA |
| | | See Special Instructions for title | ORIGINAL BUYER | |
| | | mailing address | | |
| **BUYER** | | **INVOICING-SALES LOCATION** | **LEASE ACCOUNT NO** | |
| SUPERB MOTORS INC | | MANHEIM PENNSYLVANIA | YEAR MAKE MODEL | 2019 LAND ROVER RANGR |
| 215 NORTHERN BLVD | | 1190 LANCASTER RD | | SVADYN |
| GREAT NECK, NY 11021 US | | MANHEIM, PA 17545 US | VIN | SALGW2SE6KA533297 |
| | | | MILEAGE | 55246 Miles |
| | | EIN:58-1620001 | CUSTOMER PO# | |

| CHARGE DATE | WORK ORDER | UNIVERSAL KEY | DESCRIPTION | CUSTOMER PO# | PRICE | TAX | LINE TOTAL |
|---|---|---|---|---|---|---|---|
| 28-APR-2023 | 7466773 | 2023-25-10-152 | 2019 LAND ROVER RANGR SVADYN | | $82,000.00 | $0.00 | $82,000.00 |
| 28-APR-2023 | 7466773 | 2023-25-10-152 | SIMULCAST SUCCESS FEE | | $50.00 | $0.00 | $50.00 |
| 28-APR-2023 | 7466773 | 2023-25-10-152 | BUY FEE | | $1,255.00 | $0.00 | $1,255.00 |

| ADJUSTMENTS DATE | | | DESCRIPTION | | | | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | | | TOTAL ADJUSTMENTS | $0.00 |

| PAYMENTS DATE | REF NO | | DESCRIPTION | | | | AMOUNT |
|---|---|---|---|---|---|---|---|
| 28-APR-2023 | RCT-0163094439 | | Buyer Floorplan Receipt | | | | $83,305.00 |
| | | | | | | TOTAL PAYMENTS | $83,305.00 |

**SPECIAL INSTRUCTIONS**

Please include the invoice number on all remittances and include remittance copy with postal payments.

Visit your Account at Manheim.com to manage preferences, view invoices & statuses, see history and pay invoices.

A late fee will be added, wherever applicable, to all past due invoices, subject to details in the Manheim Terms and Conditions.

If you have questions concerning this invoice, please call or email Manheim Client Care @ 1-866-MANHEIM (626-4346), Mon-Sat 8am-10pm; or email us by clicking on Contact Us on Manheim.com.

| | AMOUNT |
|---|---|
| SUB TOTAL | $83,305.00 |
| TAX | $0.00 |
| ADJUSTMENTS | $0.00 |
| TOTAL BEFORE PAYMENTS | $83,305.00 |
| PAYMENTS | ($83,305.00) |
| OUTSTANDING BALANCE | $0.00 |

Remit overnight payments to:

Cox Automotive Inc, Attn: Lockbox 105156, 3585 Atlanta Avenue, Hapeville, GA 30354-1705 US

Please send titles to the nearest Manheim title processing facility or facilitating/invoicing-sales location.

Printed on: 2023-05-01 16:15:22

 Manheim

| PAYMENT DATE | | PAYMENT METHOD | CLIENT |
|---|---|---|---|
| 28-Apr-2023 | | Floor plan - NISSAN MOTOR ACCEPTANCE CORP. | SUPERB MOTORS INC 5489850 215 NORTHERN BLVD GREAT NECK, NY 11021 |

| DATE APPLIED | VIN | YEAR MAKE MODEL | INVOICE | AMOUNT |
|---|---|---|---|---|
| 28-Apr-2023 | SALGW2SE6KA533297 | 2019 Land Rover RANGR SVADYN | 63105641 | $83,305.00 |

**PAYMENT AMOUNT $83,305.00**

DAIMLER TRUST
PO BOX 685
ROANOKE        TX 76262

SU1200P

005437

## CERTIFICATE OF TITLE

### NEW YORK STATE

dmv.ny.gov

| Title and Identification No. | Year | Make | Model Code | Body/Hull | * * LIENS * * Document No. |
|---|---|---|---|---|---|
| 4JGFB4KB0LA194078 4JGFB4KB0LA194078 | 2020 | ME/BE | G35 | SUBN | 229068D |

| Color | Wt./Sts./Lgth. | Fuel | Cyl./Prop. | New or Used | Type of Title | Date Issued |
|---|---|---|---|---|---|---|
| WH | 4564 | GAS | 4 | NEW | VEHICLE | 8/10/20 |

Name and Address of Owner(s)

**ODOMETER READING:** 00071 00071

**ACTUAL MILEAGE**

DAIMLER TRUST
PO BOX 685
ROANOKE TX        76262



This document is your proof of ownership for this vehicle, boat or manufactured home. Keep it in a safe place, not with your license or registration or in your vehicle or boat. To dispose of your vehicle, boat or manufactured home, complete the transfer section on the back and give this title to the new owner.

| Lienholder | Lienholder |
|---|---|
| DAIMLER TITLE CO PO BOX 997545 SACRAMENTO    CA 95899 | 01  * ONE LIEN RECORDED * |
| Lienholder | Lienholder |
| * ONE LIEN RECORDED * | * ONE LIEN RECORDED * |

MV-999 (1/15)

**DEPARTMENT OF MOTOR VEHICLES**

VOID IF ALTERED

**ANY CHANGE OR ERASURE WILL VOID THIS TITLE -- ANY FALSE STATEMENT IS A MISDEMEANOR**

**SECTION I - Transfer by Owner**

**ODOMETER DISCLOSURE STATEMENT**

*Note: This vehicle cannot be registered or titled in the name of the new owner unless mileage is disclosed.*
**Federal and State Law require that you state the mileage of the vehicle described on this certificate when transferring ownership.**
**Failure to do so, or providing a false statement, may result in fines and/or imprisonment.**

I certify that, to the best of my knowledge, this odometer reading *(check one):*
☑ 1. reflects the ACTUAL MILEAGE as seen on the odometer of the vehicle described on the front.
☐ 2. EXCEEDS MECHANICAL LIMITS (odometer started over at zero)
☐ 3. not the actual mileage. WARNING - ODOMETER DISCREPANCY.

**ODOMETER READING**

2 1 0 0 5

(no tenths)

**ODOMETER HAS SPACE FOR:** *(Check one)*
☐ Five Digits, *excluding tenths*
☑ Six Digits, *excluding tenths*

**DAMAGE DISCLOSURE STATEMENT (To be Completed by Owner Named on Face of Title)**

I certify that, to the best of my knowledge, this vehicle ☐ has been or ☑ has not been wrecked, destroyed or damaged to such an extent that the total estimate or actual cost of parts and labor to rebuild or reconstruct the vehicle to the condition it was in before an accident, and for legal operation on the road or highways, is more than 75% of the retail value of the vehicle at the time of loss. (Checking the "has" box means that the vehicle must have an anti-theft examination before being registered and that the title issued will have the statement "Rebuilt Salvage: NY" on it.)

I or we transfer the vehicle, boat or manufactured home described on this certificate. At the time of transfer, this title is subject only to the liens or encumbrances listed on this certificate, if any. I also certify that this is the most recent title issued for this vehicle, boat or manufactured home.
*Note: Section 2113 of the Vehicle and Traffic Law requires that application for a title must be made within 30 days of transfer.*

| Seller | Seller's Signature | **Daimler Trust** | Seller's Name *(Print in Full)* | | |
|---|---|---|---|---|---|
| | Street Address  P O Box 685  Roanoke, TX 76262 | City | State | ZIP code | Date of Statement |
| Buyer | Buyer's Signature AGT | Buyer's Name *(Print in Full)* SUPERB MOTORS INC | | | |
| | Street Address  215 Northern Blvd | City Great Neck | State NY | ZIP code 11021 | Date of Statement 5/25/23 |

**SECTION II - Reassignment by Manufactured Home Dealer or Registered Boat Dealer or Out-of-State Dealer**

**ODOMETER DISCLOSURE STATEMENT**

*Note: This vehicle cannot be registered or titled in the name of the new owner unless mileage is disclosed.*
**Federal and State Law require that you state the mileage of the vehicle described on this certificate when transferring ownership.**
**Failure to do so, or providing a false statement, may result in fines and/or imprisonment.**

I certify that, to the best of my knowledge, this odometer reading *(check one):*
☐ 1. reflects the ACTUAL MILEAGE of the vehicle described on the front.
☐ 2. EXCEEDS MECHANICAL LIMITS (odometer started over at zero)
☐ 3. not the actual mileage. WARNING ODOMETER DISCREPANCY.

**ODOMETER READING**

(no tenths)

**ODOMETER HAS SPACE FOR:** *(Check one)*
☐ Five Digits, *excluding tenths*
☐ Six Digits, *excluding tenths*

I or we transfer the vehicle, boat or manufactured home described on this certificate. At the time of transfer, this title is subject only to the liens or encumbrances listed on this certificate, if any. I also certify that this is the most recent title issued for this vehicle, boat or manufactured home.
*Note: Section 2113 of the Vehicle and Traffic Law requires that application for a title must be made within 30 days of transfer.*

| Seller | Seller's Signature | Seller's Name *(Print in Full)* | | | |
|---|---|---|---|---|---|
| | Street Address | City | State | ZIP code | Date of Statement |
| Buyer | Buyer's Signature | Buyer's Name *(Print in Full)* | | | |
| | Street Address | City | State | ZIP code | Date of Statement |

| | Boat Dealer's Facility # |
|---|---|

MV-999 (1/15)          L 3717786

Mercedes-Benz Financial Services

February 1, 2023

To Whom It May Concern:

Late on November 30, 2001, Mercedes-Benz Credit Corporation, a Delaware corporation, merged into a company which then merged into DaimlerChrysler Services North America LLC, a Michigan limited liability company ("DCSNA").

The lien holder name for the time period from 12/01/01 through 12/31/05 was:
DaimlerChrysler Services NA LLC (Federal ID# 38-3536414)

Early on January 1, 2006, DCSNA merged into DaimlerChrysler Financial Services Americas LLC, a Michigan limited liability company ("DCFSA").

The lien holder name of the time period from 01/01/06 through 09/30/07 was:
DC Financial Services Americas LLC (Federal ID# 20-2614244)

On October 1, 2007, DCFSA assigned its interest in the vehicle under discussion to DCFS USA LLC, a Delaware limited liability company.

The lien holder name for the time period from 10/01/07 through 11/14/10 is:
DCFS USA LLC (Federal ID# 20-8653034)

On November 15, 2010, DCFS USA LLC changed its name to Mercedes-Benz Financial Services USA LLC.

Our lien holder name as of 11/15/10 is:
Mercedes-Benz FinServUSALLC (Federal ID# 20-8653034)

**Lease vehicles are titled under the owner name of:**

For the time period between 12/01/01 through 09/30/07:
DCFS TRUST* (Federal ID# 52-2101307)
In the State of VA: Bank of New York (Delaware) as the Trustee of DCFS TRUST*.

* Between the period of 07/01/05 and 10/01/07 the lien holder name for lease vehicles should read US Bank as Coll. Agt. EXCEPT in AL and WI where the name should read US Bank. In AR, LA, MO, NE, and WY, the lienholder name should be DCFS Trust. In AK, CO, DC, and KS there should be NO LIEN listed.

As of 10/01/07:
Daimler Trust** (Federal ID# 20-7458816)
In the State of VA: Bank of New York (Delaware) as the trustee of Daimler Trust**.

As of 2/1/2023:
Mercedes-Benz Vehicle Trust** (Federal ID# 88-6223935)

Mercedes-Benz Vehicle Trust is the successor by merger to Daimler Trust.
Collateral Title Co. was formerly known as Daimler Title Co.

**The lien holder name for lease vehicles should read Collateral Title Co. in all states EXCEPT KS, MD, MO, NE, NV, & SD.

Sincerely

Oneida Mireles
Title Representative

Mercedes-Benz Financial Services USA LLC, authorized servicer for Mercedes-Benz Vehicle Trust

84-001-1589 (02/23)

Mercedes-Benz Financial Services USA LLC
14372 Heritage Parkway
Fort Worth, TX 76177
Phone No. (800) 854-6222
www.mbfs.com

01    68062    New York State Department of Motor Vehicles    00790    081020

## NOTICE OF RECORDED LIEN

|  | I.D. Number | Year | Make |
|---|---|---|---|
|  | 4JGFB4KB0LA194078 | 2020 | ME/BE |

| 4564 | GAS | 4 | SUBN | WH |
|---|---|---|---|---|
| Wgt./Lgth. | Fuel | Cyl/Prop. | Body/Hull | Color |

DAIMLER TITLE CO
PO BOX 997545
SACRAMENTO        CA 95899

Owner: If you have moved and have not yet notified this Department of your new address, cross out the address shown and print your new address in its place.

**OWNER**

DAIMLER TRUST
PO BOX 685
ROANOKE TX        76262

**ADDITIONAL LIENHOLDERS**



The following information applies only to the lienholder shown in the box above.

☐ Our security interest in the vehicle, boat or manufactured home described in this notice has been satisfied.

☐ We have assumed ownership of this vehicle, boat or manufactured home. We are transferring ownership to:

☐ We have assigned our security interest this vehicle, boat or manufactured home to:

Lien Filing Code
**Daimler Title Co**

Name                    Date of Assignment

No. and Street

City        State        Zip

Authorized Signature        Date

SEP 1 2 2023

If you are the owner named on this notice, you can keep this notice with the Certificate of Title and when you sell the vehicle, boat or manufactured home, give the transferred Title AND this original Notice of Recorded Lien to the new owner. To obtain a lien-free Title before then, return your current Title, this original Notice of Recorded Lien and a $20.00 fee to: NYS DMV, Title Bureau, 6 Empire State Plaza, Albany NY 12228-0330. (Check or money order should be made payable to the Commissioner of Motor Vehicles.)

If you cannot locate the Title for the vehicle, boat or manufactured home, you must apply for a duplicate. You may apply for a duplicate by completing form MV-902 (available at a DMV office or on our web site at www.dmv.ny.gov) and mailing it with a $20.00 check or money order AND this original Notice of Recorded Lien to the DMV Title Bureau at the above address.

If your address has **not** changed since you last registered the vehicle and your registration shows your current address, you may be able to apply for a duplicate title on line. For more information, please visit www.dmv.ny.gov.

MV-901 (4/12)



**Superb Motors**
215 Northern Blvd Great Neck, NY, 11021
(999) 999-9999

**Payment Advice**
**$40,779.29**

Check #: 11752
Created by: KENDRA K
05/25/23 | 3:03 PM

Customer: **1000266-MERCEDES-BENZ FINANCIAL SERVICES**    SU1200P

| Invoice Number | Amount | Comments |
|---|---|---|
| - | $40,779.29 | PURCHASE 2020 MERCEDES BENZ GLE 350 SU1200P |

Posting Lines

| GL Account | Amount | Control | Control Description | Control2 | Posting Description |
|---|---|---|---|---|---|
| 1004 | -$40,779.29 | 11752 | - | 1000266 - MERCEDES -BENZ FINANCIAL SERVICES | PURCHASE OF 2020 MERCEDES BENZ GLE STK SU1200P |
| 1450 | $47,950.00 | SU1200P | 4JGFB4KB 0LA19407 8 | - | PURCHASE OF 2020 MERCEDES BENZ GLE STK SU1200P |
| 1450 | -$7,170.71 | SU1200P | 4JGFB4KB 0LA19407 8 | - | PURCHASE OF 2020 MERCEDES BENZ GLE STK SU1200P |



**SUPERB MOTORS**
215 Northern Blvd
Great Neck, NY 11021
(999) 999-9999

**Chase Bank**
151 Asylum St, Hartford CT 06103

11752

| DATE |
|---|
| 25MAY23 |

| PAY THIS AMOUNT | | |
|---|---|---|
| ******40,779 | DOLLARS | 29 | CENTS |

| AMOUNT OF CHECK |
|---|
| ******40,779.29 |

**VOID AFTER 90 DAYS**

· · · · · · · · · · · · · · · · · · · · · · · · · · ·
*** NOT NEGOTIABLE ***
BY · · · · · · · · · · · · · · · · · · · · · · · · · · ·
AUTHORIZED SIGNATURE

TO
THE
ORDER
OF

MERCEDES-BENZ FINANCIAL SERVICES
8430 WEST BRYN MAWR AVE 3RD FL
CHICAGO, IL 60631



**Superb Motors**
215 Northern Blvd Great Neck, NY, 11021
(999) 999-9999

**Payment Advice**
## $7,170.71

Check #: 11753
Created by: KENDRA K
05/25/23 | 3:27 PM

Vendor: DLA CAPITAL PARTNERS

| Invoice Number | Amount | Comments |
|---|---|---|
| - | $7,170.71 | POSITIVE EQUITY FRM PURCHASE OF 2020 MERCEDES BENZ GLE 350 SU1200P |

Posting Lines

| GL Account | Amount | Control | Control Description | Control2 | Posting Description |
|---|---|---|---|---|---|
| 1004 | -$7,170.71 | 11753 | - | DLA CAPITAL PARTNERS | POSITIVE EQUITY STK SU1200P |
| 1451 | -$2,986.00 | SU1200P | 4JGFB4KB0LA194078 | - | POSITIVE EQUITY STK SU1200P |
| 1450 | $2,986.00 | SU1200P | 4JGFB4KB0LA194078 | - | POSITIVE EQUITY STK SU1200P |
| 1450 | $7,170.71 | SU1200P | 4JGFB4KB0LA194078 | - | POSITIVE EQUITY STK SU1200P |



**SUPERB MOTORS**
215 Northern Blvd
Great Neck, NY 11021
(999) 999-9999

**Chase Bank**
151 Asylum St, Hartford CT 06103

11753

| DATE |
|---|
| 25MAY23 |

| PAY THIS AMOUNT | | |
|---|---|---|
| *******7,170 | DOLLARS | 71 CENTS |

| AMOUNT OF CHECK |
|---|
| *******7,170.71 |

**VOID AFTER 90 DAYS**

* * * * * * * * * * * * * * * * * * * * * * * * * * *
*** NOT NEGOTIABLE ***
BY * * * * * * * * * * * * * * * * * * * * * * * * * *
AUTHORIZED SIGNATURE

TO
THE
ORDER
OF

DLA CAPITAL PARTNERS
125 FROEHLICH FARM BOULEVARD
WOODBURY, NY 11797

SU112507

May 15, 2023

Michael Laurie

1387 Monroe St Floral Park, NY 11001-3730

 Account No: 5001475250001

Year, Make, Model: 2020, Mercedes-Benz, GLE350W4

VIN: 4JGFB4KB0LA194078

$ 40779.29

May 25, 2023, is $44,295.73, which includes sales tax of $3,516.44.

800 - 654 - 6222

11/2/23

Odometer
Verbal Authorization from customer for title release

Color
Mileage  20011

8/29/23

GINA          ( ~~800 654 6222~~ )
                855 700 - 0431
Funds
RCVD 6/23/23

* WANT FUNDS BACK *  ( Payment Refund )

Follow up → BY 8/30/23
Pending approval w/in Dept.

8/30/23      2pm

ZACHARY

↓                    800 654 6222
                     Customer Service
DESiREE  subject matter
              EXPERT

9/1/2023   Sent email to internal Dept.
              Requesting Refund
Friday   ETA  2 Business DAYS

JAXWAY FINANCIAL
CONSULTING INC
1360 BRITTANY WAY
PROSPER          TX 75063

S41290

000211



# CERTIFICATE OF TITLE

## NEW YORK STATE
dmv.ny.gov

| Title and Identification No. | Year | Make | Model Code | Body/Hull | * * LIENS * * Document No. |
|---|---|---|---|---|---|
| 1GNSKBKD9PR148675 1GNSKBKD9PR148675 | 2023 | CHEVR | SUB | SUBN | 692427C |

| Color | Wt./Sts./Lgth. | Fuel | Cyl./Prop. | New or Used | Type of Title | Date Issued |
|---|---|---|---|---|---|---|
| BK | 5936 | GAS | 8 | NEW | VEHICLE | 7/10/23 |

Name and Address of Owner(s)
JAXWAY FINANCIAL
CONSULTING INC
1360 BRITTANY WAY
PROSPER TX        75063

ODOMETER READING:    00010
00010
ACTUAL MILEAGE



This document is your proof of ownership for this vehicle, boat or manufactured home. Keep it in a safe place, not with your license or registration or in your vehicle or boat. To dispose of your vehicle, boat or manufactured home, complete the transfer section on the back and give this title to the new owner.

Lienholder

TEXAS BANK TRUST
PO BOX 3188
LONGVIEW        TX 75606

Lienholder
04
* ONE LIEN RECORDED *

Lienholder
* ONE LIEN RECORDED *

Lienholder
* ONE LIEN RECORDED *

MV-999 (3/21)

VOID IF ALTERED

## DEPARTMENT OF MOTOR VEHICLES

22254

## ANY CHANGE OR ERASURE WILL VOID THIS TITLE -- ANY FALSE STATEMENT IS A MISDEMEANOR

### SECTION I - Transfer by Owner

**ODOMETER DISCLOSURE STATEMENT**

*Note: This vehicle cannot be registered or titled in the name of the new owner unless mileage is disclosed.*
**Federal and State Law require that you state the mileage of the vehicle described on this certificate when transferring ownership. Failure to do so, or providing a false statement, may result in fines and/or imprisonment.**

I certify that, to the best of my knowledge, this odometer reading *(check one)*:
- ☒ 1. reflects the ACTUAL MILEAGE as seen on the odometer of the vehicle described on the front.
- ☐ 2. EXCEEDS MECHANICAL LIMITS (odometer started over at zero)
- ☐ 3. not the actual mileage. WARNING - ODOMETER DISCREPANCY.

**ODOMETER READING**

22254

*(no tenths)*

ODOMETER HAS SPACE FOR: *(Check one)*
- ☐ Five Digits, *excluding tenths*
- ☒ Six Digits, *excluding tenths*

### DAMAGE DISCLOSURE STATEMENT (To be Completed by Owner Named on Face of Title)

I certify that, to the best of my knowledge, this vehicle ☐ has been or ☒ has not been wrecked, destroyed or damaged to such an extent that the total estimate or actual cost of parts and labor to rebuild or reconstruct the vehicle to the condition it was in before an accident, and for legal operation on the road or highways, is more than 75% of the retail value of the vehicle at the time of loss. (Checking the "has" box means that the vehicle must have an anti-theft examination before being registered and that the title issued will have the statement "Rebuilt Salvage: NY" on it.)

I or we transfer the vehicle, boat or manufactured home described on this certificate. At the time of transfer, this title is subject only to the liens or encumbrances listed on this certificate, if any. I also certify that this is the most recent title issued for this vehicle, boat or manufactured home.
*Note: Section 2113 of the Vehicle and Traffic Law requires that application for a title must be made within 30 days of transfer.*

| Seller | Seller's Signature | | Seller's Name *(Print in Full)* | | | |
|---|---|---|---|---|---|---|
| | Street Address | City | State | ZIP code | | Date of Statement |
| Buyer | Buyer's Signature | | Buyer's Name *(Print in Full)* SUPERB MODES INC | | | |
| | Street Address 215 Northern Blvd | City Great Neck | State NY | ZIP code 11021 | | Date of Statement 6 - 30 - 23 |

### SECTION II - Reassignment by Manufactured Home Dealer or Registered Boat Dealer or Out-of-State Dealer

**ODOMETER DISCLOSURE STATEMENT**

*Note: This vehicle cannot be registered or titled in the name of the new owner unless mileage is disclosed.*
**Federal and State Law require that you state the mileage of the vehicle described on this certificate when transferring ownership. Failure to do so, or providing a false statement, may result in fines and/or imprisonment.**

I certify that, to the best of my knowledge, this odometer reading *(check one)*:
- ☐ 1. reflects the ACTUAL MILEAGE of the vehicle described on the front.
- ☐ 2. EXCEEDS MECHANICAL LIMITS (odometer started over at zero)
- ☐ 3. not the actual mileage. WARNING ODOMETER DISCREPANCY.

**ODOMETER READING**

*(no tenths)*

ODOMETER HAS SPACE FOR: *(Check one)*
- ☐ Five Digits, *excluding tenths*
- ☐ Six Digits, *excluding tenths*

I or we transfer the vehicle, boat or manufactured home described on this certificate. At the time of transfer, this title is subject only to the liens or encumbrances listed on this certificate, if any. I also certify that this is the most recent title issued for this vehicle, boat or manufactured home.
*Note: Section 2113 of the Vehicle and Traffic Law requires that application for a title must be made within 30 days of transfer.*

| Seller | Seller's Signature | | Seller's Name *(Print in Full)* | | | |
|---|---|---|---|---|---|---|
| | Street Address | City | State | ZIP code | | Date of Statement |
| Buyer | Buyer's Signature | | Buyer's Name *(Print in Full)* | | | |
| | Street Address | City | State | ZIP code | | Date of Statement |

MV-999 (3/21)

M 3667571

Boat Dealer's Facility #

## Release of Collateral

### Definitions

The following terms shall have the meanings indicated, wherever these terms are used in this instrument:

Date Hereof:          The effective date of this instrument, which shall be June 29, 2023.

Debtor:               * JAXWAY FINANCIAL CONSULTING, INC

Secured Party:        Texas Bank and Trust Company
                      300 E. Whaley
                      Longview, Texas 75601

Security Interest:    The security interest created in favor of Secured Party by that certain Security Agreement dated October 17, 2022 executed by and between Debtor and Secured party and pertaining to the Collateral.

Collateral:           **2023 Blk ChevSuburban VIN 1GNSKBKD9PR148675**

### Release

Holder, for good and valuable consideration paid to the Holder, the receipt and sufficiency of which is hereby acknowledged, does hereby release, discharge and terminate the Security Interest against the Collateral.

### Effective Date

This instrument is effective as of the Date Hereof.    This instrument was executed on the date or dates of the acknowledgment or respective acknowledgments set forth below.

**Secured Party:**
Texas Bank and Trust Company

By:     _____
        (Signature)

        TYLER FARRER
        _____
        (Printed Name)

## Jaxway Financial Consulting, Inc
1360 Brittany Way
PROSPER, TEXAS 75078
214-615-0661

## POWER OF ATTORNEY FOR A MOTOR VEHICLE

I/We hereby name and appoint, _____, to be my/our

lawful attorney-in-fact, to act for me/us, in applying for an original or duplicate certificate of title, to register, transfer title, or record a lien to the motor vehicle described below, and to print my/our name and sign their name, in my/our behalf. My attorney-in-fact can also do all things necessary to the application or any other related instrument and to bind me/us in as sufficient a manner as I/we myself/ourselves could do, were I/we personally present and signing the same.

With full power of substitution and revocation, I/we hereby ratify and confirm whatever my/our said attorney-in-fact may lawfully do or cause to be done in the virtue hereof

| YEAR | MAKE/MANUFACTURE | BODY TYPE | TITLE NUMBER |
|------|------------------|-----------|--------------|
| 2023 | Chevrolet | SUB | |

**VEHICLE VIN NUMBER:**

1GNSKBKD9PR148675

UNDER PENALTIES OF PERJURY, I/WE DECLARE THAT I/WE HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

_____          Murray Schwartz

Signature of Owner or Grantor          Legally Printed Name of Owner or Grantor

87-2255567

**FEID**

1360 Brittany Way          Prosper, TEXAS   75078

Owners Address          City     State     Zip

## Jaxway Financial Consulting, Inc
1360 Brittany Way
PROSPER, TEXAS 75078
214-615-0661

### POWER OF ATTORNEY FOR A MOTOR VEHICLE

I/We hereby name and appoint, _____, to be my/our

lawful attorney-in-fact, to act for me/us, in applying for an original or duplicate certificate of title, to register, transfer title, or record a lien to the motor vehicle described below, and to print my/our name and sign their name, in my/our behalf. My attorney-in-fact can also do all things necessary to the application or any other related instrument and to bind me/us in as sufficient a manner as I/we myself/ourselves could do, were I/we personally present and signing the same.

With full power of substitution and revocation, I/we hereby ratify and confirm whatever my/our said attorney-in-fact may lawfully do or cause to be done in the virtue hereof

| YEAR | MAKE/MANUFACTURE | BODY TYPE | TITLE NUMBER |
|------|------------------|-----------|--------------|
| 2023 | CHEVROLET | SUBN | |

VEHICLE VIN NUMBER:

1GNSKBKD9PR148675

UNDER PENALTIES OF PERJURY, I/WE DECLARE THAT I/WE HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

_____          ___Murray Schwartz_____

Signature of Owner or Grantor              Legally Printed Name of Owner or Grantor

___87-2255567_____

FEID

___1360 Brittany Way_____          ___Prosper, TEXAS   75078_____

Owners Address                        City      State    Zip

**CHASE** 

June 01, 2023 through June 30, 2023

Account Number: ▆▆▆▆▆▆▆▆▆▆

## ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/22 | Orig CO Name:Nys Dtf Sales    Orig ID:O146013200 Desc Date:    CO Entry Descr:Tax Paymntsec:CCD   Trace#:091000014743679 Eed:230622  Ind ID:000000100674201    Ind Name:Sw2308059507 Trn: 1734743679Tc | 74,217.14 |
| 06/22 | Orig CO Name:Asf, Dba Insperi    Orig ID:2760487432 Desc Date:230621 CO Entry Descr:Payroll  Sec:CCD   Trace#:111000024945597 Eed:230622  Ind ID:0005090900    Ind Name:Superb Motors Inc. Ty Trn: 1724945597Tc | 26,510.60 |
| 06/23 | Orig CO Name:Ezpass8882886865    Orig ID:8131996647 Desc Date:    CO Entry Descr:Auto Repl Sec:PPD   Trace#:021000023950324 Eed:230623  Ind ID:5P-302060990    Ind Name:Karla Cruz Trn: 1733950324Tc | 280.00 |
| 06/26 | Orig CO Name:Nissan    Orig ID:6379692403 Desc Date:230626 CO Entry Descr:Wfs Pmt  Sec:CCD   Trace#:021000027721959 Eed:230626  Ind ID:704679    Ind Name:Superb Motors Inc. Trn: 1747721959Tc | 222,657.00 |
| 06/26 | Orig CO Name:Ally    Orig ID:3002719011 Desc Date:230623 CO Entry Descr:EDI/Eftpmtsec:CCD   Trace#:071000287721961 Eed:230626  Ind ID: Ind Name:Smartcash Ally Harris    Ref*1 *D01066110541241\ 3002719011 Trn: 1747721961Tc | 14,260.58 |
| 06/28 | Orig CO Name:Nissan    Orig ID:6379692403 Desc Date:230628 CO Entry Descr:Wfs Pmt  Sec:CCD   Trace#:021000026851904 Eed:230628  Ind ID:705780    Ind Name:Superb Motors Inc. Trn: 1786851904Tc | 333,575.00 |
| 06/28 | Orig CO Name:Nissan    Orig ID:6379692403 Desc Date:230628 CO Entry Descr:Wfs Pmt  Sec:CCD   Trace#:021000026851905 Eed:230628  Ind ID:705781    Ind Name:Superb Motors Inc. Trn: 1786851905Tc | 116,235.00 |
| 06/29 | Orig CO Name:Nissan    Orig ID:6379692403 Desc Date:230629 CO Entry Descr:Wfs Pmt  Sec:CCD   Trace#:021000020782939 Eed:230629  Ind ID:706286    Ind Name:Superb Motors Inc. Trn: 1790782939Tc | 129,369.00 |
| 06/29 | Orig CO Name:Asf, Dba Insperi    Orig ID:2760487432 Desc Date:230628 CO Entry Descr:Payroll  Sec:CCD   Trace#:111000020782937 Eed:230629  Ind ID:0005090900    Ind Name:Superb Motors Inc. Ty Trn: 1790782937Tc | 33,327.60 |
| 06/29 | Online Domestic Wire Transfer Via: B1Bank/065405420 A/C: Jaxway Financial Consulting Inc Prosper TX 75078 US Imad: 0629B1Qgc08C018018 Trn: 3207513180Es | 221,000.00 |
| 06/29 | Online Domestic Wire Transfer A/C: Star Performance Consulting New York NY 10075-0644 US Trn: 3207493180Es | 58,000.00 |
| 06/30 | Online Domestic Wire Transfer Via: TD Bank, NA/026013673 A/C: Robert Anthony Urrutia New York NY 10075 US Imad: 0630B1Qgc05C006681 Trn: 3381533181Es | 10,000.00 |
| 06/30 | Online Domestic Wire Transfer A/C: Star Performance Consulting New York NY 10075-0644 US Trn: 3749733181Es | 50,100.00 |
| 06/30 | Online Domestic Wire Transfer A/C: Star Performance Consulting New York NY 10075-0644 US Trn: 3752613181Es | 91,000.00 |
| 06/30 | Online Domestic Wire Transfer Via: Flushing Svgs Bk/226070474 A/C: Peanut Logistics East Meadow NY 11554 US Ref:/Time/14:14 Imad: 0630B1Qgc07C044859 Trn: 3848193181Es | 33,400.00 |
| **Total Electronic Withdrawals** | | **$4,721,803.63** |

## OTHER WITHDRAWALS, FEES & CHARGES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/15 | Account Analysis Settlement Charge | $104.66 |
| **Total Other Withdrawals, Fees & Charges** | | **$104.66** |

Your service charges, fees and earnings credit have been calculated through account analysis.