| Owner | refloored | Stock # | VIN # | current balance | Year Make Model | G/L Balance | double floored nmac payoff 7/31 | TAS Nextgear | DEMAND | paid on demand |
|---|---|---|---|---|---|---|---|---|---|---|
| TAS | NA | SU0461A | 1C4PJMAK9CW133196 | $0.00 | 2012 Jeep Liberty | $9,654.00 | | NEXTGEAR | Next Gear 8/15/2023 | |
| Superb Motors Inc | NA | SU876 | 1FDWX37R38ED27725 | $0.00 | 2008 Ford Super Duty F-350 DRW | $10,854.00 | | Never on NextGear | N/A | |
| TAS | 8-Sep | SU0882 | WBA2H9C36HV986948 | $17,931.00 | 2017 BMW 2 Series | $26,134.00 | $24,150.00 | NEXTGEAR | Next Gear 8/15/2023 | |
| TAS | 8-Sep | SU0912 | ZAM57YTA4K1314330 | $23,537.00 | 2019 Maserati Ghibli | $39,134.00 | $36,750.00 | NEXTGEAR | Next Gear 8/15/2023 | |
| TAS | 8-Sep | SU1006 | WDDJK7DA4JF052861 | $37,870.00 | 2018 Mercedes-Benz SL | $55,444.00 | $57,400.00 | NEXTGEAR | Next Gear 8/15/2023 | |
| TAS | 8-Sep | SU1025 | WBA4E5C59HG188797 | $15,180.00 | 2017 BMW 4 Series | $35,094.00 | $25,450.00 | NEXTGEAR | Next Gear 8/15/2023 | |
| Superb Motors Inc | 15-Sep | SU1032 | 55SWF4KB5GU101091 | $8,212.50 | 2016 Mercedes-Benz C-Class | $20,324.00 | | Never on NextGear | NMAC 8/15/2023 | $17,275.00 |
| Superb Motors Inc | NA | SU0798B | WDBUF56X99B373460 | $0.00 | 2009 Mercedes-Benz E-Class | $4,500.00 | | Never on NextGear | N/A | |
| TAS | 15-Sep | SU1060 | W1K7X6BB7LA016406 | $34,137.50 | 2020 Mercedes-Benz AMG GT | $72,244.00 | | NEXTGEAR | Next Gear 8/15/2023 | |
| TAS | 8-Sep | SU1065 | SALGS2RE3KA519794 | $39,585.00 | 2019 Land Rover Range Rover | $61,754.00 | $62,225.00 | NEXTGEAR | Next Gear 8/15/2023 | |
| TAS | 15-Sep | SU1050A | SALYB2EX4KA782114 | $15,700.00 | 2019 Land Rover Range Rover Velar | $48,362.57 | | NEXTGEAR | NMAC 8/15/2023 | $34,750.00 |
| TAS | 8-Sep | SU1148 | WP0AF2A74GL082172 | $28,875.00 | 2016 Porsche Panamera | $53,705.00 | $44,450.00 | NEXTGEAR | Next Gear 8/15/2023 | |
| TAS | 8-Sep | SU1204 | WBAJB1C53KB375171 | $14,730.00 | 2019 BMW 5 Series | $30,316.00 | $27,135.00 | NEXTGEAR | Next Gear 8/15/2023 | |
| Superb Motors Inc | 15-Sep | SU1126A | 1C4RDHDG7JC438967 | $12,425.00 | 2018 Dodge Durango | $34,649.00 | | Never on NextGear | NMAC 8/15/2023 | $27,275.00 |
| Superb Motors Inc | 15-Sep | SU1260 | WBXHT3C59K5L90009 | $11,250.00 | 2019 BMW X1 | $28,176.00 | | Never on NextGear | NMAC 8/15/2023 | $24,955.00 |
| Superb Motors Inc | 15-Sep | SU1262 | ZARFAEDN3J7575105 | $13,995.00 | 2018 Alfa Romeo Giulia | $22,841.00 | | Never on NextGear | NMAC 8/15/2023 | $19,660.00 |
| Superb Motors Inc | 15-Sep | SU1302 | 5UXWX9C50H0T04666 | $7,412.00 | 2017 BMW X3 | $20,866.00 | | Never on NextGear | NMAC 8/15/2023 | $18,085.00 |
| Superb Motors Inc | 15-Sep | SU1303 | 1FATP8UH1K5152260 | $13,525.00 | 2019 Ford Mustang | $27,536.00 | | Never on NextGear | NMAC 8/15/2023 | $24,755.00 |
| Superb Motors Inc | 15-Sep | SU1349 | 1FTEW1EF1GFB67420 | $0.00 | 2016 Ford F-150 | $22,111.97 | | Never on NextGear | N/A | |
| TAS | 8-Sep | SY1318 | WBXHT3C57K5L90705 | $14,520.00 | 2019 BMW X1 | $24,200.00 | | NEXTGEAR | Next Gear 8/15/2023 | |
| TAS | 8-Sep | SY1319 | ZASPAKBN5L7C91095 | $15,615.00 | 2020 Alfa Romeo Stelvio | $26,025.00 | | NEXTGEAR | Next Gear 8/15/2023 | |
| TAS | 8-Sep | SY1323 | 5N1DL0MM6LC528999 | $14,895.00 | 2020 Infiniti QX60 | $24,825.00 | | NEXTGEAR | Next Gear 8/15/2023 | |
| TAS | 15-Sep | SU1324 | WDD7X8KB7KA001866 | $84,172.50 | 2019 Mercedes-Benz AMG GT | $93,525.00 | | NEXTGEAR | Next Gear 8/15/2023 | |
| Superb Motors Inc | 15-Sep | SY1325 | 2C3CDXHG6MH531592 | $12,802.00 | 2021 Dodge Charger | $25,605.00 | | Never on NextGear | NMAC 8/15/2023 | $25,605.00 |
| Superb Motors Inc | 15-Sep | SU1326 | 2C3CDXHG1MH505823 | $14,667.00 | 2021 Dodge Charger | $29,335.00 | | Never on NextGear | NMAC 8/15/2023 | $27,035.00 |
| Superb Motors Inc | 15-Sep | SY1333 | ZN661XUAXHX252844 | $14,175.00 | 2017 Maserati Levante | $28,350.00 | | Never on NextGear | NMAC 8/15/2023 | $29,335.00 |
| Superb Motors Inc | 15-Sep | SY1335 | SALWR2RV8JA189351 | $16,425.00 | 2018 Land Rover Range Rover Sport | $32,850.00 | | Never on NextGear | NMAC 8/15/2023 | $38,690.00 |
| Superb Motors Inc | 15-Sep | SY1336 | JTJBARBZ9J2171144 | $13,525.00 | 2018 Lexus NX | $27,050.00 | | Never on NextGear | NMAC 8/15/2023 | $34,750.00 |
| Team Imports LLC | 15-Sep | HU1704 | JALE5W164L7306190 | $33,205.00 | 2020 Isuzu ISUZU | $50,354.00 | | NEXTGEAR | NEXTGEAR | |
| Team Imports LLC | 15-Sep | HU1705 | JALE5W162M7301006 | $39,153.00 | 2021 Isuzu ISUZU | $56,654.00 | | NEXTGEAR | NEXTGEAR | |
| Superb Motors Inc | DEO | su859 | 40272 | $0.00 | northshore | $39,009.00 | | $39,009.00 | NMAC 8/15/2023 | $12,200.00 |
| Superb Motors Inc | DEO | su913 | 770020 | $0.00 | northshore | $47,363.00 | | $47,363.00 | outright purchased 2/8 ck 11483 | $21,650.00 |
| Superb Motors Inc | DEO | su946 | 102728 | $0.00 | northshore | $192,159.00 | | $192,159.00 | NMAC 8/15/2023 | $170,374.00 |
| Superb Motors Inc | DEO | su1143 | 533297 | $0.00 | auction bought by superb | $83,500.00 | | $83,500.00 | NMAC 8/9/2023 | $83,305.00 |
| Superb Motors Inc | DEO | su1200p | 194078 | $0.00 | laurie car | $50,936.00 | | $50,936.00 | NMAC 8/9/2023 | $46,751.0 |
| Superb Motors Inc | DEO | su1290 | 148675 | $0.00 | suburban | $60,950.00 | | $60,950.00 | NMAC 8/9/2023 | $60,950.00 |
| Superb Motors Inc | | su0914 | 96834 | $0.00 | northshore | $25,605.00 | | | outright purchased 2/8 ck 11483 | $25,795.00 |
| Superb Motors Inc | BMW | su0915bb | 238313 | | bmw 7 series | northshore 7 series bmw | $29,396.00 | | NMAC 8/15/2023 | $40,425.00 |

|  |  |  |  | $277,560.00 | Injuncted double floored |
|---|---|---|---|---|---|
|  |  |  |  | $483,308.00 | other double floored |
| owed today | $567,519.50 |  |  |  |  |
| next gear TAS/Hartford cars | -$429,106.00 | injuncted | $1,571,390.54 | $760,868.00 | double flooring |
|  |  | injuncted double floored | $277,560.00 | $1,571,390.54 | GL injuncted |
| superb cars | $138,413.50 | total | $1,848,950.54 | $2,332,258.54 | Total |