Gmail

Tony Urrutia <tonyu814@gmail.com>

## FW: Urrutia Group Lines

**Bruce Novicky** <bruce@teamauto.com>                                    Fri, May 31, 2024 at 1:43 PM
To: tonyu814 <tonyu814@gmail.com>

Regards,

 **Bruce Novicky**
COO | **Team Auto Group**
Office 860.900.0660
Email bruce@teamauto.com

_____

IMPORTANT: The contents of this email and any attachments are confidential. They are intended for the named recipient(s) only. If you have received this email by mistake, please notify the sender immediately and do not disclose the contents to anyone or make copies thereof.

---

**From:** Eirich, John <eirichj@NMAC.COM>
**Sent:** Thursday, April 11, 2024 5:09 PM
**To:** Bruce Novicky <bruce@teamauto.com>
**Subject:** Urrutia Group Lines

Bruce,

The balances on the attachment are as of last night are attached.  The group is at 137% on New.  There was roughly $400k pending on New to be applied today so that works it down to approximately 133%.  Nissan is paying off $147k today (that gets it to 132%), Mitsu had all used cars and I don't know the breakdown for VW.  Looks like the goal is $12,750,000.

[Quoted text hidden]

 **Urrutia New Balances 4.11.24.xlsx**
11K