**From:** Eirich, John
**Sent:** Friday, May 3, 2024 3:14 PM
**To:** 'Bruce Novicky' <bruce@teamauto.com>; tonyu814 <tonyu814@gmail.com>
**Cc:** Bennetta, Joe <Joe.Bennetta@nissan-usa.com>
**Subject:** RE: Reinstatement Request - Urrutia Group

Bruce and Tony,

I had the office review the numbers and they just got back to me. NMAC is using the greater of the approved lines or 12 Month Rate Of Travel. In this case we are using the rate of travel. As of yesterday, the three stores have a combined ROT line of $12,414,505 and the outstanding balance is $13,255,821. This puts the stores at 106.78% usage.

So it looks like there is room for additional New inventory of $2.274MM.

I will give each of you a call in a few minutes.

--John

**John Eirich** | NER | Nissan Motor Acceptance Company | Mobile: +1 732-241-8325 | Fax: +1 972-607-7172

**From:** Bruce Novicky <bruce@teamauto.com>
**Sent:** Friday, May 3, 2024 1:17 PM
**To:** tonyu814 <tonyu814@gmail.com>; Eirich, John <eirichj@NMAC.COM>
**Cc:** Bennetta, Joe <Joe.Bennetta@nissan-usa.com>
**Subject:** Re: Reinstatement Request - Urrutia Group

Where do we stand on this I need to know heading into this weekend.

Also we would be well under if the lines were still where they were established.

Regards,

2



**Bruce Novicky**

COO | Team Auto Group

Office 860.900.0660

Email bruce@teamauto.com

_____

IMPORTANT: The contents of this email and any attachments are confidential. They are intended for the named recipient(s) only. If you have received this email by mistake, please notify the sender immediately and do not disclose the contents to anyone or make copies thereof.

---

**From:** Tony Urrutia <tonyu814@gmail.com>
**Sent:** Thursday, May 2, 2024 3:43 PM
**To:** Eirich, John <eirichj@nmac.com>
**Cc:** Bruce Novicky <bruce@teamauto.com>; Bennetta, Joe <Joe.Bennetta@nissan-usa.com>
**Subject:** Re: Reinstatement Request - Urrutia Group

When did these numbers change? Where we notified why?

# 1:30

# 210210 9609_Team I



**NISSA**
Comme
8900 Fr
Irving,

February 8, 2021

Robert A. Urrutia, Member
Team Imports LLC
412 New Park Avenue
Hartford, CT 06106

Mr. Urrutia:

Nissan Motor Acceptance Corporation ("NMAC") is ple
approval of the following revocable lines of credit ("Wh
LLC (the "Dealership").

**Wholesale Floor Plan**

4

# 1:30

# 211217 8084_Team A



NISSAN
Commer
8900 Fr
Irving, T

October 22, 2021

Robert A. Urrutia, Operating Manager
Team Auto Group LLC
4360 US Route 9
Freehold, NJ 07728

Mr. Urrutia:

Nissan Motor Acceptance Company LLC ("NMAC") is ple
approval of the following revocable lines of credit ("Who
Group LLC dba Volkswagen of freehold, (the "Dealershi

**Wholesale Floor Plan**

**New Volkswagen**
**Non Nissan Demo**

Best regards,

Tony Urrutia

Mobile 631 561-9807

Sent from my iPhone

> On May 2, 2024, at 1:04 PM, Eirich, John <eirichj@nmac.com> wrote:
>
> Hi Bruce,
>
> I am looking into this now.  I should have an answer later today or tomorrow, I will keep you posted.
>
> --John
>
> **John Eirich** | NER | Nissan Motor Acceptance Company | Mobile: +1 732-241-8325 | Fax: +1 972-607-7172
>
> **From:** Bruce Novicky <bruce@teamauto.com>
> **Sent:** Thursday, May 2, 2024 1:57 PM
> **To:** Bennetta, Joe <Joe.Bennetta@nissan-usa.com>; Eirich, John <eirichj@NMAC.COM>
> **Cc:** tonyu814 <tonyu814@gmail.com>
> **Subject:** Re: Reinstatement Request - Urrutia Group

Good afternoon,

Could you please check on the new car lines today for me and let me know where we stand? I want to make sure we stay below the limit.

Also I am trying to figure out how to manage stocking for the rest of the year can you help?
Shouldn't the lines (especially MITSU) be higher? This is part of what is making us bump against the limit our limits don't line up with our sales.

VW YTD (Jan-Mar)

90 Day New Car Sales - $6,077,781

at 120 days supply would be $8,103,708

Current Limit - $5,800,000

Mitsu YTD (Jan-Mar)

90 Day New Car Sales - $1,976,394

at 120 days supply would be $2,635,192

Current Limit - $1,050,000

Nissan YTD (Jan-Mar)

90 Day New Car Sales - $4,076,827

at 120 days supply would be $5,435,769

Current Limit - $3,350,000

Regards,

**Bruce Novicky**

COO | Team Auto Group

Office 860.900.0660

Email bruce@teamauto.com

_____

IMPORTANT: The contents of this email and any attachments are confidential. They are intended for the named recipient(s) only. If you have received this email by mistake, please notify the sender immediately and do not disclose the contents to anyone or make copies thereof.

---

**From:** Bennetta, Joe <Joe.Bennetta@nissan-usa.com>
**Sent:** Thursday, April 18, 2024 10:13 AM
**To:** Bruce Novicky <bruce@teamauto.com>; Bruce Novicky <bruce@teamauto.com>
**Subject:** Reinstatement Request - Urrutia Group

Hi Bruce,

The credit lines have been reinstated. But please make sure to understand that if on May 7th you are over 125%, you will need to get below 100% of the line or 90 Day ROT to be reinstated.

**Joe Bennetta**

Financial Services Manager – Northeast Region

Nissan Motor Acceptance Company

Infiniti Financial Services

Nissan Group of North America

Phone: (609) 495-4834

joe.bennetta@nissan-usa.com

<image004.png>

<image006.png>

<image008.png>

<image009.png>