**Receivable Detail Report**

**Run Time: 2023/02/01 12:47:50 PM**



| Customer Profile | |
|---|---|
| **Name:** | SUNRISE AUTO OUTLET |
| **Dealer #:** | 146143 |
| **Address Line 1:** | 189 Sunrise Hwy |
| **Address Line 2:** | |
| **City, State, ZIP:** | Amityville, NY 117012509 |
| **Phone:** | (631) 842-3200 |
| **Fax:** | (n/a) - |

| Market Info & Account Profile | |
|---|---|
| **Market:** | Long Island |
| **Market Phone:** | (516) 993-9911 |
| **Dealer Status:** | NL |
| **Lot Audit:** | Complete |
| **Unapplied Funds:** | $.00 |
| **Reserve Funds Balance:** | $300.00 |

| Fee Type | Description | Amount Due | Date Incurred |
|---|---|---|---|
| Collateral Audit | Audit Date: 1/23/2023 12:00:00 AM | $95.00 | 2023/02/06 |
| **Total Account Charges for SUNRISE AUTO OUTLET (146143)** | | **$95.00** | |

| LOC Type | Approved Credit | Temp. Credit | Temp. Expiration | Total Credit | Outstanding Principal | Pending | Credit Available | Term Plan |
|---|---|---|---|---|---|---|---|---|
| Retail | $1,500,000.00 | $.00 | | $1,500,000.00 | $549,010.25 | $0.00 | $950,989.75 | NY D60/30/30 -- F0 -- R6.0 -- C%5/10 |
| **Total Lines of Credit for SUNRISE AUTO OUTLET (146143)** | | | | | | | | |
| | **$1,500,000.00** | **$.00** | | **$1,500,000.00** | **$549,010.25** | **$0.00** | **$950,989.75** | |

## Inventory for SUNRISE AUTO OUTLET (146143)

| Floor Date | Days | Last Paid | VS | Vehicle Description | Col or | VIN | Stk # | TS | Due | Disb | Source | Original Amount | Principal Balance | One Day Balance | Fee | Interest | Collateral Protection | Other | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/25/2022 | 68 | 01/24/2023 | STK | 2016 AUDI Q3 PRM | Whi | WA1EFCFSXGR007004 | 2 | FR | 02/23/2023 | S | Manheim Pe | $17,470.00 | $16,596.50 | $.00 | $.00 | $59.11 | $23.76 | $100.00 | $16,779.37 |
| 12/02/2022 | 60 | 01/31/2023 | STK | 2019 MERCEDES C-CLASS C | Blu | WDDWJ8EBXKF826568 | 6 | FR | 03/02/2023 | S | Manheim Pe | $31,955.00 | $30,357.25 | $.00 | $.00 | $13.49 | $5.43 | $100.00 | $30,476.17 |
| 12/02/2022 | 60 | 01/31/2023 | STK | 2018 AUDI Q7 PRM | Whi | WA1LAAF74JD052689 | 7 | FR | 03/02/2023 | S | Manheim Pe | $29,725.00 | $28,238.75 | $.00 | $.00 | $12.55 | $5.05 | $100.00 | $28,356.35 |
| 12/02/2022 | 60 | 01/31/2023 | STK | 2018 AUDI A3 PRM | Bla | WAUJ8GFF3J1059635 | 8 | FR | 03/02/2023 | S | Manheim Pe | $22,245.00 | $21,132.75 | $.00 | $.00 | $9.39 | $3.78 | $100.00 | $21,245.92 |
| 01/11/2023 | 20 | | STK | 2017 ROLLS-ROYC DAWN | Blu | SCA666D53HU102728 | 9 | FR | 03/13/2023 | S | Manheim Pe | $189,305.00 | $189,305.00 | $.00 | $.00 | $1,774.87 | $675.82 | $118.00 | $191,873.69 |
| 01/18/2023 | 14 | | PAS | 2019 JEEP CHER LTD | Whi | 1C4PJMDX1KD463867 | 10 | TA | 03/20/2023 | S | Manheim Ne | $21,625.00 | $21,625.00 | $.00 | $.00 | $135.06 | $51.47 | $118.00 | $21,929.53 |
| 01/20/2023 | 11 | | STK | 2016 MERCEDES GLE350W4 | Whi | 4JGDA5HB8GA763143 | 11 | FR | 03/21/2023 | S | Manheim Pe | $24,955.00 | $24,955.00 | $.00 | $.00 | $133.51 | $50.91 | $118.00 | $25,257.42 |
| 01/20/2023 | 11 | | PAS | 2017 MASERATI GHIBLI S Q | Unk | ZAM57RTLXH1231694 | 12 | TA | 03/21/2023 | S | Manheim Pe | $29,010.00 | $29,010.00 | $.00 | $.00 | $155.19 | $59.18 | $118.00 | $29,342.37 |
| 01/20/2023 | 11 | | PAS | 2015 BMW 650IX MSPT | Sil | WBA6B4C58FD760985 | 13 | FR | 03/21/2023 | S | Manheim Pe | $34,485.00 | $34,485.00 | $.00 | $.00 | $184.46 | $70.35 | $118.00 | $34,857.81 |
| 01/20/2023 | 11 | | STK | 2017 BMW X4 28IX XL | Red | 5UXXW3C38H0T80171 | 14 | FR | 03/21/2023 | S | Manheim Pe | $25,770.00 | $25,770.00 | $.00 | $.00 | $137.87 | $52.57 | $118.00 | $26,078.44 |
| 01/20/2023 | 11 | | PAS | 2019 MERCEDES-B C300W4 | Bla | 55SWF8EB2KU290410 | 15 | TA | 03/21/2023 | S | Manheim Pe | $27,700.00 | $27,700.00 | $.00 | $.00 | $148.19 | $56.51 | $118.00 | $28,022.70 |
| 01/20/2023 | 11 | | PAS | 2020 FORD F150 K/R | Red | 1FTEW1E45LFB57014 | 16 | FR | 03/21/2023 | S | Manheim Pe | $44,200.00 | $44,200.00 | $.00 | $.00 | $236.40 | $90.17 | $118.00 | $44,644.57 |
| 01/20/2023 | 11 | | STK | 2015 BMW X5 35IX | Unk | 5UXKR0C57F0K68296 | 17 | FR | 03/21/2023 | S | Manheim Pe | $19,550.00 | $19,550.00 | $.00 | $.00 | $104.62 | $39.88 | $118.00 | $19,812.50 |
| 01/20/2023 | 11 | | STK | 2019 MASERATI GHIB S Q4 | Bla | ZAM57YTA4K1314330 | 18 | FR | 03/21/2023 | S | Manheim Pe | $36,085.00 | $36,085.00 | $.00 | $.00 | $193.02 | $73.61 | $118.00 | $36,469.63 |
| **Total Retail** Unit Count: 14 | | | | | | | | | | | | **$554,080.00** | **$549,010.25** | **$.00** | **$.00** | **$3,297.73** | **$1,258.49** | **$1,580.00** | **$555,146.47** |



# Dealer Floored Units Report

| Dealer Profile | | Location Information | | Report Information | |
|---|---|---|---|---|---|
| **Name:** | NORTHSHORE MOTOR LEASING LLC | **Region:** | NorthEast | **Report Start Date:** | 2022/08/01 |
| **Dealer ID:** | 100411821 | **State:** | NY | **Report End Date:** | 2023/01/31 |
| **Address Line 1:** | 180 MICHAEL DR | **Regional Manager:** | Michael Kelly | **Total Floored Units:** | 4 |
| **City, State, Postal Code:** | Syosset,NY 11791 | **Area Manager:** | Jessica Kawecki | **Total Floored Cost:** | $111,237.50 |
| **Dealer Contact:** | Anthony Deo | | | **Total Paid Fees:** | $0.00 |
| **Email:** | anthonyd@northshoremotors1.com | | | **Total Paid Interest:** | $0.00 |
| **Phone Number:** | (516) 509-1668 | | | **Total Paid WIP:** | $0.00 |

| Activation Date | Credit Limit | Credit Utilization | Reserve Amount | Per Car Reserve | Interest Rate | Term Days | Curtailments | Fees |
|---|---|---|---|---|---|---|---|---|
| 2022-12-05 | $650,000.00 | $110,519.50 | $0.00 | $100.00 | 13.00% | 60/30/30 | 5%/5%/90% | $90.00/$75.00/$75.00 |

| Floored Date | Vin | Year | Color | Make | Model | Floored Amount | Outstanding Principal | Principal Paid | Fees Paid | Interest Paid | WIP Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022-12-23 | WA1L2AFP0GA040272 | 2016 | GREY | AUDI | Q5 PRM + | $18,075.00 | $18,075.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2022-12-23 | WAUHGAFC5GN009650 | 2016 | BLACK | AUDI | A6 PRES | $21,650.00 | $21,650.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2022-12-27 | WBA7F2C5XJB238313 | 2018 | | BMW | 7 SERIES 750 | $45,717.50 | $44,999.50 | $718.00 | $0.00 | $0.00 | $0.00 |
| 2023-01-27 | 5UXKT0C31H0V96834 | 2017 | WHITE | BMW | X5 40EX XLN | $25,795.00 | $25,795.00 | $0.00 | $0.00 | $0.00 | $0.00 |



## Non Personal Signature Card

**Date:** 3-15-23

| Business Name | 189 Sunrise Hwy Auto LLC DBA Sunrise Auto Outlet | | Tax ID | |
|---|---|---|---|---|
| Address | 189 Sunrise Highway, Amityville, NY 11701 | | | |
| Reference # | **Account Title / Account Subtitle** | | | Account # (Bank Use Only) |
| (1) 2023031501 | 189 Sunrise Hwy Auto LLC DBA Sunrise Auto Outlet | | | 9766 |
| ② | | | | |
| ③ | | | | |
| ④ | | | | |
| ⑤ | | | | |

☐ Check this box if additional Accounts are to be opened and are listed on additional pages.

The undersigned agree to the by-laws and the rules and regulations of Flushing Bank ("the Bank"), to any future amendments and additions to them, and to any laws and regulations binding on the Bank. The undersigned acknowledge receipt and review of the Bank's disclosures statement and Privacy Notice and agree to the terms and conditions governing this account ; The undersigned authorize the Bank to investigate credit and employment history and obtain reports from consumer reporting agency (ies) on them as individuals. Except as provided by law or another agreement, each of the undersigned is authorized to make withdrawals from the account(s)

The undersigned agree that the Bank is authorized to charge this account for any loan or other indebtedness the Business owes to the Bank. In order to make payment on each withdrawal, check or Money Order, the Bank will require such authorized signatures as are appropriate, based on this and any other agreements or instructions the Bank has on file

CERTIFICATION: Under penalty of perjury, I certify (1) that the number shown on this form is my correct Taxpayer Identification Number (or I am waiting for a number to be issued to me), (2) that I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, (3) that I am a U.S. citizen or other U.S. person; and (4) tha the FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

CERTIFICATION INSTRUCTIONS: You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. You are not required to sign the Certification for mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends.. (Also see Part 3 of W-9 instructions or similar disclosure)

CERTIFICATION: The undersigned certify that all account opening information provided is accurate and complete. Exemption from FATCA Reporting Code: _____

IMPORTANT ACCOUNT OPENING INFORMATION: Federal Law requires us to obtain sufficient information to verify your identity. We may ask you several questions and we may require one or more forms of identification to fulfill this requirement. In some instances we may use outside sources to confirm the information. The information you provide is protected by our Privacy Policy and Federal Law.

| Signer # 1 (Individual Owner if Sole Propierforship) | Full Name Anthony Deo | | | | Signature ✗ ⤬ |
|---|---|---|---|---|---|
| | Date 3/17/23 | Reference # ☑ All ☐ 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5 | | | Reference # |
| Signer # 2 (Non-Owner if Sole Propierforship) | Full Name | | | | Signature ✗ |
| | Date | Reference # ☐ All ☐ 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5 | | | Reference # |
| Signer # 3 (Non-Owner if Sole Propierforship) | Full Name | | | | Signature ✗ |
| | Date | Reference # ☐ All ☐ 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5 | | | Reference # |
| Signer # 4 (Non-Owner if Sole Propierforship) | Full Name | | | | Signature ✗ |
| | Date | Reference # ☐ All ☐ 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5 | | | Reference # |
| Signer # 5 (Non-Owner if Sole Propierforship) | Full Name | | | | Signature ✗ |
| | Date | Reference # ☐ All ☐ 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5 | | | Reference # |

☐ Check this box if additional Signers are listed on additional pages.
This Signature Card supersedes and terminates the Signature Card dated _____ and any related Signature Card Addendums.

Rev. 9/17                                  Page    of                          Signer #1 Initials _____

FLUSHING07184


**FLUSHING** Bank

## Resolution of Authority | Flushing Bank

☑ New ☐ Change

| | |
|---|---|
| **Account Title:** | 189 Sunrise Hwy Auto LLC DBA Sunrise Auto Outlet |
| **Entity Address:** | 189 Sunrise Highway, Amityville, NY 11701 |

**TIN Number** ▮▮▮▮

**Telephone Number** 631-842-3200

The individual(s) signing this Resolution hereby certifies to Flushing Bank, ("Bank") that the Entity is (check one):

☐ a Sole Proprietorship owned entirely by the individual signing this Resolution a duly formed and valid existing
☐ a General Partnership
☐ a Limited Partnership,
☐ a Service Award Trust organized by the Trustees of the _____ of _____, and that the individual signing this Resolution is
its secretary or assistant secretary and the keeper of its records
☐ a Limited Liability Partnership organized under the laws of the state of _____, and that the individuals signing this Resolution constitute all of the general partners of the partnership
☐ a Corporation duly organized and in good standing under the laws of the state of _____, and that the individual signing this Resolution is its secretary or assistant secretary and the keeper of the records and corporate seal, if any;
☐ an Unincorporated Association or Organization and that the individuals signing this Resolution is the keeper of the records and seal, if any:
☑ a Limited Liability Company organized under the laws of the state of NY _____ and that the individuals signing this Resolution constitute all of the members or managers, as appropriate of the company.

The following is a true and correct copy of the resolutions adopted by the Entity, such resolutions are now in full force and effect

### Depository and Withdrawal Authorization

RESOLVED, that Bank is designated a depository in which the funds of the Entity may be deposited and /or withdrawn by any (indicate number) __1__ of the persons listed below in the manner so designated, subject to Bank's deposit account agreement as the same may be amended from time to time. The persons listed are authorized to endorse for collection, deposit, or negotiation, any and all checks, drafts, notes, bills of exchange, certificates of deposit, and orders for the payment or transfer of money between account at Bank and other banks, either belonging to or coming into the possession of the Entity. Endorsements "for deposit" may be written or stamped. Bank may accept any instruments for deposit to any depository account of the Entity without endorsement or may supply the endorsement of the Entity. The persons so designated are authorized to sign any and all checks, drafts, and orders drawn against any designated accounts of the Entity (including saving accounts) at Bank. Bank is authorized to honor and pay all checks, drafts, and orders when so signed or endorsed without inquiry as to the circumstances of issue or disposition of the proceeds and regardless of to whom such instruments are payable or endorsed, including those drawn or endorsed to the individual order of any such person listed, even if doing so causes or increases an overdraft.

| PRINT NAME: | TITLE: | PRINT NAME: | TITLE: |
|---|---|---|---|
| Anthony Deo | Member | | |
| | | | |
| | | | |
| | | | |

### Signing Authorization

RESOLVED, that any __1__ of the persons indicated above is authorized to act for and on behalf of the Entity in any matter involving any of the Entity' depository accounts at Bank, including the authority to instruct Bank to close the account, to give instructions by means other than the signing of any item with respect to account transactions such as those initiated via electronic debit, payment, wire transfer, or other withdrawal of funds by computer, electronic or other technologic means, and is further authorized to sign and implement for and in the same on behalf of the Entity, as they, or any of them see fit, the agreements, instructions, drafts, orders, certificates, or other documents relating to any depository accounts or other business of the Entity including, but not limited to payroll agreements, repurchase agreements, night depository agreements, funds transfer agreements, agreement for automated clearinghouse services, agreements for online services, and/or safe deposit agreements.

### Borrowing Authorization

RESOLVED, that any __1__ of the persons indicated below is authorized to act for and on behalf of the Entity to borrow money and to obtain credit for the Entity from Bank on such terms as may seem to it advisable and to make and deliver notes, drafts, acceptances and any other obligations of the Entity therefore, instruments of guarantee and of indemnity, agreements and contracts, all in form satisfactory to Bank, and as security therefor, to grant a security interest in and to assign, transfer, hypothecate, mortgage, pledge, trustee, withdraw, exchange and substitute any stocks, bonds, securities, mortgages, bills and accounts, bills of lading, warehouse receipts, goods, insurance policies, certificates or any other property of every nature and description held by or belonging to the Entity, with full authority to endorse, assign or guarantee the same in the name of the Entity; to execute and deliver security agreements and all instruments of assignment, transfer, hypothecation, mortgage, pledge and trust, to sell or discount with or without recourse any bills receivable or any other paper, whether or not negotiable, held by the Entity; to subordinate and assign any obligations and debts owed to the Entity by another or others, and in connection therewith, to execute and deliver instruments of subordination and assignment in form satisfactory to Bank; to authorize and request Bank to purchase, sell, deliver or exchange for the account of the Entity stocks, bonds, certificates of deposit or other securities, and foreign exchange or the proceeds thereof; and to execute and deliver all instruments, agreements and contracts required by Bank in connection with any matters herein contained or in connection with any services, of whatever nature or description, to be provided by Bank to the Entity.

| PRINT NAME: | TITLE: | PRINT NAME: | TITLE: |
|---|---|---|---|
| Anthony Deo | Member | | |
| | | | |
| | | | |
| | | | |

### Service Award Trust Authorization

RESOLVED that Bank may draw periodic checks from its central issue check account, which will be funded, as required, through a charge to any of the Entity' depository accounts with Bank, to pay the entitlement award to eligible participants as directed by an account signer authorized by the Entity. These payments will not change and will continue until Bank is instructed otherwise by the Entity.

### Further Authorization

BE IT FURTHER RESOLVED that the secretary or assistant secretary (if a corporation or unincorporated association), the sole owner/proprietor (if a sole proprietorship), any member or manager, as appropriate (if a limited liability company), or any general partner (if a partnership) is authorized to certify to the Bank the name, title, specimen signature and facsimile signature with respect to any additions or deletions of persons authorized to carry out the purposes and intent of these resolutions and that this resolution shall remain in full force and effect until express written notice of rescission or modification is received by the Bank. If the authority contained herein should be revoked or terminated by operation of law or any other reason without such notice, it is resolved that the Bank shall be indemnified and saved harmless from any and all losses suffered or liabilities incurred by it so acting after such revocation or termination without notice.

IN WITNESS WHEREOF, the undersigned has hereunder subscribed his/her name(s) and affixed the seal, if any, of the Entity this **17** day of **March, 2023**

| For a Service Award Trust, Corporation or Unincorporated Association or Organization: | For Sole Proprietorship | For Partnership (all general partners must sign)/ For Limited Liability Company (all members must sign) |
|---|---|---|
| | | |
| _____ | _____ | _____ |
| Secretary | Owner, Sole Proprietor | Partner Member Manager |
| | | |
| ☐ THIS IS A NOT-FOR-PROFIT BUSINESS | | _____ |
| | | Partner Member Manager |

This Resolution supersedes and terminates the resolution dated _____.

Rev. 03/2023



## Certification of Beneficial Owner(s)

**Legal Entity Information For a Deposit/Loan Account**

a. Name of Legal Entity: 189 Sunrise Hwy Auto LLC DBA Sunrise Auto Outlet    Type: LLC

b. Physical Address of Legal Entity: 189 Sunrise Highway, Amityville, NY 11701    Tax ID #: ▉▉▉▉▉

c. Name of Individual Opening the Account: Anthony Deo    Title: Member

**Ownership Information**

d. • List each individual or entity who directly or indirectly, through any contract, arrangement, understanding, relationship or otherwise, owns 25% or more of the equity interests of the Legal Entity listed above.
   • If an individual's aggregate ownership is 25% or more, even if the entity owns less than 25%, it should be listed.

| Name of Individual or Entity | % of Ownership | Name of Individual or Entity | % of Ownership |
|---|---|---|---|
| Anthony Deo | 99% | | |
| | | | |

☐ If checked, ownership % is less than 25% and will be blank.

e. Beneficial Owner Detail.
   • For natural persons listed in (d) record the following information:
   • Explain below any layers of Beneficial Ownership by listing natural persons who own entities noted in (d). Only list individuals if their equity ownership is 25% or more of the Legal Entity opening the account.

| Beneficial Owner #1: Anthony Deo | Name of Entity: 189 Sunrise Hwy Auto LLC DBA Sunrise Auto Outlet |
|---|---|
| % of Ownership: 99%    Date of Birth: ▉▉ / 77 | Title: Member |
| Address: 3 Saddle Ridge Rd, Old Westbury, NY 11568 | For U.S. Persons Social Security #: ▉▉▉▉▉ |
| Driver's License # or Other ID: ▉▉▉▉▉ | For Non-U.S. Persons Passport # or other ID*: ▉▉▉▉▉ |
| Issuing State or Country of ID: New York | ID Expiration Date: ▉▉▉▉▉ |

| Beneficial Owner #2: | Name of Entity: |
|---|---|
| % of Ownership:    Date of Birth: / / | Title |
| Address: | For U.S. Persons Social Security #: |
| Driver's License # or Other ID: | For Non-U.S. Persons Passport # or other ID*: |
| Issuing State or Country of ID: | ID Expiration Date: / / |

| Beneficial Owner #3: | Name of Entity: |
|---|---|
| % of Ownership:    Date of Birth: / / | Title: |
| Address: | For U.S. Persons Social Security #: |
| Driver's License # or Other ID: | For Non-U.S. Persons Passport # or other ID*: |
| Issuing State or Country of ID: | ID Expiration Date: / / |

Rev. 05/18

FLUSHING07186


**FLUSHING Bank**
Commercial ▪ Business ▪ Consumer

## Certification of Beneficial Owner(s)

### Ownership Information Continued

Beneficial Owner #4: _____    Name of Entity: _____

% of Ownership: _____ Date of Birth: ___/___/___    Title: _____

**For U.S. Persons**
Address: _____    Social Security #: _____

**For Non-U.S. Persons**
Driver's License # or Other ID: _____    Passport # or other ID*: _____

Issuing State or Country of ID: _____    ID Expiration Date: ___/___/___

### Management Information

This section cannot be left blank. If the individual is already listed in (e), only Name and Title must be recorded.

f.  Provide information for one individual with significant responsibility for managing the Legal Entity such as:

☑ An executive officer or senior manager (e.g. Chief Executive Officer, Chief Financial Officer, Chief Operating Officer, Managing Member, General Partner, President, Vice President, Treasurer); or

☐ Any other individual who regularly performs similar functions.

Name: Anthony Deo    Title: Member

Address: _____    Date of Birth: ___/___/___

Driver's License # or Other ID: _____    ID Expiration Date: ___/___/___
**For U.S. Persons**
Social Security #: _____
**For Non-U.S. Persons**
Passport # or other ID and Country of Issuance*: _____

### Certification

I, (name of natural person opening account), hereby certify to the best of my knowledge that the information provided above is complete and correct. I agree to notify the bank of any change in such information.

Name: Anthony Deo    Signature: X    Date: 3/17/23

### Recertification

**Recertification – 1st**
I hereby certify the information above is complete and correct as of this date and agree to notify the Bank of changes.

Name: _____    Signature: X    Date: ___/___/___

**Recertification – 2nd**
I hereby certify the information above is complete and correct as of this date and agree to notify the Bank of changes.

Name: _____    Signature: X    Date: ___/___/___

**Recertification – 3rd**
I hereby certify the information above is complete and correct as of this date and agree to notify the Bank of changes.

Name: _____    Signature: X    Date: ___/___/___

**Bank Use Only Upon Initial Certification**

Accepted by: X _____    Date: 03/16/2023    Master Deposit Account #: [ ] 9766

Print: Robert Puccio    Cost Center #: 455    Master Loan #: _____

*In lieu of a passport number, Non-U.S. persons may also provide an alien identification card number, or number and country of issuance of any other government issued document evidencing nationality or residence and bearing a photograph or similar safeguard.

Page 2 of 2

Rev. 05/18

FLUSHING07187

# Account Signer Profile

**FLUSHING** Bank
Commercial ▪ Business ▪ Consumer

Date: 3/15/23

☑ Business  ☐ Personal

## Business Information

| Business Name | 189 Sunrise Hwy Auto LLC DBA Sunrise Auto Outlet | Tax ID | |

**IMPORTANT ACCOUNT OPENING INFORMATION:** Federal Law requires us to obtain sufficient information to verify your identity. You may be asked several questions and to provide one or more forms of identification to fulfill this requirement. In some instances we may use outside sources to confirm the information. The information you provide is protected by our Privacy Policy and Federal Law.
A **Secondary ID #** is not required for a business account.

| First Name | Middle Name | Last Name | Occupation |
|---|---|---|---|
| Anthony | | Deo | Owner of Northshore Motor Leasing |
| **SSN** | DOB | Primary ID # and Expiration Date | Secondary ID # and Expiration Date |
| | | | |
| Street / City / State / Zip | | | Mother's Maiden Name |
| 3 Saddle Ridge Rd, Old Westbury, NY 11568 | | | |
| Email | | Home Phone | Business Phone | Cell Phone |
| anthonyd@northshoremotors1.com | | N/A | 516-226-1400 | 516-509-1668 |

| First Name | Middle Name | Last Name | Occupation |
|---|---|---|---|
| | | | |
| **SSN** | DOB | Primary ID # and Expiration Date | Secondary ID # and Expiration Date |
| Street / City / State / Zip | | | Mother's Maiden Name |
| Email | | Home Phone | Business Phone | Cell Phone |

| First Name | Middle Name | Last Name | Occupation |
|---|---|---|---|
| | | | |
| **SSN** | DOB | Primary ID # and Expiration Date | Secondary ID # and Expiration Date |
| Street / City / State / Zip | | | Mother's Maiden Name |
| Email | | Home Phone | Business Phone | Cell Phone |

| First Name | Middle Name | Last Name | Occupation |
|---|---|---|---|
| | | | |
| **SSN** | DOB | Primary ID # and Expiration Date | Secondary ID # and Expiration Date |
| Street / City / State / Zip | | | Mother's Maiden Name |
| Email | | Home Phone | Business Phone | Cell Phone |

| First Name | Middle Name | Last Name | Occupation |
|---|---|---|---|
| | | | |
| **SSN** | DOB | Primary ID # and Expiration Date | Secondary ID # and Expiration Date |
| Street / City / State / Zip | | | Mother's Maiden Name |
| Email | | Home Phone | Business Phone | Cell Phone |

| For Bank Use Only | | | |
|---|---|---|---|
| Account Number(s) | Information Obtained By (Print Name) | | Signature |
| 6 | Robert Puccio | | Robert Puccio |

By completing and signing this form, I hereby certify, to the best of my knowledge, the information provided to me by the customer is complete and accurate.
Rev. 9/17                                    Page    of

# FLUSHING Bank
Commercial ▪ Business ▪ Consumer

## Business Profile

**Reference #:** 2023031501    **Date:** 3/15/23

## Business Details

| | | |
|---|---|---|
| **1. Entity Name** <br> 189 Sunrise Hwy Auto LLC DBA Sunrise Auto Outlet | **2. Origination Branch** <br> 455 | **3. Servicing Branch** <br> 25 |
| **4. Alternate Business Address** (Offsite use only) | **5. Alternate Business Phone Number** (Offsite Use Only) | |

| **6. Account Type:** ☐ CD  ■ Checking  ☐ Loan <br> ☐ Money Market  ☐ Savings  ☐ Escrow  ☐ Other <br> ☐ Compensating Balance Savings | **7. Brief Description of Business** <br> Used car dealer |
|---|---|

**8. Check off the business type(s), as applicable (multiple types may apply)**

| | | | |
|---|---|---|---|
| ☐ Foreign Business | ☐ Convenience Store | ☐ Restaurant | ☐ Professional Service Provider (e.g. attorneys, accountants, doctors, investment brokers or real estate brokers, and other third party, especially those that act as financial liaisons for their clients) |
| ☐ Retail Store | ☐ Cigarette Distributor | ☐ Liquor Store | |
| ☐ Parking Garage | ☐ Antiques Dealer | ☐ Arts Dealer | |
| ☐ Leather Dealer | ☐ Lottery Agent | | ☐ Real Estate Title and Escrow Companies |

☐ Deals in Precious Metals, Stones and Jewels (complete separate profile)    ☐ Import/Export business that **NEVER** takes possession of the goods/inventory and/or has no physical location to demonstrate business
☐ Non-Bank Financial Institution (NBFI) (e.g. brokers, dealer in securities)
If checked, specify:

| **9. Contact Name** <br> Anthony Deo | **10. Tax ID #** ▓▓▓▓▓▓ | **11. TIN Applied For** <br> (indicate only if #10 is blank) | ☐ Yes <br> ☐ No | **12. Home Based** <br> ☐ Yes ■ No |
|---|---|---|---|---|

**13. Type of Account Ownership**

| | | | | | | |
|---|---|---|---|---|---|---|
| ☐ Corporation | ☐ Estate | ■ LLC | ☐ LLP | ☐ Partnership | ☐ Sole Proprietor | ☐ Trust |
| ☐ Attorney Escrow | ☐ IOLA | ☐ Unincorporated Assoc/Club | ☐ Other Escrow | ☐ Other | | |

**14. Source of assets funding the account**

| | | | | | | |
|---|---|---|---|---|---|---|
| ■ Business Income | ☐ Inheritance | ☐ Sale of Assets | ☐ Sale of Property | ☐ Savings | ☐ Wages | ☐ Other |

| **15. Account Usage** <br> ■ General  ☐Payroll  ☐Other | **16. Monthly Revenue** <br> $ 1.3 MM | **17. Does the business have other accounts with Flushing Bank?** ☐ Yes ☒ No |
|---|---|---|

| **18. Names of Major Suppliers/Vendors** <br> Cargurus, Facebook, Interstate Batteries | **19. Names of Major Customers** <br> general Public |
|---|---|

## Current and Prior Banking Relationships

| **Current Bank(s) for the Business** <br> Signature Bank | **Products/Services Used** <br> DDA | |
|---|---|---|
| **Checking Average $** <br> 100,000 | **Savings Average $** <br> NA | **Investment Average $** <br> NA |
| **Borrowing Purpose** <br> NA | **Borrowing Terms** <br> NA | |

## Relationship Contact

**Relationship Manager's Name** Robert Puccio

## Money Service Business (MSB) and Prohibited Businesses

I have verified with the customer the entity is **not** operating any of the following businesses, prohibited by Flushing Bank Policy

**RP**
**Banker's Initials**

| | | |
|---|---|---|
| Adult Entertainment Businesses <br> Armored Car Services <br> Arms Dealers <br> ATM Operators – Primary Business <br> BIT Coin Dealer (virtual currency) <br> Check Cashers or other Primary Money Service Businesses | Correspondent Accounts <br> Consulates, Embassies, UN Related/Foreign - Government Related Entities <br> Gambling Establishments <br> Pawn Brokers <br> Store Value Card Distributors/Dealers (not retail stores that sell them) | Payday Lenders <br> Unlicensed MSB/informal loan society accounts <br> Vending Machine Operators <br> Marijuana Related Businesses (Complete Specialized Banking eForm with the prospect) |

## Flushing Bank Borrowing Relationship

Does the customer have a lending relationship and appraisal on file? ☐ Yes ■ No
**If "yes" indicate loan number**

FLUSHING07189

# FLUSHING Bank
Commercial • Business • Consumer

## Business Profile

| Business Name 189 Sunrise Hwy Auto LLC DBA Sunrise Auto Outlet | Reference # 2023031501 | Date 3/15/23 |
|---|---|---|

## Expected Volumes

| Type of Transaction | | Monthly Amount | | Monthly Count (Average number of times) | |
|---|---|---|---|---|---|
| **Cash In** | Purpose: cash receipts | ☐ $0.00 - $2.5k<br>☐ $2,500.01 - $5k<br>☐ $5,000.01 - $7.5k<br>☑ $7,500.01 - $10k<br>☐ $10,000.01 - $25k<br>☐ $25,000.01 - $50k<br>☐ $50,000.01 - $100k | ☐ $100,000.01 - $150k<br>☐ $150,000.01 - $200k<br>☐ $200,000.01 - $400k<br>☐ $400,000.01 - $500k<br>☐ $500,000.01 - $750k<br>☐ $750,000.01 - $1M<br>☐ $1,000,000.01 - $5M | ☑ 0 - 5<br>☐ 6 - 10<br>☐ 11 - 25<br>☐ 26 - 50<br>☐ 51 - 75 | ☐ 76 - 100<br>☐ 101 - 125<br>☐ 126 - 150<br>☐ 151 - 200<br>☐ 201 - 250<br>☐ 251 - 500 |
| **Cash Out** | Purpose: Petty Cash | ☐ $0.00 - $2.5k<br>☐ $2,500.01 - $5k<br>☐ $5,000.01 - $7.5k<br>☐ $7,500.01 - $10k<br>☑ $10,000.01 - $25k<br>☐ $25,000.01 - $50k<br>☐ $50,000.01 - $100k | ☐ $100,000.01 - $150k<br>☐ $150,000.01 - $200k<br>☐ $200,000.01 - $400k<br>☐ $400,000.01 - $500k<br>☐ $500,000.01 - $750k<br>☐ $750,000.01 - $1M<br>☐ $1,000,000.01 - $5M | ☑ 0 - 5<br>☐ 6 - 10<br>☐ 11 - 25<br>☐ 26 - 50<br>☐ 51 - 75 | ☐ 76 - 100<br>☐ 101 - 125<br>☐ 126 - 150<br>☐ 151 - 200<br>☐ 201 - 250<br>☐ 251 - 500 |
| **Wires In** | Purpose: payments from customers and affiliates | ☐ $0.00 - $5k<br>☐ $5,000.01 - $10k<br>☐ $10,000.01 - $25k<br>☐ $25,000.01 - $50k<br>☐ $50,000.01 - $100k<br>☐ $100,000.01 - $150k<br>☑ $150,000.01 - $300k<br>☐ $300,000.01 - $500k | ☐ $500,000.01 - $750k<br>☐ $750,000.01 - $1M<br>☐ $1,000,000.01 - $5M<br>☐ $5,000,000.01 - $10M<br>☐ $10,000,000.01 - $25M<br>☐ $25,000,000.01 - $50M<br>☐ $50,000,000.01 - $75M<br>☐ $75,000,000.01 - $100M | ☐ 0 - 1<br>☑ 2<br>☐ 3<br>☐ 4<br>☐ 5 | ☐ 6 - 10<br>☐ 11 - 25<br>☐ 26 - 50<br>☐ 51 - 75<br>☐ 76 - 100<br>☐ 101 - 200 |
| **Wires Out** | Purpose: payments to vendors, auto purchases | ☐ $0.00 - $5k<br>☐ $5,000.01 - $10k<br>☐ $10,000.01 - $25k<br>☐ $25,000.01 - $50k<br>☐ $50,000.01 - $100k<br>☐ $100,000.01 - $150k<br>☑ $150,000.01 - $300k<br>☐ $300,000.01 - $500k | ☐ $500,000.01 - $750k<br>☐ $750,000.01 - $1M<br>☐ $1,000,000.01 - $5M<br>☐ $5,000,000.01 - $10M<br>☐ $10,000,000.01 - $25M<br>☐ $25,000,000.01 - $50M<br>☐ $50,000,000.01 - $75M<br>☐ $75,000,000.01 - $100M | ☐ 0 - 1<br>☐ 2<br>☐ 3<br>☐ 4<br>☑ 5 | ☐ 6 - 10<br>☐ 11 - 25<br>☐ 26 - 50<br>☐ 51 - 75<br>☐ 76 - 100<br>☐ 101 - 200 |
| **ACH In** | Purpose: from customers and credit cards | ☐ $0.00 - $5.5k<br>☐ $5,000.01 - $10k<br>☐ $10,000.01 - $25k<br>☐ $25,000.01 - $50k<br>☐ $50,000.01 - $100k<br>☑ $100,000.01 - $150k | ☐ $150,000.01 - $300k<br>☐ $300,000.01 - $500k<br>☐ $500,000.01 - $750k<br>☐ $750,000.01 - $1M<br>☐ $1,000,000.01 - $5M<br>☐ $5,000,000.01 - $10M<br>☐ $10,000,000.01 - $25M | ☐ 0 - 5<br>☐ 6 - 10<br>☑ 11 - 25<br>☐ 26 - 50<br>☐ 51 - 75<br>☐ 76 - 100 | ☐ 101 - 125<br>☐ 126 - 150<br>☐ 151 - 200<br>☐ 201 - 250<br>☐ 251 - 500<br>☐ 501 - 1000 |
| **ACH Out** | Purpose: payments to vendors | ☐ $0.00 - $5.5k<br>☐ $5,000.01 - $10k<br>☐ $10,000.01 - $25k<br>☐ $25,000.01 - $50k<br>☑ $50,000.01 - $100k<br>☐ $100,000.01 - $150k | ☐ $150,000.01 - $300k<br>☐ $300,000.01 - $500k<br>☐ $500,000.01 - $750k<br>☐ $750,000.01 - $1M<br>☐ $1,000,000.01 - $5M<br>☐ $5,000,000.01 - $10M<br>☐ $10,000,000.01 - $25M | ☐ 0 - 5<br>☐ 6 - 10<br>☑ 11 - 25<br>☐ 26 - 50<br>☐ 51 - 75<br>☐ 76 - 100 | ☐ 101 - 125<br>☐ 126 - 150<br>☐ 151 - 200<br>☐ 201 - 250<br>☐ 251 - 500<br>☐ 501 - 1000 |
| **Monetary Instrument** | Purpose: na | ☑ $0.00 - $1k<br>☐ $1,000.01 - $5k<br>☐ $5,000.01 - $10k<br>☐ $10,000.01 - $25k<br>☐ $25,000.01 - $50k<br>☐ $50,000.01 - $100k<br>☐ $100,000.01 - $150k<br>☐ $150,000.01 - $200k | ☐ $200,000.01 - $250k<br>☐ $250,000.01 - $300k<br>☐ $300,000.01 - $400k<br>☐ $400,000.01 - $500k<br>☐ $500,000.01 - $750k<br>☐ $750,000.01 - $1M<br>☐ $1,000,000.01 - $2M<br>☐ $2,000,000.01 - $5M<br>☐ $5,000,000.01 - $100M | ☑ 0 - 1<br>☐ 2 - 5 | ☐ 6 - 10<br>☐ 11 - 25<br>☐ 26 - 50 |
| **ATM Withdrawal** | Purpose: na | ☑ $0.00 - $1k<br>☐ $1,000.01 - $5k<br>☐ $5,000.01 - $10k<br>☐ $10,000.01 - $25k<br>☐ $25,000.01 - $50k<br>☐ $50,000.01 - $100k | ☐ $100,000.01 - $150k<br>☐ $150,000.01 - $200k<br>☐ $200,000.01 - $250k<br>☐ $250,000.01 - $300k<br>☐ $300,000.01 - $400k<br>☐ $400,000.01 - $500k | ☑ 0 - 5<br>☐ 6 - 10<br>☐ 11 - 25<br>☐ 26 - 50<br>☐ 51 - 75 | ☐ 76 - 100<br>☐ 101 - 125<br>☐ 126 - 150<br>☐ 151 - 200<br>☐ 201 - 250 |

FLUSHING07190



# Business Profile

| Business Name | 189 Sunrise Hwy Auto LLC DBA Sunrise Auto Outlet | Reference # 2023031501 | Date 3/15/23 |
|---|---|---|---|

## Additional Information

**1. Other Bank Services of Interest**

☐ Armored Service    ☑ Cash Manager Direct    ☐ Loans        ☐ Lockbox        ☐ Mail Deposits

☐ Merchant Services    ☐ Remote Deposit    ☐ Safe Deposit    ☐ Other

| | |
|---|---|
| **2. Is the entity address near the institution?** ☑ Yes ☐ No<br>If "no", provide reason(s) | **3. Will the account activity be conducted in multiple branches?**<br>☐ Yes ☑ No<br>If "yes", list the branch locations and reason(s) |
| **4. Are any of the signers or owners non US Citizens?**<br>☐ Yes ☑ No<br>If "yes", list that signer/owner and country of origin | **5. Are any of the signers/owners a Politically Exposed Person (PEP), related to or a close associate to a PEP?**<br>☐ Yes ☑ No<br>If "yes", list them and the relationship to the PEP<br><br>*(Complete the PEP Profile form and submit to the BSA Officer for approval prior to opening the account).* |
| **6. Will the entity operate an ATM machine on their premise?**<br>☐ Yes ☑ No<br><br>a) If "yes", are the ATM(s) owned and serviced by the entity?<br>☐ Yes ☐ No<br><br>b) How many ATM's does the entity own?<br><br>c) Who is responsible for replenishing the ATM(s)?<br><br>d) Who is the beneficial owner of the ATM(s)? | **7. Will the entity be receiving or sending funds from/to countries outside of the U.S.?**<br>☐ Yes ☑ No<br><br>a) What countries will the entity be transacting with?<br><br>b) What is the expected monthly volume?<br><br>c) List reasons for transactions |
| e) Will Flushing Bank provide the cash for the ATM(s)?<br>☐ Yes ☐ No<br><br>If "no", provide the cash service contract<br><br>*Provide a copy of the following documents:*<br>*ATM Agreement with sponsoring entity, exact physical location of each ATM.*<br>*State Registration and copy of three (3) months ATM activity statements.* | **8. Will the entity be utilizing ACH Originations?**<br>☐ Yes ☑ No<br><br>If yes, will the entity offer payment processing services to merchants and other business entities?    ☐ Yes ☑ No |
| **9. Does the entity accept third party checks?** | ☐ Yes ☑ No |

FLUSHING07191



# Business Profile

| Business Name 189 Sunrise Hwy Auto LLC DBA Sunrise Auto Outlet | Reference # 2023031501 | Date 3/15/23 |
|---|---|---|

## Additional Information Continued

**10. Is the entity an NGO, NPO, charity, endowment or foundation?** ☐ Yes ☒ No  *If No, skip section #10*

*NGOs are private nonprofit organizations that pursue activities intended to serve the public good. An NGO can be any nonprofit organization that is independent from government. NGOs can range from large regional, national, or international charities to community-based self-help groups. NGOs also include research institutes, churches, professional associations, and lobby groups. NGOs typically depend, in whole or in part, on charitable donations and voluntary service for support.*

a) What does the charter of the Organization state as the primary purpose?

☐ Education

☐ Religious

☐ Community Service

☐ Social Services

☐ Other, please describe:

b) Does the entity issue any loans to individuals and/or businesses?    ☐ Yes ☐ No

c) Does the entity expect to deposit third party checks?    ☐ Yes ☐ No

d) Does the entity cash checks or exchange currency for any individual on any day in one or more transactions? ☐ Yes ☐ No

**If the answer is "Yes" to b, c, or d above, DO NOT open the account.**

e) Is the entity incorporated in New York? ☐ Yes   ☐ No

e.1) If not, did you obtain a copy of the Certificate of Corporate Status? ☐ Yes   ☐ No

f) What geographic location(s) does the entity serve?

g) Does the entity have any related organizations in or outside of the branch market area?    ☐ Yes ☐ No

h) How are the organizations related?

i) Does the entity have any affiliation with other NGOs, government, other groups? ☐ Yes   ☐ No
 If so, please list:


j) Do the anticipated deposits represent the entity's stated objectives? ☐ Yes   ☐ No

k) Do the anticipated disbursements represent the entity's stated beneficiaries? ☐ Yes   ☐ No

l) To whom will the entity's funds be disbursed?

m) How are the beneficiaries selected?

n) Does the NGO have a website? ☐ Yes   ☐ No

n.1) If yes, enter the URL:

o) Is the website for members only? ☐ Yes   ☐ No


o.1) Is the website open to accept donations or contributions by the public using credit cards? ☐ Yes   ☐ No

o.2) If yes, list the entity's credit card processor:

p) If donations are open to the public, are there International contributors? ☐ Yes   ☐ No

p.1) If yes, please list any major international contributors:

q) How does the entity receive its funding? (check all that apply)

☐ Private Contributions

☐ Corporate Contributions

☐ Community Groups

☐ Government Entities

☐ Fund Raisers

☐ Sponsors

☐ Dues

☐ Other, please describe

r) What are the past, present and planned activities for the organization?


s) Does the entity receive funding from any governmental entity or organization located outside of the U.S? ☐ Yes   ☐ No
 If yes, please provide the following information:

s.1) Name of Government Entity or Organization:

s.2) Location:

s.3) Purpose of Funds:

t) Is the entity tax exempt under Internal Revenue Code? ☐ Yes   ☐ No

t.1) If yes, under what IRC section?

u) Estimated Gross Annual Revenue $

v) How many employees does the entity have?

FLUSHING07192



# Business Profile

## Notes

*Complete this section if additional space is needed to answer any questions above.*

___

**For Bank Use Only**

By completing and signing this form, I hereby certify, to the best of my knowledge, the information provided to me by the customer is complete and accurate.

| Account Number | Information Obtained By (Print Name) | Signature |
|---|---|---|
| ████████6 | Robert Puccio | *Robert Puccio* |

FLUSHING07193

**FLUSHING** Bank
Commercial ▪ Business ▪ Consumer

# Site Visitation Form

| Business Information | | | |
|---|---|---|---|
| **Business Name(s):** | | | |
| 189 Sunrise Hwy Auto LLC DBA Sunrise Auto Outlet | | | |
| | | | |
| | | | |

| Physical Address: 189 Sunrise Highway | | Met With: Dwight Blankenship | | |
|---|---|---|---|---|
| City, State: Amityville, NY | | Type of Business: used car dealership | | |
| Zip Code: 11701 | | Home Based: | ☐ Yes | ◼ No |
| Date of Visit: 3/17/2023 | | Date Opened: 7/2014 | | |

| External Description | | | | |
|---|---|---|---|---|
| Type of Space Occupied: | | Signage: | | |
| ◼ Commercial | ☐ Residential (home/apt.) | ◼ Visible | ☐ Clear | ☐ None |
| ☐ Warehouse/ Industrial Space | | Does signage reflect business name? | | |
| ☐ Retail | | ◼ Yes | ☐ No | |
| ☐ Other | | | | |
| Is the business name listed on a directory/mailbox located in the building or on the property?  ☐ Yes | | | | ☐ No |
| General appearance of the property: | ☐ Good | ◼ Fair | ☐ Poor | ☐ N/A |
| Comments: building and parking lot are being updated. | | | | |
| | | | | |
| | | | | |

| Internal Description | |
|---|---|
| **GENERAL** | |
| Clean and Organized? | ◼ Yes  ☐ No |
| **RETAIL** | |
| Hours of Operation: 9 am - 8 pm | |
| Describe any inventory observed: used cars | |
| Describe display & condition of inventory: cars are in fair  condition | |
| Describe visible internal signage signs in the office and on the door | |
| Describe volume of customer activity none, they are doing renovations | |
| Are customer transactions conducted primarily in cash or credit? | ☐ Cash  ◼ Credit |

1

FLUSHING07194

**FLUSHING** Bank
Commercial • Business • Consumer

| Describe any seasonal considerations for transaction volume: | | | | |
|---|---|---|---|---|
| none | | | | |
| Does the business offer? (Check applicable) | ☐ Phone Cards | ☐ Funds Transfers | ☐ Check Cashing | ☐ Lottery |

**OFFICE AND INDUSTRIAL**

| Describe any materials or merchandise onsite: |
|---|
| |
| Describe any equipment onsite: |
| |
| Describe the model & condition of any vehicles onsite: |
| |
| Does the location seem sufficiently staffed?    ☐ Yes  |  ☐ No |
| If office location, please describe the furniture and décor: |

**ACTIVITY AND PRODUCTS**

| Does observed business activity reflect type of business? | ■ Yes | ☐ No |
|---|---|---|

| Explain: |
|---|
| set up of office and lot are consistent with a auto dealership |

| Describe the types of products or services provided by this business: |
|---|
| used cars |

On the day of the visit, the business appears to be:

| ☐ Very Busy | ☐ Busy | ☐ Slow | ■ No Customers |
|---|---|---|---|

| If no internal inspection was performed or no internal pictures taken, explain why: |
|---|
| |

**ONSITE ATM**

| Is there an ATM onsite? | ☐ Yes | ■ No | If Yes, complete this section |
|---|---|---|---|
| Is the ATM serviced by our customer? | | ☐ Yes | ☐ No |
| Exact location of ATM: | | | |
| How is cash replenished? | ☐ Bank | ☐ Armored Car | ☐ Cash Servicer |
| How often will the ATM be loaded? | | | |
| What is the daily expected cash activity? | | | |
| **Obtain copy of the ATM Lease or Purchase Agreement** | | | |
| **Obtain copies of the last three months banking statements** | | | |

**Marijuana Related Business**

| Is this business marijuana related? | ☐ Yes | ■ No |
|---|---|---|
| Type of Business (Example: Retail dispensaries, cultivation etc.) | | |
| Approximate Annual Revenue: $ | | |
| What percentage of the business is directly tied to marijuana business?    % | | |

Rev 12/19

FLUSHING07195

**FLUSHING**
Commercial ● Business ● Consumer **Bank**®

| Of the percentage listed above, define the percentage in each of the following areas? | | | | | |
|---|---|---|---|---|---|
| Sale of CBD Oil: | % | Paraphernalia: | % | Hemp: | % |
| Other (Explain): | | | | | % |

What process is in place by the business to ensure the marijuana portion of the business is licensed?

### Premises Description

Provide a clear description of the premises:

property consist of a building which is used as offices, with a receptions area, waiting room, desks and cubical.

building is approximatly 5,000 sf.  with a large parking lot

### Home Based

If a home based business, is it reasonable for this type of business to be operated out of a home?

☐ Yes                                      ☐ No  If No, explain below:

### Conclusion / Overall Comments

Is the business environment consistent with the type of business? (Explain)

Property set up, signage and used cars on site are all consistent with a used car lot.

Location was closed during my visit as they are making renovations of the space.

### Visited By *

| Print Name: Robert Puccio | Title: Vice President | Branch/Business Unit: 455 |
|---|---|---|
| Signature: *Robert Puccio* | Date: 3/17/2023 | |

3

FLUSHING07196



# INTERNET GAMBLING NOTICE AND CERTIFICATION

Pursuant to the Unlawful Internet Gambling Enforcement Act of 2006 and Regulation GG, "restricted transactions" such as those in which a person accepts credit, funds, instruments or other proceeds from another person in connection with unlawful Internet gambling, are prohibited. You certify that such transactions will not be conducted through your account at Flushing Bank. Please be advised that if Flushing Bank determines that your account is being used to engage in restricted transactions, we reserve the right to terminate your access to certain payment systems and/or close your account.

I, **Anthony Deo**
_____
Customer Name

**Member** , of **189 Sunrise Hwy Auto LLC DBA Sunrise Auto Outlet**
Title (i.e. Pres., Sec.)                          Company Name

Company/Corporation/Partnership/LLC/Sole Proprietorship do hereby certify that the above named

Business entity does not engage in any type of Internet Gambling business.

_____
Signature

3/17/23
_____
Date

| FOR BANK USE ONLY | | |
|---|---|---|
| Account(s) # [redacted]9766 | Originating Br #. | 455 |
| | Accepted By | Robert Puccio |
| | | (Print Name) |

Rev. 9/17

FLUSHING07197

OPERATING AGREEMENT

FOR

# 189 SUNRISE HWY AUTO LLC.

A LIMITED LIABILITY COMPANY

## ARTICLE I
### Company Formation

**1.1. FORMATION**. The Members have formed a Limited Liability Company ("Company") according to the laws of the state in which the Company was formed. This operating agreement is entered into and effective as of the date it is adopted by the members.

**1.2. REGISTERED AGENT**. The name and location of the Company's registered agent will be stated in the company's formation documents.

**1.3. TERM**. The Company will continue perpetually unless, (a) Members whose capital interest as defined in Article 2.2 exceeds 50 percent vote for dissolution; or (b) Any event which causes the Company's business to become unlawful; or (c) The death, resignation, expulsion, bankruptcy, retirement of a Member or the occurrence of any other event that terminates the continued membership of a Member of the Company; or (d) Any other event causing dissolution of the Company under applicable state laws.

**1.4. CONTINUANCE OF COMPANY**. In the event of an occurrence described in ARTICLE 1.3(c), if there are at least two remaining Members, those Members have the right to continue the business of the Company. This right can be exercised only by the unanimous vote of the remaining Members within ninety (90) days after the occurrence of an event described in ARTICLE 1.3(c). If not exercised, the right of the Members to continue the business of the Company will expire.

**1.5. BUSINESS PURPOSE**. The Company will conduct any lawful business deemed appropriate in carrying out the company's objectives.

**1.6. PRINCIPAL PLACE OF BUSINESS.** The Company's principal place of business will be stated in the formation documents, or as selected by the Managers.

**1.7. THE MEMBERS.** The name and residential address of each member are listed in Exhibit 2 attached to this Agreement.

**1.8. ADMISSION OF ADDITIONAL MEMBERS.** Additional members may only be admitted to the Company through a Certificate of New Membership issuance by the company of new interest in the Company or as otherwise provided in this agreement.

## ARTICLE II
Capital Contributions

**2.1. INITIAL CONTRIBUTIONS**. The Members will initially contribute capital to the Company, as described in Exhibit 3 attached to this Agreement. The agreed total value of such property and cash is $100,000.00

**2.2. ADDITIONAL CONTRIBUTIONS**. Except as provided in ARTICLE 6.2, no Member will be obligated to make any additional contribution to the Company's capital.

## ARTICLE III
Profits, Losses and Distributions

**3.1. PROFITS/LOSSES**. For financial accounting and tax purposes, the Company's net profits or net losses will be determined on an annual basis. These profits and losses will be allocated to the Members in proportion to each Member's capital interest in the Company as set forth in Exhibit 2 as amended and in accordance with Treasury Regulation 1.704-1.

**3.2. DISTRIBUTIONS**. The Members will determine and distribute available funds annually or as they see fit. "Available funds" refers to the net cash of the Company available after expenses and liabilities are paid. Upon liquidation of the Company or liquidation of a Member's interest, distributions will be made in accordance with the positive capital account balances or pursuant to Treasury Regulation 1.704-I(b)(2)(ii)(b) (2). To the extent a Member has a negative capital account balance, there will be a qualified income offset, as set forth in Treasury Regulation 1.704-I(b)(2)(ii)(d).

## ARTICLE IV
Management

**4.1. MANAGEMENT OF THE BUSINESS**. The Members holding a majority of the capital interests in the Company, as set forth in Exhibit 2 as amended, may vote to elect a Manager or Managers. One manager will be elected by the Members as Chief Executive Manager. The Manager(s) may be a Member or Non-Member. The name and residential address of each Manager is attached as Exhibit 1 of this Agreement.

**4.2. MEMBERS**. The liability of the Members will be limited according to state law. Members that are not Managers will take no part in the control, management, direction, or operation of the Company's affairs and will have no power to bind the Company in legal agreements. The Managers may seek advice from the Members, but need not follow such advice. No Member is an agent of any other Member of the Company, solely by reason of being a Member.

**4.3. POWERS OF MANAGERS**. The Managers are authorized on the Company's behalf to make all decisions as to:
(a) the sale, development, lease or other disposition of the Company's assets;
(b) the purchase or other acquisition of other assets;
(c) the management of all or any part of the Company's assets;

FLUSHING07199

(d) the borrowing of money and the granting of security interests in the Company's assets;

(e) the pre-payment, refinancing or extension of any loan affecting the Company's assets;

(f) the compromise or release of any of the Company's claims or debts; and

(g) the employment of persons, firms or corporations for the operation and management of the company's business.

The Managers are further authorized to execute and deliver:

(w) all contracts, conveyances, assignments leases, sub-leases, franchise agreements, licensing agreements, management contracts and maintenance contracts covering or affecting the Company's assets;

(x) all checks, drafts and other orders for the payment of the Company's funds;

(y) all promissory notes, loans, security agreements and other similar documents; and

(z) all other instruments of any other kind relating to the Company's affairs.

**4.4. CHIEF EXECUTIVE MANAGER.** The Chief Executive Manager has primary responsibility for managing the operations of the Company and for carrying out the decisions of the Managers.

**4.5. NOMINEE.** Title to the Company's assets must be held in the Company's name or in the name

of any nominee that the Managers may designate. The Managers have power to enter into a nominee agreement with any such person, and such agreement may contain provisions indemnifying the nominee, except for his or her willful misconduct.

**4.6. COMPANY INFORMATION.** The Managers must supply information regarding the company

or its activities to any member upon his or her request. Any Member or their authorized representative will have access to and may inspect and copy all books, records and materials in the Manager's possession regarding the Company or its activities. Access and inspection of information will be at the requesting Member's expense.

**4.7. EXCULPATION.** Any act or omission of the Managers, the effect of which may cause or result

in loss or damage to the Company or the Members, if done in good faith to promote the best interests of the Company, will not subject the Managers to any liability.

**4.8. INDEMNIFICATION.** The Company will indemnify any person who was or is a party defendant or is threatened to be made a party defendant, in a pending or completed action, suit or proceeding, whether civil, criminal, administrative, or investigative (other than an action by or in the right of the Company) by reason of the fact that the person is or was a Member of the Company, Manager, employee or agent of the Company, or is or was serving at the request of the Company, for instant expenses (including attorney's fees), judgments, fines, and amounts

paid in settlement actually and reasonably incurred in connection with such action, suit or proceeding if the Members determine that the person acted in good faith and in a manner he or she reasonably believed to be in or not opposed to the best interest of the Company, and with respect to any criminal action proceeding, has no reasonable cause to believe his or her conduct was unlawful. The termination of any action, suit, or proceeding by judgment, order, settlement, conviction, or upon a plea of "no lo Contendere" or its equivalent, does not in itself create a presumption that the person did or did not act in good faith and in a manner which he or she reasonably believed to be in the best interest of the Company, and, with respect to any criminal action or proceeding, had reasonable cause to believe that his or her conduct was lawful.

4.9. **RECORDS**. The Managers must keep the following at the company's principal place of business or other location:
(a) A current list of the full name and the last known street address of each Member;
(b) A copy of the Company's Certificate of Formation and Operating Agreement and all amendments;
(c) Copies of Company's federal, state and local income tax returns and reports for the three most recent years;
(d) Copies of the Company's financial statements for the three most recent years.

ARTICLE V
Compensation
5.1. **MANAGEMENT FEE.** Any Manager rendering services to the Company is entitled to compensation proportionate with the value of those services.

5.2. **REIMBURSEMENT.** The Company must reimburse the Managers or Members for all direct out-of-pocket expenses incurred by them in managing the Company.

ARTICLE VI
Bookkeeping
6.1. **BOOKS.** The Managers will maintain a complete and accurate accounting of the Company's affairs at the Company's principal place of business. The managers may select the method of accounting and the company's accounting period will be the calendar year.

6.2. **MEMBER'S ACCOUNTS.** The Managers must maintain separate capital and distribution accounts for each member. Each member's capital account will be determined and maintained in the manner set forth in Treasury Regulation 1.704-I(b)(2)(iv) and will consist of his or her initial capital contribution increased by:
(a) Any additional capital contribution made by the member;
(b) Credit balances transferred from the member's distribution account to his or her capital account;
and decreased by:
(x) Distributions to the member in reduction of Company capital;
(y) The Member's share of Company losses if charged to his or her capital account.

FLUSHING07201

**6.3. REPORTS.** The Managers will close the books of account after the close of each calendar year and will prepare and send to each member, a statement of such Member's distributive share of income and expense for income tax reporting purposes.

ARTICLE VII
Transfers

**7.1. ASSIGNMENT.** If a Member proposes to sell, assign, or otherwise dispose of all or any part of his or her interest in the Company, that Member must first make a written offer to sell his or her interest to the other Members at a price determined by mutual agreement. If the other Members decline or fail to elect such interest within thirty (30) days, and if the sale or assignment is made and the Members fail to approve this sale or assignment unanimously then, pursuant to the applicable law, the purchaser or assignee will have no right to participate in the management of the business and affairs of the Company. The purchaser or assignee will only be entitled to receive the share of the profits or other compensation by way of income and the return of contributions to which that Member would otherwise be entitled.

ARTICLE VIII
Dissolution

**8.1. DISSOLUTION.** The Member(s) may dissolve the company at any time. The Member may NOT dissolve the company for a loss of membership interests. Upon dissolution the company must pay its debts first before distributing cash, assets, and/or initial capital to the Member or the Members interests. The dissolution may only be ordered by the Member(s), not by the owner of the Members interests.

Operating Agreement – Page 5 of 9
https://www.northwestregisteredagent.com/legal-forms/llc/operating-agreement

FLUSHING07202

## CERTIFICATION OF MEMBER

The undersigned hereby agree, acknowledge, and certify that the foregoing operating agreement is adopted and approved by each member as of this 15 day of FEBRUARY, 2021.

Members:

Name: ANTHONY DEO _____ Percent __99__ %

X _____

Address _3 SADDLE RIDGE ROAD, OLD WESTBURY, NY 11568_

Name _SARA DEO_ _____ Percent _1___ %

X _____

Address _3 SADDLE RIDGE ROAG, OLD WESTBURY, NY 11568_

FLUSHING07203

**EXHIBIT 1**
**LISTING OF MANAGERS**

By a majority vote of the Members the following Managers were elected to operate the Company
pursuant to ARTICLE 4 of the Agreement:

<u>ANTHONY DEO</u>
Printed Name
Chief Executive Manager

The above listed Manager(s) will serve in their capacities until they are removed for any reason by a majority vote of the Members as defined by ARTICLE 4 or upon their voluntary resignation. Signed and Agreed this <u>15</u> day of <u>FEBRUARY</u>, 20<u>21</u>____.

_____    _____
Signature of Member Signature of Member

_____    _____
Signature of Member Signature of Member

FLUSHING07204

# FLUSHING Bank
Commercial ■ Business ■ Consumer

## Non Personal Signature Card
Date: 3/15/23

| Business Name | Northshore Motor Leasing LLC | | Tax ID | |
|---|---|---|---|---|
| Address | 180 Michael Drive, Syosset, NY 11791 | | | |

| Reference # | Account Title / Account Subtitle | Account # (Bank Use Only) |
|---|---|---|
| (1) 2023031501 | Northshore Motor Leasing LLC | 8362 |
| (2) | | |
| (3) | | |
| (4) | | |
| (5) | | |

☐ Check this box if additional Accounts are to be opened and are listed on additional pages.

The undersigned agree to the by-laws and the rules and regulations of Flushing Bank ("the Bank"), to any future amendments and additions to them, and to any laws and regulations binding on the Bank. The undersigned acknowledge receipt and review of the Bank's disclosures statement and Privacy Notice and agree to the terms and conditions governing this account ; The undersigned authorize the Bank to investigate credit and employment history and obtain reports from consumer reporting agency (ies) on them as individuals. Except as provided by law or another agreement, each of the undersigned is authorized to make withdrawals from the account(s)

The undersigned agree that the Bank is authorized and empowered to charge this account for any loan or other indebtedness the Business owes to the Bank. In order to make payment on each withdrawal, check or Money Order, the Bank will require such authorized signatures as are appropriate, based on this and any other agreements or instructions the Bank has on file. CERTIFICATION: Under penalty of perjury, I certify (1) that the number shown on this form is my correct Taxpayer Identification Number (or I am waiting for a number to be issued to me), (2) that I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, (3) that I am a U.S. citizen or other U.S. person; and (4) the FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

CERTIFICATION INSTRUCTIONS: You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. You are not required to sign the Certification for mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends.. (Also see Part 3 of W-9 instructions or similar disclosure).

CERTIFICATION: The undersigned certify that all account opening information provided is accurate and complete. Exemption from FATCA Reporting Code: _____

IMPORTANT ACCOUNT OPENING INFORMATION: Federal Law requires us to obtain sufficient information to verify your identity. We may ask you several questions and we may require one or more forms of identification to fulfil this requirement. In some instances we may use outside sources to confirm the information. The information you provide is protected by our Privacy Policy and Federal Law.

| Signer # 1 (Individual Owner if Sole Propiertorship) | Full Name Anthony Deo | | | Signature X |
|---|---|---|---|---|
| | Date 3/16/23 | Reference # ☑ All ☐ 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5 | | Reference # |
| Signer # 2 (Non-Owner if Sole Propiertorship) | Full Name | | | Signature X |
| | Date | Reference # ☐ All ☐ 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5 | | Reference # |
| Signer # 3 (Non-Owner if Sole Propiertorship) | Full Name | | | Signature X |
| | Date | Reference # ☐ All ☐ 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5 | | Reference # |
| Signer # 4 (Non-Owner if Sole Propiertorship) | Full Name | | | Signature X |
| | Date | Reference # ☐ All ☐ 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5 | | Reference # |
| Signer # 5 (Non-Owner if Sole Propiertorship) | Full Name | | | Signature X |
| | Date | Reference # ☐ All ☐ 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5 | | Reference # |

☐ Check this box if additional Signers are listed on additional pages.
This Signature Card supersedes and terminates the Signature Card dated _____ and any related Signature Card Addendums.

Rev. 9/17                    Page    of                    Signer #1 Initials _____

FLUSHING07242

**FLUSHING** Bank

## Resolution of Authority | Flushing Bank

☑ New  ☐ Change

| Account Title: | Northshore Motor Leasing LLC | | TIN Number: | ▮▮▮▮▮ |
|---|---|---|---|---|
| Entity Address: | 180 Michael Drive, Syosset, NY 11791 | | Telephone Number | 516-228-1400 |

The individual(s) signing this Resolution hereby certifies to Flushing Bank, ("Bank") that the Entity is (check one):

☐ a Sole Proprietorship owned entirely by the individual signing this Resolution a duly formed and valid existing
☐ a General Partnership
☐ a Limited Partnership,
☐ a Service Award Trust organized by the Trustees of the _____ of _____, and that the individual signing this Resolution is its secretary or assistant secretary and the keeper of its records
☐ a Limited Liability Partnership organized under the laws of the state of _____, and that the individuals signing this Resolution constitute all of the general partners of the partnership
☐ a Corporation duly organized and in good standing under the laws of the state of _____, and that the individual signing this Resolution is its secretary or assistant secretary and the keeper of the records and corporate seal, if any;
☐ an Unincorporated Association or Organization and that the individuals signing this Resolution is the keeper of the records and seal, if any;
☑ a Limited Liability Company organized under the laws of the state of NY _____ and that the individuals signing this Resolution constitutes all of the members or managers, as appropriate of the company.

The following is a true and correct copy of the resolutions adopted by the Entity, such resolutions are now in full force and effect

### Depository and Withdrawal Authorization

RESOLVED, that Bank is designated a depository in which the funds of the Entity may be deposited and /or withdrawn by any (indicate number) **1** of the persons listed below in the manner so designated, subject to Bank's deposit account agreement as the same may be amended from time to time. The persons listed are authorized to endorse for collection, deposit, or negotiation, any and all checks, drafts, notes, bills of exchange, certificates of deposit, and orders for the payment or transfer of money between account at Bank and other banks, either belonging to or coming into the possession of the Entity. Endorsements "for deposit" may be written or stamped. Bank may accept any instruments for deposit to any depository account of the Entity without endorsement or may supply the endorsement of the Entity. The persons so designated are authorized to sign any and all checks, drafts, and orders drawn against any designated accounts of the Entity (including saving accounts) at Bank. Bank is authorized to honor and pay all checks, drafts, and orders when so signed or endorsed without inquiry as to the circumstances of issue or disposition of the proceeds and regardless of to whom such instruments are payable or endorsed, including those drawn or endorsed to the individual order of any such person listed, even if doing so causes or increases an overdraft.

| PRINT NAME: | TITLE: | PRINT NAME: | TITLE: |
|---|---|---|---|
| Anthony Deo | Member | | |
| | | | |
| | | | |
| | | | |

### Signing Authorization

RESOLVED, that any **1** of the persons indicated above is authorized to act for and on behalf of the Entity in any matter involving any of the Entity' depository accounts at Bank, including the authority to instruct Bank to close the account, to give instructions by means other than the signing of any item with respect to account transactions such as those initiated via electronic debit, payment, wire transfer, or other withdrawal of funds by computer, electronic or other technologic means, and is further authorized to sign and implement for and in the same on behalf of the Entity, as they of them see fit, the agreements, instructions, drafts, orders, certificates, or other documents relating to any depository accounts or other business of the Entity including, but not limited to payroll agreements, repurchase agreements, night depository agreements, funds transfer agreements, agreement for automated clearinghouse services, agreements for online services, and/or safe deposit agreements.

### Borrowing Authorization

RESOLVED, that any **1** of the persons indicated below is authorized to act for and on behalf of the Entity to borrow money and to obtain credit for the Entity from Bank on such terms as may seem to advisable and to make and deliver notes, drafts, acceptances and any other obligations of the Entity therefore, instruments of guarantee and of indemnity, agreements and contracts, all in form satisfactory to Bank, and as security therefor, to grant a security interest in and to assign, transfer, hypothecate, mortgage, pledge, trustee, withdraw, exchange and substitute any stocks, bonds, securities, mortgages, bills and accounts, bills of lading, warehouse receipts, goods, insurance policies, certificates or any other property of every nature and description held by or belonging to the Entity, with full authority to endorse, assign or guarantee the same in the name of the Entity; to execute and deliver security agreements and all instruments of assignment, transfer, hypothecation, mortgage, pledge and trust, to sell or discount with or without recourse any bills receivable or any other paper, whether or not negotiable, held by the Entity; to subordinate and assign any obligations and debts owed to the Entity by another or others, and in connection therewith, to execute and deliver instruments of subordination and assignment in form satisfactory to Bank, to authorize and request Bank to purchase, sell, deliver or exchange for the account of the Entity stocks, bonds, certificates of deposit or other securities, and foreign exchange or the proceeds thereof; and to execute and deliver all instruments, agreements and contracts required by Bank in connection with any matters herein contained or in connection with any services, of whatever nature or description, to be provided by Bank to the Entity.

| PRINT NAME: | TITLE: | PRINT NAME: | TITLE: |
|---|---|---|---|
| Anthony Deo | Member | | |
| | | | |
| | | | |

### Service Award Trust Authorization

RESOLVED that Bank may draw periodic checks from its central issue check account, which will be funded, as required, through a charge to any of the Entity' depository accounts with Bank, to pay the entitlement award to eligible participants as directed by an account signer authorized by the Entity. These payments will not change and will continue until Bank is instructed otherwise by the Entity.

### Further Authorization

BE IT FURTHER RESOLVED, that the secretary or assistant secretary (if a corporation or unincorporated association), the sole owner/proprietor (if a sole proprietorship), any member or manager, as appropriate (if a limited liability company), or any general partner (if a partnership) is authorized to certify to the Bank the name, title, specimen signature and facsimile signature with respect to any additions or deletions of persons authorized to carry out the purposes and intent of these resolutions and that this resolution shall remain in full force and effect until express written notice of rescission or modification is received by the Bank. If the authority contained herein should be revoked or terminated by operation of law or any other reason without such notice, it is resolved that the Bank shall be indemnified and saved harmless from any and all losses suffered or liabilities incurred by it so acting after such revocation or termination without notice.

IN WITNESS WHEREOF, the undersigned has hereunder subscribed his/her name(s) and affixed the seal, if any, of the Entity this **16** day of **March**, **2023**

| For a Service Award Trust, Corporation or Unincorporated Association or Organization | For Sole Proprietorship | For Partnership (all general partners must sign) / For Limited Liability Company (all members must sign) |
|---|---|---|
| _____ | _____ | _____ |
| Secretary | Owner/Sole Proprietor | Partner/Member-Manager |
| ☐ THIS IS A NOT-FOR-PROFIT BUSINESS | | _____ |
| | | Partner/Member/Manager |

This Resolution supersedes and terminates the resolution dated _____.

Rev. 02/2023



**FLUSHING** Bank®
Commercial • Business • Consumer

## Certification of Beneficial Owner(s)

### Legal Entity Information For a Deposit/Loan Account

a. Name of Legal Entity: Northshore Motor Leasing LLC          Type: LLC

b. Physical Address of Legal Entity: 180 Michael Drive, Syosset, NY 11791     Tax ID #: ▮▮▮▮▮

c. Name of Individual Opening the Account: Anthony Deo     Title: Member

### Ownership Information

d. • List each individual or entity who directly or indirectly, through any contract, arrangement, understanding, relationship or otherwise, owns 25% or more of the equity interests of the Legal Entity listed above.
   • If an individual's aggregate ownership is 25% or more, even if the entity owns less than 25%, it should be listed.

| Name of Individual or Entity | % of Ownership | | Name of Individual or Entity | % of Ownership |
|---|---|---|---|---|
| Anthony Deo | 99% | | | |
| | | | | |

☐ If checked, ownership % is less than 25% and will be blank.

e. Beneficial Owner Detail.
   • For natural persons listed in (d) record the following information:
   • Explain below any layers of Beneficial Ownership by listing natural persons who own entities noted in (d). Only list individuals if their equity ownership is 25% or more of the Legal Entity opening the account.

**Beneficial Owner #1:** Anthony Deo               Name of Entity: Northshore Motor Leasing LLC

% of Ownership: 99%    Date of Birth: ▮▮▮▮      Title: Member
                                                For U.S. Persons
Address: 3 Saddle Ridge Rd, Old Westbury, NY 11568    Social Security #: ▮▮▮▮▮
                                                For Non-U.S. Persons
Driver's License # or Other ID: ▮▮▮▮            Passport # or other ID*:

Issuing State or Country of ID: New York         ID Expiration Date: ▮▮▮▮

**Beneficial Owner #2:** _____          Name of Entity: _____

% of Ownership: _____ Date of Birth: __/__/__   Title _____
                                                For U.S. Persons
Address: _____                          Social Security #: _____
                                                For Non-U.S. Persons
Driver's License # or Other ID: _____   Passport # or other ID*: _____

Issuing State or Country of ID: _____   ID Expiration Date: ___/___/___

**Beneficial Owner #3:** _____          Name of Entity: _____

% of Ownership: _____ Date of Birth: __/__/__   Title: _____
                                                For U.S. Persons
Address: _____                          Social Security #: _____
                                                For Non-U.S. Persons
Driver's License # or Other ID: _____   Passport # or other ID*: _____

Issuing State or Country of ID: _____   ID Expiration Date: ___/___/___

Rev. 05/18

FLUSHING07244

**FLUSHING**
Commercial ● Business ● Consumer **Bank**®

## Certification of Beneficial Owner(s)

### Ownership Information Continued

Beneficial Owner #4: _____   Name of Entity: _____

% of Ownership: _____  Date of Birth: __/__/__   Title: _____

Address: _____   **For U.S. Persons**
Social Security #: _____

Driver's License # or Other ID: _____   **For Non-U.S. Persons**
Passport # or other ID*: _____

Issuing State or Country of ID: _____   ID Expiration Date: __/__/__

### Management Information

This section cannot be left blank. If the individual is already listed in (e), only Name and Title must be recorded.

f.  Provide information for one individual with significant responsibility for managing the Legal Entity such as:

☑ An executive officer or senior manager (e.g. Chief Executive Officer, Chief Financial Officer, Chief Operating Officer, Managing Member, General Partner, President, Vice President, Treasurer); or

☐ Any other individual who regularly performs similar functions.

Name: Anthony Deo   Title: Member

Address: _____   Date of Birth: __/__/__

Driver's License # or Other ID: _____   ID Expiration Date: __/__/__
**For U.S. Persons**
Social Security #: _____

**For Non-U.S. Persons**
Passport # or other ID and Country of Issuance*: _____

### Certification

I, (name of natural person opening account), hereby certify to the best of my knowledge that the information provided above is complete and correct. I agree to notify the bank of any change in such information.

Name: Anthony Deo   Signature: X _____   Date: 3 / 16 / 23

### Recertification

**Recertification – 1st**
I hereby certify the information above is complete and correct as of this date and agree to notify the Bank of changes.

Name: _____   Signature: X _____   Date: __/__/__

**Recertification – 2nd**
I hereby certify the information above is complete and correct as of this date and agree to notify the Bank of changes.

Name: _____   Signature: X _____   Date: __/__/__

**Recertification – 3rd**
I hereby certify the information above is complete and correct as of this date and agree to notify the Bank of changes.

Name: _____   Signature: X _____   Date: __/__/__

Bank Use Only Upon Initial Certification

Accepted by: X Robert Puccio   Date: 3 / 16 / 23   Master Deposit Account #: ▉▉▉2

Print: Robert Puccio   Cost Center #: 455   Master Loan #: _____

*In lieu of a passport number, Non-U.S. persons may also provide an alien identification card number, or number and country of issuance of any other government issued document evidencing nationality or residence and bearing a photograph or similar safeguard.

Page 2 of 2

Rev. 05/18

FLUSHING07245

## Account Signer Profile

**FLUSHING** Bank
Commercial ▪ Business ▪ Consumer

Date: 3/15/23

☑ Business  ☐ Personal

### Business Information

| Business Name | Northshore Motor Leasing LLC | Tax ID | |

**IMPORTANT ACCOUNT OPENING INFORMATION:** Federal Law requires us to obtain sufficient information to verify your identity. You may be asked several questions and to provide one or more forms of identification to fulfill this requirement. In some instances we may use outside sources to confirm the information. The information you provide is protected by our Privacy Policy and Federal Law.
A **Secondary ID #** is not required for a business account.

| First Name | Middle Name | Last Name | Occupation |
|---|---|---|---|
| Anthony | | Deo | Owner of Northshore Motor Leasing |
| **SSN** | **DOB** | **Primary ID # and Expiration Date** | **Secondary ID # and Expiration Date** |
| | | | |
| **Street / City / State / Zip** | | | **Mother's Maiden Name** |
| 3 Saddle Ridge Rd, Old Westbury, NY 11568 | | | |
| **Email** | | **Home Phone** | **Business Phone** | **Cell Phone** |
| anthonyd@northshoremotors1.com | | N/A | 516-226-1400 | 516-509-1668 |

| First Name | Middle Name | Last Name | Occupation |
|---|---|---|---|
| | | | |
| **SSN** | **DOB** | **Primary ID # and Expiration Date** | **Secondary ID # and Expiration Date** |
| | | | |
| **Street / City / State / Zip** | | | **Mother's Maiden Name** |
| | | | |
| **Email** | | **Home Phone** | **Business Phone** | **Cell Phone** |

| First Name | Middle Name | Last Name | Occupation |
|---|---|---|---|
| | | | |
| **SSN** | **DOB** | **Primary ID # and Expiration Date** | **Secondary ID # and Expiration Date** |
| | | | |
| **Street / City / State / Zip** | | | **Mother's Maiden Name** |
| | | | |
| **Email** | | **Home Phone** | **Business Phone** | **Cell Phone** |

| First Name | Middle Name | Last Name | Occupation |
|---|---|---|---|
| | | | |
| **SSN** | **DOB** | **Primary ID # and Expiration Date** | **Secondary ID # and Expiration Date** |
| | | | |
| **Street / City / State / Zip** | | | **Mother's Maiden Name** |
| | | | |
| **Email** | | **Home Phone** | **Business Phone** | **Cell Phone** |

| First Name | Middle Name | Last Name | Occupation |
|---|---|---|---|
| | | | |
| **SSN** | **DOB** | **Primary ID # and Expiration Date** | **Secondary ID # and Expiration Date** |
| | | | |
| **Street / City / State / Zip** | | | **Mother's Maiden Name** |
| | | | |
| **Email** | | **Home Phone** | **Business Phone** | **Cell Phone** |

| For Bank Use Only | | | |
|---|---|---|---|
| Account Number(s) | Information Obtained By (Print Name) | | Signature |
| 2 | Robert Puccio | | *Robert Puccio* |

By completing and signing this form, I hereby certify, to the best of my knowledge, the information provided to me by the customer is complete and accurate.
Rev. 9/17                                        Page    of

FLUSHING07246

**FLUSHING Bank**
Commercial ∙ Business ∙ Consumer

# Business Profile

**Reference #:** 2023031501

**Date:** 3/15/23

## Business Details

| 1. Entity Name<br>Northshore Motor Leasing LLC | 2. Origination Branch<br>455 | 3. Servicing Branch<br>25 |
|---|---|---|
| 4. Alternate Business Address (Offsite use only) | 5. Alternate Business Phone Number (Offsite Use Only) | |

| 6. Account Type: ☐ CD  ☑ Checking  ☐ Loan<br>☐ Money Market  ☐ Savings  ☐ Escrow  ☐ Other<br>☐ Compensating Balance Savings | 7. Brief Description of Business<br><br>**Used Auto Dealer** |
|---|---|

**8. Check off the business type(s), as applicable (multiple types may apply)**

☐ Foreign Business   ☐ Convenience Store   ☐ Restaurant   ☐ Professional Service Provider (e.g. attorneys, accountants, doctors, investment brokers or real estate brokers, and other third party, especially those that act as financial liaisons for their clients)

☐ Retail Store   ☐ Cigarette Distributor   ☐ Liquor Store

☐ Parking Garage   ☐ Antiques Dealer   ☐ Arts Dealer

☐ Leather Dealer   ☐ Lottery Agent   ☐ Real Estate Title and Escrow Companies

☐ Deals in Precious Metals, Stones and Jewels (complete separate profile)   ☐ Import/Export business that **NEVER** takes possession of the goods/inventory and/or has no physical location to demonstrate business

☐ Non-Bank Financial Institution (NBFI) (e.g. brokers, dealer in securities)
If checked, specify:

| 9. Contact Name<br><br>Anthony Deo | 10. Tax ID # | 11. TIN Applied For<br>(indicate only if #10 is blank) ☐ Yes  ☐ No | 12. Home Based<br>☐ Yes  ☑ No |
|---|---|---|---|

**13. Type of Account Ownership**

☐ Corporation   ☐ Estate   ☑ LLC   ☐ LLP   ☐ Partnership   ☐ Sole Proprietor   ☐ Trust

☐ Attorney Escrow   ☐ IOLA   ☐ Unincorporated Assoc/Club   ☐ Other Escrow   ☐ Other

**14. Source of assets funding the account**

☑ Business Income   ☐ Inheritance   ☐ Sale of Assets   ☐ Sale of Property   ☐ Savings   ☐ Wages   ☐ Other

| 15. Account Usage<br>☑ General  ☐ Payroll  ☐ Other | 16. Monthly Revenue<br>$<br>2.4 MM | 17. Does the business have other accounts with Flushing Bank? ☐ Yes  ☑ No |
|---|---|---|

| 18. Names of Major Suppliers/Vendors<br>cars.com, Northside Imports, Concord Auto | 19. Names of Major Customers<br>General Public |
|---|---|

## Current and Prior Banking Relationships

| Current Bank(s) for the Business<br>Signature | Products/Services Used<br>DDA , online access |
|---|---|

| Checking Average $<br>1000,000 | Savings Average $<br>NA | Investment Average $<br>NA |
|---|---|---|

| Borrowing Purpose<br>renovations | Borrowing Terms<br>P&I |
|---|---|

## Relationship Contact

**Relationship Manager's Name** Robert Puccio

## Money Service Business (MSB) and Prohibited Businesses

I have verified with the customer the entity is not operating any of the following businesses, prohibited by Flushing Bank Policy

**RP**

**Banker's Initials**

| | | |
|---|---|---|
| Adult Entertainment Businesses | Correspondent Accounts | Payday Lenders |
| Armored Car Services | Consulates, Embassies, UN Related/Foreign - | Unlicensed MSB/informal loan society accounts |
| Arms Dealers | Government Related Entities | Vending Machine Operators |
| ATM Operators – Primary Business | Gambling Establishments | Marijuana Related Businesses (Complete |
| BIT Coin Dealer (virtual currency) | Pawn Brokers | Specialized Banking eForm with the prospect) |
| Check Cashers or other Primary Money Service Businesses | Store Value Card Distributors/Dealers (not retail stores that sell them) | |

## Flushing Bank Borrowing Relationship

**Does the customer have a lending relationship and appraisal on file?** ☐ Yes  ☑ No

**If "yes" indicate loan number**

FLUSHING07247

**FLUSHING**
Commercial ▪ Business ▪ Consumer **Bank**

# Business Profile

| Business Name Northshore Motor Leasing LLC | Reference # 2023031501 | Date 3/15/23 |
|---|---|---|

## Additional Information Continued

**10. Is the entity an NGO, NPO, charity, endowment or foundation?**  ☐ Yes  ☒ No  *If No, skip section #10*

*NGOs are private nonprofit organizations that pursue activities intended to serve the public good. An NGO can be any nonprofit organization that is independent from government. NGOs can range from large regional, national, or international charities to community-based self-help groups. NGOs also include research institutes, churches, professional associations, and lobby groups. NGOs typically depend, in whole or in part, on charitable donations and voluntary service for support.*

a) What does the charter of the Organization state as the primary purpose?
☐ Education
☐ Religious
☐ Community Service
☐ Social Services
☐ Other, please describe:

b) Does the entity issue any loans to individuals and/or businesses?    ☐ Yes ☐ No

c) Does the entity expect to deposit third party checks?    ☐ Yes ☐ No

d) Does the entity cash checks or exchange currency for any individual on any day in one or more transactions? ☐ Yes ☐ No
**If the answer is "Yes" to b, c, or d above, DO NOT open the account.**

e) Is the entity incorporated in New York? ☐ Yes   ☐ No

e.1) If not, did you obtain a copy of the Certificate of Corporate Status? ☐ Yes   ☐ No

f) What geographic location(s) does the entity serve?

g) Does the entity have any related organizations in or outside of the branch market area?    ☐ Yes ☐ No

h) How are the organizations related?

i) Does the entity have any affiliation with other NGOs, government, other groups? ☐ Yes   ☐ No
If so, please list:

j) Do the anticipated deposits represent the entity's stated objectives? ☐ Yes   ☐ No

k) Do the anticipated disbursements represent the entity's stated beneficiaries? ☐ Yes   ☐ No

l) To whom will the entity's funds be disbursed?

m) How are the beneficiaries selected?

n) Does the NGO have a website? ☐ Yes   ☐ No

n.1) If yes, enter the URL:

o) Is the website for members only? ☐ Yes   ☐ No

o.1) Is the website open to accept donations or contributions by the public using credit cards? ☐ Yes   ☐ No
o.2) If yes, list the entity's credit card processor:

p) If donations are open to the public, are there International contributors? ☐ Yes   ☐ No
p.1) If yes, please list any major international contributors:

q) How does the entity receive its funding? (check all that apply)
☐ Private Contributions
☐ Corporate Contributions
☐ Community Groups
☐ Government Entities
☐ Fund Raisers
☐ Sponsors
☐ Dues
☐ Other, please describe

r) What are the past, present and planned activities for the organization?

s) Does the entity receive funding from any governmental entity or organization located outside of the U.S? ☐ Yes ☐ No
If yes, please provide the following information:

s.1) Name of Government Entity or Organization:

s.2) Location:

s.3) Purpose of Funds:

t) Is the entity tax exempt under Internal Revenue Code? ☐ Yes ☐ No

t.1) If yes, under what IRC section?

u) Estimated Gross Annual Revenue $

v) How many employees does the entity have?

FLUSHING07250

**FLUSHING**
Commercial ▪ Business ▪ Consumer  **Bank**

## Business Profile

| Notes |
|---|
| *Complete this section if additional space is needed to answer any questions above.* |
|  |

**For Bank Use Only**

By completing and signing this form, I hereby certify, to the best of my knowledge, the information provided to me by the customer is complete and accurate.

| Account Number | Information Obtained By (Print Name) | Signature |
|---|---|---|
| ████ 8362 | Robert Puccio | *Robert Puccio* |

FLUSHING07251

 Gmail

Tony Urrutia <tonyu814@gmail.com>

---

### FW: 8085 Superb Motors Inc. - Potential Double Floorings 2.22.2023
19 messages

---

**Alysia Cayer** <alysia@teamauto.com>
To: anthony deo <anthonyd@northshoremotors1.com>, "tonyu814@gmail.com" <tonyu814@gmail.com>

NMAC is reaching out again today about these cars that are still on your Next Gear Floorplan. Only two were taken care of.

These need to be paid off immediately. These cars are now flagged and if we don't have the titles in house by the next audit they are going to make us pay them off.

Thank you

*Alysia Cayer*

*Chief Financial Officer*

*Team Auto Group*

*P) 860-590-8010*

*F) 860-362-8080*



Hello,

The below 6 units are showing on today's VXC report. The NMAC floor date has been added for your reference.

Please follow up with the dealership to resolve the potential double floorings. Let us know if you have any questions.

Thank you.

| Floored Dealer | Floored Dealer Name | Floored (Y/N) | Days Double Floored | NMAC Floor Date | VIN | Year | Manufacture | Model | Record Da |
|---|---|---|---|---|---|---|---|---|---|
| 8085 | SUPERB MOTORS INC. | Y | 14 | 2/7/2023 | WA1LAAF74JD052689 | 2018 | AUDI | Q7 | 12/2/ |
| 8085 | SUPERB MOTORS INC. | Y | 14 | 2/7/2023 | 55SWF8EB2KU290410 | 2019 | MERCEDES-BEN | C-CLASS | 1/20/ |
| 8085 | SUPERB MOTORS INC. | Y | 14 | 2/7/2023 | WAUJ8GFF3J1059635 | 2018 | AUDI | A3 QUATT | 12/2/ |
| 8085 | SUPERB MOTORS INC. | Y | 14 | 2/7/2023 | WDDWJ8EBXKF826568 | 2019 | MERCEDES-BEN | C-CLASS | 12/2/ |
| 8085 | SUPERB MOTORS INC. | Y | 15 | 2/6/2023 | ZAM57YTA4K1314330 | 2019 | MASERATI | GHIBLI | 1/20/ |
| 8085 | SUPERB MOTORS INC. | Y | 15 | 2/6/2023 | 4JGDA5HB8GA763143 | 2016 | MERCEDES-BEN | GLE CLASS | 1/20/ |

**Nancy Lozon** | Special Credit | Nissan Motor Acceptance Company, LLC | Mobile +1 682-261-4960 | Fax: +1 972-607-7278

Hello,

Below are the 8 units showing for 8085 Superb Motors, Inc. from today's double floored report.

The NMAC floor date has been added for your reference.

If they were the sellers, please pay NMAC off. If they are the buyers, please verify they have the titles or expect them in a day or two

If they do not have the titles and do not know when they will get them, please have them remove them from their floor plan until they receive the titles.

Thank you

| Floored Dealer # | Floored Dealer Name | Floored (Y/N) | Days Double Floored | NMAC Floor Date | VIN | Year | Manufacturer | Mode |
|---|---|---|---|---|---|---|---|---|
| 8085 | SUPERB MOTORS INC. | Y | 9 | 2/7/2023 | WDDWJ8EBXKF826568 | 2019 | MERCEDES-BENZ | C-CLA |
| 8085 | SUPERB MOTORS INC. | Y | 9 | 2/7/2023 | WAUJ8GFF3J1059635 | 2018 | AUDI | A3 QU |
| 8085 | SUPERB MOTORS INC. | Y | 9 | 2/7/2023 | WA1LAAF74JD052689 | 2018 | AUDI | Q7 |
| 8085 | SUPERB MOTORS INC. | Y | 10 | 2/6/2023 | 1C4PJMDX1KD463867 | 2019 | JEEP | CHERO |
| 8085 | SUPERB MOTORS INC. | Y | 9 | 2/7/2023 | 55SWF8EB2KU290410 | 2019 | MERCEDES-BENZ | C-CLA |
| 8085 | SUPERB MOTORS INC. | Y | 10 | 2/6/2023 | 1FTEW1E45LFB57014 | 2020 | FORD | F-150 |
| 8085 | SUPERB MOTORS INC. | Y | 10 | 2/6/2023 | 4JGDA5HB8GA763143 | 2016 | MERCEDES-BENZ | GLE CL |
| 8085 | SUPERB MOTORS INC. | Y | 10 | 2/6/2023 | ZAM57YTA4K1314330 | 2019 | MASERATI | GHIBL |

*Sincerely,*

**Nancy Lozon**

Dealer Workout Analyst

Special Credit

Nissan Group of North America

Mobile: +682-261-4960

Fax: +1-972-607-7278

---

NISSAN
GROUP OF NORTH AMERICA

---

**Alysia Cayer** <alysia@teamauto.com>
To: "tonyu814@gmail.com" <tonyu814@gmail.com>, Bruce Novicky <bruce@teamauto.com>

FYI- Just so you know what I said to Joe.

Thank you

*Alysia Cayer*

*Chief Financial Officer*

*Team Auto Group*

*P) 860-590-8010*

*F) 860-362-8080*



---

**From:** Bennetta, Joe <Joe.Bennetta@nissan-usa.com>
**Sent:** Thursday, February 23, 2023 9:57 AM
**To:** Alysia Cayer <alysia@teamauto.com>
**Subject:** Re: 8085 Superb Motors Inc. - Potential Double Floorings 2.22.2023

Thanks Alysia

Sent from my iPhone

**Joe Bennetta**

Financial Services Manager - Northeast Region

Nissan Motor Acceptance Company

Infiniti Financial Services


Nissan Group of North America

Phone: (609) 495-4834

joe.bennetta@nissan-usa.com


On Feb 23, 2023, at 9:48 AM, Alysia Cayer <alysia@teamauto.com> wrote:

---

**This Message Is From an External Sender**

This message came from outside your organization.


Good Morning Joe, just reached out to the seller again to pay them off.


Thank you


Alysia Cayer

Chief Financial Officer

Team Auto Group

P) 860-590-8010

F) 860-362-8080



---

**From:** Bennetta, Joe <Joe.Bennetta@nissan-usa.com>
**Sent:** Thursday, February 23, 2023 9:44 AM
**To:** Alysia Cayer <alysia@teamauto.com>
**Subject:** Fwd: 8085 Superb Motors Inc. - Potential Double Floorings 2.22.2023


Hi Alysia.  Can you look into these and advise

Sent from my iPhone


**Joe Bennetta**

Financial Services Manager - Northeast Region

Nissan Motor Acceptance Company

Infiniti Financial Services


Nissan Group of North America

Phone: (609) 495-4834

joe.bennetta@nissan-usa.com

Begin forwarded message:

**From:** "Lozon, Nancy" <Nancy.Lozon@nissan-usa.com>
**Date:** February 23, 2023 at 9:18:17 AM EST
**To:** "Bennetta, Joe" <Joe.Bennetta@nissan-usa.com>, "Eirich, John" <eirichj@nmac.com>
**Cc:** "Gilroy, Tim" <gilroyt@nmac.com>, "Beck, Jamie" <Jamie.Beck@nissan-usa.com>, "Jank, Allison" <Allison.Jank@nissan-usa.com>, "Broussard, Keeth" <BroussK@nmac.c
**Subject:** RE: 8085 Superb Motors Inc. - Potential Double Floorings 2.22.2023

Hello,

The below 6 units are showing on today's VXC report.  The NMAC floor date has been added for your reference.

Please follow up with the dealership to resolve the potential double floorings.  Let us know if you have any questions.

Thank you.

| Floored Dealer | Floored Dealer Nam | Floored (Y/N | Days Double Floore | NMAC Floor Dat | VIN | Year | Manufacture | Model | Rec |
|---|---|---|---|---|---|---|---|---|---|
| 8085 | SUPERB MOTORS INC. | Y | | 14 | 2/7/2023 | WA1LAAF74JD052689 | 2018 | AUDI | Q7 | |
| 8085 | SUPERB MOTORS INC. | Y | | 14 | 2/7/2023 | 55SWF8EB2KU290410 | 2019 | MERCEDES-BEN | C-CLASS | |
| 8085 | SUPERB MOTORS INC. | Y | | 14 | 2/7/2023 | WAUJ8GFF3J1059635 | 2018 | AUDI | A3 QUATT | |
| 8085 | SUPERB MOTORS INC. | Y | | 14 | 2/7/2023 | WDDWJ8EBXKF826568 | 2019 | MERCEDES-BEN | C-CLASS | |
| 8085 | SUPERB MOTORS INC. | Y | | 15 | 2/6/2023 | ZAM57YTA4K1314330 | 2019 | MASERATI | GHIBLI | |
| 8085 | SUPERB MOTORS INC. | Y | | 15 | 2/6/2023 | 4JGDA5HB8GA763143 | 2016 | MERCEDES-BEN | GLE CLASS | |

**Nancy Lozon** | Special Credit | Nissan Motor Acceptance Company, LLC | Mobile +1 682-261-4960 | Fax: +1 972-607-7278

**From:** Lozon, Nancy
**Sent:** Friday, February 17, 2023 1:45 PM
**To:** Bennetta, Joe <Joe.Bennetta@nissan-usa.com>; Eirich, John <eirichj@NMAC.COM>
**Cc:** Gilroy, Tim <gilroyt@NMAC.COM>; Beck, Jamie <Jamie.Beck@nissan-usa.com>; Jank, Allison <Allison.Jank@nissan-usa.com>; Broussard, Keeth <BroussK@NMAC.COM
**Subject:** 8085 Superb Motors Inc. - Potential Double Floorings 2.17.2023

Hello,

Below are the 8 units showing for 8085 Superb Motors, Inc. from today's double floored report.

The NMAC floor date has been added for your reference.

If they were the sellers, please pay NMAC off. If they are the buyers, please verify they have the titles or expect them in a day or two

If they do not have the titles and do not know when they will get them, please have them remove them from their floor plan until they receive the titles.

Thank you

| Floored Dealer # | Floored Dealer Name | Floored (Y/N) | Days Double Floored | NMAC Floor Date | VIN | Year | Manufacturer |
|---|---|---|---|---|---|---|---|
| 8085 | SUPERB MOTORS INC. | Y | | 9 | 2/7/2023 | WDDWJ8EBXKF826568 | 2019 | MERCEDES-BENZ |
| 8085 | SUPERB MOTORS INC. | Y | | 9 | 2/7/2023 | WAUJ8GFF3J1059635 | 2018 | AUDI |
| 8085 | SUPERB MOTORS INC. | Y | | 9 | 2/7/2023 | WA1LAAF74JD052689 | 2018 | AUDI |
| 8085 | SUPERB MOTORS INC. | Y | | 10 | 2/6/2023 | 1C4PJMDX1KD463867 | 2019 | JEEP |
| 8085 | SUPERB MOTORS INC. | Y | | 9 | 2/7/2023 | 55SWF8EB2KU290410 | 2019 | MERCEDES-BENZ |
| 8085 | SUPERB MOTORS INC. | Y | | 10 | 2/6/2023 | 1FTEW1E45LFB57014 | 2020 | FORD |
| 8085 | SUPERB MOTORS INC. | Y | | 10 | 2/6/2023 | 4JGDA5HB8GA763143 | 2016 | MERCEDES-BENZ |
| 8085 | SUPERB MOTORS INC. | Y | | 10 | 2/6/2023 | ZAM57YTA4K1314330 | 2019 | MASERATI |

*Sincerely,*

**Nancy Lozon**

Dealer Workout Analyst

Special Credit

Nissan Group of North America

Mobile: +682-261-4960

Fax: +1-972-607-7278



**4 attachments**



**image001.jpg**
5K

**image002.png**
20K

**image003.png**
26K

**image004.gif**
4K

---

Alysia Cayer <alysia@teamauto.com>                                    Thu, Feb 23, 2023 at 10:49 AM
To: anthony deo <anthonyd@northshoremotors1.com>, "tonyu814@gmail.com" <tonyu814@gmail.com>

All six checks cleared Superbs bank account on February 10th. All proof is attached.

Amount due to NextGear is $172,184.20

| LAST 6 | STK # | CHK # | AMOUNT | WRITTEN | CLEARED | | AMOUNT DUE TO NEXTGEAR | |
|--------|-------|-------|--------|---------|---------|---|-----------------------|---|
| 052689 | SU0944 | 11486 | 29725 | 8-Feb | 10-Feb | | 28753.37 | |
| 290410 | SU0909 | 11494 | 27700 | 8-Feb | 10-Feb | | 28408.25 | |
| 059635 | SU0945 | 11487 | 22245 | 8-Feb | 10-Feb | | 21543.03 | |
| 826568 | SU0943 | 11485 | 31955 | 8-Feb | 10-Feb | | 30902.98 | |
| 314330 | SU0912 | 11497 | 36085 | 8-Feb | 10-Feb | | 36971.83 | |
| 763143 | SU0906 | 11490 | 24955 | 8-Feb | 10-Feb | | 25604.78 | |
| | | | | | | | | |
| | | | 172665 | | | | 172184.2 | |
| | | | | | | | | |

Thank you

*Alysia Cayer*

*Chief Financial Officer*

*Team Auto Group*

*P) 860-590-8010*

*F) 860-362-8080*



[Quoted text hidden]

**13 attachments**

📄 **SUPERB BANK 021023.pdf**
327K

📄 **CK 11490 BACK.pdf**
271K

📄 **CK 11490.pdf**
348K

📄 **CK 11497 BACK.pdf**
221K

📄 **CK 11497.pdf**
315K

📄 **CK 11487 BACK.pdf**
201K

📄 **CK 11487.pdf**
296K

📄 **CK 11494 BACK.pdf**
195K

📄 **CK 11494.pdf**
280K

📄 **CK 11486 BACK.pdf**
157K

📄 **CK 11486.pdf**
260K

📄 **CK 11485 BACK.pdf**
131K

📄 **CK 11485.pdf**
238K

---

Alysia Cayer <alysia@teamauto.com>                                                    Thu, Feb 23, 2023 at 11:12 AM
To: anthony deo <anthonyd@northshoremotors1.com>, "tonyu814@gmail.com" <tonyu814@gmail.com>

There are an additional 4 cars still on Sunrise nextgear account. 2 checks have cleared. The other is a Rolls Royce just floored yesterday, check was overnighted yesterday and the other was a 2015 that I can't floor with NMAC due to age, check was overnighted on 2/21.

| LAST 6 | STK # | CHK # | AMOUNT | WRITTEN | CLEARED | | AMOUNT DUE TO NEXTGEAR | | |
|--------|-------|-------|--------|---------|---------|--|------------------------|--|--|
| 007004 | SU858 | 11484 | 17470 | 8-Feb | 10-Feb | | 17013.23 | | |
| 102728 | SU0946 | 11488 | 189305 | 8-Feb | | | 194515.2 | O/N 2/22 | |
| t80171 | SU0908 | 11493 | 25770 | 8-Feb | 22-Feb | | 26437.14 | O/N 2/17 | |
| k68296 | SU0907 | 11496 | 19550 | 8-Feb | | | 20084.66 | O/N 2/21 | *2015 |
| | | | | | | | | | |
| | | | 252095 | | | | 258050.23 | | |

Thank you

*Alysia Cayer*

*Chief Financial Officer*

*Team Auto Group*

*P) 860-530-8010*

*F) 860-362-8080*



---

**From:** Alysia Cayer
**Sent:** Thursday, February 23, 2023 9:48 AM
**To:** anthony deo <anthonyd@northshoremotors1.com>; tonyu814@gmail.com
**Subject:** FW: 8085 Superb Motors Inc. - Potential Double Floorings 2.22.2023
**Importance:** High

NMAC is reaching out again today about these cars that are still on your Next Gear Floorplan. Only two were taken care of.

[Quoted text hidden]

---

**Alysia Cayer** <alysia@teamauto.com>                                                Tue, Feb 28, 2023 at 2:45 PM
To: anthony deo <anthonyd@northshoremotors1.com>, "tonyu814@gmail.com" <tonyu814@gmail.com>
Cc: Bruce Novicky <bruce@teamauto.com>

Following up because I don't see that the Mercedes Benz has been paid off of Sunrise Nextgear account.

Please let me know when this will be done.

They are going to start asking about the Rolls Royce as well shortly. Please let me know when that will be paid off.

Thank you

*Alysia Cayer*

*Chief Financial Officer*

*Team Auto Group*

*P) 860-590-8010*

*F) 860-362-8080*



---

**From:** Alysia Cayer
**Sent:** Thursday, February 23, 2023 9:48 AM
**To:** anthony deo <anthonyd@northshoremotors1.com>; tonyu814@gmail.com
**Subject:** FW: 8085 Superb Motors Inc. - Potential Double Floorings 2.22.2023
**Importance:** High

NMAC is reaching out again today about these cars that are still on your Next Gear Floorplan. Only two were taken care of.

[Quoted text hidden]

---

**Tony Urrutia** <tonyu814@gmail.com>                                                Tue, Feb 28, 2023 at 2:48 PM
To: Alysia Cayer <alysia@teamauto.com>

I thought we didn't send the check for the rolls?

Best regards,

Tony Urrutia

Mobile 631 561-9807

Sent from my iPhone

> On Feb 28, 2023, at 1:45 PM, Alysia Cayer <alysia@teamauto.com> wrote:

> Following up because I don't see that the Mercedes Benz has been paid off of Sunrise Nextgear account.

> Please let me know when this will be done.

> They are going to start asking about the Rolls Royce as well shortly. Please let me know when that will be paid off.

> Thank you

*Alysia Cayer*

*Chief Financial Officer*

*Team Auto Group*

*P) 860-590-8010*

*F) 860-362-8080*

<image001.jpg>

---

**From:** Alysia Cayer
**Sent:** Thursday, February 23, 2023 9:48 AM
**To:** anthony deo <anthonyd@northshoremotors1.com>; tonyu814@gmail.com
**Subject:** FW: 8085 Superb Motors Inc. - Potential Double Floorings 2.22.2023
**Importance:** High

NMAC is reaching out again today about these cars that are still on your Next Gear Floorplan. Only two were taken care of.

These need to be paid off immediately. These cars are now flagged and if we don't have the titles in house by the next audit they are going to make us pay them off.

Thank you

*Alysia Cayer*

*Chief Financial Officer*

*Team Auto Group*

*P) 860-590-8010*

*F) 860-362-8080*

<image001.jpg>

Hello,

The below 6 units are showing on today's VXC report.  The NMAC floor date has been added for your reference.

Please follow up with the dealership to resolve the potential double floorings.  Let us know if you have any questions.

Thank you.

<image002.png>

**Nancy Lozon |** Special Credit | Nissan Motor Acceptance Company, LLC | Mobile +1 682-261-4960 | Fax: +1 972-607-7278

Hello,

Below are the 8 units showing for 8085 Superb Motors, Inc. from today's double floored report.

The NMAC floor date has been added for your reference.

If they were the sellers, please pay NMAC off. If they are the buyers, please verify they have the titles or expect them in a day or two
If they do not have the titles and do not know when they will get them, please have them remove them from their floor plan until they receive the titles.

Thank you

*Sincerely,*

**Nancy Lozon**

Dealer Workout Analyst

Special Credit

Nissan Group of North America

Mobile: +682-261-4960

Fax: +1-972-607-7278

―――――――――――――――――――――――

<image004.gif>

---

**anthony deo** <anthonyd@northshoremotors1.com>                                    Tue, Feb 28, 2023 at 2:50 PM
To: Alysia Cayer <alysia@teamauto.com>
Cc: "Tonyu814@gmail.com" <Tonyu814@gmail.com>, Bruce Novicky <bruce@teamauto.com>

I didn't receive the check for the rolls.

Mb I will do it tomorrow

*Anthony Deo*

**NORTHSHORE MOTORS**

**Chief Operating Officer.**
180 Michael Drive
Syosset, NY 11791
www.NorthshoreMotors1.com
Ph.516.226.1400

Admin
This electronic message, including any and all attachments hereto, is intended solely to be used by the individual or entity to which it is addressed.  It may contain information which is privileged, confidential and otherwise exempt by law from disclosure.  If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to its intended recipient, you are herewith notified that any dissemination, distribution, copying or retention of this communication or the information contained herein is strictly prohibited.  If you have received this communication in error, please notify us by telephone immediately and permanently delete the original and any copy or printout thereof - Thank you.

> On Feb 28, 2023, at 2:45 PM, Alysia Cayer <alysia@teamauto.com> wrote:
>
> Following up because I don't see that the Mercedes Benz has been paid off of Sunrise Nextgear account.
>
> Please let me know when this will be done.
>
> They are going to start asking about the Rolls Royce as well shortly. Please let me know when that will be paid off.
>
> Thank you
>
> *Alysia Cayer*
>
> *Chief Financial Officer*
>
> *Team Auto Group*
>
> *P) 860-590-8010*
>
> *F) 860-362-8080*

___

**From:** Alysia Cayer
**Sent:** Thursday, February 23, 2023 9:48 AM
**To:** anthony deo <anthonyd@northshoremotors1.com>; tonyu814@gmail.com
**Subject:** FW: 8085 Superb Motors Inc. - Potential Double Floorings 2.22.2023
**Importance:** High

NMAC is reaching out again today about these cars that are still on your Next Gear Floorplan. Only two were taken care of.

These need to be paid off immediately. These cars are now flagged and if we don't have the titles in house by the next audit they are going to make us pay them off.

Thank you

*Alysia Cayer*

*Chief Financial Officer*

*Team Auto Group*

*P) 860-590-8010*

*F) 860-362-8080*

<image001.jpg>

Hello,

The below 6 units are showing on today's VXC report.  The NMAC floor date has been added for your reference.

Please follow up with the dealership to resolve the potential double floorings.  Let us know if you have any questions.

Thank you.

<image002.png>

**Nancy Lozon |** Special Credit | Nissan Motor Acceptance Company, LLC | Mobile +1 682-261-4960 | Fax: +1 972-607-7278

Hello,

Below are the 8 units showing for 8085 Superb Motors, Inc. from today's double floored report.

The NMAC floor date has been added for your reference.

If they were the sellers, please pay NMAC off. If they are the buyers, please verify they have the titles or expect them in a day or two
If they do not have the titles and do not know when they will get them, please have them remove them from their floor plan until they receive the titles.

Thank you