# CHASE CONNECT℠

Printed from Chase Connect

**$31,955.00**
Total

Feb 10, 2023
Post date

11485
Check #



JPMorgan Chase Bank, N.A. Member FDIC      ©2023 JPMorgan Chase & Co.      Equal Housing Opportunity

JPMorgan Chase Bank, N.A. Member FDIC      ©2023 JPMorgan Chase & Co.      Equal Housing Opportunity

# CHASE CONNECT℠

Printed from Chase Connect

**$31,955.00**
Total

Feb 10, 2023
Post date

11485
Check #



| JPMorgan Chase Bank, N.A. Member FDIC | ©2023 JPMorgan Chase & Co. | Equal Housing Opportunity |
|---|---|---|
| JPMorgan Chase Bank, N.A. Member FDIC | ©2023 JPMorgan Chase & Co. | Equal Housing Opportunity |
| JPMorgan Chase Bank, N.A. Member FDIC | ©2023 JPMorgan Chase & Co. | Equal Housing Opportunity |

# CHASE CONNECT℠

Printed from Chase Connect

**$29,725.00**
Total

Feb 10, 2023
Post date

11486
Check #



JPMorgan Chase Bank, N.A. Member FDIC      ©2023 JPMorgan Chase & Co.      Equal Housing Opportunity

JPMorgan Chase Bank, N.A. Member FDIC      ©2023 JPMorgan Chase & Co.      Equal Housing Opportunity

JPMorgan Chase Bank, N.A. Member FDIC      ©2023 JPMorgan Chase & Co.      Equal Housing Opportunity

JPMorgan Chase Bank, N.A. Member FDIC      ©2023 JPMorgan Chase & Co.      Equal Housing Opportunity

# CHASE CONNECT℠

Printed from Chase Connect

**$29,725.00**
Total

Feb 10, 2023
Post date

11486
Check #



JPMorgan Chase Bank, N.A. Member FDIC    ©2023 JPMorgan Chase & Co.    Equal Housing Opportunity

JPMorgan Chase Bank, N.A. Member FDIC    ©2023 JPMorgan Chase & Co.    Equal Housing Opportunity

JPMorgan Chase Bank, N.A. Member FDIC    ©2023 JPMorgan Chase & Co.    Equal Housing Opportunity

JPMorgan Chase Bank, N.A. Member FDIC    ©2023 JPMorgan Chase & Co.    Equal Housing Opportunity

JPMorgan Chase Bank, N.A. Member FDIC    ©2023 JPMorgan Chase & Co.    Equal Housing Opportunity

# CHASE CONNECT℠

Printed from Chase Connect

**$22,245.00**
Total

Feb 10, 2023
Post date

11487
Check #

---

**SUPERB MOTORS**
215 Northern Blvd
Great Neck, NY 11021
(999) 999-9999

**Chase Bank**
151 Asylum St, Hartford CT 06103

11487

DATE: 08FEB23

PAY THIS AMOUNT: ******22,245 DOLLARS 00 CENTS

AMOUNT OF CHECK: ******22,245.00

VOID AFTER 90 DAYS

TO THE ORDER OF
SUNRISE AUTO OUTLET
189 SUNRISE HWY
AMITYVILLE, NY 117010000

BY [signature]
AUTHORIZED SIGNATURE

---

JPMorgan Chase Bank, N.A. Member FDIC     ©2023 JPMorgan Chase & Co.     Equal Housing Opportunity

JPMorgan Chase Bank, N.A. Member FDIC     ©2023 JPMorgan Chase & Co.     Equal Housing Opportunity

JPMorgan Chase Bank, N.A. Member FDIC     ©2023 JPMorgan Chase & Co.     Equal Housing Opportunity

JPMorgan Chase Bank, N.A. Member FDIC     ©2023 JPMorgan Chase & Co.     Equal Housing Opportunity

# CHASE CONNECT℠

Printed from Chase Connect

**$22,245.00**
Total

Feb 10, 2023
Post date

11487
Check #



| JPMorgan Chase Bank, N.A. Member FDIC | ©2023 JPMorgan Chase & Co. | Equal Housing Opportunity |
| --- | --- | --- |
| JPMorgan Chase Bank, N.A. Member FDIC | ©2023 JPMorgan Chase & Co. | Equal Housing Opportunity |
| JPMorgan Chase Bank, N.A. Member FDIC | ©2023 JPMorgan Chase & Co. | Equal Housing Opportunity |
| JPMorgan Chase Bank, N.A. Member FDIC | ©2023 JPMorgan Chase & Co. | Equal Housing Opportunity |

| | | |
|---|---|---|
| JPMorgan Chase Bank, N.A. Member FDIC | ©2023 JPMorgan Chase & Co. | Equal Housing Opportunity |
| JPMorgan Chase Bank, N.A. Member FDIC | ©2023 JPMorgan Chase & Co. | Equal Housing Opportunity |
| JPMorgan Chase Bank, N.A. Member FDIC | ©2023 JPMorgan Chase & Co. | Equal Housing Opportunity |
| JPMorgan Chase Bank, N.A. Member FDIC | ©2023 JPMorgan Chase & Co. | Equal Housing Opportunity |
| JPMorgan Chase Bank, N.A. Member FDIC | ©2023 JPMorgan Chase & Co. | Equal Housing Opportunity |

**$24,955.00**
Total

Feb 10, 2023
Post date

11490
Check #



JPMorgan Chase Bank, N.A. Member FDIC    ©2023 JPMorgan Chase & Co.    Equal Housing Opportunity

JPMorgan Chase Bank, N.A. Member FDIC    ©2023 JPMorgan Chase & Co.    Equal Housing Opportunity

JPMorgan Chase Bank, N.A. Member FDIC    ©2023 JPMorgan Chase & Co.    Equal Housing Opportunity

# CHASE CONNECT℠

Printed from Chase Connect

**$24,955.00**
Total

Feb 10, 2023
Post date

11490
Check #



JPMorgan Chase Bank, N.A. Member FDIC   ©2023 JPMorgan Chase & Co.   Equal Housing Opportunity

JPMorgan Chase Bank, N.A. Member FDIC   ©2023 JPMorgan Chase & Co.   Equal Housing Opportunity

JPMorgan Chase Bank, N.A. Member FDIC   ©2023 JPMorgan Chase & Co.   Equal Housing Opportunity

## CHASE CONNECT℠

Printed from Chase Connect

**$27,700.00**
Total

Feb 10, 2023
Post date

11494
Check #



JPMorgan Chase Bank, N.A. Member FDIC    ©2023 JPMorgan Chase & Co.    Equal Housing Opportunity

JPMorgan Chase Bank, N.A. Member FDIC    ©2023 JPMorgan Chase & Co.    Equal Housing Opportunity

JPMorgan Chase Bank, N.A. Member FDIC    ©2023 JPMorgan Chase & Co.    Equal Housing Opportunity

JPMorgan Chase Bank, N.A. Member FDIC    ©2023 JPMorgan Chase & Co.    Equal Housing Opportunity

# CHASE CONNECT℠

Printed from Chase Connect

**$27,700.00**
Total

Feb 10, 2023
Post date

11494
Check #



JPMorgan Chase Bank, N.A. Member FDIC ©2023 JPMorgan Chase & Co. Equal Housing Opportunity

JPMorgan Chase Bank, N.A. Member FDIC ©2023 JPMorgan Chase & Co. Equal Housing Opportunity

JPMorgan Chase Bank, N.A. Member FDIC ©2023 JPMorgan Chase & Co. Equal Housing Opportunity

JPMorgan Chase Bank, N.A. Member FDIC ©2023 JPMorgan Chase & Co. Equal Housing Opportunity

# CHASE CONNECT℠

Printed from Chase Connect

**$36,085.00**
Total

Feb 10, 2023
Post date

11497
Check #



JPMorgan Chase Bank, N.A. Member FDIC    ©2023 JPMorgan Chase & Co.    Equal Housing Opportunity

JPMorgan Chase Bank, N.A. Member FDIC    ©2023 JPMorgan Chase & Co.    Equal Housing Opportunity

JPMorgan Chase Bank, N.A. Member FDIC    ©2023 JPMorgan Chase & Co.    Equal Housing Opportunity

JPMorgan Chase Bank, N.A. Member FDIC    ©2023 JPMorgan Chase & Co.    Equal Housing Opportunity

# CHASE CONNECT℠

Printed from Chase Connect

**$36,085.00**
Total

Feb 10, 2023
Post date

11497
Check #

```
020023    541900027599975>026013576<  SIG
```

JPMorgan Chase Bank, N.A. Member FDIC        ©2023 JPMorgan Chase & Co.        Equal Housing Opportunity

JPMorgan Chase Bank, N.A. Member FDIC        ©2023 JPMorgan Chase & Co.        Equal Housing Opportunity

JPMorgan Chase Bank, N.A. Member FDIC        ©2023 JPMorgan Chase & Co.        Equal Housing Opportunity

JPMorgan Chase Bank, N.A. Member FDIC        ©2023 JPMorgan Chase & Co.        Equal Housing Opportunity

1/11/25, 3:02 AM
Case 2:23-cv-06188-JMW  Document 220-15  Filed 01/24/25  Page 14 of 17 PageID #: 5929
Gmail - Wire for today

 Gmail

Tony Urrutia <tonyu814@gmail.com>

**Wire for today**

Alysia Cayer <alysia@teamauto.com>  Tue
To: anthony deo <anthonyd@northshoremotors1.com>
Cc: "Tonyu814@gmail.com" <Tonyu814@gmail.com>, Bruce Novicky <bruce@teamauto.com>

Thank you. I show I paid for the two requested SU0908 and SU0911

Both were paid:

check 11493 $25770 on 2/8 cleared my bank on 2/22

Check 11491 $29,010 on 2/8 cleared my bank on 2/22



$29,010.00
Total

Feb 22, 2023
Post date

11491
Check #

Front Back

[redacted]

Thank you

Alysia Cayer

Chief Financial Officer

Team Auto Group

P) 860-530-8010

F) 860-362-8080

[Quoted text hidden]



Printed from Chase Connect

## SUPERB OPERATING (...5518)
SUPERB MOTORS INC.

**$55,358.17**
Available balance

$55,358.17
Present balance

+$409,919.18
Weekly money in

$55,358.17
Available plus credit

-$461,199.40
Weekly money out

### Uncollected funds
Total $0.00

### Account activity

SHOWING: Search

Filtered by: Feb 10, 2023 to Feb 10, 2023    All transactions

| Date | Description | Type | Amount | Balance |
|---|---|---|---|---|
| Feb 10, 2023 | Online Transfer to CHK ...5399 transaction#: 16541307491 02/10 | Account transfer | -$122.00 | $392,942.62 |
| | Online Transfer to CHK ...3157 transaction#: 16536502287 02/10 | Account transfer | -$146,718.51 | $393,064.62 |
| | Online Transfer to CHK ...3157 transaction#: 16535687891 02/10 | Account transfer | -$88,338.82 | $539,783.13 |
| | Online Transfer to CHK ...3157 transaction#: 16535410500 02/10 | Account transfer | -$33,877.76 | $628,121.95 |
| | ORIG CO NAME:ASF, DBA Insperi ORIG ID:2760487432 DESC DATE:230209 CO ENTRY DESCR:PAYROLL SEC:CCD TRACE#:111000023851699 EED:230210 IND ID:0005090900 IND NAME:SUPERB MOTORS INC. ty TRN: 0403851699TC | ACH debit | -$17,234.26 | $661,999.71 |

| Date | Description | Type | Amount | Balance |
|---|---|---|---|---|
| | ORIG CO NAME:NESNA Mitu/Affi ORIG ID:7360729375 DESC DATE:FEB 10 CO ENTRY DESCR:NESNA SEC:CCD TRACE#:021000023851701 EED:230210 IND ID:SB30022 IND NAME:SUPERB MOTORS INC TRN: 0403851701TC | ACH debit | -$33,465.00 | $679,233.97 |
| | CHECK # 11485 | Check | -$31,955.00 | $712,698.97 |
| | CHECK # 11486 | Check | -$29,725.00 | $744,653.97 |
| | CHECK # 11484 | Check | -$17,470.00 | $774,378.97 |
| | CHECK # 11487 | Check | -$22,245.00 | $791,848.97 |
| | CHECK # 11489 | Check | -$21,625.00 | $814,093.97 |
| | CHECK # 11495 | Check | -$44,200.00 | $835,718.97 |
| | CHECK # 11497 | Check | -$36,085.00 | $879,918.97 |
| | CHECK # 11494 | Check | -$27,700.00 | $916,003.97 |
| | CHECK # 11490 | Check | -$24,955.00 | $943,703.97 |
| | ORIG CO NAME:Tekion Pay ORIG ID:1800948598 DESC DATE: CO ENTRY DESCR:Tekion PaySEC:CCD TRACE#:091000013106379 EED:230210 IND ID:ST-R5I2F6Q1Q4D2 IND NAME:SUPERB MOTORS INC TRN: 0403106379TC | ACH credit | $4,928.27 | $968,658.97 |
| | ORIG CO NAME:SMARTCASH ALLY H ORIG ID:3002719011 DESC DATE:230209 CO ENTRY DESCR:EDI/EFTPMTSEC:CCD TRACE#:071000283106376 EED:230210 IND ID: IND NAME:SUPERB MOTORS INC. REF*1 *D01026110057048\ 3002719011 TRN: 0403106376TC | ACH credit | $40,875.34 | $963,730.70 |
| | Online Transfer from CHK ...6362 transaction#: 16535618645 | Account transfer | $132,779.15 | $922,855.36 |
| | ORIG CO NAME:NISSAN30209NMAC1 ORIG ID:2953680386 DESC DATE: CO ENTRY DESCR:FUNDING SEC:CTX TRACE#:051000013924173 EED:230210 IND ID:2000377501 IND NAME:0007SUPERB MOTORS IN DIRECT DEPOSIT TRN: 0413924173TC | ACH credit | $139,653.00 | $790,076.21 |
| | Online Transfer from CHK ...5399 transaction#: 16536487145 | Account transfer | $241,866.64 | $650,423.21 |
| | DEPOSIT ID NUMBER 815051 | Other | $10,000.00 | $408,556.57 |
| | DEPOSIT ID NUMBER 783583 | Other | $40,131.86 | $398,556.57 |