≡ **M Gmail**          🔍 146143                                                    ✕  ⇌

✉️

**From: Nextgear Capital Customer Service <ngc.customerservice@coxautoinc.com>**
Date: April 19, 2023 at 3:17:42 PM EDT
**To: ANTHONY DEO <anthonyd@gcmautos.com>**
Subject: ACH Payment Initiated & Received
Reply-To: ngc.customerservice@coxautoinc.com

From: NextGear Capital - Payment Confirmation
Sent: Apr 19, 2023
To: SUNRISE AUTO OUTLET
Subject: ACH Payment Confirmation

Dealer Number: 146143

Dear SUNRISE AUTO OUTLET,

A payment has been initiated and/or received and applied to your NextGear Capital account.

Receipt Number: 118955959

Date Initiated/Received: Apr 19, 2023

| VIN | Year | Make | Model | Stock No. | Amount |
|---|---|---|---|---|---|
| SCA666D53HU102728 | 2017 | ROLLS-ROYC | DAWN | 9 | $162708.94 |
| **Subtotal:** | | | | | **$162708.94** |

Account Portal.
Total Amount Waived: **$0.00**

Sincerely,
NextGear Capital

*Thank you for your business!*