**Gmail**                                                                                                              Tony Urrutia <tonyu814@gmail.com>

## FW: 8085 Superb Motors, Inc. - Potential Double Floorings - 4.18.2023
2 messages

**Bruce Novicky** <bruce@teamauto.com>                                                                     Wed, Apr 19, 2023 at 11:39 AM
To: "Tony Urrutia (tonyu814@gmail.com)" <tonyu814@gmail.com>
Cc: anthony deo <anthonyd@northshoremotors1.com>

**Bruce Novicky**
Chief Operating Officer | **Team Auto Group**
Office 860.900.0660
Email bruce@teamauto.com

**From:** Bennetta, Joe <Joe.Bennetta@nissan-usa.com>
**Sent:** Wednesday, April 19, 2023 11:21 AM
**To:** Bruce Novicky <bruce@teamauto.com>
**Cc:** Eirich, John <eirichj@NMAC.COM>; Cicchini, Lisa <lisa.cicchini@nissan-usa.com>; Beck, Jamie <Jamie.Beck@nissan-usa.com>; Jank, Allison <Allison.Jank@nissan-usa.com>; Gilroy, Tim <gilroyt@NMAC.COM>; Lozon, Nancy <Nancy.Lozon@Nissan-Usa.com>
**Subject:** RE: 8085 Superb Motors, Inc. - Potential Double Floorings - 4.18.2023

Hi Bruce,

Can you please have the payoffs handled for these 3 units

**Joe Bennetta** | **Financial Services Manager | Northeast Region | Nissan Motor Acceptance Company | Infiniti Financial Services | Mobile: +1 609-495-4834**

**From:** Lozon, Nancy <Nancy.Lozon@Nissan-Usa.com>
**Sent:** Tuesday, April 18, 2023 4:53 PM
**To:** Bennetta, Joe <Joe.Bennetta@nissan-usa.com>
**Cc:** Eirich, John <eirichj@NMAC.COM>; Cicchini, Lisa <lisa.cicchini@nissan-usa.com>; Beck, Jamie <Jamie.Beck@nissan-usa.com>; Jank, Allison <Allison.Jank@nissan-usa.com>; Gilroy, Tim <gilroyt@NMAC.COM>
**Subject:** 8085 Superb Motors, Inc. - Potential Double Floorings - 4.18.2023

Below are the 4 units showing for 8085 Superb Motors, Inc. from today's double floored report.

The NMAC floor date has been added for your reference.

The AIM Audit was conducted at this location on the 11th of April, 2023. The titles for the 3 units floored 55 days or more were verified so please have the dealership follow up for payoff of these 3 units with the primary flooring source OR pay off the NMAC floorplan.

Let us know if you have any questions.

Thank you

| Floored Dealer # | Floored Dealer Name | Floored (Y/N) | Days Double Floored | NMAC Floor Date | VIN | Year | Manufacturer | Model | Record Date | Finance Company Name |
|---|---|---|---|---|---|---|---|---|---|---|
| 8085 | SUPERB MOTORS INC. | Y | 21 | 3/27/2023 | 5UXKU2C51J0X50071 | 2018 | BMW | X6 | 1/31/2023 | ALLY Financial commercial |
| 8085 | SUPERB MOTORS INC. | Y | 69 | 2/7/2023 | WDDWJ8EBXKF826568 | 2019 | MERCEDES-BENZ | C-CLASS | 12/2/2022 | NextGear commercial |
| 8085 | SUPERB MOTORS INC. | Y | 69 | 2/7/2023 | WA1LAAF74JD052689 | 2018 | AUDI | Q7 | 12/2/2022 | NextGear commercial |
| 8085 | SUPERB MOTORS INC. | Y | 55 | 2/21/2023 | SCA666D53HU102728 | 2017 | ROLLS ROYCE | DAWN | 1/11/2023 | NextGear commercial |

*Sincerely,*

**Nancy Lozon**

Dealer Workout Analyst

Special Credit

Nissan Group of North America

Mobile: +682-261-4960

Fax: +1-972-607-7278

NISSAN
GROUP OF NORTH AMERICA

---

**Tony Urrutia** <tonyu814@gmail.com>                                    Wed, Apr 19, 2023 at 1:46 PM
To: Bruce Novicky <bruce@teamauto.com>
Cc: anthony deo <anthonyd@northshoremotors1.com>

What is the total for these cars?

Best regards,

Tony Urrutia

Mobile 631 561-9807

Sent from my iPhone

Case 2:23-cv-06188-JMW  Document 220-17  Filed 01/24/25  Page 3 of 4 PageID #: 5936

On Apr 19, 2023, at 9:39 AM, Bruce Novicky <bruce@teamauto.com> wrote:

**Bruce Novicky**
Chief Operating Officer | **Team Auto Group**
Office 860.900.0660
Email bruce@teamauto.com

---

**From:** Bennetta, Joe <Joe.Bennetta@nissan-usa.com>
**Sent:** Wednesday, April 19, 2023 11:21 AM
**To:** Bruce Novicky <bruce@teamauto.com>
**Cc:** Eirich, John <eirichj@NMAC.COM>; Cicchini, Lisa <lisa.cicchini@nissan-usa.com>; Beck, Jamie <Jamie.Beck@nissan-usa.com>; Jank, Allison <Allison.Jank@nissan-usa.com>; Gilroy, Tim <gilroyt@NMAC.COM>; Lozon, Nancy <Nancy.Lozon@Nissan-Usa.com>
**Subject:** RE: 8085 Superb Motors, Inc. - Potential Double Floorings - 4.18.2023

Hi Bruce,

Can you please have the payoffs handled for these 3 units

**Joe Bennetta | Financial Services Manager | Northeast Region | Nissan Motor Acceptance Company | Infiniti Financial Services | Mobile: +1 609-495-4834**

---

**From:** Lozon, Nancy <Nancy.Lozon@Nissan-Usa.com>
**Sent:** Tuesday, April 18, 2023 4:53 PM
**To:** Bennetta, Joe <Joe.Bennetta@nissan-usa.com>
**Cc:** Eirich, John <eirichj@NMAC.COM>; Cicchini, Lisa <lisa.cicchini@nissan-usa.com>; Beck, Jamie <Jamie.Beck@nissan-usa.com>; Jank, Allison <Allison.Jank@nissan-usa.com>; Gilroy, Tim <gilroyt@NMAC.COM>
**Subject:** 8085 Superb Motors, Inc. - Potential Double Floorings - 4.18.2023

Below are the 4 units showing for 8085 Superb Motors, Inc. from today's double floored report.

The NMAC floor date has been added for your reference.

The AIM Audit was conducted at this location on the 11th of April, 2023. The titles for the 3 units floored 55 days or more were verified so please have the dealership follow up for payoff of these 3 units with the primary flooring source OR pay off the NMAC floorplan.

Let us know if you have any questions.

Thank you

*Sincerely,*

**Nancy Lozon**

Dealer Workout Analyst

Special Credit

Nissan Group of North America

Mobile: +682-261-4960

Fax: +1-972-607-7278

_____