# EXHIBIT A

**2019 Mercedes GT** –
VIN #WDD7X8KB7KA001866



**2018 Land Rover Sport** –
VIN #SALWR2RV8JA189351



**2018 Alfa Romeo Gulia** –
VIN #ZARFAEDN3J7575105

Case 7:23-cv-06198-DGW    Document 210-2    Filed 02/07/25    Page 7 of 19 PageID #: 9968



**2018 Dodge Durango** –
VIN #1C4RDHDG7JC438967



**2016 Porsche Panamera** –
VIN #WP0AF2A74GL082172



# 2020 Mercedes GT –
VIN #W1K7X6BB7LA016406

66°F

1.0

miles

42110

POWER

3

4

5

2

1

0

mph

0

///AMG

OFF

**2019 Range Rover** –
VIN #SALGS2RE3KA519794

098611 km                    20/05/202

**2018 Mercedes SL** –
VIN #WDDJK7DA4JF052861

6646.7
miles
55561

74°F                    11:59

**2019 Maserati Ghibli** –
VIN #ZAM57YTA4K1314330

Case 2:23-cv-06186-MMM   Document 225-2   Filed 02/07/25   Page 19 of 19 PageID #: 5976



Ignition or
Accessory On

E    C

NORMAL
P
41115 mi