From: **Yvonne McCoy** <yvonne.mccoy@teamauto.com>
Date: Mon, Oct 2, 2023 at 2:15 PM
Subject: Re: Title status on 6 cars at NS
To: Bruce Novicky <bruce@teamauto.com>, Kendra Kernizant <kendra.kernizant@teamauto.com>
Cc: tonyu814 <tonyu814@gmail.com>

Hi Bruce,

From the list of 28 cars, I have the following:
14 confirmed titles in house
2   pending duplicate titles (SU876 / SU0798B)
1   paid off (pending NJ title) SU1349
10 Next Gear floorplan
1   Manheim (SU1262) never received title from Manheim

I spoke with the rep @ Manheim regarding SU1262, 2018 Alfa Romeo was paid for but they are unable to release the title because there is a hold on our Manheim account.

Thank you,

Yvonne

**From:** Bruce Novicky <bruce@teamauto.com>
**Sent:** Saturday, September 30, 2023 2:43 PM
**To:** Kendra Kernizant <kendra.kernizant@teamauto.com>; Yvonne McCoy <yvonne.mccoy@teamauto.com>
**Cc:** tonyu814 <tonyu814@gmail.com>
**Subject:** Re: Title status on 6 cars at NS

Also need to verify title on these 28… 100% prove we own them

| Dealer Name | Stock Type | Stock # | VIN # | Status | Year Make Model |
|---|---|---|---|---|---|
| Superb Motors Inc | Used | SU0461A | 1C4PJMAK9CW133196 | Stocked In | 2012 Jeep Liberty |
| Superb Motors Inc | Used | SU876 | 1FDWX37R38ED27725 | Stocked In | 2008 Ford Super Duty F-350 DRW |
| Superb Motors Inc | Used | SU0882 | WBA2H9C36HV986948 | Stocked In | 2017 BMW 2 Series |
| Superb Motors Inc | Used | SU0912 | ZAM57YTA4K1314330 | Stocked In | 2019 Maserati Ghibli |
| Superb Motors Inc | Used | SU1006 | WDDJK7DA4JF052861 | Stocked In | 2018 Mercedes-Benz SL |
| Superb Motors Inc | Used | SU1025 | WBA4E5C59HG188797 | Stocked In | 2017 BMW 4 Series |
| Superb Motors Inc | Used | SU1032 | 55SWF4KB5GU101091 | Stocked In | 2016 Mercedes-Benz C-Class |
| Superb Motors Inc | Used | SU0798B | WDBUF56X99B373460 | Stocked In | 2009 Mercedes-Benz E-Class |
| Superb Motors Inc | Used | SU1060 | W1K7X6BB7LA016406 | Stocked In | 2020 Mercedes-Benz AMG GT |
| Superb Motors Inc | Used | SU1065 | SALGS2RE3KA519794 | Stocked In | 2019 Land Rover Range Rover |
| Superb Motors Inc | Used | SU1050A | SALYB2EX4KA782114 | Stocked In | 2019 Land Rover Range Rover Velar |
| Superb Motors Inc | Used | SU1148 | WP0AF2A74GL082172 | Stocked In | 2016 Porsche Panamera |
| Superb Motors Inc | Used | SU1204 | WBAJB1C53KB375171 | Stocked In | 2019 BMW 5 Series |
| Superb Motors Inc | Used | SU1126A | 1C4RDHDG7JC438967 | Stocked In | 2018 Dodge Durango |
| Superb Motors Inc | Used | SU1260 | WBXHT3C59K5L90009 | Stocked In | 2019 BMW X1 |
| Superb Motors Inc | Used | SU1262 | ZARFAEDN3J7575105 | Stocked In | 2018 Alfa Romeo Giulia |
| Superb Motors Inc | Used | SU1302 | 5UXWX9C50H0T04666 | Stocked In | 2017 BMW X3 |
| Superb Motors Inc | Used | SU1303 | 1FATP8UH1K5152260 | Stocked In | 2019 Ford Mustang |
| Superb Motors Inc | Used | SU1349 | 1FTEW1EF1GFB67420 | Stocked In | 2016 Ford F-150 |
| Superb Motors Inc | Used | SY1318 | WBXHT3C57K5L90705 | Stocked In | 2019 BMW X1 |
| Superb Motors Inc | Used | SY1319 | ZASPAKBN5L7C91095 | Stocked In | 2020 Alfa Romeo Stelvio |
| Superb Motors Inc | Used | SY1323 | 5N1DL0MM6LC528999 | Stocked In | 2020 Infiniti QX60 |
| Superb Motors Inc | Used | SU1324 | WDD7X8KB7KA001866 | Stocked In | 2019 Mercedes-Benz AMG GT |
| Superb Motors Inc | Used | SY1325 | 2C3CDXHG6MH531592 | Stocked In | 2021 Dodge Charger |
| Superb Motors Inc | Used | SU1326 | 2C3CDXHG1MH505823 | Stocked In | 2021 Dodge Charger |
| Superb Motors Inc | Used | SY1333 | ZN661XUAXHX252844 | Stocked In | 2017 Maserati Levante |
| Superb Motors Inc | Used | SY1335 | SALWR2RV8JA189351 | Stocked In | 2018 Land Rover Range Rover Sport |
| Superb Motors Inc | Used | SY1336 | JTJBARBZ9J2171144 | Stocked In | 2018 Lexus NX |

Regards,



Bruce Novicky
COO | Team Auto Group
Office 860.900.0660
Email bruce@teamauto.com

_____

IMPORTANT: The contents of this email and any attachments are confidential. They are intended for the named recipient(s) only. If you have received this email by mistake, please notify the sender immediately and do not disclose the contents to anyone or make copies thereof.

---

**From:** Bruce Novicky
**Sent:** Saturday, September 30, 2023 1:59 PM
**To:** Kendra Kernizant <kendra.kernizant@teamauto.com>; Yvonne McCoy <yvonne.mccoy@teamauto.com>
**Cc:** tonyu814 <tonyu814@gmail.com>
**Subject:** Title status on 6 cars at NS

Hello,

Can you please triple check the 4 that say "yes" that we have a good clear title (the GLE title is in Hartford, have Alyiah confirm)

The two that are blank... do we have them?

| Dealer Name | Stock Type | Stock # | VIN # | Status | Year Make Model | |
|---|---|---|---|---|---|---|
| Superb Motors Inc | Used | SU0913 | WAUHGAFC5GN009650 | Stocked In | 2016 Audi A6 | |
| Superb Motors Inc | Used | SU0859 | WA1L2AFP0GA040272 | Stocked In | 2016 Audi Q5 | 12 |
| Superb Motors Inc | Used | SU0946 | SCA666D53HU102728 | Stocked In | 2017 Rolls-Royce Dawn | |
| Superb Motors Inc | Used | SU1143 | SALGW2SE6KA533297 | Stocked In | 2019 Land Rover Range Rover | |
| Superb Motors Inc | Used | SU1200P | 4JGFB4KB0LA194078 | Stocked In | 2020 Mercedes-Benz GLE | |
| Superb Motors Inc | Used | SU1290 | 1GNSKBKD9PR148675 | Stocked In | 2023 Chevrolet Suburban | |

Regards,



Bruce Novicky
COO | Team Auto Group
Office 860.900.0660
Email bruce@teamauto.com

_____

IMPORTANT: The contents of this email and any attachments are confidential. They are intended for the named recipient(s) only. If you have received this email by mistake, please notify the sender immediately and do not disclose the contents to anyone or make copies thereof.