S40913

# STATE OF ARKANSAS

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | MODEL | BODY TYPE |
|---|---|---|---|---|
| WAUHGAFC5GN009650 | 2016 | AUDI | A6 | SD |

| TITLE NUMBER | PREVIOUS TITLE NUMBER | PREV. TITLE STATE | ISSUE DATE | ODOMETER | UNLADEN WEIGHT |
|---|---|---|---|---|---|
| 761005080251 | 761003770020 | AR | 06/02/2016 | 30 | 4063 |

**MAILING ADDRESS**

PENTAGON FCU
PO BOX 255483
SACRAMENTO, CA 95865-5483

**REMARKS**

OD ACTUAL

**OWNER**

GOLLA, VARUN KUMAR
6110 S 66TH ST APT 2
FORT SMITH, AR 72903-6645

OWNER'S SIGNATURE (IF JOINT OWNERSHIP, BOTH MUST SIGN)
THIS TITLE MUST BE SIGNED UPON RECEIPT BY OWNERS

**FIRST LIENHOLDER**

PENTAGON FCU
PO BOX 255483
SACRAMENTO, CA 95865-5483

DATE OF LIEN: 2/15/2016

**FIRST RELEASE**

INTEREST IN THE ABOVE DESCRIBED VEHICLE IS HEREBY RELEASED:

Name
AGENT
Title

OCT 08 2018
Date



The Department of Finance and Administration, State of Arkansas, hereby certifies that the applicant named hereon is duly registered as the owner of the vehicle described above. From the statements of the owner and the records on file with this department the hereon described vehicle is subject to the liens enumerated hereon.

In Witness Whereof, I have affixed my hand and seal.

COMMISSIONER OF REVENUE

08917161
SRO9971

VOID IF ALTERED

Federal and State law requires that you state the mileage in connection with the transfer of ownership.
Failure to complete or providing a false statement may result in fines and or imprisonment.

## TITLE ASSIGNMENT BY OWNER AND

The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address.

Buyer(s) Printed Name: **Tesla Motors, Inc.**

Buyer(s) Printed Address: 9850 W BROAD ST GLEN ALLEN, VA 23060

with warranty to be free of all encumbrances except as follows:

LIEN IN FAVOR OF _____

Address _____

DESCRIPTION OF VEHICLE TRADED IN (IF ANY)
VEHICLE IDENTIFICATION NUMBER

YEAR _____ MAKE _____ MODEL _____

Note to Seller. A copy of this title assignment, fully completed, is sufficient to use to claim a sales tax credit toward the purchase of another vehicle.

**ODOMETER DISCLOSURE** I certify that to the best of my knowledge that the odometer reading provided in the box below is the actual mileage of the vehicle unless one of the following statements is checked:

Odometer Reading (no tenths): **73,901**

☐ EXCEEDS MECHANICAL LIMITS. The mileage stated is in excess of the odometer's mechanical limits.

☐ WARNING – ODOMETER DISCREPANCY. The odometer is not the actual mileage.

BILL OF SALE Date of Sale: 12/14/2022

Full Sales Price of this Vehicle $ _____
Less Trade In $ _____
Net Taxable Trade Difference $ _____

Seller(s) Printed Name: VARUN KUMAR GOLLA
Seller(s) Printed Address: 6110 S 66TH ST APT 2 FORT SMITH AR 72903
Seller(s) Signature: _____

"I am aware of the above odometer certification made by the seller"

Buyer's Printed Name: **Tesla Motors, Inc.**  **Adrianna Nazar**
Buyer's Signature: _____

## TITLE ASSIGNMENT BY DEALER AND (First Dealer Reassignment)

The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address.

Buyer(s) Printed Name: Northshore Motor Leasing LLC

Buyer(s) Printed Address: 180 Michael Dr Syosset NY 11791

with warranty to be free of all encumbrances except as follows:

LIEN IN FAVOR OF _____

Address _____

DESCRIPTION OF VEHICLE TRADED IN (IF ANY)
VEHICLE IDENTIFICATION NUMBER

YEAR _____ MAKE _____ MODEL _____

**ODOMETER DISCLOSURE** I certify that to the best of my knowledge that the odometer reading provided in the box below is the actual mileage of the vehicle unless one of the following statements is checked:

Odometer Reading (no tenths): **73,901**

☐ EXCEEDS MECHANICAL LIMITS.
☐ WARNING – ODOMETER DISCREPANCY.

BILL OF SALE Date of Sale: 12-23-22

Full Sales Price of this Vehicle $ _____
Less Trade In $ _____
Net Taxable Trade Difference $ _____

Dealer's Printed Name: **Tesla Motors, Inc.**  **Adrianna Nazar**
Dealer's License Number: 50814
Dealer's Signature: _____

"I am aware of the above odometer certification made by the dealer"

Buyer's Printed Name: _____
Buyer's Signature: _____

## TITLE ASSIGNMENT BY DEALER AND (Second Dealer Reassignment)

The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address.

Buyer(s) Printed Name: _____
Buyer(s) Printed Address: _____

with warranty to be free of all encumbrances except as follows:

LIEN IN FAVOR OF _____
Address _____

DESCRIPTION OF VEHICLE TRADED IN (IF ANY)
VEHICLE IDENTIFICATION NUMBER

YEAR _____ MAKE _____ MODEL _____

**ODOMETER DISCLOSURE** I certify that to the best of my knowledge that the odometer reading provided in the box below is the actual mileage of the vehicle unless one of the following statements is checked:

Odometer Reading (no tenths): _____

☐ EXCEEDS MECHANICAL LIMITS.
☐ WARNING – ODOMETER DISCREPANCY.

BILL OF SALE Date of Sale: _____

Full Sales Price of this Vehicle $ _____
Less Trade In $ _____
Net Taxable Trade Difference $ _____

Dealer's Printed Name: _____
Dealer's License Number: _____
Dealer's Signature: _____

"I am aware of the above odometer certification made by the dealer"

Buyer's Printed Name: _____
Buyer's Signature: _____

*SU0913*
*PROOF OF Paid RECEIPT*



**Superb Motors**
215 Northern Blvd Great Neck, NY, 11021
(999) 999-9999

**Payment Advice**
**$110,519.50**

Check #: 11483
Created by: Alysia Cayer
02/08/23 | 7:52 AM

endor: 7992-NORTHSHORE MOTOR LEASING LLC

| Invoice Number | Amount | Comments |
|---|---|---|
| SU0859 | $18,075.00 | - |
| SU0913 | $21,650.00 | - |
| SU0915 | $44,999.50 | - |
| SU0914 | $25,795.00 | - |

osting Lines

| GL Account | Amount | Control | Control Description | Control2 | Posting Description |
|---|---|---|---|---|---|
| 1004 | -$110,519.50 | 11483 | - | 7992 - NORTHSHORE MOTOR LEASING LLC | - |
| 2005 | $18,075.00 | SU0859 | - | - | - |
| 2005 | $21,650.00 | SU0913 | - | - | - |
| 2005 | $44,999.50 | SU0915 | - | - | - |
| 2005 | $25,795.00 | SU0914 | - | - | - |



**SUPERB MOTORS**
215 Northern Blvd
Great Neck, NY 11021
(999) 999-9999

**Chase Bank**
151 Asylum St, Hartford CT 06103

11483

| DATE | | PAY THIS AMOUNT | | | AMOUNT OF CHECK |
|---|---|---|---|---|---|
| 08FEB23 | *****110,519 | DOLLARS | 50 | CENTS | ****110,519.50 |

**VOID AFTER 90 DAYS**

*************************
*** NOT NEGOTIABLE ***
BY *************************
AUTHORIZED SIGNATURE

NON-NEGOTIABLE

TO THE ORDER OF

NORTHSHORE MOTOR LEASING LLC
180 MICHAEL DRIVE
SYOSSET, NY 11791

12/22/23, 1:57 PM

**SU0913** (handwritten)

# < 10 - USED INVENTORY

10 - USED INVENTORY

| Primary GL Account | Control Type | | Total |
|---|---|---|---|
| 1450 - USED VEHIC... | Stock Number | | -$48,081.39 |

Month: Jul 2023

Results
Include Post Ahead Month

| 1450 - USED VEHICLES | 1451 - USED PACK | 2111 |
|---|---|---|
| $2,982,051.31 | -$152,129.00 | -$1,... |

Display Zero Balances

| | Control Description ↑↓ | Year/Make/Model ↑↓ | Sold Date ↑↓ | All ∨  su0913 | Total ↑↓ | 1450 | 1 |
|---|---|---|---|---|---|---|---|
| ▽ SU0913 | 104  WAUHGAFC5GN009650 | 2016/Audi/A6 | - | | $22,484.46 | $47,363.46 | -$2... |

Age ↑↓

"GL Balance" (handwritten)

https://app.tekioncloud.com/accounting/schedules/63a34d694cedfd0008490186/controlBook    1/1

622798

Westlake FLOORING SERVICES

Dealer ID:100414821    9650   Check In:12/29/2022   Batch #: 89

Dealer:NORTHSHORE MOTOR LEASING LLC
Source:MANHEIM PENNSYLVANIA

ACCID: 622798

VIN:WAUHGAFC5GN009650 

(Live)