

**Superb Motors**
215 Northern Blvd Great Neck, NY, 11021
(999) 999-9999

**Payment Advice**
**$110,519.50**

Check #: 11483
Created by: Alysia Cayer
02/08/23 | 7:52 AM

*SU0859*

Vendor: 7992-NORTHSHORE MOTOR LEASING LLC

*PROOF OF PAID RECEIPT*

| Invoice Number | Amount | Comments |
|---|---|---|
| SU0859 | $18,075.00 | - |
| SU0913 | $21,650.00 | - |
| SU0915 | $44,999.50 | - |
| SU0914 | $25,795.00 | - |

Posting Lines

| GL Account | Amount | Control | Control Description | Control2 | Posting Description |
|---|---|---|---|---|---|
| 1004 | -$110,519.50 | 11483 | - | 7992 - NORTHSHORE MOTOR LEASING LLC | - |
| 2005 | $18,075.00 | SU0859 | - | - | - |
| 2005 | $21,650.00 | SU0913 | - | - | - |
| 2005 | $44,999.50 | SU0915 | - | - | - |
| 2005 | $25,795.00 | SU0914 | - | - | - |



**SUPERB MOTORS**
215 Northern Blvd
Great Neck, NY 11021
(999) 999-9999

**Chase Bank**
151 Asylum St, Hartford CT 06103

11483

| DATE |
|---|
| 08FEB23 |

PAY THIS AMOUNT
*****110,519 | DOLLARS | 50 | CENTS

AMOUNT OF CHECK
****110,519.50

NON-NEGOTIABLE

VOID AFTER 90 DAYS

*** NOT NEGOTIABLE ***
BY ................................
AUTHORIZED SIGNATURE

TO THE ORDER OF

NORTHSHORE MOTOR LEASING LLC
180 MICHAEL DRIVE
SYOSSET, NY 11791

SU0859



GL Balance