SU0946 *(handwritten)*



**Superb Motors**
215 Northern Blvd Great Neck, NY, 11021
(999) 999-9999

PROOF OF Paid RECEIPT *(handwritten)*

**Payment Advice**
**$189,305.00**
Check #: 11488
Created by: Alysia Cayer
02/08/23 | 7:58 AM

Vendor: SUNRISEAU-SUNRISE AUTO OUTLET

| Invoice Number | Amount | Comments |
|---|---|---|
| SU0946 | $189,305.00 | - |

Posting Lines

| GL Account | Amount | Control | Control Description | Control2 | Posting Description |
|---|---|---|---|---|---|
| 1004 | -$189,305.00 | 11488 | - | SUNRISEAU - SUNRISE AUTO OUTLET | - |
| 2005 | $189,305.00 | SU0946 | - | - | - |

---



**SUPERB MOTORS**
215 Northern Blvd
Great Neck, NY 11021
(999) 999-9999

**Chase Bank**
151 Asylum St, Hartford CT 06103

11488

| DATE |
|---|
| 08FEB23 |

**PAY THIS AMOUNT**
*****189,305  DOLLARS  00  CENTS

**AMOUNT OF CHECK**
****189,305.00

NON-NEGOTIABLE

**VOID AFTER 90 DAYS**

*** NOT NEGOTIABLE ***
BY _____
AUTHORIZED SIGNATURE

TO THE ORDER OF
SUNRISE AUTO OUTLET
189 SUNRISE HWY
AMITYVILLE, NY 117010000

*SU0946*

# 10 - USED INVENTORY

| Primary GL Account | Control Type | Total | 1450 - USED VEHICLES | 1451 - USED PACK | 2111 |
|---|---|---|---|---|---|
| 1450 - USED VEHIC... | Stock Number | -$584,373.95 | $5,663,633.40 | -$282,479.00 | -$4, |

Month: Jul 2023    Reset    Include Post Ahead Month    Display Zero Balances    All    su0946

| Control | Age | Control Description | Year/Make/Model | Sold Date | Total | 1450 | |
|---|---|---|---|---|---|---|---|
| SU0946 | 181 | SCA666D53HU102728 | 2017/Rolls-Royce/Dawn | - | $21,784.50 | $192,159.00 | |

*GL Balance*

STATE OF FLORIDA
DEPARTMENT OF HIGHWAY SAFETY AND MOTOR
VEHICLES DIVISION OF MOTORIST SERVICES
Neil Kirkman Building - Tallahassee, FL 32399-0500

# MOTOR VEHICLE TITLE REASSIGNMENT SUPPLEMENT
(Instructions on Reverse Side)

This reassignment is supplement to: [✓] Title No. **AA5453298**   State of Issue: **MT**
[ ] Manufacturer's Statement or Certificate of Origin
Is the title electronic?   [ ] Yes   [✓] No

## VEHICLE DESCRIPTION

| Vehicle Identification Number | Year | Make | Model | Body |
|---|---|---|---|---|
| SCA666D53HU102728 | 2017 | Rolls | Dawn | Conv. |

## REASSIGNMENT INFORMATION

| Name of Seller(s)/Agent (Print) | DL/ID#, DMS ACCT#, FEID# | DEALER/AUCTION LICENSE (if applicable) |
|---|---|---|
| R HOLLENSHEAD AUTO SALES INC | | VI-1084241-1 |

| Street Address | City | State | Zip |
|---|---|---|---|
| 1182 N Military Trail | West Palm Beach | FL | 33409 |

| Selling Price (If Applicable) | Sales Tax Collected (If Applicable) | Sales Tax Reg. No. (If Applicable) |
|---|---|---|
| | | |

| Purchaser and Co-Purchaser's Printed Name(s) | | | Date of Sale |
|---|---|---|---|
| SUNRISE AUTO OUTLET | | | 12/2/22 |

| Purchaser's Address | City | State | Zip |
|---|---|---|---|
| 189 SUNRISE HWY | AMITYVILLE | NY | 11701 |

| Co-Purchaser's Address (If applicable) | City | State | Zip |
|---|---|---|---|
| | | | |

| Auction Name (If applicable) | Auction License Number | State of License | Date of Auction |
|---|---|---|---|
| | | | |

| Street Address | City | State | Zip |
|---|---|---|---|
| | | | |

## ODOMETER DISCLOSURE STATEMENT

**WARNING:** FEDERAL AND STATE LAW REQUIRE THAT YOU STATE THE ODOMETER MILEAGE IN CONNECTION WITH TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT.

I/WE STATE THAT THIS [ ] 5 OR [ ] 6 DIGIT ODOMETER NOW READS, **42656** XX (NO TENTHS) MILES, DATE READ ___/___, AND I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING.

**CAUTION:**
READ CAREFULLY
BEFORE YOU
CHECK A BOX

[ ] 1) REFLECTS ACTUAL MILEAGE
[ ] 2) IS IN EXCESS OF ITS MECHANICAL LIMITS
[ ] 3) IS NOT THE ACTUAL MILEAGE WARNING - ODOMETER DISCREPANCY

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

| Printed name of seller(s)/Agent | Seller(s)/Agent Signature | |
|---|---|---|
| R HOLLENSHEAD AUTO SALES INC | *[signature]* | LORI CARPENTER |

| Printed name of Co-Seller (if applicable) | Co-Seller Signature (if applicable) |
|---|---|
| | |

| Purchaser(s) Signature | Co-Purchaser(s) Signature |
|---|---|
| | |

| Purchaser(s) Printed Name First, Full Middle or Maiden, Last | Co-Purchaser(s) Printed Name First, Full Middle or Maiden, Last |
|---|---|
| | |

**NOTICE:** ANY ALTERATION OR ERASURE MAY VOID THIS ASSIGNMENT AND ALL ASSIGNMENTS THAT FOLLOW.

ORIGINAL: SUBMIT WITH APPLICATION FOR TITLE

HSMV 82994 (REV. 04/14) S      COPY: SELLER/DEALER RETAIN IN FILE

**NOTICE: ANY ALTERATION OR ERASURE MAY VOID THIS DOCUMENT**

## WHEN SHOULD THIS FORM BE USED?

FORM HSMV 82994, MOTOR VEHICLE TITLE REASSIGNMENT SUPPLEMENT, MUST BE USED:

1. with conforming Florida Certificate(s) of Title to make additional dealer reassignments and odometer disclosures when all reassignment and odometer disclosure spaces on the reverse side of the Certificate of Title have been used:

Or

2. with a non-conforming Certificate(s) of Title to make reassignments and odometer disclosures;

Or

3. with conforming MCO, when the MCO is not available at the time of sale;

Or

4. with all out-of-state non-conforming Certificate(s) of Title to make dealer reassignments and odometer disclosures;

Or

5. when ownership is being transferred on an Electronic Certificate(s) of Title.

NOTE: This form should NOT be used when the owner is transferring ownership on a vehicle that does not have an electronic Certificate of Title. If the Certificate of Title is NOT electronic, the "Transfer of Title By Seller" section must be completed by the seller(s)/agent.

## FILING:

1. The original HSMV 82994 is to be surrendered with the application for title.

2. The copy of the HSMV 82994 is to be retained by the dealer in his/her records for a period of five (5) years. It is recommended that the individual seller(s) retain a copy of this form for their records.

HSMV 82994 (REV. 04/14) S

MVR-2 (Rev.01/2017)
NCADA

**North Carolina Division of Motor Vehicles**

NO FEE

## DEALER'S REASSIGNMENT OF TITLE TO A MOTOR VEHICLE

To be used by North Carolina licensed dealers to reassign out-of-state assigned certificates of title, non-title state registration certificates and/or bills of sale or other documents acceptable for obtaining a certificate of title in North Carolina for vehicles acquired by North Carolina dealers. May also be used to reassign manufacturer's certificates of origin and North Carolina certificates of title when the space or spaces provided on these documents for dealer's assignments have been used.

YEAR: 2017   MAKE: RR   BODY STYLE: CV   VIN: SCA666D53HU102228

**Federal and State law** requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

### RE-ASSIGNMENT OF TITLE BY LICENSED DEALER

The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address:

R Hollinshead Auto Sales

"I certify to the best of my knowledge that the odometer reading is: 42,056 (NO TENTHS) and reflects the actual mileage of this vehicle unless one of the following statements is checked."

☐ 1. The mileage stated is in excess of its mechanical limits.   ☐ 2. The odometer reading is not the actual mileage.   **WARNING — ODOMETER DISCREPANCY**

DATE VEHICLE DELIVERED TO PURCHASER: 11-28-22

To my knowledge the vehicle described herein:
Yes ☐ No ☑ Has been involved in a collision or other occurrence to the extent that the cost to repair exceeds 25% of fair market retail value.
Yes ☐ No ☑ Has been a flood vehicle, a reconstructed vehicle or a salvage vehicle.

Hand Printed Name and Signature of Dealer or Agent: K Newton
Printed Firm Name: Nissan of Hendersonville   Dealer No.: 79644
Date: 11-28-22   County: Henderson   State: NC

I certify that the following person(s) personally appeared before me this day, each acknowledging to me that he or she voluntarily signed the foregoing document for the purpose stated therein and in the capacity indicated: _____ seller(s)/(name(s) of principal(s)).

Notary Signature: [signature]
Notary Printed or Typed Name: Brittney Pinchbeck
"I am aware of the above odometer certification and damage disclosure made by the seller."
My Commission Expires: 12/28/2024   (SEAL)

Hand Printed Name and Signature(s) of Buyer(s): _____

### RE-ASSIGNMENT OF TITLE BY LICENSED DEALER

The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address:

_____

"I certify to the best of my knowledge that the odometer reading is: _____ (NO TENTHS) and reflects the actual mileage of this vehicle unless one of the following statements is checked."

☐ 1. The mileage stated is in excess of its mechanical limits.   ☐ 2. The odometer reading is not the actual mileage.   **WARNING — ODOMETER DISCREPANCY**

DATE VEHICLE DELIVERED TO PURCHASER: _____

To my knowledge the vehicle described herein:
Yes ☐ No ☐ Has been involved in a collision or other occurrence to the extent that the cost to repair exceeds 25% of fair market retail value.
Yes ☐ No ☐ Has been a flood vehicle, a reconstructed vehicle or a salvage vehicle.

Hand Printed Name and Signature of Dealer or Agent: _____
Printed Firm Name: _____   Dealer No.: _____
Date: _____   County: _____   State: _____

I certify that the following person(s) personally appeared before me this day, each acknowledging to me that he or she voluntarily signed the foregoing document for the purpose stated therein and in the capacity indicated: _____ seller(s)/(name(s) of principal(s)).

Notary Signature: _____
Notary Printed or Typed Name: _____
"I am aware of the above odometer certification and damage disclosure made by the seller."
My Commission Expires: _____   (SEAL)

Hand Printed Name and Signature(s) of Buyer(s): _____

### RE-ASSIGNMENT OF TITLE BY LICENSED DEALER

The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address:

_____

"I certify to the best of my knowledge that the odometer reading is: _____ (NO TENTHS) and reflects the actual mileage of this vehicle unless one of the following statements is checked."

☐ 1. The mileage stated is in excess of its mechanical limits.   ☐ 2. The odometer reading is not the actual mileage.   **WARNING — ODOMETER DISCREPANCY**

DATE VEHICLE DELIVERED TO PURCHASER: _____

To my knowledge the vehicle described herein:
Yes ☐ No ☐ Has been involved in a collision or other occurrence to the extent that the cost to repair exceeds 25% of fair market retail value.
Yes ☐ No ☐ Has been a flood vehicle, a reconstructed vehicle or a salvage vehicle.

Hand Printed Name and Signature of Dealer or Agent: _____
Printed Firm Name: _____   Dealer No.: _____
Date: _____   County: _____   State: _____

I certify that the following person(s) personally appeared before me this day, each acknowledging to me that he or she voluntarily signed the foregoing document for the purpose stated therein and in the capacity indicated: _____ seller(s)/(name(s) of principal(s)).

Notary Signature: _____
Notary Printed or Typed Name: _____
"I am aware of the above odometer certification and damage disclosure made by the seller."
My Commission Expires: _____   (SEAL)

Hand Printed Name and Signature(s) of Buyer(s): _____

**LIEN OR ENCUMBRANCE - ENTER IN OWNER'S APPLICATION FOR TITLE.**
*This form contains the conforming odometer statement and must have the hand printed name and signature of both the buyer and seller.*

Verify authenticity. Face should have a purple background. Back should contain a watermark that is visible when held at a 45 degree angle.

# STATE OF MONTANA

R Hollenshead AS

SN08946

P102728

## DEPARTMENT OF JUSTICE - MOTOR VEHICLE DIVISION
## CERTIFICATE OF TITLE

cjb283

| Title Nbr | Year | Make | Model | Extended Model | Style | NCIC Vehicle Type | Unladen Weight/Material |
|---|---|---|---|---|---|---|---|
| AA5453298 | 2017 | Rolls-royce | Dawn | | CV | PC | 5644 |
| VIN/HIN | | MT Boat Nbr | Ton Code/Propulsion Type | Odometer | | | Vehicle Nbr |
| SCA666D53HU102728 | | | | 16163 Miles Actual as of 05/01/2021 | | | 4990617 |
| Brand | | Title Issue Date | Vehicle Sale Date | Transfer Reason | Attribute | Owner Tracking Nbr | Fleet Nbr |
| | | 05/01/2021 | 05/01/2021 | OOS Title Transfer | | | |

**Owner Name and Address**

RNS HOLDINGS LLC
1001 S Main St Ste 49
Kalispell MT 59901
Customer Number: 3905879

This vehicle/vessel is subject to the following security interest(s):

BMW Financial Services
5550 Britton Pkwy
Hilliard, OH 430267456
05/01/2021
Customer Number: 1568264

**Mail To:**

RNS HOLDINGS LLC
1001 S Main St Ste 49
Kalispell MT 59901

The vehicle/vessel may be subject to other security interests.

VERIFY PRESENCE OF WATERMARK - HOLD TO LIGHT TO VIEW

---

**SELLER COMPLETES IN INK**

As the Registered Owner of the above vehicle, I transfer all right, title and interest in the vehicle to the following person, as of the date below:

Print name of buyer, whether individual or business: **Nissan of Hendersonville**
Date of Transfer (delivery of vehicle): **1-15-22**
Buyer's Street Address: **1340 Spartanburg Hwy**
City: **Hendersonville**   State: **NC**   Zip: **29**

Federal and state law require that the owner state the mileage of a vehicle upon transfer of ownership. If you fail to complete this disclosure or provide a false statement, you may be subject to fines and/or imprisonment.
I state that this (check one) 5 ☐ or 6 ☐ digit odometer now reads (no tenths) **42656** miles, date read _____ and to the best of my knowledge it reflects the actual mileage unless one of the following statements is checked:

DO NOT CHECK UNLESS APPLICABLE:
☐ The odometer reading reflects the amount of mileage in excess of its mechanical limits.
☐ The odometer reading is not the actual mileage. Warning - odometer discrepancy.

ALL OWNERS MUST SIGN - Additional owners are listed to the right of the first owner above.

Under penalty of law, I certify the above odometer disclosure and transfer of ownership information is correct to the best of my knowledge; that I am the same person named above, and if signing for a business entity or trust, I have full authority to act upon behalf of the owner, whose name appears on the upper left side of this Title.

ALL OWNERS MUST SIGN.
Signature of First Owner or Agent of Owner (Transferor): x **RNS Holdings LLC By: Samuel Girgis**   Printed name: **by: S Radspinner S Radspinner**
Signature of Additional Owner or Agent of Owner (if more than one): x

Notice: notarization is only required for private sales from an individual to an individual. Vehicles sold to licensed dealerships are not required to be notarized.

**NOTARY**
State of _____   County of _____   Signed before me on (date) _____   Notary Stamp/Seal
by (Clearly print name of person requesting notary service) _____
Notary signature _____

**BUYER**
ACKNOWLEDGEMENT OF MILEAGE DISCLOSURE: I am aware of the above odometer certification made by the seller
Signature of Buyer - only one signature is required   Printed name - must be the same as signature (do not type)
x _____   **K. Newton**



VEHICLE SERVICES BUREAU
P.O. BOX 201431
HELENA MT 59620-1431



CONTROL NO. **16533140**
(This is not a title number)

(REV. 11/2017)

KEEP IN A SAFE PLACE. ANY ALTERATION, USE OF CORRECTION FLUID OR ERASURE VOIDS THIS CERTIFICATE.

## INSTRUCTIONS – READ CAREFULLY

- Purchaser applying for title is required to complete and sign Section D. The purchaser must include their dealer license number, driver license (DL), federal tax identification number (FEIN), tribal identification number (Tribal ID) or corporate identification number (Corp ID). The title must be submitted to the County Treasurer within 40 days of purchase – failure to do so is a violation of MCA 61-3-220 and will result in a $10.00 penalty.
- The secured party must include their driver license, federal tax identification number, tribal identification number or corporate identification number.
- Licensed dealers may execute up to three transfers by completing Dealer Reassignment Sections A, B, and C. Insurance companies may execute one transfer by completing Section A. **WARNING: Federal and state law requires that you transfer ownership to your purchaser and enter the mileage in connection with the transfer – failure to do so or providing a false statement is a violation of state law and may result in fines and/or imprisonment.**
- Any alteration – use of correction fluid/erasure – voids this certificate.

### A — FIRST DEALER/INSURER REASSIGNMENT

For value received I, the undersigned dealer/insurer, transfer ownership of the vehicle/vessel described on this certificate of title to:

Print name of purchaser(s) _____ Address _____

I state that this (check one) 5 ☐ or 6 ☐ digit odometer now reads (no tenths) _____ miles, date read _____ and to the best of my knowledge that it reflects the actual mileage *unless one of the following statements is checked:*

DO NOT CHECK UNLESS APPLICABLE
☐ The odometer reading reflects the amount of mileage *in excess of its mechanical limits.*
☐ The odometer reading is not the actual mileage. *Warning – odometer discrepancy.*

I certify under penalty of law **(MCA 45-7-203, Unsworn Falsification to Authorities)** that the statements made on this certificate are true and correct to the best of my knowledge, information and belief, and I have full authority to sign for the dealership or insurer.

Signature of dealer/insurer (sign in ink) _____ Printed name _____
Name of dealership/insurer _____ Dealer license number or DL/FEIN/Tribal ID/Corp ID _____

I am aware of the above odometer certification made by the dealer or insurer. Print business name _____

Date of sale _____ Signature of purchaser _____ Printed name (do not type) _____

### B — SECOND DEALER REASSIGNMENT

For value received I, the undersigned dealer, transfer ownership of the vehicle/vessel described on this certificate of title to:

Print name of purchaser(s) _____ Address _____

I state that this (check one) 5 ☐ or 6 ☐ digit odometer now reads (no tenths) _____ miles, date read _____ and to the best of my knowledge that it reflects the actual mileage *unless one of the following statements is checked:*

DO NOT CHECK UNLESS APPLICABLE
☐ The odometer reading reflects the amount of mileage *in excess of its mechanical limits.*
☐ The odometer reading is not the actual mileage. *Warning – odometer discrepancy.*

I certify under penalty of law **(MCA 45-7-203, Unsworn Falsification to Authorities)** that the statements made on this certificate are true and correct to the best of my knowledge, information and belief, and I have full authority to sign for the dealership.

Signature of dealer (sign in ink) _____ Printed name _____
Name of dealership _____ Dealer license number _____

I am aware of the above odometer certification made by the dealer. Print business name _____

Date of sale _____ Signature of purchaser _____ Printed name (do not type) _____

### C — THIRD DEALER REASSIGNMENT

For value received I, the undersigned dealer, transfer ownership of the vehicle/vessel described on this certificate of title to:

Print name of purchaser(s) _____ Address _____

I state that this (check one) 5 ☐ or 6 ☐ digit odometer now reads (no tenths) _____ miles, date read _____ and to the best of my knowledge that it reflects the actual mileage *unless one of the following statements is checked:*

DO NOT CHECK UNLESS APPLICABLE
☐ The odometer reading reflects the amount of mileage *in excess of its mechanical limits.*
☐ The odometer reading is not the actual mileage. *Warning – odometer discrepancy.*

I certify under penalty of law **(MCA 45-7-203, Unsworn Falsification to Authorities)** that the statements made on this certificate are true and correct to the best of my knowledge, information and belief, and I have full authority to sign for the dealership.

Signature of dealer (sign in ink) _____ Printed name _____
Name of dealership _____ Dealer license number _____

I am aware of the above odometer certification made by the dealer. Print business name _____

Date of sale _____ Signature of purchaser _____ Printed name (do not type) _____

### D — TITLE APPLICATION – SECURITY INTEREST ACKNOWLEDGMENT

I state that I have compared the manufacturer's vehicle/vessel Identification number shown on the face of this certificate with the manufacturer's vehicle/vessel identification plate affixed to the vehicle/vessel and they agree in every particular. This vehicle/vessel is subject to the security interest(s) shown below. Write "NONE" if no security interest exists: _____

First Secured Party _____ Security Interest Date _____
Address _____ DL/FEIN/Tribal ID/Corp ID _____
Second Secured Party _____ Security Interest Date _____
Address _____ DL/FEIN/Tribal ID/Corp ID _____

I certify under penalty of law **(MCA 45-7-203, Unsworn Falsification to Authorities)** that the statements made on this certificate are true and correct to the best of my/our knowledge, information and belief, that I are the same person(s) named below in this purchaser(s) application, and if signing for a commercial entity or trust, I have full authority to do so.

Printed or typed name of purchaser/owner/business (1) _____ Printed or typed name of purchaser/owner (2) _____

Mailing address - purchaser 1 _____ Residence address - purchaser 1 (must be street or rural route) _____ City or town _____ State _____ Zip _____

Mailing address - purchaser 2 _____ Residence address - purchaser 2 (must be street or rural route) _____ City or town _____ State _____ Zip _____

Legal signature of purchaser/owner (sign in ink, only one signature required) _____ Dealer License Number _____ DL/FEIN/Tribal ID/Corp ID purchaser (1) _____ DL/FEIN/Tribal ID/Corp ID purchaser (2) _____ Date _____

MVR-63
(Rev. 01/06)

# POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS, That the undersigned:

__Samuel Girgiis__
(BUYER)   (SELLER)   OR   (LLEGAL OWNER)

of the following described motor vehicle:

Make __Rolls Royce__   Type __Car__

Motor Number _____   Serial Number __SCA666D53HU102728__

Year Built __2017__   Model __Dawn__

Does hereby authorize and irrevocably appoint:

__Stadspinner__
(ATTORNEY)

my (or our) true and lawful attorney to sign in the name, place and stead of the undersigned, any certificate of title covering the vehicle described above in whatever manner necessary to effect the transfer of such title, application for a duplicate of such title, or application for a new certificate of title of said vehicle as (he) (she) may deem fit and proper, hereby ratifying and confirming whatever action said Attorney shall or may take by virtue hereof in the premises.

**IN WITNESS WHEREOF,** the undersigned has executed this instrument this

__14th__ day of __November__, __2022__

X __[signature]__
(FULL SIGNATURE OF OWNER)

Date: __11/14/22__   County __Richmond__   State __NY__

I certify that the following person(s) personally appeared before me this day, each acknowledging to me that he or she voluntarily signed the foregoing document for the purpose stated therein and in the capacity indicated:

__Samuel Girgiss__
(NAME(S) OF PRINCIPAL(S))

Notary Signature __[signature]__

Printed or typed name __Kristi S. Newton__

[Notary Seal: KRISTI S. NEWTON, NOTARY PUBLIC, HENDERSON COUNTY, NC, My Commission Expires 11-25-2026]

MVR-181
(Rev. 02/22)

# DAMAGE DISCLOSURE STATEMENT

Questions 1 & 4 apply only to five (5) model years old and newer.
*Alterations or erasures void this form.*

**NOTICE TO SELLER:**
STATE LAW REQUIRES THAT EVERY SELLER DISCLOSE TO THE BUYER IF HE/SHE KNOWS THE INFORMATION LISTED BELOW. FAILURE TO DO SO MAY RESULT IN CIVIL AND/OR CRIMINAL LIABILITY.

**NOTICE TO BUYER:**
RETAIN THIS INFORMATION. STATE LAW REQUIRES YOU TO DISCLOSE SIMILAR DAMAGE INFORMATION WHEN YOU SELL OR TRANSFER TITLE TO THIS VEHICLE.

YEAR: 2017
MAKE: Rolls Royce
BODY STYLE: Convertible
V.I.N.: SCA666D53HU102728

1. Has this vehicle been **damaged by collision or other occurrence to the extent that damages exceed 25% of its value at the time of the collision or other occurrence?**
   (Applies to 5 Model Years old and newer)
   ☐ YES  ☑ NO
   If yes, list parts that were damaged.
   _____

2. Was this vehicle a **salvage motor vehicle?**
   (Applies to All Model Years)
   ☐ YES  ☑ NO
   If yes, in which state was it titled?
   _____

3. Is this vehicle a **flood vehicle?**
   (Applies to All Model Years)
   ☐ YES  ☑ NO

4. Is this vehicle a **recovered theft vehicle?**
   (Applies to 5 Model Years old and newer)
   ☐ YES  ☑ NO
   If yes, list parts that were damaged.
   _____

5. Has this vehicle been **reconstructed?**
   (Applies to All Model Years)
   ☐ YES  ☑ NO

As the Seller, I declare that the above information is true to the best of my knowledge.

X _[signature]_
SELLER'S SIGNATURE

DATE: 11/14/22

SELLER'S ADDRESS: 1001 S Main St Kalispell, MT 59901

X _____
BUYER'S ACKNOWLEDGEMENT AND SIGNATURE

*See definitions on reverse side.

# Montana Notice of Security Interest or Lien Filing

Lien Priority: 1

cjb283

| Title Number | Year | Make | Model | Owner's Name and Address |
|---|---|---|---|---|
| AA5453298 | 2017 | Rolls-royce | Dawn | RNS HOLDINGS LLC |
| **VIN/HIN** | **Ton/Propulsion** | **Style** | **Title Issue Date** | 1001 S Main St Ste 49 |
| SCA666D53HU102728 |  | CV | 05/01/2021 | Kalispell, MT 59901 |
| **Vehicle Nbr** |  |  |  |  |
| 4990617 |  |  |  |  |

**Secured Party of Lienholder**
BMW Financial Services
5550 Britton Pkwy
Hilliard, OH 430267456
05/01/2021
Customer Number: 1568264

**Mail To**
BMW Financial Services
5550 Britton Pkwy
Hilliard OH 43026-7456

## RELEASE/SATISFACTION OF SECURITY INTEREST OR LIEN

The undersigned directs the Motor Vehicle Division to mark the record satisfied in full on the above described vehicle/vessel. Submission of this form does not generate a title. To receive a title removing the security interest to be released, please submit a replacement application with title fee.

Security Interest Tracking Number: SIL014675758
Date of release or satisfaction: 12/19/2022
Secured Party or Lienholder, please print: BMW Financial Services NA, LLC
Authorized Signature: [signature]
Printed Name: Kayla Olive

I certify under penalty of law **(Section 45-7-203, Montana Code Annotated, Unsworn Falsification to Authorities)** that the statements made on this form are true and correct to the best of my knowledge, information and belief, and if signing for a commercial entity, I have full authority to do so.

A secured party or lienholder who has a perfected security interest in a vehicle/vessel and who fails to file a satisfaction of the security interest or lien within 21 days after receiving final payment is required to pay the department $25 for each day that the secured party or lienholder fails to file the satisfaction. (Section 61-3-103(5), MCA).

This certifies that the security interest or lien described on this form has been duly filed in this office.





## AFFIDAVIT OF REPOSSESSION (above release/satisfaction does not have to be completed)

Title Fee: $12.36 for light vehicles, trucks and buses weighing less than one ton; $10.30 for all other vehicles; payable to "State of Montana."
I certify that:
On the _____ day of _____ of 20_____, I lawfully repossessed the vehicle/vessel described above because the debtor failed to fulfill his/her obligation according to the terms of the security interest or lien on the vehicle/vessel;
I (or the firm, company or corporation I represent) **have been in continuous and undisputed possession** of the vehicle/vessel from the date of repossession above stated to the present time;
I make this affidavit for the purpose of establishing ownership to the vehicle/vessel in order to obtain a Certificate of Title and release the security interest or lien against the vehicle/vessel;
Under penalty of law **(Section 45-7-203, MCA, Unsword Falsification to Authorities)** the statements made on this form are true and correct to the best of my knowledge, information and belief, and if signing for a commercial entity, I have full authority to do so.
Dated this _____ day of _____, 20 _____

Agent or Repossessing Applicant's Signature - this is my legal signature

Driver License Number if an Individual, FEIN if Firm

Full Name and Mailing Address of Repossessing Party - please print

RMV37A (01/15)

Montana county and state authorities reserve the right to reject any form that has been altered
This form is available in alternate formats for people with disabilities



**Vehicle Services Bureau**

# Release of Security Interest or Lien

*MVD Use Only*

P.O. Box 201431, 302 N Roberts, Helena, MT 59620-1431 • Phone (406) 444-3661  Fax (406) 444-0116 • mvdtitleinfo@mt.gov

For purposes of this document "vehicle" includes: a motor vehicle, trailer, semi-trailer, pole trailer, camper, motorboat, personal watercraft, sailboat, and snowmobile.

### I certify that:

- The security interest or lien against the following vehicle* has been paid, and I direct the Department of Justice to mark the record satisfied in full:

Year: __2017__     Make: __Rolls-Royce__     Title Number: _____

Vehicle Identification Number: | S | C | A | 6 | 6 | 6 | D | 5 | 3 | H | U | 1 | 0 | 2 | 7 | 2 | 8 |

Registered Owner: __Rns Holdings LLC__

File Date of the Security Interest or Lien shown on the title: __05/20/2021__

Security Interest Tracking Number: __SIL014675758__
(Found on the lien perfection document the lender receives when the security interest/lien is initially filed at the county.)

Secured Party Name: __Bmw Financial Services Na, LLC__

*Failure to provide any of the above information will delay processing.

- Under penalty of law (MCA 45-7-203), I certify that the statements made and information contained on this form are true and correct to the best of my knowledge, information, and belief; I am the person named on this form; and, if signing for a business entity or trust, I have full authority to do so.

**Note:** MCA 61-3-103(5) requires that a secured party who has a perfected security interest or lien in a vehicle and who fails to file a satisfaction of the security interest or lien within 21 days after receiving final payment, must pay the department $25.75 for each day that the secured party fails to file the satisfaction (fee includes 3% administrative fee per MCA 61-3-111).

Secured Party Printed Name: __Kayla Oliver, TRT__     **BMW Financial Services NA, LLC**

Secured Party Signature: __Kayla Oliver__ (This is my legal signature)     Date: __December 19, 2022__

MV37A (1/18)

Montana county and state authorities reserve the right to reject any form that has been altered. This form is available in alternate formats for people with disabilities.

# Rol's-Royce Motor Cars
# Financial Services

1400 City View Drive
Columbus Ohio 43215

December 19, 2022

Nissan Of Hendersonville
1340 Spartanburg Hwy
Hendersonville NC 287926440

Reference  2XXXXX4186 / 2017 Rolls-Royce Dawn / SCA666D53HU102728
Subject    **Payoff of the referenced vehicle**

Dear Nissan Of Hendersonville:

We received a payoff for the above referenced account. Enclosed is the motor vehicle title and/or lien release with lien stamped as satisfied. Please contact your local Department of Motor Vehicles if you have questions on how to have our lien removed.

If you have any questions, please contact a Customer Service Advocate at (877) 877-3735, Monday through Thursday, 9:00 a.m. to 9:00 p.m. ET, and Friday 9:00 a.m. to 6:00 p.m. ET, or by mail at the company address listed on this letter.

Sincerely yours,


BMW Financial Services


## FINANCIAL SERVICES

ROLLS-ROYCE MOTOR CARS

5550 Britton Parkway Hilliard OH 43026  PO Box 3608 Dublin OH 43016-0306  Fax: 1-410-584-0462  www.rolls-roycemotorcars.com
Rolls-Royce Motor Cars Financial Services, a division of BMW Financial Services NA, LLC

006.005569009.001

BMKSO001 RT DLR        FEDEX         T
                       FD0473

