New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE RECEIPT
### No. EW37455592023

☐ Salvage MV-907A No. _____

## VEHICLE INFORMATION:

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|---|---|---|---|---|---|---|---|---|---|
| 2019 | LA/RO | RANGE ROVER | SUBN | GY | N/A | 5545 | G | 8 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|---|---|---|
| S A L G W 2 S E 6 K A 5 3 3 2 9 7 | 0 | N/A |

## DEALER INFORMATION

SUPERB MOTORS INC, 215 NORTHERN BLVD, GREAT NECK, NY, 11021, Nassau

| PURCHASER INFORMATION | Date of Sale |
|---|---|
| TEAM MITSUBISHI HARTFORD, 398-412 NEW PARK AVE, HARTFORD, CT, 06106 | 11-21-2023 |

| PRIOR OWNER INFORMATION | Date of Purchase |
|---|---|
| ADCOCK BROTHERS INC, 200 HARRISON AVE, PANAMA CITY, FL, 32401, Out Of State Transfer Document | 04-28-2023 |

## ODOMETER DISCLOSURE STATEMENT

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

■ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. WARNING: ODOMETER DISCREPANCY."

| ODOMETER READING |
|---|
| 0 0 5 5 2 4 6 |
| (no tenths) |

Check your odometer reading at: verifiny.com/check    Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

## DEALER CERTIFICATION

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full | Date | Seller's Facility No. |
|---|---|---|---|
| *[signature]* | SUPERB MOTORS INC | 11/21/23 | 7128150 |

## PURCHASER CONFIRMATION

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full | Date | Purchaser's Facility No. |
|---|---|---|---|
| | TEAM MITSUBISHI HARTFORD | | |

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*

Customer copy                                                                 Page 1 of 2

# New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE
### No. EW37455592023

| VEHICLE TRANSFER HISTORY | | | | | |
|---|---|---|---|---|---|
| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
| SUPERB MOTORS INC | TEAM MITSUBISHI HARTFORD | 7128150 | 11 / 21 / 2023 | EMV50 | Yes |
| ADCOCK BROTHERS INC | SUPERB MOTORS INC | | 04 / 28 / 2023 | OSTD | No |
| LUCIANO AUTO SALES | ADCOCK BROTHERS INC | 7039229 | 04 / 19 / 2023 | EMV50 | Yes |
| PIEHLER MOTOR SPORTS LLC | LUCIANO AUTO SALES | 7107728 | 04 / 18 / 2023 | EMV50 | No |
| BROTHERS INTERNATNL | PIEHLER MOTOR SPORTSLLC | | 04 / 14 / 2023 | NYST | No |
| PIEHLER MOTOR SPORTS LLC | BROTHERS INTERNATNL FOOD CORP | 7107728 | 12 / 31 / 2018 | EMV50 | No |
| JLRNA | PIEHLER MOTOR SPORTSLLC | | 12 / 27 / 2018 | MCO | No |

*Any change or Alteration voids this receipt*

Customer copy                                                                 Page 2 of 2

STATE OF FLORIDA
DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES
DIVISION OF MOTORIST SERVICES
Neil Kirkman Building - Tallahassee, FL 32399-0500

## MOTOR VEHICLE TITLE REASSIGNMENT SUPPLEMENT

(Instructions on Reverse Side)

**3886280**

This reassignment is supplement to: ☑ Title No.: _____ State of Issue: **NY**
☐ Manufacturer's Statement or Certificate of Origin

Is the title electronic? ☐ Yes ☑ No

### VEHICLE DESCRIPTION

| Vehicle Identification Number | Year | Make | Model | Body |
|---|---|---|---|---|
| SALGW2SE6KA533297 | 2019 | LAND ROVER | RANGE ROVER V8 | V8 Supercharged SV Autobiography Dynamic |

### REASSIGNMENT INFORMATION

Name of Seller(s)/Agent (Print): **Adcock Brothers Inc**
DL/ID#, DMS ACCT#, FEID#: 
DEALER/AUCTION LICENSE (if applicable): **VW-1105656-1**

Street Address: **200 Harrison Ave.**
City: **Panama City**
State: **FL** Zip: **32401**

Selling Price (If Applicable): 
Sales Tax Collected (If Applicable): 
Sales Tax Reg. No. (If Applicable):

Purchaser and Co-Purchaser's Printed Name(s): **Superb Motors Inc**
Date of Sale: **4/28/23**

Purchaser's Address: **215 Northern Blvd**
City: **Great Neck**
State: **NY** Zip: **11021**

Co-Purchaser's Address (If applicable): City: State: Zip:

Auction Name (If applicable): Auction License Number: State of License: Date of Auction:

Street Address: City: State: Zip:

### ODOMETER DISCLOSURE STATEMENT

**WARNING:** FEDERAL AND STATE LAW REQUIRE THAT YOU STATE THE ODOMETER MILEAGE IN CONNECTION WITH TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT.

I/WE STATE THAT THIS ☐ 5 OR ☑ 6 DIGIT ODOMETER NOW READS, **55,246** XX (NO TENTHS) MILES,
DATE READ **4/28/23**, AND I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING.

CAUTION: READ CAREFULLY BEFORE YOU CHECK A BOX
☑ 1. REFLECTS ACTUAL MILEAGE
☐ 2. IS IN EXCESS OF ITS MECHANICAL LIMITS
☐ 3. IS NOT THE ACTUAL MILEAGE. WARNING – ODOMETER DISCREPANCY

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

Printed Name of seller(s)/Agent: **Paige Ecenrode**
Seller(s)/Agent Signature: *[signature]*

Printed Name of Co-seller (If applicable): 
Co-Seller Signature (If applicable):

Purchaser(s) Signature: *[signature]* AGT
Co-Purchaser(s) Signature:

Purchaser(s) Printed Name First, Full Middle or Maiden, Last: **Yvonne McCoy**
Co-Purchaser(s) Printed Name First, Full Middle or Maiden, Last:

**NOTICE:** ANY ALTERATION OR ERASURE MAY VOID THIS ASSIGNMENT AND ALL ASSIGNMENTS THAT FOLLOW.

ORIGINAL: SUBMIT WITH APPLICATION FOR TITLE    COPY: SELLER/DEALER RETAIN IN FILE

HSMV 82994 (REV. 04/14) S

## WHEN SHOULD THIS FORM BE USED?

FORM HSMV 82994, MOTOR VEHICLE TITLE REASSIGNMENT SUPPLEMENT, MUST BE USED:

1. with conforming Florida Certificate(s) of Title to make additional dealer reassignments and odometer disclosures when all reassignment and odometer disclosure spaces on the reverse side of the Certificate of Title have been used;

Or

2. with a non-conforming Certificate(s) of Title to make reassignments and odometer disclosures;

Or

3. with conforming MCO, when the MCO is not available at the time of sale;

Or

4. with all out-of state non-conforming Certificate(s) of Title to make dealer reassignments and odometer disclosures;

Or

5. when ownership is being transferred on an Electronic Certificate(s) of Title.

**NOTE:** This form should NOT be used when the owner is transferring ownership on a vehicle that does not have an electronic Certificate of Title. If the Certificate of Title is NOT electronic, the "Transfer of Title By Seller" section must be completed by the seller(s)/agent.

## FILING:

1. The original HSMV 82994 is to be surrendered with the application for title.

2. The copy of the HSMV 82994 is to be retained by the dealer in his/her records for a period of five (5) years. It is recommended that the individual seller(s) retain a copy of this form for their records.

HSMV 82994 (REV. 04/14) S

# New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE RECEIPT
### No. EW32056342023

☐ Salvage MV-907A No. _____

**VEHICLE INFORMATION:**

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|---|---|---|---|---|---|---|---|---|---|
| 2019 | LA/RO | N/A | SUBN | GY | N/A | 5545 | G | 8 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|---|---|---|
| S A L G W 2 S E 6 K A 5 3 3 2 9 7 | 0 | N/A |

**DEALER INFORMATION**

LUCIANO AUTO SALES, 587 PHILLIPS ROAD, WEBSTER, NY, 14580, Monroe

**PURCHASER INFORMATION**

ADCOCK BROTHERS INC, 200 HARRISON AVE, PANAMA CITY, FL, 32401

Date of Sale: 04-19-2023

**PRIOR OWNER INFORMATION**

PIEHLER MOTOR SPORTS, 770 PANORAMA TRAIL S, ROCHESTER, NY, 14625, MONR
Electronic MV-50 Number (EW32028582023)

Date of Purchase: 04-18-2023

**ODOMETER DISCLOSURE STATEMENT**

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

☒ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. WARNING: ODOMETER DISCREPANCY."

**ODOMETER READING:** 0 0 5 5 2 3 5 (no tenths)

Check your odometer reading at: verifiny.com/check    Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

**DEALER CERTIFICATION**

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full | Date | Seller's Facility No. |
|---|---|---|---|
| *[signature]* | LUCIANO AUTO SALES | 4-19-23 | 7039229 |

**PURCHASER CONFIRMATION**

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full | Date | Purchaser's Facility No. |
|---|---|---|---|
| *[signature]* | ADCOCK BROTHERS INC | 4-19-23 | |

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*

Duplicate copy    Page 1 of 2

New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE
### No. EW32056342023

| VEHICLE TRANSFER HISTORY | | | | | |
|---|---|---|---|---|---|
| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
| LUCIANO AUTO SALES | ADCOCK BROTHERS INC | 7039229 | 04 / 19 / 2023 | EMV50 | Yes |
| PIEHLER MOTOR SPORTS LLC | LUCIANO AUTO SALES | 7107728 | 04 / 18 / 2023 | EMV50 | No |
| BROTHERS INTERNATNL | PIEHLER MOTOR SPORTSLLC | | 04 / 14 / 2023 | NYST | No |
| PIEHLER MOTOR SPORTS LLC | BROTHERS INTERNATNL FOOD CORP | 7107728 | 12 / 31 / 2018 | EMV50 | No |
| JLRNA | PIEHLER MOTOR SPORTSLLC | | 12 / 27 / 2018 | MCO | No |

**Any change or Alteration voids this receipt**

Duplicate copy

Page 2 of 2

# New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE RECEIPT
### No. EW32028582023

☐ Salvage MV-907A No. _____

## VEHICLE INFORMATION:

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|---|---|---|---|---|---|---|---|---|---|
| 2019 | LA/RO | N/A | SUBN | GY | N/A | 5545 | G | 8 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|---|---|---|
| SALGW2SE6KA533297 | 0 | N/A |

## DEALER INFORMATION

PIEHLER MOTOR SPORTS LLC, 770 PANORAMA TRAIL S, ROCHESTER, NY, 14625, Monroe

## PURCHASER INFORMATION

LUCIANO AUTO SALES, 587 PHILLIPS ROAD, WEBSTER, NY, 14580

**Date of Sale:** 04-18-2023

## PRIOR OWNER INFORMATION

BROTHERS INTERNATNL, PO BOX 60679, ROCHESTER, NY, 14606, NYS Title (388628U)

**Date of Purchase:** 04-14-2023

## ODOMETER DISCLOSURE STATEMENT

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

☒ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. **WARNING: ODOMETER DISCREPANCY.**"

**ODOMETER READING:** 0 0 5 5 2 2 5 (no tenths)

Check your odometer reading at: verifiny.com/check   Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

## DEALER CERTIFICATION

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full | Date | Seller's Facility No. |
|---|---|---|---|
| *Joan Steen* (signature) | PIEHLER MOTOR SPORTS LLC | 4-18-23 | 7107728 |

## PURCHASER CONFIRMATION

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full | Date | Purchaser's Facility No. |
|---|---|---|---|
| (signature) | LUCIANO AUTO SALES | 4-18-23 | 7039229 |

The authenticity of this document can be verified at verifiny.com/check

**Any change or Alteration voids this receipt**

Customer copy                                                                                                           Page 1 of 2

New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE
### No. EW32028582023

| VEHICLE TRANSFER HISTORY | | | | | |
|---|---|---|---|---|---|
| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
| BROTHERS INTERNATNL | PIEHLER MOTOR SPORTSLLC | | 04 / 14 / 2023 | NYST | No |
| PIEHLER MOTOR SPORTS LLC | BROTHERS INTERNATNL FOOD CORP | 7107728 | 12 / 31 / 2018 | EMV50 | No |
| JLRNA | PIEHLER MOTOR SPORTSLLC | | 12 / 27 / 2018 | MCO | No |

*Any change or Alteration voids this receipt*

Customer copy

Page 2 of 2

**BANK OF AMERICA**

FL9-600-02-65
PO Box 45144
Jacksonville, FL 32232
800 215.6195

**Date:** December 29, 2020

## Letter of No Interest

BROTHERS INTERNATIONAL FOOD CORP
1175 LEXINGTON AVE
ROCHESTER, NY 14606-2903

Account ending in:
49230682

Bank of America, N.A., no longer has a security interest in the property described below:

Collateral identification number: SALGW2SE6KA533297
Collateral description: 2019 Land Rover Ra
Lien open date: 2019-01-04
Lien amount: $175,028.73
Date of release: 2020-12-29

_____
Associate signature
Joann Powell, an authorized agent for Bank of America, Consumer Vehicle Servicing

STATE OF FLORIDA
COUNTY OF DUVAL

The foregoing instrument was acknowledged before me by means of ☐ physical presence or ☐ online notarization, this Tuesday, December 29, 2020, by Joann Powell, as Title Clerk, who is personally known to me or who has produced _____ (type of identification) as identification on behalf of Bank of America, N.A., a national banking association.

_____
Notary Public, State and County Aforesaid
Print Name: Roxanne Barker
My commission expires: _____
My commission number: _____

(NOTARIAL SEAL)

ROXANNE BARKER
Notary Public, State of Florida
Commission# GG 915313
My comm expires Sept. 22, 2023

# CERTIFICATE OF TITLE

## NEW YORK STATE
dmv.ny.gov

| Title and Identification No. | Year | Make | Model Code | Body/Hull | **LIENS** Document No. |
|---|---|---|---|---|---|
| SALGW2SE6KA533297 SALGW2SE6KA533297 | 2019 | LA/RO | N/A | SUBN | 388628U |

| Color | Wt./Sts./Lgth. | Fuel | Cyl./Prop. | New or Used | Type of Title | Date Issued |
|---|---|---|---|---|---|---|
| GY | 5545 | GAS | 8 | NEW | VEHICLE | 1/22/19 |

**Name and Address of Owner(s)**
BROTHERS INTERNATNL
FOOD CORP
PO BOX 60679
ROCHESTER NY    14606

**ODOMETER READING:** 00020 / 00020
**ACTUAL MILEAGE**



This document is your proof of ownership for this vehicle, boat or manufactured home. Keep it in a safe place, not with your license or registration or in your vehicle or boat. To dispose of your vehicle, boat or manufactured home, complete the transfer section on the back and give this title to the new owner.

**Lienholder**
BANK OF AMERICA
PO BOX 2759
JACKSONVILLE    FL 32203

**Lienholder** 01
* ONE LIEN RECORDED *

**Lienholder**
* ONE LIEN RECORDED *

**Lienholder**
* ONE LIEN RECORDED *

MV-999 (1/15)

## DEPARTMENT OF MOTOR VEHICLES

024322

ANY CHANGE OR ERASURE WILL VOID THIS TITLE -- ANY FALSE STATEMENT IS A MISDEMEANOR.

## SECTION I - Transfer by Owner

**ODOMETER DISCLOSURE STATEMENT**

*Note: This vehicle cannot be registered or titled in the name of the new owner unless mileage is disclosed.*
Federal and State Law require that you state the mileage of the vehicle described on this certificate when transferring ownership. Failure to do so, or providing a false statement, may result in fines and/or imprisonment.

I certify that, to the best of my knowledge, this odometer reading *(check one)*:
- ☑ 1. reflects the ACTUAL MILEAGE as seen on the odometer of the vehicle described on the front.
- ☐ 2. EXCEEDS MECHANICAL LIMITS (odometer started over at zero)
- ☐ 3. not the actual mileage. WARNING - ODOMETER DISCREPANCY.

**ODOMETER READING:** 55225 (no tenths)

**ODOMETER HAS SPACE FOR:** *(Check one)*
- ☐ Five Digits, *excluding tenths*
- ☐ Six Digits, *excluding tenths*

**DAMAGE DISCLOSURE STATEMENT (To be Completed by Owner Named on Face of Title)**

I certify that, to the best of my knowledge, this vehicle ☐ has been or ☑ has not been wrecked, destroyed or damaged to such an extent that the total estimate or actual cost of parts and labor to rebuild or reconstruct the vehicle to the condition it was in before an accident, and for legal operation on the road or highways, is more than 75% of the retail value of the vehicle at the time of loss. (Checking the "has" box means that the vehicle must have an anti-theft examination before being registered and that the title issued will have the statement "Rebuilt Salvage: NY" on it.)

I or we transfer the vehicle, boat or manufactured home described on this certificate. At the time of transfer, this title is subject only to the liens or encumbrances listed on this certificate, if any. I also certify that this is the most recent title issued for this vehicle, boat or manufactured home.
*Note: Section 2113 of the Vehicle and Traffic Law requires that application for a title must be made within 30 days of transfer.*

**Seller:**
- Seller's Signature: [signed] CEO
- Seller's Name (Print in Full): Brothers Internatnl Food Corp
- Street Address: —
- City: Rochester
- State: NY
- ZIP code: —
- Date of Statement: 4/14/23

**Buyer:**
- Buyer's Signature: [signed] Doan Steen
- Buyer's Name (Print in Full): PIEHLER MOTORSPORTS LLC
- Street Address: 770 PANORAMA TRAIL S
- City/State: ROCHESTER, NY 14625
- Date of Statement: 4/14/23

## SECTION II - Reassignment by Manufactured Home Dealer or Registered Boat Dealer or Out-of-State Dealer

**ODOMETER DISCLOSURE STATEMENT**

*Note: This vehicle cannot be registered or titled in the name of the new owner unless mileage is disclosed.*
Federal and State Law require that you state the mileage of the vehicle described on this certificate when transferring ownership. Failure to do so, or providing a false statement, may result in fines and/or imprisonment.

I certify that, to the best of my knowledge, this odometer reading *(check one)*:
- ☐ 1. reflects the ACTUAL MILEAGE of the vehicle described on the front.
- ☐ 2. EXCEEDS MECHANICAL LIMITS (odometer started over at zero)
- ☐ 3. not the actual mileage. WARNING ODOMETER DISCREPANCY.

**ODOMETER READING:** (blank) (no tenths)

**ODOMETER HAS SPACE FOR:** *(Check one)*
- ☐ Five Digits, *excluding tenths*
- ☐ Six Digits, *excluding tenths*

I or we transfer the vehicle, boat or manufactured home described on this certificate. At the time of transfer, this title is subject only to the liens or encumbrances listed on this certificate, if any. I also certify that this is the most recent title issued for this vehicle, boat or manufactured home.
*Note: Section 2113 of the Vehicle and Traffic Law requires that application for a title must be made within 30 days of transfer.*

Seller's Signature / Seller's Name (Print in Full) / Street Address / City / State / ZIP code / Date of Statement

Buyer's Signature / Buyer's Name (Print in Full) / Street Address / City / State / ZIP code / Date of Statement

Boat Dealer's Facility #

MV-999 (1/15)   K 8696475



 

**Manheim**

*Paid RCPT*

**BILL OF SALE**

**S41143**

**THIS IS NOT AN INVOICE**

**DOCUMENT NOT VALID FOR EXPORT**

| | |
|---|---|
| **401 MANHEIM PENNSYLVANIA**<br>1190 LANCASTER RD<br>MANHEIM, PA 17545 US | **Sale Date**<br>28-APR-2023 11:08:55 |
| Please refer to the vehicle release for the pickup location | **Yr Wk Ln Rn**<br>2023-25-10-152<br>**Sale Type**<br>Simulcast |

| | |
|---|---|
| **Vehicle Purchase Price** | |
| Sale Price | $ 82,000.00 |
| Adjustments | $ 0.00 |
| Final Sale Price | $ 82,000.00 |

**Seller**
ADCOCK BROTHERS INC
200 HARRISON AVE
PANAMA CITY, FL 32401 US

Seller Rep:
*Signature on file*

**Buyer**
SUPERB MOTORS INC
215 NORTHERN BLVD
GREAT NECK, NY 11021 US

Buyer Rep: RAHMAN, SARA
*Signature on file*

**Vehicle Information**
2019 LAND ROVER RANGR SVADYN
SUV  SV A DYNAM SILVER
SALGW2SE6KA533297

Mileage: 55246 Miles   0

License Plate No:

**Title Information**
State: NY    Number: 1

**Vehicle Features**
8-cylinder Gas
8-Speed A/T
Red

50 State

**Auction Lights**

GREEN    Buyer protection to conditions

**Odometer Disclosure**
Federal law (and state law, if applicable) requires the Seller to state the mileage upon transfer of ownership. Failure to complete or providing false information may result in fines and/or imprisonment.

Seller hereby states that the odometer for this Vehicle now reads identically to the Mileage stated on this Bill of Sale under Vehicle Information and certifies to the best of Seller's knowledge that this reflects the actual mileage of the Vehicle, unless disclosed otherwise in the Announcements & Notes below.

**Announcements & Notes**
CLN CRFX

Seller agrees to sell the vehicle covered by this Bill of Sale to Buyer for the price noted herein.
Seller is the transferor of the vehicle and is responsible for all disclosures, including odometer and mileage.
Buyer must return a signed copy of the title front and back, including the odometer statement therein, to Seller or be subject to civil and criminal penalties.  See 49 CFR § 580.5(f).
Manheim retains a purchase money security interest in the Vehicle and its title until good funds are received from the Buyer.
Seller and Buyer agree to the Manheim Terms and Conditions in effect at the time of the sale.
Sale terms and this Bill of Sale are subject to adjustments by Manheim. Please check your customer account at Manheim.com for most current version of this document.
Bill of Sale is not an Invoice. Please refer to Invoices in your account on Manheim.com.

Printed on: 01-May-2023 04:15:22



**Invoice # 63105641**

| DUE FROM | OWNER | REMIT PAYMENT TO | INVOICE TYPE | Buyer |
|---|---|---|---|---|
| SUPERB MOTORS INC | ADCOCK BROTHERS INC | Cox Automotive, Inc. | INVOICE DATE | 28-APR-2023 |
| 215 NORTHERN BLVD | 200 HARRISON AVE | PO Box 105156 | PAYMENT DUE DATE | 28-APR-2023 |
| GREAT NECK, NY 11021 US | PANAMA CITY, FL 32401 US | Atlanta, GA 30348-5156 US | BUYER REPRESENTATIVE | RAHMAN, SARA |
| 5489850 | | | TRANSACTION LOCATION | 401 MANHEIM PENNSYLVANIA |
| | | See Special Instructions for title mailing address | ORIGINAL BUYER | |
| BUYER | | INVOICING-SALES LOCATION | LEASE ACCOUNT NO | |
| SUPERB MOTORS INC | | MANHEIM PENNSYLVANIA | YEAR MAKE MODEL | 2019 LAND ROVER RANGR SVADYN |
| 215 NORTHERN BLVD | | 1190 LANCASTER RD | | |
| GREAT NECK, NY 11021 US | | MANHEIM, PA 17545 US | VIN | SALGW2SE6KA533297 |
| | | | MILEAGE | 55246 Miles |
| | | EIN:58-1620001 | CUSTOMER PO# | |

| CHARGE DATE | WORK ORDER | UNIVERSAL KEY | DESCRIPTION | CUSTOMER PO# | PRICE | TAX | LINE TOTAL |
|---|---|---|---|---|---|---|---|
| 28-APR-2023 | 7466773 | 2023-25-10-152 | 2019 LAND ROVER RANGR SVADYN | | $82,000.00 | $0.00 | $82,000.00 |
| 28-APR-2023 | 7466773 | 2023-25-10-152 | SIMULCAST SUCCESS FEE | | $50.00 | $0.00 | $50.00 |
| 28-APR-2023 | 7466773 | 2023-25-10-152 | BUY FEE | | $1,255.00 | $0.00 | $1,255.00 |

**ADJUSTMENTS**

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | TOTAL ADJUSTMENTS | $0.00 |

**PAYMENTS**

| DATE | REF NO | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 28-APR-2023 | RCT-O163094439 | Buyer Floorplan Receipt | $83,305.00 |
| | | TOTAL PAYMENTS | $83,305.00 |

**SPECIAL INSTRUCTIONS**
Please include the invoice number on all remittances and include remittance copy with postal payments.
Visit your Account at Manheim.com to manage preferences, view invoices & statuses, see history and pay invoices.
A late fee will be added, wherever applicable, to all past due invoices, subject to details in the Manheim Terms and Conditions.
If you have questions concerning this invoice, please call or email Manheim Client Care @ 1-866-MANHEIM (626-4346), Mon-Sat 8am-10pm; or email us by clicking on Contact Us on Manheim.com.

| | |
|---|---|
| SUB TOTAL | $83,305.00 |
| TAX | $0.00 |
| ADJUSTMENTS | $0.00 |
| TOTAL BEFORE PAYMENTS | $83,305.00 |
| PAYMENTS | ($83,305.00) |
| OUTSTANDING BALANCE | $0.00 |

Remit overnight payments to:
Cox Automotive Inc, Attn: Lockbox 105156, 3585 Atlanta Avenue, Hapeville, GA 30354-1705 US

Please send titles to the nearest Manheim title processing facility or facilitating/invoicing-sales location.

Printed on: 2023-05-01 16:15:22



| PAYMENT DATE | PAYMENT METHOD | CLIENT |
|---|---|---|
| 28-Apr-2023 | Floor plan - NISSAN MOTOR ACCEPTANCE CORP. | SUPERB MOTORS INC<br>5489850<br>215 NORTHERN BLVD<br>GREAT NECK, NY 11021 |

| DATE APPLIED | VIN | YEAR MAKE MODEL | INVOICE | AMOUNT |
|---|---|---|---|---|
| 28-Apr-2023 | SALGW2SE6KA533297 | 2019 Land Rover RANGR SVADYN | 63105641 | $83,305.00 |

**PAYMENT AMOUNT $83,305.00**