**New York State Department of Motor Vehicles**
## WHOLESALE CERTIFICATE OF SALE RECEIPT

☐ Salvage
MV-907A No. _____

### No. EW37455512023

### VEHICLE INFORMATION:

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|------------------|-----------|-----------|------------------------|
| 2023 | CHEVR | SUB | SUBN | BK | N/A | 5936 | G | 8 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|---|---|---|
| 1 G N S K B K D 9 P R 1 4 8 6 7 5 0 | | N/A |

### DEALER INFORMATION

SUPERB MOTORS INC, 215 NORTHERN BLVD, GREAT NECK, NY, 11021, Nassau

| PURCHASER INFORMATION | Date of Sale |
|---|---|
| TEAM MITSUBISHI HARTFORD, 398-412 NEW PARK AVE, HARTFORD, CT, 06106 | 11-21-2023 |

| PRIOR OWNER INFORMATION | Date of Purchase |
|---|---|
| JAXWAY FINAN CON INC , 1360 BRITTANY WAY, PROSPER, TX, 75063, NYS Title (692427C) | 06-30-2023 |

### ODOMETER DISCLOSURE STATEMENT

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

■ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

| ODOMETER READING | | | | | | |
|---|---|---|---|---|---|---|
| 0 | 0 | 2 | 2 | 2 | 5 | 4 |
| | | (no tenths) | | | | |

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. **WARNING: ODOMETER DISCREPANCY."**

Check your odometer reading at:    **verifiny.com/check**    Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

### DEALER CERTIFICATION

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full | Date | Seller's Facility No. |
|---|---|---|---|
| | SUPERB MOTORS INC | 11-21-23 | 7128150 |

### PURCHASER CONFIRMATION

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full | Date | Purchaser's Facility No. |
|---|---|---|---|
| | TEAM MITSUBISHI HARTFORD | | |

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*

New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE

### No. EW37455512023

| VEHICLE TRANSFER HISTORY | | | | | |
|---|---|---|---|---|---|
| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
| SUPERB MOTORS INC | TEAM MITSUBISHI HARTFORD | 7128150 | 11 / 21 / 2023 | EMV50 | Yes |
| JAXWAY FINAN CON INC | SUPERB MOTORS INC | | 06 / 30 / 2023 | NYST | No |

*Any change or Alteration voids this receipt*

JAXWAY FINANCIAL
CONSULTING INC
1360 BRITTANY WAY
PROSPER        TX 75063

S41290

000211



# CERTIFICATE OF TITLE

## NEW YORK STATE

dmv.ny.gov

* * LIENS * *

| Title and Identification No. | Year | Make | Model Code | Body/Hull | Document No. |
|---|---|---|---|---|---|
| 1GNSKBKD9PR148675 1GNSKBKD9PR148675 | 2023 | CHEVR | SUB | SUBN | 692427C |

| Color | Wt./Sts./Lgth. | Fuel | Cyl./Prop. | New or Used | Type of Title | Date Issued |
|---|---|---|---|---|---|---|
| BK | 5936 | GAS | 8 | NEW | VEHICLE | 7/10/23 |

Name and Address of Owner(s)
JAXWAY FINANCIAL
CONSULTING INC
1360 BRITTANY WAY
PROSPER TX        75063

ODOMETER READING:    00010
                     00010
ACTUAL MILEAGE



This document is your proof of ownership for this vehicle, boat or manufactured home. Keep it in a safe place, not with your license or registration or in your vehicle or boat. To dispose of your vehicle, boat or manufactured home, complete the transfer section on the back and give this title to the new owner.

Lienholder

TEXAS BANK TRUST
PO BOX 3188
LONGVIEW        TX 75606

04

Lienholder
* ONE LIEN RECORDED *

Lienholder
* ONE LIEN RECORDED *

Lienholder
* ONE LIEN RECORDED *

MV-999 (3/21)

## DEPARTMENT OF MOTOR VEHICLES

VOID IF ALTERED

22254

## ANY CHANGE OR ERASURE WILL VOID THIS TITLE -- ANY FALSE STATEMENT IS A MISDEMEANOR

### SECTION I - Transfer by Owner

**ODOMETER DISCLOSURE STATEMENT**

*Note: This vehicle cannot be registered or titled in the name of the new owner unless mileage is disclosed.*
**Federal and State Law require that you state the mileage of the vehicle described on this certificate when transferring ownership. Failure to do so, or providing a false statement, may result in fines and/or imprisonment.**

I certify that, to the best of my knowledge, this odometer reading *(check one):*
☒ 1. reflects the ACTUAL MILEAGE as seen on the odometer of the vehicle described on the front.
☐ 2. EXCEEDS MECHANICAL LIMITS (odometer started over at zero)
☐ 3. not the actual mileage. WARNING - ODOMETER DISCREPANCY.

**ODOMETER READING**

22254

*(no tenths)*

**ODOMETER HAS SPACE FOR:** *(Check one)*
☐ Five Digits, *excluding tenths*
☒ Six Digits, *excluding tenths*

### DAMAGE DISCLOSURE STATEMENT (To be Completed by Owner Named on Face of Title)

I certify that, to the best of my knowledge, this vehicle ☐ has been or ☒ has not been wrecked, destroyed or damaged to such an extent that the total estimate or actual cost of parts and labor to rebuild or reconstruct the vehicle to the condition it was in before an accident, and for legal operation on the road or highways, is more than 75% of the retail value of the vehicle at the time of loss. (Checking the "has" box means that the vehicle must have an anti-theft examination before being registered and that the title issued will have the statement "Rebuilt Salvage: NY" on it.)

I or we transfer the vehicle, boat or manufactured home described on this certificate. At the time of transfer, this title is subject only to the liens or encumbrances listed on this certificate, if any. I also certify that this is the most recent title issued for this vehicle, boat or manufactured home.
*Note: Section 2113 of the Vehicle and Traffic Law requires that application for a title must be made within 30 days of transfer.*

| Seller | Seller's Signature | | Seller's Name *(Print in Full)* | | | |
|---|---|---|---|---|---|---|
| | Street Address | City | State | ZIP code | | Date of Statement |
| Buyer | Buyer's Signature | | Buyer's Name *(Print in Full)* SUPERB MODES INC | | | |
| | Street Address 215 Northern Blvd Great Neck NY 11021 | City | State | ZIP code | | Date of Statement 6-30-23 |

### SECTION II - Reassignment by Manufactured Home Dealer or Registered Boat Dealer or Out-of-State Dealer

**ODOMETER DISCLOSURE STATEMENT**

*Note: This vehicle cannot be registered or titled in the name of the new owner unless mileage is disclosed.*
**Federal and State Law require that you state the mileage of the vehicle described on this certificate when transferring ownership. Failure to do so, or providing a false statement, may result in fines and/or imprisonment.**

I certify that, to the best of my knowledge, this odometer reading *(check one):*
☐ 1. reflects the ACTUAL MILEAGE of the vehicle described on the front.
☐ 2. EXCEEDS MECHANICAL LIMITS (odometer started over at zero)
☐ 3. not the actual mileage. WARNING ODOMETER DISCREPANCY.

**ODOMETER READING**

*(no tenths)*

**ODOMETER HAS SPACE FOR:** *(Check one)*
☐ Five Digits, *excluding tenths*
☐ Six Digits, *excluding tenths*

I or we transfer the vehicle, boat or manufactured home described on this certificate. At the time of transfer, this title is subject only to the liens or encumbrances listed on this certificate, if any. I also certify that this is the most recent title issued for this vehicle, boat or manufactured home.
*Note: Section 2113 of the Vehicle and Traffic Law requires that application for a title must be made within 30 days of transfer.*

| Seller | Seller's Signature | | Seller's Name *(Print in Full)* | | | |
|---|---|---|---|---|---|---|
| | Street Address | City | State | ZIP code | | Date of Statement |
| Buyer | Buyer's Signature | | Buyer's Name *(Print in Full)* | | | |
| | Street Address | City | State | ZIP code | | Date of Statement |

MV-999 (3/21)

M 3667571

Boat Dealer's Facility #

## Release of Collateral

### Definitions

The following terms shall have the meanings indicated, wherever these terms are used in this instrument:

Date Hereof:      The effective date of this instrument, which shall be June 29, 2023.

Debtor:      * JAXWAY FINANCIAL CONSULTING, INC

Secured Party:      Texas Bank and Trust Company
300 E. Whaley
Longview, Texas 75601

Security Interest:      The security interest created in favor of Secured Party by that certain Security Agreement dated October 17, 2022 executed by and between Debtor and Secured party and pertaining to the Collateral.

Collateral:      **2023 Blk ChevSuburban VIN 1GNSKBKD9PR148675**

### Release

Holder, for good and valuable consideration paid to the Holder, the receipt and sufficiency of which is hereby acknowledged, does hereby release, discharge and terminate the Security Interest against the Collateral.

### Effective Date

This instrument is effective as of the Date Hereof.   This instrument was executed on the date or dates of the acknowledgment or respective acknowledgments set forth below.

**Secured Party:**
Texas Bank and Trust Company

By: _____
(Signature)

TYLER FARRER
(Printed Name)

# Jaxway Financial Consulting, Inc
1360 Brittany Way
PROSPER, TEXAS 75078
214-615-0661

## POWER OF ATTORNEY FOR A MOTOR VEHICLE

I/We hereby name and appoint, _____, to be my/our

lawful attorney-in-fact, to act for me/us, in applying for an original or duplicate certificate of title, to register, transfer title, or record a lien to the motor vehicle described below, and to print my/our name and sign their name, in my/our behalf. My attorney-in-fact can also do all things necessary to the application or any other related instrument and to bind me/us in as sufficient a manner as I/we myself/ourselves could do, were I/we personally present and signing the same.

With full power of substitution and revocation, I/we hereby ratify and confirm whatever my/our said attorney-in-fact may lawfully do or cause to be done in the virtue hereof

| YEAR | MAKE/MANUFACTURE | BODY TYPE | TITLE NUMBER |
|------|------------------|-----------|--------------|
| 2023 | Chevrolet | SUB | |

VEHICLE VIN NUMBER:

1GNSKBKD9PR148675

UNDER PENALTIES OF PERJURY, I/WE DECLARE THAT I/WE HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

_____          ___Murray Schwartz_____

Signature of Owner or Grantor                 Legally Printed Name of Owner or Grantor

___87-2255567_____

FEID

___1360 Brittany Way_____          ___Prosper, TEXAS___75078_____

Owners Address                                    City      State    Zip

# Jaxway Financial Consulting, Inc
1360 Brittany Way
PROSPER, TEXAS 75078
214-615-0661

## POWER OF ATTORNEY FOR A MOTOR VEHICLE

I/We hereby name and appoint, _____, to be my/our

lawful attorney-in-fact, to act for me/us, in applying for an original or duplicate certificate of title, to register, transfer title, or record a lien to the motor vehicle described below, and to print my/our name and sign their name, in my/our behalf. My attorney-in-fact can also do all things necessary to the application or any other related instrument and to bind me/us in as sufficient a manner as I/we myself/ourselves could do, were I/we personally present and signing the same.

With full power of substitution and revocation, I/we hereby ratify and confirm whatever my/our said attorney-in-fact may lawfully do or cause to be done in the virtue hereof

| YEAR | MAKE/MANUFACTURE | BODY TYPE | TITLE NUMBER |
|------|------------------|-----------|--------------|
| 2023 | CHEVROLET | SUBN | |

VEHICLE VIN NUMBER:

1GNSKBKD9PR148675

UNDER PENALTIES OF PERJURY, I/WE DECLARE THAT I/WE HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

_____          __Murray Schwartz_____

Signature of Owner or Grantor              Legally Printed Name of Owner or Grantor

__87-2255567_____

FEID

__1360 Brittany Way_____          __Prosper, TEXAS    75078_____

Owners Address                             City      State    Zip

**CHASE** 

Proof of Paid

June 01, 2023 through June 30, 2023
Account Number:

## ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 06/22 | Orig CO Name:Nys Dtf Sales    Orig ID:O146013200 Desc Date:    CO Entry Descr:Tax Paymntsec:CCD   Trace#:091000014743679 Eed:230622  Ind ID:000000100674201    Ind Name:Sw2308059507 Trn: 1734743679Tc | 74,217.14 |
| 06/22 | Orig CO Name:Asf, Dba Insperi    Orig ID:2760487432 Desc Date:230621 CO Entry Descr.Payroll  Sec:CCD   Trace#:111000024945597 Eed:230622  Ind ID:0005090900    Ind Name:Superb Motors Inc. Ty Trn: 1724945597Tc | 26,510.60 |
| 06/23 | Orig CO Name:Ezpass8882886865    Orig ID:8131996647 Desc Date:    CO Entry Descr:Auto Repl Sec:PPD   Trace#:021000023950324 Eed:230623  Ind ID:5P-302060990    Ind Name:Karla Cruz Trn: 1733950324Tc | 280.00 |
| 06/26 | Orig CO Name:Nissan    Orig ID:6379692403 Desc Date:230626 CO Entry Descr:Wfs Pmt  Sec:CCD   Trace#:021000027721959 Eed:230626  Ind ID:704679    Ind Name:Superb Motors Inc. Trn: 1747721959Tc | 222,657.00 |
| 06/26 | Orig CO Name:Ally    Orig ID:3002719011 Desc Date:230623 CO Entry Descr:EDI/Eftpmtsec:CCD   Trace#:071000287721961 Eed:230626  Ind ID: Ind Name:Smartcash Ally Harris    Ref*1 *D01066110541241\ 3002719011 Tm: 1747721961Tc | 14,260.58 |
| 06/28 | Orig CO Name:Nissan    Orig ID:6379692403 Desc Date:230628 CO Entry Descr:Wfs Pmt  Sec:CCD   Trace#:021000026851904 Eed:230628  Ind ID:705780    Ind Name:Superb Motors Inc. Trn: 1786851904Tc | 333,575.00 |
| 06/28 | Orig CO Name:Nissan    Orig ID:6379692403 Desc Date:230628 CO Entry Descr:Wfs Pmt  Sec:CCD   Trace#:021000026851905 Eed:230628  Ind ID:705781    Ind Name:Superb Motors Inc. Trn: 1786851905Tc | 116,235.00 |
| 06/29 | Orig CO Name:Nissan    Orig ID:6379692403 Desc Date:230629 CO Entry Descr:Wfs Pmt  Sec:CCD   Trace#:021000020782939 Eed:230629  Ind ID:706286    Ind Name:Superb Motors Inc. Trn: 1790782939Tc | 129,369.00 |
| 06/29 | Orig CO Name:Asf, Dba Insperi    Orig ID:2760487432 Desc Date:230628 CO Entry Descr:Payroll  Sec:CCD   Trace#:111000020782937 Eed:230629  Ind ID:0005090900    Ind Name:Superb Motors Inc. Ty Trn: 1790782937Tc | 33,327.60 |
| 06/29 | Online Domestic Wire Transfer Via: B1Bank/065405420 A/C: Jaxway Financial Consulting Inc Prosper TX 75078 US Imad: 0629B1Qgc08C018018 Trn: 3207513180Es | 221,000.00 |
| 06/29 | Online Domestic Wire Transfer A/C: Star Performance Consulting New York NY 10075-0644 US Trn: 3207493180Es | 58,000.00 |
| 06/30 | Online Domestic Wire Transfer Via: TD Bank, NA/026013673 A/C: Robert Anthony Urrutia New York NY 10075 US Imad: 0630B1Qgc05C006681 Trn: 3381533181Es | 10,000.00 |
| 06/30 | Online Domestic Wire Transfer A/C: Star Performance Consulting New York NY 10075-0644 US Trn: 3749733181Es | 50,100.00 |
| 06/30 | Online Domestic Wire Transfer A/C: Star Performance Consulting New York NY 10075-0644 US Trn: 3752613181Es | 91,000.00 |
| 06/30 | Online Domestic Wire Transfer Via: Flushing Svgs Bk/226070474 A/C: Peanut Logistics East Meadow NY 11554 US Ref:/Time/14:14 Imad: 0630B1Qgc07C044859 Trn: 3848193181Es | 33,400.00 |
| **Total Electronic Withdrawals** | | **$4,721,803.63** |

## OTHER WITHDRAWALS, FEES & CHARGES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 06/15 | Account Analysis Settlement Charge | $104.66 |
| **Total Other Withdrawals, Fees & Charges** | | **$104.66** |

Your service charges, fees and earnings credit have been calculated through account analysis.