DAIMLER TRUST
PO BOX 685
ROANOKE        TX 76262

S41200P

005437

# CERTIFICATE OF TITLE

## NEW YORK STATE

dmv.ny.gov

| Title and Identification No. | Year | Make | Model Code | Body/Hull | **LIENS** Document No. |
|---|---|---|---|---|---|
| 4JGFB4KB0LA194078 4JGFB4KB0LA194078 | 2020 | ME/BE | G35 | SUBN | 229068D |

| Color | Wt./Sts./Lgth. | Fuel | Cyl./Prop. | New or Used | Type of Title | Date Issued |
|---|---|---|---|---|---|---|
| WH | 4564 | GAS | 4 | NEW | VEHICLE | 8/10/20 |

ODOMETER READING: 00071 / 00071
ACTUAL MILEAGE

**Name and Address of Owner(s)**

DAIMLER TRUST
PO BOX 685
ROANOKE TX     76262

This document is your proof of ownership for this vehicle, boat or manufactured home. Keep it in a safe place, not with your license or registration or in your vehicle or boat. To dispose of your vehicle, boat or manufactured home, complete the transfer section on the back and give this title to the new owner.

Lienholder
DAIMLER TITLE CO
PO BOX 997545
SACRAMENTO    CA 95899

Lienholder
01
* ONE LIEN RECORDED *

Lienholder
* ONE LIEN RECORDED *

Lienholder
* ONE LIEN RECORDED *

VOID IF ALTERED

MV-999 (1/15)

DEPARTMENT OF MOTOR VEHICLES

**ANY CHANGE OR ERASURE WILL VOID THIS TITLE -- ANY FALSE STATEMENT IS A MISDEMEANOR**

### SECTION I - Transfer by Owner

**ODOMETER DISCLOSURE STATEMENT**

Note: This vehicle cannot be registered or titled in the name of the new owner unless mileage is disclosed.
Federal and State Law require that you state the mileage of the vehicle described on this certificate when transferring ownership. Failure to do so, or providing a false statement, may result in fines and/or imprisonment.

I certify that, to the best of my knowledge, this odometer reading (check one):
- ☑ 1. reflects the ACTUAL MILEAGE as seen on the odometer of the vehicle described on the front.
- ☐ 2. EXCEEDS MECHANICAL LIMITS (odometer started over at zero)
- ☐ 3. not the actual mileage. WARNING - ODOMETER DISCREPANCY.

**ODOMETER READING:** 21005 (no tenths)

**ODOMETER HAS SPACE FOR:** (Check one)
- ☐ Five Digits, excluding tenths
- ☐ Six Digits, excluding tenths

**DAMAGE DISCLOSURE STATEMENT** (To be Completed by Owner Named on Face of Title)

I certify that, to the best of my knowledge, this vehicle ☐ has been or ☐ has not been wrecked, destroyed or damaged to such an extent that the total estimate or actual cost of parts and labor to rebuild or reconstruct the vehicle to the condition it was in before an accident, and for legal operation on the road or highways, is more than 75% of the retail value of the vehicle at the time of loss. (Checking the "has" box means that the vehicle must have an anti-theft examination before being registered and that the title issued will have the statement "Rebuilt Salvage: NY" on it.)

I or we transfer the vehicle, boat or manufactured home described on this certificate. At the time of transfer, this title is subject only to the liens or encumbrances listed on this certificate, if any. I also certify that this is the most recent title issued for this vehicle, boat or manufactured home.
Note: Section 2113 of the Vehicle and Traffic Law requires that application for a title must be made within 30 days of transfer.

**Seller**
- Seller's Signature: [signature]
- Street Address: P O Box 685
- City: Roanoke
- State: TX
- ZIP code: 76262
- Seller's Name (Print in Full): [signature] — Daimler Trust
- Date of Statement:

**Buyer**
- Buyer's Signature:
- Street Address:
- City:
- State:
- ZIP code:
- Buyer's Name (Print in Full):
- Date of Statement:

### SECTION II - Reassignment by Manufactured Home Dealer or Registered Boat Dealer or Out-of-State Dealer

**ODOMETER DISCLOSURE STATEMENT**

Note: This vehicle cannot be registered or titled in the name of the new owner unless mileage is disclosed.
Federal and State Law require that you state the mileage of the vehicle described on this certificate when transferring ownership. Failure to do so, or providing a false statement, may result in fines and/or imprisonment.

I certify that, to the best of my knowledge, this odometer reading (check one):
- ☐ 1. reflects the ACTUAL MILEAGE of the vehicle described on the front.
- ☐ 2. EXCEEDS MECHANICAL LIMITS (odometer started over at zero)
- ☐ 3. not the actual mileage. WARNING ODOMETER DISCREPANCY.

**ODOMETER READING:** (no tenths)

**ODOMETER HAS SPACE FOR:** (Check one)
- ☐ Five Digits, excluding tenths
- ☐ Six Digits, excluding tenths

I or we transfer the vehicle, boat or manufactured home described on this certificate. At the time of transfer, this title is subject only to the liens or encumbrances listed on this certificate, if any. I also certify that this is the most recent title issued for this vehicle, boat or manufactured home.
Note: Section 2113 of the Vehicle and Traffic Law requires that application for a title must be made within 30 days of transfer.

**Seller**
- Seller's Signature:
- Street Address:
- City:
- State:
- ZIP code:
- Seller's Name (Print in Full):
- Date of Statement:

**Buyer**
- Buyer's Signature:
- Street Address:
- City:
- State:
- ZIP code:
- Buyer's Name (Print in Full):
- Date of Statement:

MV-999 (1/15)   L 3717786

Boat Dealer's Facility #

| 01 | 68062 | New York State Department of Motor Vehicles | 00790 | 081020 |

## NOTICE OF RECORDED LIEN

| I.D. Number | Year | Make |
|---|---|---|
| 4JGFB4KB0LA194078 | 2020 | ME/BE |

| 4564 Wgt./Lgth. | GAS Fuel | 4 Cyl/Prop. | SUBN Body/Hull | WH Color |

DAIMLER TITLE CO
PO BOX 997545
SACRAMENTO     CA 95899

Owner: If you have moved and have not yet notified this Department of your new address, cross out the address shown and print your new address in its place.

**OWNER**

DAIMLER TRUST
PO BOX 685
ROANOKE TX    76262

**ADDITIONAL LIENHOLDERS**



The following information applies only to the lienholder shown in the box above.

[✓] Our security interest in the vehicle, boat or manufactured home described in this notice has been satisfied.

[ ] We have assumed ownership of this vehicle, boat or manufactured home. We are transferring ownership to:

[ ] We have assigned our security interest in this vehicle, boat or manufactured home to:

Lien Filing Code
Name: **Daimler Title Co**
Date of Assignment
No. and Street
City    State    Zip
Authorized Signature    Date: SEP 1 2 2023

If you are the owner named on this notice, you can keep this notice with the Certificate of Title and when you sell the vehicle, boat or manufactured home, give the transferred Title AND this original Notice of Recorded Lien to the new owner. To obtain a lien-free Title before then, return your current Title, this original Notice of Recorded Lien and a $20.00 fee to: NYS DMV, Title Bureau, 6 Empire State Plaza, Albany NY 12228-0330. (Check or money order should be made payable to the Commissioner of Motor Vehicles.)

If you cannot locate the Title for the vehicle, boat or manufactured home, you must apply for a duplicate. You may apply for a duplicate by completing form MV-902 (available at a DMV office or on our web site at www.dmv.ny.gov) and mailing it with a $20.00 check or money order AND this original Notice of Recorded Lien to the DMV Title Bureau at the above address.

If your address has **not** changed since you last registered the vehicle and your registration shows your current address, you may be able to apply for a duplicate title on line. For more information, please visit www.dmv.ny.gov.

MV-901 (4/12)

Mercedes-Benz Financial Services

February 1, 2023

To Whom It May Concern:

Late on November 30, 2001, Mercedes-Benz Credit Corporation, a Delaware corporation, merged into a company which then merged into DaimlerChrysler Services North America LLC, a Michigan limited liability company ("DCSNA").

The lien holder name for the time period from 12/01/01 through 12/31/05 was:
DaimlerChrysler Services NA LLC (Federal ID# 38-3536414)

Early on January 1, 2006, DCSNA merged into DaimlerChrysler Financial Services Americas LLC, a Michigan limited liability company ("DCFSA").

The lien holder name of the time period from 01/01/06 through 09/30/07 was:
DC Financial Services Americas LLC (Federal ID# 20-2614244)

On October 1, 2007, DCFSA assigned its interest in the vehicle under discussion to DCFS USA LLC, a Delaware limited liability company.

The lien holder name for the time period from 10/01/07 through 11/14/10 is:
DCFS USA LLC (Federal ID# 20-8653034)

On November 15, 2010, DCFS USA LLC changed its name to Mercedes-Benz Financial Services USA LLC.

Our lien holder name as of 11/15/10 is:
Mercedes-Benz FinServUSALLC (Federal ID# 20-8653034)

**Lease vehicles are titled under the owner name of:**

For the time period between 12/01/01 through 09/30/07:
DCFS TRUST* (Federal ID# 52-2101307)
In the State of VA: Bank of New York (Delaware) as the Trustee of DCFS TRUST*.

* Between the period of 07/01/05 and 10/01/07 the lien holder name for lease vehicles should read US Bank as Coll. Agt. EXCEPT in AL and WI where the name should read US Bank. In AR, LA, MO, NE, and WY, the lienholder name should be DCFS Trust. In AK, CO, DC, and KS there should be NO LIEN listed.

As of 10/01/07:
Daimler Trust** (Federal ID# 20-7458816)
In the State of VA: Bank of New York (Delaware) as the trustee of Daimler Trust**.

As of 2/1/2023:
Mercedes-Benz Vehicle Trust** (Federal ID# 88-6223935)

Mercedes-Benz Vehicle Trust is the successor by merger to Daimler Trust.
Collateral Title Co. was formerly known as Daimler Title Co.

**The lien holder name for lease vehicles should read Collateral Title Co. in all states EXCEPT KS, MD, MO, NE, NV, & SD.

Sincerely,

Oneida Mireles
Title Representative

Mercedes-Benz Financial Services USA LLC, authorized servicer for Mercedes-Benz Vehicle Trust

84-001-1589 (02/23)

Mercedes-Benz Financial Services USA LLC
14372 Heritage Parkway
Fort Worth, TX 76177
Phone No. (800) 654-6222
www.mbfs.com

MV-913 (8/23)

NEW YORK STATE DEPARTMENT OF MOTOR VEHICLES
6 Empire State Plaza, Albany, New York 12228

# TITLE OR LIEN STATUS REPORT

TIME: 15:31:09                                                                 PRINT DATE: 11/08/2023

This Title or Lien Status Report is a true copy of an electronic record on file at the New York State Department of Motor Vehicles, Albany, New York.

Information displayed in this document is current as of the time and date of transaction, as referenced above, and to the best of the Department's knowledge, no additional liens or claims have been filed for the vehicle referenced below.

**NOTE:** Only active liens are shown below. Any lien printed on a New York State Certificate of Title (MV-999) issued prior to the date of this status report, has been released electronically. A lien-free MV-999 is not required.

**DISCLAIMER:** Information displayed in this document is subject to change and may be verified online through the New York State Department of Motor Vehicles' Lien/Title Certificate Status page at dmv.ny.gov/titlestat

**Vehicle / Hull Identification Number (VIN / HIN):** 4JGFB4KB0LA194078
**Model Year:** 2020
**Make:** ME/BE

**Title Issuance Date:** Title issuance date will be determined pending review of your application.
**Number of Active Liens:** 00

*** END OF REPORT ***

**Paid Receipts**



**Superb Motors**
215 Northern Blvd Great Neck, NY, 11021
(999) 999-9999

**Payment Advice**
**$7,170.71**

Check #: 11753
Created by: KENDRA K
05/25/23 | 3:27 PM

Vendor: DLA CAPITAL PARTNERS

**EQUITY CK TO MIKE LAURIE'S Business**

| Invoice Number | Amount | Comments |
|---|---|---|
| - | $7,170.71 | POSITIVE EQUITY FRM PURCHASE OF 2020 MERCEDES BENZ GLE 350 SU1200P |

**Posting Lines**

| GL Account | Amount | Control | Control Description | Control2 | Posting Description |
|---|---|---|---|---|---|
| 1004 | -$7,170.71 | 11753 | - | DLA CAPITAL PARTNERS | POSITIVE EQUITY STK SU1200P |
| 1451 | -$2,986.00 | SU1200P | 4JGFB4KB0LA194078 | - | POSITIVE EQUITY STK SU1200P |
| 1450 | $2,986.00 | SU1200P | 4JGFB4KB0LA194078 | - | POSITIVE EQUITY STK SU1200P |
| 1450 | $7,170.71 | SU1200P | 4JGFB4KB0LA194078 | - | POSITIVE EQUITY STK SU1200P |

---



**SUPERB MOTORS**
215 Northern Blvd
Great Neck, NY 11021
(999) 999-9999

**Chase Bank**
151 Asylum St, Hartford CT 06103

11753

| DATE |
|---|
| 25MAY23 |

PAY THIS AMOUNT: *******7,170 DOLLARS 71 CENTS

AMOUNT OF CHECK: ******7,170.71

**VOID AFTER 90 DAYS**

*** NOT NEGOTIABLE ***
BY ****************************
AUTHORIZED SIGNATURE

TO THE ORDER OF
DLA CAPITAL PARTNERS
125 FROEHLICH FARM BOULEVARD
WOODBURY, NY 11797

NON-NEGOTIABLE



**Superb Motors**
215 Northern Blvd Great Neck, NY, 11021
(999) 999-9999

*Handwritten: PAYOFF CK ME/BE Fin.*

**Payment Advice**
**$40,779.29**

Check #: 11752
Created by: KENDRA K
05/25/23 | 3:03 PM

Customer: 1000266-MERCEDES-BENZ FINANCIAL SERVICES

*Handwritten: SU1200P*

| Invoice Number | Amount | Comments |
|---|---|---|
| - | $40,779.29 | PURCHASE 2020 MERCEDES BENZ GLE 350 SU1200P |

**Posting Lines**

| GL Account | Amount | Control | Control Description | Control2 | Posting Description |
|---|---|---|---|---|---|
| 1004 | -$40,779.29 | 11752 | - | 1000266 - MERCEDES -BENZ FINANCIAL SERVICES | PURCHASE OF 2020 MERCEDES BENZ GLE STK SU1200P |
| 1450 | $47,950.00 | SU1200P | 4JGFB4KB0LA194078 | - | PURCHASE OF 2020 MERCEDES BENZ GLE STK SU1200P |
| 1450 | -$7,170.71 | SU1200P | 4JGFB4KB0LA194078 | - | PURCHASE OF 2020 MERCEDES BENZ GLE STK SU1200P |



**SUPERB MOTORS**
215 Northern Blvd
Great Neck, NY 11021
(999) 999-9999

**Chase Bank**
151 Asylum St, Hartford CT 06103

11752

| DATE |
|---|
| 25MAY23 |

| PAY THIS AMOUNT | | | |
|---|---|---|---|
| ******40,779 | DOLLARS | 29 | CENTS |

| AMOUNT OF CHECK |
|---|
| *****40,779.29 |

**VOID AFTER 90 DAYS**

\*\*\* NOT NEGOTIABLE \*\*\*

BY _____
AUTHORIZED SIGNATURE

TO THE ORDER OF
MERCEDES-BENZ FINANCIAL SERVICES
8430 WEST BRYN MAWR AVE 3RD FL
CHICAGO, IL 60631



LAURIE'S BUSINESS CARD

