Case 2:23-cv-06188-JMW   Document 229-7   Filed 03/18/25   Page 1 of 10 PageID #: 6109

# EXHIBIT 4

**POSSESSION AND SURRENDER AGREEMENT**

This Possession and Surrender Agreement ("Possession Agreement") is dated as of January 2, 2025 and is by and between Nissan Motor Acceptance Company LLC, a Delaware corporation ("NMAC"), and Team Imports LLC d/b/a Team Mitsubishi Hartford ("Dealership"), and Robert A. Urrutia (the "Guarantor", and together with the Dealership, the "Obligors").

## Recitals

A. Dealership and NMAC entered into that certain Automotive Wholesale Financing and Security Agreement dated as of February 10, 2021 ("Agreement").

B. Pursuant to the Agreement, NMAC advanced funds secured by a perfected security interest in the new vehicle collateral listed on the attached Schedule A and all documents related to the collateral listed on said Schedule A (the "New Collateral"), and the used vehicle collateral (including new and used demos) listed on the attached Schedule B and all documents related to the collateral listed on said Schedule B (the "Used Collateral" which, together with the New Collateral is referred to herein as the "Collateral").

C. Present on site at Dealership are vehicles that are subject to an injunction dated September 29, 2023, ECF #55, from the action pending in the Eastern District of New York, styled *Superb Motors Inc. et al v. Deo et al*, bearing Docket Number 2:23-cv-06188-JMW. Those vehicles (the "Enjoined Vehicles") are described on the attached Schedule C.

D. On August 13, 2024, NMAC commenced an action in the Superior Court of Connecticut, Judicial District of Hartford at Hartford styled *Nissan Motor Acceptance Company LLC v. Team Imports LLC, et al*, bearing Docket Number HHD-CV24-6189271-S, which action remains pending.

E. Dealership has agreed to surrender possession of the Collateral to NMAC for safekeeping and NMAC is willing to accept possession of the Collateral for storage at a secure auction lot (the "Auction Lot") on the terms and conditions set forth herein.

NOW, THEREFORE, for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, NMAC and the Obligors (collectively, the "Parties") agree as follows:

1. The above Recitals are hereby incorporated by reference, and the Parties acknowledge and agree the Recitals are true, correct and complete in all respects.

2. The Parties hereby agree, and notice is hereby given, that the Dealership hereby voluntarily surrenders and releases to NMAC Dealership's possession of the Collateral. Obligors waive all notices related to this matter and institution of legal proceedings to obtain possession of the Collateral, including notice and hearing and consent to NMAC's and its agents' entry on Obligors' premises to obtain possession of the Collateral wherever it may be found.

3. The Parties hereby agree, and notice is hereby given, that the Dealership hereby voluntarily surrenders and releases to NMAC all of Dealership's possession, right, title and interest in and to the Used Collateral, including without limitation all of Dealership's interests and rights in any rental agreements or leases of any of the Used Collateral and NMAC is authorized to sell, lease or otherwise dispose of such Used Collateral with the net

proceeds of such sale, lease or other disposition being applied to any indebtedness owing to NMAC by Obligors as set forth in the Agreement. Obligors waive all notices related to this matter and institution of legal proceedings to obtain possession of the Used Collateral, including notice and hearing and consent to NMAC's and its agents' entry on Obligors' premises to obtain possession of the Used Collateral wherever it may be found. Obligors further waive any other notice of default and/or notice of intended disposition of any of the Used Collateral to which it or they may be entitled under the applicable adoption of the Uniform Commercial Code or otherwise.

4. The Parties hereby agree that nothing within this Possession and Surrender Agreement addresses, disposes of, or otherwise changes the legal status, possession, or location of the Enjoined Vehicles. The Parties agree that NMAC and Obligors reserve all rights with respect to the Enjoined Vehicles, to be determined at a later date and after either (a) the injunction has been lifted, or (b) another order from a court of competent jurisdiction directs disposition of the Enjoined Vehicles.

5. Obligors agree:
    a. to promptly and diligently market and/or sell all New Collateral. If, on or before February 3, 2025, Obligors are unable to enter into a binding Asset Purchase Agreement to sell the New Collateral to a third-party under terms acceptable to NMAC in its sole discretion, Obligors must then, on or before that date, make a formal request to Mitsubishi Motors North American ("MMNA") requesting it to purchase the New Collateral pursuant to the "buy-back" provisions in the Dealer Sales and Service Agreement between Dealer and MMNA (the "DSSA") and/or Connecticut state law. The net proceeds of any sale or other disposition of the New Collateral shall be paid directly to NMAC. In the event that MMNA is required by the DSSA and/or Connecticut state law to remit buy-back funds to the Dealership directly, Dealership agrees to immediately and within 24 hours cause such proceeds to be transferred to NMAC. Any funds received or transmitted to NMAC will be applied to any indebtedness owing to NMAC by Obligors as set forth in the Agreement.
    b. to provide NMAC with Dealership's written buy-back request upon transmission and otherwise keep NMAC apprised of all communications and material developments with respect to the MMNA buy-back
    c. to request a buy-back inspection for a date specific, promptly notify NMAC of the scheduled inspection date and otherwise permit and facilitate NMAC's presence at any and all inspections by MMNA related thereto; and
    d. to acknowledge that no promise has been made regarding the price for the New Collateral.

6. The Parties acknowledge that nothing in this Possession Agreement waives or limits any rights or remedies available to NMAC or Obligors, whether under this Possession Agreement or any other agreements between the Parties or under applicable law.

7. With respect to new, untitled vehicle New Collateral, the price shall be the higher of (a) the price set forth in the DSSA, or (b) any higher price obtainable by the Dealer from MMNA under State law. Obligors consent and authorize NMAC, and/or its agents, to enter onto the Dealership premises, affiliate locations and storage lots to inspect and remove the New Collateral in accordance with the terms of this Possession Agreement.

8. Obligors shall cooperate fully with NMAC to locate all of the Collateral and to have

8. possession of all such Collateral surrendered to NMAC and shall provide to NMAC all of the information and documents that might be necessary or appropriate to do that, including leases for any of the Collateral.

9. Obligors agree that NMAC shall have the right, but not the obligation, to move any or all of the Collateral to the Auction Lot and/or another secure location. In the event MMNA requires that the New Collateral be located at Dealership's facility in order for Dealership to exercise its buy-back rights, NMAC will arrange for the return of the New Collateral to the Dealership. Obligors and MMNA shall be provided with access to all new vehicle inventory located at the Auction Lot.

10. In the event Obligors, on or before February 3, 2025, are unable to either: (a) enter into a binding Asset Purchase Agreement to sell any or all of the New Collateral to a third-party under terms acceptable to NMAC in its sole discretion and consummate such sale; and/or (b) consummate the sale of the purchasable New Collateral to MMNA pursuant to the "buy-back" provisions in the DSSA, then the Parties hereby agree, and notice is hereby given, that the Dealership hereby voluntarily surrenders and releases to NMAC all of Dealership's possession, right, title and interest in and to the then unsold New Collateral, including without limitation all of Dealership's interests and rights in any rental agreements or leases of any of the New Collateral and NMAC is authorized to sell, lease or otherwise dispose of such New Collateral with the net proceeds of such sale, lease or other disposition being applied to any indebtedness owing to NMAC by Obligors as set forth in the Agreement. Obligors waive all notices related to this matter and institution of legal proceedings to obtain possession of the New Collateral, including notice and hearing and consent to NMAC's and its agents' entry on Obligors' premises to obtain possession of the Collateral wherever it may be found. Obligors further waive any other notice of default and/or notice of intended disposition of any of the New Collateral to which it or they may be entitled under the applicable adoption of the Uniform Commercial Code or otherwise.

11. This Possession Agreement shall be enforceable against each of the Obligors who execute it. The failure of any Obligor to sign or execute this Possession Agreement shall have no effect on the enforceability of this Possession Agreement against any of the other Obligors, however. Obligors represent and warrant to NMAC that this Possession Agreement has been duly authorized, executed and delivered pursuant to all necessary legal action and constitutes a valid and legally binding obligation of such Obligors, enforceable in accordance with its terms, and does not violate, conflict with or constitute a default under any law or regulation binding on or applicable to them or any mortgage, assignment, lease, credit, loan agreement, contract, corporate, organizational or operational document or other instrument binding upon or affecting any of them.

12. Any provision in this Possession Agreement that may be unenforceable or invalid under any law shall be ineffective only to the extent of such unenforceability or invalidity without affecting the enforceability or validity of any other provision hereof.

13. This Possession Agreement has been freely negotiated and jointly drafted by the Obligors and NMAC. Therefore, nothing in this Possession Agreement shall be construed against one party or the others as the drafter.

14. No modification, amendment, or waiver of any provision of this Possession Agreement shall be effective unless made in writing and executed by the party or parties bound by such modification, amendment or waiver.

15. This Possession Agreement shall be construed in accordance with the laws of the State of Connecticut, without regard to conflicts of law principles.

16. This Possession Agreement constitutes the entire agreement of the parties with respect to the subject matter hereof and may be executed in counterparts and by facsimile, all of which when taken together shall constitute one document.

[Signatures on Next Page]

| | |
|---|---|
| Nissan Motor Acceptance Company LLC | Team Imports LLC |
| By: *Gregory Brown* <br> Name: Gregory Brown <br> Title: Manager Special Credit | By:_____ <br> Name:_____ <br> Title:_____ |

**Acknowledged and Accepted by**
**Guarantor as of January____, 2025**

_____
Robert A. Urrutia

Nissan Motor Acceptance Company LLC

By: _____
Name: _____
Title: _____

Team Imports LLC

By: _____
Name: Robert Urrutia
Title: Managing member

Acknowledged and Accepted by
Guarantor as of January 2, 2025

_____
Robert A. Urrutia

**SCHEDULE A TO VOLUNTARY POSSESSION AGREEMENT**
**NEW COLLATERAL**

| Status | VIN 6 | VIN | Make | Model | Year | Floor Date | FP Code | Outstanding Balance |
|---|---|---|---|---|---|---|---|---|
| Open | 017498 | JA4J4VA83RZ017498 | MITSUBISHI | | 2024 | 11/21/2023 | New | 34,516.88 |
| Open | 021422 | JA4J4UA89RZ021422 | Mitsubishi | Outlander | 2024 | 11/22/2023 | New | 32,617.69 |
| Open | 022434 | JA4ATVAA5RZ022434 | MITSUBISHI | | 2024 | 12/06/2023 | New | 28,952.39 |
| Open | 023009 | JA4ATVAA6RZ023009 | MITSUBISHI | | 2024 | 12/06/2023 | New | 28,952.39 |
| Open | 003011 | JA4ARUAU3RU003011 | MITSUBISHI | | 2024 | 12/06/2023 | New | 29,723.36 |
| Open | 022065 | JA4ATWAA3RZ022065 | MITSUBISHI | | 2024 | 12/06/2023 | New | 30,395.06 |
| Open | 022532 | JA4ATWAA8RZ022532 | MITSUBISHI | | 2024 | 12/06/2023 | New | 31,395.06 |
| Open | 016014 | JA4J4UA82RZ016014 | Mitsubishi | Outlander | 2024 | 12/06/2023 | New | 32,617.69 |
| Open | 022895 | JA4T5VA97RZ022895 | Mitsubishi | Outlander PHEV | 2024 | 12/06/2023 | New | 46,446.40 |
| Open | 021705 | JA4ATWAA8RZ021705 | MITSUBISHI | | 2024 | 12/12/2023 | New | 30,865.06 |
| Open | 023328 | JA4ATWAA3RZ023328 | MITSUBISHI | | 2024 | 12/12/2023 | New | 33,498.26 |
| Open | 022309 | JA4J4VA8XRZ022309 | MITSUBISHI | | 2024 | 12/12/2023 | New | 34,711.88 |
| Open | 022725 | JA4T5VA94RZ022725 | Mitsubishi | Outlander PHEV | 2024 | 12/12/2023 | New | 45,155.40 |
| Open | 018742 | JA4J4VA84RZ018742 | MITSUBISHI | | 2024 | 12/15/2023 | New | 34,711.88 |
| Open | 025223 | JA4J4VA84RZ025223 | MITSUBISHI | | 2024 | 12/18/2023 | New | 34,081.88 |
| Open | 026287 | JA4J4VA82RZ026287 | MITSUBISHI | | 2024 | 12/18/2023 | New | 34,286.88 |
| Open | 027466 | JA4J4UA84RZ027466 | Mitsubishi | Outlander | 2024 | 12/20/2023 | New | 31,947.69 |
| Open | 025026 | JA4J4UA8XRZ025026 | Mitsubishi | Outlander | 2024 | 12/20/2023 | New | 32,477.69 |
| Open | 023588 | JA4ATUAA1RZ023588 | Mitsubishi | Eclipse Cross | 2024 | 12/21/2023 | New | 27,838.86 |
| Open | 026184 | JA4J4VA83RZ026184 | MITSUBISHI | | 2024 | 12/21/2023 | New | 34,081.88 |
| Open | 025315 | JA4J4VA89RZ025315 | MITSUBISHI | | 2024 | 12/21/2023 | New | 34,611.88 |
| Open | 026322 | JA4J4VA80RZ026322 | MITSUBISHI | | 2024 | 12/21/2023 | New | 36,335.88 |
| Open | 028840 | JA4ATUAAXRZ028840 | Mitsubishi | Eclipse Cross | 2024 | 12/22/2023 | New | 28,368.86 |
| Open | 023141 | JA4J4VA83RZ023141 | MITSUBISHI | | 2024 | 12/26/2023 | New | 34,081.88 |
| Open | 028391 | JA4ATVAAXRZ028391 | MITSUBISHI | | 2024 | 01/02/2024 | New | 29,482.39 |
| Open | 029381 | JA4J4UA86RZ029381 | Mitsubishi | Outlander | 2024 | 01/02/2024 | New | 31,947.69 |
| Open | 028573 | JA4J4VA82RZ028573 | MITSUBISHI | | 2024 | 01/02/2024 | New | 34,611.88 |
| Open | 028614 | JA4J4VA81RZ028614 | MITSUBISHI | | 2024 | 01/02/2024 | New | 36,335.88 |
| Open | 030925 | JA4ATWAA1RZ030925 | MITSUBISHI | | 2024 | 01/16/2024 | New | 32,143.06 |
| Open | 035983 | JA4ATWAA7RZ035983 | MITSUBISHI | | 2024 | 01/25/2024 | New | 31,202.06 |
| Open | F06899 | ML32FUFJ4RHF06899 | MITSUBISHI | | 2024 | 01/30/2024 | New | 19,412.93 |
| Open | F06097 | ML32FUFJ1RHF06097 | MITSUBISHI | | 2024 | 02/01/2024 | New | 19,564.65 |
| Open | F06304 | ML32FUFJ2RHF06304 | MITSUBISHI | | 2024 | 02/01/2024 | New | 19,564.65 |
| Open | 005807 | JA4ARUAUXRU005807 | MITSUBISHI | | 2024 | 02/14/2024 | New | 27,009.74 |
| Open | 005811 | JA4ARUAU1RU005811 | MITSUBISHI | | 2024 | 02/14/2024 | New | 27,009.74 |
| Open | 006271 | JA4ARUAU0RU006271 | MITSUBISHI | | 2024 | 02/14/2024 | New | 27,143.74 |
| Open | 006276 | JA4ARUAUXRU006276 | MITSUBISHI | | 2024 | 02/14/2024 | New | 27,143.74 |
| Open | 006467 | JA4ARUAU6RU006467 | MITSUBISHI | | 2024 | 02/14/2024 | New | 27,143.74 |
| Open | 032213 | JA4ATVAA6RZ032213 | MITSUBISHI | | 2024 | 02/14/2024 | New | 28,952.39 |
| Open | 006704 | JA4ARUAU5RU006704 | MITSUBISHI | | 2024 | 02/15/2024 | New | 27,539.74 |
| Open | 006284 | JA4ARUAU9RU006284 | MITSUBISHI | | 2024 | 02/16/2024 | New | 27,143.74 |
| Open | 004418 | JA4ARUAU5RU004418 | MITSUBISHI | | 2024 | 02/23/2024 | New | 30,083.07 |
| Open | F07183 | ML32FVFJ2RHF07183 | Mitsubishi | Mirage G4 | 2024 | 02/27/2024 | New | 20,632.51 |
| Open | 004474 | JA4ARUAU4RU004474 | MITSUBISHI | | 2024 | 03/07/2024 | New | 29,553.07 |
| Open | 004532 | JA4ARUAU3RU004532 | MITSUBISHI | | 2024 | 03/07/2024 | New | 29,553.07 |
| Open | 050334 | JA4ATVAA9RZ050334 | MITSUBISHI | | 2024 | 05/23/2024 | New | 32,150.37 |
| Open | 010924 | ML32AUHJ5RH010924 | MITSUBISHI | | 2024 | 07/01/2024 | New | 18,058.85 |

**SCHEDULE B TO VOLUNTARY POSSESSION AGREEMENT**
**USED COLLATERAL**

| Status | VIN 6 | VIN | Make | Model | Year | Floor Date | FP Code | Outstanding Balance |
|---|---|---|---|---|---|---|---|---|
| Open | 016059 | JA4ARUAU1PU016059 | Mitsubishi | Outlander Sport | 2023 | 01/18/2024 | New Demo | 27,002.76 |
| Open | 005862 | JA4ARUAU7RU005862 | MITSUBISHI | OUTLANDER SPORT | 2024 | 05/14/2024 | New Demo | 27,143.74 |
| Open | 005821 | JA4ARUAU4RU005821 | MITSUBISHI | | 2024 | 06/07/2024 | New Demo | 27,539.74 |
| Open | 004772 | JA4ARUAU1RU004772 | MITSUBISHI | | 2024 | 05/08/2024 | New Demo | 27,688.52 |
| Open | 003093 | JA4ARUAU9RU003093 | MITSUBISHI | | 2024 | 06/07/2024 | New Demo | 29,298.36 |
| Open | 024085 | JA4ATWAA8RZ024085 | MITSUBISHI | | 2024 | 03/13/2024 | New Demo | 31,849.26 |
| Open | 016823 | JA4J4VA85RZ016823 | MITSUBISHI | | 2024 | 03/14/2024 | New Demo | 34,711.88 |
| Open | 016792 | JA4J4VA89RZ016792 | MITSUBISHI | | 2024 | 03/14/2024 | New Demo | 36,515.88 |
| Open | 031811 | JA4J4VA80PZ031811 | MITSUBISHI | | 2023 | 12/15/2023 | New Demo | 36,975.98 |
| Open | 020141 | JA4J4VA8XRZ020141 | MITSUBISHI | | 2024 | 05/08/2024 | New Demo | 37,045.88 |
| Open | 000971 | JA4AR3AU9KU000971 | MITSUBISHI | Outlander Sport | 2019 | 10/14/2024 | Used | 11,500.00 |
| Open | 584003 | 3C4NJDBB6MT584003 | Jeep | Compass | 2021 | 7/25/2024 | Used | 18,799.00 |
| Open | 594948 | 3C4NJDEBXMT594948 | Jeep | Compass | 2024 | 9/17/2024 | Used | 19,499.00 |
| Open | 132852 | 2GNAXSEV1M6132852 | Chevrolet | Equinox | 2021 | 9/18/2024 | Used | 20,575.00 |
| Open | 131004 | KL79MSSL6MB131004 | Chevrolet | Trailblazer | 2021 | 9/24/2024 | Used | 21,800.00 |
| Open | 000214 | JA4ARUAU2RU000214 | Mitsubishi | Outlander Sport | 2024 | 9/24/2024 | Used | 21,850.00 |
| Open | 132718 | 1GYFZDR49NF132718 | Cadillac | XTW | 2022 | 8/28/2024 | Used | 26,199.00 |
| Open | 212356 | 3GKALXEV2NL212356 | GMC | Terrain | 2022 | 9/24/2024 | Used | 28,550.00 |
| Open | 138675 | 1GNEVHKWXMJ138675 | Chevrolet | Traverse | 2021 | 8/29/2024 | Used | 29,100.00 |
| Open | 079014 | 4T1DZ1FB6NU079014 | Toyota | Avalon | 2022 | 8/27/2024 | Used | 30,699.00 |
| Open | 073426 | 5FNYF6H34JB073426 | Honda | Pilot | 2018 | 06/12/2024 | Used | 17,950.00 |
| Open | 310142 | 1N4BL4CV5MN310142 | Nissan | Altima | 2021 | 04/08/2024 | Used | 18,475.00 |
| Open | 018967 | 3VWBM7BUXPM018967 | Volkswagen | Jetta | 2023 | 06/12/2024 | Used | 19,800.00 |
| Open | 120189 | 3VV0B7AX2NM120189 | VOLKSWAGEN | TIGUAN | 2022 | 06/12/2024 | Used | 20,575.00 |
| Open | N56948 | WMZ43BR07N3N56948 | Mini | Cooper Countryman | 2022 | 06/24/2024 | Used | 21,799.00 |
| Open | N63373 | WMZ43BR06N3N63373 | Mini | Cooper Countryman | 2022 | 06/24/2024 | Used | 21,799.00 |
| Open | N47002 | WMZ43BR01N3N47002 | Mini | Cooper Countryman | 2022 | 06/24/2024 | Used | 22,099.00 |
| Open | 020053 | 3VV2B7AX4MM020053 | Volkswagen | Tiguan | 2021 | 06/12/2024 | Used | 22,200.00 |
| Open | 088108 | 3VV2B7AX2MM088108 | Volkswagen | Tiguan | 2021 | 06/12/2024 | Used | 22,200.00 |
| Open | 539186 | 1C4BJWDG1HL539186 | Jeep | Wrangler Unlimited | 2017 | 06/12/2024 | Used | 22,225.00 |
| Open | 073021 | 3VV2B7AX3MM073021 | Volkswagen | Tiguan | 2021 | 06/12/2024 | Used | 25,125.00 |
| Open | 176793 | 3C4NJDFBXNT176793 | Jeep | Compass | 2022 | 04/02/2024 | Used | 25,225.00 |
| Open | 501222 | 1N4AA6EV8MC501222 | Nissan | Maxima | 2021 | 06/24/2024 | Used | 28,675.00 |
| Open | 022138 | 19UDE4H37PA022138 | Acura | Integra | 2023 | 06/12/2024 | Used | 28,925.00 |
| Open | 238313 | WBA7F2C5XJB238313 | BMW | 7 Series | 2018 | 11/14/2023 | Used | 32,340.00 |
| Open | 004649 | JA4ARUAU2RU004649 | MITSUBISHI | | 2024 | 06/17/2024 | Used Demo | 27,493.74 |
| Open | 526628 | 1C4RJFCG5MC526628 | JEEP | GRAND CHEROKEE | 2021 | 06/07/2024 | Used Demo | 38,500.00 |

**SCHEDULE C TO VOLUNTARY POSSESSION AGREEMENT**
**ENJOINED VEHICLES**

| 4393 | Stock Type | Stock # | VIN # |
|---|---|---|---|
| | Used | SU0882 | WBA2H9C36HV986948 |
| | Used | SU0912 | ZAM57YTA4K1314330 |
| | Used | SU1006 | WDDJK7DA4JF052861 |
| | Used | SU1025 | WBA4E5C59HG188797 |
| | Used | SU1032 | 55SWF4KB5GU101091 |
| | Used | SU1060 | W1K7X6BB7LA016406 |
| | Used | SU1065 | SALGS2RE3KA519794 |
| | Used | SU1050A | SALYB2EX4KA782114 |
| | Used | SU1148 | WP0AF2A74GL082172 |
| | Used | SU1204 | WBAJB1C53KB375171 |
| | Used | SU1126A | 1C4RDHDG7JC438967 |
| | Used | SU1260 | WBXHT3C59K5L90009 |
| | Used | SU1262 | ZARFAEDN3J7575105 |
| | Used | SU1302 | 5UXWX9C50H0T04666 |
| | Used | SU1303 | 1FATP8UH1K5152260 |
| | Used | SY1318 | WBXHT3C57K5L90705 |
| | Used | SY1319 | ZASPAKBN5L7C91095 |
| | Used | SY1323 | 5N1DL0MM6LC528999 |
| | Used | SU1324 | WDD7X8KB7KA001866 |
| | Used | SY1325 | 2C3CDXHG6MH531592 |
| | Used | SU1326 | 2C3CDXHG1MH505823 |
| | Used | SY1333 | ZN661XUAXHX252844 |
| | Used | SY1335 | SALWR2RV8JA189351 |
| | Used | SY1336 | JTJBARBZ9J2171144 |