# MILMAN LABUDA LAW GROUP PLLC
**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**
___

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

March 24, 2025

**VIA ECF**
Hon. James M. Wicks, U.S.M.J.
United States District Court Eastern District of New York
100 Federal Plaza, Courtroom 1020
Central Islip, NY 11722-4438

      *Re*: **Superb Motors Inc.,** *et al.* **v. Deo,** *et al.*
           **Case No.: 2:23-cv-6188 (OEM) (ST)**

Dear Judge Wicks:

    My firm, Milman Labuda Law Group PLLC ("MLLG"), along with Sage Legal LLC, represents Plaintiffs Superb Motors Inc., Team Auto Sales LLC, and Robert Anthony Urrutia (the "Superb Plaintiffs") in the above-referenced case.

    Unfortunately, due to the acts of Mr. Deo as alleged in the pleadings, Mr. Urrutia has been forced to close his dealerships placing Mr. Urrutia in a precarious financial condition. Mr. Urrutia is no longer able to continue to utilize both MLLG while also using Sage Legal LLC to represent the Superb Plaintiffs. Therefore, MLLG seeks leave to withdraw as counsel to the Superb Plaintiffs. Sage Legal LLC will continue to represent the Superb Plaintiffs.

                Respectfully submitted,

                **MILMAN LABUDA LAW GROUP PLLC**

                <u>/s/ Jamie S. Felsen, Esq.</u>
                Jamie S. Felsen, Esq.
                3000 Marcus Avenue, Suite 3W8
                Lake Success, NY 11042-1073
                (516) 328-8899 (telephone)
                jamiefelsen@mllaborlaw.com

                *Attorneys for Plaintiffs*
                *Superb Motors Inc.,*
                *Team Auto Sales LLC, &*
                *Robert Anthony Urrutia*

cc:    Robert Anthony Urrutia (via email)
        All counsel of record (via ECF)