UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SUPERB MOTORS INC., TEAM AUTO SALES LLC, ROBERT ANTHONY URRUTIA, 189 SUNRISE HWY AUTO LLC, NORTHSHORE MOTOR LEASING, LLC, BRIAN CHABRIER, individually and derivatively as a member of NORTHSHORE MOTOR LEASING, LLC, JOSHUA AARONSON, individually and derivatively as a member of 189 SUNRISE HWY AUTO, LLC, JORY BARON, 1581 HYLAN BLVD AUTO LLC, 1580 HYLAN BLVD AUTO LLC, 1591 HYLAN BLVD AUTO LLC, 1632 HYLAN BLVD AUTO LLC, 1239 HYLAN BLVD AUTO LLC, 2519 HYLAN BLVD AUTO LLC, 76 FISK STREET REALTY LLC, 446 ROUTE 23 AUTO LLC and ISLAND AUTO MANAGEMENT, LLC,

Case No.: 2:23-cv-6188 (JMW)

NOTICE OF MOTION

                            Plaintiffs,

     -against-

ANTHONY DEO, SARAH DEO, HARRY THOMASSON, DWIGHT BLANKENSHIP, MARC MERCKLING, MICHAEL LAURIE, THOMAS JONES, CPA, CAR BUYERS NYC INC., GOLD COAST CARS OF SYOSSET LLC, GOLD COAST CARS OF SUNRISE LLC, GOLD COAST MOTORS AUTOMOTIVE GROUP LLC, GOLD COAST MOTORS OF LIC LLC, GOLD COAST MOTORS OF ROSLYN LLC, GOLD COAST MOTORS OF SMITHTOWN LLC, UEA PREMIER MOTORS CORP., DLA CAPITAL PARTNERS INC., JONES, LITTLE & CO., CPA'S LLP, FLUSHING BANK, and LIBERTAS FUNDING LLC,

                            Defendants.
------------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that, upon the Declaration of Jamie S. Felsen, Esq. and Milman Labuda Law Group PLLC's Memorandum of Law in Support of Its Motion to Withdraw As Counsel, Milman Labuda Law Group PLLC will move this Court, before the Honorable James M.

1

Wicks, U.S.M.J. at the United States Courthouse, Eastern District of New York, 100 Federal Plaza, Courtroom 1020 Central Islip, New York 11722, on a date and time to be designated by the Court or as soon thereafter as the parties may be heard, for an order relieving Milman Labuda Law Group PLLC as counsel for Plaintiffs SUPERB MOTORS INC., TEAM AUTO SALES LLC, and ROBERT ANTHONY URRUTIA, and for such other and further relief as the Court may deem just and proper

**PLEASE TAKE FURTHER NOTICE** that pursuant to this Court's March 25, 2025 Order, answering papers, if any, are required to be filed on or before April 4, 2025.

Dated: March 25, 2025

**MILMAN LABUDA LAW GROUP PLLC**

By: /s/ Jamie S. Felsen
3000 Marcus Avenue, Suite 3W8
Lake Success, New York 11042
Tel: (516) 328-8899
Fax: (516) 328-0082