UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SUPERB MOTORS INC., TEAM AUTO SALES
LLC, ROBERT ANTHONY URRUTIA, 189
SUNRISE HWY AUTO LLC, NORTHSHORE
MOTOR LEASING, LLC, BRIAN CHABRIER,
individually and derivatively as a member of
NORTHSHORE MOTOR LEASING, LLC, JOSHUA
AARONSON, individually and derivatively as a
member of 189 SUNRISE HWY AUTO, LLC, JORY
BARON, 1581 HYLAN BLVD AUTO LLC, 1580
HYLAN BLVD AUTO LLC, 1591 HYLAN BLVD
AUTO LLC, 1632 HYLAN BLVD AUTO LLC, 1239
HYLAN BLVD AUTO LLC, 2519 HYLAN BLVD
AUTO LLC, 76 FISK STREET REALTY LLC, 446
ROUTE 23 AUTO LLC and ISLAND AUTO
MANAGEMENT, LLC,

Case No.: 2:23-cv-6188 (JMW)

DECLARATION OF SERVICE

Plaintiffs,

-against-

ANTHONY DEO, SARAH DEO, HARRY
THOMASSON, DWIGHT BLANKENSHIP, MARC
MERCKLING, MICHAEL LAURIE, THOMAS
JONES, CPA, CAR BUYERS NYC INC., GOLD
COAST CARS OF SYOSSET LLC, GOLD COAST
CARS OF SUNRISE LLC, GOLD COAST MOTORS
AUTOMOTIVE GROUP LLC, GOLD COAST
MOTORS OF LIC LLC, GOLD COAST MOTORS
OF ROSLYN LLC, GOLD COAST MOTORS OF
SMITHTOWN LLC, UEA PREMIER MOTORS
CORP., DLA CAPITAL PARTNERS INC., JONES,
LITTLE & CO., CPA'S LLP,  FLUSHING BANK, and
LIBERTAS FUNDING LLC,

Defendants.
------------------------------------------------------------------X

JAMIE S. FELSEN, ESQ., pursuant to 28 U.S.C. § 1746 and Local Civil Rule

1.10 of the United States District Court for the Eastern District of New York, declares as

follows:

1

1.      Your deponent is an attorney and counselor at law duly admitted to practice before the courts of the State of New York and before this Honorable Court.

2.      On March 25, 2025, I served Plaintiffs, SUPERB MOTORS INC., TEAM AUTO SALES LLC, ROBERT ANTHONY URRUTIA with (i) the Court's March 25, 2025 Text Order denying, without prejudice to renewal, Milman Labuda Law Group PLLC's motion to withdraw as counsel; and (ii) Milman Labuda Law Group PLLC's March 25, 2025 renewed motion to withdraw as counsel, including its notice of motion, the Declaration of Jamie S. Felsen, and Memorandum of Law, by sending same via e-mail, to Robert Anthony Urrutia, to tonyu814@gmail.com, the email address with which I regularly communicate with Mr. Urrutia.

Dated:  March 25, 2025
       Lake Success, New York

                                        /s/ Jamie S. Felsen, Esq.