

Cullen and Dykman LLP
The Omni Building
333 Earle Ovington Blvd, 2nd Floor
Uniondale, NY 11553
T: 516.357.3700
F: 516.357.3792

**Ariel E. Ronneburger**
Partner
Direct Dial: (516) 296-9182
aronneburger@cullenllp.com

March 25, 2025

**VIA ECF**
Honorable James M. Wicks, U.S.M.J.
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 1020
Central Islip, New York

      Re:    *Superb Motors Inc., et al. v. Anthony Deo, et al.*,
                Docket No: 2:23-cv-6188-JMW

Dear Judge Wicks:

      This firm represents defendant Flushing Bank in the above-referenced matter. We write to respectfully request that Flushing Bank be excused from attending the evidentiary hearing scheduled for April 25, 2025, on the Deo Defendants[1] motion for contempt and the Court's finding that the Superb Plaintiffs[2] are in civil contempt of the preliminary injunction previously entered by the Hon. Orelia E. Merchant (the "Injunction"). The Injunction applies to the Deo Defendants and the Superb Plaintiffs and involves issues surrounding vehicles in the possession of the Deo Defendants and Superb Plaintiffs. The Injunction does not involve or impact Flushing Bank.

      Flushing Bank does not take a position on the Deo Defendants' motion for contempt. Additionally, Flushing Bank was previously excused from attending settlement conferences and evidentiary hearings related to the Injunction. ECF Docket Nos. 41, 141, 151, and Order dated October 25, 2024. Accordingly, Flushing Bank respectfully requests that its counsel be excused from the appearance on April 25, 2025, as it relates solely to the Deo Defendants' motion for contempt.

---

[1] Defendants Anthony Deo, Sarah Deo, Harry Thomasson, Dwight Blankenship, Marc Merckling, Michael Laurie, Car Buyers NYC Inc., Gold Coast Cars of Syosset LLC, Gold Coast Cars of Sunrise LLC, Gold Coast Motors Automotive Group LLC, Gold Coast Motors of LIC LLC, Gold Coast Motors of Roslyn LLC, Gold Coast Motors of Smithtown LLC, and UEA Premier Motors Corp are collectively referred to as the "Deo Defendants."

[2] Plaintiffs Superb Motors, Inc, Team Auto Sales, LLC, and Robert Urrutia are collectively referred to as the "Superb Plaintiffs")



Thank you for your courtesies in this matter.

>Respectfully,
>
>*Ariel E. Ronneburger*
>
>Ariel E. Ronneburger

cc: All Counsel of Record

134.3154 21384387v1