

LAW OFFICES
WEIR LLP

A Pennsylvania Limited Liability Partnership

1330 Avenue Of The Americas, 23rd Floor
New York, New York 10019
WEIRLAWLLP.COM

Bonnie R. Golub  
Member of NY, PA and NJ Bars

Direct Dial (215) 241-7719  
E-mail: bgolub@wgpllp.com

March 28, 2025

*(VIA ECF)*
U.S. Magistrate Judge James M. Wicks
U.S. District Court, Eastern District of New York
100 Federal Plaza, Courtroom 1020
Central Islip, New York 11722

      Re:    Superb Motors Inc., et al. v, Anthony Deo, et al.
               Docket No.:   2:23-cv-6188

Dear Judge Wicks:

      This firm represents defendant Libertas Funding LLC ("Libertas") in the above referenced action. We respectfully request that Libertas be excused from attending the in-person oral argument set for April 25, 2025 and scheduled in connection with the Deo Defendants'[1] Motion for Contempt and this Court's Order holding the Superb Plaintiffs in contempt of that certain Order of the Court dated September 9, 2023 [Docket No. 55] issued by Judge Orelia E. Merchant (the "Injunction"). The Injunction applies specifically to the Deo Defendants and the Superb Plaintiffs[2], only, and involves issues surrounding the possession and whereabouts of certain "stored" vehicles.

      The Injunction does not directly involve or impact Libertas, and Libertas takes no position on the Motion. Please note that Libertas has previously been excused from attending conferences and hearings related to the Injunction. [Docket Nos. 141, 151.] Accordingly, Libertas again respectfully requests that its counsel be excused from appearing on April 25, 2025, as it relates to the Deo Defendants' Motion for Contempt.

---

[1]     The "Deo Defendants" include defendants: Anthony Deo, Sarah Deo, Harry Thomasson, Dwight Blankenship, Marc Merckling, Michael Laurie, Car Buyers NYC Inc., Gold Coast Cars of Syosset LLC, Gold Coast Cars of Sunrise LLC, Gold Coast Motors Automotive Group LLC, Gold Coast Motors of LIC LLC, Gold Coast Motors of Roslyn LLC, Gold Coast Motors of Smithtown LLC, and UEA Premier Motors Corp.

[2]     Plaintiffs, Superb Motors, Inc, Team Auto Sales, LLC, and Robert Urrutia are collectively referred to as the "Superb Plaintiffs."

March 28, 2025
Page **2** of **2**

      Counsel is available at the Court's convenience should Your Honor have any questions. Thank you in advance for your judicial courtesy.

                          Respectfully,

                          *Bonnie R. Golub*

                          Bonnie R. Golub

BRG/brg
cc:     All Counsel of Record (via ecf and email)
        David Epstein, Esquire (via email)

772039v1