**From:** Kendra Kernizant kendra.kernizant@teamauto.com
**Subject:** RE: Financial Statement
**Date:** May 2, 2023 at 10:26 AM
**To:** Thomas Jones tjones@jonesandlittle.com, anthony deo anthonyd@northshoremotors1.com

Good Morning Thomas

I just left my information with your receptionist. When would be the best time for me to reach out to you today?

And if you would like to respond to this email also telling me what information you will need, so that I can be prepared for our call.. Looking forward to speaking with you!

Sent from Mail for Windows

**From:** Thomas Jones
**Sent:** Monday, May 1, 2023 3:29 PM
**To:** anthony deo; Kendra Kernizant
**Subject:** RE: Financial Statement

Hi Kendra,
Please call me at the office number below so we can touch base on closing the month.
I am free after 4 pm today.
Thanks, and looking forward to working with you!
Tom


**Thomas Jones, CPA**
**Partner**
**Jones, Little & Co., CPA's LLP**
**86 West Main Street, STE 2**
**East Islip, NY 11730**
**Telephone: 631-277-8500**
**Fax: 631-277-8502**
**Cell: 516-971-0405**

www.jonesandlittle.com


Jones, Little & Co., CPA's LLP since 1989 with 3 offices in Suffolk County, New York – East Islip, Hampton Bays and Port Jefferson Station.
**CONFIDENTIALITY NOTICE:**
This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If the reader of the message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify us immediately by telephone at (631) 277-8500 and destroy this message.
Any advice in this communication is limited to the conclusions specifically set forth herein and is based on the completeness and accuracy of the stated facts, assumptions and/or representations included.  In rendering our advice, we may consider tax authorities that are subject to change, retroactively and/or prospectively, and any such changes could affect the validity of our advice.  We will not update our advice for subsequent changes or modifications to the laws and regulations, or to the judicial and administrative interpretations thereof.  The advice or other information in this documentation was prepared for the sole benefit of Jones, Little, & Co., CPAS, LLP's client and may not be relied upon by any other person or organization.  Jones, Little, & Co., CPAS, LLP

accepts no responsibility or liability in respect of this document to any person or organization other than Jones, Little & Co., CPAS, LLP client.

---

**From:** anthony deo <anthonyd@northshoremotors1.com>
**Sent:** Monday, May 1, 2023 3:26 PM
**To:** Kendra Kernizant <kendra.kernizant@teamauto.com>; Thomas Jones <tjones@jonesandlittle.com>
**Subject:** Financial Statement

Hi Kendra,

Pls meet my CPA, Thomas Jones. He is going to be working with you closely to get the Financial Statement done. Please give him all that he needs so that we can get this done correctly and effectively.