**NIADA** — 2023 Financial Statement — Dealership: Superb Motors — Period Ending: May 31, 2023

## ASSETS

| CURRENT ASSETS | ACCT NO | AMOUNT |
|---|---|---|
| CASH ON HAND | 1000 | 98,014 |
| CASH IN BANK | 1010-1015 | -361,940 |
| CONTRACTS IN TRANSIT | 1020 | 654,866 |
| CASH INVESTMENTS AND TIME DEPOSITS | 1030-1050 | - |
| TOTAL CASH AND EQUIVALENT (LINES 2-5) | | 390,940 |

| RECEIVABLES | > 60 DAYS | | |
|---|---|---|---|
| RETAIL VEHICLES | | 1100 | 414,950 |
| WHSLE & DLR TRANSFER | | 1110 | - |
| LEASE & RENTAL | | 1120 | - |
| FINANCE & INSURANCE | | 1130 | 88,747 |
| CUSTOMER NOTES | | 1140 | - |
| SERVICE, PARTS & BODY ACCOUNTS | | 1150 | 287,225 |
| SERVICE CONTRACT CLAIMS | | 1160 | - |
| ALLOWANCE FOR DOUBTFUL ACCOUNTS | | 1170 | - |
| TRADE RECEIVABLES - AFFILIATES | | 1360 | - |
| OTHER RECEIVABLES | | 1370 | 367,334 |
| TOTAL RECEIVABLES (LINES 8-17) | | | 1,158,256 |

| INVENTORIES | UNITS | > 60 DAYS | ACCT | AMOUNT |
|---|---|---|---|---|
| DEMONSTRATORS | - | - | 1380 | - |
| OTHER AUTOMOTIVE | - | - | 1440 | - |
| USED CARS | - | - | 1450 | 5,045,758 |
| USED TRUCKS | - | - | 1470 | - |
| REMARKETED VEHICLES | - | - | 1490 | - |
| PARTS & ACCESSORIES | | | 1500 | 454 |
| OTHER INVENTORY | | | 1520-1570 | - |
| ALLOWANCE - PARTS INVENTORY ADJUSTMENT | | | 1580 | - |
| LIFO RESERVE - USED VEHICLES | | | 1590 | - |
| LIFO RESERVE - PARTS & ACCESSORIES | | | 1600 | - |
| TOTAL INVENTORIES (LINES 21-30) | | | | 5,046,212 |

| PREPAID EXPENSES | ACCT | AMOUNT |
|---|---|---|
| PREPAID ADVERTISING | 1610 | -3,453 |
| PREPAID TAXES | 1620 | 9,000 |
| PREPAID RENT | 1630 | - |
| PREPAID INSURANCE | 1640 | - |
| PREPAID OTHER | 1680 | - |
| TOTAL PREPAID EXPENSE (LINES 33-37) | | 5,547 |
| OTHER CURRENT ASSETS | 1670 | - |
| TOTAL CURRENT ASSETS (LINES 6+18+31+38+39) | | 6,600,955 |

| LEASE AND RENTAL VEHICLES | UNITS | ACCT | | |
|---|---|---|---|---|
| LEASE VEHICLES - NET | - | 1680-1690 | | - |
| RENTAL VEHICLES - NET | - | 1700-1710 | | - |
| DRIVER TRAINING VEHICLES - NET | - | 1720-1730 | | - |
| TOTAL LEASE & RENTAL VEHICLES (LINES 42 THRU 44) | | | | - |

| FIXED ASSETS | ACCOUNT NAME | ACCT NO. | COST | ACCUMULATED DEPRECIATION | AMOUNT |
|---|---|---|---|---|---|
| | LAND & IMPROVEMENTS | 1750/1760 | - | | - |
| | BUILDINGS & IMPROVEMENTS | 1770/1780 | - | | - |
| | MACHINERY & SHOP EQMT | 1790/1800 | - | | - |
| | PARTS & ACC EQUIPMENT | 1810/1820 | - | | - |
| | FURN, FIXTURES & SIGNS | 1830/1840 | 48,437 | 4,662 | 43,775 |
| | COMPANY VEHICLES | 1850/1860 | - | - | - |
| | LSEHOLDS & IMPROVEMENTS | 1870/1880 | 125,062 | 10,926 | 114,136 |
| | OTHER FIXED ASSETS | 1890 | | | - |
| NET TOTAL FIXED ASSETS (LINES 47-54) | | | | | 157,911 |

| OTHER ASSETS | ACCT | AMOUNT |
|---|---|---|
| LIFE INSURANCE - CASH VALUE | 1900 | - |
| NOTES & RECEIVABLES - OFFICERS & OWNERS | 1910 | 1,000 |
| INVESTMENTS IN AFFILIATED COMPANIES | 1920 | - |
| ADVANCES - AFFILIATED PARTIES | 1930 | - |
| ADVANCES - OTHER PARTIES | 1940 | - |
| NOTES & RECEIVABLES - OTHER | 1950 | - |
| FINANCE RECEIVABLES - DEFERRED | 1960 | - |
| OTHER INVESTMENTS & MISC. ASSETS | 1970 | - |
| DEPOSITS ON CONTRACTS | 1980 | 31,610 |
| OTHER ASSETS | 1990 | 618,809 |
| TOTAL OTHER ASSETS (LINES 57-66) | | 651,419 |
| TOTAL ASSETS (LINES 40+45+55+57) | | 7,410,285 |

## LIABILITIES AND NET WORTH

| CURRENT LIABILITIES | ACCT NO. | AMOUNT |
|---|---|---|
| ACCOUNTS PAYABLE | 2000 | 1,513,877 |
| CUSTOMER DEPOSITS | 2010 | - |
| CUSTOMER ACCOMMODATIONS | 2020 | - |
| LICENSE & REGISTRATION FEES | 2030 | 67,940 |
| VEHICLE PROTECTION & ESC PAYABLE | 2040 | 56,144 |
| VEHICLE LIEN PAYABLE | 2050 | 51,013 |
| OTHER ACCOUNTS PAYABLE | 2060 | 63,940 |
| TOTAL ACCOUNTS PAYABLE (LINES 2-8) | | 1,752,914 |

| CURRENT NOTES PAYABLE | ACCT | AMOUNT |
|---|---|---|
| NOTES PAYABLE - USED VEHICLES | 2110 | 4,455,751 |
| NOTES PAYABLE - LEASE & RENTAL VEHICLES | 2120 | - |
| CURRENT PORTION - LONG TERM DEBT | 2130 | - |
| OTHER | 2140 | 657,468 |
| TOTAL CURRENT NOTES PAYABLE (LINES 11-14) | | 5,113,219 |

| ACCRUED LIABILITIES | ACCT | AMOUNT |
|---|---|---|
| INTEREST PAYABLE | 2200 | 19,523 |
| SALARIES, WAGES & COMMISSIONS PAYABLE | 2210 | 151,880 |
| INSURANCE PAYABLE | 2220 | - |
| PAYROLL TAXES PAYABLE | 2230 | - |
| SALES TAXES PAYABLE | 2240 | 129,925 |
| INCOME TAXES PAYABLE | 2250 | 3,000 |
| OTHER TAXES PAYABLE | 2260 | 157,810 |
| EMPLOYEE BONUSES PAYABLE | 2270 | - |
| OWNERS BONUSES PAYABLE | 2280 | - |
| PENSION FUND/PROFIT SHARING PAYABLE | 2290 | - |
| OTHER PAYABLES | 2300 | 669 |
| RESERVE FOR REPO, F&I & SVC CONTRACT LOSSES | 2310 | - |
| OTHER RESERVES | 2320 | 965 |
| TOTAL ACCRUED LIABILITIES (LINES 17-29) | | 463,772 |

| WORKING CAPITAL | | |
|---|---|---|
| GUIDE-$ | | - |
| ACTUAL-$ | | -728,950 |
| (ASSET LINE 40 MINUS LIABILITY LINES 9 + 15 + 30) | | |

| OTHER LIABILITIES | ACCT | AMOUNT |
|---|---|---|
| LONG TERM DEBT | 2400 | - |
| NOTES PAYABLE - OWNERS/OFFICERS | 2410 | - |
| NOTES PAYABLE - AFFILIATED COMPANIES | 2420 | - |
| MORTGAGES PAYABLE - REAL ESTATE | 2430 | - |
| DEFERRED INCOME TAX | 2440 | - |
| OTHER LIABILITIES | 2450 | 358,536 |
| TOTAL OTHER LIABILITIES (LINES 35-40) | | 358,536 |
| TOTAL LIABILITIES (LINES 9+15+30+41) | | 7,688,441 |

| NET WORTH | ACCT | AMOUNT |
|---|---|---|
| CAPITAL STOCK | 2500 | 1,000 |
| ADDITIONAL PAID IN CAPITAL | 2510 | 629 |
| RETAINED EARNINGS | 2520 | -186,680 |
| DIVIDENDS | 2540 | - |
| INVESTMENTS (PROPRIETOR OR PARTNERS) | 2550 | - |
| WITHDRAWALS / DRAWINGS | 2580 | - |

UNITS PLACED IN SERVICE DURING CURRENT MONTH — CURRENT EARNINGS BEFORE TAXES

### RETAIL UNIT SALES (FROM PG 2)

| MONTH | CARS | TRUCKS | OTHER | TOTAL | AMOUNT |
|---|---|---|---|---|---|
| JANUARY | 31 | - | - | 31 | -71,677 |
| FEBRUARY | 55 | - | - | 55 | -34,523 |
| MARCH | 56 | - | - | 56 | -84,730 |
| APRIL | 55 | - | - | 55 | 27,839 |
| MAY | 55 | - | - | 55 | 69,986 |
| JUNE | - | - | - | - | - |
| JULY | - | - | - | - | - |
| AUGUST | - | - | - | - | - |
| SEPTEMBER | - | - | - | - | - |
| OCTOBER | - | - | - | - | - |
| NOVEMBER | - | - | - | - | - |
| DECEMBER | - | - | - | - | - |
| UNIT TOTALS | 252 | - | - | 252 | |
| NET EARNINGS (LINE 53-64) | | | | | -93,105 |
| TOTAL NET WORTH (LINES 44 THRU 49 + 66) | | | | | -278,156 |
| TOTAL LIABILITIES AND NET WORTH (LINES 42 + 67) | | | | | 7,410,285 |

Jones000071

**NIADA** — 2023 Financial Statement — Dealership: Superb Motors — Period Ending: May 31, 2023

| LINE NO. | MONTH-TO-DATE SALES | GROSS PROFIT | UNITS | PER UNIT | DEPARTMENTAL GROSS PROFIT ANALYSIS ACCOUNT NAME | ACCT NO. | YEAR-TO-DATE SALES | GROSS PROFIT | UNITS | PER UNIT | LINE NO. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1,002,181 | 141,260 | 55 | 2,568 | USED CAR RETAIL | 3500 | 7,831,935 | 191,022 | 252 | 758 | 1 |
| 2 | | | | | USED CAR RECONDITIONING | 4510 | | | | | 2 |
| 3 | 18,877 | -11,777 | 3 | -3,926 | USED CAR WHOLESALE SALES | 3520 | 1,668,010 | 22,497 | 76 | 296 | 3 |
| 4 | | | | | USED CAR INVENTORY ADJUSTMENTS | 4530 | | | | | 4 |
| 5 | | | | | USED TRUCK RETAIL | 3540 | | | | | 5 |
| 6 | | | | | USED TRUCK RECONDITIONING | 4550 | | | | | 6 |
| 7 | | | | | USED TRUCK WHOLESALE SALES | 3560 | | | | | 7 |
| 8 | | | | | USED TRUCK INVENTORY ADJUSTMENTS | 4570 | | | | | 8 |
| 9 | | | | | REMARKETED RETAIL CAR SALES | 3580 | | | | | 9 |
| 10 | | | | | REMARKETED WHOLESALE CAR SALES | 3590 | | | | | 10 |
| 11 | | | | | REMARKETED RETAIL TRUCK SALES | 3600 | | | | | 11 |
| 12 | | | | | REMARKETED WHOLESALE TRUCK SALES | 3610 | | | | | 12 |
| 13 | | | | | USED VEHICLE REPOSSESSION LOSSES | 4620 | | | | | 13 |
| 14 | | | | | AFTERMARKET MERCHANDISE SALES | 3630 | | | | | 14 |
| 15 | | | | | LIFO ADJUSTMENTS - USED VEHICLES | 4640 | | | | | 15 |
| 16 | 1,021,058 | 129,483 | 55 | 2,354 | TOTAL USED VEHICLE DEPARTMENT | | 9,499,945 | 213,519 | 252 | 847 | 16 |
| 17 | | 62,614 | 28 | 2,236 | USED VEH. FINANCE INCOME | 3700 | | 359,174 | 217 | 1,655 | 17 |
| 18 | | | | | USED VEH. FINANCE CHARGEBACKS | 4710 | | 3,330 | 1 | 3,330 | 18 |
| 19 | | | | | USED VEH. INSURANCE INCOME | 3720 | | | | | 19 |
| 20 | | | | | USED VEH. INSURANCE CHARGEBACKS | 4730 | | -535 | 1 | -535 | 20 |
| 21 | | 61,557 | 28 | 2,198 | USED VEH. SERVICE CONTRACT INCOME | 3740 | | 401,186 | 178 | 2,254 | 21 |
| 22 | | | | | USED VEH. SERVICE CONT. CHARGEBACKS | 4750 | | 24,181 | | | 22 |
| 23 | | 124,171 | | | TOTAL FINANCE AND INSURANCE | | | 733,384 | | | 23 |
| 24 | 1,021,058 | 253,654 | | | TOTAL VEHICLE AND F&I DEPTS. | | 9,499,945 | 946,903 | | | 24 |
| 25 | | | | | | | | | | | 25 |
| 26 | | | R.O. | SALES/R.O. | FIXED OPERATIONS ANALYSIS | | | | R.O. | SALES/R.O. | 26 |
| 27 | | | | | CUSTOMER LABOR SALES - MECHANICAL | 5000 | | | | | 27 |
| 28 | | | | | SERVICE CONTRACT LABOR SALES | 5020 | | | | | 28 |
| 29 | | | | | INTERNAL LABOR SALES | 5080 | | | | | 29 |
| 30 | | | | | SUBLET REPAIR SALES | 5100 | | | | | 30 |
| 31 | | | | | UNAPPLIED LABOR | 5110 | | | | | 31 |
| 32 | | | | | TOTAL SERVICE DEPARTMENT | | | | | | 32 |
| 33 | | | | G.P.% | | | | | | G.P.% | 33 |
| 34 | | | | | PARTS SALES - MECHANICAL R.O. | 5200 | | | | | 34 |
| 35 | | | | | PARTS SALES - SERVICE CONTRACT R.O. | 5220 | | | | | 35 |
| 36 | | | | | PARTS SALES - INTERNAL R.O. | 5260 | | | | | 36 |
| 37 | | | | | SALES - GAS, OIL & GREASE | 5280 | | | | | 37 |
| 38 | | | | | PARTS SALES BODY SHOP | 5290 | | | | | 38 |
| 39 | | | | | PARTS SALES - COUNTER RETAIL | 5310 | | | | | 39 |
| 40 | | | | | PARTS SALES - WHOLESALE | 5330 | | | | | 40 |
| 41 | | | | | PURCHASE DISCOUNTS AND ALLOWANCES | 6350 | | | | | 41 |
| 42 | | | | | PARTS INVENTORY ADJUSTMENTS | 6370 | | | | | 42 |
| 43 | | | | | LIFO ADJUSTMENTS - PARTS INVENTORY | 6385 | | | | | 43 |
| 44 | | | | | TOTAL PARTS DEPARTMENT | | | | | | 44 |
| 45 | | | | | BODY SHOP - CUSTOMER LABOR SALES | 5400 | | | | | 45 |
| 46 | | | | | BODY SHOP - INTERNAL LABOR SALES | 5430 | | | | | 46 |
| 47 | | | | | BODY SHOP - SUBLET LABOR SALES | 5440 | | | | | 47 |
| 48 | | | | | PAINT & BODY SHOP MATERIAL SALES | 5450 | | | | | 48 |
| 49 | | | | | UNAPPLIED LABOR | 6450 | | | | | 49 |
| 50 | | | | | TOTAL BODY SHOP DEPARTMENT | | | | | | 50 |
| 51 | | | | | TOTAL PARTS, SERVICE & BODY SHOP | | | | | | 51 |
| 52 | 1,021,058 | 253,654 | | | TOTAL DEALERSHIP GROSS | | 9,499,945 | 946,903 | | | 52 |

DEALERSHIP OPERATIONS TREND ANALYSIS

| Line | Month | TOTAL VEHICLE / F&I GROSS | TOTAL SERVICE GROSS | TOTAL PARTS GROSS | TOTAL BODY SHOP GROSS | TOTAL DEPT. GROSS | TOTAL DEALERSHIP EXPENSES | TOTAL OPERATING PROFIT | OTHER INCOME (EXPENSE) | TOTAL PROFIT (LOSS) BEFORE BONUS | Line |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 57 | JANUARY | 158,836 | | | | 158,836 | 223,979 | -65,143 | -6,534 | -71,677 | 57 |
| 58 | FEBRUARY | 158,431 | | | | 158,431 | 304,371 | -145,940 | 111,417 | -34,523 | 58 |
| 59 | MARCH | 129,634 | | | | 129,634 | 293,517 | -163,883 | 79,153 | -84,730 | 59 |
| 60 | APRIL | 246,347 | | | | 246,347 | 257,943 | -11,597 | 39,436 | 27,839 | 60 |
| 61 | MAY | 253,654 | | | | 253,654 | 184,843 | 68,811 | 1,175 | 69,986 | 61 |
| 62 | JUNE | | | | | | | | | | 62 |
| 63 | JULY | | | | | | | | | | 63 |
| 64 | AUGUST | | | | | | | | | | 64 |
| 65 | SEPTEMBER | | | | | | | | | | 65 |
| 66 | OCTOBER | | | | | | | | | | 66 |
| 67 | NOVEMBER | | | | | | | | | | 67 |
| 68 | DECEMBER | | | | | | | | | | 68 |
| 69 | YTD TOTAL | 946,902 | | | | 946,902 | 1,264,653 | -317,752 | 224,647 | -93,105 | 69 |

Jones000077

**NIADA**

2023 Financial Statement — Dealership: Superb Motors — Period Ending: May 31, 2023

| LINE NO. | | ACCOUNT NO. | TOTAL DEALERSHIP MTD | % G.P. | YTD | % G.P. | USED VEHICLE DEPARTMENT MONTH | YTD | LINE NO. |
|---|---|---|---|---|---|---|---|---|---|
| 1 | TOTAL DEALERSHIP GROSS PROFIT (PAGE 2 - LINE 49) | | 253,654 | | 946,903 | | 253,654 | 946,903 | 1 |
| 2 | ADVERTISING | 8000 | 11,312 | 4.46% | 117,653 | 12.43% | 11,312 | 117,653 | 2 |
| 3 | SALES PROMOTION | 8010 | - | | - | | | | 3 |
| 4 | SALESPERSON COMPENSATION & INCENTIVES | 8020 | 16,845 | 6.64% | 177,519 | 18.75% | 16,845 | 177,519 | 4 |
| 5 | FINANCE & INSURANCE COMPENSATION | 8040 | 14,417 | 5.68% | 75,232 | 7.95% | 14,417 | 75,232 | 5 |
| 6 | FLOOR PLAN INTEREST | 8050 | 30,410 | 11.99% | 187,737 | 19.83% | 30,410 | 187,737 | 6 |
| 7 | DELIVERY EXPENSE | 8060 | 21,819 | 8.60% | 41,931 | 4.43% | 21,819 | 41,406 | 7 |
| 8 | POLICY EXPENSE | 8070 | - | - | 7,562 | 0.80% | - | 7,562 | 8 |
| 9 | COMPENSATION - OWNERS | 8080 | - | - | 20,000 | 2.11% | - | 20,000 | 9 |
| 10 | COMPENSATION - SUPERVISORS | 8090 | 12,800 | 5.05% | 107,171 | 11.32% | 12,800 | 107,171 | 10 |
| 11 | COMPENSATION - CLERICAL | 8100 | 10,376 | 4.09% | 58,961 | 6.23% | 10,376 | 58,961 | 11 |
| 12 | COMPENSATION - OTHER | 8110 | 7,891 | 3.11% | 58,553 | 6.18% | 7,891 | 58,553 | 12 |
| 13 | LEAVE - VACATION, SICK & HOLIDAY | 8120 | - | | - | | - | - | 13 |
| 14 | PAYROLL TAXES | 8130 | 4,225 | 1.67% | 47,927 | 5.06% | 4,225 | 47,927 | 14 |
| 15 | TRAINING EXPENSE | 8140 | | | | | | | 15 |
| 16 | UNIFORMS & LAUNDRY | 8150 | - | | - | | - | - | 16 |
| 17 | EMPLOYEE BENEFITS | 8160 | 680 | 0.27% | 5,218 | 0.55% | 680 | 5,218 | 17 |
| 18 | WORKER'S COMPENSATION | 8170 | 781 | 0.31% | 7,661 | 0.81% | 781 | 7,661 | 18 |
| 19 | PENSION & PROFIT SHARING | 8180 | | | | | | | 19 |
| 20 | COMPANY VEHICLE & DEMONSTRATOR EXPENSE | 8190 | - | - | 2,570 | 0.27% | - | 2,570 | 20 |
| 21 | OFFICE SUPPLIES & STATIONERY | 8200 | 196 | 0.08% | 3,648 | 0.39% | 196 | 3,648 | 21 |
| 22 | SMALL TOOLS & OTHER SUPPLIES | 8210 | 2,000 | 0.79% | 5,660 | 0.60% | 2,000 | 5,660 | 22 |
| 23 | REPAIRS & MAINTENANCE - EQUIPMENT | 8220 | | | | | | | 23 |
| 24 | DEPRECIATION - EQUIPMENT | 8230 | | | | | | | 24 |
| 25 | EQUIPMENT RENTAL | 8240 | - | - | 162 | 0.02% | - | 162 | 25 |
| 26 | BAD DEBTS | 8250 | | | | | | | 26 |
| 27 | BAD DEBTS RECOVERED | 8260 | | | | | | | 27 |
| 28 | DATA PROCESSING | 8270 | 13,425 | 5.29% | 76,803 | 8.11% | 13,425 | 76,803 | 28 |
| 29 | CREDIT COMPANY SERVICE FEES | 8280 | | | | | | | 29 |
| 30 | TRAVEL - LODGING & TRANSPORTATION | 8290 | | | | | | | 30 |
| 31 | MEALS & ENTERTAINMENT | 8300 | | | | | | | 31 |
| 32 | MEMBERSHIP, DUES & PUBLICATIONS | 8310 | 50 | 0.02% | 363 | 0.04% | 50 | 363 | 32 |
| 33 | POSTAGE | 8320 | 474 | 0.19% | 2,135 | 0.23% | 474 | 2,135 | 33 |
| 34 | FREIGHT | 8330 | | | | | | | 34 |
| 35 | CONTRIBUTIONS | 8340 | | | | | | | 35 |
| 36 | LEGAL & ACCOUNTING SERVICES | 8350 | 1,888 | 0.74% | 8,802 | 0.93% | 1,888 | 8,802 | 36 |
| 37 | TELEPHONE | 8360 | 427 | 0.17% | 2,121 | 0.22% | 427 | 2,121 | 37 |
| 38 | OUTSIDE SERVICES | 8370 | -5,566 | -2.19% | 33,548 | 3.54% | -5,566 | 33,548 | 38 |
| 39 | BANK FEES | 8380 | 1,144 | 0.45% | 8,693 | 0.92% | 1,144 | 8,693 | 39 |
| 40 | INSURANCE - OTHER | 8390 | 1,164 | 0.46% | 12,458 | 1.32% | 1,164 | 12,458 | 40 |
| 41 | TAXES - OTHER | 8400 | -104 | -0.04% | -104 | -0.01% | -104 | -104 | 41 |
| 42 | MISCELLANEOUS EXPENSE | 8410 | | | | | | | 42 |
| 43 | RENT | 8420 | 31,000 | 12.22% | 155,000 | 16.37% | 31,000 | 155,000 | 43 |
| 44 | AMORTIZATION - LEASEHOLDS & IMPROVEMENTS | 8430 | | | | | | | 44 |
| 45 | REPAIRS & MAINTENANCE - REAL ESTATE | 8440 | - | - | 500 | 0.05% | - | 500 | 45 |
| 46 | DEPRECIATION - BUILDINGS & EQUIPMENT | 8450 | | | | | | | 46 |
| 47 | TAXES - REAL ESTATE | 8460 | 4,378 | 1.73% | 21,888 | 2.31% | 4,378 | 21,888 | 47 |
| 48 | INSURANCE - BUILDINGS & IMPROVEMENTS | 8470 | | | | | | | 48 |
| 49 | INTEREST - MORTGAGE | 8480 | | | | | | | 49 |
| 50 | UTILITIES | 8490 | 2,811 | 1.11% | 17,283 | 1.83% | 2,811 | 17,283 | 50 |
| 51 | TOTAL EXPENSES | | 184,843 | 72.87% | 1,264,655 | 133.56% | 184,843 | 1,264,130 | 51 |
| 52 | OPERATING PROFIT (LOSS) | | 68,811 | 27.13% | -317,752 | -33.56% | 68,811 | -317,227 | 52 |
| 53 | NET ADJUSTMENTS TO INCOME | | 1,175 | 0.46% | 224,647 | 23.72% | | | 53 |
| 54 | NET PROFIT (LOSS) BEFORE BONUS | | 69,986 | 27.59% | -93,105 | -9.83% | | | 54 |
| 55 | BONUSES - EMPLOYEES | 8500 | | | | | | | 55 |
| 56 | BONUSES - OWNERS | 8510 | | | | | | | 56 |
| 57 | NET PROFIT (LOSS) BEFORE TAXES | | 69,986 | 27.59% | -93,105 | -9.83% | | | 57 |
| 58 | ESTIMATED INCOME TAX | 8520 | | | | | | | 58 |
| 59 | NET PROFIT (LOSS) AFTER TAXES | | 69,986 | 27.59% | -93,105 | -9.83% | | | 59 |

Jones000078

**NIADA**  2023 Financial Statement    Dealership: Superb Motors    Period Ending: May 31, 2023

| LINE NO. | | ACCOUNT NO. | SERVICE DEPARTMENT | | PARTS DEPARTMENT | | BODY SHOP DEPARTMENT | | LINE NO. |
|---|---|---|---|---|---|---|---|---|---|
| | | | MTD | YTD | MTD | YTD | MTD | YTD | |
| 1 | TOTAL DEALERSHIP GROSS PROFIT (PAGE 2 - LINE 49) | | - | - | - | - | - | - | 1 |
| 2 | ADVERTISING | 8000 | - | - | - | - | - | - | 2 |
| 3 | SALES PROMOTION | 8010 | - | - | - | - | - | - | 3 |
| 4 | SALESPERSON COMPENSATION & INCENTIVES | 8020 | - | - | - | - | - | - | 4 |
| 5 | FINANCE & INSURANCE COMPENSATION | 8040 | - | - | - | - | - | - | 5 |
| 6 | FLOOR PLAN INTEREST | 8050 | - | - | - | - | - | - | 6 |
| 7 | DELIVERY EXPENSE | 8060 | - | 525 | - | - | - | - | 7 |
| 8 | POLICY EXPENSE | 8070 | - | - | - | - | - | - | 8 |
| 9 | COMPENSATION - OWNERS | 8080 | - | - | - | - | - | - | 9 |
| 10 | COMPENSATION - SUPERVISORS | 8090 | - | - | - | - | - | - | 10 |
| 11 | COMPENSATION - CLERICAL | 8100 | - | - | - | - | - | - | 11 |
| 12 | COMPENSATION - OTHER | 8110 | - | - | - | - | - | - | 12 |
| 13 | LEAVE - VACATION, SICK & HOLIDAY | 8120 | - | - | - | - | - | - | 13 |
| 14 | PAYROLL TAXES | 8130 | - | - | - | - | - | - | 14 |
| 15 | TRAINING EXPENSE | 8140 | - | - | - | - | - | - | 15 |
| 16 | UNIFORMS & LAUNDRY | 8150 | - | - | - | - | - | - | 16 |
| 17 | EMPLOYEE BENEFITS | 8160 | - | - | - | - | - | - | 17 |
| 18 | WORKER'S COMPENSATION | 8170 | - | - | - | - | - | - | 18 |
| 19 | PENSION & PROFIT SHARING | 8180 | - | - | - | - | - | - | 19 |
| 20 | COMPANY VEHICLE & DEMONSTRATOR EXPENSE | 8190 | - | - | - | - | - | - | 20 |
| 21 | OFFICE SUPPLIES & STATIONERY | 8200 | - | - | - | - | - | - | 21 |
| 22 | SMALL TOOLS & OTHER SUPPLIES | 8210 | - | - | - | - | - | - | 22 |
| 23 | REPAIRS & MAINTENANCE - EQUIPMENT | 8220 | - | - | - | - | - | - | 23 |
| 24 | DEPRECIATION - EQUIPMENT | 8230 | - | - | - | - | - | - | 24 |
| 25 | EQUIPMENT RENTAL | 8240 | - | - | - | - | - | - | 25 |
| 26 | BAD DEBTS | 8250 | - | - | - | - | - | - | 26 |
| 27 | BAD DEBTS RECOVERED | 8260 | - | - | - | - | - | - | 27 |
| 28 | DATA PROCESSING | 8270 | - | - | - | - | - | - | 28 |
| 29 | CREDIT COMPANY SERVICE FEES | 8280 | - | - | - | - | - | - | 29 |
| 30 | TRAVEL - LODGING & TRANSPORTATION | 8290 | - | - | - | - | - | - | 30 |
| 31 | MEALS & ENTERTAINMENT | 8300 | - | - | - | - | - | - | 31 |
| 32 | MEMBERSHIP, DUES & PUBLICATIONS | 8310 | - | - | - | - | - | - | 32 |
| 33 | POSTAGE | 8320 | - | - | - | - | - | - | 33 |
| 34 | FREIGHT | 8330 | - | - | - | - | - | - | 34 |
| 35 | CONTRIBUTIONS | 8340 | - | - | - | - | - | - | 35 |
| 36 | LEGAL & ACCOUNTING SERVICES | 8350 | - | - | - | - | - | - | 36 |
| 37 | TELEPHONE | 8360 | - | - | - | - | - | - | 37 |
| 38 | OUTSIDE SERVICES | 8370 | - | - | - | - | - | - | 38 |
| 39 | BANK FEES | 8380 | - | - | - | - | - | - | 39 |
| 40 | INSURANCE - OTHER | 8390 | - | - | - | - | - | - | 40 |
| 41 | TAXES - OTHER | 8400 | - | - | - | - | - | - | 41 |
| 42 | MISCELLANEOUS EXPENSE | 8410 | - | - | - | - | - | - | 42 |
| 43 | RENT | 8420 | - | - | - | - | - | - | 43 |
| 44 | AMORTIZATION - LEASEHOLDS & IMPROVEMENTS | 8430 | - | - | - | - | - | - | 44 |
| 45 | REPAIRS & MAINTENANCE - REAL ESTATE | 8440 | - | - | - | - | - | - | 45 |
| 46 | DEPRECIATION - BUILDINGS & EQUIPMENT | 8450 | - | - | - | - | - | - | 46 |
| 47 | TAXES - REAL ESTATE | 8460 | - | - | - | - | - | - | 47 |
| 48 | INSURANCE - BUILDINGS & IMPROVEMENTS | 8470 | - | - | - | - | - | - | 48 |
| 49 | INTEREST - MORTGAGE | 8480 | - | - | - | - | - | - | 49 |
| 50 | UTILITIES | 8490 | - | - | - | - | - | - | 50 |
| 51 | TOTAL EXPENSES | | - | 525 | - | - | - | - | 51 |
| 52 | OPERATING PROFIT (LOSS) | | - | -525 | - | - | - | - | 52 |

| LINE NO. | ADJUSTMENTS TO INCOME | ACCT NO. | MONTH | YTD | PERSONAL EXPENSE ANALYSIS | | | LINE NO. |
|---|---|---|---|---|---|---|---|---|
| 60 | | | | | | | | 60 |
| 61 | CASH DISCOUNTS EARNED | 9020 | - | - | TOTAL PERSONNEL EXPENSE LINES | MONTH | YTD | 61 |
| 62 | CASH DISCOUNTS ALLOWED/GIVEN | 9030 | - | - | 4 + 9 + 10 + 11 + 12 + 13 + 14 + 17 + 18 | 53,598 | 483,010 | 62 |
| 63 | CAPITAL ASSETS, GAINS/LOSSES | 9040 | - | - | PERCENTAGE OF GROSS PROFIT | | | 63 |
| 64 | INTEREST INCOME | 9050 | - | - | | | | 64 |
| 65 | INTEREST EXPENSE | 9060 | - | - | | | | 65 |
| 66 | OTHER INCOME | 9070 | 1,175 | 224,647 | DEPARTMENT EMPLOYEES AND MANAGERS | | | 66 |
| 67 | LEASE, RENTAL & OTH VEH. INCOME/EXPENSE | 9100 | - | - | · SALES       · BODY SHOP | | | 67 |
| 68 | CASUALTY LOSSES | 9200 | - | - | · F&I          · LEASE/RENTAL/OTHER | | | 68 |
| 69 | OTHER EXPENSE | 9220 | - | - | · SERVICE     · OFFICE | | | 69 |
| 70 | NET ADJUSTMENTS TO INCOME | | 1,175 | 224,647 | · PARTS       · OWNERS | | | 70 |

Jones000079