**Thomas Jones**

**From:** anthony deo <anthonyd@northshoremotors1.com>
**Sent:** Wednesday, July 5, 2023 11:34 AM
**To:** Thomas Jones
**Subject:** Superb P&L

Hi Tom

Remember I asked about creating a P&L for Superb thru May 2023? Can I get this created ASAP to show the numbers below:

1. Superb Gross/Income ( Jan- May)
    a. Gross Sales : $13,400,000.00
    b. Net Income: $1,332,948.00
2.

Is this something we can do quickly PLEASEEEEEEE ⚫?



*Anthony Deo*



**NORTHSHORE MOTORS**

Chief Operating Officer.

180 Michael Drive

Syosset, NY 11791

www.NorthshoreMotors1.com

Ph.516.226.1400



1

Jones000271