## Thomas Jones

| | |
|---|---|
| **From:** | Thomas Jones |
| **Sent:** | Friday, July 7, 2023 1:58 PM |
| **To:** | anthony deo |
| **Subject:** | Superb Motors  May 31 , 2023 |
| **Attachments:** | 2023 P+L.xlsx; 2023 Balance Sheet.xlsx |

Hi Anthony,
Here are the May 2023 reports per the information you provided to me.
Tom


Thomas Jones, CPA
Partner
Jones, Little & Co., CPA's LLP
86 West Main Street, STE 2
East Islip, NY 11730
Telephone: 631-277-8500
Fax: 631-277-8502
Cell: 516-971-0405

www.jonesandlittle.com


Jones, Little & Co., CPA's LLP since 1989 with 3 offices in Suffolk County, New York – East Islip, Hampton Bays and Port Jefferson Station.

CONFIDENTIALITY NOTICE:
This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If the reader of the message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify us immediately by telephone at (631) 277-8500 and destroy this message.
Any advice in this communication is limited to the conclusions specifically set forth herein and is based on the completeness and accuracy of the stated facts, assumptions and/or representations included.  In rendering our advice, we may consider tax authorities that are subject to change, retroactively and/or prospectively, and any such changes could affect the validity of our advice.  We will not update our advice for subsequent changes or modifications to the laws and regulations, or to the judicial and administrative interpretations thereof.  The advice or other information in this documentation was prepared for the sole benefit of Jones, Little, & Co., CPAS, LLP's client and may not be relied upon by any other person or organization.  Jones, Little, & Co., CPAS, LLP accepts no responsibility or liability in respect of this document to any person or organization other than Jones, Little & Co., CPAS, LLP client.

Jones000272

Superb Motors Inc
Statement of Profit and Loss
January 1 through May 31, 2023

|  | Total |
|---|---:|
| SALES | $ 13,400,808 |
| COST OF GOODS SOLD | 10,806,587 |
| GROSS PROFIT | 2,594,221 |
| OPERATING EXPENSES |  |
|   Advertising | 117,653 |
|   Sales Compensation | 252,751 |
|   Supervision Compensation | 107,171 |
|   Clerical Compensation | 117,514 |
|   Officers Compensation | 20,000 |
|   Floor Plan Interest | 187,737 |
|   Delivery | 41,931 |
|   Policy | 7,562 |
|   Payroll Taxes | 47,927 |
|   Employee Benefits | 12,879 |
|   Data Processing | 76,803 |
|   Office Supplies | 3,648 |
|   Small Tools and Other Supplies | 5,660 |
|   Postage | 2,135 |
|   Professional Fees | 8,802 |
|   Telephone | 2,121 |
|   Outside Services | 33,548 |
|   Insurance | 12,458 |
|   Rent | 155,000 |
|   Real Estate Taxes | 21,888 |
|   Utilities | 17,283 |
|   Bank Fees | 8,802 |
|   Total Operating Expenses | 1,261,273 |
| NET INCOME | $ 1,332,948 |

Superb Motors Inc
Balance Sheet
May 31, 2023

## ASSETS

Current Assets
    Cash in Banks      $      286,477
    Contracts in Transit      154,866
    Vehicle Receivables      203,482
    Finance Reserves Receivable      88,747
    Inventory - Used Vehicles      5,045,758
    Prepaid Expenses      5,547

    Total Current Assets      5,784,877

Fixed Assets - Net      157,911

Other Assets
    Deposits on Contracts      31,610

    Total Assets      $      5,974,398

## LIABILITIES AND STOCKHOLDER'S EQUITY

Current Liabilities
    Accounts Payable      $      72,478
    Vehicle Loan Payable      51,013
    Interest Payable      19,523
    Accrued Compensation      157,810
    Sales Tax Payable      69,926
    Floor Plan Payable      4,455,751

    Total Current Liabilities      4,826,501

Stockholder's Equity
    Common Stock      1,000
    Additional Paid in Capital      629
    Accumulated Adjustment Account      1,146,268

Jones000274

| | |
|---|---:|
| Total Stockholder's Equity | 1,147,897 |
| Total Liabilities and Stockholder's Equity | $ 5,974,398 |

Jones000275