**From:** anthony deo <anthonyd@northshoremotors1.com>
**Sent:** Wednesday, June 14, 2023 7:43 AM
**To:** Thomas Jones <tjones@jonesandlittle.com>
**Subject:** Fwd: NMAC Audit Notes

HI Tom,

This is what Bruce sent to me after Nissan looked at all the stores. Not sure how to look at it.

Also, can you please HELP Kendra close out the statement today showing a profit. That is an absolute must.

Thank you Tom

Anthony Deo
**NORTHSHORE MOTORS**
**Chief Operating Officer.**
180 Michael Drive
Syosset, NY 11791
www.NorthshoreMotors1.com
Ph.516.226.1400

Admin
This electronic message, including any and all attachments hereto, is intended solely to be used by the individual or entity to which it is addressed. It may contain information which is privileged, confidential and otherwise exempt by law from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to its intended recipient, you are herewith notified that any dissemination, distribution, copying or retention of this communication or the information contained herein is strictly prohibited. If you have received this communication in error, please notify us by telephone immediately and permanently delete the original and any copy or printout thereof - Thank you.

> Begin forwarded message:
>
> **From:** Bruce Novicky <bruce@teamauto.com>
> **Subject: NMAC Audit Notes**
> **Date:** June 10, 2023 at 10:05:44 AM EDT
> **To:** An thony <anthonyd@northshoremotors1.com>

Jones000269