# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUPERB MOTOR, INC., *et. al*,<br><br>            Plaintiffs,<br><br>  -against-<br><br>ANTHONY DEO, *et. al*,<br><br>            Defendants. | Case No. 2:23-cv-6188 (JMW)<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that, upon the Declaration of Brian M. Levine, Esq. and Levine Singh, LLP's Memorandum of Law in Support, Levine Singh, LLP, will move this Court, before the Honorable James M. Wicks, U.S.M.J. at the United States Courthouse, Eastern District of New York, 100 Federal Plaza, Courtroom 1020, Central Islip, New York 11722, on April 24, 2025, at 9:30am or as soon thereafter as the parties may be heard, or at an earlier date and time as may be designated by the Court, and for which a subsequent notice shall be provided, for an order relieving Levine Singh, LLP as counsel for Defendants Anthony Deo, Sarah Deo, Harry Thomasson, Dwight Blankenship, Marc Merckling, Michael Laurie, Car Buyers NYC, Inc., Gold Coast Cars of Syosset, LLC., Gold Coast Cars of Sunrise, LLC., Gold Coast Motors Automotive Group, LLC, Gold Coast Motors of LIC, LLC., Gold Coast Motors of Roslyn, LLC., Gold Coast Motors of Smithtown, LLC., and UEA Premier Motors Corp (collectively, the "Deo Defendants"), and for such other and further relief as the Court may deem just and proper

Dated: Hicksville, New York
      April 9, 2025

                                                LEVINE SINGH, LLP
                              By:   /s/    Brian M. Levine
                                                Brian M. Levine, Esq.
                                                260 N. Broadway, Suite 2A
                                                Hicksville, New York 11801
                                                Tel. No.: (347) 732-4428
                                                Fax No.: (917) 477-2273