**LEVINE SINGH LLP**

Attorneys:
Brian M. Levine Esq.+
Manijt Singh, Esq.+
Rosanna Ruotolo Esq.+*^
Andrew V. Poznanski, Esq.+*

+ Admitted in NY
^ Admitted in NJ
* Of Counsel

April 9, 2025

**Via ECF**
United States District Court
Eastern District of New York
Attn: Hon. James M. Wicks, U.S.M.J.
100 Federal Plaza, Courtroom 1020
Central Islip, New York 11722

      Re:    Superb Motors, et. al. v. Deo, et. al.
             Case No.: 2:23-cv-6188 (JMW)

Dear Judge Wicks:

      The undersigned represents the Deo Defendants in the above-referenced matter. As Your Honor is likely aware, earlier today Levine Singh, LLP filed a motion seeking to withdraw as counsel of record for the Deo Defendants.

      We write to respectfully request that the current April 11, 2025 deadlines for the parties to: (a) file letter briefs on the issue of damages and remedies available to the Defendants for contempt (ECF No. 231); and (b) file opposition to Plaintiffs' motion for reconsideration (see April 4, 2025 Text-Only Order), be stayed pending the Court's determination of the motion to withdraw. We further respectfully request that the evidentiary hearing currently scheduled for April 25, 2025 (ECF No. 231) be adjourned to a later date, to be set following a decision on that motion.

      Proceeding with substantive briefing while the motion remains pending would impose precisely the kind of harm Levine Singh, LLP seeks relief from, and would also risk prejudice to the Deo Defendants and any successor counsel, should the motion be granted.

      No party will be prejudiced by a short stay of the April 11 deadlines, and such a stay would promote judicial efficiency by allowing the Court to first resolve the issue of ongoing representation.

      We thank the Court for its attention to this request.

                              Respectfully Submitted,
                              LEVINE SINGH, LLP

                              *s/ Brian M. Levine*
                              Brian M. Levine

260 N. Broadway, Suite #2A | P. (347) 732-4428 | P. (516) 597-4418 | F. (917) 477-2273 | www.levinesingh.com
Hicksville, New York 11801