IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUPERB MOTOR, INC., *et. al*,<br><br>          Plaintiffs,<br><br>    -against-<br><br>ANTHONY DEO, *et. al*,<br><br>          Defendants. | Case No. 2:23-cv-6188 (JMW)<br><br>**DECLARATION OF**<br>**<u>SERVICE</u>** |

  **Brian M. Levine, Esq.**, declares, pursuant to 28 U.S.C. § 1746 and Local Rule 1.9, under penalty of perjury, that the following is true and correct:

  1.  I am admitted to practice before this Court, and am a partner of Levine Singh, LLP.

  2.  On April 10, 2025, I served Defendants, Anthony Deo, Sarah Deo, Harry Thomasson, Dwight Blankenship, Marc Merckling, Michael Laurie, Car Buyers NYC, INC., Gold Coast Cars of Syosset, LLC., Gold Coast Cars of Sunrise, LLC., Gold Coast Motors Automotive Group, LLC., Gold Coast Motors Of LIC, LLC., Gold Coast Motors of Roslyn, LLC., Gold Coast Motors of Smithtown, LLC., and UEA Premier Motors Corp (the "Defendants" or "Deo Defendants") with the April 9, 2025 Text Only Order of the Magistrate Judge James M. Wicks, issued in connection with the Letter Motion to Stay filed under ECF 244, by sending same via email to:

- **Anthony Deo**, to anthonyd@northshoremotors1.com, the email address with which I regularly communicate with Mr. Deo;

- **Car Buyers NYC, Inc**, to anthonyd@northshoremotors1.com, the email address with which I regularly communicate with Car Buyers NYC, Inc;

- **Gold Coast Cars of Syosset, LLC**, to anthonyd@northshoremotors1.com, the email address with which I regularly communicate with Gold Coast Cars of Syosset, LLC;

- **Gold Coast Cars of Sunrise, LLC**, to anthonyd@northshoremotors1.com, the email address with which I regularly communicate with Gold Coast Cars of Sunrise,

LLC;

- **Gold Coast Motors Automotive Group, LLC,** to anthonyd@northshoremotors1.com, the email address with which I regularly communicate with Gold Coast Motors Automotive Group, LLC;

- **Gold Coast Motors Of LIC, LLC**, to anthonyd@northshoremotors1.com, the email address with which I regularly communicate with Gold Coast Motors Of LIC, LLC;

- **Gold Coast Motors of Roslyn, LLC**, to anthonyd@northshoremotors1.com, the email address with which I regularly communicate with Gold Coast Motors of Roslyn, LLC;

- 
  **Gold Coast Motors of Smithtown, LLC**, to anthonyd@northshoremotors1.com, the email address with which I regularly communicate with Gold Coast Motors of Smithtown, LLC;

- **UEA Premier Motors Corp**, to anthonyd@northshoremotors1.com, the email address with which I regularly communicate with UEA Premier Motors Corp;

- **Sarah Deo**, to sarad@northshoremotors1.com, the email address with which I regularly communicate with Mrs. Deo;

- **Harry Thomasson**, to hrtatty@verizon.net, the email address with which I regularly communicate with Mr. Thomasson;

- **Dwight Blankenship**, to deeg700@hotmail.com, the email address with which I regularly communicate with Mr. Blankenship,

- **Marc Merckling**, to merck2700@gmail.com, the email address with which I regularly communicate with Mr. Merckling; and

- **Michael Laurie**, to Michaellaurie@hotmail.com and Mlaurie@DLAcapital.com, the email addresses with which I regularly communicate with Mr. Laurie.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 10, 2025.

*/s/ Brian M. Levine, Esq.*
Brian M. Levine, Esq.