April 10, 2025

**Via ECF**
United States District Court
Eastern District of New York
Attn: Hon. James M. Wicks, U.S.M.J.
100 Federal Plaza, Courtroom 1020
Central Islip, New York 11722

        Re:    Superb Motors, et. al. v. Deo, et. al.
                Case No.: 2:23-cv-6188 (JMW)

Dear Judge Wicks:

      The undersigned represents the Deo Defendants in the above-referenced matter. Yesterday, the Court issued a Text-Only Order denying in part our Letter Motion (ECF No. 243) and directing the parties to file letter briefs "on or before 4/11/2025," specifically noting that the letter briefs were the result of the Court's prior ruling on Defendants' motion (ECF No. 202). At the same time, the Court granted our request to adjourn the evidentiary hearing.

      Respectfully, we seek clarification regarding the portion of our Letter Motion that requested a stay of the deadline to file an opposition to Plaintiffs' motion for reconsideration, which was set pursuant to the Court's Text-Only Order dated April 4, 2025. Unlike the letter briefs, that opposition deadline is not directly tied to or the result of the Defendants' motion. The Text-Only Order appears silent as to whether the stay request concerning that opposition deadline has been granted or denied.

      Accordingly, we write to confirm whether the deadline to oppose Plaintiffs' motion for reconsideration still stands or if it has been stayed pending further order of the Court.

      We appreciate the Court's time and attention to this request and will promptly abide by any directive Your Honor deems appropriate.

                                                Respectfully Submitted,
                                                LEVINE SINGH, LLP

                                                *s/ Brian M. Levine*
                                                Brian M. Levine