UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
SUPERB MOTORS INC., TEAM AUTO SALES LLC, ROBERT ANTHONY URRUTIA, 189 SUNRISE HWY AUTO LLC, NORTHSHORE MOTOR LEASING, LLC, BRIAN CHABRIER, *individually and derivatively as a member of* NORTHSHORE MOTOR LEASING, LLC, JOSHUA AARONSON, *individually and derivatively as a member of* 189 SUNRISE HWY AUTO, LLC, JORY BARON, 1581 HYLAN BLVD AUTO LLC, 1580 HYLAN BLVD AUTO LLC, 1591 HYLAN BLVD AUTO LLC, 1632 HYLAN BLVD AUTO LLC, 1239 HYLAN BLVD AUTO LLC, 2519 HYLAN BLVD AUTO LLC, 76 FISK STREET REALTY LLC, 446 ROUTE 23 AUTO LLC and ISLAND AUTO MANAGEMENT, LLC,

Case No.: 2:23-cv-6188 (OEM)(ST)

**DECLARATION OF
JOHN A. LENTINELLO**

                              Plaintiffs,

   -against-

ANTHONY DEO, SARAH DEO, HARRY THOMASSON, DWIGHT BLANKENSHIP, MARC MERCKLING, MICHAEL LAURIE, THOMAS JONES, CPA, CAR BUYERS NYC INC., GOLD COAST CARS OF SYOSSET LLC, GOLD COAST CARS OF SUNRISE LLC, GOLD COAST MOTORS AUTOMOTIVE GROUP LLC, GOLD COAST MOTORS OF LIC LLC, GOLD COAST MOTORS OF ROSLYN LLC, GOLD COAST MOTORS OF SMITHTOWN LLC, UEA PREMIER MOTORS CORP., DLA CAPITAL PARTNERS INC., JONES, LITTLE & CO., CPA'S LLP, FLUSHING BANK, and LIBERTAS FUNDING LLC,

                              Defendants.
----------------------------------------------------------------------X

   I, **JOHN A. LENTINELLO**, declare under penalty of perjury:

   1.   I am a partner of Milber Makris Plousadis & Seiden, LLP, attorneys for defendants Thomas Jones, CPA and Jones, Little & Co., CPA's, LLP (together, "JLC").

2.   I submit this Declaration in opposition to plaintiffs' motion for reconsideration of the Court's March 21, 2025 Order insofar as it dismissed all claims and causes of action against defendants JLC.

3.   For the reasons set forth in JLC's accompanying Memorandum of Law in Opposition, plaintiffs' motion seeking reconsideration should be denied in its entirety.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Dated: Woodbury, New York
      April 11, 2025

MILBER MAKRIS PLOUSADIS & SEIDEN, LLP

By: /s/ John A. Lentinello
John A. Lentinello (JAL 0187)
Attorneys for Defendants
*Thomas Jones, CPA and Jones, Little & Co., CPA's, LLP*
1000 Woodbury Road, Suite 402
Woodbury, New York 11797
(516) 870-1160
File No.: 446-25080
Jlentinello@milbermakris.com

TO:   All Counsel of Record (via ECF)