## ZARFAEDN3J7575105      (09609) TEAM IMPORTS LLC      Pay Off (Due) Outstanding   12/15/2024

Case 2:23-cv-06188-JMW     Document 251-1     Filed 04/11/25     Page 1 of 2 PageID #: 6402

| | | | | | | |
|---|---|---|---|---|---|---|
| Plan | USED_NN_01 | Acceptance | 10/26/2023 | Requested | 23,325.00 | ALFA ROMEO GIULIA |
| Credit Line | 09609USED | Maturity | 12/15/2024 | Funding | Tax | Vin ZARFAEDN3J7575105 |
| Days Used | 533 | Invoice Date | 10/26/2023 | Amount | 0.00 | Mileage 40,421 |
| Days Left | 0 | Pay Off Date | 12/15/2024 | Utilized | 13,995.00 | Loan Number |
| | | Dealer Charges | 10/26/2023 | Outstanding | 13,995.00 | Product Code |
| | | Start | | Currency | USD | |

Model Year 2018

Tags

| Item | Identification | Identification | Organization | Net/Tax | Type | Due Date | Billing Date | PD | Status | DR/CR | Amount | O/S | Currency | Transmission |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Asset | ZARFAEDN3J7575105 | Direct Used Vehicle | 09609 | Net | Payout | 10/26/2023 | | 10/26/2023 | Paid | Credit | $ 23,325.00 | $ - | USD | |
| Interest | ZARFAEDN3J7575105 | Interest Terms | 09609 | Net | Collection | 11/15/2023 | 10/31/2023 | 11/15/2023 | Paid | Debit | $ 37.90 | $ - | USD | 725564440655427 |
| Insurance | ZARFAEDN3J7575105 | Insurance Terms | 09609 | Net | Collection | 11/15/2023 | 10/31/2023 | 11/15/2023 | Paid | Debit | $ 1.28 | $ - | USD | 725564440655427 |
| Interest | ZARFAEDN3J7575105 | Interest Terms | 09609 | Net | Collection | 12/15/2023 | 11/30/2023 | 12/15/2023 | Paid | Debit | $ 189.52 | $ - | USD | 725564440665212 |
| Insurance | ZARFAEDN3J7575105 | Insurance Terms | 09609 | Net | Collection | 12/15/2023 | 11/30/2023 | 12/15/2023 | Paid | Debit | $ 6.40 | $ - | USD | 725564440665212 |
| Interest | ZARFAEDN3J7575105 | Interest Terms | 09609 | Net | Collection | 01/15/2024 | 12/31/2023 | 01/12/2024 | Paid | Debit | $ 195.83 | $ - | USD | 725564440673954 |
| Insurance | ZARFAEDN3J7575105 | Insurance Terms | 09609 | Net | Collection | 01/15/2024 | 12/31/2023 | 01/12/2024 | Paid | Debit | $ 6.62 | $ - | USD | 725564440673954 |
| Interest | ZARFAEDN3J7575105 | Interest Terms | 09609 | Net | Collection | 02/15/2024 | | 02/16/2024 | Paid | Debit | $ 195.83 | $ - | USD | 725564440685468 |
| Insurance | ZARFAEDN3J7575105 | Insurance Terms | 09609 | Net | Collection | 02/15/2024 | | 02/16/2024 | Paid | Debit | $ 5.01 | $ - | USD | 725564440685468 |
| Asset | ZARFAEDN3J7575105 | Direct Used Vehicle | 09609 | Net | Collection | 03/15/2024 | 02/29/2024 | 03/15/2024 | Paid | Debit | $ 2,332.50 | $ - | USD | 725564440695309 |
| Interest | ZARFAEDN3J7575105 | Interest Terms | 09609 | Net | Collection | 03/15/2024 | 02/29/2024 | 03/15/2024 | Paid | Debit | $ 183.20 | $ - | USD | 725564440695309 |
| Insurance | ZARFAEDN3J7575105 | Insurance Terms | 09609 | Net | Collection | 03/15/2024 | 02/29/2024 | 03/15/2024 | Paid | Debit | $ 4.68 | $ - | USD | 725564440695309 |
| Asset | ZARFAEDN3J7575105 | Direct Used Vehicle | 09609 | Net | Collection | 04/15/2024 | 03/31/2024 | 04/15/2024 | Paid | Debit | $ 2,332.50 | $ - | USD | 725564440705718 |
| Interest | ZARFAEDN3J7575105 | Interest Terms | 09609 | Net | Collection | 04/15/2024 | 03/31/2024 | 04/15/2024 | Paid | Debit | $ 185.09 | $ - | USD | 725564440705718 |
| Insurance | ZARFAEDN3J7575105 | Insurance Terms | 09609 | Net | Collection | 04/15/2024 | 03/31/2024 | 04/15/2024 | Paid | Debit | $ 5.01 | $ - | USD | 725564440705718 |
| Asset | ZARFAEDN3J7575105 | Direct Used Vehicle | 09609 | Net | Collection | 05/15/2024 | | 05/16/2024 | Paid | Debit | $ 2,332.50 | $ - | USD | 725564440716741 |
| Interest | ZARFAEDN3J7575105 | Interest Terms | 09609 | Net | Collection | 05/15/2024 | | 05/16/2024 | Paid | Debit | $ 160.46 | $ - | USD | 725564440716741 |
| Insurance | ZARFAEDN3J7575105 | Insurance Terms | 09609 | Net | Collection | 05/15/2024 | | 05/16/2024 | Paid | Debit | $ 4.84 | $ - | USD | 725564440716741 |
| Asset | ZARFAEDN3J7575105 | Direct Used Vehicle | 09609 | Net | Collection | 06/15/2024 | 05/31/2024 | 06/14/2024 | Paid | Debit | $ 2,332.50 | $ - | USD | 725564440726620 |
| Interest | ZARFAEDN3J7575105 | Interest Terms | 09609 | Net | Collection | 06/15/2024 | 05/31/2024 | 06/14/2024 | Paid | Debit | $ 146.56 | $ - | USD | 725564440726620 |
| Insurance | ZARFAEDN3J7575105 | Insurance Terms | 09609 | Net | Collection | 06/15/2024 | 05/31/2024 | 06/14/2024 | Paid | Debit | $ 5.00 | $ - | USD | 725564440726620 |
| Asset | ZARFAEDN3J7575105 | Direct Used Vehicle | 09609 | Net | Collection | 07/15/2024 | 06/30/2024 | | Past Due | Debit | $ 2,332.50 | $ 2,332.50 | USD | |
| Interest | ZARFAEDN3J7575105 | Interest Terms | 09609 | Net | Collection | 07/15/2024 | 06/30/2024 | | Past Due | Debit | $ 121.93 | $ 121.93 | USD | |
| Insurance | ZARFAEDN3J7575105 | Insurance Terms | 09609 | Net | Collection | 07/15/2024 | 06/30/2024 | 08/22/2024 | Paid | Debit | $ 4.84 | $ - | USD | 725564440748995 |
| Asset | ZARFAEDN3J7575105 | Direct Used Vehicle | 09609 | Net | Collection | 08/15/2024 | 07/31/2024 | | Past Due | Debit | $ 2,332.50 | $ 2,332.50 | USD | |
| Interest | ZARFAEDN3J7575105 | Interest Terms | 09609 | Net | Collection | 08/15/2024 | 07/31/2024 | | Past Due | Debit | $ 120.80 | $ 120.80 | USD | |
| Insurance | ZARFAEDN3J7575105 | Insurance Terms | 09609 | Net | Collection | 08/15/2024 | 07/31/2024 | 08/22/2024 | Paid | Debit | $ 5.01 | $ - | USD | 725564440748996 |
| Asset | ZARFAEDN3J7575105 | Direct Used Vehicle | 09609 | Net | Collection | 09/15/2024 | 08/31/2024 | | Past Due | Debit | $ 2,332.50 | $ 2,332.50 | USD | |
| Interest | ZARFAEDN3J7575105 | Interest Terms | 09609 | Net | Collection | 09/15/2024 | 08/31/2024 | | Past Due | Debit | $ 123.53 | $ 123.53 | USD | |
| Insurance | ZARFAEDN3J7575105 | Insurance Terms | 09609 | Net | Collection | 09/15/2024 | 08/31/2024 | | Past Due | Debit | $ 5.01 | $ 5.01 | USD | |
| Asset | ZARFAEDN3J7575105 | Direct Used Vehicle | 09609 | Net | Collection | 10/15/2024 | 09/30/2024 | | Past Due | Debit | $ 2,332.50 | $ 2,332.50 | USD | |
| Interest | ZARFAEDN3J7575105 | Interest Terms | 09609 | Net | Collection | 10/15/2024 | 09/30/2024 | | Past Due | Debit | $ 119.54 | $ 119.54 | USD | |
| Insurance | ZARFAEDN3J7575105 | Insurance Terms | 09609 | Net | Collection | 10/15/2024 | 09/30/2024 | | Past Due | Debit | $ 4.84 | $ 4.84 | USD | |
| Asset | ZARFAEDN3J7575105 | Direct Used Vehicle | 09609 | Net | Collection | 11/15/2024 | 10/31/2024 | | Past Due | Debit | $ 2,332.50 | $ 2,332.50 | USD | |
| Interest | ZARFAEDN3J7575105 | Interest Terms | 09609 | Net | Collection | 11/15/2024 | 10/31/2024 | | Past Due | Debit | $ 117.50 | $ 117.50 | USD | |
| Insurance | ZARFAEDN3J7575105 | Insurance Terms | 09609 | Net | Collection | 11/15/2024 | 10/31/2024 | | Past Due | Debit | $ 5.01 | $ 5.01 | USD | |
| Asset | ZARFAEDN3J7575105 | Direct Used Vehicle | 09609 | Net | Collection | 12/15/2024 | 11/30/2024 | | Past Due | Debit | $ 2,332.50 | $ 2,332.50 | USD | |
| Interest | ZARFAEDN3J7575105 | Interest Terms | 09609 | Net | Collection | 12/15/2024 | 11/30/2024 | | Past Due | Debit | $ 113.71 | $ 113.71 | USD | |
| Insurance | ZARFAEDN3J7575105 | Insurance Terms | 09609 | Net | Collection | 12/15/2024 | 11/30/2024 | | Past Due | Debit | $ 4.84 | $ 4.84 | USD | |
| Interest | ZARFAEDN3J7575105 | Interest Terms | 09609 | Net | Collection | 01/15/2025 | 12/31/2024 | | Past Due | Debit | $ 114.49 | $ 114.49 | USD | |
| Insurance | ZARFAEDN3J7575105 | Insurance Terms | 09609 | Net | Collection | 01/15/2025 | 12/31/2024 | | Past Due | Debit | $ 5.01 | $ 5.01 | USD | |
| Interest | ZARFAEDN3J7575105 | Interest Terms | 09609 | Net | Collection | 02/15/2025 | 01/31/2025 | | Past Due | Debit | $ 111.47 | $ 111.47 | USD | |
| Insurance | ZARFAEDN3J7575105 | Insurance Terms | 09609 | Net | Collection | 02/15/2025 | 01/31/2025 | | Past Due | Debit | $ 5.01 | $ 5.01 | USD | |
| Interest | ZARFAEDN3J7575105 | Interest Terms | 09609 | Net | Collection | 03/15/2025 | 02/28/2025 | | Past Due | Debit | $ 100.69 | $ 100.69 | USD | |
| Insurance | ZARFAEDN3J7575105 | Insurance Terms | 09609 | Net | Collection | 03/15/2025 | 02/28/2025 | | Past Due | Debit | $ 4.52 | $ 4.52 | USD | |
| Interest | ZARFAEDN3J7575105 | Interest Terms | 09609 | Net | Collection | 04/15/2025 | 03/31/2025 | | Billed | Debit | $ 111.47 | $ 111.47 | USD | |
| Insurance | ZARFAEDN3J7575105 | Insurance Terms | 09609 | Net | Collection | 04/15/2025 | 03/31/2025 | | Billed | Debit | $ 5.01 | $ 5.01 | USD | |

Environment: cs-nje-liv006