

Anthony C. Valenziano
Partner

T. 973.302.9696   F. 973.302.9947
avalenziano@shermanatlas.com

April 22, 2025

**VIA ECF**

Hon. James M. Wicks, U.S.M.J.
United States District Court for the Eastern District of New York
100 Federal Plaza, Courtroom 1020
Central Islip, NY 11722

    **Re:**    *Superb Motors Inc. v. JPMorgan Chase Bank, N.A., et al.*
            **Civil Action No. 2:23-cv-6188**

Dear Judge Wicks:

We represent defendant JPMorgan Chase Bank, N.A. ("Chase") in the above-referenced matter. We write to respectfully request that Chase be excused from attending the in-person oral argument set for April 25, 2025 that was scheduled in connection with the pending application filed by several defendants to hold the plaintiffs in contempt of the Court's September 9, 2023 Order.

Initially, pursuant to the Court's Opinion and Order dated March 21, 2025 [ECF Docket Entry No. 230], all claims against Chase have been dismissed with prejudice and, as a result, Chase is no longer an active party in this matter. Additionally, the pending application does not involve or impact Chase and Chase takes no position on the application. Accordingly, Chase respectfully requests that its counsel be excused from appearing on April 25, 2025.

Thank you.

Respectfully Submitted,

/s/ Anthony C. Valenziano
Anthony C. Valenziano

cc:   All Counsel of Record (via ECF)
4918-5355-6025, v. 1
4918-5355-6025, v. 1