UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
SUPERB MOTORS INC., TEAM AUTO SALES LLC, ROBERT ANTHONY URRUTIA, 189 SUNRISE HWY AUTO LLC, NORTHSHORE MOTOR LEASING, LLC, BRIAN CHABRIER, individually and derivatively as a member of NORTHSHORE MOTOR LEASING, LLC, JOSHUA AARONSON, individually and derivatively as a member of 189 SUNRISE HWY AUTO, LLC, JORY BARON, 1581 HYLAN BLVD AUTO LLC, 1580 HYLAN BLVD AUTO LLC, 1591 HYLAN BLVD AUTO LLC, 1632 HYLAN BLVD AUTO LLC, 1239 HYLAN BLVD AUTO LLC, 2519 HYLAN BLVD AUTO LLC, 76 FISK STREET REALTY LLC, 446 ROUTE 23 AUTO LLC and ISLAND AUTO MANAGEMENT, LLC,

                    Plaintiffs,

    -against-

ANTHONY DEO, SARAH DEO, HARRY THOMASSON, DWIGHT BLANKENSHIP, MARC MERCKLING, MICHAEL LAURIE, THOMAS JONES, CPA, CAR BUYERS NYC INC., GOLD COAST CARS OF SYOSSET LLC, GOLD COAST CARS OF SUNRISE LLC, GOLD COAST MOTORS AUTOMOTIVE GROUP LLC, GOLD COAST MOTORS OF LIC LLC, GOLD COAST MOTORS OF ROSLYN LLC, GOLD COAST MOTORS OF SMITHTOWN LLC, UEA PREMIER MOTORS CORP., DLA CAPITAL PARTNERS INC., JONES, LITTLE & CO., CPA'S LLP, FLUSHING BANK, LIBERTAS FUNDING LLC, and J.P. MORGAN CHASE BANK, N.A.,

                    Defendants.
-------------------------------------------------------------------X

Case No.: 2:23-cv-6188 (JMW)

**ORDER TO SHOW CAUSE**

       Upon the annexed Complaint, the declaration Robert Anthony Urrutia, and the annexed Memorandum of Law in support,

**LET** the defendants, Anthony Deo, Sarah Deo, Harry Thomasson, Dwight Blankenship, Marc Merckling, Michael Laurie, Car Buyers NYC Inc., Gold Coast Cars of Syosset LLC, Gold Coast Cars of Sunrise LLC, Gold Coast Motors Automotive Group LLC, Gold Coast Motors of LIC LLC, Gold Coast Motors of Roslyn LLC, Gold Coast Motors of Smithtown LLC, UEA Premier Motors Corp., and DLA Capital Partners Inc. (collectively hereinafter the "Deo Defendants"), show cause before the Hon. James M. Wicks, U.S.M.J., of this Court to be held at the courthouse thereof, located at 100 Federal Plaza, Courtroom 1020, Central Islip, NY 11722-4438, on the _____ day of May, 2025 at _____ o'clock in the _____ noon of that day, or as soon thereafter as counsel can be heard, why an Order should not be issued:

(a)   Modifying the Hon. Orelia E. Merchant, U.S.D.J.'s ("Judge Merchant") September 29, 2023 Preliminary Injunction (the "Injunction")[1] permitting Plaintiffs Superb Motors Inc ("Superb"), Team Auto Sales LLC ("Team"), and Robert Anthony Urrutia ("Urrutia") (Superb, Team, and Urrutia collectively hereinafter the "Superb Plaintiffs") to hand over possession of the Superb Injuncted Vehicles;[2]

(b)   Modifying the Injunction permitting Team to sell the remaining Injuncted Superb Vehicles which are not owned by Superb; and

(c)   Granting such other and further relief that this Court deems just, proper, and equitable; and it is further

**ORDERED** that service of a copy of this Order, along with the papers upon which it is based, shall be made upon Defendants via CM/ECF, and such service shall be deemed good and sufficient; and it is further

---

[1] See ECF Docket Entry 55.

[2] As defined in the Injunction at 28.

2

**ORDERED** that answering papers, if any, shall be served on Superb's counsel, Emanuel Kataev, Esq., Sage Legal LLC, 18211 Jamaica Avenue, Jamaica, NY 11423-2327, via CM/ECF on or before the **_____** day of May, 2025; and it is further

**ORDERED** that reply papers, if any, shall be electronically filed and served on Defendants' counsel on or before the **_____** day of May, 2025.

Dated: Central Islip, New York
       May ____, 2025

**SO ORDERED:**

_____
James M. Wicks, U.S.M.J.