

LAW OFFICES
# WEIR LLP
A Pennsylvania Limited Liability Partnership

1330 Avenue Of The Americas, 23rd Floor
New York, New York 10019
WEIRLAWLLP.COM

Bonnie R. Golub Direct Dial (215) 241-7719
Member of NY, PA and NJ Bars E-mail: bgolub@wgpllp.com

May 2, 2025

*(VIA ECF)*
U.S. Magistrate Judge James M. Wicks
U.S. District Court, Eastern District of New York
100 Federal Plaza, Courtroom 1020
Central Islip, New York 11722

 Re: **Superb Motors Inc., et al. v, Anthony Deo, et al.**
 Docket No.: 2:23-cv-6188

Dear Judge Wicks:

 This firm represents defendant Libertas Funding LLC ("Libertas") in the above referenced action. We respectfully request that Libertas be excused from attending the in-person oral argument set for May 9, 2025, and scheduled in connection with the Superb Plaintiffs' Motion to further Modify the Contempt Order dated September 9, 2023 issued by Judge Orelia E. Merchant (the "Injunction") on September 9, 2023 [Docket No. 55]. The Injunction, as it applies specifically to the Deo Defendants[1] and the Superb Plaintiffs[2], only, involves issues surrounding the possession and whereabouts of certain "stored" vehicles.

 The Injunction does not directly involve or impact Libertas, and Libertas takes no position as to the Motion. Please note that Libertas has previously been excused from attending conferences and hearings related to the Injunction. [Docket Nos. 141, 151, *see also,* 238]. Accordingly, Libertas again respectfully requests that its counsel be excused from appearing on May 9, 2025, as it relates to the Plaintiffs' Motion to Modify the Contempt Order, i.e., the Injunction.

---

[1] The "Deo Defendants" include defendants: Anthony Deo, Sarah Deo, Harry Thomasson, Dwight Blankenship, Marc Merckling, Michael Laurie, Car Buyers NYC Inc., Gold Coast Cars of Syosset LLC, Gold Coast Cars of Sunrise LLC, Gold Coast Motors Automotive Group LLC, Gold Coast Motors of LIC LLC, Gold Coast Motors of Roslyn LLC, Gold Coast Motors of Smithtown LLC, and UEA Premier Motors Corp.

[2] Plaintiffs, Superb Motors, Inc, Team Auto Sales, LLC, and Robert Urrutia are collectively referred to as the "Superb Plaintiffs. Defendant Urrutia filed his Declarations in Opposition to Defendants' Motion for Contempt on April 11 and 29, 2025 [*see,* Docket Nos. 251, 258].

May 2, 2025
Page **2** of **2**

      Counsel is available at the Court's convenience should Your Honor have any questions. Thank you in advance for your judicial courtesy.

                                                      Respectfully,

                                                    *Bonnie R. Golub*
                                                    Bonnie R. Golub

BRG/brg
cc.      All Counsel of Record (via ecf and email)
          David Epstein, Esquire (via email)

776294v1