| | |
|---|---|
| TENANT: | Team Imports, LLC, D/B/A Team Mitsubishi-Hartford and Robert Anthony Urrutia, via email to Tony@yourteamauto.com |
| LANDLORD: | New Park Avenue Associates, LLC |
| PREMISES: | 398-412 New Park Avenue, Hartford, Connecticut 06106 |
| DATE: | April 1, 2025 |

### NOTICE OF DEFUALT AND TO QUIT POSSESSION

    I hereby give you notice that you are to quit possession or occupancy of the premises now occupied by you and/or your agents, employees, business entities, or representatives and remove any and all property located at 398-412 New Park Avenue, Hartford, Connecticut 06106 on or before **May 9, 2025**, because the rental agreement or lease of such property, whether oral or in writing has terminated for the following reason: **nonpayment of rent for the period of time between July 1, 2024 through the present. Attached is a Notice regarding your nonpayment of rent and your rights and options concerning that nonpayment.**

    The tenancy will terminate on the date referenced above. All motor vehicles and other personal property left at the Premises by the Tenant, must be immediately removed as Landlord has contracted to sell the Premises free and clear of all motor vehicles and personal property. Should any vehicles or personal property remain on the Premises after May 9, 2025, Landlord will pursue any and all remedies available, including but not limited to enforcement of the termination and recovery of damages.

    Any payments tendered after the date specified to quit possession or occupancy, or the date of the completion of the predetermination process if that is later, will be accepted for use and occupancy only and not for rent, with full reservation of rights to continue with the eviction action.

Dated at Hartford, Connecticut this 1st day of April 2025.

      /s/ Alexandra B. Bowen
Alexandra B. Bowen
Commissioner of the Superior Court
HALLORAN & SAGE LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 297-4631

2