# CYRULI SHANKS
### CYRULI SHANKS & ZIZMOR LLP

Jeffrey C. Ruderman<br>
email: jruderman@cszlaw.com<br>
Admitted NY, NJ and CT

May 3, 2025

Via ECF

Hon. James M. Wicks, U.S.M.J.
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 1020
Central Islip, NY 11722

    Re:    Superb Motors Inc. et. al. v. Deo, et. al., Case No. 2:23-cv-6188 (JMW)

Dear Magistrate Judge Wicks:

    This firm represents the "Island Auto Plaintiffs", being all Plaintiffs in the above referenced matter <u>other than</u> the "Superb Plaintiffs" (being Superb Motors Inc., Team Auto Sales LLC, and Robert Anthony Urrutia).

    We respectfully request that our appearance on May 9, 2025 to address the issues in ECF [256] be excused. The issues do not affect the Island Auto Plaintiffs and we take no position thereon.

    We thank the Court for its consideration in this regard.

Respectfully yours,<br><br>
<i>/s/ Jeffrey C. Ruderman</i><br>
Jeffrey C. Ruderman

cc:    All counsel via ECF