# MMP&S

**MILBER MAKRIS PLOUSADIS & SEIDEN, LLP**
<u>ATTORNEYS AT LAW</u>
1000 Woodbury Road        Suite 402        Woodbury, NY 11797
Telephone: 516.712.4000            Fax: 516.712.4013
HTTP://WWW.MILBERMAKRIS.COM

May 4, 2025

<u>**VIA ECF**</u>
United States Magistrate Judge James M. Wicks
United States District Court, Eastern District of New York
100 Federal Plaza, Courtroom #1020
Central Islip, New York 11722

          Re:   *Superb Motors, Inc., et al. v. Anthony Deo, et al.*
                <u>Docket No.: 2:23-cv-6188</u>

Dear Magistrate Judge Wicks:

      We represent defendants Thomas Jones, CPA and Jones, Little & Co., CPA's, LLP ("JLC") in the above-referenced action. We respectfully request to be excused from appearing for the May 9, 2025 Court conference. JLC does not take any position on the application at issue as it does not relate to JLC in any manner.

      Thank you for your anticipated courtesy and consideration in this matter.

                                            Respectfully submitted,

                                            John A. Lentinello
                                            (JL 0187)

JAL/PS/dmh