**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

BEFORE: JAMES M. WICKS, U.S. MAGISTRATE JUDGE          DATE:   05/09/2025
                                                       TIME:   3:00 PM
                                                       ☐ SEALED PROCEEDING

**CIVIL CAUSE FOR STATUS CONFERENCE**
**CASE:  2:23-cv-06188-JMW-Superb Motors Inc. et al. v. Deo et al.**

APPEARANCES:

    For Plaintiffs (Superb Motors Inc, Team Auto Sales LLC and Robert Anthony Urrutia):
                                                                                                            Emanuel Kataev

    For Plaintiffs (189 Sunrise Hwy Auto LLC, Northshore Motor Leasing, LLC, Brian Chabrier, Joshua Aaronson, Jory Baron, 1581 Hyland Blvd Auto LLC, 1580 Hylan Blvd Auto LLC, 1591 Hylan Blvd Auto LLC, 1632 Hyland Blvd Auto LLC, 1239 Hylan Blvd Auto LLC, 2519 Hyland Blvd Auto LLC, 76 Fisk Street Realty LLC, 446 Route 23 Auto LLC and Island Auto Management, LLC):
                                                                                                            Appearance Excused

    For Defendants (Sarah Deo, Dwight Blankenship, Marc Merckling, Michael Laurie, Car Buyers NYC Inc., Gold Coast Cars of Syosset  LLC, Gold Coast Cars of Sunrise LLC, Gold Coast Motors Automotive Group  LLC, Gold Coast Motors of LIC LLC, Gold Coast Motors of Roslyn LLC, Gold  Coast Motors of Smithtown LLC and UEA Premier Motors Corp.):
                                                                                                            No Appearance

    Pro Se Defendant (Anthony Deo):          Anthony Deo, appearing Pro Se

    Pro Se Defendant (Harry Thomasson):  Harry Thomasson, appearing Pro Se

    For Defendants (Thomas Jones, CPA, Jones, Little & Co., CPA's LLP):   Appearance Excused

    For Defendants (Flushing Bank):                                      Appearance Excused

    For Defendant (Libertas Funding LLC):                                Appearance Excused

    For Defendants (J.P. Morgan Chase Bank, N.A.):                       Appearance Excused

Court Reporter/FTR: 3:09-3:41 (FTR)

**THE FOLLOWING RULINGS WERE MADE:**

☒ Arguments held.

☒ For the reasons stated on the record and in the Electronic Order dated May 9, 2025, the Motion for Modifying the Preliminary Injunction (ECF No. 256) is **granted** *in part* and **denied** *in part*.

☒ The relocation of the Injuncted Superb Vehicles to the Deo Lot is to be completed **on or before May 23, 2025**. Deo Defendants are to file proof of insurance **within five business days** of delivery of the Injuncted Superb Vehicles. The time within which the corporate entity Deo Defendants are to retain counsel and have incoming counsel file a Notice of Appearance has been extended to and includes **May 23, 2025**. As a result, all proceedings are stayed until then.

THE PARTIES ARE REMINDED that audio or video recording of proceedings by any party other than the Court is strictly prohibited by Local Civil Rule 1.8. Violation of this rule may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed appropriate by the Court.

SO ORDERED
/s/ *James M. Wicks*
JAMES M. WICKS
United States Magistrate Judge