UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
SUPERB MOTORS INC., TEAM AUTO SALES LLC, ROBERT ANTHONY URRUTIA, 189 SUNRISE HWY AUTO LLC, NORTHSHORE MOTOR LEASING, LLC, BRIAN CHABRIER, individually and derivatively as a member of NORTHSHORE MOTOR LEASING, LLC, JOSHUA AARONSON, individually and derivatively as a member of 189 SUNRISE HWY AUTO, LLC, JORY BARON, 1581 HYLAN BLVD AUTO LLC, 1580 HYLAN BLVD AUTO LLC, 1591 HYLAN BLVD AUTO LLC, 1632 HYLAN BLVD AUTO LLC, 1239 HYLAN BLVD AUTO LLC, 2519 HYLAN BLVD AUTO LLC, 76 FISK STREET REALTY LLC, 446 ROUTE 23 AUTO LLC and ISLAND AUTO MANAGEMENT, LLC,

Case No.: 2:23-cv-6188 (JMW)

**ORDER TO SHOW CAUSE**

Plaintiffs,

-against-

ANTHONY DEO, SARAH DEO, HARRY THOMASSON, DWIGHT BLANKENSHIP, MARC MERCKLING, MICHAEL LAURIE, THOMAS JONES, CPA, CAR BUYERS NYC INC., GOLD COAST CARS OF SYOSSET LLC, GOLD COAST CARS OF SUNRISE LLC, GOLD COAST MOTORS AUTOMOTIVE GROUP LLC, GOLD COAST MOTORS OF LIC LLC, GOLD COAST MOTORS OF ROSLYN LLC, GOLD COAST MOTORS OF SMITHTOWN LLC, UEA PREMIER MOTORS CORP., DLA CAPITAL PARTNERS INC., JONES, LITTLE & CO., CPA'S LLP, FLUSHING BANK, LIBERTAS FUNDING LLC, and J.P. MORGAN CHASE BANK, N.A.,

Defendants.
-------------------------------------------------------------------X

Upon the annexed Complaint, the declaration of Robert Anthony Urrutia, and the annexed letter brief in support,

**LET** the defendants, Anthony Deo, Sarah Deo, Harry Thomasson, Dwight Blankenship, Marc Merckling, Michael Laurie, Car Buyers NYC Inc., Gold Coast Cars of Syosset LLC, Gold Coast Cars of Sunrise LLC, Gold Coast Motors Automotive Group LLC, Gold Coast Motors of LIC LLC, Gold Coast Motors of Roslyn LLC, Gold Coast Motors of Smithtown LLC, UEA Premier Motors Corp., and DLA Capital Partners Inc. (collectively hereinafter the "Deo Defendants"), show cause before the Hon. James M. Wicks, U.S.M.J., of this Court to be held at the courthouse thereof, located at 100 Federal Plaza, Courtroom 1020, Central Islip, NY 11722-4438, on the _____ day of May, 2025 at _____ o'clock in the _____ noon of that day, or as soon thereafter as counsel can be heard, why an Order should not be issued:

(a) pursuant to Local Civil Rule 6.3 reconsidering that aspect of its May 9, 2025 Order directing Plaintiffs Superb Motors Inc ("Superb"), Team Auto Sales LLC ("Team"), and Robert Anthony Urrutia ("Urrutia") (Superb, Team, and Urrutia collectively hereinafter the "Superb Plaintiffs") to move the Superb Injuncted Vehicles to a lot maintained by Defendant Anthony Deo ("Deo");

(b) pursuant to this Court's inherent power to permit the Superb Plaintiffs to Remain at the Team Imports LLC d/b/a Team Mitsubishi Hartford, CT lot at 412 New Park Avenue, Hartford, CT 06106 (the "Hartford Lot") pending a hearing and determination of this Order to show cause, and permitting the Superb Plaintiffs to move the Superb Injuncted Vehicles to 223 Broad Street, Bristol, CT 06010 (the "New Premises") subject to the Superb Plaintiffs' agreement with the landlord for the New Premises;

(c) Granting such other and further relief that this Court deems just, proper, and equitable; and it is further

**ORDERED** that, pending a determination and hearing of this Order to show cause, the Superb Injuncted Vehicles are permitted to remain at the Hartford Lot;

**ORDERED** that service of a copy of this Order, along with the papers upon which it is based, shall be made upon Defendants via CM/ECF, and such service shall be deemed good and sufficient; and it is further

**ORDERED** that answering papers, if any, shall be served on Superb's counsel, Emanuel Kataev, Esq., Sage Legal LLC, 18211 Jamaica Avenue, Jamaica, NY 11423-2327, via CM/ECF on or before the **_____** day of May, 2025; and it is further

**ORDERED** that reply papers, if any, shall be electronically filed and served on Defendants' counsel on or before the **_____** day of May, 2025.

Dated: Central Islip, New York
       May ____, 2025

**SO ORDERED:**

_____
James M. Wicks, U.S.M.J.