# Sage Legal LLC

**18211 Jamaica Avenue • Jamaica, NY 11423-2327 • (718) 412-2421 • emanuel@sagelegal.nyc**

**VIA ECF**  May 22, 2025
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. James M. Wicks, U.S.M.J.
100 Federal Plaza, Courtroom 1020
Central Islip, NY 11722-4438

   *Re:*  **Superb Motors Inc.**, *et al.* **v. Deo**, *et al.*
      <u>**Case No.: 2:23-cv-6188 (JMW)**   </u>

Dear Judge Wicks:

  This firm represents Plaintiffs Superb Motors Inc. ("Superb"), Team Auto Sales LLC ("Team Auto"), and Robert Anthony Urrutia ("Urrutia") (Superb, Team Auto, and Urrutia collectively hereinafter the "Superb Plaintiffs") in the above-referenced case.  The Superb Plaintiffs submit this letter motion to strike Defendant Harry R. Thomasson, Esq.'s ("Thomasson") response to the Order to show cause as a willful violation of this Court's Orders disqualifying Thomasson from representing the Deo Defendants.

  Thomasson is an attorney who is not a car dealer and never had any stake in the vehicles at issue on this Order to show cause.  He has no right to make arguments on behalf of the Deo Defendants and should be enjoined from doing so in light of the fact that the Deo Defendants have retained counsel.  As a result, this Court should strike Thomasson's improper response which serves to evade his disqualification as counsel in this case.

  Plaintiffs thank this Court for its continued time and attention to this case.

Dated: Jamaica, New York
   May 22, 2025           Respectfully submitted,
                 **SAGE LEGAL LLC**
                 By: <u>*/s/ Emanuel Kataev, Esq.*</u>
                 Emanuel Kataev, Esq.
                 18211 Jamaica Avenue
                 Jamaica, NY 11423-2327
                 (718) 412-2421 (office)
                 (917) 807-7819 (cellular)
                 (718) 489-4155 (facsimile)
                 emanuel@sagelegal.nyc

                 *Attorneys for Defendants*
                 *Superb Motors Inc.*
                 *Team Auto Sales LLC, &*
                 *Robert Anthony Urrutia*

**VIA ECF**
All counsel of record