**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

BEFORE: JAMES M. WICKS, U.S. MAGISTRATE JUDGE           DATE:   05/23/2025
                                                                                                                   TIME:   12:30 PM
                                                                                                    ☐ SEALED PROCEEDING

**CIVIL CAUSE FOR MOTION HEARING**
**CASE:  2:23-cv-06188-JMW-Superb Motors Inc. et al. v. Deo et al.**

APPEARANCES:

    For Plaintiffs (Superb Motors Inc, Team Auto Sales LLC and Robert Anthony Urrutia):
                                                                                         Emanuel Kataev

    For Plaintiffs (189 Sunrise Hwy Auto LLC, Northshore Motor Leasing, LLC, Brian Chabrier,
        Joshua Aaronson, Jory Baron, 1581 Hyland Blvd Auto LLC, 1580 Hylan Blvd
        Auto LLC, 1591 Hylan Blvd Auto LLC, 1632 Hyland Blvd Auto LLC, 1239
        Hylan  Blvd Auto LLC, 2519 Hyland Blvd Auto LLC, 76 Fisk Street Realty LLC,
        446 Route 23 Auto LLC and Island Auto Management, LLC):
                                                                         Appearance Excused

    For Defendants (Sarah Deo, Dwight Blankenship, Marc Merckling, Michael Laurie, Car Buyers
        NYC Inc., Gold Coast Cars of Syosset LLC, Gold Coast Cars of Sunrise LLC,
        Gold Coast Motors Automotive Group LLC, Gold Coast Motors of LIC LLC,
        Gold Coast Motors of Roslyn LLC, Gold Coast Motors of Smithtown LLC and
        UEA Premier Motors Corp., Anthony Deo):
                                                                         Jeffrey Benjamin

    Pro Se Defendant (Harry Thomasson):   Harry Thomasson, appearing Pro Se

    For Defendants (Thomas Jones, CPA, Jones, Little & Co., CPA's LLP):     Appearance Excused

    For Defendants (Flushing Bank):                                                                       Appearance Excused

    For Defendant (Libertas Funding LLC):                                                            Appearance Excused

    For Defendants (J.P. Morgan Chase Bank, N.A.):                                            Appearance Excused

Court Reporter/FTR: 12:36 - 12:52 (Via Zoom)

1

**THE FOLLOWING RULINGS WERE MADE:**

☒ Arguments held.

☒ For the reasons stated on the record Plaintiff's Emergency Motion for Order to Show Cause (ECF No. 280) is **denied**. The Injunction as modified as of May 9, 2025, remains in effect and the Vehicles are to be delivered to the Deo Lot by 6:00 PM today, with keys and titles.

THE PARTIES ARE REMINDED that audio or video recording of proceedings by any party other than the Court is strictly prohibited by Local Civil Rule 1.8. Violation of this rule may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed appropriate by the Court.

SO ORDERED
/s/ *James M. Wicks*
JAMES M. WICKS
United States Magistrate Judge