# ZEICHNER ELLMAN & KRAUSE LLP

730 THIRD AVENUE
NEW YORK, NEW YORK 10017
TEL: (212) 223-0400

NICHOLAS A. SAVINO
(212) 826-5329
nsavino@zeklaw.com

WWW.ZEKLAW.COM

May 23, 2025

**BY ECF**

Hon. James M. Wicks
United States Magistrate Judge
United States Courthouse
Eastern District of New York
100 Federal Plaza
Courtroom 1020
Central Islip, NY 11722

**RE:** *Superb Motors Inc., et. al. v. Athony Deo, et. al.*
**Case No. 2:23-cv-6188 (JMW)**
**(Notification of Sale of Two Vehicles)**

Dear Judge Wicks:

We represent non-party Nissan Motor Acceptance Company LLC ("NMAC"). NMAC learned from plaintiff's counsel yesterday that the vehicles identified below (the "Auctioned Vehicles") were subject to certain requirements set forth in the order entered May 8, 2024 (ECF No. 172). The Auctioned Vehicles were sold by NMAC as follows:

| Make/Model | Year | Vehicle Identification Number (VIN) | Sale Date | Sale Proceeds | Total Expenses | Amount to be Escrowed |
|---|---|---|---|---|---|---|
| BMW 2 Series | 2017 | *55SWF4KB5GU101091* | 3/26/2025 | $7,800 | $1,675 | $7,800 |
| Mercedes C-Class | 2016 | *WBA2H9C36HV986948* | 3/26/2025 | $10,250 | $608 | $10,250 |
| ---------------- | ----- | ---------------------------- | ------------ | **$18,050** | **$2,283** | **$18,050** |

NMAC wired the total amount of $18,050.00[1] to the undersigned law firm to be held in its attorney escrow account. If requested, we will provide wire confirmation upon receipt of funds.

---

[1] Although undersigned counsel will be holding the *gross* sales proceeds from the sale of the Auctioned Vehicles, NMAC, nevertheless, respectfully requests that it retain, at a minimum, the expenses of the sales.

ZEICHNER ELLMAN & KRAUSE LLP

May 23, 2025
Page 2

We appreciate the Court's attention to this matter.

Respectfully,

*/s/ Nicholas A. Savino*
Nicholas A. Savino

cc All Counsel (by ECF)