# CYRULI SHANKS
## CYRULI SHANKS & ZIZMOR LLP

Jeffrey C. Ruderman
email: jruderman@cszlaw.com
Admitted NY, NJ and CT

May 28, 2025

Via ECF

Hon. James M. Wicks, U.S.M.J.
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 1020
Central Islip, NY 11722

      Re:    Superb Motors Inc. et. al. v. Deo, et. al., Case No. 2:23-cv-6188 (JMW)

Dear Magistrate Judge Wicks:

      This firm represents the "Island Auto Plaintiffs", being all Plaintiffs in the above referenced matter other than the "Superb Plaintiffs" (being Superb Motors Inc., Team Auto Sales LLC, and Robert Anthony Urrutia). We write at the direction of this Court's May 27, 2025 Order to respond to the motions for contempt (ECF Nos 288-289).

      The Island Auto Plaintiffs take no position concerning the motions for contempt. The Island Auto Plaintiffs do object to the relief sought by Harry S. Thomasson, *pro-se*, for this Court to "Order an immediate evidentiary hearing with all Plaintiffs and their attorneys present so that undersigned may question any and all Plaintiffs and their attorneys regarding their knowledge of Superb's contemptuous conduct set forth herein…"

      The Island Auto Plaintiffs have never been involved in the dealings between the Superb Plaintiffs and Defendants concerning the vehicles at issue, the various injunctive relief sought or their respective motion for contempt, either directly or with this Court. The request, without any basis whatsoever, for the Island Auto Plaintiffs and their counsel to appear for a hearing concerning issues of which they have no interest or knowledge is merely an attempt to cause unnecessary expense and disruption to our clients.

      The Island Auto Plaintiffs respectfully request that this Court deny the request for the Island Auto Plaintiffs and their attorneys to appear for any such requested hearing.

      We thank the Court for its consideration in this regard.

            Respectfully yours,
            */s/ Jeffrey C. Ruderman*
            Jeffrey C. Ruderman

cc:    All counsel via ECF

ATTORNEYS AT LAW

420 LEXINGTON AVENUE, NEW YORK, NEW YORK 10170
TEL: (212) 661-6800 • FAX: (212) 661-5350