

Printed from Chase for Business

✓ **You've scheduled this wire.**

Please print and save this page for your records.

How would you rate your wire experience?

## Account details

| | |
|---|---|
| Wire to | NMAC (...3890) |
| Wire from | CPC CHECKING (...2887) |
| Wire status | Processing |
| Transaction number | 12030994991 |

## Sender information

| | |
|---|---|
| Wire date | May 30, 2025 |
| Wire amount | $13,995.00 USD (U.S. Dollars) |
| Outgoing wire transfer fee | No fee |
| Total | $13,995.00  USD (U.S. Dollars) |
| | Your account activity will show separate charges for wire amount and wire transfer fee. |

## Additional information

| | |
|---|---|
| Additional routing info | None |
| Message to recipient | team imports llc dealer number 09609 |
| Memo | wholesale payment |

JPMorgan Chase Bank, N.A. Member FDIC        ©2025 JPMorgan Chase & Co.        Equal Housing Opportunity ⌂