

# Send & Receive Money With Zelle

Zelle is a great way to send money to friends and family no matter where they bank. Sending money should never slow you down.

## Payment Details

## $1,000 Sent



JB

Confirmation #: 4036572836

| | |
|---|---|
| To: | Jeffrey Benjamin (Linden Law Group PC) at jbenjamin@nyfraudlaw.com |
| From: | Citizens, XXXXXX1019 |
| Sent: | Today |
| Deposited: | Today |
| Speed: | Within Minutes |
| Reason: | Superb Motors Inc v Deo, 2:23-cv-6188 (JMW), ECF Docket Entry 279 |
| Payment ID: | CTZ0JEK6UAKP |

[ Back ]



**Company**

About Us

Careers

Community

**Help**

Contact Us

**Resources**

Branch Locator

📱 Get Mobile App

   

Site Map   About Our Ads   Site Requirements   Security & Legal   Privacy Policy   Privacy Rights   Accessibility   Share Your Feedback   Co-Browse

## Disclosures

| | |
|---|---|
| Online Terms and Conditions | Member FDIC |
| Electronic Notice Disclosure and Consent | Equal Housing Lender |
| Account Documents | Security, Privacy and Legal |

Zelle and the Zelle related marks are wholly owned by Early Warning Services, LLC and are used herein under license.

*Securities, Insurance Products and Investment Advisory Services offered through Citizens Securities, Inc. ("CSI"). CSI is an SEC registered investment adviser and Member - FINRA and SIPC. One Citizens Bank Way, JCB135, Johnston, RI 02919. CSI is an affiliate of Citizens Bank, N.A.

Most balances reflect previous day market closing prices with up to a 20-minute delay from the time this webpage was last refreshed. However, depending on custodian or type of investment, balances may reflect real-time prices or 20-minute delayed prices during market hours. Information relating to accounts not held at CSI is presented as an accommodation and while drawn from sources believed to be reliable is not guaranteed as to accuracy or completeness. Such information should be independently confirmed by the account owner(s).

Information relating to accounts not held or custodied by National Financial Services (NFS) (Assets Held Away), CSI's clearing broker dealer, was provided to NFS by outside parties and is included for informational purposes only. These positions are not part of your brokerage account carried by NFS and therefore any SIPC account protection afforded your account through NFS does not cover these assets or prices reported. Neither NFS, CSI nor Citizens are responsible for the Assets Held Away information provided and does not guarantee the accuracy or timeliness of the positions or prices reported. Prices shown do not necessarily reflect the actual current market prices. Further information regarding these prices may be obtained by contacting CSI.

The investment products and financial strategies suggested herein are subject to investment risk, including possible loss of principal amount invested. Investment decisions should be based on each individual's goals, time horizon and tolerance for risk.

SpeciFi® is made available through CSI. Portfolio management services are sub-advised by SigFig Wealth Management, LLC ("SigFig"), an SEC registered investment adviser. SigFig is not an affiliate of CSI or Citizens Bank, N.A.

**Securities, Insurance Products and Investment Advisory Services are:**
NOT FDIC INSURED • NOT BANK GUARANTEED • MAY LOSE VALUE • NOT A DEPOSIT • NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY

©2025 Citizens Financial Group, Inc. All rights reserved. Citizens is a brand name of Citizens Bank, N.A.. Member FDIC.