

Case 2:23-cv-06188-JMW   Document 293-3   Filed 05/30/25   Page 1 of 4 PageID #: 6699



