UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                       Case No. 2:23-cv-6188 (OEM)(ST)

SUPERB MOTORS, INC., TEAM AUTO SALES LLC.,
ROBERT ANTHONY URRUTIA, 189 SUNRISE
HIGHWAY AUTO LLC., NORTHSHORE MOTOR
LEASING, LLC., BRIAN CHABRIER, individually and
derivatively as a member of NORTHSHORE MOTOR
LEASING, LLC, JOSHUA AARONSON, individually and
derivatively as a member of 189 SUNRISE HWY AUTO,
LLC, JORY BARON, 1581 HYLAN BLVD AUTO LLC,
1580 HYLAN BLVD AUTO LLC, 1591 HYLAN BLVD
AUTO LLC, 1632 HYLAN BLVD AUTO LLC, 1239
HYLAN BLVD AUTO LLC, 2519 HYLAN BLVD
AUTO LLC, 76 FISK STREET REALTY LLC, 446
ROUTE 23 AUTO LLC, and ISLAND AUTO
MANAGEMENT, LLC,

                                          Plaintiffs,

        -against-

ANTHONY DEO, SARA DEO, HARRY THOMASSON,
DWIGHT BLAKENSHIP, MARC MERCKLING,
MICHAEL LAURIE, TOMAS JONES, CPA, CAR BUYERS
NYC INC., GOLD COAST CARS OF SYOSSET LLC,
GOLD COAST CARS OF SUNRISE LLC, GOLD COAST
MOTORS AUTOMOTIVE GROUP LLC, GOLD COAST
MOTORS OF LIC LLC, GOLD COAST MOTORS OF
ROSLYN LLC, GOLD COAST MOTORS OF
SMITHTOWN LLC, UEA PREMIER MOTORS CORP.,
DLA CAPITAL PARTNERS INC., JONES LITTLE & CO.,
CPA'S LLP, FLUSHING BANK, and LIBERTAS FUNDING,
LLC,

                                          Defendants.

------------------------------------------------------------------------X

## **DECLARATION OF HARRY THOMASSON IN SUPPORT OF APPLICATION FOR ATTORNEY FEES AND COSTS**

1

Harry Thomasson, pursuant to 28 U.S.C. § 1746, declares under the penalty of perjury that the following is true and correct:

1. I am an attorney in good standing in the State of New York, I am admitted to practice before this Court, and I am a *pro se* Defendant in the above captioned action. As such, I have first-hand knowledge of the facts recited herein.

2. This Declaration is submitted in support of the within Application for Attorney's Fees and Costs, seeking compensation for legal services incurred in connection with the preparation and filing of the Third Motion for Contempt (ECF No. 225), as directed by the Court's Memorandum and Order dated May 22, 2025 (ECF No. 279).

3. Attached hereto and incorporated herein by reference are 1) the Declaration of my former attorney, Brian M. Levine, in support of the within Application; and 2) the bill received by me for the services performed by Brian M. Levine in connection with the Third Motion for Contempt (ECF No. 225).

4. Accordingly, Application is herein made for an Order for the Superb Plaintiffs to pay $2,000.00 in connection with this Court's Memorandum and Order dated May 22, 2025 (ECF No. 279).

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 3, 2025.

/S/ *Harry R. Thomasson*
_____
Harry R. Thomasson
3280 Sunrise Highway, Box 112
Wantagh, New York  11793
Tel.  516-557-5459
Email:  hrtatty@verizon.net