UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------------X

SUPERB MOTOR, INC., Et. Al.

                                      Plaintiffs,

                -against-

ANTHONY DEO, ET. AL.

                                      Defendants.

-------------------------------------------------------------------------------X

Case No. 2:23-cv-6188 (JMW)

## DECLARATION OF BRIAN M. LEVINE IN SUPPORT OF APPLICATION FOR ATTORNEY'S FEES AND COSTS

Brian M. Levine, Esq., declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

1. I am an attorney duly admitted to practice before this Court and am a partner at Levine Singh, LLP, former counsel for Defendants Anthony Deo, Sarah Deo, Harry Thomasson, Dwight Blankenship, Marc Merckling, Michael Laurie, Car Buyers NYC Inc., Gold Coast Cars of Syosset LLC, Gold Coast Cars of Sunrise LLC, Gold Coast Motors Automotive Group LLC, Gold Coast Motors of LIC LLC, Gold Coast Motors of Roslyn LLC, Gold Coast Motors of Smithtown LLC, and UEA Premier Motors Corp. (collectively, "Deo Defendants") in the above-captioned action. I am fully familiar with the facts and circumstances related to this Declaration and the accompanying Application for Attorney's Fees and Costs.

2. This Declaration is submitted in support of the Deo Defendants' Application for Attorney's Fees and Costs, seeking compensation for legal services incurred in connection with the preparation and filing of their Third Motion for Contempt (ECF No. 225), as directed by the Court's Memorandum and Order dated May 22, 2025 (ECF No. 279).

3. The specific legal services for which fees are sought pertain to work performed on February 7, 2025, which involved drafting and filing the letter/letter motion concerning Plaintiffs' contempt of Court regarding the injuncted vehicles. This work was directly necessary to prosecute the motion that the Court subsequently granted in part, finding Plaintiffs in civil contempt.

4. My hourly rate of $500.00 is a fair and reasonable rate for law firm partners of comparable experience, skill, and reputation engaged in complex commercial litigation in the Eastern District of New York. I have been practicing law in New York since being admitted in 2010, and have over fifteen years of experience handling complex commercial disputes similar to the instant litigation, including, but not limited to, matters in the Southern and Eastern Districts of New York, the Appellate Divisions in the First and Second Department, as well as the Commercial Division of the Supreme Courts in the City of New York, and Nassau and Suffolk County.

5. The 4.00 hours expended on February 7, 2025, for drafting and filing the contempt motion were necessary and reasonable. This work involved reviewing the relevant court orders, analyzing Plaintiffs' non-compliance, drafting the detailed arguments for the letter motion, preparing supporting documentation, and ensuring electronic filings with the Court. The time spent was proportionate to the complexity of the issues and the importance of compelling compliance with prior Court orders.

6. Attached hereto as Exhibit A is a true and accurate copy of Invoice No. 263 from Levine Singh, LLP, which details the legal services rendered for which fees are sought in this application (the amounts and details for the remainder of the legal services that are contained in the invoice, and which are not relevant to the instant application, have been redacted). The specific entry for February 7, 2025, clearly shows the description of work, hours, rate, and total amount.

7. The total amount of Two Thousand Dollars ($2,000.00) sought herein reflects the actual fees incurred by the Deo Defendants for this specific, compensable work.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 29, 2025.

*/s/ Brian M. Levine, Esq.*
Brian M. Levine, Esq.