# Levine Singh, LLP

260 North Broadway
Suite 2A
Hicksville, NY 11801
US
levine@levinesingh.com
www.levinesingh.com
O: (347) 732-4428

# INVOICE

| | |
|---|---|
| Number | 263 |
| Issue Date | 4/3/2025 |
| Due Date | 4/8/2025 |
| Matter | Superb, et. al. v. Deo, et. al. |
| Email | anthonyd@northshoremotors1.com |

## Bill To:

Deo, Anthony

## Time Entries

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| ▮▮▮▮▮<br>▮▮<br>▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮<br>▮▮▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮ | ▮▮▮ |
| ▮▮▮▮<br>▮▮<br>▮▮▮▮▮▮▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮ | ▮▮▮ |
| ▮▮▮▮<br>▮▮<br>▮▮▮▮▮▮▮▮▮▮▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮ | ▮▮▮ |
| ▮▮▮<br>▮▮<br>▮▮▮▮▮▮▮▮▮▮▮▮<br>▮▮▮▮▮▮▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮ | ▮▮▮ |
| ▮▮▮▮<br>▮▮<br>▮▮▮▮▮▮▮▮▮▮▮▮▮<br>▮▮▮▮▮▮▮▮▮▮▮▮<br>▮▮▮▮▮▮▮▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮ | ▮▮▮ |
| ▮▮▮▮<br>▮▮<br>▮▮▮▮▮▮▮▮▮▮▮▮▮<br>▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮ | ▮▮▮ |
| ▮▮▮▮<br>▮▮<br>▮▮▮▮▮▮▮▮▮▮▮<br>▮▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮ | ▮▮▮ |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| ███ ███ ███ ███ | ███ | ███ | ███ | ███ |
| ███ ███ ███ | ███ | ███ | ███ | ███ |
| ███ ███ | ███ | ███ | ███ | ███ |
| Draft/revise<br>2/7/2025<br>Drafted and filed a letter/letter motion with the Court regarding the Plaintiff's contempt of Court re driving the injuncted vehicles. | Brian Levine | $500.00 | 4.00 | $2,000.00 |
| ███ ███ ███ | ███ | ███ | ███ | ███ |
| ███ ███ | ███ | ███ | ███ | ███ |
| ███ ███ ███ | ███ | ███ | ███ | ███ |
| ███ ███ ███ ███ | ███ | ███ | ███ | ███ |
| ███ ███ ███ ███ | ███ | ███ | ███ | ███ |
| ███ ███ ███ | ███ | ███ | ███ | ███ |
| ███ ███ ███ ███ | ███ | ███ | ███ | ███ |



## Trust Account Balance

| Date | Item | Amount | Balance |
|------|------|--------|---------|

