# Sage Legal LLC

**18211 Jamaica Avenue • Jamaica, NY 11423-2327 • (718) 412-2421 • emanuel@sagelegal.nyc**

**VIA ECF**  June 10, 2025
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. James M. Wicks, U.S.M.J.
100 Federal Plaza, Courtroom 1020
Central Islip, NY 11722-4438

      *Re:*    <u>**Superb Motors Inc.**, *et al.* **v. Deo**, *et al.*</u>
            <u>**Case No.: 2:23-cv-6188 (JMW)**</u>

Dear Judge Wicks:

      This firm represents Plaintiffs Superb Motors Inc. ("Superb"), Team Auto Sales LLC ("Team Auto"), and Robert Anthony Urrutia ("Urrutia") (Superb, Team Auto, and Urrutia collectively hereinafter the "Superb Plaintiffs") in the above-referenced case.

      The Superb Plaintiffs submit this letter in accordance with this Court's May 8, 2024 Order (ECF Docket Entry 172) and its prior May 30, 2025 correspondence concerning the sale of the following vehicles, which were sold as of May 29, 2025: (i) 1FDWX37R38ED27725 2008 Ford; (ii) 1C4RDHDG7JC438967 2018 DODGE; (iii) WBXHT3C59K5L90009 2019 BMW; (iv) ZARFAEDN3J7575105 2018 ALPHA; (v) 5UXWX9C50H0T04666 2017 BMW; (vi) 1FATP8UH1K5152260 2019 FORD; (vii) 2C3CDXHG6MH531592 2021 DODGE; (viii) 2C3CDXHG1MH505823 2021 DODGE; (ix) ZN661XUAXHX252844 2017 MASERATI; (x) SALWR2RV8JA189351 2018 LAND ROVER; (xi) WBXHT3C57K5L90705 2019 BMW; and (xii) WDBUF56X99B373460 2009 Mercedes. <u>See</u> ECF Docket Entry 172 ("Plaintiffs' request to sell the Superb vehicles (with the exception of the Isuzu flatbeds and the thirteen (13) vehicles that belong to third parties) and hold the funds in escrow for the remainder of these proceedings is granted. Plaintiff shall account to the Court as to the sales when made. Plaintiffs shall further file proof of the monies in escrow immediately following the sale of each of the vehicles").

      The Superb Plaintiffs hereby report that they confirm receipt of the proceeds of $110,000.00 for the foregoing vehicles, which has been placed in escrow in accordance with the May 8, 2024 Order. A copy of the wire details as required by the May 8, 2024 Order is annexed hereto as Exhibit "A," and is appropriately redacted to remove financial details not pertinent to this case. The funds were wired yesterday but only posted and were received today. As such, the Superb Plaintiffs timely complied with the Order to file proof of the monies in escrow immediately following the sale of each of the vehicles.

      The Superb Plaintiffs respectfully reiterate their request leave of the Court to place the funds in a separate interest-bearing account, which shall be owned by Emanuel Kataev, Esq., P.C. d/b/a Sage Legal LLC, in which it will not be commingled with any other funds, which will earn 1.30% APY.

      The Superb Plaintiffs thank this Court for its continued time and attention to this case.

Dated: Jamaica, New York
       June 10, 2025

Respectfully submitted,

**SAGE LEGAL LLC**

By: */s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorneys for Defendants*
*Superb Motors Inc.*
*Team Auto Sales LLC, &*
*Robert Anthony Urrutia*

**VIA ECF**
All counsel of record