# EXHIBIT A

## Retail Certificates of Sale

### Certificate No. 62512165 (S41148)
- **Type of Sale:** Wholesale, Used
- **Vehicle:** 2016 Porsche Panamera, Sedan, BK, 4244 lbs, Fuel G, 8 cyl, 5 seating
- **VIN:** WP0AF2A74GL082172
- **Dealer:** Superb Motors Inc, 215 Northern Blvd, Great Neck NY 11021
- **Purchaser:** Team Auto Sales LLC, 4360 US Rt 9, Freehold NJ 07728 — Date: 6/13/23
- **Prior Owner:** German Stars Mtr Inc, 210 W Center St, Beebe AR 72012 — 4/28/23
- **Odometer Reading:** 35633 (Actual Mileage)
- **Dealer Facility No.:** 7128150
- **NYS Sales Tax No.:** 862372229 — Team Auto Sales LLC 6/13/23
- Marked: **NON TRANSFERABLE**

### Certificate No. 62512185 (S41065)
- **Type of Sale:** Wholesale, Used
- **Vehicle:** 2019 Land Rover Range Rover, SUV, BM, 5254 lbs, Fuel G, 6 cyl, 5 seating
- **VIN:** SALGS2RE3KA513A420
- **Dealer:** Superb Motors Inc, 215 Northern Blvd, Great Neck NY 11021
- **Purchaser:** Team Auto Sales LLC, 4360 US Rt 9, Freehold NJ 07728 — Date: 8/9/23
- **Prior Owner:** German Stars Mtr Inc, 210 W Center St, Beebe AR 72012 — 3-24-23
- **Odometer Reading:** 59276 (Actual Mileage)
- **Dealer Facility No.:** 7128150 — 4/9/23
- **NYS Sales Tax No.:** 862372229 — Team Auto Sales LLC 6/9/23
- Marked: **NON TRANSFERABLE**

### Certificate No. 62512171 (S41006)
- **Type of Sale:** Wholesale, Used
- **Vehicle:** 2018 MEIBE L55, Conv, WH, 3897 lbs, Fuel G, 8 cyl, 5 seating
- **VIN:** WDDXK7DA4JF052861
- **Dealer:** Superb Motors Inc, 215 Northern Blvd, Great Neck NY 11021
- **Purchaser:** Team Auto Sales LLC, 4360 US Rt 9, Freehold NJ 07728 — Date: 6/8/23
- **Prior Owner:** H&H Auto Sales Inc, 155 S 2 St, Unit 10 Bayshore NY 11706 — 3/14/23
- **Odometer Reading:** 18914 (Actual Mileage)
- **Dealer Facility No.:** 7128150 — Superb Motors Inc 6/9/23
- **NYS Sales Tax No.:** 862372229 — Team Auto Sales LLC 6/9/23
- Marked: **NON TRANSFERABLE**

### Certificate No. 62512171 (S40882)
- **Type of Sale:** Wholesale, Used
- **Vehicle:** 2017 BMW 230XI, Coupe, BK, 3483 lbs, Fuel G, 4 cyl, 5 seating
- **VIN:** WBA2H9C36HV981431
- **Dealer:** Superb Motors Inc, 215 Northern Blvd, Great Neck NY 11021
- **Purchaser:** Team Auto Sales LLC, 4360 US Rt 9, Freehold NJ 07728 — Date: 6/14/23
- **Prior Owner:** Team Auto Sales LLC, 4360 US Rt 9, Freehold NJ 07728 — 12-9-22
- **Odometer Reading:** 28532 (Actual Mileage)
- **Dealer Facility No.:** 7128150 — 6/14/23
- **NYS Sales Tax No.:** 862372229 — Team Auto Sales LLC 6/14/23
- Marked: **NON TRANSFERABLE**