# EXHIBIT B

# NextGear Audit Recap Report - Tuesday, 15 October 2024

| Dealer | Audit contact | Audit date |
|---|---|---|
| 138909 | | 10/15/2024 |
| Team Auto Sales LLC | | |
| 4360 Us Highway 9 | Title | Auditor |
| Freehold, NJ 07728 | Gm | Eric Olsen |
| (203) 520-5110 | | |

## Audit Reconciliation with NextGear Capital

Thank you for completing your most recent inventory audit. Your dealership may have unreconciled units resulting from physically unverified units at the completion of the inventory audit. As a friendly reminder, it is your dealership's responsibility to verify all unreconciled units and should do so as soon as possible to avoid additional fees or required payoffs for units remaining unreconciled. Please keep in mind NextGear Capital's inventory audit provider DataScan does not reconcile physically unverified units at any location that is an auto auction, a residence or any location that is 10 miles or more from a documented dealership address. Please check your NextGear Capital account portal to confirm which units remain unreconciled and follow the necessary steps to reconcile these units. To avoid the assessment of any extended audit reconciliation fees each unreconciled unit will need to be verified within 6 calendar days from the completion of your dealership's inventory audit. Additionally, to avoid a required and system generated payoff of any unreconciled unit, each such unreconciled unit will need to be verified within 13 calendar days from the completion of your dealership's inventory audit. Please reach out to NextGear Capital at 888.969.3721 with any questions.

## Status Summary

| | Units | Balance | % Bal |
|---|---|---|---|
| **In Stock** | 1 | $24,627.80 | 17% |
| In Stock | 1 | $24,627.80 | 100% |
| **In Stock Exception** | 1 | $21,899.00 | 15% |
| In Stock Signs of Use | 1 | $21,899.00 | 100% |
| **Not In Stock** | 3 | $95,657.98 | 67% |
| Not Found Dealer Present | 1 | $24,461.55 | 26% |
| Offsite Storage Verification Exception | 2 | $71,196.43 | 74% |
| **Totals** | 5 | $142,184.78 | |

## Funded Unit Summary

| Units | Initial Bal | Payments | Remaining Bal | % Tot Units | % Tot Init Bal | % Tot Rem Bal |
|---|---|---|---|---|---|---|
| 0 | $0.00 | $0.00 | $0.00 | 0% | 0% | 0% |

## Payments Due

| | Units | Amount Due | Amount Paid | Remaining |
|---|---|---|---|---|
| Fees | 0 | $0.00 | $0.00 | $0.00 |
| Maturities | 0 | $0.00 | $0.00 | $0.00 |
| Totals | 0 | $0.00 | $0.00 | $0.00 |

## Payments Collected

| Trans Id | Date | Amount |
|---|---|---|
| **Totals** | | $0.00 |

## Exception Detail

| Year | Make | Model | VIN/SN | Stock # | Credit Line | Floor Date | Status | Status Detail |
|---|---|---|---|---|---|---|---|---|
| 2024 | VOLKSWAGEN | TIGUAN | 3VVFB7AX9RM008005 | 716 | RETAIL | 7/25/2024 | Not Found Dealer Present | Unit Status: **Not In Stock** <br> Not In Stock Status: **Not Found** <br> Dealer Representative Present: Yes <br> Explanation: Dealer believes car is at another location but unable to provide which, will follow up w[...] |
| 2021 | ISUZU | NRR | JALE5W162M7301006 | 712 | RETAIL | 6/20/2024 | Offsite Storage Verification Exception | Unit Status: **Not In Stock** <br> Not In Stock Status: **Storage Verification Exception** <br> Exception Reason: **Door Jamb VIN Verification** <br> Take VIN Plate Photo {"Photo":"/9j/4AAQSkZJRgABAQAAAQABAAD/4gHYSUNDX1BST0ZJTEUAAQEAAAHIAAAAAQwA[...] <br> VIN plate photo legible: Yes |
| 2020 | ISUZU | NRR | JALE5W164L7306190 | 713 | RETAIL | 8/20/2024 | Offsite Storage Verification Exception | Unit Status: **Not In Stock** <br> Not In Stock Status: **Storage Verification Exception** <br> Exception Reason: **Door Jamb VIN Verification** <br> Take VIN Plate Photo {"Photo":"/9j/4AAQSkZJRgABAQAAAQABAAD/4gHYSUNDX1BST0ZJTEUAA[...] <br> VIN plate photo legible: Yes |

Totals