# Harry R. Thomasson, Esq.

|  |  |
|---|---|
| 3280 Sunrise Highway, Box 112 | Admitted: |
| Wantagh, New York  11793 | Massachusetts |
| Tel. 516-557-5459 | New York |
| hrtatty@verizon.net |  |

June 19, 2025

Honorable James M. Wicks
U.S. Federal District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY  11722

      Re:    *Superb Motors, Inc., et al. v. Anthony Deo, et al.*
              Case No. 2:23-cv-6188 (JW)

Your Honor:

      I am writing with regard to the Plaintiffs' Motions set forth in their correspondence to this Court dated and filed April 3, 2025 at ECF No. 240.  Specifically, I am writing with a cross-Motion in the Alternative, as follows:  1) Since this Court stayed the time for Plaintiffs to submit an Amended Complaint, I am writing to request that this Court stay the time to respond to the Plaintiffs' Motion for Reconsideration; or, in the alternative, 2) to give me ten (10) days from the date of the Court's decision to oppose Reconsideration since my life partner was diagnosed with a serious health issue involving cancer this week, and is undergoing emergency surgery tomorrow, June 20, 2025, the date by which the Court Ordered any opposition to be submitted.  I oppose yet another Motion for Reconsideration from the Plaintiffs, but I need more time to submit my opposition since I am already helping my partner with this diagnosis and her surgery tomorrow, and I expect to be helping her with her recovery as well.

      Accordingly, I hereby request that this Court stay the time to oppose Reconsideration set forth at ECF No. 240 until the stay for Amending the Complaint is lifted, or, in the alternative, to extend the time for opposition to the Motion for Reconsideration for at least ten (10) days from the Court's decision since I am dealing with a personal emergency involving serious, imminent surgery for my partner.  Respectfully submitted, I remain,

                                       Very truly yours,

                                       *Harry R. Thomasson*

                                       Harry R. Thomasson, Esq.