

11:16
◀ Messages
LTE

175

AD
Anthony

How much did they all add up to?

$347,385 now live

No wayyyyyy

Home | Administration | System Admin | Payment Processing | Co-authorization | Reports | Loan Management | Account Inquiry

Search Views: Assets By Finance Plan
Item Types: Asset

**Assets By Finance Plan**

Changed: 07/11/2023 → 07/11/2023 Dealer Reference: All Identification: All Status: N/A

| Plan | Identification | Dealer Reference | Credit Line | Invoice | Description | Acceptance | Maturity | Utilized | Outstanding | Changed | Status | Loan Reference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| USED_NN_01 | 1C4HJXFN0MW668101 | 08085 | 08085USED | | Jeep Wrangler Unlimited R... | 07/11/2023 | 09/15/2024 | 44,245.00 | 44,245.00 | 07/11/2023 | Live | 2913141 |
| USED_NN_01 | 1C4RJFCG8KC788432 | 08085 | 08085USED | | Jeep Grand Cherokee Overl... | 07/11/2023 | 09/15/2024 | 33,650.00 | 33,650.00 | 07/11/2023 | Live | 2913150 |
| USED_NN_01 | 1C4SDJCT2MC520441 | 08085 | 08085USED | | Dodge Durango | 07/11/2023 | 09/15/2024 | 37,735.00 | 37,735.00 | 07/11/2023 | Live | 2913159 |
| USED_NN_01 | 5J8YD4H38LL019056 | 08085 | 08085USED | | Acura MDX SH-AWD 7-Passen... | 07/11/2023 | 09/15/2024 | 32,950.00 | 32,950.00 | 07/11/2023 | Live | 2913137 |
| USED_NN_01 | 5XXGT4L39KG282398 | 08085 | 08085USED | | Kia Optima S Auto | 07/11/2023 | 09/15/2024 | 17,350.00 | 17,350.00 | 07/11/2023 | Live | 2913149 |
| USED_NN_01 | SALGV5RE3KA525460 | 08085 | 08085USED | | Land Rover Range Rover V8... | 07/11/2023 | 09/15/2024 | 91,125.00 | 91,125.00 | 07/11/2023 | Live | 2913152 |
| USED_NN_01 | SALYB2RX0JA770423 | 08085 | 08085USED | | Land Rover Range Rover Ve... | 07/11/2023 | 09/15/2024 | 31,300.00 | 31,300.00 | 07/11/2023 | Live | 2913145 |
| USED_NN_01 | WA1LHAF74KD025148 | 08085 | 08085USED | | Audi Q7 SE Premium Plus 4... | 07/11/2023 | 09/15/2024 | 32,325.00 | 32,325.00 | 07/11/2023 | Live | 2913144 |
| USED_NN_01 | WDDSJ4GB7KN725983 | 08085 | 08085USED | | Mercedes-Benz CLA CLA 250 | 07/11/2023 | 09/15/2024 | 26,525.00 | 26,525.00 | 07/11/2023 | Live | 2913139 |
| USED_NN_02 | WBA5B3C50GG260101 | 08085 | 08085USED | | BMW 5-Series 535xi | 06/02/2023 | 09/15/2024 | 0.00 | 22,630.00 | 07/11/2023 | Pay Off (Due) | 2851349 |

1 - 10 (10) 10

System Information English (United States)

Bottom one is the payoff we have due tomorrow

...ation | Reports | Loan Management | Account Inquiry

| | |
|---|---|
| **Total Outstanding Debit** | 4,087,897.48 |
| **Total Outstanding Credit** | 347,205.00 |

**Value Type:** N/A

| Due Date | Process Date | Status | Payment Sourc... |
|---|---|---|---|
| 07/11/2023 | 07/11/2023 | Pending | SAP AP Credit |

AWESOME!!!!

Let me floor the NG cars and then we can set up payoffs

Tue, Jul 11 at 4:15 PM

Hey. How the Nextgear coming along.

iMessage

Cash

