Case 2:23-cv-06188-JMW - Document 304-2 - Filed 06/20/25 - Page 1 of 3 PageID #: 6790

 Gmail

Tony Urrutia <tonyu814@gmail.com>

---

## Fw: 8085 Superb Motors, Inc. - Potential Double Floorings 7.31.2023 ** 22 units**

**Bruce Novicky** <bruce@teamauto.com>                                                    Tue, Sep 5, 2023 at 9:39 AM
To: tonyu814 <tonyu814@gmail.com>

One side was in July either way.

Regards,



**Bruce Novicky**
COO | Team Auto Group
Office 860.900.0660
Email bruce@teamauto.com

---

IMPORTANT: The contents of this email and any attachments are confidential. They are intended for the named recipient(s) only. If you have received this email by mistake, please notify the sender immediately and do not disclose the contents to anyone or make copies thereof.

---

**From:** Bennetta, Joe <Joe.Bennetta@nissan-usa.com>
**Sent:** Monday, July 31, 2023 3:38 PM
**To:** Bruce Novicky <bruce@teamauto.com>; Bruce Novicky <bruce@teamauto.com>
**Subject:** FW: 8085 Superb Motors, Inc. - Potential Double Floorings 7.31.2023 ** 22 units**

Hi Bruce.  Can you have these looked into ASAP

**Joe Bennetta | Financial Services Manager | Northeast Region | Nissan Motor Acceptance Company | Infiniti Financial Services | Mobile: +1 609-495-4834**

---

**From:** Lozon, Nancy <Nancy.Lozon@Nissan-Usa.com>
**Sent:** Monday, July 31, 2023 3:13 PM
**To:** Bennetta, Joe <Joe.Bennetta@nissan-usa.com>
**Cc:** Eirich, John <eirichj@NMAC.COM>; Gilroy, Tim <gilroyt@NMAC.COM>; Beck, Jamie <Jamie.Beck@nissan-usa.com>; Jank, Allison <Allison.Jank@nissan-usa.com>; Broussard, Keeth <BroussK@NMAC.COM>
**Subject:** 8085 Superb Motors, Inc. - Potential Double Floorings 7.31.2023 ** 22 units**
**Importance:** High

Hello,

Below are the 22 units showing for 8085 Superb Motors, Inc. from today's double floored report.

The NMAC floor date has been added for your reference.

If they were the sellers, please have them pay NMAC off. If they are the buyers, please verify they have the titles or expect them in a day or two

If they do not have the titles and do not know when they will get them, please have them remove them from their floor plan until they receive the titles.

Thank you

| Floored Dealer # | Floored Dealer Name | Floored (Y/N) | NMAC Floor Date | VIN | Year | Manufacturer | Model | Record Date | Finance Company Name |
|---|---|---|---|---|---|---|---|---|---|
| 8085 | SUPERB MOTORS INC. | Y | 7/19/2023 | 5UXKR0C53J0X91503 | 2018 | BMW | X5 | 6/9/2023 | NextGear commercial |
| 8085 | SUPERB MOTORS INC. | Y | 7/21/2023 | 5UXTY9C06LLE59513 | 2020 | BMW | X3 | 6/16/2023 | NextGear commercial |
| 8085 | SUPERB MOTORS INC. | Y | 4/24/2023 | 2T2ZZMCA6HC073637 | 2017 | LEXUS | RX | 7/19/2023 | NextGear commercial |
| 8085 | SUPERB MOTORS INC. | Y | 7/5/2023 | WDDJK7DA4JF052861 | 2018 | MERCEDES-BENZ | SL-CLASS | 6/9/2023 | NextGear commercial |
| 8085 | SUPERB MOTORS INC. | Y | 4/19/2023 | WDDSJ4GB7JN508433 | 2018 | MERCEDES-BENZ | CLA CLASS CLA250 | 7/19/2023 | NextGear commercial |
| 8085 | SUPERB MOTORS INC. | Y | 7/5/2023 | SALGS2RE3KA519794 | 2019 | LAND ROVER | RANGE ROVER | 6/9/2023 | NextGear commercial |
| 8085 | SUPERB MOTORS INC. | Y | 6/2/2023 | WBAJB1C53KB375171 | 2019 | BMW | 530E | 7/19/2023 | NextGear commercial |
| 8085 | SUPERB MOTORS INC. | Y | 7/5/2023 | ZAM57YTLXK1316469 | 2019 | MASERATI | GHIBLI S Q4 GRANLUSSO | 6/9/2023 | NextGear commercial |
| 8085 | SUPERB MOTORS INC. | Y | 5/3/2023 | WAUDNAF46KN011574 | 2019 | AUDI | A4 QUATTRO PREMIUM | 7/19/2023 | NextGear commercial |
| 8085 | SUPERB MOTORS INC. | Y | 5/17/2023 | WBXHT3C35J5K24129 | 2018 | BMW | X1 | 7/19/2023 | NextGear commercial |
| 8085 | SUPERB MOTORS INC. | Y | 7/21/2023 | WAUB4CF56JA083170 | 2018 | AUDI | S5 | 6/16/2023 | NextGear commercial |
| 8085 | SUPERB MOTORS INC. | Y | 7/21/2023 | SALYA2EX8KA791014 | 2019 | LAND ROVER | RANGE ROVER VELAR | 6/14/2023 | NextGear commercial |
| 8085 | SUPERB MOTORS INC. | Y | 7/19/2023 | WBA2H9C36HV986948 | 2017 | BMW | 230I | 6/16/2023 | NextGear commercial |
| 8085 | SUPERB MOTORS INC. | Y | 7/21/2023 | 5UXUJ5C54K9A32646 | 2019 | BMW | X4 | 6/16/2023 | NextGear commercial |
| 8085 | SUPERB MOTORS INC. | Y | 7/19/2023 | WBA4E5C59HG188797 | 2017 | BMW | 440I | 6/16/2023 | NextGear commercial |
| 8085 | SUPERB MOTORS INC. | Y | 4/3/2023 | WA1LHAF74KD039390 | 2019 | AUDI | Q7 | 7/19/2023 | NextGear commercial |
| 8085 | SUPERB MOTORS INC. | Y | 7/21/2023 | WAUP4AF5XJA095252 | 2018 | AUDI | S5 | 6/16/2023 | NextGear commercial |
| 8085 | SUPERB MOTORS INC. | Y | 2/27/2023 | 55SWF4KB7JU273873 | 2018 | MERCEDES-BENZ | C-CLASS | 7/19/2023 | NextGear commercial |

| 8085 | SUPERB MOTORS INC. | Y | 7/11/2023 | 1C4RJFCG8KC788432 | 2019 | JEEP | GRAND CHEROKEE | 6/9/2023 | NextGear commercial |
| 8085 | SUPERB MOTORS INC. | Y | 3/2/2023 | WA1C4AFY9L2045025 | 2020 | AUDI | SQ5 | 7/19/2023 | NextGear commercial |
| 8085 | SUPERB MOTORS INC. | Y | 7/19/2023 | ZAM57YTA4K1314330 | 2019 | MASERATI | GHIBLI | 6/9/2023 | NextGear commercial |
| 8085 | SUPERB MOTORS INC. | Y | 7/21/2023 | WP0AF2A74GL082172 | 2016 | PORSCHE | PANAMERA | 6/13/2023 | NextGear commercial |

*Sincerely,*

**Nancy Lozon**

Dealer Workout Analyst

Special Credit

Nissan Group of North America

Mobile: +682-261-4960

Fax: +1-972-607-7278

NISSAN
GROUP OF NORTH AMERICA