# Emanuel Kataev

| | |
|---|---|
| **From:** | Emanuel Kataev |
| **Sent:** | Wednesday, March 12, 2025 3:50 PM |
| **To:** | levine@levinesingh.com |
| **Cc:** | Jamie Felsen; 'Jeffrey Ruderman' |
| **Subject:** | RE: Superb Motors v. Deo; Case No. 2:23-cv-6188 (JMW): Location of Vehicles |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Brian:

Send your clients back to take some pictures of the inside of the building.

Thanks,

 

**Emanuel Kataev, Esq.**

Sage Legal

ADMITTED IN NEW YORK, NEW JERSEY, AND CONNECTICUT

(718) 412-2421 (office)
(718) 489-4155 (facsimile)
(917) 807-7819 (cellular)

emanuel@sagelegal.nyc

1411 Broadway, 29th Floor, New York, NY 10018-1976
173 54th Street, Brooklyn, NY 11220-2505
45 Glen Cove Road, 2nd Floor, Greenvale, NY 11548-1057
1981 Marcus Avenue, Suite C129, New Hyde Park, NY 11042-1017
1515 Old Northern Boulevard, Roslyn, NY 11576-1127
162 Broadway, 2nd Floor, Amityville, NY 11701-2704
18211 Jamaica Avenue, Jamaica, NY 11423-2327
7247 139th Street, Flushing, NY 11367-2321

---

**From:** levine@levinesingh.com <levine@levinesingh.com>
**Sent:** Wednesday, March 12, 2025 3:22 PM
**To:** Emanuel Kataev <emanuel@sagelegal.nyc>
**Cc:** Jamie Felsen <jamiefelsen@mllaborlaw.com>; 'Jeffrey Ruderman' <jruderman@cszlaw.com>
**Subject:** Superb Motors v. Deo; Case No. 2:23-cv-6188 (JMW): Location of Vehicles
**Importance:** High

**Caution: This email originates from outside of the sagelegalllc.com. Do not click links or open attachments unless you recognize the sender and know the content is safe**

Emanuel,

I have been informed that all of the Injuncted Vehicles have been removed from the Hartford dealership lot, which is now abandoned and vacant. I have attached photographs showing the current state of the lot, which is quite concerning. Could you please advise where the Injuncted Vehicles are presently located?

Sincerely,

1

Brian M. Levine, Esq.
Levine Singh, LLP
260 North Broadway, Suite 2A
Hicksville, New York 11801
Tel. No.: (347) 732-4428 (main)
Tel. No.: (516) 597-4418 (direct)
Fax No: (917) 477-2273
Email: levine@levinesingh.com
Web: www.levinesingh.com

**FINANCIAL TRANSACTIONS**: In an effort to combat fraud, our firm will never provide you with wire instructions or account information within the body of an email. Wire instructions will always be transmitted via a password-protected pdf which you will only be able to open once you call our office to obtain the password. Should you receive an email containing wire instructions in the body, verify the sender's email address and call our office to report it. Don't fall victim to online fraud.

**LEGAL ADVICE**: Unless specified in the contents of the above communication or within the terms of a separate written retainer agreement between you and the firm, this communication does not constitute legal advice, and should not be construed by the recipient as the basis for the formation of an attorney-client relationship.

**CONFIDENTIALITY STATEMENT**: This communication may contain confidential and/or privileged information, and is intended exclusively for the addressee(s). If you received this communication but are neither the named recipient or the employee or agent of the addressee, then it was delivered to you in error. Please notify us of this error by return email, and then permanently delete the communication.