# EXHIBIT A

Case 2:23-cv-06188-JMW   Document 307-3   Filed 06/30/25   Page 1 of 2 PageID #: 6841

## Retail Certificates of Sale

**Certificate 1 (Page 44 of 69, PageID #: 2557) — No. 62512165 / SU1148**
- Type of Sale: Retail, Used
- Vehicle: 2016 Porsche Panamera, Sedan, BK, Weight 4244, Fuel G, 8 cyl, 5 seats
- VIN: WP0AF2A74GL082172
- Dealer: Superb Motors Inc, 215 Northern Blvd, Great Neck NY 11021
- Purchaser: Team Auto Sales LLC, 4360 US Rt 9, Freehold NJ 07728 — Date 6/13/23
- Prior Owner: German Stars Mtr Inc, 210 W Center St, Beebe AR 72012 — 4/08/23
- Odometer: 35633 (Actual Mileage)
- Dealer Facility No. 7128150; NYS Sales Tax No. 862372229
- Dates: 6/13/23

**Certificate 2 (Page 40 of 69, PageID #: 2553) — No. 62512185 / SU1065**
- Type of Sale: Retail, Used
- Vehicle: 2019 Land Rover Range Rover, SUV, BM, Weight 5254, Fuel G, 6 cyl
- VIN: SALGS2RE3KA518H20
- Dealer: Superb Motors Inc, 215 Northern Blvd, Great Neck NY 11021
- Purchaser: Team Auto Sales LLC, 4360 US Rt 9, Freehold NJ 07728 — 8/9/23
- Prior Owner: German Stars Mtr Inc, 210 W Center St, Beebe AR 72012 — 3-24-23
- Odometer: 59276 (Actual Mileage)
- Dealer Facility No. 7128150; NYS Sales Tax No. 862372229
- Dates: 4/9/23, 6/9/23

**Certificate 3 (Page 27 of 69, PageID #: 2540) — No. 62512171 / SU1006**
- Type of Sale: Retail, Used
- Vehicle: 2018 Mercedes-Benz L55, Conv, WH, Weight 3897, Fuel G, 8 cyl, 5 seats
- VIN: WDDUG7DA4JA512861
- Dealer: Superb Motors Inc, 215 Northern Blvd, Great Neck NY 11021
- Purchaser: Team Auto Sales LLC, 4360 US Rt 9, Freehold NJ 07728 — 6/8/23
- Prior Owner: H&H Auto Sales Inc, 155 S 2 St, Unit 10, Bayshore NY 11706 — 3/14/23
- Odometer: 18914 (Actual Mileage)
- Dealer Facility No. 7128150; NYS Sales Tax No. 862372229
- Dates: 6/9/23

**Certificate 4 (Page 9 of 69, PageID #: 2522) — No. 62512171 / SU0882**
- Type of Sale: Retail, Used
- Vehicle: 2017 BMW 230xi, Coupe, BK, Weight 3483, Fuel G, 4 cyl, 5 seats
- VIN: WBA2H9C36HV518H18
- Dealer: Superb Motors Inc, 215 Northern Blvd, Great Neck NY 11021
- Purchaser: Team Auto Sales LLC, 4360 US Rt 9, Freehold NJ 07728 — 6/14/23
- Prior Owner: Team Auto Sales LLC, 4360 US Rt 9, Freehold NJ 07728 — 12-9-22
- Odometer: 28532 (Actual Mileage)
- Dealer Facility No. 7128150; NYS Sales Tax No. 862372229
- Dates: 6/14/23

*All certificates stamped "NON TRANSFERABLE"*