# EXHIBIT C



**2020 ISUZU NRR**
VIN: JALE5W164L7306190

Vehicle History Report™
Warranty Check™
Buyback Guarantee™

CARFAX ADVANTAGE DEALER
This report provided free of charge by:

| Date | Mileage | Source | Comments |
|---|---|---|---|
| 04/14/2023 | 54,182 | Fleet Management Co. | Vehicle sold in New York |
| 11/12/2024 | 53,894 | Indiana Motor Vehicle Dept. Carmel, IN | Odometer reading reported<br>MILEAGE INCONSISTENCY<br>The mileage reported here conflicts with this vehicle's odometer history. Ask a mechanic or the seller to confirm the actual mileage - this entry may just be a clerical error. |
| 11/14/2024 | | Indiana Motor Vehicle Dept. Carmel, IN Title #24217259000066 | Title issued or updated<br>- Vehicle repossessed |
| 04/10/2025 | | Online Listing | Vehicle offered for sale |

Have Questions? Consumers, please visit our Help Center at www.carfax.com. Dealers or Subscribers, please visit our Help Center at www.carfaxonline.com.

CARFAX Glossary                                                           Full Glossary

---



**2021 ISUZU NRR**
VIN: JALE5W162M7301006

Vehicle History Report™
Warranty Check™
Buyback Guarantee™

CARFAX ADVANTAGE DEALER
This report provided free of charge by:

| Date | Mileage | Source | Comments |
|---|---|---|---|
| 04/14/2023 | 41,410 | Fleet Management Co. | Vehicle sold in New York |
| 11/13/2024 | | Indiana Motor Vehicle Dept. Carmel, IN Title #24217257000078 | Title issued or updated<br>- Vehicle repossessed |
| 03/28/2025 | | Online Listing | Vehicle offered for sale |
| 04/22/2025 | | Indiana Motor Vehicle Dept. | Vehicle purchase reported |
| 05/12/2025 | 42,201 | Hare Chevrolet<br>Noblesville, IN<br>317-565-2390<br>harechevy.com<br>4.6 / 5.0  1,024 Verified Reviews<br>332 Customer Favorites | Vehicle serviced<br>- Maintenance inspection completed |
| 05/14/2025 | | Indiana Motor Vehicle Dept. Indianapolis, IN | Registration issued or renewed<br>- Vehicle color noted as White |

Owner 2 — Purchased: 2025                                              Personal Vehicle

| Date | Mileage | Source | Comments |
|---|---|---|---|
| 05/14/2025 | | Indiana Motor Vehicle Dept. Indianapolis, IN Title #25527093000360 | Title issued or updated<br>- New owner reported |

Have Questions? Consumers, please visit our Help Center at www.carfax.com. Dealers or Subscribers, please visit our Help Center at www.carfaxonline.com.