# THE LINDEN LAW GROUP, P.C.

**250 Park Avenue, 7th Floor**
**New York, New York 10177**
**(212) 655-9536**

July 8, 2025

**<u>Via ECF</u>**

Honorable James M. Wicks
U.S. District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

      Re:    Superb Motors, Inc., et al. v. Anthony Deo, et al.
               Case No. 2:23-cv-6188 (JW)

Dear Judge Wicks:

On behalf of the Deo Defendants, I join Mr. Thomasson's Letter Opposition of today's date with respect to Plaintiff's Motion for Reconsideration at ECF Doc. #240.

Thanking the Court for its consideration in this matter.

Very truly yours,

*Jeffrey Benjamin*

Jeffrey Benjamin, Esq.