# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 28th day of July, two thousand twenty-five.

Before:      Eunice C. Lee,
                    *Circuit Judge.*

---

Superb Motors Inc., Team Auto Sales LLC, Robert Anthony Urrutia,

        Plaintiffs - Appellants,

v.

Anthony Deo, Sarah Deo, Harry Thomasson, et al.

        Defendants - Appellees,

Nissan Motor Acceptance Company, LLC,

        Intervenor.

---

**ORDER**

Docket No. 25-1330

Appellants move for a stay pending appeal of the portion of the district court's modified injunction requiring Appellants to deliver vehicles to Appellees. Appellants also seek an expedited appeal.

IT IS HEREBY ORDERED that the motion for a stay pending appeal is DENIED as moot in light of the district court's order dated June 26, 2025, which granted a stay pending resolution of the appeal from the order. It is further ORDERED that the motion to expedite the appeal is DENIED. Appellants must file a Local Rule 31.2 scheduling notification letter within 14 days of the date of this order.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 7/28/2025