# Harry R. Thomasson, Esq.

3280 Sunrise Highway, Box 112     Admitted:
Wantagh, New York  11793     Massachusetts
Tel. 516-557-5459     New York
hrtatty@verizon.net

August 27, 2025

Honorable James M. Wicks
U.S. Federal District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY  11722

      Re:   *Superb Motors, Inc., et al. v. Anthony Deo, et al.*
                Case No. 2:23-cv-6188 (JW)

Your Honor:

      I am writing in response to this Court's order on August 22, 2025 to report to the Court after meeting and conferring regarding the extension of certain dates in the instant action.  Please be advised, as follows:

1. On the evening of August 26, 2025, counsel in the instant action met and conferred via Zoom call.[1]

2. In that conference, all attorneys present agreed to extend all of the dates previously issued by this Court in its scheduling order entered on July 2, 2025, just after ECF docket #309 and just before ECF docket #310 on the docket of this case, by sixty (60) days.

3. Counsel were unable to reach agreement on the date to respond to the latest Amended Complaint.  I requested and still request October 31, 2025, counsel at the conference other than myself agreed upon and desire September 15, 2025, a date which I am unable to meet.

      Accordingly, I write to update the Court per the terms of its order dated August 22, 2025, and to request that the Court set the date upon which responses to the latest Amended Complaint are due.

---

[1] Counsel for the Deo Defendants, Jeff Benjamin, was unable to attend the conference on a few hours' notice, but made clear in an email to all counsel that the conference could proceed without him.

      Lastly, I am aware that this Court ordered a "joint" response to its order. A proposed "joint" response was sent to me this morning that in my opinion does not exhibit good faith, and I cannot possibly "join" in that response. Paragraphs 1-3, above, are accurate, and I am sure all that matter to this Court in response to its order. If other parties and their attorneys still wish to make an issue of Mr. Benjamin's absence (on a few hours' notice) from the Zoom call, feel free by also including the draft sent to me, but I'm equally sure that the Court and I are not interested in that gamesmanship, especially given the accuracy of paragraphs 1-3, above.

      Awaiting the Court's decision, I remain,

                              Very truly yours,

                              *Harry R. Thomasson*

                              Harry R. Thomasson, Esq.