UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SUPERB MOTORS INC., TEAM AUTO SALES LLC, ROBERT ANTHONY URRUTIA, 189 SUNRISE HWY AUTO LLC, NORTHSHORE MOTOR LEASING, LLC, BRIAN CHABRIER, individually and derivatively as a member of NORTHSHORE MOTOR LEASING, LLC, JOSHUA AARONSON, individually and derivatively as a member of 189 SUNRISE HWY AUTO, LLC, JORY BARON, 1581 HYLAN BLVD AUTO LLC, 1580 HYLAN BLVD AUTO LLC, 1591 HYLAN BLVD AUTO LLC, 1632 HYLAN BLVD AUTO LLC, 1239 HYLAN BLVD AUTO LLC, 2519 HYLAN BLVD AUTO LLC, 76 FISK STREET REALTY LLC, 446 ROUTE 23 AUTO LLC and ISLAND AUTO MANAGEMENT, LLC,

                               Plaintiffs,

     -against-

ANTHONY DEO, SARAH DEO, HARRY THOMASSON, DWIGHT BLANKENSHIP, MARC MERCKLING, MICHAEL LAURIE, THOMAS JONES, CPA, CAR BUYERS NYC INC., GOLD COAST CARS OF SYOSSET LLC, GOLD COAST CARS OF SUNRISE LLC, GOLD COAST MOTORS AUTOMOTIVE GROUP LLC, GOLD COAST MOTORS OF LIC LLC, GOLD COAST MOTORS OF ROSLYN LLC, GOLD COAST MOTORS OF SMITHTOWN LLC, UEA PREMIER MOTORS CORP., DLA CAPITAL PARTNERS INC., JONES, LITTLE & CO., CPA'S LLP, FLUSHING BANK, LIBERTAS FUNDING LLC, and J.P. MORGAN CHASE BANK, N.A.,

                               Defendants.
------------------------------------------------------------------X

Case No.: 2:23-cv-6188 (JMW)

**NOTICE OF APPEAL**

Notice is hereby respectfully given that Superb Motors Inc. ("Superb"), Team Auto Sales LLC ("Team"), and Robert Anthony Urrutia ("Urrutia") (Superb, Team, and Urrutia collectively hereinafter the "Superb Plaintiffs"), Plaintiffs in the above-named case, respectfully appeals to the United States Court of Appeals for the Second Circuit from the Orders of the Hon. James M. Wicks, U.S.M.J. ("Judge Wicks") dated: **(i)** March 21, 2025 (ECF Docket Entry 230) solely to the extent it *(a)* granted Defendants' Thomas Jones, CPA ("Jones"), and Jones, Little & Co., CPA's LLP ("JLC CPA") (Jones and JLC CPA collectively hereinafter the "CPA Defendants") motion to dismiss in its entirety; *(b)* granted Defendant Flushing Bank's motion to dismiss in its entirety; *(c)* granted Defendant J.P. Morgan Chase Bank, N.A.'s motion to dismiss in its entirety; *(d)* granted Defendant Anthony Deo's ("Deo") motion to dismiss Plaintiffs' cause of action to pierce the corporate veil against him; *(e)* denied both of Plaintiffs' cross-motions for leave to amend the pleadings; and *(f)* denied Plaintiffs' request for leave to replead in the event of dismissal; as well as **(ii)** August 1, 2025 (ECF Docket Entry 314) to the extent that it denied the motion of *(a)* the Superb Plaintiffs for reconsideration of the March 21, 2025 Order as it pertains to the dismissal of the CPA Defendants; and *(b)* the remaining Plaintiffs for reconsideration of the March 21, 2025 Order as it pertains to the dismissal of Northshore Motors LLC ("Northshore") and 189 Sunrise Hwy Auto LLC ("Sunrise") as defendants, to have direct claims against them, if the motion court ultimately found that Deo was the true owner of those entities.

Dated: Jamaica, New York
       August 28, 2025                       Respectfully submitted,

                                               **SAGE LEGAL LLC**
                                               By:  */s/ Emanuel Kataev, Esq.*
                                               Emanuel Kataev, Esq.
                                               18211 Jamaica Avenue
                                               Jamaica, NY 11423-2327
                                               (718) 412-2421 (office)
                                               (917) 807-7819 (cellular)
                                               (718) 489-4155 (facsimile)
                                               emanuel@sagelegal.nyc

                                               *Attorneys for Plaintiffs*
                                               *Superb Motors Inc.,*
                                               *Team Auto Sales LLC, and*
                                               *Robert Anthony Urrutia*

Dated: New York, New York
       August 28, 2025                       **CYRULI SHANKS & ZIZMOR LLP**
                                               _____/s_____
                                               Jeffrey Ruderman, Esq.
                                               420 Lexington Avenue, Suite 2320
                                               New York, NY 10170-0002
                                               (212) 661-6800 (office)
                                               (347) 379-4622 (direct dial)
                                               (212) 661-5350 (facsimile)
                                               jruderman@cszlaw.com

                                               *Attorneys for Plaintiffs*
                                               *189 Sunrise Hwy Auto LLC,*
                                               *Northshore Motor Leasing, LLC,*
                                               *1581 Hylan Blvd Auto LLC,*
                                               *1580 Hylan Blvd Auto LLC,*
                                               *1591 Hylan Blvd Auto LLC,*
                                               *1632 Hylan Blvd Auto LLC,*
                                               *1239 Hylan Blvd Auto LLC,*
                                               *2519 Hylan Blvd Auto LLC,*
                                               *76 Fisk Street Realty LLC,*
                                               *446 Route 23 Auto LLC,*
                                               *Island Auto Management, LLC,*
                                               *Brian Chabrier,*
                                               *Joshua Aaronson, and*
                                               *Jory Baron*

**VIA ECF**
All counsel of record