| Date: 26 month Agreement | Total Advance | 2022 November | 2022 December | 2023 January | 2023 February | 2023 March | 2023 April |
|---|---|---|---|---|---|---|---|
| **Original Balance Per Dealer** | VSC | | | | | | |
| **Superb Motors, Inc. - SB30022** | $ 650,000.00 | | | | | | |
| **TOTAL** | $ 650,000.00 | | | | | | |
| **Collection Process:** | | | | | | | |
| **Total VSC Sales per Dealership :** | SB30022 | $ 3,744.00 | $ 10,400.00 | $ 9,100.00 | | | |
| **Total Sales:** | | | | | | | |
| | | | | | | | |
| **Advance Balance per Dealership:** | SB30022 | $ 646,256.00 | $ 635,856.00 | $ 626,756.00 | | | |

| 2023 May | 2023 June | 2023 July | 2023 August | 2023 September | 2023 October | 2023 November | 2023 December | 2024 January | 2024 February | 2024 March | 2024 April | 2024 May |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| 2024 June | 2024 July | 2024 August | 2024 September | 2024 October | 2024 November |
|---|---|---|---|---|---|

| Date: 24 month Agreement | Total Advance | 2021 August | 2021 September | 2021 October | 2021 November | 2021 December |
|---|---|---|---|---|---|---|
| **Original Balance Per Dealer** | **VSC** | | | | | |
| **Superb Motors, Inc. - SB30022** | $ 1,302,299.00 | | | | | |
| **TOTAL** | $ 1,302,299.00 | | | | | |
| Collection Process: | | | | | | |
| Total VSC Sales per Dealership : | SB30022 | $1,400 | $1,900 | $32,900 | $23,200 | $27,200 |
| Total Sales: | | **$1,400** | **$1,900** | **$32,900** | **$23,200** | **$27,200** |
| | | | | | | |
| Advance Balance per Dealership: | SB30022 | $ 1,300,899.00 | $ 1,298,999.00 | $ 1,266,099.00 | $ 1,242,899.00 | $ 1,215,699.00 |

| 2022 January | 2022 February | 2022 March | 2022 April | 2022 May | 2022 June | 2022 July | 2022 August | 2022 September |
|---|---|---|---|---|---|---|---|---|
| $14,400 | $21,600 | $36,000 | $38,400 | $33,600 | $25,600 | $24,120 | $15,141 | $16,352 |
| **$14,400** | **$21,600** | **$36,000** | **$38,400** | **$33,600** | **$25,600** | **$24,120** | **$15,141** | **$16,352** |
| $ 1,201,299.00 | $ 1,179,699.00 | $ 1,143,699.00 | $ 1,105,299.00 | $ 1,071,699.00 | $ 1,046,099.00 | $ 1,021,979.00 | $ 1,006,838.00 | $ 990,486.00 |

| 2022 October | 2022 November | 2022 December | 2023 January | 2023 February | 2023 March | 2023 April | 2023 May | 2023 June | 2023 July | 2023 August | 2023 September |
|---|---|---|---|---|---|---|---|---|---|---|---|
| $8,839 | | | | | | | | | | | |
| **$8,839** | | | | | | | | | | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **$ 981,647.00** | | | | | | | | | | | |