# Audit Logs

Scroll To Top

---

**Created** — By ANTHONY DEO — Jan 14 2023 11:33 AM

**Dealer**
Superb Motors Inc - Added

**Role Name**
Assistant GM - Added

---

**Created** — By ANTHONY DEO — Jan 14 2023 11:33 AM

**User Type**
ARC User - Added

**First Name**
Marc - Added

**User Active**
true - Added

**Phone Number**
(516) 250 - 5626 - Added

**Display Name**
Marc - Added

**Last Name**
Merckling - Added

**Country Code**
+1 - Added

**Unlock Account**
Enabled - Added

**Login Id**
merck17@optonline.com - Added

**Home Dealer**
Superb Motors Inc - Added