

Cullen and Dykman LLP
The Omni Building
333 Earle Ovington Blvd, 2nd Floor
Uniondale, NY 11553
T: 516.357.3700
F: 516.357.3792

**Ariel E. Ronneburger**
Partner
Direct Dial: (516) 296-9182
aronneburger@cullenllp.com

October 8, 2025

**VIA ECF**
Honorable James M. Wicks, U.S.M.J.
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 1020
Central Islip, New York

      Re:   *Superb Motors Inc., et al. v. Anthony Deo, et al.*,
                Docket No: 2:23-cv-6188-JMW

Dear Judge Wicks:

      This firm represents defendant Flushing Bank in the above-referenced matter. We write to respectfully request that Flushing Bank be excused from attending the oral argument scheduled for November 12, 2025, which regards a motion filed by Plaintiffs seeking contempt and sanctions against Defendants Anthony Deo, Harry R. Thomasson, and Jeffrey Benjamin.

      Flushing Bank does not take a position on this motion. Additionally, Flushing Bank has been previously excused from attending conferences and evidentiary hearings which do not relate to the Bank. Accordingly, Flushing Bank respectfully requests that its counsel be excused from the appearance on November 12, 2025, as it relates solely to the motion for sanctions against Defendants Deo, Thomasson, and Benjamin.

      Thank you, as always, for your courtesies in this matter.

                                                       Respectfully,

                                                         *Ariel E. Ronneburger*

                                                         Ariel E. Ronneburger

cc:  All Counsel of Record