# CYRULI SHANKS
### CYRULI SHANKS & ZIZMOR LLP

Jeffrey C. Ruderman<br>
email: jruderman@cszlaw.com<br>
Admitted NY, NJ and CT

October 21, 2025

Via ECF

Hon. James M. Wicks, U.S.M.J.
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 1020
Central Islip, NY 11722

  Re: Superb Motors Inc. et. al. v. Deo, et. al., Case No. 2:23-cv-6188 (JMW)

Dear Magistrate Judge Wicks:

  This firm represents the "Island Auto Plaintiffs", being all Plaintiffs in the above referenced matter <u>other than</u> the "Superb Plaintiffs" (being Superb Motors Inc., Team Auto Sales LLC, and Robert Anthony Urrutia).

  We respectfully request that our appearance on November 12, 2025 for oral argument on the Motion for Sanctions for perjury [ECF Dock 322] be excused. The relief requested does not affect the Island Auto Plaintiffs and we take no position on the application.

  We thank the Court for its consideration in this regard.

Respectfully yours,<br><br>
<i><u>/s/ Jeffrey C. Ruderman</u></i><br>
Jeffrey C. Ruderman

cc: All counsel via ECF