UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

Docket No. 2:23-cv-6188(OEM)(ST)

SUPERB MOTORS, INC., TEAM AUTO SALES LLC.,
ROBERT ANTHONY URRUTIA, 189 SUNRISE
HIGHWAY AUTO LLC., NORTHSHORE MOTOR
LEASING, LLC., BRIAN CHABRIER, individually and
derivatively as a member of NORTHSHORE MOTOR
LEASING, LLC, JOSHUA AARONSON, individually and
derivatively as a member of 189 SUNRISE HWY AUTO,
LLC, JORY BARON, 1581 HYLAN BLVD AUTO LLC,
1580 HYLAN BLVD AUTO LLC, 1591 HYLAN BLVD
AUTO LLC, 1632 HYLAN BLVD AUTO LLC, 1239
HYLAN BLVD AUTO LLC, 2519 HYLAN BLVD
AUTO LLC, 76 FISK STREET REALTY LLC, 446
ROUTE 23 AUTO LLC, and ISLAND AUTO
MANAGEMENT, LLC,

**NOTICE OF MOTION by DEFENDANTS for SANCTIONS AGAINST PLAINTIFFS and PLAINTIFFS' COUNSEL**

                        Plaintiffs

     -against-

ANTHONY DEO, SARA DEO, HARRY THOMASSON,
DWIGHT BLANKENSHIP, MARC MERCKLING,
MICHAEL LAURIE, TOMAS JONES, CPA, CAR BUYERS
NYC INC., GOLD COAST CARS OF SYOSSET LLC,
GOLD COAST CARS OF SUNRISE LLC, GOLD COAST
MOTORS AUTOMOTIVE GROUP LLC, GOLD COAST
MOTORS OF LIC LLC, GOLD COAST MOTORS OF
ROSLYN LLC, GOLD COAST MOTORS OF
SMITHTOWN LLC, UEA PREMIER MOTORS CORP.,
DLA CAPITAL PARTNERS INC., JONES LITTLE & CO.,
CPA'S LLP, FLUSHING BANK, and LIBERTAS FUNDING,
LLC,

                        Defendants

-------------------------------------------------------------------X

1

PLEASE TAKE NOTICE, that upon the accompanying Declaration of Jeffrey Benjamin dated October 22, 2025, and all papers and proceedings had prior herein, the "Deo Defendants" ANTHONY DEO, SARA DEO, DWIGHT BLANKENSHIP, MARC MERCKLING, MICHAEL LAURIE, GOLD COAST CARS OF SYOSSET LLC, GOLD COAST CARS OF SUNRISE LLC, GOLD COAST MOTORS AUTOMOTIVE GROUP LLC, GOLD COAST MOTORS OF LIC LLC, GOLD COAST MOTORS OF ROSLYN LLC, and GOLD COAST MOTORS OF SMITHTOWN LLC, will move this Court, before the Hon. James M. Wicks, , at the United States District Court for the Eastern District of New York, 100 Federal Plaza, Courtroom 1020, Central Islip, NY 11722, for an Order, pursuant to 28 U.S.C. § 1927 awarding sanctions against Plaintiffs and their counsel Emmanuel Kataev for engaging in utterly vexatious litigation, and for such other and further relief as the Court deems just, equitable, and proper.

PLEASE TAKE FURTHER NOTICE, pursuant to Local Civil Rule 6.1, Defendants' opposition papers are due on November 5, 2025, unless otherwise ordered by this Court.

Dated: New York, New York
October 22, 2025

Yours etc.
**THE LINDEN LAW GROUP, P.C.**

*Jeffrey Benjamin*

BY: JEFFREY BENJAMIN, ESQ.
*Attorneys for Deo Defendants*
250 Park Avenue, 7th Floor
New York, New York 10177
(212) 655-9536