**THE LINDEN LAW GROUP, P.C.**
250 Park Avenue, 7th Floor
New York, New York 10177
(212) 655-9536

---

October 27, 2025

**Via ECF**

Honorable James M. Wicks
U.S. District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

      Re:    *Superb Motors, Inc., et al. v. Anthony Deo, et al.*
              Case No. 2:23-cv-6188 (JW)

Dear Judge Wicks:

      On behalf of the Deo Defendants, I join Mr. Thomasson's Letter of today's date at ECF Doc. #331 in all respects and with respect to an extension of time for my clients' response to the Third Amended Complaint.

      This is in light of the FRCP Rule 11(b) Safe Harbor Notice I served on Plaintiffs' counsel today. By that Notice, Plaintiffs have until November 18, 2025 to withdraw their Third Amended Complaint. We intend to move for sanctions based upon this frivolous pleading.

      To be clear, we respectfully request this extension of time to respond to the Third Amended Complaint for Your Honor to decide the issues we bring under FRCP Rule 11, in the event that Plaintiffs refuse to withdraw their Complaint, as our formal response.

      Second, I must also respectfully request an adjournment of the November 12, 2025 hearing on the cross-motions for sanctions (based upon the conduct of the parties' and counsel). I have a critical family medical issue out of state that day that I must attend to. It is also critical that I appear and argue the motions for sanctions.

      Last, I respectfully note to the Court that the Plaintiffs' Third Amended Complaint filed on August 8, 2025 does not annex a redlined version of the pleading. This runs afoul of Local Civil Rule 15.1(a)(2). The Plaintiffs should be compelled to immediately produce a redlined version consistent with the Rule.

      Thanking the Court for its consideration in this matter.

                                  Very truly yours,

                                  *Jeffrey Benjamin*

                                  Jeffrey Benjamin, Esq.