UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X

Case No. 2:23-cv-6188  (JMW)

SUPERB MOTORS, INC., TEAM AUTO SALES LLC.,
ROBERT ANTHONY URRUTIA, 189 SUNRISE
HIGHWAY AUTO LLC., NORTHSHORE MOTOR
LEASING, LLC., BRIAN CHABRIER, JOSHUA
AARONSON, JORY BARON, ASAD KHAN, IRIS
BARON REPRESENTATIVE OF THE ESTATE  OF
DAVID BARON, 1581 HYLAN BLVD AUTO LLC,
1580 HYLAN BLVD AUTO LLC, 1591 HYLAN BLVD
AUTO LLC, 1632 HYLAN BLVD AUTO LLC, 1239
HYLAN BLVD AUTO LLC, 2519 HYLAN BLVD
AUTO LLC, 76 FISK STREET REALTY LLC, 446
ROUTE 23 AUTO LLC, and ISLAND AUTO
MANAGEMENT, LLC,

                              Plaintiffs,

            -against-

ANTHONY DEO, SARA DEO, HARRY THOMASSON,
DWIGHT BLANKENSHIP, MARC MERCKLING,
MICHAEL LAURIE, THOMAS JONES, CPA, CAR BUYERS
NYC INC., GOLD COAST CARS OF SYOSSET LLC,
GOLD COAST CARS OF SUNRISE LLC, GOLD COAST
MOTORS AUTOMOTIVE GROUP LLC, GOLD COAST
MOTORS OF LIC LLC, GOLD COAST MOTORS OF
ROSLYN LLC, GOLD COAST MOTORS OF
SMITHTOWN LLC, UEA PREMIER MOTORS CORP.,
DLA CAPITAL PARTNERS INC., JONES LITTLE & CO.,
CPA'S LLP, FLUSHING BANK, LIBERTAS FUNDING,
LLC, J.P. MORGAN CHASE BANK, N.A., 189 SUNRISE
HWY AUTO LLC, and NORTHSHORE MOTOR LEASING, LLC

                              Defendants.

--------------------------------------------------------------------X

## ANSWER WITH AFFIRMATIVE DEFENSES AND COUNTERCLAIMS TO PLAINTIFFS' THIRD AMENDED COMPLAINT

NOW COMES certain Defendants, ANTHONY DEO, SARA DEO,

1

DWIGHT BLANKENSHIP, MARC MERCKLING, MICHAEL LAURIE, GOLD COAST CARS OF SYOSSET LLC, GOLD COAST CARS OF SUNRISE LLC, GOLD COAST MOTORS AUTOMOTIVE GROUP LLC, GOLD COAST MOTORS OF LIC LLC, GOLD COAST MOTORS OF ROSLYN LLC, GOLD COAST MOTORS OF SMITHTOWN LLC, ("Defendants") responds to the Plaintiffs' Third Amended Complaint, as follows:

<u>ANSWER</u>

1. Defendants deny each of the allegations contained in Complaint paragraph 1 and its footnote.

2. Defendants deny each of the allegations contained in Complaint paragraph 2.

3. Defendants deny each of the allegations contained in Complaint paragraph 3.

4. Defendants deny each of the allegations contained in Complaint paragraph 4.

5. Defendants deny each of the allegations contained in Complaint paragraph 5.

6. Defendants deny each of the allegations contained in Complaint paragraph 6.

7. Defendants deny each of the allegations contained in Complaint paragraph 7.

8. Defendants deny each of the allegations contained in Complaint paragraph 8.

9. Defendants admit each of the allegations contained in Complaint paragraph 9.

10. Defendants admit each of the allegations contained in Complaint paragraph 10.

11. Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 11.

12. Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 12.

13. Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 13.

14. Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 14.

15. Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 15.

16. Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 16.

17. Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 17.

18. Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 18.

19. Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 19.

20. Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 20.

21. Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 21.

22. Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 22.

23. Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 23.

24. Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 24.

25. Paragraph 25 of the Complaint does not call for any response.

26. Paragraph 26 of the Complaint does not call for any response.

27. Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 27.

28. Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 28.

29. Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 29.

30. Defendants admit each of the allegations contained in Complaint paragraph 30, but deny each of the allegations contained in its footnote.

31. Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 31.

32. Defendants admit that he is an attorney at law, but deny each of the remaining allegations in Complaint paragraph 32.

33. Defendants deny that Dwight Blakenship works for the Deos, but admit the remainder of Complaint paragraph 33.

34. Defendants deny that Marc Merkling works for the Deos, but admit the remainder of Complaint paragraph 34.

35. Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 35.

36. Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 36.

37. Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 37.

38. Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 38.

39. Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 39.

40. Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 40.

41. Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 41.

42. Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 42.

43. Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 43.

44. Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 44.

45. Paragraph 45 of the Complaint does not call for any response.

46. Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 46.

47. Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 47.

48. Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 48.

49. Defendants deny that this Court has original jurisdiction over the instant matter to the extent that jurisdiction is based upon false allegations of RICO.

50. Defendants deny that this Court has supplemental jurisdiction over state claims since the underlying allegations of RICO violations are false.

51. Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 51.

52. Defendants deny each of the allegations contained in Complaint paragraph 52.

53. Defendants deny each of the allegations contained in Complaint paragraph 53.

54. Defendants deny each of the allegations contained in Complaint paragraph 54.

55. Defendants deny each of the allegations contained in Complaint paragraph 55.

56. Defendants deny each of the allegations contained in Complaint paragraph 56.

57. Defendants deny each of the allegations contained in Complaint paragraph 57.

58. Defendants deny each of the allegations contained in Complaint paragraph 58.

59. Defendants deny each of the allegations contained in Complaint paragraph 59.

60. Defendants deny each of the allegations contained in Complaint paragraph 60.

61. Defendants deny each of the allegations contained in Complaint paragraph 61.

62. Defendants deny each of the allegations contained in Complaint paragraph 62.

63. Defendants deny each of the allegations contained in Complaint paragraph 63.

64. Defendants deny each of the allegations contained in Complaint paragraph 64.

65. Defendants deny each of the allegations contained in Complaint paragraph 65.

66. Defendants deny each of the allegations contained in Complaint paragraph 66.

67. Defendants deny each of the allegations contained in Complaint paragraph 67.

68. Defendants deny each of the allegations contained in Complaint paragraph 68.

69. Defendants deny each of the allegations contained in Complaint paragraph 69.

70. Defendants admit each of the allegations contained in Complaint paragraph 70.

71. Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 71.

72. Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 72.

73. Defendants deny each of the allegations contained in Complaint paragraph 73.

74. Defendants deny each of the allegations contained in Complaint paragraph 74.

75. Defendants deny each of the allegations contained in Complaint paragraph 75.

76. Defendants deny each of the allegations contained in Complaint paragraph 76.

77. Defendants deny each of the allegations contained in Complaint paragraph 77.

78. Defendants deny each of the allegations contained in Complaint paragraph 78.

79. Defendants admit each of the allegations contained in Complaint paragraph 79, but deny each of the allegations contained in its footnote.

80. Defendants admit each of the allegations contained in Complaint paragraph 80, but deny each of the allegations contained in its footnote.

81. The laws for operating a used car dealership in the State of New York speak for themselves.

82. The laws for operating a used car dealership in the State of New York speak for themselves.

83. Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 83.

84. Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 84.

85. Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 85.

86. Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 86.

87.  The laws for operating a used car dealership in the State of New York speak for themselves.

88. Defendants deny each of the allegations contained in Complaint paragraph 88.

89. Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 89.

90. Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 90.

91. Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 91.

92. Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 92.

93. Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 93.

94. Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 94.

95. Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 95.

96. Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 96.

97. Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 97.

98. Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 98.

99. Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 99.

100. Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 100.

101. Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 101.

102. Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 102.

103. Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 103.

104. Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 104.

105. Defendants deny each of the allegations contained in Complaint paragraph 105.

106. Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 106.

107.    Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 107.

108.    Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 108.

109.    Defendants deny each of the allegations contained in Complaint paragraph 109.

110.    Defendants deny each of the allegations contained in Complaint paragraph 110.

111.    Defendants deny each of the allegations contained in Complaint paragraph 111.

112.    Defendants deny each of the allegations contained in Complaint paragraph 112.

113.    Defendants deny each of the allegations contained in Complaint paragraph 113.

114.    Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 114.

115.    Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 115.

116.    Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 116.

117.    Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 117.

118.    Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 118.

119.    Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 119.

120.    Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 120.

121.    Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 121.

122.    Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 122.

123.    Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 123.

124.    Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 124.

125.    Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 125.

126.    Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 126.

127.    Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 127.

128.    Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 128.

129.    Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 129.

130.    Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 130.

131.    Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 131.

132.    Defendants deny each of the allegations contained in Complaint paragraph 132.

133.    Defendants deny each of the allegations contained in Complaint paragraph 133.

134.    Defendants deny each of the allegations contained in Complaint paragraph 134.

135.    Defendants deny each of the allegations contained in Complaint paragraph 135.

136.    Defendants deny each of the allegations contained in Complaint paragraph 136.

137.    Defendants deny each of the allegations contained in Complaint paragraph 137.

138.    Defendants deny each of the allegations contained in Complaint paragraph 138.

139.    Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 139.

140.    Defendants deny each of the allegations contained in Complaint paragraph 140.

141.    Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 141.

142.    Defendants deny each of the allegations contained in Complaint paragraph 142.

143.    Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 143.

144.    Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 144.

145.    Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 145.

146.    Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 146.

147.    Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 147.

148.    Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 148.

149.    Defendants deny each of the allegations contained in Complaint paragraph 149.

150.    Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 150.

151.    Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 151.

152.    Defendants deny each of the allegations contained in Complaint paragraph 152.

153.    Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 153.

154.    Defendants deny each of the allegations contained in Complaint paragraph 154.

155.    Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 155.

156.    Defendants deny each of the allegations contained in Complaint paragraph 156.

157.    Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 157.

158.    Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 158.

159.    Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 159.

160.    Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 160.

161.    Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 161.

162.    Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 162.

163.    Defendants deny each of the allegations contained in Complaint paragraph 163.

164.    Defendants deny each of the allegations contained in Complaint paragraph 164.

165.    Defendants deny each of the allegations contained in Complaint paragraph 165.

166.    Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 166.

167.    Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 167.

168.    Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 168.

169.    Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 169.

170.    Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 170.

171.    Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 171.

172.    Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 172.

173.    Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 173.

174.    Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 174.

175.    Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 175.

176.    Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 176.

177.    Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 177.

178.    Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 178.

179.    Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 179.

180.    Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 180.

181.    Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 181.

182.    Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 182.

183.    Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 183.

184.    Defendants deny each of the allegations contained in Complaint paragraph 184.

185.    Defendants deny each of the allegations contained in Complaint paragraph 185.

186.    Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 186.

187.    Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 187.

188.    Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 188.

189.    Defendants deny each of the allegations contained in Complaint paragraph 189.

190.    Defendants deny each of the allegations contained in Complaint paragraph 190.

191.    Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 191.

192.    Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 192.

193.    Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 193.

194.    Defendants deny each of the allegations contained in Complaint paragraph 194.

195.    Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 195.

196.    Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 196.

197.    Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 197.

198.    Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 198.

199.    Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 199.

200.    Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 200.

201.    Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 201.

202.    Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 202.

203.    Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 203.

204.    Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 204.

205.    Defendants deny each of the allegations contained in Complaint paragraph 205.

206.    Defendants deny each of the allegations contained in Complaint paragraph 206.

207.    Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 207.

208.    Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 208.

209.    Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 209.

210.    Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 210.

211.    Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 211.

212.    Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 212.

213.    Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 213.

214.    Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 214.

215.    Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 215.

216.    Defendants deny each of the allegations contained in Complaint paragraph 216.

217.    Defendants deny each of the allegations contained in Complaint paragraph 217.

218.    Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 218.

219.    Defendants deny each of the allegations contained in Complaint paragraph 219.

220.    Defendants deny each of the allegations contained in Complaint paragraph 220.

221.    Defendants deny each of the allegations contained in Complaint paragraph 221.

222.    Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 222.

223.    Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 223.

224.    Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 224.

225.    Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 225.

226.    Defendants deny each of the allegations contained in Complaint paragraph 226.

227.    Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 227.

228.    Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 228.

229.    Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 229.

230.    Defendants deny each of the allegations contained in Complaint paragraph 230.

231.    Defendants deny each of the allegations contained in Complaint paragraph 231.

232.    Defendants deny each of the allegations contained in Complaint paragraph 232.

233.    Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 233.

234.    Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 234.

235.    Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 235.

236.    Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 236.

237.    Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 237.

238.    Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 238.

239.    Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 239.

240.    Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 240.

241.    Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 241.

242.    Defendants deny each of the allegations contained in Complaint paragraph 242.

243.    Defendants deny each of the allegations contained in Complaint paragraph 243.

244.    Defendants deny each of the allegations contained in Complaint paragraph 244.

245.    Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 245.

246.    Defendants deny each of the allegations contained in Complaint paragraph 246.

247.    Defendants deny each of the allegations contained in Complaint paragraph 247.

248.    Defendants deny each of the allegations contained in Complaint paragraph 248.

249.    Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 249.

250.    Defendants deny each of the allegations contained in Complaint paragraph 250.

251.    Defendants deny each of the allegations contained in Complaint paragraph 251.

252.    Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 252.

253.    Defendants deny each of the allegations contained in Complaint paragraph 253.

254.     Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 254.

255.     Defendants deny each of the allegations contained in Complaint paragraph 255.

256.     Defendants deny each of the allegations contained in Complaint paragraph 256.

257.     Defendants deny each of the allegations contained in Complaint paragraph 257.

258.     Defendants deny each of the allegations contained in Complaint paragraph 258.

259.     Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 259.

260.     Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 260.

261.     Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 261.

262.     Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 262.

263.     Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 263.

264.     Defendants deny each of the allegations contained in Complaint paragraph 264.

265.     Defendants deny each of the allegations contained in Complaint paragraph 265.

266.     Defendants deny each of the allegations contained in Complaint paragraph 266.

267.     Defendants deny each of the allegations contained in Complaint paragraph 267.

268.     Defendants deny each of the allegations contained in Complaint paragraph 268.

269.     Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 269.

270.    Defendants deny each of the allegations contained in Complaint paragraph 270.

271.    Defendants deny each of the allegations contained in Complaint paragraph 271.

272.    Defendants deny each of the allegations contained in Complaint paragraph 272.

273.    Defendants deny each of the allegations contained in Complaint paragraph 273.

274.    Defendants deny each of the allegations contained in Complaint paragraph 274.

275.    Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 275.

276.    Defendants deny each of the allegations contained in Complaint paragraph 276.

277.    Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 277.

278.    Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 278.

279.    Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 279.

280.    Defendants deny each of the allegations contained in Complaint paragraph 280.

281.    Defendants deny each of the allegations contained in Complaint paragraph 281.

282.    Defendants deny each of the allegations contained in Complaint paragraph 282.

283.    Defendants deny each of the allegations contained in Complaint paragraph 283.

284.    Defendants deny each of the allegations contained in Complaint paragraph 284.

285.    Defendants deny each of the allegations contained in Complaint paragraph 285.

286.    Defendants deny each of the allegations contained in Complaint paragraph 286.

287.    Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 287.

288.    Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 288.

289.    Defendants deny knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 289.

290.    Defendants deny each of the allegations contained in Complaint paragraph 290.

291.    Defendants deny each of the allegations contained in Complaint paragraph 291.

292.    Defendants deny each of the allegations contained in Complaint paragraph 292.

293.    Defendants deny each of the allegations contained in Complaint paragraph 293.

294.    Defendants deny each of the allegations contained in Complaint paragraph 294.

295.    Defendants deny each of the allegations contained in Complaint paragraph 295.

296.    Defendants deny each of the allegations contained in Complaint paragraph 296.

297.    Defendants deny each of the allegations contained in Complaint paragraph 297.

298.    Defendants deny each of the allegations contained in Complaint paragraph 298.

299.    Defendants deny each of the allegations contained in Complaint paragraph 299.

300.    Defendants deny each of the allegations contained in Complaint paragraph 300.

301.    Defendants deny each of the allegations contained in Complaint paragraph 301.

302.    Defendants deny each of the allegations contained in Complaint paragraph 302.

303.    Defendants deny each of the allegations contained in Complaint paragraph 303.

304.    Defendants deny each of the allegations contained in Complaint paragraph 304.

305.    Defendants deny each of the allegations contained in Complaint paragraph 305.

306.    Defendants deny each of the allegations contained in Complaint paragraph 306.

307.    Defendants deny each of the allegations contained in Complaint paragraph 307.

308.    Defendants deny each of the allegations contained in Complaint paragraph 308.

309.    Defendants deny each of the allegations contained in Complaint paragraph 309.

310.    Defendants deny each of the allegations contained in Complaint paragraph 310.

311.    Defendants deny each of the allegations contained in Complaint paragraph 311.

312.    Defendants deny each of the allegations contained in Complaint paragraph 312.

313.    Defendants deny each of the allegations contained in Complaint paragraph 313.

314.    Defendants deny each of the allegations contained in Complaint paragraph 314.

315.    Defendants deny each of the allegations contained in Complaint paragraph 315.

316.    Defendants deny each of the allegations contained in Complaint paragraph 316.

317.    Defendants deny each of the allegations contained in Complaint paragraph 317.

318.    Defendants deny each of the allegations contained in Complaint paragraph 318.

319.    Defendants deny each of the allegations contained in Complaint paragraph 319.

320.    Defendants deny each of the allegations contained in Complaint paragraph 320.

321.    Defendants deny each of the allegations contained in Complaint paragraph 321.

322.    Defendants deny each of the allegations contained in Complaint paragraph 322.

323.    Defendants deny each of the allegations contained in Complaint paragraph 323.

324.    Defendants deny each of the allegations contained in Complaint paragraph 324.

325.    Defendants deny each of the allegations contained in Complaint paragraph 325.

326.    Defendants deny each of the allegations contained in Complaint paragraph 326.

327.    Defendants deny each of the allegations contained in Complaint paragraph 327.

328.    Defendants deny each of the allegations contained in Complaint paragraph 328.

329.    Defendants deny each of the allegations contained in Complaint paragraph 329.

330.    Defendants deny each of the allegations contained in Complaint paragraph 330.

331.    Defendants deny each of the allegations contained in Complaint paragraph 331.

332.    Defendants deny each of the allegations contained in Complaint paragraph 332.

333.    Defendants deny each of the allegations contained in Complaint paragraph 333.

334.    Defendants deny each of the allegations contained in Complaint paragraph 334.

335.    Defendants deny each of the allegations contained in Complaint paragraph 335.

336.    Defendants deny each of the allegations contained in Complaint paragraph 336.

337.    Defendants deny each of the allegations contained in Complaint paragraph 337

338.    Defendants deny each of the allegations contained in Complaint paragraph 338

339.    Defendants deny each of the allegations contained in Complaint paragraph 339

340.    Defendants deny each of the allegations contained in Complaint paragraph 340

341.    Defendants deny each of the allegations contained in Complaint paragraph 341

342.    Defendants deny each of the allegations contained in Complaint paragraph 342

343.    Defendants deny each of the allegations contained in Complaint paragraph 343

344.    Defendants deny each of the allegations contained in Complaint paragraph 344

345.    Defendants deny each of the allegations contained in Complaint paragraph 345

346.    Defendants deny each of the allegations contained in Complaint paragraph 346

347.    Defendants deny each of the allegations contained in Complaint paragraph 347

348.    Defendants deny each of the allegations contained in Complaint paragraph 348

349.    Defendants deny each of the allegations contained in Complaint paragraph 349

350.    Defendants deny each of the allegations contained in Complaint paragraph 350

351.    Defendants deny each of the allegations contained in Complaint paragraph 351

352.    Defendants deny each of the allegations contained in Complaint paragraph 352

353.    Defendants deny each of the allegations contained in Complaint paragraph 353

354.    Defendants deny each of the allegations contained in Complaint paragraph 354

355.    Defendants deny each of the allegations contained in Complaint paragraph 355

356.    Defendants deny each of the allegations contained in Complaint paragraph 356

357.    Defendants deny each of the allegations contained in Complaint paragraph 357

358.    Defendants deny each of the allegations contained in Complaint paragraph 358

359.    Defendants deny each of the allegations contained in Complaint paragraph 359

360.    Defendants deny each of the allegations contained in Complaint paragraph 360

361.    Defendants deny each of the allegations contained in Complaint paragraph 361

362.    Defendants deny each of the allegations contained in Complaint paragraph 362

363.    Defendants deny each of the allegations contained in Complaint paragraph 363

364.    Defendants deny each of the allegations contained in Complaint paragraph 364

365.    Defendants deny each of the allegations contained in Complaint paragraph 365

366.    Defendants deny each of the allegations contained in Complaint paragraph 366

367.    Defendants deny each of the allegations contained in Complaint paragraph 367

368.    Defendants deny each of the allegations contained in Complaint paragraph 368

369.    Defendants deny each of the allegations contained in Complaint paragraph 369

370.    Defendants deny each of the allegations contained in Complaint paragraph 370

371.    Defendants deny each of the allegations contained in Complaint paragraph 371

372.    Defendants deny each of the allegations contained in Complaint paragraph 372

373.    Defendants deny each of the allegations contained in Complaint paragraph 373

374.    Defendants deny each of the allegations contained in Complaint paragraph 374

375.    Defendants deny each of the allegations contained in Complaint paragraph 375

376.    Defendants deny each of the allegations contained in Complaint paragraph 376

377.    Defendants deny each of the allegations contained in Complaint paragraph 377

378.    Defendants deny each of the allegations contained in Complaint paragraph 378

379.    Defendants deny each of the allegations contained in Complaint paragraph 379

380.    Defendants deny each of the allegations contained in Complaint paragraph 380

381.    Defendants deny each of the allegations contained in Complaint paragraph 381

382.    Defendants deny each of the allegations contained in Complaint paragraph 382

383.    Defendants deny each of the allegations contained in Complaint paragraph 383

384.    Defendants deny each of the allegations contained in Complaint paragraph 384

385.    Defendants deny each of the allegations contained in Complaint paragraph 385

386.    Defendants deny each of the allegations contained in Complaint paragraph 386

387.    Defendants deny each of the allegations contained in Complaint paragraph 387

388.    Defendants deny each of the allegations contained in Complaint paragraph 388

389.    Defendants deny each of the allegations contained in Complaint paragraph 389

390.    Defendants deny each of the allegations contained in Complaint paragraph 390

391.    Defendants deny each of the allegations contained in Complaint paragraph 391

392.    Defendants deny each of the allegations contained in Complaint paragraph 392

393.    Defendants deny each of the allegations contained in Complaint paragraph 393

394.    Defendants deny each of the allegations contained in Complaint paragraph 394

395.    Defendants deny each of the allegations contained in Complaint paragraph 395

396.    Defendants deny each of the allegations contained in Complaint paragraph 396

397.    Defendants deny each of the allegations contained in Complaint paragraph 397

398.    Defendants deny each of the allegations contained in Complaint paragraph 398

399.    Defendants deny each of the allegations contained in Complaint paragraph 399

400.    Defendants deny each of the allegations contained in Complaint paragraph 400

401.     Defendants deny each of the allegations contained in Complaint paragraph 401

402.     Defendants deny each of the allegations contained in Complaint paragraph 402

403.     Defendants deny each of the allegations contained in Complaint paragraph 403

404.     Defendants deny each of the allegations contained in Complaint paragraph 404

405.     Defendants deny each of the allegations contained in Complaint paragraph 405

406.     Defendants deny each of the allegations contained in Complaint paragraph 406

407.     Defendants deny each of the allegations contained in Complaint paragraph 407

408.     Defendants deny each of the allegations contained in Complaint paragraph 408

409.     Defendants deny each of the allegations contained in Complaint paragraph 409

410.     Defendants deny each of the allegations contained in Complaint paragraph 410

411.     Defendants deny each of the allegations contained in Complaint paragraph 411

412.     Defendants deny each of the allegations contained in Complaint paragraph 412

413.     Defendants deny each of the allegations contained in Complaint paragraph 413

414.     Defendants deny each of the allegations contained in Complaint paragraph 414

415.     Defendants deny each of the allegations contained in Complaint paragraph 415

416.     Defendants deny each of the allegations contained in Complaint paragraph 416

417.     Defendants deny each of the allegations contained in Complaint paragraph 417

418.     Defendants deny each of the allegations contained in Complaint paragraph 418

419.     Defendants deny each of the allegations contained in Complaint paragraph 419

420.     Defendants deny each of the allegations contained in Complaint paragraph 420

421.     Defendants deny each of the allegations contained in Complaint paragraph 421

422.     Defendants deny each of the allegations contained in Complaint paragraph 422

423.     Defendants deny each of the allegations contained in Complaint paragraph 423

424.    Defendants deny each of the allegations contained in Complaint paragraph 424

425.    Defendants deny each of the allegations contained in Complaint paragraph 425

426.    Defendants deny each of the allegations contained in Complaint paragraph 426

427.    Defendants deny each of the allegations contained in Complaint paragraph 427

428.    Defendants deny each of the allegations contained in Complaint paragraph 428

429.    Defendants deny each of the allegations contained in Complaint paragraph 429

430.    Defendants deny each of the allegations contained in Complaint paragraph 430

431.    Defendants deny each of the allegations contained in Complaint paragraph 431

432.    Defendants deny each of the allegations contained in Complaint paragraph 432

433.    Defendants deny each of the allegations contained in Complaint paragraph 433

434.    Defendants deny each of the allegations contained in Complaint paragraph 434

435.    Defendants deny each of the allegations contained in Complaint paragraph 435

436.    Defendants deny each of the allegations contained in Complaint paragraph 436

437.    Defendants deny each of the allegations contained in Complaint paragraph 437

438.    Defendants deny each of the allegations contained in Complaint paragraph 438

439.    Defendants deny each of the allegations contained in Complaint paragraph 439

440.    Defendants deny each of the allegations contained in Complaint paragraph 440

441.    Defendants deny each of the allegations contained in Complaint paragraph 441

442.    Defendants deny each of the allegations contained in Complaint paragraph 442

443.    Defendants deny each of the allegations contained in Complaint paragraph 443

444.    Defendants deny each of the allegations contained in Complaint paragraph 444

445.    Defendants deny each of the allegations contained in Complaint paragraph 445

446.    Defendants deny each of the allegations contained in Complaint paragraph 446

447.    Defendants deny each of the allegations contained in Complaint paragraph 447

448.    Defendants deny each of the allegations contained in Complaint paragraph 448

449.    Defendants deny each of the allegations contained in Complaint paragraph 449

450.    Defendants deny each of the allegations contained in Complaint paragraph 450

451.    Defendants deny each of the allegations contained in Complaint paragraph 451

452.    Defendants deny each of the allegations contained in Complaint paragraph 452

453.    Defendants deny each of the allegations contained in Complaint paragraph 453

454.    Defendants deny each of the allegations contained in Complaint paragraph 454

455.    Defendants deny each of the allegations contained in Complaint paragraph 455

456.    Defendants deny each of the allegations contained in Complaint paragraph 456

457.    Defendants deny each of the allegations contained in Complaint paragraph 457

458.    Defendants deny each of the allegations contained in Complaint paragraph 458

459.    Defendants deny each of the allegations contained in Complaint paragraph 459

460.    Defendants deny each of the allegations contained in Complaint paragraph 460

461.    Defendants deny each of the allegations contained in Complaint paragraph 461

462.    Defendants deny each of the allegations contained in Complaint paragraph 462

463.    Defendants deny each of the allegations contained in Complaint paragraph 463

464.    Defendants deny each of the allegations contained in Complaint paragraph 464

465.    Defendants deny each of the allegations contained in Complaint paragraph 465

466.    Defendants deny each of the allegations contained in Complaint paragraph 466

467.    Defendants deny each of the allegations contained in Complaint paragraph 467

468.    Defendants deny each of the allegations contained in Complaint paragraph 468

469.    Defendants deny each of the allegations contained in Complaint paragraph 469

470.     Defendants deny each of the allegations contained in Complaint paragraph 470

471.     Defendants deny each of the allegations contained in Complaint paragraph 471

472.     Defendants deny each of the allegations contained in Complaint paragraph 472

473.     Defendants deny each of the allegations contained in Complaint paragraph 473

474.     Defendants deny each of the allegations contained in Complaint paragraph 474

475.     Defendants deny each of the allegations contained in Complaint paragraph 475

476.     Defendants deny each of the allegations contained in Complaint paragraph 476

477.     Defendants deny each of the allegations contained in Complaint paragraph 477

478.     Defendants deny each of the allegations contained in Complaint paragraph 478

479.     Defendants deny each of the allegations contained in Complaint paragraph 479

480.     Defendants deny each of the allegations contained in Complaint paragraph 480

481.     Defendants deny each of the allegations contained in Complaint paragraph 481

482.     Defendants deny each of the allegations contained in Complaint paragraph 482

483.     Defendants deny each of the allegations contained in Complaint paragraph 483

484.     Defendants deny each of the allegations contained in Complaint paragraph 484

485.     Defendants deny each of the allegations contained in Complaint paragraph 485

486.     Defendants deny each of the allegations contained in Complaint paragraph 486

487.     Defendants deny each of the allegations contained in Complaint paragraph 487

488.     Defendants deny each of the allegations contained in Complaint paragraph 488

489.     Defendants deny each of the allegations contained in Complaint paragraph 489

490.     Defendants deny each of the allegations contained in Complaint paragraph 490

491.     Defendants deny each of the allegations contained in Complaint paragraph 491

492.     Defendants deny each of the allegations contained in Complaint paragraph 492

493.    Defendants deny each of the allegations contained in Complaint paragraph 493

494.    Defendants deny each of the allegations contained in Complaint paragraph 494

495.    Defendants deny each of the allegations contained in Complaint paragraph 495

496.    Defendants deny each of the allegations contained in Complaint paragraph 496

497.    Defendants deny each of the allegations contained in Complaint paragraph 497

498.    Defendants deny each of the allegations contained in Complaint paragraph 498

499.    Defendants deny each of the allegations contained in Complaint paragraph 499

500.    Defendants deny each of the allegations contained in Complaint paragraph 500

501.    Defendants deny each of the allegations contained in Complaint paragraph 501

502.    Defendants deny each of the allegations contained in Complaint paragraph 502

503.    Defendants deny each of the allegations contained in Complaint paragraph 503

504.    Defendants deny each of the allegations contained in Complaint paragraph 504

505.    Defendants deny each of the allegations contained in Complaint paragraph 505

506.    Defendants deny each of the allegations contained in Complaint paragraph 506

507.    Defendants deny each of the allegations contained in Complaint paragraph 507

508.    Defendants deny each of the allegations contained in Complaint paragraph 508

509.    Defendants deny each of the allegations contained in Complaint paragraph 509

510.    Defendants deny each of the allegations contained in Complaint paragraph 510

511.    Defendants deny each of the allegations contained in Complaint paragraph 511

512.    Defendants deny each of the allegations contained in Complaint paragraph 512

513.    Defendants deny each of the allegations contained in Complaint paragraph 513

514.    Defendants deny each of the allegations contained in Complaint paragraph 514

515.    Defendants deny each of the allegations contained in Complaint paragraph 515

516.    Defendants deny each of the allegations contained in Complaint paragraph 516

517.    Defendants deny each of the allegations contained in Complaint paragraph 517

518.    Defendants deny each of the allegations contained in Complaint paragraph 518

519.    Defendants deny each of the allegations contained in Complaint paragraph 519

520.    Defendants deny each of the allegations contained in Complaint paragraph 520

521.    Defendants deny each of the allegations contained in Complaint paragraph 521

522.    Defendants deny each of the allegations contained in Complaint paragraph 522

523.    Defendants deny each of the allegations contained in Complaint paragraph 523

524.    Defendants deny each of the allegations contained in Complaint paragraph 524

525.    Defendants deny each of the allegations contained in Complaint paragraph 525

526.    Defendants deny each of the allegations contained in Complaint paragraph 526

527.    Defendants deny each of the allegations contained in Complaint paragraph 527

528.    Defendants deny each of the allegations contained in Complaint paragraph 528

529.    Defendants deny each of the allegations contained in Complaint paragraph 529

530.    Defendants deny each of the allegations contained in Complaint paragraph 530

531.    Defendants deny each of the allegations contained in Complaint paragraph 531

532.    Defendants deny each of the allegations contained in Complaint paragraph 532

533.    Defendants deny each of the allegations contained in Complaint paragraph 533

534.    Defendants deny each of the allegations contained in Complaint paragraph 534

535.    Defendants deny each of the allegations contained in Complaint paragraph 535

536.    Defendants deny each of the allegations contained in Complaint paragraph 536

537.    Defendants deny each of the allegations contained in Complaint paragraph 537

538.    Defendants deny each of the allegations contained in Complaint paragraph 538

539.    Defendants deny each of the allegations contained in Complaint paragraph 539

540.    Defendants deny each of the allegations contained in Complaint paragraph 540

541.    Defendants deny each of the allegations contained in Complaint paragraph 541

542.    Defendants deny each of the allegations contained in Complaint paragraph 542

543.    Defendants deny each of the allegations contained in Complaint paragraph 543

544.    Defendants deny each of the allegations contained in Complaint paragraph 544

545.    Defendants deny each of the allegations contained in Complaint paragraph 545

546.    Defendants deny each of the allegations contained in Complaint paragraph 546

547.    Defendants deny each of the allegations contained in Complaint paragraph 547

548.    Defendants deny each of the allegations contained in Complaint paragraph 548

549.    Defendants deny each of the allegations contained in Complaint paragraph 549

550.    Defendants deny each of the allegations contained in Complaint paragraph 550

551.    Defendants deny each of the allegations contained in Complaint paragraph 551

552.    Defendants deny each of the allegations contained in Complaint paragraph 552

553.    Defendants deny each of the allegations contained in Complaint paragraph 553

554.    Defendants deny each of the allegations contained in Complaint paragraph 554

555.    Defendants deny each of the allegations contained in Complaint paragraph 555

556.    Defendants deny each of the allegations contained in Complaint paragraph 556

557.    Defendants deny each of the allegations contained in Complaint paragraph 557

558.    Defendants deny each of the allegations contained in Complaint paragraph 558

559.    Defendants deny each of the allegations contained in Complaint paragraph 559

560.    Defendants deny each of the allegations contained in Complaint paragraph 560

561.    Defendants deny each of the allegations contained in Complaint paragraph 561

562.    Defendants deny each of the allegations contained in Complaint paragraph 562

563.    Defendants deny each of the allegations contained in Complaint paragraph 563

564.    Defendants deny each of the allegations contained in Complaint paragraph 564

565.    Defendants deny each of the allegations contained in Complaint paragraph 565

566.    Defendants deny each of the allegations contained in Complaint paragraph 566

567.    Defendants deny each of the allegations contained in Complaint paragraph 567

568.    Defendants deny each of the allegations contained in Complaint paragraph 568

569.    Defendants deny each of the allegations contained in Complaint paragraph 569

570.    Defendants deny each of the allegations contained in Complaint paragraph 570

571.    Defendants deny each of the allegations contained in Complaint paragraph 571

572.    Defendants deny each of the allegations contained in Complaint paragraph 572

573.    Defendants deny each of the allegations contained in Complaint paragraph 573

574.    Defendants deny each of the allegations contained in Complaint paragraph 574

575.    Defendants deny each of the allegations contained in Complaint paragraph 575

576.    Defendants deny each of the allegations contained in Complaint paragraph 576

577.    Defendants deny each of the allegations contained in Complaint paragraph 577

578.    Defendants deny each of the allegations contained in Complaint paragraph 578

579.    Defendants deny each of the allegations contained in Complaint paragraph 579

580.    Defendants deny each of the allegations contained in Complaint paragraph 580

581.    Defendants deny each of the allegations contained in Complaint paragraph 581

582.    Defendants deny each of the allegations contained in Complaint paragraph 582

583.    Defendants deny each of the allegations contained in Complaint paragraph 583

584.    Defendants deny each of the allegations contained in Complaint paragraph 584

585.    Defendants deny each of the allegations contained in Complaint paragraph 585

586.    Defendants deny each of the allegations contained in Complaint paragraph 586

587.    Defendants deny each of the allegations contained in Complaint paragraph 587

588.    Defendants deny each of the allegations contained in Complaint paragraph 588

589.    Defendants deny each of the allegations contained in Complaint paragraph 589

590.    Defendants deny each of the allegations contained in Complaint paragraph 590

591.    Defendants deny each of the allegations contained in Complaint paragraph 591

592.    Defendants deny each of the allegations contained in Complaint paragraph 592

593.    Defendants deny each of the allegations contained in Complaint paragraph 593

594.    Defendants deny each of the allegations contained in Complaint paragraph 594

595.    Defendants deny each of the allegations contained in Complaint paragraph 595

596.    Defendants deny each of the allegations contained in Complaint paragraph 596

597.    Defendants deny each of the allegations contained in Complaint paragraph 597

598.    Defendants deny each of the allegations contained in Complaint paragraph 598

599.    Defendants deny each of the allegations contained in Complaint paragraph 599

600.    Defendants deny each of the allegations contained in Complaint paragraph 600

601.    Defendants deny each of the allegations contained in Complaint paragraph 601

602.    Defendants deny each of the allegations contained in Complaint paragraph 602

603.    Defendants deny each of the allegations contained in Complaint paragraph 603

604.    Defendants deny each of the allegations contained in Complaint paragraph 604

605.    Defendants deny each of the allegations contained in Complaint paragraph 605

606.    Defendants deny each of the allegations contained in Complaint paragraph 606

607.    Defendants deny each of the allegations contained in Complaint paragraph 607

608.    Defendants deny each of the allegations contained in Complaint paragraph 608

609.    Defendants deny each of the allegations contained in Complaint paragraph 609

610.    Defendants deny each of the allegations contained in Complaint paragraph 610

611.    Defendants deny each of the allegations contained in Complaint paragraph 611

612.    Defendants deny each of the allegations contained in Complaint paragraph 612

613.    Defendants deny each of the allegations contained in Complaint paragraph 613

614.    Defendants deny each of the allegations contained in Complaint paragraph 614

615.    Defendants deny each of the allegations contained in Complaint paragraph 615

616.    Defendants deny each of the allegations contained in Complaint paragraph 616

617.    Defendants deny each of the allegations contained in Complaint paragraph 617

618.    Defendants deny each of the allegations contained in Complaint paragraph 618

619.    Defendants deny each of the allegations contained in Complaint paragraph 619

620.    Defendants deny each of the allegations contained in Complaint paragraph 620

621.    Defendants deny each of the allegations contained in Complaint paragraph 621

622.    Defendants deny each of the allegations contained in Complaint paragraph 622

623.    Defendants deny each of the allegations contained in Complaint paragraph 623

624.    Defendants deny each of the allegations contained in Complaint paragraph 624

625.    Defendants deny each of the allegations contained in Complaint paragraph 625

626.    Defendants deny each of the allegations contained in Complaint paragraph 626

627.    Defendants deny each of the allegations contained in Complaint paragraph 627

628.    Defendants deny each of the allegations contained in Complaint paragraph 628

629.    Defendants deny each of the allegations contained in Complaint paragraph 629

630.    Defendants deny each of the allegations contained in Complaint paragraph 630

631.    Defendants deny each of the allegations contained in Complaint paragraph 631

632.    Defendants deny each of the allegations contained in Complaint paragraph 632

633.    Defendants deny each of the allegations contained in Complaint paragraph 633

634.    Defendants deny each of the allegations contained in Complaint paragraph 634

635.    Defendants deny each of the allegations contained in Complaint paragraph 635

636.    Defendants deny each of the allegations contained in Complaint paragraph 636

637.    Defendants deny each of the allegations contained in Complaint paragraph 637

638.    Defendants deny each of the allegations contained in Complaint paragraph 638

639.    Defendants deny each of the allegations contained in Complaint paragraph 639

640.    Defendants deny each of the allegations contained in Complaint paragraph 640

641.    Defendants deny each of the allegations contained in Complaint paragraph 641

642.    Defendants deny each of the allegations contained in Complaint paragraph 642

643.    Defendants deny each of the allegations contained in Complaint paragraph 643

644.    Defendants deny each of the allegations contained in Complaint paragraph 644

645.    Defendants deny each of the allegations contained in Complaint paragraph 645

646.    Defendants deny each of the allegations contained in Complaint paragraph 646

647.    Defendants deny each of the allegations contained in Complaint paragraph 647

648.    Defendants deny each of the allegations contained in Complaint paragraph 648

649.    Defendants deny each of the allegations contained in Complaint paragraph 649

650.    Defendants deny each of the allegations contained in Complaint paragraph 650

651.    Defendants deny each of the allegations contained in Complaint paragraph 651

652.    Defendants deny each of the allegations contained in Complaint paragraph 652

653.    Defendants deny each of the allegations contained in Complaint paragraph 653

654.    Defendants deny each of the allegations contained in Complaint paragraph 654

655.    Defendants deny each of the allegations contained in Complaint paragraph 655

656.    Defendants deny each of the allegations contained in Complaint paragraph 656

657.    Defendants deny each of the allegations contained in Complaint paragraph 657

658.    Defendants deny each of the allegations contained in Complaint paragraph 658

659.    Defendants deny each of the allegations contained in Complaint paragraph 659

660.    Defendants deny each of the allegations contained in Complaint paragraph 660

661.    Defendants deny each of the allegations contained in Complaint paragraph 661

662.    Defendants deny each of the allegations contained in Complaint paragraph 662

663.    Defendants deny each of the allegations contained in Complaint paragraph 663

664.    Defendants deny each of the allegations contained in Complaint paragraph 664

665.    Defendants deny each of the allegations contained in Complaint paragraph 665

666.    Defendants deny each of the allegations contained in Complaint paragraph 666

667.    Defendants deny each of the allegations contained in Complaint paragraph 667

668.    Defendants deny each of the allegations contained in Complaint paragraph 668

669.    Defendants deny each of the allegations contained in Complaint paragraph 669

670.    Defendants deny each of the allegations contained in Complaint paragraph 670

671.    Defendants deny each of the allegations contained in Complaint paragraph 671

672.    Defendants deny each of the allegations contained in Complaint paragraph 672

673.    Defendants deny each of the allegations contained in Complaint paragraph 673

674.    Defendants deny each of the allegations contained in Complaint paragraph 674

675.    Defendants deny each of the allegations contained in Complaint paragraph 675

676.    Defendants deny each of the allegations contained in Complaint paragraph 676

677.    Defendants deny each of the allegations contained in Complaint paragraph 677

678.    Defendants deny each of the allegations contained in Complaint paragraph 678

679.    Defendants deny each of the allegations contained in Complaint paragraph 679

680.    Defendants deny each of the allegations contained in Complaint paragraph 680

681.    Defendants deny each of the allegations contained in Complaint paragraph 681

682.    Defendants deny each of the allegations contained in Complaint paragraph 682

683.    Defendants deny each of the allegations contained in Complaint paragraph 683

684.    Defendants deny each of the allegations contained in Complaint paragraph 684

685.    Defendants deny each of the allegations contained in Complaint paragraph 685

686.    Defendants deny each of the allegations contained in Complaint paragraph 686

687.    Defendants deny each of the allegations contained in Complaint paragraph 687

688.    Defendants deny each of the allegations contained in Complaint paragraph 688

689.    Defendants deny each of the allegations contained in Complaint paragraph 689

690.    Defendants deny each of the allegations contained in Complaint paragraph 690

691.    Defendants deny each of the allegations contained in Complaint paragraph 691

692.    Defendants deny each of the allegations contained in Complaint paragraph 692

693.    Defendants deny each of the allegations contained in Complaint paragraph 693

694.    Defendants deny each of the allegations contained in Complaint paragraph 694

695.    Defendants deny each of the allegations contained in Complaint paragraph 695

696.    Defendants deny each of the allegations contained in Complaint paragraph 696

697.    Defendants deny each of the allegations contained in Complaint paragraph 697

698.    Defendants deny each of the allegations contained in Complaint paragraph 698

699.    Defendants deny each of the allegations contained in Complaint paragraph 699

700.    Defendants deny each of the allegations contained in Complaint paragraph 700

701.    Defendants deny each of the allegations contained in Complaint paragraph 701

702.    Defendants deny each of the allegations contained in Complaint paragraph 702

703.    Defendants deny each of the allegations contained in Complaint paragraph 703

704.    Defendants deny each of the allegations contained in Complaint paragraph 704

705.    Defendants deny each of the allegations contained in Complaint paragraph 705

706.    Defendants deny each of the allegations contained in Complaint paragraph 706

707.    Defendants deny each of the allegations contained in Complaint paragraph 707

708.    Defendants deny each of the allegations contained in Complaint paragraph 708

709.    Defendants deny each of the allegations contained in Complaint paragraph 709

710.    Defendants deny each of the allegations contained in Complaint paragraph 710

711.    Defendants deny each of the allegations contained in Complaint paragraph 711

712.    Defendants deny each of the allegations contained in Complaint paragraph 712

713.    Defendants deny each of the allegations contained in Complaint paragraph 713

714.    Defendants deny each of the allegations contained in Complaint paragraph 714

715.    Defendants deny each of the allegations contained in Complaint paragraph 715

716.    Defendants deny each of the allegations contained in Complaint paragraph 716

717.    Defendants deny each of the allegations contained in Complaint paragraph 717

718.    Defendants deny each of the allegations contained in Complaint paragraph 718

719.    Defendants deny each of the allegations contained in Complaint paragraph 719

720.    Defendants deny each of the allegations contained in Complaint paragraph 720

721.    Defendants deny each of the allegations contained in Complaint paragraph 721

722.    Defendants deny each of the allegations contained in Complaint paragraph 722

723.    Defendants deny each of the allegations contained in Complaint paragraph 723

724.    Defendants deny each of the allegations contained in Complaint paragraph 724

725.    Defendants deny each of the allegations contained in Complaint paragraph 725

726.    Defendants deny each of the allegations contained in Complaint paragraph 726

727.    Defendants deny each of the allegations contained in Complaint paragraph 727

728.    Defendants deny each of the allegations contained in Complaint paragraph 728

729.    Defendants deny each of the allegations contained in Complaint paragraph 729

730.    Defendants deny each of the allegations contained in Complaint paragraph 730

731.    Defendants repeat, reallege, and restate each of the preceding paragraphs in response to the allegations contained in paragraph 731 of the Complaint as if each of the preceding paragraphs are specifically rewritten here.

732.    Defendants deny each of the allegations contained in Complaint paragraph 732

733.    Defendants deny each of the allegations contained in Complaint paragraph 733

734.    Defendants deny each of the allegations contained in Complaint paragraph 734

735.    Defendants deny each of the allegations contained in Complaint paragraph 735

736.    Defendants deny each of the allegations contained in Complaint paragraph 736

737.    Defendants deny each of the allegations contained in Complaint paragraph 737

738.    Defendants deny each of the allegations contained in Complaint paragraph 738

739.    Defendants deny each of the allegations contained in Complaint paragraph 739

740.    Defendants deny each of the allegations contained in Complaint paragraph 740

741.    Defendants deny each of the allegations contained in Complaint paragraph 741

742.    Defendants deny each of the allegations contained in Complaint paragraph 742

743.    Defendants deny each of the allegations contained in Complaint paragraph 743

744.    Defendants deny each of the allegations contained in Complaint paragraph 744

745.    Defendants deny each of the allegations contained in Complaint paragraph 745

746.    Defendants deny each of the allegations contained in Complaint paragraph 746

747.    Defendants deny each of the allegations contained in Complaint paragraph 747

748.    Defendants deny each of the allegations contained in Complaint paragraph 748

749.    Defendants deny each of the allegations contained in Complaint paragraph 749

750.    Defendants deny each of the allegations contained in Complaint paragraph 750

751.    Defendants deny each of the allegations contained in Complaint paragraph 751

752.    Defendants deny each of the allegations contained in Complaint paragraph 752

753.    Defendants deny each of the allegations contained in Complaint paragraph 753

754.    Defendants deny each of the allegations contained in Complaint paragraph 754

755.    Defendants deny each of the allegations contained in Complaint paragraph 755

756.    Defendants deny each of the allegations contained in Complaint paragraph 756

757.    Defendants deny each of the allegations contained in Complaint paragraph 757

758.    Defendants deny each of the allegations contained in Complaint paragraph 758

759.    Defendants deny each of the allegations contained in Complaint paragraph 759

760.    Defendants deny each of the allegations contained in Complaint paragraph 760

761.    Defendants deny each of the allegations contained in Complaint paragraph 761

762.    Defendants deny each of the allegations contained in Complaint paragraph 762

763.    Defendants deny each of the allegations contained in Complaint paragraph 763

764.    Defendants deny each of the allegations contained in Complaint paragraph 764

765.    Defendants deny each of the allegations contained in Complaint paragraph 765

766.    Defendants deny each of the allegations contained in Complaint paragraph 766

767.    Defendants deny each of the allegations contained in Complaint paragraph 767

768.    Defendants deny each of the allegations contained in Complaint paragraph 768

769.    Defendants deny each of the allegations contained in Complaint paragraph 769

770.    Defendants deny each of the allegations contained in Complaint paragraph 770

771.    Defendants deny each of the allegations contained in Complaint paragraph 771

772.    Defendants deny each of the allegations contained in Complaint paragraph 772

773.    Defendants deny each of the allegations contained in Complaint paragraph 773

774.    Defendants deny each of the allegations contained in Complaint paragraph 774

775.    Defendants deny each of the allegations contained in Complaint paragraph 775

776.    Defendants deny each of the allegations contained in Complaint paragraph 776

777.    Defendants deny each of the allegations contained in Complaint paragraph 777

778.    Defendants deny each of the allegations contained in Complaint paragraph 778

779.    Defendants deny each of the allegations contained in Complaint paragraph 779

780.    Defendants deny each of the allegations contained in Complaint paragraph 780

781.    Defendants deny each of the allegations contained in Complaint paragraph 781

782.    Defendants deny each of the allegations contained in Complaint paragraph 782

783.    Defendants deny each of the allegations contained in Complaint paragraph 783

784.    Defendants deny each of the allegations contained in Complaint paragraph 784

785.    Defendants repeat, reallege, and restate each of the preceding paragraphs in response to the allegations contained in paragraph 785 of the Complaint as if each of the preceding paragraphs are specifically rewritten here.

786.    Defendants deny each of the allegations contained in Complaint paragraph 786

787.    Defendants deny each of the allegations contained in Complaint paragraph 787

788.    Defendants deny each of the allegations contained in Complaint paragraph 788

789.    Defendants deny each of the allegations contained in Complaint paragraph 789

790.    Defendants deny each of the allegations contained in Complaint paragraph 790

791.    Defendants deny each of the allegations contained in Complaint paragraph 791

792.    Defendants deny each of the allegations contained in Complaint paragraph 792

793.    Defendants deny each of the allegations contained in Complaint paragraph 793

794.    Defendants deny each of the allegations contained in Complaint paragraph 794

795.    Defendants deny each of the allegations contained in Complaint paragraph 795

796.    Defendants deny each of the allegations contained in Complaint paragraph 796

797.    Defendants repeat, reallege, and restate each of the preceding paragraphs in response to the allegations contained in paragraph 797 of the Complaint as if each of the preceding paragraphs are specifically rewritten here.

798.    Defendants deny each of the allegations contained in Complaint paragraph 798

799.    Defendants deny each of the allegations contained in Complaint paragraph 799

800.    Defendants deny each of the allegations contained in Complaint paragraph 800

801.    Defendants deny each of the allegations contained in Complaint paragraph 801

802.    Defendants deny each of the allegations contained in Complaint paragraph 802

803.    Defendants deny each of the allegations contained in Complaint paragraph 803

804.    Defendants deny each of the allegations contained in Complaint paragraph 804

805.    Defendants deny each of the allegations contained in Complaint paragraph 805

806.    Defendants repeat, reallege, and restate each of the preceding paragraphs in response to the allegations contained in paragraph 806 of the Complaint as if each of the preceding paragraphs are specifically rewritten here.

807.   Defendants deny each of the allegations contained in Complaint paragraph 807

808.   Defendants deny each of the allegations contained in Complaint paragraph 808

809.   Defendants deny each of the allegations contained in Complaint paragraph 809

810.   Defendants deny each of the allegations contained in Complaint paragraph 810

811.   Defendants deny each of the allegations contained in Complaint paragraph 811

812.   Defendants deny each of the allegations contained in Complaint paragraph 812

813.   Defendants repeat, reallege, and restate each of the preceding paragraphs in response to the allegations contained in paragraph 813 of the Complaint as if each of the preceding paragraphs are specifically rewritten here.

814.   Defendants deny each of the allegations contained in Complaint paragraph 814

815.   Defendants deny each of the allegations contained in Complaint paragraph 815

816.   Defendants deny each of the allegations contained in Complaint paragraph 816

817.   Defendants deny each of the allegations contained in Complaint paragraph 817

818.   Defendants repeat, reallege, and restate each of the preceding paragraphs in response to the allegations contained in paragraph 818 of the Complaint as if each of the preceding paragraphs are specifically rewritten here.

819.   Defendants deny each of the allegations contained in Complaint paragraph 819

820.   Defendants deny each of the allegations contained in Complaint paragraph 820

821.   Defendants repeat, reallege, and restate each of the preceding paragraphs in response to the allegations contained in paragraph 821 of the Complaint as if each of the preceding paragraphs are specifically rewritten here.

822.   Defendants deny each of the allegations contained in Complaint paragraph 822

823.   Defendants deny each of the allegations contained in Complaint paragraph 823

824.    Defendants deny each of the allegations contained in Complaint paragraph 824

825.    Defendants deny each of the allegations contained in Complaint paragraph 825

826.    Defendants deny each of the allegations contained in Complaint paragraph 826

827.    Defendants deny each of the allegations contained in Complaint paragraph 827

828.    Defendants deny each of the allegations contained in Complaint paragraph 828

829.    Defendants repeat, reallege, and restate each of the preceding paragraphs in response to the allegations contained in paragraph 829 of the Complaint as if each of the preceding paragraphs are specifically rewritten here.

830.    Defendants deny each of the allegations contained in Complaint paragraph 830

831.    Defendants deny each of the allegations contained in Complaint paragraph 831

832.    Defendants deny each of the allegations contained in Complaint paragraph 832

833.    Defendants deny each of the allegations contained in Complaint paragraph 833

834.    Defendants deny each of the allegations contained in Complaint paragraph 834

835.    Defendants deny each of the allegations contained in Complaint paragraph 835

836.    Defendants deny each of the allegations contained in Complaint paragraph 836

837.    Defendants repeat, reallege, and restate each of the preceding paragraphs in response to the allegations contained in paragraph 837 of the Complaint as if each of the preceding paragraphs are specifically rewritten here.

838.    Defendants deny each of the allegations contained in Complaint paragraph 838

839.    Defendants deny each of the allegations contained in Complaint paragraph 839

840.    Defendants deny each of the allegations contained in Complaint paragraph 840

841.    Defendants deny each of the allegations contained in Complaint paragraph 841

842.    Defendants deny each of the allegations contained in Complaint paragraph 842

843.    Defendants deny each of the allegations contained in Complaint paragraph 843

844.    Defendants deny each of the allegations contained in Complaint paragraph 844

845.    Defendants deny each of the allegations contained in Complaint paragraph 845

846.    Defendants deny each of the allegations contained in Complaint paragraph 846

847.    Defendants deny each of the allegations contained in Complaint paragraph 847

848.    Defendants repeat, reallege, and restate each of the preceding paragraphs in response to the allegations contained in paragraph 848 of the Complaint as if each of the preceding paragraphs are specifically rewritten here.

849.    Defendants deny each of the allegations contained in Complaint paragraph 849

850.    Defendants deny each of the allegations contained in Complaint paragraph 850

851.    Defendants deny each of the allegations contained in Complaint paragraph 851

852.    Defendants deny each of the allegations contained in Complaint paragraph 852

853.    Defendants deny each of the allegations contained in Complaint paragraph 853

854.    Defendants deny each of the allegations contained in Complaint paragraph 854

855.    Defendants deny each of the allegations contained in Complaint paragraph 855

856.    Defendants deny each of the allegations contained in Complaint paragraph 856

857.    Defendants deny each of the allegations contained in Complaint paragraph 857

858.    Defendants deny each of the allegations contained in Complaint paragraph 858

859.    Defendants deny each of the allegations contained in Complaint paragraph 859

860.    Defendants repeat, reallege, and restate each of the preceding paragraphs in response to the allegations contained in paragraph 860 of the Complaint as if each of the preceding paragraphs are specifically rewritten here.

861.    Defendants deny each of the allegations contained in Complaint paragraph 861

862.    Defendants deny each of the allegations contained in Complaint paragraph 862

863.    Defendants deny each of the allegations contained in Complaint paragraph 863

864.    Defendants deny each of the allegations contained in Complaint paragraph 864

865.    Defendants deny each of the allegations contained in Complaint paragraph 865

866.    Defendants deny each of the allegations contained in Complaint paragraph 866

867.    Defendants deny each of the allegations contained in Complaint paragraph 867

868.    Defendants deny each of the allegations contained in Complaint paragraph 868

869.    Defendants deny each of the allegations contained in Complaint paragraph 869

870.    Defendants deny each of the allegations contained in Complaint paragraph 870

871.    There is no paragraph with this number in the Complaint.

872.    There is no paragraph with this number in the Complaint.

873.    There is no paragraph with this number in the Complaint.

874.    There is no paragraph with this number in the Complaint.

875.    There is no paragraph with this number in the Complaint.

876.    There is no paragraph with this number in the Complaint.

877.    There is no paragraph with this number in the Complaint.

878.    There is no paragraph with this number in the Complaint.

879.    There is no paragraph with this number in the Complaint.

880.    There is no paragraph with this number in the Complaint.

881.    There is no paragraph with this number in the Complaint.

882.    There is no paragraph with this number in the Complaint.

883.    There is no paragraph with this number in the Complaint.

884.    There is no paragraph with this number in the Complaint.

885.    There is no paragraph with this number in the Complaint.

886.    There is no paragraph with this number in the Complaint.

887.    There is no paragraph with this number in the Complaint.

888.    There is no paragraph with this number in the Complaint.

889.    There is no paragraph with this number in the Complaint.

890.    There is no paragraph with this number in the Complaint.

891.    There is no paragraph with this number in the Complaint.

892.    There is no paragraph with this number in the Complaint.

893.    There is no paragraph with this number in the Complaint.

894.    There is no paragraph with this number in the Complaint.

895.    There is no paragraph with this number in the Complaint.

896.    There is no paragraph with this number in the Complaint.

897.    There is no paragraph with this number in the Complaint.

898.    There is no paragraph with this number in the Complaint.

899.    There is no paragraph with this number in the Complaint.

900.    There is no paragraph with this number in the Complaint.

901.    There is no paragraph with this number in the Complaint.

902.    There is no paragraph with this number in the Complaint.

903.    There is no paragraph with this number in the Complaint.

904.    There is no paragraph with this number in the Complaint.

905.    There is no paragraph with this number in the Complaint.

906.    There is no paragraph with this number in the Complaint.

907.    There is no paragraph with this number in the Complaint.

908.    There is no paragraph with this number in the Complaint.

909.    There is no paragraph with this number in the Complaint.

910.    There is no paragraph with this number in the Complaint.

911.    There is no paragraph with this number in the Complaint.

912.    There is no paragraph with this number in the Complaint.

913.    There is no paragraph with this number in the Complaint.

914.    There is no paragraph with this number in the Complaint.

915.    There is no paragraph with this number in the Complaint.

916.    There is no paragraph with this number in the Complaint.

917.    There is no paragraph with this number in the Complaint.

918.    There is no paragraph with this number in the Complaint.

919.    There is no paragraph with this number in the Complaint.

920.    There is no paragraph with this number in the Complaint.

921.    There is no paragraph with this number in the Complaint.

922.    There is no paragraph with this number in the Complaint.

923.    There is no paragraph with this number in the Complaint.

924.    There is no paragraph with this number in the Complaint.

925.    There is no paragraph with this number in the Complaint.

926.    There is no paragraph with this number in the Complaint.

927.    There is no paragraph with this number in the Complaint.

928.    There is no paragraph with this number in the Complaint.

929.    There is no paragraph with this number in the Complaint.

930.    There is no paragraph with this number in the Complaint.

931.    There is no paragraph with this number in the Complaint.

932.    There is no paragraph with this number in the Complaint.

933.    There is no paragraph with this number in the Complaint.

934.    There is no paragraph with this number in the Complaint.

935.    There is no paragraph with this number in the Complaint.

936.    There is no paragraph with this number in the Complaint.

937.    There is no paragraph with this number in the Complaint.

938.    There is no paragraph with this number in the Complaint.

939.    There is no paragraph with this number in the Complaint.

940.    There is no paragraph with this number in the Complaint.

941.    There is no paragraph with this number in the Complaint.

942.    There is no paragraph with this number in the Complaint.

943.    There is no paragraph with this number in the Complaint.

944.    There is no paragraph with this number in the Complaint.

945.    There is no paragraph with this number in the Complaint.

946.    There is no paragraph with this number in the Complaint.

947.    There is no paragraph with this number in the Complaint.

948.    There is no paragraph with this number in the Complaint.

949.    There is no paragraph with this number in the Complaint.

950.    There is no paragraph with this number in the Complaint.

951.    Defendants repeat, reallege, and restate each of the preceding paragraphs in response to the allegations contained in paragraph 951 of the Complaint as if each of the preceding paragraphs are specifically rewritten here.

952.    Defendants deny each of the allegations contained in Complaint paragraph 952

953.    Defendants deny each of the allegations contained in Complaint paragraph 953

954.    Defendants deny each of the allegations contained in Complaint paragraph 954

955.    Defendants deny each of the allegations contained in Complaint paragraph 955

956.    Defendants deny each of the allegations contained in Complaint paragraph 956

957.    Defendants deny each of the allegations contained in Complaint paragraph 957

958.    Defendants repeat, reallege, and restate each of the preceding paragraphs in response to the allegations contained in paragraph 958 of the Complaint as if each of the preceding paragraphs are specifically rewritten here.

959.    Defendants deny each of the allegations contained in Complaint paragraph 959

960.    Defendants deny each of the allegations contained in Complaint paragraph 960

961.    Defendants deny each of the allegations contained in Complaint paragraph 961

962.    Defendants repeat, reallege, and restate each of the preceding paragraphs in response to the allegations contained in paragraph 962 of the Complaint as if each of the preceding paragraphs are specifically rewritten here.

963.    Defendants deny each of the allegations contained in Complaint paragraph 963

964.    Defendants deny each of the allegations contained in Complaint paragraph 964

965.    Defendants deny each of the allegations contained in Complaint paragraph 965

966.    Defendants repeat, reallege, and restate each of the preceding paragraphs in response to the allegations contained in paragraph 966 of the Complaint as if each of the preceding paragraphs are specifically rewritten here.

967.    Defendants deny each of the allegations contained in Complaint paragraph 967

968.    Defendants deny each of the allegations contained in Complaint paragraph 968

969.    Defendants deny each of the allegations contained in Complaint paragraph 969

970.    There is no paragraph with this number in the Complaint.

971.    There is no paragraph with this number in the Complaint.

972.    There is no paragraph with this number in the Complaint.

973.    There is no paragraph with this number in the Complaint.

974.    There is no paragraph with this number in the Complaint.

975.    There is no paragraph with this number in the Complaint.

976.    There is no paragraph with this number in the Complaint.

977.    There is no paragraph with this number in the Complaint.

978.    There is no paragraph with this number in the Complaint.

979.    There is no paragraph with this number in the Complaint.

980.    There is no paragraph with this number in the Complaint.

981.    There is no paragraph with this number in the Complaint.

982.    There is no paragraph with this number in the Complaint.

983.    There is no paragraph with this number in the Complaint.

984.    There is no paragraph with this number in the Complaint.

985.    There is no paragraph with this number in the Complaint.

986.    There is no paragraph with this number in the Complaint.

987.    There is no paragraph with this number in the Complaint.

988.    There is no paragraph with this number in the Complaint.

989.    There is no paragraph with this number in the Complaint.

990.    There is no paragraph with this number in the Complaint.

991.    There is no paragraph with this number in the Complaint.

992.    There is no paragraph with this number in the Complaint.

993.    There is no paragraph with this number in the Complaint.

994.    Defendants repeat, reallege, and restate each of the preceding paragraphs in response to the allegations contained in paragraph 994 of the Complaint as if each of the preceding paragraphs are specifically rewritten here.

995.    Defendants deny each of the allegations contained in Complaint paragraph 995

996.    Defendants deny each of the allegations contained in Complaint paragraph 996

997.    Defendants deny each of the allegations contained in Complaint paragraph 997

998.    Defendants repeat, reallege, and restate each of the preceding paragraphs in response to the allegations contained in paragraph 998 of the Complaint as if each of the preceding paragraphs are specifically rewritten here.

999.    Defendants deny each of the allegations contained in Complaint paragraph 999

1000.    Defendants deny each of the allegations contained in Complaint paragraph 1000

1001.    Defendants deny each of the allegations contained in Complaint paragraph 1001

1002.    Defendants repeat, reallege, and restate each of the preceding paragraphs in response to the allegations contained in paragraph 1002 of the Complaint as if each of the preceding paragraphs are specifically rewritten here.

1003.    Defendants deny each of the allegations contained in Complaint paragraph 1003

1004.    Defendants deny each of the allegations contained in Complaint paragraph 1004

1005.    Defendants repeat, reallege, and restate each of the preceding paragraphs in response to the allegations contained in paragraph 1005 of the Complaint as if each of the preceding paragraphs are specifically rewritten here.

1006.    Defendants deny each of the allegations contained in Complaint paragraph 1005

1007.   Defendants deny each of the allegations contained in Complaint paragraph 1006

1008.   Defendants deny each of the allegations contained in Complaint paragraph 1007

1009.   Defendants repeat, reallege, and restate each of the preceding paragraphs in response to the allegations contained in paragraph 1009 of the Complaint as if each of the preceding paragraphs are specifically rewritten here.

1010.   Defendants deny each of the allegations contained in Complaint paragraph 1010

1011.   Defendants deny each of the allegations contained in Complaint paragraph 1011

1012.   Defendants deny each of the allegations contained in Complaint paragraph 1012

1013.   Defendants deny each of the allegations contained in Complaint paragraph 1013

1014.   Defendants deny each of the allegations contained in Complaint paragraph 1014

1015.   Defendants deny each of the allegations contained in Complaint paragraph 1015

1016.   Defendants deny each of the allegations contained in Complaint paragraph 1016

1017.   Defendants repeat, reallege, and restate each of the preceding paragraphs in response to the allegations contained in paragraph 1017 of the Complaint as if each of the preceding paragraphs are specifically rewritten here.

1018.   Defendants deny each of the allegations contained in Complaint paragraph 1018

1019.   Defendants deny each of the allegations contained in Complaint paragraph 1019

1020.   Defendants deny each of the allegations contained in Complaint paragraph 1020

1021.   Defendants deny each of the allegations contained in Complaint paragraph 1021

1022.   Defendants repeat, reallege, and restate each of the preceding paragraphs in response to the allegations contained in paragraph 1022 of the Complaint as if each of the preceding paragraphs are specifically rewritten here.

1023.   Defendants deny each of the allegations contained in Complaint paragraph 1023

1024.   Defendants deny each of the allegations contained in Complaint paragraph 1024

1025.   Defendants repeat, reallege, and restate each of the preceding paragraphs in

response to the allegations contained in paragraph 1025 of the Complaint as if each of

the preceding paragraphs are specifically rewritten here.

1026.   Defendants deny each of the allegations contained in Complaint paragraph 1026

1027.   Defendants deny each of the allegations contained in Complaint paragraph 1027

1028.   There is no paragraph with this number in the Complaint.

1029.   There is no paragraph with this number in the Complaint.

1030.   There is no paragraph with this number in the Complaint.

1031.   There is no paragraph with this number in the Complaint.

1032.   There is no paragraph with this number in the Complaint.

1033.   There is no paragraph with this number in the Complaint.

1034.   There is no paragraph with this number in the Complaint.

1035.   There is no paragraph with this number in the Complaint.

1036.   There is no paragraph with this number in the Complaint.

1037.   There is no paragraph with this number in the Complaint.

1038.   There is no paragraph with this number in the Complaint.

1039.   There is no paragraph with this number in the Complaint.

1040.   There is no paragraph with this number in the Complaint.

1041.   There is no paragraph with this number in the Complaint.

1042.   There is no paragraph with this number in the Complaint.

1043.   There is no paragraph with this number in the Complaint.

1044.   There is no paragraph with this number in the Complaint.

1045.   There is no paragraph with this number in the Complaint.

1046.   There is no paragraph with this number in the Complaint.

1047.   There is no paragraph with this number in the Complaint.

1048.   There is no paragraph with this number in the Complaint.

1049.   There is no paragraph with this number in the Complaint.

1050.   There is no paragraph with this number in the Complaint.

1051.   There is no paragraph with this number in the Complaint.

1052.   There is no paragraph with this number in the Complaint.

1053.   There is no paragraph with this number in the Complaint.

1054.   There is no paragraph with this number in the Complaint.

1055.   There is no paragraph with this number in the Complaint.

1056.   There is no paragraph with this number in the Complaint.

1057.   There is no paragraph with this number in the Complaint.

1058.   There is no paragraph with this number in the Complaint.

1059.   There is no paragraph with this number in the Complaint.

1060.   There is no paragraph with this number in the Complaint.

1061.   There is no paragraph with this number in the Complaint.

1062.   There is no paragraph with this number in the Complaint.

1063.   There is no paragraph with this number in the Complaint.

1064.   There is no paragraph with this number in the Complaint.

1065.   There is no paragraph with this number in the Complaint.

1066.   There is no paragraph with this number in the Complaint.

1067.   There is no paragraph with this number in the Complaint.

1068.   There is no paragraph with this number in the Complaint.

1069.   There is no paragraph with this number in the Complaint.

1070.   There is no paragraph with this number in the Complaint.

1071.   There is no paragraph with this number in the Complaint.

1072.   There is no paragraph with this number in the Complaint.

1073.   There is no paragraph with this number in the Complaint.

1074.   There is no paragraph with this number in the Complaint.

1075.   There is no paragraph with this number in the Complaint.

1076.   There is no paragraph with this number in the Complaint.

1077.   There is no paragraph with this number in the Complaint.

1078.   There is no paragraph with this number in the Complaint.

1079.   There is no paragraph with this number in the Complaint.

1080.   There is no paragraph with this number in the Complaint.

1081.   There is no paragraph with this number in the Complaint.

1082.   Defendants repeat, reallege, and restate each of the preceding paragraphs in response to the allegations contained in paragraph 1082 of the Complaint as if each of the preceding paragraphs are specifically rewritten here.

1083.   Defendants deny each of the allegations contained in Complaint paragraph 1083

1084.   Defendants deny each of the allegations contained in Complaint paragraph 1084

1085.   Defendants deny each of the allegations contained in Complaint paragraph 1085

1086.   Defendants deny each of the allegations contained in Complaint paragraph 1086

1087.   Defendants repeat, reallege, and restate each of the preceding paragraphs in response to the allegations contained in paragraph 1087 of the Complaint as if each of the preceding paragraphs are specifically rewritten here.

1088.   Defendants deny each of the allegations contained in Complaint paragraph 1088

1089.   Defendants deny each of the allegations contained in Complaint paragraph 1089

1090.   Defendants deny each of the allegations contained in Complaint paragraph 1090

1091.   Defendants deny each of the allegations contained in Complaint paragraph 1091

1092.   Defendants repeat, reallege, and restate each of the preceding paragraphs in response to the allegations contained in paragraph 1092 of the Complaint as if each of the preceding paragraphs are specifically rewritten here.

1093.   Defendants deny each of the allegations contained in Complaint paragraph 1093

1094.   Defendants deny each of the allegations contained in Complaint paragraph 1094

1095.   Defendants deny each of the allegations contained in Complaint paragraph 1095

1096.   Defendants repeat, reallege, and restate each of the preceding paragraphs in response to the allegations contained in paragraph 1096 of the Complaint as if each of the preceding paragraphs are specifically rewritten here.

1097.   Defendants deny each of the allegations contained in Complaint paragraph 1097

1098.   Defendants deny each of the allegations contained in Complaint paragraph 1098

1099.   Defendants deny each of the allegations contained in Complaint paragraph 1099

1100.   Defendants repeat, reallege, and restate each of the preceding paragraphs in response to the allegations contained in paragraph 1100 of the Complaint as if each of the preceding paragraphs are specifically rewritten here.

1101.   Defendants deny each of the allegations contained in Complaint paragraph 1101

1102.  Defendants deny each of the allegations contained in Complaint paragraph 1102

1103.  Defendants deny each of the allegations contained in Complaint paragraph 1103

Defendants deny each of the allegations contained in each of the footnotes of the Complaint.

DEFENDANTS DEMANDS A TRIAL BY JURY ON ALL CHARGES SO TRIABLE.

WHEREFORE, Defendants demand Judgment in his favor on all counts against them; that this Court dismiss all Counts herein and award all costs, interest, attorney fees, damages, punitive damages, consequential damages, actual damages, and such other and further relief as this Court determines is just and proper for a Complaint with no basis in fact or law against undersigned.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

The Complaint fails to state a claim upon which relief may be granted as to Defendants.

### SECOND AFFIRMATIVE DEFENSE

The causes of action are barred by the doctrine of laches.

### THIRD AFFIRMATIVE DEFENSE

The causes of action are barred in their entirety or in part by the applicable statute of limitations.

### FOURTH AFFIRMATIVE DEFENSE

The causes of action are barred by the doctrines of equitable estoppel and res judicata.

### FIFTH AFFIRMATIVE DEFENSE

Plaintiffs failed to allege any damages sustained as a result of the incidents alleged in the Complaint.

## SIXTH AFFIRMATIVE DEFENSE

Defendants owed no legal duty to the Plaintiffs, and thus the claims against undersigned Defendants should be dismissed.

## SEVENTH AFFIRMATIVE DEFENSE

There can be no breach of fiduciary duty because Plaintiffs ratified or consented to the actions of all Defendants.

## EIGHTH AFFIRMATIVE DEFENSE

Plaintiffs' case fails due to unclean hands.

## NINTH AFFIRMATIVE DEFENSE

No joint venture existed.

## TENTH AFFIRMATIVE DEFENSE

Defendants did not have a fiduciary relationship with Plaintiffs.

## ELEVENTH AFFIRMATIVE DEFENSE

Plaintiffs' case fails on the basis of their own fraudulent conduct.

## TWELFTH AFFIRMATIVE DEFENSE

There is no valid contract between Plaintiffs and Defendants due to vagueness, indefiniteness, or lack of mutual assent.

## THIRTEENTH AFFIRMATIVE DEFENSE

Any damages suffered by Plaintiffs were due, in whole or in part, to their own wrongful conduct.

## FOURTEENTH AFFIRMATIVE DEFENSE

Plaintiff has failed to allege damages causally related to the actions of undersigned Defendants.

## FIFTEENTH AFFIRMATIVE DEFENSE

The Complaint fails to allege any viable cause of action against Defendants.

## SIXTEENTH AFFIRMATIVE DEFENSE

Any damages allegedly suffered by Defendants in whole or in part were due to persons over which Defendants have no supervision or control.

## SEVENTEENTH AFFIRMATIVE DEFENSE

The Plaintiffs lack privity with undersigned Defendants and thus cannot maintain the causes of action against undersigned.

## EIGHTEENTH AFFIRMATIVE DEFENSE

The alleged contract between Plaintiffs and Defendants is not specified sufficiently, and there is no contract between Plaintiffs and undersigned Defendants.

## NINETEENTH AFFIRMATIVE DEFENSE

The alleged contracts between Plaintiffs and any Defendants were based on one or more material misrepresentations by the Plaintiffs.

## TWENTIETH AFFIRMATIVE DEFENSE

The statute of frauds renders the any alleged verbal agreements between any Plaintiffs and any Defendants unenforceable.

## TWENTY-FIRST AFFIRMATIVE DEFENSE

Plaintiffs failed to join one or more indispensable parties.

## TWENTY-SECOND AFFIRMATIVE DEFENSE

Plaintiffs' case fails based upon accord and satisfaction.

## TWENTY-THIRD AFFIRMATIVE DEFENSE

Plaintiffs lack any enforceable rights under contract or common law.

## TWENTY-FOURTH AFFIRMATIVE DEFENSE

Plaintiffs fail to allege with sufficient specificity the allegations of fraud and/or RICO violations.

## TWENTY-FIFTH AFFIRMATIVE DEFENSE

Plaintiffs failed to allege and/or cannot prove one or more provisions of any statutory cause(s) of action.

## TWENTY-SIXTH AFFIRMATIVE DEFENSE

Plaintiffs have no standing to sue any Defendants.

## TWENTY-SEVENTH AFFIRMATIVE DEFENSE

Defendants suffered damages caused by Plaintiffs which he is entitled to recover, and which also serves as an off-set to any damages Plaintiffs may recover.

## TWENTY-EIGHTH AFFIRMATIVE DEFENSE

Plaintiffs' case fails based upon the law of the case.

## TWENTY-NINTH AFFIRMATIVE DEFENSE

Defendants specifically assert the defense of impossibility against the assertions made by Plaintiffs against the undersigned.

## COUNTERCLAIMS

## JURISDICTION AND VENUE

1. Jurisdiction for the instant action arises from the Counterclaims set forth herein stemming from a false complaint filed by Plaintiffs in the above captioned action in the Federal District Court for the Eastern District of New York.  This action has jurisdiction before this Court due to Plaintiffs' underlying RICO claims, which, though false in all respects, give this Court jurisdiction pursuant to 28 U.S.C. § 1331,

which is a federal law.  Further, the Court has supplemental jurisdiction over the instant counterclaims given that the state law counterclaims arise from the same case or controversy as the underlying action and the counterclaims arise from the common nucleus and operative facts as the underlying Federal claims brought by the Plaintiffs in their (false) allegations of RICO claims.

2. This Court has venue for the within action as all wrongs committed by the Plaintiffs stem from written, false allegations in their repeated Complaints in this action, as filed and published by and through this Federal District Court in and for the Eastern District of New York.  As such, the wrongdoings were all committed not just in the Eastern District of New York, but through this Federal District Court in the false, defamatory, libelous, and fraudulent allegations set forth by the Plaintiffs in each and every allegation set forth in their various Complaints from this action.  Venue is also proper due to 28 U.S.C. § 1391(b)(2) because the everts set forth in the instant counterclaims all took place in the Eastern District of New York, and the Defendants in Counterclaims have all subjected themselves to the venue (and jurisdiction) of this Court.

PARTIES

3. Defendants (Counter-Plaintiffs) Anthony and Sara Deo are the primary individual Defendants and owned and operated the various businesses on Long Island, New York, only (hereinafter, the "Deos").

4. Defendants in Counterclaim, Robert Anthony Urrutia (hereinafter, "Urrutia") is an individual who, at all times relevant hereto, was and is a resident of the country of Costa Rica.  At all times relevant hereto, Urrutia owned and/or operated one or more

65

automobile businesses inside and outside of the State of New York with one or more partners.  Urrutia resides in Costa Rica for the purposes of 1) living a lifestyle of wealth desired by Urrutia and his family (there is a lower cost of living in Costa Rica), 2) to avoid paying creditors, and 3) upon information and belief, Urrutia fled the country having stolen in excess of twenty million dollars from various businesses, including his own, and from various other businesses, including Nissan Motor Acceptance Corp., he is or is expected to become a wanted man by one or more law enforcement agencies.  At various times relevant hereto, Urrutia always maintained one or more apartments and/or houses and/or residences in the Greater New York City area (within 75 miles of Manhattan) to serve as his U.S. residence when he is in the United States, notably 327 Lakewood Terrace, Newton, New Jersey, 07860. Upon information and belief, and given that Urrutia has fled the United States, it is expected that he will never willingly return to this District. Urrutia is countersued herein both individually and on behalf of his businesses known as Superb Motors Inc. and Team Auto Sales LLC, as the false claims in the underlying Complaint are advanced by this Defendants in Counterclaim both individually and on behalf of the named corporations.

5. Defendants in Counterclaim, Brian Chabrier (hereinafter, "Chabrier") is an individual who, at all times relevant hereto, was and is a resident of Nassau County, State of New York.  At all times relevant hereto, Chabrier owned and/or operated one or more automobile businesses in the State of New York in the greater New York City area. At all times relevant hereto, Chabrier had disclosed and/or undisclosed partners in the ownership and/or operation of said automobile businesses.  Chabrier is countersued

herein both individually and on behalf of each of the businesses in which he holds a corporate interest/ownership known as 1581 Hylan Blvd Auto LLC, 1580 Hylan Blvd Auto LLC, 1591 Hylan Blvd Auto LLC, 1632 Hylan Blvd Auto LLC, 1239 Hylan Blvd Auto LLC, 2519 Hylan Blvd Auto LLC, 76 Fisk Street Realty LLC, 446 Route 23 Auto LLC and Island Auto Management, LLC, as the false claims in the underlying Complaints are advanced by this Defendants in Counterclaim both individually and on behalf of the named corporations in which he holds an ownership interest.

6. Defendants in Counterclaim, Joshua Aaronson (hereinafter, "Josh Aaronson" or "Josh" or "Aaronson"), is an individual who, at all times relevant hereto, was and is a resident of Nassau County, State of New York. At all times relevant hereto, Josh owned and/or operated one or more automobile businesses in the State of New York in the greater New York City area. At all times relevant hereto, Aaronson had disclosed and/or undisclosed partners in the ownership and/or operation of said automobile businesses. Aaronson is countersued herein both individually and on behalf of each of the businesses in which he holds a corporate interest/ownership known as 1581 Hylan Blvd Auto LLC, 1580 Hylan Blvd Auto LLC, 1591 Hylan Blvd Auto LLC, 1632 Hylan Blvd Auto LLC, 1239 Hylan Blvd Auto LLC, 2519 Hylan Blvd Auto LLC, 76 Fisk Street Realty LLC, 446 Route 23 Auto LLC and Island Auto Management, LLC, as the false claims in the underlying Complaints are advanced by this Defendants in Counterclaim both individually and on behalf of the named corporations in which he holds an ownership interest.

7.   Defendants in Counterclaim, Jory Baron (hereinafter, "Jory Baron") is an individual who, at all times relevant hereto, was and is a resident of Long Island, State of New York.  At all times relevant hereto, Jory Baron owned and/or operated one or more automobile businesses in the State of New York in the greater New York City area. At all times relevant hereto, Jory Baron had disclosed and/or undisclosed partners in the ownership and/or operation of said automobile businesses.  Jory Baron is countersued herein both individually and on behalf of each of the businesses in which he holds a corporate interest/ownership known as 1581 Hylan Blvd Auto LLC, 1580 Hylan Blvd Auto LLC, 1591 Hylan Blvd Auto LLC, 1632 Hylan Blvd Auto LLC, 1239 Hylan Blvd Auto LLC, 2519 Hylan Blvd Auto LLC, 76 Fisk Street Realty LLC, 446 Route 23 Auto LLC and Island Auto Management, LLC, as the false claims in the underlying Complaints are advanced by this Defendants in Counterclaim both individually and on behalf of the named corporations in which he holds an ownership interest.

8.   Defendants in Counterclaim, Asad Khan (hereinafter, "Khan") is an individual who, at all times relevant hereto, was and is a resident of Nassau County, State of New York.  At all times relevant hereto, Khan owned and/or operated one or more automobile businesses in the State of New York in the greater New York City area. At all times relevant hereto, Khan had disclosed and/or undisclosed partners in the ownership and/or operation of said automobile businesses.  Khan is countersued herein both individually and on behalf of each of the businesses in which he holds a corporate interest/ownership known as 1581 Hylan Blvd Auto LLC, 1580 Hylan Blvd Auto LLC, 1591 Hylan Blvd Auto LLC, 1632 Hylan Blvd Auto LLC, 1239 Hylan

Blvd Auto LLC, 2519 Hylan Blvd Auto LLC, 76 Fisk Street Realty LLC, 446 Route 23 Auto LLC and Island Auto Management, LLC, as the false claims in the underlying Complaints are advanced by this Defendants in Counterclaim both individually and on behalf of the named corporations in which he holds an ownership interest.

9.  Defendants in Counterclaim, Iris Baron (hereinafter, "Iris") is an individual who, at all times relevant hereto, was and is a resident of Nassau County, State of New York. At all times relevant hereto, Iris Baron was the wife of David Baron during his lifetime. Iris Baron is the representative of the Estate of David Baron since his death; she is sued both individually and on behalf of the Estate of David Baron as the false claims in the underlying Complaints are advanced by this Defendants in Counterclaim both individually and on behalf of the Estate of David Baron.

FACTS COMMON TO ALL COUNTS

10. The within and other relevant facts are contained in the Amended Complaint filed by the Deos in the action styled as *Deo, et al. v. Baron, et al*., case number 2:24-cv-6903 (NJC/JMW), annexed hereto as **Exhibit A** and filed by the Deos on January 31, 2025 at ECF document number 67, which, along with all Exhibits thereto (A-Z), is realleged, restated and incorporated herein by reference.

11. The entirety of the claims made by the Defendants in Counterclaim in their various underlying Complaints against undersigned Plaintiff in Counterclaim are contingent upon the Defendants in Counterclaim being owners of two corporations, NorthShore Motor Leasing, LLC, and 189 Sunrise Hwy Auto LLC (hereinafter, "NorthShore" and "189 Sunrise").

69

12. In fact, the Defendants in Counterclaim are not the owners of NorthShore (ever) and 189 Sunrise (since it was purchased in February, 2021 by the Deos). At all relevant times, NorthShore was formed, owned, and operated by the Deos; at all relevant times since February 2021, 189 Sunrise was owned and operated by Anthony Deo.

13. The Defendants in Counterclaim provided the Floor Plans to the Deos for NorthShore since it began operations in 2018, and for 189 Sunrise since the Deos obtained and operated that business in February 2021.

14. Throughout the relationship between the Deos and the Defendants in Counterclaim, there were disagreements and contentiousness, typically caused by and through the Defendants in Counterclaim without the Deos understanding the reasons for the disagreements and contentiousness.

15. During November 2022, the Defendants in Counterclaim left both NorthShore and 189 Sunrise, turned off and removed all Floor Plans, took all hard corporate assets of both corporations including, but not limited to, all files, dealer jackets, warranty files, video files, most (but not all) computers, customer lists, and shut the Deos out of all corporate software and bank accounts, wrongfully, and without any lawful, valid reason.

16. In fact, the Defendants in Counterclaim left the businesses due to having been caught by the Deos attempting to steal the businesses from the Deos. In retaliation for their failed theft, the Defendants in Counterclaim knowingly and intentionally ruined the Deos businesses, since at the point that the Defendants in Counterclaim ruined the both businesses, the Deos and their businesses had become nothing more than competitors to the Defendants in Counterclaim.

17. The within and other relevant facts are contained in the Amended Complaint filed by the Deos in the action styled as *Deo, et al. v. Baron, et al*., case number 2:24-cv-6903 (NJC/JMW), filed by the Deos on January 31, 2025 at ECF document number 67, which, along with all Exhibits thereto (A-Z), is incorporated herein by reference.

18. At all times relevant hereto, the Defendants in Counterclaim acted wrongfully, illegally, and without any basis in law or fact, and also in concert, in conspiracy, and in agreement in carrying out a plan (hereinafter, the "Plan") to ruin the Deos.

19. The Plan includes, but is not limited to, filing multiple lawsuits and Complaints against the Deos and their companies and co-Defendants in this underlying action to utilize the Defendants in Counterclaim's tremendous wealth (the Defendants in Counterclaim, along with their corporate holdings, are quite simply, Billionaires) to knowingly, intentionally, and in conspiracy with each other discourage, harm, ruin, and overwhelm the Deo parties and undersigned without any basis in law or fact for doing so.

20. In particular, the Plan was also designed to specifically harm undersigned Plaintiff in Counterclaim, interfere with his business with the Deo parties, and interfere and harm his reputation, interfere with his business generally, all by making false allegations against the Plaintiff in Counterclaim by and through each allegation against the Plaintiff in Counterclaim with malice aforethought in each of the Complaints filed against the Plaintiff in Counterclaim in this and prior actions, and by publishing these false allegations in each instance of filing Complaints against undersigned.

21. At all times relevant hereto, each of the allegations made by the Defendants in Counterclaim in each of their Complaints filed against the undersigned Plaintiff in

Counterclaim were false, knowingly false, intentionally false, defamatory, libelous, slanderous, were at least made negligently, and caused and continue to cause undersigned harm and economic loss.

22. Even if such allegations against the Deo co-Defendants in the Defendants in Counterclaims' underlying Complaints were true, and it is specifically and vigorously advanced that such allegations of wrongdoing by undersigned's co-Defendants are false, the allegations advanced against undersigned are and remain false, and are knowingly false to each of the Defendants in Counterclaim.

23. The allegations of criminal wrongdoing by undersigned advanced by each of the Defendants in Counterclaim in each of their Complaints filed and published against the undersigned Plaintiff in Counterclaim also constitute defamation *per se* by virtue of being entirely false, outrageous, shocking, and knowingly advanced to harm undersigned, who has been and continues to be harmed in an on-going basis by such false allegations; the Complaints filed by the Defendants in Counterclaim against undersigned constitute frauds upon the Court all to advance the Plan and the sinister greediness of the Defendants in Counterclaim.

24. Each of the allegations made by the Defendants in Counterclaim against undersigned in each of the Complaints filed in this and previous actions by the Defendants in Counterclaim are false, and are at least partially contingent upon being the owners of NorthShore and 189 Sunrise (after February 2021), which they were and are not.

25. However, even if it later determined that the Defendants in Counterclaim ever owned NorthShore or owned 189 Sunrise after February 2021, the within Counterclaims remain entirely true and accurate against each of the Defendants in Counterclaim.

26. The Defendants in Counterclaim are jointly and severally liable for the within harms and wrongdoings to Plaintiffs in Counterclaim.

27. The within and other harms to Plaintiffs in Counterclaim are ongoing, daily and forevermore, given that the harms constitute false, defamatory statements that were knowingly, intentionally, and wrongfully published by the Defendants in Counterclaim.

AS AND FOR COUNTERCLAIM I AGAINST ALL
DEFENDANTS IN COUNTERCLAIM:
<u>DEFAMATION *PER SE*</u>

28. Plaintiff in Counterclaim repeat, restate, and reallege each of the preceding paragraphs as if specifically rewritten here.

29. The allegations of criminal wrongdoing against Plaintiffs in Counterclaim by Defendants in Counterclaim pursuant to their Plan are outrageous, shocking, intentional, knowing, wrongful, fraudulent, and published repeatedly through the Complaints in the instant and prior actions.

30. Publishing to third parties for the world to see through this Court such allegations constitute Defamation *per se* by each of the Defendants in Counterclaim, jointly and severally.

31. At all relevant times, the false allegations of criminal theft, conspiracy, and RICO violations were designed and intended by the Defendants in Counterclaim to cause undersigned Plaintiffs in Counterclaim harm, which they have succeeded in causing.

32. Such harm is on-going, constitutes extreme emotional distress, harm to undersigned's personal and professional reputation, and intentional interference with undersigned's business relations.

33. Such harm is the direct and proximate result of Defendants in Counterclaims' false allegations against undersigned, which was a part of their Plan since November, 2022.

WHEREFORE, as a direct and proximate result of the harms set forth herein, undersigned Plaintiffs in Counterclaim has been and continues to be harmed in an on-going manner, resulting in financial damages, professional and personal harm to undersigned's reputation, extreme emotional distress, lost sleep, worry, and anxiety; demand is herein made for actual damages, punitive damages, consequential damages, and such other and further relief as to this Court and a jury may award; demand is herein made for damages that exceed the jurisdictional limits of this Court in an amount to be determined at trial but not less than ten million ($10,000,000.00) dollars in actual and consequential damages, plus an amount to be determined at trial for punitive damages but not less than fifty million ($50,000,000.00) dollars, plus such other and further relief as to this Court deems necessary and just.

AS AND FOR COUNTERCLAIM II AGAINST ALL
DEFENDANTS IN COUNTERCLAIM:
LIBEL

34. Plaintiffs in Counterclaim repeat, restate, and reallege each of the preceding paragraphs as if specifically rewritten here.

35. The allegations of criminal wrongdoing against Plaintiffs in Counterclaim by Defendants in Counterclaim pursuant to their Plan are outrageous, shocking, intentional, knowing, wrongful, fraudulent, and published repeatedly through the Complaints in the instant and prior actions.

36. Indeed, all allegations made to date by the Defendants in Counterclaim against the Plaintiffs in Counterclaim and published to the world by and through the Complaints filed in this and prior actions pursuant to their Plan are false, outrageous, defamatory, shocking, intentional, knowing, wrongful, and fraudulent.

37. Publishing to third parties for the world to see through this Court such allegations constitute Libel by each of the Defendants in Counterclaim, jointly and severally.

38. At all relevant times, the false allegations of criminal theft, conspiracy, and RICO violations were designed and intended by the Defendants in Counterclaim to cause undersigned Plaintiffs in Counterclaim harm, which they have succeeded in causing.

39. Such harm is on-going, constitutes extreme emotional distress, harm to undersigned's personal and professional reputation, and intentional interference with undersigned's business relations.

40. Such harm is the direct and proximate result of Defendants in Counterclaims' false allegations against undersigned, which was a part of their Plan since November, 2022.

WHEREFORE, as a direct and proximate result of the harms set forth herein, undersigned Plaintiffs in Counterclaim has been and continues to be harmed in an on-going manner, resulting in financial damages, professional and personal harm to undersigned's reputation, extreme emotional distress, lost sleep, worry, and anxiety; demand is herein made for actual damages, punitive damages, consequential damages, and such other and further relief as to this Court and a jury may award; demand is herein made for damages that exceed the jurisdictional limits of this Court in an amount to be determined at trial but not less than ten million ($10,000,000.00) dollars in actual and

consequential damages, plus an amount to be determined at trial for punitive damages but not less than fifty million ($50,000,000.00) dollars, plus such other and further relief as to this Court deems necessary and just.

Dated:  New York, New York
         November 4, 2025

                                        Yours etc.
                                        THE LINDEN LAW GROUP, P.C.

                                        *Jeffrey Benjamin*

                                        BY:  JEFFREY BENJAMIN, ESQ.
                                        *Attorneys for the all Deo Defendants*
                                        *In the Answer and for the Counter-Plaintiffs*
                                        *In the Counterclaims*
                                        250 Park Avenue, 7th Floor
                                        New York, New York 10177
                                        (212) 655-9536