

LAW OFFICES

# WEIR LLP

**A Pennsylvania Limited Liability Partnership**

**1330 Avenue Of The Americas, 23rd Floor**
**New York, New York 10019**
**WEIRLAWLLP.COM**

Bonnie R. Golub                                            Direct Dial (215) 241-7719
Member of NY, PA and  NJ   Bars                          E-mail:  bgolub@wgpllp.com

November 12, 2025

*(VIA ECF)*
U.S. Magistrate Judge James M. Wicks
U.S. District Court, Eastern District of New York
100 Federal Plaza, Courtroom 1020
Central Islip, New York 11722

> Re:   **Superb Motors Inc., et al. v, Anthony Deo, et al.**
>       **Docket No.:   2:23-cv-6188**

Dear Judge Wicks:

This firm represents defendant Libertas Funding LLC ("Libertas") in the above referenced action.   We respectfully request that Libertas be excused from attending the in-person oral argument set for November 12, 2025.  The Injunction applies specifically to the Deo Defendants and the Superb Plaintiffs only.  The Injunction does not directly involve or impact Libertas, and Libertas takes no position on the Motion.  Please note that Libertas has previously been excused from attending conferences and hearings related to the Injunction.   [Docket Nos. 141, 151.] Accordingly, Libertas again respectfully requests that its counsel be excused from attending on November 12, 2025.

Thank you for your judicial courtesy.

Respectfully,

*Bonnie R. Golub*

Bonnie R. Golub

BRG/brg
cc.    All Counsel of Record (via ecf and email)
       David Epstein, Esquire (via email)

PENNSYLVANIA   ∞   NEW JERSEY   ∞   DELAWARE   ∞   NEW YORK

796457.1