UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SUPERB MOTORS INC., TEAM AUTO SALES LLC, ROBERT ANTHONY URRUTIA, 189 SUNRISE HWY AUTO LLC, NORTHSHORE MOTOR LEASING, LLC, BRIAN CHABRIER, individually and derivatively as a member of NORTHSHORE MOTOR LEASING, LLC, JOSHUA AARONSON, individually and derivatively as a member of 189 SUNRISE HWY AUTO, LLC, JORY BARON, 1581 HYLAN BLVD AUTO LLC, 1580 HYLAN BLVD AUTO LLC, 1591 HYLAN BLVD AUTO LLC, 1632 HYLAN BLVD AUTO LLC, 1239 HYLAN BLVD AUTO LLC, 2519 HYLAN BLVD AUTO LLC, 76 FISK STREET REALTY LLC, 446 ROUTE 23 AUTO LLC and ISLAND AUTO MANAGEMENT, LLC,

**Case No.: 2:23-cv-6188 (JMW)**

**NOTICE OF MOTION**

                Plaintiffs,

-against-

ANTHONY DEO, SARAH DEO, HARRY THOMASSON, DWIGHT BLANKENSHIP, MARC MERCKLING, MICHAEL LAURIE, THOMAS JONES, CPA, CAR BUYERS NYC INC., GOLD COAST CARS OF SYOSSET LLC, GOLD COAST CARS OF SUNRISE LLC, GOLD COAST MOTORS AUTOMOTIVE GROUP LLC, GOLD COAST MOTORS OF LIC LLC, GOLD COAST MOTORS OF ROSLYN LLC, GOLD COAST MOTORS OF SMITHTOWN LLC, UEA PREMIER MOTORS CORP., DLA CAPITAL PARTNERS INC., JONES, LITTLE & CO., CPA'S LLP, FLUSHING BANK, LIBERTAS FUNDING LLC, and J.P. MORGAN CHASE BANK, N.A.,

                Defendants.
------------------------------------------------------------------X

**PLEASE TAKE NOTICE**, that upon the accompanying memorandum of law in support, and all the prior papers and proceedings herein, the Plaintiffs Superb Motors Inc, Team Auto Sales LLC, and Robert Anthony Urrutia will move this Court, before the Hon. James M. Wicks, U.S.M.J. ("Judge Wicks"), at the United States District Court for the Eastern District of New York, 100 Federal Plaza, Courtroom 1020, Central Islip, NY 11722, for an Order, pursuant to Rules 60(b)(5), 60(b)(6), and 65(b) of the Federal Rules of Civil Procedure (hereinafter referred as "Rules" or "Rule") to dissolve the preliminary injunction in this case, and for such other and further relief as the Court deems just, equitable, and proper.

**PLEASE TAKE FURTHER NOTICE**, that pursuant to ¶ 3(A) of Judge Wicks' Individual Practice Rules, this motion may be made without a pre-motion conference.

**PLEASE TAKE FURTHER NOTICE**, pursuant to Local Civil Rule 6.1, Defendants' opposition papers are due on Monday, December 15, 2025, and Plaintiff's reply papers in further support are due on Monday, December 22, 2025, unless otherwise ordered by this Court.

Dated:   Jamaica, New York
December 1, 2025

Respectfully submitted,

**SAGE LEGAL LLC**
By:   */s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorneys for Plaintiffs*
*Superb Motors Inc.,*
*Team Auto Sales LLC, and*
*Robert Anthony Urrutia*

**VIA ECF**
All counsel of record