# Sage Legal LLC

18211 Jamaica Avenue • Jamaica, NY 11423-2327 • (718) 412-2421 • emanuel@sagelegal.nyc

December 5, 2025

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. James M. Wicks, U.S.M.J.
100 Federal Plaza, Courtroom 1020
Central Islip, NY 11722-4438

      *Re:*    **Superb Motors Inc.,** *et al.* **v. Deo,** *et al.*
             **Case No.: 2:23-cv-6188 (JMW)**

Dear Judge Wicks:

    This office, together with Cyruli, Shanks & Zizmor LLP, represent the Plaintiffs in the above-referenced case. Plaintiffs respectfully submit this reply letter in further support of their letter motion for a pre-motion conference in anticipation of their motion to dismiss the counterclaims asserted by Defendant Harry R. Thomasson, Esq. ("Thomasson") and the remaining Deo Defendants[1] in their answers with counterclaims. See ECF Docket Entries 335 and 336.

    Although Defendant Harry R. Thomasson, Esq. ("Thomasson") has made a submission containing actual case law and authorities in compliance with Local Civil Rule 7.1, regrettably, none of the authorities cited address the crux of Plaintiffs' motion.

    As set forth in Plaintiffs' moving papers, the only alleged defamatory statements are those contained in the pleadings filed in this case. There exists an absolute privilege concerning statements made in the course of litigation which bars defamation claims for statements made in pleadings. Thomasson's letter response in opposition does nothing to address this, only citing to the legal standard to state a claim for defamation without addressing the litigation privilege in any manner. Thomasson appears not to understand the issue at stake despite receiving notice of same in a safe harbor notice issued pursuant to Rule 11 of the Federal Rules of Civil Procedure (hereinafter "Rules" or "Rule") and the Plaintiffs' letter motion.

    Because Thomasson fails to identify any allegedly defamatory statement made outside the pleadings, and does not address Plaintiffs' arguments in support of dismissal, Plaintiffs agree with Thomasson that motion practice is unnecessary and that this Court should construe Plaintiffs' letter motion as the motion itself, dismiss the counterclaims, and require the Deo Defendants to refile their answers to the complaint *sans* their contrived counterclaims.

    The Plaintiffs thank this Court for its continued time and attention to this case.

---

[1] The Deo Defendants consist of Anthony Deo, Sarah Deo, Harry Thomasson, Dwight Blankenship, Marc Merckling, Michael Laurie, Car Buyers NYC Inc., Gold Coast Cars of Syosset LLC, Gold Coast Cars of Sunrise LLC, Gold Coast Motors Automotive Group LLC, Gold Coast Motors of LIC LLC, Gold Coast Motors of Roslyn LLC, Gold Coast Motors of Smithtown LLC, and UEA Premier Motors Corp. (collectively hereinafter the "Deo Defendants").

Hon. James M. Wicks, U.S.M.J.
United States District Court
Eastern District of New York
December 5, 2025
P a g e | 2

| | |
|---|---|
| Dated: New York, New York<br>December 5, 2025 | Respectfully submitted,<br>**CYRULI SHANKS & ZIZMOR LLP**<br> /s/ Jeffrey C. Ruderman, Esq.  <br>Jeffrey Ruderman, Esq.<br>420 Lexington Avenue, Suite 2320<br>New York, NY 10170-0002<br>(212) 661-6800 (office)<br>(347) 379-4622 (direct dial)<br>(212) 661-5350 (facsimile)<br>jruderman@cszlaw.com<br><br>*Attorneys for Plaintiffs*<br>*189 Sunrise Hwy Auto LLC,*<br>*Northshore Motor Leasing, LLC,*<br>*1581 Hylan Blvd Auto LLC,*<br>*1580 Hylan Blvd Auto LLC,*<br>*1591 Hylan Blvd Auto LLC,*<br>*1632 Hylan Blvd Auto LLC,*<br>*1239 Hylan Blvd Auto LLC,*<br>*2519 Hylan Blvd Auto LLC,*<br>*76 Fisk Street Realty LLC,*<br>*446 Route 23 Auto LLC,*<br>*Island Auto Management, LLC,*<br>*Brian Chabrier,*<br>*Joshua Aaronson, and*<br>*Jory Baron* |
| Dated: Jamaica, New York<br>December 5, 2025 | **SAGE LEGAL LLC**<br>By:  */s/ Emanuel Kataev, Esq.*<br>Emanuel Kataev, Esq.<br>18211 Jamaica Avenue<br>Jamaica, NY 11423-2327<br>(718) 412-2421 (office)<br>(917) 807-7819 (cellular)<br>(718) 489-4155 (facsimile)<br>emanuel@sagelegal.nyc<br><br>*Attorneys for Plaintiffs*<br>*Superb Motors Inc.,*<br>*Team Auto Sales LLC, and*<br>*Robert Anthony Urrutia* |

**VIA ECF**
All counsel of record