UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
SUPERB MOTORS INC., TEAM AUTO SALES LLC,
ROBERT ANTHONY URRUTIA, 189 SUNRISE
HWY AUTO LLC, NORTHSHORE MOTOR
LEASING, LLC, BRIAN CHABRIER,
JOSHUA AARONSON, JORY BARON, ASAD KHAN,
IRIS BARON REPRESENTATIVE OF THE ESTATE OF
DAVID BARON, 1581 HYLAN BLVD AUTO LLC,
1580 HYLAN BLVD AUTO LLC, 1591 HYLAN BLVD
AUTO LLC, 1632 HYLAN BLVD AUTO LLC, 1239
HYLAN BLVD AUTO LLC, 2519 HYLAN BLVD AUTO
LLC, 76 FISK STREET REALTY LLC, 446 ROUTE 23
AUTO LLC and ISLAND AUTO MANAGEMENT, LLC,

REQUEST FOR
CERTIFICATION OF
DEFAULT

Case No.: 2:23-cv-6188

                Plaintiffs,

    -against-

ANTHONY DEO, SARAH DEO, HARRY THOMASSON,
DWIGHT BLANKENSHIP, MARC MERCKLING,
MICHAEL LAURIE, THOMAS JONES, CPA, CAR
BUYERS NYC INC., GOLD COAST CARS OF SYOSSET
LLC, GOLD COAST CARS OF SUNRISE LLC, GOLD
COAST MOTORS AUTOMOTIVE GROUP LLC, GOLD
COAST MOTORS OF LIC LLC, GOLD COAST MOTORS
OF ROSLYN LLC, GOLD COAST MOTORS OF
SMITHTOWN LLC, UEA PREMIER MOTORS CORP.,
DLA CAPITAL PARTNERS INC., JONES, LITTLE & CO.,
CPA'S LLP, FLUSHING BANK, LIBERTAS FUNDING
LLC, J.P. MORGAN CHASE BANK, N.A., 189
SUNRISE HWY AUTO LLC and NORTHSHORE
MOTOR LEASING, LLC,

                Defendants.
-------------------------------------------------------------------X

TO:    BRENNA B. MAHONEY
         UNITED STATES DISTRICT COURT
         EASTERN DISTRICT OF NEW YORK

Please enter the default of defendant(s), LIBERTAS FUNDING LLC, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend this action as fully appears from the court file herein and from the attached affirmation of Russell Shanks, Esq.

Dated: New York, New York
December 8, 2025

**CYRULI SHANKS & ZIZMOR LLP**
*Attorneys for Plaintiffs*

By: /s/ Russell Shanks
Russell Shanks, Esq.
420 Lexington Avenue, Suite 2320
New York, New York 10170
(212) 661-6800
rshanks@cszlaw.com