**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
SUPERB MOTORS INC., TEAM AUTO SALES LLC,
ROBERT ANTHONY URRUTIA, 189 SUNRISE
HWY AUTO LLC, NORTHSHORE MOTOR
LEASING, LLC, BRIAN CHABRIER,
JOSHUA AARONSON, JORY BARON, ASAD KHAN,
IRIS BARON REPRESENTATIVE OF THE ESTATE OF
DAVID BARON, 1581 HYLAN BLVD AUTO LLC,
1580 HYLAN BLVD AUTO LLC, 1591 HYLAN BLVD
AUTO LLC, 1632 HYLAN BLVD AUTO LLC, 1239
HYLAN BLVD AUTO LLC, 2519 HYLAN BLVD AUTO
LLC, 76 FISK STREET REALTY LLC, 446 ROUTE 23
AUTO LLC and ISLAND AUTO MANAGEMENT, LLC,

**AFFIRMATION IN**
**SUPPORT**

**Case No.: 2:23-cv-6188**

                      Plaintiffs,

       -against-

ANTHONY DEO, SARAH DEO, HARRY THOMASSON,
DWIGHT BLANKENSHIP, MARC MERCKLING,
MICHAEL LAURIE, THOMAS JONES, CPA, CAR
BUYERS NYC INC., GOLD COAST CARS OF SYOSSET
LLC, GOLD COAST CARS OF SUNRISE LLC, GOLD
COAST MOTORS AUTOMOTIVE GROUP LLC, GOLD
COAST MOTORS OF LIC LLC, GOLD COAST MOTORS
OF ROSLYN LLC, GOLD COAST MOTORS OF
SMITHTOWN LLC, UEA PREMIER MOTORS CORP.,
DLA CAPITAL PARTNERS INC., JONES, LITTLE & CO.,
CPA'S LLP, FLUSHING BANK, LIBERTAS FUNDING
LLC, J.P. MORGAN CHASE BANK, N.A., 189
SUNRISE HWY AUTO LLC and NORTHSHORE
MOTOR LEASING, LLC,

                    Defendants.
------------------------------------------------------------------x

Russell Shanks, Esq., of full age, hereby certifies and says:

1.  I am a member of Cyruli Shanks & Zizmor, LLP, attorneys for Plaintiffs, 189 SUNRISE

HWY AUTO LLC, NORTHSHORE MOTOR LEASING, LLC, BRIAN CHABRIER, JOSHUA

AARONSON, JORY BARON, 1581 HYLAN BLVD AUTO LLC, 1580 HYLAN BLVD AUTO LLC, 1591 HYLAN BLVD AUTO LLC, 1632 HYLAN BLVD AUTO LLC, 1239 HYLAN BLVD AUTO LLC, 2519 HYLAN BLVD AUTO LLC, 76 FISK STREET REALTY LLC, 446 ROUTE 23 AUTO LLC and ISLAND AUTO MANAGEMENT, LLC ("Plaintiffs"),  in the above captioned matter.

2.   I am fully familiar with the facts of this case, and I am authorized to make this Affirmation.

3.   Defendant LIBERTAS FUNDING LLC ("Libertas") was served with the Amended Complaint pursuant to the Federal Rules of Civil Procedure on August 8, 2025 (Doc. 316), as evidenced by the Court docket.

4.   Pursuant to this Court's text order, dated August 27, 2025, Libertas was required to plead or otherwise respond to the complaint by October 27, 2025.

5.   Libertas' time to plead or otherwise respond to the complaint has not been extended by any agreement of the parties or any order of the Court.

6.   Libertas has failed to serve or file a pleading or otherwise respond to the complaint, and the applicable time limit for responding to the complaint has expired.

7.   Libertas is not a minor or incompetent.

8.   Libertas is not an individual and is not currently in the military service, and therefore the Servicemembers Civil Relief Act does not apply.

I hereby verify that the foregoing statements by me are true and correct to the best of my knowledge, information, and belief, and I understand that the statements herein are made subject to the penalties perjury.

Dated: New York, New York
           December 8, 2025

2

**CYRULI SHANKS & ZIZMOR LLP**

By: ___/s/Russell Shanks_____
     Russell Shanks, Esq.
*Attorneys for Plaintiffs*
420 Lexington Avenue, Suite 2320
New York, New York 10170
(212) 661-6800
rshanks@czslaw.com