UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SUPERB MOTORS INC., TEAM AUTO SALES LLC,
ROBERT ANTHONY URRUTIA, 189 SUNRISE
HWY AUTO LLC, NORTHSHORE MOTOR
LEASING, LLC, BRIAN CHABRIER,
JOSHUA AARONSON, JORY BARON, ASAD KHAN,
IRIS BARON REPRESENTATIVE OF THE ESTATE OF
DAVID BARON, 1581 HYLAN BLVD AUTO LLC,
1580 HYLAN BLVD AUTO LLC, 1591 HYLAN BLVD
AUTO LLC, 1632 HYLAN BLVD AUTO LLC, 1239
HYLAN BLVD AUTO LLC, 2519 HYLAN BLVD AUTO
LLC, 76 FISK STREET REALTY LLC, 446 ROUTE 23
AUTO LLC and ISLAND AUTO MANAGEMENT, LLC,

**CERTIFICATION OF DEFAULT**

Case No.: 2:23-cv-6188

                     Plaintiffs,

    -against-

ANTHONY DEO, SARAH DEO, HARRY THOMASSON,
DWIGHT BLANKENSHIP, MARC MERCKLING,
MICHAEL LAURIE, THOMAS JONES, CPA, CAR
BUYERS NYC INC., GOLD COAST CARS OF SYOSSET
LLC, GOLD COAST CARS OF SUNRISE LLC, GOLD
COAST MOTORS AUTOMOTIVE GROUP LLC, GOLD
COAST MOTORS OF LIC LLC, GOLD COAST MOTORS
OF ROSLYN LLC, GOLD COAST MOTORS OF
SMITHTOWN LLC, UEA PREMIER MOTORS CORP.,
DLA CAPITAL PARTNERS INC., JONES, LITTLE & CO.,
CPA'S LLP, FLUSHING BANK, LIBERTAS FUNDING
LLC, J.P. MORGAN CHASE BANK, N.A., 189
SUNRISE HWY AUTO LLC and NORTHSHORE
MOTOR LEASING, LLC,
                     Defendants.
------------------------------------------------------------------X

      I, Brenna B. Mahoney, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the defendant, LIBERTAS FUNDING LLC ("<u>Defendant</u>"), has not filed an answer or otherwise moved with respect to the complaint herein.

The default of defendant is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: New York, New York
      December 8, 2025

BRENNA B. MAHONEY, Clerk of the Court

By:_____
    Deputy Clerk