UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
SUPERB MOTORS INC., TEAM AUTO SALES LLC,
ROBERT ANTHONY URRUTIA, 189 SUNRISE
HWY AUTO LLC, NORTHSHORE MOTOR
LEASING, LLC, BRIAN CHABRIER,
JOSHUA AARONSON, JORY BARON, ASAD KHAN,
IRIS BARON REPRESENTATIVE OF THE ESTATE OF
DAVID BARON, 1581 HYLAN BLVD AUTO LLC,
1580 HYLAN BLVD AUTO LLC, 1591 HYLAN BLVD
AUTO LLC, 1632 HYLAN BLVD AUTO LLC, 1239
HYLAN BLVD AUTO LLC, 2519 HYLAN BLVD AUTO
LLC, 76 FISK STREET REALTY LLC, 446 ROUTE 23
AUTO LLC and ISLAND AUTO MANAGEMENT, LLC,

**AFFIRMATION IN SUPPORT**

**Case No.: 2:23-cv-6188**

Plaintiffs,

-against-

ANTHONY DEO, SARAH DEO, HARRY THOMASSON,
DWIGHT BLANKENSHIP, MARC MERCKLING,
MICHAEL LAURIE, THOMAS JONES, CPA, CAR
BUYERS NYC INC., GOLD COAST CARS OF SYOSSET
LLC, GOLD COAST CARS OF SUNRISE LLC, GOLD
COAST MOTORS AUTOMOTIVE GROUP LLC, GOLD
COAST MOTORS OF LIC LLC, GOLD COAST MOTORS
OF ROSLYN LLC, GOLD COAST MOTORS OF
SMITHTOWN LLC, UEA PREMIER MOTORS CORP.,
DLA CAPITAL PARTNERS INC., JONES, LITTLE & CO.,
CPA'S LLP, FLUSHING BANK, LIBERTAS FUNDING
LLC, J.P. MORGAN CHASE BANK, N.A., 189
SUNRISE HWY AUTO LLC and NORTHSHORE
MOTOR LEASING, LLC,

Defendants.
-------------------------------------------------------------------x

Russell Shanks, Esq., of full age, hereby certifies and says:

1.  I am a member of Cyruli Shanks & Zizmor, LLP, attorneys for Plaintiffs, 189 SUNRISE HWY AUTO LLC, NORTHSHORE MOTOR LEASING, LLC, BRIAN CHABRIER, JOSHUA

-1-

AARONSON, JORY BARON, 1581 HYLAN BLVD AUTO LLC, 1580 HYLAN BLVD AUTO LLC, 1591 HYLAN BLVD AUTO LLC, 1632 HYLAN BLVD AUTO LLC, 1239 HYLAN BLVD AUTO LLC, 2519 HYLAN BLVD AUTO LLC, 76 FISK STREET REALTY LLC, 446 ROUTE 23 AUTO LLC and ISLAND AUTO MANAGEMENT, LLC ("Plaintiffs"), in the above captioned matter.

2. I am fully familiar with the facts of this case, and I am authorized to make this Affirmation.

3. On October 17, 2023, Defendant LIBERTAS FUNDING LLC ("Libertas") appeared in this action through counsel, Bonnie R. Golub, Esq. of Weir Greenblatt Pierce LLP, and waived service of the original summons and complaint via waiver of service of summons (Doc 78).

4. At this point, Bonnie R. Golub, Esq. of Weir Greenblatt Pierce LLP became an authorized registered ECF user obligated to accept service of electronic documents filed through the ECF system on behalf of Libertas pursuant to Federal Rules of Civil Procedure Rule 5. See USCS Fed Rules Civ Proc R 5.

5. Pursuant to Federal Rules of Civil Procedure Rule 5, service upon a party may be made by "sending it to a registered user by filing it with the court's electronic-filing system or sending it by other electronic means that the person consented to in writing—in either of which events service is complete upon filing or sending…" See USCS Fed Rules Civ Proc R 5.

6. Libertas was later served with the Amended Complaint pursuant to the Federal Rules of Civil Procedure Rule 5 on August 8, 2025 (Doc. 316), via electronic service through the ECF system.

7. The Amended Complaint was served upon Libertas' attorney., Bonnie R. Golub, a registered user of the ECF system who appeared electronically in this case on behalf of Libertas.

8. Accordingly, Libertas was served with the Amended Complaint at the time of the electronic

2

filing on August 8, 2025 (Doc 316) (See affidavit of service attached hereto as **Exhibit A**).

9. Pursuant to this Court's text order, dated August 27, 2025, Libertas was required to plead or otherwise respond to the complaint by October 27, 2025.

10. Libertas' time to plead or otherwise respond to the complaint has not been extended by any agreement of the parties or any order of the Court.

11. Libertas has failed to serve or file a pleading or otherwise respond to the complaint, and the applicable time limit for responding to the complaint has expired.

12. Libertas is not a minor or incompetent.

13. Libertas is not an individual and is not currently in the military service, and therefore the Servicemembers Civil Relief Act does not apply.

I hereby verify that the foregoing statements by me are true and correct to the best of my knowledge, information, and belief, and I understand that the statements herein are made subject to the penalties perjury.

Dated: New York, New York
       December 8, 2025

**CYRULI SHANKS & ZIZMOR LLP**

By: /S/ Russell Shanks
    Russell Shanks, Esq.
*Attorneys for Plaintiffs*
420 Lexington Avenue, Suite 2320
New York, New York 10170
(212) 661-6800
rshanks@czslaw.com