UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
SUPERB MOTORS INC., TEAM AUTO SALES LLC,
ROBERT ANTHONY URRUTIA, 189 SUNRISE
HWY AUTO LLC, NORTHSHORE MOTOR
LEASING, LLC, BRIAN CHABRIER,
JOSHUA AARONSON, JORY BARON, ASAD KHAN,
IRIS BARON REPRESENTATIVE OF THE ESTATE OF
DAVID BARON, 1581 HYLAN BLVD AUTO LLC,
1580 HYLAN BLVD AUTO LLC, 1591 HYLAN BLVD
AUTO LLC, 1632 HYLAN BLVD AUTO LLC, 1239
HYLAN BLVD AUTO LLC, 2519 HYLAN BLVD AUTO
LLC, 76 FISK STREET REALTY LLC, 446 ROUTE 23
AUTO LLC and ISLAND AUTO MANAGEMENT, LLC,

Case No.: 2:23-cv-6188

                      Plaintiffs,

  -against-

ANTHONY DEO, SARAH DEO, HARRY THOMASSON,
DWIGHT BLANKENSHIP, MARC MERCKLING,
MICHAEL LAURIE, THOMAS JONES, CPA, CAR
BUYERS NYC INC., GOLD COAST CARS OF SYOSSET
LLC, GOLD COAST CARS OF SUNRISE LLC, GOLD
COAST MOTORS AUTOMOTIVE GROUP LLC, GOLD
COAST MOTORS OF LIC LLC, GOLD COAST MOTORS
OF ROSLYN LLC, GOLD COAST MOTORS OF
SMITHTOWN LLC, UEA PREMIER MOTORS CORP.,
DLA CAPITAL PARTNERS INC., JONES, LITTLE & CO.,
CPA'S LLP, FLUSHING BANK, LIBERTAS FUNDING
LLC, J.P. MORGAN CHASE BANK, N.A., 189
SUNRISE HWY AUTO LLC and NORTHSHORE
MOTOR LEASING, LLC,

                      Defendants.
-------------------------------------------------------------------x

## AFFIRMATION OF SERVICE

Russell Shanks, being an attorney duly admitted to the practice of law in the State of New York, residing in Monmouth County, New Jersey affirms the following under the penalties of perjury:

THAT on the 8th day of August 2025, the Amended Complaint (Doc No. 316) was served upon:

        **LIBERTAS FUNDINGS LLC**
        **c/o Bonnie Rae Golub**
        **Weir LLP**
        **1330 Avenue of the Americas**
        **Ste 23rd Floor**
        **New York, NY 10019**
        **917-475-8885**

via electronic filing to the Eastern District ECF system, pursuant to Federal Rules of Civil Procedure Rule 5. See USCS Fed Rules Civ Proc R 5.

Dated: New York, New York
       December 8, 2025

                          /S/Russell Shanks
                          Russell Shanks Esq.