# CYRULI SHANKS
CYRULI SHANKS & ZIZMOR LLP

Jeffrey C. Ruderman<br>
email: jruderman@cszlaw.com<br>
Admitted NY, NJ and CT

December 10, 2025

Via ECF

Hon. James M. Wicks, U.S.M.J.
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 1020
Central Islip, NY 11722

  Re: Superb Motors Inc. et. al. v. Deo, et. al., Case No. 2:23-cv-6188 (JMW)

Dear Magistrate Judge Wicks:

  This firm represents the "Island Auto Plaintiffs", being all Plaintiffs in the above referenced matter <u>other than</u> the "Superb Plaintiffs" (being Superb Motors Inc., Team Auto Sales LLC, and Robert Anthony Urrutia) (and together with the Island Auto Plaintiffs, "Plaintiffs"). We write this letter along with the Superb Plaintiffs replying to the filed objection of Defendant Harry Thomasson ("Thomasson") (ECF 347) to Plaintiffs' request for a stay of depositions and stay of Plaintiffs' time to respond to the counterclaims and the Deo Defendants, pending the decision of the Second Circuit on the Order on the motion to dismiss (ECF 230) and the Order on the motion for reconsideration (ECF 314) (the "Appeal"). Notably, no other defendants, including the Deo Defendants who Thomasson was disqualified from representing, filed any objection to this request.

  We write to clarify that Thomasson's chief objection, to a stay of responding to his recent discovery demands, was not requested. Plaintiffs seek a stay of depositions and the time in which to respond to the Counterclaims (or if denied, an extension of time). Plaintiffs solely seek to extend the time, not a stay, to complete documentary discovery.

  For the foregoing reasons, the Plaintiffs respectfully submit that sufficient good cause exists to warrant this Court's exercise of discretion in favor of granting the requests sought herein.

  We thank the Court for its consideration in this regard.

Respectfully yours,<br><br>
<i>/s/ Jeffrey C. Ruderman</i><br>
Jeffrey C. Ruderman

cc: All counsel via ECF

ATTORNEYS AT LAW

420 LEXINGTON AVENUE, NEW YORK, NEW YORK 10170

TEL: (212) 661-6800 • FAX: (212) 661-5350