# THE LINDEN LAW GROUP, P.C.
**250 Park Avenue, 7th Floor**
**New York, New York 10177**
**(212) 655-9536**

---

December 10, 2025

**Via ECF**

Honorable James M. Wicks
U.S. District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

      Re:    *Superb Motors, Inc., et al. v. Anthony Deo, et al.*
             Case No. 2:23-cv-6188 (JW)

Dear Judge Wicks:

    On behalf of the Deo Defendants, I join Mr. Thomasson's Letter of today's date at ECF Doc. #347 in opposition to Plaintiff's letter motion to extend and stay discovery.

    I only add that Plaintiffs' dilatory conduct in prosecuting their own 3-year old case should, respectfully, not be tolerated by the Court.

    Thanking the Court for its consideration in this matter.

                                             Very truly yours,

                                             *Jeffrey Benjamin*

                                             Jeffrey Benjamin, Esq.