

Cullen and Dykman LLP
The Omni Building
333 Earle Ovington Blvd, 2nd Floor
Uniondale, NY 11553
T: 516.357.3700
F: 516.357.3792

**Ariel E. Ronneburger**
Partner
Direct Dial: (516) 296-9182
aronneburger@cullenllp.com

December 11, 2025

**VIA ECF**
Honorable James M. Wicks, U.S.M.J.
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 1020
Central Islip, New York

   Re: *Superb Motors Inc., et al. v. Anthony Deo, et al.*,
      **Docket No: 2:23-cv-6188-JMW**

Dear Judge Wicks:

  This firm represents defendant Flushing Bank in the above-referenced matter. We write to respectfully join in the request made by the Island Auto Plaintiffs, only to the limited extent that it requests an extension of time to complete discovery beyond December 30, 2025. Flushing Bank does not take a position on any of the other statements or requests made by the Island Auto Plaintiffs in their motion at Docket Entry 346.

  Pursuant to the Court's Order on August 27, 2025, all discovery must be completed in this matter by December 30, 2025. However, despite a constant flurry of activity in this matter—most of which solely involves the plaintiffs and the Deo Defendants[1], but also includes an improper interlocutory appeal of this Court's March 21, 2025 Opinion and Order pending with the Second Circuit—plaintiffs waited until this morning, December 11, 2025, to serve eight (8) deposition notices, noticing the depositions of Dwight Blankenship and Libertas Funding LLC for December 15, 2025, Marc Merkling for December 16, 2025, Sarah Deo and Henry Thomasson for December 26, 2025, Anthony Deo for December 29, 2025, Flushing Bank and Michael Laurie for December 30, 2025. This is in addition to the depositions noticed by defendant Henry Thomasson on December 3, 2025, for depositions on December 17, 18, 19, 22, 23, and 24, 2025.

---

[1] The Deo Defendants consist of Anthony Deo, Sarah Deo, Harry Thomasson, Dwight Blankenship, Marc Merckling, Michael Laurie, Car Buyers NYC Inc., Gold Coast Cars of Syosset LLC, Gold Coast Cars of Sunrise LLC, Gold Coast Motors Automotive Group LLC, Gold Coast Motors of LIC LLC, Gold Coast Motors of Roslyn LLC, Gold Coast Motors of Smithtown LLC, and UEA Premier Motors Corp.

FOUNDED 1850
NEW YORK NEW JERSEY WASHINGTON DC



      This is not a feasible schedule for these depositions, something acknowledged by the Island Auto Plaintiffs themselves in their December 10, 2025, motion, in which they state that given their caseload, discovery cannot be completed within the current time frame provided. *See* Docket Entry No. 346, at p. 2. Additionally, while many of the defendants—including Flushing Bank—have produced documents pursuant to discovery demands in this matter, Plaintiffs have failed to produce any documents. Accordingly, depositions cannot be properly prepared for or conducted at this time and an extension is necessary.

      Should the Court deny Island Auto Plaintiffs' request for an extension of time to complete discovery, it is respectfully requested that the deposition of Flushing Bank be adjourned to a later date, beyond December 30, 2025.

      Thank you for your courtesies in this matter.

      Respectfully,

*Ariel E. Ronneburger*

Ariel E. Ronneburger

cc:  All Counsel of Record