

Cullen and Dykman LLP
The Omni Building
333 Earle Ovington Blvd, 2nd Floor
Uniondale, NY 11553
T: 516.357.3700
F: 516.357.3792

**Ariel E. Ronneburger**
Partner
Direct Dial: (516) 296-9182
aronneburger@cullenllp.com

December 11, 2025

**VIA ECF**
Honorable James M. Wicks, U.S.M.J.
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 1020
Central Islip, New York

Re: *Superb Motors Inc., et al. v. Anthony Deo, et al.*,
Docket No: 2:23-cv-6188-JMW

Dear Judge Wicks:

This firm represents defendant Flushing Bank in the above-referenced matter. We write to correct an error made in my letter filed at Docket Entry 350. Plaintiffs have produced documents purportedly responsive to the demands made in this case. Flushing Bank is continuing to review them to determine what, if anything, is necessary before depositions can take place, and reiterates its request for an extension of time for discovery in this matter.

Thank you for your courtesies in this matter.

Respectfully,

*Ariel E. Ronneburger*

Ariel E. Ronneburger

cc: All Counsel of Record