# THE LINDEN LAW GROUP, P.C.

**250 Park Avenue, 7th Floor**
**New York, New York 10177**
**(212) 655-9536**

---

December 12, 2025

**Via ECF**

Honorable James M. Wicks
U.S. District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

      Re:    *Superb Motors, Inc., et al. v. Anthony Deo, et al.*
                Case No. 2:23-cv-6188 (JW)

Dear Judge Wicks:

      On behalf of the Deo Defendants, I join, adopt, refer to and incorporate by reference Defendant Mr. Harry Thomasson's Opposition papers at ECF #353 in response to Plaintiff's Motion to Modify or Dissolve the Injunction at ECF Doc #340.

      Thanking the Court for its consideration in this matter.

                                              Very truly yours,

                                              *Jeffrey Benjamin*
                                              Jeffrey Benjamin, Esq.