# EXHIBIT A

Case 2:23-cv-06188-JMW   Document 357-1   Filed 12/16/25   Page 1 of 3 PageID #: 7776

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
                                                                    Case No. 2:23-cv-6188 (JMW)

SUPERB MOTORS, INC., TEAM AUTO SALES LLC.,
ROBERT ANTHONY URRUTIA, 189 SUNRISE
HIGHWAY AUTO LLC., NORTHSHORE MOTOR
LEASING, LLC., BRIAN CHABRIER, JOSHUA
AARONSON, JORY BARON, ASAD KHAN, IRIS
BARON REPRESENTATIVE OF THE ESTATE OF
DAVID BARON, 1581 HYLAN BLVD AUTO LLC,
1580 HYLAN BLVD AUTO LLC, 1591 HYLAN BLVD
AUTO LLC, 1632 HYLAN BLVD AUTO LLC, 1239
HYLAN BLVD AUTO LLC, 2519 HYLAN BLVD
AUTO LLC, 76 FISK STREET REALTY LLC, 446
ROUTE 23 AUTO LLC, and ISLAND AUTO
MANAGEMENT, LLC,

                                        Plaintiffs,

     -against-

ANTHONY DEO, SARA DEO, HARRY THOMASSON,
DWIGHT BLAKENSHIP, MARC MERCKLING,
MICHAEL LAURIE, THOMAS JONES, CPA, CAR BUYERS
NYC INC., GOLD COAST CARS OF SYOSSET LLC,
GOLD COAST CARS OF SUNRISE LLC, GOLD COAST
MOTORS AUTOMOTIVE GROUP LLC, GOLD COAST
MOTORS OF LIC LLC, GOLD COAST MOTORS OF
ROSLYN LLC, GOLD COAST MOTORS OF
SMITHTOWN LLC, UEA PREMIER MOTORS CORP.,
DLA CAPITAL PARTNERS INC., JONES LITTLE & CO.,
CPA'S LLP, FLUSHING BANK, LIBERTAS FUNDING,
LLC, J.P. MORGAN CHASE BANK, N.A., 189 SUNRISE
HWY AUTO LLC, and NORTHSHORE MOTOR LEASING, LLC

                                        Defendants.

----------------------------------------------------------------------X

## **NOTICE OF DEPOSITIONS**

TO ALL PARTIES:

1

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 30, Defendant, Harry Thomasson, *pro se,* (the "Deposing Party") will take the deposition upon oral examination of Plaintiffs ROBERT ANTHONY URRUTIA, BRIAN CHABRIER, JOSHUA AARONSON, JORY BARON, ASAD KHAN, and IRIS BARON as REPRESENTATIVE OF THE ESTATE OF DAVID BARON, (the "Deponents"), before a duly authorized notary public or other person authorized to administer oaths, via remote Zoom conferences, on the dates and times set forth below. Please timely provide the names and email addresses of all attendees to undersigned for proper scheduling with and through the remote Zoom provider. Each deposition noticed herein will be recorded by stenographic and audio means, or by videotape recording. The depositions will continue from day to day thereafter until completed. You are invited to attend and cross-examine.

| Name | Date | Time |
| --- | --- | --- |
| Joshua Aaronson | December 18, 2025 | 10:00 a.m. |
| Robert Anthony Urrutia | December 19, 2025 | 10:00 a.m. |
| Brian Chabrier | December 24, 2025 | 10:00 a.m. |
| Jory Baron | December 23, 2025 | 10:00 a.m. |
| Asad Khan | December 22, 2025 | 10:00 a.m. |
| Iris Baron | December 17, 2025 | 10:00 a.m. |

Dated: December 3, 2025

/S/ *Harry R. Thomasson*
_____
Harry R. Thomasson, Esq.
3280 Sunrise Highway, Box 112
Wantagh, New York 11793
Tel. 516-557-5459
Email: hrtatty@verizon.net

2