# EXHIBIT B

# Harry Thomasson

| | |
|---|---|
| **From:** | Jeffrey Ruderman <jruderman@cszlaw.com> |
| **Sent:** | Tuesday, December 9, 2025 9:17 AM |
| **To:** | 'Harry Thomasson'; Jeffrey Benjamin; Ronneburger, Ariel; Bonnie Golub |
| **Cc:** | Emanuel Kataev |
| **Subject:** | Superb v. Deo |
| **Attachments:** | Hon. J. Wicks 12.9.25-Draft.doc |

Counsel:

Plaintiffs are preparing to seek certain extensions or stays on this case as outlined in the attached draft letter. Please let us know if you consent to the letter in total, some of the requests or none of the requests.  I plan to file by the end of the day today. Thank you.

Jeffrey C. Ruderman, Esq.
CYRULI SHANKS
420 Lexington Avenue, Suite 2320
New York, New York 10170
Tel (212) 661-6800 ext. 205
Direct (347) 379-4622
Fax (212) 661-5350
Email jruderman@cszlaw.com

This transmission, together with any attachments, is intended only for the use of the individual(s) or entity(ies) to which it is addressed, and may contain information that is legally privileged, confidential and/or exempt from disclosure.  If you are not an intended recipient, you are hereby notified that any dissemination, distribution, publication or reproduction of this message and/or any attachments is strictly prohibited.  If you have received this message in error, kindly notify the original sender immediately by telephone, email or fax at the location set forth above and delete from your computer this transmission and any attachments.  This transmission does not reflect an intention by the sender or by the sender's client to conduct or enter into a transaction or enter into any obligation by electronic means.  Nothing contained in this transmission or in any attachment shall be deemed to satisfy the requirements for a writing and nothing contained herein shall be deemed to constitute a contract or an electronic signature under the Electronic Signatures in Global and National Commerce Act, any version of the Uniform Electronic Transactions Act or under any other statute governing electronic transmissions or transactions.  Thank you.

NOTE TO CLIENTS: In order to preserve your entitlement to the attorney-client privilege regarding the information contained herein and any related subject matter, please refrain from sharing, forwarding or disclosing this email or the substance hereof to any third party not in your employ.

# Harry Thomasson

| | |
|---|---|
| **From:** | Harry Thomasson <hrtatty@verizon.net> |
| **Sent:** | Tuesday, December 9, 2025 9:41 AM |
| **To:** | 'Jeffrey Ruderman'; 'Jeffrey Benjamin'; 'Ronneburger, Ariel'; 'Bonnie Golub' |
| **Cc:** | 'Emanuel Kataev' |
| **Subject:** | RE: Superb v. Deo |

I will submit my own letter in opposition to your request, Mr. Ruderman.

HARRY R. THOMASSON, ESQ.
3280 Sunrise Highway
Box 112
Wantagh, New York  11793
516-557-5459

This message is intended for the listed recipient, only.  If you receive this message in error, please disregard and destroy same.  No privilege is waived if you receive this message in error.  This office does not give tax advice of any type; please consult an appropriate accountant for tax advice.

**From:** Jeffrey Ruderman <jruderman@cszlaw.com>
**Sent:** Tuesday, December 9, 2025 9:17 AM
**To:** 'Harry Thomasson' <hrtatty@verizon.net>; Jeffrey Benjamin <jbenjamin@nyfraudlaw.com>; Ronneburger, Ariel <aronneburger@cullenllp.com>; Bonnie Golub <bgolub@weirlawllp.com>
**Cc:** Emanuel Kataev <emanuel@sagelegal.nyc>
**Subject:** Superb v. Deo

Counsel:

Plaintiffs are preparing to seek certain extensions or stays on this case as outlined in the attached draft letter. Please let us know if you consent to the letter in total, some of the requests or none of the requests.  I plan to file by the end of the day today. Thank you.

Jeffrey C. Ruderman, Esq.
CYRULI SHANKS
420 Lexington Avenue, Suite 2320
New York, New York 10170
Tel (212) 661-6800 ext. 205
Direct (347) 379-4622
Fax (212) 661-5350
Email jruderman@cszlaw.com

This transmission, together with any attachments, is intended only for the use of the individual(s) or entity(ies) to which it is addressed, and may contain information that is legally privileged, confidential and/or exempt from disclosure.  If you are not an intended recipient, you are hereby notified that any dissemination, distribution, publication or reproduction of this message and/or any attachments is strictly prohibited.  If you have received this message in error, kindly notify the original sender immediately by telephone, email or fax at the location set forth above and delete from your computer this transmission and any attachments.  This transmission does not reflect an intention by the sender or by the sender's client to conduct or enter into a transaction or enter into any obligation by electronic means.  Nothing contained in this transmission or in any attachment shall be deemed to satisfy the requirements for a writing and nothing contained herein shall be deemed to constitute a contract or an electronic signature under the Electronic Signatures in Global and National Commerce Act, any version of the Uniform Electronic Transactions Act or under any other statute governing electronic transmissions or transactions.  Thank you.

NOTE TO CLIENTS: In order to preserve your entitlement to the attorney-client privilege regarding the information contained herein and any related subject matter, please refrain from sharing, forwarding or disclosing this email or the substance hereof to any third party not in your employ.