# EXHIBIT C

# Harry Thomasson

**From:** hrtatty@verizon.net
**Sent:** Thursday, December 11, 2025 10:12 PM
**To:** jruderman@cszlaw.com; sshanks@cszlaw.com; rshanks@cszlaw.com; aronneburger@gmail.com; alivia@sagelegal.nyc; ekesq2014@recap.email; nicholasasavino@gmail.com; imarciniszyn@weirpartners.com; john.lentinello@gmail.com; Peter Seiden; tbaylis@cullenanddykman.com; Jeffrey Benjamin; aronneburger@cullenanddykman.com; Emanuel Kataev; Nicholas A. Savino; Bonnie Golub; John Lentinello; Anthony Valenziano; nicole.koster17@stjohns.edu; bsuarez@riker.com
**Subject:** Superb Motors v. Deo   EDNY 23-cv-6188

Dear Counsel:

Given the Court's ruling this evening that my discovery is going forward, please be advised that I need the email addresses for all attorneys and parties noticed for depositions next week and the week after sent to me by the close of business on Monday, December 15, 2025, so that the stenographer can provide links to everyone for these remote depositions.  Please do not be late, I need to forward these to the stenographer as early as possible on Tuesday, December 16, 2025, before the depositions begin the next day.  Thank you for your timely response by the close of business Monday.

HARRY R. THOMASSON, Esq.
3280 Sunrise Highway
Box 112
Wantagh, NY  11793
516-557-5459

If you are not the intended recipient of this email, please discard same and notify the sender immediately.  This office does not give tax advice; please consult an accountant or other expert for tax planning.  No privilege is waived by receiving this email in error.