

LAW OFFICES
# WEIR LLP

A Pennsylvania Limited Liability Partnership

**1330 Avenue Of The Americas, 23rd Floor**
**New York, New York 10019**
WEIRLAWLLP.COM

Bonnie R. Golub  
Member of NY, PA and NJ Bars

Direct Dial (215) 241-7719  
E-mail: bgolub@wgpllp.com

December 16, 2025

*(VIA ECF)*  
U.S. Magistrate Judge James M. Wicks  
U.S. District Court, Eastern District of New York  
100 Federal Plaza, Courtroom 1020  
Central Islip, New York 11722

    Re: Superb Motors Inc., et al. v, Anthony Deo, et al.  
       Docket No.: 2:23-cv-6188

Dear Judge Wicks:

  This firm represents defendant Libertas Funding LLC ("Libertas") in the above referenced civil-action. Libertas has requested, and Plaintiffs, through counsel, have consented to the form of order attached vacating Libertas' default, which was entered by the Clerk on December 12, 2025 at docket entry No. 352. We have prepared an answer and affirmative defenses, which we are prepared to file immediately upon entry of the attached order permitting Libertas to do so.

  We sincerely apologize to the Court for the oversight and thank Plaintiff for their willingness to allow the answer to be filed and we are available should the Court wish to discuss this matter.

             Respectfully,

             *Bonnie R. Golub*

             Bonnie R. Golub

BRG/brg  
cc: Jeffrey C. Ruderman, Esq. (via email)  
   All Counsel of Record (via ecf and email)  
   David Epstein, Esquire (via email)