UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SUPERB MOTORS INC., TEAM AUTO SALES LLC,
ROBERT ANTHONY URRUTIA, 189 SUNRISE
HWY AUTO LLC, NORTHSHORE MOTOR
LEASING, LLC, BRIAN CHABRIER, JOSHUA
AARONSON, JORY BARON, ASAD KHAN, IRIS
BARON REPRESENTATIVE OF THE ESTATE OF
DAVID BARON, 1581 HYLAN BLVD AUTO LLC,
1580 HYLAN BLVD AUTO LLC, 1591 HYLAN
BLVD AUTO LLC, 1632 HYLAN BLVD AUTO LLC,
1239 HYLAN BLVD AUTO LLC, 2519 HYLAN BLVD
AUTO LLC, 76 FISK STREET REALTY LLC,
446 ROUTE 23 AUTO LLC and ISLAND AUTO
MANAGEMENT, LLC,

                Plaintiffs,
    v.

ANTHONY DEO, SARAH DEO, HARRY
THOMASSON, DWIGHT BLANKENSHIP, MARC
MERCKLING, MICHAEL LAURIE, THOMAS
JONES, CPA, CAR BUYERS NYC INC., GOLD
COAST CARS OF SYOSSET LLC, GOLD COST
CARS OF SUNRISE LLC, GOLD COAST MOTORS
AUTOMOTIVE GROUP LLC, GOLD COAST MOTORS
OF LIC LLC, GOLD COAST MOTORS OF ROSLYN
LLC, GOLD COAST MOTORS OF SMITHTOWN LLC,
UEA PREMIER MOTORS CORP., DLA CAPITAL
PARTNERS INC., JONES, LITTLE & CO., CPA'S LLP,
LIBERTAS, LIBERTAS FUNDING LLC,
J.P. MORGAN CHASE BANK, N.A., 189 SUNRISE HWY
AUTO LLC, AND NORTHSHORE MOTOR LEASING, LLC,

                Defendants.
-------------------------------------------------------------------X

**ORDER VACATING DEFAULT AND ALLOWING ANSWER TO THIRD AMENDED COMPLAINT**

Case No. 2:23-cv-6188(JMW)

      **THIS MATTER** having come before the Court upon agreement by Plaintiffs and Defendant Libertas Funding LLC to Vacate Default, and the Court having considered the pleadings in this matter, and for good cause having been shown,

      **IT IS** ON THIS _____ day of _____, 2025, **ORDERED** that

1

Default entered upon Libertas Funding LLC is hereby **VACATED,** and Defendant is permitted to file an Answer and Affirmative Defenses to Plaintiffs' Third Amended Complaint, which shall be filed within two (2) business days of the entry of this Order.

_____
U.S. Magistrate Judge James M. Wicks