UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X

SUPERB MOTORS INC., TEAM AUTO SALES LLC, ROBERT ANTHONY URRUTIA, 189 SUNRISE HWY AUTO LLC, NORTHSHORE MOTOR LEASING, LLC, BRIAN CHABRIER, JOSHUA AARONSON, JORY BARON, ASAD KHAN, IRIS BARON REPRESENTATIVE OF THE ESTATE OF DAVID BARON, 1581 HYLAN BLVD AUTO LLC, 1580 HYLAN BLVD AUTO LLC, 1591 HYLAN BLVD AUTO LLC, 1632 HYLAN BLVD AUTO LLC, 1239 HYLAN BLVD AUTO LLC, 2519 HYLAN BLVD AUTO LLC, 76 FISK STREET REALTY LLC, 446 ROUTE 23 AUTO LLC and ISLAND AUTO MANAGEMENT, LLC,

Case No.: 2:23-cv-6188 (JMW)

**NOTICE OF MOTION**

                             Plaintiffs,

        -against-

ANTHONY DEO, SARAH DEO, HARRY THOMASSON, DWIGHT BLANKENSHIP, MARC MERCKLING, MICHAEL LAURIE, THOMAS JONES, CPA, CAR BUYERS NYC INC., GOLD COAST CARS OF SYOSSET LLC, GOLD COAST CARS OF SUNRISE LLC, GOLD COAST MOTORS AUTOMOTIVE GROUP LLC, GOLD COAST MOTORS OF LIC LLC, GOLD COAST MOTORS OF ROSLYN LLC, GOLD COAST MOTORS OF SMITHTOWN LLC, UEA PREMIER MOTORS CORP., DLA CAPITAL PARTNERS INC., JONES, LITTLE & CO., CPA'S LLP, FLUSHING BANK, LIBERTAS FUNDING LLC, J.P. MORGAN CHASE BANK, N.A., 189 SUNRISE HWY AUTO LLC, and NORTHSHORE MOTOR LEASING, LLC

                             Defendants.
----------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that, upon the reading and filing of Plaintiffs' Memorandum of Law in Support of their Motion for Reconsideration, Plaintiffs Superb Motors Inc. ("Superb"), Team Auto Sales LLC ("Team"), Robert Anthony Urrutia ("Urrutia") (Superb, Team, and Urrutia collectively hereinafter the "Superb Plaintiffs"), and Plaintiffs 189 Sunrise Hwy Auto LLC, Northshore Motor Leasing, LLC, Brian Chabrier, Joshua Aaronson, Jory Baron, Asad Khan, Iris Baron Representative of the Estate of David Baron, 1581 Hylan Blvd Auto LLC, 1580 Hylan Blvd Auto LLC, 1591 Hylan Blvd Auto LLC, 1632 Hylan Blvd Auto LLC, 1239 Hylan Blvd Auto LLC, 2519 Hylan Blvd Auto LLC, 76 Fisk Street Realty LLC, 446 Route 23 Auto LLC and Island Auto Management, LLC (collectively "IAG Plaintiffs") (Superb Plaintiffs and IAG Plaintiffs collectively hereinafter the "Plaintiffs"), by and through the undersigned counsel, will move this Court before the Honorable James M. Wicks, U.S.M.J. ("Judge Wicks") as soon as counsel may be heard, for an Order pursuant to Rule 59(e) of the Federal Rules of Civil Procedure (hereinafter referred to as "Rules" or "Rule") and Local Civil Rule 6.3, for reconsideration of this Court's Order dated December 8, 2025, denying, without prejudice, Plaintiffs' request (ECF 339, 342, 343) for a pre-motion conference in anticipation of their motion to dismiss the counterclaims asserted by Defendant Harry R. Thomasson and the Deo Defendants, and for such other and further relief as this Court deems just, equitable, and proper.

Plaintiffs also respectfully request that this Court extend their time to respond to the Counterclaims *sine die* pending this Court's decision on the instant application. See Fed. R. Civ. P. 6(b)(1)(A).

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Par. 3(E) of Judge Wicks' Individual Practices and Rules, this motion may be made without a pre-motion conference.

**PLEASE TAKE FURTHER NOTICE**, pursuant to Local Civil Rule 6.1, Defendants' opposition papers are due on Wednesday, December 31, 2025, and Plaintiffs' reply papers in further support are due on Wednesday, January 7, 2026, unless otherwise ordered by this Court.

Dated: New York, New York
       December 17, 2025                    Respectfully submitted,

                                                      **CYRULI SHANKS & ZIZMOR LLP**

                                                      By:    /s/ Jeffrey C. Ruderman, Esq.
                                                                 Attorneys for IAG Plaintiffs
                                                                  420 Lexington Ave., Suite 2320
                                                                  New York, NY 10170
                                                                  (212) 661-6800

Dated: Lake Success, New York
       December 17, 2025                    **SAGE LEGAL LLC**

                                                         By:    /s/ Emanuel Kataev, Esq.
                                                                    Attorneys for Superb Plaintiffs
                                                                   18211 Jamaica Avenue
                                                                   Jamaica, NY 11423-2327
                                                                  (718) 412-2421