# Harry R. Thomasson, Esq.

3280 Sunrise Highway, Box 112
Wantagh, New York 11793
Tel. 516-557-5459
hrtatty@verizon.net

Admitted:
Massachusetts
New York

December 17, 2025

Honorable James M. Wicks
U.S. Federal District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re: *Superb Motors, Inc., et al. v. Anthony Deo, et al.*
Case No. 2:23-cv-6188 (JW)

Your Honor:

I am writing in opposition to the Plaintiffs Emergency Motion filed with the Court yesterday and to request an in-person court conference as soon as possible, including this afternoon, to resolve the deposition issues. Please be advised, as follows:

1. Attached hereto as Exhibit A are true and accurate copies of the email exchanges that have occurred since yesterday morning's emergency filings with the Court. Mr. Ruderman has now taken the position that if I do not take shorter depositions on his schedule with less than twenty-four (24) hour notice, that I am waiving said deposition. There is not a shred of good faith in that position, your Honor. We have been conferring since Monday via emails, and I assure this Court that there is no further conferring needed, I need the assistance of the Court to resolve this.

2. I prepared the last two weekends to take the first three depositions that I consider to be the most important in the case, and with just over one day before those depositions were scheduled to commence, I was informed that I could only start late with the two least important depositions of the six that were noticed two weeks ago. It is not a coincidence that the Plaintiffs and their attorneys waited until the last moment to tell me that I cannot proceed on my own schedule, it is obviously strategic. I was prepared for Iris Baron's deposition today, and last night I was told I could only take the deposition of Brian Chabrier starting late at 11:30. I am not prepared to take that deposition yet, and planned my weekend on prepping for that deposition this weekend. Again, strictly strategic and not in good faith.

3. The Plaintiffs 1) took no timely action to discuss or negotiate dates until just over a day before the first three important depositions were to commence, when I also had already completed my preparation for those depositions but not the three scheduled for next week; 2) took no timely action to quash to Notice of Depositions or obtain any other relief from the Court; 3) informed me that I could take two depositions this

1

    week (Chabrier and Jory Baron) for which I was not prepared; 4) have not told me a single specific reason why depositions cannot move forward as scheduled; 5) told me that if I do not take the Chabrier deposition on a shorter time frame (commencing at 11:30 instead of the Noticed 10:00 a.m.) that they consider that deposition waived; and 6) only Mr. Shanks responded to my request to inform me with confirmation and addresses by 10:00 this morning of any of my scheduled depositions that are actually taking place (see Exhibit A attached hereto). Please note, your Honor, that Mr. Kataev's email from Sunday night (in yesterday's filing) that contains bare email addresses is not confirmation of anything, especially not after Mr. Ruderman (in an email attached to yesterday's filing) told me that *I still needed to confirm that deposition,* as if the Plaintiffs are surprised that I intend to go forward with Noticed Depositions after three years of constant stalling, as here.

4. As of this moment, the only deposition that is actually confirmed is the Asad Kahn deposition for Monday, and I still have no email addresses of any other attendee. See Mr. Shanks email attached hereto, the only person on that email chain who timely responded to a request for confirmation of any of the depositions, and I still do not have email addresses from anyone, and I requested that information by 10:00 this morning. See Exhibit A hereto.

    I oppose the Plaintiffs filing yesterday in all respects. They have and continue to adversely impact my case, intentionally, and strategically. I prepared for three depositions this week, and at most, I might have the Urrutia deposition on Friday, but have not heard directly from Mr. Kataev about it, I have not heard who is attending and what email addresses to use, and I have not heard whether or not they intend to shorten it, as with the "offered" depositions of Jory Baron and Brian Chabrier. This is strategic and wrong, your Honor. I ask this Court for the following: I ask that the Court bar the testimonial evidence of any party that fails to attend their Noticed Depositions and timely (at least 24 hours before that deposition) provide email addresses for the stenographer, or, in the alternative, that this Court Order Plaintiffs' attorneys and their clients into Court along with me to resolve the within at the Court's earliest convenience. I cannot be adding these depositions to my January schedule, your Honor, and I have been prejudiced by the Plaintiffs' actions this week.

    Awaiting the Court's decision, I remain,

                                                    Very truly yours,

                                                  *Harry R. Thomasson*

                                                  Harry R. Thomasson, Esq.