# EXHIBIT A

## RE: Tomorrow's deposition

From: Emanuel Kataev (emanuel@sagelegal.nyc)

To: hrtatty@verizon.net; jbenjamin@nyfraudlaw.com; aronneburger@cullenanddykman.com;
tbaylis@cullenanddykman.com; bgolub@wgpllp.com; jcianciulli@weirlawllp.com

Cc: rshanks@cszlaw.com; sshanks@cszlaw.com; jruderman@cszlaw.com

Date: Wednesday, December 17, 2025 at 12:36 AM EST

All:

It came to my attention that the Superb Plaintiffs did not make their production of documents. This was an oversight as I believed that the Island Auto Group Plaintiffs would submit Superb's production together with theirs and only recently learned that this was not the case. See below link to the Superb Plaintiffs' first production of documents.

https://www.dropbox.com/scl/fi/un8gs1esk5h1tssa51hs3/1-2344.pdf?rlkey=lryp3f2lsyqzi28tc9cpxwy7o&dl=0

Regards,

 

**Sage Legal**

**Emanuel Kataev, Esq.**

ADMITTED IN NEW YORK,
NEW JERSEY,
AND CONNECTICUT

(718) 412-2421 (office)
(718) 489-4155 (facsimile)
(917) 807-7819 (cellular)

emanuel@sagelegal.nyc

1411 Broadway, 29th Floor
New York, NY 10018-1976

173 54th Street
Brooklyn, NY 11220-2505

45 Glen Cove Road, 2nd Floor
Greenvale, NY 11548-1057

1981 Marcus Avenue, Suite C129
New Hyde Park, NY 11042-1017

1515 Old Northern Boulevard
Roslyn, NY 11576-1127

162 Broadway, 2nd Floor
Amityville, NY 11701-2704

18211 Jamaica Avenue
Jamaica, NY 11423-2327

6829 Main Street,
Flushing, NY 11367

**From:** hrtatty@verizon.net <hrtatty@verizon.net>
**Sent:** Tuesday, December 16, 2025 5:58 PM
**To:** Jeffrey Ruderman <jruderman@cszlaw.com>; Emanuel Kataev <emanuel@sagelegal.nyc>; Jeffrey Benjamin <jbenjamin@nyfraudlaw.com>; aronneburger@cullenanddykman.com; tbaylis@cullenanddykman.com; Bonnie Golub <bgolub@wgpllp.com>; Cianciulli, Jeffrey <jcianciulli@weirlawllp.com>
**Cc:** Russell Shanks <rshanks@cszlaw.com>; Steven Shanks <sshanks@cszlaw.com>
**Subject:** Re: Tomorrow's deposition

**Caution:** This email originates from outside of the sagelegalllc.com. Do not click links or open attachments unless you recognize the sender and know the content is safe

Case 2:25-cv-00180-JMW   Document 360-1   Filed 12/17/25   Page 3 of 4 PageID #: 7815

Nobody is waiving anything Mr. Ruderman. I want to stick to my schedule, and the stenographer is no longer available. I would appreciate all attorneys responding to this email to tell me what scheduled depositions are still going forward. As of this moment, I believe that Mr. Urrutia's deposition on Friday is the only deposition still going forward as scheduled of the six I noticed, and I need to know who is attending that deposition and what addresses are provided for links. I need to know by 10:00 tomorrow morning for each of the remaining five depositions 1) which are going forward as scheduled in my Notice of Depositions, 2) who exactly is attending, and 3) what email addresses need to be sent links.

Sent from AOL on Android

On Tue, Dec 16, 2025 at 5:17 PM, Jeffrey Ruderman

<jruderman@cszlaw.com> wrote:

> To all counsel:
>
> As advised, tomorrow at 11:30 am we will be producing Brian Chabrier for a remote deposition. We await a video link, with a court reporter, sent to all counsel on this email. If you choose not to attend we will consider any opportunity to depose Mr. Chabrier as waived. Thank you.
>
> Jeffrey C. Ruderman, Esq.
> CYRULI SHANKS
> 420 Lexington Avenue, Suite 2320
> New York, New York 10170
> Tel (212) 661-6800 ext. 205
> Direct (347) 379-4622
> Fax (212) 661-5350
> Email jruderman@cszlaw.com
>
> This transmission, together with any attachments, is intended only for the use of the individual(s) or entity(ies) to which it is addressed, and may contain information that is legally privileged, confidential and/or exempt from disclosure. If you are not an intended recipient, you are hereby notified that any dissemination, distribution, publication or reproduction of this message and/or any attachments is strictly prohibited. If you have received this message in error, kindly notify the original sender immediately by telephone, email or fax at the location set forth above and delete from your computer this transmission and any attachments. This transmission does not reflect an intention by the sender or by the sender's client to conduct or enter into a transaction or enter into any obligation by electronic means. Nothing contained in this transmission or in any attachment shall be deemed to satisfy the requirements for a writing and nothing contained herein shall be deemed to constitute a contract or an electronic signature under the Electronic Signatures in Global and National Commerce Act, any version of the Uniform Electronic Transactions Act or under any other statute governing electronic transmissions or transactions. Thank you.
>
> NOTE TO CLIENTS: In order to preserve your entitlement to the attorney-client privilege regarding the information contained herein and any related subject matter, please refrain from sharing, forwarding or disclosing this email or the substance hereof to any third party not in your employ.

# Re: Tomorrow's deposition

From: Russell Shanks (rshanks@cszlaw.com)

To: hrtatty@verizon.net

Cc: jruderman@cszlaw.com; emanuel@sagelegal.nyc; jbenjamin@nyfraudlaw.com;
aronneburger@cullenanddykman.com; tbaylis@cullenanddykman.com; bgolub@wgpllp.com;
jcianciulli@weirlawllp.com; sshanks@cszlaw.com

Date: Tuesday, December 16, 2025 at 08:34 PM EST

Assad Kahn has confirmed for Monday. I will provide email addresses tomorrow
Sent from my iPhone

> On Dec 16, 2025, at 5:57 PM, hrtatty@verizon.net wrote:

**CAUTION: EXTERNAL EMAIL**

Nobody is waiving anything Mr. Ruderman. I want to stick to my schedule, and the stenographer is no longer
available. I would appreciate all attorneys responding to this email to tell me what scheduled depositions are still
going forward. As of this moment, I believe that Mr. Urrutia's deposition on Friday is the only deposition still going
forward as scheduled of the six I noticed, and I need to know who is attending that deposition and what addresses
are provided for links. I need to know by 10:00 tomorrow morning for each of the remaining five depositions 1)
which are going forward as scheduled in my Notice of Depositions, 2) who exactly is attending, and 3) what email
addresses need to be sent links.

Sent from AOL on Android

On Tue, Dec 16, 2025 at 5:17 PM, Jeffrey Ruderman
<jruderman@cszlaw.com> wrote:

To all counsel:

As advised, tomorrow at 11:30 am we will be producing Brian Chabrier for a remote
deposition. We await a video link, with a court reporter, sent to all counsel on this email.
If you choose not to attend we will consider any opportunity to depose Mr. Chabrier as
waived. Thank you.

Jeffrey C. Ruderman, Esq.
CYRULI SHANKS
420 Lexington Avenue, Suite 2320
New York, New York 10170
Tel (212) 661-6800 ext. 205
Direct (347) 379-4622
Fax (212) 661-5350
Email jruderman@cszlaw.com

This transmission, together with any attachments, is intended only for the use of the individual(s) or entity(ies) to which it is addressed, and
may contain information that is legally privileged, confidential and/or exempt from disclosure. If you are not an intended recipient, you are
hereby notified that any dissemination, distribution, publication or reproduction of this message and/or any attachments is strictly prohibited. If
you have received this message in error, kindly notify the original sender immediately by telephone, email or fax at the location set forth above
and delete from your computer this transmission and any attachments. This transmission does not reflect an intention by the sender or by the
sender's client to conduct or enter into a transaction or enter into any obligation by electronic means. Nothing contained in this transmission or
in any attachment shall be deemed to satisfy the requirements for a writing and nothing contained herein shall be deemed to constitute a
contract or an electronic signature under the Electronic Signatures in Global and National Commerce Act, any version of the Uniform
Electronic Transactions Act or under any other statute governing electronic transmissions or transactions. Thank you.