# CYRULI SHANKS

CYRULI SHANKS & ZIZMOR LLP

Jeffrey C. Ruderman
email: jruderman@cszlaw.com
Admitted NY, NJ and CT

December 17, 2025

Via ECF

Hon. James M. Wicks, U.S.M.J.
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 1020
Central Islip, NY 11722

    Re:    Superb Motors Inc. et. al. v. Deo, et. al., Case No. 2:23-cv-6188 (JMW)

Dear Magistrate Judge Wicks:

    This firm represents the "Island Auto Plaintiffs", being all Plaintiffs in the above referenced matter other than the "Superb Plaintiffs" (being Superb Motors Inc., Team Auto Sales LLC, and Robert Anthony Urrutia) (and together with the Island Auto Plaintiffs, "Plaintiffs"). We write this letter along with the Superb Plaintiffs to respectfully seek an extension of time to respond to the counterclaims of Defendant Harry Thomasson ("Thomasson") and the Deo Defendants (ECF 335, 336) (the "Counterclaims"), pending the decision of the Court on Plaintiffs' motion for reconsideration of this Court's Order dated December 8, 2025, denying, without prejudice, Plaintiffs' request for a pre-motion conference (ECF 359). Of the remaining parties, counsel for Flushing Bank and Libertas Funding have expressed no objection to this request. Thomasson and counsel for the Deo Defendants have not responded my request of early this morning for consent, despite my notice that the request would be filed at 1:00 PM today.

    The Court denied the request for the pre-motion conference stating that, due to Plaintiffs' filing a notice of appeal of the Opinion & Order on motions to dismiss/motion to amend (ECF 230) and Order on Motion for Reconsideration (ECF 314) (collectively the "Decisions"), it has been deprived of jurisdiction over those aspects of the case involved in the appeal. As fully provided in the motion for reconsideration filed earlier today, Plaintiffs respectfully maintain that the issues on appeal are wholly unrelated to the Counterclaims or the basis for seeking dismissal. This position is supported by Second Circuit authority.

ATTORNEYS AT LAW
420 LEXINGTON AVENUE, NEW YORK, NEW YORK 10170
TEL: (212) 661-6800 • FAX: (212) 661-5350

### CYRULI SHANKS
CYRULI SHANKS & ZIZMOR LLP

   Technically, given the Court's denial of the letter motion, a response to the Counterclaims is otherwise due in accordance with the Federal Rules of Civil Procedure. Plaintiffs thus respectfully request that this Court extend their time to respond to the Counterclaims *sine die* pending this Court's decision on the motion.  See Fed. R. Civ. P. 6(b)(1)(A).  This relief was sought in the motion for reconsideration, but in an abundance of caution, to avoid unnecessary motion practice related to any attempt to secure a clerk's entry of default, Plaintiffs separately seek this relief by letter motion.

   Consistent with ¶ 1(D) of this Court's Individual Practice Rules, Plaintiffs respectfully submit that: (i) the date by which to respond to the Counterclaims is December 22, 2025; (ii-iii) not counting the request made in the Plaintiffs' motion for reconsideration, there has been one (1) previous request for an extension of time which the Court denied; (iv) the requested extension should be granted in that Plaintiffs should not be burdened with preparing a formal reply to the Counterclaims, and be prematurely prejudiced by the loss of their right to move to dismiss the Counterclaims, given the clear lack of merit to the Counterclaims as a matter of law.  Accordingly, good cause exists for this Court to exercise its discretion in favor of granting the requested extension of time *sine die*; and (v) counsel for Flushing Bank and Libertas Funding have expressed no objection to this request and Thomasson and counsel for the Deo Defendants have not responded the request for consent.

   We thank the Court for its consideration in this regard.

                  Respectfully yours,

                  */s/ Jeffrey C. Ruderman*
                  Jeffrey C. Ruderman

cc:  All counsel via ECF

ATTORNEYS AT LAW
420 LEXINGTON AVENUE, NEW YORK, NEW YORK 10170
TEL: (212) 661-6800 • FAX: (212) 661-5350