

Cullen and Dykman LLP
The Omni Building
333 Earle Ovington Blvd, 2nd Floor
Uniondale, NY 11553
T: 516.357.3700
F: 516.357.3792

Ariel E. Ronneburger
Partner
Phone: 516-296-9182
Email: aronneburger@cullenllp.com

December 18, 2025

**VIA ECF**
Honorable James M. Wicks, U.S.M.J.
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 1020
Central Islip, New York

      Re:   *Superb Motors Inc., et al. v. Anthony Deo, et al.*,
              **Docket No: 2:23-cv-6188-JMW**

Dear Judge Wicks:

      Pursuant to the Court's order yesterday, December 17, 2025 (Docket Entry No. 365), the parties[1] met and conferred this morning and have come up with the following schedule for depositions. While all the parties on the call discussed and agreed to this schedule, Harry Thomasson has various issues with it that he has raised with the Court in a separate letter:

      Asad Khan – December 22, 2025 – virtually
      Iris Baron – January 5, 2026 – virtually, subject to decision on motion for protective Order
      Joshua Aaronson – January 7, 2026 - virtually
      Robert Urrutia – January 8, 2026 – in person at Defendant Flushing Bank's counsel's office
      Brian Chabrier – January 9, 2026 – virtually
      Anthony Deo – January 12, 2026 – in person at Defendant Flushing Bank's counsel's office
      Jory Baron – January 21, 2026 – virtually
      Chase (Notice Date for Subpoena) – January 20, 2026 – virtually
      Libertas – January 23, 2026 – virtually
      Flushing Bank 30(b)(6) witness – January 23, 2026 – virtually (subject to additional depositions)
      Marc Merckling – January 26, 2026 – virtually
      Dwight Blankenship – January 26, 2026 – virtually
      Henry Thomasson – January 27, 2026 – in person at Defendant Flushing Bank's counsel's office
      Michael Laurie – January 29, 2026 – in person at Defendant Flushing Bank's counsel's office
      Sara Deo – January 30, 2026 – virtually

---

[1] Notably, Jeffrey Benjamin, Esq., who represents the remaining Deo Defendants, was not present for the virtual meet-and-confer which lasted in excess of forty (40) minutes.

Case 2:23-cv-06188-JMW    Document 363    Filed 12/18/25    Page 2 of 2 PageID #: 7826



The parties are continuing to discuss which of these depositions will be held in person and which will be held virtually, but the foregoing reflects the parties' preliminary agreement. The parties also agree that this schedule does not prohibit the seeking of a protective order to limit or prohibit any of these depositions.

As stated above, Harry Thomasson has various issues with the above-referenced schedule, and while we offered to include his comments in this letter, we were advised that he wanted to file his own letter. The above schedule accommodates all the depositions noticed by Harry Thomasson in the order in which he noticed them, with the exception of Asad Khan.

The parties thank the court for time, attention, and extended courtesies in this case.

Respectfully,

*Ariel E. Ronneburger*

Ariel E. Ronneburger