# CYRULI SHANKS
### CYRULI SHANKS & ZIZMOR LLP

Jeffrey C. Ruderman
email: jruderman@cszlaw.com
Admitted NY, NJ and CT

December 19, 2025

Via ECF

Hon. James M. Wicks, U.S.M.J.
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 1020
Central Islip, NY 11722

      Re:     Superb Motors Inc. et. al. v. Deo, et. al., Case No. 2:23-cv-6188 (JMW)

Dear Magistrate Judge Wicks:

      This firm represents the "Island Auto Plaintiffs", being all Plaintiffs in the above referenced matter other than the "Superb Plaintiffs" (being Superb Motors Inc., Team Auto Sales LLC, and Robert Anthony Urrutia).

      We offer this brief response to yesterday's letter of Harry Thomasson concerning the depositions.

      The Island Auto Plaintiffs offered Asad Khan, Brian Chabrier and Jory Baron as deposition witnesses next week. We explained, repeatedly, the unavailability of other witnesses this coming week. Mr. Thomasson refused all witnesses next week except Mr. Khan. While we all agreed to Jory Baron for January 19, 2026, after our meet-and-confer we spoke to Mr. Baron who advised that he will be on a plane on January 19 and we rescheduled his deposition for January 21, 2026.

      December 23, 2025 was unavailable as a deposition date because Emanuel Kataev, representing the Superb Plaintiffs, is conducting a deposition all day in Fernandez v. Bulldozer Hospitality Group, Inc., et al.; Case No.: 1:25-cv-4490 (AS) (GS), which Mr. Thomasson was informed of multiple times during the meet-and-confer.

      Iris Baron, as representative of the Estate of David Baron, was offered on January 5, 2025. We noted our objection, which we will address to the Court separately for a protective order, as Iris Baron is not a party in this action in her personal capacity. She is the 77 year old widow of David Baron, and is his Estate Representative. And as the Estate is the true party in interest, and Mrs. Baron has no personal knowledge of the facts, the Estate is within its rights to designate its witness.

ATTORNEYS AT LAW
420 LEXINGTON AVENUE, NEW YORK, NEW YORK 10170
TEL: (212) 661-6800 • FAX: (212) 661-5350

# CYRULI SHANKS

CYRULI SHANKS & ZIZMOR LLP

Finally, concerning setting aside dates for subpoenaed witnesses, Mr. Thomasson would not state if he actually intends to subpoena anyone, only that he is considering it, and refused to advise who he might subpoena. Under those circumstances, all other counsel were not in position to reserve more days in an already full schedule.

We thank the Court for its consideration in this regard.

Respectfully yours,

*/s/ Jeffrey C. Ruderman*
Jeffrey C. Ruderman

cc:    All counsel via ECF