UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SUPERB MOTORS INC., TEAM AUTO SALES LLC,
ROBERT ANTHONY URRUTIA, 189 SUNRISE
HWY AUTO LLC, NORTHSHORE MOTOR
LEASING, LLC, BRIAN CHABRIER, individually and
derivatively as a member of NORTHSHORE MOTOR
LEASING, LLC, JOSHUA AARONSON, individually
and derivatively as a member of 189 SUNRISE HWY
AUTO, LLC, JORY BARON, 1581 HYLAN BLVD
AUTO LLC, 1580 HYLAN BLVD AUTO LLC, 1591
HYLAN BLVD AUTO LLC, 1632 HYLAN BLVD
AUTO LLC, 1239 HYLAN BLVD AUTO LLC, 2519
HYLAN BLVD AUTO LLC, 76 FISK STREET
REALTY LLC, 446 ROUTE 23 AUTO LLC and
ISLAND AUTO MANAGEMENT, LLC,

Case No.: 2:23-cv-6188 (JMW)

**NOTICE OF MOTION**

                              Plaintiffs,

           -against-

ANTHONY DEO, SARAH DEO, HARRY
THOMASSON, DWIGHT BLANKENSHIP, MARC
MERCKLING, MICHAEL LAURIE, THOMAS
JONES, CPA, CAR BUYERS NYC INC., GOLD
COAST CARS OF SYOSSET LLC, GOLD COAST
CARS OF SUNRISE LLC, GOLD COAST MOTORS
AUTOMOTIVE GROUP LLC, GOLD COAST
MOTORS OF LIC LLC, GOLD COAST MOTORS OF
ROSLYN LLC, GOLD COAST MOTORS OF
SMITHTOWN LLC, UEA PREMIER MOTORS
CORP., DLA CAPITAL PARTNERS INC., JONES,
LITTLE & CO., CPA'S LLP, FLUSHING BANK,
LIBERTAS FUNDING LLC, and J.P. MORGAN
CHASE BANK, N.A.,

                              Defendants.

-----------------------------------------------------------------X

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support, Plaintiffs, by and through their respective counsel, Sage Legal LLC and Cyruli Shanks & Zizmor LLP, hereby respectfully move this Court, before the Hon. James M. Wicks, U.S.M.J., in the United States Courthouse, Eastern District of New York, located at 100 Federal Plaza, Courtroom 1010, Central Islip, NY 11722, on a date and time to be set by the Court, for entry of judgment in favor of Defendants Thomas Jones, CPA ("Jones"), Jones Little & Co., CPA's LLP ("JLC CPA"), and J.P. Morgan Chase Bank, N.A. ("Chase"), pursuant to Rule 54(b) of the Federal Rules of Civil Procedure as against Defendants, and for such other and further relief as the Court may deem just, equitable, and proper.

**PLEASE TAKE FURTHER NOTICE**, that Plaintiffs respectfully request that the Court, pursuant to Rule 54(b), certify that there is no just reason for delay and that final judgment be entered as to those claims and Defendants Jones, JLC CPA and Chase, for which the Court's Orders dated March 21, 2025 and August 1, 2025 constitutes a final disposition.

**PLEASE TAKE FURTHER NOTICE**, that Plaintiffs further request that, in the alternative and to the extent necessary to clarify the appellate record, this Court certify the partial judgment for interlocutory appeal under 28 U.S.C. § 1292(b), confirming that the issues resolved by the Court's Order present controlling questions of law as to which there is substantial ground for difference of opinion, and that an immediate appeal may materially advance the ultimate termination of this litigation.

**PLEASE TAKE FURTHER NOTICE**, that Plaintiffs further request that the Court issue a certification of appealability in the sense of confirming that the issues resolved as to the remaining Defendants are appropriate for appellate determination, thereby enabling the United

States Court of Appeals for the Second Circuit to review and determine the appeal as to those claims while the remaining matters proceed in this Court.

**PLEASE TAKE FURTHER NOTICE**, that pursuant to ¶ 3(A) of Judge Wicks' Individual Practice Rules, this motion may be made without a pre-motion conference.

**PLEASE TAKE FURTHER NOTICE**, pursuant to Local Civil Rule 6.1 and Rule 6, Defendants' opposition papers are due on January 5, 2025, and Plaintiff's reply papers in further support are due on January 12, 2025, unless otherwise ordered by this Court.

Dated: Jamaica, New York
      December 19, 2025              Respectfully submitted,

                                      **SAGE LEGAL LLC**

                                      ___*/s/ Emanuel Kataev, Esq.*___
                                        Emanuel Kataev, Esq.
                                        18211 Jamaica Avenue
                                        Jamaica, NY 11423-2327
                                        (718) 412-2421 (office)
                                        (917) 807-7819 (cellular)
                                        (718) 489-4155 (facsimile)
                                        emanual@sagelegal.com

                                        *Attorneys for Plaintiffs*
                                        *Superb Motors Inc.,*
                                        *Team Auto Sales LLC, and*
                                        *Robert Anthony Urrutia*

                                        **CYRULI SHANKS & ZIZMOR LLP**

                                           /s_____
                                        Jeffrey Ruderman, Esq.
                                        420 Lexington Avenue, Suite 2320
                                        New York, NY 10170-0002
                                        (212) 661-6800 (office)
                                        (347) 379-4622 (direct dial)
                                        (212) 661-5350 (facsimile)
                                        jruderman@cszlaw.com

                                        *Attorneys for Remaining Plaintiffs*

**VIA ECF**

All counsel of record