UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

SUPERB MOTORS INC., TEAM AUTO SALES LLC, ROBERT ANTHONY URRUTIA,   189 SUNRISE HWY AUTO LLC, NORTHSHORE MOTOR LEASING, LLC, BRIAN CHABRIER, individually and derivatively as a member of NORTHSHORE MOTOR LEASING, LLC, JOSHUA AARONSON, individually and derivatively as a member of 189 SUNRISE HWY AUTO, LLC, JORY BARON, 1581 HYLAN BLVD AUTO LLC, 1580 HYLAN BLVD AUTO LLC, 1591 HYLAN BLVD AUTO LLC, 1632 HYLAN BLVD AUTO LLC, 1239 HYLAN BLVD AUTO LLC, 2519 HYLAN BLVD AUTO LLC, 76 FISK STREET REALTY LLC, 446 ROUTE 23 AUTO LLC and ISLAND AUTO MANAGEMENT, LLC,

**Case No.: 2:23-cv-6188 (JMW)**

**<u>PROPOSED JUDGMENT</u>**

Plaintiffs,

-against-

ANTHONY DEO, SARAH DEO, HARRY THOMASSON, DWIGHT BLANKENSHIP, MARC MERCKLING, MICHAEL LAURIE, THOMAS JONES, CPA, CAR BUYERS NYC INC., GOLD COAST CARS OF SYOSSET LLC, GOLD COAST CARS OF SUNRISE LLC, GOLD COAST MOTORS AUTOMOTIVE GROUP LLC, GOLD COAST MOTORS OF LIC LLC, GOLD COAST MOTORS OF ROSLYN LLC, GOLD COAST MOTORS OF SMITHTOWN LLC, UEA PREMIER MOTORS CORP., DLA CAPITAL PARTNERS INC., JONES, LITTLE & CO., CPA'S LLP,  FLUSHING BANK, LIBERTAS FUNDING LLC, and J.P. MORGAN CHASE BANK, N.A.,

Defendants.

----------------------------------------------------------------X

Upon consideration of the Plaintiffs' motion for judgment under Rule 54(b) of the Federal Rules of Civil Procedure (hereinafter referred to as "Rules" or "Rule"), and upon all prior papers and proceedings filed herein, it is hereby:

1

**ORDERED**, **ADJUGED** and **DECREED** that:

1.     Final judgement is entered in favor of certain Defendants as follows: against Plaintiffs, jointly and severally, and in favor of Defendants Thomas Jones, CPA ("Jones"), Jones Little & Co., CPA's LLP ("JLC CPA"), and J.P. Morgan Chase Bank, N.A. ("Chase"), in the amount of $0.00;

There being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk is ordered to enter this final Judgment forthwith and without further notice. The case as against Defendants Jones, JLC CPA, and Chase is thereby dismissed and the Clerk of the Court shall record same in the Court docket.

**IT IS FURTHER ORDERED**, that pursuant to 28 U.S.C. § 1292(b), and in the alternative to entry of judgment under Rule 54(b), the Court hereby certifies that this Court's Orders dated March 21, 2025 and August 1, 2025 involve controlling questions of law as to which there is substantial ground for difference of opinion, and that an immediate appeal from this Order may materially advance the ultimate termination of this action.

Dated: Central Islip, New York
_____, 2026

**SO ORDERED.**

By:_____
　　　　Hon. James M. Wicks, U.S.M.J.