# Sage Legal LLC

**1981 Marcus Avenue • Suite C129 • New Hyde Park, NY 11042-1017 • (718) 412-2421 • emanuel@sagelegal.nyc**

December 20, 2025

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. James M. Wicks, U.S.M.J.
100 Federal Plaza, Courtroom 1020
Central Islip, NY 11722-4438

      Re:    **Superb Motors Inc,** *et al.* **v. Deo,** *et al.*
              **Case No.: 2:23-cv-6188 (JMW)**

Dear Judge Wicks:

      This office represents Plaintiffs Superb Motors Inc. ("Superb"), Team Auto Sales LLC ("Team"), and Robert Anthony Urrutia ("Urrutia") (Superb, Team, and Urrutia collectively hereinafter the "Superb Plaintiffs") in the above-referenced case. Superb writes to respectfully request an extension of time of one (1) week to file reply papers in further support of their motion to vacate the preliminary injunction.

**Legal Standard**

      Rule 6 of the Federal Rules of Civil Procedure (hereinafter referred to as "Rules" or "Rule") provides that "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time … on motion made after the time has expired if the party failed to act because of excusable neglect." <u>See</u> Fed. R. Civ. P. 6(b)(1)(B).

      Further, Rule 1 provides that the Rules should be construed, administered, and employed by the court and the parties to secure the just, speedy, and inexpensive determination of every action and proceeding. <u>See</u> Fed. R. Civ. P. 1.

**Sufficient Good Cause and Excusable Neglect Warrant an Extension**

      Consistent with ¶ 1(D) of this Court's Individual Practice Rules, Superb respectfully submits that: (i) the original date the Superb Plaintiffs have to file reply papers was yesterday, December 19, 2025; (ii-iii) there have been no previous requests for an extension of this deadline; (iv) an extension of time is necessary because your undersigned has been focused on perfecting the combined appeals in this case due on Monday and because he has a deposition all day the following day which he needed substantial time to prepare for; and (v) the Superb Plaintiffs respectfully submit that it is futile to seek the Deo Defendants' consent because Defendant Harry R. Thomasson, Esq. ("Thomasson") has displayed a consistent pattern of acting unreasonably with respect to scheduling matters, including by making misrepresentations to the Court concerning same, and because Jeffrey Benjamin, Esq. is absent from all matters concerning this case, relying on the disqualified Thomasson to act on behalf of the Deo Defendants in violation of this Court's Order dated December 1, 2023.

Hon. James M. Wicks, U.S.M.J.
United States District Court
Eastern District of New York
December 20, 2025
P a g e | 2

    For the foregoing reasons, the Superb Plaintiffs respectfully submit that sufficient good cause and excusable neglect exists to warrant this Court's exercise of discretion in favor of granting the requested extension of time.

    The Superb Plaintiffs thank this Court for its time and attention to this case.

Dated: New Hyde Park, New York
       December 20, 2025                    Respectfully submitted,

                                                     **SAGE LEGAL LLC**

                                                     By: _/s/ Emanuel Kataev, Esq._
                                                     Emanuel Kataev, Esq.
                                                     1981 Marcus Avenue, Suite C129
                                                     New Hyde Park, NY 11042-1017
                                                     (718) 412-2421 (office)
                                                     (917) 807-7819 (cellular)
                                                     (718) 489-4155 (facsimile)
                                                     emanuel@sagelegal.nyc

                                                     _Attorneys for Plaintiffs_
                                                     _Superb Motors Inc._
                                                     _Team Auto Sales LLC, and_
                                                     _Robert Anthony Urrutia_

**VIA ECF**
All counsel of record