**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
SUPERB MOTORS INC., TEAM AUTO SALES LLC,
ROBERT ANTHONY URRUTIA, 189 SUNRISE
HWY AUTO LLC, NORTHSHORE MOTOR
LEASING, LLC, BRIAN CHABRIER, JOSHUA
AARONSON, JORY BARON, ASAD KHAN, IRIS
BARON REPRESENTATIVE OF THE ESTATE OF
DAVID BARON, 1581 HYLAN BLVD AUTO LLC,
1580 HYLAN BLVD AUTO LLC, 1591 HYLAN          **Case No. 2:23-cv-6188(JMW)**
BLVD AUTO LLC, 1632 HYLAN BLVD AUTO LLC,
1239 HYLAN BLVD AUTO LLC, 2519 HYLAN BLVD
AUTO LLC, 76 FISK STREET REALTY LLC,
446 ROUTE 23 AUTO LLC and ISLAND AUTO
MANAGEMENT, LLC,

                         Plaintiffs,

              v.

ANTHONY DEO, SARAH DEO, HARRY
THOMASSON, DWIGHT BLANKENSHIP, MARC
MERCKLING, MICHAEL LAURIE, THOMAS
JONES, CPA, CAR BUYERS NYC INC., GOLD
COAST CARS OF SYOSSET LLC, GOLD COST
CARS OF SUNRISE LLC, GOLD COAST MOTORS
AUTOMOTIVE GROUP LLC, GOLD COAST MOTORS      **ANSWER OF LIBERTAS**
OF LIC LLC, GOLD COAST MOTORS OF ROSLYN       **FUNDING LLC TO**
LLC, GOLD COAST MOTORS OF SMITHTOWN LLC,      **PLAINTIFFS' THIRD**
UEA PREMIER MOTORS CORP., DLA CAPITAL         **AMENDED COMPLAINT**
PARTNERS INC., JONES, LITTLE & CO., CPA'S LLP,
LIBERTAS, LIBERTAS FUNDING LLC,
J.P. MORGAN CHASE BANK, N.A., 189 SUNRISE HWY
AUTO LLC, AND NORTHSHORE MOTOR LEASING, LLC,

                         Defendants.
------------------------------------------------------------------X

        Defendant, Libertas Funding LLC ("Libertas"), by and through its attorneys, Weir LLP,

for its Answer to Plaintiffs' Third Amended Complaint dated August 8, 2025 (the "Complaint")

of Superb Motors Inc. ("Superb"), Team Auto Sales LLC ("Team"), Robert Anthony Urrutia

("Urrutia") (Superb, Team, and Urrutia are collectively referred to herein as the "Superb

Plaintiffs"), and 189 Sunrise Hwy Auto LLC, Northshore Motor Leasing, LLC, Brian Chabrier,

Joshua Aaronson, Jory Baron, Asad Khan, Iris Baron Representative of the Estate of David Baron, 1581 Hylan Blvd Auto LLC, 1580 Hyland Blvd Auto LLC, 1591 Hylan Blvd Auto LLC, 1632 Hylan Blvd Auto LLC, 1239 Hylan Blvd Auto LLC, 2519 Hylan Blvd Auto LLC, 76 Fisk Street Realty LLC, 446 Route 23 Auto LLC and Island Auto Management ("IAG Plaintiffs") (Superb Plaintiffs and IAG Plaintiffs are collectively referred to herein as "Plaintiffs"), responds as follows:

## NATURE OF THE CASE

1.      To the extent that Plaintiffs allege that Libertas was part of a scheme to defraud Plaintiffs, no response is required as all such claims against Libertas were dismissed pursuant to the Court's Opinion and Order, dated March 21, 2025 (the "Opinion and Order"). To the extent a response is required, Libertas denies the allegations contained in paragraph 1 of the Complaint.

2.      To the extent that Plaintiffs allege that Libertas was part of a scheme to defraud Plaintiffs, no response is required as all such claims against Libertas were dismissed pursuant to the Court's Opinion and Order. To the extent a response is required, Libertas denies the allegations contained in paragraph 2 of the Complaint.

3.      To the extent that Plaintiffs allege that Libertas was part of a scheme to defraud Plaintiffs, no response is required as all such claims against Libertas were dismissed pursuant to the Court's Opinion and Order. To the extent a response is required, Libertas denies the allegations contained in paragraph 3 of the Complaint.

4.       To the extent that Plaintiffs allege that Libertas was part of a scheme to defraud Plaintiffs, no response is required as all such claims against Libertas were dismissed with prejudice pursuant to the Court's Opinion and Order. To the extent a response is required, denies the allegations contained in paragraph 4 of the Complaint.

794860v1

5.      To the extent that Plaintiffs allege that Libertas was part of a scheme to defraud Plaintiffs, no response is required as all such claims against Libertas were dismissed pursuant to the Court's Opinion and Order. To the extent a response is required, Libertas denies the allegations contained in paragraph 5 of the Complaint.

6.      To the extent that Plaintiffs allege that Libertas was part of a scheme to defraud Plaintiffs, no response is required as all such claims against Libertas were dismissed pursuant to the Court's Opinion and Order. To the extent a response is required, Libertas denies the allegations contained in paragraph 6 of the Complaint.

7.      To the extent that Plaintiffs allege that Libertas was part of a scheme to defraud Plaintiffs, no response is required as all such claims against Libertas were dismissed pursuant to the Court's Opinion and Order. To the extent a response is required, Libertas denies the allegations contained in paragraph 7 of the Complaint.

8.      To the extent that Plaintiffs allege that Libertas was part of a scheme to defraud Plaintiffs, no response is required as all such claims against Libertas were dismissed pursuant to the Court's Opinion and Order. To the extent a response is required, Libertas denies the allegations contained in paragraph 8 of the Complaint.

## "PARTIES"

### i.    IAG Plaintiffs

9. – 26.      Libertas denies knowledge or information sufficient to form a belief as to the allegations contained in paragraphs 9-26  of the Complaint.

### ii.    Superb Plaintiffs

27. -29.      Libertas denies knowledge or information sufficient to form a belief as to the allegations contained in paragraphs 27-29 of the Complaint.

### iii.      Deo Defendants

30.-45      Libertas denies knowledge or information sufficient to form a belief as to the allegations contained in paragraphs 30-45 of the Complaint.

### iv.      The Remaining Defendants

46.      Libertas denies knowledge or information sufficient to form a belief as to the allegations contained in paragraphs 46 of the Complaint.

47.      Admitted.

48.      Libertas denies knowledge or information sufficient to form a belief as to the allegations contained in paragraphs 30-45 of the Complaint.

## JURISDICTION AND VENUE

49.      To the extent paragraph 49 calls for a legal conclusion, no response is required. To the extent a response is required, Libertas denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 49 of the Complaint.

50.      To the extent paragraph 50 calls for a legal conclusion, no response is required. To the extent a response is required, Libertas denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 50 of the Complaint.

51.      To the extent paragraph 51 calls for a legal conclusion, no response is required. To the extent a response is required, Libertas denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 51 of the Complaint.

## FACTS

**I.      The Deo Defendants Infiltrate the IAG Plaintiffs' Dealerships**

**i.      The Deos are Not Members of Northshore**

52.-56.      Libertas denies knowledge or information sufficient to form a belief as to the allegations contained in paragraphs 52-56 of the Complaint.

57.-60.      Libertas denies knowledge or information sufficient to form a belief as to the allegations contained in paragraphs 57-60 of the Complaint.  By way of further answer, the Northshore Operating Agreement is in writing and speaks for itself and any characterization thereof is denied.

**ii.      The Deos are Not Members of Sunrise**

61.-65.      Libertas denies knowledge or information sufficient to form a belief as to the allegations contained in paragraphs 61-65 of the Complaint.

66.-69.      Libertas denies knowledge or information sufficient to form a belief as to the allegations contained in paragraphs 66-69 of the Complaint.  By way of further answer, the Sunrise Operating Agreement is in writing and speaks for itself and any characterization thereof is denied.

**iii.      Defendants' Unlawful Schemes at Island Auto Group**

70.-78.      Libertas denies knowledge or information sufficient to form a belief as to the allegations contained in paragraphs 70-78 of the Complaint.

**iv.      Northshore and Sunrise's Businesses**

79.-88.      Libertas denies knowledge or information sufficient to form a belief as to the allegations contained in paragraphs 79-88 of the Complaint.

794860v1

### v.     IAG, Northshore and Sunrise's Business Relationship

89.-101.     Libertas denies knowledge or information sufficient to form a belief as to the allegations contained in paragraphs 89-101 of the Complaint.

### vi.     Deo Engages in a Scheme with Other Defendants to Pilfer IAG Assets

102.-113.     Libertas denies knowledge or information sufficient to form a belief as to the allegations contained in paragraphs 102-113 of the Complaint.

### vii.     Deo Assumes the Obligations as Manager of Northshore and Sunrise

114.-129.     Libertas denies knowledge or information sufficient to form a belief as to the allegations contained in paragraphs 114-129 of the Complaint.

### viii.     Deo Manipulates Used Vehicle Purchases

130.-163.     Libertas denies knowledge or information sufficient to form a belief as to the allegations contained in paragraphs 130-163 of the Complaint.

### ix.     Deo Double-books Financing in Violation of the Law & in Breach of Agreements

164.- 183.     Libertas denies knowledge or information sufficient to form a belief as to the allegations contained in paragraphs 164-183 of the Complaint.

### x.     Deo's Purchase of Damaged and Poor Condition Vehicles Caused a Deficiency Toward Repayment of the Floor Plan

### xi.     Deo Fails to Pay Off Floor Plan Following Sales

### xii.     Deo Fails to Cause Northshore and Sunrise to Pay Off Existing Loans on Vehicle Trade-Ins

### xiii.     Deo Failed to Perfect Liens on Behalf of Various Lenders, Resulting in Additional Potential Liability to IAG

### xiv.     Deo Failed to Pay Warranty Companies and Vendors, and Failed to Account for Dealer and Other License Plates

### xv.     Deo Wastes Company Assets and Further Obligates IAG Plaintiffs

xvi.    **Deo Takes and Uses Dealership Assets for His Own Purposes**

xvii.   **Deo Falsified Statements at Northshore and Sunrise with the Assistance of his Accountants**

xviii.  **Deo Falsely Claims Full Ownership of Northshore and Sunrise to Obtain EIDL Loans, The Proceeds of Which Deo Personally Converted**

184.- 308.    Libertas denies knowledge or information sufficient to form a belief as to the allegations contained in paragraphs 184-308 of the Complaint.

xix.    **Deo Falsely Claims Full Ownership of Northshore and Sunrise to Obtain the Libertas Funds and Converts the Libertas Funds**

309.-321.    Libertas denies knowledge or information sufficient to form a belief as to the allegations contained in paragraphs 309-321 of the Complaint.

322.        Denied.  To the extent that Plaintiffs allege that Libertas was part of a scheme to defraud Plaintiffs, no response is required as all such claims against Libertas were dismissed pursuant to the Court's Opinion and Order.

323.        Denied.  To the extent that Plaintiffs allege that Libertas was part of a scheme to defraud Plaintiffs, no response is required as all such claims against Libertas were dismissed pursuant to the Court's Opinion and Order.  By way of further answer, the agreement referred to in this paragraph of the Complaint is in writing and speaks for itself and any characterization thereof is denied.

324.        Denied.  To the extent that Plaintiffs allege that Libertas was part of a scheme to defraud Plaintiffs, no response is required as all such claims against Libertas were dismissed pursuant to the Court's Opinion and Order.  By way of further answer, the agreement referred to in this paragraph of the Complaint is in writing and speaks for itself and any characterization thereof is denied.

325.      Denied.  To the extent that Plaintiffs allege that Libertas was part of a scheme to defraud Plaintiffs, no response is required as all such claims against Libertas were dismissed pursuant to the Court's Opinion and Order.

326.      Denied.  To the extent that Plaintiffs allege that Libertas was part of a scheme to defraud Plaintiffs, no response is required as all such claims against Libertas were dismissed pursuant to the Court's Opinion and Order.

327.      Denied.  To the extent that Plaintiffs allege that Libertas was part of a scheme to defraud Plaintiffs, no response is required as all such claims against Libertas were dismissed pursuant to the Court's Opinion and Order.

328.      Denied.  To the extent that Plaintiffs allege that Libertas was part of a scheme to defraud Plaintiffs, no response is required as all such claims against Libertas were dismissed pursuant to the Court's Opinion and Order.

329.      Denied.  To the extent that Plaintiffs allege that Libertas was part of a scheme to defraud Plaintiffs, no response is required as all such claims against Libertas were dismissed pursuant to the Court's Opinion and Order.

330.      Denied.  To the extent that Plaintiffs allege that Libertas was part of a scheme to defraud Plaintiffs, no response is required as all such claims against Libertas were dismissed pursuant to the Court's Opinion and Order.

331.      Denied.  To the extent that Plaintiffs allege that Libertas was part of a scheme to defraud Plaintiffs, no response is required as all such claims against Libertas were dismissed pursuant to the Court's Opinion and Order.

332.      Denied.  To the extent that Plaintiffs allege that Libertas was part of a scheme to defraud Plaintiffs, no response is required as all such claims against Libertas were dismissed

794860v1

pursuant to the Court's Opinion and Order. By way of further answer, the Libertas Agreement is in writing and speaks for itself and any characterization thereof is denied.

333.        Denied. To the extent that Plaintiffs allege that Libertas was part of a scheme to defraud Plaintiffs, no response is required as all such claims against Libertas were dismissed pursuant to the Court's Opinion and Order. By way of further answer, the Libertas Agreement is in writing and speaks for itself and any characterization thereof is denied.

334.        Denied. To the extent that Plaintiffs allege that Libertas was part of a scheme to defraud Plaintiffs, no response is required as all such claims against Libertas were dismissed pursuant to the Court's Opinion and Order. By way of further answer, the Libertas Agreement is in writing and speaks for itself and any characterization thereof is denied.

335.        Denied. To the extent that Plaintiffs allege that Libertas was part of a scheme to defraud Plaintiffs, no response is required as all such claims against Libertas were dismissed pursuant to the Court's Opinion and Order. By way of further answer, the Libertas Agreement is in writing and speaks for itself and any characterization thereof is denied.

> **xx.    Despite His Obligation to Safeguard the Libertas Funds, Thomasson Aids and Abets Deo's Conversion by Disbursing the Libertas Funds to Deo**

> **xxi.    Deo Further Encumbers and Diverts Northshore's Assets**

336.-373.        Libertas denies knowledge or information sufficient to form a belief as to the allegations contained in paragraphs 336-373 of the Complaint.

## II.    The Deo Defendants Move on to Their Next Victim – Superb, Team, & Urrita

374.-730.        Libertas denies knowledge or information sufficient to form a belief as to the allegations contained in paragraphs 374-730 of the Complaint. By way of further answer, to the extent that Plaintiffs allege that Libertas was part of a scheme to defraud Plaintiffs, no response is required as all such claims against Libertas were dismissed pursuant to the Court's Opinion and

9

Order. By way of further answer, documents referenced and which are in writing, speaks for themselves and any characterization thereof is denied.

## AS AND FOR THEIR FIRST CAUSE OF ACTION OF ALL PLAINTIFFS

### (Violation of RICO, 18 U.S.C. § 1962 – Deo Defendants)

731.　　　　Libertas repeats and reiterates each and every answer to the foregoing paragraphs of the Complaint as if fully set forth herein.

732.-784.　　　The allegations contained in these paragraphs of the Complaint are not alleged as to Libertas and therefore no answer is required. To the extent the allegations in these paragraphs of the Complaint call for a legal conclusion, no response is required. To the extent a response is required, Libertas denies knowledge or information sufficient to form a belief as to the allegations in these paragraphs of the Complaint.

## AS AND FOR THEIR SECOND CAUSE OF ACTION OF THE SUPERB PLAINTIFFS

### (Violation of RICO, 18 U.S.C. § 1962(a) – Deo Defendants)

785.　　　　Libertas repeats and reiterates each and every answer to the foregoing paragraphs of the Complaint as if fully set forth herein.

786.-796.　　　The allegations contained in these paragraphs of the Complaint are not alleged as to Libertas and therefore no answer is required. To the extent the allegations in these paragraphs of the Complaint call for a legal conclusion, no response is required. To the extent a response is required, Libertas denies knowledge or information sufficient to form a belief as to the allegations in these paragraphs of the Complaint.

794860v1

## AS AND FOR THEIR THIRD CAUSE OF ACTION OF ALL PLAINTIFFS

## (Conspiracy Under 18 U.S.C. § 1962(d) for violation of 18 U.S.C. § 1962(c) –

## Deo Defendants)

797.        Libertas repeats and reiterates each and every answer to the foregoing paragraphs of the Complaint as if fully set forth herein.

798.-805.        The allegations contained in these paragraphs of the Complaint are not alleged as to Libertas and therefore no answer is required.  To the extent the allegations in these paragraphs of the Complaint call for a legal conclusion, no response is required. To the extent a response is required, Libertas denies knowledge or information sufficient to form a belief as to the allegations in these paragraphs of the Complaint.

## AS AND FOR THEIR FOURTH CAUSE OF ACTION OF SUPERB PLAINTIFFS

## (Conspiracy Under 18 U.S.C. § 1962(d) for Violation of 18 U.S.C. § 1962(a) – Deo

## Defendants)

806.        Libertas repeats and reiterates each and every answer to the foregoing paragraphs of the Complaint as if fully set forth herein.

807.-812.        The allegations contained in these paragraphs of the Complaint are not alleged as to Libertas and therefore no answer is required.  To the extent the allegations in these paragraphs of the Complaint call for a legal conclusion, no response is required. To the extent a response is required, Libertas denies knowledge or information sufficient to form a belief as to the allegations in these paragraphs of the Complaint.

794860v1

## AS AND FOR THEIR FIFTH CAUSE OF ACTION OF SUPERB PLAINTIFFS"

### (Injunctive Relief Under RICO, 18 U.S.C. § 1964(a) – Deo Defendants)

813.          Libertas repeats and reiterates each and every answer to the foregoing paragraphs of the Complaint as if fully set forth herein.

814.-817.          The allegations contained in these paragraphs of the Complaint are not alleged as to Libertas and therefore no answer is required.  To the extent the allegations in these paragraphs of the Complaint call for a legal conclusion, no response is required. To the extent a response is required, Libertas denies knowledge or information sufficient to form a belief as to the allegations in these paragraphs of the Complaint.

## AS AND FOR THEIR SIXTH CAUSE OF ACTION OF SUPERB PLAINTIFFS

### (Unfair Competition – Deo Defendants)

818.          Libertas repeats and reiterates each and every answer to the foregoing paragraphs of the Complaint as if fully set forth herein.

819-820.          The allegations contained in these paragraphs of the Complaint are not alleged as to Libertas and therefore no answer is required.  To the extent the allegations in these paragraphs of the Complaint call for a legal conclusion, no response is required. To the extent a response is required, Libertas denies knowledge or information sufficient to form a belief as to the allegations in these paragraphs of the Complaint.

## AS AND FOR THEIR SEVENTH CAUSE OF ACTION OF SUPERB PLAINTIFFS

### (Conversion – Deo Defendants)

821.          Libertas repeats and reiterates each and every answer to the foregoing paragraphs of the Complaint as if fully set forth herein.

794860v1

822-828.      The allegations contained in these paragraphs of the Complaint are not alleged as to Libertas and therefore no answer is required.  To the extent the allegations in these paragraphs of the Complaint call for a legal conclusion, no response is required. To the extent a response is required, Libertas denies knowledge or information sufficient to form a belief as to the allegations in these paragraphs of the Complaint.

## AS AND FOR THEIR EIGHTH CAUSE OF ACTION OF SUPERB PLAINTIFFS

### (Civil Conspiracy – Deo Defendants)

829.           Libertas repeats and reiterates each and every answer to the foregoing paragraphs of the Complaint as if fully set forth herein.

830.-836.      The allegations contained in these paragraphs of the Complaint are not alleged as to Libertas and therefore no answer is required.  To the extent the allegations in these paragraphs of the Complaint call for a legal conclusion, no response is required. To the extent a response is required, Libertas denies knowledge or information sufficient to form a belief as to the allegations in these paragraphs of the Complaint.

## AS AND FOR THEIR NINTH CAUSE OF ACTION OF SUPERB PLAINTIFFS"

### (Fraud – Deo)

837.           Libertas repeats and reiterates each and every answer to the foregoing paragraphs of the Complaint as if fully set forth herein.

838.-847.      The allegations contained in these paragraphs of the Complaint are not alleged as to Libertas and therefore no answer is required.  To the extent the allegations in these paragraphs of the Complaint call for a legal conclusion, no response is required. To the extent a response is required, Libertas denies knowledge or information sufficient to form a belief as to the allegations in these paragraphs of the Complaint.

794860v1

## AS AND FOR THEIR TENTH CAUSE OF ACTION OF NORTHSHORE AND SUNRISE

### (Declaratory Judgment – Against Libertas)

848.        Libertas repeats and reiterates each and every answer to the foregoing paragraphs of the Complaint as if fully set forth herein.

849.        Admitted.  By way of further answer, the Libertas Agreement is in writing and speaks for itself.

850.        Denied.

851.        Denied.

852.        Denied.   By way of further answer, the Libertas Agreement is in writing and speaks for itself.

853.        Denied.

854.        Denied.

855.        Denied.

856.        Denied.

857.        Denied.  By way of further answer, to the extent the allegations in these paragraphs of the Complaint call for a legal conclusion, no response is required.

858.        Denied.  By way of further answer, to the extent the allegations in these paragraphs of the Complaint call for a legal conclusion, no response is required.

859.        Denied.  By way of further answer, to the extent the allegations in these paragraphs of the Complaint call for a legal conclusion, no response is required.

794860v1

**AS AND FOR THEIR ELEVENTH CAUSE OF ACTION OF SUPERB PLAINTIFFS"**

**(Article 4-A of the New York UCC – Against Flushing)**

860.        Libertas repeats and reiterates each and every answer to the foregoing paragraphs of the Complaint as if fully set forth herein.

861.-870.    The allegations contained in these paragraphs of the Complaint are not alleged as to Libertas and therefore no answer is required.  To the extent the allegations in these paragraphs of the Complaint call for a legal conclusion, no response is required. To the extent a response is required, Libertas denies knowledge or information sufficient to form a belief as to the allegations in these paragraphs of the Complaint.

871.-950.    Numbers missing from the complaint.

**AS AND FOR THEIR TWELFTH CAUSE OF ACTION OF NORTHSHORE**

**(Conversion – Against Deo)**

951.        Libertas repeats and reiterates each and every answer to the foregoing paragraphs of the Complaint as if fully set forth herein.

952.-957    The allegations contained in these paragraphs of the Complaint are not alleged as to Libertas and therefore no answer is required.  To the extent the allegations in these paragraphs of the Complaint call for a legal conclusion, no response is required. To the extent a response is required, Libertas denies knowledge or information sufficient to form a belief as to the allegations in these paragraphs of the Complaint.

**AS AND FOR THEIR THIRTEENTH CAUSE OF ACTION OF NORTHSHORE**

**(Unjust Enrichment – Against Deo)**

958.        Libertas repeats and reiterates each and every answer to the foregoing paragraphs of the Complaint as if fully set forth herein.

794860v1

959.-961.      The allegations contained in these paragraphs of the Complaint are not alleged as to Libertas and therefore no answer is required.  To the extent the allegations in these paragraphs of the Complaint call for a legal conclusion, no response is required. To the extent a response is required, Libertas denies knowledge or information sufficient to form a belief as to the allegations in these paragraphs of the Complaint.

## AS AND FOR THEIR FOURTEENTH CAUSE OF ACTION OF NORTHSHORE

### (Breach of Duty of Loyalty & Violation of Faithless Servant Doctrine – Against Deo)

962.      Libertas repeats and reiterates each and every answer to the foregoing paragraphs of the Complaint as if fully set forth herein.

963.-965.      The allegations contained in these paragraphs of the Complaint are not alleged as to Libertas and therefore no answer is required.  To the extent the allegations in these paragraphs of the Complaint call for a legal conclusion, no response is required. To the extent a response is required, Libertas denies knowledge or information sufficient to form a belief as to the allegations in these paragraphs of the Complaint.

## AS AND FOR THEIR FIFTEENTH CAUSE OF ACTION AGAINST NORTHSHORE

### (Breach of Fiduciary Duty – Against Deo)

966.      Libertas repeats and reiterates each and every answer to the foregoing paragraphs of the Complaint as if fully set forth herein.

967.-969.      The allegations contained in these paragraphs of the Complaint are not alleged as to Libertas and therefore no answer is required.  To the extent the allegations in these paragraphs of the Complaint call for a legal conclusion, no response is required. To the extent a response is required, Libertas denies knowledge or information sufficient to form a belief as to the allegations in these paragraphs of the Complaint.

794860v1

### AS AND FOR THEIR SIXTEENTH CAUSE OF ACTION OF SUNRISE

### (Conversion – Against Deo)

994.        Libertas repeats and reiterates each and every answer to the foregoing paragraphs of the Complaint as if fully set forth herein.

995.-997.        The allegations contained in these paragraphs of the Complaint are not alleged as to Libertas and therefore no answer is required.  To the extent the allegations in these paragraphs of the Complaint call for a legal conclusion, no response is required. To the extent a response is required, Libertas denies knowledge or information sufficient to form a belief as to the allegations in these paragraphs of the Complaint.

### AS AND FOR THEIR SEVENTEENTH CAUSE OF ACTION OF SUNRISE

### (Unjust Enrichment – Against Deo)

998.        Libertas repeats and reiterates each and every answer to the foregoing paragraphs of the Complaint as if fully set forth herein.

999.-1001.        The allegations contained in these paragraphs of the Complaint are not alleged as to Libertas and therefore no answer is required.  To the extent the allegations in these paragraphs of the Complaint call for a legal conclusion, no response is required. To the extent a response is required, Libertas denies knowledge or information sufficient to form a belief as to the allegations in these paragraphs of the Complaint.

### AS AND FOR THEIR EIGHTEENTH CAUSE OF ACTION OF SUNRISE

### (Breach of Duty of Loyalty & Violation of Faithless Servant Doctrine – Against Deo)

1002.        Libertas repeats and reiterates each and every answer to the foregoing paragraphs of the Complaint as if fully set forth herein.

1003.-1004.    The allegations contained in these paragraphs of the Complaint are not alleged as to Libertas and therefore no answer is required.  To the extent the allegations in these paragraphs of the Complaint call for a legal conclusion, no response is required. To the extent a response is required, Libertas denies knowledge or information sufficient to form a belief as to the allegations in these paragraphs of the Complaint.

## AS AND FOR THEIR NINETEENTH CAUSE OF ACTION OF SUNRISE

### (Breach of Fiduciary Duty – Against Deo)

1005.    Libertas repeats and reiterates each and every answer to the foregoing paragraphs of the Complaint as if fully set forth herein.

1006.-1008.    The allegations contained in these paragraphs of the Complaint are not alleged as to Libertas and therefore no answer is required.  To the extent the allegations in these paragraphs of the Complaint call for a legal conclusion, no response is required. To the extent a response is required, Libertas denies knowledge or information sufficient to form a belief as to the allegations in these paragraphs of the Complaint.

## AS AND FOR THEIR TWENTIETH CAUSE OF ACTION OF NORTHSHORE

### (Conversion – Against Thomasson)

1009.    Libertas repeats and reiterates each and every answer to the foregoing paragraphs of the Complaint as if fully set forth herein.

1010.-1016.    The allegations contained in these paragraphs of the Complaint are not alleged as to Libertas and therefore no answer is required.  To the extent the allegations in these paragraphs of the Complaint call for a legal conclusion, no response is required. To the extent a response is required, Libertas denies knowledge or information sufficient to form a belief as to the allegations in these paragraphs of the Complaint.

## AS AND FOR THEIR TWENTY-FIRST CAUSE OF ACTION OF NORTHSHORE

### (Aiding and Abetting Conversion – Against Thomasson)

1017.    Libertas repeats and reiterates each and every answer to the foregoing paragraphs of the Complaint as if fully set forth herein.

1018.-1021.    The allegations contained in these paragraphs of the Complaint are not alleged as to Libertas and therefore no answer is required.  To the extent the allegations in these paragraphs of the Complaint call for a legal conclusion, no response is required. To the extent a response is required, Libertas denies knowledge or information sufficient to form a belief as to the allegations in these paragraphs of the Complaint.

## AS AND FOR THEIR TWENTY-SECOND CAUSE OF ACTION OF NORTHSHORE

### (Aiding and Abetting Breach of Fiduciary Duty – Against Thomasson)

1022.    Libertas repeats and reiterates each and every answer to the foregoing paragraphs of the Complaint as if fully set forth herein.

1023.-1024.    The allegations contained in these paragraphs of the Complaint are not alleged as to Libertas and therefore no answer is required.  To the extent the allegations in these paragraphs of the Complaint call for a legal conclusion, no response is required. To the extent a response is required, Libertas denies knowledge or information sufficient to form a belief as to the allegations in these paragraphs of the Complaint.

## AS AND FOR THEIR TWENTY-THIRD CAUSE OF ACTION OF NORTHSHORE

### (Aiding and Abetting Breach of Duty of Loyalty – Against Thomasson)

1025.    Libertas repeats and reiterates each and every answer to the foregoing paragraphs of the Complaint as if fully set forth herein.

794860v1

1026.-1027.    The allegations contained in these paragraphs of the Complaint are not alleged as to Libertas and therefore no answer is required.  To the extent the allegations in these paragraphs of the Complaint call for a legal conclusion, no response is required. To the extent a response is required, Libertas denies knowledge or information sufficient to form a belief as to the allegations in these paragraphs of the Complaint.

## AS AND FOR THEIR TWENTY-FOURTH CAUSE OF ACTION OF NORTHSHORE"

### (Accounting)

1082.        Libertas repeats and reiterates each and every answer to the foregoing paragraphs of the Complaint as if fully set forth herein.

1083.-1086.    The allegations contained in these paragraphs of the Complaint are not alleged as to Libertas and therefore no answer is required.  To the extent the allegations in these paragraphs of the Complaint call for a legal conclusion, no response is required. To the extent a response is required, Libertas denies knowledge or information sufficient to form a belief as to the allegations in these paragraphs of the Complaint.

## AS AND FOR THEIR TWENTY-FIFTH CAUSE OF ACTION OF SUNRISE

### (Accounting)

1087.        Libertas repeats and reiterates each and every answer to the foregoing paragraphs of the Complaint as if fully set forth herein.

1088.-1091.    The allegations contained in these paragraphs of the Complaint are not alleged as to Libertas and therefore no answer is required.  To the extent the allegations in these paragraphs of the Complaint call for a legal conclusion, no response is required. To the extent a response is required, Libertas denies knowledge or information sufficient to form a belief as to the allegations in these paragraphs of the Complaint.

794860v1

**AS AND FOR THEIR TWENTY-SIXTH CAUSE OF ACTION OF IAG PLAINTIFFS"**

**(Fraud – Deo)**

1092.         Libertas repeats and reiterates each and every answer to the foregoing paragraphs of the Complaint as if fully set forth herein.

1093.-1095.    The allegations contained in these paragraphs of the Complaint are not alleged as to Libertas and therefore no answer is required.  To the extent the allegations in these paragraphs of the Complaint call for a legal conclusion, no response is required. To the extent a response is required, Libertas denies knowledge or information sufficient to form a belief as to the allegations in these paragraphs of the Complaint.

**AS AND FOR THEIR TWENTY-SEVENTH CAUSE OF ACTION OF SUPERB**

**(Breach of Fiduciary Duty – Against Deo)**

1096.         Libertas repeats and reiterates each and every answer to the foregoing paragraphs of the Complaint as if fully set forth herein.

1097.-1099.    The allegations contained in these paragraphs of the Complaint are not alleged as to Libertas and therefore no answer is required.  To the extent the allegations in these paragraphs of the Complaint call for a legal conclusion, no response is required. To the extent a response is required, Libertas denies knowledge or information sufficient to form a belief as to the allegations in these paragraphs of the Complaint.

**AS AND FOR THEIR TWENTY-EIGHTH CAUSE OF ACTION OF SUPERB**

**(Breach of Duty of Loyalty & Violation of Faithless Servant Doctrine – Against Deo)**

1100.         Libertas repeats and reiterates each and every answer to the foregoing paragraphs of the Complaint as if fully set forth herein.

794860v1

1101.-1103.    The allegations contained in these paragraphs of the Complaint are not alleged as to Libertas and therefore no answer is required.  To the extent the allegations in these paragraphs of the Complaint call for a legal conclusion, no response is required. To the extent a response is required, Libertas denies knowledge or information sufficient to form a belief as to the allegations in these paragraphs of the Complaint.

### DEMAND FOR JURY TRIAL

1104.    As paragraph 1104 is Plaintiffs' demand for a jury trial, no response is needed.

### AS AND FOR A FIRST AFFIRMATIVE DEFENSE

1105.    Plaintiffs fail to state a claim upon which relief can be granted and due to the absence of any legitimate controversy.

### AS AND FOR A SECOND AFFIRMATIVE DEFENSE

1106.    Plaintiffs' claims are barred because Libertas did not breach any duty owed to Plaintiffs.

### AS AND FOR A THIRD AFFIRMATIVE DEFENSE

1107.    Plaintiffs' claims are barred, in whole or in part, by the documentary evidence.

### AS AND FOR A FOURTH AFFIRMATIVE DEFENSE

1108.    Plaintiffs' claims are barred, in whole or in part, because they are inconsistent with the rights, duties and liabilities created by Article 4-A.

### AS AND FOR A FIFTH AFFIRMATIVE DEFENSE

1109.    Plaintiffs' claims are barred or preempted, in whole in part, because they are inconsistent with the rights, duties, and liabilities created by the UCC, including Articles 4 and 9.

794860v1

## AS AND FOR A SIXTH AFFIRMATIVE DEFENSE

1110.        Plaintiffs' performance was not excused by the doctrines of impossibility, impracticability, and/or frustration of purpose.

## AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE

1111.        Plaintiffs' damages, if any, were the result of their own actions, inactions and/or omissions and/or actions, inactions or omissions of third parties over which Libertas had no control and for whose actions Libertas cannot be held liable.

## AS AND FOR AN EIGHTH AFFIRMATIVE DEFENSE

1112.        Plaintiffs' claims are barred, in whole or in part, by the doctrines of laches, waiver, estoppel, *in pari delicto* and/or unclean hands.

## AS AND FOR A NINTH AFFIRMATIVE DEFENSE

1113.        Plaintiff's claims are barred, in whole or in part, due to the failure to join necessary and indispensable parties.

## AS AND FOR A TENTH AFFIRMATIVE DEFENSE

1114.        Plaintiffs' claims are barred, in whole or in part, because Libertas's security procedures were commercially reasonable and it accepted payments and requests for payments in good faith and compliance with said security procedures.

## AS AND FOR AN ELEVENTH AFFIRMATIVE DEFENSE

1115.        Plaintiffs' claims are barred, in whole or in part, because Plaintiffs rejected a commercially reasonable security procedure.

## AS AND FOR A TWELFTH AFFIRMATIVE DEFENSE

1116.        Plaintiffs' claims are barred, in whole or in part, by the doctrines of collateral estoppel and/or res judicata.

794860v1

## AS AND FOR A THIRTEENTH AFFIRMATIVE DEFENSE

1117.    To the extent Plaintiffs allege a claim of fraud against Libertas, Plaintiffs have failed to plead fraud with the requisite particularity.

## AS AND FOR A FOURTEENTH AFFIRMATIVE DEFENSE

1118.    Libertas, its successors and assigns, is a secured party under the UCC and has properly perfected its ownership interests in the Plaintiff's assets, including accounts receivable, by virtue of having filed UCC-1 Financing Statements.

## AS AND FOR A FIFTEENTH AFFIRMATIVE DEFENSE

1119.    Plaintiffs' alleged injuries were not caused by Libertas, but by independent intervening causes which had no relation in fact to any conduct of Libertas.

## AS AND FOR A SIXTEENTH AFFIRMATIVE DEFENSE

1120.    Plaintiffs' claim for declaratory relief is barred because the agents for Plaintiffs who are alleged to lack authority had actual or apparent authority to act on behalf of Plaintiffs and/or Plaintiffs ratified the actions of their agents.

## RESERVATION OF RIGHTS

1121.    Libertas expressly reserves its right to amend this Answer to allege additional affirmative defenses after conducting further discovery, investigation, and research.

## PRAYER FOR RELIEF

WHEREFORE, Libertas respectfully requests that:

a.    Plaintiffs do not recover any damages and that the Complaint be dismissed in its entirety;

b.    Libertas be awarded costs and reasonable attorneys' fees as may be recoverable under the claims asserted by Plaintiffs; and

794860v1

     c.    the Court award all other relief that it deems just and proper.

Dated: December 29, 2025        WEIR LLP

                      By:/s/ Bonnie R. Golub
                         Bonnie R. Golub, Esquire
                         1330 Avenue of The Americas, 23rd Fl.
                         New York, NY  10019
                         (917) 475-8885
                         bgolub@weirlawllp.com
                         *Attorneys for Libertas Funding LLC*

794860v1