**THE LINDEN LAW GROUP, P.C.**
250 Park Avenue, 7th Floor
New York, New York 10177
(212) 655-9536

---

December 30, 2025

**Via ECF**

Honorable James M. Wicks
U.S. District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

      Re:    *Superb Motors, Inc., et al. v. Anthony Deo, et al.*
              Case No. 2:23-cv-6188 (JW)

Dear Judge Wicks:

    On behalf of the Deo Defendants, I join, adopt, refer to and incorporate by reference Defendant Mr. Harry Thomasson's Opposition Memorandum at ECF #371 in response to Plaintiff's Motion at ECF Doc #340.

    Please note that the reason this letter joining the opposition papers is 6 hours late is because I am and have been out of the office for the holiday this and part of next week.

    Thanking the Court for its consideration in this matter.

                                              Very truly yours,

                                              *Jeffrey Benjamin*
                                              Jeffrey Benjamin, Esq.