UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                   Case No. 2:23-cv-6188  (JW)

SUPERB MOTORS, INC., TEAM AUTO SALES LLC.,
ROBERT ANTHONY URRUTIA, 189 SUNRISE
HIGHWAY AUTO LLC., NORTHSHORE MOTOR
LEASING, LLC., BRIAN CHABRIER, individually and
derivatively as a member of NORTHSHORE MOTOR
LEASING, LLC, JOSHUA AARONSON, individually and
derivatively as a member of 189 SUNRISE HWY AUTO,
LLC, JORY BARON, 1581 HYLAN BLVD AUTO LLC,
1580 HYLAN BLVD AUTO LLC, 1591 HYLAN BLVD
AUTO LLC, 1632 HYLAN BLVD AUTO LLC, 1239
HYLAN BLVD AUTO LLC, 2519 HYLAN BLVD
AUTO LLC, 76 FISK STREET REALTY LLC, 446
ROUTE 23 AUTO LLC, and ISLAND AUTO
MANAGEMENT, LLC,

                         Plaintiffs,

         -against-

ANTHONY DEO, SARA DEO, HARRY THOMASSON,
DWIGHT BLAKENSHIP, MARC MERCKLING,
MICHAEL LAURIE, TOMAS JONES, CPA, CAR BUYERS
NYC INC., GOLD COAST CARS OF SYOSSET LLC,
GOLD COAST CARS OF SUNRISE LLC, GOLD COAST
MOTORS AUTOMOTIVE GROUP LLC, GOLD COAST
MOTORS OF LIC LLC, GOLD COAST MOTORS OF
ROSLYN LLC, GOLD COAST MOTORS OF
SMITHTOWN LLC, UEA PREMIER MOTORS CORP.,
DLA CAPITAL PARTNERS INC., JONES LITTLE & CO.,
CPA'S LLP, FLUSHING BANK, and LIBERTAS FUNDING,
LLC,

                         Defendants.

-------------------------------------------------------------------X

**<u>DECLARATION OF THE DEO DEFENDANTS IN OPPOSITION TO PLAINTIFFS'
MOTION FOR ENTRY OF JUDGMENT UNDER RULE 54(b) AND TO CERTIFY
UNDER 28 U.S.C. § 1292(b)</u>**

Jeffrey Benjamin, pursuant to 28 U.S.C. § 1746, declares under the penalty of perjury that the following is true and correct:

1. On behalf of the "Deo Defendants," I am an attorney in good standing in the State of New York, and admitted to practice before this Court. As such, I have knowledge of the facts recited herein from conversations with my clients and their documentary file herein.

2. This Declaration is submitted in Opposition to Plaintiffs' Motion for Entry of Judgment under F.R.C.P. Rule 54(b) and to Certify under 28 U.S.C. § 1292(b).

3. I join in all respects the Opposition submitted by Defendant Thomas Jones ECF Doc. #369, as well as that of Defendant Harry Thomasson.

4. I simply add that the bad-faith effort by Plaintiffs in these motions is simply to churn the file to incur needless attorneys' fees on both sides, and simply to harass, annoy and put further financial strain on the Deo Defendants. True to their prior form, with these new motions, Plaintiffs and their counsel undertake no good faith effort to provide the Court any legitimate basis to issue the extraordinary relief to certify this interlocutory motion for appeal under FRCP 54(b) and to Certify under 28 U.S.C. §1292(b).

5. The motion should respectfully be denied in all respects and with prejudice, along with such other and further relief as the Court deems necessary, just, equitable and proper.

Dated: January 2, 2026.                    **THE LINDEN LAW GROUP, P.C.**
     New York, New York                    *Jeffrey Benjamin, Esq.*
                                              250 Park Avenue, 7th Floor
                                              New York, NY 10177
                                              (212) 655-9536