UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
                                                            Case No. 2:23-cv-6188 (JW)

SUPERB MOTORS, INC., TEAM AUTO SALES LLC.,
ROBERT ANTHONY URRUTIA, 189 SUNRISE
HIGHWAY AUTO LLC., NORTHSHORE MOTOR
LEASING, LLC., BRIAN CHABRIER, individually and
derivatively as a member of NORTHSHORE MOTOR
LEASING, LLC, JOSHUA AARONSON, individually and
derivatively as a member of 189 SUNRISE HWY AUTO,
LLC, JORY BARON, 1581 HYLAN BLVD AUTO LLC,
1580 HYLAN BLVD AUTO LLC, 1591 HYLAN BLVD
AUTO LLC, 1632 HYLAN BLVD AUTO LLC, 1239
HYLAN BLVD AUTO LLC, 2519 HYLAN BLVD
AUTO LLC, 76 FISK STREET REALTY LLC, 446
ROUTE 23 AUTO LLC, and ISLAND AUTO
MANAGEMENT, LLC,

                                  Plaintiffs,

       -against-

ANTHONY DEO, SARA DEO, HARRY THOMASSON,
DWIGHT BLAKENSHIP, MARC MERCKLING,
MICHAEL LAURIE, TOMAS JONES, CPA, CAR BUYERS
NYC INC., GOLD COAST CARS OF SYOSSET LLC,
GOLD COAST CARS OF SUNRISE LLC, GOLD COAST
MOTORS AUTOMOTIVE GROUP LLC, GOLD COAST
MOTORS OF LIC LLC, GOLD COAST MOTORS OF
ROSLYN LLC, GOLD COAST MOTORS OF
SMITHTOWN LLC, UEA PREMIER MOTORS CORP.,
DLA CAPITAL PARTNERS INC., JONES LITTLE & CO.,
CPA'S LLP, FLUSHING BANK, and LIBERTAS FUNDING,
LLC,

                                Defendants.

----------------------------------------------------------------------X

**DECLARATION OF HARRY THOMASSON IN OPPOSITION TO PLAINTIFFS' MOTION FOR ENTRY OF JUDGMENT UNDER RULE 54(b) AND TO CERTIFY UNDER 28 U.S.C. § 1292(b)**

1

Harry Thomasson, pursuant to 28 U.S.C. § 1746, declares under the penalty of perjury that the following is true and correct:

1. I am an attorney in good standing in the State of New York, I am admitted to practice before this Court, and I am a *pro se* Defendant in the above captioned action. As such, I have first-hand knowledge of the facts recited herein.

2. This Declaration is submitted in Opposition to Plaintiffs' Motion for Entry of Judgment under F.R.C.P. Rule 54(b) and to Certify under 28 U.S.C. § 1292(b).

3. Simply put, I join in all respects the position/Opposition submitted by Defendant Thomas Jones *at* Docket number 369 in all respects.

4. I disagree entirely with the reasoning set forth by Plaintiffs in their Motion at bar, particularly with respect to the position asserted that this Motion is for the purposes of Court convenience and/or judicial economy. This Motion is submitted purely for the convenience of Plaintiffs.

5. As close as this case is to (finally) reach trial, there is no prejudice that can be caused Plaintiffs by having to wait a few more months for their (inevitable) appeal(s) likely to be brought anyway.

6. I ask that this Court deny Plaintiffs' instant Motion in all respects. I also request such other and further relief as the Court deems necessary, just, equitable and proper.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 2, 2026.

/S/ *Harry R. Thomasson*
_____
Harry R. Thomasson, Esq.
*Pro Se* Defendant

2

                                                3280 Sunrise Highway, Box 112  
                                                Wantagh, New York  11793  
                                                Tel.  516-557-5459  
                                 Email:  hrtatty@verizon.net