UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SUPERB MOTORS INC., TEAM AUTO SALES LLC,
ROBERT ANTHONY URRUTIA, 189 SUNRISE
HWY AUTO LLC, NORTHSHORE MOTOR
LEASING, LLC, BRIAN CHABRIER, JOSHUA
AARONSON, JORY BARON, ASAD KHAN, IRIS
BARON REPRESENTATIVE OF THE ESTATE OF
DAVID BARON, 1581 HYLAN BLVD AUTO LLC,
1580 HYLAN BLVD AUTO LLC, 1591 HYLAN
BLVD AUTO LLC, 1632 HYLAN BLVD AUTO LLC,
1239 HYLAN BLVD AUTO LLC, 2519 HYLAN BLVD
AUTO LLC, 76 FISK STREET REALTY LLC,
446 ROUTE 23 AUTO LLC and ISLAND AUTO
MANAGEMENT, LLC,

          Plaintiffs,

 -against-

ANTHONY DEO, SARAH DEO, HARRY
THOMASSON, DWIGHT BLANKENSHIP, MARC
MERCKLING, MICHAEL LAURIE, THOMAS
JONES, CPA, CAR BUYERS NYC INC., GOLD
COAST CARS OF SYOSSET LLC, GOLD COST
CARS OF SUNRISE LLC, GOLD COAST MOTORS
AUTOMOTIVE GROUP LLC, GOLD COAST MOTORS
OF LIC LLC, GOLD COAST MOTORS OF ROSLYN
LLC, GOLD COAST MOTORS OF SMITHTOWN LLC,
UEA PREMIER MOTORS CORP., DLA CAPITAL
PARTNERS INC., JONES, LITTLE & CO., CPA'S LLP,
FLUSHING BANK, LIBERTAS FUNDING LLC,
J.P. MORGAN CHASE BANK, N.A., 189 SUNRISE HWY
AUTO LLC, AND NORTHSHORE MOTOR LEASING, LLC,

          Defendants.
------------------------------------------------------------------X

Case No. 2:23-cv-6188(JMW)

**DECLARATION OF
ARIEL E. RONNEBURGER**

   I, Ariel E. Ronneburger, hereby declare under penalty of perjury:

   1.  I am an attorney-at-law and am a member of the firm of Cullen and Dykman LLP, attorneys for defendant Flushing Bank in the above-entitled action. I am admitted to practice before this Court.

2. I submit this declaration in opposition to plaintiffs' motion pursuant to Fed. R. Civ. P. 54(b) seeking final judgment and certifying an interlocutory appeal of this Court's Opinion and Order dated March 21, 2025, which partially granted Flushing Bank's motion to dismiss.

3. For the reasons set forth in the accompanying memorandum of law, plaintiffs' motion should be denied in its entirety.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Dated: Uniondale, New York
January 2, 2026

CULLEN AND DYKMAN LLP

/s/ *Ariel E. Ronneburger*

Ariel E. Ronneburger
*Attorneys for Defendant*
*Flushing Bank*
333 Earle Ovington Boulevard, 2nd Floor
Uniondale, New York 11553
aronneburger@cullenllp.com
