Anthony C. Valenziano, Esq.
SHERMAN ATLAS SYLVESTER & STAMELMAN LLP
1185 Avenue of the Americas, 2nd Floor
New York, New York 10036
(212) 763-6464
Attorneys for Defendant
JPMorgan Chase Bank, N.A.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

Case No.: 2:23-cv-6188 (OEM)(JMW)

| | |
|---|---|
| SUPERB MOTORS INC., TEAM AUTO SALES LLC, ROBERT ANTHONY URRUTIA, 189 SUNRISE HWY AUTO LLC, NORTHSHORE MOTOR LEASING, LLC, BRIAN CHABRIER, *individually and derivatively as a member of* NORTHSHORE MOTOR LEASING, LLC, JOSHUA AARONSON, *individually and derivatively as a member of* 189 SUNRISE HWY AUTO, LLC, JORY BARON, 1581 HYLAN BLVD AUTO LLC, 1580 HYLAN BLVD AUTO LLC, 1591 HYLAN BLVD AUTO LLC, 1632 HYLAN BLVD AUTO LLC, 1239 HYLAN BLVD AUTO LLC, 2519 HYLAN BLVD AUTO LLC, 76 FISK STREET REALTY LLC, 446 ROUTE 23 AUTO LLC and ISLAND AUTO MANAGEMENT, LLC, | |
| Plaintiffs, | |
| v. | |
| ANTHONY DEO, SARAH DEO, HARRY THOMASSON, DWIGHT BLANKENSHIP, MARC MERCKLING, MICHAEL LAURIE, THOMAS JONES, CPA, CAR BUYERS NYC INC., GOLD COAST CARS OF SYOSSET LLC, GOLD COAST CARS OF SUNRISE LLC, GOLD COAST MOTORS AUTOMOTIVE GROUP LLC, GOLD COAST MOTORS OF LIC LLC, GOLD COAST MOTORS OF ROSLYN LLC, GOLD COAST MOTORS OF SMITHTOWN LLC, UEA PREMIER MOTORS CORP., DLA CAPITAL PARTNERS INC., JONES, LITTLE & CO., CPA'S LLP, FLUSHING BANK, LIBERTAS FUNDING LLC, and J.P. MORGAN CHASE BANK, N.A., | **DECLARATION OF ANTHONY C. VALENZIANO IN SUPPORT OF DEFENDANT JPMORGAN CHASE BANK, N.A.'S OPPOSITION TO PLAINTIFFS' MOTION PURSUANT TO FED. R. CIV. P. 54(B)** |
| Defendants. | |

I, ANTHONY C. VALENZIANO, do hereby declare under penalty of perjury as follows:

1. I am a partner with the law firm of Sherman Atlas Sylvester & Stamelman LLP, attorneys for defendant JPMorgan Chase Bank, N.A. ("Chase"). I am fully familiar with the facts set forth herein and submit this certification in opposition to the motion filed by plaintiffs for an Order pursuant to Fed. R. Civ. P. 54(b) for final judgment and certifying an interlocutory appeal of this Court's Opinion and Order dated March 21, 2025, which granted Chase's motion to dismiss in its entirety.

2. Chase agrees with and joins in the arguments made by defendants Thomas Jones CPA and Jones, Little & Co., CPA LLP (ECF Docket Entry No. 369) and Flushing Bank (ECF Docket Entry No. 378). For the reasons set forth therein, Chase respectfully requests that the motion be denied.

I declare under penalty of perjury that the foregoing is true and correct.

/s/Anthony C. Valenziano
ANTHONY C. VALENZIANO

DATED: January 2, 2026

4930-6186-2789, v. 1