# Sage Legal LLC

**1981 Marcus Avenue • Suite C129 • New Hyde Park, NY 11042-1017 • (718) 412-2421 • emanuel@sagelegal.nyc**

January 3, 2026

**VIA ECF**
United States District Court
Eastern District of New York
Attn: Hon. James M. Wicks, U.S.M.J.
100 Federal Plaza, Courtroom 1020
Central Islip, NY 11722-4438

   **Re: Superb Motors Inc,** *et al.* **v. Deo,** *et al.*
     **Case No.: 2:23-cv-6188 (JMW)**

Dear Judge Wicks:

  This office represents Plaintiffs Superb Motors Inc. ("Superb"), Team Auto Sales LLC ("Team"), and Robert Anthony Urrutia ("Urrutia") (Superb, Team, and Urrutia collectively hereinafter the "Superb Plaintiffs") in the above-referenced case. We write this letter along with the IAG Plaintiffs, being all Plaintiffs in the above referenced matter other than the "Superb Plaintiffs" (and together with the Island Auto Plaintiffs, "Plaintiffs") to respectfully request an extension of time of one (1) week to file reply papers in further support of their motion for entry of judgment under Rule 54(b) of the Federal Rules of Civil Procedure (hereinafter referred to as "Rules" or "Rule").

  Rule 6 provides that "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time … with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires." See Fed. R. Civ. P. 6(b)(1)(B).

  Consistent with ¶ 1(D) of this Court's Individual Practice Rules, Plaintiffs respectfully submit that: (i) the original date the Plaintiffs have to file reply papers in further support of their Rule 54(b) motion is January 12, 2026 pursuant to the notice of motion, but Plaintiffs make this request in an abundance of caution because Defendants Thomas Jones, CPA ("Jones"), Jones, Little & Co., CPA's LLP ("JLC CPA") (Jones and JLC CPA collectively hereinafter the "CPA Defendants") submitted opposition papers on December 23, 2025 such that, pursuant to Local Civil Rule 6.1(b), Plaintiffs' reply papers would have been due on December 30, 2025; (ii-iii) there have been no previous requests for an extension of this deadline; (iv) an extension of time is necessary because Plaintiffs have been focused on preparing for depositions and completing discovery in this case, and Plaintiffs notice of motion provides that reply papers are due on January 12, 2026 absent an Order from this Court to the contrary.[1] See ECF 365. Finally, only the CPA Defendants have thus far submitted opposition but other defendants may yet file opposition which is not due until January 2, 2026 and it would inefficient for Plaintiffs prepare and the Court to review a piecemeal reply; and (v) Defendants Harry R. Thomasson, Esq., Flushing Bank, and Libertas Funding LLC consent to this request, and the remaining Defendants did not respond.

---

[1] While this Court did issue an Order that the Defendants' response was due on January 2, 2026, the Order was silent as to the deadline to file reply papers in further support. In any event, applying Local Civil Rule 6.1(b), Plaintiffs' reply papers should be due on or before January 9, 2026.

Hon. James M. Wicks, U.S.M.J.
United States District Court
Eastern District of New York
January 3, 2026
P a g e | 2

  For the foregoing reasons, the Plaintiffs respectfully submit that sufficient good cause exists for this Court's exercise of discretion in favor of granting the requested extension of time. This is especially the case where the remaining Defendants each filed their oppositions to the same motion just yesterday, as required by this Court's December 20, 2025 Order.

  Plaintiffs thank this Court for its time and attention to this case.

Dated: New Hyde Park, New York
   January 3, 2026        Respectfully submitted,

                **SAGE LEGAL LLC**

                By: */s/ Emanuel Kataev, Esq.*
                Emanuel Kataev, Esq.
                1981 Marcus Avenue, Suite C129
                New Hyde Park, NY 11042-1017
                (718) 412-2421 (office)
                (917) 807-7819 (cellular)
                (718) 489-4155 (facsimile)
                emanuel@sagelegal.nyc

                *Attorneys for Plaintiffs*
                *Superb Motors Inc.*
                *Team Auto Sales LLC, and*
                *Robert Anthony Urrutia*

                **CYRULI SHANKS & ZIZMOR LLP**

                /s
                Jeffrey Ruderman, Esq.
                420 Lexington Avenue, Suite 2320
                New York, NY 10170-0002
                (212) 661-6800 (office)
                (347) 379-4622 (direct dial)
                (212) 661-5350 (facsimile)
                jruderman@cszlaw.com

                *Attorneys for Remaining Plaintiffs*

**VIA ECF**
All counsel of record