# CYRULI SHANKS
## CYRULI SHANKS & ZIZMOR LLP

Jeffrey C. Ruderman<br>
email: jruderman@cszlaw.com<br>
Admitted NY, NJ and CT

January 12, 2026

United States District Court
Eastern District of New York
<u>Attn</u>: Hon. James M. Wicks, U.S.M.J.
100 Federal Plaza, Courtroom 1020
Central Islip, NY 11722-4438

      Re:    **Superb Motors Inc,** *et al.* **v. Deo,** *et al.*
              **Case No.: 2:23-cv-6188 (JMW)**

Dear Judge Wicks:

      This office represents the IAG Plaintiffs, being all Plaintiffs in the above referenced matter <u>other than</u>, Plaintiffs Superb Motors Inc., Team Auto Sales LLC, and Robert Anthony Urrutia (collectively with the IAG Plaintiffs, the "Plaintiffs") in the above-referenced case. Plaintiffs write this letter to respectfully request an extension to January 16, 2026 file reply papers in further support of their motion for entry of judgment under Rule 54(b) of the Federal Rules of Civil Procedure (ECF Doc 365)(hereinafter referred to as "Rules" or "Rule").

      Rule 6 provides that "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time … with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires." <u>See</u> Fed. R. Civ. P. 6(b)(1)(B).

      Consistent with ¶ 1(D) of this Court's Individual Practice Rules, Plaintiffs respectfully submit that: (i) the original date the Plaintiffs have to file reply papers in further support of their Rule 54(b) motion is January 12, 2026 pursuant to the notice of motion, and this Court granting Plaintiffs until January 12, 2026 to file the reply (Text Order January 4, 2026); (ii-iii) there has been one previous request for a confirmation/extension of this deadline to January 12, 2016 (ECF Doc. 380) which this Court granted; (iv) an extension of time is necessary because Plaintiffs have participated in four (4) depositions this past week, and have the deposition of defendant Anthony Deo on Monday, January 12, 202, and given the fact Plaintiffs need to address arguments raised in two separate briefs, joined by the other defendants, which requires substantial time and attention, and need such extension to prepare the reply; and (v) Defendants consent to this request.

ATTORNEYS AT LAW
420 LEXINGTON AVENUE, NEW YORK, NEW YORK 10170
TEL: (212) 661-6800 • FAX: (212) 661-5350

## CYRULI SHANKS
CYRULI SHANKS & ZIZMOR LLP

For the foregoing reasons, the Plaintiffs respectfully submit that sufficient good cause exists for this Court's exercise of discretion in favor of granting the requested extension of time.

Plaintiffs thank this Court for its time and attention to this case.

Dated: New Hyde Park, New York
January 12, 2026

Respectfully submitted,

**SAGE LEGAL LLC**

By: _/s/ Emanuel Kataev, Esq._
Emanuel Kataev, Esq.
1981 Marcus Avenue, Suite C129
New Hyde Park, NY 11042-1017
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorneys for Plaintiffs*
*Superb Motors Inc.*
*Team Auto Sales LLC, and*
*Robert Anthony Urrutia*

**CYRULI SHANKS & ZIZMOR LLP**

_____/s_____
Jeffrey Ruderman, Esq.
420 Lexington Avenue, Suite 2320
New York, NY 10170-0002
(212) 661-6800 (office)
(347) 379-4622 (direct dial)
(212) 661-5350 (facsimile)
jruderman@cszlaw.com

*Attorneys for Remaining Plaintiffs*

# CYRULI SHANKS

CYRULI SHANKS & ZIZMOR LLP

**VIA ECF**

All counsel of record

    We thank the Court for its consideration in this regard.

Respectfully yours,

*/s/ Jeffrey C. Ruderman*
Jeffrey C. Ruderman

cc:    All counsel via ECF