EXHIBIT "C"

**NEW YORK STATE Department of Motor Vehicles**
Bureau of Consumer and Facility Services
**APPLICATION CODING SHEET**
☐ Investigation Required

TRACKING #: 2023-00958-1-DLU

FACILITY #: 7 1 3 1 1 5 1    3 OF NAME: G O L    EXP. DATE: 0 4 - 2 5

FACILITY NAME: G O L D ; C O A S T ; M O T O R S ; O F

NAME OVERFLOW: S U N R I S E ; L L C

STREET: 1 8 0 M I C H A E L D R I V E

CITY/STATE: S Y O S S E T   N Y

ZIP CODE: 1 1 7 9 1    COUNTY: N A S S

OWNERSHIP TYPE: ☐ Individual ☐ Partnership ☑ Corporation ☐ Governmental ☐ Educational ☐ DBA

CORP/OWNER NAME: A N T H O N Y ; D E O

NAME OVERFLOW:

STREET: [redacted]

CITY/STATE: [redacted]

ZIP CODE: [redacted]

GROUPS: ☐ 1-A ☐ 1-B ☐ 2-A ☐ 2-B ☐ 3
INDICATORS: ☐ E ☐ M ☐ C

☑ Original   ☐ Add Business
☐ Amendment   ☐ Duplicate
☐ No Certificate Required
☐ Amend and ☐ Renew ☐ Approve ☐ Replace
☐ Add OQB
☐ Remove OQB
☐ Amend Groups
☐ Add ☐ Remove Emissions/Diesel No.
☐ Add ☐ Amend ☐ Remove Bond Ind.
☐ Cross Ref. Old Facility
☐ Amend Facility Type
   From:
   To:
☐ Add DBA   ☐ Remove DBA
☐ Orig W/Exist Record

**FACILITY TYPE AND CONTROL NO.**    Appr/Denied

☐ RS    ☐ RSB    ☐ DIA
☐ ISP    ☐ ISD    ☐ ISF
☐ DLN    ☑ DLU 03187    ☐ DLQ
☐ DLW    ☐ DLB    ☐ DLS
☐ TRS    ☐ DIS    ☐ SLP
☐ IVC    ☐ MCC    ☐ SCP
☐ PSP    ☐ SCC    ☐ YTB
☐ 907    ☐ ATV

Bond Indicator: ☑ H ☐ K ☐ C ☐ E   Total Fee: $ 0 4 8 7 . 5 0
Facility Phone Number: (516) 519-1668
OPAL ID #:
Date of Request: 05/08/2023 (mm/dd/yyyy)   Processed By: PMC (Initials)

VS-37A (3/17)

# NEW YORK Department of Motor Vehicles — ORIGINAL FACILITY APPLICATION

FOR ASSISTANCE WITH THE COMPLETION OF THIS APPLICATION OR INFORMATION ON BUSINESS REQUIREMENTS
PLEASE VISIT DMV.NY.GOV

Tracking #: 2023-00958
Facility #: 7131151

**DMV USE ONLY** — County | Zip Code | Facility Name

## ALL APPLICANTS: PLEASE READ CAREFULLY

This is the business type that you applied for. Complete all 5 pages of this form.

[X] **Dealer/Transporter**  DLU
*dealer/transporter information is on page 4*

NOTE: If you apply for a Junk & Salvage business you must submit form VS-1JS.

### PART 1 — Print name and location of business, business e-mail address and phone number below:

- Business Name: GOLD COAST MOTORS OF SYOSSET LLC
- Business E-mail Address: ANTHONYD@GCMAUTOS.COM
- Business Street Address (physical location): 180 MICHAEL DRIVE
- Business Phone No.: (516) 5191668
- City: SYOSSET
- State: NY
- ZIP: 11791
- County: NASSAU

**CONTACT:** This information will be used for contact and correspondence while processing this application ONLY!

- Contact Person (principal of business): ANTHONY DEO
- Title: PARTNER
- Contact's E-mail Address: ANTHONYD@GCMAUTOS.COM
- Mailing Address: 180 MICHAEL DRIVE
- Contact Phone No.: (516) 5091668
- City: SYOSSET
- State: NY
- ZIP: 11791
- County: NASSAU

### PART 2 — Ownership - you may only select one of the following four business types (Part 2 continues on next page)

- [ ] Individual (complete Section A)
- [X] Corporation/LLC (complete Section C)
- [ ] Partnership (complete Section B)
- [ ] Government/Education (complete Section D)

#### SECTION A

[ ] **INDIVIDUAL** (doing business in your legal name)  OR  [ ] **INDIVIDUAL WITH ASSUMED NAME** ("doing business as" or DBA name)
- Proof of business name not required.
- // Enclose a copy of the business certificate obtained from your County Clerk's office.
- // Attach a copy (front & back) of the owner's valid driver license. If the owner does not have a driver license, // attach a copy of one of the following: non-driver ID card, passport or resident alien card.

| Last Name | First | MI | Date of Birth |
| Residence Address | City | State | ZIP | Residence Phone No. |
| Please Sign Name in Full: X | | Driver License/Non Driver ID Number |

#### SECTION B

[ ] **PARTNERSHIP WITH ASSUMED NAME** ("doing business as" or DBA name)
- // Enclose a copy of the partnership papers obtained from your County Clerk's office. The partnership papers must contain all partners' names and the DBA name.
- Complete one section for each partner; if more than three, // attach additional pages. // Attach a copy of each partner's driver license. If a partner does not have a driver license, // attach a copy of one of the following: non-driver ID card, passport or resident alien card.

1. Last Name | First | MI | Date of Birth
   Residence Address | City | State | ZIP | Residence Phone No.
   Please Sign Name In Full: X | Driver License Number

2. Last Name | First | MI | Date of Birth
   Residence Address | City | State | ZIP | Residence Phone No.
   Please Sign Name In Full: X | Driver License Number

3. Last Name | First | MI | Date of Birth
   Residence Address | City | State | ZIP | Residence Phone No.
   Please Sign Name In Full: X | Driver License Number

*Stamp: MOTOR VEHICLES — MAR 0 2 2023 — DIVISION OF VEHICLE SAFETY*

VS-1D (11/22)

PART 2 continued on next page

PAGE 1 OF 5

**PART 2 (Ownership) CONTINUED FROM PAGE 1**

☐ **CORPORATION** (Inc., Corp., Ltd.)
  ➢ // Enclose a copy of the filing receipt issued from the NYS Department of State: (518) 473-2492 or dos.ny.gov

☐ **CORPORATION WITH ASSUMED NAME** ("doing business as" or DBA name)
  ➢ Print corporation name below and // enclose a copy of the filing receipt with the assumed name issued from the NYS Department of State: (518) 473-2492 or dos.ny.gov
  Corporation Name _____

☑ **LIMITED LIABILITY COMPANY (LLC)**

For Inc., Corp., and Ltd., list corporate officers. President, Secretary and Treasurer are required (one person may be President, Secretary, and/or Treasurer). List stockholders and percentage of stock (not required for publicly-traded companies). For LLC, list all managing members. // Attach additional pages if needed. // Attach a copy of each listed person's driver license. (If any listed person does not have a driver license, // attach a copy of one of the following: non-driver ID card, passport or resident alien card. (Must // include documents to show company is publicly-traded.)

1. Last Name: **DEO**  First: **ANTHONY**  MI: ___  Date of Birth: ___
   Title: ☐ President ☐ Secretary ☐ Treasurer ☑ Member ☐ Other ___  Percentage of Stock: **100**
   Residence Address (Include Number and Street) ▓▓▓  City ▓▓▓  State ▓▓▓  ZIP ▓▓▓  Residence Phone No. (Area Code)
   Please Sign Name in Full: **X** [signature]  Driver License Number ▓▓▓

2. Last Name: ___  First: ___  MI: ___  Date of Birth: ___
   Title: ☐ President ☐ Secretary ☐ Treasurer ☐ Member ☐ Other ___  Percentage of Stock: ___
   Residence Address  City  State  ZIP  Residence Phone No.
   Please Sign Name in Full: X  Driver License Number

3. Last Name: ___  First: ___  MI: ___  Date of Birth: ___
   Title: ☐ President ☐ Secretary ☐ Treasurer ☐ Member ☐ Other ___  Percentage of Stock: ___
   Residence Address  City  State  ZIP  Residence Phone No.
   Please Sign Name in Full: X  Driver License Number

☐ **EDUCATIONAL FACILITY** (School, BOCES)
  ➢ Print Superintendent's name below. No documents required for proof of business name.
  Superintendent (Name and Phone No.) _____

☐ **GOVERNMENT AGENCY** (State, County, City)
  ➢ Print Government Official's name below. No documents required for proof of business name.
  Government Official (Name and Phone No.) _____

Please enter information of supervising employee of facility who may be contacted regarding compliance issues.

1. Last Name ___  First ___  MI ___  Date of Birth ___
   Contact Address (Include Number and Street)  City  State  ZIP  Contact Phone No. (Area Code)
   Email ___
   Please Sign Name in Full: X  Driver License Number

**PART 2 (Ownership) CONTINUED FROM PAGE 1**

☐ **CORPORATION** (Inc., Corp., Ltd.)
  ➢ //Enclose a copy of the filing receipt issued from the NYS Department of State: **(518) 473-2492 or dos.ny.gov**

☐ **CORPORATION WITH ASSUMED NAME** ("doing business as" or DBA name)
  ➢ Print corporation name below and // enclose a copy of the filing receipt with the assumed name issued from the NYS Department of State: **(518) 473-2492 or dos.ny.gov**
  **Corporation Name** _____

☑ **LIMITED LIABILITY COMPANY (LLC)**

For Inc., Corp., and Ltd., list corporate officers. **President, Secretary and Treasurer are required** (one person may be President, Secretary, and/or Treasurer). List stockholders and percentage of stock (not required for publicly-traded companies). For LLC, list all managing members. //Attach additional pages if needed. // Attach a copy of each listed person's driver license. (If any listed person does not have a driver license, // attach a copy of one of the following: non-driver ID card, passport or resident alien card. (Must // include documents to show company is publicly-traded.)

**SECTION C**

1. **Last Name:** DEO  **First:** ANTHONY  **MI:**  **Date of Birth (Month/Day/Year):** [redacted]
   **Title (check all that apply):** ☐ President ☐ Secretary ☐ Treasurer ☑ Member ☐ Other _____  **Percentage of Stock:** 100
   **Residence Address (Include Number and Street):** [redacted]  **City:** [redacted]  **State:** [redacted]  **ZIP:** [redacted]  **Residence Phone No. (Area Code):** [redacted]
   **Please Sign Name in Full:** X  **Driver License Number:** [redacted]

2. **Last Name:**  **First:**  **MI:**  **Date of Birth (Month/Day/Year):**
   **Title (check all that apply):** ☐ President ☐ Secretary ☐ Treasurer ☐ Member ☐ Other _____  **Percentage of Stock:**
   **Residence Address (Include Number and Street):**  **City:**  **State:**  **ZIP:**  **Residence Phone No. (Area Code):** ( )
   **Please Sign Name in Full:** X  **Driver License Number:**

3. **Last Name:**  **First:**  **MI:**  **Date of Birth (Month/Day/Year):**
   **Title (check all that apply):** ☐ President ☐ Secretary ☐ Treasurer ☐ Member ☐ Other _____  **Percentage of Stock:**
   **Residence Address (Include Number and Street):**  **City:**  **State:**  **ZIP:**  **Residence Phone No. (Area Code):** ( )
   **Please Sign Name in Full:** X  **Driver License Number:**

**SECTION D**

☐ **EDUCATIONAL FACILITY** (School, BOCES)
  ➢ Print Superintendent's name below. No documents required for proof of business name.
  **Superintendent** (Name and Phone No.) _____

☐ **GOVERNMENT AGENCY** (State, County, City)
  ➢ Print Government Official's name below. No documents required for proof of business name.
  **Government Official** (Name and Phone No.) _____

Please enter information of supervising employee of facility who may be contacted regarding compliance issues.

1. **Last Name:**  **First:**  **MI:**  **Date of Birth (Month/Day/Year):**
   **Contact Address (Include Number and Street):**  **City:**  **State:**  **ZIP:**  **Contact Phone No. (Area Code):** ( )
   **Email:**
   **Please Sign Name in Full:** X  **Driver License Number:**

Business Name: GOLD COAST MOTORS OF SYOSSET

**FAILING TO ANSWER THE QUESTIONS IN THIS SECTION ACCURATELY MAY RESULT IN THE DENIAL OF YOUR APPLICATION!**

**PART 3** Complete all sections.

A. Have you or anyone named in Part 2 of this application ever held a business license, registration or certification for any of the types below?
☐ No  ☒ Yes  If "YES" Check the type(s) below and provide all current and previous facility/certified inspector numbers. Attach additional page, if needed.

☐ Retail Motor Vehicle Dealer, New     ☐ Dismantler       ☐ ATV Dealer         ☐ Inspection Station    ☐ Scrap Collector
☒ Retail Motor Vehicle Dealer, Other   ☐ Transporter      ☐ Salvage Pool       ☐ Qualified Dealer      ☐ Scrap Processor
☐ Wholesale Motor Vehicle Dealer       ☐ Boat Dealer      ☐ Repair Shop        ☐ Mobile Car Crusher    ☐ Certified Inspector
☐ Itinerant Vehicle Collector          ☐ Yacht Broker     ☐ Repair Shop disposing of major component scrap

Current facility/certified inspector numbers: _____
Previous facility/certified inspector numbers: 7116600

B. Have you or any person named in this application ever had a financial interest in a DMV-regulated business that had its license, registration or certification denied, suspended or revoked in New York State? This includes an interest as owner, partner, corporate officer or stockholder holding more than ten percent of the stock, and includes matters now on appeal.  ☐ No  ☒ Yes
If "YES": Specify name and address of the person(s), business type, facility number, certified inspector number, date and action that was taken.
ANTHONY DEO  REVOCATION 10/18 FACILITY #7116600

C. Are you, or is anyone named in this application, scheduled for a hearing or been notified of a pending hearing regarding a DMV Vehicle Safety issued business license, registration or certification?  ☒ No  ☐ Yes
If "YES": Specify name and address of the person(s), business type, facility number, certified inspector number, date and action that was taken.

D. Have you or any person named in this application been convicted of, or forfeited bail for, any misdemeanor or felony at any time?  ☒ No  ☐ Yes
If "YES": Name _____ Date of Birth _____
Conviction Date _____ Penalty _____ Court _____
Explain specific nature of offense _____
If you have additional offenses they must be reported on an attached sheet.

E. Does anyone else have a financial interest in your business that is not disclosed on this application?  ☒ No  ☐ Yes
If "YES":  Name _____

F. All applicants, except Inspection Stations and Transporters, must provide a copy of NYS Department of Taxation and Finance DTF-17A (Certificate of Authority) or your valid NYS issued tax ID number here: 861353761    tax.ny.gov or (518) 485-2889
*Verify your ID is valid at https://www7b.nystax.gov/TIVL/tivlStart before submitting.

G. You must provide your Federal Employer Identification Number: 861353761 . Do you have employees as defined by Worker's Compensation (see wcb.ny.gov)?  ☒ No  ☐ Yes  If "YES"; attach a copy of Worker's Compensation and Disability Insurance coverage.

**PART 4**
Place of business:  Do you
☐ Own (complete Section A) Attach copy of tax bill or deed.
   The name on the tax bill or deed must match the Business Name in Part 1.
☒ Lease (complete Sections A and B) Attach copy of your lease
   The name on the tax bill or deed does not match the Business Name listed in Part 1
☐ Sublease (complete Sections A, B and C) Attach copy of your sublease
☐ Pending/Lease (complete Sections A and B) Attach notarized statement from property owner*
☐ Pending/sublease (complete Sections A and B) Attach notarized statement from property owner*

* Notarized statement from the property owner stating you will have permission to use location to operate your business (i.e. dealers can sell motor vehicles) upon application approval, describing exactly which portions of the building your business will occupy.

A. All applicants must complete this section.

| Name of Property Owner | Phone No. (Area Code) |
|---|---|
| TAUB DEVELOPMENT LLC | 516  8024764 |

Owner Mailing Address (Include Number and Street): 180 MICHAEL DRIVE

| City | State | ZIP |
|---|---|---|
| SYOSSET | NY | 11791 |

Number of Years or Months Owned: ____  Is this property zoned for all of the business type(s) you are applying for? ☐ YES ☐ NO

PLEASE NOTE: If any of the leases will expire in the next six months, you must provide a letter from the owner or lessor stating the intention to renew that lease. If you do not provide the required information with your application, the application will be **denied**.

B. If you are leasing or subleasing, complete this section.

Print the name the lease is in (Lessee Name): ANTHONY DEO    Phone No. (Area Code): 516  5091668

| Business Address | City | State | ZIP | Must Have at Least Six-Month Lease Expiration Date |
|---|---|---|---|---|
| 180 MICHAEL DRIVE | SYOSSET | NY | 11791 | 06/28 |

C. If you are subleasing, complete this section.

Print the name the sublease is in (Sublessee Name): GOLD COAST MOTORS OF SYOSSET    Phone No. (Area Code): 516  5091668

| Business Address | City | State | ZIP | Must Have at Least Six-Month Lease Expiration Date |
|---|---|---|---|---|
| 180 MICHAEL DRIVE | SYOSSET | NY | 11791 | 06/28 |

VS-1D (11/22)    PAGE 3 OF 5



**DEALER/TRANSPORTER INFORMATION**

Complete #1. Read #2 and #3

1. Check business type(s) below:

   ☐ **Retail Motor Vehicle Dealer, New (franchised passenger cars, SUVs, light trucks, etc.)** – With one or more franchise agreements with one or more registered manufacturers to sell at retail a particular make of <u>new</u> motor vehicle.
   ∅ You must include a copy of every franchise agreement with your application.

   Number of dealer demonstration plates requested_____. Number of MV-50 books requested_____.

   ☑ **Retail Motor Vehicle Dealer, Other (motorcycles, trailers, used cars, RVs, heavy trucks, etc.)** – Engaged in retail or retail with wholesale buying, selling or dealing in motor vehicles, motorcycles, limited use vehicles or trailers of more than 1,000 pounds unladen weight (other than mobile homes).

   Number of dealer demonstration plates requested 10 ___. Number of MV-50 books requested 2 ___.

   ☐ **Wholesale Motor Vehicle Dealer** – Engaged in buying, selling or dealing in motor vehicles, motorcycles or trailers at wholesale ONLY (cannot sell retail).

   Number of transporter plates requested_____. Number of MV-50 books requested_____.

   ☐ **Boat Dealer** – Engaged in buying, selling or trading boats designed to have a motor, and that can be used to transport one or more people across water.

   Number of boat dealer demonstration numbers requested_____. Number of dealer demonstration plates requested_____.

   ☐ **Transporter** – Requiring the limited operation of motor vehicles, motorcycles, limited use vehicles or trailers for the purpose of delivery, repair or improvements. Include a written statement with your application that explains, in detail, your business need for transporter plates.

   Number of transporter plates requested_____.

   ☐ **ATV Dealer** – engaged in buying, selling or trading ATVs.

   ☐ **Yacht Broker** – acts as an agent for either the buyer or the seller of a boat.

2. **All Motor Vehicle Dealers** are required to have in place (and filed with NYS DMV) a surety bond, in the appropriate amount, as follows:

   $20,000 – Retail or Wholesale Motor Vehicle Dealer (other than New) that sold 50 or fewer vehicles during the previous calendar year.

   $100,000 – Retail or Wholesale Motor Vehicle Dealer (other than New) that sold more than 50 vehicles during the previous calendar year.

   $50,000 – Retail Motor Vehicle Dealer, New (franchised passenger cars, SUVs, light trucks, etc.)

   Dealers selling only trailers, motorcycles, vehicles over 10,000 pounds, ATVs, boats, snowmobiles are exempt from the bond requirements.

   ∅ **Form VS-3, Dealer Bond Under New York State Vehicle and Traffic Law Section 415(6-b), must be completed by the surety company. The form (copies accepted), with the surety company's seal, business name, address and signature of owner/partner/corporate officer/managing member, and power of attorney papers must be included with your application.**

3. **All Motor Vehicle Dealers** must enroll in and use the VERIFI electronic book of registry system. For more information visit www.VERIFINY.com

ALL DEALER REGISTRATIONS (MOTOR VEHICLE, BOAT, TRANSPORTER, AND ATV)
see VS-142, Dealer/Transporter Requirements.

# Your Original Facility Application is nearly complete.

### REMEMBER TO INCLUDE THE FEES ASSOCIATED WITH THIS APPLICATION!

When you submit this application, you must submit a check or money order made payable to the Commissioner of Motor Vehicles.

Application and Business Fees: .......................... $487.50

**NOTE:** If you are applying to be a Boat Dealer, Yacht Broker or ATV Dealer, the above fee may not be correct. Please contact Vehicle Safety at (518) 474-0919 for the correct fee for your application.

## CERTIFICATION
(all applicants must complete this section)

FALSE STATEMENTS ON THIS APPLICATION ARE PUNISHABLE BY LAW AND MAY RESULT IN DENIAL, SUSPENSION, OR REVOCATION OF YOUR BUSINESS CERTIFICATE(S). I certify that I am the owner, partner, officer or managing member of the facility named on this application. I further certify that: The facility applying for registration as a motor vehicle dealership is not a franchisor, manufacturer, distributor, distributor branch or factory branch as defined in section §462 of the New York State Vehicle and Traffic Law, nor is the facility a subsidiary, affiliate, or controlled entity thereof; the facility applying for registration as a motor vehicle dealership is, and will remain, in compliance with all state and local laws and regulations, and it will enroll in and use the VERIFI program if registered as a motor vehicle dealership; and all information provided in this application is true. I understand that making a false statement on this application or submitting any documentation in support of this application that is false may be punishable as a criminal offense.

| Name | Date of Birth (Month/Day/Year) |
|---|---|
| ANTHONY DEO | |

| Business e-mail address |
|---|
| ANTHONYD@GCMAUTOS.COM |

| Residence Address (Include Number and Street) | City | State | ZIP |
|---|---|---|---|
| | | | |

| Please Sign Name in Full | Title | Date (Month/Day/Year) |
|---|---|---|
| [signature] | MEMBER | 02/22/2023 |

### PLEASE REVIEW THE REQUIREMENT CHECKLIST(S). YOU MUST MEET ALL REQUIREMENTS TO BE APPROVED.

- *Have you completed the entire application?*
- *Have you signed the application?*
- *Have you included your check or money order for the application and registration/licensing fees? (NO STARTER CHECKS ACCEPTED)*
- *Make your check or money order payable to: Commissioner of Motor Vehicles*
- *Return this completed application along with all REQUIRED ATTACHMENTS by mail to:*

    **Vehicle Safety Services**
    **Application Unit**
    **6 Empire State Plaza, Room 220**
    **Albany NY 12228-0001**

If you need assistance, call the Office of Vehicle Safety Application Unit at 518-474-0919.

Forms are available at dmv.ny.gov