# CYRULI SHANKS
### CYRULI SHANKS & ZIZMOR LLP

Jeffrey C. Ruderman
email: jruderman@cszlaw.com
Admitted NY, NJ and CT

January 21, 2026

**VIA ECF**
Hon. James M. Wicks, U.S.M.J.
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 1020
Central Islip, NY 11722

  Re: Superb Motors Inc. et. al. v. Deo, et. al., Case No. 2:23-cv-6188 (JMW)

Dear Magistrate Judge Wicks:

  This firm represents the "Island Auto Plaintiffs", being all Plaintiffs in the above referenced matter <u>other than</u> the "Superb Plaintiffs" (being Superb Motors Inc., Team Auto Sales LLC, and Robert Anthony Urrutia) (and together with the Island Auto Plaintiffs, "Plaintiffs"). We write this letter jointly with all parties, after meeting-and-conferring today following a deposition in this case, to respectfully request an extension of time to complete discovery. This Court previously granted an extension of time to complete discovery and related deadlines as follows: (i) all discovery to be completed by January 31, 2026; (ii) last date in first steps of summary judgment motion practice is February 20, 2026; (iii) joint pretrial Order due on April 23, 2026; (iv) in-person final pretrial conference on April 30, 2026; and (v) jury selection and trial to begin on July 6, 2026. <u>See</u> Text Only Orders dated December 11, 2025.

  Although the parties' so Ordered deposition schedule is proceeding apace, as – consistent with same – the depositions of Plaintiff Asad Khan, Plaintiff Estate of David Baron by and through its representative Iris Baron, Plaintiff Joshua Aaronson, Plaintiff Robert Anthony Urrutia, Plaintiff Brian Chabrier, Defendant Anthony Deo (partially), and Plaintiff Jory Baron have been completed,[1] the parties need additional dates to complete the continued deposition of Anthony Deo (ECF Docket Entry 388), as well as other non-party depositions.[2]

---

[1] Moreover, while the Superb Plaintiffs have fifty-seven (57) minutes of testimonial time left for Deo's deposition, the Island Auto Group Plaintiffs have a full seven (7) hours remaining, and both Defendants Flushing Bank and Libertas Funding, LLC have each confirmed that they seek to also depose Deo.

[2] Defendant Harry R. Thomasson, Esq. ("Thomasson") issued a subpoena *ad testificandum* to non-party J.P. Morgan Chase Bank, N.A. to proceed on January 20, 2026, but has informed us it is not proceeding due to a surgery he underwent over the weekend.

# CYRULI SHANKS

CYRULI SHANKS & ZIZMOR LLP

Further, although the parties had previously exchanged documentary productions, some of the depositions have resulted in calls for further production of documents based on testimony presented by the aforesaid witnesses. Meanwhile, Plaintiffs are still awaiting responses to a number of non-party subpoenas *duces tecum* and *ad testificandum* on various businesses and financial institutions. Moreover, Thomasson has indicated a desire to issue subpoenas, as well. Last but not least, the deposition of Defendant Dwight Blankenship must be rescheduled because he is engaged in an operation related to his work such that only the deposition of Defendant Marc Merckling will proceed on Monday, January 26, 2026.

In addition to respective counsels' existing caseload, completing discovery, conducting numerous depositions and coordinating witness availability cannot be completed within the current time frame provided. As such, an extension of the discovery deadline is respectfully requested jointly by all parties.

Consistent with ¶ 1(D) of this Court's Individual Practice Rules, Plaintiffs respectfully submit that: (i) the original date by which to complete discovery is currently January 31, 2026; (ii-iii) there have been at least two (2) previous requests for an extension of this deadline, which were granted; (iv) an extension of time is necessary to complete documentary production and complete numerous depositions, including the continued deposition of Anthony Deo; and (v) all parties join in this request.

The parties propose the following extended dates, with all of the other foregoing dates remaining intact: (i) all discovery to be completed by March 6, 2026; (ii) last date in first steps of summary judgment motion practice is March 31, 2026.

For the foregoing reasons, the parties respectfully submit that sufficient good cause exists to warrant this Court's exercise of discretion in favor of granting an extension of time to complete discovery until March 6, 2026. See Fed. R. Civ. P. 6(b)(1)(A).

We thank the Court for its consideration in this regard.

Respectfully yours,

*/s/ Jeffrey C. Ruderman*
Jeffrey C. Ruderman

cc:   All counsel via ECF