CMM:ku
F. # 2023R00705

AO 110 (Rev. 06/09) Subpoena to Testify Before a Grand Jury

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

## SUBPOENA TO TESTIFY BEFORE A GRAND JURY

To: Marc Merckling
259 E 4th Street
Deer Park, NY

**YOU ARE COMMANDED** to appear in this United States District Court at the time, date, and place shown below to testify before the court's grand jury. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: Long Island Federal Courthouse<br>Eastern District of New York<br>610 Federal Plaza<br>Central Islip, New York 11722 | Date and Time:<br>Wednesday, October 30, 2024 at 10:00 am |
|---|---|

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:



Date: 10/23/2024

**BRENNA B. MAHONEY**
*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the United States Attorney, or Assistant United States Attorney, who requests this subpoena, are:

Assistant U.S. Attorney Catherine M. Mirabile
U.S. Attorney's Office, Eastern District of New York
610 Federal Plaza, Central Islip, New York 11722
Catherine.M.Mirabile@usdoj.gov
(631) 715-7850