**THE LINDEN LAW GROUP, P.C.**
250 Park Avenue, 7th Floor
New York, New York 10177
(212) 655-9536

---

January 28, 2025

**<u>Via ECF</u>**

Honorable James M. Wicks
U.S. District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

      Re:    *Superb Motors, Inc., et al. v. Anthony Deo, et al.*
                Case No. 2:23-cv-6188 (JW)

Dear Judge Wicks:

      On behalf of the Deo Defendants, I join, adopt, refer to and incorporate by reference Defendant Mr. Harry Thomasson's Letter Opposition at ECF Doc. #393 in response to Plaintiff's motion.

      Thanking the Court for its consideration in this matter.

                                             Very truly yours,

                                             *Jeffrey Benjamin*
                                             Jeffrey Benjamin, Esq.