# Sage Legal LLC

**18211 Jamaica Avenue • Jamaica, NY 11423-2327 • (718) 412-2421 • emanuel@sagelegal.nyc**

January 28, 2026

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. James M. Wicks, U.S.M.J.
100 Federal Plaza, Courtroom 1020
Central Islip, NY 11722-4438

   Re: **Superb Motors Inc.,** *et al.* **v. Deo,** *et al.*
     **Case No.: 2:23-cv-6188 (JMW)**

Dear Judge Wicks:

  This firm represents Plaintiffs Superb Motors Inc. ("Superb"), Team Auto Sales LLC ("Team Auto"), and Robert Anthony Urrutia ("Urrutia") (Superb, Team Auto, and Urrutia collectively hereinafter the "Superb Plaintiffs") in the above-referenced case. Together with the Island Auto Group Plaintiffs (being all remaining plaintiffs) (collectively "Plaintiffs"), the Plaintiffs respectfully submit this letter request for the issuance of judicial subpoenas to: (i) the New York State Department of Motor Vehicles ("DMV"); (ii) the Nassau County Police Department ("NCPD"); and (iii) the United States Small Business Administration ("SBA").

  The DMV, NCPD, and SBA each require subpoenas to be "judicial subpoenas" in order to respond to same. <u>See</u>, <u>e.g.</u>, New York Vehicle & Traffic Law § 201 (providing that subpoenas may only be used for individual records and that a judicial warrant signed by a judge is otherwise required); https://dmv.ny.gov/records/how-to-serve-a-subpoena ("The DMV will honor a subpoena if it is … a subpoena ordered by a federal court"); <u>see also</u> https://www.pdcn.org/253/Records-Bureau ("[a] subpoena Duces Tecum for documents must be so-ordered and signed by a judge and is required to obtain any and all police records"); and 13 C.F.R. § 102.11 (requiring approval of subpoenas by Associate General Counsel for Litigation).

  The procedure to have a subpoena "so Ordered" or rendered a judicial subpoena merely requires a request to the Court. <u>See</u>, <u>e.g.</u>, <u>Pearson v. Reid-Robinson</u>, No.: 1:16-cv-3139 (RRM) (PK), ECF Docket Entry 33 and Text Only Order dated January 2, 2018 ("Plaintiff's request to issue Judicial Subpoenas … is granted"); <u>see also</u> <u>Moroughon v. County of Suffolk</u>, No. 12-cv-512 (JFB) (AKT), 2013 WL 12458177 (E.D.N.Y. Aug. 13, 2013) (granting letter request for judicial subpoena (ECF Docket Entry 65) and denying motion to quash same).

  Pursuant to Rule 45(a)(4) of the Federal Rules of Civil Procedure, Plaintiffs provided all counsel of record with notice of these subpoenas earlier today.

  Plaintiffs thank this Court for its continued time and attention to this case.

Dated: Jamaica, New York
January 28, 2026

        Respectfully submitted,

**SAGE LEGAL LLC**
By: */s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorneys for Defendant*
*Superb Motors Inc.*
*Team Auto Sales LLC, &*
*Robert Anthony Urrutia*

**CYRULI SHANKS & ZIZMOR LLP**

_____/s_____
Jeffrey Ruderman, Esq.
420 Lexington Avenue, Suite 2320
New York, NY 10170-0002
(212) 661-6800 (office)
(347) 379-4622 (direct dial)
(212) 661-5350 (facsimile)
jruderman@cszlaw.com

*Attorneys for Remaining Plaintiffs*

**VIA ECF**
All counsel of record