# Sage Legal LLC

**18211 Jamaica Avenue • Jamaica, NY 11423-2327 • (718) 412-2421 • emanuel@sagelegal.nyc**

<u>VIA ECF</u>                                                                                                          January 28, 2026
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. James M. Wicks, U.S.M.J.
100 Federal Plaza, Courtroom 1020
Central Islip, NY 11722-4438

        *Re:*    <u>**Superb Motors Inc.**, *et al.* **v. Deo,** *et al.*</u>
              <u>**Case No.: 2:23-cv-6188 (JMW)**</u>

Dear Judge Wicks:

      This firm represents Plaintiffs Superb Motors Inc. ("Superb"), Team Auto Sales LLC ("Team Auto"), and Robert Anthony Urrutia ("Urrutia") (Superb, Team Auto, and Urrutia collectively the "Superb Plaintiffs") in the above-referenced case. Together with the Island Auto Group Plaintiffs (being all remaining plaintiffs) (collectively "Plaintiffs"), the Plaintiffs submit this letter motion to respectfully seek leave to respond to the opposition to Plaintiffs' motion to compel deposition testimony of Defendant Marc Merckling ("Merkling") filed today by Defendant Harry Thomasson ("Thomasson") and adopted by Jeffrey Benjamin ("Benjamin"), attorney for Merckling and the Deo Defendants. <u>See</u> ECF Docket Entries 393 and 394.

      It is Plaintiffs' position that this Court should not consider the opposition filed by Thomasson because this Court has previously disregarded his opposition to the Court concerning a privilege issue raised at the Anthony Deo deposition. <u>See</u> ECF Docket Entry 388 at 2 n. 2 ("Mr. Thomasson makes arguments purportedly on behalf of the Deo Defendants—something he is prohibited from doing in light of his disqualification"). Also, the Court's Text Order dated January 26, 2026 directed simultaneous submissions, not reading and responding to the other's submission. Yet Thomasson clearly and directly responded to Plaintiffs' arguments in its submission, which was also submitted late.

      The arguments raised by Thomasson concerning the night of August 3, 2023 are not in the deposition record, not argued at the time of Thomasson's objection and direction not to answer, and are inaccurate. Moreover, they have no evidentiary value as the statements made in Thomasson's letter are not sworn. <u>See</u> <u>Churaman-Jadoo v. Daniels</u>, No. 23-CV-08482 (JMA) (LGD), 2025 WL 2614943, at *4 (E.D.N.Y. Sept. 10, 2025) ("counsel asserts these new facts in [his] opposition for the first time with no declaration, affirmation, or affidavit to accompany them. They therefore have no evidentiary value and do not warrant consideration by the Court") (citing, <u>e.g.</u>, <u>Kulhawik v. Holder</u>, 571 F.3d 296, 298 (2nd Cir. 2009) ("An attorney's unsworn statements in a brief are not evidence"). However, to the extent this Court wishes to consider these assertions (which it should not), Plaintiffs have not had an opportunity to address these factually inaccurate statements and thus seek leave to do so. As such, should this Court consider the letter in opposition submitted by Thomasson, and adopted by Bejamin, (which, again, Plaintiffs respectfully submit it should not), Plaintiffs respectfully request leave to submit a response to that opposition with evidence to rebut Thomasson's false contentions by Monday, February 2, 2026. Plaintiffs thank this Court for its continued time and attention to this case.

Dated: Jamaica, New York
      January 28, 2026

Respectfully submitted,

**SAGE LEGAL LLC**
By: */s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorneys for Defendant*
*Superb Motors Inc.*
*Team Auto Sales LLC, &*
*Robert Anthony Urrutia*

**CYRULI SHANKS & ZIZMOR LLP**

      /s_____
Jeffrey Ruderman, Esq.
420 Lexington Avenue, Suite 2320
New York, NY 10170-0002
(212) 661-6800 (office)
(347) 379-4622 (direct dial)
(212) 661-5350 (facsimile)
jruderman@cszlaw.com

*Attorneys for Remaining Plaintiffs*

**VIA ECF**
All counsel of record