```
                                                              Page 1

 1
 2    UNITED STATES DISTRICT COURT
      EASTERN DISTRICT OF NEW YORK
 3    Civil Action No. 2:23-cv-6188-JMW
 4    - - - - - - - - - - - - - - - - - - x
      SUPERB MOTORS INC., et al.,
 5
                         Plaintiff,
 6
              - against -
 7
      ANTHONY DEO, et al.,
 8
                         Defendants.
 9
10    - - - - - - - - - - - - - - - - - - x
11
12
13           REMOTE STATEMENT FOR THE RECORD
14              Thursday, January 29, 2026
15
16
17
18
19
20
21
22    REPORTED BY:
23    SARA KILLIAN, RPR, RCR, NJ CCR
24
25
```

Page 2

January 29, 2026

8:30 a.m.

Statement for the record, with participants appearing via videoconference, before Sara K. Killian, a Registered Professional Reporter, Realtime Certified Reporter and Notary Public.

```
                                                       Page 3
 1
 2    A P P E A R A N C E S :
 3
 4    SAGE LEGAL LLC
 5    Attorneys for Plaintiffs
 6    18211 Jamaica Avenue
 7    Jamaica, New York  11423
 8    BY: EMANUEL KATAEV, ESQ.
 9
10
11    CYRULI SHANKS & ZIZMOR LLP
12    Attorneys for Plaintiffs
13    420 Lexington Avenue, Suite 2320
14    New York, New York   10170
15    BY: JEFFREY RUDERMAN, ESQ.
16
17
18
19
20
21
22
23
24
25
```

Page 4

1
2           MR. KATAEV:  Good morning,
3    Madam Court Reporter and Mr. Ruderman.
4    We're the only individuals present in
5    the virtual meeting for today's
6    deposition.  We are placing certain
7    items on the record to present to the
8    court at an appropriate time.
9           Pursuant to a December 19th,
10   2025 order of the court in this case,
11   the parties were required to comply
12   with the deposition schedule set forth
13   in ECF docket entry 363.
14          As applicable here, the
15   deposition of Defendant Michael Laurie
16   was supposed to take place in person at
17   the office of the counsel for Flushing
18   Bank.
19          The parties had previously
20   conducted Mr. Laurie's deposition out
21   of turn on Tuesday.  We learned at that
22   deposition through the testimony of
23   Mr. Laurie that, one, he is out of the
24   country this week in Trinidad and not
25   in the United States; two, he was not

Page 5

available to be deposed for the entire day on Tuesday; three, we therefore agreed to continue his deposition today; four, he was unaware that he was required to appear for his deposition in person pursuant to the December 19, 2025 order; and five, at 7:59 a.m. this morning, Defendant Harry R. Thompson, Esquire, who has been disqualified as counsel for Laurie, emailed us as follows:

>Dear counselors, then again Dear counsel, good morning. A short time ago I received a text from Michael Laurie that reads as follows: "Good morning, Harry. The location that I'm in at -- withdrawn.
>
>Good morning, Harry. Location that I'm at has terrible service and we've had rainstorms. The internet is terrible here. I will not have enough signal to participate this morning. Please inform the attorney we'll reschedule for when I return to the US.

                                                              Page 6

1
2              The rest of the email contains
3     Mr. Thomas's signature block.
4              Notably, Mr. Benjamin, who
5     represents Laurie because Mr. Thompson
6     has been disqualified, failed to appear
7     on Tuesday and wrote to us thereafter,
8     confirming that he will not be
9     appearing today and will not appear for
10    any deposition of the Deo defendants
11    except for Anthony Deo and Sara Deo.
12             Based on this conduct, which is
13    in violation of this Court's order,
14    Plaintiffs will be seeking relief from
15    the Court for sanctions that are
16    appropriate in light of Mr. Laurie's
17    failure to appear and failure to be
18    aware of his requirement to appear in
19    person at a deposition.
20             We'll be seeking, amongst other
21    things, the striking of his answer,
22    payment of attorneys' fees and any bust
23    fee issued to us by the court reporter.
24             Mr. Ruderman, did I accurately
25    reflect the proceedings and was there

```
                                              Page 7
 1
 2     anything else that I missed?
 3              MR. RUDERMAN:  I don't think
 4     you missed anything.
 5              I will note for the record that
 6     I did go online right now to the
 7     Weather Channel website just to see
 8     what the weather was like in Trinidad
 9     today.  It says it's 84 degrees with a
10     41 percent chance of rain.  It says
11     overcast with showers at times, with
12     winds at five to ten miles per hour.
13     It does not indicate there's torrential
14     storms or anything along those lines.
15              MR. KATAEV:  Thank you.
16              We can go off the record.
17              (Time noted: 8:38 a.m.)
18
19
20
21
22
23
24
25
```

```
 1
 2                    CERTIFICATION
 3            I, SARA K. KILLIAN, RPR, RCR,
 4   CCR, do hereby certify that I am not
 5   related to any of the parties to this
 6   action by blood or marriage, and that
 7   I am in no way interested in the
 8   outcome of this matter.
 9              IN WITNESS WHEREOF, I have
10   hereunto set my hand this 29th day of
11   January, 2026.
12
13
14   _____
15     SARA K. KILLIAN, RPR, RCR, CCR
16
17
18
19
20
21
22
23
24
25
```

**[& - fee]**  Page 1

### &
& 3:11

### 1
10170 3:14
11423 3:7
18211 3:6
19 5:7
19th 4:9

### 2
2025 4:10 5:8
2026 1:14 2:5 8:11
2320 3:13
29 1:14 2:5
29th 8:10
2:23 1:3

### 3
363 4:13

### 4
41 7:10
420 3:13
4268 8:13

### 6
6188 1:3

### 7
7:59 5:8

### 8
84 7:9
8:30 2:6
8:38 7:17

### a
a.m. 2:6 5:8 7:17
accurately 6:24
action 1:3 8:6
ago 5:15
agreed 5:4
al 1:4,7
answer 6:21
anthony 1:7 6:11
appear 5:6 6:6 6:9,17,18
appearing 2:10 6:9
applicable 4:14
appropriate 4:8 6:16
attorney 5:24
attorneys 3:5 3:12 6:22
available 5:2
avenue 3:6,13
aware 6:18

### b
bank 4:18
based 6:12
benjamin 6:4
block 6:3
blood 8:6
bust 6:22

### c
c 3:2
case 4:10
ccr 1:23 8:4,15
certain 4:6
certification 8:2
certified 2:12
certify 8:4
chance 7:10
channel 7:7
civil 1:3
comply 4:11
conduct 6:12
conducted 4:20
confirming 6:8
contains 6:2
continue 5:4
counsel 4:17 5:11,14
counselors 5:13
country 4:24
court 1:2 4:3,8 4:10 6:15,23
court's 6:13
cv 1:3
cyruli 3:11

### d
day 5:3 8:10
dear 5:13,14
december 4:9 5:7

### e
defendant 4:15 5:9
defendants 1:8 6:10
degrees 7:9
deo 1:7 6:10,11 6:11
deposed 5:2
deposition 4:6 4:12,15,20,22 5:4,6 6:10,19
disqualified 5:10 6:6
district 1:2,2
docket 4:13

### e
e 3:2,2
eastern 1:2
ecf 4:13
email 6:2
emailed 5:11
emanuel 3:8
entire 5:2
entry 4:13
esq 3:8,15
esquire 5:10
et 1:4,7
except 6:11

### f
failed 6:6
failure 6:17,17
fee 6:23

Veritext Legal Solutions
212-267-6868  www.veritext.com  516-608-2400

**[fees - reporter]**                                                           Page 2

**fees** 6:22
**five** 5:8 7:12
**flushing** 4:17
**follows** 5:12,16
**forth** 4:12
**four** 5:5

**g**
**go** 7:6,16
**good** 4:2 5:14 5:16,19

**h**
**hand** 8:10
**harry** 5:9,17,19
**hereunto** 8:10
**hour** 7:12

**i**
**indicate** 7:13
**individuals** 4:4
**inform** 5:24
**interested** 8:7
**internet** 5:21
**issued** 6:23
**items** 4:7

**j**
**jamaica** 3:6,7
**january** 1:14 2:5 8:11
**jeffrey** 3:15
**jmw** 1:3

**k**
**k** 2:11 8:3,15
**kataev** 3:8 4:2 7:15
**killian** 1:23 2:11 8:3,15

**l**
**laurie** 4:15,23 5:11,16 6:5
**laurie's** 4:20 6:16
**learned** 4:21
**legal** 3:4
**lexington** 3:13
**light** 6:16
**lines** 7:14
**llc** 3:4
**llp** 3:11
**location** 5:17 5:19

**m**
**madam** 4:3
**marriage** 8:6
**matter** 8:8
**meeting** 4:5
**michael** 4:15 5:15
**miles** 7:12
**missed** 7:2,4
**morning** 4:2 5:9,14,17,19,23

**motors** 1:4

**n**
**n** 3:2
**new** 1:2 3:7,14 3:14
**nj** 1:23
**notably** 6:4
**notary** 2:13
**note** 7:5
**noted** 7:17

**o**
**office** 4:17
**online** 7:6
**order** 4:10 5:8 6:13
**outcome** 8:8
**overcast** 7:11

**p**
**p** 3:2,2
**participants** 2:10
**participate** 5:23
**parties** 4:11,19 8:5
**payment** 6:22
**percent** 7:10
**person** 4:16 5:7 6:19
**place** 4:16
**placing** 4:6

**plaintiff** 1:5
**plaintiffs** 3:5 3:12 6:14
**please** 5:24
**present** 4:4,7
**previously** 4:19
**proceedings** 6:25
**professional** 2:12
**public** 2:13
**pursuant** 4:9 5:7

**r**
**r** 3:2 5:9
**rain** 7:10
**rainstorms** 5:21
**rcr** 1:23 8:3,15
**reads** 5:16
**realtime** 2:12
**received** 5:15
**record** 1:13 2:9 4:7 7:5,16
**reflect** 6:25
**registered** 2:11
**related** 8:5
**relief** 6:14
**remote** 1:13
**reported** 1:22
**reporter** 2:12 2:13 4:3 6:23

**[represents - zizmor]**  Page 3

| | | |
|---|---|---|
| **represents** 6:5<br>**required** 4:11 5:6<br>**requirement** 6:18<br>**reschedule** 5:25<br>**rest** 6:2<br>**return** 5:25<br>**right** 7:6<br>**rpr** 1:23 8:3,15<br>**ruderman** 3:15 4:3 6:24 7:3 | **states** 1:2 4:25<br>**storms** 7:14<br>**striking** 6:21<br>**suite** 3:13<br>**superb** 1:4<br>**supposed** 4:16 | **two** 4:25 |
| | | **u** |
| | | **unaware** 5:5<br>**united** 1:2 4:25 |
| | **t** | **v** |
| | **take** 4:16<br>**ten** 7:12<br>**terrible** 5:20,22<br>**testimony** 4:22<br>**text** 5:15<br>**thank** 7:15<br>**things** 6:21<br>**think** 7:3<br>**thomas's** 6:3<br>**thompson** 5:9 6:5<br>**three** 5:3<br>**thursday** 1:14<br>**time** 4:8 5:15 7:17<br>**times** 7:11<br>**today** 5:5 6:9 7:9<br>**today's** 4:5<br>**torrential** 7:13<br>**trinidad** 4:24 7:8<br>**tuesday** 4:21 5:3 6:7<br>**turn** 4:21 | **videoconfere...** 2:10<br>**violation** 6:13<br>**virtual** 4:5 |
| **s** | | **w** |
| **s** 3:2<br>**sage** 3:4<br>**sanctions** 6:15<br>**sara** 1:23 2:11 6:11 8:3,15<br>**says** 7:9,10<br>**schedule** 4:12<br>**see** 7:7<br>**seeking** 6:14,20<br>**service** 5:20<br>**set** 4:12 8:10<br>**shanks** 3:11<br>**short** 5:14<br>**showers** 7:11<br>**signal** 5:23<br>**signature** 6:3 8:13<br>**statement** 1:13 2:9 | | **way** 8:7<br>**we've** 5:21<br>**weather** 7:7,8<br>**website** 7:7<br>**week** 4:24<br>**whereof** 8:9<br>**winds** 7:12<br>**withdrawn** 5:18<br>**witness** 8:9<br>**wrote** 6:7 |
| | | **x** |
| | | **x** 1:4,10 |
| | | **y** |
| | | **york** 1:2 3:7,14 3:14 |
| | | **z** |
| | | **zizmor** 3:11 |