PDCN 32B - REV. 6/83

**POLICE DEPARTMENT, COUNTY OF NASSAU, N.Y.**
**SUPPORTING DEPOSITION**

INSTRUCTIONS: Deponent must place signature immediately after his/her narrative statement which shall include a statement of non-permission when applicable. Police Officer will complete boxed area of form and will witness the deponent's statement by placing signature immediately below the deponent's signature.

| Case Report No. | D.D. No. | Defendant's Name if Known | Relationship of Deponent to Property |
|---|---|---|---|
| 2023CR376736 | DD6-1154-23 | | |

| Date & Time of Deposition | | Rank | Name Printed | Serial No. | Command |
|---|---|---|---|---|---|
| 8/16/2023  1300 | WITNESS | Det | G Fisher | 9550 | 6SQ |

**NOTICE**
ANY FALSE STATEMENT MADE IN THIS DEPOSITION IS PUNISHABLE AS A CLASS A MISDEMEANOR PURSUANT TO SECTION 210.45 OF THE PENAL LAW.

I am **Bruce Novicky** _____ I have read and understand the above notice.

On the **10** day of **August** 20**23** at about **1:00** ☐ AM ☒ PM

I, was at my place of employment Superb Motors located at 215 Northern Blvd Great Neck NY. While I was there, I met with Detective Fisher and Detective Ibanez of the Nassau County Police Department in regards to the ongoing investigation at Superb. While speaking with the Detectives I informed them that on several occasions Anthony Deo asked one of our managers Kendra Kernizant to generate checks made payable to his other business Northshore Motor Leasing LLC. I did generate (1) check # 11975 in the amount of $22,640.00 on 07/12/2023 made payable to Northshore Motor Leasing LLC, (2) check # 11976 in the amount of $24,860.00 on 07/12/2023 made payable to Northshore Motor Leasing LLC, (3) check # 11979 in the amount of $24,864.00 on 07/13/2023 made payable to Northshore Motor Leasing LLC, (4) check # 12041 in the amount of $37,500.00 on 07/25/2023 made payable to Northshore Motor Leasing LLC, (5) check # 12042 in the amount of $37,500.00 on 07/27/2023 made payable to Northshore Motor Leasing LLC. After receiving copies of the checks, I observed that all occasions of a check being issued to Northshore Motor Leasing LLC, the person endorsing the check was Anthony Deo. I recognize Anthony Deo's signature and was informed by Kendra that the checks were requested by Anthony Deo as well. Anthony Deo is not an authorized Signe on the Superb account and does not have permission or authority to endorse any checks issued to Superb or by Superb Motors. The total amount of the checks signed by Anthony Deo is $147,364.00. I further discovered that on 04/06/2023 Anthony Deo completed an authorization agreement for corporation payments through Nissan (Nissan North America) which added his business NorthShore Motors onto the JP Morgan Chase account number ████5518 which is Superb Motors primary account. At no time did Anthony Deo have permission or authority to do this. Anthony Deo upon adding his business Northshore Motors to the Nissan Account allowed Northshore debit to be transferred to and made whole by the superb business account. I found that on (1) 04/11/2023 Nissan received payment through Superb Motors JPM Chase account to fulfill Northshore Motors debit in the sum of 11,914.00, on (2) 05/10/2023 2023 Nissan received payment through Superb Motors JPM Chase account to fulfill Northshore Motors debit in the sumer of $59,783.70, tat on (3) 06/12/2023 2023 NIssan received payment through Superb Motors JPM Chase Account to fulfill Northshore Motors debit in the sum of $106,107.00, that on (4) 07/10/2023 2023 Nissan received payment through Superb Motors JPM Chase account to fulfill Northshore Motors debit in the sum of $11,114.00, and on (5) 2023 Nissan was set to receive payment through Superb Motors JPM Chase account to fulfill Northshore Motors debit in the sum of $238048.00 but I was able to get the money back after it was withdrawn from Superb Motors Bank account. The total amount withdrawn from Superb Motors account is $426,966.70. At no time was I aware that he was issuing checks to his other business or paying off his other businesses debit through Superb Motors JPM Chase account and Nissan Floor Plan (loan agreement). I am requesting that Anthony Deo be arrested for his actions. This statement is true and accurate and was written for me be Detective Fisher.