1                                                    1

2      UNITED STATES DISTRICT COURT

3      EASTERN DISTRICT OF NEW YORK
       ------------------------------------------x
4      SUPERB MOTORS INC., TEAM AUTO SALES LLC,
       ROBERT ANTHONY URRUTIA, 189 SUNRISE HIGHWAY
5      AUTO LLC, NORTHSHORE MOTOR LEASING, LLC,
       BRIAN CHABRIER, JOSHUA AARONSON, JORY BARON,
6      ASAD KHAN, IRIS BARON REPRESENTATIVE OF THE
       ESTATE OF DAVID BARON, 1581 HYLAN BLVD AUTO
7      LLC, 1580 HYLAN BLVD AUTO LLC, 1591 HYLAN
       BLVD AUTO LLC, 1632 HYLAN BLVD AUTO LLC,
8      1239 HYLAN BLVD AUTO LLC, 2519 HYLAN BLVD
       AUTO LLC, 76 FISK STREET REALTY LLC, 446
9      ROUTE 23 AUTO LLC and ISLAND AUTO
       MANAGEMENT, LLC,
10                                  Plaintiffs,  Case No.
                  - against -                 2:23-cv-6188
11                                            (JMW)COUNTY
       ANTHONY DEO, SARAH DEO, HARRY THOMASSON,
12     DWIGHT BLANKENSHIP, MARC MERCKLING, MICHAEL
       LAURIE, THOMAS JONES, CPA, CAR BUYERS NYC
13     INC., GOLD COAST CARS OF SYOSSET LLC, GOLD
       COAST CARS OF SUNRISE LLC, GOLD COAST MOTORS
14     AUTOMOTIVE GROUP LLC, GOLD COAST MOTORS OF
       LIC LLC, GOLD COAST MOTORS OF ROSLYN LLC,
15     GOLD COAST MOTORS OF SMITHTOWN LLC, UEA
       PREMIER MOTORS CORP., DLA CAPITAL PARTNERS
16     INC., JONES, LITTLE & CO., CPA'S LLP,
       FLUSHING BANK, LIBERTAS FUNDING LLC, J.P.
17     MORGAN CHASE BANK, N.A., 189 SUNRISE HWY
       AUTO LLC, and NORTHSHORE MOTOR LEASING, LLC,
18                                  Defendants.
       ------------------------------------------x
19                     Zoom Deposition

20                     January 7, 2026
                       10:07 a.m.
21

22          Deposition of Plaintiff, JOSHUA

23     AARONSON, pursuant to Court Order and

24     Notice, before Diana Mitchell, a Notary

25     Public of the State of New York.

*Rich Moffett Court Reporting, Inc.*

2

A P P E A R A N C E S:

SAGE LEGAL LLC

Attorneys for Plaintiffs Superb Motors,

Inc., Team Auto Sales, LLC and Robert

Anthony Urrutia

        18211 Jamaica Avenue,

        Jamaica, New York 11423-2327

BY:   EMANUEL KATAEV, ESQ.


CYRULI SHANKS & ZIZMOR LLP

Attorneys for Plaintiffs 189 Sunrise Highway

Auto LLC, Northshore Motor Leasing, LLC,

Brian Chabrier, Joshua Aaronson, Jory Baron,

Asad Khan, Iris Baron Representative of the

Estate of David Baron, all Hylan Blvd Auto

LLCs, 76 Fisk Street Realty LLC, 446 Route

23 Auto LLC and Island Auto Management, LLC

        420 Lexington Avenue, Suite 2320

        New York, New York 10170-0002

BY:   RUSSELL SHANKS, ESQ.

*Rich Moffett Court Reporting, Inc.*

```
1                                              3

2     A P P E A R A N C E S (Cont'd):

3     HARRY R. THOMASSON, ESQ.

4     Pro Se Defendant

5          3280 Sunrise Highway

6          Wantagh, New York 11793

7

8     CULLEN & DYKMAN, LLP

9     Attorneys for Defendant Flushing Bank

10         333 Earle Ovington Boulevard

11         Uniondale, New York 11553

12    BY:   ARIEL RONNEBURGER, ESQ.

13

14    WEIR, LLP

15    Attorneys for Defendant Libertas

16    Funding, LLC

17         The Widener Building

18         1339 Chestnut Street, Suite 500

19         Philadelphia, Pennsylvania 19107

20    NOT PRESENT

21

22

23    ALSO PRESENT:
          ROBERT ANTHONY URRUTIA
          ANTHONY DEO
24        SARAH DEO
          ALIVIA COONEY, Paralegal
25
```

*Rich Moffett Court Reporting, Inc.*

4

IT IS HEREBY STIPULATED AND
AGREED by and between the attorneys
for the respective parties herein,
that the filing, sealing and
certification of the within deposition
be waived.

IT IS FURTHER STIPULATED AND
AGREED that all objections, except
as to the form of the question,
shall be reserved to the time of the
trial.

IT IS FURTHER STIPULATED AND
AGREED that the within deposition
may be sworn to and signed before
any officer authorized to administer
an oath with the same force and effect
as if signed and sworn to before the
Court.

- oOo -

```
 1                                          5

 2   J O S H U A    A A R O N S O N,

 3   called as a witness, having been duly

 4   sworn by a Notary Public, was examined

 5   and testified as follows:

 6                THE COURT REPORTER:  Please

 7           state your full name for the

 8           record.

 9                THE WITNESS:  My name is

10           Joshua Aaronson.

11                THE COURT REPORTER:  Please

12           state your address for the record.

13                THE WITNESS:  My address is

14           55 Oak Drive, Roslyn, New York

15           11576.

16                *           *           *

17   EXAMINATION BY

18   MR. THOMASSON:

19        Q     Good morning, Mr. Aaronson.

20   My name is Harry Thomasson.  I am an

21   attorney that's going to be taking your

22   deposition this morning, and I have some

23   questions for you.

24                Have you taken any drugs or

25   medication today that you think would
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                          6
 2      render it difficult or impossible to
 3      understand my questions?
 4            A      No.
 5            Q      Do you think that you are
 6      able to understand my questions all right
 7      today?
 8            A      Yes.
 9            Q      Where did you go to high
10      school, Mr. Aaronson?
11            A      Clarkstown North High School
12      in Rockland County.
13            Q      Rockland County, New York?
14            A      Yes.
15            Q      Did you go to college after
16      that?
17            A      I did, yes.
18            Q      Where did you go to college?
19            A      Syracuse University.
20            Q      Did you get a four-year
21      degree there?
22            A      I did, yes.
23            Q      What is that degree in?
24            A      Human development and
25      business.
```

*Rich Moffett Court Reporting, Inc.*

7

Q    Did you go to any other schools besides Syracuse University after high school?

A    No.

Q    So you have one four-year degree; is that correct?

A    Correct.

Q    Do you have any professional licenses?

A    No.

Q    Do you have any professional training?

A    In regards to what?

Q    Have you been in the car business your whole life?

A    The majority of my working life, yes.

Q    So you came out of school and you got into something else, but eventually you got into the car business; is that right?

A    Correct.

Q    When did you get into the car business?

8

1

2      A      I believe 2001, 2002.

3      Q      What is your date of birth,

4  sir?

5      A      6/9/76.

6      Q      So you got into the car

7  business when you were about, give or

8  take, 25 years old?

9      A      Sounds right.

10     Q      Since you got into the car

11 business, have you been trained on

12 anything?

13     A      I don't understand your

14 question.  I'm -- I'm --

15     Q      Well, you haven't gone back

16 to school at all this century, right?

17     A      No, but perhaps --

18            MR. THOMASSON:  Did somebody

19      have an objection?

20            MR. KATAEV:  No.  Go ahead,

21      sorry.

22     Q      But perhaps you've,

23 nonetheless, been in a classroom where

24 they were teaching something that you

25 needed to know for the car business, have

9

you had any type of training like that

since you have been in the car business?

    A     No.

    Q     With regard to getting the

degree that you received, did that

include any classes or class work on

accounting?

    A     I don't remember.  I imagine

I took an accounting class, but I don't

remember.

    Q     If you did, would it be safe

to say you took probably just one to fill

in a requirement?

    A     I'm not sure but so...

    Q     You have no present memory of

taking any accounting classes; would that

be safe to say?

    A     Yes.  I believe I took an

accounting class in college.

    Q     Do you know what the other

topics were that you took while you were

in college?

    A     I took a lot of classes in

college.

10

Q    Well, not including requirements, I'm talking about towards your degree, do you remember what types of classes they were?

A    They were based on my degree, human development.  Like I said, I took a lot of different classes in college.

Q    So did you take human-resource-type classes at all?

A    I don't remember.  It was over -- it was now over 30 years ago.

Q    So it was a general business degree?

A    No, no, human development.

Q    Which at Syracuse University is in the business category?

A    Retail was -- no, it's not in the business category, retail category.

Q    So it was in a category to assist with salesmanship?

A    I don't remember.

Q    Do you have any known difficulties with your memory, Mr. Aaronson?

```
 1                                        11
 2          A      No.
 3          Q      So it's just a product of
 4   being at this point old information that
 5   you don't remember that; is that fair to
 6   say?
 7          A      Correct.
 8          Q      Do you know what a personal
 9   guaranty is, Mr. Aaronson?
10          A      Yes, I do.
11          Q      How would you describe a
12   personal guaranty?
13          A      Depends on, you know, what
14   you're guaranteeing, but you know, you're
15   saying that you're going to take care of
16   an obligation.
17          Q      Personally?
18          A      Yes, correct.
19          Q      I understand.
20                 And that's something that you
21   certainly have learned in the car
22   business about personal guaranties, yes?
23          A      Correct.
24          Q      Do you own any dealerships at
25   this time?
```

*Rich Moffett Court Reporting, Inc.*

1                                                    12

2          A       Yes, I do.

3          Q       What dealerships do you have

4    an ownership interest in?

5          A       Several.

6          Q       Could you tell me their

7    names?

8          A       Island Auto Group, which are

9    nine dealerships in Staten Island.  I own

10   three dealerships with d/b/a's of Stream

11   Auto Outlet.  I own a dealership,

12   Rockland Hyundai.  I own a dealership,

13   Honda of the Bronx, and I own a

14   dealership, Route 1 Jeep Chrysler Dodge

15   Ram in New Jersey.

16         Q       I tried to keep track of the

17   numbers there.  Would it be fair to say

18   that you own about 15 dealerships?

19         A       Yeah, give or take, yes.

20         Q       Has that number changed over

21   the years?

22         A       Yeah.  Yeah, obviously, yes.

23         Q       There have been other

24   dealerships that you have owned as well;

25   is that right?

*Rich Moffett Court Reporting, Inc.*

```
1                                              13
2          A      Yes.
3          Q      When did you obtain your
4    first dealership?
5          A      I want to say around 2003.
6          Q      Do you remember what the name
7    of that dealership was?
8          A      Baron Auto Mall in the Bronx.
9          Q      Were you married in 2003?
10         A      Yes.
11         Q      Is it fair to say that your
12   wife's maiden name is Baron?
13         A      That is her maiden name, yes.
14         Q      So since 2003 you have
15   obtained a number of dealerships; is that
16   right?
17         A      Yes.
18         Q      Other than the 15 or so that
19   you already named, including the Baron
20   Auto Mall, are there any others that you
21   remember owning that perhaps you don't
22   still own?
23         A      Yes.
24         Q      What other ones would that
25   be?
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                           14
 2          A      I also have Yonkers Auto
 3   Barn, that I mentioned, that I currently
 4   still own in Yonkers.  I own the Baron
 5   Auto Mall.  I no longer own my first
 6   dealership, which is Baron Auto Mall in
 7   the Bronx.  I no longer own Baron Auto
 8   Mall, which was in Yonkers.  I sold three
 9   other Kia dealerships I once owned and
10   then sold.  I sold -- I had another,
11   yeah, yeah, I owned a Baron Auto Mall in
12   Long Island City.  I owned Hillside Auto
13   Mall in Queens, Hillside Auto Outlet in
14   Queens.  I believe that's all.  I have
15   to, you know, I believe that's all.
16          Q      So would it be fair to say
17   that you have now told me the names of
18   all of the dealerships that you can
19   remember having an ownership interest in
20   yourself; is that fair to say?
21          A      Yeah, I had also Sunrise Auto
22   Outlet, I just remembered that one, in
23   Long Island.
24          Q      Any others that you can
25   recall at this time?
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                              15
 2          A      No, there possibly is more,
 3     but I don't remember any.
 4          Q      I understand.
 5          A      Yeah, yeah, Yonkers Kia, I
 6     sold that, too.
 7          Q      So you have had over 20
 8     dealerships that you had an ownership
 9     interest in this century; is that
10     correct?
11          A      That is correct.
12          Q      Could it be more than 25?
13          A      I don't believe so, no.
14          Q      So it's between 20 and 25
15     dealerships that you have had an
16     ownership interest in this century; is
17     that correct?
18          A      Sounds correct, yes.
19          Q      And would it also be correct
20     to say that you owned no dealerships
21     during the last century?
22          A      Yes.
23          Q      If your first dealership
24     was --
25          A      Approximately, approximately,
```

*Rich Moffett Court Reporting, Inc.*

```
1                                                    16
2    approximately, approximately.
3         Q       Okay, I understand.
4         A       Yes.
5         Q       What role do you play at the
6    dealership in terms of your hands-on work
7    when you own a dealership; what do you
8    do, how do you operate as an owner of a
9    dealership?
10             MR. SHANKS:  Objection as to
11          form.  He's mentioned 20 or so
12          dealerships, are you referring to a
13          specific dealership?
14        Q    Mr. Aaronson, I'm sorry, I
15   still have Mr. Shanks on my screen.
16             Mr. Aaronson, have you held
17   any title at any of these dealerships,
18   other than as an owner?
19        A       Not that I am aware of, no.
20        Q       When you own a dealership,
21   are you on the payroll, have you ever
22   been on a payroll?
23        A       I own dealerships, so it
24   depends on the dealership.
25        Q       So at some of the dealerships
```

17

2  that you have owned you have also been on

3  the payroll; is that correct?

4      A    No, it depends on the

5  dealership and how the dealership's doing

6  at the time.

7      Q    Well, I'm not asking whether

8  or not you take money from the

9  dealerships, I am asking whether or not

10  you're on payroll at any of the

11  dealerships.

12      A    I don't understand your

13  question.  To me payroll means you're

14  getting money, so I apologize, I don't

15  understand your question.

16      Q    Okay, well, you understand

17  that in these dealerships there are

18  employees, yes?

19      A    Yes.

20      Q    And they get a paycheck,

21  right?

22      A    Yes.

23      Q    Do you get a paycheck at any

24  of these dealerships?

25      A    I believe that out of one I

```
1                                              18
2    get a paycheck.
3           Q       What one would that be?
4           A       Yonkers Auto Mall.
5           Q       Do you still own that one?
6           A       Yes.
7           Q       Do you remember what year you
8    met Anthony Deo?
9           A       I believe the -- I'm not 100
10   percent sure, but I believe it's the year
11   my father-in-law passed away.
12          Q       What year would that be, if
13   you know?
14          A       2021.
15          Q       Had you met Anthony Deo prior
16   to David Baron's death?
17          A       I don't remember.  I don't
18   believe so.
19          Q       Do you recall the
20   circumstances under which you did meet
21   Anthony Deo?
22          A       No.  No, I don't.  I don't
23   know the exact -- I don't remember the
24   exact circumstance.
25          Q       But it would be fair to say,
```

```
 1                                            19
 2      would it not, that you met him because of
 3      business and not because of a personal
 4      reason?
 5               A      Yes.
 6               Q      Would it also be fair to say
 7      that you met him because you were going
 8      to be the new person responsible on
 9      behalf of Auto Island Group to deal with
10      that dealership; is that a fair thing to
11      say?
12               A      No --
13               Q      When you dealt with --
14               A      -- no, it's not a fair to
15      say.
16               Q      How would you put it, what
17      was the reason that you had to meet
18      Anthony Deo?
19               A      I was helping my
20      mother-in-law out.
21               Q      Would that be Iris Baron?
22               A      Yes, she just lost her
23      husband, and I was going to help her out
24      'cause her husband owned the dealership.
25               Q      Who told you that?
```

*Rich Moffett Court Reporting, Inc.*

```
1                                    20

2          A      That's what -- that's what

3    she does.  She does own it.

4          Q      Who first told you that they

5    owned Northshore Motors?

6              MR. SHANKS:  Objection.

7              You're now limited to Northshore

8              Motors, the first one you just used

9              the word dealership.  I just want

10             to be clear, are you asking about

11             Northshore Motors?

12             MR. THOMASSON:  Yes, I'm

13             asking about Northshore Motors.

14         Q      Mr. Aaronson, how did you

15   first learn that David Baron had an

16   interest in Northshore Motors?

17         A      I believe Brian Chabrier,

18   Asad Khan and David Baron were the only

19   owners of the dealership.

20         Q      Well, I'm sure that you

21   believe that, but that's not my question.

22   My question is --

23         A      That's what I was told.

24   That's what I was told.

25         Q      Who told you that?
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                      21
 2        A        DMV paperwork and -- and my
 3   business and -- and my mother-in-law, you
 4   know.  They were the owners of the
 5   dealerships, I don't remember who told it
 6   to me.
 7        Q        But knowledge of the
 8   ownership of Northshore Motors is based
 9   upon what you were told; is that correct?
10        A        I don't remember, but yes,
11   yes, I'll go with yes, because I don't
12   remember, but yes, that's -- that's what
13   I was told, and that's what it is.
14                MR. SHANKS:  Just note my
15            objection to the categorization of
16            his testimony, because he also said
17            DMV paperwork, but he answered it,
18            so it's okay.
19                MR. THOMASSON:  Please don't
20            be giving any answer now,
21            Mr. Shanks.
22                MR. SHANKS:  I'm not.  You
23            categorized his statement
24            incorrectly.      Go on.
25        Q        What DMV paperwork are you
```

*Rich Moffett Court Reporting, Inc.*

22

referring to, Mr. Aaronson, when you say
that you believe that the Northshore
Motor Leasing Corporation is owned by
Asad Khan, Brian Chabrier and David
Baron?

     A     I believe the ones that go to
Motor Vehicle in Albany.

     Q     That would be for the purpose
of obtaining the license at Northshore
Motors?

     A     The motor vehicle license and
the -- yeah, it shows ownership.

     Q     Well, the owner of that
license is Northshore Motors, isn't it?

     A     I am not 100 percent sure.

     Q     And there is a personal
guaranty associated with that license,
isn't there?

     A     I believe so.

     Q     Do you know who the personal
guarantor was on that license?

     A     Whatever was on the motor
vehicle license.

     Q     Do you know who that was?

*Rich Moffett Court Reporting, Inc.*

```
 1                                    23
 2        A      I believe it was David Baron,
 3   Asad and Brian Chabrier.
 4        Q      So is it your position that
 5   being on the license as personal
 6   guarantors afford those individuals the
 7   ability to control that license?
 8        A      I believe so, yeah.  It's --
 9   yes, it's -- they're the ones on the
10   license.
11        Q      Okay.
12               And therefore, they can make
13   decisions about that license; is that
14   fair to say?
15        A      No.  I mean, it's fair to
16   say, but no, it depends on the
17   circumstances and the arrangement.
18        Q      Well, what was the
19   circumstance and arrangement, as you
20   understood it, regarding that license?
21               MR. SHANKS:  At what time?  I
22          don't understand.  When they
23          applied for the license?
24        Q      When, Mr. Aaronson, do you
25   believe they first gained ownership of
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                    24
 2   Northshore Motor Leasing?
 3        A      I'm not sure.
 4        Q      Do you know when Northshore
 5   Motor Leasing was formed?
 6        A      No.
 7        Q      Do you know who formed it?
 8        A      No.
 9        Q      Do you agree that the license
10   at Northshore Motor Leasing was owned by
11   Northshore Motor Leasing?
12        A      I don't agree and I don't
13   know.
14        Q      When you say that you don't
15   agree, is that because you believe that
16   the personal guarantors are, in fact, the
17   owners of that license?
18        A      I don't know.
19        Q      Do you know if Northshore
20   Motors was at any time purchased by Asad
21   Khan, Brian Chabrier and David Baron?
22        A      I don't know.  If you have
23   documents that you want to show me and
24   ask me questions about --
25               MR. SHANKS:  Just answer the
```

25

question.  You don't have to go

beyond.

THE WITNESS:  Okay.

MR. SHANKS:  He answered the

question, Mr. Thomasson.

MR. THOMASSON:  Diana, can I

ask you to read back the last

question and answer?

(Record read.)

Q       Do you know who formed

Northshore Motors at the Secretary of

State's office, Mr. Aaronson?

A       No.

Q       Do you know who supplied the

floor plans at Northshore Motors at any

time?

A       I believe so.  I just want to

make sure that Northshore Motors is what

we're referring to is the -- yes, is

Northshore Motors the business?  Because

I'm not sure of the exact LLC if there's

a d/b/a, so but I believe I do know, yes.

Q       Do you understand that when I

speak about Northshore Motors, I am only

*Rich Moffett Court Reporting, Inc.*

1                                                        26
2    talking about the Northshore Motors that
3    we're all familiar with that was on
4    Michael Drive in Syosset?
5          A     Yes.
6          Q     Okay, I'll use the short
7    version of Northshore Motors if you want,
8    but if you would prefer, I would be happy
9    to use the full legal term.  What would
10   be best for you?
11         A     Northshore Motors is fine.
12         Q     So would it be fair to say
13   that you don't know who formed Northshore
14   Motors; is that right?
15         A     Correct, I'll say I believe
16   that David Baron, Asad and Brian Chabrier
17   were the owners of Northshore Motors.
18         Q     Okay, but I am not asking you
19   that.  I am just asking about who formed
20   the corporation, but you don't know who
21   did that; is that right?
22         A     Once again, I believe that
23   David Baron, Brian Chabrier and Asad Khan
24   formed Northshore Motors.
25         Q     Okay, but you don't have any

27

firsthand knowledge of that, do you?

        A       I don't remember.

        Q       So you believe they formed
it, but you don't know yourself today
that they formed it; is that correct?

        A       I believe that they formed
it, yes, and I know they're -- yes, I
believe they formed it.

        Q       Do you know where the
incorporation papers are for Northshore
Motors?

        A       No.

        Q       When Northshore Motors was
closed in November of 2022, was there
paperwork that you either took or caused
to be taken from that building?

        A       I don't remember.

        Q       Do you at present have any
paperwork from Northshore Motors?

        A       Not that I am aware of.

        Q       Do you know where the file
jackets are for Northshore Motors?

        A       I don't know what you mean by
"file jackets."

*Rich Moffett Court Reporting, Inc.*

28

Q     For car sales, do you know where any of those file folders are on car sales today, do you know where they are?

A     I'm not -- no, I'm not 100 percent sure where they are.

MR. SHANKS:  For the record, Mr. Thomasson, as we have advised you, our office had some deal folders and we offered to allow you to inspect them, if you would like, a number of times.

MR. THOMASSON:  I will take you up on that, Mr. Shanks.  I'm just not there yet.

MR. SHANKS:  Okay.

MR. THOMASSON:  Thank you.

MR. SHANKS:  Sure.

Q     When did you close Northshore Motors in November of 2022, Mr. Aaronson?

A     Well, it was closed, it was out of business, you know.  You know, we owed millions and millions of dollars to the bank, so I guess if that's -- that

29

would make it close.  Then we just had to
pay off the bank and customers' cars and
a whole host of other things.

Q        And that was as of November
of 2022 you are personally aware that
Northshore closed; is that correct?

A        I'm not sure what you mean by
"closed."  Close as, like, the business?

Q        Yes, as an operating,
existing business.

A        Yeah, it was -- yes, it can
no longer operate.  We owed millions and
millions of dollars to a variety of
people.

Q        That business closed in
November of 2022, correct?

A        I'm not sure of the exact
timeline, but it sounds about right.

Q        Do you remember sending a
text to Anthony Deo that said in sum and
substance, "This is about to get ugly"?

A        Yes.

Q        Do you remember why you sent
that text?

```
 1                                      30
 2        A       Because I thought -- there
 3   were millions of dollars that my
 4   mother-in-law was going to have to pay in
 5   order to satisfy all the lost money and
 6   the money that was taken from Mr. Deo,
 7   and we were going to end up in court.
 8        Q       What document are you talking
 9   about the money that was taken from
10   Mr. Deo?
11        A       There was millions of dollars
12   owed of a business that Anthony was
13   operating and running to then-customers.
14   Our bank that we were -- that my
15   mother-in-law guaranteed was owed a lot
16   of money for cars that we couldn't find.
17   There were cars, like, for example,
18   Mr. Deo's son was driving that we asked
19   to get back, a Maserati, and we owed that
20   money to the bank.  There was a lot of
21   money owed, and we couldn't find the
22   cars, and Anthony was well aware of it.
23              And then when we found some
24   cars, Anthony told us, I'm using as an
25   example, were worth 50,000.  It turns out
```

*Rich Moffett Court Reporting, Inc.*

31

the cars were worth 5,000, and parts were
taken off of them, and so we knew that we
were in big trouble, and we knew that
there was something not right that was
going on at that business, so we
immediately knew that we were going to
have a problem.

    Q    So that's why you sent a text
that said, "This is about to get ugly"?

    A    Yes, that we were going to
have to sue Anthony.

    Q    Did you send him a text that
said you were about to sue Anthony?

    A    I don't remember.  I don't
believe so.

    Q    At the time that you realized
there were problems at Northshore during
or about November of 2022, did you take
anything from that building?

    A    Not that I remember, no.

    Q    Do you know of anyone who did
take anything from that building?

    A    I believe we took some
folders, and we owed a lot of -- we owed

*Rich Moffett Court Reporting, Inc.*

                                                    32
a lot of money to different customers on
customers' trades that weren't being paid
off and they were supposed to be, so we
wanted to get ahold of what's owed out
there, you know, satisfy our
obligation to the consumer and also to
our bank.  So I believe there were some
folders taken in order to help get rid of
all the problems that -- that were going
on over at Northshore Motors.

          Q     Who took those folders?

          A     I'm not sure.

          Q     Were you the one who directed
someone to take those folders?

          A     I just think that, in
general, when you have a problem that,
you know, that we signed for, because it
was our business, that we were going to
handle them.  So I'm sure someone at my
office, or even the office that we're
currently working there, would have
helped to solve a problem, because
consumers were all calling and asking
about their payoffs and their trades, and

33

Anthony was directing them to Baron
Nissan, so we needed to solve this.

Q     And therefore, you could say,
in sum and substance, that you don't know
who took folders from Northshore Motors
in November of 2022; is that correct?

A     Any folders that were taken
would have been by an office that I am
familiar with.  I don't know of other
folders that were taken.  I just know
that we took some folders that we were
using to -- to solve problems.

Q     But you don't know who took
them, correct, who physically took those
folders?

A     No.  No, I don't know who
physically carried the folders out of the
building, no.

Q     Do you know whether or not
every folder taken from the building was
turned over to Mr. Shanks?

A     I believe anything that was
asked to be turned over to Mr. Shanks was
turned over.

*Rich Moffett Court Reporting, Inc.*

34

Q    That's not what I asked.  I asked you if the person you don't know who took folders or the people that you don't know who took folders from Northshore Motors in November of 2022 turned over all of them to Mr. Shanks?

A    I'm not sure.

Q    Do you know how many folders were taken at that time?

A    No.

Q    Was it more than a dozen?

A    I said I don't know.

Q    You have no idea how many?

A    No.

Q    Who was in charge of the bank accounts at Northshore Motors?

MR. SHANKS:  Can you give a timeframe, Harry?

Q    At any time that you are aware of, Mr. Aaronson, on this business that was formed in 2017, at the present time you are aware of since that date, do you know who was in charge of bank accounts for Northshore Motors?

*Rich Moffett Court Reporting, Inc.*

```
1                                            35
2               MR. SHANKS:  Just note my
3          objection to "in charge."
4               You can answer, if you
5          understand or you can --
6               MR. THOMASSON:  I'll withdraw
7          that, Mr. Shanks.
8               MR. SHANKS:  Thank you.
9          Thank you.
10         Q      Mr. Aaronson, who had
11    decisionmaking capability over the bank
12    accounts at Northshore Motors, if you
13    know, since it was formed?
14         A      I can't speak to since it was
15    formed because I wasn't involved.
16         Q      So for whatever years you are
17    aware of since 2017, who had
18    decisionmaking capability over the bank
19    accounts of Northshore Motors?
20         A      I would imagine my
21    father-in-law had, you know, control over
22    the bank accounts.
23              MR. SHANKS:  Mr. Thomasson, I
24         am just going to instruct him, only
25         if you know.  Don't imagine, you
```

*Rich Moffett Court Reporting, Inc.*

```
1                                                  36
2           know, but answer Mr. Thomasson's
3           question.
4           A      I don't -- I don't -- I don't
5      know.
6           Q      You don't know who was in
7      charge of the bank accounts for anytime
8      at Northshore Motors; is that what you
9      are saying?
10          A      Correct.
11          Q      So after David Baron died in
12     2021, did you become involved in that
13     business?
14          A      I was helping my
15     mother-in-law, but I was --
16          Q      Is that a yes?
17          A      I was somewhat involved, yes.
18          Q      Okay.
19                 What is it you did at that
20     business?
21          A      I would occasionally speak
22     with Anthony Deo, that was my
23     involvement.
24          Q      That was it?
25          A      Yes.
```

*Rich Moffett Court Reporting, Inc.*

                                                        37

     Q       Have you and I ever met?

     A       I don't believe so.

     Q       Do you know if I was involved
at all with that business?

     A       No.

     Q       Do you know today whether or
not I was involved with that business?

     A       No.

     Q       Did you know someone named
Michael Laurie?

     A       I do not know someone named
Michael Laurie.

     Q       Based on your experience with
Northshore Motors, was Michael Laurie
involved at all in working with
Northshore Motors?

     A       I've heard the name, but I
don't know who Michael is.

     Q       Do you know today whether or
not he did any work with Northshore
Motors?

     A       I don't know.

     Q       Do you know today whether or
not Dwight Blankenship did any work with

38

Northshore Motors?

        A       I'm not aware.  I do not
know.

        Q       Do you know today whether or
not Marc Merckling did any work with
Northshore Motors?

        A       I've heard the name, but I
don't know what they did.

        Q       Do you know whether or not
Sarah Deo did any work with Northshore
Motors?

        A       Yes, she did.

        Q       What did she do?

        A       I believe it was her
responsibility to go bring the customers
into the dealership.

        Q       She worked on obtaining
customers?

        A       I'm not 100 percent sure of
her job specifications, but I believe
that was one of the main things that she
did.

        Q       How often were you in touch
with anyone from Northshore Motors

39

```
 1
 2   between David Baron's death and November
 3   of 2022?
 4        A      I spoke to Anthony very
 5   occasionally, very rarely.
 6        Q      How would you describe what
 7   you mean by "very rarely"?
 8        A      Depending on the time.  There
 9   were times I would go a few months
10   without speaking to him, Anthony, and
11   then there were times where we would
12   speak a couple of times in a month.
13        Q      So typically you would speak
14   with Anthony, at most, a couple of times
15   a month?
16        A      Until things got -- when we
17   realized that Anthony wasn't operating
18   the business properly and doing what he
19   told us, at that time I think we spoke
20   more than a few times a month, because I
21   was really checking in with him to make
22   sure that he was fulfilling obligations
23   that he promised me he would.
24        Q      And do you know whether or
25   not Anthony Deo had any control over any
```

40

of the Northshore bank accounts after
David Baron's death?

    A    I believe he had access to
some bank accounts.

    Q    Was that with your knowledge
and approval?

    A    I know Anthony signed checks
from the bank accounts, so yes, it was
with my knowledge.

    Q    Did you allow him to sign
checks?

    A    Yes.

    Q    What authority was Anthony
Deo given in the operation of Northshore
Motors?

    A    To run the business, to run
the day-to-day business.

    Q    Was that with your knowledge
and approval after David Baron's death?

    A    Yes.

    Q    Were you authorized by Brian
Chabrier, Asad Khan and Iris Baron on
behalf of David Baron's estate to oversee
operations at Northshore Motors?

*Rich Moffett Court Reporting, Inc.*

```
 1                                    41
 2        A     Yes.
 3        Q     Did each of them specifically
 4   give you that authority or was it just
 5   understood in the family?
 6        A     I believe it was understood.
 7   My mother-in-law knew that I -- I was
 8   working with Anthony.
 9        Q     And you were authorized by
10   her to work with Anthony on Northshore?
11        A     Yes.
12        Q     Was that with her knowledge
13   and approval?
14        A     Yes.
15        Q     Would you describe David
16   Baron as, between he, Asad Khan and Brian
17   Chabrier, as the person that was the
18   senior partner?
19             MR. SHANKS:  Objection.  What
20        do you mean by "senior partner"?
21             MR. THOMASSON:  I'd like to
22        hear what his answer is, and then
23        I'll ask a follow up.
24        A     He's definitely older, if
25   that's what you're asking.
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                          42
 2        Q       Well, if David Baron wanted
 3   something done at Northshore Motors,
 4   would Asad Khan and Brian Chabrier defer
 5   to him, was that your understanding?
 6        A       I don't know their business
 7   relationship in that regard.
 8        Q       Well, after David Baron's
 9   death, were Brian Chabrier and Asad Khan
10   deferring to Iris Baron on Northshore
11   Motors?
12        A       Not that I'm aware of, no,
13   they weren't -- yeah, I don't think they
14   spoke to my mother-in-law about that.
15        Q       Did Asad Khan and Brian
16   Chabrier give you any direction after
17   David Baron's death regarding the
18   operation of Northshore Motors?
19        A       No, we didn't really speak
20   about it.
21        Q       Was it just generally
22   understood that you would be the one to
23   go in after David Baron and be the
24   representative of ownership?
25        A       Yes.
```

```
1                                            43
2          Q      Do you believe at all times
3   between David Baron's death and November
4   of 2022 that you had authority from Iris
5   Baron, Brian Chabrier and Asad Khan to
6   operate Northshore Motors for them?
7          A      Yes.
8          Q      Do you remember in September
9   of 2022 approving some tax returns
10  prepared by Citrin Cooperman indicating
11  that Anthony Deo was 99 percent owner of
12  Northshore Motors and Sarah Deo was 1
13  percent owner of Northshore Motors, do
14  you remember doing that?
15         A      Yes.
16         Q      Why did you do that?
17         A      Because Anthony and I had had
18  an understanding that he was going -- he
19  had a lot of obligations to fulfill in
20  order to get ownership of Northshore.  He
21  promised me he was going to, you know,
22  including switching the motor vehicle
23  license out of his name, paying off all
24  cars to the bank, paying off all debts
25  from the business, and so it was just an
```

*Rich Moffett Court Reporting, Inc.*

44

1

2    accounting thing that he was supposed to

3    do things that he never completed.

4         Q     Are you saying that he was

5    supposed to do things that he never

6    completed before those tax returns were

7    prepared or after?

8         A     Both.

9         Q     So then why did you approve

10   him as owner at that time?

11        A     'Cause he was supposed to --

12   he told me --

13            MR. SHANKS:  Note my

14        objection to form.  Tax returns

15        approved, approved as owner, two

16        different things.

17        Q     Mr. Aaronson, when you

18   approved those tax returns, were you

19   approving Anthony Deo and Sarah Deo as

20   owners of Northshore?

21        A     No, it was just more of an

22   accounting thing to me.  He was supposed

23   to eventually get ownership if he

24   completed certain, you know, items, such

25   as switching motor vehicle into his name,

45

which he never did.  You know, paying off

the, you know, paying off the banks,

which he never did.  Paying off all

customer trade-ins, which he never did.

    Q    Mr. Aaronson, are you saying

that when you approved those tax returns

that indicate Anthony Deo and Sarah Deo

combined were the 100 percent owners of

Northshore, are you testifying under oath

that you were misleading the IRS and the

New York State Department of Finance?

          MR. SHANKS:  Objection.

    Q    Were you attempting to

mislead them when those tax returns were

prepared, Mr. Aaronson, yes or no?

    A    No, I was not.  Anthony and I

had the deal that he was going to, if he

can, pay off all the banks, switch the

motor vehicle to, you know, do a whole

host of things to complete, he would get

ownership, and it was assumed that he was

going to do those things, and he never

did.

    Q    Whose accountant was Citrin

*Rich Moffett Court Reporting, Inc.*

```
 1                                          46
 2   Cooperman at that time?
 3        A     Citrin Cooperman is a firm
 4   that I've used -- I use and have used in
 5   the past.
 6        Q     Did you direct Citrin
 7   Cooperman to prepare those returns?
 8        A     Citrin Cooperman was going to
 9   prepare those returns, that I was aware
10   of, yes.
11        Q     That was with your knowledge
12   and authority?
13        A     It was my knowledge, yes.
14        Q     Did you authorize Citrin
15   Cooperman to prepare those returns?
16        A     I don't remember but I
17   believe so.
18        Q     Who would have provided the
19   authority for Citrin Cooperman to prepare
20   those returns?
21        A     I'm not sure.
22        Q     But it was your accountant at
23   that time; is that right?
24        A     It was the accounting firm
25   that we used, yes.
```

```
 1                                      47
 2          Q      It wasn't Anthony Deo's
 3   accountant, was it?
 4          A      I don't know who Anthony uses
 5   for accounting.
 6          Q      But it was at the direction
 7   of you or someone on your behalf that
 8   those returns were prepared, correct?
 9          A      No, that -- yes, yes.
10          Q      And you have testified that
11   you were not trying to mislead either the
12   IRS or the Department of Finance here in
13   New York in having those returns prepared
14   and submitted, correct?
15          A      I don't understand your
16   question.
17          Q      Do you believe that those
18   returns were accurate?
19          A      I never -- I don't remember
20   if I had ever seen the returns.
21          Q      Well, there exists an email
22   with your approval of those returns,
23   right?
24          MR. SHANKS:  Objection.
25          Unless you want to show him the
```

*Rich Moffett Court Reporting, Inc.*

1                                                    48

2          email you're referring to.

3                    MR. THOMASSON:  I don't have

4          to show him the email, Mr. Shanks.

5          We're three years into him having

6          it in his hands.

7                    MR. SHANKS:  Mr. Thomasson,

8          with all due respect, with all due

9          respect, you're referring to an

10         email, who knows what it says.

11         Show the email and ask all the

12         questions you want.  I'm fine with

13         that.

14                   MR. THOMASSON:  Don't tell me

15         how to conduct the deposition,

16         Mr. Shanks.

17         Q      Mr. Aaronson, do you know

18   whether or not there is an email out

19   there that you approved those tax

20   returns, do you know whether or not that

21   exists?

22         A      Can you please show me the

23   email, and I could tell you?

24         Q      Well, I am just asking you a

25   simple question.  Do you right now know

*Rich Moffett Court Reporting, Inc.*

49

whether or not there is such an email?
We'll get to it, but I'm asking you now
if you know that there is one?

A    I'm not sure what the line of
questions is, so I would have to
understand --

Q    Didn't you already testify a
few minutes ago that you are aware you
approved those returns?

A    I approved that Anthony would
be doing the returns under his name.  I
wasn't sure if Sarah Deo's name, but yes,
I approved that, that I am aware of, but
I don't think that's what your question
was.

Q    Did you, in fact, make that
approval verbally?

A    I don't remember, it was a
long time ago.

Q    Do you remember whether or
not you made that approval in writing?

A    I know that I sent an email
that said that Anthony should put the
returns in his name.

*Rich Moffett Court Reporting, Inc.*

```
 1                                       50

 2       Q      And that was because you were

 3   approving him on those returns as owner

 4   of Northshore, weren't you?

 5              MR. SHANKS:  Objection.  Tax

 6         returns don't approve ownership.

 7         You know better, you're a lawyer.

 8              MR. THOMASSON:  Mr. Shanks,

 9         you're feeding him answers, please

10         stop doing that.

11              MR. SHANKS:  No, I am not.

12              MR. THOMASSON:  Yes, you are.

13              MR. SHANKS:  You like to put

14         legal conclusions at the beginning

15         of your questions.

16              MR. THOMASSON:  Okay,

17         Mr. Shanks.  No problem.  No

18         problem.  I'll take care of it.

19       Q      Mr. Aaronson, do you know

20   what "ownership" means, yes or no?

21       A      I know what "ownership"

22   means.

23       Q      Okay.

24              When those tax returns were

25   prepared, were you approving Anthony Deo
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                      51
 2    as owner of Northshore Motors for all
 3    purposes involving those tax returns?
 4         A     No, it was an accounting
 5    thing that I was just -- at that time he
 6    was supposed to become an owner if he did
 7    several things, which he eventually did
 8    not do.  Anthony gave me his word that he
 9    was going to do them, and he did not do
10    them.
11         Q     Is that in writing anywhere,
12    Mr. Aaronson?
13         A     I'm not sure.
14         Q     Did you have a contract with
15    Mr. Deo?
16         A     I don't believe so.  I know I
17    asked Anthony Deo several times to switch
18    the banks, switch, you know, whether I
19    emailed it or not, to switch motor
20    vehicle, and said, "You gotta switch
21    motor vehicle into your name."  All the
22    things that he was going to do in order
23    to eventually get ownership of the
24    dealerships, that I know for sure.
25         Q     Okay, so let's finish up this
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                          52
 2    with the following:  Which is it,
 3    Mr. Aaronson, when you approved Anthony
 4    Deo on those tax returns as owner, were
 5    you intending for him to be the owner for
 6    all purposes regarding the tax returns?
 7    It could be the tax return only, mind
 8    you, but I just want to know if you were
 9    approving him as owner for all purposes
10    on the tax returns, yes or no?
11         A     Can you please repeat the
12    question?
13              MR. THOMASSON:  Can you
14         please repeat the question for me,
15         Diana?
16              (Record read.)
17              MR. SHANKS:  Objection as to
18         form.  If he understands it, he
19         could answer.
20         A     Yeah, I don't -- I apologize,
21    I don't answer -- I don't understand that
22    question.
23              MR. THOMASSON:  Yeah, you
24         just sent him another answer,
25         Mr. Shanks.  That's the last time.
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                          53
 2          Don't do it again, I'll call the
 3          judge.
 4               MR. SHANKS:  You can call the
 5          judge.  Hey, Mr. Thomasson, stop
 6          being combative, first of all.
 7               MR. THOMASSON:  You're being
 8          combative.  Stop interrupting this
 9          deposition and feeding your client
10          answers.
11               MR. SHANKS:  I just want the
12          question to be clear, okay?
13               MR. THOMASSON:  Yeah, it's
14          very clear.  We just had him saying
15          that he knows exactly what
16          "ownership" means.  He's being
17          evasive and you know it, and you're
18          feeding him answers.
19               MR. SHANKS:  Ask your
20          question and he can answer it.
21               MR. THOMASSON:  No problem,
22          it's on the transcript.
23          Q     Mr. Aaronson, once again, I
24     want to make sure I didn't misunderstand
25     something, you do understand what the
```

*Rich Moffett Court Reporting, Inc.*

```
1                                             54
2    word "ownership" means, right?
3         A       Yeah, yeah, yes, I do
4    understand ownership.
5         Q       You do understand that those
6    tax returns you approved list Anthony Deo
7    as 99 percent shareholder and Sarah Deo
8    as 1 percent shareholder; is that
9    correct?
10        A       If you're saying so, yes.
11        Q       Okay.
12                Do you know what those tax
13   returns said then?
14        A       I didn't -- I don't believe I
15   saw the tax returns.
16                MR. THOMASSON:  Okay, we're
17           going to have to take a little
18           break.  I've got to upload some
19           exhibits, so anybody who needs a
20           break can take it now.
21                MR. SHANKS:  Okay, it's
22           11:03, how long?
23                MR. THOMASSON:  Why don't we
24           do 11:30 at this point?  I've got a
25           bunch of exhibits we need to go
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                              55
 2          over this afternoon with
 3          Mr. Aaronson.
 4                  MR. SHANKS:  Okay, 11:30.
 5                  (Recess taken.)
 6                  (Defendants' Exhibit A,
 7          Department of the Treasury Internal
 8          Revenue Service document, deemed
 9          marked for identification.)
10          Q       Mr. Aaronson, can you see
11   what's marked as Exhibit A?
12          A       Hold on one second.
13                  Yeah, I see Exhibit A, yes.
14          Q       If I were to pull this down
15   here, are you able to identify what this
16   is?
17          A       It looks like some sort of
18   tax form.
19          Q       It's an application for an
20   EIN number.  Are you familiar with that
21   term?
22          A       Yes.
23          Q       You would have learned that
24   in your business classes, wouldn't you?
25          A       Or just over the course of my
```

```
 1                                          56
 2    time doing business in owning several
 3    businesses.
 4         Q     Do you see who it is who
 5    applied for that EIN number?
 6         A     I see Sarah's name, yes.
 7         Q     Rahman is her maiden name?
 8         A     If you say so, yes.
 9         Q     Do you know why she applied
10    for that number?
11         A     No idea.
12               (Defendants' Exhibit B,
13          Northshore Assignment of Lease and
14          Lease Modification, deemed marked
15          for identification.)
16         Q     Can you now see the word
17    Exhibit B?
18         A     I see a file Exhibit B,
19    Northshore Lease.
20         Q     Yes, do you see the word
21    Exhibit B on the screen?
22         A     No.
23         Q     You don't see it?
24         A     I see the word Exhibit B.
25         Q     Yeah, just in big letters on
```

*Rich Moffett Court Reporting, Inc.*

57

2    the screen, do you see that?

3              MR. SHANKS:  No, it wasn't

4         like the last one.

5         A      No, no, no.

6              MR. SHANKS:  It's not up.

7         A      You have a list of files that

8    we can see.

9         Q      Right, I know what that is

10   but --

11             MR. SHANKS:  I don't see

12        Exhibit B, no.

13        A      We don't see it.  We just see

14   a list of exhibits.

15             MR. THOMASSON:  We had some

16        trouble earlier.  Okay, I'll try

17        this a different way.

18        A      We don't see anything now.

19        Q      Right.

20             Do you now see Exhibit B?

21        A      Yes.

22        Q      Do you now see the top of the

23   first page of Exhibit B?

24        A      Yes.

25        Q      Do you see the title,

58

Assignment of Lease and Lease

Modification?

     A     Yes.

     Q     Do you see here,

Mr. Aaronson, on the signature page that

it was an assignment from UEA Premier

Motors Corp. to Northshore Motor Leasing

of UEA's original lease for the Michael

Drive premises, do you see that?

     A     I see Sarah's name signed in

two separate places, yes.

     Q     Do you know why she would be

signing to take over this lease if she

wasn't the owner?

     A     I have no idea.

     Q     Do you see further down the

signature page that Sarah Deo and Anthony

Deo signed as personal guarantors on that

lease?

     A     I see the word guaranty, and

I see their names signed, yes, correct.

     Q     Do you have an understanding

that as of the date of this document,

which is the 20th day of June in 2018, do

*Rich Moffett Court Reporting, Inc.*

```
 1                                              59
 2      you see that as of that date that Sarah
 3      and Anthony Deo were the personal
 4      guarantors on the lease at Michael Drive
 5      for Northshore Motors, do you see that?
 6           A      I didn't see the whole --
 7      obviously, I didn't have a chance to read
 8      everything, but I see that it appears
 9      that way, yes.
10           Q      Have you ever seen this
11      document before?
12           A      I don't believe so, no.  I'm
13      not sure.
14           Q      Have you ever seen that EIN
15      document that was Exhibit A?
16           A      No, I don't believe so.
17           Q      Do you now have an opinion of
18      who the personal guarantors were on that
19      lease?
20           A      From what you just showed me
21      it looks like Sarah was.
22           Q      And Anthony, right?
23           A      Yeah, I guess, yes.  I saw
24      Sarah's name signed a couple of times, I
25      saw Anthony's name signed once.
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                          60
 2          Q      Do you have any lease
 3    documents for Northshore Motors in your
 4    possession, custody or control?
 5          A      I don't believe so.
 6          Q      Are you aware of any lease
 7    document, other than this one, with
 8    regard to the lease of Northshore Motors
 9    at the Michael Drive location?
10          A      I'm not aware.  I wasn't
11    aware of this lease or the other lease --
12    or any other lease, I should say.
13                 (Defendants' Exhibit C,
14          Business Depository Certificate
15          from Chase Bank, deemed marked for
16          identification.)
17          Q      Can you see on your screen
18    Exhibit C?
19          A      Yes.
20          Q      Can you see here that this is
21    a bank account document involving
22    Northshore Motor Leasing LLC in the
23    opening of an account at Chase, can you
24    see that?
25          A      Yes.
```

*Rich Moffett Court Reporting, Inc.*

61

1

2      Q      Have you ever seen this

3  document before?

4      A      I'm not sure.  I don't

5  believe so.

6      Q      Can you see the date of the

7  document is January 25, 2018, upper-right

8  corner there of the document?

9      A      Yeah, I see that date, yes.

10     Q      Do you see here in the middle

11 of that document, it says, "Sarah Deo,

12 Member"?

13     A      Yes, I see that.

14     Q      Do you see just below that it

15 indicates that Anthony Deo is a signer to

16 be added later?

17     A      I see that, yes.

18     Q      Do you see who signed for the

19 opening of the Northshore Motors bank

20 account on the last page?

21     A      Yeah, Sarah.

22     Q      Have you ever seen this

23 document before now that I have shown you

24 the document?

25     A      I don't believe so.

*Rich Moffett Court Reporting, Inc.*

62

Q      The last page, actually, I'm
sorry, the signature of Sarah Deo was on
the third of four pages, but the last
page contains an account summary for
Northshore Motor Leasing, do you see
that?

A      Yup, the address.

Q      Do you see that this last
page indicates it's an account summary
for Northshore Motor Leasing LLC, do you
see that?

A      I do, yes.

Q      Do you understand that
Northshore Motor Leasing LLC is the full
legal name for the corporation?

A      I believe so, yes.

Q      Do you recognize the phone
number on the last page of this document?

A      I do not.

Q      Do you know if that could
have been the phone number to Northshore
Motor Leasing, if you know?

A      I'm not sure.  I don't know.

(Defendants' Exhibit D, Check

*Rich Moffett Court Reporting, Inc.*

```
 1                                              63
 2          Payable to David Baron dated
 3          February 12, 2021, deemed marked
 4          for identification.)
 5          Q       Do you see Exhibit D on your
 6   screen?
 7          A       Yes.
 8          Q       Do you see that this is a
 9   check payable to David Baron in the
10   amount of $10,000?
11          A       Yes, yes.
12          Q       Do you see that in the
13   notation it says, "For the purpose of
14   Sunrise Auto Outlet," do you see that?
15          A       Yeah, that's what it says.
16          Q       Do you know where Sunrise
17   Auto Outlet was located?
18          A       Yes.
19          Q       Where was it located?
20          A       I believe it's 189 Sunrise
21   Highway.
22          Q       Was that Amityville?
23          A       I believe so, yes.
24          Q       Was the corporate name, if
25   you know, for that business 189 Sunrise
```

*Rich Moffett Court Reporting, Inc.*

64

Highway Inc., if you know?

        A       I'm not 100 percent sure, but it sounds right.

        Q       And this was a $10,000 check that indicates it's for the purchase of Sunrise Auto Outlet from Northshore Funding and Management LLC, do you see that?

        A       I see a check.  I don't know what it -- it's for, but it looks like it's for a purchase, yes.

        Q       Do you recognize the signature line there at all?

        A       If that's Sarah's, possibly, I would think.

        Q       Do you see here that that money was deposited, according to the back of the check that is now on the screen?

        A       Yes.

        Q       On the same date there is a $10,000 check written to someone named Joshua Aaronson, do you see that?

        A       I see that, yes.

```
 1                                        65
 2          Q       Would that be the same Joshua
 3   Aaronson as you?
 4          A       Yes, that is me.
 5          Q       Do you remember getting a
 6   check from Northshore Funding and
 7   Management LLC on that date?
 8          A       I don't remember the exact
 9   date, no.
10          Q       Do you remember getting this
11   check?
12          A       Yes.
13          Q       What was this $10,000 check
14   for?
15          A       I think it was the beginning
16   of what was part of the availability to
17   eventually purchase our dealership.
18          Q       Did you cash that check?
19          A       I did, yes.
20          Q       Did you ever give that money
21   back to anyone?
22          A       Not that particular check
23   because it was cashed, but we gave a lot
24   of money back.
25          Q       But this check you kept; is
```

```
1                                              66
2    that right?
3         A       Yeah, I mean, it got
4    deposited into the bank.
5         Q       Okay.
6                 Is that your signature on the
7    back of the check?
8         A       Yes.
9         Q       Same day, same amount to
10   Brian Chabrier, do you see that?
11        A       I do, yes.
12        Q       Was that also money for the
13   purchase of 189 Sunrise?
14        A       Yeah, I guess it was some
15   sort of down payment on what would be
16   eventually if other obligations were met
17   to be able to purchase it, yes.
18        Q       Do you think there were other
19   obligations with regard to this?
20        A       Yes.
21        Q       Let me rephrase that.  I'm
22   sorry, I didn't finish the sentence.  It
23   was my fault.
24                Do you believe there were
25   other obligations for Anthony Deo to
```

*Rich Moffett Court Reporting, Inc.*

67

purchase 189 Sunrise at the time that
this check was given?

    A    I believe so, yes.

    Q    Are they in writing?

    A    I'm not sure but I believe
so, yes.

    Q    You believe that there is a
contract for the purchase of 189 Sunrise?

    A    I don't -- I never signed any
contract so... But I believe there -- I
know this wasn't, you know, what was
going to take, you know, the -- the
checks that you're showing me wasn't
going to be what would eventually allow
us to transfer ownership over to Anthony.

    Q    Uh-huh.

    And as far as you know, none
of this money was ever given back to
Anthony, was it?

    A    Well, millions and millions
and millions of dollars were given back
because of losses because of Anthony Deo,
so I think it all depends on how you want
to --

1                                                      68

2          Q      We'll get to that, but this

3    specific money was cashed and kept; is

4    that fair to say?

5          A      It was cashed, I can't say

6    kept, because we're out a lot of money,

7    so it wasn't kept.

8          Q      Well, you think that it

9    should be used as an offset; would that

10   be a fair way of putting it?

11         A      A lot of money was lost, so

12   if you want to call that an offset, yes,

13   it would be a pimple on a huge problem,

14   you know.

15         Q      Right, we'll get to what you

16   think is lost, no problem.

17                But this money, on or about

18   February 12th of 2021, was given towards

19   the purchase of 189 Sunrise, right?

20         A      It was -- I would imagine it

21   was the beginning of what was supposed to

22   be towards the purchase, yes.

23         Q      And it was never given back,

24   right?

25         A      This specific check was not

*Rich Moffett Court Reporting, Inc.*

```
1                                          69

2    given back.

3          Q      Jory Baron received one that

4    day too for $10,000?

5          A      Uh-huh.

6          Q      Who were the owners of

7    Sunrise Auto Outlet at that time?

8          A      I believe it was Jory, Brian,

9    my father-in-law, may he rest in peace,

10   myself and possibly Ray Phalon.

11         Q      Is there any business located

12   at that same location now, if you know?

13         A      Yes, there is.

14         Q      What business is at that

15   location now?

16         A      Stream Auto Outlet.

17         Q      Who are the owners of that

18   business?

19         A      Me and Josh, me, Josh

20   Aaronson, and my business partner Gustavo

21   Ruiz.

22         Q      How long has that been the

23   case that you have been the owners of the

24   business at that location at this time?

25         A      I want to say two years, but
```

*Rich Moffett Court Reporting, Inc.*

1                                                          70

2      I'm not exactly sure of the specific

3      date, or you know.

4            Q       Would it be fair to say that

5      it was sometime in 2023 that you obtained

6      that location?

7            A       Yeah, it's -- yes, it's

8      around two years ago, so that sounds

9      about right.

10           Q       Did you have to wait for

11     Anthony Deo to leave that location before

12     you could gain that location, if you

13     know?

14           A       I don't remember.

15           Q       Do you know who held the

16     lease after February 12, 2021, at that

17     location?

18           A       No.

19           Q       Until it closed, do you know

20     who held the lease?

21           A       No.

22           Q       Was it you?

23           A       I don't know.

24           Q       Could it have been Anthony

25     Deo?

*Rich Moffett Court Reporting, Inc.*

```
 1                                       71
 2       A       I don't know who it could
 3   have been.
 4       Q       There is another check for
 5   $10,000 that day.  Is it the same answer,
 6   this was money that was towards the
 7   purchase of 189 Sunrise; is that right?
 8       A       Correct, correct, yes.
 9               (Defendants' Exhibit E, Lease
10               dated June 15, 2021, deemed marked
11               for identification.)
12       Q       Do you have the word Exhibit
13   E on your screen?
14       A       I do, yes.
15       Q       Do you see that this was a
16   lease executed in June of 2021, do you
17   see that that's the date on this lease?
18               MR. SHANKS:  Mr. Thomasson,
19               are you referring to a lease?  I
20               don't know, is this actually -- oh,
21               oh, okay, you're scanning down.
22       Q       Do you see at the top of this
23   page we've got two dates, June 16th and
24   June 15th of 2021, do you see that?
25       A       Yeah, I see those two dates.
```

*Rich Moffett Court Reporting, Inc.*

72

Q    Do you see that Gold Coast Motors of Sunrise LLC is the lessor, do you see that?

A    Gold Coast Motors, yeah, yeah, yup, I see it, yes.

Q    Do you see that?

A    Correct.

Q    Do you know if that is a business owned and operated by the Deos?

A    I don't know, so but...

Q    Have you ever heard the term Gold Coast Motors?

A    Yes, yes, I have heard it, yes.

Q    When you heard that term, did you have any knowledge of who were the owners of Gold Coast Motors?

A    No.

Q    Did you know if Gold Coast Motors was in any way related to the Deos?

A    I'm not sure.  I don't believe so.

Q    Do you see that we've got a

*Rich Moffett Court Reporting, Inc.*

73

date here that indicates that Gold Coast

Motors of Sunrise LLC was created on

January 15, 2021, in the Division of

Corporations for the New York State

Department of State, do you see that,

Mr. Aaronson?

          A      Yes.

          Q      Do you see who it is that

signed this lease on behalf of Gold Coast

Motors of Sunrise on June 15, 2021, do

you see that?

          A      Yeah, Anthony Deo.

          Q      Do you see on the first page

of the lease under the word Background

that it indicates that this lease

pertains to 189 Sunrise Highway in

Amityville, New York, do you see that?

          A      189, I see 189 Sunrise Corp.,

yeah, yup, correct.

          Q      So you will agree that

Anthony Deo, as of June of 2021, held the

lease at this business, do you understand

that?

          A      Yes, it looks that -- it

*Rich Moffett Court Reporting, Inc.*

74

appears that way.

             MR. SHANKS:  Are you using

    Anthony Deo as being the same as

    Gold Coast Motors?

             MR. THOMASSON:  Well, okay.

    Q      Do you see that on some level

Anthony Deo was involved with the lease

for these premises as of June 15, 2021,

do you see that?

    A      Yes, it looks that way.

    Q      Did you know that?

    A      No, not that I remember.

    Q      No?

             Who would know that on behalf

of any of your co-plaintiffs, would any

of your co-plaintiffs know that Anthony

Deo, through his business, held the lease

at 189 Sunrise?

    A      I can't speak for, you know,

the other people you're mentioning.

    Q      So you didn't have regular

meetings with the owners of Northshore or

189 Sunrise; is that correct?

    A      Correct.

*Rich Moffett Court Reporting, Inc.*

75

Q      Did you ever speak with Brian
Chabrier about Northshore or 189 Sunrise
prior to November of 2022?

A      Yes, occasionally.  Very
rarely but yes.

Q      Did you ever speak with Asad
Khan about Northshore or 189 Sunrise
prior to November of 2022?

A      Not that I remember.

Q      Did you speak with David
Baron at all about either Northshore or
189 Sunrise prior to November of 2022?

A      Yeah, he -- the only time I
spoke to David Baron about it was when he
told me that Anthony, I guess, did
something that was, you know, David was
below boarding him, and my mother-in-law
had to go to the dealership, I guess, to
remove cars, and I guess he got in
some -- that was the only time I ever
spoke to my mother-in-law about it,
because he was very upset that him and
his wife had to wake up or go in the
middle of the night because Anthony did

*Rich Moffett Court Reporting, Inc.*

1                                          76

2    something that was supposedly, you know,

3    not -- really bad and that David wanted

4    to try and resolve it.  So that's the

5    only time I remember speaking to my

6    father-in-law about it.

7         Q      Do you know if that

8    difference of opinion between Anthony, on

9    the one hand, and David and Iris, on the

10   other hand, got straightened out?

11        A      I'm not 100 percent sure, but

12   I know they continued to do business

13   afterwards.

14        Q      So would it be fair to say

15   that even if you don't know the details

16   it got resolved somehow as between them;

17   is that fair to say?

18             MR. SHANKS:  Objection.

19        Calls for speculation.

20        A      Yeah, I don't know.

21             Go ahead.

22             MR. SHANKS:  He can answer if

23        he wants.

24        A      Yeah, I don't know what was

25   resolved.

*Rich Moffett Court Reporting, Inc.*

```
 1                                          77
 2          Q      I didn't ask you if you knew
 3    what it was, but you knew that there was
 4    a problem, yet business ended up
 5    continuing, so did you draw the
 6    conclusion from that that whatever
 7    difference of opinion occurred on the
 8    occasion that you're discussing ended up
 9    eventually getting resolved as between
10    them?
11          A      I don't know that it got
12    resolved, because unfortunately, in
13    business you can sometimes continue to do
14    business and it doesn't mean something's
15    resolved.
16          Q      Uh-huh.
17          A      I know there are obligations,
18    you know, and Anthony promised that my
19    father-in-law would have to come off in
20    order to -- for my father-in-law to get
21    out of the business, so I don't know what
22    was resolved or not resolved in that
23    regard.
24          Q      Do you know whether or not
25    Anthony Deo on behalf of Gold Coast
```

*Rich Moffett Court Reporting, Inc.*

                                                          78

1   Motors was taking over the lease at 189

2   Sunrise?

3        A      I do not.

4        Q      Who would know, if you know?

5        A      I have no idea.  Maybe

6   Anthony would know.

7        Q      Would any of your

8   co-plaintiffs know, if you know?

9        A      I don't know what they --

10  they would know, so no.

11       Q      You have never discussed the

12  lease of 189 Sunrise with any of your

13  co-plaintiffs; is that fair to say?

14       A      Yes.

15       Q      And you don't think you have

16  ever seen this document; is that right?

17       A      I don't believe so.

18       Q      This document was attached to

19  a complaint that was served upon you

20  during or about September of 2024, do you

21  remember that complaint?

22       A      You would have to show it to

23  me.

24       Q      So you have no memory at this

*Rich Moffett Court Reporting, Inc.*

79

1

2      time of seeing a thick complaint brought

3      against you in federal court a year and a

4      half ago; is that correct?

5           A     This -- I've seen a lot of

6      documents during this time, so I'm not

7      exactly sure what you're referring to,

8      and I thought I'm looking at a lease now

9      is what I thought I was looking at.

10          Q     Yes, I'm not talking about

11     the lease at the moment.  Let me take it

12     off the screen so you're not confused.

13                Are you aware that a

14     complaint was served on you by Anthony

15     Deo and Sarah Deo in a federal court

16     action in the Eastern District of New

17     York approximately a year and a half ago

18     during September of 2024, do you have a

19     memory of that document being served on

20     you?

21          A     Yes.

22          Q     Did you ever read it?

23          A     No.

24          Q     What did you do with that

25     document after it was served on you?

*Rich Moffett Court Reporting, Inc.*

```
 1                                         80
 2          A       I'm not sure, but I -- I'm
 3    not sure, but it was a large document.
 4    It was a very large document, if I
 5    remember correctly.
 6                    (Defendants' Exhibit F, Stock
 7              Sale Agreement dated May 17, 2021,
 8              deemed marked for identification.)
 9          Q       Do you have Exhibit F on your
10    screen?
11          A       I do.
12          Q       Do you see that on the first
13    page it indicates that this document is
14    the stock sale agreement between David
15    Baron and Ron Baron, on the one hand, and
16    Anthony Deo, on the other hand, regarding
17    Baron Nissan Inc., do you see that?
18          A       I see a stock sale agreement,
19    and I see David and Ron's name, and I see
20    Anthony's name, so I'm going to say yes.
21          Q       Do you know what a stock sale
22    agreement is?
23          A       I'm not 100 percent sure, but
24    it's you're selling, you know, I don't
25    know what percentage or whatever, but
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                              81
 2     there's some sort of sale going on of an
 3     entity that somebody owns and someone's
 4     trying to purchase something.
 5          Q      Were you aware at any time
 6     that Anthony Deo was purchasing Baron
 7     Nissan?
 8          A      Not until -- yeah, I was
 9     aware at some point, yes.
10          Q      Did you ever have a
11     conversation with Anthony Deo about the
12     purchase of Baron Nissan?
13          A      Yeah, after my
14     father-in-law's death, if anything.
15          Q      What is it you discussed?
16          A      I don't remember.  I knew it
17     would never be sold, so it -- I can't
18     imagine what my conversation with -- I
19     knew it would never be sold to Anthony, I
20     should say.
21          Q      Do you know who prepared this
22     document?
23          A      No idea.  I see Joseph
24     Aboyoun's name.
25          Q      Who is Joseph Aboyoun?
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                      82
 2          A     He's an attorney.
 3          Q     Was he an attorney for David
 4   Baron and/or Ron Baron?
 5          A     I don't know but very
 6   possibly.  I see his name next to David
 7   Baron.
 8          Q     How do you know the name
 9   Joseph Aboyoun?
10          A     He's an attorney that I've
11   worked with in the past, and I do work
12   with.
13          Q     So you have worked with
14   Joseph Aboyoun?
15          A     Yes, I have worked with
16   Joseph Aboyoun, yes.
17          Q     On what?
18          A     On a lot of my dealings with
19   buying dealerships, and -- or just in
20   general, auto-related stuff.
21          Q     Is he an attorney for the
22   Island Auto Group?
23          A     He's one of our many
24   attorneys for Island Auto Group.  He has
25   his own practice, he's a partner in a law
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                                   83
 2      firm.
 3              Q       Do you see here that at the
 4      top of this stock sale agreement David
 5      and Ron Baron are listed collectively as
 6      the seller, do you see that?
 7              A       I see their two names, yes.
 8              Q       And in the last sentence of
 9      that paragraph it says, "Hereinafter,
10      collectively referred to as 'seller.'"
11      Do you see that?
12              A       Yeah, I can see that, yes.
13              Q       And then with regard to
14      Anthony Deo just below it says
15      parenthetically that, "He is hereinafter
16      collectively referred to as 'buyer.'"  Do
17      you see that?
18              A       I see that, yes.
19              Q       Could you read into the
20      record what paragraph number 4 says?
21              A       "Whereas, seller desires to
22      sell, transfer and convey to buyer, and
23      buyer desires to purchase and acquire
24      from seller 100 percent of the capital
25      stock in the company."
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                        84
 2          Q      If we look just up here, do
 3    you see under Baron Nissan Inc. at the
 4    top of the page it was parenthetically
 5    referred to as, "Hereinafter referred to
 6    as 'company,'" do you see that?
 7          A      Yes.
 8          Q      Having just read paragraph
 9    number 4, do you have an understanding
10    that this document was for the purpose of
11    transferring the stock ownership in Baron
12    Nissan from David Baron and Ron Baron to
13    Anthony Deo, do you understand that?
14          A      No, I don't.  I would have to
15    read the full document.
16          Q      So from paragraph number 4,
17    you do not have an understanding that
18    that means that David Baron and Ron Baron
19    were transferring, by this document,
20    their ownership interests to Anthony Deo,
21    you do not understand that?
22          A      I do not understand that, no.
23    I don't agree with what you're saying, so
24    I don't understand it.
25          Q      What is it that you disagree
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                              85
 2    with --
 3          A      In order to answer a question
 4    I would have to read the whole document
 5    to give an answer that they are 100
 6    percent willing to sell.  I'd have to see
 7    signatures, because it's just a piece of
 8    paper, and I don't know --
 9          Q      We'll get there.
10          A      -- and I don't know, it could
11    be three, six or nine.
12                 MR. SHANKS:  The two of you
13          are speaking over one another.
14                 MR. THOMASSON:  I understand.
15                 MR. SHANKS:  Just for the
16          record and for the court reporter.
17          Q      When you just read this,
18    we'll get to the rest of the document, do
19    you have an understanding that this is a
20    document designed to transfer ownership
21    of stock in Baron Nissan, regardless of
22    whether or not it was executed, do you
23    understand that that's what this document
24    is for?
25                 MR. SHANKS:  Harry, is your
```

86

```
 1
 2        question is this document
 3        transferring ownership?
 4             MR. THOMASSON:  I didn't ask
 5        that.
 6        Q     Do you understand that the
 7   description of this document in the
 8   document at the beginning of the document
 9   indicates that it is for the purpose of
10   transferring the stock of Baron Nissan
11   from David Baron and Ron Baron to Anthony
12   Deo, do you understand, as a preliminary
13   question, that that's what the purpose of
14   this document is according to the first
15   page?
16        A     No, according to number 4,
17   which is what you asked me to read, it
18   looks like there is a point where it is,
19   I don't know who wrote the document, that
20   the buyer desires, meaning Anthony
21   desires, to acquire the stock.  I
22   understand that from that paragraph, from
23   that one, number 4, yes.
24        Q     And the stock is the stock of
25   Baron Nissan, right?
```

*Rich Moffett Court Reporting, Inc.*

87

    A       Related to number 4, yes,
that's what -- that's what -- yes.

    Q       Okay, all right, that's what
I'm asking.

    A       Okay, great.

    Q       Now, on this particular
document we don't have any signatures, do
you see that?

    A       I don't see any signatures,
correct.

    Q       Or at least on page 49 there
are no signatures there, correct?

    A       Yes.

    Q       You do however, on page 60,
have a signature of Anthony Deo as
pledgor, do you see that?

    A       I see Anthony's signature,
yes.

    Q       And under Baron Realty we
have David Baron's signature at least
once, right?

    A       I see his signature, yes.

    Q       Was Baron Realty Inc. the
holder of the lease at Baron Nissan, if

*Rich Moffett Court Reporting, Inc.*

```
1                                          88
2    you know?
3         A      I believe so.
4                (Defendants' Exhibit G, Email
5         Chain, deemed marked for
6         identification.)
7         Q      Do you see Exhibit G on your
8    screen, Mr. Aaronson?
9         A      I do, yes.
10        Q      Can you see that this is an
11   email chain with certain people in that
12   email?
13        A      Yes.
14        Q      It's an email from Thomas
15   Jones to Wendy Kwun and Frank Gallagher,
16   do you see that?
17        A      I do, yes.
18        Q      Who is Wendy Kwun?
19        A      Wendy works with us at Island
20   Auto Group.
21        Q      Did she at any time work on
22   Northshore Motors' matters?
23        A      Yes.
24        Q      Did she at any time work on
25   189 Sunrise matters?
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                        89
 2          A      I'm not sure.
 3          Q      If she worked for either, on
 4   matters involving either of those two
 5   businesses, would that have been for you
 6   and your group?
 7          A      Yes.
 8          Q      Who is Frank Gallagher?
 9          A      It looks like he works for
10   Citrin Cooperman, an accountant.
11          Q      But you're not familiar with
12   him?
13          A      No.
14          Q      You see Anthony Deo is there,
15   you see that he is a cc --
16          A      Yes, I do.
17          Q      -- on that email,
18   anthonyd@northshoremotors1.com, do you
19   see his email address?
20          A      I do, yes.
21          Q      Is that the email address
22   that's used for the business at
23   Northshore Motors?
24          A      I have no idea.
25          Q      Do you know who owns and
```

```
1                                          90
2     operates the email address
3     northshoremotors1.com?
4          A      I do not, no.
5          Q      Again, Theresa Martz from
6     Citrin Cooperman, is that a name you're
7     familiar with?
8          A      I've seen the name before,
9     yes.  I don't know Theresa, but I've seen
10    her name.
11              MR. THOMASSON:  I have to
12          take a break for two seconds, so
13          I'll be right back.
14         A      So do I, so I'll be right
15    back, too.
16              MR. THOMASSON:  Let's take
17          five minutes, everyone.
18              (Recess taken.)
19         Q      At the top of this email
20    chain, Mr. Aaronson, we have a series of
21    cc's that include Anthony Deo, Theresa
22    Martz, someone from Citrin Cooperman,
23    Josh Aaronson from Island Auto Group,
24    that would be you, right?
25         A      Yes.
```

*Rich Moffett Court Reporting, Inc.*

```
1                                      91

2          Q      And Ellen Kera, someone else

3    from Citrin Cooperman, do you see that?

4          A      I do, yes.

5          Q      Do you know Frank Gallagher,

6    Theresa Martz and/or Ellen Kera?

7          A      I know Ellen, yes, I know

8    Aaron -- Ellen.

9          Q      How do you know Ellen?

10         A      She's -- I work with Ellen,

11   she's an accountant.  She works for

12   Citrin Cooperman, and she's an accountant

13   that I've used over the years.

14         Q      And Citrin Cooperman is an

15   Island Auto Group accountant for that

16   business?

17         A      No, no, Citrin Cooperman is a

18   big accounting firm, and Ellen is a

19   partner in that accounting firm.

20         Q      Right, but --

21         A      Island Auto Group works with

22   Citrin Cooperman.  We retain them to do

23   some of our accounting for us.

24         Q      Okay.

25                How long have they been doing
```

*Rich Moffett Court Reporting, Inc.*

```
1                                            92

2    work, obviously, at least since '22,

3    right?

4         A      Yes.

5         Q      Earlier than that, do you

6    know?

7         A      Yes.  I'm not sure exactly

8    how long, but -- but several years.

9         Q      Okay.

10               And Thomas Jones, do you have

11   an understanding that that was an

12   accountant for Anthony Deo?

13        A      Yes.

14        Q      Please read this email to

15   yourself, Mr. Aaronson.

16        A      Read.

17        Q      Do you have an understanding

18   what this email is for?

19        A      Well, according to Tom, that

20   he is saying that Anthony Deo and Sarah

21   on this return would show 100 percent

22   ownership between the two of them.

23        Q      Since June 15th of 2020, do

24   you see that?

25        A      I see that, yes.
```

*Rich Moffett Court Reporting, Inc.*

```
1                                              93
2         Q       When was the first time you
3    saw this email?
4         A       I'm not sure.
5         Q       Is it likely that you would
6    have seen it on or about the date of the
7    email which is October 5th of '22?
8         A       October 5th --
9              MR. SHANKS:  Objection as to
10             form, just because you used
11             "likely."  You could ask him if he
12             saw it then.
13        Q       Do you know if you saw it
14   then?
15        A       I'm not sure, no.
16        Q       And is it possible that you
17   saw it then?
18        A       Yes, it is possible.
19        Q       But you have seen this before
20   today certainly, yes?
21        A       No, not that I remember.
22        Q       Okay.
23             This next email on October 6,
24   do you have a memory of seeing this email
25   before today?
```

*Rich Moffett Court Reporting, Inc.*

1                                              94

2          A      No, I do not.

3          Q      Were there discussions at

4    that time in September and October of

5    2022 between you and Anthony Deo

6    regarding the tax returns for Northshore

7    Motors?

8          A      Not that -- I don't remember.

9          Q      I just want to clarify your

10   answer, Mr. Aaronson, because you kind of

11   said two things there.  Is your answer

12   that you don't remember whether there

13   were discussions between you and Anthony

14   Deo in the fall of 2022 over tax returns;

15   is that your answer?

16         A      The answer is I don't

17   remember.

18         Q      Okay.

19                Is it possible that there

20   were discussions between you two in the

21   fall of 2022 over tax returns?

22         A      Yes.

23         Q      Since the fall of 2022, have

24   you or anyone at your direction filed any

25   tax documents of any type for Northshore

*Rich Moffett Court Reporting, Inc.*

```
 1                                          95
 2     Motors or 189 Sunrise Highway?
 3          A      I don't believe so.
 4          Q      How long before the fall of
 5     2022 did you stop filing tax documents
 6     for those two businesses?
 7          A      I'm not -- I wasn't involved
 8     in one of those businesses, so I have no
 9     idea.
10          Q      What about with Northshore,
11     was there any time prior to 2022 that you
12     stopped filing tax documents for that
13     business?
14          A      I'm not 100 percent sure, but
15     yes, there was a time that we stopped.
16          Q      Why did you stop filing tax
17     documents for Northshore Motors?
18          A      I would imagine it was
19     because I had an understanding with
20     Anthony that he was going to take over
21     the business if he filled -- completed
22     some obligations, such as paying off all
23     the cars, transferring the motor vehicle,
24     which I asked him, you know, a few times,
25     "Anthony, when are you transferring your
```

1                                                    96

2    motor vehicle?" and he was eventually

3    supposed to get ownership of these

4    businesses.

5          Q      Here is the heading on an

6    email from Josh Aaronson to Wendy Kwun

7    that cc's Ellen Kera, Thomas Jones,

8    Anthony Deo, do you see that heading?

9          A      I do, yes.

10         Q      Do you see here at the top of

11   page 5 of this exhibit that you wrote to

12   Wendy Kwun, "Good morning, Wendy,

13   Approved.  Thank you, Josh."  Do you see

14   that you wrote that?

15         A      I do, yes.

16         Q      Do you remember the last time

17   you saw this email?

18         A      No.

19         Q      What was it you were

20   approving, do you know?

21         A      I'm not sure.  I would have

22   to see the...

23         Q      Okay.

24                And here is that email that

25   she sent you that says, "Good morning,

*Rich Moffett Court Reporting, Inc.*

97

Josh, Below is an email from Tom Jones,

Anthony's CPA, requesting information to

amend the 189 Sunrise 2021 tax return.

Attached is a copy of return filed by

Citrin Cooperman.   Please let me know if

you approve of this request."

     A       Okay.

     Q       Is that what you were

approving?

     A       It appears so, yes.

     Q       Do you have any memory of it?

     A       No, not the email for sure,

no.

     Q       But at some point in time you

approved these tax returns for Northshore

and 189 Sunrise that happened to list the

Deos as the owners of those two

corporations, right?

     A       To me it was an accounting

thing, so I -- I -- I -- yes, so the

answer is yes.

     Q       So as an accounting thing,

you approved those tax returns listing

the Deos as the owners of those two

*Rich Moffett Court Reporting, Inc.*

98

businesses, right?

     A    Yeah, I mean, I don't have --
I don't have a right to do anything.
There were other partners in the
Northshore Motors' business, so I don't
have a right to even answer for
Northshore Motors other than I was
representing my mother-in-law.

          But for 189 Sunrise, I know
that there were obligations that had to
be refilled -- fulfilled by Anthony that
were never done.

MO      MR. THOMASSON:  I move to
    strike as nonresponsive.

     Q    My question to you,
Mr. Aaronson --

        MR. THOMASSON:  Diana, could
    you read my last question to him
    again, please?

        (Record read.)

     Q    Yes or no, Mr. Aaronson, is
that correct?

     A    Yes.

     Q    Thank you.

99

A      You're welcome.

Q      Do you know if you have ever seen the 2021 federal tax return for Northshore Motor Leasing LLC?

A      I don't believe so.

Q      If it was attached to those emails, would you have opened them?

A      Not necessarily, no.

Q      But would it be fair to say that you don't remember opening them?

A      Yes.

Q      So looking at it now, does this refresh your memory as to whether or not you have ever seen the first page of the 2021 US tax return for Northshore Motor leasing?

A      No, I don't remember ever opening it, no.

Q      But it's possible you opened it; is that correct?

A      It is possible.

Q      And is it fair to say that you are not an accountant?

A      Yes, fair to say.

```
 1                                           100
 2         Q      How would you describe your
 3    knowledge of accounting?
 4         A      I don't know what basis
 5    you're asking off of, but I'm not an
 6    accountant.
 7         Q      Do you have any knowledge of
 8    any accounting principles?
 9         A      Minimal, I would say.  I
10    don't know levels so I can't compare.  I
11    don't know what levels you're
12    referencing, and I'm not trying to be
13    difficult, I don't understand the
14    question.
15         Q      Okay.
16                Do you see the top of this
17    page 8 of the exhibit, it's listed on the
18    top left corner as Schedule B-1, do you
19    see that?
20         A      I do, yes.
21         Q      Do you see in the middle of
22    the page under Part II, it indicates that
23    Anthony Deo is the 99 percent owner of
24    Northshore Motor Leasing, do you see
25    that?
```

101

A       I do, yes.

Q       Do you know that this is one of the tax returns you were approving in that email, do you know if that is what you were doing?

A       I don't know if the, like, specifically, like I said, I don't think I ever opened it, but so I don't know if that's what I was approving, but...

Q       Are you saying that you might have approved a tax return without looking at it?

A       I'm saying I might have approved an email without downloading the attachment, yes.

Q       Is that the same thing as the way I asked the question to you, Mr. Aaronson?

A       I don't know.

Q       Did you approve this?  Do you know if this is one of the tax returns that you approved in your email?

A       I don't know.

Q       But it could be; is that

```
1                                        102
2    right?
3         A      Yes.
4         Q      If this is one of the tax
5    returns --
6              MR. SHANKS:  Objection.  You
7         asked the question, I don't think
8         you got an answer, Harry.
9              MR. THOMASSON:  I did.
10             Did he answer, Diana?
11             You know what, I think he
12        kind of, I think maybe it was
13        squelched.
14             Could you read back my last
15        question again, Diana?
16             (Record read.)
17        Q      What is the answer to that
18   question, Mr. Aaronson?
19        A      Yes.
20        Q      Were you being honest when
21   you approved tax returns?
22        A      I don't understand the
23   question.
24             MR. SHANKS:  Objection as to
25        form.
```

```
 1                                          103

 2          Q       Well, okay, you understand,

 3     Mr. Aaronson, that you either could have

 4     been honestly approving tax returns, or

 5     in the alternative, you could have been

 6     perpetuating some sort of a fraud.  I

 7     want to try and rule that out.  So let me

 8     ask, were you being honest in the way you

 9     approached these tax returns?

10          A       I still don't understand your

11     question, and you know, I -- I -- I think

12     I mentioned --

13          Q       Well, what was --

14          A       Go ahead.

15          Q       Do you believe when you

16     indicated that you were approving,

17     whatever you were approving in that

18     email, that you were doing so honestly?

19          A       No, what I -- what I approved

20     was Anthony Deo is on the tax return

21     getting 100 percent and on a tax return

22     but nothing to do with full ownership of

23     a business, because there were still

24     several obligations that he was going to

25     have to finish.  So I think there are
```

*Rich Moffett Court Reporting, Inc.*

```
1                                            104
2    different things that you're asking.
3         Q      I know what you're saying,
4    Mr. Aaronson, so I'm separating those two
5    issues, okay.  We will get to your second
6    issue, but you just said, did you not,
7    that you were honestly approving him as
8    owner for these tax returns; is that
9    right?
10        A      Yes.
11        Q      Okay, thank you.
12               (Defendants' Exhibit R,
13        Business Account and Signers' Form,
14        deemed marked for identification.)
15        Q      Do you have Exhibit R on your
16   screen here, Mr. Aaronson?
17        A      I do, yes.
18        Q      I don't think I possess the
19   ability to turn this.  I'm very sorry.
20   I'm willing to take suggestions.
21        A      If you just download it --
22               MR. KATAEV:  On the right
23        side under 2 of 2 with the arrows,
24        the little circle, you can click on
25        that.
```

*Rich Moffett Court Reporting, Inc.*

```
1                                    105
2            MR. THOMASSON:  Oh, I see it.
3       There it is.  Of course.  There we
4       go. I got it.
5            MR. KATAEV:  You could also
6       take your monitor and swivel it.
7       Q     Do you see here on the upper
8   left corner of the document,
9   Mr. Aaronson, it says, "Business Account
10  and Signers' Form," do you see that?
11      A     No.
12            Business account, yes.
13      Q     Do you see down about a
14  paragraph it says, "Name of the signer to
15  add, Mr. David Baron," do you see that?
16      A     I see David's signature, yes,
17  and his name.
18      Q     Do you see that he is the
19  person getting added to a bank account
20  here for Northshore Motor Leasing also as
21  indicated just above it?
22      A     Yes.
23      Q     So he was getting added as of
24  the date next to his signature.  Can you
25  read into the record what you understand
```

```
 1                                          106

 2    that date to be?

 3          A       11/8/18.

 4          Q       Do you have an understanding

 5    in your mind that David Baron was already

 6    the owner of Northshore Motors on that

 7    date?

 8          A       I'm not sure.  I believe so,

 9    yes.

10          Q       Okay.

11                  Do you see a signature at the

12    bottom of this page?

13          A       I do.

14          Q       Do you recognize that as

15    being Sarah Deo's signature?

16          A       I don't exactly recognize it,

17    but I'll go with it, yes.

18          Q       Okay.

19                  If that's Sarah Deo's

20    signature, why would she be adding David

21    Baron as a signer only to that account in

22    November of 2018, if you know?

23          A       I have no idea.

24          Q       If she is adding David Baron

25    to the account, wouldn't that indicate to
```

*Rich Moffett Court Reporting, Inc.*

```
1                                          107
2    you that she's the owner of the account?
3         A       No, I have no idea.
4         Q       But you don't have any
5    knowledge of who the owners were
6    yourself?  You have no firsthand
7    knowledge yourself of who the owners were
8    before David's death because you weren't
9    involved with Northshore Motors, correct?
10        A       Correct.
11        Q       Is it correct that David died
12   during or about May of 2021?
13        A       Correct, May 25th.
14        Q       If Iris Baron testified under
15   oath that he died during or about May of
16   2022, would that be a mistake?
17        A       If that's what she said, yes.
18   He -- he --
19        Q       Now, with regard to 2021,
20   according to your email for 2021 on the
21   tax returns and according to you for tax
22   returns only, Anthony Deo and Sarah Deo
23   were the 100 percent stockholders of
24   Northshore Motors for 2021; isn't that
25   part of what was agreed to in those
```

108

emails?  For tax return purposes only,

but that's what they indicate, right?

     A    Yes, yes, yes.

       (Defendants' Exhibit S,

     Nassau County Police Department

     Case Report, deemed marked for

     identification.)

     Q    Do you have Exhibit S on your

screen, Mr. Aaronson?

     A    I do.

     Q    Can you see that this is a

report regarding a larceny to the Nassau

County Police Department?

     A    Yes.

     Q    Did you have occasion during

late November of 2022 to speak to the

police about $735,000 that was taken from

an account, did you have an occasion

where you spoke to the police about that?

     A    I got a phone call from what

I believe was a police officer, yes.

     Q    And had you caused $735,000

to be taken from an account at that time?

     A    Yes.

1                                           109

2        Q      What is it that you did to

3   take that money?  Please walk me through

4   your steps, please.

5        A      I don't remember exactly, but

6   I believe we were able to take the money

7   out of the account, and it was -- it was

8   out of Sunrise, 189 Sunrise, I believe,

9   in order to pay back all the money that

10  we owed to the banks and consumers.

11       Q      Well, that's the purpose you

12  did it, I am just asking about the

13  mechanics.

14       A      Mechanics, we had access to

15  the bank, and we withdrew the money from

16  the bank.

17       Q      Who is "we"?

18       A      Me and my office.

19       Q      What do you mean when you say

20  your office?

21       A      Someone who works in my

22  office did it.  Most likely Wendy Kwun.

23       Q      So your memory is that you

24  and Wendy Kwun took that money; is that

25  right?

1                                          110

2          A      Correct.

3          Q      What account was it put in?

4          A      Meaning it was in 189

5    Sunrise's account, that's where the money

6    was put in, and then we took it out of

7    there, and I don't know exactly where it

8    went, but I would imagine it would be one

9    of the Island Auto Group accounts.

10         Q      So Island Auto Group was the

11   owner of 189 Sunrise in November of 2022;

12   is that what you're saying?

13                MR. SHANKS:  Objection.  He

14         didn't say that.

15                MR. THOMASSON:  Well, I'm

16         asking him.

17         Q      Is that what you're saying?

18         A      No.

19         Q      It's a yes-or-no question.

20         A      No, but the owners of Island

21   Auto Group were owners of 189.

22         Q      I understand.

23                Who were the owners of Island

24   Auto Group right now today?

25         A      Ronny Baron, the estate of

111

David Baron, myself and Marcello
Scherino.

Q    How long has that been the
case?

A    A little over 11 years, I
believe.

Q    Would it be fair to say that
in November of 2022, David Baron was
definitely not an owner of 189 Sunrise
and that account, would that be fair to
say?

A    No, not fair to say.

Q    So David Baron was alive and
well in November?

A    He, the estate of David
Baron, I should say.

Q    I didn't ask you about the
estate of David Baron.  I asked you about
David Baron.

A    I apologize then.  David
Baron was no longer alive in November of
2022.

Q    So then let's try again.

Was it fair to say that David

```
 1                                          112
 2     Baron was definitely not an owner of 189
 3     Sunrise or the 189 Sunrise bank account
 4     in November of 2022; is that correct?
 5          A     It's fair to say.
 6          Q     Could you repeat that name,
 7     Marcello, again?
 8          A     Marcello.
 9          Q     Marcello what?
10          A     Scherino.
11          Q     Is it fair to say that in
12     November of 2022, Marcello Scherino was
13     definitely not an owner of 189 Sunrise or
14     the 189 Sunrise account; is that fair to
15     say?
16          A     Yes, that's fair to say.
17          Q     Is it fair to say that in
18     November of 2022, Ron Baron was not the
19     owner of 189 Sunrise or any accounts for
20     189 Sunrise; is that fair to say?
21          A     Fair to say, yes.
22          Q     And is it also fair to say
23     that in November of 2022, that you were
24     not an owner of 189 Sunrise or any of 189
25     Sunrise's accounts; is that fair to say?
```

```
 1                                      113
 2        A     No.
 3              MR. SHANKS:  Objection as to
 4        form, just because you compounded.
 5        You should separate them and then
 6        the question is okay.
 7              MR. THOMASSON:  Okay, so he
 8        seemed to understand those
 9        questions before, but I'll separate
10        them for you, Mr. Shanks.
11              MR. SHANKS:  Okay, thank you.
12        Q     Is it fair to say that you
13   were not an accountholder for 189 Sunrise
14   in November of 2022?
15        A     I don't know.  I possibly
16   was, yes.
17        Q     Okay.
18              Do you know what credentials
19   were utilized in November of 2022 to sign
20   into that account when you took the
21   money?
22        A     I'm not 100 percent sure, no.
23   But I know we had access to do it.
24        Q     Is it possible you had access
25   through David Baron's credentials?
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                          114
 2          A      I'm not sure.
 3          Q      Is it possible that you had
 4     access through David Baron's credentials?
 5          A      I'm not sure.
 6                 MR. SHANKS:  Objection.
 7          Asked and answered, the same
 8          question.
 9                 MR. THOMASSON:  Well, no,
10          those were two different questions.
11          Q      Do you know if you ever used
12     David Baron's electronic credentials
13     after he died, do you know?
14          A      I'm not sure.  I don't
15     believe so.
16          Q      Do you know if Wendy Kwun
17     ever did, if you know?
18          A      I'm not sure.
19          Q      Is it possible --
20          A      I'm not sure.
21          Q      Okay.
22                 Is it fair to say that in
23     November of 2022, that Island Auto Group
24     definitely did not own 189 Sunrise or any
25     of its accounts; is that fair to say?
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                        115
 2        A       Fair to say.  Island Auto
 3   Group was -- Island Auto Group was now
 4   paying all of 189's debts.
 5        Q       Well, that was based on your
 6   direction to Island Auto Group, right?
 7        A       But we were paying all the
 8   debts that were owed to the banks that we
 9   were responsible for.
10        Q       Because you made the decision
11   to do so, right?
12        A       'Cause we were owners, yes.
13        Q       Who made that decision, were
14   you part of that decision?
15        A       What decision?  I'm sorry.
16        Q       The one that you're talking
17   about to make repayments for Northshore
18   Motors, did you make the decision to --
19        A       Yes.
20        Q       -- make these payments?
21        A       Yes, Ron Baron, myself, we
22   were all responsible for those decisions.
23   We were all responsible for having to pay
24   the debt back to a bank that we made
25   guaranties for.
```

*Rich Moffett Court Reporting, Inc.*

116

Q     Was there a person who was taking the reins and taking charge to clean up the closing of Northshore?

A     Yeah, it was me and my team, yes, me.

Q     Was that with your partners' knowledge, did they know that you were cleaning this up?

A     We didn't have a choice, so yes.

Q     Well, whether or not you had a choice, they all knew and authorized you to clean this up; is that fair to say?

A     Correct.

Q     When you were acting, you were acting for yourself and your partners in cleaning up Northshore Motors; is that fair to say?

A     Yes.

Q     By cleaning up I mean winding down, you wound down that business, right?

A     No, what -- well, I don't

know what you mean.  I know what I mean.
What I mean is there were several debts
in the business that were owed because of
Anthony Deo, and there were cars missing
because of Anthony Deo, and we had
responsibilities as Island Auto Group who
runs a very efficient business and has
none of these issues with any of our
other dealerships, and because of the
actions of Anthony Deo, we now had
responsibilities to pay off Ally Bank
customers' payoffs because we were on the
motor vehicle.  All the reasons why we
needed Anthony Deo off taking over our,
motor vehicle license, which he just
chose to never do.  So we had
obligations.

When I say winding down, I
mean winding down all the problems that
were created by Anthony Deo is what I'm
referencing.

Q    Were there any things that
you wound down that didn't have anything
to do with Anthony Deo?

*Rich Moffett Court Reporting, Inc.*

```
 1                                      118
 2         A      Anthony has his handprints
 3    and fingerprints all over this thing.
 4         Q      Well, let me ask you, did you
 5    do anything to cancel any contracts
 6    regarding Northshore?
 7         A      I don't know what you mean.
 8         Q      Okay.
 9                Did you have any contracts
10    that you had to settle, were there
11    financial obligations that were
12    contractually based for Northshore Motors
13    when you wound down Northshore Motors'
14    affairs?
15         A      Yes, there were -- there were
16    obligations, yeah.
17         Q      Like what?
18         A      Like paying off our floor
19    plan with Ally Bank.
20         Q      Did you do that?
21         A      Yes.
22         Q      Who did you tell to do that?
23         A      My office and myself and my
24    team.
25         Q      You personally were writing
```

*Rich Moffett Court Reporting, Inc.*

                                                          119

checks to Ally Bank?

        A       Island Auto Group was

personally writing checks to Ally Bank.

        Q       So you were directing the

writing of the checks, right?

        A       Correct, yes.

        Q       Who would you talk to to

write checks in November and after

November of 2022 for Northshore Motors?

        A       Wendy.

        Q       Wendy Kwun?

        A       Correct.

        Q       Anyone else?

        A       We were all aware of it.

        Q       All right, but I'm not asking

you who was aware of it.  I asked if

there was anyone else that you directed

to make payments, or was it just Wendy

that you told to make payments?

        A       Well, my mother-in-law was

aware, because she had to make some

payments and wire money in order to cover

the debts.

        Q       So you would inform her of

120

what she had to do, and then she did it;
is that how it worked?

A       I would just let her know
that, "Iris, I'm going to have to speak
to your person who handles your money,
and we're going to need some money to be
sent."

Q       And then she would authorize
you to do that and you would speak to
some accountant in Florida; is that a
fair way of putting it?

A       I don't know where they were
located, but I would speak to somebody
and say that we would need, and this was
all over the course of some time because
we lost well over 4 million, over $5
million because of this.

Q       So your losses were 4 to $5
million regarding Northshore Motors; is
that right?

A       I believe more, I believe,
but yes.

Q       It was at least 4 to $5
million; is that right?

```
 1                                      121
 2          A      Correct.
 3          Q      And these are losses that you
 4   believe were caused by Anthony Deo alone;
 5   is that right?
 6          A      Yes.
 7          Q      Were there any other losses,
 8   other than financial, that you suffered
 9   at the hands of Anthony Deo?
10          A      Meaning what?
11          Q      I don't know.  You tell me,
12   was it all just financial losses, is that
13   the only type of losses that you
14   suffered?
15          A      Well, I don't know what
16   you're referencing.  It caused more
17   stress than I ever had in my business
18   career, and I've been in business, like
19   we discussed earlier, since 2022,
20   whatever it was.  And since I got in the
21   auto business, this was by far the --
22   that loss of a mental loss was definitely
23   there.
24          Q      Okay.
25                 So there was mental stress
```

```
 1                                        122
 2     that you suffered as a result of all of
 3     this; is that fair to say?
 4          A     Yes.
 5          Q     Did Anthony Deo take any
 6     cars, other than financially, from
 7     Northshore Motors, if you know?
 8          A     Yes.
 9          Q     What else did he take?
10          A     Cars.
11          Q     Was there anything else that
12     he took?
13          A     Yes.
14          Q     What else?
15          A     Our license -- our dealer
16     plates that were our plates that were
17     under our name.  Well, not under my name,
18     but under David Baron, Brian Chabrier and
19     Asad Khan's, that he took the plates and
20     wouldn't return them.
21          Q     Do you know if they were ever
22     turned into DMV, if you know?
23          A     I don't -- I'm not sure.
24          Q     So there was money that he
25     took, there were cars that he took, and
```

*Rich Moffett Court Reporting, Inc.*

123

there were plates that he took, is there
anything else that you can think of now
that you believe Anthony Deo was
responsible for taking wrongfully from
Northshore?

          A       Well, he took a lot of cash,
I know that.  So he took a lot of cash
that supposedly was never deposited into
banks.

          Q       You say "supposedly," who is
it that told you he took cash?

          A       I don't exactly remember who,
but several people told us.

          Q       Did you ever see him yourself
take cash?

          A       No.

          Q       Did you ever see him yourself
take plates?

          A       Yes, we were aware that he
had the plates on the car, yes.

          Q       So you saw yourself --

          A       I didn't personally.  I
didn't personally.  I think I was at that
dealership maybe two or three times ever,

*Rich Moffett Court Reporting, Inc.*

```
 1                                        124
 2    and I saw that Anthony was driving around
 3    with our dealer plates, and Anthony told
 4    me that he had our plates.
 5           Q       You were at Northshore ever
 6    two to three times; is that correct?
 7           A       I believe that's -- yes, it's
 8    not 100 percent correct, but it's pretty
 9    accurate that I wasn't there a lot.
10           Q       Do you know somebody named
11    Frank Ventimiglia?
12           A       Not that I recall.
13           Q       So you didn't see Anthony
14    take cash, and you didn't see Anthony
15    take plates, did you see Anthony yourself
16    take any cars?
17           A       With my own two eyes, no, but
18    I was aware that he had the cars, yes.
19           Q       I'm not asking you that.  I'm
20    just asking if you have firsthand
21    knowledge, it's a legal thing,
22    Mr. Aaronson, do you have any firsthand
23    knowledge of Anthony Deo taking cars?
24           A       Yes.
25           Q       How do you have firsthand
```

*Rich Moffett Court Reporting, Inc.*

125

knowledge that Anthony Deo took cars?

    A     'Cause he drove -- I saw him driving the cars.

    Q     Okay.

         What cars did you see him driving that he should not have been driving?

    A     I'm not sure.  A Bentley. Whatever it was, it was always a fancy car.

    Q     Northshore sold high-end cars, didn't it?

    A     It attempted to.

    Q     So is that a yes to that, to use your term, fancy cars were sold by Northshore?

    A     Yes.

    Q     And from time to time do operators of dealerships operate cars from the dealership?

    A     Their family members don't, so typically it would be an individual, not a child, that would bring a car to Penn State and then register a car --

*Rich Moffett Court Reporting, Inc.*

126

1

2      register the car illegally under their

3      name when it was never titled to them.

4      So no, that's not typical in a car

5      dealership.  That would be considered

6      fraud.

7            Q      Do you have any reason to

8      think he thought he bought a car from

9      Northshore; do you have any knowledge of

10     whether or not he thought so?

11           A      We know he did not.

12           Q      You know he didn't buy it,

13     you know that because you know the

14     paperwork was never turned in, right?

15           A      No, because he never paid for

16     the car.

17           Q      So how many cars is it that

18     you have firsthand knowledge of him

19     operating that he shouldn't have been?

20     You mentioned a Bentley, anything else?

21           A      A Maserati.

22           Q      A Maserati, that's two.

23           A      And he had a whole host of

24     cars, because we know that there were

25     cars that he purchased that were valued,

127

that he told the bank, were worth some

amount of money, and then --

    Q    We'll get to that,

Mr. Aaronson, but I am asking you what

did you see him operating that he should

not have been operating?  You have

mentioned a Bentley and a Maserati,

anything else?

    A    I don't remember, no.

    Q    And as far as money, did he

take money from accounts that he

shouldn't have taken?

    A    I don't understand the

question.  I'm sorry.

    Q    Did Anthony Deo take money

from the accounts belonging to Northshore

at any time, that you know of, whether it

was authorized or unauthorized, was there

money that went from those accounts to

Anthony Deo, yes or no, if you know?

    A    I don't know.

    Q    As far as Anthony Deo's

wrongdoing, you saw him operating two

cars that he shouldn't have been

*Rich Moffett Court Reporting, Inc.*

```
 1                                        128

 2     operating, and that's the only firsthand

 3     wrongdoing you know of today that you can

 4     tell me about; is that right?

 5             A      No.

 6                    MR. SHANKS:  Objection.

 7             Again, you're characterizing.  He

 8             said there were other cars.

 9                    MR. THOMASSON:  Then he gets

10             the chance to say no, Mr. Shanks.

11                    MR. SHANKS:  The record

12             speaks for itself, but don't

13             categorize his testimony, just ask

14             him another question.

15             Q      Is it fair to say,

16     Mr. Aaronson, that the only firsthand

17     knowledge you have told me about thus far

18     of wrongdoing by Anthony Deo that you

19     observed firsthand yourself was the

20     operation of two cars; is that right?

21             A      No, no.

22             Q      Okay, tell me what else you

23     observed firsthand that he did wrong.

24             A      That there were millions and

25     millions of dollars worth of supposed
```

1                                              129

2    cars that either we couldn't find, we

3    couldn't touch, and when we did find and

4    touch them, they were -- significantly

5    had a less value than what he represented

6    to the bank, and that those cars were

7    stripped, nonoperational, meaning the

8    engines wouldn't work, the engines were

9    missing.  So in general, everything that

10   Anthony touched that I saw firsthand when

11   I went down when we had all this problem,

12   the bank said, "You owe us millions of

13   dollars for these cars."  I firsthand saw

14   that the cars were not what Anthony

15   presented the cars as.

16        Q        Okay.

17                 So it was Anthony Deo that

18   was authorized at all times to deal with

19   the floor plan companies on behalf of

20   Northshore Motors; is that correct?

21        A        He was operating the

22   business, correct.

23        Q        No, I didn't ask you that.

24   Anthony Deo, in order to rip off the

25   floor plan and you and your partners,

*Rich Moffett Court Reporting, Inc.*

```
1                                        130
2     would have had to have been the one that
3     was dealing with the floor plan company,
4     right?
5          A     I believe so, yes.
6          Q     So it's your testimony that
7     Anthony Deo was authorized by Northshore
8     to deal with the floor plan companies; is
9     that right?
10         A     No.  When you say "deal,"
11    there's different definitions.  I don't
12    -- I don't -- I don't understand.  I
13    think, like, I disagree with your
14    question.
15         Q     Well, when a car is going to
16    get paid off with the floor plan company,
17    who actually pushes the button on the
18    computer to get that floor plan company
19    paid, is it your testimony that it's
20    Anthony Deo?
21         A     At the end it was -- it was
22    Island Auto Group.
23         Q     Okay, before the end, who did
24    it if it wasn't Island Auto Group?
25         A     Someone that, I guess, worked
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                        131
 2    at Northshore for Anthony -- for the
 3    dealership.
 4         Q      For Anthony, is that what you
 5    were going to say?
 6         A      And then I said the
 7    dealership, because that's where the
 8    person worked would be at the dealership.
 9         Q      So what person at Northshore
10    was responsible for paying off cars?
11         A      Anthony, and as Anthony being
12    the operator of the business, he would
13    have been responsible for it.
14         Q      So Anthony Deo was the owner
15    of this business; is that what you're
16    saying?
17         A      No, no.
18              MR. SHANKS:  The answer was
19         operator, not owner.
20              MR. THOMASSON:  Yeah, I know
21         what he said.
22              MR. SHANKS:  Oh, okay, okay.
23         Q      So you're telling me that
24    someone other than the owner was
25    responsible for the business?
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                    132
 2          A      Yes.
 3          Q      And the person responsible
 4   for the business was Anthony Deo; is that
 5   right?
 6          A      Yes.
 7          Q      Did anyone else have any
 8   responsibilities at the business?
 9          A      No.
10          Q      Who were the owners on the
11   bank account?
12          A      I don't know.
13          Q      In three years with millions
14   of losses, wouldn't you want to know who
15   was in charge of the bank account?
16          A      I tried to move on from this.
17          Q      Uh-huh.
18                 Do you know what the security
19   was on those bank accounts?
20          A      I'm not aware.
21          Q      Do you know what tokens are,
22   Mr. Aaronson, in your business?
23          A      I believe what you're
24   referencing is, like, a Chase token, yes.
25          Q      What is a Chase token, as far
```

*Rich Moffett Court Reporting, Inc.*

1                                                    133

2    as you know?

3         A    It's something that -- it's a

4    code that allows you, that changes every

5    few seconds, that allows you to log onto

6    a bank account.

7         Q    Were there tokens in place at

8    Northshore Motors?

9         A    I'm not sure.

10        Q    You wouldn't know who owned

11   them?

12        A    I am not 100 percent sure who

13   had access to that.

14        Q    Do you know if Anthony Deo

15   had a token?

16        A    Don't know.

17        Q    If Anthony Deo didn't have a

18   token, wouldn't that mean that only the

19   people with the tokens not named Anthony

20   Deo would be approving transactions?

21        A    I don't know.

22        Q    Are you telling me you don't

23   know, you know, about tokens but you

24   don't know what they are?

25        A    No, I do know what tokens

134

are, I don't know who had access to the
tokens.

    Q    So once a person has access
to a token, then they are the people who
are approving transactions at the
dealership on that account, right?

    A    I don't agree with that
question, so no.

    Q    No.

    People who have the tokens
don't have authority over the account; is
that what you're testifying?

    A    I believe that there's
different access, that just because you
have a token doesn't mean you have full
access to anything, so I don't know who
had access to what is what I'm saying.

    Q    So then you don't know if
Anthony Deo had access to the account
since David Baron's death, right?

    A    I'm not sure.

    Q    Was he authorized to write
checks, if you know, from the Northshore
account?

135

```
 1                                        135
 2         A      I would believe so, yes.
 3         Q      Was he on the Northshore
 4    account, do you know?
 5         A      If he signed checks, I would
 6    hope so.
 7         Q      Well, you can authorize
 8    someone to sign a check for you if you
 9    wanted to on an account that you own,
10    can't you?
11         A      I'm not aware, so I don't
12    know that answer.
13         Q      Did you ever authorize
14    Anthony Deo to do anything at Northshore
15    Motors?
16         A      I don't understand the
17    question, I'm sorry.
18              MR. SHANKS:  To do anything?
19         Q      Was there anything at all
20    that you personally authorized Anthony
21    Deo to go do since David Baron's death?
22         A      To run an honest business.
23    This is something I spoke to him a few
24    times.  When I would speak to Anthony,
25    that's what I couldn't emphasize more,
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                    136
 2    meaning how we as an organization never
 3    looked for any trouble, and that was the
 4    main one -- one of the main things I
 5    always talked to Anthony about, and I
 6    mean, he knows that.
 7         Q      Why did you speak with him
 8    about that?
 9         A      Because I knew my
10    father-in-law had, you know, a major
11    problem with him.  And I'm not sure when
12    we, you know, we just eventually heard a
13    lot of bad things that he was, you know,
14    convicted of bank fraud, and he was
15    someone that we should be worried about.
16         Q      So this person that you had
17    worried about you authorized to run your
18    business, and you were only at that
19    business two to three times; is that
20    right?
21         A      Well, I learned later on when
22    we found out there was a lot of trouble,
23    that's when I found out about Anthony.
24         Q      Who told you about trouble
25    with Anthony and David Baron?
```

*Rich Moffett Court Reporting, Inc.*

137

```
 1
 2        A      Well, David Baron had told me
 3   just because when he told me, "You won't
 4   believe what Iris and I had to go do last
 5   night."  I said, "What did you have to
 6   do?"  and he told me, "I had to go down
 7   to Northshore," and I forget exactly why,
 8   but because Anthony did something in his
 9   eyes that was really unbalanced, and they
10   were having discrepancies and so David
11   had to go down there.  And I don't know
12   if they had to remove cars or something
13   because of something that Anthony did.
14   In all the years I've been in the car
15   business, I never heard of anything like
16   that happening.
17              So my antennas were
18   definitely up related to Anthony, and he
19   was aware of that because I would
20   constantly tell him, "Anthony," the times
21   that I spoke to him, "just run a good,
22   clean business, that's all we care
23   about."
24        Q      And you authorized him to
25   continue operating the business knowing
```

*Rich Moffett Court Reporting, Inc.*

1                                                      138

2    that he was a bad guy; is that fair to

3    say?

4         A      Knowing that he had a

5    potential to be a bad guy, yes.

6         Q      Well, you said you already

7    knew that he was a bad guy, didn't you?

8         A      In my father's eyes he had a

9    problem that, which eventually made my

10   eyes feel, that there was a potential

11   that you have to watch out for him.

12        Q      And then some time after

13   finding out that he was a bad guy, David

14   Baron, nevertheless, attempted to sell

15   Baron Nissan to Anthony Deo, right?

16        A      I -- I don't know about that.

17        Q      And knowing, as you did,

18   coming into Northshore Motors after the

19   death of David Baron, you nonetheless

20   authorized Anthony Deo to continue to

21   operate that business, didn't you?

22        A      Yes.

23        Q      Okay, so what firsthand

24   knowledge do you have of wrongdoing

25   committed by Sarah Deo?

```
 1                                          139
 2          A       I'm not sure.  I guess she's
 3   married to Anthony.
 4          Q       Is there any other wrongdoing
 5   by Sarah Deo, that you are aware of, that
 6   she committed against Northshore Motors?
 7          A       I'm not 100 percent sure.  I
 8   characterize them almost together because
 9   of their relationship being husband and
10   wife.
11          Q       So Sarah Deo has committed
12   some sort of wrongdoing because she's
13   married to Anthony Deo?
14          A       I'm not saying that.  That's
15   not what I said.
16          Q       So I am asking you a simple
17   question, do you, yes or no, have any
18   knowledge today, firsthand knowledge
19   yourself, of wrongdoing by Sarah Deo to
20   Northshore Motors?
21          A       I'm not 100 percent sure.
22          Q       Does that mean no?
23          A       It means I'm not 100 percent
24   sure.
25          Q       All right, then I'll rephrase
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                        140
 2     it.  Is there anything that you can
 3     specifically tell me that you think Sarah
 4     Deo did wrong with respect to Northshore
 5     Motors?
 6          A     Yes.
 7          Q     What is it you think she did
 8     wrong?
 9          A     In the past she would lock
10     people out of an office and not allow
11     them in an office when they wanted entry
12     into an office.
13          Q     And you observed this
14     firsthand?
15          A     No.
16          Q     Okay, that was told to you?
17          A     Yes.
18          Q     Is there anything else that
19     was told to you about what Sarah Deo did
20     wrong to Northshore Motors?
21          A     Not that I can remember.
22          Q     And you are certainly not
23     saying that she did something wrong to
24     you, are you?
25          A     Not that I can remember.
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                      141
 2           Q       And are you saying that she
 3   did anything wrong to Island Auto Group?
 4           A       Yes.
 5           Q       What did she do wrong to
 6   Island Auto Group?
 7           A       I know she helped move cars
 8   supposedly to get them out of the
 9   dealership to almost hold them, I'll
10   call, ransom, so she was part of that,
11   and she --
12           Q       All right, let's --
13           A       Yeah, go ahead.
14           Q       I was going to say with
15   regard to that, you personally observed
16   her moving cars?
17           A       No, I didn't say I personally
18   saw her.
19           Q       Well, I'm only asking about
20   what you have firsthand knowledge of,
21   Mr. Aaronson.
22           A       I was -- I was told this, so
23   I don't know.  I guess that's not
24   firsthand knowledge.
25           Q       No, it's not.
```

*Rich Moffett Court Reporting, Inc.*

1                                                    142

2                Who told you that, that she

3    was moving cars?

4        A       I don't know.  I don't

5    remember.

6        Q       Uh-huh.

7                So do you have any firsthand

8    knowledge of Sarah Deo doing something

9    wrong to Island Auto Group?

10       A       I don't remember.

11       Q       Can you tell me today

12   anything that Sarah Deo did wrong to

13   Island Auto Group?

14       A       I don't remember.

15       Q       Do you know who the

16   plaintiffs are in this case?

17       A       So I believe I knew a few of

18   them, yes.

19       Q       Who are the plaintiffs in

20   this case, Mr. Aaronson?

21       A       Anthony Deo, Sarah Deo, I

22   believe you are, and I'm not sure who

23   else.

24       Q       The plaintiffs are the people

25   who bring the case, Mr. Aaronson, did you

143

know that?

A    Oh, I meant the defendants. I'm sorry, I apologize.

Q    Yeah, I'm asking you about your co-plaintiffs. You're plaintiff, aren't you?

A    I am, yes.

Q    Do you know who else are plaintiffs?

A    You can show me and I'll tell you if I, you know, know them.

Q    So off the top of your head, as we speak, is it fair to say you don't even know who the plaintiffs are?

A    I would imagine it's Ronald Baron, it's the estate of David Baron, it's Jory Baron. It -- I would imagine it's Brian Chabrier, I would imagine it's Asad Khan. You know, that's who I believe it is, and there might be more. I wouldn't be surprised.

Q    Uh-huh.

Why would you not be surprised if there were more?

```
 1                                      144
 2        A       'Cause Anthony caused, you
 3   know, a lot of damage to a lot of people.
 4        Q       But you don't have any
 5   firsthand knowledge of what he did wrong,
 6   right?
 7        A       I never said that.  Of course
 8   I have firsthand knowledge.  He cost my
 9   family millions of dollars.  I don't know
10   how you would even suggest that.
11        Q       All right, well, money was
12   spent that you believe was lost because
13   of Anthony Deo's actions, right, but
14   there's no single transaction that you
15   saw that was wrongful, right?  I'm just
16   asking about what you saw.  I'm not
17   asking you about the results, I am asking
18   about what you saw.
19        A       Not correct, like, at all.
20   Like, whatever less than correct is,
21   it's -- it's less than correct.
22        Q       Okay, so did you see Anthony
23   Deo stealing cars, other than the two you
24   mentioned?
25        A       I saw -- no comment.
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                   145
 2        Q      Well, I'm just asking if you
 3   saw yourself -- I'll be asking everybody
 4   this question, I promise you,
 5   Mr. Aaronson, you'll get every chance
 6   through somebody else to tell us what
 7   they saw.  Were there any cars, other
 8   than those two, that you personally saw
 9   Anthony Deo take wrongfully?
10        A      Specific cars that I saw him
11   take, no.
12        Q      Okay.
13               And you weren't there when he
14   was taking money, 'cause you would have
15   stopped him, right?
16        A      When he -- no, I did not see
17   him personally take cash with him, no.
18        Q      You didn't see him personally
19   take license plates, did you?
20        A      I know he had the license
21   plates, so yes, I personally -- I
22   personally saw them, because I saw he was
23   having -- he had those license plates on
24   his cars, and then we couldn't get those
25   license plates back, so yes, I personally
```

```
 1                                    146
 2   saw him driving with those license
 3   plates.
 4        Q      But that's it, you now told
 5   me everything that you personally saw him
 6   take wrongfully from Northshore, correct?
 7        A      I believe so, yes.
 8        Q      Now I'm asking you the same
 9   questions about Sarah Deo.  Did you see
10   her take any cars?
11        A      Personally, no.
12        Q      Did you see her take any
13   money wrongfully?
14        A      Personally, no.
15        Q      Did you see her take any
16   plates wrongfully?
17        A      I've seen that she drove a
18   car or had a car, I believe, was in her
19   possession that had a plate that was
20   ours, so yes.
21        Q      Okay.
22               What car was that?
23        A      I don't remember.
24        Q      Okay.
25               So she was operating a car
```

```
1                                              147

2    with a plate wrongfully; is that correct?

3         A       No comment.

4         Q       Okay.

5                 Did you see her take any

6    cash --

7         A       No.

8         Q       -- wrongfully?

9         A       No, not personally, no.

10        Q       Did you see her take

11   anything, other than what you have

12   already told me, that she took wrongfully

13   from Northshore?

14        A       Not that I can remember.

15        Q       And she certainly didn't take

16   anything from Island Auto Group, did she?

17        A       No, not -- no, she didn't

18   come into our bank accounts and take

19   money out of them personally, no.

20        Q       Did Anthony Deo go into

21   Island Auto Group or any of its

22   dealerships under that umbrella and take

23   money?

24        A       Indirectly -- no, but

25   indirectly he did, yes.
```

*Rich Moffett Court Reporting, Inc.*

```
1                                          148
2          Q      Well, you took money from
3    Island Auto Group to pay for perceived
4    losses at Northshore Motors, right?
5          A      Yes.
6          Q      But that was your decision to
7    do that, right?
8          A      Yes.
9          Q      Did Asad Khan take any money
10   and pay any of the debts that you think
11   were caused by Anthony Deo?
12         A      Not that I'm aware of, no.
13         Q      Did Brian Chabrier contribute
14   money to pay for the debts you believe
15   were caused by Anthony Deo?
16         A      Not that I am aware of, no.
17         Q      Did you take any money of
18   your own and pay any debts that you think
19   were caused by Anthony Deo?
20         A      Yes.
21         Q      What money did you take out
22   of your account to pay for debts that you
23   think were caused by Anthony Deo?
24         A      I am -- it wasn't out of my
25   specific account, it was out of Island
```

```
 1                              149

 2     Auto Group's account, which I'm an owner

 3     in.

 4          Q      I am asking you personally,

 5     Mr. Aaronson, did you put any money

 6     towards clearing up --

 7          A      No.

 8          Q      -- Northshore problems caused

 9     by Anthony Deo?

10          A      Not out of my personal

11     account, no.

12          Q      Did Iris Baron pay for any

13     debts at Northshore that you believe were

14     personally caused by Anthony Deo?

15          A      Yes.

16          Q      But she would have only done

17     that on behalf of the estate of David

18     Baron; is that right?

19          A      I believe so.

20          Q      She didn't put any money in

21     personally herself, did she?

22          A      She's -- she's -- she is the

23     estate, so I guess it's logistics.

24          Q      Well, it's important, though.

25     Any money that came from Iris Baron was
```

1
2    coming from the estate?

3        A    I'm not sure where it came

4    from.  I'm not sure where it came from,

5    exactly which accounts of hers were used

6    to pay back the debt, so I don't know.

7        Q    Well, if I told you that it

8    didn't come from her personally,

9    according to her testimony, would you

10   have any reason to think that that would

11   have been incorrect?

12       A    No.

13       Q    Have I ever harmed you at

14   all, Mr. Aaronson?

15       A    In what capacity?  I'm sorry.

16       Q    In any capacity, have I ever

17   caused you harm?

18       A    Yes.

19       Q    Okay, how did I cause you

20   harm?

21       A    You know, I wanted the money

22   that was taken, the $735,000 that was

23   then given back to you to be held in

24   escrow, and you chose to give it back to

25   Anthony Deo, which caused me a lot of

```
 1                                    151
 2   harm.
 3         Q      Okay, so we're going to set
 4   that issue aside.
 5                Did I ever cause you any
 6   harm, other than that?
 7         A      No, I never seen you before.
 8         Q      Right.
 9                I didn't work at Northshore,
10   did I?
11         A      Not that I'm aware of.
12         Q      I didn't work at 189 Sunrise,
13   that you are aware of, did I?
14                MR. SHANKS:  Objection as to
15           "work," because I think you had an
16           office there, no?
17                MR. THOMASSON:  At 189
18           Sunrise?  I'll thank you again,
19           Mr. Shanks, to not feed your client
20           answers.
21                MR. SHANKS:  I'm asking you.
22                MR. THOMASSON:  I never had
23           an office in either of those
24           buildings, if that will make you
25           feel better.
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                        152
 2        Q      Mr. Aaronson, do you know if
 3   I ever had an office at Northshore?
 4        A      I'm not aware.  I'm aware
 5   that you have a PO Box office, that's all
 6   that I am aware of.
 7        Q      You're aware that I had an
 8   office at Northshore?
 9        A      I'm not aware, I just
10   answered you.
11        Q      You have no firsthand
12   knowledge that I had an office at
13   Northshore; is that correct?
14        A      I am not -- I don't know.
15        Q      Do you have any firsthand
16   knowledge that I had an office at
17   Northshore, yes or no?
18        A      Once again, I'm not aware.  I
19   have answered you four times, I think.
20        Q      You don't want to answer.
21               Did you ever see an office of
22   mine at Northshore?  You were there three
23   times.
24        A      I don't know whose office was
25   who.  It could have been in a car for all
```

*Rich Moffett Court Reporting, Inc.*

153

I know.  I have no idea.

     Q    But you're not aware of any office that I had there, are you?

     A    I'm not aware of -- no, I'm not aware.

     Q    Are you under the impression I had an office at 189 Sunrise?

     A    I'm not aware.

     Q    So other than the $735,000 problem, is there anything else that you believe I did that harmed you?

     A    It's an open-ended question.

     Q    Yes or no, is there anything you could tell me right now that I did to harm you, other than that $735,000?

     A    Yes.

     Q    What else did I do to harm you?

     A    In my opinion, you represent someone who's caused a lot of damage to my family and to my business, and that, in my opinion, I think you've done things that are what I would consider unethical.

     Q    Like what?

154

    A     Make up fabrications and make
up stories.

    Q     What fabrications have I made
up?

    A     Things -- things that I've
heard in the past that -- that you might
have -- that are all part of this court
case.

    Q     What is it you have heard
that I said --

    A     I don't remember.

    Q     -- that was a fabrication?

    A     I don't remember.

    Q     So is there anything, other
than the $735,000, that you can state
with specificity that I've done that you
know has harmed you --

    A     I'd rather not comment.

    Q     -- apart of winding down the
affairs of 189 Sunrise, Mr. Aaronson?

    A     Please explain what you mean
by "winding down."

    Q     Have you directed any work
regarding 189 Sunrise since November of

```
 1                                        155
 2   2022?
 3        A      You mean after 2022?
 4        Q      Since November of 2022, have
 5   you done any work involving 189 Sunrise?
 6        A      Not that I can -- not that I
 7   am aware of.  I'm not sure.
 8             MR. SHANKS:  Harry, just a
 9        question, are you planning on
10        running right through?  Are you
11        planning on breaking for lunch?
12             MR. THOMASSON:  Well, you
13        know, I was just thinking about
14        that.  I'm pausing and thinking
15        this is probably a good time.  Why
16        don't we take until 2:15 and break
17        for lunch?
18             MR. KATAEV:  Can I jump in
19        with something?  I have a
20        telephonic conference before Judge
21        Cho at 2:30.  I imagine it's going
22        to take ten minutes.
23             MR. SHANKS:  Maybe we could
24        run a little more then, and when we
25        break, we run into your --
```

*Rich Moffett Court Reporting, Inc.*

156

Can you go another half hour, Harry, does that work?

MR. THOMASSON:  You mean now?

MR. SHANKS:  Yes, and then we'll break at 2:00.

THE WITNESS:  Guys, if I can get two minutes to go to the men's room, please?

MR. THOMASSON:  Let's break for five minutes, then we'll go to 2, and then we'll break until 3.

MR. KATAEV:  Perfect, thank you.

MR. THOMASSON:  Okay, but we'll take five minutes now.

(Recess taken.)

Q    Mr. Aaronson, do you know at this time what happened to the DMV licenses for Northshore and 189 Sunrise?

A    I believe they were returned eventually.  I'm not sure when.

Q    Do you know who returned them?

A    I believe, you know, my

```
1                                      157
2   office.
3          Q       Your office did that?
4          A       Yes.
5          Q       Would that have been at your
6   direction?
7          A       Yes.
8          Q       And who is in your office,
9   Wendy Kwun, that's one, right?
10         A       Yeah, I think Wendy.  I'm not
11  sure who else would have handled
12  something like that.
13         Q       How many people do you have
14  in your office?
15         A       I know a lot of dealerships,
16  so I don't know where you're referencing.
17         Q       Well, I don't know what you
18  mean when you say your office.  What do
19  you mean by your office?
20         A       It would have been Wendy Kwun
21  and whoever she would have take care of
22  something.
23         Q       You're not talking about a
24  physical office, you're talking about all
25  of the people who do all of the work for
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                        158
 2     Island Auto Group, is that what you mean
 3     when you say your office?
 4            A      Yeah, in this instance, yes.
 5            Q      How many people would that
 6     be?
 7            A      Roughly 12.
 8            Q      What are their names?
 9            A      I'm not sure.
10            Q      You don't know the people in
11     your office, other than Wendy Kwun?
12            A      I -- I deal with Wendy pretty
13     much.
14            Q      Uh-huh.
15                   Now, do I understand
16     correctly that DMV licenses are owned by
17     the corporation and there is also one or
18     more personal guaranties associated with
19     those licenses?
20            A      I don't know the exact rules
21     and regulations of -- of -- of the motor
22     vehicle license, of what goes into it.
23     I'm not exactly 100 percent sure.
24            Q      Well, do you know if the
25     motor vehicle licenses are owned by the
```

*Rich Moffett Court Reporting, Inc.*

159

corporation?

    A    I would believe that yes, the motor vehicle licenses are the, you know, would be -- should be the owners of the business, yes.

    Q    And do you know if there is a personal guaranty on those licenses?

    A    It's a government document, so I would imagine there is some sort of personal guaranty that comes along with that, but I'm not 100 percent sure.

    Q    Do you know if there was any kind of personal guaranty on the Northshore or 189 Sunrise businesses?

    A    I would imagine it would go along with my answer I just answered, so I imagine there is, yes.

    Q    And you presume it would be the owners of those businesses; is that right?

    A    Yes.

    Q    Do you know if the license can be guaranteed by anyone other than the owner of the business, if you know?

```
1                                         160
2         A      I don't believe so, but no,
3    I'm not sure.
4         Q      And you were the one had made
5    the decision to turn those licenses back
6    in; is that correct?
7         A      Yes.
8         Q      Did your partners object to
9    that decision?
10        A      I don't believe so, no.
11        Q      Did your partners know about
12   that decision?
13        A      I don't remember discussing
14   it with them or not.  I could have.  I'm
15   not sure.  It's so long ago.
16        Q      Okay.
17               The $735,000 that you took at
18   the end of November of 2022, do you know
19   who obtained that money?
20        A      I believe Island Auto Group.
21        Q      No, I'm not talking about
22   when you took it.  Would you say it is
23   fair to say that that was money obtained
24   by Anthony Deo, as far as you know?
25               MR. SHANKS:  Objection as to
```

1                                          161

2          form.  Retained, obtained by him

3          individually?

4               MR. THOMASSON:  In whatever

5          form Anthony Deo got that money,

6          and I am sure he is going to go

7          into this with you so you'll have

8          an opportunity.

9               MR. SHANKS:  I'll let you go.

10         I'm just trying to understand the

11         question.

12         Q     In whatever form Anthony Deo

13    took it, when you took the money, did you

14    know and understand that it was Anthony

15    Deo who had obtained that money?

16         A     Well, I don't -- I don't know

17    under the premise that he got it, but the

18    business got the money.

19         Q     Right.  I don't know.  We're

20    going to get into that in a moment, but

21    did you know that it was Anthony Deo who

22    was responsible for obtaining that money

23    in a loan from a bank, did you know that?

24         A     Yes.

25         Q     Did you know that he

*Rich Moffett Court Reporting, Inc.*

```
 1                                         162
 2    personally guaranteed that money?
 3         A      No, I'm not aware.
 4         Q      Do you know now that he
 5    personally guaranteed that money?
 6         A      No, I'm not 100 percent aware
 7    of that, no.
 8         Q      But you know he is the one
 9    who got it, right?
10         A      Well, we didn't go for it, so
11    I would assume it's Anthony at that
12    point.
13         Q      Right.
14                Did you know that he used the
15    tax returns that you approved to get that
16    money, did you know that?
17         A      No, I did not know that.
18         Q      Do you know that now?
19         A      No, I do not know that now.
20         Q      Do you think the bank did
21    anything wrong if he used those tax
22    returns to get that money, do you think
23    the bank did anything wrong?
24         A      I don't -- yes, I do think
25    the bank did something wrong.
```

1                                              163

2          Q       What did they do wrong?

3          A       They didn't do their due

4    diligence in order to give a loan.

5          Q       Okay, so they shouldn't have

6    relied on those tax returns?

7          A       I don't know what they relied

8    on.

9          Q       If they relied on those tax

10   returns, should they have done so?

11         A       I can't speak for their

12   business.

13         Q       Well, when you approved the

14   tax returns, as far as you knew, were

15   they accurate?

16         A       I -- I, once again, I think I

17   mentioned I didn't know if I even looked

18   at those particular tax returns.

19         Q       Do you have any reason today,

20   yes or no, to tell me that those tax

21   returns were inaccurate?

22         A       I'm not sure.

23         Q       But I'm asking you if you

24   consciously know of anything right now

25   that you can tell me, yes or no, that is

*Rich Moffett Court Reporting, Inc.*

164

inaccurate in those returns?

    A    I haven't -- I don't remember looking at them, so I can't speak to them if it's a yes or a no.

    Q    Do you deal with Citrin Cooperman on behalf of the Island Auto Group?

    A    I do, yes.

    Q    Have they done a good job for Island Auto Group?

    A    Yes.

    Q    Are they honest in their preparation of tax returns?

    A    Yes.

    Q    Who would have directed Citrin Cooperman to prepare those returns?

    A    I don't know that answer.  I know that I authorized them to work with Anthony on those returns.  I don't know anything that happened after that.

    Q    So you authorized Citrin Cooperman to prepare those returns while working with Anthony and presumably his

```
1                                            165

2   accountant; is that right?

3        A       Yes.

4        Q       So let's go back to my

5   wrongdoing, Mr. Aaronson.  You think that

6   I did something with $735,000 that I

7   shouldn't have done, right, that's one

8   thing, yes?

9        A       Yes.

10       Q       And you think I've made one

11  or more statements that were false in the

12  course of this litigation; is that right?

13       A       Maybe you weren't aware of

14  it, but yes, I believe, and I don't have

15  exact specifics.

16       Q       Okay.

17               But you can't cite anything

18  specifically today that I said that was

19  false but you believe I did, correct?

20       A       Yes.

21       Q       Is there any other way that

22  you can tell me that I harmed you or your

23  co-plaintiffs, other than those two

24  things?

25       A       What are the two things?
```

*Rich Moffett Court Reporting, Inc.*

1                                               166

2         Q     You believe I did something

3    wrong with respect to $735,000, and you

4    believe that I have made materially false

5    statements in the course of this

6    litigation, other than those two things,

7    is there anything else I've done to harm

8    you or your co-plaintiffs in this case?

9              MR. SHANKS:  Excuse me,

10        Mr. Thomasson, is your question

11        limited to statements made in this

12        lawsuit, or this one plus the one

13        you filed, is that the question

14        you're asking?

15             MR. THOMASSON:  I am asking

16        Mr. Aaronson for anything that I

17        have ever done to harm him that he

18        knows of in the history of

19        civilization on the Planet Earth,

20        okay?

21             MR. SHANKS:  So it's not

22        limited to this litigation.

23             MR. THOMASSON:  It's not

24        limited to anything.  I want him to

25        tell me all of the ways that I

*Rich Moffett Court Reporting, Inc.*

1                                           167

2           harmed him and any of the

3           co-plaintiffs.

4           Q      Are there any other things,

5     Mr. Aaronson?

6                MR. SHANKS:  I was going to

7           say something.

8                MR. THOMASSON:  Well, but I'm

9           asking a question.  You can wait

10          until I finish.

11          Q      Mr. Aaronson, is there

12    anything else that you can think of,

13    other than those two things, that you say

14    I have done to harm you or your

15    co-plaintiffs?

16          A      Yes.

17          Q      What else have I done to harm

18    you and your co-plaintiffs?

19          A      It's a matter of an opinion,

20    but if something is crystal clear to me

21    and to anyone else who's involved in this

22    case from, I'll say, my side or has heard

23    about it, I can't see how anyone can

24    represent someone who has caused this

25    much damage to somebody.  So in my eyes,

```
 1                                            168
 2     that you have caused a lot of unnecessary
 3     damage for a very, you know, to a lot of
 4     people for someone who is a very bad
 5     person.
 6              Q       Okay.
 7                      Is there anything else you
 8     could tell me with specificity that you
 9     know of today after three years of
10     litigation that I have done to harm you
11     or your co-plaintiffs?
12              A       No, that's all for now.
13              Q       Can you tell me with
14     specificity anything that you can think
15     of that Marc Merckling has done to harm
16     you or your co-plaintiffs?
17              A       I'm not sure.
18                      Who's Marc Merckling?
19              Q       I'm just asking you if you
20     can tell me anything today, off the top
21     of your head, do you know of anything
22     specific today that a person named Marc
23     Merckling has done to harm you or your
24     co-plaintiffs?
25              A       I am gonna say, and I know
```

*Rich Moffett Court Reporting, Inc.*

169

you asked me a direct question, whoever

if Marc -- whoever the individual was

that called me as a police officer and

asked me to hand back money, I do believe

that manner, I don't know if that's Marc

or not, he caused me and my business

partners a lot of damage, and so yes,

then if that's -- I don't know if that's

Marc, it might be Marc, it might be

someone else, but if that's who Marc is,

then yes, I believe that they did

something to hurt me, yes.

    Q    So there was a phone

conversation between you and someone you

believed was a Nassau Police Officer,

right?

    A    Uh-huh.

    Q    Did that person identify

themselves?

    A    I believe they did.  It was a

long time ago, and they spoke very fast.

It was over -- it was probably, whatever

that is now, it's probably four years,

four or five years ago.

```
1                                           170

2          Q       Uh-huh.

3                  Do you see here on Exhibit S,

4    Mr. Aaronson, at the top of the page in

5    the left-hand column it says, "Reporting

6    Officer, 9618," and then there's a name,

7    do you see that?

8          A       I do, yes.

9          Q       And that name is -- I don't

10   know what just happened here.  Something

11   just came in on my screen that is right

12   in the middle of this.

13         A       You can just X out of it.

14         Q       It's covered.  X is covered.

15                 Do you see where it says Eric

16   Marx, Mr. Aaronson?

17         A       Yes, I do.

18         Q       Is it possible that Eric Marx

19   might have been the someone who called

20   you a long time ago, is that possible?

21         A       Of course it's possible.

22         Q       If Marc Merckling is not the

23   person who called you that day, is there

24   anything else you can think of that Marc

25   Merckling did to you that was wrong?
```

171

1

2          A       Not that I can remember.

3          Q       Is there anything else that

4    Marc Merckling did to any of your

5    co-plaintiffs that you know of today that

6    he did wrong?

7          A       I'm not sure.

8          Q       But nothing that you could

9    think of, is that a fair way of putting

10   it?

11         A       Correct.

12         Q       What about Dwight

13   Blankenship, is there anything you could

14   tell me with specificity today that

15   Dwight Blankenship did wrong to you or

16   your co-plaintiffs?

17         A       No, not that I can remember.

18         Q       Is there anything that you

19   could tell me today with specificity that

20   Michael Laurie did wrong to you or your

21   co-plaintiffs?

22         A       Not that I could remember.

23         Q       Is there anything that you

24   could tell me today that you know of that

25   Thomas Jones did wrong to you or your

1                                          172

2    co-plaintiffs?

3          A       Yes.

4          Q       What did Thomas Jones do that

5    was wrong?

6          A       I believe he fabricated

7    documents that were inaccurate, like

8    changed financial statements of what,

9    like, in order for Anthony to secure

10   loans so to show a business did much

11   better than it did.  Since Northshore

12   was, you know, hemorrhaging money and in

13   debt of 4, 5, $6 million somehow, I

14   believe Thomas Jones was helpful in

15   getting -- securing loans for Anthony.

16         Q       I don't remember the answer

17   to this question, Mr. Aaronson.  Were you

18   on any of the Northshore or 189 Sunrise

19   accounts, you personally?

20         A       I don't remember.

21         Q       Do you know if money was

22   taken out of those accounts at any time

23   by you or any of your co-plaintiffs from

24   those accounts?

25         A       I don't remember.  I remember

*Rich Moffett Court Reporting, Inc.*

173

the 735, which was put right back.

Q      Why did you return the money?

A      Well, my goal was to have it put into escrow and money was really for Northshore, but somehow it wound up in a 189 Sunrise account, so the whole thing was very confusing to us.

Q      But you have already told me that it didn't belong to Island Auto Group or you, right?

A      Well, Island Auto Group was paying off all the debts so that -- no, I would say no, I'm not agreeing with your statement.

Q      So was it your view that the money taken by Anthony could be taken by Island Auto Group?

A      It could be taken by the owners of the business, yes.

Q      Because you viewed, at that time, that there was money owed by Anthony to that business, right?

A      No, it was money owed to the bank from 189 Sunrise, which I was an

*Rich Moffett Court Reporting, Inc.*

174

owner of.

Q      Okay, I understand.

Did you still consider yourself to be an owner of 189 Sunrise after you approved the tax returns that listed Anthony and Sarah as owners?

A      Yes.

Q      So then why didn't you file any tax documents since then for 189 Sunrise?

A      Well, Anthony was supposed to do certain things that was going to make him eventually to be an owner.  He had a lot to complete, which he never completed.

Q      But I am asking if you still think today that you're the owner of 189 Sunrise, how come you stopped filing tax documents?

A      I'm not sure.  I'd have to speak to my accountants.

Q      Do you know if Anthony has filed any tax documents for 189 Sunrise since --

```
1                                        175
2          A      No.
3          Q      -- November of 2022, if you
4     know?
5          A      I'm not aware.
6          Q      Have you ever checked with
7     your accountants to discuss taxes --
8          A      No.
9          Q      -- for 189 Sunrise since
10    November of 2022?
11         A      No.
12         Q      That's because you're not the
13    owner of it; isn't that true?
14         A      No, that's not true.
15         Q      Then why did you stop dealing
16    with the taxes?
17         A      I don't know.  It's an
18    accounting thing.  I don't -- I'm not --
19    not that I -- it was an accounting thing,
20    and I don't know why.
21         Q      So have you gone back and
22    revised any tax returns for 189 Sunrise
23    since November of 2022?
24         A      Not that I'm aware of.
25         Q      Has anyone else revised any
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                          176
 2    tax returns for 189 Sunrise since the
 3    filing of the approved tax returns in or
 4    about October of 2022?
 5            A      Not that I am aware of.
 6            Q      Same questions for
 7    Northshore, have you filed any revised
 8    tax returns for Northshore since November
 9    of 2022?
10            A      Not that I am aware of.
11            Q      Has anyone else filed any
12    revised tax returns for Northshore since
13    you approved tax returns for Northshore
14    in October of 2022?
15            A      Not -- not that I'm aware of.
16            Q      Have you ever heard of
17    something called 1581 Hylan Boulevard
18    Auto LLC?
19            A      Yes.
20            Q      What is that?
21            A      It's one of the entities of
22    Island Auto Group.
23            Q      And what does that entity do?
24            A      We have a lot of different
25    entities, so I'm not exactly sure of that
```

*Rich Moffett Court Reporting, Inc.*

177

specific one, but you said 1581 Hylan
Auto?

Q     I said 1581 Hylan, H-Y-L-A-N,
Boulevard Auto LLC.

A     So that's one of my plating
companies.

Q     What does it operate?

A     I believe that's Mazda, but
I'm not 100 percent sure.

Q     You believe it's what?

A     Hylan Mazda but I'm not 100
percent.  I have a lot of LLCs, all of
the d/b/a's, Island Mazda or Island
Volkswagon or Island whatever, so I'm not
sure which one that's tied to.

Q     Did I do something wrong to
1581 Hylan Boulevard Auto LLC, that you
know of today?

A     I think this goes back to my
original answer is I don't -- I don't
know, because I don't know how that
relates to the money that was taken, the
735 and whatnot, so I don't know that
answer.

178

Q      All right, but at the moment, you don't know anything specific you can tell me that I did wrong to that LLC, do you?

A      This is, once again, an opinion.  It sounds like that LLC, of course, was stressed to represent Anthony Deo, so in my opinion, you damaged me. Whether I'm right or wrong, you know, that's only a few people would know that.

Q      But I'm only asking about 1581 Hylan Boulevard Auto LLC, not you.

A      I'm not sure.

Q      I'm asking do you right now know of anything that I have done to that LLC, yes or no?

A      I don't know.

Q      Do you know of anything that I have done wrong to 1580 Hylan Boulevard Auto LLC?

A      I don't know.

Q      Do you know of anything that I have done wrong to 1591 Hylan Boulevard Auto LLC?

```
 1                                        179
 2          A     I do not know.
 3          Q     Do you know of anything I've
 4    done wrong to Island Auto Group that you
 5    haven't already told me?
 6          A     I don't -- I don't know.
 7          Q     Do you know of anything I've
 8    done wrong to 1632 Hylan Boulevard Auto
 9    LLC?
10          A     I don't know.
11          Q     Do you know of anything today
12    I've done wrong to 1239 Hylan Boulevard
13    Auto LLC?
14          A     I do not know.
15          Q     Do you know of anything I've
16    done wrong to 2519 Hylan Boulevard Auto
17    LLC?
18          A     Do not know.
19          Q     Do you know of anything I've
20    done wrong to 76 Fisk Street Realty LLC?
21          A     I do not know.
22          Q     What is 76 Fisk Street Realty
23    LLC to you?
24          A     It's a piece of property that
25    we own.
```

*Rich Moffett Court Reporting, Inc.*

180

Q       Where is that?

A       In New Jersey, in Jersey City.

Q       Did I ever do any work with you out of state, that you know of, Mr. Aaronson?

A       I do not know.  I don't believe so, but I do not know.

Q       Is there any work that you could tell me that you think I've done for you or any of your co-plaintiffs in New Jersey?

A       Not that I'm aware of.

Q       Have I ever done anything to harm any interests of yours in New Jersey?

A       Other than that I own the business of those, so possibly those are tied into some of the issues that we're having, so that's possible but I don't know.

Q       But you're not saying that I took money from any of these businesses, are you?

```
1                                      181
2        A      You helped take money that we
3    believe should have been ours, yes.
4        Q      How did I help take money
5    that you believe should have been yours?
6        A      Money that was in escrow,
7    that we believed should have been in
8    escrow that you chose to just release it
9    to your client.
10       Q      Do you know if I told anyone
11   on your behalf before they sent me the
12   money that if they sent it to me I was
13   going to give it to Anthony Deo, do you
14   know if I told anyone that?
15       A      I'm not sure.
16       Q      Do you know if I told them
17   that I was not going to hold it in escrow
18   if they sent it to me, do you know that?
19       A      I'm not sure.
20       Q      Do you know whether or not
21   there is an agreement that I violated to
22   hold that money in escrow, are you aware
23   of any agreement for me to hold that
24   money in escrow?
25       A      I'm not sure.
```

*Rich Moffett Court Reporting, Inc.*

```
1                                      182

2          Q       And just as you made the

3    decision to give back those DMV licenses

4    because you and your partners were still

5    the guarantors on it, didn't Anthony Deo

6    have a right as the guarantor on that

7    loan to that money?

8               MR. SHANKS:  Objection.

9          Calls for a legal conclusion.

10         Q       If you know, Mr. Aaronson.

11         A       I'm sorry, I didn't hear you.

12         Q       You understand that the

13   reason you felt you could give back those

14   DMV licenses is because you considered

15   yourselves to be the owners of those DMV

16   licenses as the guarantors, right?

17         A       We were the owners of the DMV

18   licenses, right.

19         Q       So that's why you felt you

20   could give them back even though they

21   were in the corporate name, right?

22         A       Yes.

23         Q       So how is that different than

24   Mr. Deo obtaining that money as the

25   personal guarantor, shouldn't he have
```

1                                         183

2    been entitled to that money back?

3         A    I don't know -- I don't know

4    the full circumstances, so I can't answer

5    your question.

6         Q    Okay.

7              Have I done anything you

8    could tell me I've done, that you are

9    aware of today, to 445 Route 23 Auto LLC?

10        A    Similar to my last answer, I

11   don't know how they're all tied in

12   together in this -- in this particular

13   case that we're talking about, so I'm not

14   sure.

15        Q    So you don't think I actually

16   took money from that business myself?

17        A    No, you did not.

18        Q    You just think that if that

19   business was doing something with Anthony

20   Deo, my help in some way, shape or form

21   to Anthony Deo was part of your loss, is

22   that basically your theory of how I'm

23   liable to these other corporations?

24        A    I'm not 100 percent sure, but

25   I could see that, yes.

*Rich Moffett Court Reporting, Inc.*

184

2      Q      I mean, you are not aware of
3   me ever having direct contact with any of
4   the plaintiffs prior to the commencement
5   of this litigation, are you?
6      A      No, I'm not aware.
7      Q      Yeah.
8             Is Island Auto Management LLC
9   a holding corp., or is that the
10  corporation for the Island Auto Group?
11     A      It's all tied into Island
12  Auto Group.
13     Q      Is there a corporation for
14  Island Auto Group that owns it?  I mean,
15  Island Auto Group is the tradename,
16  right?
17     A      Yup, we have separate LLCs,
18  and then we have, I believe, we have an
19  Island Auto Group LLC or Island Auto New
20  York LLC.
21     Q      That what?
22     A      That all the other LLCs can
23  roll into, but I am not an accountant, so
24  I'm not 100 percent sure.
25     Q      How is Island Auto Management

*Rich Moffett Court Reporting, Inc.*

                                                      185

LLC involved in this case?

        A       I'm not sure.

        Q       I mean isn't it a fact,

Mr. Aaronson, that money was taken at

your own and your partners' direction

from these different corporate

co-plaintiffs and you want the money to

go back to those businesses, isn't that

why they are plaintiffs in this case?

                MR. SHANKS:  Objection as to

        form.

        Q       Is it your position that

Anthony Deo, Sarah Deo, Dwight

Blankenship, Marc Merckling, Michael

Laurie and Harry Thomasson did business

with all of your co-plaintiffs, is that

your position?

        A       I'm not sure.

        Q       You don't know, as you sit

here now, what business, if any, that any

of us did with 446 Route 23 Auto LLC; did

any of us do business with that LLC, that

you know of, Mr. Aaronson?

        A       No, but you could have

*Rich Moffett Court Reporting, Inc.*

```
 1                                    186
 2     impacted those -- that businesses --
 3     those businesses through -- without even
 4     knowing that you did.
 5          Q      Right.
 6               So that's your position on
 7     these other businesses, you believe that
 8     there were impacts that you cannot define
 9     right now on those businesses by me and
10     the codefendants, right?
11          A      Financially, yes, we -- we --
12     we felt that we were entitled to some
13     money.  We were owed over $5 million by
14     Anthony Deo, well over that, and you guys
15     are all part of that side of the table.
16               MR. SHANKS:  Emanuel, what
17          time do you have to break?
18               MR. THOMASSON:  Let's break
19          for lunch now, we'll return at 3.
20               MR. KATAEV:  I can keep
21          going, if you want, until 2:15,
22          2:20.  Whatever you want to do, I'm
23          fine.
24               MR. THOMASSON:  Why don't we
25          go to 2:15 and then we'll break
```

*Rich Moffett Court Reporting, Inc.*

```
1                                          187
2          until 3:00, all right?
3               MR. SHANKS:  Okay.
4          Q      Are you aware of any
5     contracts between any defendants and any
6     plaintiffs?
7          A      I don't know what -- which
8     contracts you'd be referencing, so I'm
9     not aware.
10         Q      All right, let's do this,
11    other than Sarah Deo and Anthony Deo, are
12    there any defendants in this case, that
13    you know of, who had any contracts with
14    any plaintiffs, is there anyone that you
15    can refer to right now?
16         A      Not that I'm aware of.
17         Q      So you're not aware of me
18    having any contract with any plaintiff;
19    is that fair to say?
20         A      Yes.
21         Q      You're not aware of any
22    contract between Michael Laurie and any
23    plaintiff; is that fair to say?
24         A      Fair to say.
25         Q      You are not aware of any
```

*Rich Moffett Court Reporting, Inc.*

188

contract between Dwight Blankenship and any plaintiff; is that fair to say?

A       Fair to say.

Q       You're not aware of any contract between Marc Merckling and any plaintiff; is that fair to say?

A       Fair to say.

Q       Are you aware of any occasion that I was employed by any plaintiff?

A       Not that I'm aware of, no.

Q       Are you aware of any occasion that Marc Merckling was employed by any plaintiff?

A       I believe that, and I'm not sure exactly who, but a lot of the gentlemen that you mentioned in the past all got paid by Northshore, so I guess they were employed in some capacity.

Q       Marc Merckling?

A       I'm not sure if it's Marc or the next three names that you're going to have.

Q       But you are aware that I never worked for Northshore, right?

1                                             189

2          A      I don't know, you might have.

3               MR. SHANKS:  Objection.

4          Harry, is your question as an

5          employee or as an attorney?

6               MR. THOMASSON:  Fair point,

7          Russell.

8          Q      Are you aware whether or not

9     I was ever employed by Northshore?

10         A      I'm not -- I'm not aware if

11    you were.  You might have gotten paid for

12    things, so I'm not aware of that.

13         Q      But not as an employee,

14    right?

15         A      Not that I am -- no, no, not

16    that I am aware of.

17         Q      But you think Marc Merckling

18    might have been, right?

19         A      Might have been.

20         Q      What about Dwight

21    Blankenship, do you know whether or not

22    he was an employee?

23         A      I'm not sure.  He might have

24    been.

25         Q      What about Michael Laurie, do

1                                                    190

2       you know whether or not he was an

3       employee?

4            A       I'm not sure.

5            Q       Were any K-1's ever issued,

6       that you know of, in connection with

7       Northshore Motors?

8            A       Were there -- repeat that

9       question, please.

10           Q       Were there any K-1's ever

11      issued, that you know of, for Northshore

12      Motors, yes or no?

13           A       I'm not sure.

14           Q       As you sit here today, are

15      you testifying that you don't know

16      whether or not K-1's were issued at any

17      time for Northshore?

18           A       I really wasn't that

19      involved, so I'm not sure, no.

20           Q       Is Wendy Kwun still working

21      for Island Management?

22           A       She works for Island Auto

23      Group, yes.

24           Q       I'm sorry, I misspoke.  I was

25      looking at Island Management when I said

```
 1                                      191
 2   that.
 3              Does Wendy Kwun still work
 4   for Island Auto Group?
 5        A     Yes.
 6        Q     How long has she worked for
 7   Island Auto Group?
 8        A     Ten years, I believe, give or
 9   take a little, you know.
10        Q     Do you know somebody named
11   Melissa Beltray?
12        A     Yes.
13        Q     Who is Melissa Beltray?
14        A     Someone who has worked for
15   some of -- of the businesses that my
16   father-in-law was involved in who now
17   works for me at a few of my dealerships.
18        Q     Melissa Beltray currently
19   works for you?
20        A     Yes.
21        Q     Does Melissa Beltray charged
22   in Nassau County with fraud, that you
23   know of?
24        A     I am not -- I am not aware.
25        Q     You're not aware that Melissa
```

```
1                                              192
2     Beltray was charged with fraud in Nassau
3     County; is that what you just testified
4     to?
5           A      Yes, sir.
6           Q      Uh-huh.
7                  Are you aware that Melissa
8     Beltray was Asad Khan's girlfriend?
9           A      No, I'm not aware of that.
10          Q      Are you aware that Melissa
11    Beltray was Brian Chabrier's girlfriend?
12    That's a yes-or-no question,
13    Mr. Aaronson, and I don't know what's
14    funny about it because I've got witnesses
15    that say she was.  So go ahead, what's
16    the answer to that question?
17               MR. SHANKS:  I guess what's
18          funny is you asked about someone
19          else.
20               MR. THOMASSON:  Yes, well,
21          then the next question is is he
22          aware of the argument that took
23          place in front of everyone at
24          Northshore between Asad Kahn and
25          Brian Chabrier when they both found
```

*Rich Moffett Court Reporting, Inc.*

```
1                                        193

2       out that the other was dating her.

3       A       No, I'm not aware of that.

4               MR. SHANKS:  Okay.

5       Q       No, you're not aware of that?

6       A       No.

7       Q       You're not aware of --

8       A       No.

9       Q       Okay, I understand.

10              MR. THOMASSON:  All right,

11      let's break now for lunch.  I think

12      this would be a good time.  We'll

13      resume at 3:00.

14              MR. KATAEV:  We're coming

15      back when?

16              MR. THOMASSON:  3:00.

17              MR. KATAEV:  If I free up

18      sooner I'll just let everybody know

19      in the audio.

20              MR. THOMASSON:  Okay.

21              (Luncheon recess was taken at

22      2:11 p.m.)

23

24

25
```

*Rich Moffett Court Reporting, Inc.*

```
1                                                    194

2

3

4

5

6

7

8

9

10

11

12

13        A F T E R N O O N    S E S S I O N

14              (Time noted:  3:02 p.m.)

15   J O S H U A    A A R O N S O N,

16        resumed and testified as follows:

17   CONTINUED EXAMINATION

18   BY MR. THOMASSON:

19        Q      Mr. Aaronson, you indicated

20   that you believe that Anthony Deo took

21   millions of dollars that he was not

22   entitled to out of Northshore Motors,

23   right?

24        A      Say it again, please.

25        Q      You believe that Anthony Deo
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                          195
 2     took millions of dollars somehow out of
 3     Northshore Motors that he was not
 4     entitled to, right?
 5          A      Yes, he -- whether he took it
 6     or not, he lost it, and he, you know, did
 7     things that would be unethical,
 8     fraudulent, millions of dollars, yes, and
 9     not paid off customers' cars, et cetera,
10     et cetera, yes.
11          Q      But all those cars are, in
12     fact, today paid off; is that right?
13          A      By Island Auto Group, yes.
14          Q      And was there any money
15     included in your allegation that he was
16     responsible for more than $5 million in
17     losses to Northshore, was any of that
18     money taken by him?
19          A      I have no idea what happened
20     with it.
21          Q      So as you sit here today, you
22     cannot tell me that he took money he
23     wasn't entitled to, you're saying he
24     mismanaged money?
25          A      No, I believe that he used
```

196

the money that was taken from the

business to live a lavish lifestyle in a

multimillion dollar home that he had and

drive his fancy cars and even bought me a

very expensive watch to thank me for, you

know, everything that he said I did for

him.  So yeah, he used -- he used the

money that whatever he was doing he was

using the money to live whatever

lifestyle he had by committing fraud to

banks and whatnot and not paying off

consumers' cars to go on living his life.

    Q    So then it is your specific

allegation that he took money he was not

entitled to from Northshore, correct?

    A    Yes.

    Q    Do you know how he took it?

    A    No.

    Q    Can you tell me today of a

single transaction in the Northshore bank

accounts, that you are aware of, that was

unauthorized?

    A    I'm not sure.  I would have

to go back and look at records and --

1                                                    197

2          Q       So after three years --

3          A       I've tried to forget this

4     case as much as possible, to be honest

5     with you.

6          Q       So after three years of

7     litigation, you cannot sit here and tell

8     me of a single transaction involving

9     Northshore bank accounts that were

10    unauthorized as conducted by anyone; is

11    that correct?

12         A       He committed fraud against

13    the banks to allow --

14         Q       That's not my question.

15         A       Well, no, I'm answering your

16    question.

17         Q       But that's not my question.

18    My question is:  Yes or no, can you tell

19    me --

20              MR. SHANKS:  Read back the

21         question, if it's a yes or no.

22              (Record read.)

23         Q       Yes or no?

24              MR. SHANKS:  Mr. Thomasson,

25         he could answer beyond yes or no.

198

A       It's not a --

MR. THOMASSON:  Yes, he can but he should at least be saying yes or no.  I asked for a single transaction.

A       No, it is not a correct statement what you're saying, so no, what you're saying is inaccurate.

Q       So can you please tell me of a specific transaction conducted by anyone at Northshore that was unauthorized?

A       In my opinion, everything he did was unauthorized.

Q       So he was authorized to operate the business, but he had no authority over the bank account; is that right?

A       I'm not saying that.

Q       Okay, so everything he did was unauthorized while he was authorized to operate the business, is that right, because you already told us he was authorized to operate the business,

```
 1                                              199
 2    right?
 3         A      He was authorized to operate
 4    the business.
 5         Q      Okay, so I am asking you to
 6    tell me now of a single transaction, just
 7    one, that was unauthorized by Anthony Deo
 8    or anyone else, can you tell me one
 9    transaction at Northshore that was not
10    authorized?
11         A      As we uncovered it more and
12    more, like I said earlier, I try to
13    forget this every day of my life because
14    this has only been stress and nothing to
15    gain other than loss of millions of
16    dollars, is that he did take cash out of
17    the business, and he did it -- did not
18    make it to the bank, so Anthony did
19    everything wrong, so that's my answer,
20    and I cannot speak specifically about one
21    transaction, but all he did --
22         Q      Okay.
23         A      -- was commit fraud.
24         Q      Okay.
25                You're certainly not trained
```

```
1                                          200
2     as an attorney, are you, Mr. Aaronson?
3          A      No, I don't play one on TV
4     either.
5          Q      Okay.
6                 Have you ever been on TV,
7     Mr. Aaronson?
8          A      Yes, I have been.
9          Q      For what?
10         A      I've been interviewed for
11    things about the auto industry.
12         Q      How many times?
13         A      I don't know.
14         Q      What channels?
15         A      I'm not sure.
16         Q      So it would be fair to say
17    that you think he took millions of
18    dollars but you cannot provide any
19    specificity at this time; is that
20    correct?
21         A      At this time I cannot, but I
22    know it's out there, so yes.
23         Q      Okay, who would know?
24         A      There are plenty of people
25    that I'm sure know.
```

*Rich Moffett Court Reporting, Inc.*

```
1                                           201
2        Q      Excellent.  Name them.
3        A      I don't know.
4        Q      At this time?
5        A      You know.  You know.  Be
6   honest, you know.
7        Q      It's got to be on the record,
8   and it's obvious that you don't know,
9   right?
10       A      No, it's not obvious that I
11  don't know.
12       Q      So then tell me the names of
13  the people who are aware of these frauds
14  committed by Anthony Deo.
15       A      There's a long line of
16  people.
17       Q      Excellent.  What are their
18  names?
19       A      I think he's got multiple
20  lawsuits against him right now, so I
21  would imagine all those people that are
22  suing him believe he committed some sort
23  of fraud, and he's had fraud in his past.
24       Q      Would it be subsequently
25  piggybacking your lawsuit, do you know?
```

*Rich Moffett Court Reporting, Inc.*

1                                                    202

2          A       No, I believe it's just other

3    people that he's gotten before me, after

4    me, everything else.  You represent

5    someone who had nothing but trouble.

6          Q       When was the first time you

7    ever spoke to Anthony Urrutia?

8          A       I don't remember.

9          Q       Was it before or after the

10   death of David Baron?

11         A       I believe after, but I'm not

12   sure.  I don't remember specifically,

13   'cause it could have --

14         Q       Could it have been what?

15         A       It's a big industry, so I

16   might have run into him at other points

17   in my career, but I don't know exactly

18   specifically when I spoke to him.

19         Q       At some point in time you

20   spoke to Mr. Urrutia in this lawsuit,

21   right?

22         A       Yes.

23         Q       You were happy to have him

24   join this lawsuit, weren't you?

25         A       I wasn't happy about anything

*Rich Moffett Court Reporting, Inc.*

1                                            203

2    with this lawsuit.

3         Q       You weren't happy to have

4    Mr. Urrutia join this lawsuit?

5         A       I'm not happy that someone

6    else had happened to what happened to me,

7    no.

8         Q       Except that's not what I'm

9    asking.  What I am asking is:  Did you

10   authorize Mr. Urrutia to join this

11   lawsuit?

12        A       I know that Anthony is suing

13   Urrutia, so I know that, so yeah,

14   anything that could -- could happen that

15   would prove what Anthony's harmed people

16   throughout his career, then, yeah, of

17   course, I would want that, because he

18   cost my family over 5, 6 million bucks.

19        Q       So you were happy to have

20   Mr. Urrutia join this lawsuit because you

21   thought you had another person from the

22   outside who were going to make similar

23   allegations, right?

24        A       Sure.

25        Q       Okay.

*Rich Moffett Court Reporting, Inc.*

```
1                                          204
2              So you spoke with Mr. Urrutia
3    about this lawsuit before you joined it,
4    right?
5         A      Yes, I believe so.
6         Q      Who said what to whom?
7         A      I don't understand the
8    question.
9         Q      You and Mr. Urrutia had one
10   or more conversations about this lawsuit
11   before he joined it, right?
12        A      I don't remember how many
13   conversations or when I had the
14   conversations, but I know I had
15   conversations with him.
16        Q      What is it you two discussed?
17             MR. SHANKS:  Objection.
18             MR. KATAEV:  I made an
19        objection on common interest
20        privilege.  I don't know if Russell
21        joined with me on that.
22             MR. SHANKS:  I do.
23             MR. THOMASSON:  Before Tony
24        Urrutia joined this lawsuit, you're
25        asserting, Mr. Kataev, that his
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                  205
 2        conversations with Joshua Aaronson
 3        are privileged?
 4              MR. KATAEV:  Well, I think
 5        you need to clarify with him
 6        whether the conversations occurred
 7        with attorney present or without,
 8        and based on that answer, maybe
 9        we'll lift the objection or we'll
10        continue to assert it, but based on
11        the question that you presented, it
12        includes any conversations with
13        attorney present, and the common
14        interest privilege would,
15        therefore, apply.
16        Q     Mr. Aaronson, now that you
17   have been fed that information, let's be
18   reminded please of what my question
19   actually was.  I asked you did you and
20   Tony Urrutia have any conversations prior
21   to him entering this lawsuit, and you
22   said yes; is that correct?
23        A     Yeah, I did say yes.
24        Q     So we're just --
25              MR. SHANKS:  Harry, I think
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                    206
 2         if you add the words "outside of
 3         counsel," maybe it would solve the
 4         whole issue.
 5               MR. THOMASSON:  Well, I'm
 6         about to deal with that, thank you.
 7         Q     Mr. Aaronson, please tell me
 8   about the conversations that the two of
 9   you had alone, whether it was on the
10   phone or in person.
11         A     I don't remember.  It was
12   never in -- it was -- I don't remember.
13   The conversations were about how Anthony
14   Deo both did the same kind of damage,
15   like the exact same playbook that he used
16   on me is what he did on Tony and I.
17         Q     So as far as you know,
18   Anthony Deo was on bank accounts at
19   Superb Motors?
20         A     I don't know enough about
21   Superb Motors.
22         Q     You don't know anything about
23   what was going on at Superb?
24         A     I know there was something
25   done wrong by Anthony that caused Anthony
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                          207
 2   to lose a lot of money.
 3        Q     And what is it that he told
 4   you that Anthony did wrong?
 5        A     I don't remember specifics,
 6   and 90 percent of those conversations or
 7   more were with our attorneys on the
 8   phone.
 9             MR. KATAEV:  I'm sorry, I
10        want the record to be clear the
11        witness refers to Anthony.  We have
12        an Anthony Deo, we have a Robert
13        Anthony Urrutia.        Can you
14        please say the answer with who
15        you're referring to, for the
16        record?
17        A     I'll call Tony Urrutia Tony,
18   and I had had several conversations.  90
19   percent of them were with our attorney,
20   but it was all about how Deo caused us a
21   lot of damage and left a huge mess behind
22   him, which then hurt our businesses
23   tremendously.
24        Q     Okay.
25             So tell me who was on the
```

*Rich Moffett Court Reporting, Inc.*

telephone call during these
conversations.  It was you, Tony Urrutia,
and what are the names of any attorneys
that were on the call?

        A       Could have been Russell
Shanks, Emanuel, Jeff Ruderman.

        Q       Were they at that time your
attorneys?

        A       Yes.

                MR. KATAEV:  Objection to
        form and vague on the question.

        Q       I am talking about before
Tony Urrutia joined this lawsuit, you and
your attorneys had telephone
conversations with Tony Urrutia; is that
right?

        A       Yes.

        Q       How many?

        A       I don't know.

        Q       And you also had one or more
conversations with Tony Urrutia without
attorneys, correct?

        A       Yes, correct.

        Q       And other than the general

209

subject of wrongdoing by Anthony Deo, you have no memory of the specifics of those conversations; is that right?

A    I have some memory of them, yes.

Q    Did you know that there was an injunction in this case?

A    Related to what?

Q    Automobiles.

A    And related to what?

Q    I am just asking if you know that there is an injunction regarding automobiles.

A    In my case?

Q    Yes.  Did you know, yes or no?

A    In my particular case I'm not aware of any injunction.

Q    Are you aware of any injunctions in another case?

A    Explain to me what injunction is, please.

Q    Okay.

Since November of 2022, have

```
 1                                      210
 2    any cars that were titled to either 189
 3    Sunrise or Northshore been sold, that you
 4    know of?
 5          A     I believe so, yes.
 6          Q     Were you involved in those
 7    sales?
 8          A     No, I wasn't involved in the
 9    direct part of that sale, but the sales
10    would happen because I would say yes,
11    let's sell those cars.
12          Q     So you directed one or more
13    people to make sales of cars belonging to
14    one or both of those corporations since
15    November of '22?
16          A     Yes.
17          Q     How many cars did you sell?
18          A     No idea.
19          Q     Where did the money go?
20          A     The money went back to pay
21    Ally Bank and consumers that were -- that
22    were ripped off by not paying off their
23    payoffs for their trades.
24          Q     Do you have records of those
25    transactions?
```

```
1                                        211
2          A     Yes.
3          Q     And those transactions are
4   all related, in your mind, to wrongdoing
5   by Anthony Deo, right?
6          A     Yes.
7          Q     You aware that there is a
8   request for documents that haven't been
9   responded to?
10         A     No, I'm not aware of that.
11         Q     Did anybody give you a
12  request for documents from me?
13         A     Not that I am aware of.
14         Q     So on January 7, 2026, you
15  have never seen a request for documents
16  from me; is that correct?
17         A     I'm not aware of it.  That's
18  what you asked.
19         Q     You have no memory of seeing
20  such a request; is that a fair statement?
21         A     That's a fair statement.  We
22  only lost, so I don't know what I would
23  have to gave -- gain.  We only lost money
24  in this.  There was no money made.  We
25  got crushed.
```

212

Q    Did you know when those cars were sold since November of 2022?

A    I don't know exact specifics, no, I don't.

Q    How could you have sold those cars if you turned in the licenses?

A    I -- I don't know how that transaction happened.  I know that I paid off Ally Bank, and I have the rights to the cars, that I know.  It's my --

Q    You had the rights to the cars because they belonged --

A    Because it's my motor vehicle work, it's my dealership, it's my bank, it's my everything.

Q    And you obtained your interest in Northshore Motors when?

A    I never had interest in it. I was -- I was helping my mother-in-law out.

Q    But you were selling Northshore Motor cars since November of 2022?

A    I was helping facilitate,

213

trying to recoup any dollar we could
recoup, yes.

Q       Were any of those sales after
you turned back the license for
Northshore Motors?

A       Excuse me?

Q       Were any of the sales of cars
for Northshore Motors made after the
license was turned back in?

A       I don't know.

Q       When did you order the
license to be turned back in?

A       I don't have specific dates,
it's a long time ago.

Q       Same questions for 189
Sunrise, Mr. Aaronson, when was the
license turned in for 189 Sunrise?

A       I don't know.

Q       You were the one who gave
that order, right?

A       Yeah, we would want to do it
as quickly as possible.

Q       It was done pretty quickly,
it was done by January or February of

214

2023, wasn't it?

A    I don't know exactly, but if that's what you're saying, then I'll, you know, trust that you're right.

Q    There have been some sales of cars since then, right?

A    I don't know that.

Q    If there were sales of cars after the license was turned back in, how would that be done?

A    I'm not exactly sure how we did it or how we would do it, but I would imagine the paperwork would have had to have been at some point transferred.

Q    It would have been transferred to what, an Island Management business?

A    Potentially, yes.

Q    And then the money that came in would be going to the Island Auto Group?              I'm sorry, I keep mixing those two up.  I'm very sorry.

A    No, no, no apologies needed.

Q    It would have been Island

215

Auto Group that was then selling the
cars, right?

     A     Potentially, yes, if that's
who we transferred them to, yes.

     Q     But you don't know who you
transferred them to?

     A     Not 100 percent.  We sell a
lot of cars, you know, so I definitely,
I'm unaware of what goes on with each
transaction that we do.

     Q     Now, you weren't aware of any
contracts between Defendants Harry
Thomasson, Marc Merckling, Dwight
Blankenship and Michael Laurie and any of
the plaintiffs, are you aware of any
contracts between any of the plaintiffs
and Sarah or Anthony Deo?

               MR. SHANKS:  Mr. Thomasson, I
          looked at the complaint during the
          break because I noticed when you
          went through the plaintiffs, a
          number of the plaintiffs, two of
          the plaintiffs, two of the
          plaintiffs are Northshore and

1                                                    216

2          Sunrise, and you didn't mention

3          them when you were mentioning the

4          others.  I don't know if it was

5          intentional or not, but so to the

6          extent you're asking about any

7          contracts between Laurie and any of

8          the plaintiffs that might cover,

9          like, Northshore or Sunrise, I just

10         wanted to be clear, and you could

11         ask whatever you want.

12              MR. THOMASSON:  Now that you

13         fed your client another answer.

14              MR. SHANKS:  No, no, no.

15         What I said, you went plaintiff by

16         plaintiff and said does this one

17         have a claim.

18              MR. THOMASSON:  I didn't go

19         plaintiff by plaintiff, I read off

20         some corporations.  Stop feeding

21         your client answers.

22              MR. SHANKS:  Oh, stop it.

23    BY MR. THOMASSON:

24         Q     Mr. Aaronson, are you aware

25    of any contracts between the Deos and any

*Rich Moffett Court Reporting, Inc.*

1                                          217

2    of the plaintiffs?

3        A      Not that I'm aware of.

4        Q      Okay.

5               Who would be aware of the

6    contracts between the Deos and any of the

7    plaintiffs, if there are any?

8        A      I don't know what contracts

9    you're referencing.

10       Q      Okay.

11              I'm just trying to find out

12   how much you know about the business,

13   Mr. Aaronson.

14              Were you involved at all in

15   giving any directions to anyone in the

16   Island Auto Group regarding pandemic

17   relief funds?

18       A      For Island Auto Group?

19       Q      Yes.

20       A      Yes.

21       Q      What directions did you give?

22       A      To the extent of the law that

23   we are allowed to, you know, ask for

24   relief that we would ask for relief.

25       Q      Who did you give that

```
1                                    218

2    direction to?

3         A      I would imagine I spoke to my

4    accountants, Citrin and Cooperman, about

5    it.

6         Q      How about Wendy Kwun?

7         A      Wendy would then be part of

8    that conversation with Citrin, and you

9    know, that's how I think that would work.

10   Not I think, that's how it would work.

11        Q      Did she ever tell you she's

12   the pandemic relief queen?

13        A      No, she's never told me she's

14   the pandemic relief queen.

15        Q      Is that a phrase you ever

16   heard anybody in Island Auto Group use?

17        A      No.

18        Q      Do you think you're entitled

19   to representation in these actions,

20   Mr. Aaronson, do you think you're

21   entitled to have a lawyer?

22        A      Of course.

23        Q      Do you think your partners

24   are entitled to have a lawyer?

25        A      Of course.
```

*Rich Moffett Court Reporting, Inc.*

```
1                                        219
2        Q      Do you think Anthony Deo is
3   entitled to have a lawyer?
4        A      Of course.
5              MR. SHANKS:  Does he have a
6         lawyer?
7              Is his lawyer on the call, by
8         the way, Mr. Thomasson?
9              MR. THOMASSON:  I don't know.
10        There's a whole list up here.  I
11        don't know who's on the call.  I'm
12        just taking a deposition,
13        Mr. Shanks.
14             MR. SHANKS:  So you don't
15        know if the defendants' counsel,
16        other than yourself representing
17        yourself, are on this call?
18             MR. THOMASSON:  I don't know.
19        The Deos are signed in.  I don't
20        know who's in the room with them.
21        I haven't spoken with them about
22        this.
23             MR. SHANKS:  Got you.
24        Q      Mr. Aaronson, are you aware
25   that the Department of Justice convened a
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                           220

 2     grand jury regarding the situation?

 3          A      In what regard?

 4          Q      Do you know that there was a

 5     grand jury that was convened to look into

 6     this situation at Northshore or 189

 7     Sunrise?

 8          A      I'm not sure what exactly the

 9     question is, it's tough for me to answer.

10          Q      Do you know if the Department

11     of Justice at any time was involved by

12     you or anyone on your behalf to

13     investigate what goes on at Northshore

14     and 189 Sunrise?

15          A      Yes, I would hope that --

16     that someone brings Deo to justice, which

17     he, you know, definitely deserves.

18          Q      Well, that's lovely,

19     Mr. Aaronson, but my question was are you

20     aware of any investigation that was

21     brought through the Department of Justice

22     to look into the Northshore and 189

23     Sunrise situations, yes or no?

24          A      I believe some government

25     agencies are looking into Mr. Deo, yes.
```

```
1                                      221
2          Q       What agencies are you aware
3    of?
4          A       Federal agencies, local
5    agencies.
6          Q       How are you aware of that?
7          A       'Cause I had a meeting with
8    the FBI.
9          Q       When did you have a meeting
10   with the FBI?
11         A       I don't remember exactly
12   when.
13         Q       Was it before or after you
14   were served with the complaint that the
15   Deos brought against you?
16         A       I'm not sure when.  I would
17   imagine I tried to do it as quickly as
18   possible.
19         Q       Did you call the FBI to have
20   that meeting?
21         A       Not directly, no.
22         Q       Who did?
23         A       I'm not sure.
24         Q       Did you talk to any other law
25   enforcement, besides the FBI, about
```

```
1                                          222
2      Northshore and 189 Sunrise?
3              A       I'm not sure.  I spoke to a
4      few different government agencies.
5              Q       What other agencies did you
6      speak to besides the FBI?
7              A       I'm not 100 percent sure.
8              Q       Who would know?
9              A       I don't know.  My attorneys
10     possibly would know, but I don't know.
11             Q       Did you ask anyone to begin
12     criminal investigations involving
13     Northshore and 189 Sunrise?
14             A       I don't know enough to know
15     there were criminal actions done, so I
16     would imagine that, you know, the
17     government handled it from there.
18                     I believe my father-in-law's
19     name was signed to a document after he
20     was dead that Anthony handed in, so I
21     imagine there was a lot of fraud that has
22     been -- been done by Anthony Deo.
23             Q       Did you make any allegations
24     against me to the FBI?
25             A       Not that I'm aware of.
```

223

Q      Did you make any allegations against Dwight Blankenship to the FBI?

A      Not that I'm aware of.

Q      Did you make any allegations against Marc Merckling to the FBI?

A      Not that I'm aware of.

Q      Did you make any allegations about Michael Laurie to the FBI?

A      Not that I'm aware of.

Q      Did you make any allegations against Sarah Deo to the FBI?

A      Not that I am aware of.

Q      Did you make any allegations against Anthony Deo to the FBI?

A      Yes.

Q      So would it be fair to say that as far as crimes go in this case, you think that it's limited to Anthony Deo who committed the crimes against the plaintiffs?

A      No, definitely not.

Q      So who else committed crimes against the plaintiffs?

A      I'm not exactly sure, but I

224

feel like all the people that you just

mentioned are all in cahoots to, you

know, hurt businesses and call up people,

like myself, that were just trying to

fight for things that were rightfully

theirs, and use their power to take

advantage of somebody by using their, you

know, their badge, let's just call it,

like, by using their powers that may be

to try and hurt individuals like me who

are just trying to run a business and

live my life.

    Q    So what is it that gives you

that feeling?

    A    Well, when you get a phone

call on something that's a civil matter

that says you should return money from a

police officer, you know, that kind of

makes you feel like, What's going on

here?  Then you speak to some other

people, and they say, "He really didn't

have the right to make that phone call to

you."

    Q    So why did you give the money

```
1                                          225

2    back?

3         A      Because honestly, I've been

4    with through my life, knock on wood,

5    without having any issues, and at that

6    point what I instructed --

7                 MR. SHANKS:  No conversations

8         with counsel.

9                 THE WITNESS:  No, no, no.

10        A      What I wanted was for that

11   money to actually go back to Libertas,

12   since they gave that money to Anthony

13   probably under false pretenses, and I

14   would have loved to have given that money

15   back to Libertas.

16        Q      Because you believe that's

17   where he got the money from?

18        A      Yes.

19        Q      Who is involved in that

20   transaction, do you know?

21        A      In terms of what?

22        Q      In terms of him getting the

23   money, was that, as far as you know,

24   between Anthony Deo and Libertas?

25        A      As far as I know, yes.
```

*Rich Moffett Court Reporting, Inc.*

226

Q     And has anything happened in the last three years of litigation to suggest to you that anyone else was involved in getting that money, other than Anthony Deo and Libertas?

A     Yeah, I think there had to have been some Libertas required information that, I guess, Thomas Jones or someone else would have had to help Anthony to provide information to Libertas.  So I don't know who was involved, but I'm sure it just wasn't Anthony himself.

Q     Did you know when you approved those tax returns in September of 2022 that they were going to be filed with the taxing authorities?

A     No.

Q     Why did you approve those tax returns then if they weren't going to be used?

A     I don't know what was going to happen with them.

Q     Are you suggesting that tax

```
 1                                            227
 2     returns would be prepared that are false?
 3          A       No.
 4          Q       You didn't know if any of the
 5     tax returns were to be prepared falsely,
 6     did you?
 7          A       That's not what I said.
 8          Q       Would it be fair to say that
 9     whatever it was that went on in the email
10     chain is what you understood at the time,
11     the email chain that I showed you
12     earlier?
13          A       Yes, yes.
14          Q       And if that email chain
15     indicated that those tax returns were
16     going to be filed, do you believe now
17     that they shouldn't have been filed?
18          A       I am not thinking about it.
19          Q       Okay.
20                  Well, I'm asking you now to
21     think about it.  Would you rather if
22     those tax returns had not been filed?
23          A       No, if -- if they had to be
24     filed, they had to be filed.
25          Q       And if I were to tell you
```

228

that they were filed, would you now have

any objection with the fact that they

were filed?

         A    No.

         Q    Mr. Aaronson, are you aware

that those five checks for $10,000 each

to 189 Sunrise, were those five people at

the time the owners of 189 Sunrise?

         A    Not at the time, they still

are.  They still are the owners of 189

Sunrise.

         Q    When those checks were

transferred in February of 2021 or 2022,

it was 2021, wasn't it, that those checks

were written?

         A    You'd have to show me again,

I'm not sure.

              MR. SHANKS:  Hold on, I have

         it here.  You have them.  February

         12, '21.

         Q    When those checks were

written on February 12, 2021, five checks

of $10,000 each, were those checks

written to the people that were the then

*Rich Moffett Court Reporting, Inc.*

229

owners of 189 Sunrise?

    A    I don't agree with your line of questioning.  We were the owners -- we are and were the owners of 189 Sunrise, yes, that I'll agree with.

    Q    When those checks were written in February of 2021 to those five people, that would be you, Phalon, Chabrier, I think it was Jory Baron and David Baron?

    A    Correct.

    Q    Were you the five owners of 189 Sunrise in February of 2021?

    A    Yes.

    Q    Thereafter, you saw a little while ago that there was a lease that Anthony Deo entered into for 189's location, remember that lease?

    A    I do, yes.

    Q    Are you aware that warranties for customers were being sold at 189 Sunrise in February of 2021 by NMAC or one of its subsidiaries?

    A    I'm not sure.

*Rich Moffett Court Reporting, Inc.*

230

    Q      Assuming for the sake of
argument that NMAC was the provider of
warranties for 189 Sunrise, did you know
that the responsible party for paying off
those warranties after that $50,000 was
paid became Anthony Deo, did you know
that?

    A      No, I'm not aware of that.

    Q      Do you know why he would
become the responsible party for paying
off 189 Sunrise's warranties after that
money changed hands?

    A      No idea.

    Q      No idea?

          It wasn't in connection with
the sale of 189 Sunrise, Mr. Aaronson?

    A      I answered the question
already.

    Q      Well, now I am specifically
asking you.

    A      I'm specifically answering.

    Q      You do not know if him taking
over the warranties was related to the
purchase of 189 Sunrise?

```
 1                                     231
 2          A     No.  How would I know that?
 3     No.
 4          Q     Well, did you know that you
 5     were no longer responsible for those
 6     warranties?
 7          A     I think I went to that
 8     business less than zero times before the
 9     date that you're mentioning and after the
10     date that you're mentioning, so I really
11     wasn't involved in that business.
12          Q     So now I'm telling you, let's
13     assume for the sake of argument, that
14     Anthony Deo did take over the warranties
15     at 189 Sunrise, isn't that usually taken
16     over by the owner of businesses?
17          A     No.
18          Q     No?
19                Is it nonowners who paid for
20     those warranties; is that what your
21     testimony is?
22                MR. SHANKS:  Objection as to
23          form.  You're using the words "take
24          over, pay for."
25          A     Yeah, I don't know who paid
```

*Rich Moffett Court Reporting, Inc.*

```
1                                          232

2     for.  I don't know who.

3          Q      Do you know what paying for

4     means, Mr. Aaronson?

5          A      Yes, but I don't know who

6     paid for them, Mr. Thomasson.

7          Q      Okay.

8                 So let's assume that Anthony

9     Deo was the person who started paying for

10    them after he gave $50,000 to you.

11         A      I am not going to assume

12    that.

13         Q      Well, for the sake of this

14    question, we are allowed to ask

15    hypotheticals, Mr. Aaronson.  So who is

16    it that typically pays for warranties at

17    a dealership, wouldn't that be the owner

18    of the dealership typically?

19         A      Typically the owner would be

20    paying for them, but that has nothing to

21    do with this instance.

22         Q      But typically it's the owner,

23    right?  Yes or no?

24         A      Or the office on behalf of

25    the owner, yes.
```

233

 Q      Isn't it typically the owner
of the business that also pays for the
lease, in your experience?

 A      Typically an owner would pay
for a lease that's for the building, yes.
But there's all different kinds of
arrangements in business, so I can't
speak to this particular.

 Q      Right, and you didn't have
any written arrangements with Anthony Deo
regarding the ownership of Northshore or
189 Sunrise, correct?

 A      I'm sorry, Mr. Thomasson, say
that again, please.

        MR. THOMASSON:  Could you
    repeat that question for me please,
    Diana?

        (Record read.)

 A      Yeah, I was never an owner.
I was never an owner in Northshore, so I
can't speak to that, and I'm not aware of
anything that was signed that sold over
my ownership in 189.

 Q      Well, I'm not asking you just

234

for the purpose of whether there's a
writing that signs over your ownership.
You said that there was some sort of
agreement between you and Anthony Deo for
him to obtain 189 Sunrise.  I'm asking
you is that agreement in writing?

     A     No, not that I am aware of.

     Q     And through all of this,
whether or not you were an owner of
Northshore, it certainly is a big part of
this litigation, have you ever seen an
agreement between any of the plaintiffs
and Anthony Deo regarding the ownership
of Northshore Motors?

     A     Not that I am aware of, no.

     Q     Do you know someone named Rob
Xerri?

     A     Definitely sounds familiar,
so but not 100 percent, but it sounds
very familiar, but I don't want to say
it's somebody I'm thinking of, but I'm
not 100 percent.

     Q     Did you at any time ask
Anthony Deo to become an owner of

235

Northshore?

    A       Anthony Deo had obligations
for him to take over, which would be
taking off -- yeah, he could have
potentially been an owner if he completed
a bunch of obligations, which he never
did.

    Q       And did you ever ask Anthony
or anyone else to become an owner
yourself at Northshore?

    A       I asked Anthony that we
wanted nothing to do with the business
anymore, and in order for him to get
everything, he would have to complete
certain obligations.  Other than that, I
don't remember any other conversations.

    Q       You kept saying that we
didn't want to have anything more to do
with the business, except you're also
saying that you weren't an owner either.

    A       I said I'm not an owner of
Northshore, but I was representing my
mother-in-law.

    Q       But you were not an owner of

*Rich Moffett Court Reporting, Inc.*

```
 1                                        236
 2    Northshore yourself, right?
 3         A      Never, no.
 4         Q      Did you ever ask anyone to
 5    become an owner of Northshore?
 6         A      No.
 7         Q      And if anyone were to testify
 8    that you asked someone right in front of
 9    them that you wanted to become an owner,
10    would they be lying?
11         A      Yes, I would believe so, yes.
12         Q      I may have asked this, but I
13    really mean it more as another
14    preliminary question.  Other than the
15    FBI, have you spoken to any other law
16    enforcement regarding Northshore and/or
17    189 Sunrise?
18         A      I don't remember specifically
19    who I spoke to within government
20    agencies.  I think I answered it already.
21         Q      Did you ever speak to anybody
22    on a state level?  The FBI is a federal
23    law enforcement agency.  Did you ever
24    speak to anybody on the state level?
25         A      I believe so, yes.  I'm not
```

```
 1                                              237
 2    sure who or when, or you know, but I
 3    believe so.
 4         Q      Are there any active
 5    investigations, you are aware of right
 6    now, by law enforcement involving either
 7    Northshore or 189 Sunrise?
 8         A      You'd have to speak to
 9    government agencies.
10         Q      No, I am just asking you if
11    you are aware of any; yes or no?
12         A      I would imagine there are,
13    yes.
14         Q      Who do you believe is
15    investigating Northshore and/or 189
16    Sunrise right now?
17         A      The FBI I would almost
18    guarantee is.
19         Q      Why would you guarantee that?
20         A      Because they asked a lot of
21    questions and seemed to have a lot of
22    information.
23         Q      Have you spoken to --
24              MR. SHANKS:  I am going to
25           warn the witness at this time if
```

238

there is an active investigation,
he's not allowed to discuss the
details, if he has any.

You can ask about their
existence, but I just want to set a
bar here to prevent you from going
somewhere where none of us should
be going.

MR. THOMASSON:  And that
objection is based on what
privilege?

MR. SHANKS:  That objection
is based upon the fact that if an
agency has an ongoing
investigation, that they don't want
any potential witnesses to tell
you, to tell anyone, what they're
investigating, why and how, as long
as it's an open investigation.  I
don't know if it is.

MR. THOMASSON:  Okay, well,
so everyone on the other side of
this table doesn't know anything
about it, but I can't ask about it?

```
1                                    239
2              MR. SHANKS:  You did ask
3         about it.
4              MR. THOMASSON:  Well, I'm not
5         done asking about it.  Let's see
6         where the questioning goes,
7         Mr. Shanks.
8              MR. SHANKS:  Okay.
9    BY MR. THOMASSON:
10        Q     Mr. Aaronson, when was the
11   last time you spoke to the FBI about
12   either Northshore or 189 Sunrise?
13        A     I don't remember.
14        Q     Was it in 2024?
15        A     I don't remember.
16        Q     Could it have been before
17   2024?
18        A     Possibly but I don't
19   remember.
20        Q     Did you ever speak with the
21   FBI in 2022?
22        A     I don't remember.
23        Q     Do you know who you spoke to?
24        A     I don't remember.
25        Q     Who would know?  Is there
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                           240
 2    anyone who would know, other than the
 3    FBI?
 4         A      I'm not sure who would know.
 5         Q      When you spoke to them, were
 6    you alone?
 7         A      By representation.
 8         Q      You or one or more of your
 9    lawyers spoke to the FBI about these
10    cases?
11         A      I believe so, yes.
12         Q      Who were the lawyers that
13    spoke with the FBI in front of you about
14    Northshore and/or 189 Sunrise?
15         A      I honestly, I don't remember.
16    There were a few lawyers there.
17         Q      Any of the people that are on
18    this call?
19         A      I'm not 100 percent sure, but
20    I believe so, yes.
21         Q      Was Mr. Kataev there?
22         A      I believe so.
23         Q      Was Mr. Shanks?
24         A      I'm not sure.  I don't
25    remember but I believe so.
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                      241
 2          Q      Was Mr. Ruderman there?
 3          A      I have no idea.  I don't
 4   remember.  It was a long, long time --
 5   not a long -- whatever.  I just don't
 6   remember.
 7          Q      Have you ever spoken to the
 8   FBI, other than regarding 189 Sunrise
 9   and Northshore?
10          A      No.
11          Q      So the only time you have
12   ever spoken to the FBI in your life has
13   been about 189 Sunrise and Northshore; is
14   that right?
15          A      That I am aware of, yes.
16          Q      And you have no memory of
17   what was discussed or who was there; is
18   that right?
19          A      Well, what was discussed is
20   things that we believed that Anthony, you
21   know, did that harmed consumers and --
22   and different individuals, and you know,
23   and my -- my family and business
24   partners, that was what was discussed.
25          Q      Was there --
```

*Rich Moffett Court Reporting, Inc.*

1                                        242

2        A       And we had, like, documents,

3   specific things that were done by Anthony

4   Deo that had his fingerprints all over

5   them.

6        Q       Oh, tell me about those

7   documents, please.

8        A       I don't remember them.

9   RQ           MR. THOMASSON:  I

10           specifically call upon the

11           production of documents

12           presented on behalf of any

13           plaintiffs to law enforcement

14           relating to Northshore or 189

15           Sunrise.

16               MR. SHANKS:  Taken under

17           advisement.

18               MR. KATAEV:  Please follow up

19           in writing.

20               MR. THOMASSON:  Are you

21           speaking on behalf of Mr. Aaronson,

22           Mr. Kataev?

23               MR. KATAEV:  I'm speaking on

24           behalf of plaintiffs, which was who

25           your request was directed at.

*Rich Moffett Court Reporting, Inc.*

```
 1                                            243

 2   BY MR. THOMASSON:

 3        Q      Mr. Aaronson, do you know

 4   someone named Steve Marino?

 5        A      Yes, I believe so.

 6        Q      Who is Steve Marino?

 7        A      If it's who I'm thinking of,

 8   he does IT work for different car

 9   dealers, and that's his business, if

10   that's who it is.

11        Q      And does that person you're

12   thinking of still do work for Island Auto

13   Group?

14        A      He never really did any work

15   for Island Auto Group in Staten Island,

16   that I'm aware of.

17        Q      Other than Northshore and 189

18   Sunrise, has he done any work for any of

19   your other businesses?

20        A      Yeah, I believe he just did

21   work at a Honda dealership in the Bronx

22   for us, and I believe he's done work at

23   Baron Nissan.  I know he's done work at

24   Baron Nissan.

25        Q      Who replaced Melissa Beltray?
```

*Rich Moffett Court Reporting, Inc.*

```
1                                      244
2        A      Wait, Steve Marino, I'm -- I
3   apologize, I'm thinking of an IT guy, so
4   you might be talking about somebody else.
5   I don't know.
6        Q      Your answer stands,
7   Mr. Aaronson.
8               Who replaced Melissa Beltray
9   at Northshore?
10       A      I don't know.  I know when I
11  got there, Danny O'Sullivan was in the
12  office.
13       Q      What about Tracy Leshius?
14       A      I really had nothing to do
15  with Northshore in terms of -- I don't
16  know when Tracy, if she was there, when
17  she was there, so I'm not sure of that
18  answer.
19       Q      Well, you were representing
20  Iris's interests for Northshore, weren't
21  you?
22       A      Yes.
23       Q      Did Brian Chabrier authorize
24  you to represent his interests at
25  Northshore?
```

*Rich Moffett Court Reporting, Inc.*

245

```
 1
 2        A       Brian was aware of it, so
 3    yes.
 4        Q       What about Asad Khan, did he
 5    authorize you to represent his interests
 6    at Northshore?
 7        A       I never really spoke to Asad
 8    about it.
 9        Q       Was Asad involved at all
10    after David's death at Northshore?
11        A       No, not that I am aware of.
12        Q       Did you list Northshore on
13    any of your personal taxes at any time?
14        A       Not that I'm aware of.
15        Q       Did you list 189 Sunrise on
16    any of your personal taxes at any time?
17        A       I believe so, yes.
18        Q       Did there come a point in
19    time when you stopped doing that?
20        A       I'm not sure but I believe
21    so.
22        Q       When would that have been?
23        A       It sounds like from what you
24    asked me before in 2021.
25        Q       So you would have stopped
```

```
 1                                    246

 2     listing 189 Sunrise on your taxes after

 3     February of 2021?

 4          A     I believe so, yes.

 5          Q     Do you know what title

 6     washing is, Mr. Aaronson?  That's a term

 7     you've heard in the business, isn't it?

 8          A     I'm not that familiar with

 9     it, no, because -- no.

10          Q     You never heard that term?

11          A     I've heard the term.  Of

12     course I heard the term.  Truthfully, I

13     feel like I know what it is, but I'm not

14     100 percent sure.

15          Q     It would be a shell game of

16     moving the ownership of title for the

17     purpose of selling it under one

18     corporation when perhaps it really didn't

19     belong to that corporation, does that go

20     on in the business?

21          A     Not --

22               MR. KATAEV:  You seem to

23          understand it well, Mr. Thomasson.

24               MR. THOMASSON:  Oh, I've

25          learned a lot in this case,
```

*Rich Moffett Court Reporting, Inc.*

247

1

2          Mr. Kataev, sure  have.  I knew
3          nothing in November of 2022.
4          Q     Mr. Aaronson, I want to ask
5   you whether or not you have ever known
6   anyone to engage in title washing?
7              MR. SHANKS:  Note my
8          objection as to your explanation of
9          what it was, which is kind of
10         wishy-washy.
11             MR. THOMASSON:  Okay, he
12         knows the term.
13         A     I don't know.  I don't know.
14             MR. THOMASSON:  He knows the
15         term.
16         A     I've heard of the term.  I
17  truthfully don't know what it means.
18             It sounds like I should be
19  proud of that, so...
20         Q     Uh-huh.
21         A     Yeah.
22         Q     Yeah, uh-huh.
23             MR. SHANKS:  Uh-huh.
24         Q     Did you have any discussions
25  at Northshore Motors between you and

*Rich Moffett Court Reporting, Inc.*

248

Anthony Deo with anyone else present,

Mr. Aaronson?

    A     There was one time that

someone else was in the room while I was

meeting with Anthony.  I forget, I think

he was a finance guy that worked for

Anthony.

    Q     Well, the finance people

worked for you, didn't they?

    A     Anthony was the operator of

the business, so he really handled,

obviously, he handled the day to day of

the business, so I didn't really know

anyone at the dealership.

    Q     Well, you knew when Wendy

Kwun was there, you know her, don't you?

    A     Wendy was there not that

frequently, that I am aware of.

    Q     So Wendy was there, and you

know that she works for you, right?

    A     Wendy definitely works with

me, yes.

    Q     And Melissa Beltray worked

for you and one or more of your

```
1                                              249
2      dealerships, right?
3            A       No, no.
4            Q       Didn't you tell me earlier
5      she still works for you?
6            A       No, that's different.  Now
7      she works for me, yes.  Melissa never,
8      that I am aware of, Melissa never worked
9      directly for me up until -- up until
10     maybe a year or two ago.
11           Q       So a couple of years ago she
12     began working for you?
13           A       Yeah, when I opened up Stream
14     Auto Outlet.
15           Q       What does she do there?
16           A       She helps in the office.
17           Q       Does she pay off any deals?
18           A       I would think -- I would hope
19     so.
20           Q       Well, salespeople don't pay
21     off deals, do they, it's finance people
22     who pay off deals, right?
23           A       Finance people typically
24     don't pay off deals, the office pays off
25     deals.
```

*Rich Moffett Court Reporting, Inc.*

250

Q      But you just said you hope Melissa Beltray pays off deals, right?

A      Yup, she's in the office, then I would hope she pays off deals when it's time to pay a car off.

Q      So she's not located at 189 Sunrise Highway?  I am not talking about the business, I am talking about the address.  What is the business there now?

A      Stream Auto Outlet.

Q      So she's not physically located at Stream Auto Outlet, she's in an Island Auto Group location?

A      No, not accurate.

Q      She's in Stream Auto Outlet's location?

A      There's -- she is involved in two Stream Auto Outlet locations.  I don't know truthfully where she sits.  I haven't been to those stores in several years.

Q      What does she do for you, is it in the finance department or in the sales department?

*Rich Moffett Court Reporting, Inc.*

251

A      In the office department.

Q      What is it that the office department does?

A      Everything from motor vehicle to interest, accounts payable, accounts receivable, paying off cars.

Q      Would it be fair to say that the office's work is focused on finances?

A      The part of their -- yeah, it's part of the job.

Q      What are the other things that go on in the office that have nothing to do with finances?

A      Well, I think everything has to do with finances.  Your motor vehicle, if your motor vehicle gets ruined, that's going to eventually hurt your finances, so it's a tough question to ask.

Q      So Melissa Beltray is involved in finances for sure for Island Auto Group; is that correct?

A      Once again, that is not right.

Q      Well, she may also be

1                                        252

2       involved in other things, but she's

3       certainly working on finances, isn't she?

4            A     Not for Island Auto Group,

5       no.

6            Q     Did she work on finances for

7       the Stream locations?

8            A     Yes.

9            Q     Okay, so she works on

10      finances, correct?

11           A     Once again, sir, the answer

12      is no.

13           Q     She does not work on

14      finances?  She works on finances only for

15      Stream, for the two Stream entities; is

16      that right?

17           A     I think you might be confused

18      at this point because I'm definitely

19      confused.

20           Q     Okay.

21                 What are the things that

22      Melissa Beltray does for the Stream Auto

23      Outlets?

24           A     I'm not exactly sure.  My

25      business partner handles those two

*Rich Moffett Court Reporting, Inc.*

253

locations, but I would imagine, I'll go

out and say this, she helps on motor

vehicle, paying off trades, paying off

our bank from when we sell a car, she has

to pay that off.  I'm sure she helps with

payroll.  Things that an office helps

with.

     Q     Okay.

          So offices pay off cars; is

that what you're saying?

     A     Typically.

     Q     Did the office pay off cars

at Northshore, if you know?

     A     Not enough cars apparently.

     Q     Well, but I am asking you if

yes or no, the office was responsible for

paying off cars at Northshore, as far as

you know?

     A     Anthony Deo was responsible

for paying off cars at Northshore, yes.

     Q     So he was sending money

personally to the banks to pay off cars

and floor plan to pay off cars; is that

right?

```
 1                                            254
 2        A       Well, he definitely wasn't
 3   doing that, because if he did, I would
 4   never have lost -- my family wouldn't
 5   have lost 5, you know, 4, 5, $6 million.
 6        Q       So it was his responsibility
 7   to physically himself pay off the lenders
 8   and the floor plan providers?
 9        A       It was his responsibility to
10   make sure that that happened, yes.
11        Q       Ah, so he didn't do it,
12   somebody else did it but was under his
13   direction; is that right?
14        A       I'm not sure.  I wasn't
15   there.
16        Q       Ah, so you don't know if it
17   was Anthony Deo that was doing the theft,
18   do you?  If you don't know who was
19   responsible for paying it off, who
20   actually did it, someone else could have
21   diverted funds; is that possible?
22        A       No, not possible.
23        Q       So who was in charge of the
24   bank accounts with Northshore when you
25   went in and had to investigate, what did
```

*Rich Moffett Court Reporting, Inc.*

255

you find?

A      I -- I can't answer your specific question, but I was told by Danny O'Sullivan that Anthony directs him when to pay off cars, when not to pay off consumer cars.  That Anthony was the person that, I would say, he is, in layman's terms, was driving, you know, the car.  He was the one that was making the decisions of how to pay off cars, when to pay off cars.

Q      He was making those decisions, but was it Danny O'Sullivan, was it his job to then make those payments or not make those payments, was he the one that was doing it?

A      He would be part of the people that would do it, yeah, absolutely.

Q      Who, besides Danny O'Sullivan, was actually making the payments and not making the payments --

A      I'm not sure.

Q      -- as overseen by Anthony

256

Deo?

    A     I'm not sure.

    Q     Did, to the best of your knowledge, Wendy Kwun have to do any of that work?

    A     I don't believe so, no.  The answer is no, no, that wouldn't be Wendy's job.  No, that would not be Wendy's job, no.

    Q     Would Melissa Beltray be doing any of that work?

    A     I don't even know that Melissa worked there.  I don't believe she did work there, but at least she didn't work there when I -- I never saw Melissa there.

    Q     Although you were --

    A     And I'm not dating her so I don't, you know, I wouldn't know exactly, but the -- but I don't believe Melissa was there.

    Q     Do you know any of the employees that were at Northshore after David's death?

*Rich Moffett Court Reporting, Inc.*

257

A    No, I know Anthony had his --
there is Anthony and Sarah.  I know Danny
O'Sullivan was there, and I know he had a
few people that were involved with the
police that would be there, but I didn't
know them, I never met them, I didn't --
I only spoke to one or two of them, like,
at the very, very end when we were trying
to find cars, and they knew where they
were located, and they helped us
facilitate by leaving us keys to go get
the cars on Anthony's direction, I guess.
    Q    Would that be Marc Merckling
and Dwight Blankenship?
    A    I would think so, yes.
    Q    So they were helpful to you?
    A    No, they were not helpful.
    Q    Didn't you just say it was
helpful that they helped you to
facilitate getting back the cars?
    A    No, I said at the end they
facilitated getting some cars, and trust
me, it was everything but helpful.  We
had cars splattered all over Long Island,

*Rich Moffett Court Reporting, Inc.*

258

and so I -- when you lose 5, $6 million, not much you're going to say is helpful.

Q      And that 5, $6 million was lost over what period of time?  I'm not talking about when it was paid, I am talking about when the losses themselves occurred, do you know?

A      No, no idea.  No, I'm sure an accountant can figure it out, and I'm sure we can document it pretty well.

Q      Has that been done?

A      I have no idea.

Q      Well, did you direct anyone to do that work?

A      We just wanted to -- we just wanted to solve the problem.  We were -- just wanted to make --

Q      But who was doing the accounting?

A      I wasn't doing the accounting.  We just wanted to make our bank whole.  We knew we owed our bank a lot of money and Anthony wasn't going to be the one paying it.

```
 1                                          259
 2          Q       Could any of those losses
 3   have occurred during David's lifetime, if
 4   you know?
 5          A       I am not sure.
 6          Q       Could any of those losses
 7   have occurred after David's lifetime?
 8          A       I'm not sure.
 9          Q       So all of the losses could
10   have occurred before David died; is that
11   right?
12          A       I have no idea.
13          Q       But you do know that David
14   was aware there was wrongdoing by Anthony
15   Deo at the dealership because he told you
16   so, right?
17          A       He told me that my
18   mother-in-law and him had to go late at
19   night in order to go get cars because
20   they were -- Sarah was locking up titles,
21   and I don't know exactly what happened.
22                  I know I was very
23   disappointed that this whole thing was
24   happening to my mother-in-law had to deal
25   with this, and my father-in-law was
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                        260

 2     upset.

 3          Q       But you weren't involved in

 4     the dealership at that time anyway,

 5     right?

 6          A       No.

 7          Q       What have you done since you

 8     were involved in the dealership to find

 9     out what went wrong before you were

10     involved in the dealership, did you do

11     anything to investigate that?

12          A       No.

13          Q       So if maybe these differences

14     were resolved as between Anthony and

15     David Baron, you wouldn't know that; is

16     that correct?

17          A       I don't know what happened

18     between Anthony and my father-in-law.

19          Q       Okay, thank you.  I

20     appreciate that.

21                  MR. THOMASSON:  I have no

22          further questions at this time.

23                  MR. KATAEV:  Ariel, do you

24          have any questions?

25                  MS. RONNEBURGER:  I don't
```

```
1                                            261
2      have any questions.
3             MR. KATAEV:  Let's go off the
4      record.
5             MR. SHANKS:  Actually,
6      Emanuel, before we go off the
7      record, I asked a question, and
8      Mr. Thomasson was very good at
9      evading it, is Mr. Jeffrey Benjamin
10     on this call?
11            Okay, so counsel for the
12     defendants, other than
13     Mr. Thomasson, has not attended
14     today.  Okay.
15            MR. KATAEV:  There are
16     counsel for Libertas who are not
17     here either.
18            MR. SHANKS:  Right.
19            I would like that in the
20     record.  Thank you.
21            MR. KATAEV:  I think we can
22     let the witness go, and if you want
23     to talk about some housekeeping
24     stuff.
25            (Time noted:  4:08 p.m.)
```

*Rich Moffett Court Reporting, Inc.*

262

A C K N O W L E D G M E N T

STATE OF NEW YORK    )
                     :ss
COUNTY OF            )


          I, JOSHUA AARONSON, hereby certify

       that I have read the transcript of my

       testimony taken under oath in my

       deposition of January 7, 2026; that

       the transcript is a true, complete and

       correct record of my testimony, and

       that the answers on the record as

       given by me are true and correct.




                     _____

                       JOSHUA AARONSON



Signed and subscribed to before
me, this            day
of                  , 2026.

_____
Notary Public, State of New York

```
 1                                              263

 2      ---------------I N D E X--------------------

 3      WITNESS              EXAMINATION BY        PAGE

 4      JOSHUA AARONSON    MR. THOMASSON            5

 5      MOTION:  PAGE:  99

 6      ------------DOCUMENT REQUEST----------------

 7      PAGE:  242    Documents on behalf of

 8                    plaintiffs to law enforcement

 9                    re Northshore or 189 Sunrise

10      ----------------EXHIBITS-------------------

11      DEFENDANTS'                             DEEMED

12          A      Department of the Treasury

13                 Internal Revenue Service

14                 document                       55

15          B      Northshore Assignment of

16                 Lease and Lease Modification   56

17          C      Business Depository Certificate

18                 from Chase Bank                60

19          D      Check Payable to David Baron

20                 dated February 12, 2021        62

21          E      Lease dated June 15, 2021      68

22          F      Stock Sale Agreement dated

23                 May 17, 2021                   71

24          G      Email Chain                    88

25
```

*Rich Moffett Court Reporting, Inc.*

264

------------I N D E X(Cont'd)----------------

-------------EXHIBITS (Continued)-----------

DEFENDANTS'                                    DEEMED

    R        Business Account and

          Signers' Form                    104

    S        Nassau County Police

          Department Case Report           108

1                                                    265

2                    C E R T I F I C A T E

3

   STATE OF NEW YORK   )
4                       ) ss.:
   COUNTY OF NASSAU    )

5

6                I, DIANA MITCHELL, a Notary

7        Public within and for the State of New

8        York, do hereby certify:

9                That JOSHUA AARONSON, the

10       witness whose deposition is

11       hereinbefore set forth, was duly sworn

12       by me and that such deposition is a

13       true record of the testimony given by

14       such witness.

15               I further certify that I am not

16       related to any of the parties to this

17       action by blood or marriage; and that I

18       am in no way interested in the outcome

19       of this matter.

20               IN WITNESS WHEREOF, I have

21       hereunto set my hand this 20th day of

22       January, 2026.

23

24               --------------------------

25               DIANA MITCHELL

*Rich Moffett Court Reporting, Inc.*

```
1                                              266

2                    C E R T I F I C A T E

3

   STATE OF NEW YORK   )
4                      ) ss.:
   COUNTY OF NASSAU    )

5

6              I, Diana Mitchell, a Notary

7        Public within and for the State of New

8        York, do hereby certify:

9              That JOSHUA AARONSON, the

10       witness whose deposition is

11       hereinbefore set forth, was duly sworn

12       by me and that such deposition is a

13       true record of the testimony given by

14       such witness.

15              I further certify that I am not

16       related to any of the parties to this

17       action by blood or marriage; and that I

18       am in no way interested in the outcome

19       of this matter.

20              IN WITNESS WHEREOF, I have

21       hereunto set my hand this 20th day of

22       January, 2026.

23

24                   Diana Mitchell
              - - - - - - - - - - - - - - - - - - - -
25                   DIANA MITCHELL
```

*Rich Moffett Court Reporting, Inc.*

## $

**$10,000** [8] - 63:10, 64:5, 64:23, 65:13, 69:4, 71:5, 228:7, 228:24
**$50,000** [2] - 230:6, 232:10
**$735,000** [9] - 108:18, 108:23, 150:22, 153:10, 153:16, 154:16, 160:17, 165:6, 166:3

## '

**'21** [1] - 228:21
**'22** [3] - 92:2, 93:7, 210:15
**'buyer** [1] - 83:16
**'company** [1] - 84:6
**'seller** [1] - 83:10

## 1

**1** [3] - 12:14, 43:12, 54:8
**100** [33] - 18:9, 22:16, 28:6, 38:20, 45:9, 64:3, 76:11, 80:23, 83:24, 85:5, 92:21, 95:14, 103:21, 107:23, 113:22, 124:8, 133:12, 139:7, 139:21, 139:23, 158:23, 159:12, 162:6, 177:10, 177:12, 183:24, 184:24, 215:8, 222:7, 234:20, 234:23, 240:19, 246:14
**10170-0002** [1] - 2:20
**104** [1] - 264:6
**108** [1] - 264:8
**10:07** [1] - 1:20
**11** [1] - 111:6
**11/8/18** [1] - 106:3
**11423-2327** [1] - 2:8
**11553** [1] - 3:11
**11576** [1] - 5:15
**11793** [1] - 3:6
**11:03** [1] - 54:22
**11:30** [2] - 54:24, 55:4
**12** [6] - 63:3, 70:16, 158:7, 228:21, 228:23, 263:20
**1239** [2] - 1:8, 179:12
**12th** [1] - 68:18
**1339** [1] - 3:18

## 15

**15** [7] - 12:18, 13:18, 71:10, 73:4, 73:11, 74:9, 263:21
**1580** [2] - 1:7, 178:20
**1581** [6] - 1:6, 176:17, 177:2, 177:4, 177:18, 178:13
**1591** [2] - 1:7, 178:24
**15th** [2] - 71:24, 92:23
**1632** [2] - 1:7, 179:8
**16th** [1] - 71:23
**17** [2] - 80:7, 263:23
**18211** [1] - 2:7
**189** [94] - 1:4, 1:17, 2:12, 63:20, 63:25, 66:13, 67:2, 67:9, 68:19, 71:7, 73:17, 73:19, 74:19, 74:24, 75:3, 75:8, 75:13, 78:2, 78:13, 88:25, 95:2, 97:4, 97:17, 98:10, 109:8, 110:4, 110:11, 110:21, 111:10, 112:2, 112:3, 112:13, 112:14, 112:19, 112:20, 112:24, 113:13, 114:24, 151:12, 151:17, 153:8, 154:21, 154:25, 155:5, 156:20, 159:15, 172:18, 173:7, 173:25, 174:5, 174:10, 174:18, 174:24, 175:9, 175:22, 176:2, 210:2, 213:16, 213:18, 220:6, 220:14, 220:22, 222:2, 222:13, 228:8, 228:9, 228:11, 229:2, 229:5, 229:14, 229:22, 230:4, 230:12, 230:17, 230:25, 231:15, 233:13, 233:24, 234:6, 236:17, 237:7, 237:15, 239:12, 240:14, 241:8, 241:13, 242:14, 243:17, 245:15, 246:2, 250:7, 263:9
**189's** [2] - 115:4, 229:18
**19107** [1] - 3:19

## 2

**2** [3] - 104:23, 156:12
**20** [3] - 15:7, 15:14, 16:11
**2001** [1] - 8:2
**2002** [1] - 8:2
**2003** [3] - 13:5, 13:9, 13:14
**2017** [2] - 34:22, 35:17
**2018** [3] - 58:25, 61:7, 106:22
**2020** [1] - 92:23
**2021** [31] - 18:14, 36:12, 63:3, 68:18, 70:16, 71:10, 71:16, 71:24, 73:4, 73:11, 73:22, 74:9, 80:7, 97:4, 99:4, 99:16, 107:12, 107:19, 107:20, 107:24, 228:14, 228:15, 228:23, 229:8, 229:14, 229:23, 245:24, 246:3, 263:20, 263:21, 263:23
**2022** [50] - 27:15, 28:21, 29:6, 29:17, 31:19, 33:7, 34:6, 39:3, 43:4, 43:9, 75:4, 75:9, 75:13, 94:5, 94:14, 94:23, 94:23, 95:5, 95:11, 107:16, 108:17, 110:11, 111:9, 111:23, 112:4, 112:12, 112:18, 112:23, 113:14, 113:19, 114:23, 119:10, 121:19, 155:2, 155:3, 155:4, 160:18, 175:3, 175:10, 175:23, 176:4, 176:9, 176:14, 209:25, 212:3, 212:24, 226:17, 228:14, 239:21, 247:3
**2023** [2] - 70:5, 214:2
**2024** [4] - 78:21, 79:18, 239:14, 239:17
**2026** [6] - 1:20, 211:14, 262:10, 262:22, 265:22, 266:22
**20th** [3] - 58:25, 265:21, 266:21
**23** [4] - 1:9, 2:18,

183:9, 185:22
**2320** [1] - 2:19
**242** [1] - 263:7
**25** [4] - 8:8, 15:12, 15:14, 61:7
**2519** [2] - 1:8, 179:16
**25th** [1] - 107:13
**2:00** [1] - 156:6
**2:11** [1] - 193:22
**2:15** [3] - 155:16, 186:21, 186:25
**2:20** [1] - 186:22
**2:23-cv-6188** [1] - 1:10
**2:30** [1] - 155:21

## 3

**3** [2] - 156:12, 186:19
**30** [1] - 10:12
**3280** [1] - 3:5
**333** [1] - 3:10
**3:00** [3] - 187:2, 193:13, 193:16
**3:02** [1] - 194:14

## 4

**4** [11] - 83:20, 84:9, 84:16, 86:16, 86:23, 87:2, 120:17, 120:19, 120:24, 172:13, 254:5
**420** [1] - 2:19
**445** [1] - 183:9
**446** [3] - 1:8, 2:17, 185:22
**49** [1] - 87:12
**4:08** [1] - 261:25

## 5

**5** [13] - 96:11, 120:17, 120:19, 120:24, 172:13, 186:13, 195:16, 203:18, 254:5, 258:2, 258:4, 263:4
**5,000** [1] - 31:2
**50,000** [1] - 30:25
**500** [1] - 3:18
**55** [2] - 5:14, 263:14
**56** [1] - 263:16
**5th** [2] - 93:7, 93:8

## 6

**6** [6] - 93:23, 172:13, 203:18, 254:5, 258:2, 258:4
**6/9/76** [1] - 8:5

## 60

**60** [2] - 87:15, 263:18
**62** [1] - 263:20
**68** [1] - 263:21

## 7

**7** [3] - 1:20, 211:14, 262:10
**71** [1] - 263:23
**735** [2] - 173:2, 177:24
**76** [4] - 1:8, 2:17, 179:20, 179:22

## 8

**8** [1] - 100:17
**88** [1] - 263:24

## 9

**90** [2] - 207:6, 207:18
**9618** [1] - 170:6
**99** [4] - 43:11, 54:7, 100:23, 263:5

## A

**a.m** [1] - 1:20
**Aaron** [1] - 91:8
**AARONSON** [1] - 1:5, 1:23, 262:7, 262:18, 263:4, 265:9, 266:9
**Aaronson** [93] - 2:14, 5:10, 5:19, 6:10, 10:25, 11:9, 16:14, 16:16, 20:14, 22:2, 23:24, 25:13, 28:21, 34:21, 35:10, 44:17, 45:6, 45:16, 48:17, 50:19, 51:12, 52:3, 53:23, 55:3, 55:10, 58:6, 64:24, 65:3, 69:20, 73:7, 88:8, 90:20, 90:23, 92:15, 94:10, 96:6, 98:17, 98:22, 101:19, 102:18, 103:3, 104:4, 104:16, 105:9, 108:10, 124:22, 127:5, 128:16, 132:22, 141:21, 142:20, 142:25, 145:5, 149:5, 150:14, 152:2, 154:21, 156:18, 165:5, 166:16, 167:5, 167:11, 170:4, 170:16, 172:17, 180:7, 182:10, 185:5, 185:24,

192:13, 194:19,
200:2, 200:7, 205:2,
205:16, 206:7,
213:17, 216:24,
217:13, 218:20,
219:24, 220:19,
228:6, 230:17,
232:4, 232:15,
239:10, 242:21,
243:3, 244:7, 246:6,
247:4, 248:3
**ability** [2] - 23:7,
104:19
**able** [4] - 6:6, 55:15,
66:17, 109:6
**Aboyoun** [4] - 81:25,
82:9, 82:14, 82:16
**Aboyoun's** [1] - 81:24
**absolutely** [1] -
255:20
**access** [12] - 40:4,
109:14, 113:23,
113:24, 114:4,
133:13, 134:2,
134:4, 134:15,
134:17, 134:18,
134:20
**according** [7] - 64:18,
86:14, 86:16, 92:19,
107:20, 107:21,
150:9
**account** [34] - 60:21,
60:23, 61:20, 62:5,
62:10, 105:12,
105:19, 106:21,
106:25, 107:2,
108:19, 108:24,
109:7, 110:3, 110:5,
111:11, 112:3,
112:14, 113:20,
132:11, 132:15,
133:6, 134:7,
134:12, 134:20,
134:25, 135:4,
135:9, 148:22,
148:25, 149:2,
149:11, 173:7,
198:18
**Account** [3] - 104:13,
105:9, 264:5
**accountant** [14] -
45:25, 46:22, 47:3,
89:10, 91:11, 91:12,
91:15, 92:12, 99:24,
100:6, 120:11,
165:2, 184:23,
258:10
**accountants** [3] -
174:22, 175:7, 218:4
**accountholder** [1] -

113:13
**accounting** [20] - 9:8,
9:10, 9:17, 9:20,
44:2, 44:22, 46:24,
47:5, 51:4, 91:18,
91:19, 91:23, 97:20,
97:23, 100:3, 100:8,
175:18, 175:19,
258:20, 258:22
**accounts** [28] - 34:17,
34:25, 35:12, 35:19,
35:22, 36:7, 40:2,
40:5, 40:9, 110:9,
112:19, 112:25,
114:25, 127:12,
127:17, 127:20,
132:19, 147:18,
150:5, 172:19,
172:22, 172:24,
196:22, 197:9,
206:18, 251:6,
254:24
**accurate** [4] - 47:18,
124:9, 163:15,
250:15
**acquire** [2] - 83:23,
86:21
**acting** [2] - 116:17,
116:18
**action** [3] - 79:16,
265:17, 266:17
**actions** [4] - 117:11,
144:13, 218:19,
222:15
**active** [2] - 237:4,
238:2
**add** [2] - 105:15, 206:2
**added** [3] - 61:16,
105:19, 105:23
**adding** [2] - 106:20,
106:24
**address** [7] - 5:12,
5:13, 62:8, 89:19,
89:21, 90:2, 250:10
**administer** [1] - 4:16
**advantage** [1] - 224:8
**advised** [1] - 28:9
**advisement** [1] -
242:17
**affairs** [2] - 118:14,
154:21
**afford** [1] - 23:6
**afternoon** [1] - 55:2
**afterwards** [1] - 76:13
**agencies** [8] - 220:25,
221:2, 221:4, 221:5,
222:4, 222:5,
236:20, 237:9
**agency** [2] - 236:23,
238:15

**ago** [14] - 10:12, 49:9,
49:20, 70:8, 79:4,
79:17, 160:15,
169:22, 169:25,
170:20, 213:15,
229:17, 249:10,
249:11
**agree** [8] - 24:9,
24:12, 24:15, 73:21,
84:23, 134:8, 229:3,
229:6
**AGREED** [3] - 4:3, 4:9,
4:14
**agreed** [1] - 107:25
**agreeing** [1] - 173:14
**Agreement** [2] - 80:7,
263:22
**agreement** [9] - 80:14,
80:18, 80:22, 83:4,
181:21, 181:23,
234:5, 234:7, 234:13
**ahead** [5] - 8:20,
76:21, 103:14,
141:13, 192:15
**ahold** [1] - 32:5
**Albany** [1] - 22:8
**alive** [2] - 111:14,
111:22
**ALIVIA** [1] - 3:24
**allegation** [2] -
195:15, 196:15
**allegations** [7] -
203:23, 222:23,
223:2, 223:5, 223:8,
223:11, 223:14
**allow** [5] - 28:11,
40:11, 67:15,
140:10, 197:13
**allowed** [3] - 217:23,
232:14, 238:3
**allows** [2] - 133:4,
133:5
**Ally** [6] - 117:12,
118:19, 119:2,
119:4, 210:21,
212:10
**almost** [3] - 139:8,
141:9, 237:17
**alone** [3] - 121:4,
206:9, 240:6
**ALSO** [1] - 3:22
**alternative** [1] - 103:5
**amend** [1] - 97:4
**Amityville** [2] - 63:22,
73:18
**amount** [3] - 63:10,
66:9, 127:3
**AND** [3] - 4:2, 4:8,
4:13
**answer** [45] - 21:20,

24:25, 25:9, 35:4,
36:2, 41:22, 52:19,
52:21, 52:24, 53:20,
71:5, 76:22, 85:3,
85:5, 94:10, 94:11,
94:15, 94:16, 97:22,
98:7, 102:8, 102:10,
102:17, 131:18,
135:12, 152:20,
159:17, 164:19,
172:16, 177:21,
177:25, 183:4,
183:10, 192:16,
197:25, 199:19,
205:8, 207:14,
216:13, 220:9,
244:6, 244:18,
252:11, 255:3, 256:8
**answered** [8] - 21:17,
25:5, 114:7, 152:10,
152:19, 159:17,
230:18, 236:20
**answering** [2] -
197:15, 230:22
**answers** [6] - 50:9,
53:10, 53:18,
151:20, 216:21,
262:13
**antennas** [1] - 137:17
**Anthony** [224] - 2:6,
18:8, 18:15, 18:21,
19:18, 29:21, 30:12,
30:22, 30:24, 31:12,
31:14, 33:2, 36:22,
39:4, 39:10, 39:14,
39:17, 39:25, 40:8,
40:14, 41:8, 41:10,
43:11, 43:17, 44:19,
45:8, 45:17, 47:2,
47:4, 49:11, 49:24,
50:25, 51:8, 51:17,
52:3, 54:6, 58:18,
59:3, 59:22, 61:15,
66:25, 67:16, 67:20,
67:23, 70:11, 70:24,
73:13, 73:22, 74:4,
74:8, 74:17, 75:16,
75:25, 76:8, 77:18,
77:25, 78:7, 79:14,
80:16, 81:6, 81:11,
81:19, 83:14, 84:13,
84:20, 86:11, 86:20,
87:16, 89:14, 90:21,
92:12, 92:20, 94:5,
94:13, 95:20, 95:25,
96:8, 98:12, 100:23,
103:20, 107:22,
117:5, 117:6,
117:11, 117:15,
117:21, 117:25,

118:2, 121:4, 121:9,
122:5, 123:4, 124:2,
124:3, 124:13,
124:14, 124:15,
124:23, 125:2,
127:16, 127:21,
127:23, 128:18,
129:10, 129:14,
129:17, 129:24,
130:7, 130:20,
131:2, 131:4,
131:11, 131:14,
132:4, 133:14,
133:17, 133:19,
134:20, 135:14,
135:20, 135:24,
136:5, 136:23,
136:25, 137:8,
137:13, 137:18,
137:20, 138:15,
138:20, 139:3,
139:13, 142:21,
144:2, 144:13,
144:22, 145:9,
147:20, 148:11,
148:15, 148:19,
148:23, 149:9,
149:14, 150:25,
160:24, 161:5,
161:12, 161:14,
161:21, 162:11,
164:21, 164:25,
172:9, 172:15,
173:17, 173:23,
174:7, 174:12,
174:23, 178:8,
181:13, 182:5,
183:19, 183:21,
185:14, 186:14,
187:11, 194:20,
194:25, 199:7,
199:18, 201:14,
202:7, 203:12,
206:13, 206:18,
206:25, 207:4,
207:11, 207:12,
207:13, 209:2,
211:5, 215:18,
219:2, 222:20,
222:22, 223:15,
223:19, 225:12,
225:24, 226:6,
226:11, 226:14,
229:18, 230:7,
231:14, 232:8,
233:11, 234:5,
234:14, 234:25,
235:9, 235:12,
241:20, 242:3,
248:2, 248:6, 248:8,
248:11, 253:20,

254:17, 255:5,
255:7, 255:25,
257:2, 257:3,
258:24, 259:14,
260:14, 260:18
**anthony** [1] - 235:3
**ANTHONY** [4] - 1:4,
1:11, 3:23, 3:23
**Anthony's** [6] - 59:25,
80:20, 87:18, 97:3,
203:15, 257:13
**anthonyd@**
**northshoremotors1**
**.com** [1] - 89:18
**anytime** [1] - 36:7
**anyway** [1] - 260:4
**apart** [1] - 154:20
**apologies** [1] - 214:24
**apologize** [5] - 17:14,
52:20, 111:21,
143:4, 244:3
**application** [1] - 55:19
**applied** [3] - 23:23,
56:5, 56:9
**apply** [1] - 205:15
**appreciate** [1] -
260:20
**approached** [1] -
103:9
**approval** [6] - 40:7,
40:20, 41:13, 47:22,
49:18, 49:22
**approve** [5] - 44:9,
50:6, 97:7, 101:21,
226:20
**Approved** [1] - 96:13
**approved** [23] - 44:15,
44:18, 45:7, 48:19,
49:10, 49:11, 49:14,
52:3, 54:6, 97:16,
97:24, 101:12,
101:15, 101:23,
102:21, 103:19,
162:15, 163:13,
174:6, 176:3,
176:13, 226:16
**approving** [15] - 43:9,
44:19, 50:3, 50:25,
52:9, 96:20, 97:10,
101:4, 101:10,
103:4, 103:16,
103:17, 104:7,
133:20, 134:6
**argument** [3] - 192:22,
230:3, 231:13
**ARIEL** [1] - 3:12
**ariel** [1] - 260:23
**arrangement** [2] -
23:17, 23:19
**arrangements** [2] -

233:8, 233:11
**arrows** [1] - 104:23
**ASAD** [1] - 1:6
**Asad** [22] - 2:15,
20:18, 22:5, 23:3,
24:20, 26:16, 26:23,
40:23, 41:16, 42:4,
42:9, 42:15, 43:5,
75:7, 122:19,
143:20, 148:9,
192:8, 192:24,
245:4, 245:7, 245:9
**aside** [1] - 151:4
**assert** [1] - 205:10
**asserting** [1] - 204:25
**Assignment** [3] -
56:13, 58:2, 263:15
**assignment** [1] - 58:7
**assist** [1] - 10:21
**associated** [2] -
22:18, 158:18
**assume** [4] - 162:11,
231:13, 232:8,
232:11
**assumed** [1] - 45:22
**assuming** [1] - 230:2
**attached** [3] - 78:19,
97:5, 99:7
**attachment** [1] -
101:16
**attempted** [2] -
125:14, 138:14
**attempting** [1] - 45:14
**attended** [1] - 261:13
**attorney** [10] - 5:21,
82:2, 82:3, 82:10,
82:21, 189:5, 200:2,
205:7, 205:13,
207:19
**attorneys** [8] - 4:3,
82:24, 207:7, 208:4,
208:9, 208:15,
208:23, 222:9
**Attorneys** [4] - 2:4,
2:12, 3:9, 3:15
**audio** [1] - 193:19
**authorities** [1] -
226:18
**authority** [7] - 40:14,
41:4, 43:4, 46:12,
46:19, 134:12,
198:18
**authorize** [7] - 46:14,
120:9, 135:7,
135:13, 203:10,
244:23, 245:5
**authorized** [19] - 4:16,
40:22, 41:9, 116:13,
127:19, 129:18,
130:7, 134:23,

135:20, 136:17,
137:24, 138:20,
164:20, 164:23,
198:16, 198:22,
198:25, 199:3,
199:10
**auto** [3] - 82:20,
121:21, 200:11
**Auto** [99] - 2:5, 2:13,
2:16, 2:18, 12:8,
12:11, 13:8, 13:20,
14:2, 14:5, 14:6,
14:7, 14:11, 14:12,
14:13, 14:21, 18:4,
19:9, 63:14, 63:17,
64:7, 69:7, 69:16,
82:22, 82:24, 88:20,
90:23, 91:15, 91:21,
110:9, 110:10,
110:21, 110:24,
114:23, 115:2,
115:3, 115:6, 117:7,
119:3, 130:22,
130:24, 141:3,
141:6, 142:9,
142:13, 147:16,
147:21, 148:3,
149:2, 158:2,
160:20, 164:7,
164:11, 173:10,
173:12, 173:18,
176:18, 176:22,
177:3, 177:5,
177:18, 178:13,
178:21, 178:25,
179:4, 179:8,
179:13, 179:16,
183:9, 184:8,
184:10, 184:12,
184:14, 184:15,
184:19, 184:25,
185:22, 190:22,
191:4, 191:7,
195:13, 214:21,
215:2, 217:16,
217:18, 218:16,
243:12, 243:15,
249:14, 250:11,
250:13, 250:14,
250:16, 250:19,
251:22, 252:4,
252:22
**AUTO** [11] - 1:4, 1:5,
1:6, 1:7, 1:7, 1:8,
1:8, 1:9, 1:17
**auto-related** [1] -
82:20
**automobiles** [2] -
209:10, 209:14
**AUTOMOTIVE** [1] -

1:14
**availability** [1] - 65:16
**Avenue** [2] - 2:7, 2:19
**aware** [117] - 16:19,
27:21, 29:6, 30:22,
34:21, 34:23, 35:17,
38:3, 42:12, 46:9,
49:9, 49:14, 60:6,
60:10, 60:11, 79:13,
81:5, 81:9, 119:15,
119:17, 119:22,
123:20, 124:18,
132:20, 135:11,
137:19, 139:5,
148:12, 148:16,
151:11, 151:13,
152:4, 152:6, 152:7,
152:9, 152:18,
153:3, 153:5, 153:6,
153:9, 155:7, 162:3,
162:6, 165:13,
175:5, 175:24,
176:5, 176:10,
176:15, 180:14,
181:22, 183:9,
184:2, 184:6, 187:4,
187:9, 187:16,
187:17, 187:21,
187:25, 188:5,
188:9, 188:11,
188:12, 188:24,
189:8, 189:10,
189:12, 189:16,
191:24, 191:25,
192:7, 192:9,
192:10, 192:22,
193:3, 193:5, 193:7,
196:22, 201:13,
209:19, 209:20,
211:7, 211:10,
211:13, 211:17,
215:12, 215:16,
216:24, 217:3,
217:5, 219:24,
220:20, 221:2,
221:6, 222:25,
223:4, 223:7,
223:10, 223:13,
228:6, 229:21,
230:9, 233:22,
234:8, 234:16,
237:5, 237:11,
241:15, 243:16,
245:2, 245:11,
245:14, 248:19,
249:8, 259:14

---

**B**

---

**B-1** [1] - 100:18
**Background** [1] -

73:15
**bad** [7] - 76:3, 136:13,
138:2, 138:5, 138:7,
138:13, 168:4
**badge** [1] - 224:9
**Bank** [9] - 3:9, 60:15,
117:12, 118:19,
119:2, 119:4,
210:21, 212:10,
263:18
**BANK** [2] - 1:16, 1:17
**bank** [47] - 28:25,
29:3, 30:14, 30:20,
32:8, 34:16, 34:24,
35:11, 35:18, 35:22,
36:7, 40:2, 40:5,
40:9, 43:24, 60:21,
61:19, 66:4, 105:19,
109:15, 109:16,
112:3, 115:24,
127:2, 129:6,
129:12, 132:11,
132:15, 132:19,
133:6, 136:14,
147:18, 161:23,
162:20, 162:23,
162:25, 173:25,
196:21, 197:9,
198:18, 199:18,
206:18, 212:15,
253:5, 254:24,
258:23
**banks** [9] - 45:3,
45:19, 51:18,
109:10, 115:8,
123:10, 196:12,
197:13, 253:23
**bar** [1] - 238:7
**Barn** [1] - 14:3
**BARON** [3] - 1:5, 1:6,
1:6
**Baron** [89] - 2:14,
2:15, 2:16, 13:8,
13:12, 13:19, 14:4,
14:6, 14:7, 14:11,
19:21, 20:15, 20:18,
22:6, 23:2, 24:21,
26:16, 26:23, 33:2,
36:11, 40:23, 41:16,
42:2, 42:10, 42:23,
43:5, 63:2, 63:9,
69:3, 75:12, 75:15,
80:15, 80:17, 81:6,
81:12, 82:4, 82:7,
83:5, 84:3, 84:11,
84:12, 84:18, 85:21,
86:10, 86:11, 86:25,
87:20, 87:24, 87:25,
105:15, 106:5,
106:21, 106:24,

107:14, 110:25, 111:2, 111:9, 111:14, 111:17, 111:19, 111:20, 111:22, 112:2, 112:18, 115:21, 122:18, 136:25, 137:2, 138:14, 138:15, 138:19, 143:17, 143:18, 149:12, 149:18, 149:25, 202:10, 229:10, 229:11, 243:23, 243:24, 260:15, 263:19

**Baron's** [14] - 18:16, 39:2, 40:3, 40:20, 40:24, 42:8, 42:17, 43:3, 87:21, 113:25, 114:4, 114:12, 134:21, 135:21

**based** [9] - 10:6, 21:8, 37:14, 115:5, 118:12, 205:8, 205:10, 238:11, 238:14

**basis** [1] - 100:4

**became** [1] - 230:7

**become** [7] - 36:12, 51:6, 230:11, 234:25, 235:10, 236:5, 236:9

**began** [1] - 249:12

**begin** [1] - 222:11

**beginning** [4] - 50:14, 65:15, 68:21, 86:8

**behalf** [16] - 19:9, 40:24, 47:7, 73:10, 74:15, 77:25, 129:19, 149:17, 164:7, 181:11, 220:12, 232:24, 242:12, 242:21, 242:24, 263:7

**behind** [1] - 207:21

**belong** [2] - 173:10, 246:19

**belonged** [1] - 212:13

**belonging** [2] - 127:17, 210:13

**Below** [1] - 97:2

**below** [3] - 61:14, 75:18, 83:14

**Beltray** [14] - 191:11, 191:13, 191:18, 191:21, 192:2, 192:8, 192:11, 243:25, 244:8, 248:24, 250:3, 251:20, 252:22,

256:11

**Benjamin** [1] - 261:9

**Bentley** [3] - 125:9, 126:20, 127:8

**best** [2] - 26:10, 256:4

**better** [3] - 50:7, 151:25, 172:11

**between** [30] - 4:3, 15:14, 39:2, 41:16, 43:3, 76:8, 76:16, 77:9, 80:14, 92:22, 94:5, 94:13, 94:20, 169:15, 187:5, 187:22, 188:2, 188:6, 192:24, 215:13, 215:17, 216:7, 216:25, 217:6, 225:24, 234:5, 234:13, 247:25, 260:14, 260:18

**beyond** [2] - 25:3, 197:25

**big** [5] - 31:4, 56:25, 91:18, 202:15, 234:11

**birth** [1] - 8:3

**Blankenship** [9] - 37:25, 171:13, 171:15, 185:15, 188:2, 189:21, 215:15, 223:3, 257:15

**BLANKENSHIP** [1] - 1:12

**blood** [2] - 265:17, 266:17

**Blvd** [1] - 2:16

**BLVD** [6] - 1:6, 1:7, 1:7, 1:8

**boarding** [1] - 75:18

**bottom** [1] - 106:12

**bought** [2] - 126:8, 196:5

**Boulevard** [10] - 3:10, 176:17, 177:5, 177:18, 178:13, 178:20, 178:24, 179:8, 179:12, 179:16

**Box** [1] - 152:5

**break** [13] - 54:18, 54:20, 90:12, 155:16, 155:25, 156:6, 156:10, 156:12, 186:17, 186:18, 186:25, 193:11, 215:21

**breaking** [1] - 155:11

**Brian** [23] - 2:14,

20:17, 22:5, 23:3, 24:21, 26:16, 26:23, 40:22, 41:16, 42:4, 42:9, 42:15, 43:5, 66:10, 69:8, 75:2, 122:18, 143:19, 148:13, 192:11, 192:25, 244:23, 245:2

**BRIAN** [1] - 1:5

**bring** [3] - 38:16, 125:24, 142:25

**brings** [1] - 220:16

**Bronx** [4] - 12:13, 13:8, 14:7, 243:21

**brought** [3] - 79:2, 220:21, 221:15

**bucks** [1] - 203:18

**building** [6] - 27:17, 31:20, 31:23, 33:19, 33:21, 233:6

**Building** [1] - 3:17

**buildings** [1] - 151:24

**bunch** [2] - 54:25, 235:7

**Business** [5] - 60:14, 104:13, 105:9, 263:17, 264:5

**business** [114] - 6:25, 7:16, 7:21, 7:25, 8:7, 8:11, 8:25, 9:3, 10:13, 10:17, 10:19, 11:22, 19:3, 21:3, 25:21, 28:23, 29:9, 29:11, 29:16, 30:12, 31:6, 32:19, 34:21, 36:13, 36:20, 37:5, 37:8, 39:18, 40:17, 40:18, 42:6, 43:25, 55:24, 56:2, 63:25, 69:11, 69:14, 69:18, 69:20, 69:24, 72:10, 73:23, 74:18, 76:12, 77:4, 77:13, 77:14, 77:21, 89:22, 91:16, 95:13, 95:21, 98:6, 103:23, 105:12, 116:23, 117:4, 117:8, 121:17, 121:18, 121:21, 129:22, 131:12, 131:15, 131:25, 132:4, 132:8, 132:22, 135:22, 136:18, 136:19, 137:15, 137:22, 137:25, 138:21, 153:22, 159:6, 159:25, 161:18, 163:12, 169:7,

172:10, 173:20, 173:23, 180:19, 183:16, 183:19, 185:16, 185:21, 185:23, 196:3, 198:17, 198:23, 198:25, 199:4, 199:17, 214:18, 217:12, 224:12, 231:8, 231:11, 233:3, 233:8, 235:13, 235:20, 241:23, 243:9, 246:7, 246:20, 248:12, 248:14, 250:9, 250:10, 252:25

**businesses** [19] - 56:3, 89:5, 95:6, 95:8, 96:4, 98:2, 159:15, 159:20, 180:24, 185:9, 186:2, 186:3, 186:7, 186:9, 191:15, 207:22, 224:4, 231:16, 243:19

**but..** [2] - 72:11, 101:10

**button** [1] - 130:17

**buy** [1] - 126:12

**buyer** [3] - 83:22, 83:23, 86:20

**BUYERS** [1] - 1:12

**buying** [1] - 82:19

**BY** [9] - 2:9, 2:21, 3:12, 5:17, 194:18, 216:23, 239:9, 243:2, 263:3

## C

**cahoots** [1] - 224:3

**cancel** [1] - 118:5

**cannot** [6] - 186:8, 195:22, 197:7, 199:20, 200:18, 200:21

**capability** [2] - 35:11, 35:18

**capacity** [3] - 150:15, 150:16, 188:19

**capital** [1] - 83:24

**CAPITAL** [1] - 1:15

**car** [29] - 7:15, 7:21, 7:24, 8:6, 8:10, 8:25, 9:3, 11:21, 28:2, 28:4, 122:11, 125:11, 125:24, 125:25, 126:2, 126:4, 126:8,

126:16, 130:15, 137:14, 146:18, 146:22, 146:25, 152:25, 243:8, 250:6, 253:5, 255:10

**CAR** [1] - 1:12

**care** [4] - 11:15, 50:18, 137:22, 157:21

**career** [3] - 121:18, 202:17, 203:16

**carried** [1] - 33:18

**CARS** [2] - 1:13, 1:13

**cars** [79] - 29:3, 30:16, 30:17, 30:22, 30:24, 31:2, 43:24, 75:20, 95:23, 117:5, 122:6, 122:10, 122:25, 124:16, 124:18, 124:23, 125:2, 125:4, 125:6, 125:13, 125:16, 125:20, 126:17, 126:24, 126:25, 127:25, 128:8, 128:20, 129:2, 129:6, 129:13, 129:14, 129:15, 131:10, 137:12, 141:7, 141:16, 142:3, 144:23, 145:7, 145:10, 145:24, 146:10, 195:9, 195:11, 196:5, 196:13, 210:2, 210:11, 210:13, 210:17, 212:2, 212:7, 212:11, 212:13, 212:23, 213:8, 214:7, 214:9, 215:3, 215:9, 251:7, 253:10, 253:13, 253:15, 253:18, 253:21, 253:23, 253:24, 255:6, 255:7, 255:11, 255:12, 257:10, 257:13, 257:21, 257:23, 257:25, 259:19

**Case** [3] - 1:10, 108:7, 264:8

**case** [19] - 69:23, 111:5, 142:16, 142:20, 142:25, 154:9, 166:8, 167:22, 183:13, 185:2, 185:10, 187:12, 197:4, 209:8, 209:15,

209:18, 209:21, 223:18, 246:25
**cases** [1] - 240:10
**cash** [9] - 65:18, 123:7, 123:8, 123:12, 123:16, 124:14, 145:17, 147:6, 199:16
**cashed** [3] - 65:23, 68:3, 68:5
**categorization** [1] - 21:15
**categorize** [1] - 128:13
**categorized** [1] - 21:23
**category** [4] - 10:17, 10:19, 10:20
**caused** [19] - 27:16, 108:23, 121:4, 121:16, 144:2, 148:11, 148:15, 148:19, 148:23, 149:8, 149:14, 150:17, 150:25, 153:21, 167:24, 168:2, 169:7, 206:25, 207:20
**cc** [1] - 89:15
**cc's** [2] - 90:21, 96:7
**century** [4] - 8:16, 15:9, 15:16, 15:21
**certain** [4] - 44:24, 88:11, 174:13, 235:16
**certainly** [7] - 11:21, 93:20, 140:22, 147:15, 199:25, 234:11, 252:3
**Certificate** [2] - 60:14, 263:17
**certification** [1] - 4:6
**certify** [5] - 262:7, 265:8, 265:15, 266:8, 266:15
**cetera** [2] - 195:9, 195:10
**Chabrier** [21] - 2:14, 20:17, 22:5, 23:3, 24:21, 26:16, 26:23, 40:23, 41:17, 42:4, 42:9, 42:16, 43:5, 66:10, 75:3, 122:18, 143:19, 148:13, 192:25, 229:10, 244:23
**CHABRIER** [1] - 1:5
**Chabrier's** [1] - 192:11
**Chain** [2] - 88:5,

263:24
**chain** [5] - 88:11, 90:20, 227:10, 227:11, 227:14
**chance** [3] - 59:7, 128:10, 145:5
**changed** [3] - 12:20, 172:8, 230:13
**changes** [1] - 133:4
**channels** [1] - 200:14
**characterize** [1] - 139:8
**characterizing** [1] - 128:7
**charge** [7] - 34:16, 34:24, 35:3, 36:7, 116:3, 132:15, 254:23
**charged** [2] - 191:21, 192:2
**CHASE** [1] - 1:17
**Chase** [5] - 60:15, 60:23, 132:24, 132:25, 263:18
**Check** [2] - 62:25, 263:19
**check** [16] - 63:9, 64:5, 64:10, 64:19, 64:23, 65:6, 65:11, 65:13, 65:18, 65:22, 65:25, 66:7, 67:3, 68:25, 71:4, 135:8
**checked** [1] - 175:6
**checking** [1] - 39:21
**checks** [16] - 40:8, 40:12, 67:14, 119:2, 119:4, 119:6, 119:9, 134:24, 135:5, 228:7, 228:13, 228:15, 228:22, 228:23, 228:24, 229:7
**Chestnut** [1] - 3:18
**child** [1] - 125:24
**Cho** [1] - 155:21
**choice** [2] - 116:10, 116:13
**chose** [3] - 117:17, 150:24, 181:8
**Chrysler** [1] - 12:14
**circle** [1] - 104:24
**circumstance** [2] - 18:24, 23:19
**circumstances** [3] - 18:20, 23:17, 183:4
**cite** [1] - 165:17
**Citrin** [21] - 43:10, 45:25, 46:3, 46:6, 46:8, 46:14, 46:19, 89:10, 90:6, 90:22,

91:3, 91:12, 91:14, 91:17, 91:22, 97:6, 164:6, 164:17, 164:23, 218:4, 218:8
**City** [2] - 14:12, 180:4
**civil** [1] - 224:17
**civilization** [1] - 166:19
**claim** [1] - 216:17
**clarify** [2] - 94:9, 205:5
**Clarkstown** [1] - 6:11
**class** [3] - 9:7, 9:10, 9:20
**classes** [7] - 9:7, 9:17, 9:24, 10:5, 10:8, 10:10, 55:24
**classroom** [1] - 8:23
**clean** [3] - 116:4, 116:14, 137:22
**cleaning** [3] - 116:9, 116:19, 116:22
**clear** [6] - 20:10, 53:12, 53:14, 167:20, 207:10, 216:10
**clearing** [1] - 149:6
**click** [1] - 104:24
**client** [5] - 53:9, 151:19, 181:9, 216:13, 216:21
**close** [3] - 28:20, 29:2, 29:9
**closed** [6] - 27:15, 28:22, 29:7, 29:9, 29:16, 70:19
**closing** [1] - 116:4
**co** [21] - 74:16, 74:17, 78:9, 78:14, 143:6, 165:23, 166:8, 167:3, 167:15, 167:18, 168:11, 168:16, 168:24, 171:5, 171:16, 171:21, 172:2, 172:23, 180:12, 185:8, 185:17
**CO** [1] - 1:16
**co-plaintiffs** [21] - 74:16, 74:17, 78:9, 78:14, 143:6, 165:23, 166:8, 167:3, 167:15, 167:18, 168:11, 168:16, 168:24, 171:5, 171:16, 171:21, 172:2, 172:23, 180:12, 185:8, 185:17
**COAST** [6] - 1:13, 1:13, 1:14, 1:14,

1:15
**Coast** [9] - 72:2, 72:5, 72:13, 72:18, 72:20, 73:2, 73:10, 74:5, 77:25
**code** [1] - 133:4
**codefendants** [1] - 186:10
**collectively** [3] - 83:5, 83:10, 83:16
**college** [6] - 6:15, 6:18, 9:20, 9:23, 9:25, 10:8
**column** [1] - 170:5
**combative** [2] - 53:6, 53:8
**combined** [1] - 45:9
**coming** [3] - 138:18, 150:2, 193:14
**commencement** [1] - 184:4
**comment** [3] - 144:25, 147:3, 154:19
**commit** [1] - 199:23
**committed** [8] - 138:25, 139:6, 139:11, 197:12, 201:14, 201:22, 223:20, 223:23
**committing** [1] - 196:11
**common** [2] - 204:19, 205:13
**companies** [3] - 129:19, 130:8, 177:7
**company** [4] - 83:25, 130:3, 130:16, 130:18
**compare** [1] - 100:10
**complaint** [6] - 78:20, 78:22, 79:2, 79:14, 215:20, 221:14
**complete** [4] - 45:21, 174:15, 235:15, 262:11
**completed** [6] - 44:3, 44:6, 44:24, 95:21, 174:16, 235:6
**compounded** [1] - 113:4
**computer** [1] - 130:18
**conclusion** [2] - 77:6, 182:9
**conclusions** [1] - 50:14
**conduct** [1] - 48:15
**conducted** [2] - 197:10, 198:11
**COAST** see above

1:15
**confused** [3] - 79:12, 252:17, 252:19
**confusing** [1] - 173:8
**connection** [2] - 190:6, 230:16
**consciously** [1] - 163:24
**consider** [2] - 153:24, 174:4
**considered** [2] - 126:5, 182:14
**constantly** [1] - 137:20
**consumer** [2] - 32:7, 255:7
**consumers** [4] - 32:24, 109:10, 210:21, 241:21
**consumers'** [1] - 196:13
**Cont'd** [1] - 3:2
**contact** [1] - 184:3
**contains** [1] - 62:5
**continue** [4] - 77:13, 137:25, 138:20, 205:10
**Continued** [1] - 264:3
**CONTINUED** [1] - 194:17
**continued** [1] - 76:12
**continuing** [1] - 77:5
**contract** [7] - 51:14, 67:9, 67:11, 187:18, 187:22, 188:2, 188:6
**contracts** [11] - 118:5, 118:9, 187:5, 187:8, 187:13, 215:13, 215:17, 216:7, 216:25, 217:6, 217:8
**contractually** [1] - 118:12
**contribute** [1] - 148:13
**control** [4] - 23:7, 35:21, 39:25, 60:4
**convened** [2] - 219:25, 220:5
**conversation** [4] - 81:11, 81:18, 169:15, 218:8
**conversations** [18] - 204:10, 204:13, 204:14, 204:15, 205:2, 205:6, 205:12, 205:20, 206:8, 206:13, 207:6, 207:18, 208:3, 208:16, 208:22, 209:4, 225:7, 235:17

**convey** [1] - 83:22
**convicted** [1] - 136:14
**COONEY** [1] - 3:24
**Cooperman** [20] -
43:10, 46:2, 46:3,
46:7, 46:8, 46:15,
46:19, 89:10, 90:6,
90:22, 91:3, 91:12,
91:14, 91:17, 91:22,
97:6, 164:7, 164:17,
164:24, 218:4
**copy** [1] - 97:5
**corner** [1] - 61:8,
100:18, 105:8
**CORP** [1] - 1:15
**corp** [1] - 184:9
**Corp** [2] - 58:8, 73:19
**corporate** [1] - 63:24,
182:21, 185:7
**corporation** [8] -
26:20, 62:16,
158:17, 159:2,
184:10, 184:13,
246:18, 246:19
**Corporation** [1] - 22:4
**Corporations** [1] -
73:5
**corporations** [4] -
97:19, 183:23,
210:14, 216:20
**correct** [73] - 7:7, 7:8,
7:23, 11:7, 11:18,
11:23, 15:10, 15:11,
15:17, 15:18, 15:19,
17:3, 21:9, 26:15,
27:6, 29:7, 29:17,
33:7, 33:15, 36:10,
47:8, 47:14, 54:9,
58:22, 71:8, 72:8,
73:20, 74:24, 74:25,
79:4, 87:11, 87:13,
98:23, 99:21, 107:9,
107:10, 107:11,
107:13, 110:2,
112:4, 116:16,
119:7, 119:13,
121:2, 124:6, 124:8,
129:20, 129:22,
144:19, 144:20,
144:21, 146:6,
147:2, 152:13,
160:6, 165:19,
171:11, 196:16,
197:11, 198:7,
200:20, 205:22,
208:23, 208:24,
211:16, 229:12,
233:13, 251:22,
252:10, 260:16,
262:12, 262:14

**correctly** [2] - 80:5,
158:16
**cost** [2] - 144:8,
203:18
**counsel** [5] - 206:3,
219:15, 225:8,
261:11, 261:16
**COUNTY** [3] - 262:5,
265:4, 266:4
**County** [7] - 6:12,
6:13, 108:6, 108:14,
191:22, 192:3, 264:7
**couple** [4] - 39:12,
39:14, 59:24, 249:11
**course** [13] - 55:25,
105:3, 120:16,
144:7, 165:12,
166:5, 170:21,
178:8, 203:17,
218:22, 218:25,
219:4, 246:12
**COURT** [3] - 1:2, 5:6,
5:11
**court** [5] - 30:7, 79:3,
79:15, 85:16, 154:8
**Court** [2] - 1:23, 4:19
**cover** [2] - 119:23,
216:8
**covered** [2] - 170:14
**CPA** [2] - 1:12, 97:3
**CPA'S** [1] - 1:16
**created** [2] - 73:3,
117:21
**credentials** [4] -
113:18, 113:25,
114:4, 114:12
**crimes** [3] - 223:18,
223:20, 223:23
**criminal** [2] - 222:12,
222:15
**crushed** [1] - 211:25
**crystal** [1] - 167:20
**CULLEN** [1] - 3:8
**custody** [1] - 60:4
**customer** [1] - 45:5
**customers** [5] - 30:13,
32:2, 38:16, 38:19,
229:22
**customers'** [4] - 29:3,
32:3, 117:13, 195:9
**CYRULI** [1] - 2:11

**D**

**d/b/a** [1] - 25:23
**d/b/a's** [2] - 12:10,
177:14
**damage** [7] - 144:3,
153:21, 167:25,
168:3, 169:8,

206:14, 207:21
**damaged** [1] - 178:9
**Danny** [5] - 244:11,
255:5, 255:14,
255:21, 257:3
**date** [18] - 8:3, 34:23,
58:24, 59:2, 61:6,
61:9, 64:22, 65:7,
65:9, 70:3, 71:17,
73:2, 93:6, 105:24,
106:2, 106:7, 231:9,
231:10
**dated** [6] - 63:2,
71:10, 80:7, 263:20,
263:21, 263:22
**dates** [3] - 71:23,
71:25, 213:14
**dating** [2] - 193:2,
256:19
**DAVID** [1] - 1:6
**David** [68] - 2:16,
18:16, 20:15, 20:18,
22:5, 23:2, 24:21,
26:16, 26:23, 36:11,
39:2, 40:3, 40:20,
40:24, 41:15, 42:2,
42:8, 42:17, 42:23,
43:3, 63:2, 63:9,
75:11, 75:15, 75:17,
76:3, 76:9, 80:14,
80:19, 82:3, 82:6,
83:4, 84:12, 84:18,
86:11, 87:21,
105:15, 106:5,
106:20, 106:24,
107:11, 111:2,
111:9, 111:14,
111:16, 111:19,
111:20, 111:21,
111:25, 113:25,
114:4, 114:12,
122:18, 134:21,
135:21, 136:25,
137:2, 137:10,
138:13, 138:19,
143:17, 149:17,
202:10, 229:11,
259:10, 259:13,
260:15, 263:19
**David's** [6] - 105:16,
107:8, 245:10,
256:25, 259:3, 259:7
**day-to-day** [1] - 40:18
**dead** [1] - 222:20
**deal** [10] - 19:9, 28:10,
45:18, 129:18,
130:8, 130:10,
158:12, 164:6,
206:6, 259:24
**dealer** [2] - 122:15,

124:3
**dealers** [1] - 243:9
**dealership** [38] -
12:11, 12:12, 12:14,
13:4, 13:7, 14:6,
15:23, 16:6, 16:7,
16:9, 16:13, 16:20,
16:24, 17:5, 19:10,
19:24, 20:9, 20:19,
38:17, 65:17, 75:19,
123:25, 125:21,
126:5, 131:3, 131:7,
131:8, 134:7, 141:9,
212:15, 232:17,
232:18, 243:21,
248:15, 259:15,
260:4, 260:8, 260:10
**dealership's** [1] - 17:5
**dealerships** [29] -
11:24, 12:3, 12:9,
12:10, 12:18, 12:24,
13:15, 14:9, 14:18,
15:8, 15:15, 15:20,
16:12, 16:17, 16:23,
16:25, 17:9, 17:11,
17:17, 17:24, 21:5,
51:24, 82:19,
117:10, 125:20,
147:22, 157:15,
191:17, 249:2
**dealing** [2] - 130:3,
175:15
**dealings** [1] - 82:18
**deals** [7] - 249:17,
249:21, 249:22,
249:24, 249:25,
250:3, 250:5
**dealt** [1] - 19:13
**death** [15] - 18:16,
39:2, 40:3, 40:20,
42:9, 42:17, 43:3,
81:14, 107:8,
134:21, 135:21,
138:19, 202:10,
245:10, 256:25
**debt** [3] - 115:24,
150:6, 172:13
**debts** [11] - 43:24,
115:4, 115:8, 117:3,
119:24, 148:10,
148:14, 148:18,
148:22, 149:13,
173:13
**decision** [10] - 115:10,
115:13, 115:14,
115:15, 115:18,
148:6, 160:5, 160:9,
160:12, 182:3
**decisionmaking** [2] -
35:11, 35:18

**decisions** [4] - 23:13,
115:22, 255:11,
255:14
**deemed** [9] - 55:8,
56:14, 60:15, 63:3,
71:10, 80:8, 88:5,
104:14, 108:7
**DEEMED** [2] - 263:11,
264:4
**Defendant** [3] - 3:4,
3:9, 3:15
**defendants** [4] -
143:3, 187:5,
187:12, 261:12
**Defendants** [2] - 1:18,
215:13
**DEFENDANTS'** [2] -
263:11, 264:4
**defendants'** [1] -
219:15
**Defendants'** [9] - 55:6,
56:12, 60:13, 62:25,
71:9, 80:6, 88:4,
104:12, 108:5
**defer** [1] - 42:4
**deferring** [1] - 42:10
**define** [1] - 186:8
**definitely** [14] - 41:24,
111:10, 112:2,
112:13, 114:24,
121:22, 137:18,
215:9, 220:17,
223:22, 234:19,
248:22, 252:18,
254:2
**definitions** [1] -
130:11
**degree** [7] - 6:21,
6:23, 7:7, 9:6, 10:4,
10:6, 10:14
**DEO** [4] - 1:11, 3:23,
3:24
**Deo** [162] - 18:8,
18:15, 18:21, 19:18,
29:21, 30:6, 30:10,
36:22, 38:11, 39:25,
40:15, 43:11, 43:12,
44:19, 45:8, 50:25,
51:15, 51:17, 52:4,
54:6, 54:7, 58:18,
58:19, 59:3, 61:11,
61:15, 62:3, 66:25,
67:23, 70:11, 70:25,
73:13, 73:22, 74:4,
74:8, 74:18, 77:25,
79:15, 80:16, 81:6,
81:11, 83:14, 84:13,
84:20, 86:12, 87:16,
89:14, 90:21, 92:12,
92:20, 94:5, 94:14,

96:8, 100:23,
103:20, 107:22,
117:5, 117:6,
117:11, 117:15,
117:21, 117:25,
121:4, 121:9, 122:5,
123:4, 124:23,
125:2, 127:16,
127:21, 128:18,
129:17, 129:24,
130:7, 130:20,
131:14, 132:4,
133:14, 133:17,
133:20, 134:20,
135:14, 135:21,
138:15, 138:20,
138:25, 139:5,
139:11, 139:13,
139:19, 140:4,
140:19, 142:8,
142:12, 142:21,
144:23, 145:9,
146:9, 147:20,
148:11, 148:15,
148:19, 148:23,
149:9, 149:14,
150:25, 160:24,
161:5, 161:12,
161:15, 161:21,
178:9, 181:13,
182:5, 182:24,
183:20, 183:21,
185:14, 186:14,
187:11, 194:20,
194:25, 199:7,
201:14, 206:14,
206:18, 207:12,
207:20, 209:2,
211:5, 215:18,
219:2, 220:16,
220:25, 222:22,
223:12, 223:15,
223:20, 225:24,
226:6, 229:18,
230:7, 231:14,
232:9, 233:11,
234:5, 234:14,
234:25, 235:3,
242:4, 248:2,
253:20, 254:17,
256:2, 259:15
**Deo's** [7] - 30:18,
47:2, 49:13, 106:15,
106:19, 127:23,
144:13
**Deos** [8] - 72:10,
72:22, 97:18, 97:25,
216:25, 217:6,
219:19, 221:15
**Department** [11] -
45:12, 47:12, 55:7,

73:6, 108:6, 108:14,
219:25, 220:10,
220:21, 263:12,
264:8
**department** [4] -
250:24, 250:25,
251:2, 251:4
**deposited** [3] - 64:18,
66:4, 123:9
**deposition** [11] - 4:6,
4:14, 5:22, 48:15,
53:9, 219:12,
262:10, 265:10,
265:12, 266:10,
266:12
**Deposition** [2] - 1:19,
1:22
**Depository** [2] -
60:14, 263:17
**describe** [4] - 11:11,
39:6, 41:15, 100:2
**description** [1] - 86:7
**deserves** [1] - 220:17
**designed** [1] - 85:20
**desires** [4] - 83:21,
83:23, 86:20, 86:21
**details** [2] - 76:15,
238:4
**development** [3] -
6:24, 10:7, 10:15
**DIANA** [3] - 265:6,
265:25, 266:25
**Diana** [9] - 1:24, 25:7,
52:15, 98:18,
102:10, 102:15,
233:18, 266:6,
266:24
**died** [5] - 36:11,
107:11, 107:15,
114:13, 259:10
**difference** [2] - 76:8,
77:7
**differences** [1] -
260:13
**different** [16] - 10:8,
32:2, 44:16, 57:17,
104:2, 114:10,
130:11, 134:15,
176:24, 182:23,
185:7, 222:4, 233:7,
241:22, 243:8, 249:6
**difficult** [2] - 6:2,
100:13
**difficulties** [1] - 10:24
**diligence** [1] - 163:4
**direct** [5] - 46:6,
169:2, 184:3, 210:9,
258:14
**directed** [6] - 32:14,
119:18, 154:24,

164:16, 210:12,
242:25
**directing** [2] - 33:2,
119:5
**direction** [9] - 42:16,
47:6, 94:24, 115:6,
157:6, 185:6, 218:2,
254:13, 257:13
**directions** [2] -
217:15, 217:21
**directly** [2] - 221:21,
249:9
**directs** [1] - 255:5
**disagree** [2] - 84:25,
130:13
**disappointed** [1] -
259:23
**discrepancies** [1] -
137:10
**discuss** [2] - 175:7,
238:3
**discussed** [7] - 78:12,
81:15, 121:19,
204:16, 241:17,
241:19, 241:24
**discussing** [2] - 77:8,
160:13
**discussions** [4] -
94:3, 94:13, 94:20,
247:24
**District** [1] - 79:16
**DISTRICT** [2] - 1:2, 1:3
**diverted** [1] - 254:21
**Division** [1] - 73:4
**DLA** [1] - 1:15
**DMV** [10] - 21:2, 21:17,
21:25, 122:22,
156:19, 158:16,
182:3, 182:14,
182:15, 182:17
**DOCUMENT** [1] -
263:6
**document** [41] - 30:8,
55:8, 58:24, 59:11,
59:15, 60:7, 60:21,
61:3, 61:7, 61:8,
61:11, 61:23, 61:24,
62:19, 78:17, 78:19,
79:19, 79:25, 80:3,
80:4, 80:13, 81:22,
84:10, 84:15, 84:19,
85:4, 85:18, 85:20,
85:23, 86:2, 86:7,
86:8, 86:14, 86:19,
87:8, 105:8, 159:9,
222:19, 258:11,
263:14
**documents** [17] -
24:23, 60:3, 79:6,
94:25, 95:5, 95:12,

95:17, 172:7,
174:10, 174:20,
174:24, 211:8,
211:12, 211:15,
242:2, 242:7, 242:11
**Documents** [1] -
263:7
**Dodge** [1] - 12:14
**dollar** [2] - 196:4,
213:2
**dollars** [13] - 28:24,
29:14, 30:3, 30:11,
67:22, 128:25,
129:13, 144:9,
194:21, 195:2,
195:8, 199:16,
200:18
**done** [41] - 42:3,
98:13, 149:16,
153:23, 154:17,
155:5, 163:10,
164:10, 165:7,
166:7, 166:17,
167:14, 167:17,
168:10, 168:15,
168:23, 178:16,
178:20, 178:24,
179:4, 179:8,
179:12, 179:16,
179:20, 180:11,
180:15, 183:7,
183:8, 206:25,
213:24, 213:25,
214:11, 222:15,
222:22, 239:5,
242:3, 243:18,
243:22, 243:23,
258:12, 260:7
**down** [16] - 55:14,
58:17, 66:15, 71:21,
105:13, 116:23,
117:19, 117:20,
117:24, 118:13,
129:11, 137:6,
137:11, 154:20,
154:23
**download** [1] - 104:21
**downloading** [1] -
101:15
**dozen** [1] - 34:12
**draw** [1] - 77:5
**Drive** [5] - 5:14, 26:4,
58:10, 59:4, 60:9
**drive** [1] - 196:5
**driving** [7] - 30:18,
124:2, 125:4, 125:7,
125:8, 146:2, 255:9
**drove** [2] - 125:3,
146:17
**drugs** [1] - 5:24

**due** [3] - 48:8, 163:3
**duly** [3] - 5:3, 265:11,
266:11
**during** [11] - 15:21,
31:18, 78:21, 79:6,
79:18, 107:12,
107:15, 108:16,
208:2, 215:20, 259:3
**DWIGHT** [1] - 1:12
**Dwight** [9] - 37:25,
171:12, 171:15,
185:14, 188:2,
189:20, 215:14,
223:3, 257:15
**DYKMAN** [1] - 3:8

## E

**Earle** [1] - 3:10
**Earth** [1] - 166:19
**Eastern** [1] - 79:16
**EASTERN** [1] - 1:3
**effect** [1] - 4:17
**efficient** [1] - 117:8
**EIN** [3] - 55:20, 56:5,
59:14
**either** [14] - 27:16,
47:11, 75:12, 89:3,
89:4, 103:3, 129:2,
151:23, 200:4,
210:2, 235:21,
237:6, 239:12,
261:17
**electronic** [1] - 114:12
**Ellen** [8] - 91:2, 91:6,
91:7, 91:8, 91:9,
91:10, 91:18, 96:7
**email** [36] - 47:21,
48:2, 48:4, 48:10,
48:11, 48:18, 48:23,
49:2, 49:23, 88:11,
88:12, 88:14, 89:17,
89:19, 89:21, 90:2,
90:19, 92:14, 92:18,
93:3, 93:7, 93:23,
93:24, 96:6, 96:17,
96:24, 97:2, 97:13,
101:5, 101:15,
101:23, 103:18,
107:20, 227:9,
227:11, 227:14
**Email** [2] - 88:4,
263:24
**emailed** [1] - 51:19
**emails** [2] - 99:8,
108:2
**EMANUEL** [1] - 2:9
**Emanuel** [3] - 186:16,
208:7, 261:6
**emphasize** [1] -

135:25
**employed** [4] - 188:10, 188:13, 188:19, 189:9
**employee** [4] - 189:5, 189:13, 189:22, 190:3
**employees** [2] - 17:18, 256:24
**end** [7] - 30:7, 125:12, 130:21, 130:23, 160:18, 257:9, 257:22
**ended** [3] - 77:4, 77:8, 153:13
**enforcement** [6] - 221:25, 236:16, 236:23, 237:6, 242:13, 263:8
**engage** [1] - 247:6
**engines** [2] - 129:8
**entered** [1] - 229:18
**entering** [1] - 205:21
**entities** [3] - 176:21, 176:25, 252:15
**entitled** [10] - 183:2, 186:12, 194:22, 195:4, 195:23, 196:16, 218:18, 218:21, 218:24, 219:3
**entity** [2] - 81:3, 176:23
**entry** [1] - 140:11
**Eric** [2] - 170:15, 170:18
**escrow** [7] - 150:24, 173:5, 181:6, 181:8, 181:17, 181:22, 181:24
**ESQ** [4] - 2:9, 2:21, 3:3, 3:12
**estate** [8] - 40:24, 110:25, 111:16, 111:19, 143:17, 149:17, 149:23, 150:2
**ESTATE** [1] - 1:6
**Estate** [1] - 2:16
**et** [2] - 195:9, 195:10
**evading** [1] - 261:9
**evasive** [1] - 53:17
**eventually** [14] - 7:21, 44:23, 51:7, 51:23, 65:17, 66:16, 67:15, 77:9, 96:2, 136:12, 138:9, 156:22, 174:14, 251:18
**exact** [9] - 18:23, 18:24, 25:22, 29:18,

65:8, 158:20, 165:15, 206:15, 212:4
**exactly** [22] - 53:15, 70:2, 79:7, 92:7, 106:16, 109:5, 110:7, 123:13, 137:7, 150:5, 158:23, 176:25, 188:16, 202:17, 214:3, 214:12, 220:8, 221:11, 223:25, 252:24, 256:20, 259:21
**EXAMINATION** [3] - 5:17, 194:17, 263:3
**examined** [1] - 5:4
**example** [2] - 30:17, 30:25
**excellent** [2] - 201:2, 201:17
**except** [3] - 4:9, 203:8, 235:20
**excuse** [2] - 166:9, 213:7
**executed** [2] - 71:16, 85:22
**exhibit** [2] - 96:11, 100:17
**Exhibit** [27] - 55:6, 55:11, 55:13, 56:12, 56:17, 56:18, 56:21, 56:24, 57:12, 57:20, 57:23, 59:15, 60:13, 60:18, 62:25, 63:5, 71:9, 71:12, 80:6, 80:9, 88:4, 88:7, 104:12, 104:15, 108:5, 108:9, 170:3
**EXHIBITS** [2] - 263:10, 264:3
**exhibits** [3] - 54:19, 54:25, 57:14
**existence** [1] - 238:6
**existing** [1] - 29:11
**exists** [2] - 47:21, 48:21
**expensive** [1] - 196:6
**experience** [2] - 37:14, 233:4
**explain** [2] - 154:22, 209:22
**explanation** [1] - 247:8
**extent** [2] - 216:6, 217:22
**eyes** [5] - 124:17, 137:9, 138:8, 138:10, 167:25

**F**

**fabricated** [1] - 172:6
**fabrication** [1] - 154:13
**fabrications** [2] - 154:2, 154:4
**facilitate** [3] - 212:25, 257:12, 257:21
**facilitated** [1] - 257:23
**fact** [6] - 24:16, 49:17, 185:4, 195:12, 228:3, 238:14
**fair** [61] - 11:5, 12:17, 13:11, 14:16, 14:20, 18:25, 19:6, 19:10, 19:14, 23:14, 23:15, 26:12, 68:4, 68:10, 70:4, 76:14, 76:17, 78:14, 99:10, 99:23, 99:25, 111:8, 111:11, 111:13, 111:25, 112:5, 112:11, 112:14, 112:16, 112:17, 112:20, 112:21, 112:22, 112:25, 113:12, 114:22, 114:25, 115:2, 116:14, 116:20, 120:12, 122:3, 128:15, 138:2, 143:14, 160:23, 171:9, 187:19, 187:23, 187:24, 188:3, 188:4, 188:7, 188:8, 189:6, 200:16, 211:20, 211:21, 223:17, 227:8, 251:8
**fall** [4] - 94:14, 94:21, 94:23, 95:4
**false** [5] - 165:11, 165:19, 166:4, 225:13, 227:2
**falsely** [1] - 227:5
**familiar** [8] - 26:3, 33:10, 55:20, 89:11, 90:7, 234:19, 234:21, 246:8
**family** [7] - 41:5, 125:22, 144:9, 153:22, 203:18, 241:23, 254:4
**fancy** [3] - 125:10, 125:16, 196:5
**far** [13] - 67:18, 121:21, 127:11, 127:23, 128:17, 132:25, 160:24,

163:14, 206:17, 223:18, 225:23, 225:25, 253:18
**fast** [1] - 169:22
**father** [12] - 18:11, 35:21, 69:9, 76:6, 77:19, 77:20, 81:14, 136:10, 191:16, 222:18, 259:25, 260:18
**father's** [1] - 138:8
**father-in-law** [10] - 18:11, 35:21, 69:9, 76:6, 77:19, 77:20, 136:10, 191:16, 259:25, 260:18
**father-in-law's** [2] - 81:14, 222:18
**fault** [1] - 66:23
**FBI** [21] - 221:8, 221:10, 221:19, 221:25, 222:6, 222:24, 223:3, 223:6, 223:9, 223:12, 223:15, 236:15, 236:22, 237:17, 239:11, 239:21, 240:3, 240:9, 240:13, 241:8, 241:12
**February** [12] - 63:3, 68:18, 70:16, 213:25, 228:14, 228:20, 228:23, 229:8, 229:14, 229:23, 246:3, 263:20
**fed** [2] - 205:17, 216:13
**federal** [5] - 79:3, 79:15, 99:4, 221:4, 236:22
**feed** [1] - 151:19
**feeding** [4] - 50:9, 53:9, 53:18, 216:20
**felt** [3] - 182:13, 182:19, 186:12
**few** [12] - 39:9, 39:20, 49:9, 95:24, 133:5, 135:23, 142:17, 178:11, 191:17, 222:4, 240:16, 257:5
**fight** [1] - 224:6
**figure** [1] - 258:10
**file** [5] - 27:22, 27:25, 28:3, 56:18, 174:9
**filed** [14] - 94:24, 97:5, 166:13, 174:24, 176:7, 176:11, 226:17, 227:16,

227:17, 227:22, 227:24, 228:2, 228:4
**files** [1] - 57:7
**filing** [6] - 4:5, 95:5, 95:12, 95:16, 174:19, 176:3
**fill** [1] - 9:13
**filled** [1] - 95:21
**finance** [4] - 248:7, 248:9, 249:21, 249:23, 250:24
**Finance** [2] - 45:12, 47:12
**finances** [10] - 251:9, 251:14, 251:16, 251:18, 251:21, 252:3, 252:6, 252:10, 252:14
**financial** [4] - 118:11, 121:8, 121:12, 172:8
**financially** [2] - 122:6, 186:11
**fine** [3] - 26:11, 48:12, 186:23
**fingerprints** [2] - 118:3, 242:4
**finish** [4] - 51:25, 66:22, 103:25, 167:10
**firm** [5] - 46:3, 46:24, 83:2, 91:18, 91:19
**first** [15] - 13:4, 14:5, 15:23, 20:4, 20:8, 20:15, 23:25, 53:6, 57:23, 73:14, 80:12, 86:14, 93:2, 99:15, 202:6
**firsthand** [22] - 27:2, 107:6, 124:20, 124:22, 124:25, 126:18, 128:2, 128:16, 128:19, 128:23, 129:10, 129:13, 138:23, 139:18, 140:14, 141:20, 141:24, 142:7, 144:5, 144:8, 152:11, 152:15
**FISK** [1] - 1:8
**Fisk** [3] - 2:17, 179:20, 179:22
**five** [9] - 90:17, 156:11, 156:16, 169:25, 228:7, 228:8, 228:23, 229:8, 229:13
**floor** [10] - 25:16, 118:18, 119:19, 129:25, 130:3, 130:8, 130:16,

130:18, 253:24, 254:8
**Florida** [1] - 120:11
**Flushing** [1] - 3:9
**FLUSHING** [1] - 1:16
**focused** [1] - 251:9
**folder** [1] - 33:21
**folders** [15] - 28:3, 28:11, 31:25, 32:9, 32:12, 32:15, 33:6, 33:8, 33:11, 33:12, 33:16, 33:18, 34:4, 34:5, 34:9
**follow** [2] - 41:23, 242:18
**following** [1] - 52:2
**follows** [2] - 5:5, 194:16
**force** [1] - 4:17
**forget** [4] - 137:7, 197:3, 199:13, 248:6
**Form** [3] - 104:13, 105:10, 264:6
**form** [15] - 4:10, 16:11, 44:14, 52:18, 55:18, 93:10, 102:25, 113:4, 161:2, 161:5, 161:12, 183:20, 185:12, 208:12, 231:23
**formed** [13] - 24:5, 24:7, 25:11, 26:13, 26:19, 26:24, 27:4, 27:6, 27:7, 27:9, 34:22, 35:13, 35:15
**forth** [2] - 265:11, 266:11
**four** [6] - 6:20, 7:6, 62:4, 152:19, 169:24, 169:25
**four-year** [2] - 6:20, 7:6
**Frank** [4] - 88:15, 89:8, 91:5, 124:11
**fraud** [11] - 103:6, 126:6, 136:14, 191:22, 192:2, 196:11, 197:12, 199:23, 201:23, 222:21
**frauds** [1] - 201:13
**fraudulent** [1] - 195:8
**free** [1] - 193:17
**frequently** [1] - 248:19
**front** [3] - 192:23, 236:8, 240:13
**fulfill** [1] - 43:19
**fulfilled** [1] - 98:12
**fulfilling** [1] - 39:22
**full** [7] - 5:7, 26:9,

62:15, 84:15, 103:22, 134:16, 183:4
**FUNDING** [1] - 1:16
**Funding** [3] - 3:16, 64:8, 65:6
**funds** [2] - 217:17, 254:21
**funny** [2] - 192:14, 192:18
**FURTHER** [2] - 4:8, 4:13

**G**

**gain** [3] - 70:12, 199:15, 211:23
**gained** [1] - 23:25
**Gallagher** [3] - 88:15, 89:8, 91:5
**game** [1] - 246:15
**general** [5] - 10:13, 32:17, 82:20, 129:9, 208:25
**generally** [1] - 42:21
**gentlemen** [1] - 188:17
**girlfriend** [2] - 192:8, 192:11
**given** [12] - 40:15, 67:3, 67:19, 67:22, 68:18, 68:23, 69:2, 150:23, 225:14, 262:14, 265:13, 266:13
**goal** [1] - 173:4
**GOLD** [6] - 1:13, 1:13, 1:14, 1:14, 1:15
**Gold** [9] - 72:2, 72:5, 72:13, 72:18, 72:20, 73:2, 73:10, 74:5, 77:25
**gonna** [1] - 168:25
**gotta** [1] - 51:20
**government** [6] - 159:9, 220:24, 222:4, 222:17, 236:19, 237:9
**grand** [2] - 220:2, 220:5
**great** [1] - 87:6
**Group** [55] - 12:8, 19:9, 82:22, 82:24, 88:20, 90:23, 91:15, 91:21, 110:9, 110:10, 110:21, 110:24, 114:23, 115:3, 115:6, 117:7, 119:3, 130:22, 130:24, 141:3,

141:6, 142:9, 142:13, 147:16, 147:21, 148:3, 158:2, 160:20, 164:8, 164:11, 173:11, 173:12, 173:18, 176:22, 179:4, 184:10, 184:12, 184:14, 184:15, 184:19, 190:23, 191:4, 191:7, 195:13, 214:22, 215:2, 217:16, 217:18, 218:16, 243:13, 243:15, 250:14, 251:22, 252:4
**group** [1] - 89:6
**GROUP** [1] - 1:14
**Group's** [1] - 149:2
**guarantee** [2] - 237:18, 237:19
**guaranteed** [4] - 30:15, 159:24, 162:2, 162:5
**guaranteeing** [1] - 11:14
**guaranties** [3] - 11:22, 115:25, 158:18
**guarantor** [3] - 22:22, 182:6, 182:25
**guarantors** [7] - 23:6, 24:16, 58:19, 59:4, 59:18, 182:5, 182:16
**guaranty** [7] - 11:9, 11:12, 22:18, 58:21, 159:8, 159:11, 159:14
**guess** [14] - 28:25, 59:23, 66:14, 75:16, 75:19, 75:20, 130:25, 139:2, 141:23, 149:23, 188:18, 192:17, 226:9, 257:13
**Gustavo** [1] - 69:20
**guy** [6] - 138:2, 138:5, 138:7, 138:13, 244:3, 248:7
**guys** [2] - 156:7, 186:14

**H**

**half** [3] - 79:4, 79:17, 156:2
**hand** [7] - 76:9, 76:10, 80:15, 80:16, 169:5, 170:5, 265:21, 266:21

**handed** [1] - 222:20
**handle** [1] - 32:20
**handled** [4] - 157:11, 222:17, 248:12, 248:13
**handles** [2] - 120:6, 252:25
**handprints** [1] - 118:2
**hands** [4] - 16:6, 48:6, 121:9, 230:13
**hands-on** [1] - 16:6
**happy** [6] - 26:8, 202:23, 202:25, 203:3, 203:5, 203:19
**harm** [14] - 150:17, 150:20, 151:2, 151:6, 153:16, 153:18, 166:7, 166:17, 167:14, 167:17, 168:10, 168:15, 168:23, 180:16
**harmed** [7] - 150:13, 153:12, 154:18, 165:22, 167:2, 203:15, 241:21
**HARRY** [2] - 1:11, 3:3
**Harry** [10] - 5:20, 34:19, 85:25, 102:8, 155:8, 156:3, 185:16, 189:4, 205:25, 215:13
**head** [2] - 143:13, 168:21
**heading** [2] - 96:5, 96:8
**hear** [2] - 41:22, 182:11
**heard** [17] - 37:18, 38:8, 72:12, 72:14, 72:16, 136:12, 137:15, 154:7, 154:10, 167:22, 176:16, 218:16, 246:7, 246:10, 246:11, 246:12, 247:16
**held** [6] - 16:16, 70:15, 70:20, 73:22, 74:18, 150:23
**help** [5] - 19:23, 32:9, 181:4, 183:20, 226:10
**helped** [5] - 32:23, 141:7, 181:2, 257:11, 257:20
**helpful** [6] - 172:14, 257:17, 257:18, 257:20, 257:24, 258:3

**helping** [4] - 19:19, 36:14, 212:20, 212:25
**helps** [4] - 249:16, 253:3, 253:6, 253:7
**hemorrhaging** [1] - 172:12
**HEREBY** [1] - 4:2
**hereby** [3] - 262:7, 265:8, 266:8
**herein** [1] - 4:4
**Hereinafter** [2] - 83:9, 84:5
**hereinafter** [1] - 83:15
**hereinbefore** [2] - 265:11, 266:11
**hereunto** [2] - 265:21, 266:21
**herself** [1] - 149:21
**high** [3] - 6:9, 7:4, 125:12
**High** [1] - 6:11
**high-end** [1] - 125:12
**Highway** [7] - 2:12, 3:5, 63:21, 64:2, 73:17, 95:2, 250:8
**HIGHWAY** [1] - 1:4
**Hillside** [2] - 14:12, 14:13
**himself** [2] - 226:14, 254:7
**history** [1] - 166:18
**hold** [6] - 55:12, 141:9, 181:17, 181:22, 181:23, 228:19
**holder** [1] - 87:25
**holding** [1] - 184:9
**home** [1] - 196:4
**Honda** [2] - 12:13, 243:21
**honest** [6] - 102:20, 103:8, 135:22, 164:13, 197:4, 201:6
**honestly** [5] - 103:4, 103:18, 104:7, 225:3, 240:15
**hope** [5] - 135:6, 220:15, 249:18, 250:2, 250:5
**host** [3] - 29:4, 45:21, 126:23
**hour** [1] - 156:2
**housekeeping** [1] - 261:23
**huge** [2] - 68:13, 207:21
**human** [4] - 6:24, 10:7, 10:10, 10:15
**human-resource-**

**type** [1] - 10:10
**hurt** [5] - 169:13, 207:22, 224:4, 224:11, 251:18
**husband** [3] - 19:23, 19:24, 139:9
**HWY** [1] - 1:17
**HYLAN** [7] - 1:6, 1:7, 1:7, 1:8, 177:4
**Hylan** [12] - 2:16, 176:17, 177:2, 177:4, 177:12, 177:18, 178:13, 178:20, 178:24, 179:8, 179:12, 179:16
**hypotheticals** [1] - 232:15
**Hyundai** [1] - 12:12

## I

**idea** [18] - 34:14, 56:11, 58:16, 78:6, 81:23, 89:24, 95:9, 106:23, 107:3, 153:2, 195:19, 210:18, 230:14, 230:15, 241:3, 258:9, 258:13, 259:12
**identification** [9] - 55:9, 56:15, 60:16, 63:4, 71:11, 80:8, 88:6, 104:14, 108:8
**identify** [2] - 55:15, 169:19
**II** [1] - 100:22
**illegally** [1] - 126:2
**imagine** [22] - 9:9, 35:20, 35:25, 68:20, 81:18, 95:18, 110:8, 143:16, 143:18, 143:19, 155:21, 159:10, 159:16, 159:18, 201:21, 214:14, 218:3, 221:17, 222:16, 222:21, 237:12, 253:2
**immediately** [1] - 31:7
**impacted** [1] - 186:2
**impacts** [1] - 186:8
**important** [1] - 149:24
**impossible** [1] - 6:2
**impression** [1] - 153:7
**IN** [2] - 265:20, 266:20
**inaccurate** [4] - 163:21, 164:2, 172:7, 198:9

**INC** [3] - 1:4, 1:13, 1:16
**Inc** [5] - 2:5, 64:2, 80:17, 84:3, 87:24
**include** [2] - 9:7, 90:21
**included** [1] - 195:15
**includes** [1] - 205:12
**including** [3] - 10:2, 13:19, 43:22
**incorporation** [1] - 27:11
**incorrect** [1] - 150:11
**incorrectly** [1] - 21:24
**indicate** [3] - 45:8, 106:25, 108:3
**indicated** [4] - 103:16, 105:21, 194:19, 227:15
**indicates** [8] - 61:15, 62:10, 64:6, 73:2, 73:16, 80:13, 86:9, 100:22
**indicating** [1] - 43:10
**indirectly** [2] - 147:24, 147:25
**individual** [2] - 125:23, 169:3
**individually** [1] - 161:3
**individuals** [3] - 23:6, 224:11, 241:22
**industry** [2] - 200:11, 202:15
**inform** [1] - 119:25
**information** [6] - 11:4, 97:3, 205:17, 226:9, 226:11, 237:22
**injunction** [4] - 209:8, 209:13, 209:19, 209:22
**injunctions** [1] - 209:21
**inspect** [1] - 28:12
**instance** [2] - 158:4, 232:21
**instruct** [1] - 35:24
**instructed** [1] - 225:6
**intending** [1] - 52:5
**intentional** [1] - 216:5
**interest** [10] - 12:4, 14:19, 15:9, 15:16, 20:16, 204:19, 205:14, 212:18, 212:19, 251:6
**interested** [2] - 265:18, 266:18
**interests** [5] - 84:20, 180:16, 244:20, 244:24, 245:5

**Internal** [2] - 55:7, 263:13
**interrupting** [1] - 53:8
**interviewed** [1] - 200:10
**investigate** [3] - 220:13, 254:25, 260:11
**investigating** [1] - 237:15, 238:19
**investigation** [4] - 220:20, 238:2, 238:16, 238:20
**investigations** [2] - 222:12, 237:5
**involved** [29] - 35:15, 36:12, 36:17, 37:4, 37:8, 37:16, 74:8, 95:7, 107:9, 167:21, 185:2, 190:19, 191:16, 210:6, 210:8, 217:14, 220:11, 225:19, 226:5, 226:13, 231:11, 245:9, 250:18, 251:21, 252:2, 257:5, 260:3, 260:8, 260:10
**involvement** [1] - 36:23
**involving** [7] - 51:3, 60:21, 89:4, 155:5, 197:8, 222:12, 237:6
**Iris** [1] - 2:15, 19:21, 40:23, 42:10, 43:4, 76:9, 107:14, 120:5, 137:4, 149:12, 149:25
**IRIS** [1] - 1:6
**Iris's** [1] - 244:20
**IRS** [2] - 45:11, 47:12
**IS** [3] - 4:2, 4:8, 4:13
**ISLAND** [1] - 1:9
**Island** [71] - 2:18, 12:8, 12:9, 14:12, 14:23, 19:9, 82:22, 82:24, 88:19, 90:23, 91:15, 91:21, 110:9, 110:10, 110:20, 110:23, 114:23, 115:2, 115:3, 115:6, 117:7, 119:3, 130:22, 130:24, 141:3, 141:6, 142:9, 142:13, 147:16, 147:21, 148:3, 148:25, 158:2, 160:20, 164:7, 164:11, 173:10, 173:12, 173:18,

176:22, 177:14, 177:15, 179:4, 184:8, 184:10, 184:11, 184:14, 184:15, 184:19, 184:25, 190:21, 190:22, 190:25, 191:4, 191:7, 195:13, 214:17, 214:21, 214:25, 217:16, 217:18, 218:16, 243:12, 243:15, 250:14, 251:21, 252:4, 257:25
**issue** [2] - 104:6, 151:4, 206:4
**issued** [3] - 190:5, 190:11, 190:16
**issues** [4] - 104:5, 117:9, 180:20, 225:5
**IT** [5] - 4:2, 4:8, 4:13, 243:8, 244:3
**items** [1] - 44:24
**itself** [1] - 128:12

## J

**J.P** [1] - 1:16
**jackets** [2] - 27:23, 27:25
**Jamaica** [2] - 2:7, 2:8
**January** [8] - 1:20, 61:7, 73:4, 211:14, 213:25, 262:10, 265:22, 266:22
**Jeep** [1] - 12:14
**Jeff** [1] - 208:7
**Jeffrey** [1] - 261:9
**Jersey** [5] - 12:15, 180:3, 180:13, 180:17
**JMW)COUNTY** [1] - 1:11
**job** [6] - 38:21, 164:10, 251:11, 255:15, 256:9, 256:10
**join** [4] - 202:24, 203:4, 203:10, 203:20
**joined** [5] - 204:3, 204:11, 204:21, 204:24, 208:14
**JONES** [2] - 1:12, 1:16
**Jones** [8] - 88:15, 92:10, 96:7, 97:2, 171:25, 172:4, 172:14, 226:9
**JORY** [1] - 1:5
**Jory** [5] - 2:14, 69:3,

69:8, 143:18, 229:10
**Joseph** [5] - 81:23, 81:25, 82:9, 82:14, 82:16
**Josh** [6] - 69:19, 90:23, 96:6, 96:13, 97:2
**Joshua** [5] - 2:14, 5:10, 64:24, 65:2, 205:2
**JOSHUA** [7] - 1:5, 1:22, 262:7, 262:18, 263:4, 265:9, 266:9
**Judge** [1] - 155:20
**judge** [2] - 53:3, 53:5
**jump** [1] - 155:18
**June** [10] - 58:25, 71:10, 71:16, 71:23, 71:24, 73:11, 73:22, 74:9, 92:23, 263:21
**jury** [2] - 220:2, 220:5
**Justice** [3] - 219:25, 220:11, 220:21
**justice** [1] - 220:16

## K

**K-1's** [3] - 190:5, 190:10, 190:16
**Kahn** [1] - 192:24
**Kataev** [3] - 204:25, 240:21, 247:2
**KATAEV** [20] - 2:9, 8:20, 104:22, 105:5, 155:18, 156:13, 186:20, 193:14, 193:17, 204:18, 205:4, 207:9, 208:11, 242:18, 242:23, 246:22, 260:23, 261:3, 261:15, 261:21
**kataev** [1] - 242:22
**keep** [3] - 12:16, 186:20, 214:22
**kept** [5] - 65:25, 68:3, 68:6, 68:7, 235:18
**Kera** [3] - 91:2, 91:6, 96:7
**keys** [1] - 257:12
**KHAN** [1] - 1:6
**Khan** [15] - 2:15, 20:18, 22:5, 24:21, 26:23, 40:23, 41:16, 42:4, 42:9, 42:15, 43:5, 75:8, 143:20, 148:9, 245:4
**Khan's** [2] - 122:19, 192:8
**Kia** [2] - 14:9, 15:5

kind [6] - 94:10, 102:12, 159:14, 206:14, 224:19, 247:9
kinds [1] - 233:7
knock [1] - 225:4
knowing [4] - 137:25, 138:4, 138:17, 186:4
knowledge [31] - 21:7, 27:2, 40:6, 40:10, 40:19, 41:12, 46:11, 46:13, 72:17, 100:3, 100:7, 107:5, 107:7, 116:8, 124:21, 124:23, 125:2, 126:9, 126:18, 128:17, 138:24, 139:18, 141:20, 141:24, 142:8, 144:5, 144:8, 152:12, 152:16, 256:5
known [2] - 10:23, 247:5
knows [6] - 48:10, 53:15, 136:6, 166:18, 247:12, 247:14
Kwun [16] - 88:15, 88:18, 96:6, 96:12, 109:22, 109:24, 114:16, 119:12, 157:9, 157:20, 158:11, 190:20, 191:3, 218:6, 248:17, 256:5

## L

larceny [1] - 108:13
large [2] - 80:3, 80:4
last [17] - 15:21, 25:8, 52:25, 57:4, 61:20, 62:2, 62:4, 62:9, 62:19, 83:8, 96:16, 98:19, 102:14, 137:4, 183:10, 226:3, 239:11
late [2] - 108:17, 259:18
Laurie [10] - 37:11, 37:13, 37:15, 171:20, 185:16, 187:22, 189:25, 215:15, 216:7, 223:9
LAURIE [1] - 1:12
lavish [1] - 196:3
law [33] - 18:11, 19:20, 21:3, 30:4, 30:15, 35:21, 36:15, 41:7,

42:14, 69:9, 75:18, 75:22, 76:6, 77:19, 77:20, 82:25, 98:9, 119:21, 136:10, 191:16, 212:20, 217:22, 221:24, 235:24, 236:15, 236:23, 237:6, 242:13, 259:18, 259:24, 259:25, 260:18, 263:8
law's [2] - 81:14, 222:18
lawsuit [13] - 166:12, 201:25, 202:20, 202:24, 203:2, 203:4, 203:11, 203:20, 204:3, 204:10, 204:24, 205:21, 208:14
lawsuits [1] - 201:20
lawyer [6] - 50:7, 218:21, 218:24, 219:3, 219:6, 219:7
lawyers [3] - 240:9, 240:12, 240:16
layman's [1] - 255:9
learn [1] - 20:15
learned [4] - 11:21, 55:23, 136:21, 246:25
Lease [9] - 56:13, 56:14, 56:19, 58:2, 71:9, 263:16, 263:21
lease [31] - 58:9, 58:14, 58:20, 59:4, 59:19, 60:2, 60:6, 60:8, 60:11, 60:12, 70:16, 70:20, 71:16, 71:17, 71:19, 73:10, 73:15, 73:16, 73:23, 74:8, 74:18, 78:2, 78:13, 79:8, 79:11, 87:25, 229:17, 229:19, 233:4, 233:6
Leasing [15] - 2:13, 22:4, 24:2, 24:5, 24:10, 24:11, 58:8, 60:22, 62:6, 62:11, 62:15, 62:23, 99:5, 100:24, 105:20
LEASING [2] - 1:5, 1:17
leasing [1] - 99:17
least [6] - 87:12, 87:21, 92:2, 120:24, 198:4, 256:15
leave [1] - 70:11
leaving [1] - 257:12
left [4] - 100:18, 105:8,

170:5, 207:21
left-hand [1] - 170:5
legal [5] - 26:9, 50:14, 62:16, 124:21, 182:9
LEGAL [1] - 2:3
lenders [1] - 254:7
Leshius [1] - 244:13
less [4] - 129:5, 144:20, 144:21, 231:8
lessor [1] - 72:3
letters [1] - 56:25
level [3] - 74:7, 236:22, 236:24
levels [2] - 100:10, 100:11
Lexington [1] - 2:19
liable [1] - 183:23
Libertas [8] - 3:15, 225:11, 225:15, 225:24, 226:8, 226:12, 261:16
LIBERTAS [1] - 1:16
LIC [1] - 1:14
license [29] - 22:10, 22:12, 22:15, 22:18, 22:22, 22:24, 23:5, 23:7, 23:10, 23:13, 23:20, 23:23, 24:9, 24:17, 43:23, 117:16, 122:15, 145:19, 145:20, 145:23, 145:25, 146:2, 158:22, 159:23, 213:5, 213:10, 213:13, 213:18, 214:10
licenses [13] - 7:10, 156:20, 158:16, 158:19, 158:25, 159:4, 159:8, 160:5, 182:3, 182:14, 182:16, 182:18, 212:7
life [7] - 7:16, 7:18, 196:13, 199:13, 224:13, 225:4, 241:12
lifestyle [2] - 196:3, 196:11
lifetime [2] - 259:3, 259:7
lift [1] - 205:9
likely [3] - 93:5, 93:11, 109:22
limited [5] - 20:7, 166:11, 166:22, 166:24, 223:19
line [4] - 49:5, 64:14,

201:15, 229:3
list [7] - 54:6, 57:7, 57:14, 97:17, 219:10, 245:12, 245:15
listed [3] - 83:5, 100:17, 174:7
listing [2] - 97:24, 246:2
litigation [8] - 165:12, 166:6, 166:22, 168:10, 184:5, 197:7, 226:3, 234:12
LITTLE [1] - 1:16
live [3] - 196:3, 196:10, 224:13
living [1] - 196:13
LLC [59] - 1:4, 1:5, 1:7, 1:7, 1:8, 1:8, 1:9, 1:9, 1:13, 1:13, 1:14, 1:14, 1:15, 1:16, 1:17, 2:3, 2:5, 2:13, 2:17, 2:18, 3:16, 25:22, 60:22, 62:11, 62:15, 64:8, 65:7, 72:3, 73:3, 99:5, 176:18, 177:5, 177:18, 178:4, 178:7, 178:13, 178:17, 178:21, 178:25, 179:9, 179:13, 179:17, 179:20, 179:23, 183:9, 184:8, 184:19, 184:20, 185:2, 185:22, 185:23
LLCs [4] - 2:17, 177:13, 184:17, 184:22
LLP [4] - 1:16, 2:11, 3:8, 3:14
loan [3] - 161:23, 163:4, 182:7
loans [2] - 172:10, 172:15
local [1] - 221:4
located [7] - 63:17, 63:19, 69:11, 120:14, 250:7, 250:13, 257:11
location [11] - 60:9, 69:12, 69:15, 69:24, 70:6, 70:11, 70:12, 70:17, 229:19, 250:14, 250:17
locations [3] - 250:19, 252:7, 253:2
lock [1] - 140:9
locking [1] - 259:20

log [1] - 133:5
logistics [1] - 149:23
look [4] - 84:2, 196:25, 220:5, 220:22
looked [3] - 136:3, 163:17, 215:20
looking [7] - 79:8, 79:9, 99:13, 101:13, 164:4, 190:25, 220:25
looks [7] - 55:17, 59:21, 64:11, 73:25, 74:11, 86:18, 89:9
lose [2] - 207:2, 258:2
loss [4] - 121:22, 183:21, 199:15
losses [13] - 67:23, 120:19, 121:3, 121:7, 121:12, 121:13, 132:14, 148:4, 195:17, 258:7, 259:2, 259:6, 259:9
lost [12] - 19:22, 30:5, 68:11, 68:16, 120:17, 144:12, 195:6, 211:22, 211:23, 254:4, 254:5, 258:5
loved [1] - 225:14
lovely [1] - 220:18
lunch [4] - 155:11, 155:17, 186:19, 193:11
luncheon [1] - 193:21
lying [1] - 236:10

## M

maiden [3] - 13:12, 13:13, 56:7
main [3] - 38:22, 136:4
major [1] - 136:10
majority [1] - 7:17
Mall [8] - 13:8, 13:20, 14:5, 14:6, 14:8, 14:11, 14:13, 18:4
MANAGEMENT [1] - 1:9
Management [8] - 2:18, 64:8, 65:7, 184:8, 184:25, 190:21, 190:25, 214:17
manner [1] - 169:6
Marc [21] - 38:6, 168:15, 168:18, 168:22, 169:3, 169:6, 169:10, 169:11, 170:22,

170:24, 171:4, 185:15, 188:6, 188:13, 188:20, 188:21, 189:17, 215:14, 223:6, 257:14

**MARC** [1] - 1:12

**Marcello** [5] - 111:2, 112:7, 112:8, 112:9, 112:12

**Marino** [3] - 243:4, 243:6, 244:2

**marked** [10] - 55:9, 55:11, 56:14, 60:15, 63:3, 71:10, 80:8, 88:5, 104:14, 108:7

**marriage** [2] - 265:17, 266:17

**married** [3] - 13:9, 139:3, 139:13

**Martz** [3] - 90:5, 90:22, 91:6

**Marx** [2] - 170:16, 170:18

**Maserati** [4] - 30:19, 126:21, 126:22, 127:8

**materially** [1] - 166:4

**matter** [4] - 167:19, 224:17, 265:19, 266:19

**matters** [3] - 88:22, 88:25, 89:4

**Mazda** [3] - 177:9, 177:12, 177:14

**mean** [29] - 23:15, 27:24, 29:8, 39:7, 41:20, 66:3, 77:14, 98:3, 109:19, 116:22, 117:2, 117:3, 117:20, 118:7, 133:18, 134:16, 136:6, 139:22, 154:22, 155:3, 156:4, 157:18, 157:19, 158:2, 184:2, 184:14, 185:4, 236:13

**meaning** [5] - 86:20, 110:4, 121:10, 129:7, 136:2

**means** [9] - 17:13, 50:20, 50:22, 53:16, 54:2, 84:18, 139:23, 232:4, 247:17

**meant** [1] - 143:3

**mechanics** [2] - 109:13, 109:14

**medication** [1] - 5:25

**meet** [2] - 18:20, 19:17

**meeting** [4] - 221:7, 221:9, 221:20, 248:6

**meetings** [1] - 74:23

**Melissa** [19] - 191:11, 191:13, 191:18, 191:21, 191:25, 192:7, 192:10, 243:25, 244:8, 248:24, 249:7, 249:8, 250:3, 251:20, 252:22, 256:11, 256:14, 256:17, 256:21

**Member** [1] - 61:12

**members** [1] - 125:22

**memory** [12] - 9:16, 10:24, 78:25, 79:19, 93:24, 97:12, 99:14, 109:23, 209:3, 209:5, 211:19, 241:16

**men's** [1] - 156:8

**mental** [2] - 121:22, 121:25

**mention** [1] - 216:2

**mentioned** [9] - 14:3, 16:11, 103:12, 126:20, 127:8, 144:24, 163:17, 188:17, 224:3

**mentioning** [4] - 74:21, 216:3, 231:9, 231:10

**MERCKLING** [1] - 1:12

**Merckling** [15] - 38:6, 168:15, 168:18, 168:23, 170:22, 170:25, 171:4, 185:15, 188:6, 188:13, 188:20, 189:17, 215:14, 223:6, 257:14

**mess** [1] - 207:21

**met** [7] - 18:8, 18:15, 19:2, 19:7, 37:2, 66:16, 257:7

**Michael** [14] - 26:4, 37:11, 37:13, 37:15, 37:19, 58:9, 59:4, 60:9, 171:20, 185:15, 187:22, 189:25, 215:15, 223:9

**MICHAEL** [1] - 1:12

**middle** [4] - 61:10, 75:25, 100:21, 170:12

**might** [16] - 101:11,

101:14, 143:21, 154:7, 169:10, 170:19, 189:2, 189:11, 189:18, 189:19, 189:23, 202:16, 216:8, 244:4, 252:17

**million** [11] - 120:17, 120:18, 120:20, 120:25, 172:13, 186:13, 195:16, 203:18, 254:5, 258:2, 258:4

**millions** [19] - 28:24, 29:13, 29:14, 30:3, 30:11, 67:21, 67:22, 128:24, 128:25, 129:12, 132:13, 144:9, 194:21, 195:2, 195:8, 199:15, 200:17

**mind** [3] - 52:7, 106:5, 211:4

**mine** [1] - 152:22

**minimal** [1] - 100:9

**minutes** [6] - 49:9, 90:17, 155:22, 156:8, 156:11, 156:16

**mislead** [2] - 45:15, 47:11

**misleading** [1] - 45:11

**mismanaged** [1] - 195:24

**missing** [2] - 117:5, 129:9

**misspoke** [1] - 190:24

**mistake** [1] - 107:16

**misunderstand** [1] - 53:24

**Mitchell** [3] - 1:24, 266:6, 266:24

**MITCHELL** [3] - 265:6, 265:25, 266:25

**mixing** [1] - 214:23

**MO** [1] - 98:14

**Modification** [3] - 56:14, 58:3, 263:16

**moment** [3] - 79:11, 161:20, 178:2

**money** [108] - 17:8, 17:14, 30:5, 30:6, 30:9, 30:16, 30:20, 30:21, 32:2, 64:18, 65:20, 65:24, 66:12, 67:19, 68:3, 68:6, 68:11, 68:17, 71:6, 109:3, 109:6, 109:9, 109:15, 109:24, 110:5, 113:21,

119:23, 120:6, 120:7, 122:24, 127:3, 127:11, 127:12, 127:16, 127:20, 144:11, 145:14, 146:13, 147:19, 147:23, 148:2, 148:9, 148:14, 148:17, 148:21, 149:5, 149:20, 149:25, 150:21, 160:19, 160:23, 161:5, 161:13, 161:15, 161:18, 161:22, 162:2, 162:5, 162:16, 162:22, 169:5, 172:12, 172:21, 173:3, 173:5, 173:17, 173:22, 173:24, 177:23, 180:24, 181:2, 181:4, 181:6, 181:12, 181:22, 181:24, 182:7, 182:24, 183:2, 183:16, 185:5, 185:8, 186:13, 195:14, 195:18, 195:22, 195:24, 196:2, 196:9, 196:10, 196:15, 207:2, 210:19, 210:20, 211:23, 211:24, 214:20, 224:18, 224:25, 225:11, 225:12, 225:14, 225:17, 225:23, 226:5, 230:13, 253:22, 258:24

**monitor** [1] - 105:6

**month** [3] - 39:12, 39:15, 39:20

**months** [1] - 39:9

**MORGAN** [1] - 1:17

**morning** [4] - 5:19, 5:22, 96:12, 96:25

**most** [2] - 39:14, 109:22

**mother** [15] - 19:20, 21:3, 30:4, 30:15, 36:15, 41:7, 42:14, 75:18, 75:22, 98:9, 119:21, 212:20, 235:24, 259:18, 259:24

**mother-in-law** [15] - 19:20, 21:3, 30:4, 30:15, 36:15, 41:7,

42:14, 75:18, 75:22, 98:9, 119:21, 212:20, 235:24, 259:18, 259:24

**MOTION** [1] - 263:5

**MOTOR** [2] - 1:5, 1:17

**motor** [19] - 22:12, 22:23, 43:22, 44:25, 45:20, 51:19, 51:21, 95:23, 96:2, 117:14, 117:16, 158:21, 158:25, 159:4, 212:14, 251:5, 251:16, 251:17, 253:3

**Motor** [18] - 2:13, 22:4, 22:8, 24:2, 24:5, 24:10, 24:11, 58:8, 60:22, 62:6, 62:11, 62:15, 62:23, 99:5, 99:17, 100:24, 105:20, 212:23

**MOTORS** [6] - 1:4, 1:13, 1:14, 1:14, 1:15, 1:15

**Motors** [98] - 2:4, 20:5, 20:8, 20:11, 20:13, 20:16, 21:8, 22:11, 22:15, 24:20, 25:12, 25:16, 25:19, 25:21, 25:25, 26:2, 26:7, 26:11, 26:14, 26:17, 26:24, 27:12, 27:14, 27:20, 27:23, 28:21, 32:11, 33:6, 34:6, 34:17, 34:25, 35:12, 35:19, 36:8, 37:15, 37:17, 37:22, 38:2, 38:7, 38:12, 38:25, 40:16, 40:25, 42:3, 42:11, 42:18, 43:6, 43:12, 43:13, 51:2, 58:8, 59:5, 60:3, 60:8, 61:19, 72:3, 72:5, 72:13, 72:18, 72:21, 73:3, 73:11, 74:5, 78:2, 89:23, 94:7, 95:2, 95:17, 98:8, 106:6, 107:9, 107:24, 115:18, 116:20, 118:12, 119:10, 120:20, 122:7, 129:20, 133:8, 135:15, 138:18, 139:6, 139:20, 140:5, 140:20, 148:4, 190:7, 190:12, 194:22, 195:3, 206:19, 206:21,

212:18, 213:6,
213:9, 234:15,
247:25
**Motors'** [3] - 88:22,
98:6, 118:13
**move** [3] - 98:14,
132:16, 141:7
**moving** [3] - 141:16,
142:3, 246:16
**MR** [184] - 5:18, 8:18,
8:20, 16:10, 20:6,
20:12, 21:14, 21:19,
21:22, 23:21, 24:25,
25:5, 25:7, 28:8,
28:14, 28:17, 28:18,
28:19, 34:18, 35:2,
35:6, 35:8, 35:23,
41:19, 41:21, 44:13,
45:13, 47:24, 48:3,
48:7, 48:14, 50:5,
50:8, 50:11, 50:12,
50:13, 50:16, 52:13,
52:17, 52:23, 53:4,
53:7, 53:11, 53:13,
53:19, 53:21, 54:16,
54:21, 54:23, 55:4,
57:3, 57:6, 57:11,
57:15, 71:18, 74:3,
74:6, 76:18, 76:22,
85:12, 85:14, 85:15,
85:25, 86:4, 90:11,
90:16, 93:9, 98:14,
98:18, 102:6, 102:9,
102:24, 104:22,
105:2, 105:5,
110:13, 110:15,
113:3, 113:7,
113:11, 114:6,
114:9, 128:6, 128:9,
128:11, 131:18,
131:20, 131:22,
135:18, 151:14,
151:17, 151:21,
151:22, 155:8,
155:12, 155:18,
155:23, 156:4,
156:5, 156:10,
156:13, 156:15,
160:25, 161:4,
161:9, 166:9,
166:15, 166:21,
166:23, 167:6,
167:8, 182:8,
185:11, 186:16,
186:18, 186:20,
186:24, 187:3,
189:3, 189:6,
192:17, 192:20,
193:4, 193:10,
193:14, 193:16,
193:17, 193:20,

194:18, 197:20,
197:24, 198:3,
204:17, 204:18,
204:22, 204:23,
205:4, 205:25,
206:5, 207:9,
208:11, 215:19,
216:12, 216:14,
216:18, 216:22,
216:23, 219:5,
219:9, 219:14,
219:18, 219:23,
225:7, 228:19,
231:22, 233:16,
237:24, 238:10,
238:13, 238:22,
239:2, 239:4, 239:8,
239:9, 242:9,
242:16, 242:18,
242:20, 242:23,
243:2, 246:22,
246:24, 247:7,
247:11, 247:14,
247:23, 260:21,
260:23, 261:3,
261:5, 261:15,
261:18, 261:21,
263:4
**MS** [1] - 260:25
**multimillion** [1] -
196:4
**multiple** [1] - 201:19

# N

**N.A** [1] - 1:17
**name** [39] - 5:7, 5:9,
5:20, 13:6, 13:12,
13:13, 37:18, 38:8,
43:23, 44:25, 49:12,
49:13, 49:25, 51:21,
56:6, 56:7, 58:11,
59:24, 59:25, 62:16,
63:24, 80:19, 80:20,
81:24, 82:6, 82:8,
90:6, 90:8, 90:10,
105:17, 112:6,
122:17, 126:3,
170:6, 170:9,
182:21, 201:2,
222:19
**Name** [1] - 105:14
**named** [10] - 13:19,
37:10, 37:12, 64:23,
124:10, 133:19,
168:22, 191:10,
234:17, 243:4
**names** [9] - 12:7,
14:17, 58:22, 83:7,
158:8, 188:22,
201:12, 201:18,

208:4
**NASSAU** [2] - 265:4,
266:4
**Nassau** [6] - 108:6,
108:13, 169:16,
191:22, 192:2, 264:7
**necessarily** [1] - 99:9
**need** [4] - 54:25,
120:7, 120:15, 205:5
**needed** [4] - 8:25,
33:3, 117:15, 214:24
**needs** [1] - 54:19
**never** [41] - 44:3, 44:5,
45:2, 45:4, 45:5,
45:23, 47:19, 67:10,
68:23, 78:12, 81:17,
81:19, 98:13,
117:17, 123:9,
126:3, 126:14,
126:15, 136:2,
137:15, 144:7,
151:7, 151:22,
174:15, 188:25,
206:12, 211:15,
212:19, 218:13,
233:20, 233:21,
235:7, 236:3,
243:14, 245:7,
246:10, 249:7,
249:8, 254:4,
256:16, 257:7
**nevertheless** [1] -
138:14
**New** [21] - 1:25, 2:8,
2:20, 3:6, 3:11, 5:14,
6:13, 12:15, 45:12,
47:13, 73:5, 73:18,
79:16, 180:3,
180:13, 180:16,
184:19, 262:24,
265:7, 266:7
**new** [1] - 19:8
**NEW** [4] - 1:3, 262:4,
265:3, 266:3
**next** [5] - 82:6, 93:23,
105:24, 188:22,
192:21
**night** [3] - 75:25,
137:5, 259:19
**nine** [2] - 12:9, 85:11
**Nissan** [13] - 33:3,
80:17, 81:7, 81:12,
84:3, 84:12, 85:21,
86:10, 86:25, 87:25,
138:15, 243:23,
243:24
**NMAC** [2] - 229:23,
230:3
**none** [3] - 67:18,
117:9, 238:8

**nonetheless** [2] -
8:23, 138:19
**nonoperational** [1] -
129:7
**nonowners** [1] -
231:19
**nonresponsive** [1] -
98:15
**North** [1] - 6:11
**Northshore** [206] -
2:13, 20:5, 20:7,
20:11, 20:13, 20:16,
21:8, 22:3, 22:10,
22:15, 24:2, 24:4,
24:10, 24:11, 24:19,
25:12, 25:16, 25:19,
25:21, 25:25, 26:2,
26:7, 26:11, 26:13,
26:17, 26:24, 27:11,
27:14, 27:20, 27:23,
28:20, 29:7, 31:18,
32:11, 33:6, 34:6,
34:17, 34:25, 35:12,
35:19, 36:8, 37:15,
37:17, 37:21, 38:2,
38:7, 38:11, 38:25,
40:2, 40:15, 40:25,
41:10, 42:3, 42:10,
42:18, 43:6, 43:12,
43:13, 43:20, 44:20,
45:10, 50:4, 51:2,
56:13, 56:19, 58:8,
59:5, 60:3, 60:8,
60:22, 61:19, 62:6,
62:11, 62:15, 62:22,
64:7, 65:6, 74:23,
75:3, 75:8, 75:12,
88:22, 89:23, 94:6,
94:25, 95:10, 95:17,
97:16, 98:6, 98:8,
99:5, 99:16, 100:24,
105:20, 106:6,
107:9, 107:24,
115:17, 116:4,
116:19, 118:6,
118:12, 118:13,
119:10, 120:20,
122:7, 123:6, 124:5,
125:12, 125:17,
126:9, 127:17,
129:20, 130:7,
131:2, 131:9, 133:8,
134:24, 135:3,
135:14, 137:7,
138:18, 139:6,
139:20, 140:4,
140:20, 146:6,
147:13, 148:4,
149:8, 149:13,
151:9, 152:3, 152:8,

152:13, 152:17,
152:22, 156:20,
159:15, 172:11,
172:18, 173:6,
176:7, 176:8,
176:12, 176:13,
188:18, 188:25,
189:9, 190:7,
190:11, 190:17,
192:24, 194:22,
195:3, 195:17,
196:16, 196:21,
197:9, 198:12,
199:9, 210:3,
212:18, 212:23,
213:6, 213:9,
215:25, 216:9,
220:6, 220:13,
220:22, 222:2,
222:13, 233:12,
233:21, 234:11,
234:15, 235:2,
235:11, 235:23,
236:2, 236:5,
236:16, 237:7,
237:15, 239:12,
240:14, 241:9,
241:13, 242:14,
243:17, 244:9,
244:15, 244:20,
244:25, 245:6,
245:10, 245:12,
247:25, 253:14,
253:18, 253:21,
254:24, 256:24,
263:9, 263:15
**NORTHSHORE** [2] -
1:5, 1:17
**northshoremotors1.
com** [1] - 90:3
**NOT** [1] - 3:20
**Notary** [5] - 1:24, 5:4,
262:24, 265:6, 266:6
**notation** [1] - 63:13
**note** [4] - 21:14, 35:2,
44:13, 247:7
**noted** [2] - 194:14,
261:25
**nothing** [9] - 103:22,
171:8, 199:14,
202:5, 232:20,
235:13, 244:14,
247:3, 251:14
**Notice** [1] - 1:24
**noticed** [1] - 215:21
**November** [39] -
27:15, 28:21, 29:5,
29:17, 31:19, 33:7,
34:6, 39:2, 43:3,
75:4, 75:9, 75:13,

106:22, 108:17, 110:11, 111:9, 111:15, 111:22, 112:4, 112:12, 112:18, 112:23, 113:14, 113:19, 114:23, 119:9, 119:10, 154:25, 155:4, 160:18, 175:3, 175:10, 175:23, 176:8, 209:25, 210:15, 212:3, 212:23, 247:3

**number** [15] - 12:20, 13:15, 28:13, 55:20, 56:5, 56:10, 62:19, 62:22, 83:20, 84:9, 84:16, 86:16, 86:23, 87:2, 215:23

**numbers** [1] - 12:17

**NYC** [1] - 1:12

## O

**O'Sullivan** [5] - 244:11, 255:5, 255:14, 255:22, 257:4

**Oak** [1] - 5:14

**oath** [4] - 4:17, 45:10, 107:15, 262:9

**object** [1] - 160:8

**Objection** [1] - 185:11

**objection** [32] - 8:19, 16:10, 20:6, 21:15, 35:3, 41:19, 44:14, 45:13, 47:24, 50:5, 52:17, 76:18, 93:9, 102:6, 102:24, 110:13, 113:3, 114:6, 128:6, 151:14, 160:25, 182:8, 189:3, 204:17, 204:19, 205:9, 208:11, 228:3, 231:22, 238:11, 238:13, 247:8

**objections** [1] - 4:9

**obligation** [2] - 11:16, 32:7

**obligations** [15] - 39:22, 43:19, 66:16, 66:19, 66:25, 77:17, 95:22, 98:11, 103:24, 117:18, 118:11, 118:16, 235:3, 235:7, 235:16

**observed** [4] - 128:19, 128:23, 140:13,

141:15

**obtain** [2] - 13:3, 234:6

**obtained** [7] - 13:15, 70:5, 160:19, 160:23, 161:2, 161:15, 212:17

**obtaining** [4] - 22:10, 38:18, 161:22, 182:24

**obvious** [2] - 201:8, 201:10

**obviously** [4] - 12:22, 59:7, 92:2, 248:13

**occasion** [5] - 77:8, 108:16, 108:19, 188:9, 188:12

**occasionally** [3] - 36:21, 39:5, 75:5

**occurred** [6] - 77:7, 205:6, 258:8, 259:3, 259:7, 259:10

**October** [6] - 93:7, 93:8, 93:23, 94:4, 176:4, 176:14

**OF** [14] - 1:3, 1:6, 1:6, 1:13, 1:13, 1:14, 1:14, 1:15, 262:4, 262:5, 265:3, 265:4, 266:3, 266:4

**offered** [1] - 28:11

**office** [43] - 25:13, 28:10, 32:21, 33:9, 109:18, 109:20, 109:22, 118:23, 140:10, 140:11, 140:12, 151:16, 151:23, 152:3, 152:5, 152:8, 152:12, 152:16, 152:21, 152:24, 153:4, 153:8, 157:2, 157:3, 157:8, 157:14, 157:18, 157:19, 157:24, 158:3, 158:11, 232:24, 244:12, 249:16, 249:24, 250:4, 251:2, 251:3, 251:13, 253:7, 253:13, 253:17

**office's** [1] - 251:9

**officer** [4] - 4:16, 108:22, 169:4, 224:19

**Officer** [2] - 169:16, 170:6

**offices** [1] - 253:10

**offset** [2] - 68:9, 68:12

**often** [1] - 38:24

**old** [2] - 8:8, 11:4

**older** [1] - 41:24

**once** [11] - 14:9, 26:22, 53:23, 59:25, 87:22, 134:4, 152:18, 163:16, 178:6, 251:23, 252:11

**one** [60] - 7:6, 9:13, 14:22, 17:25, 18:3, 18:5, 20:8, 32:14, 38:22, 42:22, 49:4, 55:12, 57:4, 60:7, 69:3, 76:9, 80:15, 82:23, 85:13, 86:23, 95:8, 101:3, 101:22, 102:4, 110:8, 115:16, 130:2, 136:4, 157:9, 158:17, 160:4, 162:8, 165:7, 165:10, 166:12, 176:21, 177:2, 177:6, 177:16, 199:7, 199:8, 199:20, 200:3, 204:9, 208:21, 210:12, 210:14, 213:20, 216:16, 229:24, 240:8, 246:17, 248:4, 248:25, 255:10, 255:17, 257:8, 258:25

**ones** [3] - 13:24, 22:7, 23:9

**ongoing** [1] - 238:15

**oOo** [1] - 4:21

**open** [2] - 153:13, 238:20

**open-ended** [1] - 153:13

**opened** [4] - 99:8, 99:20, 101:9, 249:13

**opening** [4] - 60:23, 61:19, 99:11, 99:19

**operate** [10] - 16:8, 29:13, 43:6, 125:20, 138:21, 177:8, 198:17, 198:23, 198:25, 199:3

**operated** [1] - 72:10

**operates** [1] - 90:2

**operating** [11] - 29:10, 30:13, 39:17, 126:19, 127:6, 127:7, 127:24, 128:2, 129:21, 137:25, 146:25

**operation** [3] - 40:15,

42:18, 128:20

**operations** [1] - 40:25

**operator** [3] - 131:12, 131:19, 248:11

**operators** [1] - 125:20

**opinion** [9] - 59:17, 76:8, 77:7, 153:20, 153:23, 167:19, 178:7, 178:9, 198:14

**opportunity** [1] - 161:8

**Order** [1] - 1:23

**order** [15] - 30:5, 32:9, 43:20, 51:22, 77:20, 85:3, 109:9, 119:23, 129:24, 163:4, 172:9, 213:12, 213:21, 235:14, 259:19

**organization** [1] - 136:2

**original** [2] - 58:9, 177:21

**outcome** [2] - 265:18, 266:18

**Outlet** [12] - 12:11, 14:13, 14:22, 63:14, 63:17, 64:7, 69:7, 69:16, 249:14, 250:11, 250:13, 250:19

**Outlet's** [1] - 250:16

**Outlets** [1] - 252:23

**outside** [2] - 203:22, 206:2

**oversee** [1] - 40:24

**overseen** [1] - 255:25

**Ovington** [1] - 3:10

**owe** [1] - 129:12

**owed** [16] - 28:24, 29:13, 30:12, 30:15, 30:19, 30:21, 31:25, 32:5, 109:10, 115:8, 117:4, 173:22, 173:24, 186:13, 258:23

**own** [24] - 11:24, 12:9, 12:11, 12:12, 12:13, 12:18, 13:22, 14:4, 14:5, 14:7, 16:7, 16:20, 16:23, 18:5, 20:3, 82:25, 114:24, 124:17, 135:9, 148:18, 179:25, 180:18, 185:6

**owned** [14] - 12:24, 14:9, 14:11, 14:12, 15:20, 17:2, 19:24, 20:5, 22:4, 24:10, 72:10, 133:10,

158:16, 158:25

**owner** [52] - 16:8, 16:18, 22:14, 43:11, 43:13, 44:10, 44:15, 50:3, 51:2, 51:6, 52:4, 52:5, 52:9, 58:15, 100:23, 104:8, 106:6, 107:2, 110:11, 111:10, 112:2, 112:13, 112:19, 112:24, 131:14, 131:19, 131:24, 149:2, 159:25, 174:2, 174:5, 174:14, 174:18, 175:13, 231:16, 232:17, 232:19, 232:22, 232:25, 233:2, 233:5, 233:20, 233:21, 234:10, 234:25, 235:6, 235:10, 235:21, 235:22, 235:25, 236:5, 236:9

**owners** [32] - 20:19, 21:4, 24:17, 26:17, 44:20, 45:9, 69:6, 69:17, 69:23, 72:18, 74:23, 97:18, 97:25, 107:5, 107:7, 110:20, 110:21, 110:23, 115:12, 132:10, 159:5, 159:20, 173:20, 174:7, 182:15, 182:17, 228:9, 228:11, 229:2, 229:4, 229:5, 229:13

**ownership** [31] - 12:4, 14:19, 15:8, 15:16, 21:8, 22:13, 23:25, 42:24, 43:20, 44:23, 45:22, 50:6, 50:20, 50:21, 51:23, 53:16, 54:2, 54:4, 67:16, 84:11, 84:20, 85:20, 86:3, 92:22, 96:3, 103:22, 233:12, 233:24, 234:3, 234:14, 246:16

**owning** [2] - 13:21, 56:2

**owns** [3] - 81:3, 89:25, 184:14

## P

**p.m** [3] - 193:22, 194:14, 261:25

**page** [21] - 57:23,

58:6, 58:18, 61:20,
62:2, 62:5, 62:10,
62:19, 71:23, 73:14,
80:13, 84:4, 86:15,
87:12, 87:15, 96:11,
99:15, 100:17,
100:22, 106:12,
170:4
**PAGE** [3] - 263:3,
263:5, 263:7
**pages** [1] - 62:4
**paid** [14] - 32:3,
126:15, 130:16,
130:19, 188:18,
189:11, 195:9,
195:12, 212:9,
230:7, 231:19,
231:25, 232:6, 258:6
**pandemic** [3] -
217:16, 218:12,
218:14
**paper** [1] - 85:8
**papers** [1] - 27:11
**paperwork** [7] - 21:2,
21:17, 21:25, 27:16,
27:20, 126:14,
214:14
**paragraph** [6] - 83:9,
83:20, 84:8, 84:16,
86:22, 105:14
**Paralegal** [1] - 3:24
**parenthetically** [2] -
83:15, 84:4
**Part** [1] - 100:22
**part** [13] - 65:16,
107:25, 115:14,
141:10, 154:8,
183:21, 186:15,
210:9, 218:7,
234:11, 251:10,
251:11, 255:18
**particular** [6] - 65:22,
87:7, 163:18,
183:12, 209:18,
233:9
**parties** [3] - 4:4,
265:16, 266:16
**partner** [6] - 41:18,
41:20, 69:20, 82:25,
91:19, 252:25
**PARTNERS** [1] - 1:15
**partners** [9] - 98:5,
116:19, 129:25,
160:8, 160:11,
169:8, 182:4,
218:23, 241:24
**partners'** [2] - 116:7,
185:6
**parts** [1] - 31:2
**party** [2] - 230:5,

230:11
**passed** [1] - 18:11
**past** [6] - 46:5, 82:11,
140:9, 154:7,
188:17, 201:23
**pausing** [1] - 155:14
**pay** [31] - 29:3, 30:4,
45:19, 109:9,
115:23, 117:12,
148:3, 148:10,
148:14, 148:18,
148:22, 149:12,
150:6, 210:20,
231:24, 233:5,
249:17, 249:20,
249:22, 249:24,
250:6, 253:6,
253:10, 253:13,
253:23, 253:24,
254:7, 255:6,
255:11, 255:12
**Payable** [2] - 63:2,
263:19
**payable** [2] - 63:9,
251:6
**paycheck** [3] - 17:20,
17:23, 18:2
**paying** [25] - 43:23,
43:24, 45:2, 45:3,
45:4, 95:22, 115:4,
115:7, 118:18,
131:10, 173:13,
196:12, 210:22,
230:5, 230:11,
232:3, 232:9,
232:20, 251:7,
253:4, 253:18,
253:21, 254:19,
258:25
**payment** [1] - 66:15
**payments** [8] -
115:20, 119:19,
119:20, 119:23,
255:16, 255:23
**payoffs** [3] - 32:25,
117:13, 210:23
**payroll** [6] - 16:21,
16:22, 17:3, 17:10,
17:13, 253:7
**pays** [5] - 232:16,
233:3, 249:24,
250:3, 250:5
**peace** [1] - 69:9
**Penn** [1] - 125:25
**Pennsylvania** [1] -
3:19
**people** [36] - 29:15,
34:4, 74:21, 88:11,
123:14, 133:19,
134:5, 134:11,

140:10, 142:24,
144:3, 157:13,
157:25, 158:5,
158:10, 168:4,
178:11, 200:24,
201:13, 201:16,
201:21, 202:3,
203:15, 210:13,
224:2, 224:4,
224:22, 228:8,
228:25, 229:9,
240:17, 248:9,
249:21, 249:23,
255:19, 257:5
**perceived** [1] - 148:3
**percent** [40] - 18:10,
22:16, 28:7, 38:20,
43:11, 43:13, 45:9,
54:7, 54:8, 64:3,
76:11, 80:23, 83:24,
85:6, 92:21, 95:14,
100:23, 103:21,
107:23, 113:22,
124:8, 133:12,
139:7, 139:21,
139:23, 158:23,
159:12, 162:6,
177:10, 177:13,
183:24, 184:24,
207:6, 207:19,
215:8, 222:7,
234:20, 234:23,
240:19, 246:14
**percentage** [1] - 80:25
**perfect** [1] - 156:13
**perhaps** [4] - 8:17,
8:22, 13:21, 246:18
**period** [1] - 258:5
**perpetuating** [1] -
103:6
**person** [20] - 19:8,
34:3, 41:17, 105:19,
116:2, 120:6, 131:8,
131:9, 132:3, 134:4,
136:16, 168:5,
168:22, 169:19,
170:23, 203:21,
206:10, 232:9,
243:11, 255:8
**personal** [19] - 11:8,
11:12, 11:22, 19:3,
22:17, 22:21, 23:5,
24:16, 58:19, 59:3,
59:18, 149:10,
158:18, 159:8,
159:11, 159:14,
182:25, 245:13,
245:16
**personally** [28] -
11:17, 29:6, 118:25,

119:4, 123:23,
123:24, 135:20,
141:15, 141:17,
145:8, 145:17,
145:18, 145:21,
145:22, 145:25,
146:5, 146:11,
146:14, 147:9,
147:19, 149:4,
149:14, 149:21,
150:8, 162:2, 162:5,
172:19, 253:23
**pertains** [1] - 73:17
**Phalon** [2] - 69:10,
229:9
**Philadelphia** [1] - 3:19
**phone** [8] - 62:18,
62:22, 108:21,
169:14, 206:10,
207:8, 224:16,
224:23
**phrase** [1] - 218:15
**physical** [1] - 157:24
**physically** [4] - 33:15,
33:18, 250:12, 254:7
**piece** [2] - 85:7,
179:24
**piggybacking** [1] -
201:25
**pimple** [1] - 68:13
**place** [2] - 133:7,
192:23
**places** [1] - 58:12
**plaintiff** [11] - 143:6,
187:18, 187:23,
188:3, 188:7,
188:10, 188:14,
216:15, 216:16,
216:19
**Plaintiff** [1] - 1:22
**plaintiffs** [45] - 74:16,
74:17, 78:9, 78:14,
142:16, 142:19,
142:24, 143:6,
143:10, 143:15,
165:23, 166:8,
167:3, 167:15,
167:18, 168:11,
168:16, 168:24,
171:5, 171:16,
171:21, 172:2,
172:23, 180:12,
184:4, 185:8,
185:10, 185:17,
187:6, 187:14,
215:16, 215:17,
215:22, 215:23,
215:24, 215:25,
216:8, 217:2, 217:7,
223:21, 223:24,

234:13, 242:13,
242:24, 263:8
**Plaintiffs** [3] - 1:10,
2:4, 2:12
**plan** [9] - 118:19,
129:19, 129:25,
130:3, 130:8,
130:16, 130:18,
253:24, 254:8
**Planet** [1] - 166:19
**planning** [2] - 155:9,
155:11
**plans** [1] - 25:16
**plate** [2] - 146:19,
147:2
**plates** [15] - 122:16,
122:19, 123:2,
123:19, 123:21,
124:3, 124:4,
124:15, 145:19,
145:21, 145:23,
145:25, 146:3,
146:16
**plating** [1] - 177:6
**play** [2] - 16:5, 200:3
**playbook** [1] - 206:15
**pledgor** [1] - 87:17
**plenty** [1] - 200:24
**plus** [1] - 166:12
**PO** [1] - 152:5
**point** [12] - 11:4,
54:24, 81:9, 86:18,
97:15, 162:12,
189:6, 202:19,
214:15, 225:6,
245:18, 252:18
**points** [1] - 202:16
**Police** [4] - 108:6,
108:14, 169:16,
264:7
**police** [6] - 108:18,
108:20, 108:22,
169:4, 224:19, 257:6
**position** [4] - 23:4,
185:13, 185:18,
186:6
**possess** [1] - 104:18
**possession** [2] - 60:4,
146:19
**possible** [7] - 93:16,
93:18, 94:19, 99:20,
99:22, 113:24,
114:3, 114:19,
170:18, 170:20,
170:21, 180:21,
197:4, 213:23,
221:18, 254:21,
254:22
**possibly** [8] - 15:2,
64:15, 69:10, 82:6,

113:15, 180:19, 222:10, 239:18
**potential** [3] - 138:5, 138:10, 238:17
**potentially** [3] - 214:19, 215:4, 235:6
**power** [1] - 224:7
**powers** [1] - 224:10
**practice** [1] - 82:25
**prefer** [1] - 26:8
**preliminary** [2] - 86:12, 236:14
**PREMIER** [1] - 1:15
**Premier** [1] - 58:7
**premise** [1] - 161:17
**premises** [2] - 58:10, 74:9
**preparation** [1] - 164:14
**prepare** [6] - 46:7, 46:9, 46:15, 46:19, 164:17, 164:24
**prepared** [9] - 43:10, 44:7, 45:16, 47:8, 47:13, 50:25, 81:21, 227:2, 227:5
**present** [6] - 9:16, 27:19, 34:22, 205:7, 205:13, 248:2
**PRESENT** [2] - 3:20, 3:22
**presented** [3] - 129:15, 205:11, 242:12
**presumably** [1] - 164:25
**presume** [1] - 159:19
**pretences** [1] - 225:13
**pretty** [4] - 124:8, 158:12, 213:24, 258:11
**prevent** [1] - 238:7
**principles** [1] - 100:8
**privilege** [3] - 204:20, 205:14, 238:12
**privileged** [1] - 205:3
**pro** [1] - 3:4
**problem** [14] - 31:8, 32:17, 32:23, 50:17, 50:18, 53:21, 68:13, 68:16, 77:4, 129:11, 136:11, 138:9, 153:11, 258:17
**problems** [5] - 31:18, 32:10, 33:13, 117:20, 149:8
**product** [1] - 11:3
**production** [1] - 242:11
**professional** [2] - 7:9,

7:12
**promise** [1] - 145:4
**promised** [3] - 39:23, 43:21, 77:18
**properly** [1] - 39:18
**property** [1] - 179:24
**proud** [1] - 247:19
**prove** [1] - 203:15
**provide** [2] - 200:18, 226:11
**provided** [1] - 46:18
**provider** [1] - 230:3
**providers** [1] - 254:8
**Public** [5] - 1:25, 5:4, 262:24, 265:7, 266:7
**pull** [1] - 55:14
**purchase** [14] - 64:6, 64:12, 65:17, 66:13, 66:17, 67:2, 67:9, 68:19, 68:22, 71:7, 81:4, 81:12, 83:23, 230:25
**purchased** [2] - 24:20, 126:25
**purchasing** [1] - 81:6
**purpose** [8] - 22:9, 63:13, 84:10, 86:9, 86:13, 109:11, 234:2, 246:17
**purposes** [4] - 51:3, 52:6, 52:9, 108:2
**pursuant** [1] - 1:23
**pushes** [1] - 130:17
**put** [9] - 19:16, 49:24, 50:13, 110:3, 110:6, 149:5, 149:20, 173:2, 173:5
**putting** [3] - 68:10, 120:12, 171:9

# Q

**queen** [2] - 218:12, 218:14
**Queens** [2] - 14:13, 14:14
**questioning** [2] - 229:4, 239:6
**questions** [16] - 5:23, 6:3, 6:6, 24:24, 48:12, 49:6, 50:15, 113:9, 114:10, 146:9, 176:6, 213:16, 237:21, 260:22, 260:24, 261:2
**quickly** [3] - 213:23, 213:24, 221:17

# R

**Rahman** [1] - 56:7
**Ram** [1] - 12:15
**ransom** [1] - 141:10
**rarely** [3] - 39:5, 39:7, 75:6
**rather** [2] - 154:19, 227:21
**Ray** [1] - 69:10
**re** [1] - 263:9
**read** [23] - 25:8, 25:10, 52:16, 59:7, 79:22, 83:19, 84:8, 84:15, 85:4, 85:17, 86:17, 92:14, 92:16, 98:19, 98:21, 102:14, 102:16, 105:25, 197:20, 197:22, 216:19, 233:19, 262:8
**realized** [2] - 31:17, 39:17
**really** [15] - 39:21, 42:19, 76:3, 137:9, 173:5, 190:18, 224:22, 231:10, 236:13, 243:14, 244:14, 245:7, 246:18, 248:12, 248:14
**REALTY** [1] - 1:8
**Realty** [5] - 2:17, 87:20, 87:24, 179:20, 179:22
**reason** [6] - 19:4, 19:17, 126:7, 150:10, 163:19, 182:13
**reasons** [1] - 117:14
**receivable** [1] - 251:7
**received** [2] - 9:6, 69:3
**Recess** [1] - 90:18
**recess** [3] - 55:5, 156:17, 193:21
**recognize** [4] - 62:18, 64:13, 106:14, 106:16
**record** [17] - 5:8, 5:12, 28:8, 83:20, 85:16, 105:25, 128:11, 201:7, 207:10, 207:16, 261:4, 261:7, 261:20, 262:12, 262:13, 265:13, 266:13
**Record** [6] - 25:10, 52:16, 98:21, 102:16, 197:22, 233:19

**records** [2] - 196:25, 210:24
**recoup** [2] - 213:2, 213:3
**refer** [1] - 187:15
**referencing** [7] - 100:12, 117:22, 121:16, 132:24, 157:16, 187:8, 217:9
**referred** [4] - 83:10, 83:16, 84:5
**referring** [8] - 16:12, 22:2, 25:20, 48:2, 48:9, 71:19, 79:7, 207:15
**refers** [1] - 207:11
**refilled** [1] - 98:12
**refresh** [1] - 99:14
**regard** [9] - 9:5, 42:7, 60:8, 66:19, 77:23, 83:13, 107:19, 141:15, 220:3
**regarding** [6] - 23:20, 42:17, 52:6, 80:16, 94:6, 108:13, 118:6, 120:20, 154:25, 209:13, 217:16, 220:2, 233:12, 234:14, 236:16, 241:8
**regardless** [1] - 85:21
**regards** [1] - 7:14
**register** [2] - 125:25, 126:2
**regular** [1] - 74:22
**regulations** [1] - 158:21
**reins** [1] - 116:3
**related** [10] - 72:21, 82:20, 87:2, 137:18, 209:9, 209:11, 211:4, 230:24, 265:16, 266:16
**relates** [1] - 177:23
**relating** [1] - 242:14
**relationship** [2] - 42:7, 139:9
**release** [1] - 181:8
**relied** [3] - 163:6, 163:7, 163:9
**relief** [5] - 217:17, 217:24, 218:12, 218:14
**remember** [86] - 9:9, 9:11, 10:4, 10:11, 10:22, 11:5, 13:6, 13:21, 14:19, 15:3, 18:7, 18:17, 18:23, 21:5, 21:10, 21:12, 27:3, 27:18, 29:20,

29:24, 31:15, 31:21, 43:8, 43:14, 46:16, 47:19, 49:19, 49:21, 65:5, 65:8, 65:10, 70:14, 74:13, 75:10, 76:5, 78:22, 80:5, 81:16, 93:21, 94:8, 94:12, 94:17, 96:16, 99:11, 99:18, 109:5, 123:13, 127:10, 140:21, 140:25, 142:5, 142:10, 142:14, 146:23, 147:14, 154:12, 154:14, 160:13, 164:3, 171:2, 171:17, 171:22, 172:16, 172:20, 172:25, 202:8, 202:12, 204:12, 206:11, 206:12, 207:5, 221:11, 229:19, 235:17, 236:18, 239:13, 239:15, 239:19, 239:22, 239:24, 240:15, 240:25, 241:4, 241:6, 242:8
**remembered** [1] - 14:22
**reminded** [1] - 205:18
**remove** [2] - 75:20, 137:12
**render** [1] - 6:2
**repayments** [1] - 115:17
**repeat** [5] - 52:11, 52:14, 112:6, 190:8, 233:17
**rephrase** [2] - 66:21, 139:25
**replaced** [2] - 243:25, 244:8
**Report** [2] - 108:7, 264:8
**report** [1] - 108:13
**REPORTER** [2] - 5:6, 5:11
**reporter** [1] - 85:16
**Reporting** [1] - 170:5
**represent** [6] - 153:20, 167:24, 178:8, 202:4, 244:24, 245:5
**representation** [2] - 218:19, 240:7
**REPRESENTATIVE** [1] - 1:6
**representative** [1] - 42:24
**Representative** [1] -

2:15
**represented** [1] -
129:5
**representing** [4] -
98:9, 219:16,
235:23, 244:19
**REQUEST** [1] - 263:6
**request** [6] - 97:7,
211:8, 211:12,
211:15, 211:20,
242:25
**requesting** [1] - 97:3
**required** [1] - 226:8
**requirement** [1] - 9:14
**requirements** [1] -
10:3
**reserved** [1] - 4:11
**resolve** [1] - 76:4
**resolved** [8] - 76:16,
76:25, 77:9, 77:12,
77:15, 77:22, 260:14
**resource** [1] - 10:10
**respect** [4] - 48:8,
48:9, 140:4, 166:3
**respective** [1] - 4:4
**responded** [1] - 211:9
**responsibilities** [3] -
117:7, 117:12, 132:8
**responsibility** [3] -
38:16, 254:6, 254:9
**responsible** [17] -
19:8, 115:9, 115:22,
115:23, 123:5,
131:10, 131:13,
131:25, 132:3,
161:22, 195:16,
230:5, 230:11,
231:5, 253:17,
253:20, 254:19
**rest** [2] - 69:9, 85:18
**result** [1] - 122:2
**results** [1] - 144:17
**resume** [1] - 193:13
**resumed** [1] - 194:16
**retail** [2] - 10:18,
10:19
**retain** [1] - 91:22
**retained** [1] - 161:2
**return** [14] - 52:7,
92:21, 97:4, 97:5,
99:4, 99:16, 101:12,
103:20, 103:21,
108:2, 122:20,
173:3, 186:19,
224:18
**returned** [2] - 156:21,
156:23
**returns** [68] - 43:9,
44:6, 44:14, 44:18,
45:7, 45:15, 46:7,

46:9, 46:15, 46:20,
47:8, 47:13, 47:18,
47:20, 47:22, 48:20,
49:10, 49:12, 49:25,
50:3, 50:6, 50:24,
51:3, 52:4, 52:6,
52:10, 54:6, 54:13,
54:15, 94:6, 94:14,
94:21, 97:16, 97:24,
101:4, 101:22,
102:5, 102:21,
103:4, 103:9, 104:8,
107:21, 107:22,
162:15, 162:22,
163:6, 163:10,
163:14, 163:18,
163:21, 164:2,
164:14, 164:18,
164:21, 164:24,
174:6, 175:22,
176:2, 176:3, 176:8,
176:12, 176:13,
226:16, 226:21,
227:2, 227:5,
227:15, 227:22
**Revenue** [2] - 55:8,
263:13
**revised** [4] - 175:22,
175:25, 176:7,
176:12
**rid** [1] - 32:9
**rightfully** [1] - 224:6
**rights** [2] - 212:10,
212:12
**rip** [1] - 129:24
**ripped** [1] - 210:22
**Rob** [1] - 234:17
**Robert** [2] - 2:5,
207:12
**ROBERT** [2] - 1:4,
3:23
**Rockland** [3] - 6:12,
6:13, 12:12
**role** [1] - 16:5
**roll** [1] - 184:23
**Ron** [8] - 80:15, 82:4,
83:5, 84:12, 84:18,
86:11, 112:18,
115:21
**Ron's** [1] - 80:19
**Ronald** [1] - 143:16
**RONNEBURGER** [2] -
3:12, 260:25
**Ronny** [1] - 110:25
**room** [3] - 156:9,
219:20, 248:5
**ROSLYN** [1] - 1:14
**Roslyn** [1] - 5:14
**roughly** [1] - 158:7
**ROUTE** [1] - 1:9

**Route** [4] - 2:17,
12:14, 183:9, 185:22
**RQ** [1] - 242:9
**Ruderman** [2] - 208:7,
241:2
**ruined** [1] - 251:17
**Ruiz** [1] - 69:21
**rule** [1] - 103:7
**rules** [1] - 158:20
**run** [9] - 40:17,
135:22, 136:17,
137:21, 155:24,
155:25, 202:16,
224:12
**running** [2] - 30:13,
155:10
**runs** [1] - 117:8
**Russell** [3] - 189:7,
204:20, 208:6
**RUSSELL** [1] - 2:21

## S

**safe** [2] - 9:12, 9:18
**SAGE** [1] - 2:3
**sake** [3] - 230:2,
231:13, 232:13
**Sale** [2] - 80:7, 263:22
**sale** [7] - 80:14, 80:18,
80:21, 81:2, 83:4,
210:9, 230:17
**sales** [10] - 28:2, 28:4,
210:7, 210:9,
210:13, 213:4,
213:8, 214:6, 214:9,
250:25
**Sales** [1] - 2:5
**SALES** [1] - 1:4
**salesmanship** [1] -
10:21
**salespeople** [1] -
249:20
**Sarah** [34] - 38:11,
43:12, 44:19, 45:8,
49:13, 54:7, 58:18,
59:2, 59:21, 61:11,
61:21, 62:3, 79:15,
92:20, 106:15,
106:19, 107:22,
138:25, 139:5,
139:11, 139:19,
140:3, 140:19,
142:8, 142:12,
142:21, 146:9,
174:7, 185:14,
187:11, 215:18,
223:12, 257:3,
259:20
**SARAH** [2] - 1:11,
3:24

**Sarah's** [4] - 56:6,
58:11, 59:24, 64:15
**satisfy** [2] - 30:5, 32:6
**saw** [29] - 54:15,
59:23, 59:25, 93:3,
93:12, 93:13, 93:17,
96:17, 123:22,
124:2, 125:3,
127:24, 129:10,
129:13, 141:18,
144:15, 144:16,
144:18, 144:25,
145:3, 145:7, 145:8,
145:10, 145:22,
146:2, 146:5,
229:16, 256:16
**scanning** [1] - 71:21
**Schedule** [1] - 100:18
**Scherino** [3] - 111:3,
112:10, 112:12
**school** [4] - 6:10, 7:4,
7:19, 8:16
**School** [1] - 6:11
**schools** [1] - 7:3
**screen** [13] - 16:15,
56:21, 57:2, 60:17,
63:6, 64:20, 71:13,
79:12, 80:10, 88:8,
104:16, 108:10,
170:11
**Se** [1] - 3:4
**sealing** [1] - 4:5
**second** [2] - 55:12,
104:5
**seconds** [2] - 90:12,
133:5
**Secretary** [1] - 25:12
**secure** [1] - 172:9
**securing** [1] - 172:15
**security** [1] - 132:18
**see** [139] - 55:10,
55:13, 56:4, 56:6,
56:16, 56:18, 56:20,
56:23, 56:24, 57:2,
57:8, 57:11, 57:13,
57:18, 57:20, 57:22,
57:25, 58:5, 58:10,
58:11, 58:17, 58:21,
58:22, 59:2, 59:5,
59:6, 59:8, 60:17,
60:20, 60:24, 61:6,
61:9, 61:10, 61:13,
61:14, 61:17, 61:18,
62:6, 62:9, 62:12,
63:5, 63:8, 63:12,
63:14, 64:8, 64:10,
64:17, 64:24, 64:25,
66:10, 71:15, 71:17,
71:22, 71:24, 71:25,
72:2, 72:4, 72:6,

72:7, 72:25, 73:6,
73:9, 73:12, 73:14,
73:18, 73:19, 74:7,
74:10, 80:12, 80:17,
80:18, 80:19, 81:23,
82:6, 83:3, 83:6,
83:7, 83:11, 83:12,
83:17, 83:18, 84:3,
84:6, 85:6, 87:9,
87:10, 87:17, 87:18,
87:23, 88:7, 88:10,
88:16, 89:14, 89:15,
89:19, 91:3, 92:24,
92:25, 96:8, 96:10,
96:13, 96:22,
100:16, 100:19,
100:21, 100:24,
105:2, 105:7,
105:10, 105:13,
105:15, 105:16,
105:18, 106:11,
108:12, 123:15,
123:18, 124:13,
124:14, 124:15,
125:6, 127:6,
144:22, 145:16,
145:18, 146:9,
146:12, 146:15,
147:5, 147:10,
152:21, 167:23,
170:3, 170:7,
170:15, 183:25,
239:5
**seeing** [3] - 79:2,
93:24, 211:19
**seem** [1] - 246:22
**sell** [7] - 83:22, 85:6,
138:14, 210:11,
210:17, 215:8, 253:5
**seller** [3] - 83:6, 83:21,
83:24
**selling** [4] - 80:24,
212:22, 215:2,
246:17
**send** [1] - 31:13
**sending** [2] - 29:20,
253:22
**senior** [2] - 41:18,
41:20
**sent** [9] - 29:24, 31:9,
49:23, 52:24, 96:25,
120:8, 181:11,
181:12, 181:18
**sentence** [2] - 66:22,
83:8
**separate** [4] - 58:12,
113:5, 113:9, 184:17
**separating** [1] - 104:4
**September** [5] - 43:8,
78:21, 79:18, 94:4,

226:16
**series** [1] - 90:20
**served** [5] - 78:20, 79:14, 79:19, 79:25, 221:14
**Service** [2] - 55:8, 263:13
**set** [6] - 151:3, 238:6, 265:11, 265:21, 266:11, 266:21
**settle** [1] - 118:10
**several** [10] - 12:5, 51:7, 51:17, 56:2, 92:8, 103:24, 117:3, 123:14, 207:18, 250:21
**shall** [1] - 4:11
**SHANKS** [92] - 2:11, 2:21, 16:10, 20:6, 21:14, 21:22, 23:21, 24:25, 25:5, 28:8, 28:17, 28:19, 34:18, 35:2, 35:8, 35:23, 41:19, 44:13, 45:13, 47:24, 48:7, 50:5, 50:11, 50:13, 52:17, 53:4, 53:11, 53:19, 54:21, 55:4, 57:3, 57:6, 57:11, 71:18, 74:3, 76:18, 76:22, 85:12, 85:15, 85:25, 93:9, 102:6, 102:24, 110:13, 113:3, 113:11, 114:6, 128:6, 128:11, 131:18, 131:22, 135:18, 151:14, 151:21, 155:8, 155:23, 156:5, 160:25, 161:9, 166:9, 166:21, 167:6, 182:8, 185:11, 186:16, 187:3, 189:3, 192:17, 193:4, 197:20, 197:24, 204:17, 204:22, 205:25, 215:19, 216:14, 216:22, 219:5, 219:14, 219:23, 225:7, 228:19, 231:22, 237:24, 238:13, 239:2, 239:8, 242:16, 247:7, 247:23, 261:5, 261:18
**Shanks** [8] - 28:15, 33:22, 33:24, 34:7, 35:7, 128:10, 208:7,

240:23
**shanks** [11] - 16:15, 21:21, 48:4, 48:16, 50:8, 50:17, 52:25, 113:10, 151:19, 219:13, 239:7
**shape** [1] - 183:20
**shareholder** [2] - 54:7, 54:8
**shell** [1] - 246:15
**short** [1] - 26:6
**show** [10] - 24:23, 47:25, 48:4, 48:11, 48:22, 78:23, 92:21, 143:11, 172:10, 228:17
**showed** [2] - 59:20, 227:11
**showing** [1] - 67:14
**shown** [1] - 61:23
**shows** [1] - 22:13
**side** [4] - 104:23, 167:22, 186:15, 238:23
**sign** [3] - 40:11, 113:19, 135:8
**signature** [14] - 58:6, 58:18, 62:3, 64:14, 66:6, 87:16, 87:18, 87:21, 87:23, 105:16, 105:24, 106:11, 106:15, 106:20
**signatures** [4] - 85:7, 87:8, 87:10, 87:13
**Signed** [1] - 262:21
**signed** [16] - 4:15, 4:18, 32:18, 40:8, 58:11, 58:19, 58:22, 59:24, 59:25, 61:18, 67:10, 73:10, 135:5, 219:19, 222:19, 233:23
**signer** [3] - 61:15, 105:14, 106:21
**Signers'** [3] - 104:13, 105:10, 264:6
**significantly** [1] - 129:4
**signing** [1] - 58:14
**signs** [1] - 234:3
**similar** [2] - 183:10, 203:22
**simple** [2] - 48:25, 139:16
**single** [5] - 144:14, 196:21, 197:8, 198:5, 199:6
**sit** [4] - 185:20, 190:14, 195:21,

197:7
**sits** [1] - 250:20
**situation** [2] - 220:2, 220:6
**situations** [1] - 220:23
**six** [1] - 85:11
**SMITHTOWN** [1] - 1:15
**so..** [3] - 9:15, 67:11, 247:19
**sold** [13] - 14:8, 14:10, 15:6, 81:17, 81:19, 125:12, 125:16, 210:3, 212:3, 212:6, 229:22, 233:23
**solve** [5] - 32:23, 33:3, 33:13, 206:3, 258:17
**someone** [30] - 32:15, 32:20, 37:10, 37:12, 47:7, 64:23, 90:22, 91:2, 109:21, 130:25, 131:24, 135:8, 136:15, 153:21, 167:24, 168:4, 169:11, 169:15, 170:19, 191:14, 192:18, 202:5, 203:5, 220:16, 226:10, 234:17, 236:8, 243:4, 248:5, 254:20
**something's** [1] - 77:14
**sometime** [1] - 70:5
**sometimes** [1] - 77:13
**somewhat** [1] - 36:17
**somewhere** [1] - 238:8
**son** [1] - 30:18
**sooner** [1] - 193:18
**sorry** [16] - 8:21, 16:14, 62:3, 66:22, 104:19, 115:15, 127:15, 135:17, 143:4, 150:15, 182:11, 190:24, 207:9, 214:22, 214:23, 233:14
**sort** [8] - 55:17, 66:15, 81:2, 103:6, 139:12, 159:10, 201:22, 234:4
**sounds** [10] - 8:9, 15:18, 29:19, 64:4, 70:8, 178:7, 234:19, 234:20, 245:23, 247:18
**speaking** [5] - 39:10, 76:5, 85:13, 242:21, 242:23

**speaks** [1] - 128:12
**specific** [14] - 16:13, 68:3, 68:25, 70:2, 145:10, 148:25, 168:22, 177:2, 178:3, 196:14, 198:11, 213:14, 242:3, 255:4
**specifically** [11] - 41:3, 101:8, 140:3, 165:18, 199:20, 202:12, 202:18, 230:20, 230:22, 236:18, 242:10
**specifications** [1] - 38:21
**specificity** [6] - 154:17, 168:8, 168:14, 171:14, 171:19, 200:19
**specifics** [4] - 165:15, 207:5, 209:3, 212:4
**speculation** [1] - 76:19
**spent** [1] - 144:12
**splattered** [1] - 257:25
**spoken** [5] - 219:21, 236:15, 237:23, 241:7, 241:12
**squelched** [1] - 102:13
**ss** [3] - 262:4, 265:4, 266:4
**stands** [1] - 244:6
**started** [1] - 232:9
**state** [6] - 5:7, 5:12, 154:16, 180:6, 236:22, 236:24
**STATE** [3] - 262:4, 265:3, 266:3
**State** [8] - 1:25, 45:12, 73:5, 73:6, 125:25, 262:24, 265:7, 266:7
**State's** [1] - 25:13
**statement** [5] - 21:23, 173:15, 198:8, 211:20, 211:21
**statements** [4] - 165:11, 166:5, 166:11, 172:8
**Staten** [2] - 12:9, 243:15
**STATES** [1] - 1:2
**stealing** [1] - 144:23
**steps** [1] - 109:4
**Steve** [3] - 243:4, 243:6, 244:2
**still** [15] - 13:22, 14:4, 16:15, 18:5, 103:10, 103:23, 174:4,

174:17, 182:4, 190:20, 191:3, 228:10, 228:11, 243:12, 249:5
**STIPULATED** [3] - 4:2, 4:8, 4:13
**Stock** [2] - 80:6, 263:22
**stock** [11] - 80:14, 80:18, 80:21, 83:4, 83:25, 84:11, 85:21, 86:10, 86:21, 86:24
**stockholders** [1] - 107:23
**stop** [8] - 50:10, 53:5, 53:8, 95:5, 95:16, 175:15, 216:20, 216:22
**stopped** [6] - 95:12, 95:15, 145:15, 174:19, 245:19, 245:25
**stores** [1] - 250:21
**stories** [1] - 154:3
**straightened** [1] - 76:10
**Stream** [11] - 12:10, 69:16, 249:13, 250:11, 250:13, 250:16, 250:19, 252:7, 252:15, 252:22
**STREET** [1] - 1:8
**Street** [4] - 2:17, 3:18, 179:20, 179:22
**stress** [3] - 121:17, 121:25, 199:14
**stressed** [1] - 178:8
**strike** [1] - 98:15
**stripped** [1] - 129:7
**stuff** [2] - 82:20, 261:24
**subject** [1] - 209:2
**submitted** [1] - 47:14
**subscribed** [1] - 262:21
**subsequently** [1] - 201:24
**subsidiaries** [1] - 229:24
**substance** [2] - 29:22, 33:5
**sue** [2] - 31:12, 31:14
**suffered** [3] - 121:8, 121:14, 122:2
**suggest** [2] - 144:10, 226:4
**suggesting** [1] - 226:25
**suggestions** [1] -

104:20
**suing** [2] - 201:22, 203:12
**Suite** [2] - 2:19, 3:18
**sum** [2] - 29:21, 33:5
**summary** [2] - 62:5, 62:10
**SUNRISE** [3] - 1:4, 1:13, 1:17
**Sunrise** [98] - 2:12, 3:5, 14:21, 63:14, 63:16, 63:20, 63:25, 64:7, 66:13, 67:2, 67:9, 68:19, 69:7, 71:7, 72:3, 73:3, 73:11, 73:17, 73:19, 74:19, 74:24, 75:3, 75:8, 75:13, 78:3, 78:13, 88:25, 95:2, 97:4, 97:17, 98:10, 109:8, 110:11, 111:10, 112:3, 112:13, 112:14, 112:19, 112:20, 112:24, 113:13, 114:24, 151:12, 151:18, 153:8, 154:21, 154:25, 155:5, 156:20, 159:15, 172:18, 173:7, 173:25, 174:5, 174:11, 174:19, 174:24, 175:9, 175:22, 176:2, 210:3, 213:17, 213:18, 216:2, 216:9, 220:7, 220:14, 220:23, 222:2, 222:13, 228:8, 228:9, 228:12, 229:2, 229:5, 229:14, 229:23, 230:4, 230:17, 230:25, 231:15, 233:13, 234:6, 236:17, 237:7, 237:16, 239:12, 240:14, 241:8, 241:13, 242:15, 243:18, 245:15, 246:2, 250:8, 263:9
**Sunrise's** [3] - 110:5, 112:25, 230:12
**Superb** [4] - 2:4, 206:19, 206:21, 206:23
**SUPERB** [1] - 1:4
**supplied** [1] - 25:15
**supposed** [10] - 32:4,
104:20

44:2, 44:5, 44:11, 44:22, 51:6, 68:21, 96:3, 128:25, 174:12
**supposedly** [4] - 76:2, 123:9, 123:11, 141:8
**surprised** [2] - 143:22, 143:25
**switch** [5] - 45:19, 51:17, 51:18, 51:19, 51:20
**switching** [2] - 43:22, 44:25
**swivel** [1] - 105:6
**sworn** [5] - 4:15, 4:18, 5:4, 265:11, 266:11
**SYOSSET** [1] - 1:13
**Syosset** [1] - 26:4
**Syracuse** [3] - 6:19, 7:3, 10:16

## T

**table** [2] - 186:15, 238:24
**tax** [67] - 43:9, 44:6, 44:14, 44:18, 45:7, 45:15, 48:19, 50:5, 50:24, 51:3, 52:4, 52:6, 52:7, 52:10, 54:6, 54:12, 54:15, 55:18, 94:6, 94:14, 94:21, 94:25, 95:5, 95:12, 95:16, 97:4, 97:16, 97:24, 99:4, 99:16, 101:4, 101:12, 101:22, 102:4, 102:21, 103:4, 103:9, 103:20, 103:21, 104:8, 107:21, 108:2, 162:15, 162:21, 163:6, 163:9, 163:14, 163:18, 163:20, 164:14, 174:6, 174:10, 174:19, 174:24, 175:22, 176:2, 176:3, 176:8, 176:12, 176:13, 226:16, 226:20, 226:25, 227:5, 227:15, 227:22
**taxes** [5] - 175:7, 175:16, 245:13, 245:16, 246:2
**taxing** [1] - 226:18
**teaching** [1] - 8:24
**Team** [1] - 2:5
**team** [2] - 116:5, 118:24

**TEAM** [1] - 1:4
**telephone** [2] - 208:2, 208:15
**telephonic** [1] - 155:20
**ten** [2] - 155:22, 191:8
**term** [12] - 26:9, 55:21, 72:12, 72:16, 125:16, 246:6, 246:10, 246:11, 246:12, 247:12, 247:15, 247:16
**terms** [5] - 16:6, 225:21, 225:22, 244:15, 255:9
**testified** [5] - 5:5, 47:10, 107:14, 192:3, 194:16
**testify** [2] - 49:8, 236:7
**testifying** [3] - 45:10, 134:13, 190:15
**testimony** [10] - 21:16, 128:13, 130:6, 130:19, 150:9, 231:21, 262:9, 262:12, 265:13, 266:13
**text** [4] - 29:21, 29:25, 31:9, 31:13
**THE** [8] - 1:6, 5:6, 5:9, 5:11, 5:13, 25:4, 156:7, 225:9
**the..** [1] - 96:22
**theft** [1] - 254:17
**theirs** [1] - 224:7
**themselves** [2] - 169:20, 258:7
**then-customers** [1] - 30:13
**theory** [1] - 183:22
**thereafter** [1] - 229:16
**therefore** [3] - 23:12, 33:4, 205:15
**Theresa** [4] - 90:5, 90:9, 90:21, 91:6
**thick** [1] - 79:2
**thinking** [7] - 155:13, 155:14, 227:18, 234:22, 243:7, 243:12, 244:3
**third** [1] - 62:4
**Thomas** [7] - 88:14, 92:10, 96:7, 171:25, 172:4, 172:14, 226:9
**THOMAS** [1] - 1:12
**Thomasson** [18] - 5:20, 25:6, 28:9, 35:23, 48:7, 53:5, 71:18, 166:10, 185:16, 197:24,

215:14, 215:19, 219:8, 232:6, 233:14, 246:23, 261:8, 261:13
**THOMASSON** [77] - 1:11, 3:3, 5:18, 8:18, 20:12, 21:19, 25:7, 28:14, 28:18, 35:6, 41:21, 48:3, 48:14, 50:8, 50:12, 50:16, 52:13, 52:23, 53:7, 53:13, 53:21, 54:16, 54:23, 57:15, 74:6, 85:14, 86:4, 90:11, 90:16, 98:14, 98:18, 102:9, 105:2, 110:15, 113:7, 114:9, 128:9, 131:20, 151:17, 151:22, 155:12, 156:4, 156:10, 156:15, 161:4, 166:15, 166:23, 167:8, 186:18, 186:24, 189:6, 192:20, 193:10, 193:16, 193:20, 194:18, 198:3, 204:23, 206:5, 216:12, 216:18, 216:23, 219:9, 219:18, 233:16, 238:10, 238:22, 239:4, 239:9, 242:9, 242:20, 243:2, 246:24, 247:11, 247:14, 260:21, 263:4
**Thomasson's** [1] - 36:2
**three** [14] - 12:10, 14:8, 48:5, 85:11, 123:25, 124:6, 132:13, 136:19, 152:22, 168:9, 188:22, 197:2, 197:6, 226:3
**throughout** [1] - 203:16
**tied** [4] - 177:16, 180:20, 183:11, 184:11
**timeframe** [1] - 34:19
**timeline** [1] - 29:19
**title** [5] - 16:17, 57:25, 246:5, 246:16, 247:6
**titled** [2] - 126:3, 210:2
**titles** [1] - 259:20
**today** [32] - 5:25, 6:7,

27:5, 28:4, 37:7, 37:20, 37:24, 38:5, 93:20, 93:25, 110:24, 128:3, 139:18, 142:11, 163:19, 165:18, 168:9, 168:20, 168:22, 171:5, 171:14, 171:19, 171:24, 174:18, 177:19, 179:11, 183:9, 190:14, 195:12, 195:21, 196:20, 261:14
**together** [2] - 139:8, 183:12
**token** [6] - 132:24, 132:25, 133:15, 133:18, 134:5, 134:16
**tokens** [7] - 132:21, 133:7, 133:19, 133:23, 133:25, 134:3, 134:11
**Tom** [2] - 92:19, 97:2
**Tony** [9] - 204:23, 205:20, 206:16, 207:17, 208:3, 208:14, 208:16, 208:22
**took** [43] - 9:10, 9:13, 9:19, 9:22, 9:24, 10:7, 27:16, 31:24, 32:12, 33:6, 33:12, 33:14, 33:15, 34:4, 34:5, 109:24, 110:6, 113:20, 122:12, 122:19, 122:25, 123:2, 123:7, 123:8, 123:12, 125:2, 147:12, 148:2, 160:17, 160:22, 161:13, 180:24, 183:16, 192:22, 194:20, 195:2, 195:5, 195:22, 196:15, 196:18, 200:17
**top** [11] - 57:22, 71:22, 83:4, 84:4, 90:19, 96:10, 100:16, 100:18, 143:13, 168:20, 170:4
**topics** [1] - 9:22
**touch** [3] - 38:24, 129:3, 129:4
**touched** [1] - 129:10
**tough** [2] - 220:9, 251:19
**towards** [5] - 10:3,

68:18, 68:22, 71:6, 149:6
**track** [1] - 12:16
**Tracy** [2] - 244:13, 244:16
**trade** [1] - 45:5
**trade-ins** [1] - 45:5
**tradename** [1] - 184:15
**trades** [4] - 32:3, 32:25, 210:23, 253:4
**trained** [2] - 8:11, 199:25
**training** [2] - 7:13, 9:2
**transaction** [11] - 144:14, 196:21, 197:8, 198:6, 198:11, 199:6, 199:9, 199:21, 212:9, 215:11, 225:20
**transactions** [4] - 133:20, 134:6, 210:25, 211:3
**transcript** [3] - 53:22, 262:8, 262:11
**transfer** [3] - 67:16, 83:22, 85:20
**transferred** [5] - 214:15, 214:17, 215:5, 215:7, 228:14
**transferring** [6] - 84:11, 84:19, 86:3, 86:10, 95:23, 95:25
**Treasury** [2] - 55:7, 263:12
**tremendously** [1] - 207:23
**trial** [1] - 4:12
**tried** [4] - 12:16, 132:16, 197:3, 221:17
**trouble** [6] - 31:4, 57:16, 136:3, 136:22, 136:24, 202:5
**true** [6] - 175:13, 175:14, 262:11, 262:14, 265:13, 266:13
**trust** [2] - 214:5, 257:23
**truthfully** [3] - 246:12, 247:17, 250:20
**try** [6] - 57:16, 76:4, 103:7, 111:24, 199:12, 224:11
**trying** [5] - 47:11, 81:4, 100:12, 161:10, 213:2,

217:11, 224:5, 224:12, 257:9
**turn** [2] - 104:19, 160:5
**turned** [12] - 33:22, 33:24, 33:25, 34:7, 122:22, 126:14, 212:7, 213:5, 213:10, 213:13, 213:18, 214:10
**turns** [1] - 30:25
**TV** [2] - 200:3, 200:6
**two** [42] - 44:15, 58:12, 69:25, 70:8, 71:23, 71:25, 83:7, 85:12, 89:4, 90:12, 92:22, 94:11, 94:20, 95:6, 97:18, 97:25, 104:4, 114:10, 123:25, 124:6, 124:17, 126:22, 127:24, 128:20, 136:19, 144:23, 145:8, 156:8, 165:23, 165:25, 166:6, 167:13, 204:16, 206:8, 214:23, 215:23, 215:24, 249:10, 250:19, 252:15, 252:25, 257:8
**type** [4] - 9:2, 10:10, 94:25, 121:13
**types** [1] - 10:4
**typical** [1] - 126:4
**typically** [10] - 39:13, 125:23, 232:16, 232:18, 232:19, 232:22, 233:2, 233:5, 249:23, 253:12

**U**

**UEA** [2] - 1:15, 58:7
**UEA's** [1] - 58:9
**ugly** [2] - 29:22, 31:10
**umbrella** [1] - 147:22
**unauthorized** [7] - 127:19, 196:23, 197:10, 198:13, 198:15, 198:22, 199:7
**unaware** [1] - 215:10
**unbalanced** [1] - 137:9
**uncovered** [1] - 199:11
**under** [21] - 18:20, 45:10, 49:12, 73:15,

84:3, 87:20, 100:22, 104:23, 107:14, 122:17, 122:18, 126:2, 147:22, 153:7, 161:17, 225:13, 242:16, 246:17, 254:12, 262:9
**understood** [5] - 23:20, 41:5, 41:6, 42:22, 227:10
**unethical** [2] - 153:24, 195:7
**unfortunately** [1] - 77:12
**Uniondale** [1] - 3:11
**UNITED** [1] - 1:2
**University** [3] - 6:19, 7:3, 10:16
**unless** [1] - 47:25
**unnecessary** [1] - 168:2
**up** [29] - 28:15, 30:7, 41:23, 51:25, 57:6, 75:24, 77:4, 77:8, 84:2, 116:4, 116:9, 116:14, 116:19, 116:22, 137:18, 149:6, 154:2, 154:3, 154:5, 173:6, 193:17, 214:23, 219:10, 224:4, 242:18, 249:9, 249:13, 259:20
**upload** [1] - 54:18
**upper** [2] - 61:7, 105:7
**upper-right** [1] - 61:7
**upset** [2] - 75:23, 260:2
**URRUTIA** [2] - 1:4, 3:23
**Urrutia** [17] - 2:6, 202:7, 202:20, 203:4, 203:10, 203:13, 203:20, 204:2, 204:9, 204:24, 205:20, 207:13, 207:17, 208:3, 208:14, 208:16, 208:22
**US** [1] - 99:16
**uses** [1] - 47:4
**utilized** [1] - 113:19

**V**

**vague** [1] - 208:12
**value** [1] - 129:5
**valued** [1] - 126:25
**variety** [1] - 29:14

**Vehicle** [1] - 22:8
**vehicle** [19] - 22:12, 22:24, 43:22, 44:25, 45:20, 51:20, 51:21, 95:23, 96:2, 117:14, 117:16, 158:22, 158:25, 159:4, 212:14, 251:5, 251:16, 251:17, 253:4
**Ventimiglia** [1] - 124:11
**verbally** [1] - 49:18
**version** [1] - 26:7
**view** [1] - 173:16
**viewed** [1] - 173:21
**violated** [1] - 181:21
**Volkswagon** [1] - 177:15

**W**

**wait** [3] - 70:10, 167:9, 244:2
**waived** [1] - 4:7
**wake** [1] - 75:24
**walk** [1] - 109:3
**Wantagh** [1] - 3:6
**wants** [1] - 76:23
**warn** [1] - 237:25
**warranties** [9] - 229:21, 230:4, 230:6, 230:12, 230:24, 231:6, 231:14, 231:20, 232:16
**washing** [2] - 246:6, 247:6
**washy** [1] - 247:10
**watch** [2] - 138:11, 196:6
**ways** [1] - 166:25
**WEIR** [1] - 3:14
**welcome** [1] - 99:2
**Wendy** [26] - 88:15, 88:18, 88:19, 96:6, 96:12, 109:22, 109:24, 114:16, 119:11, 119:12, 119:19, 157:9, 157:10, 157:20, 158:11, 158:12, 190:20, 191:3, 218:6, 218:7, 248:16, 248:18, 248:20, 248:22, 256:5
**Wendy's** [2] - 256:9, 256:10
**whatnot** [2] - 177:24,

196:12
**whereas** [1] - 83:21
**WHEREOF** [2] - 265:20, 266:20
**whole** [11] - 7:16, 29:4, 45:20, 59:6, 85:4, 126:23, 173:7, 206:4, 219:10, 258:23, 259:23
**Widener** [1] - 3:17
**wife** [2] - 75:24, 139:10
**wife's** [1] - 13:12
**willing** [2] - 85:6, 104:20
**winding** [5] - 116:22, 117:19, 117:20, 154:20, 154:23
**wire** [1] - 119:23
**wishy** [1] - 247:10
**wishy-washy** [1] - 247:10
**withdraw** [1] - 35:6
**withdrew** [1] - 109:15
**witness** [8] - 5:3, 207:11, 237:25, 261:22, 265:10, 265:14, 266:10, 266:14
**WITNESS** [8] - 5:9, 5:13, 25:4, 156:7, 225:9, 263:3, 265:20, 266:20
**witnesses** [2] - 192:14, 238:17
**wood** [1] - 225:4
**word** [9] - 20:9, 51:8, 54:2, 56:16, 56:20, 56:24, 58:21, 71:12, 73:15
**words** [2] - 206:2, 231:23
**works** [14] - 88:19, 89:9, 91:11, 91:21, 109:21, 190:22, 191:17, 191:19, 248:21, 248:22, 249:5, 249:7, 252:9, 252:14
**worried** [2] - 136:15, 136:17
**worth** [4] - 30:25, 31:2, 127:2, 128:25
**wound** [4] - 116:23, 117:24, 118:13, 173:6
**write** [2] - 119:9, 134:23
**writing** [9] - 49:22, 51:11, 67:5, 118:25,

119:4, 119:6, 234:3, 234:7, 242:19
**written** [6] - 64:23, 228:16, 228:23, 228:25, 229:8, 233:11
**wrongdoing** [11] - 127:24, 128:3, 128:18, 138:24, 139:4, 139:12, 139:19, 165:5, 209:2, 211:4, 259:14
**wrongful** [1] - 144:15
**wrongfully** [8] - 123:5, 145:9, 146:6, 146:13, 146:16, 147:2, 147:8, 147:12
**wrote** [3] - 86:19, 96:11, 96:14

## X

**X(Cont'd** [1] - 264:2
**Xerri** [1] - 234:18

## Y

**year** [8] - 6:20, 7:6, 18:7, 18:10, 18:12, 79:3, 79:17, 249:10
**years** [21] - 8:8, 10:12, 12:21, 35:16, 48:5, 69:25, 70:8, 91:13, 92:8, 111:6, 132:13, 137:14, 168:9, 169:24, 169:25, 191:8, 197:2, 197:6, 226:3, 249:11, 250:22
**yes-or-no** [2] - 110:19, 192:12
**Yonkers** [5] - 14:2, 14:4, 14:8, 15:5, 18:4
**YORK** [4] - 1:3, 262:4, 265:3, 266:3
**York** [17] - 1:25, 2:8, 2:20, 3:6, 3:11, 5:14, 6:13, 45:12, 47:13, 73:5, 73:18, 79:17, 184:20, 262:24, 265:8, 266:8
**yourself** [18] - 14:20, 27:5, 92:15, 107:6, 107:7, 116:18, 123:15, 123:18, 123:22, 124:15, 128:19, 139:19, 145:3, 174:5, 219:16, 219:17,

235:11, 236:2
**yourselves** [1] - 182:15
**yup** [5] - 62:8, 72:6, 73:20, 184:17, 250:4

## Z

**zero** [1] - 231:8
**ZIZMOR** [1] - 2:11
**Zoom** [1] - 1:19

*Rich Moffett Court Reporting, Inc.*