1                                                         1

2      UNITED STATES DISTRICT COURT
       EASTERN DISTRICT OF NEW YORK
3      -------------------------------------X
       SUPERB MOTORS INC., TEAM AUTO SALES LLC,
4      ROBERT ANTHONY URRUTIA, 189 SUNRISE
       HWY AUTO LLC, NORTHSHORE MOTOR
5      LEASING, LLC, BRIAN CHABRIER, individually
       and derivatively as a member of NORTHSHORE
6      MOTOR LEASING, LLC, JOSHUA AARONSON,
       individually and derivatively as a member of
7      189 SUNRISE HWY AUTO, LLC, JORY BARON, 1581
       HYLAN BLVD AUTO LLC, 1580 HYLAN BLVD AUTO
8      LLC, 1591 HYLAN BLVD AUTO LLC, 1632 HYLAN
       BLVD AUTO LLC, 1239 HYLAN BLVD AUTO LLC,
9      2519 HYLAN BLVD AUTO LLC, 76 FISK STREET
       REALTY LLC, 446 ROUTE 23 AUTO LLC and
10     ISLAND AUTO MANAGEMENT, LLC,

11                            Plaintiffs,

12            -against-

13     ANTHONY DEO, SARAH DEO, HARRY
       THOMASSON, DWIGHT BLANKENSHIP, MARC
14     MERCKLING, MICHAEL LAURIE, THOMAS
       JONES, CPA, CAR BUYERS NYC INC., GOLD
15     COAST CARS OF SYOSSET LLC, GOLD COAST
       CARS OF SUNRISE LLC, GOLD COAST MOTORS
16     AUTOMOTIVE GROUP LLC, GOLD COAST
       MOTORS OF LIC LLC, GOLD COAST MOTORS OF
17     ROSLYN LLC, GOLD COAST MOTORS OF
       SMITHTOWN LLC, UEA PREMIER MOTORS
18     CORP., DLA CAPITAL PARTNERS INC., JONES,
       LITTLE & CO., CPA'S LLP, FLUSHING BANK, and
19     LIBERTAS FUNDING LLC,

20                            Defendants.
       -------------------------------------X
21                            January 9, 2026
                              12:15 p.m.
22
              (Caption continued on next page.)
23

24

25

2

Examination Before Trial of the

Defendant, BRIAN CHABRIER, held via

Web conference, before Maria

Pellicane, a Notary Public of the

State of New York.

**Rich Moffett Court Reporting, Inc.**
114 Old Country Road, Suite 620
Mineola, New York 11501
516-280-4664

```
 1                                                      3

 2     A P P E A R A N C E S:

 3

       MILMAN LABUDA LAW GROUP PLLC
 4     Attorneys for Plaintiffs
       SUPERB MOTORS INC., TEAM AUTO SALES LLC,
 5     ROBERT ANTHONY URRUTIA
            3000 Marcus Avenue, Suite 3W8
 6          Lake Success, New York 11042
       BY:  EMANUEL KATAEV, ESQ.
 7

 8

       CYRULI SHANKS & ZIZMOR LLP
 9     Attorneys for Plaintiffs
       189 Sunrise Hwy Auto LLC, Northshore Motor
10     Leasing, LLC, 1581 Hylan Blvd Auto LLC,
       1580 Hylan Blvd Auto LLC, 1591 Hylan Blvd
11     Auto LLC, 1632 Hylan Blvd Auto LLC,
       1239 Hylan Blvd Auto LLC, 2519 Hylan Blvd
12     Auto LLC, 76 Fisk Street Realty LLC,
       446 Route 23 Auto LLC, Island Auto
13     Management, LLC, Brian Chabrier,
       Joshua Aaronson, and Jory Baron
14          420 Lexington Avenue, Suite 2320
            New York, New York 10170
15     BY:  RUSSELL SHANKS, ESQ.
       Rshanks@cszlaw.com
16

17     HARRY R. THOMASSON, ESQ.
       Pro Se Defendant
18          3280 Sunrise Highway
            Wantagh, New York 11793
19

20     WEIR, LLP
       Attorneys for Defendant
21     LIBERTAS FUNDING
            The Widener Building
22          1339 Chestnut Street, Suite 500
            Philadelphia, Pennsylvania
23     BY:  SUSAN VERBONITZ, ESQ.
       Sverbonitz@weirlawllp.com
24

25
```

4

A P P E A R A N C E S (Continued):

CULLEN & DYKMAN, LLP
Attorneys for Defendant
FLUSHING BANK
     333 Earle Ovington Boulevard
     Uniondale, New York 11553
BY:  ARIEL RONNENBERG, ESQ.
Aronneburger@cullenllp.com


ALSO PRESENT:

     TONY URRUITA

     ALIVIA COONEY

5

          IT IS HEREBY STIPULATED AND

AGREED by and between the attorneys

for the respective parties herein,

that the filing, sealing and

certification of the within deposition

be waived.

          IT IS FURTHER STIPULATED AND

AGREED that all objections, except

as to the form of the question,

shall be reserved to the time of the

trial.

          IT IS FURTHER STIPULATED AND

AGREED that the within deposition

may be sworn to and signed before

any officer authorized to administer

an oath with the same force and effect

as if signed and sworn to before the

Court.


                - oOo -

6

1

2           THE REPORTER:  This examination

3    before trial is being conducted

4    using a Zoom platform.

5           The attorneys participating

6    in this examination acknowledge

7    that I am not physically present in

8    the deposition room and that I will

9    be reporting this deposition

10   remotely.

11          They further acknowledge that

12   in lieu of an oath being

13   administered in person, the witness

14   will verbally declare that his

15   testimony in this matter is under

16   penalty of perjury.

17          The parties and their counsel

18   consent to this arrangement and

19   waive any objections to this matter

20   of swearing in the witness.

21          Counsel, please indicate your

22   agreement on the record.

23          (So stipulated.)

24

25

*Rich Moffett Court Reporting, Inc.*

```
1                                                        7
2                   BRIAN CHABRIER, called as a
3              witness, having been duly sworn by
4              a Notary Public, was examined and
5              testified as follows:
6                   *               *               *
7
8                   THE REPORTER:  Please state
9              your name for the record.
10                  THE WITNESS:  Brian Chabrier.
11                  THE REPORTER:  What is your
12             address?
13                  THE WITNESS:  4 Creek Ridge
14             Road, Bayville, New York 11709.
15                  *               *               *
16   EXAMINATION BY
17   MR. THOMASSON:
18        Q    Good morning, Mr. Chabrier.
19   My name is Harry Thomasson.  I will be
20   taking your deposition this morning.  I
21   just have a few preliminary questions.
22                  Have you taken any medication
23   or drugs today that would impact your
24   ability to understand my questions?
25        A    No.
```

*Rich Moffett Court Reporting, Inc.*

*B. Chabrier*                                    8

```
1
2        Q      Is there anything that you
3    think would impact your ability to
4    understand my questions today?
5        A      No.
6        Q      If for any reason you don't
7    understand something that I ask you, I
8    will ask you to please let me know.  I'm
9    happy to rephrase the question.  Okay?
10       A      Okay.
11       Q      You need to be sure to answer
12   all questions verbally.  The stenographer
13   cannot take down head shakes, for
14   example, and to please let me finish with
15   asking a question, even if you can
16   anticipate where it's going, so that we
17   are not speaking at the same time, again,
18   for the stenographer's sake.  Okay?
19       A      Understood.
20       Q      Mr. Chabrier, where did you
21   go to high school?
22       A      Locust Valley High School.
23       Q      That's here on Long Island?
24       A      It is.
25       Q      Did you go to college?
```

*B. Chabrier*                          9

2        A        Some college, yes.

3        Q        Where did you go to college?

4        A        Cobleskill then to Nassau.

5        Q        Did you get any degrees?

6        A        Didn't finish, no.

7        Q        Do you have any professional

8    licenses?

9        A        Don't understand the

10    question.

11        Q        Well, for example, if you

12    were an attorney, you would have a Bar

13    card, you would be a member of the Bar.

14    That would be a licence to practice law.

15    Same with a doctor.  There could be other

16    types of professional licenses.  I was

17    just asking if you have --

18        A        No.

19        Q        Do you have any professional

20    training?

21        A        Professional training in

22    what?

23        Q        Well, are you in the

24    automobile business?

25        A        Yes.

*Rich Moffett Court Reporting, Inc.*

*B. Chabrier*                    10

1

2      Q      Do you have any professional

3   training that you have taken, any courses

4   or classes relating to the automobile

5   business?

6      A      I have taken classes and

7   courses, yes, over the years with Nissan.

8      Q      What have you taken?

9      A      They have had some classes in

10  hotels where they have GMs come in and go

11  over businesses and stuff like that.

12  Nissan stuff, buying cars, ordering cars.

13     Q      Anything else?

14     A      No.

15     Q      Do you know someone named

16  Joshua Aaronson?

17     A      Yes.

18     Q      Are you related to Mr.

19  Aaronson?

20     A      No.

21     Q      Are you related in any way to

22  the Baron family?

23     A      No.

24     Q      When did you first meet

25  Mr. Aaronson?

                              *B. Chabrier*                    11

1

2          A      I don't recall the year.  A

3    while back.

4          Q      Was it this century?

5          A      Was it this century?  Yeah.

6    Trying to think of my age.  He is --

7    20 -- probably 25 years ago.

8          Q      It was around the turn of

9    century that you first met Mr. Aaronson?

10         A      Yes.

11         Q      Is he now or has he ever been

12   your partner?

13         A      Yes.

14         Q      What have you two been

15   partners in?

16         A      We were partners in a few

17   preowned car dealerships in the past.

18         Q      What businesses were they?

19         A      Long Island Motors was the

20   most current one.

21         Q      Are there any others that you

22   can think of?

23         A      There was one in Long Island

24   City years ago, but we closed.

25         Q      What was the name of that

*B. Chabrier*                    12

1    *B. Chabrier*                    12

2    store?

3         A      It was Long Island

4    Automotive.

5         Q      Any other businesses you were

6    partners in?

7         A      Sunrise Auto Outlet.

8         Q      Is that still open?

9         A      No.  That's closed.

10        Q      Where was that located?

11        A      189 East Sunrise Highway.

12        Q      When did that close?

13        A      We closed it a few years ago.

14        Q      He was your partner in that

15   business?

16        A      Yes, he was my partner.

17        Q      Are there any other

18   businesses he was your partner in?

19        A      No.

20        Q      What businesses have you been

21   at least a partial owner in yourself?

22        A      Northshore Motors, New York

23   Off Lease, Long Island Auto Mall.  That's

24   it.

25        Q      Those are the only ones that

*B. Chabrier*                    13

1
2    you have been at least a partial owner
3    in?
4         A      Correct.
5         Q      Are you still a partner in
6    New York Off Lease?
7         A      New York Off Lease is closed.
8         Q      Where was that located?
9         A      Copiague.
10        Q      On Montauk Highway?
11        A      Correct.
12        Q      That's no longer open.  When
13   did New York Off Lease close?
14        A      About three years ago.
15        Q      Do you still hold the lease
16   there?
17        A      No.
18        Q      I'm sorry, what was that?
19        A      No.
20        Q      Do you know who does?
21        A      No.
22        Q      Did you sell that business or
23   did you close it?
24        A      We closed it.
25        Q      Did anyone purchase the name?

*B. Chabrier*     14

1

2     A     No.

3     Q     When did you first meet David

4 Baron?

5     A     1990.

6     Q     Where did you meet him?

7     A     Baron Nissan.

8     Q     Did you ever have any

9 ownership interest in Baron Nissan?

10     A     No.

11     Q     Did you ever work there?

12     A     I worked there and I still

13 work there.

14     Q     You work at Baron Nissan now?

15     A     Yes.

16     Q     Is that the location of your

17 office?

18     A     Yes.

19     Q     How long has your office been

20 at Baron Nissan?

21     A     The current office has been

22 here since 1993.

23     Q     You have been in that office

24 since 1993?

25     A     Yes.

*B. Chabrier*                              15

Q        Where is it located?

A        235 Glen Cove Road.

Q        What town?

A        Greenvale.

Q        How many times have you been
to the location known as Northshore
Motors?

A        I was there a few times.
Couldn't give you exact answer on that.
I was there quite a bit.

Q        Now, you said you were there
a few times and you were there quite a
bit.  Can we narrow that down at all?
Were you there ten times?

A        I was there over ten times.

Q        Were you there 25 times?

A        I was.  Over the course of
years, yes, I was over there 25 times.

Q        Were you there 50 times?

A        Say I was there over a
hundred times.

Q        Over a hundred times you were
at Northshore Motors; is that right?

A        Over the course of years,

*B. Chabrier*                               16

yes.

Q    How many times were you at 189 Sunrise Highway?

A    Wasn't as much.  Maybe 50 times over the course of the time.

Q    What were your roles when you were at those two dealerships, what were you doing?

MR. SHANKS:  Objection.  If you can give a timeframe.

Q    On the occasions that you were in those two locations, Mr. Chabrier, what is it that you did?

A    I signed checks.

Q    Did you do anything other than signing checks?

A    I talked to some of the employees, walked around a little bit and left.  I wasn't there very long.

Q    That was pretty typical for your visits?

A    For the most part, yes.

Q    Were there other activities that you engaged in at these locations

*B. Chabrier*                    17

2      that you have not already told me?

3             A      Don't understand the

4      question.  Where you are going with that?

5             Q      You signed checks and you

6      talked to employees?

7             A      Yeah.

8             Q      Was there anything else that

9      you can remember doing on these visits?

10            A      No.

11            Q      Did you have partners in

12     those businesses?

13            A      I did.

14            Q      Who were the partners you had

15     at Northshore?

16            A      Asad Khan and David Baron.

17            Q      After David Baron died, did

18     Josh Aaronson become involved at

19     Northshore?

20            A      Josh became involved in the

21     day-to-day, yes.

22            Q      That was with your knowledge

23     and authority?

24            A      I knew about it, yes.

25            Q      Did you authorize him to do

*B. Chabrier*                    18

whatever he had to do when he was at

Northshore?

    A      I gave him the day-to-day,

yes.

    Q      What do you mean when you say

you gave him the "day-to-day"?

    A      He was the day-to-day

operator.  I still oversee it, but he was

the day-to-day operator.

    Q      You gave him authority to do

what he had to do day-to-day?

    A      On the day-to-day, yes.

    Q      Do you know if Asad Khan gave

him authority to work at Northshore?

    A      I don't know.

    Q      Asad Khan was your partner,

wasn't he?

    A      He was a partner, yes.

    Q      He indicated that he wasn't

all that involved at Northshore.  Would

that be a fair way of putting it?

            MR. THOMASSON:  I can't hear.

       I did not hear you, Russell.

            MR. SHANKS:  Objection to the

*B. Chabrier*                    19

1
2      characterization of his testimony.
3      I believe he testified after a
4      certain point he was not involved.
5      You can rephrase it and I'm fine
6      with it.
7              MR. THOMASSON:  Sure.
8          Q      Mr. Chabrier, Mr. Khan
9  testified that after around 2019 or 2020,
10 he wasn't all that involved at
11 Northshore.  Would you agree with that?
12         A      I would say after the death
13 of David Baron, I don't know the exact
14 date, then I would agree with it.
15         Q      Before David Baron's death,
16 you think Asad Khan was more involved?
17         A      I don't think he went there
18 day-to-day to sign checks like I did, but
19 he was involved.  He had -- can't say
20 what he did or didn't do.  He talked to
21 David more than he talked to me.
22         Q      Were you on bank accounts at
23 Northshore?
24         A      I was a signer.
25         Q      Do you recall from what date

*Rich Moffett Court Reporting, Inc.*

*B. Chabrier*                                20

1

2    you were a signer?

3        A    Can't recall what date I was

4    a signer, no.

5        Q    Was it from the beginning of

6    the business?

7        A    I would say -- I think back,

8    like 2018, I want to say.

9        Q    Who put you on the account?

10        A    Well, David Baron had me put

11    on the account.

12        Q    Did he go with you to the

13    bank, if you can recall?

14        A    I don't recall.

15        Q    Did you go to the bank to get

16    put on the account?

17        A    I don't recall.

18        Q    Would there be any reason

19    that Sarah Deo would have put you on the

20    account?

21        A    Would Sara put me on that

22    account?

23        Q    Yes, that's the question.

24        A    I don't know.

25        Q    Would there be any reason she

*B. Chabrier*                    21

 would be the owner of the account?

          A     No.  She might have opened

 it, but no, she is not the owner of the

 account.  No.

          Q     Would it be fair to say she

 was never the owner on the Northshore

 bank accounts?

          A     I would say yes, she wasn't

 an owner of the company.

          Q     Only the owner of the company

 would be owning a bank account for the

 company?

          A     Well, I'm on Baron Nissan's

 account and I'm not an owner.

          Q     You can be on as a signatory,

 right?

          A     That's true.

          Q     That's not what I'm talking

 about.  I'm talking about owning the

 account.  Being the one, for example,

 that opens it for Northshore.  Would

 that, in your experience, be by an owner

 of the business?

                MR. SHANKS:  Note my

*B. Chabrier*                                    22

2      objection to form.  I don't know

3      what owning a bank account means.

4      Now you have kind of thrown in a

5      different definition.

6          MR. THOMASSON:  I will

7      rephrase.

8          MR. SHANKS:  Thanks.

9      Q      Is the person who opens -- in

10  your experience in the car industry, is

11  the person who owns the account and is on

12  the account and is the only name on the

13  account, is that typically an owner?

14          MR. SHANKS:  Objection to

15      form.  You can answer, if you can.

16      A      I don't know.  I opened the

17  TD account and I'm not an owner of Baron

18  Nissan.

19      Q      Do you control that account?

20      A      I don't control it.  I'm a

21  signer.

22      Q      You are just a signer.  We

23  covered that already.  There can be

24  people on the account just given

25  authority by the person who opened the

*Rich Moffett Court Reporting, Inc.*

*B. Chabrier*                                    23

account, right?

A    I believe so, yes.

Q    Would you agree with me, a person who owns the account who's the only name on the account, is the owner of the account?  Would you agree with that?

MR. SHANKS:  Objection to form.

MR. THOMASSON:  He can answer.

A    I would think so, yeah.

Q    Do you know who owned the corporation for Northshore Motors?

A    I don't recall.

Q    Do you know who obtained the EIN number for Northshore Motors?

A    I don't recall.

MR. SHANKS:  Mr. Thomasson, just to make the record clear, you did this the other day.  You can certainly refer to Northshore Motors in the short form, but can you, once, identify the name of the company that we are talking about?

*Rich Moffett Court Reporting, Inc.*

*B. Chabrier*                  24

1

2      Q      Mr. Chabrier, do you know of

3  a business called Northshore Motor

4  Leasing, LLC?

5      A      Yes.

6      Q      When we are talking about

7  Northshore Motors, is that the business

8  you are talking about?

9      A      Yes.

10             MR. SHANKS:  Thank you.

11             MR. THOMASSON:  Thank you.

12      Q      Do you know who obtained the

13  EIN number for Northshore Motors?

14      A      I don't recall.

15      Q      Do you know what an EIN

16  number is?

17      A      I think what an EIN number

18  is, when you open a business, tax ID

19  number.  But I don't know who opened it.

20      Q      Do you know who held the

21  lease at Northshore Motors?

22             MR. SHANKS:  Objection.

23      Timeframe.

24      Q      At any time do you know who

25  held the lease at Northshore Motors?

*B. Chabrier*                              25

1

2          A       I don't recall.

3          Q       Would there be any reason

4    that you know of that Anthony Deo would

5    own the lease?

6          A       Sorry?

7          Q       Would there be any reason

8    that you know of that Anthony Deo would

9    have owned the lease?

10         A       He was there before us, so

11   it's possible.

12         Q       Do you know if he paid the

13   lease?

14                 MR. SHANKS:  Objection.  Paid

15         the lease?

16         Q       Did he make the lease

17   payments on the lease, if you know?

18         A       The lease -- what particular

19   time, when it was Northshore Motors?

20         Q       At any time at Northshore

21   Motors, do you know if he made any lease

22   payments on that lease?

23         A       What I know is the lease

24   payments were paid out of Northshore

25   Motors when I was involved.

*Rich Moffett Court Reporting, Inc.*

*B. Chabrier* 26

1

2      Q      Would there have been any

3   that were caused to be made, as far as

4   you know, by Anthony Deo?

5      A      I don't know.

6      Q      Same questions for 189

7   Sunrise, do you know if the lease --

8          MR. THOMASSON:  Withdrawn.

9      Q      After February 2021, do you

10  know who held the lease for the

11  following, at least, two years at 189

12  Sunrise?

13     A      Sunrise Auto Outlet held the

14  lease.

15     Q      Was there any occasion when

16  that was assigned, that you know of, to

17  Anthony Deo?

18     A      No.

19     Q      Was there any occasion when

20  you took $10,000 in February of 2021 from

21  Anthony Deo relating to the purchase of

22  189 Sunrise?

23     A      Repeat the question.

24     Q      Was there any occasion that

25  you can recall in February of 2021 at

*B. Chabrier*                    27

2  which you took $10,000 from Anthony Deo

3  towards the purchase of 189 Sunrise?  Do

4  you know if that happened?

5            MR. SHANKS:  Note my

6        objection to the term took.  If you

7        want to ask if he received it, I'm

8        fine.

9        Q    Mr. Chabrier, do you know if,

10  in February of 2021, you received $10,000

11  from Anthony Deo for the purchase of 189

12  Sunrise Highway?

13       A    We received a $10,000 deposit

14  on the purchase of 189 Sunrise Highway.

15       Q    That deposit was for the

16  purchase of 189 Sunrise?

17       A    It was a down payment.  It

18  was never really fulfilled.

19       Q    I understand that.  You are

20  saying there was a written contract that

21  laid out the terms that had to be

22  fulfilled?

23       A    I believe so, yes.

24       Q    You think there's a contract

25  signed by everyone connected with that

*B. Chabrier*                      28

2    transaction?

3            A       I don't know.

4            Q       Do you know who would have it

5    today?

6            A       I don't know.

7            Q       Did you have a lawyer

8    represent you in that transaction?

9            A       Don't recall.  David handled

10   that.  I wasn't involved.

11           Q       If David had told you that

12   you were selling 189 Sunrise at that

13   time, would you have agreed to go along

14   with it?

15           A       If David mentioned it, yes, I

16   probably would have went along with it.

17   Yes, I did.

18           Q       Did David mention that to

19   you?

20           A       David mentioned it to me,

21   yes.

22           Q       Was David the, let's use the

23   term, senior partner during his lifetime

24   for 189 Sunrise and Northshore?

25           A       David was one of my partners,

*B. Chabrier*                              29

but yes, he was the lead person.  Yeah.

         Q      Did you authorize David Baron

to make whatever decisions he wanted

regarding Northshore and 189 Sunrise?

         A      I never authorized David

anything for Northshore Motors, meaning

he would talk to me and get my input, you

know, if he wanted, yes.

         Q      Did you ever disagree with

David over the operation of Northshore?

         A      I'm sure time to time we had

difference of agreements.  The -- I don't

recall what they were, but I'm sure we

did.

         Q      Are there any that you can

recall with specificity?

         A      No.

         Q      Do you recall stopping David

from doing anything at Northshore?

         A      I don't understand the

question.

         Q      Was there anything that David

ever did at Northshore that you didn't

want him to do?

*B. Chabrier*                           30

1

2          A          Again, I don't understand the

3   question.

4          Q          Did David do things at

5   Northshore Motors?

6          A          Again, I am not trying to --

7   I don't know where you're going with

8   this.

9          Q          You showed up at Northshore

10  Motors to sign checks and talk to people,

11  right?

12         A          I did go to Northshore to

13  sign checks and talk to employees, yes.

14         Q          When David Baron showed up at

15  Northshore Motors, what did he do that

16  you observed?

17         A          David was the boss.  He was

18  the man with the floor plans, so he

19  did -- he went to the office and talked

20  to people but I wasn't in conversations

21  with him.  I didn't follow him around.

22         Q          David was the boss at

23  Northshore Motors because he was the one

24  in charge of the floor plans.  Is that

25  what you just testified?

*Rich Moffett Court Reporting, Inc.*

*B. Chabrier*                    31

     A      No.  I said David was the
boss because he is the man, he was the
bank, he was the one we got the floor
plans, yes.  My name is on it, but I
wouldn't get a floor plan without David.
     Q      And controlling the floor
plans made him the boss at Northshore?
     A      Well, it didn't make him the
boss, but I also worked for David.  I
looked up to David in a different light.
     Q      You looked up to David in a
different light than whom?
     A      Than a normal partner, I
guess.
     Q      Did everyone look up to David
in that way that was your partner at
Northshore?
     A      Can't speak for anybody else.
Only can speak for myself.
     Q      You do feel that, of the
partners at Northshore, while he was
alive, David was the boss, right?
     A      I can speak only for myself.
     Q      He was the boss for you at

*B. Chabrier*                              32

Northshore Motors?

     A     He was my boss for me at Baron Nissan.  He was a partner at Northshore.

     Q     Was David your partner at 189 Sunrise?

     A     He was a partner, correct.

     Q     Was there anybody in the partnership that you would say was the boss of the partner, to use your term?

     A     No, I don't understand your question.

     Q     Was there any one partner who had final say in partnership decisions?

     A     No.  But I didn't really run 189, so no.

     Q     Who ran 189?

     A     David was there a lot.  Ray was there.  I would say more Ray and David than me.

     Q     That would be Raymond Phalen?

     A     Yes.

     Q     Did you receive K-1s, Mr. Chabrier, from 189 Sunrise?

*B. Chabrier*                    33

2      A      Yes.

3      Q      Do you remember what years

4   you received them for?

5      A      No.

6      Q      Did you receive one for 2021?

7      A      I don't recall.

8      Q      Did you receive one for 2022?

9      A      I don't recall.

10      Q      Have you received a request

11   for documents from me to review?

12      A      I don't remember seeing that,

13   no.

14      Q      Do you have tax returns with

15   189 Sunrise listed on them as owner?

16      A      Yes.

17      Q      These would be personal tax

18   returns of yours?

19      A      They would be personal tax

20   returns, yes.

21      Q      Do you have tax returns for

22   189 Sunrise, the corporation itself?

23      A      Would I have those tax

24   returns, is that what you just said?

25      Q      No.  I'm asking if you listed

*B. Chabrier*                    34

in your personal tax returns 189 Sunrise

as being partially owned by you?  Do have

you personal tax returns with --

      A     I have K-1s from Sunrise.

      Q     You do?  And you don't know

from what years?

      A     I don't recall the years.

      Q     Do you have K-1s from

Northshore?

      A     I do.

      Q     Do you know for what years?

      A     I don't recall the years.

      Q     When was the last time you

listed Northshore or 189 Sunrise on your

personal tax returns, do you remember?

      A     No.  It's been a while.

      Q     Why has it been a while?

      A     Because it has.

      Q     Do you still own them?

      A     I do.

      Q     You don't list them anymore?

      A     There's no income.  I don't

list them.

      Q     When did you last receive

*B. Chabrier*                        35

income from Northshore Motors?

    A     Been a while.

    Q     How long?

    A     I couldn't recall.

    Q     Did you receive income from Northshore last year?

    A     I would say no.

    Q     Did you receive income from Northshore the year before that?

    A     Again, I would say no.

    Q     What about 2023, did you receive any income from Northshore?

    A     Don't recall.

    Q     What about 2022, did you receive any income that year?

    A     Again, I don't recall.

    Q     Do you recall when Northshore closed?

    A     Exact date, no, but I would say about three years.

    Q     If I were to suggest to you it closed during or about the end of November 2022, would that refresh your memory?

*B.  Chabrier*                    36

1

2      A      Well, '22 was a tough year so

3    it wouldn't refresh my memory, that

4    particular date, no.

5      Q      Why was 2022 a tough year?

6      A      It's a personal tough year.

7    I would leave it at that.

8      Q      I'm not leaving it at that.

9    What was the problem or problems in 2022?

10     A      I had a death in the family

11   in November of '22.  That's all.

12     Q      Was there anything else that

13   year that made it tough for you?

14     A      Yeah, I had another death in

15   the family in '22.

16     Q      I understand.  Sorry to hear

17   that.  2022 was a year that you had a

18   death in your family and that made it a

19   tough year?

20     A      Sure.  If you lose --

21     Q      Would it refresh your memory

22   that 189 Sunrise was also closed during

23   on or about November of 2022?  Would that

24   refresh your memory?

25     A      I would imagine it was in the

*Rich Moffett Court Reporting, Inc.*

*B. Chabrier*                    37

1

2    same time period, yes.

3          Q       Do you know who closed

4    Northshore and 189 Sunrise?

5          A       We closed it.

6          Q       Was that done by Josh

7    Aaronson, as far as you know?

8          A       Yes.

9          Q       Was that with your knowledge

10   and authority?

11         A       Yes.

12         Q       Do you know if anyone else

13   gave him authority to close those two

14   businesses?

15         A       I couldn't speak for anybody

16   else.

17         Q       Was there any kind of meeting

18   that took place in which the partners

19   discussed closing those two businesses?

20         A       Not that I recall.

21         Q       But you authorized Josh to do

22   what he had to do to close those two

23   businesses?

24         A       Josh had the day-to-day, yes.

25         Q       At both of them?

*Rich Moffett Court Reporting, Inc.*

*B. Chabrier*                    38

1
2          A        Josh had the day-to-day at
3   both stores.
4          Q        Northshore and 189 --
5          A        Remember, Josh was a partner
6   in 189 Sunrise.
7          Q        And he had the day-to-day
8   authority for both stores; is that right?
9          A        He didn't need my day-to-day
10  authority in Sunrise, but he had my
11  day-to-day authority in Northshore.
12         Q        He also had your authority to
13  close both businesses; is that right?
14         A        He had my authority to close
15  both businesses, yes.
16         Q        At any time did you suggest
17  selling either of those businesses?
18         A        Well, yeah, we -- originally
19  we were going to sell 189, right?  They
20  gave me a check, but never fulfilled the
21  contract.
22         Q        You think there was a written
23  contract; is that right?
24         A        I said, I had told you
25  before, I don't know.  I didn't see it.

*B. Chabrier*                    39

Q      Sorry, would you repeat that?

A      I said, I told you before, I don't know.

Q      Then you said something else. Did you say that you didn't see one?

A      Excuse me?

Q      You also added something else at the end of your sentence.  It sounded like you said, I didn't see it.

A      No.

Q      Did you say that?

A      No.  I said -- no.

Q      Did you do anything to prepare for this deposition, Mr. Chabrier?

A      Yes.

Q      What did you do to prepare for this deposition?

A      I read over the affidavit.

Q      What affidavit would that be?

A      The one we sent to the court, the attorney.

Q      Is that an affidavit of yours that you read?

*B. Chabrier*                    40

1

2          A        Some of the quotes, yes.

3          Q        You read an affidavit in

4     preparation for this --

5          A        I can't see my screen.  I

6     don't know why.  I can't see any of you

7     guys.  I don't know what to do here.

8     Hold on.  Do you mind if I call someone

9     to fix this?

10                   MR. THOMASSON:  Go ahead.

11                   MR. SHANKS:  Doesn't matter

12          if you see us as long as you hear

13          Mr. Thomasson.

14                   THE WITNESS:  All right.  All

15          I see is -- I don't know what is on

16          my screen, PDF's.

17                   MR. SHANKS:  That's what's on

18          the screen because he is going to

19          open up some documents.

20                   THE WITNESS:  Oh, apologies.

21          A        Sorry.  Go ahead.

22          Q        Do you see where it says

23     Exhibit G, Mr. Chabrier?

24          A        I can.

25          Q        I would like if you can just

*Rich Moffett Court Reporting, Inc.*

*B. Chabrier*                                    41

please review the next five pages after

that.  It's an e-mail stream.  Can you

take a look at this for a moment, please,

Mr. Chabrier?

         A      Can I?  Am I controlling it

or you?

         Q      I'm controlling this.  Have

you read this page?

         A      Yes.

         Q      Do you know who

CitrinCooperman represented as

accountants with regard to Northshore

Motors and 189 Sunrise?

         A      I don't remember.

         Q      Could they have been the

partner's accountants at those two

businesses?

         A      Yes.

         Q      Was CitrinCooperman ever your

accountant?

         A      I didn't handle that part of

it, so I can't answer yes or no.

         Q      Do you know if

CitrinCooperman ever worked for any of

*Rich Moffett Court Reporting, Inc.*

                        *B. Chabrier*                    42

1

2    your partners?

3              A        I believe so, yes.

4              Q        Do you know who Anthony Deo

5    is here up in the cc?  You see that,

6    right?

7              A        I do.

8              Q        You know who Josh at Island

9    Auto Group is, don't you?

10             A        Yes.

11             Q        That would be Josh Aaronson?

12             A        Yes.

13             Q        You see Wendy Kwun from

14   Island Auto Group?

15             A        Yes.

16             Q        Who is Wendy Kwun?

17             A        Comptroller.

18             Q        How long has she been the

19   comptroller for Island Auto Group?

20             A        I think since they opened.

21             Q        At least, roughly, when did

22   it open?

23             A        I want to say ten years ago.

24             Q        Is she still the comptroller

25   for Island Auto Group?

*B. Chabrier*                                  43

```
 1
 2        A      I believe so, yes.
 3        Q      When was the last time you
 4   saw Wendy Kwun?
 5        A      When was the last time I saw
 6   Wendy?  Been a while.
 7        Q      Months?
 8        A      About a month ago.
 9        Q      If you know, do you know
10   whether or not you or anyone you know has
11   ever discussed this case with Wendy Kwun?
12   If you know.
13        A      I don't know.
14        Q      Did you ever discuss it with
15   her?
16        A      No.  I don't recall.
17        Q      Are you aware of anything
18   about this --
19               MR. THOMASSON:  Withdrawn.
20        Q      What is it that you
21   understand about this e-mail?
22               MR. SHANKS:  Objection to
23        form.
24        Q      Is there anything you can
25   understand about what is being discussed
```

*Rich Moffett Court Reporting, Inc.*

*B. Chabrier*                                44

in this e-mail, Mr. Chabrier?

    A    I don't understand the question.

    Q    Well, do you understand what's being discussed in this e-mail?

    A    I do.

    Q    Have you ever seen this e-mail before?

    A    I've never seen this e-mail before.

    Q    Did you receive a complaint from me during or about September of 2024?

    A    I don't recall.

    Q    Do you know if there was a complaint brought against you that was about 180-some-odd pages with 400 pages of exhibits?  Do you remember receiving that?

    A    I don't recall.

    Q    Are you aware you are being sued in a case by Anthony Deo and Sarah Deo?

    A    I did hear that, yeah.

*B. Chabrier*                            45

1

2       Q       Did you receive any documents

3  in connection with that case?

4       A       I haven't received any

5  documents.

6       Q       You did not get served with a

7  complaint for that case?

8       A       Me personally, no.

9       Q       Did someone in your family

10  accept a complaint for you?

11      A       Not that I'm aware of, no.

12      Q       Did you authorize anyone to

13  represent you in connection with a

14  lawsuit by Sarah and Anthony Deo?

15      A       I believe we did.

16      Q       Who's "we"?

17      A       The group.

18      Q       What group would that be?

19      A       That would be Josh.

20      Q       Is Josh the head of a group?

21      A       I don't know.  He is an

22  ownership of the Island Auto Group, so I

23  said group.

24      Q       When you said "group," do you

25  mean Island Auto Group?

*Rich Moffett Court Reporting, Inc.*

*B.  Chabrier*                    46

```
1                           A       I just said group, meaning

2        the head, yes.

3                           Q       Is Josh the head of that

4        group?

5                           A       Yeah, yes.

6                           Q       How long has he been the head

7        of that group?

8                           A       Since it opened.

9                           Q       That was roughly ten years

10       ago?

11                          A       That's what I said, yes,

12       roughly ten years ago.

13                          Q       Do you know anyone by the

14       name of Thomas Jones?

15                          A       Personally, no, I don't.

16                          Q       Do you know of him at this

17       point?

18                          A       I don't know who he is.

19                          Q       Do you know if you are suing

20       him?

21                          A       Again, I don't know who he

22       is.

23                          Q       Do you know that you are

24       suing me?
```

*Rich Moffett Court Reporting, Inc.*

*B. Chabrier*                    47

1

2          A        Yes, I do.

3          Q        Have I done something to harm

4     you, Mr. Chabrier?

5          A        Yeah, you did.

6          Q        What did I do to harm you?

7          A        You took $730,000.

8          Q        That money had been obtained

9     by whom?

10         A        Obtained by Northshore, which

11    I own.

12         Q        Do you know who personally

13    guaranteed that money?

14         A        I don't know.

15         Q        The DMV license at

16    Northshore, that was in the name of

17    Northshore, right?

18         A        It was in the name of

19    Northshore.

20         Q        Was there anybody's person's

21    name associated with that license?

22         A        That would be me.

23         Q        Someone has to get the

24    license, right?

25         A        I said that would be me.

*B. Chabrier*                    48

1

2          MR. SHANKS:  He answered it.

3          MR. THOMASSON:  That's a

4     different question than someone

5     being personally guaranteeing.

6          MR. SHANKS:  Sorry.  I

7     misunderstood it as well then.

8          Can you read back the

9     question?

10         MR. THOMASSON:  No, that's

11    not necessary.  I will ask it

12    again.

13         MR. SHANKS:  Okay.

14    Q     You are the one, Mr.

15    Chabrier, that obtained the license for

16    Northshore?

17    A     Northshore's DMV license is

18    in my name.

19    Q     It was only in your name the

20    entire time?

21    A     It's only been in my name the

22    entire time, yes.

23    Q     Therefore, because you

24    were --

25         MR. THOMASSON:  Withdrawn.

*Rich Moffett Court Reporting, Inc.*

*B. Chabrier*                    49

1

2        Q      Were you the personal

3  guarantor on that license?

4              MR. SHANKS:  Note my

5         objection.  I have done this on the

6         other depositions.

7              MR. THOMASSON:  I don't know

8         if he knows -- I will ask if he

9         knows what that is.

10        Q      Do you know what a personal

11  guarantee is?

12              MR. SHANKS:  Harry, let me

13         just put the objection --

14              THE WITNESS:  You guys are

15         coming off bad.  I can't

16         understand.

17              MR. SHANKS:  I know.  Talking

18         to Mr. Thomasson.  Let me just put

19         the objection on the record.  My

20         only objection is talking about

21         personal guaranteeing his license.

22         It's not really personally

23         guaranteed.

24              MR. THOMASSON:  Don't tell

25         him.

*Rich Moffett Court Reporting, Inc.*

1

2          MR. SHANKS:  I'm telling you.

3          MR. THOMASSON:  You can't do

4     speaking objections like that.

5          MR. SHANKS:  I'm telling you,

6     Harry, you don't personally

7     guarantee licenses.

8          MR. THOMASSON:  You are also

9     telling the witness.  Don't do

10     that.

11          MR. SHANKS:  Harry, you know

12     what your talking about.  You said

13     you learned so much about the

14     automotive industry.

15          MR. THOMASSON:  Stop, would

16     you please.

17          MR. SHANKS:  Ask what you

18     want.

19          MR. THOMASSON:  How much do

20     you want to bet he is going to now

21     tell me you don't personally

22     guarantee a license?  Let's see,

23     shall we?

24     Q     Mr. Chabrier --

25          MR. THOMASSON:  I have the

*B. Chabrier*                    51

2   next question ready to go.

3          MR. SHANKS:  Go ahead.

4     Q      Mr. Chabrier, can you hear me

5   at the moment?

6     A      I can, sir.

7     Q      Is there a personal guarantee

8   on a DMV license, if you know?

9     A      Not that I'm aware of, sir.

10    Q      Oh, I'm surprised.

11         MR. SHANKS:  Because that's

12         the answer, Mr. Thomasson.

13         MR. THOMASSON:  Should not

14         have fed it to him, Russell.  Can't

15         give speaking objections like that.

16         MR. SHANKS:  You are a

17         lawyer.  You went to law school.

18         You know what a personal guarantee

19         means.

20         MR. THOMASSON:  Right.

21    Q      Do you know what a personal

22   guarantee is, Mr. Chabrier?

23    A      Yes, sir, I do.

24    Q      You have executed personal

25   guarantees from time to time?

*Rich Moffett Court Reporting, Inc.*

*B. Chabrier*                                52

1

2          A       Yes, sir.

3          Q       With your name personally --

4    was your name personally associated with

5    the DMV license for Northshore Motors?

6          A       My name -- it was under my

7    name, yes, sir.

8          Q       Therefore, does that give you

9    the right, in your mind, to turn that

10   license back in?

11         A       Yeah.  It's under my name.

12         Q       Because it was you that was

13   associated with that license, right?

14         A       Yes.

15         Q       What individual was

16   associated with the $735,000 loan you

17   just brought up?  What personal -- what

18   individual or individuals do you know was

19   associated with that loan?

20         A       I don't know.

21         Q       Do you know if Anthony Deo

22   was the personal guarantor on that loan?

23         A       I don't know.

24         Q       Are you telling me that after

25   three plus years of litigation, you don't

*Rich Moffett Court Reporting, Inc.*

*B. Chabrier* 53

1

2  know that Anthony Deo got that money?

3  Are you telling me that?

4          MR. SHANKS:  That wasn't the

5       question you asked --

6          MR. THOMASSON:  I'm asking

7       him now.

8      Q    Are you telling me now, under

9  oath, that you didn't know Anthony Deo

10  got that money?

11     A    I know Northshore got that

12  money.

13     Q    Do you know if Anthony Deo

14  was the one who obtained it for

15  Northshore; yes or no?  Right now today,

16  do you know that?

17     A    Listen, no.  You are asking

18  me a question, I don't know the answer to

19  that.

20     Q    Thank you.

21          Did anyone ever tell you that

22  Josh Aaronson obtained that loan?

23     A    No, I wouldn't know that

24  either.

25          MS. VERBONITZ:  I didn't hear

*B. Chabrier*                    54

2   the answer.

3          MR. THOMASSON:  It's the

4   Northshore -- it's the loan that

5   Anthony Deo obtained for Northshore

6   in November of 2022.  Anthony Deo

7   obtained that money.

8          Q     Mr. Chabrier, if Anthony Deo

9   was the one who obtained that money, do

10  have you any problem now with Anthony Deo

11  giving that money back?

12         A     If he obtained it in

13  Northshore, his name, he obtained it in

14  my company.

15         Q     If he was the personal

16  guarantor for that, would you have any

17  problem with him controlling that money,

18  just like you control the DMV license?

19         MR. SHANKS:  Objection to

20         form.  Compound question.

21         Q     Mr. Chabrier?

22         A     Yes, sir.

23         Q     You control the DMV license

24  because you personally obtained it,

25  right?

*B. Chabrier*                             55

2    A      Yes.

3    Q      Mr. Deo personally obtained

4    the $735,000.  Did you know he was the

5    individual who obtained that money?

6    A      I already --

7    Q      Did you know that before

8    today?

9    A      I already told you, no, I

10   don't know that personally.  No.

11   Q      Now you know that --

12   A      Okay.

13   Q      -- Mr. Deo obtained that

14   money?

15   A      Um-hum.

16   Q      Do you think he should have

17   had the right to control that money?

18   A      The money belonged to

19   Northshore.  It was taken out of

20   Northshore's name.

21   Q      You say, because your name

22   was associated with the DMV license, you

23   could do whatever you wanted with the DMV

24   license, right?

25   A      DMV license is in my name.  I

*B. Chabrier*                    56

1

2       own the company.

3            Q       DMV license has the name

4       Northshore Motors on it, didn't it?

5            A       Mr. Thomasson, the company

6       Northshore is in my name.  DMV is in my

7       name.  If you take out -- I can't take

8       out a loan from Baron Nissan and put it

9       in my name.  It's Baron Nissan's money.

10           Q       Can you see this e-mail chain

11      marked as Exhibit G back on the screen

12      again?

13           A       Um-hum.

14           Q       Right here, you can read this

15      e-mail from Wendy Kwun to Josh Aaronson.

16      You can read that please.

17           A       I read it.

18           Q       Do you see here, this e-mail

19      from Josh Aaronson to Wendy Kwun, Thomas

20      Jones, Anthony Deo?  Do you see that?

21           A       I do.

22           Q       See where it's approved by

23      Josh?

24           A       I see it.

25           Q       Did you know that Josh

*Rich Moffett Court Reporting, Inc.*

*B. Chabrier*                          57

2  approved some tax returns for Northshore

3  and 189 Sunrise?

4          A       No.

5          Q       Do you have any problem with

6  Josh approving tax returns for those

7  businesses?

8          A       No.

9          Q       These are the tax returns

10 that were attached and approved, Mr.

11 Chabrier.  This first page indicates that

12 it's for Northshore Motors in a federal

13 return for 2021.  Do you see that?

14         A       I do.

15                 MS. VERBONITZ:  Are you

16         marking these documents as

17         exhibits?

18                 MR. THOMASSON:  Yes, I had,

19         Exhibit G earlier.  This is Exhibit

20         H.

21                 MS. VERBONITZ:  You are

22         keeping them as G and H?

23                 MR. THOMASSON:  Yes.

24         Q       This is Exhibit H.  I'm

25 showing you again, Mr. Chabrier.  Do you

*B. Chabrier*                                    58

2  see that?

3          A       Yes.

4          Q       I showed you this first page,

5  which is a U.S. return for Northshore

6  Motors for 2021.  Do you see that?

7          A       Yes.

8          Q       Do you see, on the screen at

9  the moment, page 8 of this exhibit

10  indicates, part two, individuals owning

11  50 percent or more of the partnership?

12  Do you see that?

13          A       Yes.

14          Q       See where it listed Anthony

15  Deo as 99 percent owner of Northshore?

16          A       I do.

17          Q       Did you know that this was

18  approved by Josh Aaronson?

19          A       I did not.

20          Q       Do you know now?

21          A       I do.

22          Q       Have you claimed ownership on

23  your tax returns for any years since

24  2021?

25          A       I don't recall.

*B. Chabrier*                                59

1
2          Q       You were telling me earlier
3     that you think that I did something wrong
4     and harmed you regarding $735,000; is
5     that right?
6          A       I did.
7          Q       Other than that, is there any
8     other occasion that you can think of that
9     I did something to harm you?
10         A       No.
11         Q       Do you have any knowledge or
12    understanding that Josh Aaronson caused
13    that money to be given to me, if you know
14    that?
15         A       I believe yes, I did know
16    that he said he gave it to you.  Correct.
17         Q       Did you deal with bank
18    accounts at all for Northshore or 189
19    Sunrise,        Mr. Chabrier?
20         A       I did.
21         Q       Were there security measures
22    on those accounts?
23         A       There was.
24         Q       What was the security on
25    those accounts?

*B.   Chabrier*                    60

1

2        A       They have a code.  When you

3    login, you have to login a code.

4        Q       Would that be the token

5    system?

6        A       Correct.

7        Q       Who had the tokens?

8        A       For who?

9        Q       For 189 Sunrise and Chase --

10   for 189 Sunrise and Northshore.

11       A       Josh, I believe, had a token.

12   I have a token.

13       Q       Anyone else?

14       A       Not that I'm aware of.

15       Q       How did the token system

16   work?

17       A       When you login?

18       Q       What was the purpose of the

19   system?

20       A       So you are authorized to look

21   at the bank.

22       Q       Did you, in fact, utilize

23   that system?

24       A       Yes.

25       Q       How often?

*Rich Moffett Court Reporting, Inc.*

*B. Chabrier*                    61

        A        Pretty much on a daily basis.

        Q        Do you know if anyone else
was doing it on a daily basis?

        A        No.

        Q        You were monitoring the
accounts at Northshore on a daily basis;
is that right?

        A        Yes.

        Q        Were there any irregularities
in the accounts at Northshore?

        A        I looked at the money and the
checks cashed and my signatures.  I
didn't handle the irregularities.  I
don't know what you mean by that.

        Q        Were you the only person that
signed checks for either of those
businesses?

        A        No.

        Q        When you looked at checks,
were you looking at all of the checks and
not just the ones that you signed?

        A        I looked at a good bunch
every day.

        Q        Do you know if any of your

*B. Chabrier*                    62

other partners signed any checks?

     A     I believe they did, yes.

     Q     Do you know if Sarah or
Anthony Deo signed any checks?

     A     I don't think Anthony was a
signer.

     Q     Do you know if anyone ever
gave them authority to sign checks?

     A     I didn't.

     Q     I didn't ask you that.  I
asked, do you know if anyone ever gave
them authority to sign checks?

     A     Not that I'm aware of.

     Q     Do you know if they were ever
on any of those accounts?

     A     Not that I'm aware of, no.

     Q     But they were signing checks?

     A     I just said not that I'm
aware of.

     Q     Was there ever any occasion
you took money out of those accounts?

     A     Take money for what?

     Q     Doesn't matter what it was
taken for.  Asking if you ever took money

*B. Chabrier*                    63

2  out of those accounts?

3      A      I'm sure I did.

4      Q      Do you know if any of your

5  partners did?

6      A      I'm sure they did.

7      Q      Do you have any memory now of

8  being aware that they took checks out of

9  the account in your daily review of the

10  accounts?

11      A      Not being specific, I don't

12  know what you're talking about.

13      Q      Do you have a specific memory

14  of your partners taking money out of the

15  accounts, as opposed to just being sure

16  they did?

17      A      I'm sure they took money out

18  of the accounts.

19      Q      Do you have a specific memory

20  of it?

21      A      I don't have a specific

22  memory of what you're talking about, no.

23      Q      Do you have any specific

24  memories of anyone other than your

25  partners taking money out of the

*B. Chabrier*                     64

accounts?

    A      Specific memory for what?

    Q      Were these accounts that had any type of debit cards associated with either of those two businesses, if you know?

    A      No, I don't know.

    Q      Did you ever have a debit card for either of those two businesses?

    A      I did not.

    Q      How many accounts did Northshore have, that you recall, during your years owning Northshore?

    A      I believe they had four accounts.

    Q      Sorry, how many?

    A      I think it was four accounts.

    Q      What bank were they with?

    A      Chase.

    Q      Were they all covered by the token system?

    A      I believe so, yes.

    Q      Was there any kind of texting system associated with those accounts?

*B. Chabrier*                              65

1
2          A        Not that I use, no.
3          Q        Was there any type of
4    positive pay system associated with those
5    accounts?
6          A        With Northshore, I don't
7    recall.
8          Q        What about at 189, was there
9    any security on those accounts?
10         A        189, we had positive pay at
11   one time, yes.
12         Q        Did you also have tokens at
13   189?
14         A        We had tokens at 189.
15         Q        Did you have texting at 189,
16   if you know?
17         A        Not that I'm aware of.
18         Q        Who had access, that you know
19   of, to the tokens and positive pay at 189
20   Sunrise?
21         A        Tracy, Ray, Mr. Baron,
22   myself.
23         Q        Anyone else, that you know
24   of?
25         A        I believe Josh.  That would

*Rich Moffett Court Reporting, Inc.*

*B.  Chabrier*                           66

1

2     be it.

3          Q      Did you ever have any

4     meetings with your partners over the

5     operation of 189 Sunrise?

6          A      We talked about it.  But did

7     we have a group meeting, no.

8          Q      Did you ever have any

9     meetings with any of your partners for

10    Northshore and its operation?

11         A      Again, we talked about it.

12    But as a whole group, I don't know if we

13    were all in the same group at one time.

14         Q      No?

15         A      Not all at one time.

16         Q      You knew that Josh Aaronson

17    took $735,000 out of accounts at

18    Northshore during or about November of

19    2022; is that correct?

20         A      I don't think he took the

21    money out of Northshore.

22         Q      Do you know if he took

23    $735,000 out of the accounts of either

24    Northshore or 189 Sunrise during or about

25    November 2022?

*Rich Moffett Court Reporting, Inc.*

*B. Chabrier*                    67

1

2      A       Yes.

3      Q       And did you know about it

4   beforehand?

5      A       No.

6      Q       Was that something that was

7   discussed beforehand?

8      A       No, I wasn't in that

9   conversation.

10      Q       You found out after the money

11   was taken.  Who did you find out from?

12      A       I believe I found out from

13   Josh.

14      Q       Do you know how long after

15   that?

16      A       I don't recall.

17      Q       Do you know where the money

18   went when he took it?

19      A       Money went, I believe, to

20   you.

21      Q       Well, before it got to me,

22   after Josh took it, do you know where he

23   took it and put it?

24      A       I do not.

25      Q       I may have covered this, but

*B. Chabrier*                    68

1

2      as a preliminary question, are you a

3      stockholder at Baron Nissan?

4              A       No, sir.

5              Q       But you work there?

6              A       I do work there.

7              Q       Would you have any reason to

8      know if that money was put in Baron

9      Nissan accounts?

10             A       The money was not put in

11     Baron Nissan.

12             Q       When Josh took it?

13             A       It wasn't put in Baron Nissan

14     accounts.  I would know, see it in the

15     morning.

16             Q       Did you have access to the

17     Baron Nissan accounts with the same type

18     of security that you had at 189 Sunrise

19     and Northshore?

20             A       Yes.

21             MR. SHANKS:  Objection as to

22        form.  Compound question.

23             Q       You can answer, Mr. Chabrier.

24             THE WITNESS:  Russell?

25             MR. SHANKS:  You can answer,

*B. Chabrier*                                    69

1

2      but it seems like there is two

3      parts to the question.

4              Can you read back the

5      question?

6              MR. THOMASSON:  I will ask it

7      again.

8      Q      Mr. Chabrier, is there

9  security at the Baron Nissan accounts?

10     A      Yes.

11     Q      What type of security is on

12 those accounts?

13     A      Same token system.

14     Q      Do any of them have positive

15 pay?

16     A      No.

17     Q      Is there any type of texting

18 system you are aware of at Baron Nissan?

19     A      No.

20     Q      Are you one of the people

21 that have tokens at Baron Nissan?

22     A      Yes.

23     Q      Do you know someone name

24 Melissa Beltray?

25     A      Yes.

*B. Chabrier*                    70

1

2      Q       How do you know Melissa

3   Beltray?

4      A       She works for me.

5      Q       Does she still?

6      A       She doesn't work for me

7   anymore, no.

8      Q       How long has it been since

9   she worked for you?

10     A       Been a while.  2026.  Has to

11  be about eight years, ten years.

12     Q       Melissa Beltray never worked

13  at Northshore or 189 Sunrise?

14     A       Melissa Beltray helped out in

15  Northshore at a particular time, yes.

16     Q       That would be less than eight

17  to ten years, right?

18     A       Well, 2026.  That was 2021.

19  I'm going back.  Danny was there quite a

20  while and we closed.  We moved -- so it's

21  got to be seven years.  I lose track of

22  time.  I apologize.

23     Q       Did you and Asad Khan have an

24  argument you can recall over Melissa

25  Beltray?

*Rich Moffett Court Reporting, Inc.*

*B. Chabrier*                    71

1

2          A       No.

3          Q       What did Melissa Beltray do

4    for Northshore, that you can recall?

5          A       She was a bookkeeper.

6          Q       Was there a comptroller at

7    Northshore at any time?

8          A       Well, she is a bookkeeper

9    slash comptroller.  I apologize.  She was

10   the only one in the office.

11         Q       After her, who took her place

12   next?

13         A       I don't recall.  It was a

14   couple different comptrollers there.  I

15   don't recall who was between Danny and

16   Melissa, if there was another girl.

17         Q       Was Wendy Kwun ever doing any

18   work with Northshore?

19         A       I believe Wendy helped out

20   after David's passing.

21         Q       Did she do any work for or at

22   189 Sunrise?

23         A       I believe, again, after the

24   passing of Mr. Baron.

25         Q       If you know, was your name

*Rich Moffett Court Reporting, Inc.*

B. Chabrier                    72

2    added to the Northshore account or were

3    you on the account from day one?

4         A        I don't recall.

5         Q        Could you have been added to

6    it?

7         A        I don't know.

8         Q        While Northshore Motors was

9    still open, at any time did you cease

10   receiving K-1s?

11        A        You just showed me a 2021 tax

12   return where Anthony's claiming he got a

13   K-1, so I would say yes.

14        Q        Same question for 189

15   Sunrise.  While it was still open, do you

16   know if you ceased receiving K-1s?

17        A        Yes.

18        Q        Why would you stop receiving

19   K-1s while they were still open?

20        A        Good question.

21        Q        Would that be because you

22   were no longer the owner?

23        A        Well, that was -- going back

24   to your check.

25        Q        What does that mean?

*B. Chabrier*                    73

2    A      Your $10,000 check.

3    Q      Okay.  That was when you

4    ceased getting K-1s, because of that?

5    A      Yes.

6    Q      Do you remember why you

7    stopped receiving K-1s for Northshore?

8    Could it have been related, for example,

9    to the tax returns I just showed you?

10            MR. SHANKS:  Objection.

11    Compound question.  Two questions.

12            MR. THOMASSON:  Sorry,

13    Russell.

14    Q      Do you know why you stopped

15    receiving K-1s from Northshore while it

16    was still open?

17    A      Same reason.  I mean -- same

18    reason.

19    Q      Because Anthony was listed as

20    the owner on the tax returns?

21    A      Correct.

22            MR. THOMASSON:  I have no

23    further questions.

24            MS. VERBONITZ:  I have a few

25    questions.

*Rich Moffett Court Reporting, Inc.*

*B. Chabrier*                    74

1

2          I have to ask counsel if they

3      will indulge me.  Can I have a few

4      minutes to run to the bathroom.

5          (Whereupon, a short break was

6      taken.)

7          *          *          *

8  EXAMINATION BY

9  MS. VERBONITZ:

10      Q     My name is Susan Verbonitz.

11  I represent Libertas Funding.

12          When you were initially asked

13  about did you prepare for your

14  deposition, did you do anything other

15  than speak to your counsel?

16      A     No.

17      Q     You said what documents you

18  reviewed, correct?

19      A     Yes.

20      Q     Just a little bit of

21  background.

22          You were talking about the

23  different businesses.  Northshore, who

24  were the members of Northshore Leasing --

25          And for purposes of this

*Rich Moffett Court Reporting, Inc.*

*B. Chabrier*                                        75

1   deposition and brevity, I would like to

2   just refer to it as Northshore, if it's

3   okay with you.

4          A       Fine.

5          Q       -- when Northshore was

6   formed, to your knowledge?

7          A       David Baron, Asad Khan and

8   Brian Chabrier.

9          Q       So three of you.  Were three

10  of you the members since the formation of

11  Northshore?

12         A       Yes.

13         Q       When was the company formed,

14  to your knowledge?

15         A       2018.  Late '17, early '18.

16         Q       Who were the members of 189

17  Sunrise Highway Auto, LLC?

18         A       Ray, I think Phalen is the

19  last name, Jory Baron, Josh Aaronson,

20  David Baron.  They were the four

21  originals.  I came a little after.  Don't

22  think I was an original partner.

23         Q       When did you come on as an

24  owner?

*B. Chabrier*                    76

1

2      A       A little later.  I don't know

3   the exact time.  It was a long time ago.

4      Q       I understand.  If you don't

5   understand or don't know, you can just

6   tell me.

7      A       Okay.

8      Q       With respect to Northshore,

9   what were your responsibilities with

10  regard to the business, other than sign

11  checks?  You said you went and signed

12  checks.  Anything else?

13     A       Listen, I just really went

14  there, I signed the checks, talked to

15  some of the employees when I went there,

16  checked a little of the inventory, and

17  that's it.

18     Q       Who had responsibility for

19  the day-to-day operations of Northshore?

20     A       That would be Anthony Deo.

21  He was the general manager.

22     Q       What were your

23  responsibilities, if anything, with

24  respect to 189 Sunrise?

25     A       Ray was really the lead guy

*B. Chabrier*                                77

there.  I signed some checks for them

when I was in the neighborhood or they

couldn't get a hold of anybody else, but,

you know.

    Q    Did Ray have the day-to-day

responsibilities for the business?

    A    Ray had the day-to-day, yes.

Ray also had a general manager there

also.  Couple different ones at times.

    Q    Just for purposes of your

deposition, what is the nature of the

business of Northshore?

    A    Automotive sales.

    Q    New or used?

    A    Preowned.

    Q    Sorry?

    A    Used, preowned.

    Q    All makes and models?

    A    Correct.

    Q    What is the business of 189

Sunrise?

    A    Same, preowned, all makes and

models.

    Q    At some point in time, Mr.

*B. Chabrier*                                78

1   Deo became the general manager of

2   Northshore?

3        A       Correct.

4        Q       When did that occur?

5        A       From the day we opened.

6        Q       What responsibilities did

7   Mr. Deo have with respect to Northshore?

8        A       Day-to-day operations.

9        Q       What did that include?

10       A       Selling cars, buying cars,

11  hiring employees.

12       Q       When you say "buying cars,"

13  you mean buying inventory?

14       A       Correct.

15       Q       How many employees did

16  Northshore have?

17       A       One, two, three, five, eight,

18  ten, maybe 11.  Twelve with porters.

19       Q       Did it have a bookkeep --

20  someone in bookkeeping?

21       A       Yes.

22       Q       Did it have a finance office?

23       A       Yes.

24       Q       Who worked in the finance

*B. Chabrier*                        79

1

2    office?

3            A        What timeframe?   Had a couple

4    of them.

5            Q        So we can really put this,

6    just at some kind of perspective, say

7    from 2020 on.

8            A        I think Frank, don't recall

9    his last name, was the finance manager

10   there.

11           Q        Was Frank there until the

12   business closed?

13           A        I believe so.   I don't know,

14   not to be a hundred percent.

15           Q        Do you recall the date the

16   business closed?

17           A        I want to say early 2023,

18   maybe.

19           Q        Would Mr. Deo oversee the

20   finance office?

21           A        Yes.

22           Q        Would he oversee the sales

23   department?

24           A        Yes.

25           Q        Generally, he oversaw the

*B. Chabrier*                    80

2    whole operations, correct?

3         A    Yes.

4         Q    Other than yourself, who was

5    on the bank account?

6         A    Mr. Baron.

7         Q    When did Mr. Baron die?

8         A    Good question.  Five years

9    ago, May.

10        Q    Five years?

11        A    Five years I want to say.

12        Q    After Mr. Baron died, was

13   anyone else put on the bank account,

14   other than you and he?

15        A    I don't recall, to be honest.

16        Q    Was Mr. Deo on any -- an

17   authorized signer on the account?

18        A    Don't believe Anthony was a

19   authorized signer, no.

20        Q    You said one of Mr. Deo's

21   responsibilities was buying inventory?

22        A    Sorry.  Your screen froze on

23   me for a second.

24        Q    You said that one of Mr.

25   Deo's responsibilities was buying

*B. Chabrier*                    81

1

2    inventory.  How would he go about that,

3    if you know?

4          A     Most of his inventory came

5    from auctions.  He would buy at auctions.

6    Some came in on trades, some came off the

7    street.  I would say the bulk came from

8    auctions.

9          Q     How was the purchase of

10   inventory financed?

11         A     Floor plan.

12         Q     Sorry?

13         A     Floor plan.  We had floor

14   plan line.

15         Q     Who is the floor plan line

16   with?

17         A     Floor plan line was with

18   Ally.

19         Q     Was Mr. Deo authorized to

20   draw under the floor plan for purchase of

21   inventory?

22         A     Yes, he can buy cars.

23         Q     He could?

24         A     And then cars would

25   automatically --

*B. Chabrier*                    82

1

2      Q       He would be in charge of

3   sending the paperwork to Ally for the

4   floor planning?

5      A       When you buy them on auction,

6   it's automatically floor plan, or the

7   auction would send them what they needed.

8      Q       They send everything to Ally,

9   you just give them all the information

10  they need?

11     A       Correct.

12     Q       You said some come in on

13  trade.  Some of the inventory is directly

14  purchased from individuals?

15     A       Off the street, yes,

16  sometimes.

17     Q       Off the street?

18     A       Yes.  Not that often.

19     Q       From where would the money

20  come to purchase vehicles off the street?

21     A       We would make a check out of

22  the account.

23     Q       Out of the operating account?

24     A       Correct.

25     Q       Did Northshore have one

*B. Chabrier*                                    83

1

2     operating account or more than one main

3     account?

4          A     Sales tax account, payroll

5     account?

6          Q     Payroll account.

7          A     Yes.

8          Q     Did it have one main

9     operating account from which it would

10    write checks and deposit funds?

11         A     One main operating account,

12    yeah.  They also had a DMV account, but

13    they didn't write checks in the DMV

14    account.

15         Q     If Mr. Deo needed a check to

16    purchase any inventory, to buy something

17    for purposes of running the day-to-day

18    operations, how would he go about getting

19    that check?

20         A     Danny O'Sullivan, or the

21    comptroller at the time, would cut a

22    check, and I would sign or Mr. Baron

23    would sign it.

24         Q     You had said that earlier you

25    went to Northshore more than a hundred

*B. Chabrier*                    84

1

2      times or --

3             A       Over a period of time.

4             Q       Over a period of time.  You

5      weren't at Northshore on a daily basis,

6      correct?  Your office wasn't there?

7             A       No.

8             Q       Where were you --

9             A       230 -- Baron Nissan, where

10     I'm at today.

11            Q       You would go from Baron over

12     to Northshore when needed?

13            A       Correct.

14            Q       With regard to 189 Sunrise,

15     Mr. Deo was also the manager of that

16     entity, that business, correct?

17            A       At what point?

18            Q       Well, I will just tell you

19     it's alleged in the Complaint that -- at

20     paragraph 114, that in 2018 Deo was

21     engaged by Northshore and Sunrise as

22     their manager for their benefit.

23                    Is that at about the time you

24     can recall he was engaged as manager?

25            A       Yes.

*Rich Moffett Court Reporting, Inc.*

*B. Chabrier* 85

1

2      Q      With regard to 189 Sunrise, I

3   was not clear when you were testifying

4   before, who were the owners?

5      A      Ray, Jory Baron, Josh

6   Aaronson, David Baron and myself.

7      Q      And you?

8      A      Correct.  Five.

9      Q      Did any of the interests or

10  any of the, you know -- I know you are

11  not partners.  You are all members.  Did

12  membership change at any time?

13     A      No.  Legally, no.

14     Q      I mean other than Mr. Baron

15  dying.

16     A      Got you.

17     Q      Sorry.  Other than Mr. Baron

18  passing away, did your ownership interest

19  in 189 Sunrise change?

20     A      No.

21     Q      Were you all equal owners?

22     A      Yes.  20 percent.

23     Q      In 189 Sunrise?

24     A      Yes.

25     Q      You said 20 percent?

*B. Chabrier*                                    86

1

2      A      Yes.

3      Q      At any time was Mr. Deo an

4  owner of 189 Sunrise or have any

5  membership interest?

6      A      No.

7      Q      What was your role or

8  responsibility, if any, with respect to

9  189?

10      A      Not as much as other stores

11  that I was involved in.  But I did stop

12  there because I had another store close,

13  New York Off Lease.  If Tracy or anyone

14  needed a check signed, I would sign.

15      Q      189 Sunrise is also closed,

16  correct?

17      A      Yes.

18      Q      Who were the authorized

19  signers on the bank account at 189

20  Sunrise?

21      A      I believe we were all

22  authorized signers.

23      Q      At any time during when the

24  business was open, were the authorized

25  signers on the 189 Sunrise account

*B. Chabrier*                    87

1

2    changed?

3         A       Not that I'm aware of.

4         Q       Can you explain to me, as

5    best as you understand it, what Mr. Deo's

6    responsibilities, job responsibilities

7    were with respect to 189 Sunrise?

8         A       Same as Northshore.

9         Q       Was he the day-to-day

10   operator?

11        A       Correct, yes.

12        Q       Did he act as the general

13   manager?

14        A       Yes.

15        Q       Other than the Northshore and

16   189 Sunrise, what other businesses were

17   you involved in at that same time?

18        A       Long Island Motors and New

19   York Off Lease.

20        Q       Did Mr. Deo have any

21   involvement in those companies?

22        A       No.

23        Q       No?

24        A       No.

25        Q       When did you meet Mr. Deo?

*B. Chabrier* 88

1

2      A      I met him through David Baron

3  and Asad Khan.

4      Q      When did you get to -- when

5  did you first meet him?  Not asking an

6  exact date.

7      A      I think late -- somewhere

8  2017.  I don't recall the date.

9      Q      Do you remember how Mr. Baron

10  and Mr. Khan knew Mr. Deo?

11      A      I don't.

12      Q      Do you know if Mr. Baron or

13  Mr. Khan had any prior business or other

14  relationships with Mr. Deo?

15      A      I do not.

16      Q      At the time that you met

17  Mr. Deo, what was your understanding of

18  what businesses, if any, he was involved

19  in?

20      A      Sorry, can you repeat the

21  question?

22      Q      At the time when you met

23  Mr. Deo, what was your understanding of

24  any businesses that he was involved in?

25      A      He was involved in the

*Rich Moffett Court Reporting, Inc.*

```
 1                    B.  Chabrier                89

 2     automotive business.

 3          Q       Same, generally, as

 4     Northshore?

 5          A       Yes.

 6          Q       When Mr. Deo became the

 7     manager of Northshore and 189 Sunrise, to

 8     your knowledge, did he also operate his

 9     other businesses, aside from --

10          A       I don't know.  I don't

11     believe so.

12          Q       You don't know?

13          A       I don't believe so.

14          Q       Do you know what is referred

15     to in the Complaint as the IAG operation?

16          A       Excuse me?

17          Q       In the Complaint is a

18     reference to an IAG operation.  Are you

19     familiar with that term?

20          A       No.  IAG?

21          Q       IAG.  Just asking if you are

22     familiar with the term.  No?

23          A       I'm not.  Assuming what it

24     stands for, but I can be wrong.

25          Q       What do you assume it stands
```

*Rich Moffett Court Reporting, Inc.*

*B. Chabrier*                                90

for?

    A    Sounds like Island Auto Group, but I could be wrong.

    Q    Island Auto Group, is that the same entity you referred to previously in your deposition?

    A    Yes.

    Q    To your knowledge, while Mr. Deo was the manager of Northshore and 189, do you know if either Northshore or 189 Sunrise did any business with any of Mr. Deo's other entities?

    A    I don't know.

    Q    Can you explain to me, generally, what Mr. Deo's responsibilities were?

    In the Complaint, in paragraph 117, it is alleged that Northshore -- and I'm reading this.  It says, As Northshore's and Sunrise's manager, the managing members, Northshore and Sunrise, allowed Deo to handle all financial transactions and reporting on behalf of Northshore and Sunrise.  I read

*Rich Moffett Court Reporting, Inc.*

*B. Chabrier* 91

1

2  that paragraph, 117.

3          What financial transactions

4  was Mr. Deo permitted to handle?

5      A      Getting deals approved,

6  banking with the bank.

7      Q      Sorry?

8      A      Getting deals approved as

9  part of the business, buying cars,

10 financial things.

11     Q      What do you mean by "getting

12 deals approved"?

13     A      When a customer comes in,

14 submit the credit application to the

15 bank, get approval.  There's a financial

16 transaction between us and the customer

17 and the bank.

18     Q      Any other financial

19 transactions that Mr. Deo either handled

20 or was authorized to handle?

21     A      Buying cars.

22     Q      You said that.

23     A      Selling cars.

24     Q      Anything else?

25     A      Taking deposits.

*Rich Moffett Court Reporting, Inc.*

*B. Chabrier*                                    92

1

2          Q       Anything else?

3          A       No.

4          Q       What reporting was Mr. Deo

5    either charted or authorized to do on

6    behalf of Northshore and 189 Sunrise?

7          A       I don't understand.  What do

8    you mean "reporting"?

9          Q       Just reading from the

10   allegation.  It said that Northshore and

11   Sunrise allowed Deo to handle financial

12   transactions and reporting.  Do you know

13   what reporting Mr. Deo would have done?

14         A       I don't know.  I don't know

15   what that means.

16         Q       Was Mr. Deo required to

17   report --

18                 MS. VERBONITZ:  Strike.

19         Q       Who did Mr. Deo report to, if

20   anyone?

21         A       Reported to -- he didn't

22   report to me.  Maybe reported to David

23   when David was alive.

24         Q       I will separate that question

25   a little bit so we know what we are

1                        *B.  Chabrier*                    93

2      talking about.

3                      When you said Deo reported to

4      you --

5            A      Didn't say that.  I said he

6      didn't have to report to me.

7            Q      Oh, he didn't?

8            A      Yeah.

9            Q      Did he report to anyone?

10           A      I said he might have reported

11     to Baron when he was alive.

12           Q      Do you know if he did or not?

13           A      We all reported to David.  I

14     can't say he did or didn't.  Just taking

15     an educated guess.

16           Q      Was Mr. Deo required to make

17     any type of written reports to any of the

18     owners about, you know, business

19     transactions or how the business was

20     doing?

21           A      No.

22           Q      Was Mr. Deo required to

23     update you, in maybe not a formal written

24     report, but any other manner as to the

25     business operations?

*B. Chabrier*                    94

1

2      A      No.

3      Q      Other than Ally Bank, is

4   there any other financial institution or

5   entity that financed Northshore or

6   provided financing to Northshore?

7      A      Meaning like a floor plan or

8   a car line?

9      Q      Either floor plan, loans or

10  any other type of financial source.

11     A      No.

12            MR. SHANKS:  So the record is

13         clear, you're not asking for

14         financing on customers on deals?

15            MS. VERBONITZ:  No.  Just

16         financing for inventory purchases,

17         operations.

18            MR. SHANKS:  Thank you.

19            MS. VERBONITZ:  That type.

20     Q      Who financed the operations

21  of 189 Sunrise?

22     A      Meaning the floor plan line?

23     Q      The floor plan.

24     A      Same.

25     Q      Same, Ally?

*B.  Chabrier*                    95

1

2      A      Yes.

3      Q      Were they two separate

4  finance packages or billed together, do

5  you know?

6      A      Two separate.

7      Q      Other than Ally, did 189

8  Sunrise have any other financial sources?

9      A      For cars, no.

10     Q      Referring to operations?

11     A      No.  I mean, outside of the

12  rental of a copy machine maybe, if you

13  want to get technical.

14     Q      No.  I'm talking about

15  providing money.

16     A      I got you.

17     Q      Providing money for the

18  continued operations --

19     A      No.

20     Q      -- whether floor planning,

21  buying cars --

22     A      I got you.

23     Q      -- operating costs, financing

24  operating costs.  Anything of that

25  nature?

*B. Chabrier*                                96

1

2      A      No.

3      Q      I know you said everyone

4   seemed to report to Mr. Baron, but is

5   there -- was there anyone who supervised

6   Mr. Deo?

7      A      He was the general manager

8   so.

9      Q      No?

10     A      No.  Mr. Baron, the way he

11  comes in and supervises me.

12     Q      How did Mr. Baron supervise

13  you?

14     A      I see him a little bit more

15  because he sat by me, but --

16     Q      Right.

17     A      -- he would ask me how

18  business is, what this is, what certain

19  checks were, how many cars we have in

20  inventory, what we have coming in.  I'm

21  assuming he did that with Anthony -- a

22  little different operation because they

23  have the new car aspect, the parts aspect

24  and the service aspect.

25     Q      At Nissan?

*B. Chabrier*                                        97

2    A        Yes.

3    Q        As versus Northshore, you're

4    saying it's a little different because

5    Northshore and 189 you were selling used

6    cars?

7    A        It's a different -- you have

8    to buy cars every day, pretty much, to

9    keep your inventory.

10    Q        To the best of your

11    knowledge, what were Mr. Khan's roles and

12    responsibilities with respect to either

13    Northshore -- did he have any roles and

14    responsibilities with respect to

15    Northshore?

16    A        Yes.  He went there also and

17    he looked at inventory and occasionally

18    maybe got them a car or two and checked

19    on the office.  That's about it.  Little

20    different role than mine.

21    Q        Did Mr. Khan have any roles

22    or position responsibilities with respect

23    to 189 Sunrise?

24    A        No, zero.

25    Q        Who were the accountants for,

*B. Chabrier*                                    98

1   if you know, for Northshore?

2          A    I believe it was Ellen.  I

3   don't know who she worked for because

4   David really handled that aspect.

5          Q    I didn't hear.

6          A    Mr. Baron really handled that

7   part of the business.  I didn't really

8   get involved in that.

9          Q    You don't know who the

10  accountants were?

11         A    He mentioned before Citrin.

12  I don't remember if that was the name of

13  the company.  I couldn't tell you.

14         Q    Do you know who the

15  accountants were for 189 Sunrise?

16         A    I believe it was the same.

17             MS. VERBONITZ:  I will bring

18        up what counsel -- Harry, can you

19        tell me, what is the --

20         A    Can I just page someone to

21  get a plug?

22         Q    Go ahead.

23             MR. THOMASSON:  Can we take a

24        five-minute break?

*Rich Moffett Court Reporting, Inc.*

*B. Chabrier*                    99

1

2          (Whereupon, a short break was

3      taken.)

4          MS. VERBONITZ:  Can everyone

5      see?  This is U.S. return of

6      partner income for 2021.

7          MR. SHANKS:  We see it.

8          MS. VERBONITZ:  This is what

9      you marked Exhibit H, Harry?

10         MR. THOMASSON:  Yes.

11     Q     Sir, have you seen this

12  return before?

13     A     Twenty minutes ago.

14     Q     Other than 20 minutes ago?

15     A     No.  I wasn't trying to be a

16  wise guy.

17     Q     When tax returns are

18  prepared, who reviews them?

19     A     My accountant.  For the

20  business you mean?

21     Q     For the business.  Sorry.

22  Let me clarify.  Yes.

23          For the business, who reviews

24  when the tax returns are prepared?

25     A     David handled that.  Even

```
 1                    B.  Chabrier              100

 2      when I was a partner, I just get my K-1

 3      in the mail and that was it.

 4           Q       If David handled that, do you

 5      know who was reviewing tax returns after

 6      David passed away?

 7           A       Probably Ellen.

 8           Q       Ellen who?

 9           A       She is the accountant.  Maybe

10      she works for Citrin.  I don't know.

11           Q       I believe you said you didn't

12      know?

13           A       CitrinCooperman.

14           Q       Who provides information to

15      the accountants for purposes of preparing

16      tax returns?

17           A       That would be the

18      comptrollers.

19           Q       In the companies?

20           A       Correct.

21           Q       Do you know if Mr. Deo had

22      any responsibilities or undertook any

23      responsibilities to provide financial

24      information to the accountants for

25      purposes of filing tax returns?
```

*Rich Moffett Court Reporting, Inc.*

*B. Chabrier*                    101

1

2       A       No.  Comptrollers would

3    handle all that.

4       Q       Who was the comptroller for

5    Northshore?

6       A       At the time in 2021, I

7    believe Danny O'Sullivan.

8       Q       Who was the comptroller for

9    189 Sunrise in 2021?

10      A       Tracy.

11      Q       Danny O'Sullivan and Tracy,

12   did they remain in those positions as

13   comptrollers until the business closed?

14      A       Tracy, yes.  Danny, maybe a

15   little beforehand.  Can't remember the

16   exact dates with Dan.

17      Q       Going down this tax return,

18   this also has a Libertas Bates stamp of

19   001215.

20              On the bottom, Jones Little &

21   Company CPAs, do you know who that is?

22      A       No, ma'am.

23      Q       On this tax return, on the

24   third page, on the very bottom, says the

25   designation of the partnership

*B.  Chabrier*                         102

representative, it says Anthony, looks
like Deo.  Do you see that?

        A       I do.

        Q       Do you know who designated
Anthony Deo as the partnership
representative for the purposes of the
2021 tax return?

        A       Do I know why his name is on
there?  Is that what you're trying to
say?

        Q       You can answer that question.
Do you know why his name is on there?

        A       No.

        Q       Do you have any knowledge
that Mr. Deo was designated by anyone as
the partnership representative?

        A       Not trying to be -- trying to
answer your question.  I don't understand
where you are going with this.

        Q       That's fine.  You don't have
to understand where I'm going.  Just have
to understand the question.

                MR. SHANKS:  Just calls for
        yes or no.  Yes or no.

*B. Chabrier*                    103

1

2      A       No.  Sorry.  Not trying to

3  be --

4                MR. SHANKS:  You don't need

5        to read into a question.  She will

6        give you --

7                THE WITNESS:  Apologies.

8      Q       No need to apologize to me.

9  If you don't know the answer, that's

10  fine.

11     A       Okay.

12     Q       At any time did you have any

13  discussion with any of the other members

14  of Northshore to admit Mr. Deo as a

15  member?

16     A       No.

17     Q       At any time do you recall any

18  discussion -- by discussions I mean

19  orally, by e-mail, memos.  At any time do

20  you recall having any discussions with

21  anyone at Northshore regarding

22  designating Mr. Deo as the partner

23  representative?

24     A       No.

25     Q       For purposes of taxing, who,

*B. Chabrier*                    104

1    which member at Northshore was designated

2    as the tax representative or tax

3    representative member?

4                MR. SHANKS:  Objection to

5         form.  You can answer if you

6         understand.

7         A    I think I would say David

8    Baron.

9         Q    Are you guessing or do you

10   know?

11        A    No, I don't know.

12        Q    Please don't guess.

13              MR. SHANKS:  Don't guess.

14        Q    If you don't know, you don't

15   know.

16              Do you know who was

17   designated as the tax member for taxing

18   purposes of 189 Sunrise?

19        A    No.

20        Q    I believe you were shown

21   this, but I'm going by -- I will go to --

22   this is schedule B-1 of the tax returns.

23   Schedule B-1 is the information of

24   partners owning 50 percent or more.  This

*B.  Chabrier*                          105

has, in schedule B-1, listed Anthony Deo

as having a 99 percent interest in

Northshore.

                Do you know why Mr. Deo is

listed under part two?

        A       Do I know why, no.

        Q       The next document on this tax

return is a K-1, and this is the K-1 for

Anthony Deo.  Underneath where you go

into the section showing the individual's

interest, it's 99 percent.

                Do you see that?  I don't

know if you can see my cursor.

        A       I can see it.

        Q       Do you know why Mr. Deo is

listed as having a 99 percent interest in

Northshore?

        A       No.

        Q       Next is also a K-1 and this

is a K-1 for Sarah Rahman, R-A-H-M-A-N.

Do you know who Sarah Rahman is?

        A       I do.

        Q       Did you say no?

        A       I said yes.  I said I do.

*Rich Moffett Court Reporting, Inc.*

*B. Chabrier*                    106

1

2      Q      Who is she?

3      A      She is Anthony's wife.

4      Q      On this K-1 Sarah Rahman is

5   listed as having a one percent membership

6   interest in Northshore.  Do you see that?

7      A      Yes, I do.

8      Q      Do you know why the tax

9   return listed Sarah Rahman as having a

10  one percent interest in Northshore?

11     A      No.

12            MS. VERBONITZ:  I will bring

13            up and I will mark this as -- I

14            guess we can mark -- if counsel

15            agrees, we can mark this as BC1.

16            Russell, is that okay with

17            you?  Just for the designation.

18            MS. RONNENBERG:  You may want

19            to do Libertas 1, because yesterday

20            we did Flushing 1.

21            MS. VERBONITZ:  Okay, fine.

22            I can mark it as Libertas 1.  This

23            is tax information authorization

24            and I did redact the EIN for

25            Northshore Motor Leasing for this

*B. Chabrier*                                    107

1
2          document because I wasn't sure how
3          public it was going to get.
4                   (Whereupon, the
5          aforementioned Northshore tax
6          information authorization was
7          deemed marked as Libertas Exhibit 1
8          for identification as of this
9          date.)
10          Q      On the bottom -- do you know
11   what a tax information authorization is?
12          A      No.
13          Q      On the bottom of this
14   document, under part six, is a taxpayer's
15   number?
16          A      Um-hum.
17          Q      There's a signature there.
18   Do you know whose signature that is?
19          A      Assuming it's Anthony's, but
20   I don't know.
21          Q      Underneath is typed in
22   Anthony Deo, correct?
23          A      Yes.
24          Q      There's a date typed in of
25   11-15-22?

*B. Chabrier*                    108

1

2     A      Yes.

3     Q      Do you know under what

4  circumstances under which Mr. Deo either

5  signed or submitted this tax information

6  form for Northshore?

7     A      No.

8     Q      Do you know under any

9  circumstances --

10     A      Oh, I said no.  You didn't

11  hear me?

12     Q      I didn't.

13     A      Sorry.

14     Q      Don't apologize.

15            Let me show you what has been

16  marked as Libertas 2.

17            (Whereupon, the

18            aforementioned 189 Sunrise tax

19            information authorization was

20            deemed marked as Libertas Exhibit 2

21            for identification as of this

22            date.)

23     Q      This is a tax information

24  authorization, and I know that you

25  wouldn't know what this is because --

*B. Chabrier*                                  109

2   pursuant to your prior testimony, but

3   this is for 189 Sunrise.  Again, at the

4   bottom of this document under part six,

5   there's a signature.

6              Do you know whose signature

7   that is?

8       A      Assuming it's Anthony Deo

9   again.

10      Q      Again, it's typed underneath,

11  Anthony Deo, dated 11-15-22, and the same

12  date as the Northshore tax information

13  authorization.

14             Do you know of the

15  circumstances under which this tax

16  information authorization was signed and

17  submitted for taxing purposes?

18      A      No.

19      Q      I probably asked this

20  question, but let me go back and ask it

21  again.

22             On the 2021 tax return that

23  we showed that was marked as Exhibit G,

24  you remember the K-1 said Anthony Deo had

25  a 99 percent interest?

*B. Chabrier*                                    110

2          Do you know why the 2021 tax

3     return lists Mr. Deo as having a 99

4     percent interest in Northshore?

5          A     No.

6          Q     Do you know if Mr. Deo had --

7     sorry.  Just hold on, please.

8               Mr. Chabrier, have you seen

9     the 2021 tax return for 189 Sunrise?

10         A     Have I seen them, no.

11         Q     Have you had any discussions

12    with anyone concerning the 2021 tax

13    return for Northshore we showed you as an

14    exhibit?

15         A     No.

16         Q     Have you had any

17    discussions -- to the best of your

18    recollection, any discussions with anyone

19    concerning the 2021 tax returns for 189

20    Sunrise?

21         A     No.

22         Q     You testified who were the

23    members of 189 Sunrise.  Were you aware,

24    on the 2021 tax return for 189 Sunrise,

25    that it included a K-1 which shows Mr.

*B. Chabrier*                                    111

1

2  Deo also had a 99 percent interest in

3  that entity?

4        A     No.

5        Q     Before your deposition today,

6  had you known that the 2021 tax return

7  for 189 Sunrise had Mr. Deo listed as

8  holding a 99 percent interest?

9        A     No.

10       Q     Is this the first time you're

11 hearing this today?

12       A     First time I saw it, yes.

13       Q     Talking about 189 Sunrise.

14       A     I said yes.

15       Q     Is this the first time you

16 are hearing it today?

17       A     Yes, sorry.  Confusing the

18 two.

19       Q     Do you know under what

20 circumstances Mr. Deo was listed as

21 having a 99 percent interest in 189

22 Sunrise?

23       A     No.

24       Q     Do you know who takes care of

25 the tax matters for 189 Sunrise?

*Rich Moffett Court Reporting, Inc.*

*B. Chabrier*                    112

1

2       A       You asked me that before.

3       Q       You said no?

4       A       I said the same company that

5  probably takes care of Northshore,

6  Citrin.

7       Q       Sorry, let me clarify.

8               Do you know what member --

9               MS. VERBONITZ:  Strike that.

10      Q       To the best of your

11 knowledge, are there any members of 189

12 Sunrise that undertake any actions or

13 have any participation in the preparation

14 of the tax returns for 189 Sunrise?

15      A       Meaning who did it prior

16 to --

17      Q       No.  If anyone, for instance,

18 any member to your knowledge provided any

19 information or just the comptroller?

20      A       Just the comptrollers.

21      Q       Do you know who reviews the

22 tax returns after they are prepared and

23 before they are filed?

24      A       Would have been Mr. Baron.

25      Q       After Mr. Baron passed, do

*B. Chabrier*                        113

1

2    you know who did review the tax returns?

3         A     No.

4              MS. VERBONITZ:  Off the

5         record.

6              (Discussion off the record.)

7         Q     Mr. Chabrier, to the best of

8    your knowledge, have you seen this 2021

9    tax return for 189 Sunrise before?

10        A     No.

11        Q     This is the return I have

12   asked you questions about.

13             MS. VERBONITZ:  Can you go to

14        the bottom, Harry?

15        Q     See it's prepared by Jones,

16   Little and Company?

17        A     Yes.

18             MS. VERBONITZ:  Can you go

19        down to the K-1s, Harry?

20        Q     This is schedule B, part two.

21   Again, Mr. Deo is listed as 99 percent

22   interest in the company.  Do you know

23   why?

24        A     No.

25             MS. VERBONITZ:  Scroll,

*B. Chabrier*                    114

Harry.

Q       This is a K-1 and it's a K-1
for Mr. Phalen, and it's been redacted
for Social Security numbers.

            MS. VERBONITZ:  Scroll down,
     please.

Q       This K-1 shows that Mr.
Phalen has a 20 percent interest.  Do you
see that?

A       I do.

            MS. VERBONITZ:  Scroll down.

Q       Next is the K-1 for
Mr. Aaronson.

A       Yes.

            MS. VERBONITZ:  Scroll down,
     please.

Q       There's a K-1 next, the third
K-1 for Mr. Baron.

A       Yes.

            MS. VERBONITZ:  Scroll down.

Q       The document up on the screen
is the K-1 for you, which will show your
20 percent interest.  Do you recall
receiving a K-1 for 2021?

*B. Chabrier*                    115

1

2      A      You have the wrong address up

3   there.

4      Q      That's not your address?

5      A      No.

6      Q      I believe you gave your

7   address in the beginning of the

8   deposition, did you not?

9      A      I did.  I have lived there

10  since 2002.

11     Q      What is that address again?

12     A      Four Creek Ridge Road.

13     Q      Do you know what this 8

14  Tilden Dean --

15     A      This is a previous address I

16  lived at from '93 to 2007.

17     Q      The question is, did you

18  receive a K-1 for 2021, to the best of

19  your knowledge?

20     A      I don't recall.  I would have

21  to look.

22     Q      The next is a K-1 for the

23  estate of David Baron.

24            MS. VERBONITZ:  Scroll down,

25      please.

*Rich Moffett Court Reporting, Inc.*

*B. Chabrier*                              116

1    

2         Q       Mr. Chabrier, what is your

3    understanding, when Mr. Baron died, what

4    happened to his interest in Northshore?

5         A       Went to the estate.

6         Q       To his estate?

7         A       I guess so, yes.

8         Q       I just ask, if you don't

9    know, just -- that's okay, but don't

10   guess, please.

11        A       Okay.

12        Q       After the interest went to

13   his estate, did the company or any other

14   members buy the interest?

15        A       Not that I'm aware, no.

16        Q       The next is a K-1 for Anthony

17   Deo.

18             MS. VERBONITZ:  Scroll down a

19        little.

20        Q       This K-1 shows Mr. Deo has a

21   99 percent interest in 189 Sunrise.  Do

22   you know how it came about that Mr. Deo

23   reports 99 percent interest in 189

24   Sunrise?

25        A       No.

*Rich Moffett Court Reporting, Inc.*

*B. Chabrier*                    117

1
2          MS. VERBONITZ:  You can take
3      that down, Harry.  Thank you very
4      much.
5      Q      With regard to Mr. Deo's
6  responsibilities as a general manager,
7  was Mr. Deo permitted to arrange for any
8  financing for the businesses?
9      A      No.
10     Q      I'm bringing up a document.
11         MS. VERBONITZ:  We will mark
12     this as Libertas 3.  This is an
13     agreement of sale of future
14     receipts.
15             (Whereupon, the
16     aforementioned agreement of sale of
17     future receipts was deemed marked
18     as Libertas Exhibit 3 for
19     identification as of this date.)
20     Q      I would like you to take a
21  look, and I will scroll through it fairly
22  slowly.
23             Let me ask, have you ever
24  seen this document before?
25     A      No.

*Rich Moffett Court Reporting, Inc.*

*B. Chabrier*                                    118

2      Q      No?

3      A      No.

4      Q      This is called agreement of
5  sale of future receipts and it's dated
6  11-15-22.  Do you see that?

7      A      It's kind of small.  Hold on.

8      Q      I will blow it up.

9      A      11-15-22, yes.

10      Q      Says this is made between
11  Libertas and Merchant whose name and
12  address is down below.  It said the
13  merchant's name is Northshore Motor
14  Leasing.  You are not familiar with this
15  document?

16      A      No.

17      Q      Have you seen it before
18  today?

19      A      No.

20      Q      Were you aware this agreement
21  was entered into by Northshore?

22      A      No.

23      Q      At any time prior to today?

24      A      I don't understand the
25  question.  Have I ever saw it before?

*B. Chabrier*                    119

1

2      Q       Did you become aware of this

3   agreement at any time prior to today when

4   I just showed it to you?

5      A       Well, I was aware when the

6   money went into the account.  I heard the

7   money was in the account, yes.

8      Q       When you say you were aware

9   when -- you heard the money went into the

10  account, what do you mean by that?

11     A       Whenever this loan appeared

12  in one of the accounts, I was made aware

13  a little time later.

14     Q       At some time you were made

15  aware that money went into one of the

16  accounts.  Which account?

17     A       I don't recall what account.

18  I believe --

19     Q       Sorry, go ahead.

20     A       Nothing.  Strike.

21     Q       When did you become aware

22  that money went into an account?

23     A       I don't recall the day.

24     Q       How did you become aware

25  money went into an account?

*Rich Moffett Court Reporting, Inc.*

*B. Chabrier*                    120

A        I spoke to Josh that day.

Q        That's Josh Aaronson?

A        Yes.

Q        What was the manner of your
communication with Josh, phone call,
e-mail?

A        Phone call.

Q        Tell me, as best you can
recall, what was the phone call between
you and Josh, what was said to each
other?

A        He just asked me if I knew
anything about money going into the
account, and I said no.

Q        Did he tell you how much
money went into the account?

A        I don't recall.

Q        Do you have online access to
banking?

A        I do.

Q        After Josh told you that
money went -- asked you about money going
into the account, did you go online and
check the account?

*Rich Moffett Court Reporting, Inc.*

*B. Chabrier*                                   121

1

2          A       Don't believe I did that day.

3     Don't believe I was here.

4          Q       I will ask you again, as best

5     you can recall, tell me what Josh said to

6     you and what you said to Josh.

7          A       Josh asked if I knew anything

8     about money going into an account, and I

9     said no.  He said, okay, and that was

10    basically it.

11         Q       That's about a ten-second

12    conversation you had with Josh?

13         A       Yes, give or take.  It was

14    pretty early.

15         Q       That was it?

16         A       That was it.

17         Q       Did you have any other

18    discussions with anyone else concerning

19    money going into an account?

20         A       Prior to that, no.

21         Q       Not prior.  After he told

22    you, after he asked if you knew of any

23    money going into an account.

24         A       As the day progressed, later

25    on in the day, yes, we had another

*B. Chabrier*                                     122

1
2    discussion and he told me --

3        Q      So tell me about the next

4    discussion you had.

5        A      I said, What money?  He

6    mentioned the amount, and I said, No,

7    nothing to do with me.  That was it.

8        Q      Was this a phone call?

9        A      Everything was a phone call.

10       Q      Let me make sure I got this.

11   Josh calls you, asks if you know anything

12   about money going into an account, you

13   say no, end of discussion, correct?

14       A      He hung up and moved on,

15   correct.

16       Q      Later that day you had

17   another phone call with Josh, correct?

18       A      Yes.

19       Q      Tell me, again, what was

20   discussed between you.

21       A      I asked about what money was

22   in the account and he told me, and I said

23   okay.  And I said, No, that wasn't me, I

24   don't know anything.  And so he moved on.

25   That was it.

*B. Chabrier* 123

1

2      Q      When you say "he moved on,"

3    what do you mean?

4      A      He went -- said, Okay, thank

5    you, good-bye.

6      Q      Did you call Josh or did Josh

7    call you that second time?

8      A      I called Josh the second

9    time.

10     Q      You called Josh?

11     A      Yes.

12     Q      What was your purpose for

13    calling Josh?

14     A      Calling him back from the

15    phone call from the morning.  It was

16    brief.

17     Q      You called him back and said,

18    It wasn't me who put the money in the

19    account, and he said --

20     A      I asked him --

21     Q      Go ahead.

22     A      I said, What happened, you

23    know, what money, and he told me the

24    amount of dollars in the account.  I

25    said, Nothing to do with me.  He said,

*B. Chabrier*                                    124

All right, got to go.  That was it.

Q     Did you have any discussions
with Josh or anyone else concerning the
money in the account after that?

A     Me, no.

Q     Sorry, I didn't hear you.

A     No.

Q     No?

A     No, I did not.

Q     Did you find out where the
money in the account came from?

A     I did find out, yes.

Q     When did you find out?

A     I want to say later that day
or the next day.  I don't recall the
exact timing of it.

Q     How did you find out?

A     I spoke to Josh.

Q     I have to -- let me make --
apologize if I'm not clear.

      I'm asking you about
discussions you had.  This is the third
discussion you had with Josh.  Okay?

A     Okay.

*B. Chabrier*                                125

1

2      Q      Tell me, as best you can

3  recall, what was said during that third

4  discussion on that same day.

5      A      It was almost the same to the

6  prior two discussions.  He told me the

7  amount, he told me it was a company and

8  what it was, and he -- I went -- I was

9  busy, I did what I had to do, and he

10  moved on.  He runs a lot of stores.  He's

11  busy.

12     Q      On this third discussion,

13  does Josh call you or do you call Josh?

14     A      I believe I called Josh

15  again.

16     Q      You asked Josh what?

17     A      I asked him what happened.

18  It was brief.

19     Q      He said money came into the

20  account?

21     A      Correct.

22     Q      Did he tell you where the

23  money came from?

24     A      He told me it came from -- he

25  found out -- I don't know exact timing he

*B. Chabrier*                    126

told me, but told me it was from

Libertas.  I don't know if it was the

third or fourth discussion that he found

out.  I don't know the exact timing of

that.

        Q       At one point on this third

call that same day, you knew the money --

the third call, not sure this call or

some other call, you found out it came

from Libertas, correct?

        A       Correct.

        Q       What was the next discussion

you had with anyone, Josh or anyone,

concerning the money in the account?

        A       Didn't have any discussions,

really, with anyone after that.

        Q       After four calls with Josh,

you can't recall any other discussions

you had with anyone?

        A       No.  Josh was handling it.  I

just backed off.

        Q       Do you know how Josh was

handling it?

        A       No, I do not.

*B. Chabrier*                    127

1

2          Q        Did you ever find out the

3   circumstances under which money came in

4   the account from Libertas?

5          A        Under the circumstances?

6          Q        Yes.  How that happened.

7          A        I found out afterwards, yeah.

8          Q        What did you find -- what was

9   your understanding or what did you find

10  out?

11         A        That Anthony filed for a loan

12  or whatever this is.

13         Q        From whom did you find that

14  out?

15         A        I found that out from Josh.

16         Q        There is yet another

17  communication with Josh where he told you

18  that it was Anthony who entered into some

19  agreement with Libertas for capital,

20  correct?

21         A        Yes.

22         Q        Do you recall when that

23  conversation occurred?

24         A        I do not.

25         Q        Any other conversations you

*B. Chabrier*                    128

recall regarding the money from Libertas?

    A      No.

    Q      Just those five?

    A      Pretty much so, yeah.

    Q      Did you ever find out to which account the money was deposited?

    A      I believe it was deposited to -- again, I believe -- so you are going to tell me if I don't know, say no -- but Sunrise, 189.

    Q      What do you base that belief on?

    A      What I was told and what I -- what I was told.  I didn't see it.

    Q      Who told you it was deposited into the Sunrise account?

    A      Josh.

    Q      Is that during one of the five phone calls you had with him or another one?

    A      No.  During one of those calls.

    Q      Do you know what the sale of future receipts agreement is?

*B. Chabrier*      129

1

2     A     No, never saw this.

3     Q     Do you have any understanding

4  as to what transaction was entered into

5  here between Libertas, Northshore and

6  others?

7     A     None at all.

8     Q     Did you ever read this

9  agreement at this time?

10     A     No.

11     Q     Before this lawsuit was

12  instituted?

13     A     I never saw it.

14     Q     I will take you down to what

15  is Bates stamped LIB 000012, almost the

16  last page of this document.  This is

17  electronic signatures.  See it says

18  Northshore Motor Leasing?

19     A     Yes.

20     Q     Then owner/guarantor number

21  one.  Do you know whose initials they

22  are?

23     A     I can read the name.

24     Q     Is says Anthony Deo, correct?

25     A     Yes.

*B. Chabrier*                    130

1

2      Q      In 2022, the date of this

3   agreement, November 2022, according to

4   the tax returns we looked at, Mr. Deo is

5   reported to have a 99 percent interest in

6   Northshore, correct?

7      A      What I read, yes.

8      Q      On the next page, LIB 000113,

9   this is called electronic funds transfer

10  authorization.  There's a name of a bank

11  here, JPMorganChase.

12             Do you know if either

13  Northshore or 189 Sunrise Highway banked

14  at JPMorganChase?

15     A      We both banked at

16  JPMorganChase.

17     Q      Is that where the main

18  operating accounts were kept?

19     A      Yes.

20     Q      Again, on this authorization,

21  it appears that it's an electronic

22  signature of Anthony Deo.  Do you see it?

23     A      Yes.

24     Q      When you found out the money

25  was deposited into the 189 Sunrise

*Rich Moffett Court Reporting, Inc.*

*B. Chabrier* 131

1    account, were you referring to the

2    account at JPMorgan?

3    A    Yes.

4    MR. SHANKS:  Can you stop at

5    14, the signature line?  I'm having

6    a hard time seeing it.  There is

7    something in blue.

8    MS. VERBONITZ:  Off the

9    record.

10    (Discussion off the record.)

11    Q    I'm moving down to the page

12    we left off.  Do you know who Marc

13    Merckling is?

14    A    Yes.

15    Q    Who is he?

16    A    I think Marc Merckling is an

17    associate of Anthony.  I think I only met

18    him once.  I know the name, yes.

19    MS. VERBONITZ:  Sorry, I have

20    to take this call.

21    (Whereupon, a short break was

22    taken.)

23    Q    Mr. Merckling, you said, is

24    an associate?

*B. Chabrier* 132

1

2    A    I met him once or twice.

3    Q    Associate of whom?

4    A    Assuming Anthony.  I don't

5    know.

6    Q    Do you know if he works for

7    Northshore?

8    A    I don't know.

9    Q    Does he work for 189 Sunrise?

10   A    I don't know.  I know he was

11   in the dealership a few times.  I know

12   Anthony had something to do with him.  I

13   know he did things for Anthony.  Don't

14   think he was on my payroll.

15   Q    You just don't know?

16   A    I did meet him, though.

17   Q    You didn't see this agreement

18   before this lawsuit, did you?

19   A    No.

20   Q    When did you become aware

21   there was an agreement or some

22   transaction?  You said it was during a

23   conversation you had with Josh?

24   A    Correct.

25   Q    Do you know when that

*B. Chabrier*                    133

occurred?

    A        I don't recall exact date.

    Q        After it was learned that
there was this transaction with Libertas
whereby money was deposited to 189
Sunrise's account, tell me what happened
or -- sorry.

            What next occurred, to your
knowledge, regarding this transaction?
You learn the money is there, you learn
there's a transaction.  Then what
happens?

    A        Josh took the money out.

    Q        Josh took the money out?

    A        Yes.

    Q        Where did Josh -- what did
Josh do with the money?

    A        I guess he put it in a
different account.

    Q        He takes it out of the
JPMorgan account, right?  Did he take the
full $735,000?

    A        I believe so.

    Q        You believe he put it into

*B. Chabrier*                      134

```
 1                   another account?
 2            A      I believe so.
 3            Q      Do you know what account the
 4    money was put into?
 5            A      No.
 6            Q      That was approximately
 7    735,000 he took out of 189 Sunrise and
 8    put into another account?
 9            A      Yes.
10            Q      Josh had authority to take
11    that money out of the account, did he
12    not?
13            A      Yes.
14            Q      Do you know why he put it
15    into another account?
16            A      Because I believe Anthony
17    owed him money.  Cars weren't paid off
18    and he took his money.
19            Q      Sorry, I didn't hear the
20    first couple of words that you said.  Can
21    you repeat your answer?
22            A      Anthony owed him money for
23    payoffs and stuff like that.
24            Q      Are you saying Josh took the
```

*Rich Moffett Court Reporting, Inc.*

*B. Chabrier*                                    135

735,000 because Anthony Deo owed Josh

money?

    A    He owed for payoffs and

stuff.

    Q    Sorry, what's "payoffs"?

    A    Cars that weren't paid off.

    Q    So Anthony paid cars off out

of his pocket?

    A    No.  Paid them off of the

bank account.  Had the comptroller pay

them off, but he wasn't keeping up with

the payouts.  Didn't have enough money in

the account to pay.

    Q    Sorry, I don't --

    A    Am I talking too fast?

Sorry, I will slow down.

    Q    So Josh took the money out of

the account because you said Anthony owed

Josh?

    A    He owed -- he had payoffs

that were not paid off.

    Q    Payoffs of what?

    A    Cars.

    Q    Who had payoffs of cars?

*Rich Moffett Court Reporting, Inc.*

*B. Chabrier*                    136

```
1
2        A        Anthony.
3        Q        You have to explain to me
4   because I don't understand what you mean
5   by that.
6        A        I will say in Northshore,
7   they were behind in payoffs a
8   considerable amount of money.  Don't know
9   the exact amount.
10       Q        Can I interrupt you a minute?
11  I don't know what you mean by that, that
12  they were behind in --
13            MR. SHANKS:  Brian, she
14       doesn't understand the term
15       payoffs.  Explain what the payoffs
16       were for.
17            Trying to help you.
18            MS. VERBONITZ:  Please.
19       A        Ally floor plans, the numbers
20  are immaterial, 50 grand.  After you sell
21  the car, you have -- depending if it's a
22  cash deal, you have to pay it off in one
23  day.  If it's a financed deal, depending
24  on the bank, usually get five days to pay
25  it off.
```

*B. Chabrier*                    137

```
1
2       Q       Right.

3       A       He was behind on paying the

4   cars off.

5       Q       When you say "he," you are

6   talking Anthony was behind in paying the

7   cars off to Ally?

8       A       Correct.

9       Q       It's not "he," it's the

10  company, correct?

11      A       It is the company.

12      Q       Northshore or 189 was behind

13  in paying off Ally, correct?

14      A       Correct.

15      Q       Please tell me if I'm wrong,

16  Josh takes this money in order to make

17  those payoffs?

18      A       To bring Anthony whole

19  because Anthony owed him a lot of money.

20      Q       Don't know what you mean

21  "home"?

22      A       I didn't say bring Anthony

23  home.  To bring everything up to date.

24  Not even close.  To try to bring things

25  up to date.
```

```
 1                  B.  Chabrier                138

 2         Q      Was this money taken by Josh

 3    and paid to Ally?

 4         A      No.

 5         Q      Who was it paid to?

 6         A      Josh didn't pay anybody.

 7    Josh gave the money to the attorney.

 8         Q      Sorry.  To what attorney?

 9         A      Mr. Thomasson.

10         Q      Why did Josh give the money

11    to Mr. Thomasson?

12         A      Supposed to hold it in

13    escrow, but not a hundred percent sure.

14    I wasn't in that conversation.

15         Q      What was the intent to use

16    the money for?

17         A      The intent was to payoff the

18    debts that Anthony was incurring in not

19    paying off the cars.

20         Q      They were the debts to Ally,

21    correct?

22         A      They were the debts to Ally,

23    yes.

24         Q      Under the floor plan, am I

25    correct, there were amounts owed to Ally?
```

*B. Chabrier*                    139

 2          A          Yes.

 3          Q          For paying off cars?

 4          A          Yes.

 5          Q          Under the floor plan?

 6          A          Yes.

 7          Q          That was not done -- why was

 8    the money owed to Ally?

 9          A          Because they finance cars for

10    us.  After they are sold, you have to pay

11    them off.  Anthony wasn't paying the cars

12    off.

13          Q          After the cars were sold.

14    And why wasn't Anthony paying the cars

15    off --

16          A          I don't know.

17          Q          Was Anthony the one

18    responsible for that type of financing

19    transaction with Ally?

20          A          Anthony was telling -- not

21    paying the cars off. That's all I --

22          Q          And my question is, Anthony

23    was given the responsibility to make sure

24    the cars were paid off, that Ally was

25    paid?

*B. Chabrier* 140

1

2          MR. SHANKS:  Both of you are

3      speaking over each other all the

4      time.

5          MS. VERBONITZ:  Sorry.

6      Q      Was Anthony given or charged

7  with the responsibility to make sure that

8  cars that were sold, Ally was paid?

9      A      Yes.

10     Q      Got it.  He wasn't doing

11 that, correct?

12     A      Yes.

13     Q      He was behind?

14     A      Yes.

15     Q      Do you know how much?

16     A      No, I do not.

17          MR. KATAEV:  Just a quick

18      point for the record, Ally should

19      be A-L-L-Y.

20     Q      A-L-L-Y Bank, correct?

21     A      Correct.

22          MS. VERBONITZ:  There is an

23      Allied that I know of a financial

24      source.  Thank you for the

25      clarification.

1      *B. Chabrier*                    141

2          Q       The company was behind in

3      paying Ally Bank, and Josh, you are

4      saying, as far you know, took this money,

5      gave it to the attorney to hold the money

6      in escrow in order to bring everything

7      current with the bank?  Is that what

8      you're saying?

9          A       I guess so.

10         Q       Is that your understand --

11         A       I wasn't in that

12     conversation, so I can't say yes or no.

13         Q       Is that your understanding?

14         A       That's my understanding.

15         Q       From whom did you get that

16     understanding?

17         A       I got that understanding from

18     Josh.

19         Q       Got it.  I understand now.

20                 But that never happened,

21     correct?  Is that what this case is

22     about?

23         A       No.  I believe that

24     Mr. Thomasson did get a check from Josh.

25         Q       I mean was everything brought

*Rich Moffett Court Reporting, Inc.*

*B. Chabrier*                                    142

 1

 2     current with Ally Bank?

 3         A      Josh brought everything

 4     current.  Spent almost $5 million.

 5         Q      Josh -- when you say brought

 6     Ally Bank current, are you saying that

 7     Josh, out of his pocket or some other

 8     source other than these Libertas funds,

 9     was able it bring Ally Bank current?

10         A      Yes.

11         Q      Do you know what happened to

12     the proceeds from the Libertas

13     transaction?

14              MS. VERBONITZ:  Strike that.

15         Q      As far as you know, is it

16     correct the proceeds from the Libertas

17     transaction were then delivered to

18     Mr. Thomasson?

19         A      As I know, yes.

20         Q      What other knowledge do you

21     have of the facts of this case?

22         A      That's pretty much all I

23     know.

24         Q      Let me show you what is --

25     see the document?

*B. Chabrier*                                        143

1

2          A       Yes.

3          Q       It's Plaintiff's Third

4   Amended Complaint.  Have you seen this

5   document before?

6          A       I believe I have.  Yes.  See

7   my name.

8          Q       Fourth line down, you are

9   named as a plaintiff.  Do you know if you

10  saw this Third Amended Complaint before

11  it was filed on August 8, 2025?

12         A       Did I see it before it was

13  filed, no.  I don't know what is in the

14  file, so you need to show me.

15         Q       This is called a Third

16  Amended Complaint.  Do you recall seeing

17  the original complaint that was filed in

18  this case?

19         A       I believe I saw it.  Until

20  you showed me, I don't know.  There have

21  been a couple different things that have

22  come across my desk.

23         Q       Let me get to the Third

24  Amended Complaint.  It's hugely long.  I

25  can go through it.  You said you believe

*B. Chabrier*                                          144

1   you saw it?

2       A      Again, I have to read it.  I

3   got a few different things.

4             MR. SHANKS:  Why don't you

5       ask what you want to know about the

6       Complaint.

7       Q      In this case, what is your

8   understanding about the claims raised

9   against Libertas?

10      A      Honestly, I don't know.  I

11  mean, sure, you are trying to recoup

12  money, I'm assuming.

13      Q      I'm just asking, do you have

14  any understanding of the claims raised

15  against Libertas in the case?

16             Just to clarify, at the time

17  this action was first filed -- I can tell

18  you the Third Amended Complaint was filed

19  in 2025.  The First Amended Complaint was

20  filed in 2023.

21             Have you ever had any

22  understanding of what the claims are

23  alleged against Libertas?

24      A      No, I don't.

```
 1                    B. Chabrier                145

 2        Q      What damages are you seeking

 3   against Libertas in the case, if any?

 4        A      Me, personally?

 5        Q      Yes.

 6        A      Outside of you giving a loan

 7   to someone, to a company in my name,

 8   that's the only thing I can -- I'm not

 9   looking for anything.  You gave a loan

10   out to Northshore and the company was in

11   my name.

12        Q      Do you know if NorthShore --

13   I'm not going to dispute your

14   characterization of the transaction

15   between Libertas and Northshore --

16              MS. VERBONITZ:  And I just

17         want to put it on the record, it's

18         not that I -- my silence, my

19         objection doesn't mean I agree with

20         the witness' characterization of

21         that transaction.

22        Q      With respect to the

23   transaction between Libertas and

24   Northshore, you had testified that

25   Northshore got money from Libertas.  Do
```

*Rich Moffett Court Reporting, Inc.*

```
 1                    B.  Chabrier              146
 2    you know if Northshore ever transmitted
 3    any money to Libertas?
 4          A     I don't.
 5          Q     Without asking you a legal
 6    question, do you have any understanding
 7    of what a declaratory relief claim is?
 8          A     No.
 9          Q     I'm going to go down to --
10    are you claiming any damages personally
11    in this case against Libertas?
12          A     No.
13          Q     I'm in the Third Amended
14    Complaint on the screen.  I'm going to
15    page 101, the tenth cause of action
16    between Northshore and Sunrise against
17    Libertas.
18                Do you see that?
19          A     Yes.
20          Q     I will go through it, but my
21    question is, do you have any
22    understanding what this cause of action
23    is?
24          A     If you let me read it.
25          Q     Sure.
```

*Rich Moffett Court Reporting, Inc.*

*B. Chabrier*                    147

1

2      A      I understand.  I get it.

3  What I said before, Anthony took a loan

4  out in Northshore's name, which is mine,

5  and got authorization.

6      Q      Do you have any understanding

7  to what is being requested in this case?

8      A      First time -- I really

9  haven't reviewed this, so I don't.

10      Q      That's fine.

11          Mr. Chabrier, are you

12  appearing here, or do you know if your

13  appearance here is also on behalf of

14  Northshore?

15      A      I'm sure it is, yes.

16      Q      Not only individually but on

17  behalf of Northshore?

18      A      Yes.

19          MR. SHANKS:  There was no

20      notice to the company.  Only

21      individuals were noticed.

22          MS. VERBONITZ:  I was going

23      to ask you that afterwards,

24      Russell.  That's fine.

25      Q      The money that was taken out

*Rich Moffett Court Reporting, Inc.*

                              *B.  Chabrier*                    148

 1     of 189 Sunrise's account, was that the

 2     business checking account, to the best of

 3     your knowledge, that the money was put

 4     into, that Libertas transferred the money

 5     to?

 6         A       Yes.

 7         Q       The money that was taken out

 8     by Josh, am I correct that, as your

 9     understanding and as far as you know,

10     that was the money that was transferred

11     to         Mr. Thomasson?

12         A       Yes.

13         Q       Do you have any further

14     understanding of where that money went?

15         A       When Mr. Thomasson got it?

16         Q       Just asking if you have any

17     further understanding to where the money

18     went.

19         A       No.

20             MR. SHANKS:  I have the same

21         question.  Are you asking after

22         Mr. Thomasson received it?

23             MS. VERBONITZ:  I understand.

24         Let me clarify.

*B. Chabrier*                    149

1

2    Q      After Mr. Thomasson -- I am

3    not making a conclusion that he didn't

4    receive it.  Your understanding is Josh

5    gave the money to Mr. Thomasson?

6    A      To be held in escrow,

7    correct.

8    Q      Do you have any knowledge as

9    to where the money went after that?

10    A      No.

11          MS. VERBONITZ:  That's all I

12    have.  Thank you.

13          MR. SHANKS:  Anyone else have

14    any questions?

15          MR. THOMASSON:  I have a

16    followup if no one has any.

17          MS. VERBONITZ:  Let me ask

18    one more question.

19    Q      Mr. Chabrier, remember those

20    tax returns I showed you, which is 2021,

21    for both Northshore and 189 Sunrise?

22    A      Yes.

23    Q      Do you have any reason to

24    believe that those documents I showed you

25    were not true and correct copies of the

*Rich Moffett Court Reporting, Inc.*

*B. Chabrier*                                        150

```
 1
 2    tax returns filed for the company for
 3    those years?
 4         A      Can you repeat that?  Sorry.
 5         Q      Do you have any reason to
 6    believe that the documents that you saw,
 7    which were Exhibit G and H, were not true
 8    and correct copies of the tax returns
 9    filed for Northshore and 189 Sunrise for
10    the years 2021?
11         A      I don't know.
12         Q      Thank you.
13              MR. THOMASSON:  Anyone else
14         have any questions before I have
15         followups?
16              MR. KATAEV:  We have no
17         questions.
18              MS. RONNENBERG:  Flushing
19         doesn't have any questions.
20              *              *              *
21    EXAMINATION BY
22    MR. THOMASSON:
23         Q      Mr. Chabrier, I don't think
24    I'm going to have to take very long but I
25    have a few followups.  All right?
```

*Rich Moffett Court Reporting, Inc.*

*B.  Chabrier*                          151

1

2      A       Okay.

3      Q       You know about how Northshore

4  Motors and 189 Sunrise operated, don't

5  you?

6      A       Yes.

7      Q       And you know who the

8  comptrollers were at 189 and Sunrise,

9  don't you?

10      A       Yes.

11      Q       You know that David Baron, in

12  charge of the floor plan for those two

13  companies, was the one who put the

14  comptrollers in place in those two

15  companies, right?

16      A       Yes.

17      Q       It's the comptrollers that

18  payoff the floor plan cars when they are

19  sold, right?

20      A       Yes.

21      Q       Those comptrollers answered,

22  ultimately, to David Baron, didn't they?

23      A       I believe so.

24      Q       You testified earlier today,

25  at various times, you and your partner

*B. Chabrier*                    152

2      took money from the accounts of those

3      companies, right?

4           A      Yes.

5           Q      Do you have any idea how much

6      money you and your partners took from

7      those companies?

8           A      No.

9           Q      Over the years, could it have

10     been millions?

11          A      No.

12          Q      But there was money that was

13     taken from those companies, correct?

14          A      Yes.

15          Q      You were monitoring the

16     accounts daily?  Isn't that what your

17     testimony was?

18          A      I logged on, you know, pretty

19     much a daily basis.  Not every day, but

20     yeah.

21          Q      Was there any occasion, since

22     you have known him, that you had any

23     reason to distrust your partner, Josh

24     Aaronson?

25          A      Distrust Josh, no.

*B. Chabrier*                                    153

1

2        Q       There was never a reason you

3    could remember right now where you had

4    distrust for Josh; is that correct?

5        A       No, never.

6        Q       And you told us that he was

7    authorized to handle these tax returns,

8    right?

9        A       I said he handled the

10    day-to-day.

11        Q       Some point you also indicated

12    that he was authorized to make decisions

13    about tax returns, didn't you, after

14    David's death?

15        A       On the day-to-day operations,

16    yes, he can handle.

17        Q       You now know that Josh

18    approved these tax returns, right?

19        A       I see on the e-mail screens

20    you showed me.

21        Q       It indicated that Josh

22    approved these two tax returns that you

23    saw as Exhibit H today, right?

24        A       That's what it looks like.

25        Q       Can we also, therefore, trust

*B. Chabrier*                          154

the accuracy of these returns?

             MR. SHANKS:  Objection to

      form.

      Q      You can answer, Mr. Chabrier.

             Do you have any reason right

now to tell us we cannot trust the

accuracy of these returns that were

approved by Josh Aaronson?

      A      I don't.

      Q      Who was in charge of the

floor plans for Northshore and 189

Sunrise?

      A      What do you mean, "who was in

charge"?

      Q      Was someone in charge of

being the go-between Northshore and the

floor plans?

      A      That was David Baron.  Then

would have been Josh after that.

      Q      Was that also true for 189

Sunrise after David's death, it was David

first then Josh?

      A      Yes.

      Q      One point you said Josh runs

*B. Chabrier*                                    155

1

2      a lot of stores.  After David's death,

3      that included Northshore and 189, didn't

4      it?

5              A       He did the day-to-day, yes.

6              Q       I think you indicated, this

7      was quote, that Anthony Deo was using

8      money from those businesses, meaning

9      Northshore and 189 for other things.  Do

10     you remember saying that?

11             A       I don't remember saying that.

12             Q       I will ask you now, do you

13     believe that Anthony used money from

14     Northshore and 189 for other things?

15             A       I do, yeah.

16             Q       That means he would be taking

17     money out of the accounts you were

18     overseeing on a daily basis and using it

19     improperly, right?

20             A       Not what I said.

21             Q       Where did the money come from

22     that Anthony diverted from those two

23     businesses?

24             A       According to my comptroller

25     at the time, Danny questioned why there

*B. Chabrier*                              156

were large sums of cash that never made

it to the bank account that I found out

later.  So Anthony had taken that money

that never made it into the Northshore

bank accounts.

     Q     Was cash ever deposited into

Northshore and 189's accounts that you

know about?

     A     There was cash deposited,

absolutely.

     Q     When was Danny a comptroller

in that store or those stores?

     A     Up until probably 2021, 2022.

     Q     You are testifying under oath

that you knew, during and prior to 2021,

that Anthony Deo was stealing cash; is

that correct?

     A     No.  What I said is that

Danny told me that he had given Anthony

cash and it didn't get deposited in the

bank.  That's what I told you.

     Q     You knew that that happened

during or before 2021 according to Danny?

     A     When Danny told me, that's

*B. Chabrier*                    157

when I knew.

          Q        Can you repeat your answer?

          A        I said, I only found out when
Danny told me.  That's it.

          Q        Danny only worked there until
'20 or '21, right?

          A        Danny worked there until, I
believe, 2021 -- I don't know the exact
date he left, to you honest.  But yes, he
told us.

          Q        Did he tell you that while he
still worked there or after he left?

          A        He told us when he still
worked there.  When he was questioned
where some cash was.

          Q        Do you know how much money
Danny claims Anthony did not put into
accounts?

          A        It was a large sum of money.
I don't recall the exact amount.

          Q        He continued to allow Anthony
Deo to be at those two stores after
finding that out, correct?

          A        I don't remember the

*B. Chabrier*                                              158

1    timeframe on the money thing, so I can't

2    answer that question.  I don't know.

3         Q       Do you know if that was

4    anything ever discussed between Anthony

5    Deo and David Baron, if you know?

6         A       David had already been

7    passed.  This was after David's death.

8         Q       Was he diverting funds from

9    the store other than through cash?

10        A       Not that I'm aware of.

11        Q       Do you know if Marc Merckling

12   was taking anything wrongfully from

13   either of those two stores?

14        A       Danny told me Marc was the

15   one that brought the money to the bank

16   so.

17        Q       Please continue.  So he

18   brought money to the bank and?

19        A       That didn't get there.  So

20   that's -- you know.

21        Q       You immediately discussed it

22   with Marc Merckling; is that right?

23        A       No, I did not.  I don't know

24   Marc that well from a hole in the wall.

*B. Chabrier*                    159

1

2   I did not discuss that with Marc.

3          Q      What did you do when you

4   found out there were thefts taking place

5   at what you claimed to be your stores?

6          A      I notified Josh, who got -- I

7   guess got in touch with Anthony.  When

8   Anthony -- when Danny told me.

9          Q      What came of that?

10         A      They are not in business

11  anymore, so that's that.

12         Q      Would it be more accurate to

13  say that wasn't discovered until just

14  before the stores closed?

15         A      I don't know the exact

16  timeframe.

17         Q      How come you didn't just fire

18  Anthony Deo?

19         A      That wasn't my call.

20                MR. THOMASSON:  I have no

21        further questions.

22                MS. VERBONITZ:  Yes.

23                MS. RONNENBERG:  Yes.

24                (Discussion off the record.)

25                MR. KATAEV:  We are all

1                    *B. Chabrier*                    160

2          ordering copies.

3                    (Whereupon at 3:45 p.m. the

4          deposition was concluded.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

*Rich Moffett Court Reporting, Inc.*

```
 1                                              161
 2              A C K N O W L E D G E M E N T
 3
 4    STATE OF NEW YORK  )
                         :ss
 5    COUNTY OF          )
 6
 7             I, BRIAN CHABRIER, hereby certify
 8    that I have read the transcript of my
 9    testimony taken under oath in my deposition
10    of January 9, 2026; that the transcript is a
11    true, complete and correct record of my
12    testimony, and that the answers on the
13    record as given by me are true and correct.
14
15
16             _____
17                  BRIAN CHABRIER
18
19    Signed and subscribed to before
      me, this          day
20    of                  , 2026.
21    _____
      Notary Public, State of New York
22
23
24
25
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                              162
 2     ----------------I N D E X------------------
 3     WITNESS              EXAMINATION BY     PAGE
 4     Brian Chabrier       Mr. Thomasson     7, 150
 5                          Ms. Verbonitz     74
 6
 7     ----------------EXHIBITS--------------------
 8     LIBERTAS FOR I.D.                      PAGE
 9     1 Northshore tax information           107
10        authorization
11     2 189 Sunrise tax information          108
12        authorization
13     3 Agreement of sale of future          117
14        receipts
15
16
17
18
19
20
21
22
23
24
25
```

163

C E R T I F I C A T E

STATE OF NEW YORK    )

                     ) ss.:

COUNTY OF NASSAU     )


          I, Maria Pellicane, a Notary

     Public within and for the State of New

     York, do hereby certify:

          That BRIAN CHABRIER, the witness

     whose deposition is hereinbefore set

     forth, was duly sworn by me and that

     such deposition is a true record of

     the testimony given by such witness.

          I further certify that I am not

     related to any of the parties to this

     action by blood or marriage; and that I

     am in no way interested in the outcome

     of this matter.

          IN WITNESS WHEREOF, I have

     hereunto set my hand this 20th day of

     January, 2026.

                    *Maria Pellicane*
     -------------------------
          MARIA PELLICANE

## $

**$10,000** [5] - 26:20, 27:2, 27:10, 27:13, 73:2
**$730,000** [1] - 47:7
**$735,000** [6] - 52:16, 55:4, 59:4, 66:17, 66:23, 133:23

## '

**'17** [1] - 75:16
**'18** [1] - 75:16
**'20** [1] - 157:7
**'21** [1] - 157:7
**'22** [3] - 36:2, 36:11, 36:15
**'93** [1] - 115:16

## 0

**000012** [1] - 129:15
**000113** [1] - 130:8
**001215** [1] - 101:19

## 1

**1** [5] - 106:19, 106:20, 106:22, 107:7, 162:9
**101** [1] - 146:15
**10170** [1] - 3:14
**107** [1] - 162:9
**108** [1] - 162:11
**11** [1] - 78:19
**11-15-22** [4] - 107:25, 109:11, 118:6, 118:9
**11042** [1] - 14:5
**114** [2] - 2:23, 84:20
**11501** [1] - 2:24
**11553** [1] - 4:5
**117** [3] - 90:19, 91:2, 162:13
**11709** [1] - 7:14
**11793** [1] - 3:18
**1239** [2] - 1:8, 3:11
**12:15** [1] - 1:21
**1339** [1] - 3:22
**14** [1] - 131:6
**150** [1] - 162:4
**1580** [2] - 1:7, 3:10
**1581** [2] - 1:7, 3:10
**1591** [2] - 1:8, 3:10
**1632** [2] - 1:8, 3:11
**180-some-odd** [1] - 44:18
**189** [103] - 1:4, 1:7, 3:9, 12:11, 16:4, 26:6, 26:11, 26:22, 27:3, 27:11, 27:14,

27:16, 28:12, 28:24, 29:5, 32:6, 32:17, 32:18, 32:25, 33:15, 33:22, 34:2, 34:15, 36:22, 37:4, 38:4, 38:6, 38:19, 41:14, 57:3, 59:18, 60:9, 60:10, 65:8, 65:10, 65:13, 65:14, 65:15, 65:19, 66:5, 66:24, 68:18, 70:13, 71:22, 72:14, 75:17, 76:24, 77:21, 84:14, 85:2, 85:19, 85:23, 86:4, 86:9, 86:15, 86:19, 86:25, 87:7, 87:16, 89:7, 90:11, 90:12, 92:6, 94:21, 95:7, 97:5, 97:23, 98:16, 101:9, 104:19, 108:18, 109:3, 110:9, 110:19, 110:23, 110:24, 111:7, 111:13, 111:21, 111:25, 112:11, 112:14, 113:9, 116:21, 116:23, 128:11, 130:13, 130:25, 132:9, 133:6, 134:8, 137:12, 148:2, 149:21, 150:9, 151:4, 151:8, 154:12, 154:21, 155:3, 155:9, 155:14, 162:11
**189's** [1] - 156:8
**1990** [1] - 14:5
**1993** [2] - 14:22, 14:24

## 2

**2** [3] - 108:16, 108:20, 162:11
**20** [6] - 11:7, 85:22, 85:25, 99:14, 114:9, 114:24
**2002** [1] - 115:10
**2007** [1] - 115:16
**2017** [1] - 88:8
**2018** [3] - 20:8, 75:16, 84:20
**2019** [1] - 19:9
**2020** [2] - 19:9, 79:7
**2021** [30] - 26:9, 26:20, 26:25, 27:10, 33:6, 57:13, 58:6, 58:24, 70:18, 72:11, 99:6, 101:6, 101:9, 102:8, 109:22, 110:2,

110:9, 110:12, 110:19, 110:24, 111:6, 113:8, 114:25, 115:18, 149:20, 150:10, 156:14, 156:16, 156:24, 157:9
**2022** [13] - 33:8, 35:15, 35:24, 36:5, 36:9, 36:17, 36:23, 54:6, 66:19, 66:25, 130:2, 130:3, 156:14
**2023** [3] - 35:12, 79:17, 144:21
**2024** [1] - 44:14
**2025** [2] - 143:11, 144:20
**2026** [6] - 1:21, 70:10, 70:18, 161:10, 161:20, 163:22
**20th** [1] - 163:21
**23** [2] - 1:9, 3:12
**230** [1] - 84:9
**2320** [1] - 3:14
**235** [1] - 15:3
**25** [3] - 11:7, 15:17, 15:19
**2519** [2] - 1:9, 3:11

## 3

**3** [3] - 117:12, 117:18, 162:13
**3000** [1] - 3:5
**3280** [1] - 3:18
**333** [1] - 4:4
**3:45** [1] - 160:3
**3W8** [1] - 3:5

## 4

**4** [1] - 7:13
**400** [1] - 44:18
**420** [1] - 3:14
**446** [2] - 1:9, 3:12

## 5

**5** [1] - 142:4
**50** [5] - 15:20, 16:5, 58:11, 104:25, 136:20
**500** [1] - 3:22
**516-280-4664** [1] - 2:24

## 6

**620** [1] - 2:23

## 7

**7** [1] - 162:4
**735,000** [2] - 134:8, 135:2
**74** [1] - 162:5
**76** [2] - 1:9, 3:12

## 8

**8** [3] - 58:9, 115:13, 143:11

## 9

**9** [2] - 1:21, 161:10
**99** [13] - 58:15, 105:3, 105:12, 105:17, 109:25, 110:3, 111:2, 111:8, 111:21, 113:21, 116:21, 116:23, 130:5

## A

**A-L-L-Y** [1] - 140:19
**Aaronson** [20] - 3:13, 10:16, 10:19, 10:25, 11:9, 17:18, 37:7, 42:11, 53:22, 56:15, 56:19, 58:18, 59:12, 66:16, 75:20, 85:6, 114:14, 120:3, 152:24, 154:9
**AARONSON** [1] - 1:6
**ability** [2] - 7:24, 8:3
**able** [1] - 142:9
**absolutely** [1] - 156:11
**accept** [1] - 45:10
**access** [3] - 65:18, 68:16, 120:19
**according** [3] - 130:3, 155:24, 156:24
**account** [81] - 20:9, 20:11, 20:16, 20:20, 20:22, 21:2, 21:5, 21:12, 21:15, 21:21, 22:3, 22:11, 22:12, 22:13, 22:17, 22:19, 22:24, 23:2, 23:5, 23:6, 23:7, 63:9, 72:2, 72:3, 80:5, 80:13, 80:17, 82:22, 82:23, 83:2, 83:3, 83:4, 83:5, 83:6, 83:9, 83:11, 83:12, 83:14, 86:19, 86:25, 119:6, 119:7,

119:10, 119:16, 119:17, 119:22, 119:25, 120:15, 120:17, 120:24, 120:25, 121:8, 121:19, 121:23, 122:12, 122:22, 123:19, 123:24, 124:5, 124:12, 125:20, 126:15, 127:4, 128:7, 128:17, 131:2, 131:3, 133:7, 133:20, 133:22, 134:2, 134:4, 134:9, 134:12, 134:16, 135:11, 135:14, 135:19, 148:2, 148:3, 156:3
**accountant** [3] - 41:21, 99:19, 100:9
**accountants** [7] - 41:13, 41:17, 97:25, 98:11, 98:16, 100:15, 100:24
**accounts** [37] - 19:22, 21:8, 59:18, 59:22, 59:25, 61:7, 61:11, 62:16, 62:22, 63:2, 63:10, 63:15, 63:18, 64:2, 64:4, 64:12, 64:16, 64:18, 64:25, 65:5, 65:9, 66:17, 66:23, 68:9, 68:14, 68:17, 69:9, 69:12, 119:12, 119:16, 130:18, 152:2, 152:16, 155:17, 156:6, 156:8, 157:19
**accuracy** [2] - 154:2, 154:8
**accurate** [1] - 159:12
**acknowledge** [2] - 6:6, 6:11
**act** [1] - 87:12
**action** [4] - 144:18, 146:15, 146:22, 163:17
**actions** [1] - 112:12
**activities** [1] - 16:24
**added** [3] - 39:8, 72:2, 72:5
**address** [7] - 7:12, 115:2, 115:4, 115:7, 115:11, 115:15, 118:12
**administer** [1] - 5:16
**administered** [1] - 6:13
**admit** [1] - 103:14

**affidavit** [4] - 39:20, 39:21, 39:24, 40:3
**aforementioned** [3] - 107:5, 108:18, 117:16
**afterwards** [2] - 127:7, 147:23
**age** [1] - 11:6
**ago** [12] - 11:7, 11:24, 12:13, 13:14, 42:23, 43:8, 46:11, 46:13, 76:3, 80:9, 99:13, 99:14
**agree** [5] - 19:11, 19:14, 23:4, 23:7, 145:19
**agreed** [1] - 28:13
**AGREED** [3] - 5:3, 5:9, 5:14
**agreement** [12] - 6:22, 117:13, 117:16, 118:4, 118:20, 119:3, 127:19, 128:25, 129:9, 130:3, 132:17, 132:21
**Agreement** [1] - 162:13
**agreements** [1] - 29:13
**agrees** [1] - 106:15
**ahead** [6] - 40:10, 40:21, 51:3, 98:23, 119:19, 123:21
**alive** [3] - 31:23, 92:23, 93:11
**ALIVIA** [1] - 4:11
**allegation** [1] - 92:10
**alleged** [3] - 84:19, 90:19, 144:24
**Allied** [1] - 140:23
**allow** [1] - 157:22
**allowed** [2] - 90:23, 92:11
**Ally** [22] - 81:18, 82:3, 82:8, 94:3, 94:25, 95:7, 136:19, 137:7, 137:13, 138:3, 138:20, 138:22, 138:25, 139:8, 139:19, 139:24, 140:8, 140:18, 141:3, 142:2, 142:6, 142:9
**ALLY** [1] - 140:20
**almost** [3] - 125:5, 129:15, 142:4
**ALSO** [1] - 4:9
**Amended** [7] - 143:4, 143:10, 143:16,

143:24, 144:19, 144:20, 146:13
**amount** [6] - 122:6, 123:24, 125:7, 136:8, 136:9, 157:21
**amounts** [1] - 138:25
**AND** [3] - 5:2, 5:8, 5:13
**answer** [18] - 8:11, 15:10, 22:15, 23:11, 41:23, 51:12, 53:18, 54:2, 68:23, 68:25, 102:12, 102:19, 103:9, 104:6, 134:22, 154:5, 157:3, 158:3
**answered** [2] - 48:2, 151:21
**answers** [1] - 161:12
**Anthony** [73] - 25:4, 25:8, 26:4, 26:17, 26:21, 27:2, 27:11, 42:4, 44:23, 45:14, 52:21, 53:2, 53:9, 53:13, 54:5, 54:6, 54:8, 54:10, 56:20, 58:14, 62:5, 62:6, 73:19, 76:20, 80:18, 96:21, 102:2, 102:6, 105:2, 105:10, 107:22, 109:8, 109:11, 109:24, 116:16, 127:11, 127:18, 129:24, 130:22, 131:18, 132:4, 132:12, 132:13, 134:17, 134:23, 135:2, 135:8, 135:19, 136:2, 137:6, 137:18, 137:19, 137:22, 138:18, 139:11, 139:14, 139:17, 139:20, 139:22, 140:6, 147:3, 155:7, 155:13, 155:22, 156:4, 156:17, 156:20, 157:18, 157:22, 158:5, 159:7, 159:8, 159:18
**ANTHONY** [3] - 1:4, 1:13, 3:5
**Anthony's** [3] - 72:12, 106:3, 107:19
**anticipate** [1] - 8:16
**apologies** [2] - 40:20, 103:7
**apologize** [5] - 70:22, 71:9, 103:8, 108:14,

124:21
**appearance** [1] - 147:13
**appeared** [1] - 119:11
**appearing** [1] - 147:12
**application** [1] - 91:14
**approval** [1] - 91:15
**approved** [10] - 56:22, 57:2, 57:10, 58:18, 91:5, 91:8, 91:12, 153:18, 153:22, 154:9
**approving** [1] - 57:6
**argument** [1] - 70:24
**ARIEL** [1] - 4:5
aronneburger@ cullenllp.com [1] - 4:6
**arrange** [1] - 117:7
**arrangement** [1] - 6:18
**Asad** [7] - 17:16, 18:14, 18:17, 19:16, 70:23, 75:8, 88:3
**aside** [1] - 89:9
**aspect** [4] - 96:23, 96:24, 98:5
**assigned** [1] - 26:16
**associate** [3] - 131:18, 131:25, 132:3
**associated** [9] - 47:21, 52:4, 52:13, 52:16, 52:19, 55:22, 64:5, 64:25, 65:4
**assume** [1] - 89:25
**assuming** [6] - 89:23, 96:21, 107:19, 109:8, 132:4, 144:13
**attached** [1] - 57:10
**attorney** [5] - 9:12, 39:23, 138:7, 138:8, 141:5
**Attorneys** [2] - 3:4, 3:9
**attorneys** [4] - 3:20, 4:3, 5:3, 6:5
**auction** [2] - 82:5, 82:7
**auctions** [3] - 81:5, 81:8
**August** [1] - 143:11
**authority** [14] - 17:23, 18:11, 18:15, 22:25, 37:10, 37:13, 38:8, 38:10, 38:11, 38:12, 38:14, 62:9, 62:13, 134:11
**authorization** [12] - 106:23, 107:6, 107:11, 108:19,

108:24, 109:13, 109:16, 130:10, 130:20, 147:5, 162:10, 162:12
**authorize** [3] - 17:25, 29:3, 45:12
**authorized** [14] - 5:16, 29:6, 37:21, 60:20, 80:17, 80:19, 81:19, 86:18, 86:22, 86:24, 91:20, 92:5, 153:7, 153:12
**AUTO** [12] - 1:3, 1:4, 1:7, 1:7, 1:8, 1:8, 1:9, 1:9, 1:10, 3:4
**Auto** [21] - 3:9, 3:10, 3:10, 3:11, 3:11, 3:12, 3:12, 12:7, 12:23, 26:13, 42:9, 42:14, 42:19, 42:25, 45:22, 45:25, 75:18, 90:3, 90:5
**automatically** [2] - 81:25, 82:6
**automobile** [2] - 9:24, 10:4
**automotive** [3] - 50:14, 77:14, 89:2
**Automotive** [1] - 12:4
**AUTOMOTIVE** [1] - 1:16
**Avenue** [2] - 3:5, 3:14
**aware** [24] - 43:17, 44:22, 45:11, 51:9, 60:14, 62:14, 62:17, 62:20, 63:8, 65:17, 69:18, 87:3, 110:23, 116:15, 118:20, 119:2, 119:5, 119:8, 119:12, 119:15, 119:21, 119:24, 132:20, 158:11

---

## B

**B-1** [3] - 104:23, 104:24, 105:2
**backed** [1] - 126:22
**background** [1] - 74:21
**bad** [1] - 49:15
**bank** [25] - 19:22, 20:13, 20:15, 21:8, 21:12, 22:3, 31:4, 59:17, 60:21, 64:19, 80:5, 80:13, 86:19, 91:6, 91:15, 91:17, 130:10, 135:11, 136:24, 141:7, 156:3, 156:6,

156:22, 158:16, 158:19
**BANK** [2] - 1:18, 4:4
**Bank** [6] - 94:3, 140:20, 141:3, 142:2, 142:6, 142:9
**banked** [2] - 130:13, 130:15
**banking** [2] - 91:6, 120:20
**Bar** [2] - 9:12, 9:13
**Baron** [59] - 3:13, 10:22, 14:4, 14:7, 14:9, 14:14, 14:20, 17:16, 17:17, 19:13, 20:10, 21:14, 22:17, 29:3, 30:14, 32:4, 56:8, 56:9, 65:21, 68:3, 68:8, 68:11, 68:13, 68:17, 69:9, 69:18, 69:21, 71:24, 75:8, 75:20, 75:21, 80:6, 80:7, 80:12, 83:22, 84:9, 84:11, 85:5, 85:6, 85:14, 85:17, 88:2, 88:9, 88:12, 93:11, 96:4, 96:10, 96:12, 98:7, 104:9, 112:24, 112:25, 114:19, 115:23, 116:3, 151:11, 151:22, 154:19, 158:6
**BARON** [1] - 1:7
**Baron's** [1] - 19:15
**base** [1] - 128:12
**basis** [6] - 61:2, 61:4, 61:7, 84:5, 152:19, 155:18
**Bates** [2] - 101:18, 129:15
**bathroom** [1] - 74:4
**Bayville** [1] - 7:14
**BC1** [1] - 106:15
**became** [3] - 17:20, 78:2, 89:6
**become** [5] - 17:18, 119:2, 119:21, 119:24, 132:20
**beforehand** [3] - 67:4, 67:7, 101:15
**beginning** [2] - 20:5, 115:7
**behalf** [4] - 90:25, 92:6, 147:13, 147:17
**behind** [7] - 136:7, 136:12, 137:3, 137:6, 137:12, 140:13, 141:2
**belief** [1] - 128:12

belonged [1] - 55:18
below [1] - 118:12
Beltray [6] - 69:24, 70:3, 70:12, 70:14, 70:25, 71:3
benefit [1] - 84:22
best [10] - 87:5, 97:10, 110:17, 112:10, 113:7, 115:18, 120:9, 121:4, 125:2, 148:3
bet [1] - 50:20
between [12] - 5:3, 71:15, 91:16, 118:10, 120:10, 122:20, 129:5, 145:15, 145:23, 146:16, 154:17, 158:5
billed [1] - 95:4
bit [6] - 15:11, 15:14, 16:19, 74:20, 92:25, 96:14
BLANKENSHIP [1] - 1:13
blood [1] - 163:17
blow [1] - 118:8
blue [1] - 131:8
BLVD [6] - 1:7, 1:8, 1:8, 1:9
Blvd [6] - 3:10, 3:10, 3:11, 3:11
bookkeep [1] - 78:20
bookkeeper [2] - 71:5, 71:8
bookkeeping [1] - 78:21
boss [9] - 30:17, 30:22, 31:3, 31:8, 31:10, 31:23, 31:25, 32:3, 32:11
bottom [6] - 101:20, 101:24, 107:10, 107:13, 109:4, 113:14
Boulevard [1] - 4:4
break [4] - 74:5, 98:25, 99:2, 131:12
brevity [1] - 75:2
Brian [5] - 3:13, 7:10, 75:9, 136:13, 162:4
BRIAN [6] - 1:5, 2:3, 7:2, 161:7, 161:17, 163:10
brief [2] - 123:16, 125:18
bring [8] - 98:18, 106:12, 137:18, 137:22, 137:23, 137:24, 141:6, 142:9

bringing [1] - 117:10
brought [7] - 44:17, 52:17, 141:25, 142:3, 142:5, 158:16, 158:19
Building [1] - 3:21
bulk [1] - 81:7
bunch [1] - 61:23
business [32] - 9:24, 10:5, 12:15, 13:22, 20:6, 21:24, 24:3, 24:7, 24:18, 76:10, 77:7, 77:13, 77:21, 79:12, 79:16, 84:16, 86:24, 88:13, 89:2, 90:12, 91:9, 93:18, 93:19, 93:25, 96:18, 98:8, 99:20, 99:21, 99:23, 101:13, 148:3, 159:10
businesses [25] - 10:11, 11:18, 12:5, 12:18, 12:20, 17:12, 37:14, 37:19, 37:23, 38:13, 38:15, 38:17, 41:18, 57:7, 61:18, 64:6, 64:10, 74:23, 87:16, 88:18, 88:24, 89:9, 117:8, 155:8, 155:23
busy [2] - 125:9, 125:11
buy [6] - 81:5, 81:22, 82:5, 83:16, 97:8, 116:14
BUYERS [1] - 1:14
buying [9] - 10:12, 78:11, 78:13, 78:14, 80:21, 80:25, 91:9, 91:21, 95:21
BY [8] - 3:6, 3:15, 3:23, 4:5, 7:16, 74:8, 150:21, 162:3
bye [1] - 123:5

# C

cannot [2] - 8:13, 154:7
capital [1] - 127:19
CAPITAL [1] - 1:18
caption [1] - 1:22
car [6] - 11:17, 22:10, 94:8, 96:23, 97:18, 136:21
CAR [1] - 1:14
card [2] - 9:13, 64:10
cards [1] - 64:5
care [2] - 111:24, 112:5

CARS [2] - 1:15, 1:15
cars [32] - 10:12, 78:11, 78:13, 81:22, 81:24, 91:9, 91:21, 91:23, 95:9, 95:21, 96:19, 97:6, 97:8, 134:18, 135:7, 135:8, 135:24, 135:25, 137:4, 137:7, 138:19, 139:3, 139:9, 139:11, 139:13, 139:14, 139:21, 139:24, 140:8, 151:18
case [12] - 43:11, 44:23, 45:3, 45:7, 141:21, 142:21, 143:18, 144:8, 144:16, 145:3, 146:11, 147:7
cash [8] - 136:22, 156:2, 156:7, 156:10, 156:17, 156:21, 157:16, 158:10
cashed [1] - 61:13
caused [2] - 26:3, 59:12
cc [1] - 42:5
cease [1] - 72:9
ceased [2] - 72:16, 73:4
century [3] - 11:4, 11:5, 11:9
certain [2] - 19:4, 96:18
certainly [1] - 23:22
certification [1] - 5:6
certify [3] - 161:7, 163:9, 163:15
Chabrier [34] - 3:13, 7:10, 7:18, 8:20, 16:14, 19:8, 24:2, 27:9, 32:25, 39:16, 40:23, 41:5, 44:2, 47:4, 48:15, 50:24, 51:4, 51:22, 54:8, 54:21, 57:11, 57:25, 59:19, 68:23, 69:8, 75:9, 110:8, 113:7, 116:2, 147:11, 149:19, 150:23, 154:5, 162:4
CHABRIER [6] - 1:5, 2:3, 7:2, 161:7, 161:17, 163:10
chain [1] - 56:10
change [2] - 85:12, 85:19

changed [1] - 87:2
characterization [3] - 19:2, 145:14, 145:20
charge [6] - 30:24, 82:2, 151:12, 154:11, 154:15, 154:16
charged [1] - 140:6
charted [1] - 92:5
chase [1] - 64:20
Chase [1] - 60:9
check [10] - 38:20, 72:24, 73:2, 82:21, 83:15, 83:19, 83:22, 86:14, 120:25, 141:24
checked [2] - 76:16, 97:18
checking [1] - 148:3
checks [23] - 16:15, 16:17, 17:5, 19:18, 30:10, 30:13, 61:13, 61:17, 61:20, 61:21, 62:2, 62:5, 62:9, 62:13, 62:18, 63:8, 76:11, 76:12, 76:14, 77:2, 83:10, 83:13, 96:19
Chestnut [1] - 3:22
circumstances [6] - 108:4, 108:9, 109:15, 111:20, 127:3, 127:5
Citrin [3] - 98:12, 100:10, 112:6
CitrinCooperman [4] - 41:12, 41:20, 41:25, 100:13
City [1] - 11:24
claim [1] - 146:7
claimed [2] - 58:22, 159:5
claiming [2] - 72:12, 146:10
claims [4] - 144:9, 144:15, 144:23, 157:18
clarification [1] - 140:25
clarify [4] - 99:22, 112:7, 144:17, 148:25
classes [3] - 10:4, 10:6, 10:9
clear [4] - 23:20, 85:3, 94:13, 124:21
close [9] - 12:12, 13:13, 13:23, 37:13, 37:22, 38:13, 38:14, 86:12, 137:24

closed [16] - 11:24, 12:9, 12:13, 13:7, 13:24, 35:19, 35:23, 36:22, 37:3, 37:5, 70:20, 79:12, 79:16, 86:15, 101:13, 159:14
closing [1] - 37:19
CO [1] - 1:18
COAST [6] - 1:15, 1:15, 1:16, 1:16, 1:17
Cobleskill [1] - 9:4
code [2] - 60:2, 60:3
college [3] - 8:25, 9:2, 9:3
coming [2] - 49:15, 96:20
communication [2] - 120:6, 127:17
companies [7] - 87:21, 100:19, 151:13, 151:15, 152:3, 152:7, 152:13
company [20] - 21:10, 21:11, 21:13, 23:25, 54:14, 56:2, 56:5, 75:14, 98:14, 112:4, 113:22, 116:13, 125:7, 137:10, 137:11, 141:2, 145:7, 145:10, 147:20, 150:2
Company [2] - 101:21, 113:16
Complaint [12] - 84:19, 89:15, 89:17, 90:18, 143:4, 143:10, 143:16, 143:24, 144:7, 144:19, 144:20, 146:14
complaint [5] - 44:12, 44:17, 45:7, 45:10, 143:17
complete [1] - 161:11
compound [3] - 54:20, 68:22, 73:11
comptroller [12] - 42:17, 42:19, 42:24, 71:6, 71:9, 83:21, 101:4, 101:8, 112:19, 135:11, 155:24, 156:12
comptrollers [9] - 71:14, 100:18, 101:2, 101:13, 112:20, 151:8, 151:14, 151:17, 151:21

**concerning** [5] - 110:12, 110:19, 121:18, 124:4, 126:15
**concluded** [1] - 160:4
**conclusion** [1] - 149:3
**conducted** [1] - 6:3
**conference** [1] - 2:4
**confusing** [1] - 111:17
**connected** [1] - 27:25
**connection** [2] - 45:3, 45:13
**consent** [1] - 6:18
**considerable** [1] - 136:8
**continue** [1] - 158:18
**continued** [3] - 1:22, 95:18, 157:22
**Continued** [1] - 4:2
**contract** [4] - 27:20, 27:24, 38:21, 38:23
**control** [5] - 22:19, 22:20, 54:18, 54:23, 55:17
**controlling** [4] - 31:7, 41:6, 41:8, 54:17
**conversation** [6] - 67:9, 121:12, 127:23, 132:23, 138:14, 141:12
**conversations** [2] - 30:20, 127:25
**COONEY** [1] - 4:11
**Copiague** [1] - 13:9
**copies** [3] - 149:25, 150:8, 160:2
**copy** [1] - 95:12
**CORP** [1] - 1:18
**corporation** [2] - 23:14, 33:22
**correct** [53] - 13:4, 13:11, 32:8, 59:16, 60:6, 66:19, 73:21, 74:18, 77:20, 78:4, 78:15, 80:2, 82:11, 82:24, 84:6, 84:13, 84:16, 85:8, 86:16, 87:11, 100:20, 107:22, 122:13, 122:15, 122:17, 125:21, 126:11, 126:12, 127:20, 129:24, 130:6, 132:24, 137:8, 137:10, 137:13, 137:14, 138:21, 138:25, 140:11, 140:20, 140:21, 141:21, 142:16, 148:9, 149:7,

149:25, 150:8, 152:13, 153:4, 156:18, 157:24, 161:11, 161:13
**costs** [2] - 95:23, 95:24
**counsel** [6] - 6:17, 6:21, 74:2, 74:15, 98:19, 106:14
**Country** [1] - 2:23
**COUNTY** [2] - 161:5, 163:5
**couple** [5] - 71:14, 77:10, 79:3, 134:21, 143:21
**course** [3] - 15:18, 15:25, 16:6
**courses** [2] - 10:3, 10:7
**court** [1] - 39:22
**Court** [2] - 2:23, 5:19
**COURT** [1] - 1:2
**Cove** [1] - 15:3
**covered** [3] - 22:23, 64:21, 67:25
**CPA** [1] - 1:14
**CPA'S** [1] - 1:18
**CPAs** [1] - 101:21
**credit** [1] - 91:14
**Creek** [2] - 7:13, 115:12
**CULLEN** [1] - 4:3
**current** [7] - 11:20, 14:21, 141:7, 142:2, 142:4, 142:6, 142:9
**cursor** [1] - 105:14
**customer** [2] - 91:13, 91:16
**customers** [1] - 94:14
**cut** [1] - 83:21
**CYRULI** [1] - 3:8

# D

**daily** [8] - 61:2, 61:4, 61:7, 63:9, 84:5, 152:16, 152:19, 155:18
**damages** [2] - 145:2, 146:10
**Dan** [1] - 101:16
**Danny** [17] - 70:19, 71:15, 83:20, 101:7, 101:11, 101:14, 155:25, 156:12, 156:20, 156:24, 156:25, 157:5, 157:6, 157:8, 157:18, 158:15, 159:8

**date** [18] - 19:14, 19:25, 20:3, 35:20, 36:4, 79:15, 88:6, 88:8, 107:9, 107:24, 108:22, 109:12, 117:19, 130:2, 133:3, 137:23, 137:25, 157:10
**dated** [2] - 109:11, 118:5
**dates** [1] - 101:16
**David** [52] - 14:3, 17:16, 17:17, 19:13, 19:15, 19:21, 20:10, 28:9, 28:11, 28:15, 28:18, 28:20, 28:22, 28:25, 29:3, 29:6, 29:11, 29:19, 29:23, 30:4, 30:14, 30:17, 30:22, 31:2, 31:6, 31:10, 31:11, 31:12, 31:16, 31:23, 32:6, 32:19, 32:21, 75:8, 75:21, 85:6, 88:2, 92:22, 92:23, 93:13, 98:5, 99:25, 100:4, 100:6, 104:8, 115:23, 151:11, 151:22, 154:19, 154:22, 158:6, 158:7
**David's** [5] - 71:20, 153:14, 154:22, 155:2, 158:8
**day-to-day** [22] - 17:21, 18:4, 18:7, 18:8, 18:10, 18:12, 18:13, 19:18, 37:24, 38:2, 38:7, 38:9, 38:11, 76:19, 77:6, 77:8, 78:9, 83:17, 87:9, 153:10, 153:15, 155:5
**days** [1] - 136:24
**deal** [3] - 59:17, 136:22, 136:23
**dealership** [1] - 132:11
**dealerships** [2] - 11:17, 16:8
**deals** [4] - 91:5, 91:8, 91:12, 94:14
**Dean** [1] - 115:14
**death** [9] - 19:12, 19:15, 36:10, 36:14, 36:18, 153:14, 154:22, 155:2, 158:8
**debit** [2] - 64:5, 64:9
**debts** [3] - 138:18, 138:20, 138:22
**decisions** [3] - 29:4,

32:15, 153:12
**declaratory** [1] - 146:7
**declare** [1] - 6:14
**deemed** [3] - 107:7, 108:20, 117:17
**Defendant** [4] - 2:3, 3:17, 3:20, 4:3
**Defendants** [1] - 1:20
**definition** [1] - 22:5
**degrees** [1] - 9:5
**delivered** [1] - 142:17
**DEO** [2] - 1:13
**Deo** [89] - 20:19, 25:4, 25:8, 26:4, 26:17, 26:21, 27:2, 27:11, 42:4, 44:23, 44:24, 45:14, 52:21, 53:2, 53:9, 53:13, 54:5, 54:6, 54:8, 54:10, 55:3, 55:13, 56:20, 58:15, 62:5, 76:20, 78:2, 78:8, 79:19, 80:16, 81:19, 83:15, 84:15, 84:20, 86:3, 87:20, 87:25, 88:10, 88:14, 88:17, 88:23, 89:6, 90:10, 90:23, 91:4, 91:19, 92:4, 92:11, 92:13, 92:16, 92:19, 93:3, 93:16, 93:22, 96:6, 100:21, 102:3, 102:6, 102:16, 103:14, 103:22, 105:2, 105:5, 105:10, 105:16, 107:22, 108:4, 109:8, 109:11, 109:24, 110:3, 110:6, 111:2, 111:7, 111:20, 113:21, 116:17, 116:20, 116:22, 117:7, 129:24, 130:4, 130:22, 135:2, 155:7, 156:17, 157:23, 158:6, 159:18
**Deo's** [6] - 80:20, 80:25, 87:5, 90:13, 90:16, 117:5
**department** [1] - 79:23
**deposit** [3] - 27:13, 27:15, 83:10
**deposited** [8] - 128:7, 128:8, 128:16, 130:25, 133:6, 156:7, 156:10, 156:21
**deposition** [17] - 5:6, 5:14, 6:8, 6:9, 7:20,

39:15, 39:19, 74:14, 75:2, 77:12, 90:7, 111:5, 115:8, 160:4, 161:9, 163:11, 163:13
**depositions** [1] - 49:6
**deposits** [1] - 91:25
**derivatively** [2] - 1:5, 1:6
**designated** [4] - 102:5, 102:16, 104:2, 104:18
**designating** [1] - 103:22
**designation** [2] - 101:25, 106:17
**desk** [1] - 143:22
**die** [1] - 80:7
**died** [3] - 17:17, 80:12, 116:3
**difference** [1] - 29:13
**different** [14] - 22:5, 31:11, 31:13, 48:4, 71:14, 74:23, 77:10, 96:22, 97:4, 97:7, 97:20, 133:20, 143:21, 144:4
**directly** [1] - 82:13
**disagree** [1] - 29:10
**discovered** [1] - 159:13
**discuss** [2] - 43:14, 159:2
**discussed** [8] - 37:19, 43:11, 43:25, 44:6, 67:7, 122:20, 158:5, 158:22
**discussion** [11] - 103:13, 103:18, 122:2, 122:4, 122:13, 124:24, 125:4, 125:12, 126:4, 126:13, 159:24
**Discussion** [2] - 113:6, 131:11
**discussions** [11] - 103:18, 103:20, 110:11, 110:17, 110:18, 121:18, 124:3, 124:23, 125:6, 126:16, 126:19
**dispute** [1] - 145:13
**DISTRICT** [2] - 1:2, 1:2
**distrust** [3] - 152:23, 152:25, 153:4
**diverted** [1] - 155:22
**diverting** [1] - 158:9
**DLA** [1] - 1:18

**DMV** [13] - 47:15, 48:17, 51:8, 52:5, 54:18, 54:23, 55:22, 55:23, 55:25, 56:3, 56:6, 83:12, 83:13
**doctor** [1] - 9:15
**document** [11] - 105:8, 107:2, 107:14, 109:4, 114:22, 117:10, 117:24, 118:15, 129:16, 142:25, 143:5
**documents** [8] - 33:11, 40:19, 45:2, 45:5, 57:16, 74:17, 149:24, 150:6
**dollars** [1] - 123:24
**done** [5] - 37:6, 47:3, 49:5, 92:13, 139:7
**down** [18] - 8:13, 15:14, 27:17, 101:17, 113:19, 114:6, 114:12, 114:16, 114:21, 115:24, 116:18, 117:3, 118:12, 129:14, 131:12, 135:17, 143:8, 146:9
**draw** [1] - 81:20
**drugs** [1] - 7:23
**duly** [2] - 7:3, 163:12
**during** [14] - 28:23, 35:23, 36:22, 44:13, 64:13, 66:18, 66:24, 86:23, 125:3, 128:19, 128:22, 132:22, 156:16, 156:24
**DWIGHT** [1] - 1:13
**dying** [1] - 85:15
**DYKMAN** [1] - 4:3

### E

**e-mail** [12] - 41:3, 43:21, 44:2, 44:6, 44:9, 44:10, 56:10, 56:15, 56:18, 103:19, 120:7, 153:19
**Earle** [1] - 4:4
**early** [3] - 75:16, 79:17, 121:14
**East** [1] - 12:11
**EASTERN** [1] - 1:2
**educated** [1] - 93:15
**effect** [1] - 5:17
**eight** [3] - 70:11, 70:16, 78:18

**EIN** [5] - 23:17, 24:13, 24:15, 24:17, 106:24
**either** [14] - 38:17, 53:24, 61:17, 64:6, 64:10, 66:23, 90:11, 91:19, 92:5, 94:9, 97:12, 108:4, 130:12, 158:14
**electronic** [3] - 129:17, 130:9, 130:21
**Ellen** [3] - 98:3, 100:7, 100:8
**EMANUEL** [1] - 3:6
**employees** [6] - 16:19, 17:6, 30:13, 76:15, 78:12, 78:16
**end** [3] - 35:23, 39:9, 122:13
**engaged** [3] - 16:25, 84:21, 84:24
**entered** [3] - 118:21, 127:18, 129:4
**entire** [2] - 48:20, 48:22
**entities** [1] - 90:13
**entity** [4] - 84:16, 90:6, 94:5, 111:3
**equal** [1] - 85:21
**escrow** [3] - 138:13, 141:6, 149:6
**ESQ** [5] - 3:6, 3:15, 3:17, 3:23, 4:5
**estate** [4] - 115:23, 116:5, 116:6, 116:13
**exact** [14] - 15:10, 19:13, 35:20, 76:3, 88:6, 101:16, 124:17, 125:25, 126:5, 133:3, 136:9, 157:9, 157:21, 159:15
**EXAMINATION** [4] - 7:16, 74:8, 150:21, 162:3
**examination** [2] - 6:2, 6:6
**Examination** [1] - 2:2
**examined** [1] - 7:4
**example** [4] - 8:14, 9:11, 21:21, 73:8
**except** [1] - 5:9
**excuse** [2] - 39:7, 89:16
**executed** [1] - 51:24
**Exhibit** [12] - 40:23, 56:11, 57:19, 57:24, 99:9, 107:7, 108:20, 109:23, 117:18, 150:7, 153:23

**exhibit** [2] - 58:9, 110:14
**EXHIBITS** [1] - 162:7
**exhibits** [1] - 44:19, 57:17
**experience** [2] - 21:23, 22:10
**explain** [4] - 87:4, 90:15, 136:3, 136:15

### F

**fact** [1] - 60:22
**facts** [1] - 142:21
**fair** [2] - 18:22, 21:6
**fairly** [1] - 17:21
**familiar** [3] - 89:19, 89:22, 118:14
**family** [5] - 10:22, 36:10, 36:15, 36:18, 45:9
**far** [5] - 26:3, 37:7, 141:4, 142:15, 148:10
**fast** [1] - 135:16
**February** [4] - 26:9, 26:20, 26:25, 27:10
**fed** [1] - 51:14
**federal** [1] - 57:12
**few** [10] - 7:21, 11:16, 12:13, 15:9, 15:13, 73:24, 74:3, 132:11, 144:4, 150:25
**file** [1] - 143:14
**filed** [10] - 112:23, 127:11, 143:11, 143:13, 143:17, 144:18, 144:19, 144:21, 150:2, 150:9
**filing** [2] - 5:5, 100:25
**final** [1] - 32:15
**finance** [6] - 78:23, 78:25, 79:19, 79:20, 95:4, 139:9
**financed** [4] - 81:10, 94:5, 94:20, 136:23
**financial** [11] - 90:24, 91:3, 91:10, 91:15, 91:18, 92:11, 94:4, 94:10, 95:8, 100:23, 140:23
**financing** [6] - 94:6, 94:14, 94:16, 95:23, 117:8, 139:18
**fine** [8] - 19:5, 27:8, 75:5, 102:21, 103:10, 106:21, 147:10, 147:24
**finish** [2] - 8:14, 9:6
**fire** [1] - 159:17

**first** [13] - 10:24, 11:9, 14:3, 57:11, 58:4, 88:5, 111:10, 111:12, 111:15, 134:21, 144:18, 147:8, 154:23
**First** [1] - 144:20
**Fisk** [1] - 3:12
**FISK** [1] - 1:9
**five** [10] - 41:2, 78:18, 80:8, 80:10, 80:11, 85:8, 98:25, 128:4, 128:20, 136:24
**five-minute** [1] - 98:25
**fix** [1] - 40:9
**floor** [25] - 30:18, 30:24, 31:4, 31:6, 31:7, 81:11, 81:13, 81:15, 81:17, 81:20, 82:4, 82:6, 94:7, 94:9, 94:22, 94:23, 95:20, 136:19, 138:24, 139:5, 151:12, 151:18, 154:12, 154:18
**Flushing** [2] - 106:20, 150:18
**FLUSHING** [2] - 1:18, 4:4
**follow** [1] - 30:21
**following** [1] - 26:11
**follows** [1] - 7:5
**followup** [1] - 149:16
**followups** [2] - 150:15, 150:25
**FOR** [1] - 162:8
**force** [1] - 5:17
**form** [11] - 5:10, 22:2, 22:15, 23:9, 23:23, 43:23, 54:20, 68:22, 104:6, 108:6, 154:4
**formal** [1] - 93:23
**formation** [1] - 75:11
**formed** [2] - 75:7, 75:14
**forth** [1] - 163:12
**four** [5] - 64:15, 64:18, 75:21, 115:12, 126:18
**fourth** [2] - 126:4, 143:8
**Frank** [2] - 79:8, 79:11
**froze** [1] - 80:22
**fulfilled** [3] - 27:18, 27:22, 38:20
**full** [1] - 133:23
**FUNDING** [2] - 1:19, 3:21
**Funding** [1] - 74:11
**funds** [4] - 83:10,

130:9, 142:8, 158:9
**FURTHER** [2] - 5:8, 5:13
**future** [5] - 117:13, 117:17, 118:5, 128:25, 162:13

### G

**general** [6] - 76:21, 77:9, 78:2, 87:12, 96:7, 117:6
**generally** [3] - 79:25, 89:3, 90:16
**girl** [1] - 71:16
**given** [7] - 22:24, 59:13, 139:23, 140:6, 156:20, 161:13, 163:14
**Glen** [1] - 15:3
**GMs** [1] - 10:10
**go-between** [1] - 154:17
**GOLD** [6] - 1:14, 1:15, 1:15, 1:16, 1:16, 1:17
**good-bye** [1] - 123:5
**grand** [1] - 136:20
**greenvale** [1] - 15:5
**Group** [8] - 42:9, 42:14, 42:19, 42:25, 45:22, 45:25, 90:4, 90:5
**GROUP** [2] - 1:16, 3:3
**group** [11] - 45:17, 45:18, 45:20, 45:23, 45:24, 46:2, 46:5, 46:8, 66:7, 66:12, 66:13
**guarantee** [6] - 49:11, 50:7, 50:22, 51:7, 51:18, 51:22
**guaranteed** [2] - 47:13, 49:23
**guaranteeing** [2] - 48:5, 49:21
**guarantees** [1] - 51:25
**guarantor** [2] - 49:3, 52:22, 54:16
**guess** [10] - 31:15, 93:15, 104:13, 104:14, 106:14, 116:7, 116:10, 133:19, 141:9, 159:7
**guessing** [1] - 104:10
**guy** [2] - 76:25, 99:16
**guys** [2] - 40:7, 49:14

## H

**hand** [1] - 163:21
**handle** [9] - 41:22, 61:14, 90:23, 91:4, 91:20, 92:11, 101:3, 153:7, 153:16
**handled** [7] - 28:9, 91:19, 98:5, 98:7, 99:25, 100:4, 153:9
**handling** [2] - 126:21, 126:24
**happy** [1] - 8:9
**hard** [1] - 131:7
**harm** [3] - 47:3, 47:6, 59:9
**harmed** [1] - 59:4
**HARRY** [2] - 1:13, 3:17
**Harry** [10] - 7:19, 49:12, 50:6, 50:11, 98:19, 99:9, 113:14, 113:19, 114:2, 117:3
**head** [5] - 8:13, 45:20, 46:3, 46:4, 46:7
**hear** [11] - 18:23, 18:24, 36:16, 40:12, 44:25, 51:4, 53:25, 98:6, 108:11, 124:7, 134:20
**heard** [2] - 119:6, 119:9
**hearing** [2] - 111:11, 111:16
**held** [6] - 2:3, 24:20, 24:25, 26:10, 26:13, 149:6
**help** [1] - 136:17
**helped** [2] - 70:14, 71:19
**hereby** [2] - 161:7, 163:9
**HEREBY** [1] - 5:2
**herein** [1] - 5:4
**hereinbefore** [1] - 163:11
**hereunto** [1] - 163:21
**high** [1] - 8:21
**High** [1] - 8:22
**Highway** [8] - 3:18, 12:11, 13:10, 16:4, 27:12, 27:14, 75:18, 130:13
**hiring** [1] - 78:12
**hold** [7] - 13:15, 40:8, 77:4, 110:7, 118:7, 138:12, 141:5
**holding** [1] - 111:8
**hole** [1] - 158:25
**home** [2] - 137:21,

137:23
**honest** [2] - 80:15, 157:10
**honestly** [1] - 144:11
**hotels** [1] - 10:10
**hugely** [1] - 143:24
**hum** [3] - 55:15, 56:13, 107:16
**hundred** [5] - 15:22, 15:23, 79:14, 83:25, 138:13
**hung** [1] - 122:14
**HWY** [2] - 1:4, 1:7
**Hwy** [1] - 3:9
**HYLAN** [6] - 1:7, 1:8, 1:8, 1:9
**Hylan** [6] - 3:10, 3:10, 3:11, 3:11

## I

**I.D** [1] - 162:8
**IAG** [4] - 89:15, 89:18, 89:20, 89:21
**ID** [1] - 24:18
**idea** [1] - 152:5
**identification** [3] - 107:8, 108:21, 117:19
**identify** [1] - 23:24
**imagine** [1] - 36:25
**immaterial** [1] - 136:20
**immediately** [1] - 158:22
**impact** [2] - 7:23, 8:3
**improperly** [1] - 155:19
**IN** [1] - 163:20
**Inc** [1] - 2:23
**INC** [4] - 1:3, 1:14, 1:18, 3:4
**include** [1] - 78:10
**included** [2] - 110:25, 155:3
**income** [7] - 34:23, 35:2, 35:6, 35:9, 35:13, 35:16, 99:6
**incurring** [1] - 138:18
**indicate** [1] - 6:21
**indicated** [4] - 18:20, 153:11, 153:21, 155:6
**indicates** [2] - 57:11, 58:10
**individual** [3] - 52:15, 52:18, 55:5
**individual's** [1] - 105:11
**individually** [3] - 1:5,

1:6, 147:16
**individuals** [4] - 52:18, 58:10, 82:14, 147:21
**indulge** [1] - 74:3
**industry** [2] - 22:10, 50:14
**information** [15] - 82:9, 100:14, 100:24, 104:24, 106:23, 107:6, 107:11, 108:5, 108:19, 108:23, 109:12, 109:16, 112:19, 162:9, 162:11
**initials** [1] - 129:21
**input** [1] - 29:8
**instance** [1] - 112:17
**instituted** [1] - 129:12
**institution** [1] - 94:4
**intent** [2] - 138:15, 138:17
**interest** [22] - 14:9, 85:18, 86:5, 105:3, 105:12, 105:17, 106:6, 106:10, 109:25, 110:4, 111:2, 111:8, 111:21, 113:22, 114:9, 114:24, 116:4, 116:12, 116:14, 116:21, 116:23, 130:5
**interested** [1] - 163:18
**interests** [1] - 85:9
**interrupt** [1] - 136:10
**inventory** [13] - 76:16, 78:14, 80:21, 81:2, 81:4, 81:10, 81:21, 82:13, 83:16, 94:16, 96:20, 97:9, 97:17
**involved** [15] - 17:18, 17:20, 18:21, 19:4, 19:10, 19:16, 19:19, 25:25, 28:10, 86:11, 87:17, 88:18, 88:24, 88:25, 98:9
**involvement** [1] - 87:21
**irregularities** [2] - 61:10, 61:14
**IS** [3] - 5:2, 5:8, 5:13
**ISLAND** [1] - 1:10
**Island** [15] - 3:12, 8:23, 11:19, 11:23, 12:3, 12:23, 42:8, 42:14, 42:19, 42:25, 45:22, 45:25, 87:18, 90:3, 90:5

**IT** [3] - 5:2, 5:8, 5:13
**itself** [1] - 33:22

## J

**January** [3] - 1:21, 161:10, 163:22
**job** [1] - 87:6
**Jones** [4] - 46:15, 56:20, 101:20, 113:15
**JONES** [2] - 1:14, 1:18
**Jory** [3] - 3:13, 75:20, 85:5
**JORY** [1] - 1:7
**Josh** [90] - 7:18, 17:20, 37:6, 37:21, 37:24, 38:2, 38:5, 42:8, 42:11, 45:19, 45:20, 46:4, 53:22, 56:15, 56:19, 56:23, 56:25, 57:6, 58:18, 59:12, 65:25, 66:16, 67:13, 67:22, 68:12, 75:20, 85:5, 120:2, 120:3, 120:6, 120:11, 120:22, 121:5, 121:6, 121:7, 121:12, 122:11, 122:17, 123:6, 123:8, 123:10, 123:13, 124:4, 124:19, 124:24, 125:13, 125:14, 125:16, 126:14, 126:18, 126:21, 126:23, 127:15, 127:17, 128:18, 132:23, 133:14, 133:15, 133:17, 133:18, 134:11, 134:25, 135:2, 135:18, 135:20, 137:16, 138:2, 138:6, 138:7, 138:10, 141:3, 141:18, 141:24, 142:3, 142:5, 142:7, 148:9, 149:4, 152:23, 152:25, 153:4, 153:17, 153:21, 154:9, 154:20, 154:23, 154:25, 159:6
**josh** [1] - 60:11
**Joshua** [2] - 3:13, 10:16
**JOSHUA** [1] - 1:6
**JPMorgan** [2] - 131:3, 133:22

**JPMorganChase** [3] - 130:11, 130:14, 130:16

## K

**K-1** [21] - 72:13, 100:2, 105:9, 105:20, 105:21, 106:4, 109:24, 110:25, 114:3, 114:8, 114:13, 114:18, 114:19, 114:23, 114:25, 115:18, 115:22, 116:16, 116:20
**K-1s** [10] - 32:24, 34:5, 34:9, 72:10, 72:16, 72:19, 73:4, 73:7, 73:15, 113:19
**KATAEV** [4] - 3:6, 140:17, 150:16, 159:25
**keep** [1] - 97:9
**keeping** [2] - 57:22, 135:12
**kept** [1] - 130:18
**Khan** [11] - 17:16, 18:14, 18:17, 19:8, 19:16, 70:23, 75:8, 88:3, 88:10, 88:13, 97:21
**Khan's** [1] - 97:11
**kind** [5] - 22:4, 37:17, 64:24, 79:6, 118:7
**knowledge** [17] - 17:22, 37:9, 59:11, 75:7, 75:15, 89:8, 90:9, 97:11, 102:15, 112:11, 112:18, 113:8, 115:19, 133:10, 142:20, 148:4, 149:8
**known** [3] - 15:7, 111:6, 152:22
**knows** [2] - 49:8, 49:9
**Kwun** [7] - 42:13, 42:16, 43:4, 43:11, 56:15, 56:19, 71:17

## L

**LABUDA** [1] - 3:3
**laid** [1] - 27:21
**Lake** [1] - 3:6
**large** [2] - 156:2, 157:20
**last** [8] - 34:14, 34:25, 35:7, 43:3, 43:5, 75:20, 79:9, 129:16

**late** [2] - 75:16, 88:7
**LAURIE** [1] - 1:14
**LAW** [1] - 3:3
**law** [2] - 9:14, 51:17
**lawsuit** [3] - 45:14, 129:11, 132:18
**lawyer** [2] - 28:7, 51:17
**lead** [2] - 29:2, 76:25
**learn** [2] - 133:11
**learned** [2] - 50:13, 133:4
**Lease** [6] - 12:23, 13:6, 13:7, 13:13, 86:13, 87:19
**lease** [16] - 13:15, 24:21, 24:25, 25:5, 25:9, 25:13, 25:15, 25:16, 25:17, 25:18, 25:21, 25:22, 25:23, 26:7, 26:10, 26:14
**LEASING** [2] - 1:5, 1:6
**Leasing** [6] - 3:10, 24:4, 74:24, 106:25, 118:14, 129:18
**least** [4] - 12:21, 13:2, 26:11, 42:21
**leave** [1] - 36:7
**leaving** [1] - 36:8
**left** [4] - 16:20, 131:13, 157:10, 157:13
**legal** [1] - 146:5
**legally** [1] - 85:13
**less** [1] - 70:16
**Lexington** [1] - 3:14
**LIB** [2] - 129:15, 130:8
**LIBERTAS** [3] - 1:19, 3:21, 162:8
**Libertas** [31] - 74:11, 101:18, 106:19, 106:22, 107:7, 108:16, 108:20, 117:12, 117:18, 118:11, 126:3, 126:11, 127:4, 127:19, 128:2, 129:5, 133:5, 142:8, 142:12, 142:16, 144:10, 144:16, 144:24, 145:3, 145:15, 145:23, 145:25, 146:3, 146:11, 146:17, 148:5
**LIC** [1] - 1:16
**licence** [1] - 9:14
**license** [18] - 47:15, 47:21, 47:24, 48:15, 48:17, 49:3, 49:21, 50:22, 51:8, 52:5,

52:10, 52:13, 54:18, 54:23, 55:22, 55:24, 55:25, 56:3
**licenses** [3] - 9:8, 9:16, 50:7
**lieu** [1] - 6:12
**lifetime** [1] - 28:23
**light** [2] - 31:11, 31:13
**line** [7] - 81:14, 81:15, 81:17, 94:8, 94:22, 131:6, 143:8
**list** [2] - 34:22, 34:24
**listed** [13] - 33:15, 33:25, 34:15, 58:14, 73:19, 105:2, 105:6, 105:17, 106:5, 106:9, 111:7, 111:20, 113:21
**listen** [2] - 53:17, 76:13
**lists** [1] - 110:3
**litigation** [1] - 52:25
**LITTLE** [1] - 1:18
**lived** [2] - 115:9, 115:16
**LLC** [35] - 1:3, 1:4, 1:5, 1:6, 1:7, 1:7, 1:8, 1:8, 1:9, 1:9, 1:10, 1:15, 1:15, 1:16, 1:16, 1:17, 1:17, 1:19, 3:4, 3:9, 3:10, 3:10, 3:11, 3:11, 3:12, 3:12, 3:13, 24:4, 75:18
**LLP** [4] - 1:18, 3:8, 3:20, 4:3
**loan** [11] - 52:16, 52:19, 52:22, 53:22, 54:4, 56:8, 119:11, 127:11, 145:6, 145:9, 147:3
**loans** [1] - 94:9
**located** [2] - 12:10, 13:8, 15:2
**location** [2] - 14:16, 15:7
**locations** [2] - 16:13, 16:25
**locust** [1] - 8:22
**logged** [1] - 152:18
**login** [1] - 60:3, 60:17
**look** [5] - 31:16, 41:4, 60:20, 115:21, 117:21
**looked** [7] - 31:11, 31:12, 61:12, 61:20, 61:23, 97:17, 130:4
**looking** [2] - 61:21, 145:9
**looks** [1] - 102:2,

153:24
**lose** [2] - 36:20, 70:21

## M

**ma'am** [1] - 101:22
**machine** [1] - 95:12
**mail** [13] - 41:3, 43:21, 44:2, 44:6, 44:9, 44:10, 56:10, 56:15, 56:18, 100:3, 103:19, 120:7, 153:19
**main** [4] - 83:2, 83:8, 83:11, 130:17
**Mall** [1] - 12:23
**man** [2] - 30:18, 31:3
**Management** [1] - 3:13
**MANAGEMENT** [1] - 1:10
**manager** [13] - 76:21, 77:9, 78:2, 79:9, 84:15, 84:22, 84:24, 87:13, 89:7, 90:10, 90:22, 96:7, 117:6
**managing** [1] - 90:22
**manner** [2] - 93:24, 120:5
**MARC** [1] - 1:13
**Marc** [7] - 131:13, 131:17, 158:12, 158:15, 158:23, 158:25, 159:2
**Marcus** [1] - 3:5
**Maria** [3] - 2:4, 163:7, 163:23
**MARIA** [1] - 163:24
**mark** [5] - 106:13, 106:14, 106:15, 106:22, 117:11
**marked** [7] - 56:11, 99:9, 107:7, 108:16, 108:20, 109:23, 117:17
**marking** [1] - 57:16
**marriage** [1] - 163:17
**matter** [5] - 6:15, 6:19, 40:11, 62:24, 163:19
**matters** [1] - 111:25
**mean** [21] - 18:6, 45:25, 61:15, 72:25, 73:17, 78:14, 85:14, 91:11, 92:8, 95:11, 99:20, 103:18, 119:10, 123:3, 136:4, 136:11, 137:20, 141:25, 144:12, 145:19, 154:14

**meaning** [6] - 29:7, 46:2, 94:7, 94:22, 112:15, 155:8
**means** [4] - 22:3, 51:19, 92:15, 155:16
**measures** [1] - 59:21
**medication** [1] - 7:22
**meet** [6] - 10:24, 14:3, 14:6, 87:25, 88:5, 132:16
**meeting** [2] - 37:17, 66:7
**meetings** [2] - 66:4, 66:9
**Melissa** [7] - 69:24, 70:2, 70:12, 70:14, 70:24, 71:3, 71:16
**member** [9] - 1:5, 1:6, 9:13, 103:15, 104:2, 104:4, 104:18, 112:8, 112:18
**members** [9] - 74:24, 75:11, 75:17, 85:11, 90:22, 103:13, 110:23, 112:11, 116:14
**membership** [3] - 85:12, 86:5, 106:5
**memories** [1] - 63:24
**memory** [9] - 35:25, 36:3, 36:21, 36:24, 63:7, 63:13, 63:19, 63:22, 64:3
**memos** [1] - 103:19
**mention** [1] - 28:18
**mentioned** [4] - 28:15, 28:20, 98:12, 122:6
**Merchant** [1] - 118:11
**merchant's** [1] - 118:13
**MERCKLING** [1] - 1:14
**Merckling** [5] - 131:14, 131:17, 131:24, 158:12, 158:23
**met** [6] - 11:9, 88:2, 88:16, 88:22, 131:18, 132:2
**MICHAEL** [1] - 1:14
**might** [2] - 21:3, 93:10
**million** [1] - 142:4
**millions** [1] - 152:10
**MILMAN** [1] - 3:3
**mind** [2] - 40:8, 52:9
**mine** [2] - 97:20, 147:4
**Mineola** [1] - 2:24
**minute** [2] - 98:25, 136:10
**minutes** [3] - 74:4,

99:13, 99:14
**misunderstood** [1] - 48:7
**models** [2] - 77:19, 77:24
**Moffett** [1] - 2:23
**moment** [3] - 41:4, 51:5, 58:9
**money** [107] - 47:8, 47:13, 53:2, 53:10, 53:12, 54:7, 54:9, 54:11, 54:17, 55:5, 55:14, 55:17, 55:18, 56:9, 59:13, 61:12, 62:22, 62:23, 62:25, 63:14, 63:17, 63:25, 66:21, 67:10, 67:17, 67:19, 68:8, 68:10, 82:19, 95:15, 95:17, 119:6, 119:7, 119:9, 119:15, 119:22, 119:25, 120:14, 120:17, 120:23, 121:8, 121:19, 121:23, 122:5, 122:12, 122:21, 123:18, 123:23, 124:5, 124:12, 125:19, 125:23, 126:8, 126:15, 127:3, 128:2, 128:7, 130:24, 133:6, 133:11, 133:14, 133:15, 133:18, 134:5, 134:12, 134:18, 134:19, 134:23, 135:3, 135:13, 135:18, 136:8, 137:16, 137:19, 138:2, 138:7, 138:10, 138:16, 139:8, 141:4, 141:5, 144:13, 145:25, 146:3, 147:25, 148:4, 148:5, 148:8, 148:11, 148:15, 148:18, 149:5, 149:9, 152:2, 152:6, 152:12, 155:8, 155:13, 155:17, 155:21, 156:4, 157:17, 157:20, 158:2, 158:16, 158:19
**monitoring** [2] - 61:6, 152:15
**Montauk** [1] - 13:10
**month** [1] - 43:8
**months** [1] - 43:7

**morning** [4] - 7:18, 7:20, 68:15, 123:15
**most** [3] - 11:20, 16:23, 81:4
**MOTOR** [2] - 1:4, 1:6
**Motor** [5] - 3:9, 24:3, 106:25, 118:13, 129:18
**Motors** [29] - 11:19, 12:22, 15:8, 15:24, 23:14, 23:17, 23:23, 24:7, 24:13, 24:21, 24:25, 25:19, 25:21, 25:25, 29:7, 30:5, 30:10, 30:15, 30:23, 32:2, 35:2, 41:14, 52:5, 56:4, 57:12, 58:6, 72:8, 87:18, 151:4
**MOTORS** [7] - 1:3, 1:15, 1:16, 1:17, 1:17, 3:4
**moved** [5] - 70:20, 122:14, 122:24, 123:2, 125:10
**moving** [1] - 131:12
**MR** [84] - 7:17, 16:10, 18:23, 18:25, 19:7, 21:25, 22:6, 22:8, 22:14, 23:8, 23:10, 23:19, 24:10, 24:11, 24:22, 25:14, 26:8, 27:5, 40:10, 40:11, 40:17, 43:19, 43:22, 48:2, 48:3, 48:6, 48:10, 48:13, 48:25, 49:4, 49:7, 49:12, 49:17, 49:24, 50:2, 50:3, 50:5, 50:8, 50:11, 50:15, 50:17, 50:19, 50:25, 51:3, 51:11, 51:13, 51:16, 51:20, 53:4, 53:6, 54:3, 54:19, 57:18, 57:23, 68:21, 68:25, 69:6, 73:10, 73:12, 73:22, 94:12, 94:18, 98:24, 99:7, 99:10, 102:24, 103:4, 104:5, 104:14, 131:5, 136:13, 140:2, 140:17, 144:5, 147:19, 148:21, 149:13, 149:15, 150:13, 150:16, 150:22, 154:3, 159:20, 159:25
**MS** [41] - 53:25, 57:15, 57:21, 73:24, 74:9,

92:18, 94:15, 94:19, 98:18, 99:4, 99:8, 106:12, 106:18, 106:21, 112:9, 113:4, 113:13, 113:18, 113:25, 114:6, 114:12, 114:16, 114:21, 115:24, 116:18, 117:2, 117:11, 131:9, 131:20, 136:18, 140:5, 140:22, 142:14, 145:16, 147:22, 148:24, 149:11, 149:17, 150:18, 159:22, 159:23

**N**

**name** [45] - 7:9, 7:19, 11:25, 13:25, 22:12, 23:6, 23:24, 31:5, 46:15, 47:16, 47:18, 47:21, 48:18, 48:19, 48:21, 52:3, 52:4, 52:6, 52:7, 52:11, 54:13, 55:20, 55:21, 55:25, 56:3, 56:6, 56:7, 56:9, 69:23, 71:25, 74:10, 75:20, 79:9, 98:13, 102:9, 102:13, 118:11, 118:13, 129:23, 130:10, 131:19, 143:7, 145:7, 145:11, 147:4
**named** [2] - 10:15, 143:9
**narrow** [1] - 15:14
**NASSAU** [1] - 163:5
**Nassau** [1] - 9:4
**nature** [2] - 77:12, 95:25
**necessary** [1] - 48:11
**need** [6] - 8:11, 38:9, 82:10, 103:4, 103:8, 143:14
**needed** [4] - 82:7, 83:15, 84:12, 86:14
**neighborhood** [1] - 77:3
**never** [13] - 21:7, 27:18, 29:6, 38:20, 44:10, 70:12, 129:2, 129:13, 141:20, 153:2, 153:5, 156:2, 156:5
**New** [16] - 2:6, 2:24, 3:6, 3:14, 3:18, 4:5,

7:14, 12:22, 13:6, 13:7, 13:13, 86:13, 87:18, 161:21, 163:8
**NEW** [3] - 1:2, 161:4, 163:3
**new** [2] - 77:15, 96:23
**next** [15] - 1:22, 41:2, 51:2, 71:12, 105:8, 105:20, 114:13, 114:18, 115:22, 116:16, 122:3, 124:16, 126:13, 130:8, 133:9
**Nissan** [19] - 10:7, 10:12, 14:7, 14:9, 14:14, 14:20, 22:18, 32:4, 56:8, 68:3, 68:9, 68:11, 68:13, 68:17, 69:9, 69:18, 69:21, 84:9, 96:25
**Nissan's** [2] - 21:14, 56:9
**none** [1] - 129:7
**normal** [1] - 31:14
**Northshore** [169] - 3:9, 12:22, 15:7, 15:24, 17:15, 17:19, 18:3, 18:15, 18:21, 19:11, 19:23, 21:7, 21:22, 23:14, 23:17, 23:22, 24:3, 24:7, 24:13, 24:21, 24:25, 25:19, 25:20, 25:24, 28:24, 29:5, 29:7, 29:11, 29:20, 29:24, 30:5, 30:9, 30:12, 30:15, 30:23, 31:8, 31:18, 31:22, 32:2, 32:5, 34:10, 34:15, 35:2, 35:7, 35:10, 35:13, 35:18, 37:4, 38:4, 38:11, 41:13, 47:10, 47:16, 47:17, 47:19, 48:16, 52:5, 53:11, 53:15, 54:4, 54:5, 54:13, 55:19, 56:4, 56:6, 57:2, 57:12, 58:5, 58:15, 59:18, 60:10, 61:7, 61:11, 64:13, 64:14, 65:6, 66:10, 66:18, 66:21, 66:24, 68:19, 70:13, 70:15, 71:4, 71:7, 71:18, 72:2, 72:8, 73:7, 73:15, 74:23, 74:24, 75:3, 75:6, 75:12, 76:8, 76:19, 77:13, 78:3, 78:8, 78:17, 82:25, 83:25, 84:5, 84:12, 84:21,

87:8, 87:15, 89:4, 89:7, 90:10, 90:11, 90:20, 90:22, 90:25, 92:6, 92:10, 94:5, 94:6, 97:3, 97:5, 97:13, 97:15, 98:2, 101:5, 103:14, 103:21, 104:2, 105:4, 105:18, 106:6, 106:10, 106:25, 107:5, 108:6, 109:12, 110:4, 110:13, 112:5, 116:4, 118:13, 118:21, 129:5, 129:18, 130:6, 130:13, 132:7, 136:6, 137:12, 145:10, 145:12, 145:15, 145:24, 145:25, 146:2, 146:16, 147:14, 147:17, 149:21, 150:9, 151:3, 154:12, 154:17, 155:3, 155:9, 155:14, 156:5, 156:8, 162:9
**NORTHSHORE** [2] - 1:4, 1:5
**Northshore's** [4] - 48:17, 55:20, 90:21, 147:4
**Notary** [4] - 2:5, 7:4, 161:21, 163:7
**note** [3] - 21:25, 27:5, 49:4
**nothing** [2] - 119:20, 122:7
**Nothing** [1] - 123:25
**notice** [1] - 147:20
**noticed** [1] - 147:21
**notified** [1] - 159:6
**November** [7] - 35:24, 36:11, 36:23, 54:6, 66:18, 66:25, 130:3
**number** [7] - 23:17, 24:13, 24:16, 24:17, 24:19, 107:15, 129:20
**numbers** [2] - 114:5, 136:19
**NYC** [1] - 1:14

**O**

**O'Sullivan** [3] - 83:20, 101:7, 101:11
**oath** [5] - 5:17, 6:12, 53:9, 156:15, 161:9

**Objection** [4] - 43:22, 54:19, 104:5, 154:3
**objection** [15] - 16:10, 18:25, 22:2, 22:14, 23:8, 24:22, 25:14, 27:6, 49:5, 49:13, 49:19, 49:20, 68:21, 73:10, 145:19
**objections** [4] - 5:9, 6:19, 50:4, 51:15
**observed** [1] - 30:16
**obtained** [16] - 23:16, 24:12, 47:8, 47:10, 48:15, 53:14, 53:22, 54:5, 54:7, 54:9, 54:12, 54:13, 54:24, 55:3, 55:5, 55:13
**occasion** [6] - 26:15, 26:19, 26:24, 59:8, 62:21, 152:21
**occasionally** [1] - 97:17
**occasions** [1] - 16:12
**occur** [1] - 78:5
**occurred** [3] - 127:23, 133:2, 133:9
**OF** [10] - 1:2, 1:15, 1:15, 1:16, 1:17, 161:4, 161:5, 163:3, 163:5
**office** [11] - 14:17, 14:19, 14:21, 14:23, 30:19, 71:10, 78:23, 79:2, 79:20, 84:6, 97:19
**officer** [1] - 5:16
**often** [2] - 60:25, 82:18
**Old** [1] - 2:23
**once** [3] - 23:24, 131:19, 132:2
**one** [43] - 11:20, 11:23, 21:21, 28:25, 30:23, 31:4, 32:14, 33:6, 33:8, 39:6, 39:22, 48:14, 53:14, 54:9, 65:11, 66:13, 66:15, 69:20, 71:10, 72:3, 78:18, 80:20, 80:24, 82:25, 83:2, 83:8, 83:11, 106:5, 106:10, 119:12, 119:15, 126:7, 128:19, 128:21, 128:22, 129:21, 136:22, 139:17, 149:16, 149:18, 151:13, 154:25, 158:16
**ones** [3] - 12:25,

61:22, 77:10
**online** [2] - 120:19, 120:24
**oOo** [1] - 5:21
**open** [10] - 12:8, 13:12, 24:18, 40:19, 42:22, 72:9, 72:15, 72:19, 73:16, 86:24
**opened** [7] - 21:3, 22:16, 22:25, 24:19, 42:20, 46:9, 78:24
**opens** [2] - 21:22, 22:9
**operate** [1] - 89:8
**operated** [1] - 151:4
**operating** [7] - 82:23, 83:2, 83:9, 83:11, 95:23, 95:24, 130:18
**operation** [6] - 29:11, 66:5, 66:10, 89:15, 89:18, 96:22
**operations** [10] - 76:19, 78:9, 80:2, 83:18, 93:25, 94:17, 94:20, 95:10, 95:18, 153:15
**operator** [3] - 18:9, 18:10, 87:10
**opposed** [1] - 63:15
**orally** [1] - 103:19
**order** [2] - 137:16, 141:6
**ordering** [2] - 10:12, 160:2
**original** [2] - 75:23, 143:17
**originally** [1] - 38:18
**originals** [1] - 75:22
**outcome** [1] - 163:18
**Outlet** [2] - 12:7, 26:13
**outside** [2] - 95:11, 145:6
**oversaw** [1] - 79:25
**oversee** [3] - 18:9, 79:19, 79:22
**overseeing** [1] - 155:18
**Ovington** [1] - 4:4
**owed** [9] - 134:18, 134:23, 135:2, 135:4, 135:19, 135:21, 137:19, 138:25, 139:8
**own** [4] - 25:5, 34:20, 47:11, 56:2
**owned** [3] - 23:13, 25:9, 34:3
**owner** [18] - 12:21, 13:2, 21:2, 21:4, 21:7, 21:10, 21:11,

21:15, 21:23, 22:13, 22:17, 23:6, 33:15, 58:15, 72:22, 73:20, 75:25, 86:4
**owner/guarantor** [1] - 129:20
**owners** [3] - 85:4, 85:21, 93:18
**ownership** [4] - 14:9, 45:22, 58:22, 85:18
**owning** [6] - 21:12, 21:20, 22:3, 58:10, 64:14, 104:25
**owns** [2] - 22:11, 23:5

**P**

**p.m** [2] - 1:21, 160:3
**packages** [1] - 95:4
**PAGE** [2] - 162:3, 162:8
**page** [1] - 1:22, 41:9, 57:11, 58:4, 58:9, 98:21, 101:24, 129:16, 130:8, 131:12, 146:15
**pages** [3] - 41:2, 44:18
**paid** [13] - 25:12, 25:14, 25:24, 134:18, 135:7, 135:8, 135:10, 135:22, 138:3, 138:5, 139:24, 139:25, 140:8
**paperwork** [1] - 82:3
**paragraph** [3] - 84:20, 90:19, 91:2
**part** [9] - 16:23, 41:22, 58:10, 91:9, 98:8, 105:6, 107:14, 109:4, 113:20
**partial** [2] - 12:21, 13:2
**partially** [1] - 34:3
**participating** [1] - 6:5
**participation** [1] - 112:13
**particular** [3] - 25:18, 36:4, 70:15
**parties** [3] - 5:4, 6:17, 163:16
**partner** [22] - 11:12, 12:14, 12:16, 12:18, 13:5, 18:17, 18:19, 28:23, 31:14, 31:17, 32:4, 32:6, 32:8, 32:11, 32:14, 38:5, 75:23, 99:6, 100:2, 103:22, 151:25, 152:23

**partner's** [1] - 41:17
**PARTNERS** [1] - 1:18
**partners** [18] - 11:15, 11:16, 12:6, 17:11, 17:14, 28:25, 31:22, 37:18, 42:2, 62:2, 63:5, 63:14, 63:25, 66:4, 66:9, 85:11, 104:25, 152:6
**partnership** [6] - 32:10, 32:15, 58:11, 101:25, 102:6, 102:17
**parts** [2] - 69:3, 96:23
**passed** [3] - 100:6, 112:25, 158:8
**passing** [3] - 71:20, 71:24, 85:18
**past** [1] - 11:17
**pay** [10] - 65:4, 65:10, 65:19, 69:15, 135:11, 135:14, 136:22, 136:24, 138:6, 139:10
**paying** [9] - 137:3, 137:6, 137:13, 138:19, 139:3, 139:11, 139:14, 139:21, 141:3
**payment** [1] - 27:17
**payments** [3] - 25:17, 25:22, 25:24
**payoff** [2] - 138:17, 151:18
**payoffs** [10] - 134:24, 135:4, 135:6, 135:21, 135:23, 135:25, 136:7, 136:15, 137:17
**payouts** [1] - 135:13
**payroll** [2] - 83:4, 83:6, 132:14
**PDF's** [1] - 40:16
**PELLICANE** [1] - 163:24
**Pellicane** [3] - 2:5, 163:7, 163:23
**penalty** [1] - 6:16
**Pennsylvania** [1] - 3:22
**people** [4] - 22:24, 30:10, 30:20, 69:20
**percent** [23] - 58:11, 58:15, 79:14, 85:22, 85:25, 104:25, 105:3, 105:12, 105:17, 106:5, 106:10, 109:25, 110:4, 111:2, 111:8, 111:21, 113:21,

114:9, 114:24, 116:21, 116:23, 130:5, 138:13
**period** [3] - 37:2, 84:3, 84:4
**perjury** [1] - 6:16
**permitted** [2] - 91:4, 117:7
**person** [6] - 6:13, 22:9, 22:11, 22:25, 23:5, 29:2, 61:16
**person's** [1] - 47:20
**personal** [16] - 33:17, 33:19, 34:2, 34:4, 34:16, 36:6, 49:2, 49:10, 49:21, 51:7, 51:18, 51:21, 51:24, 52:17, 52:22, 54:15
**personally** [14] - 45:8, 46:16, 47:12, 48:5, 49:22, 50:6, 50:21, 52:3, 52:4, 54:24, 55:3, 55:10, 145:4, 146:10
**perspective** [1] - 79:6
**Phalen** [4] - 32:22, 75:19, 114:4, 114:9
**Philadelphia** [1] - 3:22
**phone** [8] - 120:6, 120:8, 120:10, 122:8, 122:9, 122:17, 123:15, 128:20
**physically** [1] - 6:7
**place** [4] - 37:18, 71:11, 151:14, 159:4
**plaintiff** [1] - 143:9
**Plaintiff's** [1] - 143:3
**Plaintiffs** [3] - 1:11, 3:4, 3:9
**plan** [16] - 31:6, 81:11, 81:13, 81:14, 81:15, 81:17, 81:20, 82:6, 94:7, 94:9, 94:22, 94:23, 138:24, 139:5, 151:12, 151:18
**planning** [2] - 82:4, 95:20
**plans** [7] - 30:18, 30:24, 31:5, 31:8, 136:19, 154:12, 154:18
**platform** [1] - 6:4
**PLLC** [1] - 3:3
**plug** [1] - 98:22
**plus** [1] - 52:25
**pocket** [2] - 135:9, 142:7
**point** [8] - 19:4, 46:18,

77:25, 84:17, 126:7, 140:18, 153:11, 154:25
**porters** [1] - 78:19
**position** [1] - 97:22
**positions** [1] - 101:12
**positive** [4] - 65:4, 65:10, 65:19, 69:14
**possible** [1] - 25:11
**practice** [1] - 9:14
**preliminary** [2] - 7:21, 68:2
**PREMIER** [1] - 1:17
**preowned** [4] - 11:17, 77:16, 77:18, 77:23
**preparation** [2] - 40:4, 112:13
**prepare** [2] - 39:15, 39:18, 74:13
**prepared** [4] - 99:18, 99:24, 112:22, 113:15
**preparing** [1] - 100:15
**PRESENT** [1] - 4:9
**present** [1] - 6:7
**pretty** [7] - 16:21, 61:2, 97:8, 121:14, 128:5, 142:22, 152:18
**previous** [1] - 115:15
**previously** [1] - 90:7
**Pro** [1] - 3:17
**problem** [4] - 36:9, 54:10, 54:17, 57:5
**problems** [1] - 36:9
**proceeds** [2] - 142:12, 142:16
**professional** [5] - 9:7, 9:16, 9:19, 9:21, 10:2
**progressed** [1] - 121:24
**provide** [1] - 100:23
**provided** [2] - 94:6, 112:18
**provides** [1] - 100:14
**providing** [2] - 95:15, 95:17
**public** [1] - 107:3
**Public** [4] - 2:5, 7:4, 161:21, 163:8
**purchase** [10] - 13:25, 26:21, 27:3, 27:11, 27:14, 27:16, 81:9, 81:20, 82:20, 83:16
**purchased** [1] - 82:14
**purchases** [1] - 94:16
**purpose** [2] - 60:18, 123:12
**purposes** [9] - 74:25,

77:11, 83:17,
100:15, 100:25,
102:7, 103:25,
104:19, 109:17
**pursuant** [1] - 109:2
**put** [24] - 20:9, 20:10,
20:16, 20:19, 20:21,
49:13, 49:18, 56:8,
67:23, 68:8, 68:10,
68:13, 79:5, 80:13,
123:18, 133:19,
133:25, 134:5,
134:9, 134:15,
145:17, 148:4,
151:13, 157:18
**putting** [1] - 18:22

**Q**

**questioned** [2] -
155:25, 157:15
**questions** [14] - 7:21,
7:24, 8:4, 8:12, 26:6,
73:11, 73:23, 73:25,
113:12, 149:14,
150:14, 150:17,
150:19, 159:21
**quick** [1] - 140:17
**quite** [3] - 15:11,
15:13, 70:19
**quote** [1] - 155:7
**quotes** [1] - 40:2

**R**

**R-A-H-M-A-N** [1] -
105:21
**Rahman** [4] - 105:21,
105:22, 106:4, 106:9
**raised** [2] - 144:9,
144:15
**ran** [1] - 32:18
**Ray** [9] - 32:19, 32:20,
65:21, 75:19, 76:25,
77:6, 77:8, 77:9,
85:5
**Raymond** [1] - 32:22
**read** [17] - 39:20,
39:25, 40:3, 41:9,
48:8, 56:14, 56:16,
56:17, 69:4, 90:25,
103:5, 129:8,
129:23, 130:7,
144:3, 146:24, 161:8
**reading** [2] - 90:20,
92:9
**ready** [1] - 51:2
**really** [11] - 27:18,
32:16, 49:22, 76:13,
76:25, 79:5, 98:5,

98:7, 98:8, 126:17,
147:8
**REALTY** [1] - 1:9
**Realty** [1] - 3:12
**reason** [13] - 8:6,
20:18, 20:25, 25:3,
25:7, 68:7, 73:17,
73:18, 149:23,
150:5, 152:23,
153:2, 154:6
**receipts** [5] - 117:14,
117:17, 118:5,
128:25, 162:14
**receive** [12] - 32:24,
33:6, 33:8, 34:25,
35:6, 35:9, 35:13,
35:16, 44:12, 45:2,
115:18, 149:4
**received** [7] - 27:7,
27:10, 27:13, 33:4,
43:10, 45:4, 148:23
**receiving** [7] - 44:19,
72:10, 72:16, 72:18,
73:7, 73:15, 114:25
**recollection** [1] -
110:18
**record** [15] - 6:22, 7:9,
23:20, 49:19, 94:12,
113:5, 113:6,
131:10, 131:11,
140:18, 145:17,
159:24, 161:11,
161:13, 163:13
**recoup** [1] - 144:12
**redact** [1] - 106:24
**redacted** [1] - 114:4
**refer** [2] - 23:22, 75:3
**reference** [1] - 89:18
**referred** [2] - 89:14,
90:6
**referring** [2] - 95:10,
131:2
**refresh** [4] - 35:24,
36:3, 36:21, 36:24
**regard** [5] - 41:13,
76:10, 84:14, 85:2,
117:5
**regarding** [5] - 29:5,
59:4, 103:21, 128:2,
133:10
**related** [4] - 10:18,
10:21, 73:8, 163:16
**relating** [2] - 10:4,
26:21
**relationships** [1] -
88:14
**relief** [1] - 146:7
**remain** [1] - 101:12
**remember** [17] - 17:9,
33:3, 33:12, 34:16,

38:5, 41:15, 44:19,
73:6, 88:9, 98:13,
101:15, 109:24,
149:19, 153:3,
155:10, 155:11,
157:25
**remotely** [1] - 6:10
**rental** [1] - 95:12
**repeat** [6] - 26:23,
39:2, 88:20, 134:22,
150:4, 157:3
**rephrase** [3] - 8:9,
19:5, 22:7
**report** [7] - 92:17,
92:19, 92:22, 93:6,
93:9, 93:24, 96:4
**reported** [6] - 92:21,
92:22, 93:3, 93:10,
93:13, 130:5
**REPORTER** [3] - 6:2,
7:8, 7:11
**Reporting** [1] - 2:23
**reporting** [6] - 6:9,
90:24, 92:4, 92:8,
92:12, 92:13
**reports** [2] - 93:17,
116:23
**represent** [3] - 28:8,
45:13, 74:11
**representative** [6] -
102:2, 102:7,
102:17, 103:23,
104:3, 104:4
**represented** [1] -
41:12
**request** [1] - 33:10
**requested** [1] - 147:7
**required** [3] - 92:16,
93:16, 93:22
**reserved** [1] - 5:11
**respect** [9] - 76:8,
76:24, 78:8, 86:8,
87:7, 97:12, 97:14,
97:22, 145:22
**respective** [1] - 5:4
**responsibilities** [15] -
76:9, 76:23, 77:7,
78:7, 80:21, 80:25,
87:6, 90:17, 97:12,
97:14, 97:22,
100:22, 100:23,
117:6
**responsibility** [4] -
76:18, 86:8, 139:23,
140:7
**responsible** [1] -
139:18
**return** [18] - 57:13,
58:5, 72:12, 99:5,
99:12, 101:17,

101:23, 102:8,
105:9, 106:9,
109:22, 110:3,
110:9, 110:13,
110:24, 111:6,
113:9, 113:11
**returns** [34] - 33:14,
33:18, 33:20, 33:21,
33:24, 34:2, 34:4,
34:16, 57:2, 57:6,
57:9, 58:23, 73:9,
73:20, 99:17, 99:24,
100:5, 100:16,
100:25, 104:23,
110:19, 112:14,
112:22, 113:2,
130:4, 149:20,
150:2, 150:8, 153:7,
153:13, 153:18,
153:22, 154:2, 154:8
**review** [4] - 33:11,
41:2, 63:9, 113:2
**reviewed** [2] - 74:18,
147:9
**reviewing** [1] - 100:5
**reviews** [3] - 99:18,
99:23, 112:21
**Rich** [1] - 2:23
**Ridge** [2] - 7:13,
115:12
**Road** [4] - 2:23, 7:14,
15:3, 115:12
**ROBERT** [2] - 1:4, 3:5
**role** [2] - 86:7, 97:20
**roles** [4] - 16:7, 97:11,
97:13, 97:21
**RONNENBERG** [4] -
4:5, 106:18, 150:18,
159:23
**room** [1] - 6:8
**ROSLYN** [1] - 1:17
**roughly** [3] - 42:21,
46:10, 46:13
**ROUTE** [1] - 1:9
**Route** [1] - 3:12
**rshanks@cszlaw.**
**com** [1] - 3:15
**run** [2] - 32:16, 74:4
**running** [1] - 83:17
**runs** [2] - 125:10,
154:25
**Russell** [6] - 18:24,
51:14, 68:24, 73:13,
106:16, 147:24
**RUSSELL** [1] - 3:15

**S**

**sake** [1] - 8:18
**sale** [5] - 117:13,

117:16, 118:5,
128:24, 162:13
**sales** [3] - 77:14,
79:22, 83:4
**SALES** [2] - 1:3, 3:4
**Sara** [1] - 20:21
**SARAH** [1] - 1:13
**Sarah** [8] - 20:19,
44:23, 45:14, 62:4,
105:21, 105:22,
106:4, 106:9
**sat** [1] - 96:15
**saw** [11] - 43:4, 43:5,
111:12, 118:25,
129:2, 129:13,
143:10, 143:19,
144:2, 150:6, 153:23
**schedule** [4] - 104:23,
104:24, 105:2,
113:20
**School** [1] - 8:22
**school** [2] - 8:21,
51:17
**screen** [8] - 40:5,
40:16, 40:18, 56:11,
58:8, 80:22, 114:22,
146:14
**screens** [1] - 153:19
**scroll** [8] - 113:25,
114:6, 114:12,
114:16, 114:21,
115:24, 116:18,
117:21
**Se** [1] - 3:17
**sealing** [1] - 5:5
**second** [4] - 80:23,
121:11, 123:7, 123:8
**section** [1] - 105:11
**security** [6] - 59:21,
59:24, 65:9, 68:18,
69:9, 69:11
**Security** [1] - 114:5
**see** [43] - 38:25, 39:6,
39:10, 40:5, 40:6,
40:12, 40:15, 40:22,
42:5, 42:13, 50:22,
56:10, 56:18, 56:20,
56:22, 56:24, 57:13,
58:2, 58:6, 58:8,
58:12, 58:14, 68:14,
96:14, 99:5, 99:7,
102:3, 105:13,
105:14, 105:15,
106:6, 113:15,
114:10, 118:6,
128:15, 129:17,
130:22, 132:17,
142:25, 143:6,
143:12, 146:18,
153:19

**seeing** [3] - 33:12, 131:7, 143:16
**seeking** [1] - 145:2
**sell** [3] - 13:22, 38:19, 136:20
**selling** [5] - 28:12, 38:17, 78:11, 91:23, 97:5
**send** [2] - 82:7, 82:8
**sending** [1] - 82:3
**senior** [1] - 28:23
**sent** [1] - 39:22
**sentence** [1] - 39:9
**separate** [3] - 92:24, 95:3, 95:6
**September** [1] - 44:13
**served** [1] - 45:6
**service** [1] - 96:24
**set** [2] - 163:11, 163:21
**seven** [1] - 70:21
**shakes** [1] - 8:13
**shall** [2] - 5:11, 50:23
**SHANKS** [49] - 3:8, 3:15, 16:10, 18:25, 21:25, 22:8, 22:14, 23:8, 23:19, 24:10, 24:22, 25:14, 27:5, 40:11, 40:17, 43:22, 48:2, 48:6, 48:13, 49:4, 49:12, 49:17, 50:2, 50:5, 50:11, 50:17, 51:3, 51:11, 51:16, 53:4, 54:19, 68:21, 68:25, 73:10, 94:12, 94:18, 99:7, 102:24, 103:4, 104:5, 104:14, 131:5, 136:13, 140:2, 144:5, 147:19, 148:21, 149:13, 154:3
**short** [4] - 23:23, 74:5, 99:2, 131:22
**show** [4] - 108:15, 114:23, 142:24, 143:14
**showed** [12] - 30:9, 30:14, 58:4, 72:11, 73:9, 109:23, 110:13, 119:4, 143:20, 149:20, 149:24, 153:20
**showing** [2] - 57:25, 105:11
**shown** [1] - 104:21
**shows** [3] - 110:25, 114:8, 116:20
**sign** [9] - 19:18, 30:10, 30:13, 62:9, 62:13,

76:10, 83:22, 83:23, 86:14
**signatory** [1] - 21:16
**signature** [6] - 107:17, 107:18, 109:5, 109:6, 130:22, 131:6
**signatures** [2] - 61:13, 129:17
**Signed** [1] - 161:19
**signed** [15] - 5:15, 5:18, 16:15, 17:5, 27:25, 61:17, 61:22, 62:2, 62:5, 76:11, 76:14, 77:2, 86:14, 108:5, 109:16
**signer** [8] - 19:24, 20:2, 20:4, 22:21, 22:22, 62:7, 80:17, 80:19
**signers** [3] - 86:19, 86:22, 86:25
**signing** [2] - 16:17, 62:18
**silence** [1] - 145:18
**six** [2] - 107:14, 109:4
**slash** [1] - 71:9
**slow** [1] - 135:17
**slowly** [1] - 117:22
**small** [1] - 118:7
**SMITHTOWN** [1] - 1:17
**Social** [1] - 114:5
**sold** [4] - 139:10, 139:13, 140:8, 151:19
**someone** [10] - 10:15, 40:8, 45:9, 47:23, 48:4, 69:23, 78:21, 98:21, 145:7, 154:16
**sometimes** [1] - 82:16
**somewhere** [1] - 88:7
**sorry** [30] - 13:18, 25:6, 36:16, 39:2, 40:21, 48:6, 64:17, 73:12, 77:17, 80:22, 81:12, 85:17, 88:20, 91:7, 99:21, 103:2, 108:13, 110:7, 111:17, 112:7, 119:19, 124:7, 131:20, 133:8, 134:20, 135:6, 135:15, 138:8, 140:5, 150:4
**Sorry** [1] - 135:17
**sounded** [1] - 39:9
**sounds** [1] - 90:3
**source** [3] - 94:10, 140:24, 142:8
**sources** [1] - 95:8

**speaking** [4] - 8:17, 50:4, 51:15, 140:3
**specific** [6] - 63:11, 63:13, 63:19, 63:21, 63:23, 64:3
**specificity** [1] - 29:17
**spent** [1] - 142:4
**ss** [2] - 161:4, 163:4
**stamp** [1] - 101:18
**stamped** [1] - 129:15
**stands** [2] - 89:24, 89:25
**state** [1] - 7:8
**STATE** [2] - 161:4, 163:3
**State** [3] - 2:6, 161:21, 163:8
**STATES** [1] - 1:2
**stealing** [1] - 156:17
**stenographer** [1] - 8:12
**stenographer's** [1] - 8:18
**still** [14] - 12:8, 13:5, 13:15, 14:12, 18:9, 34:20, 42:24, 70:5, 72:9, 72:15, 72:19, 73:16, 157:13, 157:14
**STIPULATED** [3] - 5:2, 5:8, 5:13
**stipulated** [1] - 6:23
**stockholder** [1] - 68:3
**stop** [4] - 50:15, 72:18, 86:11, 131:5
**stopped** [2] - 73:7, 73:14
**stopping** [1] - 29:19
**store** [4] - 12:2, 86:12, 156:13, 158:10
**stores** [10] - 38:3, 38:8, 86:10, 125:10, 155:2, 156:13, 157:23, 158:14, 159:5, 159:14
**stream** [1] - 41:3
**Street** [2] - 3:12, 3:22
**STREET** [1] - 1:9
**street** [4] - 81:7, 82:15, 82:17, 82:20
**strike** [4] - 92:18, 112:9, 119:20, 142:14
**stuff** [4] - 10:11, 10:12, 134:24, 135:5
**submit** [1] - 91:14
**submitted** [2] - 108:5, 109:17
**subscribed** [1] - 161:19

**Success** [1] - 3:6
**sued** [1] - 44:23
**suggest** [2] - 35:22, 38:16
**suing** [2] - 46:20, 46:25
**Suite** [4] - 2:23, 3:5, 3:14, 3:22
**sum** [1] - 157:20
**sums** [1] - 156:2
**Sunrise** [94] - 3:9, 3:18, 12:7, 12:11, 16:4, 26:7, 26:12, 26:13, 26:22, 27:3, 27:12, 27:14, 27:16, 28:12, 28:24, 29:5, 32:7, 32:25, 33:15, 33:22, 34:2, 34:5, 34:15, 36:22, 37:4, 38:6, 38:10, 41:14, 57:3, 59:19, 60:9, 60:10, 65:20, 66:5, 66:24, 68:18, 70:13, 71:22, 72:15, 75:18, 76:24, 77:22, 84:14, 84:21, 85:2, 85:19, 85:23, 86:4, 86:15, 86:20, 86:25, 87:7, 87:16, 89:7, 90:12, 90:23, 90:25, 92:6, 92:11, 94:21, 95:8, 97:23, 98:16, 101:9, 104:19, 108:18, 109:3, 110:9, 110:20, 110:23, 110:24, 111:7, 111:13, 111:22, 111:25, 112:12, 112:14, 113:9, 116:21, 116:24, 128:11, 128:17, 130:13, 130:25, 132:9, 134:8, 146:16, 149:21, 150:9, 151:4, 151:8, 154:13, 154:22, 162:11
**SUNRISE** [3] - 1:4, 1:7, 1:15
**Sunrise's** [3] - 90:21, 133:7, 148:2
**SUPERB** [2] - 1:3, 3:4
**supervise** [1] - 96:12
**supervised** [1] - 96:5
**supervises** [1] - 96:11
**supposed** [1] - 138:12
**surprised** [1] - 51:10
**Susan** [1] - 74:10
**SUSAN** [1] - 3:23
**sverbonitz@**

**weirlawllp.com** [1] - 3:23
**swearing** [1] - 6:20
**sworn** [4] - 5:15, 5:18, 7:3, 163:12
**SYOSSET** [1] - 1:15
**system** [9] - 60:5, 60:15, 60:19, 60:23, 64:22, 64:25, 65:4, 69:13, 69:18

## T

**tax** [61] - 24:18, 33:14, 33:17, 33:19, 33:21, 33:23, 34:2, 34:4, 34:16, 57:2, 57:6, 57:9, 58:23, 72:11, 73:9, 73:20, 83:4, 99:17, 99:24, 100:5, 100:16, 100:25, 101:17, 101:23, 102:8, 104:3, 104:18, 104:23, 105:8, 106:8, 106:23, 107:5, 107:11, 108:5, 108:18, 108:23, 109:12, 109:15, 109:22, 110:2, 110:9, 110:12, 110:19, 110:24, 111:6, 111:25, 112:14, 112:22, 113:2, 113:9, 130:4, 149:20, 150:2, 150:8, 153:7, 153:13, 153:18, 153:22, 162:9, 162:11
**taxing** [3] - 103:25, 104:18, 109:17
**taxpayer's** [1] - 107:14
**TD** [1] - 22:17
**TEAM** [2] - 1:3, 3:4
**technical** [1] - 95:13
**ten** [9] - 15:15, 15:16, 42:23, 46:10, 46:13, 70:11, 70:17, 78:19, 121:11
**ten-second** [1] - 121:11
**tenth** [1] - 146:15
**term** [6] - 27:6, 28:23, 32:11, 89:19, 89:22, 136:14
**terms** [1] - 27:21
**testified** [7] - 7:5, 19:3, 19:9, 30:25, 110:22, 145:24,

*Rich Moffett Court Reporting, Inc.*

151:24
**testifying** [2] - 85:3, 156:15
**testimony** [7] - 6:15, 19:2, 109:2, 152:17, 161:9, 161:12, 163:14
**texting** [3] - 64:24, 65:15, 69:17
**THE** [10] - 6:2, 7:8, 7:10, 7:11, 7:13, 40:14, 40:20, 49:14, 68:24, 103:7
**thefts** [1] - 159:4
**therefore** [3] - 48:23, 52:8, 153:25
**Third** [6] - 143:3, 143:10, 143:15, 143:23, 144:19, 146:13
**third** [8] - 101:24, 114:18, 124:23, 125:3, 125:12, 126:4, 126:7, 126:9
**Thomas** [2] - 46:15, 56:19
**THOMAS** [1] - 1:14
**Thomasson** [16] - 7:19, 23:19, 40:13, 49:18, 51:12, 56:5, 138:9, 138:11, 141:24, 142:18, 148:12, 148:16, 148:23, 149:2, 149:5, 162:4
**THOMASSON** [36] - 1:13, 3:17, 7:17, 18:23, 19:7, 22:6, 23:10, 24:11, 26:8, 40:10, 43:19, 48:3, 48:10, 48:25, 49:7, 49:24, 50:3, 50:8, 50:15, 50:19, 50:25, 51:13, 51:20, 53:6, 54:3, 57:18, 57:23, 69:6, 73:12, 73:22, 98:24, 99:10, 149:15, 150:13, 150:22, 159:20
**three** [6] - 13:14, 35:21, 52:25, 75:10, 78:18
**thrown** [1] - 22:4
**Tilden** [1] - 115:14
**timeframe** [5] - 16:11, 24:23, 79:3, 158:2, 159:16
**timing** [3] - 124:17, 125:25, 126:5
**today** [14] - 7:23, 8:4,

28:5, 53:15, 55:8, 84:10, 111:5, 111:11, 111:16, 118:18, 118:23, 119:3, 151:24, 153:23
**together** [1] - 95:4
**token** [6] - 60:4, 60:11, 60:12, 60:15, 64:22, 69:13
**tokens** [5] - 60:7, 65:12, 65:14, 65:19, 69:21
**TONY** [1] - 4:10
**took** [27] - 26:20, 27:2, 27:6, 37:18, 47:7, 62:22, 62:25, 63:8, 63:17, 66:17, 66:20, 66:22, 67:18, 67:22, 67:23, 68:12, 71:11, 133:14, 133:15, 134:8, 134:19, 134:25, 135:18, 141:4, 147:3, 152:2, 152:6
**touch** [1] - 159:7
**tough** [5] - 36:2, 36:5, 36:6, 36:13, 36:19
**towards** [1] - 27:3
**town** [1] - 15:4
**track** [1] - 70:21
**Tracy** [5] - 65:21, 86:13, 101:10, 101:11, 101:14
**trade** [1] - 82:13
**trades** [1] - 81:6
**training** [3] - 9:20, 9:21, 10:3
**transaction** [14] - 28:2, 28:8, 91:16, 129:4, 132:22, 133:5, 133:10, 133:12, 139:19, 142:13, 142:17, 145:14, 145:21, 145:23
**transactions** [5] - 90:24, 91:3, 91:19, 92:12, 93:19
**transcript** [2] - 161:8, 161:10
**transfer** [1] - 130:9
**transferred** [2] - 148:5, 148:11
**transmitted** [1] - 146:2
**Trial** [1] - 2:2
**trial** [2] - 5:12, 6:3
**true** [7] - 21:18, 149:25, 150:7, 154:21, 161:11,

161:13, 163:13
**trust** [2] - 153:25, 154:7
**try** [1] - 137:24
**trying** [9] - 11:6, 30:6, 99:15, 102:10, 102:18, 103:2, 136:17, 144:12
**turn** [2] - 11:8, 52:9
**twelve** [1] - 78:19
**Twenty** [1] - 99:13
**twice** [1] - 132:2
**two** [27] - 11:14, 16:8, 16:13, 26:11, 37:13, 37:19, 37:22, 41:17, 58:10, 64:6, 64:10, 69:2, 73:11, 78:18, 95:3, 95:6, 97:18, 105:6, 111:18, 113:20, 125:6, 151:12, 151:14, 153:22, 155:22, 157:23, 158:14
**type** [9] - 64:5, 65:3, 68:17, 69:11, 69:17, 93:17, 94:10, 94:19, 139:18
**typed** [3] - 107:21, 107:24, 109:10
**types** [1] - 9:16
**typical** [1] - 16:21
**typically** [1] - 22:13

## U

**U.S** [2] - 58:5, 99:5
**UEA** [1] - 1:17
**ultimately** [1] - 151:22
**um-hum** [3] - 55:15, 56:13, 107:16
**under** [19] - 6:15, 52:6, 52:11, 53:8, 81:20, 105:6, 107:14, 108:3, 108:4, 108:8, 109:4, 109:15, 111:19, 127:3, 127:5, 138:24, 139:5, 156:15, 161:9
**underneath** [3] - 105:10, 107:21, 109:10
**understood** [1] - 8:19
**undertake** [1] - 112:12
**undertook** [1] - 100:22
**Uniondale** [1] - 4:5
**UNITED** [1] - 1:2
**up** [19] - 30:9, 30:14, 31:11, 31:12, 31:16, 40:19, 42:5, 52:17,

98:19, 106:13, 114:22, 115:2, 117:10, 118:8, 122:14, 135:12, 137:23, 137:25, 156:14
**update** [1] - 93:23
**URRUITA** [1] - 4:10
**URRUTIA** [2] - 1:4, 3:5
**utilize** [1] - 60:22

## V

**Valley** [1] - 8:22
**various** [1] - 151:25
**vehicles** [1] - 82:20
**verbally** [2] - 6:14, 8:12
**VERBONITZ** [39] - 3:23, 53:25, 57:15, 57:21, 73:24, 74:9, 92:18, 94:15, 94:19, 98:18, 99:4, 99:8, 106:12, 106:21, 112:9, 113:4, 113:13, 113:18, 113:25, 114:6, 114:12, 114:16, 114:21, 115:24, 116:18, 117:2, 117:11, 131:9, 131:20, 136:18, 140:5, 140:22, 142:14, 145:16, 147:22, 148:24, 149:11, 149:17, 159:22
**Verbonitz** [2] - 74:10, 162:5
**versus** [1] - 97:3
**via** [1] - 2:3
**visits** [2] - 16:22, 17:9

## W

**waive** [1] - 6:19
**waived** [1] - 5:7
**walked** [1] - 16:19
**wall** [1] - 158:25
**Wantagh** [1] - 3:18
**Web** [1] - 2:4
**wEIR** [1] - 3:20
**Wendy** [9] - 42:13, 42:16, 43:4, 43:6, 43:11, 56:15, 56:19, 71:17, 71:19
**whereby** [1] - 133:6
**WHEREOF** [1] - 163:20
**whole** [3] - 66:12,

80:2, 137:18
**Widener** [1] - 3:21
**wife** [1] - 106:3
**wise** [1] - 99:16
**withdrawn** [3] - 26:8, 43:19, 48:25
**witness** [6] - 6:13, 6:20, 7:3, 50:9, 163:10, 163:14
**WITNESS** [9] - 7:10, 7:13, 40:14, 40:20, 49:14, 68:24, 103:7, 162:3, 163:20
**witness'** [1] - 145:20
**words** [1] - 134:21
**works** [3] - 70:4, 100:10, 132:6
**write** [2] - 83:10, 83:13
**written** [4] - 27:20, 38:22, 93:17, 93:23
**wrongfully** [1] - 158:13

## Y

**year** [10] - 11:2, 35:7, 35:10, 35:16, 36:2, 36:5, 36:6, 36:13, 36:17, 36:19
**years** [30] - 10:7, 11:7, 11:24, 12:13, 13:14, 15:19, 15:25, 26:11, 33:3, 34:7, 34:8, 34:12, 34:13, 35:21, 42:23, 46:10, 46:13, 52:25, 58:23, 64:14, 70:11, 70:17, 70:21, 80:8, 80:10, 80:11, 150:3, 150:10, 150:9
**yesterday** [1] - 106:19
**York** [16] - 2:6, 2:24, 3:6, 3:14, 3:18, 4:5, 7:14, 12:22, 13:6, 13:7, 13:13, 86:13, 87:19, 161:21, 163:9
**YORK** [3] - 1:2, 161:4, 163:3
**yourself** [2] - 12:21, 80:4

## Z

**zero** [1] - 97:24
**ZIZMOR** [1] - 3:8
**Zoom** [1] - 6:4