1                                                              1

2      UNITED  STATES  EASTERN  DISTRICT
       DISTRICT OF NEW YORK
3       - - - - - - - - - - - - - - - - - - - - - - - x

4      SUPERB MOTORS INC., TEAM AUTO SALES,
       LLC, ROBERT ANTHONY URRUTIA, 189
5      SUNRISE HWY AUTO LLC, NORTHSHORE MOTOR
       LEASING LLC, BRIAN CHABRIER, individually
6      and derivatively as a member of
       NORTHSHORE MOTOR LEASING LLC, JOSHUA
7      AARONSON, individually and derivatively
       as a member of 189 SUNRISE HWY AUTO,
8      LLC, JORY BARON, 1581 HYLAN BLVD AUTO
       LLC, 1580 HYLAN BLVD AUTO LLC, 1591
9      HYLAN BLVD AUTO LLC, 1632 HYLAN BLVD
       AUTO LLC, 1239 HYLAN BLVD AUTO LLC, 2519
10     HYLAN BLVD AUTO LLC, 76 FISK STREET REALTY,
       LLC, 446 ROUTE 23 AUTO LLC and ISLAND AUTO
11     MANAGEMENT, LLC,

12                              Plaintiffs,
                                Case No. 1:23-cv-6188
                     - against -
13

       ANTHONY DEO, SARAH DEO, HARRY THOMASSON,
14     DWIGHT BLANKENSHIP, MARC MERCKLING,
       MICHAEL LAURIE, THOMAS JONES, CPA,
15     CAR BUYERS NYC, INC., GOLD COAST CARS
       OF SYOSSET LLC, GOLD COAST CARS OF
16     SUNRISE LIC, GOLD COAST MOTORS AUTOMOTIVE
       GROUP LLC, GOLD COAST MOTORS OF LIC
17     LLC, GOLD COAST MOTORS OF ROSLYN LLC,
       GOLD COAST MOTORS OF SMITHTOWN LLC,
18     UEA PREMIER MOTORS CORP., DLA
       CAPITAL PARTNERS INC., JONES LITTLE & CO.,
19     CPA'S LLP, FLUSHING BANK and LIBERTAS
       FUNDING, LLC,
20                              Defendants.
        - - - - - - - - - - - - - - - - - - - - - - - x
21                              Zoom Videoconference
                                January 5, 2026
22                              10:07 a.m.

23     Examination Before Trial of IRIS BARON,

24     before Renate Reid, RPR, a Notary Public of

25     the State of New York.

*Rich Moffett Court Reporting, Inc.*

2

A P P E A R A N C E S :


HARRY R. THOMASSON, ESQ.
Pro Se Defendant
    3280 Sunrise Highway
    Wantagh, New York 11793


CYRULI SHANKS & ZIZMOR, LLP
Attorneys for Plaintiffs 189 Sunrise
Highway, Northshore Motor Leasing,
LLC, all Hyland Blvd Auto LLC,
76 Fisk Street Realty, LLC,
446 Route 23 Auto, LLC, Island
Auto Mgt., LLC, Brian Chabrier,
Joshua Aaronson, and Jory Baron
    420 Lexington Avenue, Suite 2320
    New York, NY 10170-0002
BY:  JEFFREY RUDERMAN, ESQ.


MILMAN LABUDA LAW GROUP, PLLC
Attorneys for Plaintiffs Superb
Motor Inc., Team Auto Sales, LLC,
and Robert Anthony Urrutia
    3000 Marcus Avenue, Suite 2320
    Lake Success, NY 11042-1073
BY:  EMANUEL KATAEV, ESQ.


WEIR, LLP
Attorneys for LIBATAS FUNDING
    The Widener Building
    1339 Chestnut Street, Suite 500
    Philadelphia, PA
BY:  JEFF CIANCIULLI, ESQ.

*Rich Moffett Court Reporting, Inc.*

3

A P P E A R A N C E S : (Cont'd)


CULLEN & DYKMAN, LLP
Attorneys for Flushing Bank
      333 Earle Ovington Boulevard
      Uniondale, NY 11553
BY:  ARIEL RONNEBURGER, ESQ.


ALSO PRESENT:

TONY URRUTIA
Anthony DEO

4

     IT IS HEREBY STIPULATED AND

AGREED by and between the attorneys

for the respective parties herein,

that the filing, sealing and

certification of the within deposition

be waived.

     IT IS FURTHER STIPULATED AND

AGREED that all objections, except

as to the form of the question,

shall be reserved to the time of the

trial.

     IT IS FURTHER STIPULATED AND

AGREED that the within deposition

may be sworn to and signed before

any officer authorized to administer

an oath with the same force and effect

as if signed and sworn to before the

Court.


          - oOo -

```
1                                          5

2           THE REPORTER:  All counsel

3     participating in this deposition

4     proceeding acknowledge that I am not

5     present in the deposition room, and

6     further acknowledge that in lieu of an

7     in-person administration of the oath,

8     it will be administered remotely.  The

9     parties and all counsel consent to

10    this arrangement and waive any

11    objections to this method of reporting.

12           Counsel, kindly voice your

13    agreement, stating your name and

14    agreement on the record, starting with

15    Mr. Thomasson.

16           MR. THOMASSON:  I am in

17    agreement Ms. Reid.

18           MR. KATAEV:  Emmanuel Kataev,

19    for Plaintiffs; in agreement.

20           MR. RUDERMAN:  Jeff Ruderman,

21    for the witness and the other

22    Plaintiffs; also in agreement.

23           MS. RONNEBURGER:  Arielle

24    Ronneburger, for Flushing Bank; in

25    agreement.
```

*Rich Moffett Court Reporting, Inc.*

6

I R I S   B A R O N, called as a witness,

having been first duly sworn

remotely by the Notary Public, was

examined and testified as follows:

*                    *                    *

EXAMINATION BY

MR. THOMASSON:

Q      Good morning, Mrs. Baron.  My
name is Harry Thomasson.  I'm going to be
taking your deposition this morning.

Is it okay if I refer to you
as Mrs. Baron?

A      Yes, it is.

Q      Mrs. Baron, have you taken
any medication or drugs of any type this
morning that would impact your ability to
go forward?

A      No.  But I did have a stroke
a year and a half ago, and I am on blood
thinners.

Q      Okay.  Has that left you
compromised at all regarding your memory?

A      Absolutely not.

Q      And so, would it be fair to

*Rich Moffett Court Reporting, Inc.*

```
 1                                        7
 2     say that there's no reason that you know
 3     of that you wouldn't be able to
 4     understand my questions this morning?
 5              Is that true?
 6        A     True.
 7        Q     Okay.  Mrs. Baron, have we
 8     ever met before?
 9        A     No.
10        Q     Have we ever spoken before?
11        A     No.
12        Q     When was the first time that
13     you ever heard my name?
14        A     Today.
15        Q     Okay.  And you're aware of
16     what this deposition involves?
17              MR. RUDERMAN:  Object to the
18         form.
19              You can answer the question.
20              MR. THOMASSON:  I'll withdraw
21         that, Jeffrey.
22     BY MR. THOMASSON:
23        Q     Withdrawn, Mrs. Baron.
24              Are you aware of the legal
25     case that you're testifying regarding
```

8

1

2    today?

3         A    Could you repeat the

4    question, please?

5         Q    Sure.

6              Are you aware of the legal

7    case that you're testifying in today?

8         A    No.

9         Q    Okay.  There is an action

10   that lists you as a Plaintiff on behalf

11   of the Estate of David Baron.

12             Are you aware that you're

13   involved in that action?

14        A    Yes.  As of today, I am.

15        Q    So, would it be fair to say

16   that prior to today, you didn't know

17   anything about that case?

18             Is that true?

19        A    Yes.

20        Q    Did you authorize your name

21   being involved in the case?

22        A    No.

23        Q    Are you the administrator or

24   executrix on behalf of the Estate of

25   David Baron?

9

```
 2        A      I am the representative of
 3   the Estate of David Baron.
 4        Q      Do you know what position it
 5   is that makes you the representative?
 6        A      Yes.
 7        Q      What is that called?
 8        A      I would think that -- that --
 9   well, I really -- no.  No is the answer.
10   Sorry.  I can't explain it, because I
11   don't understand it myself.
12        Q      Okay.  Would it be fair to
13   say that you are the executor of the
14   estate?
15             Would you know that?
16        A      Yes.
17        Q      You are the executor?
18        A      Yes.  From my lawyers, I know
19   that.
20        Q      Okay.  How long have you been
21   the executor?
22        A      For four years.
23        Q      And that would be since David
24   died?
25        A      Correct.
```

*Rich Moffett Court Reporting, Inc.*

```
1                                        10

2          Q       Was anyone else ever the

3     executor, if you know?

4          A       Not to my knowledge, but I

5     don't know that answer.

6          Q       Do you know if there are any

7     legal proceedings still taking place

8     regarding the estate?

9          A       No.

10         Q       There could be, but you just

11    don't know?

12         A       Don't know.

13         Q       Okay.  Now, are you familiar

14    with the term Northshore Motors?

15         A       Yes.

16         Q       When did you first learn of

17    the existence of Northshore Motors?

18         A       The first time is when my

19    husband went with -- I went with him to

20    see Northshore Motors.  But I have to say

21    that, in the 45 years that I have been

22    married to my husband, I have never been

23    involved in any of his businesses; nor

24    before I got married, did I ever get

25    myself involved in any of his businesses.
```

11

That was his and not my business.  My
business is to take care of my children.

Q        Okay.  But you went to
Northshore Motors; you remember that?

A        I did.  Yes, I did.  Mm-hmm.

Q        How many times were you
there, do you know, roughly?

A        Maybe three.

Q        Okay.  Do you know what year
the first one was?

A        No.  I do not remember.

Q        Do you know what year the
last time you were there was?

A        No.  I do not remember that
either.

Q        Was your husband alive for
each of your three visits?

A        Yes, he was.

Q        And what was the date of his
death, do you know?

A        Okay.  Let's see.
May 22nd -- I think, 22nd, he died -- of
2022 --

Q        Okay.

*Rich Moffett Court Reporting, Inc.*

1                                                    12

2          A       -- or 21st there.

3          Q       So, it was May of '22 that he

4     died?

5          A       I think so, yes.

6          Q       And you were not, yourself,

7     involved in any of his businesses.

8                  Is that what you testified

9     to?

10         A       Yes.

11         Q       Did you and your husband file

12    joint tax returns?

13         A       He did everything.  So, he

14    told me to sign; I signed.  So, I would

15    say yes to that.  Not sure.

16         Q       Well, did you file tax

17    returns?

18         A       Whatever he told me to sign;

19    yes, we did.  So, I'm sure that it was --

20    I cannot answer that, because when my

21    husband said sign something, I signed it.

22    I never did my own taxes, so I am

23    assuming, yes.

24         Q       And to the best of your

25    knowledge, you filed joint taxes with

*Rich Moffett Court Reporting, Inc.*

```
1                                           13
2      your husband; is that right?
3           A      Correct.
4           Q      Have you filed taxes since he
5      died?
6           A      Yes.
7           Q      And just so you know, I don't
8      mean to be disrespectful at all.  I have
9      questions to ask, and I'm just -- at
10     times I'm going to have to talk about his
11     death.  I'm sorry.
12          A      Okay.
13          Q      So --
14          A      If I cry a little bit, that's
15     okay too.
16          Q      I understand.  Yes, it is.
17     And if you need a break, just speak up.
18     No problem.  Anytime, okay?
19                 If you don't understand
20     something I'm asking you, also tell me,
21     because I would be happy to rephrase
22     anything if you don't understand it,
23     okay?
24          A      Okay.
25          Q      So, you now know that there's
```

*Rich Moffett Court Reporting, Inc.*

14

an action with your name on it in the

courts of New York; is that right?

        A       If you're telling me that,

then, yes.

                I have to tell you that when

I was -- when my husband passed away, I

was grieving him.  I still am.  And I had

nothing to do with any of the visits,

like I said.  And my son-in-law, Josh,

took over everything.  So, I really don't

know anything.

        Q       Well -- but still -- I

understand your position, that you don't

understand things about the business.

But not all of my questions are just

going to pertain to business questions.

        A       Okay.

        Q       So, for example, are you

familiar with the name Anthony Deo?

        A       Yes.

        Q       How do you know Anthony Deo?

        A       I met him when I was at

Northshore, or whatever it's called.  I

don't remember what it's called.

*Rich Moffett Court Reporting, Inc.*

1                                                    15

2          Q        And did you ever hear the

3    term 189 Sunrise Highway?

4          A        No.

5          Q        You're not familiar with a

6    business with that name?

7          A        No.

8          Q        Are you familiar with any

9    business from that address?

10         A        No.

11         Q        Okay.  Do you know where

12   Northshore was?

13         A        Yes.

14         Q        Where was it?

15         A        I think it was in Jericho or

16   Syosset.

17         Q        And you think you were there

18   about three times; is that right?

19         A        About that.  Mm-hmm.

20         Q        Did you ever have any

21   conversations with Anthony Deo?

22         A        Briefly -- hello, how are

23   you.

24         Q        And that would have been at

25   Northshore only?

*Rich Moffett Court Reporting, Inc.*

16

     A    No.  He did come to my house
at one point.

     Q    And that would be your house
located at -- in Palm Beach Gardens,
Florida?

     A    Yes, that is correct; when my
husband was very, very sick and he came
to my house.  I was upset about that.

     Q    Who made the decision for him
to come to your house?

     A    I -- I guess, my husband,
when he called.  I guess, when -- Anthony
must have called him, because he didn't
know he was in Florida.  And I guess my
husband said, come.  I don't know.  I
wasn't -- I wasn't at that place when it
happened, so I can't answer that.

     Q    But you did just answer it.

          And you were under the
impression that Anthony Deo called while
he was already in Florida; is that right?

          MR. RUDERMAN:  Object to the
     editorialization.

          You can answer the question.

*Rich Moffett Court Reporting, Inc.*

```
 1                                    17
 2         A      I don't know.
 3   BY MR. THOMASSON:
 4         Q      Do you know what the purpose
 5   of that meeting was?
 6         A      No.
 7         Q      Do you know if any documents
 8   were signed during that meeting?
 9         A      I do not know.  I was not in
10   the room.
11         Q      Do you know if you made any
12   deposits of any checks related to that
13   meeting?
14         A      No.
15         Q      Did you ever make any
16   deposits, at your husband's direction, of
17   any checks in the last eight years?
18         A      Absolutely not.  As I said
19   before, I had nothing to do with any of
20   this business.  My husband took care of
21   everything.
22         Q      Did you have bank accounts in
23   your own name or only jointly with your
24   husband?
25         A      I had one bank account in my
```

*Rich Moffett Court Reporting, Inc.*

1                                                  18

2       own name, which was when I worked.  And I

3       kept that money.  And the rest was with

4       my husband.

5              Q       So, the only deposits that

6       would have gone into a bank account of

7       yours would have been from your work

8       history; is that correct?

9              A       That is correct.

10             Q       Your husband didn't give you

11      any money to put into any of your

12      accounts?

13             A       Never.  Never.

14             Q       Okay.  Can you tell me how

15      many cars you and your husband have

16      operated or owned personally since 2017?

17      I'm just looking for a number here.

18                    MR. RUDERMAN:  I'll object to

19             the form of the question.  I will

20             allow the question, but I'm going

21             to note that I don't see the

22             connection to anything in this

23             case.  But I'll give some leeway,

24             to see where this goes.

25                    MR. THOMASSON:  Nothing would

1                                              19

2          make me happier, Mr. Ruderman, if

3          you don't know where I'm going.

4      BY MR. THOMASSON:

5          Q     Ms. Baron, how many cars have

6      you or your husband owned, that you know

7      of, since 2017?

8          A     As far as I know, I don't own

9      any cars.  They are business cars.

10         Q     How many cars have you or

11     your husband operated, that you know of,

12     since 2017?

13         A     I don't remember.

14         Q     Well, was it more than five?

15         A     No.  I had one car, and my

16     husband would have another car.  That was

17     it.  How many cars can you drive?

18         Q     I don't know how many

19     out-of-state holdings you have, ma'am.

20               Would you have cars in

21     Florida, you and your husband?

22         A     We would take a car, and we

23     would transfer the car from New York to

24     Florida, and I would have a car and he

25     would have a car.

20

Q      Did you also have any
addresses that you lived at in New York
since 2017?

A      I do.

Q      How many addresses do you
have in New York that you've lived at
since 2017?

A      One.

Q      What would be that address?

A      Six Old Wagon Lane, in Old
Westbury, New York.

Q      Is that still yours?

A      It is in the process of being
sold.

Q      Okay.  And you have a home in
Palm Beach Gardens, Florida; is that
right?

A      Correct.

Q      Is that where you are now?

A      Yes.

Q      Since 2017, do you know if
you or your husband have operated a
Bentley?

A      Yes.

```
 1                                          21

 2          Q      Do you know where that car

 3     came from?

 4          A      No.

 5                 MR. RUDERMAN:  Object to the

 6          form.

 7                 You can answer the question.

 8     BY MR. THOMASSON:

 9          Q      Do you know what dealership

10     that car came from?

11                 MR. RUDERMAN:  Object to the

12          form.

13                 You can answer.

14          A      I don't know.

15     BY MR. THOMASSON:

16          Q      Do you know how either of you

17     obtained that car?

18                 MR. RUDERMAN:  Object to the

19          form.

20                 You can answer.

21          A      It was with North -- what is

22     it called? -- Northshore -- it was with

23     Northshore Motors, I guess.

24     BY MR. THOMASSON:

25          Q      How do you know that?
```

```
 1                                               22

 2         A       Because Anthony had Bentleys.

 3         Q       Would your husband have been

 4    able to obtain a Bentley from anyone

 5    other than Anthony Deo, if he wanted to?

 6              MR. RUDERMAN:  Object to the

 7         form as to what she knows about --

 8    BY MR. THOMASSON:

 9         Q       If you know.

10         A       I don't know.

11         Q       What business was your

12    husband in?

13         A       The car business.

14         Q       Do you know what his position

15    was in the car business?

16         A       No.

17         Q       He was an owner, at the very

18    least, wasn't he?

19         A       Yes.  If that's what you want

20    to say.  Mm-hmm.

21         Q       And do you know when that

22    Bentley was operated by you or your

23    husband?

24         A       I don't remember.

25         Q       Was it after 2017, if you
```

                                                     23

know?

        A       I don't remember.

        Q       Where is that car today?

        A       I have a car in Florida.  It
never moved.

        Q       The Bentley is still in
Florida?

        A       Correct.

        Q       How long have you had it?

        A       I don't remember.  I don't
remember -- I -- I -- I really don't
remember.  I think it was right before my
husband passed away.

        Q       Did Josh Aaronson ask you to
put your name on the lawsuit that we're
all here for today?

        A       No.  I cannot answer that
question.  I don't know.

        Q       You don't know how your name
is on this lawsuit?

        A       I don't know who asked me to
sign it.

        Q       Did someone, if you know?

        A       I don't remember.  I told

24

you, I was in bereavement.  I had -- I
was in shock.  I had asked Josh to do
everything for me.

Q      Did you authorize Josh to do
everything for you?

A      Yes.  He is the one that has
been holding me up on this, on
everything.  Mm-hmm.

Q      So, you wouldn't know,
yourself, whether or not I did anything
to harm the Estate of David Baron, do
you?

A      I don't understand that
question.  I'm sorry.

Q      Well, the lawsuit against me,
with your name on it, alleges that I did
certain things to harm the Estate of
David Baron.

Did you know that?

A      No.

Q      Okay.  Now that you know
that, do you know of anything that I did
to harm the Estate of David Baron?

A      I can't answer that, because

*Rich Moffett Court Reporting, Inc.*

```
 1                                          25

 2    I don't know.

 3          Q     So, you can answer it.

 4                The answer is -- is, you

 5    don't know if I did anything to harm the

 6    Estate of David Baron, right?

 7          A     Correct.  Only, I said that

 8    Josh would know everything.  I do not

 9    know anything.

10          Q     Okay.  And with regard to

11    Michael Laurie, have you ever heard that

12    name before?

13          A     No.  I don't even know who

14    that is.

15          Q     Would it be the same answer,

16    yes or no, that you don't know if Michael

17    Laurie did anything to harm the Estate of

18    David Baron?

19                Is that fair to say?

20                MR. RUDERMAN:  Mr. Thomasson,

21           are you representing Mr. Laurie in

22           this questioning?

23                MR. THOMASSON:  No.

24                MR. RUDERMAN:  (Inaudible)

25           the context of your question, are
```

```
1                                             26

2      you representing Mr. Laurie?

3      You're asking about -- (cross talk)

4              MR. THOMASSON:  I'm not the

5      one being deposed today, Mr.

6      Ruderman.

7              MR. RUDERMAN:  No.  You are

8      --

9              MR. THOMASSON:  I was

10     asking --

11             MR. RUDERMAN:  You are --

12             MR. THOMASSON:  I was

13     asking --

14             MR. RUDERMAN:  You are a pro

15     se defendant, here taking your

16     deposition, and you're asking about

17     Mr. Laurie, who is not your client,

18     and he is not here deposing.

19             By the way, who's

20     Mr. Benjamin, Mr. Laurie's

21     attorney?  Is he here today?

22             MR. THOMASSON:  Mr. Ruderman,

23     I'm in the middle of a deposition

24     here.  Are you stopping me --

25             MR. RUDERMAN:  I'm going to
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                              27

 2         object to any questions --

 3               MR. THOMASSON:  Are you

 4         stopping me --

 5               MR. RUDERMAN:  Yes --

 6               MR. THOMASSON:  -- from

 7         asking --

 8               MR. RUDERMAN:  -- any

 9         questions --

10               MR. THOMASSON:  -- questions?

11               MR. RUDERMAN:  -- any

12         questions about anybody other than

13         yourself.

14               MR. THOMASSON:  What did you

15         say?

16               MR. RUDERMAN:  I'm going to

17         object to any questions that you

18         ask about any party that you have

19         been disqualified from

20         representing.

21               MR. THOMASSON:  Very good.  I

22         appreciate that.  You go right

23         ahead and object, and then the

24         witness will answer anyway.

25               MR. RUDERMAN:  The witness
```

28

will not answer any questions -- I
will object to any questions that
you ask about a party that you do
not represent.

        Go on.

        MR. THOMASSON:  Are you
stopping the witness from
answering?  Yes or no.

        MR. RUDERMAN:  I am stopping
the witness from answering any
questions about a question you ask
about somebody other than your pro
se representation.

        MR. THOMASSON:  Ms. Reid, we
have to take a break at this time.
I'm going to be calling chambers,
because we're all going to have to
get on the line to settle this.
I'm not moving forward and being
stopped from asking these
questions.

        MR. KATAEV:  Harry, the
judge's individual rules offer the
ability to send a Zoom link via

29

1

2    e-mail to chambers so that the

3    judge could join the Zoom.

4          MR. THOMASSON:  Ms. Reid, I'm

5    going to take a break at this time.

6    I'm going to call chambers and get

7    their address for the Zoom link and

8    let them know that we're going to

9    be needing some assistance.

10          THE REPORTER:  Okay.  I'll go

11    off the record now.

12          (Recess taken)

13          (Conversation with Judge

14    ensues via phone conference)

15          JUDGE WICKS:  Judge Wicks

16    here.

17          MR. THOMASSON:  Good morning,

18    Your Honor.

19          MR. RUDERMAN:  Good morning,

20    Your Honor.

21          JUDGE WICKS:  Good morning.

22          MR. THOMASSON:  I'm the one

23    that initiated this.

24          JUDGE WICKS:  I got it.  I've

25    been filled in by Jacqueline, my

*Rich Moffett Court Reporting, Inc.*

1                                              30

2       law clerk.

3              Do we have everybody on the

4       line who is participating in the

5       deposition?

6              MR. RUDERMAN:  Yes, Your

7       Honor.

8              JUDGE WICKS:  Okay.  And I

9       understand Iris Baron is being

10      deposed?

11             MR. RUDERMAN:  Yes.

12      Ms. Baron is being deposed.

13      Correct, Your Honor.

14             JUDGE WICKS:  And,

15      Mr. Thomasson, you're taking the

16      deposition?

17             MR. THOMASSON:  I'm taking

18      the deposition, Your Honor, yes.

19             MR. WICKS:  Okay.  Who is

20      defending?

21             MR. RUDERMAN:  This is

22      Jeffrey Ruderman, from Cyruli

23      Shanks, and I'm defending the

24      deposition of Ms. Baron.

25             JUDGE WICKS:  All right.  So,

31

Mr. Thomasson, you're asking
questions.

        And what's the nature of the
dispute?

        MR. THOMASSON:  Last time, I
took the deposition of Asad Kahn,
and I asked a series of questions
without any objection from Cyruli
Shanks.

        JUDGE WICKS:  Okay.

        MR. THOMASSON:  I'm going
through the same process today with
Mrs. Baron, who, like Mr. Kahn,
doesn't know anything about the
claims against me, and has --

        JUDGE WICKS:  Okay.

        MR. THOMASSON:  -- basically
left everything in the hands of
Josh Aaronson, who, like Mr. Kahn,
basically said the same thing.

        And then, like last week, I
started asking, well, then, is it
also true that you don't know
anything about the claims against

*Rich Moffett Court Reporting, Inc.*

1                                          32

2       the other codefendants, and I

3       started listing them by name.  And

4       Mr. Ruderman said he's not going to

5       allow Mrs. Baron to answer those

6       questions.

7              JUDGE WICKS:  Okay.

8       Mr. Ruderman, why not?

9              MR. RUDERMAN:  So, Your

10      Honor, Mr. -- I don't know exactly

11      where Mr. Thomasson is going to end

12      up, but he starts asking questions

13      about parties that he was

14      disqualified in representing.

15             JUDGE WICKS:  Yeah.

16             MR. RUDERMAN:

17      Mr. Benjamin -- Mr. Benjamin, who

18      has taken over the case from

19      Mr. Thomasson, is not even on the

20      Zoom.  He is not even attending

21      this deposition.

22             JUDGE WICKS:  Okay.

23             MR. RUDERMAN:  And so,

24      Mr. Thomasson is a pro se party,

25      representing himself --

33

JUDGE WICKS:  Yeah.

MR. RUDERMAN:  -- and is now

seeking to, as far as I'm

concerned, represent the party he's

been disqualified from representing

by asking questions about whether

or not the witness knows

information about people who he

does not represent.  And I'm

objecting to his --

JUDGE WICKS:  Yeah.

MR. RUDERMAN:  -- questions

about parties that he is not

representing and he's disqualified

from representing, especially when

Mr. Benjamin isn't even attending.

JUDGE WICKS:  Okay.  But he's

not asking questions as

representative capacity, other than

himself.

He's allowed to appear pro

se, correct?

MR. RUDERMAN:  Correct.

JUDGE WICKS:  All right.  And

```
 1                                    34

 2      pro ses have the same rights as

 3      representative parties do, right,

 4      under Rule 30?

 5             MR. RUDERMAN:  They do, Your

 6      Honor.  I -- typically, Your

 7      Honor -- I apologize to the Court.

 8      This is not my usual MO.  I let the

 9      attorneys ask questions.  I don't

10      like --

11             JUDGE WICKS:  Yeah.

12             MR. RUDERMAN:   -- to object.

13      I just feel that this is really

14      pushing the boundaries, that the

15      Court has issued an order, and

16      Mr. Benjamin is not even here

17      representing his parties.  And

18      Mr. Thomasson appears to be

19      representing those parties, in

20      violation of the court order.  And

21      that's --

22             MR. THOMASSON:  Can I

23      respond?

24             JUDGE WICKS:  As soon as

25      Mr. Ruderman finishes.
```

*Rich Moffett Court Reporting, Inc.*

1                                    35

2              MR. THOMASSON:  I'm sorry.

3              JUDGE WICKS:  Let him finish

4       first.

5              MR. RUDERMAN:  Thank you,

6       Your Honor.

7              So, that is the nature of my

8       objection.  And, obviously, I -- I

9       brought it to the Court's

10      attention, and the Court will,

11      obviously, deal with it as the

12      Court deems appropriate.

13             JUDGE WICKS:  Okay.  Sounds

14      good.  All right.

15             Go ahead now, Mr. Thomasson.

16             MR. THOMASSON:  Harry

17      Thomasson, Your Honor, for the

18      court reporter's purposes.

19             I am -- I am alleged to be

20      engaged in this vast criminal

21      conspiracy with the co-defendants,

22      and I sit here and wonder to myself

23      what it is that I did.  I've been

24      wondering that for two and a half

25      years.  And I'm even admonished by

36

the Court when I say it too many

times.  And the fact of the matter

is, I'm not engaged in any broad

criminal conspiracy.  And so far,

we have -- this is -- get the same

thing out of this witness:  She

doesn't know anything about a

criminal conspiracy.

JUDGE WICKS:  Hold on,

Mr. Thomasson.  Mr. Ruderman raises

a question.  Let's get to the

issues here.

So, he's saying, hey, you

were disqualified, and you can only

represent yourself, and that's

fine; but Mr. Benjamin's not here,

and this is just a ruse, basically,

that you're asking questions on

behalf of other Defendants that you

were disqualified from.

Answer that one.

MR. THOMASSON:  I just

want -- I just want to know what

the witness thinks we all did.  And

```
1                                                37
2        I'm -- I don't exist in a vacuum
3        here.  They're the ones that lumped
4        me together with these people.  And
5        the fact of the matter is, I can't
6        even imagine we're having this
7        conversation.  Of course, this
8        could lead to relevant evidence.
9            JUDGE WICKS:  Right.  But his
10       question is -- it's really -- are
11       you really circumventing the order
12       that disqualified you from
13       representing the other parties?
14       That's the question.
15           MR. RUDERMAN:  And, Your
16       Honor, this is Mr. Ruderman.
17           The question was not -- was
18       not what do you know -- do you know
19       whether I communicated with
20       Mr. Laurie, what do I have to do
21       with Mr. Laurie?  That would be a
22       legitimate question.  The question
23       was, what do you know about
24       Mr. Laurie?  I'm like, why is he
25       asking questions about Mr. Laurie
```

38

independently?

JUDGE WICKS: Okay. But the whys are irrelevant. That's up to him, right? He's entitled to ask the questions that are relevant and germane, and they certainly are, whether or not he's representing or not. If Benjamin were sitting there defending Deo, I suspect Mr. Thomasson would still ask those questions.

There's no limitation by court order or 30(b)(6). There's no privilege being asserted here, and it's not palpably irrelevant. So, there's no basis to direct her not to answer on that ground.

If you do think he's violating orders -- the disqualification order, that would be a separate motion. But the deposition, you got to proceed, and they have to answer --

MR. RUDERMAN: Thank you,

```
 1                                        39
 2      Your Honor.
 3              JUDGE WICKS:  -- all right?
 4              All right.  Anything else,
 5      you call back, all right?
 6              MR. RUDERMAN:  Thank you.
 7              JUDGE WICKS:  All right.  No
 8      worries at all.  Happy New Year,
 9      everybody.
10              MR. THOMASSON:  Thank you.
11      We're through, Judge.  We're going
12      to hang up on this call now, okay?
13              (End of phone conference)
14              MR. RUDERMAN:  Iris, you can
15      unmute yourself.
16              So, we've had an
17      opportunity -- Iris, this is for
18      your benefit.  We've had an
19      opportunity to speak to the judge.
20      The judge has directed that the
21      questions, at least as asked so
22      far, are appropriate, and
23      Mr. Thomasson is going to continue
24      with his questions, and I'll note
25      my objections in the future, if I
```

```
 1                                           40
 2          deem it appropriate.
 3                  So, Mr. Thomasson, feel free
 4          to either answer [sic] that
 5          question again or have it read
 6          back, or if Iris remembers it.
 7                  MR. THOMASSON:  Could you
 8          read that question back for me,
 9          Ms. Reid.
10                  THE REPORTER:  Sure.
11                  (Record was read back)
12   CONTINUED EXAMINATION
13   BY MR. THOMASSON:
14          Q     Mrs. Baron, can you hear me?
15          A     Yes.
16          Q     Okay.  So, is it fair to say,
17   Mrs. Baron, that you also do not know of
18   any wrongdoing that Michael Laurie
19   committed against the Estate of David
20   Baron?
21          A     I have no personal knowledge
22   about this.  You'd have to ask Josh.
23          Q     That would be Josh Aaronson?
24          A     Correct.
25          Q     And would that be the same
```

*Rich Moffett Court Reporting, Inc.*

```
1                                          41

2     answer regarding any allegations against

3     Marc Merckling?

4          A     I don't know who that is.

5          Q     So, then, would it be fair to

6     say that you do not know, yourself,

7     anything about alleged wrongdoing by Marc

8     Merckling against the Estate of David

9     Baron?

10         A     Again, I don't have any

11    personal knowledge.  You have to ask Josh

12    Aaronson.  He took over everything, and

13    that is what happened.  And this is who I

14    trusted to do it.  I have nothing to do

15    with this business.

16         Q     And you authorized Josh to

17    take care of this lawsuit; is that right?

18         A     That is correct.

19         Q     And --

20         A     I was told that Anthony cost

21    me millions of dollars; and if I didn't

22    pay the bank back, I was going to be in

23    trouble.  And from then on, Josh -- I

24    said, please, Josh, you take over.

25         Q     And who is it that told you
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                          42
 2    Anthony Deo cost you money?
 3           A      Josh Aaronson.
 4           Q      Has anyone else ever told you
 5    that?
 6           A      I don't know at this point.
 7    Josh -- just Josh.  Josh Aaronson told
 8    me.
 9           Q      All right.  Is there anyone
10    else you can think of that would have
11    told you that?
12                  MR. RUDERMAN:  Before you
13           answer the question, just to be
14           clear, do not provide any
15           information about communications
16           you may have had with me or any
17           other attorney.  Mr. Thomasson is
18           not asking about whether any
19           attorney communicated to you.
20           Anybody other than an attorney is
21           what he's asking.
22                  THE WITNESS:  I'm sorry.  I
23           didn't understand that.
24                  MR. THOMASSON:  I'll explain
25           it, Jeff.
```

*Rich Moffett Court Reporting, Inc.*

                                                                43

BY MR. THOMASSON:

    Q    Mrs. Baron, did anyone other
than Josh Aaronson and your attorneys
ever tell you that Anthony Deo cost the
Estate of David Baron money --

    A    No.

    Q    -- that you can think of
right now?  Yes or no.

    A    No attorney ever said -- no.
Josh is the one.

    Q    Okay.  And -- now, I have to
ask the questions, though, okay?

    So, same question pertaining
to Dwight Blankenship:  Are you aware,
yourself, of any wrongdoing that Dwight
Blankenship committed that cost the
Estate of David Baron money?

    A    I have no personal knowledge
of that.  You have to ask Josh.

    Q    Okay.  And, again, as with my
name and Michael Laurie and Marc
Merckling, is it fair to say that you're
not even familiar with the name Dwight
Blankenship?

*Rich Moffett Court Reporting, Inc.*

```
 1                                            44

 2          A      Correct.  Correct.

 3          Q      And that's your answer for

 4     all four of us so far, right?

 5          A      Correct.  I have no personal

 6     knowledge of this.  You have to ask Josh.

 7          Q      And you also don't know the

 8     four of us; is that right?

 9          A      That is correct.

10          Q      Okay.  Now, what about Sara

11     Deo?

12                 Have you ever met her?

13          A      Yes, I did, on a few

14     occasions.

15          Q      And would those occasions

16     have been at Northshore Motors?

17          A      That is correct.

18          Q      And would that be on each of

19     the occasions that you were there, which

20     was roughly three, in total?

21          A      Correct.

22          Q      Did you ever meet her outside

23     of Northshore Motors?

24          A      No.

25          Q      Did you ever speak with her
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                                45
 2    outside of Northshore Motors?
 3         A      No.
 4         Q      And would it be fair to say
 5    that maybe it was just an introduction?
 6              MR. RUDERMAN:  Object to the
 7         form.
 8              You can answer.
 9         A      (No response.)
10    BY MR. THOMASSON:
11         Q      I'll rephrase the question.
12         A      Okay.
13         Q      Mrs. Baron, did you ever have
14    any substantive conversation with Sara
15    Deo?
16         A      Not to my knowledge, no.
17         Q      Did you ever have a
18    substantive conversation with Anthony
19    Deo?
20         A      Wait.  What is "substantive"?
21              Could you just do this on
22    laymen term and not a big word?  Whether
23    you -- could you rephrase the question,
24    please?
25         Q      Sure.  Absolutely.
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                          46
 2              Other than just hellos, good
 3      byes, talking about the day or lunch, did
 4      you ever have any substantive
 5      conversations on the subject of
 6      business --
 7          A      No.
 8          Q      -- with Sara Deo?
 9          A      No.
10          Q      What about Anthony Deo?
11          A      No.
12          Q      If I were to tell you that
13      the subject matter of Anthony Deo being
14      at your house in Florida was the purchase
15      by Anthony Deo of Baron Nissan®, would
16      that be something you've heard of before
17      today?
18                  MR. RUDERMAN:  Object to the
19          form.
20                  You can answer.
21          A      Yes.  And I have to say that
22      my husband, at that time, I don't even
23      think was in his right mind, because he
24      also wanted to buy a boat.  And shortly
25      after Anthony did visit him, he did pass
```

*Rich Moffett Court Reporting, Inc.*

47

away.  He was just not himself.

BY MR. THOMASSON:

Q    So, you testified that David Baron died during May of 2022, right?

A    Correct.

Q    And would it be fair to say that Anthony Deo, in your mind, visited your home just once?

A    Yes.

Q    And would that have also been in 2022?

A    I believe so.

Q    But in any event, it would have been shortly before David died?

A    Yes.

Q    Do you know how much before David died Anthony visited?

A    I don't know.

Q    Could it have been weeks?

A    I don't remember.  I'm sorry.

Q    Last one:  Could it have been within months?

A    Could have been.

Q    You said your husband was

*Rich Moffett Court Reporting, Inc.*

```
1                                              48

2      very sick before he died?

3              A      Yes.

4              Q      What was he sick with?

5              A      He had stage 4 melanoma

6      cancer.

7              Q      Was he on medication?

8              A      He was.

9              Q      What medication was he on?

10             A      I'm not sure exactly.  I know

11     he had -- not chemo --

12             Q      Radiation?

13             A      No.  Immune therapy.

14             Q      Was that administered by a

15     doctor, if you know?

16             A      Yes.

17             Q      Was that in Florida or New

18     York?

19             A      In Florida.  He also had a

20     valve transplant.  He also had a

21     pacemaker put in.  He -- we were in the

22     hospital every three weeks.

23             Q      And the valve transplant,

24     what year did that take place?

25             A      Same year.  All the --
```

```
 1                                                    49

 2          Q       Same year that he died?

 3          A       Yes.

 4          Q       And was the pacemaker

 5   installed during the same year that he

 6   died?

 7          A       Yes.

 8          Q       Do you need a moment?

 9          A       Yes.

10          Q       Take your time.

11                  (Recess taken)

12   CONTINUED EXAMINATION

13   BY MR. THOMASSON:

14          Q       On the day -- if you can

15   remember, on the day that Anthony Deo

16   came to Palm Beach Gardens and met with

17   you and David at the house, was there

18   anyone else present?

19                  MR. RUDERMAN:  Object to the

20          form.  She didn't say she met with

21          him.

22                  You can answer the question.

23          A       Could you please repeat the

24   question?

25   BY MR. THOMASSON:
```

*Rich Moffett Court Reporting, Inc.*

                                                              50

    Q        Sure.  I'm going to withdraw
that question and ask you a different
question.

    A        Okay.

    Q        Did you meet Anthony Deo the
day that he came to your home?

    A        I said hello.  Yes.

    Q        Okay.  And did you -- and did
you have lunch or prepare lunch with
Anthony and David?

    A        No.

    Q        Was anyone else in the house
that day, if you can remember?

    A        My daughter was visiting me.

    Q        Would that be Brooke?

    A        Yes.

    Q        Was anyone else present, if
you can recall?

    A        Not to my knowledge.

    Q        Do you remember making any
copies of any documents that day for
David or Anthony?

    A        No, I do not.

    Q        Do you have a copier in the

51

house?

A       I have a printer.

Q       You can make copies on the printer, right, if you wanted?

A       Oh, at that time, no, I didn't have any, personally.  So, I don't know what happened, because the printer is in my husband's office.  I don't know. I don't -- I didn't make anything.  I didn't -- I wasn't even there when -- when they discussed -- whatever they discussed was behind the closed doors. I -- I wasn't there.

Q       So, there wouldn't have been any occasion that day that you would have been congratulating David and Anthony on anything?

A       I do not remember.  I'm sorry.  I don't remember.

Q       Have you owned any automobile dealerships in your lifetime, Mrs. Baron?

A       No.

Q       Has Josh Aaronson been involved at all in the handling of David

1                                        52

2      Baron's estate, if you know?

3           A      He's helped me out.  I don't

4      know if it's for David Baron estate, but

5      he has always helped me out.

6           Q      And he's your son-in-law?

7           A      Yes, he is.  But he is my

8      son.

9           Q      And by that you mean he's

10     like a son to you?

11          A      Correct.

12          Q      Kind of going down the

13     checklist here, Mrs. Baron.  I don't

14     actually think this is going to be too

15     much longer.

16                 We'll probably be done by at

17     least noon, okay?

18          A      Okay.

19          Q      So, you do know who Sara and

20     Anthony Deo are, right?

21          A      Right.

22          Q      Do you know, yourself,

23     whether or not they committed any harms,

24     financially, to the Estate of David

25     Baron?

53

          A      I know that Josh told me, as
I've said before, that Anthony cost me
millions of dollars, and that I had to
pay back the bank what Anthony did not
pay cars  over, or something I don't
really understand.  And I had to pay the
bank the money that Anthony owed, because
I would have been in trouble.  And that's
what I know.  And that's it.
          Q      So, then, that would be --
you only know of any potential wrongdoing
involving Anthony Deo, right --
          A      Correct.
          Q      -- out of all of us.
                 And you only know it from
Josh; is that right?
          A      That is correct.
          Q      You don't have any personal
knowledge yourself of any wrongdoing,
right?
          A      That is correct.
          Q      Do you know whether or not
you ever received any money from Anthony
Deo?

1                                                    54

2          A      I personally did not receive

3   any money from Anthony Deo.  I do not

4   handle anything in business, as I said

5   before.

6          Q      Do you know if you ever

7   received any money from Northshore

8   Motors?

9          A      Not to my knowledge, no.  I

10  have never received any money.

11         Q      Okay.  Do you have any bank

12  accounts with Chase Bank?

13         A      Yes, I do.

14         Q      How long have you had bank

15  accounts with Chase Bank?

16         A      My husband dealt with all

17  that.  I only had that one -- oh,

18  actually, I did not have anything with

19  Chase Bank.  I had it with Roslyn -- now

20  it's Federal something -- Bank, which was

21  my own money.  I never had any money in

22  Chase at that time, that I can recall.

23  If it was, it was with my husband.  But I

24  never touched that money.  It wasn't --

25         Q      Have you had any contact with

*Rich Moffett Court Reporting, Inc.*

55

law enforcement making allegations
against any of the Defendants in this
case?

      A     No.

      Q     Has anyone asked you to speak
with law enforcement about this case?

      A     No.

      Q     Do you know whether or not
law enforcement was involved by Josh or
anyone, in this case?

      A     I have no personal knowledge
of this.

      Q     Have you had any occasion,
since David died, to access any of his
bank accounts?

      A     Can you please rephrase the
question?

      Q     Sure.

      Have you electronically
accessed any of David's bank accounts
since he died?

      A     Well, the estate has.  He has
it in his estate.

      Q     What do you mean by that?

                                                      56

         A       Okay.  The estate has --

Chase has the David Baron Estate.  There

is a checking book and a savings for

David Baron Estate.

         Q       I understand.

                 Do you have access to that,

as the administrator?

         A       Yes, I do.

         Q       And money has come into those

accounts; is that right?

         A       Yes.

         Q       And money has gone out of

those accounts; is that right?

         A       Yes.

         Q       And is that -- is there

anyone other than you that puts the money

in or takes it out?

         A       I -- my daughter puts money

in.  I take money out to pay my lawyers

for that.  Whatever the estate -- I take

out money to pay for the taxes, if it's

under David Baron Estate.  And that's

what I do, what I have to do, what's

legal; what I have to do legally.

57

Q      Okay.  Do you know who owns
Baron Nissan®?

A      Yes.

Q      Who owns Baron Nissan®?

A      Now?  I own Baron Nissan®,
and so does Jory Baron.

Q      You and Jory Baron own Baron
Nissan® today; is that right?

A      Correct.

Q      Is Baron Nissan® being sold?

A      It's in -- we are looking for
somebody to sell it.  We're trying to
sell it.

Q      Did you know that Anthony Deo
claims an interest in that dealership?

A      I do not know that.

Q      Were you served a complaint
that I drafted during or about September
of 2024?

A      I am not aware of it.  If I
did get something, I would give it to
Josh to look over.  I let him handle all
of this.

Q      Do you know somebody named

1                                                        58

2    Brian Chabrier?

3          A       Yes, I do.

4          Q       Who is that?

5          A       He is the general manager of

6    Baron Nissan®.

7          Q       How long have you known

8    Brian?

9          A       Since I've known David.

10         Q       Would that be since the

11   1990s?

12         A       Yes.  Or earlier.

13         Q       Have you ever received any

14   pandemic relief funds?

15                 MR. RUDERMAN:  Are you asking

16         her personally?

17                 MR. THOMASSON:  Yeah.

18                 MR. RUDERMAN:  Okay.

19         A       I don't even know what that

20   is.

21   BY MR. THOMASSON:

22         Q       Okay.  And did you ever work

23   at or for any of the dealerships that

24   David held an interest in?

25         A       No.

Q     Are you sure about that?

A     I am positive.

MR. THOMASSON:  I have no
further questions at this time.

MR. RUDERMAN:  Thank you.

Anybody else have any
examination of Ms. Baron?

MS. RONNEBURGER:  No.  I have
no questions.

MR. RUDERMAN:  Okay.

MR. KATAEV:  None from the
Superb Plaintiffs.

THE REPORTER:  Is anybody
ordering a copy of this?

MR. KATAEV:  We'll do the
same thing we did before, Jeff and
Ariel:  splitting three ways, one
transcript?

MR. RUDERMAN:  I want a copy.

MR. CIANCIULLI:  Ms.
Reporter, please make sure you note
that I don't want a copy.  So,
please don't send a transcript, and
please don't send me a bill.

*Rich Moffett Court Reporting, Inc.*

60

1

2          THE REPORTER:  Okay.  That's

3     fine.

4          (Time noted is 11:31 a.m.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

61

A C K N O W L E D G E M E N T

I, IRIS BARON, hereby certify that I have read the transcript of my testimony taken under oath in my deposition of January 5, 2026; that the transcript is a true, complete and correct record of my testimony, and that the answers on the record as given by me are true and correct.

_____

IRIS BARON

Signed and subscribed to before
me, this          day
of                ,2026.

_____
Notary Public, State of New York

*Rich Moffett Court Reporting, Inc.*

```
1                                              62

2      ----------------I N D E X----------------

3      WITNESS               EXAMINATION BY        PAGE

4      IRIS BARON          MR. THOMASSON             6

5

6

7      DIRECTIONS:  None

8      RULINGS:  None

9      MOTIONS:  None

10

11     -------------DOCUMENT REQUEST----------------

12     None

13

14     ------INFORMATION TO BE FURNISHED--------

15     None

16

17     ----------------EXHIBITS--------------------

18     NO EXHIBITS WERE MARKED

19

20

21

22

23

24

25
```

63

C E R T I F I C A T E

STATE OF NEW YORK    )

                     ) ss.:

COUNTY OF NASSAU     )


        I, Renate Reid, a Notary Public
within and for the State of New York,
do hereby certify:

        That IRIS BARON, the witness
whose deposition is hereinbefore set
forth, was duly sworn by me and that
such deposition is a true record of
the testimony given by such witness.

        I further certify that I am not
related to any of the parties to this
action by blood or marriage; and that I
am in no way interested in the outcome
of this matter.

        IN WITNESS WHEREOF, I have
hereunto set my hand this 15th day of
January, 2026.


*Renate Reid*
-------------------------
RENATE REID

## '

**'22** [1] - 12:3

## 1

**10170-0002** [1] - 2:12
**10:07** [1] - 1:22
**11042-1073** [1] - 2:17
**11553** [1] - 3:5
**11793** [1] - 2:5
**11:31** [1] - 60:4
**1239** [1] - 1:9
**1339** [1] - 2:21
**1580** [1] - 1:8
**1581** [1] - 1:8
**1591** [1] - 1:8
**15th** [1] - 63:21
**1632** [1] - 1:9
**189** [4] - 1:4, 1:7, 2:8, 15:3
**1990s** [1] - 58:11
**1:23-cv-6188** [1] - 1:12

## 2

**2017** [7] - 18:16, 19:7, 19:12, 20:4, 20:8, 20:22, 22:25
**2022** [3] - 11:24, 47:5, 47:12
**2024** [1] - 57:20
**2026** [4] - 1:21, 61:8, 61:20, 63:22
**21st** [1] - 12:2
**22nd** [2] - 11:23
**23** [2] - 1:10, 2:10
**2320** [2] - 2:11, 2:16
**2519** [1] - 1:9

## 3

**30** [1] - 34:4
**30(b)(6)** [1] - 38:14
**3000** [1] - 2:16
**3280** [1] - 2:5
**333** [1] - 3:5

## 4

**4** [1] - 48:5
**420** [1] - 2:11
**446** [2] - 1:10, 2:10
**45** [1] - 10:21

## 5

**5** [2] - 1:21, 61:8
**500** [1] - 2:21

## 6

**6** [1] - 62:4

## 7

**76** [2] - 1:10, 2:9

## A

**a.m** [1] - 1:22, 60:4
**AARONSON** [1] - 1:7
**Aaronson** [9] - 2:11, 23:15, 31:20, 40:23, 41:12, 42:3, 42:7, 43:4, 51:24
**ability** [2] - 6:17, 28:25
**able** [2] - 7:3, 22:4
**absolutely** [3] - 6:24, 17:18, 45:25
**access** [2] - 55:15, 56:7
**accessed** [1] - 55:21
**account** [2] - 17:25, 18:6
**accounts** [8] - 17:22, 18:12, 54:12, 54:15, 55:16, 55:21, 56:11, 56:14
**acknowledge** [2] - 5:4, 5:6
**action** [4] - 8:9, 8:13, 14:2, 63:17
**address** [3] - 15:9, 20:10, 29:7
**addresses** [2] - 20:3, 20:6
**administer** [1] - 4:16
**administered** [2] - 5:8, 48:14
**administration** [1] - 5:7
**administrator** [2] - 8:23, 56:8
**admonished** [1] - 35:25
**ago** [1] - 6:20
**AGREED** [3] - 4:3, 4:9, 4:14
**agreement** [6] - 5:13, 5:14, 5:17, 5:19, 5:22, 5:25
**ahead** [2] - 27:23, 35:15
**alive** [1] - 11:17
**allegations** [2] - 41:2, 55:2
**alleged** [2] - 35:19, 41:7
**alleges** [1] - 24:17
**allow** [2] - 18:20, 32:5
**allowed** [1] - 33:22
**ALSO** [1] - 3:8
**AND** [3] - 4:2, 4:8, 4:13
**answer** [28] - 7:19, 9:9, 10:5, 12:20, 16:18, 16:19, 16:25, 21:7, 21:13, 21:20, 23:18, 24:25, 25:3, 25:4, 25:15, 27:24, 28:2, 32:5, 36:22, 38:18, 38:24, 40:4, 41:2, 42:13, 44:3, 45:8, 46:20, 49:22
**answering** [2] - 28:9, 28:11
**answers** [1] - 61:10
**Anthony** [32] - 2:16, 3:9, 14:20, 14:22, 15:21, 16:13, 16:21, 22:2, 22:5, 41:20, 42:2, 43:5, 45:18, 46:10, 46:13, 46:15, 46:25, 47:8, 47:18, 49:15, 50:6, 50:11, 50:23, 51:17, 52:20, 53:3, 53:5, 53:8, 53:13, 53:24, 54:3, 57:15
**ANTHONY** [2] - 1:4, 1:13
**anytime** [1] - 13:18
**anyway** [1] - 27:24
**apologize** [1] - 34:7
**appear** [1] - 33:22
**appreciate** [1] - 27:22
**appropriate** [3] - 35:12, 39:22, 40:2
**ARIEL** [1] - 3:6
**Ariel** [1] - 59:18
**Arielle** [1] - 5:23
**arrangement** [1] - 5:10
**Asad** [1] - 31:7
**asserted** [1] - 38:15
**assistance** [1] - 29:9
**assuming** [1] - 12:23
**attending** [2] - 32:20, 33:17
**attention** [1] - 35:10
**attorney** [5] - 26:21, 42:17, 42:19, 42:20, 43:10
**attorneys** [3] - 4:3, 34:9, 43:4
**Attorneys** [4] - 2:8, 2:15, 2:20, 3:4
**authorize** [2] - 8:20, 24:5
**authorized** [2] - 4:16, 41:16
**AUTO** [11] - 1:4, 1:5, 1:7, 1:8, 1:8, 1:9, 1:9, 1:10, 1:10
**Auto** [4] - 2:9, 2:10, 2:10, 2:15
**automobile** [1] - 51:21
**AUTOMOTIVE** [1] - 1:16
**Avenue** [2] - 2:11, 2:16
**aware** [6] - 7:15, 7:24, 8:6, 8:12, 43:15, 57:21

## B

**Bank** [6] - 3:4, 5:24, 54:12, 54:15, 54:19, 54:20
**bank** [10] - 17:22, 17:25, 18:6, 41:22, 53:5, 53:8, 54:11, 54:14, 55:16, 55:21
**BANK** [1] - 1:19
**BARON** [6] - 1:8, 1:23, 61:5, 61:16, 62:4, 63:10
**Baron** [46] - 2:11, 6:9, 6:13, 6:15, 7:7, 7:23, 8:11, 8:25, 9:3, 19:5, 24:12, 24:19, 24:24, 25:6, 25:18, 30:9, 30:12, 30:24, 31:14, 32:5, 40:14, 40:17, 40:20, 41:9, 43:3, 43:6, 43:18, 45:13, 46:15, 47:5, 51:22, 52:4, 52:13, 52:25, 56:3, 56:5, 56:23, 57:3, 57:5, 57:6, 57:7, 57:8, 57:11, 58:6, 59:8
**Baron's** [1] - 52:2
**basis** [1] - 38:17
**BE** [1] - 62:14
**Beach** [3] - 16:5, 20:17, 49:16
**behalf** [3] - 8:10, 8:24, 36:20
**behind** [1] - 51:13
**benefit** [1] - 39:18
**Benjamin** [6] - 26:20, 32:17, 33:17, 34:16, 38:9
**Benjamin's** [1] - 36:17
**Bentley** [4] - 20:24, 22:4, 22:22, 23:7
**Bentleys** [1] - 22:2
**bereavement** [1] - 24:2
**best** [1] - 12:24
**between** [1] - 4:3
**big** [1] - 45:22
**bill** [1] - 59:25
**bit** [1] - 13:14
**Blankenship** [3] - 43:15, 43:17, 43:25
**BLANKENSHIP** [1] - 1:14
**blood** [2] - 6:20, 63:17
**Blvd** [1] - 2:9
**BLVD** [6] - 1:8, 1:8, 1:9, 1:9, 1:10
**boat** [1] - 46:24
**book** [1] - 56:4
**Boulevard** [1] - 3:5
**boundaries** [1] - 34:14
**break** [3] - 13:17, 28:16, 29:5
**BRIAN** [1] - 1:5
**Brian** [3] - 2:10, 58:2, 58:8
**briefly** [1] - 15:22
**broad** [1] - 36:4
**Brooke** [1] - 50:16
**brought** [1] - 35:9
**Building** [1] - 2:20
**business** [14] - 11:2, 11:3, 14:15, 14:17, 15:6, 15:9, 17:20, 19:9, 22:11, 22:13, 22:15, 41:15, 46:6, 54:4
**businesses** [3] - 10:23, 10:25, 12:7
**buy** [1] - 46:24
**BUYERS** [1] - 1:15
**BY** [20] - 2:12, 2:17, 2:22, 3:6, 6:7, 7:22, 17:3, 19:4, 21:8, 21:15, 21:24, 22:8, 40:13, 43:2, 45:10, 47:3, 49:13, 49:25, 58:21, 62:3
**byes** [1] - 46:3

## C

**cancer** [1] - 48:6
**cannot** [2] - 12:20, 23:18
**capacity** [1] - 33:20
**CAPITAL** [1] - 1:18
**car** [13] - 19:15, 19:16, 19:22, 19:23, 19:24, 19:25, 21:2, 21:10, 21:17, 22:13, 22:15, 23:4, 23:5

**CAR** [1] - 1:15
**care** [3] - 11:3, 17:20, 41:17
**cars** [8] - 18:15, 19:5, 19:9, 19:10, 19:17, 19:20, 53:6
**CARS** [2] - 1:15, 1:15
**case** [9] - 7:25, 8:7, 8:17, 8:21, 18:23, 32:18, 55:4, 55:7, 55:11
**Case** [1] - 1:12
**certain** [1] - 24:18
**certainly** [1] - 38:7
**certification** [1] - 4:6
**certify** [3] - 61:5, 63:9, 63:15
**CHABRIER** [1] - 1:5
**Chabrier** [2] - 2:10, 58:2
**chambers** [3] - 28:17, 29:2, 29:6
**Chase** [5] - 54:12, 54:15, 54:19, 54:22, 56:3
**checking** [1] - 56:4
**checklist** [1] - 52:13
**checks** [2] - 17:12, 17:17
**chemo** [1] - 48:11
**Chestnut** [1] - 2:21
**children** [1] - 11:3
**CIANCIULLI** [2] - 2:22, 59:21
**circumventing** [1] - 37:11
**claims** [3] - 31:16, 31:25, 57:16
**clear** [1] - 42:14
**clerk** [1] - 30:2
**client** [1] - 26:17
**closed** [1] - 51:13
**co** [1] - 35:21
**CO** [1] - 1:18
**co-defendants** [1] - 35:21
**COAST** [6] - 1:15, 1:15, 1:16, 1:16, 1:17, 1:17
**codefendants** [1] - 32:2
**committed** [3] - 40:19, 43:17, 52:23
**communicated** [2] - 37:19, 42:19
**communications** [1] - 42:15
**complaint** [1] - 57:18
**complete** [1] - 61:9
**compromised** [1] -

6:23
**concerned** [1] - 33:5
**conference** [2] - 29:14, 39:13
**congratulating** [1] - 51:17
**connection** [1] - 18:22
**consent** [1] - 5:9
**conspiracy** [3] - 35:21, 36:5, 36:9
**Cont'd** [1] - 3:2
**contact** [1] - 54:25
**context** [1] - 25:25
**continue** [1] - 39:23
**CONTINUED** [2] - 40:12, 49:12
**conversation** [4] - 29:13, 37:7, 45:14, 45:18
**conversations** [2] - 15:21, 46:5
**copier** [1] - 50:25
**copies** [2] - 50:22, 51:4
**copy** [3] - 59:15, 59:20, 59:23
**CORP** [1] - 1:18
**correct** [27] - 9:25, 13:3, 16:7, 18:8, 18:9, 20:19, 23:9, 25:7, 30:13, 33:23, 33:24, 40:24, 41:18, 44:2, 44:5, 44:9, 44:17, 44:21, 47:6, 52:11, 53:14, 53:18, 53:22, 57:10, 61:9, 61:12
**cost** [5] - 41:20, 42:2, 43:5, 43:17, 53:3
**counsel** [2] - 5:2, 5:9
**Counsel** [1] - 5:12
**COUNTY** [1] - 63:5
**course** [1] - 37:7
**Court** [6] - 4:19, 34:7, 34:15, 35:10, 35:12, 36:2
**court** [3] - 34:20, 35:18, 38:14
**Court's** [1] - 35:9
**courts** [1] - 14:3
**CPA** [1] - 1:14
**CPA'S** [1] - 1:19
**criminal** [3] - 35:20, 36:5, 36:9
**cross** [1] - 26:3
**cry** [1] - 13:14
**CULLEN** [1] - 3:4
**Cyruli** [2] - 30:22, 31:9
**CYRULI** [1] - 2:7

# D

**date** [1] - 11:20
**daughter** [2] - 50:15, 56:19
**David** [29] - 8:11, 8:25, 9:3, 9:23, 24:12, 24:19, 24:24, 25:6, 25:18, 40:19, 41:8, 43:6, 43:18, 47:4, 47:15, 47:18, 49:17, 50:11, 50:23, 51:17, 51:25, 52:4, 52:24, 55:15, 56:3, 56:5, 56:23, 58:9, 58:24
**David's** [1] - 55:21
**deal** [1] - 35:11
**dealership** [2] - 21:9, 57:16
**dealerships** [2] - 51:22, 58:23
**dealt** [1] - 54:16
**death** [2] - 11:21, 13:11
**decision** [1] - 16:10
**deem** [1] - 40:2
**deems** [1] - 35:12
**defendant** [1] - 26:15
**Defendant** [1] - 2:4
**defendants** [1] - 35:21
**Defendants** [3] - 1:20, 36:20, 55:3
**defending** [3] - 30:20, 30:23, 38:10
**DEO** [3] - 1:13, 3:9
**Deo** [23] - 14:20, 14:22, 15:21, 16:21, 22:5, 38:10, 42:2, 43:5, 44:11, 45:15, 45:19, 46:8, 46:10, 46:13, 46:15, 47:8, 49:15, 50:6, 52:20, 53:13, 53:25, 54:3, 57:15
**deposed** [3] - 26:5, 30:10, 30:12
**deposing** [1] - 26:18
**deposition** [18] - 4:6, 4:14, 5:3, 5:5, 6:11, 7:16, 26:16, 26:23, 30:5, 30:16, 30:18, 30:24, 31:7, 32:21, 38:23, 61:7, 63:11, 63:13
**deposits** [3] - 17:12, 17:16, 18:5
**derivatively** [2] - 1:6, 1:7
**died** [12] - 9:24, 11:23, 12:4, 13:5, 47:5,

47:15, 47:18, 48:2, 49:2, 49:6, 55:15, 55:22
**different** [1] - 50:3
**direct** [1] - 38:17
**directed** [1] - 39:20
**direction** [1] - 17:16
**DIRECTIONS** [1] - 62:7
**discussed** [2] - 51:12, 51:13
**dispute** [1] - 31:5
**disqualification** [1] - 38:21
**disqualified** [7] - 27:19, 32:14, 33:6, 33:15, 36:15, 36:21, 37:12
**disrespectful** [1] - 13:8
**DISTRICT** [2] - 1:2, 1:2
**DLA** [1] - 1:18
**doctor** [1] - 48:15
**DOCUMENT** [1] - 62:11
**documents** [2] - 17:7, 50:22
**dollars** [2] - 41:21, 53:4
**done** [1] - 52:16
**doors** [1] - 51:13
**down** [1] - 52:12
**drafted** [1] - 57:19
**drive** [1] - 19:17
**drugs** [1] - 6:16
**duly** [2] - 6:3, 63:12
**during** [4] - 17:8, 47:5, 49:5, 57:19
**Dwight** [3] - 43:15, 43:16, 43:24
**DWIGHT** [1] - 1:14
**DYKMAN** [1] - 3:4

# E

**e-mail** [1] - 29:2
**Earle** [1] - 3:5
**EASTERN** [1] - 1:2
**editorialization** [1] - 16:24
**effect** [1] - 4:17
**eight** [1] - 17:17
**either** [3] - 11:16, 21:16, 40:4
**electronically** [1] - 55:20
**EMANUEL** [1] - 2:17
**Emmanuel** [1] - 5:18
**end** [2] - 32:11, 39:13
**enforcement** [3] -

55:2, 55:7, 55:10
**engaged** [2] - 35:20, 36:4
**ensues** [1] - 29:14
**entitled** [1] - 38:5
**especially** [1] - 33:16
**ESQ** [5] - 2:4, 2:12, 2:17, 2:22, 3:6
**Estate** [16] - 8:11, 8:24, 9:3, 24:12, 24:18, 24:24, 25:6, 25:17, 40:19, 41:8, 43:6, 43:18, 52:24, 56:3, 56:5, 56:23
**estate** [8] - 9:14, 10:8, 52:2, 52:4, 55:23, 55:24, 56:2, 56:21
**event** [1] - 47:14
**evidence** [1] - 37:8
**exactly** [2] - 32:10, 48:10
**examination** [1] - 59:8
**Examination** [1] - 1:23
**EXAMINATION** [4] - 6:7, 40:12, 49:12, 62:3
**examined** [1] - 6:5
**example** [1] - 14:19
**except** [1] - 4:9
**executor** [4] - 9:13, 9:17, 9:21, 10:3
**executrix** [1] - 8:24
**EXHIBITS** [2] - 62:17, 62:18
**exist** [1] - 37:2
**existence** [1] - 10:17
**explain** [2] - 9:10, 42:24

# F

**fact** [2] - 36:3, 37:5
**fair** [9] - 6:25, 8:15, 9:12, 25:19, 40:16, 41:5, 43:23, 45:4, 47:7
**familiar** [5] - 10:13, 14:20, 15:5, 15:8, 43:24
**far** [5] - 19:8, 33:4, 36:5, 39:22, 44:4
**Federal** [1] - 54:20
**few** [1] - 44:13
**file** [2] - 12:11, 12:16
**filed** [2] - 12:25, 13:4
**filing** [1] - 4:5
**filled** [1] - 29:25
**financially** [1] - 52:24
**fine** [2] - 36:17, 60:3
**finish** [1] - 35:3

*Rich Moffett Court Reporting, Inc.*

**finishes** [1] - 34:25
**first** [6] - 6:3, 7:12, 10:16, 10:18, 11:11, 35:4
**FISK** [1] - 1:10
**Fisk** [1] - 2:9
**five** [1] - 19:14
**Florida** [11] - 16:6, 16:15, 16:22, 19:21, 19:24, 20:17, 23:5, 23:8, 46:14, 48:17, 48:19
**Flushing** [2] - 3:4, 5:24
**FLUSHING** [1] - 1:19
**follows** [1] - 6:5
**force** [1] - 4:17
**form** [10] - 4:10, 7:18, 18:19, 21:6, 21:12, 21:19, 22:7, 45:7, 46:19, 49:20
**forth** [1] - 63:12
**forward** [2] - 6:18, 28:20
**four** [3] - 9:22, 44:4, 44:8
**free** [1] - 40:3
**FUNDING** [2] - 1:19, 2:20
**funds** [1] - 58:14
**FURNISHED** [1] - 62:14
**FURTHER** [2] - 4:8, 4:13
**future** [1] - 39:25

**G**

**Gardens** [3] - 16:5, 20:17, 49:16
**general** [1] - 58:5
**germane** [1] - 38:7
**given** [2] - 61:11, 63:14
**GOLD** [6] - 1:15, 1:15, 1:16, 1:16, 1:17, 1:17
**grieving** [1] - 14:8
**ground** [1] - 38:18
**GROUP** [2] - 1:16, 2:14
**guess** [4] - 16:12, 16:13, 16:15, 21:23

**H**

**half** [2] - 6:20, 35:24
**hand** [1] - 63:21
**handle** [2] - 54:4, 57:23

**handling** [1] - 51:25
**hands** [1] - 31:19
**hang** [1] - 39:12
**happier** [1] - 19:2
**happy** [1] - 13:21
**Happy** [1] - 39:8
**harm** [5] - 24:12, 24:18, 24:24, 25:5, 25:17
**harms** [1] - 52:23
**Harry** [5] - 6:10, 28:23, 35:16
**HARRY** [2] - 1:13, 2:4
**hear** [2] - 15:2, 40:14
**heard** [3] - 7:13, 25:11, 46:16
**held** [1] - 58:24
**hello** [2] - 15:22, 50:8
**hellos** [1] - 46:2
**helped** [2] - 52:3, 52:5
**hereby** [2] - 61:5, 63:9
**HEREBY** [1] - 4:2
**herein** [1] - 4:4
**hereinbefore** [1] - 63:11
**hereunto** [1] - 63:21
**Highway** [3] - 2:5, 2:8, 15:3
**himself** [3] - 32:25, 33:21, 47:2
**history** [1] - 18:8
**hmm** [4] - 11:6, 15:19, 22:20, 24:9
**hold** [1] - 36:10
**holding** [1] - 24:8
**holdings** [1] - 19:19
**home** [3] - 20:16, 47:9, 50:7
**Honor** [12] - 29:18, 29:20, 30:7, 30:13, 30:18, 32:10, 34:6, 34:7, 35:6, 35:17, 37:16, 39:2
**hospital** [1] - 48:22
**house** [8] - 16:2, 16:4, 16:9, 16:11, 46:14, 49:17, 50:13, 51:2
**husband** [28] - 10:19, 10:22, 11:17, 12:11, 12:21, 13:2, 14:7, 16:8, 16:12, 16:16, 17:20, 17:24, 18:4, 18:10, 18:15, 19:6, 19:11, 19:16, 19:21, 20:23, 22:3, 22:12, 22:23, 23:14, 46:22, 47:25, 54:16, 54:23
**husband's** [2] - 17:16, 51:9
**HWY** [2] - 1:5, 1:7

**HYLAN** [6] - 1:8, 1:8, 1:9, 1:9, 1:10
**Hyland** [1] - 2:9

**I**

**imagine** [1] - 37:6
**immune** [1] - 48:13
**impact** [1] - 6:17
**impression** [1] - 16:21
**IN** [1] - 63:20
**in-person** [1] - 5:7
**inaudible** [1] - 25:24
**INC** [3] - 1:4, 1:15, 1:18
**Inc** [1] - 2:15
**independently** [1] - 38:2
**individual** [1] - 28:24
**individually** [2] - 1:5, 1:7
**INFORMATION** [1] - 62:14
**information** [2] - 33:9, 42:15
**initiated** [1] - 29:23
**installed** [1] - 49:5
**interest** [2] - 57:16, 58:24
**interested** [1] - 63:18
**introduction** [1] - 45:5
**involved** [7] - 8:13, 8:21, 10:23, 10:25, 12:7, 51:25, 55:10
**involves** [1] - 7:16
**involving** [1] - 11:14
**IRIS** [5] - 1:23, 61:5, 61:16, 62:4, 63:10
**Iris** [4] - 30:9, 39:14, 39:17, 40:6
**irrelevant** [2] - 38:4, 38:16
**IS** [3] - 4:2, 4:8, 4:13
**Island** [1] - 2:10
**ISLAND** [1] - 1:10
**issued** [1] - 34:15
**issues** [1] - 36:13
**IT** [3] - 4:2, 4:8, 4:13

**J**

**Jacqueline** [1] - 29:25
**January** [3] - 1:21, 61:8, 63:22
**Jeff** [3] - 5:20, 42:25, 59:17
**JEFF** [1] - 2:22
**Jeffrey** [2] - 7:21, 30:22
**JEFFREY** [1] - 2:12

**Jericho** [1] - 15:15
**join** [1] - 29:3
**joint** [2] - 12:12, 12:25
**jointly** [1] - 17:23
**JONES** [2] - 1:14, 1:18
**Jory** [3] - 2:11, 57:7, 57:8
**JORY** [1] - 1:8
**Josh** [25] - 14:10, 23:15, 24:3, 24:5, 25:8, 31:20, 40:22, 40:23, 41:11, 41:16, 41:23, 41:24, 42:3, 42:7, 43:4, 43:11, 43:20, 44:6, 51:24, 53:2, 53:17, 55:10, 57:23
**Joshua** [1] - 2:11
**JOSHUA** [1] - 1:6
**judge** [4] - 29:3, 29:15, 39:19, 39:20
**Judge** [2] - 29:13, 39:11
**JUDGE** [24] - 29:15, 29:21, 29:24, 30:8, 30:14, 30:25, 31:11, 31:17, 32:7, 32:15, 32:22, 33:2, 33:12, 33:18, 33:25, 34:11, 34:24, 35:3, 35:13, 36:10, 37:9, 38:3, 39:3, 39:7
**judge's** [1] - 28:24

**K**

**Kahn** [3] - 31:7, 31:14, 31:20
**Kataev** [1] - 5:18
**KATAEV** [5] - 2:17, 5:18, 28:23, 59:12, 59:16
**kept** [1] - 18:3
**kind** [1] - 52:12
**kindly** [1] - 5:12
**knowledge** [11] - 10:4, 12:25, 40:21, 41:11, 43:19, 44:6, 45:16, 50:20, 53:20, 54:9, 55:12
**known** [2] - 58:7, 58:9
**knows** [2] - 22:7, 33:8

**L**

**LABUDA** [1] - 2:14
**Lake** [1] - 2:17
**Lane** [1] - 20:11
**last** [5] - 11:14, 17:17, 31:6, 31:22, 47:22

**LAURIE** [1] - 1:14
**Laurie** [11] - 25:11, 25:17, 25:21, 26:2, 26:17, 37:20, 37:21, 37:24, 37:25, 40:18, 43:22
**Laurie's** [1] - 26:20
**law** [4] - 14:10, 30:2, 52:6, 55:2, 55:7, 55:10
**LAW** [1] - 2:14
**lawsuit** [4] - 23:16, 23:21, 24:16, 41:17
**lawyers** [2] - 9:18, 56:20
**laymen** [1] - 45:22
**lead** [1] - 37:8
**learn** [1] - 10:16
**Leasing** [1] - 2:8
**LEASING** [2] - 1:5, 1:6
**least** [3] - 22:18, 39:21, 52:17
**leeway** [1] - 18:23
**left** [2] - 6:22, 31:19
**legal** [4] - 7:24, 8:6, 10:7, 56:25
**legally** [1] - 56:25
**legitimate** [1] - 37:22
**Lexington** [1] - 2:11
**LIBATAS** [1] - 2:20
**LIBERTAS** [1] - 1:19
**LIC** [2] - 1:16, 1:16
**lieu** [1] - 5:6
**lifetime** [1] - 51:22
**limitation** [1] - 38:13
**line** [2] - 28:19, 30:4
**link** [2] - 28:25, 29:7
**listing** [1] - 32:3
**lists** [1] - 8:10
**LITTLE** [1] - 1:18
**lived** [2] - 20:3, 20:7
**LLC** [26] - 1:4, 1:5, 1:5, 1:6, 1:8, 1:8, 1:9, 1:9, 1:10, 1:10, 1:11, 1:15, 1:16, 1:17, 1:17, 1:19, 2:9, 2:9, 2:10, 2:10, 2:15
**LLP** [4] - 1:19, 2:7, 2:19, 3:4
**located** [1] - 16:5
**look** [1] - 57:23
**looking** [2] - 18:17, 57:12
**lumped** [1] - 37:3
**lunch** [3] - 46:3, 50:10

**M**

**ma'am** [1] - 19:19
**mail** [1] - 29:2

**MANAGEMENT**[1] - 1:11
**manager**[1] - 58:5
**MARC**[1] - 1:14
**Marc**[3] - 41:3, 41:7, 43:22
**Marcus**[1] - 2:16
**MARKED**[1] - 62:18
**marriage**[1] - 63:17
**married**[2] - 10:22, 10:24
**matter**[4] - 36:3, 37:5, 46:13, 63:19
**mean**[3] - 13:8, 52:9, 55:25
**medication**[3] - 6:16, 48:7, 48:9
**meet**[2] - 44:22, 50:6
**meeting**[3] - 17:5, 17:8, 17:13
**melanoma**[1] - 48:5
**member**[2] - 1:6, 1:7
**memory**[1] - 6:23
**MERCKLING**[1] - 1:14
**Merckling**[3] - 41:3, 41:8, 43:23
**met**[5] - 7:8, 14:23, 44:12, 49:16, 49:20
**method**[1] - 5:11
**Mgt**[1] - 2:10
**Michael**[4] - 25:11, 25:16, 40:18, 43:22
**MICHAEL**[1] - 1:14
**middle**[1] - 26:23
**millions**[2] - 41:21, 53:4
**MILMAN**[1] - 2:14
**mind**[2] - 46:23, 47:8
**MO**[1] - 34:8
**moment**[1] - 49:8
**money**[19] - 18:3, 18:11, 42:2, 43:6, 43:18, 53:8, 53:24, 54:3, 54:7, 54:10, 54:21, 54:24, 56:10, 56:13, 56:17, 56:19, 56:20, 56:22
**months**[1] - 47:23
**morning**[7] - 6:9, 6:11, 6:17, 7:4, 29:17, 29:19, 29:21
**motion**[1] - 38:22
**MOTIONS**[1] - 62:9
**MOTOR**[2] - 1:5, 1:6
**Motor**[2] - 2:8, 2:15
**Motors**[9] - 10:14, 10:17, 10:20, 11:5, 21:23, 44:16, 44:23, 45:2, 54:8

**MOTORS**[6] - 1:4, 1:16, 1:16, 1:17, 1:17, 1:18
**moved**[1] - 23:6
**moving**[1] - 28:20
**MR**[99] - 5:16, 5:18, 5:20, 6:8, 7:17, 7:20, 7:22, 16:23, 17:3, 18:18, 18:25, 19:4, 21:5, 21:8, 21:11, 21:15, 21:18, 21:24, 22:6, 22:8, 25:20, 25:23, 25:24, 26:4, 26:7, 26:9, 26:11, 26:12, 26:14, 26:22, 26:25, 27:3, 27:5, 27:6, 27:8, 27:10, 27:11, 27:14, 27:16, 27:21, 27:25, 28:7, 28:10, 28:15, 28:23, 29:4, 29:17, 29:19, 29:22, 30:6, 30:11, 30:17, 30:19, 30:21, 31:6, 31:12, 31:18, 32:9, 32:16, 32:23, 33:3, 33:13, 33:24, 34:5, 34:12, 34:22, 35:2, 35:5, 35:16, 36:23, 37:15, 38:25, 39:6, 39:10, 39:14, 40:7, 40:13, 42:12, 42:24, 43:2, 45:6, 45:10, 46:18, 47:3, 49:13, 49:19, 49:25, 58:15, 58:17, 58:18, 58:21, 59:4, 59:6, 59:11, 59:12, 59:16, 59:20, 59:21, 62:4
**MS**[2] - 5:23, 59:9
**must**[1] - 16:14

**N**

**name**[16] - 5:13, 6:10, 7:13, 8:20, 14:2, 14:20, 15:6, 17:23, 18:2, 23:16, 23:20, 24:17, 25:12, 32:3, 43:22, 43:24
**named**[1] - 57:25
**NASSAU**[1] - 63:5
**nature**[2] - 31:4, 35:7
**need**[2] - 13:17, 49:8
**needing**[1] - 29:9
**never**[8] - 10:22, 12:22, 18:13, 23:6, 54:10, 54:21, 54:24
**New**[12] - 1:25, 2:5, 2:12, 14:3, 19:23, 20:3, 20:7, 20:12,

39:8, 48:17, 61:21, 63:8
**NEW**[2] - 1:2, 63:3
**Nissan®**[7] - 46:15, 57:3, 57:5, 57:6, 57:9, 57:11, 58:6
**NO**[1] - 62:18
**none**[1] - 59:12
**None**[5] - 62:7, 62:8, 62:9, 62:12, 62:15
**noon**[1] - 52:17
**North**[1] - 21:21
**Northshore**[14] - 2:8, 10:14, 10:17, 10:20, 11:5, 14:24, 15:12, 15:25, 21:22, 21:23, 44:16, 44:23, 45:2, 54:7
**NORTHSHORE**[2] - 1:5, 1:6
**Notary**[4] - 1:24, 6:4, 61:21, 63:7
**note**[3] - 18:21, 39:24, 59:22
**noted**[1] - 60:4
**nothing**[4] - 14:9, 17:19, 18:25, 41:14
**number**[1] - 18:17
**NY**[3] - 2:12, 2:17, 3:5
**NYC**[1] - 1:15

**O**

**oath**[3] - 4:17, 5:7, 61:7
**object**[15] - 7:17, 16:23, 18:18, 21:5, 21:11, 21:18, 22:6, 27:2, 27:17, 27:23, 28:3, 34:12, 45:6, 46:18, 49:19
**objecting**[1] - 33:11
**objection**[2] - 31:9, 35:8
**objections**[3] - 4:9, 5:11, 39:25
**obtain**[1] - 22:4
**obtained**[1] - 21:17
**obviously**[2] - 35:8, 35:11
**occasion**[2] - 51:16, 55:14
**occasions**[3] - 44:14, 44:15, 44:19
**OF**[8] - 1:2, 1:15, 1:16, 1:17, 1:17, 63:3, 63:5
**offer**[1] - 28:24
**office**[1] - 51:9
**officer**[1] - 4:16

**Old**[2] - 20:11
**once**[1] - 47:9
**one**[13] - 11:11, 16:3, 17:25, 19:15, 20:9, 24:7, 26:5, 29:22, 36:22, 43:11, 47:22, 54:17, 59:18
**ones**[1] - 37:3
**oOo**[1] - 4:21
**operated**[4] - 18:16, 19:11, 20:23, 22:22
**opportunity**[2] - 39:17, 39:19
**order**[5] - 34:15, 34:20, 37:11, 38:14, 38:21
**ordering**[1] - 59:15
**orders**[1] - 38:20
**out-of-state**[1] - 19:19
**outcome**[1] - 63:18
**outside**[2] - 44:22, 45:2
**Ovington**[1] - 3:5
**owed**[1] - 53:8
**own**[7] - 12:22, 17:23, 18:2, 19:8, 54:21, 57:6, 57:8
**owned**[3] - 18:16, 19:6, 51:21
**owner**[1] - 22:17
**owns**[2] - 57:2, 57:5

**P**

**PA**[1] - 2:21
**pacemaker**[2] - 48:21, 49:4
**PAGE**[1] - 62:3
**Palm**[3] - 16:5, 20:17, 49:16
**palpably**[1] - 38:16
**pandemic**[1] - 58:14
**participating**[2] - 5:3, 30:4
**parties**[9] - 4:4, 5:9, 32:13, 33:14, 34:3, 34:17, 34:19, 37:13, 63:16
**PARTNERS**[1] - 1:18
**party**[4] - 27:18, 28:4, 32:24, 33:5
**pass**[1] - 46:25
**passed**[2] - 14:7, 23:14
**pay**[6] - 41:22, 53:5, 53:6, 53:7, 56:20, 56:22
**people**[2] - 33:9, 37:4
**person**[1] - 5:7

**personal**[6] - 40:21, 41:11, 43:19, 44:5, 53:19, 55:12
**personally**[4] - 18:16, 51:7, 54:2, 58:16
**pertain**[1] - 14:17
**pertaining**[1] - 43:14
**Philadelphia**[1] - 2:21
**phone**[2] - 29:14, 39:13
**place**[3] - 10:7, 16:17, 48:24
**Plaintiff**[1] - 8:10
**Plaintiffs**[6] - 1:11, 2:8, 2:15, 5:19, 5:22, 59:13
**PLLC**[1] - 2:14
**point**[2] - 16:3, 42:6
**position**[3] - 9:4, 14:14, 22:14
**positive**[1] - 59:3
**potential**[1] - 53:12
**PREMIER**[1] - 1:18
**prepare**[1] - 50:10
**PRESENT**[1] - 3:8
**present**[3] - 5:5, 49:18, 50:18
**printer**[1] - 51:3, 51:5, 51:8
**privilege**[1] - 38:15
**pro**[5] - 26:14, 28:13, 32:24, 33:22, 34:2
**Pro**[1] - 2:4
**problem**[1] - 13:18
**proceed**[1] - 38:23
**proceeding**[1] - 5:4
**proceedings**[1] - 10:7
**process**[2] - 20:14, 31:13
**provide**[1] - 42:14
**Public**[4] - 1:24, 6:4, 61:21, 63:7
**purchase**[1] - 46:14
**purpose**[1] - 17:4
**purposes**[1] - 35:18
**pushing**[1] - 34:14
**put**[3] - 18:11, 23:16, 48:21
**puts**[2] - 56:17, 56:19

**Q**

**questioning**[1] - 25:22
**questions**[30] - 7:4, 13:9, 14:16, 14:17, 27:2, 27:9, 27:10, 27:12, 27:17, 28:2, 28:3, 28:12, 28:22, 31:3, 31:8, 32:6,

32:12, 33:7, 33:13, 33:19, 34:9, 36:19, 37:25, 38:6, 38:12, 39:21, 39:24, 43:13, 59:5, 59:10

## R

**radiation** [1] - 48:12
**raises** [1] - 36:11
**read** [4] - 40:5, 40:8, 40:11, 61:6
**really** [7] - 9:9, 14:11, 23:12, 34:13, 37:10, 37:11, 53:7
**Realty** [1] - 2:9
**REALTY** [1] - 1:10
**reason** [1] - 7:2
**receive** [1] - 54:2
**received** [4] - 53:24, 54:7, 54:10, 58:13
**recess** [1] - 49:11
**Recess** [1] - 29:12
**record** [5] - 5:14, 29:11, 61:9, 61:11, 63:13
**Record** [1] - 40:11
**refer** [1] - 6:12
**regard** [1] - 25:10
**regarding** [4] - 6:23, 7:25, 10:8, 41:2
**Reid** [7] - 1:24, 5:17, 28:15, 29:4, 40:9, 63:7, 63:24
**REID** [1] - 63:25
**related** [2] - 17:12, 63:16
**relevant** [2] - 37:8, 38:6
**relief** [1] - 58:14
**remember** [17] - 11:5, 11:12, 11:15, 14:25, 19:13, 22:24, 23:3, 23:11, 23:12, 23:13, 23:25, 47:21, 49:15, 50:14, 50:21, 51:19, 51:20
**remembers** [1] - 40:6
**remotely** [2] - 5:8, 6:4
**RENATE** [1] - 63:25
**Renate** [3] - 1:24, 63:7, 63:24
**repeat** [2] - 8:3, 49:23
**rephrase** [4] - 13:21, 45:11, 45:23, 55:17
**REPORTER** [5] - 5:2, 29:10, 40:10, 59:14, 60:2
**Reporter** [1] - 59:22
**reporter's** [1] - 35:18

reporting [1] - 5:11
**represent** [4] - 28:5, 33:5, 33:10, 36:16
**representation** [1] - 28:14
**representative** [4] - 9:2, 9:5, 33:20, 34:3
**representing** [12] - 25:21, 26:2, 27:20, 32:14, 32:25, 33:6, 33:15, 33:16, 34:17, 34:19, 37:13, 38:8
**REQUEST** [1] - 62:11
**reserved** [1] - 4:11
**respective** [1] - 4:4
**respond** [1] - 34:23
**response** [1] - 45:9
**rest** [1] - 18:3
**returns** [2] - 12:12, 12:17
**rights** [1] - 34:2
**ROBERT** [1] - 1:4
**Robert** [1] - 2:16
**Ronneburger** [1] - 5:24
**RONNEBURGER** [3] - 3:6, 5:23, 59:9
**room** [2] - 5:5, 17:10
**ROSLYN** [1] - 1:17
**Roslyn** [1] - 54:19
**roughly** [2] - 11:8, 44:20
**Route** [1] - 2:10
**ROUTE** [1] - 1:10
**RPR** [1] - 1:24
**Ruderman** [10] - 5:20, 19:2, 26:6, 26:22, 30:22, 32:4, 32:8, 34:25, 36:11, 37:16
**RUDERMAN** [47] - 2:12, 5:20, 7:17, 16:23, 18:18, 21:5, 21:11, 21:18, 22:6, 25:20, 25:24, 26:7, 26:11, 26:14, 26:25, 27:5, 27:8, 27:11, 27:16, 27:25, 28:10, 29:19, 30:6, 30:11, 30:21, 32:9, 32:16, 32:23, 33:3, 33:13, 33:24, 34:5, 34:12, 35:5, 37:15, 38:25, 39:6, 39:14, 42:12, 45:6, 46:18, 49:19, 58:15, 58:18, 59:6, 59:11, 59:20
**Rule** [1] - 34:4
**rules** [1] - 28:24
**RULINGS** [1] - 62:8
**ruse** [1] - 36:18

## S

**Sales** [1] - 2:15
**SALES** [1] - 1:4
**Sara** [4] - 44:10, 45:14, 46:8, 52:19
**SARAH** [1] - 1:13
**savings** [1] - 56:4
**se** [4] - 26:15, 28:14, 32:24, 33:23
**Se** [1] - 2:4
**sealing** [1] - 4:5
**see** [4] - 10:20, 11:22, 18:21, 18:24
**seeking** [1] - 33:4
**sell** [2] - 57:13, 57:14
**send** [3] - 28:25, 59:24, 59:25
**separate** [1] - 38:22
**September** [1] - 57:19
**series** [1] - 31:8
**served** [1] - 57:18
**ses** [1] - 34:2
**set** [2] - 63:11, 63:21
**settle** [1] - 28:19
**shall** [1] - 4:11
**SHANKS** [1] - 2:7
**Shanks** [2] - 30:23, 31:10
**shock** [1] - 24:3
**shortly** [2] - 46:24, 47:15
**sic** [1] - 40:4
**sick** [3] - 16:8, 48:2, 48:4
**sign** [4] - 12:14, 12:18, 12:21, 23:23
**signed** [5] - 4:15, 4:18, 12:14, 12:21, 17:8
**Signed** [1] - 61:19
**sit** [1] - 35:22
**sitting** [1] - 38:9
**six** [1] - 20:11
**SMITHTOWN** [1] - 1:17
**sold** [2] - 20:15, 57:11
**someone** [1] - 23:24
**son** [4] - 14:10, 52:6, 52:8, 52:10
**son-in-law** [2] - 14:10, 52:6
**soon** [1] - 34:24
**sorry** [7] - 9:10, 13:11, 24:15, 35:2, 42:22, 47:21, 51:20
**sounds** [1] - 35:13
**splitting** [1] - 59:18
**spoken** [1] - 7:10

**ss** [1] - 63:4
**stage** [1] - 48:5
**started** [2] - 31:23, 32:3
**starting** [1] - 5:14
**starts** [1] - 32:12
**State** [3] - 1:25, 61:21, 63:8
**state** [1] - 19:19
**STATE** [1] - 63:3
**STATES** [1] - 1:2
**stating** [1] - 5:13
**still** [6] - 10:7, 14:8, 14:13, 20:13, 23:7, 38:11
**STIPULATED** [3] - 4:2, 4:8, 4:13
**stopped** [1] - 28:21
**stopping** [4] - 26:24, 27:4, 28:8, 28:10
**Street** [2] - 2:9, 2:21
**STREET** [1] - 1:10
**stroke** [1] - 6:19
**subject** [2] - 46:5, 46:13
**subscribed** [1] - 61:19
**substantive** [4] - 45:14, 45:18, 45:20, 46:4
**Success** [1] - 2:17
**Suite** [3] - 2:11, 2:16, 2:21
**SUNRISE** [3] - 1:5, 1:7, 1:16
**Sunrise** [3] - 2:5, 2:8, 15:3
**Superb** [2] - 2:15, 59:13
**SUPERB** [1] - 1:4
**suspect** [1] - 38:10
**sworn** [4] - 4:15, 4:18, 6:3, 63:12
**Syosset** [1] - 15:16
**SYOSSET** [1] - 1:15

## T

**tax** [2] - 12:12, 12:16
**taxes** [4] - 12:22, 12:25, 13:4, 56:22
**TEAM** [1] - 1:4
**Team** [1] - 2:15
**term** [3] - 10:14, 15:3, 45:22
**testified** [2] - 6:5, 12:8, 47:4
**testifying** [2] - 7:25, 8:7
**testimony** [3] - 61:6, 61:10, 63:14

**THE** [6] - 5:2, 29:10, 40:10, 42:22, 59:14, 60:2
**therapy** [1] - 48:13
**thinks** [1] - 36:25
**thinners** [1] - 6:21
**THOMAS** [1] - 1:14
**Thomasson** [16] - 5:15, 6:10, 25:20, 30:15, 31:2, 32:11, 32:19, 32:24, 34:18, 35:15, 35:17, 36:11, 38:11, 39:23, 40:3, 42:17
**THOMASSON** [49] - 1:13, 2:4, 5:16, 6:8, 7:20, 7:22, 17:3, 18:25, 19:4, 21:8, 21:15, 21:24, 22:8, 25:23, 26:4, 26:9, 26:12, 26:22, 27:3, 27:6, 27:10, 27:14, 27:21, 28:7, 28:15, 29:4, 29:17, 29:22, 30:17, 31:6, 31:12, 31:18, 34:22, 35:2, 35:16, 36:23, 39:10, 40:7, 40:13, 42:24, 43:2, 45:10, 47:3, 49:13, 49:25, 58:17, 58:21, 59:4, 62:4
**three** [6] - 11:9, 11:18, 15:18, 44:20, 48:22, 59:18
**TO** [1] - 62:14
**today** [12] - 7:14, 8:2, 8:7, 8:14, 8:16, 23:4, 23:17, 26:5, 26:21, 31:13, 46:17, 57:9
**together** [1] - 37:4
**TONY** [1] - 3:9
**took** [4] - 14:11, 17:20, 31:7, 41:12
**total** [1] - 44:20
**touched** [1] - 54:24
**transcript** [4] - 59:19, 59:24, 61:6, 61:8
**transfer** [1] - 19:23
**transplant** [2] - 48:20, 48:23
**Trial** [1] - 1:23
**trial** [1] - 4:12
**trouble** [2] - 41:23, 53:9
**true** [7] - 7:5, 7:6, 8:18, 31:24, 61:9, 61:11, 63:13
**trusted** [1] - 41:14
**trying** [1] - 57:13
**two** [1] - 35:24

**type** [1] - 6:16
**typically** [1] - 34:6

## U

**UEA** [1] - 1:18
**under** [4] - 16:20, 34:4, 56:23, 61:7
**Uniondale** [1] - 3:5
**UNITED** [1] - 1:2
**unmute** [1] - 39:15
**up** [5] - 13:17, 24:8, 32:12, 38:4, 39:12
**upset** [1] - 16:9
**URRUTIA** [2] - 1:4, 3:9
**Urrutia** [1] - 2:16
**usual** [1] - 34:8

## V

**vacuum** [1] - 37:2
**valve** [2] - 48:20, 48:23
**vast** [1] - 35:20
**via** [2] - 28:25, 29:14
**Videoconference** [1] - 1:21
**violating** [1] - 38:20
**violation** [1] - 34:20
**visit** [1] - 46:25
**visited** [2] - 47:8, 47:18
**visiting** [1] - 50:15
**visits** [2] - 11:18, 14:9
**voice** [1] - 5:12

## W

**Wagon** [1] - 20:11
**wait** [1] - 45:20
**waive** [1] - 5:10
**waived** [1] - 4:7
**Wantagh** [1] - 2:5
**ways** [1] - 59:18
**week** [1] - 31:22
**weeks** [2] - 47:20, 48:22
**WEIR** [1] - 2:19
**WERE** [1] - 62:18
**Westbury** [1] - 20:12
**WHEREOF** [1] - 63:20
**whys** [1] - 38:4
**WICKS** [25] - 29:15, 29:21, 29:24, 30:8, 30:14, 30:19, 30:25, 31:11, 31:17, 32:7, 32:15, 32:22, 33:2, 33:12, 33:18, 33:25, 34:11, 34:24, 35:3, 35:13, 36:10, 37:9,

38:3, 39:3, 39:7
**Wicks** [1] - 29:15
**Widener** [1] - 2:20
**withdraw** [2] - 7:20, 50:2
**withdrawn** [1] - 7:23
**WITNESS** [3] - 42:22, 62:3, 63:20
**witness** [11] - 5:21, 6:2, 27:24, 27:25, 28:8, 28:11, 33:8, 36:7, 36:25, 63:10, 63:14
**wonder** [1] - 35:22
**wondering** [1] - 35:24
**word** [1] - 45:22
**worries** [1] - 39:8
**wrongdoing** [5] - 40:18, 41:7, 43:16, 53:12, 53:20

## Y

**year** [7] - 6:20, 11:10, 11:13, 48:24, 48:25, 49:2, 49:5
**Year** [1] - 39:8
**years** [4] - 9:22, 10:21, 17:17, 35:25
**York** [11] - 1:25, 2:5, 2:12, 14:3, 19:23, 20:3, 20:7, 20:12, 48:18, 61:21, 63:8
**YORK** [2] - 1:2, 63:3
**yourself** [9] - 12:6, 24:11, 27:13, 36:16, 39:15, 41:6, 43:16, 52:22, 53:20

## Z

**ZIZMOR** [1] - 2:7
**Zoom** [4] - 28:25, 29:3, 29:7, 32:20
**zoom** [1] - 1:21