1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

----------------------------------------x

SUPERB MOTORS INC., TEAM AUTO SALES LLC,
ROBERT ANTHONY URRUTIA, 189 SUNRISE HIGHWAY
AUTO LLC, NORTHSHORE MOTOR LEASING, LLC,
BRIAN CHABRIER, JOSHUA AARONSON, JORY BARON,
ASAD KHAN, IRIS BARON REPRESENTATIVE OF THE
ESTATE OF DAVID BARON, 1581 HYLAN BLVD AUTO
LLC, 1580 HYLAN BLVD AUTO LLC, 1591 HYLAN
BLVD AUTO LLC, 1632 HYLAN BLVD AUTO LLC,
1239 HYLAN BLVD AUTO LLC, 2519 HYLAN BLVD
AUTO LLC, 76 FISK STREET REALTY LLC, 446
ROUTE 23 AUTO LLC and ISLAND AUTO
MANAGEMENT, LLC,

                                Plaintiffs,    Case No.
            - against -                     2:23-cv-6188
                                            (JMW)COUNTY

ANTHONY DEO, SARAH DEO, HARRY THOMASSON,
DWIGHT BLANKENSHIP, MARC MERCKLING, MICHAEL
LAURIE, THOMAS JONES, CPA, CAR BUYERS NYC
INC., GOLD COAST CARS OF SYOSSET LLC, GOLD
COAST CARS OF SUNRISE LLC, GOLD COAST MOTORS
AUTOMOTIVE GROUP LLC, GOLD COAST MOTORS OF
LIC LLC, GOLD COAST MOTORS OF ROSLYN LLC,
GOLD COAST MOTORS OF SMITHTOWN LLC, UEA
PREMIER MOTORS CORP., DLA CAPITAL PARTNERS
INC., JONES, LITTLE & CO., CPA'S LLP,
FLUSHING BANK, LIBERTAS FUNDING LLC, J.P.
MORGAN CHASE BANK, N.A., 189 SUNRISE HWY
AUTO LLC, and NORTHSHORE MOTOR LEASING, LLC,
                                Defendants.
----------------------------------------x

                    Zoom Deposition

                    January 21, 2026
                    10:08 a.m.


        Deposition of Plaintiff, JORY BARON,

pursuant to Court Order and Notice, before

Diana Mitchell, a Notary Public of the State

of New York.

```
 1                                                      2
 2      A P P E A R A N C E S:
 3      SAGE LEGAL LLC
 4      Attorneys for Plaintiffs Superb Motors,
 5      Inc., Team Auto Sales, LLC and Robert
 6      Anthony Urrutia
 7            18211 Jamaica Avenue,
 8            Jamaica, New York 11423-2327
 9      BY:   EMANUEL KATAEV, ESQ.
10
11      CYRULI SHANKS & ZIZMOR LLP
12      Attorneys for Plaintiffs 189 Sunrise Highway
13      Auto LLC, Northshore Motor Leasing, LLC,
14      Brian Chabrier, Joshua Aaronson, Jory Baron,
15      Asad Khan, Iris Baron Representative of the
16      Estate of David Baron, all Hylan Blvd Auto
17      LLCs, 76 Fisk Street Realty LLC, 446 Route
18      23 Auto LLC and Island Auto Management, LLC
19            420 Lexington Avenue, Suite 2320
20            New York, New York 10170-0002
21      BY:   RUSSELL SHANKS, ESQ.
22
23
24
25
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                                      3

 2     A P P E A R A N C E S (Cont'd):

 3     HARRY R. THOMASSON, ESQ.

 4     Pro Se Defendant

 5           3280 Sunrise Highway

 6           Wantagh, New York 11793

 7

 8     CULLEN & DYKMAN, LLP

 9     Attorneys for Defendant Flushing Bank

10           333 Earle Ovington Boulevard

11           Uniondale, New York 11553

12     BY:   ARIEL RONNEBURGER, ESQ.

13

14     WEIR, LLP

15     Attorneys for Defendant Libertas

16     Funding, LLC

17           The Widener Building

18           1339 Chestnut Street, Suite 500

19           Philadelphia, Pennsylvania 19107

20     BY:   JEFFREY CIANCIULLI, ESQ.

21

22     ALSO PRESENT:
             ALIVIA COONEY, Paralegal
23           ANTHONY DEO
             SARAH DEO
24           ROBERT ANTHONY URRUTIA

25
```

*Rich Moffett Court Reporting, Inc.*

4

          IT IS HEREBY STIPULATED AND

AGREED by and between the attorneys

for the respective parties herein,

that the filing, sealing and

certification of the within deposition

be waived.

          IT IS FURTHER STIPULATED AND

AGREED that all objections, except

as to the form of the question,

shall be reserved to the time of the

trial.

          IT IS FURTHER STIPULATED AND

AGREED that the within deposition

may be sworn to and signed before

any officer authorized to administer

an oath with the same force and effect

as if signed and sworn to before the

Court.


               - oOo -

```
1                                          5
2    J O R Y    B A R O N, called as a
3    witness, having been duly sworn by a
4    Notary Public, was examined and
5    testified as follows:
6                THE COURT REPORTER:  Please
7           state your full name for the
8           record.
9                THE WITNESS:  My name is Jory
10          Baron.
11               THE COURT REPORTER:  Please
12          state your address for the record.
13               THE WITNESS:  My address is
14          21 Wayside Lane, Huntington, New
15          York 11743.
16               *           *           *
17   EXAMINATION BY
18   MR. THOMASSON:
19        Q     Good morning, Mr. Baron.  My
20   name is Harry Thomasson.  I will be
21   taking your deposition this morning.
22               Have there been any
23   medication or drugs that you have taken
24   that would impact your ability to provide
25   accurate answers today?
```

*Rich Moffett Court Reporting, Inc.*

```
1                                           6
2          A      No, sir.
3          Q      I want you to know that I had
4   some surgery recently and I'm having a
5   little trouble speaking, so if you have
6   any trouble understanding me, please let
7   me know, I'm happy to rephrase any
8   question that you don't understand, or if
9   my voice is at all troubling, just let me
10  know and I'll try and ask the question
11  another way, okay?
12         A      No problem.  I hope you're
13  feeling okay.
14         Q      Thank you.
15                Mr. Baron, where were you
16  born?
17         A      Great Neck, New York.
18         Q      Have you lived here on Long
19  Island your whole life?
20         A      Except for a brief stint in
21  New Jersey, yes.
22         Q      What is your date of birth,
23  sir?
24         A      3/2/88.
25         Q      That's my birthday.
```

```
 1                                          7
 2           A      Oh, wow, small world.
 3           Q      What are your parents' names,
 4    Mr. Baron?
 5           A      Terri Baron and Ron Baron.
 6           Q      Do you have children?
 7           A      Yes, sir.
 8           Q      What are their names?
 9           A      Noah and Riley.
10           Q      What years were they born?
11           A      They were born in 2021 and
12    2023.
13           Q      Who was David Baron to you?
14           A      My uncle.
15           Q      And Iris would be your aunt
16    then?
17           A      Yes, sir.
18           Q      Did you go to college?
19           A      Yes, sir.
20           Q      Where did you go to college?
21           A      University of Michigan, and
22    then I transferred to Hofstra University.
23           Q      Did you get a degree from
24    either of those schools?
25           A      Hofstra University.
```

8

```
 1
 2          Q       What was the degree?
 3          A       Bachelor of Science,
 4   Management, Business Management.
 5          Q       Did you go to any schools,
 6   other than Hofstra and Michigan?
 7          A       No, sir, unless the NADA
 8   Academy counts as schooling for the auto
 9   business.
10          Q       So that was some training you
11   received in the auto business?
12          A       Yes, sir.
13          Q       What does NADA stand for?
14          A       National Automotive Dealer
15   Association.
16          Q       When did you obtain that
17   training?
18          A       I can't recall the exact
19   date.
20          Q       Was it this century?
21          A       Yes.
22          Q       Was it in the last ten years?
23          A       Approximately in that range.
24          Q       So was it sometime during the
25   2000 teens?
```

9

A        Yes, sir, most likely.

Q        How long was that training?

A        It's a year-long program.

Q        Is it in person?

A        It's in person for a week at a time, and then the training continues back at the stores continuously for a year.

Q        How many weeks of training do you have when you have it a week at a time?

A        If I recall correctly, it's six weeks in person.

Q        Are they consecutive?

A        No, sir.

Q        Then there is a periodic training at the stores?

A        Yes, sir.

Q        What stores have you worked in?

A        I've worked in several different locations, specifically, Rockland Hyundai, Yonkers Auto Mall, Baron Nissan, Baron Honda, and from a

                                                          10

2    day-to-day basis, those would be the few

3    that come to the top of mind.

4          Q     Did you ever work at

5    Northshore Motors?

6          A     No, sir.

7          Q     Were you ever an owner of

8    Northshore Motors?

9          A     No, sir.

10         Q     Do you have any knowledge

11   about the operation of Northshore Motors?

12         A     No, sir, not --

13         Q     Were you an owner of 189

14   Sunrise Highway?

15         A     Yes, I am an owner of 189

16   Sunrise Highway.

17         Q     When did you first become an

18   owner of 189 Sunrise Highway?

19         A     I can't recall the exact

20   date, but from the inception.

21         Q     Was there a time when you

22   received $10,000 from Anthony Deo for 189

23   Sunrise Highway?

24         A     Yes, sir.

25         Q     Did you receive that money

*Rich Moffett Court Reporting, Inc.*

11

1

2  into your bank, one or more of your bank

3  accounts?

4        A      I believe so.

5        Q      Were you active in the

6  operation of 189 Sunrise?

7        A      No.

8        Q      Was there someone from the

9  family that was in charge of 189 Sunrise?

10       A      In regards to the day-to-day

11 operation?

12       Q      Regarding the operation of

13 189 Sunrise Highway, was there someone

14 from the family that was in charge of

15 that for you?

16       A      Originally my Uncle David.

17       Q      And then after David died?

18       A      I cannot recall.  We had

19 several managers.

20       Q      Was Josh Aaronson involved at

21 all with 189 Sunrise, if you know?

22       A      He had day-to-day authority

23 after the passing of my uncle.

24       Q      That was with your knowledge

25 and approval?

*Rich Moffett Court Reporting, Inc.*

```
 1                                          12
 2          A     He did have my approval to
 3    run day-to-day operations.
 4          Q     Do you know if he had
 5    approval from Iris Baron to do so on
 6    behalf of the estate of David Baron, if
 7    you know?
 8          A     That is a matter between him
 9    and my aunt.
10          Q     Were there any other partners
11    that you had in 189 Sunrise?
12          A     Yes.
13          Q     What are their names?
14          A     Ray Phalon, Brian Chabrier.
15          Q     Were they involved at all in
16    the operation of 189 Sunrise?
17          A     I can't recall exactly their
18    function at the store.
19          Q     Did you ever go there at all
20    yourself?
21          A     I stopped in time to time.
22          Q     Did you ever go to Northshore
23    Motors?
24          A     No, sir, maybe once or twice
25    in my life.
```

*Rich Moffett Court Reporting, Inc.*

```
1                                              13
2            Q       Do you know what those one or
3      two visits were for?
4            A       I can't recall.
5            Q       Do you know when they took
6      place?
7            A       No, sir.
8            Q       Did they take place during
9      the pandemic, if you can recall?
10           A       No, I can't recall exactly.
11           Q       Do you have any knowledge of
12     why you would have gone to Northshore
13     Motors?
14           A       I cannot recall.
15           Q       Do you hold any interest in
16     Baron Nissan?
17           A       Yes, sir.
18           Q       What is that interest?
19           A       I am 50 percent dealer -- 50
20     percent owner and dealer principal.
21           Q       How long have you been the 50
22     percent owner of Baron Nissan?
23           A       Since January of 2024.
24           Q       Did you hold any position at
25     Baron Nissan before that?
```

*Rich Moffett Court Reporting, Inc.*

14

1

2      A      Yes.

3      Q      What position was that?

4      A      Several positions prior.

5      Q      Were you also a stockholder

6  prior to January of 2024?

7      A      The process for ownership

8  started prior to 2024, but I had no stock

9  or position, you know, ownership at that

10  point.

11      Q      Was there a written agreement

12  of any type for you to become a

13  stockholder at Baron Nissan?

14      A      There's a formal process that

15  Nissan requires.

16      Q      I understand that, but within

17  the family with your partners did you

18  have any written contract or agreement of

19  any type for you to become an owner, or

20  was that just strictly between you and

21  Nissan?

22      A      No, the legal documentation

23  was required by Nissan to show transfer

24  of ownership.

25      Q      And ownership was transferred

15

 2    to you through what, a stock certificate?

 3         A       Yes, sir, stock certificates.

 4         Q       Do you have any memory of any

 5    contract between you and any other family

 6    members for the stock transfer at Baron

 7    Nissan?

 8         A       Contract, I can't recall

 9    contract.  It was paperwork that my aunt

10    was aware to have to sign to show that

11    she was aware of the stock transfer.

12         Q       You're a 50 percent

13    stockholder at Baron Nissan at this time;

14    is that what you said?

15         A       Currently at this time, yes.

16         Q       Who owns the other 50

17    percent?

18         A       The estate of David Baron.

19         Q       Are you trying to sell Baron

20    Nissan at this time?

21         A       Baron Nissan is under

22    contract, yes.

23         Q       Do you know when that is due

24    to close?

25         A       It should have happened

16

already.  We are waiting.  Any day.

    Q    Do you know if Anthony Deo has a claim of ownership at Baron Nissan?

    A    I am aware that that is his claim.

    Q    Was the buyer informed of that claim?

    A    The buyer did not need to be informed of that claim because it is a false claim.

    Q    So as far as you know, the buyer was not informed of that claim; is that right?

    A    As far as I am aware, the buyer is not informed of that claim.

    Q    Did you know that there was a contract, at least partially signed, for Anthony Deo to purchase Baron Nissan some years ago, did you know that?

    A    I do not recall exactly.  I have heard that through this legal process.

    Q    Do you know if he paid money for that purchase?

*Rich Moffett Court Reporting, Inc.*

1                                        17

2          A      Not that I am aware of.

3          Q      Are you married, sir?

4          A      Yes, sir.

5          Q      What is your wife's name?

6          A      Lauren Baron.

7          Q      How long have you been

8     married?

9          A      Six years.  It will be seven

10    this July.

11         Q      Has she ever worked at any of

12    the stores?

13         A      No, sir.

14         Q      What was 189 Sunrise Highway

15    doing prior to Anthony Deo paying $50,000

16    towards that purchase; do you know how it

17    was doing financially?

18         A      I can't recall.

19         Q      Did you know that the

20    warranty contracts for 189 Sunrise

21    through Nissan were assigned to Anthony

22    Deo after he paid $50,000 towards that

23    purchase?

24                MR. SHANKS:  Objection to the

25         form.  The contracts?  You mean the

*Rich Moffett Court Reporting, Inc.*

```
 1                                              18

 2          customer contracts or?

 3                  MR. THOMASSON:  I'll rephrase

 4          the question, Russell.

 5                  MR. SHANKS:  Thank you.

 6          Q       Mr. Baron, did you know that

 7   there were warranties available at 189

 8   Sunrise through Nissan?

 9          A       Not that I'm aware of.

10          Q       I'm sorry?

11          A       Not that I can recall or that

12   I am aware of.  I -- I do know that we

13   sold warranties out of the store, of

14   course.

15          Q       But you don't know who the

16   provider of the warranties was; is that

17   what you're saying?

18          A       Not that I can recall.

19          Q       And in your experience, would

20   there be a contract between the store and

21   the warranty provider to provide

22   warranties?

23          A       Standard practice.

24          Q       That's yes?

25          A       Yes, some form of contract.
```

*Rich Moffett Court Reporting, Inc.*

19

1

2      Q      I am representing to you that

3   that contract was assigned to Anthony Deo

4   for 198 Sunrise, did you know that?

5      A      Can you please re-ask the

6   question?  It came across a little

7   choppy.

8      Q      Sure, I'm sorry.  I had some

9   trouble with my computer this morning.  I

10  don't know why.  I'm on my phone.

11     A      No, no worries.

12            MR. THOMASSON:  Diana, could

13         you read that back, if you got it?

14            (Record read.)

15            MR. SHANKS:  Objection to

16         form that you're representing.

17     Q      You can answer it, Mr. Baron,

18  if you know.  Did you know that?

19     A      I'm -- I do not recall or nor

20  am I aware.

21     Q      Were you ever served with a

22  complaint brought by the Deos that I

23  prepared and filed in September of 2024?

24     A      I am aware of the complaint.

25  I was actually never formally served

```
1                                                    20
2    anything.
3         Q      How did you become aware of
4    the complaint?
5         A      It was many people were
6    served that complaint and notice, so I
7    became aware of it that way.
8         Q      Do you know who provided the
9    floor plans at 189 Sunrise?
10        A      I can't recall.
11        Q      By that I mean what bank or
12   banks provided the floor plans?  That's
13   what I meant by that.
14        A      No, sir, I can't recall.
15        Q      You really weren't involved
16   in the operations of 189 Sunrise, were
17   you?
18        A      No, sir.
19        Q      Are you aware of any harm
20   that I caused you at 189 Sunrise?
21        A      I am aware of the harm that
22   was caused, yes, sir, by you and several
23   other people.
24        Q      What harm did I cause at 189
25   Sunrise, that you are aware of?
```

*Rich Moffett Court Reporting, Inc.*

1                                          21

2        A      Helping facilitate some of

3    the fraudulent activities that Anthony

4    Deo performed at that location in regards

5    to his $735,000 loan, the inability to

6    repay customers' -- pay customers'

7    warranties, things like that.

8        Q      What is it that I did to

9    contribute towards that harm?

10       A      You helped facilitate and you

11   were aware of what was going on and

12   helped facilitate that with Anthony.

13       Q      How do you know that?

14       A      Through knowledge of the

15   partners.

16       Q      What firsthand knowledge do

17   you have that I caused harm at 189

18   Sunrise?

19       A      I have the knowledge through

20   my partners.  I was not involved in the

21   day to day, but I did see the

22   transactions post.

23       Q      Sir, you were told that I was

24   involved; is that a more accurate way of

25   putting it?

*Rich Moffett Court Reporting, Inc.*

1                                        22

2          A       I was made aware of your

3     involvement, yes.

4          Q       Who made you aware of it?

5          A       My partners.

6          Q       What are their names?

7          A       Josh Aaronson, Brian

8     Chabrier, Ray Phalon.

9          Q       They all told you that they

10    have knowledge of something I did at 189

11    Sunrise that harmed you?

12         A       I believe it is quite evident

13    of the harm that has been caused at 189

14    Sunrise by you and Anthony Deo, sir.

15         Q       Well, can you give me one

16    specific instance that you know of that I

17    caused you harm at 189 Sunrise?

18         A       The representation for

19    Anthony Deo and the work that you've done

20    in helping to facilitate that and cover

21    up his actions.

22         Q       So from what you just

23    answered, would you say that my

24    representation of Anthony Deo as his

25    attorney in some way harmed you, is that

*Rich Moffett Court Reporting, Inc.*

```
 1                                            23

 2   your allegation?

 3        A     I do not want to insinuate

 4   into what you are, lawyer, you know,

 5   client privilege is, but...

 6        Q     Well, can you give me one

 7   specific instance of the harm that I

 8   caused you?

 9        A     The $735,000 --

10            MR. SHANKS:  Objection.

11        Asked and answered, but go ahead,

12        you could  repeat your answer

13        again, if you like.    It's the

14        third time you asked.

15        Q     So the $735,000 that Anthony

16   Deo took out for Northshore Motors, there

17   is somehow I did something that harmed

18   189 Sunrise; is that what you're saying?

19        A     By being aware of his fraud

20   and helping to facilitate those

21   transactions, yes.

22        Q     How would I be aware of

23   Anthony Deo's fraud?  Please tell me.

24        A     You worked directly with him

25   over that course of time, and again, we
```

*Rich Moffett Court Reporting, Inc.*

24

were very aware of what was going on.

Q    When did you become aware of what was going on?

A    The summons and complaints, and prior thereto, I can't recall exactly the dates, but it was quite evident prior to the summons and complaints that there was issues going on between Anthony Deo and my partners.

Q    What evidence are you aware of that I was aware of whatever was going on between Anthony Deo and your partners?

A    Can you please re-ask or just restate the question?

Q    Sure.

Prior to the litigation that commenced between everyone in these cases, it's your position that there were issues between Anthony Deo and your partners; is that correct?

A    Yes, sir.

Q    With regard to those issues, can you please tell me what it is you think I knew about prior to this

```
 1                                          25
 2      litigation starting regarding the issues
 3      between Anthony Deo and your partners?
 4           A      My understanding, you were
 5      routinely in the locations, working
 6      within the locations and were very aware
 7      of what was happening.
 8           Q      How many times have I ever
 9      been to 189 Sunrise, that you know of?
10           A      I cannot recall nor am I
11      aware.
12           Q      How many times was I ever in
13      Northshore Motors, that you are aware of?
14           A      I cannot give a specific
15      amount.
16           Q      How many times was I ever in
17      Superb Motors, that you are aware of?
18           A      I -- I have never met you, so
19      I can't recall in that regard.
20           Q      Isn't it a fact, Mr. Baron,
21      that you have no firsthand knowledge of
22      my wrongdoing against you?
23           A      Firsthand knowledge could be
24      taken in several different ways.  I was
25      given that information, and I have seen
```

*Rich Moffett Court Reporting, Inc.*

```
1                                          26
2    the information, so it was passed on to
3    me, yes, sir.
4         Q      What information was passed
5    on to you that indicated to you I had
6    knowledge of wrongdoing committed against
7    you at 189 Sunrise?
8         A      As I have stated prior, the
9    $735,000 and all the other wrongdoings
10   that was transpired.
11        Q      What are those wrongdoing?
12        A      The $735,000, as I have said
13   several times, as well as Mr. Deo not
14   repaying customers, not paying customers'
15   warranties and -- and other transactions.
16        Q      Okay, well, there are other
17   automobile transactions that took place
18   at these dealerships that you think
19   Anthony Deo committed wrong; is that
20   right?
21        A      That I --
22        Q      That's a yes-or-no question.
23        A      Yes.
24        Q      Okay.
25               What is it that you have seen
```

*Rich Moffett Court Reporting, Inc.*

27

that indicates I had any knowledge of car sales at either 189 Sunrise or Northshore Motors?

A    I cannot speak to you are aware to car sales.

Q    What knowledge do you have of me having knowledge of payments on floor plans at those two dealerships?  Are you aware that I had any knowledge of floor plan payments?

A    Again, that was a lengthy, wordy question.  I apologize, if I can just ask you to rephrase?

Q    Are you aware that I had anything to do, yes or no, with floor plan payments at 189 Sunrise?

A    As his attorney you would not be handling the floor plan directly.

Q    So would you say that you have no knowledge of me having knowledge of floor plan payments at 189 Sunrise; is that a fair statement?

A    Again, it's just -- please repeat the question.

*Rich Moffett Court Reporting, Inc.*

28

Q    Sure.

Is it fair to say that you have no firsthand knowledge that I was aware of floor plan payments at 189 Sunrise?

A    As I prior stated, I was not involved in the day-to-day business, so I cannot really speak to the floor plan transactions.

Q    So then it would be fair to say that you don't have any knowledge that I was involved in floor plan payments?

MR. SHANKS:  Mr. Thomasson, if I can just ask, you're coming in quick with, like, a follow up, can you make sure he's done with the answer.  Thank you.

MR. THOMASSON:  Sure.

Diana, could I ask you to repeat that?

(Record read.)

MR. SHANKS:  Objection. Asked and answered.

*Rich Moffett Court Reporting, Inc.*

```
 1                                        29
 2          Q       That's a yes-or-no question,
 3    Mr. Baron.
 4                  THE WITNESS:  Russell, you
 5          objected, I'm not sure if I --
 6                  MR. SHANKS:  It's okay.  Most
 7          of my objections are just for the
 8          record or for form.  Unless I
 9          direct you not to answer, you can
10          proceed with an answer, if you're
11          able to.
12                  THE WITNESS:  I do not want
13          to misspeak or speak when I should
14          not.
15          Q       I'm just asking you,
16    Mr. Baron, that it's fair to say, is it
17    not, yes or no, that you have no
18    knowledge of my involvement with floor
19    plan payments at 189 Sunrise; that's fair
20    to say, right?
21          A       As I stated, I was not
22    involved in the day to day of that
23    business.
24          Q       So therefore, you have no
25    knowledge that I was involved in floor
```

*Rich Moffett Court Reporting, Inc.*

1                                                        30

2      plan payments at that business, right?

3            A       As I stated, I do not have

4      firsthand knowledge.

5            Q       Thank you.

6                    And you have no knowledge

7      that I was involved in any car sales at

8      189 Sunrise, right?

9            A       I do not believe you sold any

10     cars, sir.

11           Q       Do you allege that I took

12     money out of any 189 Sunrise bank

13     accounts?

14           A       I can't speak to that.

15           Q       You have no knowledge of me

16     taking money out of bank accounts at 189

17     Sunrise, do you?

18           A       If they said that my -- what

19     I was speaking to was you helping Anthony

20     facilitate those transactions.

21           Q       What knowledge do you have

22     that he was communicating with me about

23     those transactions?  Do you have any

24     knowledge that he was communicating with

25     me about those transactions?

*Rich Moffett Court Reporting, Inc.*

```
 1                                           31
 2               MR. SHANKS:  Objection.  Two
 3          questions in there.
 4               MR. THOMASSON:  Sure.
 5          Q      Do you have any knowledge
 6     that he was communicating with me about
 7     those transactions, yes or no?
 8          A      No firsthand knowledge.
 9          Q      I'm sorry, what did you say?
10          A      I said, "No firsthand
11     knowledge."
12          Q      Of course, it's also true
13     that you would know to what extent I was
14     involved in any harm at Northshore
15     Motors, right?
16               MR. SHANKS:  Objection as to
17          form.
18               Jory, just slow down a
19          second.      Objection as to
20          form.
21          Q      Mr. Baron?
22          A      I was not involved in
23     Northshore Motors.
24          Q      So you would have no
25     knowledge of any wrongdoing I committed
```

*Rich Moffett Court Reporting, Inc.*

```
1                                               32

2    there, right?

3         A      I have no involvement with

4    Northshore Motors.

5         Q      Do you have any knowledge of

6    what Marc Merckling did wrong at 189

7    Sunrise?

8         A      I'm not aware as to who Marc

9    Merckling is, sir.

10        Q      Are you aware of any --

11        A      If it's okay with you, am I

12   allowed to have a sip of my seltzer in

13   between questions?

14        Q      Oh, yeah, absolutely, and if

15   you need a break, tell us.

16        A      Absolutely.

17             MR. THOMASSON:  Diana, could

18        I trouble to read back my last

19        question?

20             (Record read.)

21        Q      Do you have any knowledge,

22   Mr. Baron, of any wrongdoing committed by

23   Dwight Blankenship at 189 Sunrise?

24        A      I'm sorry, I can't recall who

25   that is.
```

*Rich Moffett Court Reporting, Inc.*

33

Q    So you have no knowledge today, that you can tell me about, about what he supposedly did wrong if you don't know who he is, right?

A    That would be correct.

Q    Do you know someone named Michael Laurie?

A    I cannot recall who that is.

Q    So it would probably be the same answer, you wouldn't have any knowledge yourself of anything Michael Laurie did wrong to 189 Sunrise, right?

A    That again, I'm not sure who that person is, sir.

Q    Did you ever meet Sarah Deo?

A    I believe at least once.

Q    Where was that, do you know?

A    I believe I met her at Northshore Motors one of the times that I was there.

Q    Was it just an introduction?

A    I can't recall the exact circumstance.

Q    Was there any substantive

*Rich Moffett Court Reporting, Inc.*

```
 1                                            34
 2    area that was discussed, that you can
 3    recall?
 4         A     No, I can just recall that
 5    she was in her office at that location,
 6    but again, I can't remember speaking to
 7    the circumstances of why I was there.
 8         Q     And you wouldn't have any
 9    knowledge of any wrongdoing she committed
10    at 189 Sunrise, would you?
11         A     She didn't do anything wrong
12    with Anthony at these locations.
13         Q     But I am asking you about
14    specific knowledge of wrongdoing by Sarah
15    Deo, do you have any specific knowledge
16    of wrongdoing by Sarah Deo at 189
17    Sunrise?
18         A     Again, my involvement on the
19    day to day at Sunrise was almost
20    nonexistent.  I do know she did work
21    directly with Anthony.
22         Q     But in the last three years
23    of litigation, no one has shown you any
24    proof that Sarah Deo did something wrong
25    at 189 Sunrise, did they?
```

*Rich Moffett Court Reporting, Inc.*

35

    A     Well, information, all information has been given to my attorney.

    Q     Has anything been given to you to suggest that Sarah Deo did something wrong at 189 Sunrise while you were an owner?

    A     Sarah Deo worked directly with Anthony at the locations.

    Q     That's it?  Is that all you got for wrongdoing is that she performed work at 189 Sunrise?

    A     I am telling you she worked directly with Anthony and what he was doing, sir.

    Q     Okay.

    Does that mean you have firsthand knowledge of what she did wrong?

    A     As I stated prior, I was not involved in the day to day, but I do know she worked extremely closely with her husband at these locations and was --

    Q     And Sarah Deo was at 189

*Rich Moffett Court Reporting, Inc.*

```
 1                                              36

 2    Sunrise Highway --

 3              MR. SHANKS:  He wasn't

 4         finished, Harry.

 5              MR. THOMASSON:  I'm sorry.

 6         Q     Did you have something else

 7    to add, Mr. Baron?

 8              MR. SHANKS:  He seemed to

 9         have been cut off.

10         A     Again, I was just stating

11    that I believe everyone knows that Sarah

12    worked directly with her husband.

13    Whether she was physically at that

14    location or not, she worked directly with

15    Anthony in the auto business and in the

16    businesses that he was involved in.

17         Q     What is it that she did with

18    him, do you know?

19         A     I do not know her day-to-day

20    activities, but as I said, I remember

21    being in her office specifically at

22    Northshore, so it is quite clear she

23    worked at the location.

24         Q     Do you have an interest in

25    the Island Auto Group?
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                      37
 2          A      I have a very small interest
 3     in the Island Auto Group.
 4          Q      What is that interest?
 5          A      Part ownership of the GMC
 6     location.
 7          Q      Where is that location?
 8          A      Staten Island.
 9          Q      Have you ever been involved
10     with a lending group called Condor
11     Capital Corp.?
12          A      No.
13          Q      Do you have a brother named
14     Steven Baron?
15          A      No.
16          Q      Do you have a relative name
17     Steven Baron?
18          A      Steven Baron was my uncle.
19          Q      Is he still alive?
20          A      No, sir.
21          Q      Did you know that Josh
22     Aaronson closed Northshore and 189
23     Sunrise?
24          A      Josh Aaronson, again, I can't
25     speak to Northshore, but had -- was
```

*Rich Moffett Court Reporting, Inc.*

1                                                    38

2     handling day-to-day operations at 189.

3          Q      Did you know that Josh

4     Aaronson closed 189 Sunrise?

5          A      Again, Josh Aaronson had

6     authorization to handle the day-to-day

7     activities at 189 Sunrise.

8          Q      That's lovely but that's not

9     what I asked you.  I asked you do you

10    know that Josh Aaronson closed 189

11    Sunrise?

12         A      Josh Aaronson handled the day

13    to day, and if he closed 189 Sunrise, he

14    closed 189 Sunrise.

15         Q      Are you under the impression

16    it's still open?

17         A      No.  You asked me a question,

18    sir, that did he close it, and I'm saying

19    if you are stating that 189 Sunrise is

20    closed, which currently it is, he closed

21    it as he was able to handle the

22    day-to-day operations.

23         Q      That's all I was asking.

24                MR. SHANKS:  I'm sorry, is

25         there a question pending?

1                                              39

2              MR. THOMASSON:  No, Russell.

3              MR. SHANKS:  Okay, got it.

4         Q      Was there an agreement, that

5    you can recall, in writing for Anthony

6    Deo to purchase 189 Sunrise?

7         A      I cannot recall the -- I

8    cannot recall that or the exact

9    agreement, but what -- I was going to say

10   if I can elaborate on that?

11        Q      No, there's no question to

12   you at the moment.  I have another

13   question for you.

14              Do you know what NESNA is?

15        A      Yes, sir.

16        Q      What is NESNA?

17        A      NESNA is the warranty

18   company, you know, through Nissan.

19        Q      That's ultimately the

20   contract I was discussing with you

21   earlier with 189 Sunrise, did you know

22   that NESNA contracts were assigned to

23   Anthony Deo?

24        A      Not that I can recall.

25        Q      Were you on any bank accounts

*Rich Moffett Court Reporting, Inc.*

```
 1                                            40

 2   at 189 Sunrise?

 3        A       It's possible but I cannot

 4   recall.

 5        Q       Do you know of anyone who was

 6   on the bank accounts at 189 Sunrise?

 7        A       I can't speak exactly.  I

 8   can't recall.

 9        Q       Do you know what the last

10   year was you received a K-1 for 189

11   Sunrise?

12        A       I can't recall at the time

13   the exact year.

14        Q       Does 189 Sunrise appear on

15   any of your tax returns since you

16   acquired an interest in it?

17        A       As an owner of that location,

18   I did file tax returns when it was open.

19        Q       Well, I'm talking at the

20   moment about your personal tax returns.

21   Are there any personal tax returns you

22   filed indicating that you were an owner

23   of 189 Sunrise?

24        A       I am an owner of 189 Sunrise,

25   and since the location is closed, there's
```

41

no reason for me to file taxes or have
that included.

Q    I'm not talking about now, I
am talking about since you acquired an
interest in 189 Sunrise, did you put 189
Sunrise on your personal tax returns as
an owner?

A    That is an accounting
question, but I did file as owner of 189
Sunrise.

Q    I'm only talking about your
personal tax returns.  Are you saying
that you have a memory that you have 189
Sunrise on your personal tax returns as
an owner?

A    What I am stating is as an
owner of the store, I filed a K-1 under
189 Sunrise.  I would have to speak to my
accountant on specific accounting
questions, sir.

Q    Did you know that I requested
tax returns and other documents?

A    I -- not that I am aware of
in regards to myself, if that's what

*Rich Moffett Court Reporting, Inc.*

```
1                                        42
2    you're asking.
3         Q     Yes.
4              Do you know the last time
5    that you filed any tax documents
6    indicating ownership of 189 Sunrise?
7         A     I've always been an owner of
8    189 Sunrise, and when it was open, I
9    would have filed taxes as I have stated.
10        Q     Who was responsible for
11   filing the corporate taxes for 189
12   Sunrise?
13        A     An accountant.
14        Q     Do you know what company they
15   worked for?
16        A     I cannot recall the exact
17   accounting firm at the time.
18        Q     Could it have been Citrin
19   Cooperman?
20        A     It could have been.
21        Q     Is Citrin Cooperman one of
22   your accountants?
23        A     Yes.
24        Q     How long have they been one
25   of your accountants?
```

*Rich Moffett Court Reporting, Inc.*

43

 A    I can't recall the exact specific amount of time.

 Q    Is Citrin Cooperman an IAG accountant?

 A    Not to sound naive, I'm not sure what an IAG accountant is.

 Q    Does Citrin Cooperman do any accounting work for IAG, that you know of?

 A    IAG, are you referencing Island Auto Group?

 Q    Yes.

 A    Okay, I believe so.

 Q    Did you know that Josh Aaronson approved some tax returns indicating Anthony Deo was the owner of 189 Sunrise, did you know that, yes or no?

 A    Can you please repeat the question, sir?

 Q    Did you know that Josh Aaronson approved some tax returns that were prepared by Citrin Cooperman at his direction indicating that Anthony Deo was

*Rich Moffett Court Reporting, Inc.*

```
 1                                              44
 2    the 99 percent owner of 189 Sunrise; did
 3    you know that, yes or no?
 4         A      Not that I can recall.
 5         Q      Did you ever obtain any
 6    pandemic relief funds through 189
 7    Sunrise?
 8              MR. SHANKS:  Objection to
 9         form.  When you say "you," who are
10         you referring to as the "you"?
11              MR. THOMASSON:  Mr. Baron.
12         Q      Have you, Jory Baron, ever
13    received any pandemic relief funds by or
14    through 189 Sunrise?
15         A      I cannot recall if 189
16    Sunrise filed for relief loans.  I know
17    several of the businesses, if not all,
18    applied.
19         Q      So does that mean, yes, you
20    obtained pandemic relief funds by and
21    through 189 Sunrise?
22              MR. SHANKS:  Objection.
23         Asked and answered.  He says he
24         doesn't recall.
25         Q      Is that correct, Mr. Baron,
```

*Rich Moffett Court Reporting, Inc.*

1                                              45

2    you don't know if there were pandemic

3    relief funds that you obtained by and

4    through 189 Sunrise?

5         A       Again, my involvement was on

6    the day to day was not there, but I do

7    know that most, if not all, stores

8    applied, but I cannot specifically in

9    regards to that location.

10        Q       Have any of your family,

11   immediate family members, ever worked at

12   189 Sunrise?

13        A       No, sir.  My uncle is the

14   only immediate, if that counts.

15        Q       Since you have been married,

16   has your wife been employed anywhere?

17        A       No, sir, at the store.  She

18   is -- is employed but not at any of the

19   stores.  My wife is employed.  She works,

20   but she's never worked at any of the

21   stores.

22        Q       Where does she work?

23        A       She is a schoolteacher in

24   Great Neck.

25        Q       Since 2017, what companies

*Rich Moffett Court Reporting, Inc.*

46

have you worked for, Mr. Baron?

     A     Baron Nissan, Baron Honda.  I have opened two other preowned locations as well.  Aside from that, I cannot, you know, speak to anything directly.

     Q     Were you on the payroll for all four of those businesses?

     A     That I -- if we made money, I would make money, so yes.

     Q     Did all four of those businesses make money?

     A     I have since closed one of those locations.

     Q     What location was that?

     A     My Centereach Super Center Store.

     Q     Do you know when you opened it?

     A     I cannot recall the exact date.  It was approximately a year.  This past October it would have -- it would have been.

     Q     And within the first year you closed it?

```
 1                                          47
 2          A       Yes, we maintained a lease
 3     for approximately two years, but the
 4     business did not open for about a year,
 5     and it closed approximately a year after
 6     opening.
 7          Q       That's because it was not
 8     profitable?
 9          A       Yes, it's a very rough time
10     in the used car business.
11          Q       Have you ever done business
12     with Ally Bank at all, sir?
13                  Did you hear the question?
14     Can you hear me okay?
15          A       I did reply.  Yes.
16          Q       Oh, I'm sorry, I didn't hear
17     you say that.  Okay.
18                  What business did you do with
19     Ally Bank?
20          A       Ally Bank, from warranties,
21     floor plan, mortgage lending.
22          Q       Have you, in the last three
23     years, spoken to law enforcement about
24     the allegations in these cases involving
25     the Deo defendants?
```

*Rich Moffett Court Reporting, Inc.*

```
1                                              48
2          A      No, sir.

3          Q      No?

4          A      No.

5                 MR. SHANKS:  Jory, speak up a

6          little bit, it's kind of choppy

7          here.  Thank you.

8          A      I apologize.  It's the lack

9   of sleep from my daughter being up all

10  night.                   No, sir.

11         Q      Were there any operating

12  agreements at 189 Sunrise, if you know?

13         A      I can't recall.

14         Q      Do you know if there was any

15  account or accounts at 189 Sunrise with

16  Chase Bank?

17         A      Yes.

18         Q      How long did 189 Sunrise have

19  accounts with Chase Bank, do you know?

20         A      I can't recall specifically.

21         Q      What position did Anthony Deo

22  hold at 189 Sunrise?

23         A      I can't recall.

24         Q      Did he have authorization to

25  work at 189 Sunrise from you?
```

*Rich Moffett Court Reporting, Inc.*

49

1

2          A       No.

3          Q       Do you know if he had

4     authorization to do anything at 189

5     Sunrise from any of your partners?

6          A       I can't speak to that.

7          Q       When did you first find out

8     that Anthony Deo was doing something

9     wrong at 189 Sunrise?

10         A       I can't recall.

11         Q       Was that before or after it

12    closed?

13         A       I can't recall.

14         Q       I may have asked you this, I

15    am not trying to repeat, do you know who

16    was on the bank accounts at 189 Sunrise?

17         A       I can't recall specifically.

18         Q       Do you know if you were?

19         A       It's possible.

20         Q       Can you tell me with any

21    specificity what you think Anthony Deo

22    did wrong at 189 Sunrise?

23         A       As I stated earlier, not

24    paying off floor plan vehicles, not

25    paying customers back, not paying

50

1
2    customers' warranties, so on and so
3    forth.
4         Q    Was there a controller of any
5    type at 189 Sunrise?
6         A    Yes.
7         Q    Who were the controllers at
8    189 Sunrise?
9         A    I can't recall specifically.
10         Q    Do you know if they were in
11    any way affiliated with IAG?
12         A    No, sir, I can't recall.
13         Q    Who is responsible for paying
14    off cars at a car dealership, isn't that
15    the controller's office?
16              MR. SHANKS:  Objection as to
17         form.
18         A    In the auto business it's the
19    job of the manager to make sure that the
20    controller is paying off the vehicles.
21         Q    Okay.
22              Could it also be the job of
23    an owner to make sure that the vehicles
24    are getting paid off as well, couldn't
25    it?

*Rich Moffett Court Reporting, Inc.*

```
 1                                          51
 2              MR. SHANKS:  Objection.
 3        Calls for speculation.
 4        Q      You can answer.
 5        A      It could be the job of the
 6   owner, the sales manager, the manager,
 7   but typically, the manager would handle,
 8   or the general manager, would handle that
 9   day-to-day operation.
10        Q      So the person in charge of
11   the day-to-day operations is the one who
12   makes sure that the cars get paid off
13   properly; is that right?
14        A      That would be part of the
15   job.
16        Q      And at 189 Sunrise after
17   David Baron's death, that was Josh
18   Aaronson, right, isn't that what you told
19   me?
20        A      Josh Aaronson handled the
21   day-to-day activities as an owner, but he
22   was not at the store managing
23   salespeople, sir.
24        Q      Uh-huh.
25              Do you know if there are any
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                          52
 2    reviews of the bank accounts at 189
 3    Sunrise on a daily basis by you or any of
 4    your partners?
 5          A     I can't speak for my
 6    partners.
 7          Q     So you really didn't know
 8    what was going on at 189 Sunrise, you
 9    were just a part owner; is that right?
10          A     As I stated, my day-to-day
11    interactions, they were very limited.
12                MR. THOMASSON:  I just have
13          to look at something quickly.
14          Let's take five minutes.
15                (Recess taken.)
16          Q     Mr. Baron, was Baron Nissan
17    recently fined $250,000 by the Attorney
18    General of New York?
19          A     Yes.
20          Q     What was that for?
21          A     Lease buyouts.
22          Q     What does that mean, "lease
23    buyouts"?
24          A     Every Nissan dealership
25    pretty much in the metro area was served
```

*Rich Moffett Court Reporting, Inc.*

1                                                           53

2      over the matter in regards to the lease

3      buyouts that were handled during the

4      pandemic.

5              Q      Was that the amount of the

6      fine, $250,000, if you know?

7              A      Approximately in that range.

8                     MR. SHANKS:  Objection.  Is

9              your question was the fine $250,000

10             or the settlement?  I didn't hear

11             the question.  I'm sorry, Harry.

12                    MR. THOMASSON:  I think I did

13             ask if it was a fine.

14                    MR. SHANKS:  Okay.

15                    MR. THOMASSON:  But it may

16             have been restitution.

17             Q      Do you know if it was a fine

18      or restitution, Mr. Baron?

19             A      The entirety of the

20      settlement was that range.  I can't speak

21      to restitution or fine.

22             Q      When you received the $10,000

23      from Mr. Deo in February of 2021, what

24      did you think it was for?

25             A      It was a down payment for his

54

potential for taking over some of the prior locations.

Q     Do you possess any writing that says that?

A     That it was a down payment, or what are you referring to?

Q     That it was a down payment, do you have any writing that says that it was just a down payment?

A     He had -- he had several obligations that, I believe, he had to fulfill at the time.  I can't recall specifically but --

Q     That's not my question.  I didn't ask you whether there were any obligations.

A     Do I have any writing currently in my possession, no.

MR. THOMASSON:  I have no further questions at this time.

But I wanted to remind everybody that we need to have a meet and confer.

MR. SHANKS:  Okay.

*Rich Moffett Court Reporting, Inc.*

1                                                    55

2              Anyone else?  I will take

3       that as a no.

4              MS. RONNEBURGER:  I have no

5       questions.

6              MR. SHANKS:  Can we release

7       Jory?

8              MR. THOMASSON:  Sure,

9       absolutely.

10             MR. SHANKS:  Thank you,

11      Mr. Baron.

12             THE WITNESS:  Thank you for

13      your time.

14             (Time noted:  11:11 a.m.)

15

16

17

18

19

20

21

22

23

24

25

*Rich Moffett Court Reporting, Inc.*

```
1                                               56

2                  A C K N O W L E D G M E N T

3

4    STATE OF NEW YORK  )
                        :ss
5    COUNTY OF          )

6

7            I, JORY BARON, hereby certify

8        that I have read the transcript of my

9        testimony taken under oath in my

10       deposition of January 21, 2026; that

11       the transcript is a true, complete and

12       correct record of my testimony, and

13       that the answers on the record as

14       given by me are true and correct.

15

16

17                   _____

18                        JORY BARON

19

20

21   Signed and subscribed to before
     me, this           day
22   of                      , 2026.

23

24   _____
     Notary Public, State of New York

25
```

*Rich Moffett Court Reporting, Inc.*

```
1                                              57

2    ----------------I N D E X--------------------

3    WITNESS              EXAMINATION BY        PAGE

4    JORY BARON           MR. THOMASSON            5

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                              58

 2                  C E R T I F I C A T E

 3

     STATE OF NEW YORK  )
 4                      ) ss.:
     COUNTY OF NASSAU   )

 5

 6               I, Diana Mitchell, a Notary

 7          Public within and for the State of New

 8          York, do hereby certify:

 9               That JORY BARON, the witness

10          whose deposition is hereinbefore set

11          forth, was duly sworn by me and that

12          such deposition is a true record of

13          the testimony given by such witness.

14               I further certify that I am not

15          related to any of the parties to this

16          action by blood or marriage; and that I

17          am in no way interested in the outcome

18          of this matter.

19               IN WITNESS WHEREOF, I have

20          hereunto set my hand this 30th day of

21          January, 2026.

22

23                        Diana Mitchell
                     - - - - - - - - - - - - - - - - - - - - -
24                        DIANA MITCHELL

25
```

*Rich Moffett Court Reporting, Inc.*

## $

**$10,000** [2] - 10:22, 53:22
**$250,000** [3] - 52:17, 53:6, 53:9
**$50,000** [2] - 17:15, 17:22
**$735,000** [5] - 21:5, 23:9, 23:15, 26:9, 26:12

## 1

**10170-0002** [1] - 2:20
**10:08** [1] - 1:20
**11423-2327** [1] - 2:8
**11553** [1] - 3:11
**11743** [1] - 5:15
**11793** [1] - 3:6
**11:11** [1] - 55:14
**1239** [1] - 1:8
**1339** [1] - 3:18
**1580** [1] - 1:7
**1581** [1] - 1:6
**1591** [1] - 1:7
**1632** [1] - 1:7
**18211** [1] - 2:7
**189** [90] - 1:4, 1:17, 2:12, 10:13, 10:15, 10:18, 10:22, 11:6, 11:9, 11:13, 11:21, 12:11, 12:16, 17:14, 17:20, 18:7, 20:9, 20:16, 20:20, 20:24, 21:17, 22:10, 22:13, 22:17, 23:18, 25:9, 26:7, 27:3, 27:17, 27:22, 28:5, 29:19, 30:8, 30:12, 30:16, 32:6, 32:23, 33:13, 34:10, 34:16, 34:25, 35:7, 35:13, 35:25, 37:22, 38:2, 38:4, 38:7, 38:10, 38:13, 38:14, 38:19, 39:6, 39:21, 40:2, 40:6, 40:10, 40:14, 40:23, 40:24, 41:6, 41:10, 41:14, 41:19, 42:6, 42:8, 42:11, 43:18, 44:2, 44:6, 44:14, 44:15, 44:21, 45:4, 45:12, 48:12, 48:15, 48:18, 48:22, 48:25, 49:4, 49:9, 49:16, 49:22, 50:5, 50:8, 51:16, 52:2, 52:8
**19107** [1] - 3:19
**198** [1] - 19:4

## 2

**2000** [1] - 8:25
**2017** [1] - 45:25
**2021** [2] - 7:11, 53:23
**2023** [1] - 7:12
**2024** [4] - 13:23, 14:6, 14:8, 19:23
**2026** [4] - 1:20, 56:10, 56:22, 58:21
**21** [1] - 1:20, 5:14, 56:10
**23** [2] - 1:9, 2:18
**2320** [1] - 2:19
**2519** [1] - 1:8
**2:23-cv-6188** [1] - 1:10

## 3

**3/2/88** [1] - 6:24
**30th** [1] - 58:20
**3280** [1] - 3:5
**333** [1] - 3:10

## 4

**420** [1] - 2:19
**446** [2] - 1:8, 2:17

## 5

**5** [1] - 57:4
**50** [5] - 13:19, 13:21, 15:12, 15:16
**500** [1] - 3:18

## 7

**76** [2] - 1:8, 2:17

## 9

**99** [1] - 44:2

## A

**a.m** [2] - 1:20, 55:14
**AARONSON** [1] - 1:5
**Aaronson** [13] - 2:14, 11:20, 22:7, 37:22, 37:24, 38:4, 38:5, 38:10, 38:12, 43:16, 43:23, 51:18, 51:20
**ability** [1] - 5:24
**able** [2] - 29:11, 38:21
**absolutely** [3] - 32:14, 32:16, 55:9
**Academy** [1] - 8:8
**account** [1] - 48:15
**accountant** [4] -

41:20, 42:13, 43:5, 43:7
**accountants** [2] - 42:22, 42:25
**accounting** [4] - 41:9, 41:20, 42:17, 43:9
**accounts** [9] - 11:3, 30:13, 30:16, 39:25, 40:6, 48:15, 48:19, 49:16, 52:2
**accurate** [2] - 5:25, 21:24
**acquired** [2] - 40:16, 41:5
**action** [1] - 58:16
**actions** [1] - 22:21
**active** [1] - 11:5
**activities** [4] - 21:3, 36:20, 38:7, 51:21
**add** [1] - 36:7
**address** [2] - 5:12, 5:13
**administer** [1] - 4:16
**affiliated** [1] - 50:11
**ago** [1] - 16:20
**AGREED** [3] - 4:3, 4:9, 4:14
**agreement** [4] - 14:11, 14:18, 39:4, 39:9
**agreements** [1] - 48:12
**ahead** [1] - 23:11
**alive** [1] - 37:19
**ALIVIA** [1] - 3:22
**allegation** [1] - 23:2
**allegations** [1] - 47:24
**allege** [1] - 30:11
**allowed** [1] - 32:12
**Ally** [3] - 47:12, 47:19, 47:20
**almost** [1] - 34:19
**ALSO** [1] - 3:22
**amount** [3] - 25:15, 43:3, 53:5
**AND** [3] - 4:2, 4:8, 4:13
**answer** [7] - 19:17, 23:12, 28:19, 29:9, 29:10, 33:11, 51:4
**answered** [4] - 22:23, 23:11, 28:25, 44:23
**answers** [2] - 5:25, 56:13
**ANTHONY** [4] - 1:4, 1:11, 3:23, 3:24
**Anthony** [32] - 2:6, 10:22, 16:3, 16:19, 17:15, 17:21, 19:3, 21:3, 21:12, 22:14, 22:19, 22:24, 23:15,

23:23, 24:9, 24:13, 24:20, 25:3, 26:19, 30:19, 34:12, 34:21, 35:10, 35:15, 36:15, 39:5, 39:23, 43:17, 43:25, 48:21, 49:8, 49:21
**apologize** [2] - 27:13, 48:8
**appear** [1] - 40:14
**applied** [2] - 44:18, 45:8
**approval** [3] - 11:25, 12:2, 12:5
**approved** [2] - 43:16, 43:23
**area** [2] - 34:2, 52:25
**ARIEL** [1] - 3:12
**Asad** [1] - 2:15
**ASAD** [1] - 1:6
**aside** [1] - 46:5
**assigned** [3] - 17:21, 19:3, 39:22
**Association** [1] - 8:15
**Attorney** [1] - 52:17
**attorney** [3] - 22:25, 27:18, 35:4
**Attorneys** [4] - 2:4, 2:12, 3:9, 3:15
**attorneys** [1] - 4:3
**aunt** [3] - 7:15, 12:9, 15:9
**authority** [1] - 11:22
**authorization** [3] - 38:6, 48:24, 49:4
**authorized** [1] - 4:16
**auto** [4] - 8:8, 8:11, 36:15, 50:18
**Auto** [9] - 2:5, 2:13, 2:16, 2:18, 9:24, 36:25, 37:3, 43:12
**AUTO** [11] - 1:4, 1:5, 1:6, 1:7, 1:7, 1:8, 1:8, 1:9, 1:17
**automobile** [1] - 26:17
**AUTOMOTIVE** [1] - 1:14
**Automotive** [1] - 8:14
**available** [1] - 18:7
**Avenue** [2] - 2:7, 2:19
**aware** [34] - 15:10, 15:11, 16:5, 16:15, 17:2, 18:9, 18:12, 19:20, 19:24, 20:3, 20:7, 20:19, 20:21, 20:25, 21:11, 22:2, 22:4, 23:19, 23:22, 24:2, 24:3, 24:11, 24:12, 25:6, 25:11, 25:13, 25:17, 27:6,

27:10, 27:15, 28:5, 32:8, 32:10, 41:24

## B

**bachelor** [1] - 8:3
**bank** [9] - 11:2, 20:11, 30:12, 30:16, 39:25, 40:6, 49:16, 52:2
**BANK** [2] - 1:16, 1:17
**Bank** [6] - 3:9, 47:12, 47:19, 47:20, 48:16, 48:19
**banks** [1] - 20:12
**BARON** [8] - 1:5, 1:6, 1:6, 1:22, 56:7, 56:18, 57:4, 58:9
**Baron** [24] - 2:14, 2:15, 2:16, 5:10, 5:19, 6:15, 7:4, 7:5, 7:13, 9:25, 12:5, 12:6, 13:16, 13:22, 13:25, 14:13, 15:6, 15:13, 15:18, 15:19, 15:21, 16:4, 16:19, 17:6, 18:6, 19:17, 25:20, 29:3, 29:16, 31:21, 32:22, 36:7, 37:14, 37:17, 37:18, 44:11, 44:12, 44:25, 46:2, 46:3, 52:16, 53:18, 55:11
**Baron's** [1] - 51:17
**basis** [2] - 10:2, 52:3
**became** [1] - 20:7
**become** [5] - 10:17, 14:12, 14:19, 20:3, 24:3
**behalf** [1] - 12:6
**between** [11] - 4:3, 12:8, 14:20, 15:5, 18:20, 24:9, 24:13, 24:18, 24:20, 25:3, 32:13
**birth** [1] - 6:22
**birthday** [1] - 6:25
**bit** [1] - 48:6
**BLANKENSHIP** [1] - 1:12
**Blankenship** [1] - 32:23
**blood** [1] - 58:16
**Blvd** [1] - 2:16
**BLVD** [1] - 1:6, 1:7, 1:7, 1:8
**born** [3] - 6:16, 7:10, 7:11
**Boulevard** [1] - 3:10
**break** [1] - 32:15
**BRIAN** [1] - 1:5

---

*Rich Moffett Court Reporting, Inc.*

**Brian** [3] - 2:14, 12:14, 22:7
**brief** [1] - 6:20
**brother** [1] - 37:13
**brought** [1] - 19:22
**Building** [1] - 3:17
**Business** [1] - 8:4
**business** [11] - 8:9, 8:11, 28:8, 29:23, 30:2, 36:15, 47:4, 47:10, 47:11, 47:18, 50:18
**businesses** [4] - 36:16, 44:17, 46:8, 46:12
**but..** [1] - 23:5
**buyer** [4] - 16:7, 16:9, 16:13, 16:16
**BUYERS** [1] - 1:12
**buyouts** [3] - 52:21, 52:23, 53:3
**BY** [6] - 2:9, 2:21, 3:12, 3:20, 5:17, 57:3

## C

**cannot** [15] - 11:18, 13:14, 25:10, 25:14, 27:5, 28:9, 33:9, 39:7, 39:8, 40:3, 42:16, 44:15, 45:8, 46:5, 46:20
**CAPITAL** [1] - 1:15
**Capital** [1] - 37:11
**car** [5] - 27:2, 27:6, 30:7, 47:10, 50:14
**CAR** [1] - 1:12
**cars** [3] - 30:10, 50:14, 51:12
**CARS** [2] - 1:13, 1:13
**Case** [1] - 1:10
**cases** [2] - 24:19, 47:24
**caused** [6] - 20:20, 20:22, 21:17, 22:13, 22:17, 23:8
**Center** [1] - 46:16
**Centereach** [1] - 46:16
**century** [1] - 8:20
**certificate** [1] - 15:2
**certificates** [1] - 15:3
**certification** [1] - 4:6
**certify** [3] - 56:7, 58:8, 58:14
**Chabrier** [3] - 2:14, 12:14, 22:8
**CHABRIER** [1] - 1:5
**charge** [3] - 11:9, 11:14, 51:10

**CHASE** [1] - 1:17
**Chase** [2] - 48:16, 48:19
**Chestnut** [1] - 3:18
**children** [1] - 7:6
**choppy** [2] - 19:7, 48:6
**CIANCIULLI** [1] - 3:20
**circumstance** [1] - 33:24
**circumstances** [1] - 34:7
**Citrin** [5] - 42:18, 42:21, 43:4, 43:8, 43:24
**claim** [7] - 16:4, 16:6, 16:8, 16:10, 16:11, 16:13, 16:16
**clear** [1] - 36:22
**client** [1] - 23:5
**close** [2] - 15:24, 38:18
**closed** [12] - 37:22, 38:4, 38:10, 38:13, 38:14, 38:20, 40:25, 46:13, 46:25, 47:5, 49:12
**closely** [1] - 35:23
**CO** [1] - 1:16
**COAST** [6] - 1:13, 1:13, 1:14, 1:14, 1:15
**college** [2] - 7:18, 7:20
**coming** [1] - 28:16
**commenced** [1] - 24:18
**committed** [5] - 26:6, 26:19, 31:25, 32:22, 34:9
**communicating** [3] - 30:22, 30:24, 31:6
**companies** [1] - 45:25
**company** [2] - 39:18, 42:14
**complaint** [4] - 19:22, 19:24, 20:4, 20:6
**complaints** [2] - 24:5, 24:8
**complete** [1] - 56:11
**computer** [1] - 19:9
**Condor** [1] - 37:10
**confer** [1] - 54:24
**consecutive** [1] - 9:15
**Cont'd** [1] - 3:2
**continues** [1] - 9:7
**continuously** [1] - 9:8
**contract** [10] - 14:18, 15:5, 15:8, 15:9, 15:22, 16:18, 18:20, 18:25, 19:3, 39:20

**contracts** [4] - 17:20, 17:25, 18:2, 39:22
**contribute** [1] - 21:9
**controller** [2] - 50:4, 50:20
**controller's** [1] - 50:15
**controllers** [1] - 50:7
**COONEY** [1] - 3:22
**Cooperman** [5] - 42:19, 42:21, 43:4, 43:8, 43:24
**CORP** [1] - 1:15
**Corp** [1] - 37:11
**corporate** [1] - 42:11
**correct** [5] - 24:21, 33:6, 44:25, 56:12, 56:14
**correctly** [1] - 9:13
**counts** [2] - 8:8, 45:14
**COUNTY** [2] - 56:5, 58:4
**course** [3] - 18:14, 23:25, 31:12
**COURT** [3] - 1:2, 5:6, 5:11
**Court** [2] - 1:23, 4:19
**cover** [1] - 22:20
**CPA** [1] - 1:12
**CPA'S** [1] - 1:16
**CULLEN** [1] - 3:8
**customer** [1] - 18:2
**customers** [2] - 26:14, 49:25
**customers'** [4] - 21:6, 26:14, 50:2
**cut** [1] - 36:9
**CYRULI** [1] - 2:11

## D

**daily** [1] - 52:3
**date** [4] - 6:22, 8:19, 10:20, 46:21
**dates** [1] - 24:7
**daughter** [1] - 48:9
**DAVID** [1] - 1:6
**David** [7] - 2:16, 7:13, 11:16, 11:17, 12:6, 15:18, 51:17
**day-to-day** [13] - 10:2, 11:10, 11:22, 12:3, 28:8, 36:19, 38:2, 38:6, 38:22, 51:9, 51:11, 51:21, 52:10
**dealer** [2] - 13:19, 13:20
**Dealer** [1] - 8:14
**dealership** [2] - 50:14, 52:24
**dealerships** [2] -

26:18, 27:9
**death** [1] - 51:17
**Defendant** [3] - 3:4, 3:9, 3:15
**Defendants** [1] - 1:18
**defendants** [1] - 47:25
**degree** [2] - 7:23, 8:2
**DEO** [4] - 1:11, 3:23, 3:23
**Deo** [33] - 10:22, 16:3, 16:19, 17:15, 17:22, 19:3, 21:4, 22:14, 22:19, 22:24, 23:16, 24:9, 24:13, 24:20, 25:3, 26:13, 26:19, 33:16, 34:15, 34:16, 34:24, 35:6, 35:9, 35:25, 39:6, 39:23, 43:17, 43:25, 47:25, 48:21, 49:8, 49:21, 53:23
**Deo's** [1] - 23:23
**Deos** [1] - 19:22
**deposition** [6] - 4:6, 4:14, 5:21, 56:10, 58:10, 58:12
**Deposition** [2] - 1:19, 1:22
**DIANA** [1] - 58:24
**Diana** [6] - 1:24, 19:12, 28:21, 32:17, 58:6, 58:23
**died** [1] - 11:17
**different** [2] - 9:23, 25:24
**direct** [1] - 29:9
**direction** [1] - 43:25
**directly** [8] - 23:24, 27:19, 34:21, 35:9, 35:15, 36:12, 36:14, 46:6
**discussed** [1] - 34:2
**discussing** [1] - 39:20
**DISTRICT** [2] - 1:2, 1:3
**DLA** [1] - 1:15
**documentation** [1] - 14:22
**documents** [2] - 41:23, 42:5
**done** [3] - 22:19, 28:18, 47:11
**down** [5] - 31:18, 53:25, 54:6, 54:8, 54:10
**drugs** [1] - 5:23
**due** [1] - 15:23
**duly** [2] - 5:3, 58:11
**during** [3] - 8:24, 13:8, 53:3
**DWIGHT** [1] - 1:12

**Dwight** [1] - 32:23
**DYKMAN** [1] - 3:8

## E

**Earle** [1] - 3:10
**EASTERN** [1] - 1:3
**effect** [1] - 4:17
**either** [2] - 7:24, 27:3
**elaborate** [1] - 39:10
**EMANUEL** [1] - 2:9
**employed** [3] - 45:16, 45:18, 45:19
**enforcement** [1] - 47:23
**entirety** [1] - 53:19
**ESQ** [5] - 2:9, 2:21, 3:3, 3:12, 3:20
**estate** [2] - 12:6, 15:18
**ESTATE** [1] - 1:6
**Estate** [2] - 2:16
**evidence** [1] - 24:11
**evident** [2] - 22:12, 24:7
**exact** [8] - 8:18, 10:19, 33:23, 39:8, 40:13, 42:16, 43:2, 46:20
**exactly** [5] - 12:17, 13:10, 16:21, 24:6, 40:7
**EXAMINATION** [2] - 5:17, 57:3
**examined** [1] - 5:4
**except** [2] - 4:9, 6:20
**experience** [1] - 18:19
**extent** [1] - 31:13
**extremely** [1] - 35:23

## F

**facilitate** [6] - 21:2, 21:10, 21:12, 22:20, 23:20, 30:20
**fact** [1] - 25:20
**fair** [5] - 27:23, 28:3, 28:11, 29:16, 29:19
**false** [1] - 16:11
**family** [6] - 11:9, 11:14, 14:17, 15:5, 45:10, 45:11
**far** [2] - 16:12, 16:15
**February** [1] - 53:23
**few** [1] - 10:2
**file** [3] - 40:18, 41:2, 41:10
**filed** [6] - 19:23, 40:22, 41:18, 42:5, 42:9, 44:16
**filing** [2] - 4:5, 42:11
**financially** [1] - 17:17

*Rich Moffett Court Reporting, Inc.*

**fine** [5] - 53:6, 53:9, 53:13, 53:17, 53:21
**fined** [1] - 52:17
**finished** [1] - 36:4
**firm** [1] - 42:17
**first** [3] - 10:17, 46:24, 49:7
**firsthand** [8] - 21:16, 25:21, 25:23, 28:4, 30:4, 31:8, 31:10, 35:19
**FISK** [1] - 1:8
**Fisk** [2] - 2:17
**five** [1] - 52:14
**floor** [14] - 20:9, 20:12, 27:8, 27:10, 27:16, 27:19, 27:22, 28:5, 28:9, 28:13, 29:18, 29:25, 47:21, 49:24
**FLUSHING** [1] - 1:16
**Flushing** [1] - 3:9
**follow** [1] - 28:17
**follows** [1] - 5:5
**force** [1] - 4:17
**form** [9] - 4:10, 17:25, 18:25, 19:16, 29:8, 31:17, 31:20, 44:9, 50:17
**formal** [1] - 14:14
**formally** [1] - 19:25
**forth** [2] - 50:3, 58:11
**four** [2] - 46:8, 46:11
**fraud** [2] - 23:19, 23:23
**fraudulent** [1] - 21:3
**fulfill** [1] - 54:13
**full** [1] - 5:7
**function** [1] - 12:18
**Funding** [1] - 3:16
**FUNDING** [1] - 1:16
**funds** [4] - 44:6, 44:13, 44:20, 45:3
**FURTHER** [2] - 4:8, 4:13

## G

**general** [1] - 51:8
**General** [1] - 52:18
**given** [5] - 25:25, 35:3, 35:5, 56:14, 58:13
**GMC** [1] - 37:5
**GOLD** [6] - 1:13, 1:13, 1:14, 1:14, 1:15
**Great** [2] - 6:17, 45:24
**GROUP** [1] - 1:14
**Group** [3] - 36:25, 37:3, 43:12
**group** [1] - 37:10

## H

**hand** [1] - 58:20
**handle** [4] - 38:6, 38:21, 51:7, 51:8
**handled** [3] - 38:12, 51:20, 53:3
**handling** [2] - 27:19, 38:2
**happy** [1] - 6:7
**harm** [4] - 20:19, 20:21, 20:24, 21:9, 21:17, 22:13, 22:17, 23:7, 31:14
**harmed** [3] - 22:11, 22:25, 23:17
**HARRY** [1] - 1:11, 3:3
**Harry** [3] - 5:20, 36:4, 53:11
**hear** [4] - 47:13, 47:14, 47:16, 53:10
**heard** [1] - 16:22
**helped** [2] - 21:10, 21:12
**helping** [4] - 21:2, 22:20, 23:20, 30:19
**HEREBY** [1] - 4:2
**hereby** [2] - 56:7, 58:8
**herein** [1] - 4:4
**hereinbefore** [1] - 58:10
**hereunto** [1] - 58:20
**Highway** [9] - 2:12, 3:5, 10:14, 10:16, 10:18, 10:23, 11:13, 17:14, 36:2
**HIGHWAY** [1] - 1:4
**Hofstra** [3] - 7:22, 7:25, 8:6
**hold** [3] - 13:15, 13:24, 48:22
**Honda** [2] - 9:25, 46:3
**hope** [1] - 6:12
**Huntington** [1] - 5:14
**husband** [2] - 35:24, 36:12
**HWY** [1] - 1:17
**HYLAN** [6] - 1:6, 1:7, 1:7, 1:8
**Hylan** [2] - 2:16
**Hyundai** [1] - 9:24

## I

**IAG** [5] - 43:4, 43:7, 43:9, 43:11, 50:11
**immediate** [2] - 45:11, 45:14
**impact** [1] - 5:24
**impression** [1] - 38:15

**IN** [1] - 58:19
**inability** [1] - 21:5
**Inc** [1] - 2:5
**INC** [3] - 1:4, 1:13, 1:16
**inception** [1] - 10:20
**included** [1] - 41:3
**indicated** [1] - 26:5
**indicates** [1] - 27:2
**indicating** [4] - 40:22, 42:6, 43:17, 43:25
**information** [5] - 25:25, 26:2, 26:4, 35:2, 35:3
**informed** [4] - 16:7, 16:10, 16:13, 16:16
**insinuate** [1] - 23:3
**instance** [2] - 22:16, 23:7
**interactions** [1] - 52:11
**interest** [7] - 13:15, 13:18, 36:24, 37:2, 37:4, 40:16, 41:6
**interested** [1] - 58:17
**introduction** [1] - 33:22
**involved** [15] - 11:20, 12:15, 20:15, 21:20, 21:24, 28:8, 28:13, 29:22, 29:25, 30:7, 31:14, 31:22, 35:22, 36:16, 37:9
**involvement** [5] - 22:3, 29:18, 32:3, 34:18, 45:5
**involving** [1] - 47:24
**Iris** [3] - 2:15, 7:15, 12:5
**IRIS** [1] - 1:6
**IS** [3] - 4:2, 4:8, 4:13
**Island** [6] - 2:18, 6:19, 36:25, 37:3, 37:8, 43:12
**ISLAND** [1] - 1:9
**issues** [4] - 24:9, 24:20, 24:23, 25:2
**IT** [3] - 4:2, 4:8, 4:13

## J

**J.P** [1] - 1:16
**Jamaica** [2] - 2:7, 2:8
**January** [5] - 1:20, 13:23, 14:6, 56:10, 58:5
**JEFFREY** [1] - 3:20
**Jersey** [1] - 6:21
**JMW)COUNTY** [1] - 1:11

**job** [4] - 50:19, 50:22, 51:5, 51:15
**JONES** [2] - 1:12, 1:16
**JORY** [6] - 1:5, 1:22, 56:7, 56:18, 57:4, 58:9
**Jory** [6] - 2:14, 5:9, 31:18, 44:12, 48:5, 55:7
**Josh** [12] - 11:20, 22:7, 37:21, 37:24, 38:3, 38:5, 38:10, 38:12, 43:15, 43:22, 51:17, 51:20
**Joshua** [1] - 2:14
**JOSHUA** [1] - 1:5
**July** [1] - 17:10

## K

**K-1** [2] - 40:10, 41:18
**KATAEV** [1] - 2:9
**KHAN** [1] - 1:6
**Khan** [1] - 2:15
**kind** [1] - 48:6
**knowledge** [37] - 10:10, 11:24, 13:11, 21:14, 21:16, 21:19, 22:10, 25:21, 25:23, 26:6, 27:2, 27:7, 27:8, 27:10, 27:21, 28:4, 28:12, 29:18, 29:25, 30:4, 30:6, 30:15, 30:21, 30:24, 31:5, 31:8, 31:11, 31:25, 32:5, 32:21, 33:2, 33:12, 34:9, 34:14, 34:15, 35:19
**knows** [1] - 36:11

## L

**lack** [1] - 48:8
**Lane** [1] - 5:14
**last** [6] - 8:22, 32:18, 34:22, 40:9, 42:4, 47:22
**Lauren** [1] - 17:6
**LAURIE** [1] - 1:12
**Laurie** [2] - 33:8, 33:13
**law** [1] - 47:23
**lawyer** [1] - 23:4
**lease** [4] - 47:2, 52:21, 52:22, 53:2
**LEASING** [2] - 1:5, 1:17
**Leasing** [1] - 2:13
**least** [2] - 16:18, 33:17
**LEGAL** [1] - 2:3

**legal** [2] - 14:22, 16:22
**lending** [2] - 37:10, 47:21
**lengthy** [1] - 27:12
**Lexington** [1] - 2:19
**LIBERTAS** [1] - 1:16
**Libertas** [1] - 3:15
**LIC** [1] - 1:14
**life** [2] - 6:19, 12:25
**likely** [1] - 9:2
**limited** [1] - 52:11
**litigation** [3] - 24:17, 25:2, 34:23
**LITTLE** [1] - 1:16
**lived** [1] - 6:18
**LLC** [29] - 1:4, 1:5, 1:7, 1:7, 1:8, 1:8, 1:9, 1:9, 1:13, 1:13, 1:14, 1:14, 1:15, 1:16, 1:17, 2:3, 2:5, 2:13, 2:17, 2:18, 3:16
**LLCs** [1] - 2:17
**LLP** [4] - 1:16, 2:11, 3:8, 3:14
**loan** [1] - 21:5
**loans** [1] - 44:16
**location** [10] - 21:4, 34:5, 36:14, 36:23, 37:6, 37:7, 40:17, 40:25, 45:9, 46:15
**locations** [9] - 9:23, 25:5, 25:6, 34:12, 35:10, 35:24, 46:4, 46:14, 54:3
**look** [1] - 52:13
**lovely** [1] - 38:8

## M

**maintained** [1] - 47:2
**Mall** [1] - 9:24
**Management** [3] - 2:18, 8:4
**MANAGEMENT** [1] - 1:9
**manager** [5] - 50:19, 51:6, 51:7, 51:8
**managers** [1] - 11:19
**managing** [1] - 51:22
**Marc** [2] - 32:6, 32:8
**MARC** [1] - 1:12
**marriage** [1] - 58:16
**married** [3] - 17:3, 17:8, 45:15
**matter** [3] - 12:8, 53:2, 58:18
**mean** [5] - 17:25, 20:11, 35:18, 44:19, 52:22

meant [1] - 20:13
medication [1] - 5:23
meet [2] - 33:16, 54:24
members [2] - 15:6, 45:11
memory [2] - 15:4, 41:14
MERCKLING [1] - 1:12
Merckling [2] - 32:6, 32:9
met [2] - 25:18, 33:19
metro [1] - 52:25
Michael [2] - 33:8, 33:12
MICHAEL [1] - 1:12
Michigan [2] - 7:21, 8:6
mind [1] - 10:3
minutes [1] - 52:14
misspeak [1] - 29:13
MITCHELL [1] - 58:24
Mitchell [3] - 1:24, 58:6, 58:23
moment [2] - 39:12, 40:20
money [7] - 10:25, 16:24, 30:12, 30:16, 46:9, 46:10, 46:12
MORGAN [1] - 1:17
morning [3] - 5:19, 5:21, 19:9
mortgage [1] - 47:21
most [3] - 9:2, 29:6, 45:7
Motor [1] - 2:13
MOTOR [2] - 1:5, 1:17
Motors [14] - 2:4, 10:5, 10:8, 10:11, 12:23, 13:13, 23:16, 25:13, 25:17, 27:4, 31:15, 31:23, 32:4, 33:20
MOTORS [6] - 1:4, 1:13, 1:14, 1:14, 1:15, 1:15
MR [38] - 5:18, 17:24, 18:3, 18:5, 19:12, 19:15, 23:10, 28:15, 28:20, 28:24, 29:6, 31:2, 31:4, 31:16, 32:17, 36:3, 36:5, 36:8, 38:24, 39:2, 39:3, 44:8, 44:11, 44:22, 48:5, 50:16, 51:2, 52:12, 53:8, 53:12, 53:14, 53:15, 54:20, 54:25, 55:6, 55:8, 55:10, 57:4
MS [1] - 55:4

# N

N.A [1] - 1:17
NADA [2] - 8:7, 8:13
naive [1] - 43:6
name [5] - 5:7, 5:9, 5:20, 17:5, 37:16
named [2] - 33:7, 37:13
names [4] - 7:3, 7:8, 12:13, 22:6
NASSAU [1] - 58:4
national [1] - 8:14
Neck [2] - 6:17, 45:24
need [3] - 16:9, 32:15, 54:23
NESNA [4] - 39:14, 39:16, 39:17, 39:22
never [3] - 19:25, 25:18, 45:20
NEW [3] - 1:3, 56:4, 58:3
New [12] - 1:25, 2:8, 2:20, 3:6, 3:11, 5:14, 6:17, 6:21, 52:18, 56:24, 58:7
night [1] - 48:10
Nissan [20] - 9:25, 13:16, 13:22, 13:25, 14:13, 14:15, 14:21, 14:23, 15:7, 15:13, 15:20, 15:21, 16:4, 16:19, 17:21, 18:8, 39:18, 46:3, 52:16, 52:24
Noah [1] - 7:9
nonexistent [1] - 34:20
Northshore [16] - 2:13, 10:5, 10:8, 10:11, 12:22, 13:12, 23:16, 25:13, 27:3, 31:14, 31:23, 32:4, 33:20, 36:22, 37:22, 37:25
NORTHSHORE [2] - 1:5, 1:17
Notary [4] - 1:24, 5:4, 56:24, 58:6
noted [1] - 55:14
notice [1] - 20:6
Notice [1] - 1:23
NYC [1] - 1:12

# O

oath [2] - 4:17, 56:9
objected [1] - 29:5
objection [12] - 17:24, 19:15, 23:10, 28:24,

31:2, 31:16, 31:19, 44:8, 44:22, 50:16, 51:2, 53:8
objections [2] - 4:9, 29:7
obligations [2] - 54:12, 54:17
obtain [2] - 8:16, 44:5
obtained [2] - 44:20, 45:3
October [1] - 46:22
OF [12] - 1:3, 1:6, 1:6, 1:13, 1:13, 1:14, 1:14, 1:15, 56:4, 56:5, 58:3, 58:4
office [3] - 34:5, 36:21, 50:15
officer [1] - 4:16
once [2] - 12:24, 33:17
one [10] - 11:2, 13:2, 22:15, 23:6, 33:20, 34:23, 42:21, 42:24, 46:13, 51:11
oOo [1] - 4:21
open [4] - 38:16, 40:18, 42:8, 47:4
opened [2] - 46:4, 46:18
opening [1] - 47:6
operating [1] - 48:11
operation [6] - 10:11, 11:6, 11:11, 11:12, 12:16, 51:9
operations [5] - 12:3, 20:16, 38:2, 38:22, 51:11
Order [1] - 1:23
originally [1] - 11:16
outcome [1] - 58:17
Ovington [1] - 3:10
owner [22] - 10:7, 10:13, 10:15, 10:18, 13:20, 13:22, 14:19, 35:8, 40:17, 40:22, 40:24, 41:8, 41:10, 41:16, 41:18, 42:7, 43:17, 44:2, 50:23, 51:6, 51:21, 52:9
ownership [7] - 14:7, 14:9, 14:24, 14:25, 16:4, 37:5, 42:6
owns [1] - 15:16

# P

PAGE [1] - 57:3
paid [4] - 16:24, 17:22, 50:24, 51:12
pandemic [6] - 13:9, 44:6, 44:13, 44:20,

45:2, 53:4
paperwork [1] - 15:9
Paralegal [1] - 3:22
parents' [1] - 7:3
part [3] - 37:5, 51:14, 52:9
partially [1] - 16:18
parties [2] - 4:4, 58:15
partners [12] - 12:10, 14:17, 21:15, 21:20, 22:5, 24:10, 24:13, 24:21, 25:3, 49:5, 52:4, 52:6
PARTNERS [1] - 1:15
passed [2] - 26:2, 26:4
passing [1] - 11:23
past [1] - 46:22
pay [1] - 21:6
paying [7] - 17:15, 26:14, 49:24, 49:25, 50:13, 50:20
payment [4] - 53:25, 54:6, 54:8, 54:10
payments [8] - 27:8, 27:11, 27:17, 27:22, 28:5, 28:14, 29:19, 30:2
payroll [1] - 46:7
pending [1] - 38:25
Pennsylvania [1] - 3:19
people [2] - 20:5, 20:23
percent [6] - 13:19, 13:20, 13:22, 15:12, 15:17, 44:2
performed [2] - 21:4, 35:12
periodic [1] - 9:17
person [5] - 9:5, 9:6, 9:14, 33:15, 51:10
personal [5] - 40:20, 40:21, 41:7, 41:13, 41:15
Phalon [2] - 12:14, 22:8
Philadelphia [1] - 3:19
phone [1] - 19:10
physically [1] - 36:13
place [3] - 13:6, 13:8, 26:17
Plaintiff [1] - 1:22
Plaintiffs [3] - 1:10, 2:4, 2:12
plan [11] - 27:11, 27:17, 27:19, 27:22, 28:5, 28:9, 28:13, 29:19, 30:2, 47:21, 49:24
plans [3] - 20:9, 20:12,

27:9
point [1] - 14:10
position [5] - 13:24, 14:3, 14:9, 24:19, 48:21
positions [1] - 14:4
possess [1] - 54:4
possession [1] - 54:19
possible [2] - 40:3, 49:19
post [1] - 21:22
potential [1] - 54:2
practice [1] - 18:23
PREMIER [1] - 1:15
preowned [1] - 46:4
prepared [2] - 19:23, 43:24
PRESENT [1] - 3:22
pretty [1] - 52:25
principal [1] - 13:20
privilege [1] - 23:5
pro [1] - 3:4
problem [1] - 6:12
proceed [1] - 29:10
process [3] - 14:7, 14:14, 16:23
profitable [1] - 47:8
program [1] - 9:4
proof [1] - 34:24
properly [1] - 51:13
provide [2] - 5:24, 18:21
provided [2] - 20:8, 20:12
provider [2] - 18:16, 18:21
Public [4] - 1:24, 5:4, 56:24, 58:7
purchase [5] - 16:19, 16:25, 17:16, 17:23, 39:6
pursuant [1] - 1:23
put [1] - 41:6
putting [1] - 21:25

# Q

questions [5] - 31:3, 32:13, 41:21, 54:21, 55:5
quick [1] - 28:17
quickly [1] - 52:13
quite [3] - 22:12, 24:7, 36:22

# R

range [3] - 8:23, 53:7, 53:20

**Ray** [2] - 12:14, 22:8
**re** [2] - 19:5, 24:14
**re-ask** [2] - 19:5, 24:14
**read** [6] - 19:13, 19:14, 28:23, 32:18, 32:20, 56:8
**really** [3] - 20:15, 28:9, 52:7
**Realty** [1] - 2:17
**REALTY** [1] - 1:8
**reason** [1] - 41:2
**receive** [1] - 10:25
**received** [5] - 8:11, 10:22, 40:10, 44:13, 53:22
**recently** [2] - 6:4, 52:17
**recess** [1] - 52:15
**Record** [3] - 19:14, 28:23, 32:20
**record** [6] - 5:8, 5:12, 29:8, 56:12, 56:13, 58:12
**referencing** [1] - 43:11
**referring** [2] - 44:10, 54:7
**regard** [2] - 24:23, 25:19
**regarding** [2] - 11:12, 25:2
**regards** [5] - 11:10, 21:4, 41:25, 45:9, 53:2
**related** [1] - 58:15
**relative** [1] - 37:16
**release** [1] - 55:6
**relief** [5] - 44:6, 44:13, 44:16, 44:20, 45:3
**remember** [2] - 34:6, 36:20
**remind** [1] - 54:22
**repay** [1] - 21:6
**repaying** [1] - 26:14
**repeat** [5] - 23:12, 27:25, 28:22, 43:20, 49:15
**rephrase** [3] - 6:7, 18:3, 27:14
**reply** [1] - 47:15
**REPORTER** [2] - 5:6, 5:11
**representation** [2] - 22:18, 22:24
**Representative** [1] - 2:15
**REPRESENTATIVE** [1] - 1:6
**representing** [2] - 19:2, 19:16
**requested** [1] - 41:22

**required** [1] - 14:23
**requires** [1] - 14:15
**reserved** [1] - 4:11
**respective** [1] - 4:4
**responsible** [2] - 42:10, 50:13
**restate** [1] - 24:15
**restitution** [3] - 53:16, 53:18, 53:21
**returns** [10] - 40:15, 40:18, 40:20, 40:21, 41:7, 41:13, 41:15, 41:23, 43:16, 43:23
**reviews** [1] - 52:2
**Riley** [1] - 7:9
**ROBERT** [2] - 1:4, 3:24
**Robert** [1] - 2:5
**Rockland** [1] - 9:24
**Ron** [1] - 7:5
**RONNEBURGER** [2] - 3:12, 55:4
**ROSLYN** [1] - 1:14
**rough** [1] - 47:9
**Route** [1] - 2:17
**ROUTE** [1] - 1:9
**routinely** [1] - 25:5
**run** [1] - 12:3
**Russell** [3] - 18:4, 29:4, 39:2
**RUSSELL** [1] - 2:21

**S**

**SAGE** [1] - 2:3
**sales** [4] - 27:3, 27:6, 30:7, 51:6
**Sales** [1] - 2:5
**SALES** [1] - 1:4
**salespeople** [1] - 51:23
**Sarah** [3] - 33:16, 34:14, 34:16, 34:24, 35:6, 35:9, 35:25, 36:11
**SARAH** [2] - 1:11, 3:23
**schooling** [1] - 8:8
**schools** [2] - 7:24, 8:5
**schoolteacher** [1] - 45:23
**Science** [1] - 8:3
**Se** [1] - 3:4
**sealing** [1] - 4:5
**second** [1] - 31:19
**see** [1] - 21:21
**sell** [1] - 15:19
**seltzer** [1] - 32:12
**September** [1] - 19:23
**served** [4] - 19:21,

19:25, 20:6, 52:25
**set** [1] - 58:10, 58:20
**settlement** [2] - 53:10, 53:20
**seven** [1] - 17:9
**several** [8] - 9:22, 11:19, 14:4, 20:22, 25:24, 26:13, 44:17, 54:11
**shall** [1] - 4:11
**SHANKS** [25] - 2:11, 2:21, 17:24, 18:5, 19:15, 23:10, 28:15, 28:24, 29:6, 31:2, 31:16, 36:3, 36:8, 38:24, 39:3, 44:8, 44:22, 48:5, 50:16, 51:2, 53:8, 53:14, 54:25, 55:6, 55:10
**show** [2] - 14:23, 15:10
**shown** [1] - 34:23
**sign** [1] - 15:10
**Signed** [1] - 56:21
**signed** [3] - 4:15, 4:18, 16:18
**sip** [1] - 32:12
**six** [2] - 9:14, 17:9
**sleep** [1] - 48:9
**slow** [1] - 31:18
**small** [2] - 7:2, 37:2
**SMITHTOWN** [1] - 1:15
**sold** [2] - 18:13, 30:9
**someone** [3] - 11:8, 11:13, 33:7
**sometime** [1] - 8:24
**sorry** [8] - 18:10, 19:8, 31:9, 32:24, 36:5, 38:24, 47:16, 53:11
**sound** [1] - 43:6
**speaking** [3] - 6:5, 30:19, 34:6
**specific** [7] - 22:16, 23:7, 25:14, 34:14, 34:15, 41:20, 43:3
**specifically** [7] - 9:23, 36:21, 45:8, 48:20, 49:17, 50:9, 54:14
**specificity** [1] - 49:21
**speculation** [1] - 51:3
**spoken** [1] - 47:23
**ss** [2] - 56:4, 58:4
**stand** [1] - 8:13
**standard** [1] - 18:23
**started** [1] - 14:8
**starting** [1] - 25:2
**State** [3] - 1:24, 56:24, 58:7
**STATE** [2] - 56:4, 58:3

**state** [2] - 5:7, 5:12
**statement** [1] - 27:23
**Staten** [1] - 37:8
**STATES** [1] - 1:2
**stating** [3] - 36:10, 38:19, 41:17
**Steven** [3] - 37:14, 37:17, 37:18
**still** [2] - 37:19, 38:16
**stint** [1] - 6:20
**STIPULATED** [3] - 4:2, 4:8, 4:13
**stock** [5] - 14:8, 15:2, 15:3, 15:6, 15:11
**stockholder** [3] - 14:5, 14:13, 15:13
**stopped** [1] - 12:21
**Store** [1] - 46:17
**store** [6] - 12:18, 18:13, 18:20, 41:18, 45:17, 51:22
**stores** [7] - 9:8, 9:18, 9:20, 17:12, 45:7, 45:19, 45:21
**STREET** [1] - 1:8
**Street** [2] - 2:17, 3:18
**strictly** [1] - 14:20
**subscribed** [1] - 56:21
**substantive** [1] - 33:25
**suggest** [1] - 35:6
**Suite** [2] - 2:19, 3:18
**summons** [2] - 24:5, 24:8
**Sunrise** [90] - 2:12, 3:5, 10:14, 10:16, 10:18, 10:23, 11:6, 11:9, 11:13, 11:21, 12:11, 12:16, 17:14, 17:20, 18:8, 19:4, 20:9, 20:16, 20:20, 20:25, 21:18, 22:11, 22:14, 22:17, 23:18, 25:9, 26:7, 27:3, 27:17, 27:22, 28:6, 29:19, 30:8, 30:12, 30:17, 32:7, 32:23, 33:13, 34:10, 34:17, 34:19, 34:25, 35:7, 35:13, 36:2, 37:23, 38:4, 38:7, 38:11, 38:13, 38:14, 38:19, 39:6, 39:21, 40:2, 40:6, 40:11, 40:14, 40:23, 40:24, 41:6, 41:7, 41:11, 41:15, 41:19, 42:6, 42:8, 42:12, 43:18, 44:2, 44:7, 44:14, 44:16, 44:21, 45:4, 45:12,

48:12, 48:15, 48:18, 48:22, 48:25, 49:5, 49:9, 49:16, 49:22, 50:5, 50:8, 51:16, 52:3, 52:8
**SUNRISE** [3] - 1:4, 1:13, 1:17
**Super** [1] - 46:16
**Superb** [2] - 2:4, 25:17
**SUPERB** [1] - 1:4
**supposedly** [1] - 33:4
**surgery** [1] - 6:4
**sworn** [4] - 4:15, 4:18, 5:3, 58:11
**SYOSSET** [1] - 1:13

**T**

**tax** [11] - 40:15, 40:18, 40:20, 40:21, 41:7, 41:13, 41:15, 41:23, 42:5, 43:16, 43:23
**taxes** [3] - 41:2, 42:9, 42:11
**TEAM** [1] - 1:4
**Team** [1] - 2:5
**teens** [1] - 8:25
**ten** [1] - 8:22
**Terri** [1] - 7:5
**testified** [1] - 5:5
**testimony** [3] - 56:9, 56:12, 58:13
**THE** [8] - 1:6, 5:6, 5:9, 5:11, 5:13, 29:4, 29:12, 55:12
**therefore** [1] - 29:24
**thereto** [1] - 24:6
**third** [1] - 23:14
**THOMAS** [1] - 1:12
**Thomasson** [2] - 5:20, 28:15
**THOMASSON** [17] - 1:11, 3:3, 5:18, 18:3, 19:12, 28:20, 31:4, 32:17, 36:5, 39:2, 44:11, 52:12, 53:12, 53:15, 54:20, 55:8, 57:4
**three** [2] - 34:22, 47:22
**today** [2] - 5:25, 33:3
**took** [4] - 13:5, 23:16, 26:17, 30:11
**top** [1] - 10:3
**towards** [3] - 17:16, 17:22, 21:9
**training** [6] - 8:10, 8:17, 9:3, 9:7, 9:10, 9:18
**transactions** [9] -

21:22, 23:21, 26:15, 26:17, 28:10, 30:20, 30:23, 30:25, 31:7
**transcript** [2] - 56:8, 56:11
**transfer** [3] - 14:23, 15:6, 15:11
**transferred** [2] - 7:22, 14:25
**transpired** [1] - 26:10
**trial** [1] - 4:12
**trouble** [4] - 6:5, 6:6, 19:9, 32:18
**troubling** [1] - 6:9
**true** [4] - 31:12, 56:11, 56:14, 58:12
**try** [1] - 6:10
**trying** [2] - 15:19, 49:15
**twice** [1] - 12:24
**two** [5] - 13:3, 27:9, 31:2, 46:4, 47:3
**type** [3] - 14:12, 14:19, 50:5
**typically** [1] - 51:7

## U

**UEA** [1] - 1:15
**ultimately** [1] - 39:19
**uncle** [4] - 7:14, 11:23, 37:18, 45:13
**Uncle** [1] - 11:16
**under** [4] - 15:21, 38:15, 41:18, 56:9
**Uniondale** [1] - 3:11
**UNITED** [1] - 1:2
**university** [1] - 7:21
**University** [2] - 7:22, 7:25
**unless** [2] - 8:7, 29:8
**up** [4] - 22:21, 28:17, 48:5, 48:9
**Urrutia** [1] - 2:6
**URRUTIA** [2] - 1:4, 3:24

## V

**vehicles** [3] - 49:24, 50:20, 50:23
**visits** [1] - 13:3
**voice** [1] - 6:9

## W

**waiting** [1] - 16:2
**waived** [1] - 4:7
**Wantagh** [1] - 3:6
**warranties** [8] - 18:7,

18:13, 18:16, 18:22, 21:7, 26:15, 47:20, 50:2
**warranty** [3] - 17:20, 18:21, 39:17
**ways** [1] - 25:24
**Wayside** [1] - 5:14
**week** [2] - 9:6, 9:11
**weeks** [2] - 9:10, 9:14
**WEIR** [1] - 3:14
**WHEREOF** [1] - 58:19
**whole** [1] - 6:19
**Widener** [1] - 3:17
**wife** [2] - 45:16, 45:19
**wife's** [1] - 17:5
**witness** [3] - 5:3, 58:9, 58:13
**WITNESS** [7] - 5:9, 5:13, 29:4, 29:12, 55:12, 57:3, 58:19
**wordy** [1] - 27:13
**works** [1] - 45:19
**world** [1] - 7:2
**worries** [1] - 19:11
**wow** [1] - 7:2
**writing** [4] - 39:5, 54:4, 54:9, 54:18
**written** [2] - 14:11, 14:18
**wrongdoing** [9] - 25:22, 26:6, 26:11, 31:25, 32:22, 34:9, 34:14, 34:16, 35:12
**wrongdoings** [1] - 26:9

## Y

**year** [8] - 9:4, 9:9, 40:10, 40:13, 46:21, 46:24, 47:4, 47:5
**year-long** [1] - 9:4
**years** [7] - 7:10, 8:22, 16:20, 17:9, 34:22, 47:3, 47:23
**yes-or-no** [2] - 26:22, 29:2
**Yonkers** [1] - 9:24
**YORK** [3] - 1:3, 56:4, 58:3
**York** [11] - 1:25, 2:8, 2:20, 3:6, 3:11, 5:15, 6:17, 52:18, 56:24, 58:8
**yourself** [2] - 12:20, 33:12

## Z

**ZIZMOR** [1] - 2:11

**Zoom** [1] - 1:19

*Rich Moffett Court Reporting, Inc.*