1                                                    1

2     UNITED STATES DISTRICT COURT

3     EASTERN DISTRICT OF NEW YORK

4     ------------------------------------x

5     SUPERB MOTORS INC., TEAM AUTO SALES,
      LLC, ROBERT ANTHONY URRUTIA, 189
6     SUNRISE HWY AUTO LLC, NORTHSHORE MOTOR
      LEASING LLC, BRIAN CHABRIER, individually
7     and derivatively as a member of
      NORTHSHORE MOTOR LEASING LLC, JOSHUA
8     AARONSON, individually and derivatively
      as a member of 189 SUNRISE HWY AUTO,
9     LLC, JORY BARON, 1581 HYLAN BLVD AUTO
      LLC, 1580 HYLAN BLVD AUTO LLC, 1591
10    HYLAN BLVD AUTO LLC, 1632 HYLAN BLVD
      AUTO LLC, 1239 HYLAN BLVD AUTO LLC, 2519
11    HYLAN BLVD AUTO LLC, 76 FISK STREET REALTY,
      LLC, 446 ROUTE 23 AUTO LLC and ISLAND AUTO
12    MANAGEMENT, LLC,
                                    Plaintiffs,
13                                       Case No.1:23-cv-6188

14              -against-

15    ANTHONY DEO, SARAH DEO, HARRY THOMASSON,
      DWIGHT BLANKENSHIP, MARC MERCKLING,
16    MICHAEL LAURIE, THOMAS JONES, CPA,
      CAR BUYERS NYC, INC., GOLD COAST CARS
17    OF SYOSSET LLC, GOLD COAST CARS OF
      SUNRISE LLC, GOLD COAST MOTORS AUTOMOTIVE
18    GROUP LLC, GOLD COAST MOTORS OF LIC
      LLC, GOLD COAST MOTORS OF ROSLYN LLC,
19    GOLD COAST MOTORS OF SMITHTOWN LLC,
      UEA PREMIER MOTORS CORP., DLA
20    CAPITAL PARTNERS INC., JONES LITTLE & CO.,
      CPA's LLP, FLUSHING BANK and LIBERTAS
21    FUNDING, LLC,
                      Defendants.
22    ------------------------------------x
                      Zoom videoconference
23
                      December 22, 2025
24                    11:10 a.m.

25          (Examination Before Trial of ASAD KHAN)

*Rich Moffett Court Reporting, Inc.*

1                                                           2

2                    Examination Before Trial of the

3              Plaintiff ASAD KHAN, pursuant to

4              Order, before Lorraine Marinazzo, a

5              Notary Public of the State of New

6              York.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

3

A P P E A R A N C E S:

HARRY R. THOMASSON, ESQ.
Pro Se Defendant
        3280 Sunrise Highway
        Wantagh, New York 11793


CYRULI SHANKS & ZIZMOR, LLP
Attorneys for Plaintiffs 189 Sunrise
Highway, Northshore Motor Leasing,
LLC, all Hyland Blvd Auto LLC,
76 Fisk Street Realty, LLC,
446 Route 23 Auto, LLC, Island
Auto Mgt, LLC, Brian Chabrier,
Joshua Aaronson & Jory
        420 Lexington Avenue, Ste. 2320
        New York, New York 10170-0002
BY:   RUSSELL SHANKS, ESQ.


MILMAN LABUDA LAW GROUP, PLLC
Attorneys for Plaintiffs Superb
Motor Inc, Team Auto Sales, LLC
& Robert Anthony Urrutia
        3000 Marcus Avenue, Suite 3W8
        Lake Success, New York 11042-1073
BY:   EMANUEL KATAEV, ESQ.


WEIR, LLP
Attorneys for LIBATAS FUNDING
  The Widener Building
  1339 Chestnut Street, Ste. 500
  Philadelphia, PA
BY:  JEFF CIANCIULLI, ESQ.
Also: BONNIE GOLUB, ESQ., Of Counsel

*Rich Moffett Court Reporting, Inc.*

1                                                          4

2        A P P E A R A N C E S: (Cont'd)

3        CULLEN & DYKMAN, LLP
         Attorneys for Flushing Bank
4          333 Earle Ovington Boulevard
           Uniondale, NY  11553
5        BY:  ARIEL RONNEBURGER, ESQ.
         Attorney for Flushing Bank

6

7        ALSO PRESENT:

8              TONY URRUTIA
               ALIVIA COONEY
9              DEO
               BONNIE GOLUB, ESQ.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

5

IT IS HEREBY STIPULATED AND
AGREED by and between the attorneys
for the respective parties herein,
that the filing, sealing and
certification of the within deposition
be waived.

IT IS FURTHER STIPULATED AND
AGREED that all objections, except
as to the form of the question,
shall be reserved to the time of the
trial.

IT IS FURTHER STIPULATED AND
AGREED that the within deposition
may be sworn to and signed before
any officer authorized to administer
an oath with the same force and effect
as if signed and sworn to before the
Court.

- oOo -

6

THE REPORTER:  This
examination before trial is being
conducted using a Zoom platform.

The attorneys participating
in this examination acknowledge
that I am not physically present in
the deposition room and that I will
be reporting this deposition
remotely.

They further acknowledge that
in lieu of an oath being
administered in person, the witness
will verbally declare that his
testimony in this matter is under
penalty of perjury.

The parties and their counsel
consent to this arrangement and
waive any objections to this matter
of swearing in the witness.

Counsel, please indicate your
agreement on the record.

MR. THOMASSON:  I agree.

MR. SHANKS:  I agree, Russell
Shanks.

*Rich Moffett Court Reporting, Inc.*

```
 1                                            7
 2              MR. CIANCIULLI:  Jeff
 3        Cianciulli, I agree.
 4              MS. RONNEBURGER:   Ariel
 5        Ronneburger, I agree.
 6
 7   A S A D   K H A N, called as a witness by
 8        and on behalf of the Plaintiff,
 9        after having been first duly sworn,
10        was examined and testified as
11        follows:
12              THE REPORTER:   Please state
13        your name for the record.
14              THE WITNESS:  Asad Khan.
15              THE REPORTER:  And your
16        address, please.
17              THE WITNESS:  92 Blauvelt,
18        B-L-A-U-V-E-L-T Way, Suffern, New
19        York.
20              *            *            *
21   EXAMINATION BY
22   MR. THOMASSON:
23        Q    Good morning, Mr. Khan.  My
24   name is Harry Thomasson.
25        A    Hi, Harry.
```

*Rich Moffett Court Reporting, Inc.*

1                                                        8

2          Q       I will be asking you some

3     questions today.  If you don't understand

4     anything that I ask for any reason,

5     please just let me know.  I'm happy to

6     rephrase it in a way that you could

7     understand, okay?

8          A       Okay.

9          Q       Have you taken any medication

10    or drugs today that would impact your

11    ability to understand my questions?

12         A       No.

13         Q       Is there any reason that you

14    wouldn't be able to understand my

15    questions today?

16         A       No, I would be fine.

17         Q       Okay.

18                 Mr. Khan, where are you

19    located right now?

20         A       I'm at 92 Blauvelt Way.

21         Q       And that is in Suffern, New

22    York?

23         A       Yes.

24         Q       Have we ever met, Mr. Khan?

25         A       No, I don't think so.

*Rich Moffett Court Reporting, Inc.*

9

```
 1
 2        Q      When was the first time you
 3   heard my name?
 4        A      Actually, I heard your name,
 5   actually today I'm hearing your name.
 6        Q      Never heard my name before
 7   today?
 8        A      No.
 9        Q      Okay.  So, have you ever read
10   my name anywhere on any documents?
11        A      I received a document almost
12   between eight months to 12 months ago
13   where I used to reside in North Shore
14   Towers, but it was a 1,000 pages and I
15   was just going through it, but I did not
16   see your name over there because I'm
17   still like, you know, reading those
18   papers.
19        Q      Would that be the complaint
20   that the Deo's made against you; is that
21   what you are talking about?
22        A      I don't know, there was a lot
23   of pages and things like that, you know,
24   it was like a thousand pages.
25        Q      Do you say that figuratively
```

*Rich Moffett Court Reporting, Inc.*

```
1                                       10

2    or literally?

3         A      No, that is, I'm talking

4    about almost eight months or nine months

5    ago.  It was, I did not see your name in

6    there.

7         Q      Okay.  So have you ever seen

8    my name on any document that you can

9    recall at this time?

10        A      No, no, after that I never

11   received anything.

12        Q      Okay.  Do you have an

13   attorney in this case?

14        A      Yes.

15        Q      Who are your attorneys in

16   this case?

17        A      Russell.

18        Q      Mr. Shanks is your attorney?

19        A      Yes, yes.

20        Q      Have you had to pay for

21   Mr. Shanks?

22        A      What does that mean because

23   we are partners, all our partners will

24   pay Mr. Shanks.

25        Q      Well, that is what I am
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                              11
 2     asking you, are you paying for
 3     Mr. Shanks?
 4          A      We are all going to pay.
 5          Q      Have you ever paid anything
 6     to Mr. Shanks?
 7          A      No, not yet, but when we
 8     receive a bill, of course we're going to
 9     have to pay him.
10          Q      What do you mean when you say
11     your partners have to pay; who are your
12     partners?
13          A      My partner was Mr. David
14     Baron, deceased and Brian Chabrier.
15          Q      Have you ever discussed me
16     with any of your partners?
17          A      No, this is the first time
18     I'm hearing you, so--
19          Q      Okay.  So, what is it that
20     Mr. Baron and Mr. Chabrier are your
21     partners in?
22          A      North Shore Motor Leasing.
23          Q      Any other business?
24          A      No, North Shore Motor
25     Leasing.  We had another company, it was
```

*Rich Moffett Court Reporting, Inc.*

                                                      12
called New York Off Lease.

        Q       Do you still have that
company?

        A       No.

        Q       What happened to that
company?

        A       We closed it down.

        Q       Why?

        A       Because of the business, it
was no good.  The business was going down
so we had to shut it down.

        Q       Were there any legal matters
that impacted your decision to close that
business?

        A       No, no.

        Q       Have you ever been involved
in a lawsuit other than this situation,
Mr. Khan?

        A       What lawsuit?

        Q       I am asking you, have you
ever been involved in any lawsuits other
than this situation?

        A       There was a DMV type like
when customers like, you know, they put a

13

lawsuit against you for the transmission
or for like, you know, like those type of
lawsuits you talking about?

Q      So would you agree with me
that those are called Consumer Affair
cases?

A      No, it was-- I would say yes.
It is a Consumer Affair cases.

Q      So you have been sued in
Consumer Affair cases; is that correct?

A      Yeah, but everything was
fine.

Q      Do you know how many of those
cases you have been sued?

MR. SHANKS:    I'm going to
give him an instruction.  Mr. Khan,
even though you may anticipate the
answer, to Mr. Thomasson's
question, take a second, let him
finish the question so the record
is clear and we don't drive the
court reporter crazy, okay?

THE WITNESS:  Okay.

MR. THOMASSON:  Could you

14

```
 1
 2          repeat that last question?
 3                  (Whereupon, the reporter read
 4          back the previous question.)
 5          A       I mean, I have been in
 6   business for 32 years, so it is like, you
 7   know, somebody's tranny went down or
 8   engine went down and we took care ever
 9   it.  I would say maybe three or four.
10          Q       Three or four times you have
11   been involved in Consumer Affair cases?
12          A       Yes.
13          Q       Have you ever been involved
14   in any other kind of case?
15          A       Any other type of case, yes,
16   it was-- there was one lawsuit at Best
17   and that was just an employee lawsuit.
18          Q       Any other types?
19          A       No, no.
20          Q       You sure of that?
21          A       Yes.
22          Q       Okay.  So, what is your
23   education, Mr. Khan?
24          A       I did my high school from
25   Pakistan and my two years college from
```

*Rich Moffett Court Reporting, Inc.*

15

Pakistan.

Q      Did you receive a degree for that two years of college?

A      No.

Q      Did you go to any schooling in the United States?

A      Yes, I went to Macdan Airport and the school was Academics of Flight, 1984 for my-- doing my private pilot license.

Q      Do you have a private pilot's license?

A      Yes, I had it and it expired now because I stopped flying after 19 -- the last time I flew was 1986, between '86 and '87.

Q      So you only had that license for a short time?

A      Yes.

Q      Why did you give it up?

A      I just was not into it anymore.

Q      Do you have any other types of licenses?

*Rich Moffett Court Reporting, Inc.*

```
 1                                         16
 2         A       No.
 3         Q       Have you ever held a DMV
 4    license?
 5         A       DMV license, yeah, I have a
 6    travel license, of course.
 7         Q       I'm sorry, what kind of
 8    license?
 9         A       A driver's license.
10         Q       Well, yes, I understand but
11    okay, but a DMV license, did you ever
12    hold any one of those?
13         A       A DMV license I had for one
14    of the companies that was in maybe 2000,
15    hold on a second, let me get rid of this
16    call, please.  It was the year 2000.  It
17    is called Northern Auto Group, LLC.  That
18    was, it was a used car dealer license.
19    It was me and the lady named Geeta
20    Gallani, G-E-E-T-A
21    G-A-L-L-A-N-I.  We had that license
22    together in the year 2000, I would say.
23         Q       How many companies have you
24    owned this century, Mr. Khan?
25         A       That was the one and then
```

*Rich Moffett Court Reporting, Inc.*

1                                                  17

2      after that New York Off Lease and North

3      Shore Motor Leasing; Best, I was the GM

4      and let me see, it had been 32 years, but

5      that is it.  That is what I recall it.

6           Q     When did you first meet

7      Anthony Deo?

8           A     I met him before my open

9      heart surgery, I think it was

10     August 18th, so I would say 2016, between

11     '16 and '17 I met him through one of our

12     mutual friends, his name is was Jim

13     Collins and he was the banker.  That is

14     how I met Anthony Deo.

15          Q     Do you have more mutual

16     friends with Anthony Deo that you know

17     of?

18          A     No, that was the only one at

19     that time.

20          Q     Have you had any mutual

21     friends since?

22          A     Mutual friends, everybody

23     knows each other in this business.

24          Q     Okay.  And when did you first

25     meet Sarah Deo?

*Rich Moffett Court Reporting, Inc.*

```
 1                                          18
 2          A       Same time when I met Anthony.
 3          Q       Now, were you an employee at
 4   all at North Shore?
 5          A       No, I own the place, me and
 6   David and Brian.
 7          Q       Were you at all an employee
 8   at 189 Sunrise?
 9          A       No, I don't even know what is
10   that.
11          Q       Were you ever an employee at
12   Superb Motors?
13          A       Superb Motors?
14          Q       Yes.
15          A       No.
16          Q       You are not familiar with
17   that name?
18          A       Superb Motors?  No, that has
19   nothing to do with me.  I don't know
20   Superb Motors.
21          Q       Do you know anyone named
22   Robert Anthony Urrutia?
23          A       Wait a minute, yeah, I heard
24   about him.  Yes, Anthony was working for
25   him, I believe.  I heard, yes, he was
```

*Rich Moffett Court Reporting, Inc.*

19

1

2  working for him now, Urrutia, Tony

3  Urrutia or something.

4        Q      Yes.

5        A      Yes, yes, I heard that

6  Anthony was working there.

7        Q      But you had never spoken with

8  him?

9        A      No, I never.  I mean I heard

10  of him through friends and through like

11  people, through business, but I never met

12  him.

13        Q      To the best of your knowledge

14  have you ever spoken with any of

15  Mr. Urrutia's attorneys?

16        A      No, no.

17        Q      Now, Mr. Khan, Mr. Urrutia

18  and Superb Motors are co-plaintiffs with

19  you in this lawsuit; you didn't know

20  that?

21        A      The only thing I know that

22  I'm a plaintiff in this case, the one we

23  are talking about from North Shore.

24        Q      Yes, and Mr. Urrutia and

25  Superb Motors are plaintiffs with you and

```
                                                        20
 1

 2   you didn't know that?

 3         A      You see, my thinking is I'm

 4   more concentrated on my thing from North

 5   Shore.  From the other side, I have no

 6   idea.  I'm from the North Shore, I don't

 7   know what, Tony is doing and things like

 8   that.

 9         Q      You didn't know anything

10   about Tony Urrutia or --

11               Withdrawn.

12               Mr. Khan, can you tell me who

13   the plaintiffs are in this case without

14   looking it up?

15         A      I'm the plaintiff right now

16   that I know, myself.

17         Q      Okay.  So there have been

18   three or four complaints brought by your

19   attorney and attorneys in this case, how

20   many of those complaints have you heard?

21         A      I just read my complaint.

22         Q      How many of those complaints

23   have you read?

24         A      The only thing that I read

25   that, about the North Shore Motors when I
```

1
2    went there and then the cops came in
3    because my controller told me that
4    something was going on over there, and I
5    went and I confronted Sarah and Anthony,
6    and they called the cops and the cops
7    came in and they told them-- they told
8    the cops that they are the owners, but I
9    didn't have any proof on me at that time
10   because I just went there and the cops
11   said okay, show me the proof that you are
12   the owner, which David had it and David
13   was in Florida.  So Anthony and Sarah
14   showed a lease from UAA Premiere that
15   used to be over there and the cops at
16   that time believed it, but it was North
17   Shore Motors.  So the cops, they were
18   very nice and they told me to please, you
19   know, just leave right now; once you have
20   the proof, then you come in.
21              And then when David came
22   back, I think after a week or ten days, I
23   don't remember, and then we provided the
24   lease of North Shore, the real lease that
25   David had.

*Rich Moffett Court Reporting, Inc.*

```
 1                                              22
 2                 And then we called the cops
 3       and that was in the nighttime.  The cops
 4       came in; they were standing with us and
 5       we removed anywhere between 40 to 50 or
 6       60 cars that night from that location.
 7            Q       If that was your business,
 8       why did you leave?
 9            A       Where?
10            Q       North Shore.  If that was
11       your business, why did you leave?
12            A       Because Anthony showed-- I
13       did not have any paperwork on me at that
14       time.
15            Q       That is not what I'm talking
16       about.  You just said that you started
17       removing cars --
18            A       No, that was after.  Yeah,
19       afterwards when we --
20            Q       Why did you remove cars from
21       your dealership?
22            A       Because it was, Anthony was
23       having all the keys and he had all the
24       titles of the cars, which we wanted from
25       that place, but he wouldn't let us in, so
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                              23
 2     we had to call the locksmith and
 3     everything and show the proof, which
 4     David had that we are the owners and we
 5     were-- we had the lease and that--
 6           Q      What was that proof?
 7           A      The lease, the paperwork that
 8     David had.
 9           Q      Anything other than a lease?
10           A      Yeah, whatever the
11     corporation paper, David had all the
12     papers and that is what we showed the
13     cops.
14           Q      So you are telling me that --
15                  What year was it that you are
16     talking about that you were there and
17     then a few weeks later David was there
18     and removed the cars?
19           A      I would say between, it was
20     after my surgery, so it was 2000.  Got to
21     be between '18 and '19, but I had my
22     surgery at that time so I was not that
23     well, you know, but I used to come in
24     part-time, kind of.
25           Q      So you worked at North Shore?
```

```
 1                                          24
 2          A       No, I used to come back and
 3    forth, yes, to check on things.
 4          Q       How often were you there?
 5          A       Maybe once a week, maybe
 6    twice a month.
 7          Q       And this was for all of the
 8    years that North Shore was open?
 9          A       North Shore was open, I
10    believe between '16 and '17, somewhere at
11    that time because Anthony and Sarah used
12    to run that place as the managers.
13          Q       Okay.  That is lovely, but
14    that is not what I asked you.  What were
15    the years that North Shore was operating?
16    You owned the business, you could tell me
17    what those years are easily off the top
18    of your head.
19                  MR. SHANKS:   Objection.
20                  Mr. Thomasson, don't be
21          argumentative, just ask your
22          questions.  He'll answer them.
23                  MR. THOMASSON:  Can you read
24          back the question?  I'm just
25          looking to find out what years Mr.
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                         25
 2          Khan says his business was
 3          operating.
 4                  MR. SHANKS:   That is fine.
 5          A       I would say between, I would
 6   say '16 or between '17; '16 and '17.  I
 7   don't have the exact answer for you
 8   because I don't have the paperwork in
 9   front of me.
10          Q       I didn't ask you when it
11   started.  I asked you what years was
12   North Shore operating?
13          A       '17, '18 and up to '19.  Now,
14   I don't know when did they stop, I think
15   maybe 2020.
16          Q       What do you mean when did
17   they stop?  You mean--
18          A       Like, I mean, you know, don't
19   get me wrong, it is like me, Brian and
20   David.  David passed away, I believe in
21   2019, so right after David passed away.
22          Q       Right after David passed away
23   what, North Shore stopped operating?
24          A       No, it was never stopped
25   operating, but Anthony and Josh were,
```

*Rich Moffett Court Reporting, Inc.*

26

like then Josh was running the place
because Josh had the Power of Attorney
from David.

     Q     How long was Josh operating
the place?

     A     I would say, I would say
about maybe between six months and a
year.

     Q     Okay.  And then what
happened?

     A     Then they had some problems
and I really don't know how, what
happened actually, but Anthony was-- they
did something that Anthony took.  I don't
know, he took some loans, I don't know
what it was but it was a lot of money
missing.  It was something like this, the
floor plan problems and that's what I
know, that happened.

     Q     Okay.  When did the business
close, if you know?  Is it still
operating now?

     A     No.  I gave all my paperwork
to David at that time, when David was

27

1
2      alive and David said I'll take care of
3      everything and, you know, we had a trust
4      between us.  Me and David, we know each
5      other like for 17 or 18 years, so David
6      said okay, you know, I'll take over from
7      there and that's what happened.  But I
8      don't know when it was closing and Josh
9      is supposed to close it, but --
10         Q      Has North Shore Motors ever
11     been placed on your individual income tax
12     returns?
13         A      Of course, if we got, you
14     know the K-1s and things like this, we
15     were three partners.
16         Q      What years did you have North
17     Shore Motors on your tax returns?
18         A      I believe up till '18, '19
19     when I give, like when David said that
20     that is it, I'm no more involved in
21     there, I think that was maybe the last
22     recall, I would say 2019.
23         Q      That was the last time you
24     were an owner at North Shore?
25         A      No, I'm still the owner

*Rich Moffett Court Reporting, Inc.*

```
 1                                              28
 2   because I never received any paperwork.
 3         Q      You never received any
 4   paperwork and that makes you an owner?
 5         A      I would say because of the
 6   paperwork is still under my name
 7   because--
 8         Q      Go ahead.  I'm sorry, I
 9   didn't mean to interrupt.
10         A      Yeah, if the paperwork is
11   still under my name and they're supposed
12   to give me a release form and I don't
13   have the release form yet.
14         Q      Who is supposed to give you a
15   release form?
16         A      David Baron and Josh.
17         Q      David was in charge at North
18   Shore first until he died; is that fair
19   to say?
20         A      No, we were, all three of us
21   were in charge.
22         Q      What it is that you did at
23   North Shore?
24         A      What I did at North Shore?
25   We were partners at North Shore and I
```

29

1

2    used to go there and give them whatever

3    the suggestion about the advertising,

4    about the sales and if they need any help

5    I would help them.  And the floor plan

6    was under my name and David's name and

7    Brian's name, so, of course, I had to

8    look for my cars and everything.  I used

9    to count the cars, what sold, what not

10   got sold, titles, banking.

11        Q      You did banking?

12        A      No, I'm talking about

13   watching the bank accounts.

14        Q      You watched the bank

15   accounts?

16        A      Yes, with my controller.

17        Q      Who is your controller?

18        A      Melissa Beltrie.

19        Q      Any others, any other

20   controllers?

21        A      Yes, it was Danny Sullivan

22   and Melissa.  But when I was involved

23   like before my surgery, it was Melissa

24   there at that time, but then after when I

25   had my surgery, so I was hardly going

*Rich Moffett Court Reporting, Inc.*

1                                                    30

2    there because I had a quadruple bypass,

3    so that is why I was like kind of out of

4    commission.

5            Q       So you stopped going there

6    after your surgery?

7            A       Of course.  I had to take a

8    rest for almost between six months to a

9    year.  I used to go, but not like as

10   often.

11           Q       So did you go there at all in

12   2017?

13           A       Yeah, 2017 I went.

14           Q       What about 2016?

15           A       Yes, I mean, you see, I don't

16   remember when we opened up that

17   corporation and when we opened up the

18   store.  I don't know if it was '16 or

19   '17, whenever we opened up I was there,

20   of course.  I don't have the exact time

21   like, you know, timing exactly when did

22   we open.

23           Q       So you opened that

24   corporation?

25           A       No, it was David; David and

*Rich Moffett Court Reporting, Inc.*

```
 1                                              31
 2    Brian.
 3         Q       How do you know they opened
 4    the corporation?
 5         A       Because I was in the
 6    corporation, I had the stock certificate.
 7         Q       When did you get the stock
 8    certificate?
 9         A       Once they opened it up.
10         Q       You had a stock certificate
11    since that corporation was opened?
12         A       Yeah.
13         Q       And when did you first go on
14    the bank account?
15         A       I think at the same time when
16    we opened up there was a commercial Chase
17    account so--
18         Q       And you were one of the
19    owners on that account?
20         A       Yes.
21         Q       From?
22         A       From the beginning.
23         Q       Was anyone else?  Tell me
24    everyone that you know of that was ever
25    an owner on the bank account.
```

*Rich Moffett Court Reporting, Inc.*

1                                                          32

2          A      On the bank account it was

3    me, Brian and David.

4          Q      And what bank was that with?

5          A      Chase.

6          Q      Did you say Chase?

7          A      Yes.

8          Q      J.P. Morgan Chase, that

9    Chase?

10         A      Yes, in Syosset, we used to

11   do all the branch stuff.

12         Q      Who used to do all the

13   banking?

14         A      Our controller.

15         Q      Who is that?

16         A      Melissa Beltre.

17         Q      And Melissa Beltre and Danny

18   Sullivan were you the only two

19   controllers you could remember at North

20   Shore?

21         A      Yes.

22         Q      Did you flow that Wendy Quan

23   had an office there?

24         A      That was after me.  That was

25   after me when Josh took over, after David

```
 1                                              33
 2      passed away.
 3           Q      And what do you mean when you
 4      say after me, what do you mean by that?
 5      Did you give up your interest?
 6           A      No, I did not give up my
 7      interest, they were -- because Josh had a
 8      Power of Attorney after David to take
 9      care of the stuff, so we let Josh take
10      care of everything.
11           Q      That was with your knowledge
12      and approval?
13           A      Oh, yes, of course.
14           Q      And Josh was able to make his
15      own decisions at North Shore; is that it?
16           A      Yes, of course.  Josh was,
17      you know, he was the one that-- he
18      brought his own accountant and
19      everything, like his own controller, and
20      we trusted Josh, of course.
21           Q      Who was Josh's controller?
22           A      Wendy.  I remember Wendy,
23      yes, she used take care of all the Josh
24      stores.
25           Q      So how did you get paid from
```

```
 1                                          34
 2     North Shore?
 3          A      How did I get paid?
 4          Q      Yeah.
 5          A      On checks.
 6          Q      As an employee?
 7          A      No, as an owner.
 8          Q      So how often would you get
 9     paid?
10          A      It all depends, if we had a
11     profit we took it, if we didn't have a
12     profit, we didn't take it.
13          Q      And when you took it you
14     would get a check?
15          A      Yes, of course.
16          Q      What role was I engaged in at
17     North Shore?
18          A      I don't understand the
19     question.  I'm sorry.
20          Q      Did I do anything at North
21     Shore?
22          A      You did?
23          Q      I am asking you if I did.
24          A      No, this is the first time
25     I'm looking at you.
```

*Rich Moffett Court Reporting, Inc.*

1                                          35
2          Q      So I had nothing to do with
3    North Shore?
4          A      I don't think.  I don't
5    remember you.
6          Q      Okay.  And did I steal any
7    money from North Shore that you know of?
8          A      Why would I say that?
9          Q      Well, you are saying that in
10   your lawsuit, Mr. Khan.
11         A      When?
12         Q      That I took money from you.
13         A      You?
14         Q      Yeah.
15         A      Why would you take money from
16   me?
17         Q      Well, I don't know.  I am
18   asking you if you are aware of any
19   instances which I took anything of value
20   from you?
21         A      No.
22         Q      Are you aware of any
23   instances in which I took something from
24   you?
25         A      From me?  I mean, the only

36

1

2      thing I know about that there was a lot

3      of money missing and it was some type of

4      loans that my controller told me about it

5      that, you know, Anthony and Sarah was

6      doing something and at that time Josh

7      was.

8                   MR. SHANKS:   Let him finish,

9           Mr. Thomasson.  You keep cutting

10          him off.  Thank you.

11          Q     I'm sorry, Mr. Khan,

12     sometimes you pause and I'm ready to jump

13     in with the next question.  Go ahead and

14     finish.

15          A     Okay.  We found out when Josh

16     took over that Anthony and Sarah were,

17     they were missing a lot of money, a lot

18     of our titles.  It was something going

19     on, but at that time we let Josh handle

20     everything because, you know, Josh was

21     the one in a daily, like after, you know,

22     when David passed away he took over, so

23     that's how we found out.

24          Q     Was there any type of

25     security on the Chase Bank account that

*Rich Moffett Court Reporting, Inc.*

37

```
 1
 2   you could recall?
 3       A      The what?
 4       Q      Was there any type of
 5   security on the Chase Bank accounts that
 6   you can recall?
 7       A      What type of security are you
 8   talking about?
 9       Q      Well, was there a system
10   called Positive Pay?
11       A      Positive Pay?  You mean
12   initial deposits when we open up the
13   account?
14       Q      I am just asking you if know
15   what Positive Pay is, Mr. Khan?
16       A      No.
17       Q      Was there any type of texting
18   system in place for approval
19   transactions?
20       A      No, not that I remember.
21       Q      Do you know if transactions
22   had to be approved on the Chase accounts?
23       A      No.
24       Q      And are you saying to me that
25   no, you don't know or no, there wasn't?
```

```
1                                          38
2          A       There was no such things like
3     that.  I don't remember anything like
4     that.  It was only, I was on the account,
5     David Baron and Brian Chabrier and we had
6     no approvals on each other.
7          Q       Okay.  Was there -- in all of
8     your years owning Chase, was anyone else
9     ever on those accounts?
10         A       All this time that I was
11    there it was only me, Brian and David,
12    that is it.
13         Q       Okay.  Now, with regard to
14    189 Sunrise Highway, are you familiar
15    with that business?
16         A       I have nothing to do with it
17    and I remember there was a, some type of
18    dealership but nothing to do with me with
19    that.  I have no idea about that
20    dealership.
21         Q       You were not involved at 189
22    Sunrise at all?
23         A       No, sir.
24         Q       And were you not involved in
25    Superb Motors at all?
```

*Rich Moffett Court Reporting, Inc.*

1                                        39

2          A       No, sir.

3          Q       Okay.

4                  Now, what about -- you have a

5     bunch of co-plaintiffs that are various--

6     it looks like street addresses called

7     Hylan Boulevard.  Are you an owner in any

8     Hylan Boulevard entities?

9          A       No, no.

10         Q       Do you know what they are?

11         A       Yes, I know, that is Josh

12    stores.

13         Q       They're all Josh stores?

14         A       Yeah, Island Group.

15         Q       And the Island Group, are you

16    an owner in Island Group?

17         A       No, sir.

18         Q       Have you ever been?

19         A       No.

20         Q       Have you ever been any type

21    of owner or stockholder in the Hylan

22    Boulevard entities that are co-plaintiffs

23    with you?

24         A       No, sir.

25         Q       What about Frisk Street

*Rich Moffett Court Reporting, Inc.*

40

```
1
2   Realty, are you familiar with that?
3         A       No idea.
4         Q       Did you have to sign any tax
5   returns for North Shore Motors?
6         A       Usually yes, the accountant
7   whenever we does it yearly and then we
8   sign it and one of the partners has to
9   sign, so if I'm not there, you know,
10  another partner will sign.
11        Q       Do you know anything about
12  some tax returns for North Shore Motors
13  that indicated Anthony Deo and Sarah Deo
14  were the owners of North Shore as
15  approved by Josh Aaronson, have you ever
16  heard that?
17        A       No, sir.
18        Q       Did you ever read any
19  complaint that you received?
20        A       I was going through it but it
21  was so many pages so I let my counsels,
22  let them look at it.  I could not read
23  the whole thing, it was just too much.
24        Q       Do you read English?
25        A       Yes, of course.
```

*Rich Moffett Court Reporting, Inc.*

```
1                                    41
2         Q      Do you speak English
3    fluently?
4         A      So far, I guess I'm speaking
5    to you.
6         Q      It is your second language,
7    would that be fair to say?
8         A      Yes; oh, yes.
9         Q      What is your natural
10   language?
11        A      It is Urdu, from Pakistan.
12        Q      Yep, I'm familiar.
13               Did Tony Baron work at North
14   Shore Motors at all?
15        A      I never seen him over there,
16   Tony.
17        Q      Did Brian Chabrier ever work
18   there?
19        A      Brian was a partner.
20        Q      Does that mean yes?
21        A      Yes, of course.  He was a
22   partner.
23        Q      How often would Brian go
24   there?
25        A      If I go there, Brian would
```

*Rich Moffett Court Reporting, Inc.*

```
1                                          42
2    not come.  If I -- if Brian goes then I
3    wouldn't come and then David goes so
4    everybody was like a weekly basis.
5            Q      And you used to monitor the
6    banks accounts; is that right?
7            A      Not myself, but whatever my,
8    whatever my controller used to show me.
9            Q      And that was your controller?
10           A      No, it was the company
11   controller.
12           Q      Do you know who hired
13   Melissa?
14           A      David, me and Brian.
15           Q      Okay.  So, do you know the
16   circumstances under which North Shore
17   Motors closed, Mr. Khan?
18           A      I just told you I don't think
19   it is still closed yet because I don't
20   have the paperwork yet.
21           Q      Well, is it operating?
22           A      Not that I know of.
23           Q      Well, can you tell me the
24   circumstances under which it ceased
25   operations?
```

1                                        43

2        A       I would say about whenever,

3   whatever they started the problems, I

4   don't know a couple of years ago, and

5   then I was waiting for Josh to give me

6   the paperwork that when they are going to

7   close it down and everything, but I still

8   did not receive anything yet because I

9   think they were going through something,

10  some process, so.

11       Q       Did you pay anything for your

12  interest in North Shore Motors?

13       A       Yes, in the beginning we put

14  in, the money that we got to put in, it

15  was me, David and Brian and Anthony had

16  about, if I'm not mistaken, in the

17  account, I don't know that is what he

18  claims that he said that he had $30,000

19  in the account, but we don't know

20  anything about it or that was, I believe

21  a 30,000 was he said, yes, I'm sorry, now

22  I remember.  He said he had a deposit

23  with a landlord when there was a UAE

24  Premiere at that time and we gave back,

25  we gave back money to Anthony about that

```
 1                                          44
 2      $30,000 when we took over.
 3           Q      Did Anthony ever hold a lease
 4      there on behalf of North Shore that you
 5      know of?
 6           A      No.
 7           Q      Did Sarah Deo ever hold any
 8      interest in a lease for North Shore?
 9           A      No, no.  It was -- they had a
10      lease under UAE Premiere.
11           Q      I heard you say that.  I'm
12      not asking you about UAE Premiere, I'm
13      asking you about North Shore Motors.
14           A      No, no.
15           Q      During the time that North
16      Shore Motors was opened, was there any
17      time that they operated-- that they had
18      the interest as tenants in the lease?
19           A      No.
20           Q      And you are not aware of them
21      ever signing on behalf of North Shore for
22      that lease, are you?
23           A      I did not see anything like
24      that.
25           Q      And, of course, you know, in
```

*Rich Moffett Court Reporting, Inc.*

```
1                                        45
2    one way shape or form, even if it is in a
3    holding company, the owners hold the
4    lease, right?
5              MR. SHANKS:   Objection as to
6         form.  Calls for a legal
7         conclusion.  You could answer if
8         you understand it.
9         Q      Right?
10             Mr. Khan, you have the lease
11   because you are an owner, right?
12        A      No, the corporation had the
13   lease, not me personally.
14        Q      And what --
15        A      And David, North Shore Motor
16   Leasing.
17        Q      That company held the lease;
18   is that right?
19        A      Yes.
20        Q      Who personally guaranteed it?
21        A      I don't think there is any
22   guarantee on the corporation we did on
23   the-- I think it was a Good Guy Clause, I
24   don't think anybody did any personal
25   guarantee on that lease.
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                            46
 2          Q      When operations ceased, Mr.
 3     Khan, a lot--
 4          A      I don't know when it got
 5     ceased.  You mean when we went and when
 6     we took out all the cars?  At that time
 7     you are talking about?
 8          Q      Do you know when operations
 9     ceased at North Shore Motors?
10          A      No, I don't remember anything
11     but I remember when I went there and we
12     showed the lease to the cops.  That was
13     in 2018 or some time when we pulled out
14     all the cars.  That was my last time when
15     I was in North Shore Motors.
16          Q      And when you went there and
17     the cops were called, you had --
18          A      No, we called the cops.
19          Q      Okay.
20          A      Before we broke in and we
21     went and we took the locksmith with us.
22          Q      And you brought with you the
23     lease; is that right?
24          A      Not me, David.  David had it.
25          Q      You saw him with the lease;
```

*Rich Moffett Court Reporting, Inc.*

47

```
1
2    is that right?
3          A       Of course.  He showed it to
4    the cops and everything and they had it.
5          Q       And that was a lease, it
6    wasn't an assignment of the lease?
7          A       It was a lease, that is why
8    the cop let us do whatever we had to do.
9                  MR. SHANKS:    Objection as to
10             form.
11                 Mr. Thomasson, I don't know
12             if he knows the difference between
13             a lease and an assignment.  You
14             could certainly ask him about it.
15          Q       Mr. Khan, do you know what an
16    assignment of a lease is?
17          A       No.
18          Q       Do you know what a lease is?
19          A       Yes, I know the lease, but I
20    don't know the assignment.  A lease is
21    just, that is the only thing I know
22    about, is a lease.
23          Q       Well, how would you define a
24    lease?
25          A       That is what we signed or
```

*Rich Moffett Court Reporting, Inc.*

48

```
 1
 2    whatever the corporation signed, that is
 3    a lease, but I don't know about the
 4    assignment of the lease.  This is the
 5    first time I'm hearing it.
 6         Q     And you have never seen an
 7    assignment, something called an
 8    assignment of the lease of North Shore?
 9    Have you ever seen one?
10         A     No, no.
11         Q     Okay.  Would you remember if
12    you had seen a lease that was assigned?
13         A     I told you the only thing I
14    remember was a lease.  I did not see
15    anything that says assignment or
16    something.
17         Q     If I would suggest to you
18    that North Shore ceased operations during
19    or about late November of 2022, would you
20    have any reason to think that that is
21    incorrect?
22         A     Nothing that I know about it,
23    so--
24         Q     You don't know when your
25    business stopped operations; is that
```

*Rich Moffett Court Reporting, Inc.*

49

1

2    right?

3         A       I was just waiting for my

4    partner to let me know when it is going

5    to finish and, but they said, you know,

6    they were going through some problems

7    with Anthony and Sarah, so I was just

8    waiting and I'm still waiting.

9         Q       Who said that to you?

10        A       My partner, Brian.

11        Q       What about Josh?

12        A       Josh, I spoke to him once in

13   a while and, you know, I let him do

14   whatever he has to do.

15        Q       You authorized him?

16        A       Of course.  He was a partner

17   after David.

18        Q       So right now the assets of

19   the corporation, do you know where they

20   are?

21        A       What assets?

22        Q       Well, let's say car files,

23   who has the car files?

24        A       It should be in the office or

25   whatever, whoever had, was in charge of

50

1

2    it.

3        Q        What office would it be in?

4        A        Where was North Shore Motors,

5    and then, you know, if they stopped it,

6    they must have sent it to the warehouse

7    or something.  I don't know where the

8    files are.

9        Q        You have no knowledge where

10   the car files are for that business; is

11   that what you are saying right now?

12       A        Yes.  Right now I don't know

13   where the files are, yes.

14       Q        What about the computers.

15   Where are the computers right now?

16       A        I have no idea.

17       Q        Where is the phone system

18   right now?

19       A        I have no idea.

20       Q        Where exactly would the video

21   that was taken inside that business be?

22       A        I have-- again, I have no

23   idea.

24       Q        When you communicated with

25   your partners regarding the operation of

*Rich Moffett Court Reporting, Inc.*

```
1                                             51
2      North Shore, would you sometimes speak
3      with them on the telephone?
4           A      Yes.
5                  MR. SHANKS:    Mr. Shanks,
6           objection.  Let me put it on the
7           record before you answer.  Could
8           you give me a timeframe, Mr.
9           Thomasson, on that question?
10          Q      Mr. Khan.
11          A      Yes.
12          Q      During the years that North
13     Shore Motors was operating, did you
14     communicate with your partners on the
15     telephone?
16          A      Yeah, I always spoke to Brian
17     mostly.
18          Q      Why did you always speak with
19     Brian?
20          A      Because he used to be there
21     and he was closer to Josh and I didn't
22     want to bother Josh because Josh was a
23     very busy person.
24          Q      What was Josh busy with?
25          A      He has a dealership and, you
```

*Rich Moffett Court Reporting, Inc.*

1                                                    52

2    know, he had a lot of things going on, so

3    Brian used to see him all the time

4    because he used to come to Nissan, so

5    when Brian told me some things, so why

6    would I second guess and call Josh for?

7    Because Brian would not lie to me, so,

8    anything Brian told me and me, whatever I

9    told Brian, that is how we communicated.

10        Q      Do you know someone named

11   Michael Laurie?

12        A      Michael Laurie?

13        Q      Yes, that is the name,

14   Michael Laurie.  You are suing him.  Who

15   is he?

16        A      Michael Laurie.  Michael

17   Laurie.  Michael Laurie.  I have to take

18   a look at my papers.

19        Q      But that is not a name that

20   you know off the top of your head?

21        A      I know a lot of Michael's so

22   I just, you know, I have to see the last

23   name and everything.  I have contacts in

24   my phone close to 4000 people so--

25        Q      Dwight Blankenship, how do

53

you know Dwight Blankenship?

    A        Who?

    Q        Dwight Blankenship, do you
know him?

    A        That is why I have to take a
look at my contacts.

    Q        Did you look at anything
before this deposition?

    A        Yes, I did.

    Q        What did you look at?

    A        I was-- I looked at who am I
suing, it was about the cases and things
like that.  Hold on one second, someone
keeps on calling me inside in this, and
it is, I'm sorry.  I'm sorry, I'm on the
phone so people are calling me and it is
distracting me.

    Q        What documents did you look
at in preparing for this deposition?

    A        That was a couple of months
ago so I have to look at it again.  It
was a couple of months ago, so nothing
that I have in front of me, so I'm not
going to say anything that I don't know.

*Rich Moffett Court Reporting, Inc.*

54

```
1

2          Q      You looked at documents but

3    you don't know what they were; is that a

4    fair way of putting it?

5          A      No, no, it is just that I

6    don't remember right now.

7          Q      You don't remember what

8    documents you looked at?

9          A      No, I looked at the documents

10   but I don't remember all the questions

11   that you are asking me.

12         Q      Do you know what the

13   documents were that you looked at?

14         A      Yes, of course, but like I

15   told you, I don't remember.  It is not in

16   front of me.

17         Q      Did you read any complaints?

18         A      Yes, I did, but the only

19   thing is, again, I told you, it was a

20   couple of months ago, so I'm not going to

21   say something like completely I don't

22   remember that much.

23         Q      What complaints did you look

24   at, do you remember that?

25         A      Again, right now I'm not
```

*Rich Moffett Court Reporting, Inc.*

1                                                              55

2    going to say anything because I don't

3    remember.  I don't want to give you a

4    wrong answer.

5         Q      Did you look at any leases?

6         A      I'm sorry?

7         Q      Did you look at any leases in

8    preparation for this deposition?

9         A      It was a lot of papers and

10   again I'm not answering something that I

11   don't remember so--

12        Q      At the moment you don't

13   remember if you looked at any complaints

14   or leases?

15        A      I did look at complaints and

16   leases, but I don't know exactly.  I have

17   to check it one more time to give you

18   that answer.

19        Q      Were there any other

20   documents that you can recall looking at?

21        A      No.

22        Q      So there were times when you

23   would speak to one or more of your

24   partners on the telephone; is that right?

25        A      Yeah.

```
 1                                        56
 2          Q       And I'm talking about your
 3   partners at North Shore Motors.
 4   Sometimes you would speak to them on the
 5   phone; is that right?
 6          A       Yeah, mostly Brian I was
 7   speaking to.
 8          Q       Were there times when you
 9   with would text with your partners?
10          A       Hardly.  We hardly text each
11   other.
12          Q       Not much in the way of texts?
13          A       No, no, not that much that I
14   recall it.
15          Q       Did you used to e-mail with
16   your partners?
17          A       If we e-mailed something like
18   either I need something from him, a
19   check-wise or something like, you know,
20   that we would just e-mail once in a
21   while, but basically nothing was
22   something that I e-mailed and like, you
23   know, we had conversation on an e-mail;
24   nothing that I recall.
25          Q       What is your e-mail address?
```

```
 1                                              57
 2          A       A7Khan@aol.com.
 3          Q       Do you have any other e-mail
 4    addresses?
 5          A       Yes.  I have
 6    Picklimo@yahoo.com.
 7          Q       Do you have any other
 8    e-mails?
 9          A       Do I have other e-mails?
10    It's got to be --
11    AsadKhanFortLee@gmail.com, but I hardly
12    use that, I just had that for Gmail.
13          Q       What e-mails would you use in
14    connection with North Shore Motors?
15          A       I would say my main e-mail
16    which was A7Khan.
17          Q       And were there cameras at
18    North Shore Motors?
19          A       Yes, of course, but Anthony
20    was in charge of that.  I had seen them
21    but I had no log-ins or something like
22    that for that.
23          Q       Do you know if at any point
24    in time David or Josh or Brian or you
25    ever took any of the video that was at
```

*Rich Moffett Court Reporting, Inc.*

1                                          58

2    North Shore?  Did any of you ever take it

3    from the building?

4         A       Not that I remember.

5         Q       Do you know where the videos

6    from North Shore are today?

7         A       No.  I thought that Anthony

8    had all of this because he was in charge

9    of like the video.  He was the one that,

10   he put in the videos over there.

11        Q       And what about when

12   operations ceased, was anything like that

13   taken, if you know?

14        A       Again, now, you are talking

15   about ceased when I went there and pulled

16   out the cars, or are you talking about

17   recently in 2022?  Because that is why

18   I'm confused what ceased you are talking

19   about.

20        Q       Well, how many times do you

21   know after it opened that operations were

22   stopped at North Shore Motors?  They

23   stopped one time when you went, right?

24        A       Yes, but that was only for a

25   couple of days.  That was for about a

59

week.

Q      Why did you do that?

A      Why did I do that?  We wanted answers to the things and where was the money and everything and then he took the titles home, which he's not supposed to, and he was holding that as a hostage. And then somehow David spoke to him and he met David and he brought all the titles back and that's where we fired his wife from there and she could not come to the building anymore and only Anthony was allowed as a manager to work there.

Q      So from the time that you say Sarah was fired, did she ever work there any more?

A      Afterwards.  After, I would say after maybe four or five, six months after that, but I had never seen her after that working there, but I know she was.  She came back and they made peace with David.

Q      And that was okay with you?

A      Whatever my partners said and

60

we agreed to it; we made all the

decisions together.

Q    So if things were worked out

with David, that was okay with you; is

that fair to say?

A    I would say so because David

was-- he was my mentor and whatever David

said we, he never gave us a wrong things

anyway, so we always, me and Brian, we

respected him, whatever he said and that

is what we did.  We agreed to it.

Q    So there was some things that

were wrong when you went and pulled the

cars for four or five days, but then that

got worked out; is that fair to say?

A    That got worked out not with

me, with David.

Q    But it got worked out between

David and the Deo's, right?

A    Deo's were just worked out as

that he's going to work there and his

wife was not going to work there.  That

is how it worked out, nothing -- he was

not in charge of any money.  He was not

*Rich Moffett Court Reporting, Inc.*

61

in charge of anything.  So we held
everything from him.  Even when we had to
take back the checkbook, the checkbook he
used, the controller used take it home
when they were there.

    Q    So none of the Deo's ever
wrote any checks at North Shore, did
they?

    A    They were not allowed to.

    Q    But I am asking you whether
or not they did?

    A    I have no idea, but I'm just
telling you that they were not allowed to
have, to write the checks.

    Q    Now, I'm not asking you what
was worked out in this first instance
when you shut it down, I'm just saying
that in your mind it was worked out
between David and the Deo's and then it
was reopened?

    A    Just as a work, just him as a
--

    Q    I'm not asking you what was
worked out.  I am asking you--

1                                              62

2               MR. SHANKS:   Objection.  You

3          cut him off.  You are doing it

4          again and again.  Let him give his

5          answer.

6               Rephrase the question.

7               MR. THOMASSON:   Happily.

8          Q    I'm not asking you what was

9     worked out, Mr. Khan.  I am asking you

10    yes or no, it was worked out in this

11    first instance --

12         A    Again, a work out, I don't

13    know.

14         Q    Mr. Khan, you are cutting me

15    off now.  You are cutting me off.  Please

16    let me finish the question.

17              MR. SHANKS:   Yes, he is

18         because he's been following you for

19         an hour doing it.  Let him finish,

20         as I instructed.

21              MR. THOMASSON:   I haven't

22         been doing it for an hour.  Stop

23         that, Russell.

24         A    Yes, it is one hour already.

25         Q    I haven't been interrupting

1                                                    63

2    you for an hour, Mr. Khan.  I am asking

3    you, let me finish the question, please.

4         A      Okay.

5         Q      Yes or no, there was a

6    dispute that lead to the cars being

7    pulled out of there for four or

8    five days, yes?

9         A      The dispute, that is what I'm

10   trying to--

11        Q      I'm not asking what the

12   dispute is.  I am asking you yes or no

13   did that happen?

14        A      Dispute again.  My thing was

15   he was allowed in the building to run

16   because me, David and Brian could not run

17   daily business over there.  He came in,

18   begged David Baron that please, he's

19   going to be whatever, a good person or he

20   brought back all the titles, gave it to

21   David, and David was a very nice man and

22   forgive him and he let him work there.

23   That is my answer.  Not that there was --

24   the dispute is between partners.  He was

25   not our partner.  He was not our partner.

*Rich Moffett Court Reporting, Inc.*

1                                                        64

2      He was working as a manager.  His wife

3      was with him as a BDC manager.

4            Q      Was there a dispute that took

5      place --

6                   Withdrawn.

7                   What year did you first --

8      were you first a part of taking cars out

9      of North Shore for four or five days;

10     when did that happen?

11           A      That was after my surgery so

12     I would say between '18 and '19.

13           Q      And when was your surgery?

14           A      August, I think August of

15     '17, August of '18.  I'm sorry, I just,

16     it was seven years ago.

17           Q      Okay.  So some time after

18     that you were a part of pulling the cars

19     out of North Shore for four or five days,

20     correct?

21           A      Yes.

22           Q      And after four or five days

23     the cars were returned; is that correct?

24           A      Not after four or five days,

25     it took about two weeks almost.

*Rich Moffett Court Reporting, Inc.*

```
1                                              65
2          Q      Okay.  So North Shore was
3     shut down for approximately two weeks the
4     first time that you could remember; is
5     that right?
6          A      I would say about a week, but
7     then, you know, by the time we brought
8     back the cars it took about two weeks.
9          Q      Now, whatever differences
10    caused that to happen, those differences
11    got resolved; is that correct?
12         A      Not that I know of, but at
13    that time David was working on it.
14         Q      Then why were the cars
15    returned if the differences were not
16    resolved?
17         A      At that time he returned the
18    titles and I don't know what promises he
19    made to David and, but we did not
20    question David.  So David told us that
21    he'll take care of him and he will talk
22    to him about it and then me and Brian, we
23    just, we backed off.  So whatever David
24    made a decision, we respected it.
25         Q      Were the cars pulled out of
```

66

North Shore after that again?

     A     Not that I remember.

     Q     Well, you know that it is not operating anymore, right?

     A     So then, of course, then they had to move the cars.

     Q     And when was that?

     A     Again, I told you, I don't know.  I don't know the dates.  After that I was waiting for my partners to let me know what is going on.

     Q     And they haven't told you anything more about the cessation of operations at North Shore?

     A     I was waiting for them to tell me what is going on.

     Q     So doesn't that mean that you were not told?

     A     I let them because Josh was involved over there mainly and we trusted him and then he will let us know and that is that is what we were waiting for.

     Q     And you have been waiting for that for how long?

*Rich Moffett Court Reporting, Inc.*

1                                               67

2          A       I mean, whenever this thing

3     is over.

4          Q       Are you still waiting to hear

5     from Josh about North Shore?

6          A       Yeah, because I don't know

7     how they end up with like, you know, when

8     those cars were pulled out and everything

9     and when the corporation is going to be

10    closed and everything, so he will tell

11    us.  Of course, he will tell us.

12         Q       Well, at some point in time

13    you stopped getting paid and you stopped

14    getting money from your business called

15    North Shore; is that fair to say?

16         A       That was a long time ago.

17         Q       Yeah, when did you stop

18    getting money?

19         A       I believe that was 2019.

20         Q       You haven't been paid any

21    money from North Shore since 2019?

22         A       I don't think so.

23         Q       Did you still put North Shore

24    on your tax returns?

25         A       No, because I don't get any

*Rich Moffett Court Reporting, Inc.*

68

K-1s or nothing from there and there is
no business.

Q    Did you ever put North Shore
on your tax returns?

A    100 percent.

Q    But only up until about 2019;
is that fair to say?

A    Till it was gone.  Till I was
receiving money.  Once I stopped
receiving my money then why should I put
it?

Q    Okay.  And you think right
now as best as you can recall that you
stopped getting money from North Shore
around 2019; is that right?

A    That's -- I'm just, from my
knowledge.

Q    Okay.  And did you ever get
money from 189 Sunrise Highway?

A    No, never.

Q    Did you ever get any money
from Superb Motors?

A    Never.

Q    Did you ever get any money

```
 1                                        69
 2    from Anthony Robert Urrutia?
 3         A       Never.
 4         Q       Excuse me, Robert Anthony
 5    Urrutia?
 6         A       Never.
 7         Q       Have you ever gotten money
 8    from Josh Aaronson?
 9         A       Never.
10         Q       How about Jory Baron?
11         A       No.
12         Q       Did you ever get money from
13    David Baron?
14         A       David passed away, I believe
15    in 2019.  2020 I think he passed away.
16         Q       Did you ever get any money
17    from him?
18         A       No.
19         Q       Did you ever get any money
20    from Iris Baron?
21         A       No.
22         Q       Do you know who Iris Baron
23    is?
24         A       Of course, that is David's
25    wife.
```

1

2      Q      Have you met and spoken with

3   Iris Baron?

4      A      At the funeral, yes.

5      Q      Have you seen or spoken with

6   her since his funeral?

7      A      No.

8      Q      Was she ever a business

9   partner of yours?

10      A      It was the Estate of David

11   Baron.  We had, I had nothing to do with

12   it.  Everything was the Power of Attorney

13   was with Josh.

14      Q      Who gave Josh that Power of

15   Attorney, do you know?

16      A      David.  David Baron probably

17   give her because I was not there, but

18   David was the one that he, he gave to

19   Josh.

20      Q      How do you know he was given

21   one, did you see it?

22      A      We had a trust and everything

23   and why would I question that?

24             MR. SHANKS:  Just answer his

25          question.  Did you see it?  If you

```
 1                                    71
 2        don't know, say you don't know.
 3        A       I don't know.  I did not see
 4   it, so I don't know.
 5        Q       Did you ever get any money
 6   from Brian Chabrier?
 7        A       No.
 8        Q       And you have not yet paid any
 9   legal fees on in case; is that correct?
10        A       I'm sorry?
11        Q       You have not yet paid any
12   legal fees on this case; is that correct?
13        A       Yes.
14        Q       Have you ever heard of a
15   business called Team Auto Sales, LLC?
16        A       Team Auto Sales?  I have no
17   idea who Team Auto Sales is.
18        Q       The Hylan Boulevard
19   corporations that are co-plaintiffs with
20   you, you said are owned by Josh Aaronson,
21   right?
22        A       I don't even know who 189 is,
23   Sunrise, so I don't know who is the
24   owners.  I have no idea about this place.
25        Q       I'm sorry, maybe I misspoke.
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                              72
 2    I was asking about the Hylan Boulevard
 3    Auto corporate co-plaintiffs with you.
 4         A      That was, I know Hylan
 5    Boulevard which I seen it many times and
 6    I know that is Hylan Group, if I'm not
 7    mistaken.
 8         Q      Okay.  And I may have covered
 9    this already, is Frisk Street Realty also
10    Island Auto Group holding?
11         A      I have no idea about this.
12    First time I'm hearing about this.
13         Q      What about 446 Route 23 Auto,
14    are you familiar with any businesses on
15    Route 23?
16         A      No, sir.  No, sir.
17         Q      Do you know Marc Merckling,
18    the co-defendant?
19         A      I'm sorry?
20         Q      Do you know Marc Merckling?
21         A      Doesn't ring a bell.
22         Q      Do you know Thomas Jones?
23         A      Thomas Jones?  No.
24         Q      Do you know any of the Gold
25    Coast Car dealerships?
```

*Rich Moffett Court Reporting, Inc.*

```
1                                        73
2         A      Gold Coast, you know, in that
3    area there is a lot of Gold Coasts.  I
4    heard the name of Gold Coast, but they
5    were in Great Neck, but has nothing to do
6    with me.
7         Q      Do you know DLA Capital
8    Partners?
9         A      DLA?  No.  No.
10        Q      Have you ever done any
11   business with Flushing Bank?
12        A      Never.
13        Q      Have you ever done any
14   business with Libertas Funding?
15        A      No.
16             MR. KATAEV:   Harry, if this
17        is a good time to take a break, let
18        me know.
19             MR. THOMASSON:   Sure, we
20        could do that right now.  What do
21        you need, Emanuel, 20 minutes?
22             MR. KATAEV:  5 is fine.
23             MR. THOMASSON:   We'll
24        reconvene at 12:30.
25             MR. KATAEV:   Okay.
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                         74
 2                 (Whereupon, a short recess
 3           was taken, after which the
 4           following occurred:)
 5    EXAMINATION BY
 6    MR. KHAN (continued:)
 7           Q      Mr. Khan, you told me that
 8    there were some documents that you
 9    reviewed in preparation for this
10    deposition but you don't remember too
11    many details about those documents,
12    right?
13           A      Yes.
14           Q      Okay.  Who did you talk to to
15    prepare for this deposition?
16           A      Of course I have to call my
17    counsel.
18           Q      Okay.  So which lawyer or
19    lawyers did you speak to?
20           A      To Russell.
21           Q      Anyone else?
22           A      No.
23           Q      Did you speak to any other
24    person whether or not they are a lawyer
25    to prepare for this deposition?
```

1                                              75

2          A       No.

3          Q       Do you know who worked at

4    North Shore Motors?

5                  MR. SHANKS:   Objection.

6          Timeframe.

7          Q       Well, during your years at

8    North Shore Motors, do you know who

9    worked there, Mr. Khan?

10         A       I was only dealing with at

11   that time mostly my controller and

12   Anthony and Sarah were working there, so,

13   that was the only people I knew, but the

14   salespeople, they used to hire and fire.

15         Q       Who used to?

16         A       Anthony and Sarah.

17         Q       And were there other people

18   that worked there besides sales people

19   and controllers?

20         A       It was Danny O'Sullivan and

21   Melissa Beltre.

22         Q       But they were controllers,

23   right?

24         A       Yes.

25         Q       Okay.  And you told me about

*Rich Moffett Court Reporting, Inc.*

76

1

2    controllers and salespeople, were there

3    any other positions that you know of at

4    your business?

5        A        Like positions?  There was no

6    other positions except sales.

7        Q        And you didn't know any of

8    the employees that worked there; is that

9    right?

10       A        If I see them and I will know

11   them but I don't remember them from names

12   because they used to come work for a

13   couple of months and then they would go,

14   either they would get fired or they would

15   just move on.  That's the only time I

16   used to see people over there.

17       Q        Do you have a cell phone, Mr.

18   Khan?

19       A        I'm sorry?

20       Q        Do you have a cell phone?

21       A        Yes.

22       Q        How many cell phones have you

23   had, if you know, since 2018?

24       A        I have only one cell phone

25   for a very long time.

```
1                                        77
2          Q      And by that do you mean you
3    have only one cell phone number for a
4    very long time?
5          A      Yes.
6          Q      What is that number?
7          A      (718) 501-8006.
8          Q      And with regard to that cell
9    phone number, have you ever used it to
10   call any of the defendants in this case?
11         A      Any of the defendants in this
12   case?
13         Q      So let's start with did you
14   ever call Anthony on that number?
15         A      I would say a couple of
16   months ago or maybe a month or no, more
17   than a month ago by mistakenly, you know,
18   once you have the cell phones and you
19   just press and it goes.  If I did that,
20   that was it but I never spoke to Anthony
21   for a very long time.  I would say a
22   couple, maybe a couple of years now.
23         Q      And if you had had spoken to
24   Anthony in the last few years, would you
25   remember it?
```

*Rich Moffett Court Reporting, Inc.*

1                                                          78

2          A       I would say so.

3          Q       But you haven't spoken with

4     him in the last few years, correct?

5          A        No, no, I did speak to him,

6     like I told you, about a month, month and

7     a half ago.  One of my friends, which is

8     a mutual friend of ours, they were

9     sitting somewhere in the restaurant or

10    something so they Face Time me and they

11    called me to say hello and hi, and you

12    know, that was it.

13         Q       You are saying that in the

14    last few months Anthony Deo called you?

15         A        No, he did not call me.  One

16    of our mutual friends that met him in the

17    restaurant and he just Face Timed and he

18    just said hey, listen, I'm sitting with

19    Anthony and say hello to each other and I

20    said hello and he said hello; that was

21    it.

22         Q       But there was no substantive

23    discussion?

24         A        No, no, no, we had no

25    discussion like that.

*Rich Moffett Court Reporting, Inc.*

```
 1                                           79

 2          Q       And that mutual friend's name

 3    is what?

 4          A       His name is Alex Saleem,

 5    S-A-L-E-E-M.

 6          Q       Did you ever call Sarah on

 7    the telephone on that, from that

 8    telephone number?

 9          A       No.  Before, yes I used to

10    call her before.

11          Q       Okay.  Before what?

12          A       A couple of years ago.

13          Q       Okay.  Up until a couple of

14    years ago, you mean?

15          A       Yes.

16          Q       How often would you speak

17    with her on the telephone?

18          A       Twice a week maybe, once a

19    week if there was anything, if I need to

20    ask a question or something.

21          Q       And that telephone number

22    that you just gave us is with what

23    carrier?

24          A       It is with Verizon.

25          Q       Has it always been with
```

80

Verizon?

      A       It was with Verizon for years
and years and then I switched it, but it
is the same number.  I switched it to
AT&T but I didn't like it so I moved back
to Verizon.

      Q       Okay.  Have you ever called
anyone named Dwight Blankenship, if you
know?

      A       Dwight Blankenship?  Not that
I remember any name like that.

      Q       Do you know if you ever
called someone named Michael Laurie?

      A       Michael Laurie.  Again, you
gave me that name but doesn't ring a bell
to me right now.  I have so many
Michael's in my list, but Michael Laurie,
not that I remember.

      Q       Did you ever call Marc
Merckling for any reason, if you know?

      A       What is his name?

      Q       Marc Merckling.  You are
suing him.  He is one of the defendants
in this case.

```
1                                            81
2          A     No.  Why would I call him?
3          Q     I don't know, I am asking
4    you.
5          A     No, I did not call him.
6          Q     Have you ever called me?
7          A     I'm calling you now on Face
8    Time.
9          Q     Yes, I understand that we are
10   all on this deposition together, Mr.
11   Khan, but prior to this, have you ever
12   called me that you know of?
13         A     No.
14         Q     Would there be any reason
15   that you would have called me?
16         A     I did not call you.
17         Q     Would there be any reason
18   that your phone number would be calling
19   my phone?
20         A     I don't remember calling you
21   and --
22         Q     Am I in your contacts?
23         A     I have to check but I don't
24   think so.  I have 4000 contacts, so I
25   really don't know, but why would I call
```

*Rich Moffett Court Reporting, Inc.*

82

1

2    you?

3         Q      Again, I'm not the one being

4    questioned here.

5         A      No, no, no, I know.  I just,

6    first time I'm speaking to you.

7         Q      Did you exchange, did you

8    know of any e-mails with Anthony or Sarah

9    Deo?

10        A      Not that I remember.

11        Q      Do you know if you ever

12   exchanged any e-mails with any of the

13   other co-defendants in this case?

14        A      I don't think so, I would

15   only speak to Russell about it.

16        Q      Now, you told me that you

17   don't text much, but is there any reason

18   you would have been texting with Sarah or

19   Anthony Deo that you know of?

20        A      Recently?

21        Q      Ever.

22        A      I always-- we always used to

23   text each other, but, you know, when they

24   used to work there.

25        Q      What is it that you would

83

text them about?

         A       If we went to the auction or
if there is anything I need or they need
anything, we text each other.

         Q       From your last answer are you
suggesting that there were times that
Sarah Deo went to auctions for North
Shore Motors?

         A       Sarah?  No.  I went with
Anthony once.

         Q       Why did you go to an auction
with Anthony?

         A       We were buying cars.

         Q       For North Shore or any of
your other businesses?

         A       From North Shore.

         Q       Why did you go to that?

         A       Because a lot of people knew
me in the auction and it was a high line
sale, so usually when there is a high
line a lot of people go together and that
is how we went to Pennsylvania.

         Q       What is the definition that
you understand of a high line sale?

1                                              84

2          A      A high line sale is like when

3     they run a high line cars like Mercedes,

4     BMWs, Jaguars.

5          Q      Are there other types of

6     sales at car auctions that you know of?

7          A      No.

8          Q      So there is high line sales

9     and there is non-high line sales; is that

10    true?

11         A      Yes.

12         Q      And no other types?

13         A      No, there is boats.  They

14    could sell boats; they could sell

15    motorcycles, but I'm not interested in

16    those.

17         Q      Were you an owner at North

18    Shore Motors during the pandemic?

19         A      During the pandemic, I

20    believe so, yes.

21         Q      Did you obtain any money from

22    North Shore Motors during the pandemic?

23         A      Not that I remember anything.

24         Q      Did you receive any Pandemic

25    Relief Funds of any type either for

```
 1                                      85

 2     yourself or for North Shore Motors that

 3     you are aware of?

 4          A      No, no.

 5          Q      Do you know if any of the

 6     controllers made any applications for

 7     Pandemic Relief Funds?

 8          A      They were doing it for a lot

 9     of the dealerships and but, it is like,

10     you know, they were controllers and David

11     used to do all this thing.  We never

12     bothered David with that.  David was in

13     charge of all these things.

14          Q      And what do you mean when you

15     say you didn't bother David with that?

16          A      I mean, whatever David's

17     decision was and we never questioned

18     David with, you know, what is he applying

19     because he had all the groups together,

20     so if they did it under the group, I

21     don't know about that, but David used to

22     handle all this thing through his

23     attorneys and through his bankers and

24     everybody.

25          Q      And whatever he did, you
```

86

1

2    trusted?

3          A       Yes.

4          Q       And after David died, do you

5    know if Josh obtained any Pandemic Relief

6    Funding?

7          A       Not that I know of because he

8    has a lot of dealerships so--

9          Q       If Pandemic Relief Funding

10   was obtained for North Shore, you should

11   have gotten some, right?

12         A       It is not that personally, if

13   there was a funding, it should have gone

14   to the bank account, to the business, not

15   to me personally; not to anybody

16   personally.

17         Q       And as far as you know that

18   never happened, right?

19         A       I don't remember.  I would be

20   lying to you.  I don't remember.

21         Q       You don't remember what?

22         A       That the money came in and I

23   had seen it.

24         Q       Do you think if millions of

25   dollars in Pandemic Relief Funds were

1                                                    87

2      obtained, you think you would know that?

3           A      Oh, yes, if it is millions of

4      dollars, of course I would know that.

5           Q      And as you sit here today you

6      are not aware of any Pandemic Relief

7      Funds that went to North Shore Motors; is

8      that correct?

9           A      This is what I'm trying to

10     tell you, I don't remember that.

11          Q      You don't remember that

12     happening, right?

13          A      Yes, yes.

14          Q      Okay.  And if it was a large

15     sum, you would remember, right?

16          A      If they told me, yes, I would

17     remember, but in the pandemic time I was

18     like a kind of out of commission and I

19     was, I just came out of the hospital

20     after that, so I was hardly going in

21     anywhere.

22          Q      But at some point after you

23     were recovered and the pandemic passed,

24     did you have any conversations with Josh

25     about Pandemic Relief Funds?

```
 1                                        88
 2          A     No.
 3          Q     Did you ever have any
 4   conversations with anyone about Pandemic
 5   Relief Funds?
 6          A     No, sir.
 7          Q     Did anyone ever have
 8   conversations with you about Pandemic
 9   Relief Funds?
10          A     No.
11          Q     So as far as you are
12   concerned that means that there weren't
13   any because otherwise you would know,
14   right?
15               MR. SHANKS:   Objection as to
16          form.
17               MR. THOMASSON:   You could
18          answer.
19          A     Like I told you, I don't
20   remember, and I don't want to say
21   anything because I did not see personally
22   anything like that.
23          Q     Did you ask?
24          A     No.  Actually, like I told
25   you, I was just coming in once in a while
```

89

and after when David passed away, I was

not in a good shape for a while and I did

not ask Josh anything about the pandemic,

but I know people did get pandemic money,

but I don't remember what North Shore

got, what anybody else got.

     Q     What do you mean by anybody

else, you mean other Island Auto Group

stores?

     A     Everybody, I think everybody

applied.  At that time everybody was

applying for the pandemic loans, but I

don't know what it was, did it get

approved, how much we got.  I had nothing

to do with it.

     Q     Did you get any Pandemic

Relief Funds?

     A     I did not get anything.  Like

I told you I don't remember getting

anything.

     Q     And you haven't gotten any

money from North Shore, you told us,

since about 2019, right?

     A     If I recall it, yes.

1                                                        90

2          Q      Did you pay at all for your

3     interest in North Shore?

4          A      What I got paid, it was the

5     monthly profits that came in.

6                 MR. SHANKS:    Objection.

7          That is not the question.  He asked

8          if you got paid for North Shore.

9          A      No, no, I got nothing.  I

10    didn't get paid anything.  I basically

11    lost everything, whatever I had over

12    there.

13         Q      My question to you is did you

14    pay anything to obtain your interest in

15    North Shore, you?

16         A      In the beginning, yes.  We

17    had to put in some money in there but I

18    don't remember how much I and Brian and

19    David we put in money.

20         Q      Did you put in money?

21         A      Oh, yes, initial money.

22         Q      And that came from a personal

23    account of yours?

24         A      It's got to be, 100 percent.

25         Q      Do you know how much you

*Rich Moffett Court Reporting, Inc.*

```
 1                                             91
 2    paid?
 3          A      I have no idea of how much it
 4    was.
 5          Q      Is there any record of how
 6    much you paid for North Shore Motors?
 7          A      2000, 2016, I think, I don't
 8    think that I have records but we, if we
 9    did, I think if I'm not mistaken it has
10    to be between 30,000 each partner as a
11    working capital we put in.
12          Q      And that would be you, David
13    and Brian; is that right?
14          A      Yes.
15          Q      Do you know if Josh ever put
16    any working capital into that business?
17          A      I have no idea.  I never
18    spoke to him about that.
19          Q      Was he ever a partner in that
20    business?
21          A      He has to because he had a
22    Power of Attorney, so he took over for
23    David Baron.
24          Q      Was there ever any closing on
25    your purchase of that business?
```

1

2        A        A closing because it was an

3    empty store when we took over.  It was

4    UAE Premiere before and it was emptied

5    out and there is no such thing as

6    closing, it was a lease, that is about

7    it.

8        Q        So were you one of the

9    guarantors on the lease, would you say a

10   Good Guy Clause, right?

11       A        Yes, it was a corporation and

12   I think only David signed it.

13       Q        Could you hear me, Mr. Khan?

14       A        Yes.

15       Q        Can you tell me the names of

16   any attorneys that worked for North Shore

17   Motors?

18       A        Not that I know of.

19       Q        Can you tell me the names of

20   any accountants that worked for North

21   Shore Motors?

22       A        The only person I know is our

23   controllers, Melissa Beltre and Danny

24   O'Sullivan.

25       Q        And we also discussed Wendy

1                                                    93

2    Quan, she was also--

3         A       Yes, that is after when I

4    stopped going in and things like this,

5    Wendy came in after that.

6         Q       Was there any reason that you

7    stopped going in?

8         A       Because Brian and my partner

9    and we thought that we were just closing

10   it down and Josh is about to close the

11   place, so that's why I stopped going in.

12        Q       Do you know why Josh closed

13   the place?

14        A       I remember when I was

15   speaking to my partner that he told me a

16   couple of things about it that it was a

17   lot of money missing and same thing with

18   the floor plan and titles and it was

19   issues, a lot of issues.

20        Q       So why didn't you just fire

21   the Deos?

22        A       Because at that time when

23   Josh took over, so, then we let, we let

24   Josh do everything.

25        Q       And Josh decided to close the

1                                                    94

2    business instead of firing the Deo's; is

3    that correct?

4         A      I don't know what they did.

5    I have no idea if they fired him or what

6    happened, but I know they started

7    lawsuiting each other, so--

8         Q      You also started a lawsuit,

9    right?

10        A      Yes, yes, I know, but the

11   only thing was I don't know between Josh

12   and Deo, that if who got fired and what

13   dates was it and everything, so I don't

14   have those things.

15        Q      Why did you start the

16   lawsuit?

17        A      Because when I received the

18   papers from Deo that he was suing me too.

19        Q      So you started a lawsuit

20   because Anthony Deo was suing you?

21        A      Yeah, he was suing a lot of

22   people.

23        Q      And with regard to--

24   withdrawn.

25               Was North Shore making money

*Rich Moffett Court Reporting, Inc.*

95

during your time you were an owner?

A      We found out it was all not really making money, but it was on the papers, what he was showing to the controllers and that is how the controllers got it; that the place was like, it was not making money, it was just all for-- like and that is where, that is where I went in and I fired Deo and Sarah and I pulled out all the cars with David Baron.

Q      And that was because they were stealing money?

A      Yes, I mean, that is how our controllers explained to us.

Q      So how much money did they steal?

A      I have no idea and I don't remember, but it was a lot of money was missing from the account.

Q      What is a lot?

A      I don't remember.  I don't want to say a wrong figure.

Q      What was North Shore Motors

96

1

2      grossing per year during your ownership?

3          A      It is grossing doesn't mean

4      anything because like one car is 50,000

5      or 40,000, that is not a gross, it is

6      just a profit how much it was and then

7      the expenses.  So you could gross

8      $10 million, but in the end when you pay

9      for the car and all of the expenses and

10     everything, so when you check the losses,

11     it was basically nothing there.

12         Q      How much was North Shore

13     Motors grossing during your time with

14     North Shore Motors, per year?

15         A      Don't remember.

16         Q      How much was North Shore

17     Motors netting during your time?

18         A      Don't remember again.

19         Q      Who would know these things?

20         A      This was, I would say the

21     controllers would know because whatever

22     Anthony showed us, it was all wrong,

23     basically.

24         Q      And he would be showing you

25     what?

97

    A    On a daily basis, monthly
basis how much money we made and then
later we found out it was not there.

    Q    So Anthony Deo was in charge
of the bank accounts?

    A    No.

    Q    Well--

    A    He was in charge of, you know
showing us how much money he made.  He
was doing the financing for the people
and everything.

    Q    Well, let's start with that.
What document would he show you on a
daily basis?

    A    Just like what he grossed.

    Q    I am asking you what the
document is.  What is the document?

    A    A regular piece of paper,
just on a piece of paper, that, you know,
nothing came in into the account, but he
would say yes, it is coming into the
account.

    Q    Okay.  And this would be on
what kind of paper?

1                                               98
2          A       Just a regular paper and, you
3     know.
4          Q       Was it a form?
5          A       No, no, no.
6          Q       He would hand write things on
7     a piece of paper?
8          A       Yeah, yeah, just a piece of
9     paper, that is how many cars he sold --
10         Q       Did he type?
11         A       No, he would not type.
12         Q       So he would handwrite on a
13    piece of paper and do what that paper?
14         A       We would just look at it and
15    wait for the answers from the
16    controllers.
17         Q       That is not what I asked you
18    either, Mr. Khan.  I said what did
19    Mr. Deo do with the paper?
20         A       I don't know, I never touched
21    the paper, so he would take the paper
22    with him, I don't know what he did with
23    it.
24         Q       So you never saw the paper
25    that Anthony Deo was writing; is that

*Rich Moffett Court Reporting, Inc.*

```
 1                                           99
 2    correct?
 3         A      Of course, I saw it, that he
 4    was writing.
 5         Q      Okay.  So where would that
 6    paper be today, for daily sales?
 7              MR. SHANKS:   Mr. Thomasson,
 8         you are cutting him off again.
 9         Please.
10              MR. THOMASSON:   Calm down,
11         Mr. Shanks.
12              MR. SHANKS:   No, you need to
13         calm down.
14              MR. THOMASSON:   I'm as calm
15         as could be, Mr. Shanks.
16              MR. SHANKS:   You are jumping
17         over the witness.  Let him answer,
18         that is all.
19              MR. THOMASSON:   But he is
20         not answering, okay?
21         A      I'm answering what it is.
22    Any time he wrote something, he kept it
23    there.  I don't know what happened to the
24    papers after, if he ripped it, if he
25    garbaged it.  I don't know.
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                            100

 2          Q      Wouldn't he have to give it

 3   to someone, like controllers?

 4          A      Yes, the controllers had to

 5   go through the banking and stuff like

 6   this, but what he used to tell us, at

 7   that time the controller was never in the

 8   room so whatever he told us as a partner,

 9   we believed him, but then the controller

10   would tell us something else later, and

11   that is where we started looking that

12   what he was showing on the paper we had

13   so much money, but then in the bank

14   account, was not going in.

15          Q      So this began during what

16   year that Mr. Deo was giving paper with

17   incorrect numbers?

18          A      I mean, it started when we

19   started, I would say 2000, whenever I

20   went there and pulled out the cars.

21          Q      Was the end of it?  Was that

22   the end of it?

23          A      When I was there, what I

24   remember.  I'm just going to say what I

25   remember.
```

```
 1                                        101
 2          Q      So when you pulled out the
 3     cars, was that the end of him stealing?
 4          A       No, no, no, no.  After that
 5     it started something else.  He started
 6     with Josh, I think, and then, then he
 7     went to another dealership, the one you
 8     said about Tony Urrutia and he did the
 9     same thing down there and then I heard, I
10     never met Mr. Tony Urrutia, but I heard
11     from people what happened and they
12     started a lawsuit, suing each other.  And
13     then he went to another place and he
14     messed up the floor plan over there and
15     that is what I have been hearing.
16          Q      Who did you hear it from?
17     Tell me everybody who told you that.
18          A      All dealerships talk.  It is
19     everybody knows each other.
20          Q      So as long as you know them
21     all, give me the names of the people you
22     have been talking to this case about.  Go
23     ahead.  Give me all of those names.
24          A      What case?  What case?
25          Q      Anthony Deo stealing.  Tell
```

```
 1                                          102

 2   me everything who you spoke to about

 3   that.  Tell me everybody you spoke to.

 4         A      People just talk.

 5         Q      No problem, so just give me

 6   those names.

 7         A      I'm just telling you why

 8   should I give you names because that is

 9   what everybody was talking about and that

10   is what I heard.

11         Q      Okay, so just tell me who you

12   heard it from, that is all.

13         A      Just on the street.

14         Q      Okay.  Those people on the

15   street, those strangers?

16         A      Plus I saw everything in the

17   lawsuits.

18         Q      So you had no firsthand

19   knowledge that Anthony Deo--

20         A      No, it is a lot of knowledge

21   I have from the floor plan companies,

22   people were talking and stuff like this

23   so--

24         Q      What floor plan companies

25   were talking about this?
```

*Rich Moffett Court Reporting, Inc.*

```
1                                           103

2          A       I don't want to say any

3     names.

4          Q       You have to answer the

5     question.

6          A       I don't want to say any names

7     because why should I say names --

8               MR. SHANKS:    Mr. Khan, you

9          don't have to protect anybody.  You

10         could give the names of the people

11         you spoke to.

12         A       It is the floor plan company

13    like Next Gear, AFC.

14         Q       What other floor plan

15    companies talked to you about Anthony

16    Deo?

17         A       AFC and Next Gear.

18         Q       Anybody else?

19         A       That is the two people who

20    talked to me about it.

21         Q       AFC would be Allied?

22         A       No.

23         Q       What is AFC?

24         A       It is a floor plan company

25    from Odessa, Long Island.
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                        104
 2          Q       What other people have you
 3    spoken to about Anthony Deo?
 4          A       Not that I spoke to, they
 5    spoke to me about it.
 6          Q       Okay.  So you sat silently
 7    while other people were talking to you
 8    about Anthony Deo stealing money; is that
 9    true?
10          A       What should I do?
11          Q       Does that mean yes, you sat
12    silently and listened?
13          A       I listened and that is what
14    I'm trying to tell you; that is how I
15    found out.
16          Q       Who is the people that told
17    you?
18          A       I just told you, AFC and Next
19    Gear.
20          Q       Who are the people who worked
21    there that told you?
22          A       They are no longer there and
23    it was many years ago, like four or
24    five years ago.
25          Q       So what are their names?
```

*Rich Moffett Court Reporting, Inc.*

```
1                                              105

2          A       I don't remember anymore.

3          Q       So you don't know the name of

4   anyone right now that told you Anthony

5   Deo stole money from North Shore; is that

6   correct?

7          A       I don't remember those guys

8   from AFC and Next Gear.

9          Q       But you know it was AFC and

10  Next Gear that you heard it, right?

11         A       Yes.

12         Q       You don't remember the name

13  of who told you; is that correct?

14         A       No, no.

15         Q       No, you don't remember?

16         A       It was just in the auctions

17  when we met somebody, they were talking

18  and I was just listening to them and that

19  is how.

20         Q       What about the people on the

21  street, what were their names?

22         A       That's what I meant when I

23  said on the street.

24         Q       From those two companies?

25         A       Uh-huh.
```

```
 1                                        106

 2          Q      Is that a question?

 3          A      Yes.

 4          Q      Did anyone working for you or

 5   working with you tell you that Anthony

 6   Deo was stealing?

 7          A      From who?

 8          Q      Anyone that worked for or

 9   with you, any of your partners, your

10   employees, controllers, did anyone?

11          A      I mean, of course, we saw the

12   paperwork and once I went there and I

13   picked up the cars and I saw the bank

14   accounts and when he took all the titles

15   home and that was the time that I said

16   okay, I have to pick up all the cars.

17          Q      Where are the titles kept, in

18   the safe?

19          A      Of course, it has to be in

20   the office; you cannot take that home.

21          Q      How do you know they were

22   taken, did you go into the safe?

23          A      When we went to the safe it

24   was gone and Anthony had it and then he

25   brought it back.
```

*Rich Moffett Court Reporting, Inc.*

1                                          107

2          Q      The safe was gone?

3          A      No, the titles were gone.

4          Q      So you went into the safe

5    because you had--

6          A      It was not in the safe.

7    There was no such thing as a safe in

8    there.  It was just a file and it was in

9    the file folder, and when we were looking

10   for the five folder, it was gone.

11              So then we called Anthony.

12   David actually called Anthony, and he

13   took the titles home, and he was keeping

14   them as a hostage.  And then till they

15   spoke with each other and he brought them

16   back.

17              After a week or so they had

18   to meet somewhere, in the diner and

19   that's how David took care of it, to get

20   back our titles.

21         Q      And you worked everything

22   out?

23         A      Not me.

24         Q      Well, your partner, your

25   trusted partner worked it out?

```
1                                            108
2          A     Yes.  Did not work everything
3     out, we don't know, but he told me he
4     took care of the stuff, that he gave back
5     the titles and he agreed that his wife
6     was not going to work there anymore and
7     he's going to be just there as a manager
8     and we are going to watch him.
9                So, basically, once he came
10    back to the office, David used to be
11    there then all the time, whenever he was
12    never in Florida.  So he used to watch
13    Anthony and go there almost every day.
14         Q     David did?
15         A     Yes.
16         Q     Do you know if David ever
17    proposed selling Baron Nissan to Anthony
18    Deo?
19         A     I heard something like this
20    but I don't know anything inside of it
21    that what happened, because it was
22    nothing to do with me, so I never got
23    involved.
24         Q     Who did you hear it from?
25         A     It was actually, Anthony told
```

```
 1                                    109
 2    me.
 3         Q       Anyone else?
 4         A       No.  Once Anthony told me, so
 5    why would I, and when I spoke with David
 6    and I just kind of asked him, he said we
 7    are working on something, and that was
 8    it.
 9         Q       But you weren't a part of
10    that at all?
11         A       No, no, it had nothing to do
12    with me, so why should I --
13         Q       Why did you personally allow
14    Anthony Deo to continue working there
15    after you had pulled out the cars because
16    you found out he was stealing?  Why did
17    you?
18         A       Not me.  Not me.
19         Q       Not you what?
20         A       It was David did.
21         Q       David did what, pulled the
22    cars?
23         A       No.  David told me that he's
24    going to be fine and he worked something
25    out with him and he can work back again
```

```
 1                                             110
 2    as a manager.
 3           Q       So whatever was wrong at that
 4    time --
 5           A       Then David told me that he
 6    will watch him because he's now here and
 7    if he does something like this again and
 8    it is going to be no good, so whatever
 9    happened between David and Anthony, and
10    we respected.  Me and Brian, we talked
11    about it and we were like okay, David
12    made that decision and we are going to
13    respect it.  And he apologized, Anthony
14    apologized of what he did.
15           Q       Did he apologize in writing?
16           A       No, he just came to the place
17    and we sat down and David was the one, he
18    made everybody shake hands and that was
19    it.
20           Q       So there was a meeting that
21    took place?
22           A       No, it was not a meeting like
23    this.  David spoke to me separately and
24    then I spoke to Brian separately and then
25    David told me to call Anthony.  And I did
```

111

call Anthony and we spoke on the phone
and then we met, I think once and I went
to the dealership and that was it.

     Q    So there was a meeting that
took place at the dealership --

     A    No, not me.  Not me.  It was
just David and Anthony had the meeting.

     Q    Did you have a meeting with
Anthony in which you shook his hand or
was that just David?

     A    No, that was -- no, I did
shake his hand.  We met in the
restaurant.

     Q    Who else was there?

     A    I think he called Sarah after
that.

     Q    I didn't ask who was on the
phone, I asked you who was at the
restaurant.

     A    No, we went into the
restaurant.  His wife, Sarah and Anthony
and me.

     Q    Just the three of you?

     A    Yes.

112

Q      And this was after the cars
had been returned to North Shore?

A      That was, yes, after, after
two weeks I would say, two or
three weeks.

Q      And the three of you shook
hands?

A      It was me, because David told
me to meet him and I met him.

Q      So you went to make peace
with Anthony and Sarah and for them to
make peace with you, is that a way of
putting it?

A      Yes.

Q      And you did?

A      I mean, we didn't write
anything down.  Whatever David told me,
that is what I did.

Q      And you were -- would it be
fair to say that as of that meeting with
the three of you in the restaurant,
whatever it is that had happened up till
that point, all was forgive; is that a
fair way of putting it?

113

A       No, it is not that.  Me, I
was not in a good shape.  I had surgery
because my doctor told me not to get
involved in the business that much
because I was on really heavy medications
and things like this.  I had a quadrupe
(p) and that is why I kind of stopped
everything, stopped going and just not to
get involved in the daily business.

Q       So what was the purpose of
that meeting at the restaurant?

A       David told me that he's going
to make a peace with him and he
apologized to David.  He's embarrassed
what he did and he's going to bring back
the titles and which he did and he gave
it to David, all the titles, whatever he
took.  Before he was not giving it to us,
and then when David spoke to him, I have
no idea, and this is how David spoke to
me and Brian together and said okay, he's
apologizing, he's doing this and let's
give him a second chance.

Q       So is that what you went to

```
1                                         114
2      the restaurant to do, to give Anthony and
3      Sarah a second chance?
4            A       No, not me.  We just -- we
5      met and he apologized to me and that was
6      it.
7            Q       What was the purpose of that
8      meeting?
9            A       What was the purpose of that
10     meeting?
11           Q       You went to a meeting.
12           A       Yeah.
13           Q       On the way to that meeting
14     what was the purpose of what you thought
15     was going to take place that day?
16           A       Because he said to me, David
17     told me he was going to apologize to you
18     and that is what he did.
19           Q       So at that point was all
20     forgiven and he was able to go forward in
21     his position without losing it?
22           A       Because what happened, the
23     reason, I went there, I did not want to
24     keep any grudges between anybody, and
25     plus, like I told you, I was not in a
```

*Rich Moffett Court Reporting, Inc.*

```
1                                          115

2    good shape that much, so I could not do a

3    daily business.  So I let it, I let

4    everything, left it in David Baron's

5    hands and Brian's hands.  So I said

6    whatever you guys say, I'll do.  You want

7    me to-- he's going to apologize to me, I

8    have no problem, if he wants to.  David

9    said he's not going to do that again

10   and--

11        Q     So how much money were you

12   able to find out that Anthony Deo stole

13   from North Shore Motors?

14        A     It is-- I don't know any

15   figure of that yet.

16        Q     Who would know it?

17        A     The controllers would know it

18   and Josh would know it and David would

19   know. Like I told you, I was not involved

20   after that, so I did not want to take any

21   stress so--

22        Q     So to this day you don't know

23   how much Anthony Deo stole; is that

24   correct?

25        A     Whatever was after me, I
```

1                                           116

2    don't know.

3         Q      Well, you don't know what

4    happened before when you were still

5    actively involved either, do you, an

6    exact number?

7         A      I can't give you an exact

8    number.  I told you I was going through a

9    surgery and things like this.  I don't

10   remember.

11        Q      Do you have any idea how much

12   money he stole?  Was it more than a

13   thousand dollars?

14        A      It's got to be more than a

15   thousand dollars, of course.

16        Q      Was it more than $10,000?

17        A      Has to be more.

18        Q      Was it more than $100,000?

19        A      It has to be more but I don't

20   want to --

21        Q      Was it more than a million

22   dollars?

23        A      If I don't have anything in

24   front of me, I don't want to say

25   anything.

117

1

2      Q      Do you know as you sit here

3   today whether or not Anthony Deo took a

4   million dollars from North Shore Motors

5   that he was not allowed to take; do you

6   know that?

7      A      You don't steal money like in

8   cash, there is millions of other ways

9   that you, he took money or anybody can

10  take money.

11     Q      What are those ways?  You

12  seem sure about it.  Why don't you tell

13  me how it is done?

14     A      Like if you have titles of

15  the car, you could sell a title to

16  another dealer and take the money as you

17  wish, under another corporation.

18     Q      How do you know?

19     A      Because people, a lot of

20  people did this.  I have been in business

21  and I have been watching these people,

22  what they did.  I always hear what

23  another person did and that is how I

24  know.

25     Q      You have never been in

```
 1                                          118
 2      trouble yourself for that, have you?
 3           A      No, no.
 4           Q      Have you ever been in any
 5      trouble with the Attorney General of New
 6      York?
 7           A      No, for what?
 8           Q      Have you ever been pursued
 9      for any criminal charges?
10           A      No, no.
11           Q      What about any of the
12      businesses that you were involved in, did
13      any of the businesses ever lose their DMV
14      licenses?
15           A      Not, none of my, anything
16      that I owned that I lost a license.
17           Q      Were any of your businesses
18      barred from working in New York that you
19      know of?
20           A      No, no.
21           Q      Do you know if anybody who
22      had that happen to them?
23           A      A lot of people I know.
24           Q      That had what, they got
25      barred?
```

*Rich Moffett Court Reporting, Inc.*

```
1                                           119

2          A       They got barred, yeah.

3          Q       Who did the barring, the DMV?

4          A       Yes.

5                  MR. SHANKS:   Objection.  Who

6          are you talking about?  Anyone in

7          the world?

8                  MR. THOMASSON:   He seems to

9          know.  He says a lot of people he

10         knows.  So we'll go through that.

11         Q       Mr. Khan, who are the people

12    that got barred from--

13                 MR. SHANKS:   He never said

14         anyone got barred.

15         A       It is just --

16         Q       Didn't you say to me, Mr.

17    Khan, that you knew a lot of people?

18         A       Yes, but I heard.  I read the

19    newspaper and you see in the newspaper a

20    lot of people got barred.

21         Q       That you know of?

22         A       That I don't know of; I read

23    the news about them.

24         Q       Anyone that you know that got

25    barred from working in the business?
```

*Rich Moffett Court Reporting, Inc.*

```
1                                    120

2        A     No, not, I don't know

3   personally.

4              MR. SHANKS:   Only testify to

5         what you know, not what you read in

6         the newspapers.

7        A     Okay.

8        Q     Who told you that Anthony Deo

9   and Tony Urrutia have differences of

10  opinion?

11       A     Who told me?

12       Q     Yeah.

13       A     One of the floor plan

14  companies.

15       Q     Which one?

16       A     I believe, if I'm not

17  mistaken it was Next Gear.

18             MR. THOMASSON:  One word,

19         Lorraine.

20       Q     Would it be fair to say, Mr.

21  Khan, that you do not have firsthand

22  knowledge yourself of any theft by

23  Anthony Deo, do you?  You have been told

24  about it.

25             MR. SHANKS: Objection.  You
```

```
1                                    121
2    are       characterizing his testimony.
3    He said      he has knowledge and he
4    doesn't have       numbers, specific
5    numbers.
6                    MR. THOMASSON:  I am asking
7    him       a different question.
8         Q      Mr. Khan, do you have
9    firsthand knowledge of any wrongdoing by
10   Anthony Deo at North Shore, yes or no?
11        A      I told you yes, I do, but I
12   don't have anything in front of me.
13        Q      Okay.  What is your firsthand
14   knowledge from?
15        A      About how what he did.
16        Q      Okay.  But how did you find
17   out about it?  Did you find out about it
18   yourself or only from other people?
19        A      From my partner.
20        Q      Do you have any firsthand
21   knowledge yourself, that is what I am
22   asking, not from anyone else, yourself,
23   did you have?
24        A      Myself, I had knowledge when
25   I took all of my cars out at that time.
```

*Rich Moffett Court Reporting, Inc.*

```
1                                          122

2          Q       What knowledge did you have?

3          A       That a lot of the money was

4   missing.

5          Q       And you have firsthand

6   knowledge that it was Anthony Deo who

7   took that money; is that correct?

8          A       That was the only people that

9   were in charge of it.

10         Q       Well, the controllers were in

11  charge of the money, weren't they, Mr.

12  Khan?

13         A       The controllers-- he barred

14  the controllers to coming into the

15  building and that is where I went and he

16  would not let the controller go into the

17  office because he was hiding something

18  and that's where the thing blew up.

19         Q       Which controller was barred

20  from going into the office?

21         A       Melissa and, Melissa.

22         Q       Anyone else?

23         A       It was another girl, Daniella

24  too.  Melissa was training her at that

25  time.
```

*Rich Moffett Court Reporting, Inc.*

1                                        123

2          Q      And they were both barred

3     from going into the office?

4          A      Yes, and that is where when

5     they called me.  First they called David.

6     David was in Florida.  Then they called

7     Brian.  Brian was not around and then

8     they called me, so I came in and I wanted

9     to see why he's not letting the

10    controllers in.  And that is where the

11    cops came in and then he provided the UAE

12    Premiere lease because we did not have

13    any papers with us because he was holding

14    inside in his office all the real papers,

15    and David had the real lease and David

16    was not available, so we could not prove

17    to the cops that we were owners.

18               And then when David came

19    back, then we called the cops before we

20    brought the locksmith.  So then the cops,

21    they were there with us till 3 o'clock in

22    the morning and let us out all of our

23    cars.

24          Q      The cars, when you say all of

25    your cars, in reality it was North

*Rich Moffett Court Reporting, Inc.*

```
 1                                      124

 2   Shore's cars, right?

 3        A      Not North Shore because we,

 4   me, David and Brian, we personally

 5   guaranteed for those cars.  Those were on

 6   the floor plan.

 7        Q      Okay.

 8        A      Anthony did not sign for the

 9   cars.

10        Q      So you took the cars.  These

11   are North Shore cars, you took them?

12        A      It is North Shore.

13        Q      Let me finish.  Let me

14   finish.

15               You took the cars that

16   belonged to North Shore because you and

17   your partners were the personal

18   guarantors; is that correct, yes or no?

19        A      Yeah, because he could have

20   sold those cars.

21        Q      I understand, because it was

22   North Shore, right?

23        A      But North Shore was my

24   company and David's company and Brian's

25   company.
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                        125

 2          Q      But he could have sold them

 3    because they were North Shore's cars that

 4    you personally guaranteed on the floor

 5    plan, right?

 6          A      Yes, and plus the titles were

 7    missing out of that building.

 8          Q      For roughly a week or two,

 9    correct?

10          A      Yeah, because--

11          Q      Is that correct, yes or no?

12          A      Yes.

13          Q      Okay, thank you.

14                 So, do you know what an EIN

15    number is, Mr. Khan?

16          A      Tax I.D. number.

17          Q      Who obtained the Tax I.D.

18    number for North Shore Motors; do you

19    know?

20          A      David.

21          Q      How do you know that?

22          A      Because he was kind of in

23    charge for the corporation.

24          Q      Did you see the Tax I.D.

25    number at some point?
```

*Rich Moffett Court Reporting, Inc.*

126

1

2      A      Not that I remember, but it

3  should have been posted on the wall right

4  next to the dealer license.

5      Q      As far as you know it was

6  David who opened the corporation so he

7  would have gotten the EIN, right?

8      A      No, I would say since the

9  license was under Brian's name, so I

10  would take that back and Brian would know

11  about the EIN number and the license.

12      Q      Did Brian form the

13  corporation or did David?

14      A      I'm not remembering.  I

15  remember I give them the name.  There was

16  a couple of suggestions but I don't

17  remember who opened up the corp.

18      Q      So you were the one who came

19  up with the name North Shore Motor

20  Leasing?

21      A      I think I'm almost -- yes, I

22  think -- you know, there was a couple of

23  names, but everybody liked North Shore

24  Motor Leasing so--

25      Q      And you came up with that

127

```
 1
 2    when the corporation was formed; is that
 3    right?
 4         A      Yes, but I don't know who
 5    formed it.
 6         Q      Okay.
 7                But whoever formed it, it was
 8    one of your partners, right?
 9         A      You see, if Brian formed it,
10    yes he was my partner.  If David formed
11    it, yes he was my partner.  If Anthony
12    formed it, he was not my partner or maybe
13    they let him do it.
14         Q      Why would Anthony form the
15    corporation if he's not the owner?
16         A      Because if you trust
17    somebody-- he's a manager.  I tell the
18    manager, okay, manager can go and form
19    the corp.  I don't know how to do it on
20    the computer, and if he say oh, I know
21    how to form it, he would go into the
22    computer and form the corporation.  That
23    is anybody could do it.  My controller
24    can do it.  My accountant can do it.
25         Q      But they would be doing it
```

```
 1                                              128

 2    for you, right?

 3         A      Yes, 100 percent.

 4         Q      Okay.

 5                Now, who is it that goes on

 6    to bank accounts at these dealerships, it

 7    would only be the owners, right?

 8         A      Yes.

 9         Q      Okay.  So, and you already

10    told me that it was you and your partners

11    on the bank account as owners, right?

12         A      Yes, it was a commercial

13    account.  It was not a regular Chase

14    account.  It was a commercial account

15    that only David can authorize everybody

16    on that.

17         Q      I understand.

18                Did you know that Josh

19    Aaronson approved Anthony Deo as the

20    owner on one or more tax returns and that

21    he did so in writing?  Did you know that?

22         A      No.

23         Q      Have you ever seen anything

24    to indicate that Josh Aaronson authorized

25    Anthony Deo as owner of that business?
```

```
 1                                    129
 2        A       No, sir.
 3        Q       Have you ever heard this
 4   before today?
 5        A       No.
 6        Q       Do you know when Chase was
 7   first told that you were an owner of
 8   North Shore?
 9        A       When we opened up the corp.
10   and the dealer license.
11        Q       And the account?
12        A       Yeah, on the account.
13        Q       So you would have told Chase
14   when you opened up the account, you were
15   on the account from the beginning?
16        A       Of course.  How the
17   commercial account works, David was -- he
18   had that account, so now any time you
19   open something, you call your rep and you
20   just go to the branch and you sign a
21   paper and that's what me and Brian did.
22   We went to the branch and we signed
23   papers.  I don't remember anything else
24   was on the papers.  No, nobody was on the
25   papers because --
```

130

     Q     But you and Brian went and
opened the account; is that what you just
said?

     A     No.  The commercial account
you don't open, it is already there and
all you do is you just add another
account to it and that's how it works.
And you go and they give you another
account and you sign for that papers.
And we signed, me and Brian, we signed,
but Anthony and Sarah was not on that
account because we used to sign in the
beginning all the checks.

               After 2019-2020, I don't know
what happened.

     Q     Okay.  But up until then,
from the time the account was opened up
until roughly the time that you took the
cars for a week or two or were part of
taking the cars for a week or two, up
until then it was just in the names of
you, Brian and David; is that right?

     A     Yes.

     Q     And is it -- who is it that

131

actually opened it, do you know?

A    All you do is you call your rep at the commercial account, okay, which David had, you're assigned a rep to you when you have a commercial account and that rep opens up an account, and then they tell you when they have the paperwork ready, you go to the branch and you sign it.

Q    So then as far as -- from that explanation, Mr. Khan, should I draw the conclusion, yes or no, that you believe David Baron just simply called and had the account opened; is that what you think happened?

A    Yeah, because they had a lot of-- they had a lot of-- David had a lot of dealerships, so that is how the commercial account works because --

Q    So he would have just opened another commercial account for North Shore, right?

A    Yeah, but you got to-- like he, they have to get approval that the

```
 1                                      132
 2     corporation and things like this and then
 3     they open up an account.
 4          Q     And then he would add your
 5     name to the account; is that right?
 6          A     Yes, to the partner name.
 7          Q     So you would at some point
 8     would have to sign something, wouldn't
 9     you?
10          A     Yes, I would go to the bank
11     and the bank makes you sign the papers.
12          Q     And you have a clear memory
13     of doing that?
14          A     Yes.
15          Q     Okay.  And that was from the
16     time the account was opened?
17          A     Yes.
18          Q     Okay.
19                Did you know that Josh
20     Aaronson took $735,000 out of the Chase
21     account when the North Shore Motors
22     operations stopped during or about
23     November of 2022?
24          A     Not that I know of.
25          Q     Do you know how he took the
```

*Rich Moffett Court Reporting, Inc.*

133

money out?  You wouldn't know that?

    A     No.  I did not speak to him and like I told you, I don't know.

    Q     Well, if he did take $735,000 out of the North Shore account, would you consider some of that money yours?

    A     Basically.

    Q     It a yes or no question, Mr. Khan.

    A     My thing is I have no idea if that is true or not and why would he take 735,000?  I have no idea, but if he did, he would have told me, but I don't know anything about it.

    Q     So you don't think it happened because Josh didn't tell you that it happened; is that correct?

    A     No, it is not that.  I trust him, he would have told me.

    Q     Okay.  And, but for any money that he took out of the account when the account was closed, would you expect to be told about it?

    A     Yes, but I knew--

```
 1                                    134
 2         Q      Were you?
 3         A      No.  I don't know anything
 4    about it, but I was waiting, me, I was
 5    always speaking to Brian and Brian would
 6    tell me that they are working on the
 7    corporation to be closed, so that's what
 8    I was waiting on.
 9         Q      Where is the corporate book
10    for North Shore Motors?
11         A      The last time I remember
12    Anthony took it home and I don't know if
13    it was returned back to anybody.
14         Q      Today do you know where the
15    corporate book is for North Shore?
16         A      No, sir.  No.
17         Q      Do you know where any of the
18    files are for North Shore Motors?
19         A      I think you asked me that
20    question in the beginning and I told you
21    no, I don't know.
22         Q      Do you know where anything
23    belonging to North Shore Motors is today?
24         A      No.
25         Q      Do you know the status of the
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                               135

 2    bank account at North Shore Motors?

 3         A      No.  It is a commercial

 4    account, so usually commercial accounts,

 5    they usually call and then they close it.

 6    You don't have to sign any papers or

 7    something.

 8         Q      But at the moment you don't

 9    know whether that account is opened or

10    closed; is that right?

11         A      Yes, I don't know.

12         Q      Do you know anything about

13    incident reports that were filled out

14    relating to you at any time during the

15    occasion that you came and took cars out

16    of North Shore?

17              MR. SHANKS:   Objection as to

18         form.

19              What do you mean by incident

20         report?

21         A      Incident.

22              MR. SHANKS:   Wait a minute,

23         I have an objection.

24              What is an incident report or

25         by whom?
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                        136
 2         Q      Mr. Khan--
 3                MR. THOMASSON:  It is an
 4   exhibit      to the complaint, Russell.
 5         A      Incident.  I don't know what
 6   incident.
 7         Q      You said that at some point
 8   while you were at North Shore the police
 9   were called; is that correct?
10         A      Yes.
11         Q      Do you know of any reports
12   that any employees of North Shore filled
13   out regarding what went on that day?
14         A      That was all their employees,
15   they can write anything they want, but I
16   know exactly what happened.
17         Q      That is not what I am asking
18   you, Mr. Khan.  I am asking you if you
19   know whether or not there are such
20   reports?
21         A      Yes, I know.  Yes.
22         Q      How do you know?
23         A      Because I saw it.
24         Q      Where?
25         A      In the complaint.
```

137

Q       You read that in the
complaint?

A       Yes.

Q       Did you read the reports?

A       No, I mean, that was all on
the one.  I think it was one or two
people.  One was Angela, I believe and
one was, I don't know who that was that
wrote down.

Q       But I am asking whether or
not you read that in the reports, yes or
no?

A       Yes.

Q       You did read the reports?

A       Yes.

Q       Were they true?

A       What they wrote, they can
write anything they want but--

Q       Of course they did can, but
that is not what I asked you.  I asked
you is it true?

A       It was not true, what
happened.  I'm telling you what happened.

Q       I'm not asking you what

*Rich Moffett Court Reporting, Inc.*

1                                              138

2      happened.  I am asking you--

3            A        No.

4            Q        I am asking you if it is

5      true?

6            A        Yes.  I did go there.  We did

7      call the cops.  So if you are asking me,

8      yes, that is what happened.  But what

9      they wrote in their reports, it is

10     completely opposite.  It is whatever

11     Anthony told them to write, that is what

12     they write.  That is what they wrote.

13           Q        How do you know that he told

14     them what to write?

15           A        Because that was his

16     employees and they were very loyal to

17     him.

18           Q        Did you hear him tell them to

19     write something?

20           A        No, it is not that because

21     once I went there with Melissa and

22     everybody, the employees, they wouldn't

23     even know me, who I was and they were

24     stopping me.  They said no, Anthony and

25     Sarah is the owners.  You are not the

139

owner, and they were stopping me and
that's where we had a heated conversation
and that's where we called the cops.

Q    So--

A    Because in the end all the
employees that they hired, they told them
that I was just their friend; I was not
the owner; Anthony and Sarah was the
owner.  Whatever the employees were
working there.

Q    And these incident reports
that you read are entirely incorrect; is
that right?

A    Not entirely.  I'm going to
tell you some--

Q    What is it that was correct?

A    What they said that I came in
and I wanted to go inside and they
wouldn't let me.

Q    That was correct?

A    Because they thought that I
was an outsider.  They thought --

Q    What did they write that was
incorrect?

```
1                                   140
2       A       That, that they did not know
3  me, that I was the owner.
4       Q       That was incorrect, when they
5  wrote that you were not the owner?
6       A       Because whatever--
7       Q       Is that correct?
8       A       Again, whatever.
9              MR. SHANKS:   Mr. Thomasson,
10         let him answer.  How many times do
11         I have to instruct you?
12              MR. THOMASSON:   He is not
13         answering.  How would you like me
14         to say it?
15              MR. SHANKS:  I would like you
16         to say it very lowly.
17              MR. THOMASSON:   He's not
18         answering, Russell.
19              MR. SHANKS:   Ask a
20         follow-up.
21              MR. THOMASSON:  He's avoiding
22         the answers all day.
23              MR. SHANKS:   No, no, Asad.
24              Mr. Thomasson, you are not
25         going to get the answers you want.
```

*Rich Moffett Court Reporting, Inc.*

1                                      141

2        You are going to get the truth.

3        You need to follow-up.

4             MR. THOMASSON:   Move to

5        strike.

6             MR. SHANKS:   Is there an

7        open question?

8             (Whereupon, the reporter read

9        back the requested testimony.)

10            MR. THOMASSON:  So I did get

11       an answer there, Lorraine?

12            I think now is a good time to

13       take a break.  How about we take a

14       good break for lunch?  Is

15       45 minutes enough for everybody?

16            MR. KATAEV:   Yes.

17            MR. THOMASSON:   We'll come

18       back at 2:30.

19            THE WITNESS:  2:30 is fine,

20       because I have to go to the

21       bathroom.

22            MR. THOMASSON:   Would an

23       hour be better?  We could come back

24       at 2:45, how is that?

25            THE WITNESS:  No, 2:45 is

*Rich Moffett Court Reporting, Inc.*

```
 1                                        142
 2      fine.  2:30 is fine.
 3               MR. THOMASSON:  2:30 we'll be
 4      back.
 5               MR. SHANKS:  Mr. Khan, for
 6      later on, if you have to go to the
 7      bathroom or break for five minutes,
 8      tell us.
 9               MR. THOMASSON:  Any time.
10               (Whereupon, a luncheon recess
11      took place.)
12      A F T E R N O O N   S E S S I O N
13               (Whereupon, the following takes
14      place on the record:)
15  EXAMINATION BY
16  MR. THOMASSON (continued:)
17        Q     Mr. Khan, can you hear me
18  okay?
19        A     Yes, I can hear you.
20        Q     Do you know what a personal
21  guarantee is, Mr. Khan?
22        A     Yes.
23        Q     What is it?
24        A     That you personally guarantee
25  for something, not a corp.
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                          143
 2          Q      So, if you personally
 3   guarantee a loan, for example?
 4          A      Okay.
 5          Q      Have you ever done that?
 6          A      Sometimes, yes, there is like
 7   if I took a loan or something I
 8   personally guarantee it.  Let's say my
 9   credit card is personally guaranteed.
10          Q      So if you have a personal
11   guarantee on a loan, does that mean in
12   your mind that it is your loan?
13          A      If I personally guaranteed?
14   Yes.
15          Q      So if you had a personal
16   guarantee on a DMV license, does that
17   mean that you can make decisions about
18   that DMV license?
19                 MR. SHANKS:   Objection.
20          Hold on.  Objection as to form.
21                 He can't guarantee a DMV
22          license.
23          A      Yes, exactly, I can't.
24          Q      Well, isn't there someone who
25   has to sign for the DMV licenses?  There
```

*Rich Moffett Court Reporting, Inc.*

                                                          144

1

2       always has to be a person in charge of

3       it, isn't there?

4            A       Yes, but there is no such a

5       thing that I ever heard of a DMV license

6       is personally guaranteed.  No, I never

7       heard of that.

8            Q       They're typically issued in

9       the name of a corporation, in fact,

10      right?

11           A       I'm sorry?

12           Q       The DMV licenses are

13      typically issued in the--

14           A       The corporation, yes.

15           Q       And then the corporation

16      would control that license; is that

17      right?

18           A       Yes.

19           Q       Were there warranty contracts

20      associated with North Shore that you know

21      of, Mr. Khan?

22           A       Warranty contracts?  Yeah,

23      there is warranty companies that you sell

24      their warranties.

25           Q       And have you ever been on any

*Rich Moffett Court Reporting, Inc.*

1                                                    145

2     one of those contracts?

3          A      On the warranties?

4          Q      Yeah.  In other words, there

5     is a warrant company.  The business

6     reaches an agreement with the warranty

7     company for them to provide warranties,

8     extended warranties?

9          A      I don't remember.  I think it

10    is Allied Bank it was from the Allied and

11    if somebody signed it, it would have been

12    probably David would have signed that.

13         Q      All right.  But what I am

14    asking you is is when there is an

15    extended warranty company, there is some

16    sort of a contract that is entered into

17    between the dealership and that warranty

18    company to sell warranties, right?

19         A      Yes, yes.

20         Q      And who is it that owns that

21    contract for the dealership, is it

22    typically in the corporate name or is it

23    in an individual's name?

24         A      It is a corporate name.

25         Q      In a corporate name.  And

1                                                    146

2      whoever it is that is signing that

3      contract is acting on behalf of the owner

4      of the company, right?

5          A      Yeah.  Even a manager can

6      sign a warranty company, that doesn't

7      mean anything.  It is just an outside

8      company and you're selling their

9      warranties, and if you allow, let's say

10     if I allow Anthony and Anthony allows me,

11     they could sign for it; it is doesn't

12     have to be owners.

13         Q      Doesn't have to be the owner

14     as far as you know to execute a warranty

15     contract for the dealership; is that

16     right?

17         A      Execute?  I never executed

18     the warranty contract so far yet, so I

19     don't know how it works.

20         Q      Okay, I understand.

21                If I would suggest to you

22     that the occasion that you were there to

23     deal with problems at the dealership and

24     the police were called, if I were to

25     suggest to you that that was March 5th of

```
1                                          147
2      '20, would you say that that is possible?
3           A       Possible?
4           Q       Does that sound like it could
5      have been that date?
6           A       It could have been.
7           Q       And then on the occasion that
8      David ended up removing cars, if I would
9      suggest to you that was June 17th of
10     2020, would you say that is possible?
11          A       June 17th?  Why would David
12     remove cars?  I remember me and David
13     were together till 3-4 o'clock in the
14     morning when we were removing cars.
15          Q       Did you read something in the
16     complaint called the Asad Khan incident?
17          A       Yeah, it said--
18          Q       And that was alleged to have
19     taken place on March 5th of 2020; do you
20     remember that?
21          A       I don't remember the dates,
22     believe me.  I have no idea about the
23     dates.
24          Q       Was there anything in the
25     complaint that you thought was inaccurate
```

*Rich Moffett Court Reporting, Inc.*

1                                          148

2   regarding that incident?

3        A      I mean, whatever they were

4   saying, I mean, what I told you, that is

5   what happened.  What they wrote, I have

6   no idea.  And who were these people?  I

7   have -- the only woman I knew that was

8   there, she was a biller, her name was

9   Angela and I saw her name that she wrote

10  that what happened, that called the cops

11  and I came in and then we picked up all

12  the cars because Angela, I remember she

13  was telling the cops that David Baron and

14  Asad is not the owners of North Shore

15  Motors and Sarah and Anthony was the

16  owners, because she used to work for them

17  and they hired her and they told her

18  whatever they told her.  But in

19  actuality, we were the owners.

20       Q      That was one of the so-called

21  incident reports attached to the

22  complaint, right?

23       A      Right, right.

24       Q      But that is not what I am

25  asking you about.

*Rich Moffett Court Reporting, Inc.*

149

1

2          A      Okay.

3          Q      I am asking you about the

4     section in the complaint that's entitled

5     the Asad Khan Incident.  Did you read

6     that section?

7          A      I don't remember.  I'm not

8     going to lie to you.  I don't remember.

9          Q      Now, you don't know whether

10    or not there was any type of financial

11    system in place on the Chase Bank account

12    called Positive Pay, is that what you

13    testified to?  Is that right?

14         A      What does that mean?  I don't

15    understand.

16         Q      Have you ever heard of the

17    Positive Pay system through Chase Bank?

18         A      No, this is the first time

19    I'm hearing it.

20         Q      Was there any kind of token

21    system through Chase Bank that you could

22    recall for security purposes?

23         A      Yes.  I know the token

24    system.

25         Q      Tell me more about that.

*Rich Moffett Court Reporting, Inc.*

                                                          150

What is it?

        A       That is when you have the
token, like I would give the token to my
controller and the controller would log
in and this token only works in the
commercial accounts.  And the token, the
number, whatever it appears, it changes
every two minutes, and she puts in and
then it will take you to that account.

        Q       Without the token, can
anybody make transactions on that account
if they don't have a token?

        A       No.  If I give you my token,
yes, you can do it, as long as you have
my token.

        Q       Okay.  And you used to give
it to your controllers?

        A       Everybody had their own
token, so sometimes, let's say if the
controller forgot her token, so she could
use my token.

        Q       Okay.  Who had tokens at
North Shore?

        A       It was me; supposed to be me,

*Rich Moffett Court Reporting, Inc.*

```
 1                                        151
 2    Brian and David and our controller.
 3        Q      Was that it?
 4        A      Yeah, that is it.
 5        Q      Did you ever receive K-1s
 6    from North Shore?
 7        A      I believe so, yes.
 8        Q      Do you know who gave them to
 9    you?
10        A      The main accountant give it
11    to the controllers and then the
12    controllers distribute them.
13        Q      Who were the main accountants
14    during your ownership of North Shore?
15        A      I don't remember, there was a
16    couple of them, so they used to change.
17    I think it was, that I remember, Alan
18    Carra.  There was another one.  Oh, my
19    God, I forgot, it had been years so.  I
20    remember Elan C-A-R-R-A, I believe.  And
21    it is Elan, E-L-A-N.
22        Q      And who picked the
23    accountants?
24        A      That's the Baron Group.
25        Q      The Baron Group decided who
```

*Rich Moffett Court Reporting, Inc.*

```
1                                          152

2      the accountants would be?

3           A      Yes.

4           Q      Who provided the floor plans

5      at North Shore?

6           A      Allied Bank.

7           Q      And were they obtained with

8      the assistance of the Barons?

9           A      They have to all guarantee it

10     and we all have to sign with it.

11          Q      So who signed on the floor

12     plan accounts for North Shore?

13          A      It was me, David and Brian.

14          Q      And it was only Allied Bank,

15     was the only floor plan providers at

16     North Shore?

17          A      Yes, at that time till I was

18     involved, yes.

19          Q      When was the last time you

20     were a part of filing any tax document

21     that has the name North Shore Motors?

22     Excuse me.

23          A      Like I told you, I never

24     personally did, the controllers does it.

25          Q      Well, so you had nothing to
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                              153
 2    do with the filing of North Shore's tax
 3    documents, but you certainly filed your
 4    own, right?
 5            A       Yes.
 6            Q       And did any of your own tax
 7    documents have North Shore Motor Leasing
 8    written on it?
 9            A       There should be, must be.
10            Q       But you have no present
11    memory of it; is that correct?
12            A       No, no, but there must be,
13    yes.
14            Q       Did you know that the--
15            A       I got the K-1's so, of
16    course, there is going to be.
17            Q       Do you know there is a
18    document request out there asking for any
19    tax returns with the words North Shore
20    Motor Leasing on it, did you know that?
21            A       From who?
22            Q       From me.
23            A       No.
24            Q       But you think North Shore
25    Motor Leasing is on your own tax returns,
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                          154

 2   right?

 3        A      It's got to be.

 4        Q      And as you sit here now you

 5   have no knowledge that you have to turn

 6   over those tax returns?

 7        A      No.

 8        Q      Do you still have those tax

 9   returns?

10        A      Of course, it's got to be

11   there.

12        Q      Okay.  I look forward to

13   seeing them.

14        A      Sure.

15        Q      I may have asked you about

16   this, Mr. Khan, but I need it as a

17   preliminary question again.  Are you

18   telling me that you do not -- did you

19   tell me, excuse me, did you tell me that

20   you have no knowledge that Josh Aaronson

21   approved Anthony and Sarah Deo as the

22   owners of the North Shore?

23        A      No, I don't have no

24   knowledge.

25        Q      And that he did so in writing
```

*Rich Moffett Court Reporting, Inc.*

155

in an e-mail; did you know that?

          A      No.

          Q      Did you know that Citrin--

Withdrawn.

                 Did you know if Citrin

Cooperman was ever an accountant for

either North Shore or Island Auto Group?

          A      No.

          Q      Have you ever heard the term

Citrin Cooperman?

          A      No.

          Q      Do you know that they're an

accounting firm?

          A      Don't remember anything like

that, so.

          Q      You didn't have anything to

do with picking accountants though for

North Shore?

          A      No, no, it was all their

decision.  David used to do everything

like that.

          Q      And then after David died,

who would be making the decisions for

North Shore?

*Rich Moffett Court Reporting, Inc.*

156

      A      That would be Josh.

      Q      That was with your knowledge
and approval?

      A      No, I don't know about these
people so.

      Q      Was it okay with you that
Josh was making these decisions, is what
I'm saying?

      A      Oh, yes, yes.

      Q      And he was the one that was
making the decisions?

      A      Yes.

      Q      And he made decisions about
North Shore for you; is that right?

      A      Yes.

      Q      And do you know that whether
or not it was okay with Brian that Josh
was making decisions, was that okay, as
well, if you know?

      A      I would say yes, he would.
If he said no, Brian would call me, but
Brian never said no to it.

      Q      Okay.  Do you know what the
relationship was between David and Josh?

```
 1                                              157

 2          A       Josh is his son-in-law.

 3          Q       Did they have a good

 4   relationship?

 5          A       Very good relationship.

 6          Q       As far as you know?

 7          A       No, I used to know the

 8   family.

 9                  MR. SHANKS:   He answered.

10          Q       You were discussing with me

11   earlier the Power of Attorney that you

12   were aware that Josh got from David,

13   right?

14          A       Yes.

15          Q       Do you know if Josh was able

16   to use that after David died?  Do you

17   know if he did?

18          A       For doing what?

19          Q       Anything.  If you know

20   whether or not he did.

21          A       I mean, he had the Power of

22   Attorney.  We knew it.  David, even

23   before he passed away, I mean, he kind of

24   told me that Josh is going to be the one

25   that is going to have a business because
```

*Rich Moffett Court Reporting, Inc.*

158

he trusted Josh for everything.

Q     Do you know if Josh used the Power of Attorney at all before David died?

A     No, no.

Q     No, you don't know or no, he didn't do it?

A     No, he never got involved in any of the businesses when David was alive.

Q     Okay.  So he would have only used this Power of Attorney after David died?

A     Yes.

Q     Have you ever discussed the current situation with Josh, all these lawsuits?

A     We kind of just spoke about it one time, very shortly.  He's always busy and I did not want to bother him but I hear everything through Brian because Brian is more like, he's the GM of Nissan, so Josh comes to Nissan almost every day because he lives around the

159

corner, so whatever Josh tells him, Brian

usually tells me what is going on.

    Q    That would be Baron Nissan?

    A    Baron Nissan, yes.

    Q    Do you know if they're trying

to sell Baron Nissan right now?

    A    No, no idea.

    Q    You haven't heard that on the

street at all, had you?

    A    No.

    Q    Would you be told if they

were?

    A    I have nothing to do with it,

why would they say that to me?

        MR. THOMASSON:  Do you need a

little break, Mr. Khan?

        THE WITNESS:  No, I'm okay.

I'm sorry, I was just trying to

find my charger.

    Q    Do you know where any of the

bank account records or for North Shore

right now?

    A    No.  No, I have no idea.

    Q    Do you know where any of the

*Rich Moffett Court Reporting, Inc.*

160

billing records for North Shore are right now?

    A    No.

    Q    Do you know where any of the cancelled checks are for North Shore right now?

    A    No.

    Q    Do you know where any of the telephone records are for North Shore right now?

    A    No.

    Q    Do you know where any of the video recordings are for North Shore right now?

    A    No idea.

    MR. SHANKS:  Objection.  You asked all of these questions.

    MR. THOMASSON:  I don't think I got them all.  I'm just trying to be thorough.

    MR. SHANKS:  Take your time, just hurry up.

    Q    Did you know that Marc Merckling received a Grand Jury subpoena

*Rich Moffett Court Reporting, Inc.*

161

from the United States Department of
Justice, Mr. Khan?

    A      Nothing that I know of.

    Q      Do you know whether or not
any one of the co-plaintiffs in this case
have gone to the Department of Justice?
Did anyone tell you that?

    A      I don't know.  I have no
idea.

    Q      Have you had to testify at
any Grand Jury proceedings connected to
this case?

    A    No.

    Q      Did anyone ever ask you to?

    A    No.

    Q      Have you spoken to law
enforcement at all in connection with
this case?

    A    No.

    Q      Did anyone ever ask you to?

    A    No.

    Q      Did you ever speak with
anyone at the Department of Motor
Vehicles about anything involving this

*Rich Moffett Court Reporting, Inc.*

```
 1                                          162
 2    case?
 3         A      No, sir.
 4         Q      Do you know of anyone who
 5    did?
 6         A      I told you, I don't know
 7    anything about it, so --
 8              MR. THOMASSON: I have no
 9    further      questions at this time.
10              THE WITNESS:  Okay.
11              MR. SHANKS:   Anyone else
12         have questions?  I have no
13         questions.
14              MS. RONNEBURGER:   I have no
15         questions.
16              MR. KATAEV:  Emanuel Kataev
17         speaking, no questions.
18              THE REPORTER:  Who on the
19         record will be ordering this
20         transcript?
21              MR. SHANKS:   I will order
22         one.
23              MR. THOMASSON:   I will order
24         one, Lorraine.  This is Harry
25         Thomasson.  I think you already
```

*Rich Moffett Court Reporting, Inc.*

1                                                  163

2          have my contact information, and I

3          will order one.  Regular services

4          is fine with me.

5                  MR. KATAEV:  Russ, I'll split

6          with you.

7                  MS. RONNEBURGER:   Can I

8          split with the two of you, as well?

9          This is Ariel from Flushing Bank,

10         we'll order it too.

11                 MR. CIANCIULLI:   No, I don't

12         need a copy, and I did put my name

13         and party in the Chat for you.

14                 (Time Noted:  2:55 p.m.)

15

16

17

18

19

20

21

22

23

24

25

```
1                                              164

2            A C K N O W L E D G E M E N T

3

4      STATE OF NEW YORK   )
                           :ss
5      COUNTY OF NASSAU    )

6

7              I, ASAD KHAN, hereby certify

8      that I have read the transcript of my

9      testimony taken under oath in my

10     deposition of December 22, 2025; that the

11     transcript is a true, complete and

12     correct record of my testimony, and that

13     the answers on the record as given by me

14     are true and correct.

15

16

17                     _____

18                     ASAD KHAN

19

20     Signed and subscribed to before
       me, this            day
21     of                  , 2025.

22     _____
       Notary Public, State of New York

23

24

25
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                                  165

 2    ----------------I N D E X-----------------

 3    WITNESS          EXAMINATION BY          PAGE

 4    ASAD KHAN        MR. THOMASSON            7

 5

 6

 7    DIRECTIONS:  None

 8    RULINGS:  None

 9    MOTIONS:  None

10

11

12    -------------------EXHIBITS---------------

13    PLAINTIFF'S FOR I.D.                      PAGE

14    None

15

16    DEFENDANT'S FOR I.D.                      PAGE

17    None

18

19

20

21

22

23

24

25
```

1                                              166

2                  C E R T I F I C A T E

3       STATE OF NEW YORK    )

4                            ) ss.:

5       COUNTY OF NASSAU     )

6

7                   I, Lorraine Marinazzo, a Notary

8              Public within and for the State of New

9              York, do hereby certify:

10                  That ASAD KHAN, the witness

11             whose deposition is hereinbefore set

12             forth, was duly sworn by me and that

13             such deposition is a true record of

14             the testimony given by such witness.

15                  I further certify that I am not

16             related to any of the parties to this

17             action by blood or marriage; and that I

18             am in no way interested in the outcome

19             of this matter.

20                  IN WITNESS WHEREOF, I have

21             hereunto set my hand this 30th day of

22             December,2025.

23                        *Lorraine Marinazzo*
                       - - - - - - - - - - - - - - - - - - - - - -
24                        LORRAINE MARINAZZO

25

## $

**$10** [1] - 96:8
**$10,000** [1] - 116:16
**$100,000** [1] - 116:18
**$30,000** [2] - 43:18, 44:2
**$735,000** [2] - 132:20, 133:5

## '

**'16** [5] - 17:11, 24:10, 25:6, 30:18
**'17** [7] - 17:11, 24:10, 25:6, 25:13, 30:19, 64:15
**'18** [5] - 23:21, 25:13, 27:18, 64:12, 64:15
**'19** [4] - 23:21, 25:13, 27:18, 64:12
**'20** [1] - 147:2
**'86** [1] - 15:17
**'87** [1] - 15:17

## 1

**1,000** [1] - 9:14
**100** [3] - 68:6, 90:24, 128:3
**10170-0002** [1] - 3:11
**11042-1073** [1] - 3:17
**11553** [1] - 4:4
**11793** [1] - 3:4
**11:10** [1] - 2:19
**12** [1] - 9:12
**1239** [1] - 1:16
**12:30** [1] - 3:24
**1339** [1] - 3:22
**1580** [1] - 1:14
**1581** [1] - 1:13
**1591** [1] - 1:14
**1632** [1] - 1:15
**17** [1] - 27:5
**17th** [2] - 147:9, 147:11
**18** [1] - 27:5
**189** [8] - 1:6, 1:12, 3:7, 18:8, 38:14, 38:21, 68:20, 71:22
**18th** [1] - 17:10
**19** [1] - 15:15
**1984** [1] - 15:16
**1986** [1] - 15:16

## 2

**20** [1] - 73:21
**2000** [6] - 16:14, 16:16, 16:22, 23:20,

91:7, 100:19
**2016** [3] - 17:10, 30:14, 91:7
**2017** [2] - 30:12, 30:13
**2018** [2] - 46:13, 76:23
**2019** [8] - 25:21, 27:22, 67:19, 67:21, 68:7, 68:16, 69:15, 89:24
**2019-2020** [1] - 130:15
**2020** [4] - 25:15, 69:15, 147:10, 147:19
**2022** [3] - 48:19, 58:17, 132:23
**2025** [3] - 2:18, 164:10, 164:21
**22** [2] - 2:18, 164:10
**23** [4] - 1:18, 3:9, 72:13, 72:15
**2320** [1] - 3:19
**2519** [1] - 1:16
**2:30** [4] - 141:18, 141:19, 142:2, 142:3
**2:45** [2] - 141:24, 141:25
**2:55** [1] - 163:14

## 3

**3** [1] - 123:21
**3-4** [1] - 147:13
**30,000** [2] - 43:21, 91:10
**3000** [1] - 3:17
**30th** [1] - 166:21
**32** [2] - 14:6, 17:4
**3280** [1] - 3:4
**333** [1] - 4:4
**3W8** [1] - 3:17

## 4

**40** [1] - 22:5
**40,000** [1] - 96:5
**4000** [2] - 52:24, 81:24
**420** [1] - 3:11
**446** [3] - 1:18, 3:9, 72:13
**45** [1] - 141:15

## 5

**5** [1] - 73:22
**50** [1] - 22:5
**50,000** [1] - 96:4
**500** [1] - 3:22
**501-8006** [1] - 77:7
**5th** [2] - 146:25, 147:19

## 6

**60** [1] - 22:6

## 7

**7** [1] - 165:4
**718** [1] - 77:7
**735,000** [1] - 133:13
**76** [2] - 1:17, 3:9

## 9

**92** [2] - 7:17, 8:20

## A

**a.m** [1] - 2:19
**A7Khan** [1] - 57:16
**A7Khan@aol.com** [1] - 57:2
**Aaronson** [8] - 3:10, 40:15, 69:8, 71:20, 128:19, 128:24, 132:20, 154:20
**AARONSON** [1] - 1:11
**ability** [1] - 8:11
**able** [5] - 8:14, 33:14, 114:20, 115:12, 157:15
**Academics** [1] - 15:9
**account** [52] - 31:14, 31:17, 31:19, 31:25, 32:2, 36:25, 37:13, 38:4, 43:17, 43:19, 86:14, 90:23, 95:21, 97:21, 97:23, 100:14, 128:11, 128:13, 128:14, 129:11, 129:12, 129:14, 129:15, 129:17, 129:18, 130:3, 130:5, 130:8, 130:10, 130:13, 130:18, 131:4, 131:6, 131:7, 131:15, 131:20, 131:22, 132:3, 132:5, 132:16, 132:21, 133:6, 133:22, 133:23, 135:2, 135:4, 135:9, 149:11, 150:10, 150:12, 159:22
**accountant** [5] - 33:18, 40:6, 127:24, 151:10, 155:7
**accountants** [5] - 92:20, 151:13, 151:23, 152:2,

155:18
**accounting** [1] - 155:14
**accounts** [12] - 29:13, 29:15, 37:5, 37:22, 38:9, 42:6, 97:6, 106:14, 128:6, 135:4, 150:7, 152:12
**acknowledge** [2] - 6:6, 6:11
**acting** [1] - 146:3
**action** [1] - 166:17
**actively** [1] - 116:5
**actuality** [1] - 148:19
**add** [2] - 130:7, 132:4
**address** [2] - 7:16, 56:25
**addresses** [2] - 39:6, 57:4
**administer** [1] - 5:16
**administered** [1] - 6:13
**advertising** [1] - 29:3
**AFC** [7] - 103:13, 103:17, 103:21, 103:23, 104:18, 105:8, 105:9
**Affair** [4] - 13:6, 13:9, 13:11, 14:11
**afterwards** [2] - 22:19, 59:18
**ago** [15] - 9:12, 10:5, 43:4, 53:22, 53:23, 54:20, 64:16, 67:16, 77:16, 77:17, 78:7, 79:12, 79:14, 104:23, 104:24
**agree** [5] - 6:23, 6:24, 7:3, 7:5, 13:5
**agreed** [3] - 60:2, 60:12, 108:5
**AGREED** [3] - 5:3, 5:9, 5:14
**agreement** [2] - 6:22, 145:6
**ahead** [3] - 28:8, 36:13, 101:23
**Airport** [1] - 15:8
**Alan** [1] - 151:17
**Alex** [1] - 79:4
**alive** [2] - 27:2, 158:11
**ALIVIA** [1] - 4:8
**alleged** [1] - 147:18
**Allied** [5] - 103:21, 145:10, 152:6, 152:14
**allow** [3] - 109:13, 146:9, 146:10
**allowed** [5] - 59:14, 61:10, 61:14, 63:15,

117:5
**allows** [1] - 146:10
**almost** [7] - 9:11, 10:4, 30:8, 64:25, 108:13, 126:21, 158:24
**ALSO** [1] - 4:7
**AND** [3] - 5:2, 5:8, 5:13
**Angela** [1] - 137:8, 148:9, 148:12
**answer** [16] - 13:19, 24:22, 25:7, 45:7, 51:7, 55:4, 55:18, 62:5, 63:23, 70:24, 83:6, 88:18, 99:17, 103:4, 140:10, 141:11
**answered** [1] - 157:9
**answering** [5] - 55:10, 99:20, 99:21, 140:13, 140:18
**answers** [4] - 59:5, 98:15, 140:22, 140:25, 164:13
**ANTHONY** [2] - 1:6, 1:24
**Anthony** [88] - 3:16, 17:7, 17:14, 17:16, 18:2, 18:22, 18:24, 19:6, 21:5, 21:13, 22:12, 22:22, 24:11, 25:25, 26:14, 26:15, 36:5, 36:16, 40:13, 43:15, 43:25, 44:3, 49:7, 57:19, 58:7, 59:13, 69:2, 69:4, 75:12, 75:16, 77:14, 77:20, 77:24, 78:14, 78:19, 82:8, 82:19, 83:11, 83:13, 94:20, 96:22, 97:5, 98:25, 101:25, 102:19, 103:15, 104:3, 104:8, 105:4, 106:5, 106:24, 107:11, 107:12, 108:13, 108:17, 108:25, 109:4, 109:14, 110:9, 110:13, 110:25, 111:2, 111:8, 111:10, 111:22, 112:12, 114:2, 115:12, 115:23, 117:3, 120:8, 120:23, 121:10, 122:6, 124:8, 127:11, 127:14, 128:19, 128:25, 130:12,

134:12, 138:11, 138:24, 139:9, 146:10, 148:15, 154:21
**anticipate** [1] - 13:18
**anyway** [1] - 60:10
**apologize** [3] - 110:15, 114:17, 115:7
**apologized** [4] - 110:13, 110:14, 113:15, 114:5
**apologizing** [1] - 113:23
**applications** [1] - 85:6
**applied** [1] - 89:12
**applying** [2] - 85:18, 89:13
**approval** [4] - 33:12, 37:18, 131:25, 156:4
**approvals** [1] - 38:6
**approved** [5] - 37:22, 40:15, 89:15, 128:19, 154:21
**area** [1] - 73:3
**argumentative** [1] - 24:21
**Ariel** [2] - 7:4, 163:9
**ARIEL** [1] - 4:5
**arrangement** [1] - 6:18
**ASAD** [5] - 2:22, 164:7, 164:18, 165:4, 166:10
**Asad** [5] - 7:14, 140:23, 147:16, 148:14, 149:5
**AsadKhanFortLee@ gmail.com** [1] - 57:11
**assets** [2] - 49:18, 49:21
**assigned** [2] - 48:12, 131:5
**assignment** [8] - 47:6, 47:13, 47:16, 47:20, 48:4, 48:7, 48:8, 48:15
**assistance** [1] - 152:8
**associated** [1] - 144:20
**AT&T** [1] - 80:6
**attached** [1] - 148:21
**Attorney** [11] - 4:5, 26:3, 33:8, 70:12, 70:15, 91:22, 118:5, 157:11, 157:22, 158:4, 158:13
**attorney** [3] - 10:13, 10:18, 20:19

**Attorneys** [4] - 3:7, 3:15, 3:21, 4:3
**attorneys** [7] - 5:3, 6:5, 10:15, 19:15, 20:19, 85:23, 92:16
**auction** [3] - 83:3, 83:12, 83:20
**auctions** [3] - 83:8, 84:6, 105:16
**August** [4] - 17:10, 64:14, 64:15
**authorize** [1] - 128:15
**authorized** [5] - 5:16, 49:15, 128:24
**AUTO** [11] - 1:5, 1:7, 1:12, 1:13, 1:14, 1:15, 1:16, 1:17, 1:18
**Auto** [13] - 3:8, 3:9, 3:10, 3:16, 16:17, 71:15, 71:16, 71:17, 72:3, 72:10, 72:13, 89:9, 155:8
**AUTOMOTIVE** [1] - 2:5
**available** [1] - 123:16
**Avenue** [2] - 3:11, 3:17
**avoiding** [1] - 140:21
**aware** [6] - 35:18, 35:22, 44:20, 85:3, 87:6, 157:12

## B

**backed** [1] - 65:23
**bank** [16] - 29:13, 29:14, 31:14, 31:25, 32:2, 32:4, 86:14, 97:6, 100:13, 106:13, 128:6, 128:11, 132:10, 132:11, 135:2, 159:22
**Bank** [12] - 4:3, 4:5, 36:25, 37:5, 73:11, 145:10, 149:11, 149:17, 149:21, 152:6, 152:14, 163:9
**BANK** [1] - 2:11
**banker** [1] - 17:13
**bankers** [1] - 85:23
**banking** [4] - 29:10, 29:11, 32:13, 100:5
**banks** [1] - 42:6
**BARON** [1] - 1:13
**Baron** [23] - 11:14, 11:20, 28:16, 38:5, 41:13, 63:18, 69:10, 69:13, 69:20, 69:22,

70:3, 70:11, 70:16, 91:23, 95:12, 108:17, 131:14, 148:13, 151:24, 151:25, 159:4, 159:5, 159:7
**Baron's** [1] - 115:4
**Barons** [1] - 152:8
**barred** [10] - 118:18, 118:25, 119:2, 119:12, 119:14, 119:20, 119:25, 122:13, 122:19, 123:2
**barring** [1] - 119:3
**basis** [4] - 42:4, 97:2, 97:3, 97:15
**bathroom** [2] - 141:21, 142:7
**BDC** [1] - 64:3
**began** [1] - 100:15
**begged** [1] - 63:18
**beginning** [6] - 31:22, 43:13, 90:16, 129:15, 130:14, 134:20
**behalf** [4] - 7:8, 44:4, 44:21, 146:3
**bell** [2] - 72:21, 80:16
**belonged** [1] - 124:16
**belonging** [1] - 134:23
**Beltre** [4] - 32:16, 32:17, 75:21, 92:23
**Beltrie** [1] - 29:18
**Best** [2] - 14:16, 17:3
**best** [2] - 19:13, 68:14
**better** [1] - 141:23
**between** [24] - 5:3, 9:12, 15:16, 17:10, 22:5, 23:19, 23:21, 24:10, 25:5, 25:6, 26:8, 27:4, 30:8, 47:12, 60:19, 61:20, 63:24, 64:12, 91:10, 94:11, 110:9, 114:24, 145:17, 156:25
**bill** [1] - 11:8
**biller** [1] - 148:8
**billing** [1] - 160:2
**BLANKENSHIP** [1] - 1:25
**Blankenship** [5] - 52:25, 53:2, 53:4, 80:9, 80:11
**Blauvelt** [2] - 7:17, 8:20
**BLAUVELT** [1] - 7:18
**blew** [1] - 122:18
**blood** [1] - 166:17

**Blvd** [1] - 3:8
**BLVD** [6] - 1:13, 1:14, 1:15, 1:16, 1:17
**BMWs** [1] - 84:4
**boats** [2] - 84:13, 84:14
**BONNIE** [2] - 3:24, 4:9
**book** [2] - 134:9, 134:15
**bother** [3] - 51:22, 85:15, 158:21
**bothered** [1] - 85:12
**Boulevard** [7] - 4:4, 39:7, 39:8, 39:22, 71:18, 72:2, 72:5
**branch** [4] - 32:11, 129:20, 129:22, 131:9
**break** [5] - 73:17, 141:13, 141:14, 142:7, 159:17
**BRIAN** [1] - 1:8
**Brian** [55] - 3:10, 11:14, 18:6, 25:19, 31:2, 32:3, 38:5, 38:11, 41:17, 41:19, 41:23, 41:25, 42:2, 42:14, 43:15, 49:10, 51:16, 51:19, 52:3, 52:5, 52:7, 52:8, 52:9, 56:6, 57:24, 60:10, 63:16, 65:22, 71:6, 90:18, 91:13, 93:8, 110:10, 110:24, 113:22, 123:7, 124:4, 126:10, 126:12, 127:9, 129:21, 130:2, 130:11, 130:23, 134:5, 151:2, 152:13, 156:18, 156:22, 156:23, 158:22, 158:23, 159:2
**Brian's** [4] - 29:7, 115:5, 124:24, 126:9
**bring** [1] - 113:16
**broke** [1] - 46:20
**brought** [9] - 20:18, 33:18, 46:22, 59:10, 63:20, 65:7, 106:25, 107:15, 123:20
**Building** [1] - 3:22
**building** [5] - 58:3, 59:13, 63:15, 122:15, 125:7
**bunch** [1] - 39:5
**business** [7] - 11:23, 12:10, 12:11, 12:15, 14:6, 17:23, 19:11,

22:7, 22:11, 24:16, 25:2, 26:21, 38:15, 48:25, 50:10, 50:21, 63:17, 67:14, 68:3, 70:8, 71:15, 73:11, 73:14, 76:4, 86:14, 91:16, 91:20, 91:25, 94:2, 113:5, 113:10, 115:3, 117:20, 119:25, 128:25, 145:5, 157:25
**businesses** [6] - 72:14, 83:16, 118:12, 118:13, 118:17, 158:10
**busy** [3] - 51:23, 51:24, 158:21
**BUYERS** [1] - 2:3
**buying** [1] - 83:14
**BY** [8] - 3:12, 3:18, 3:23, 4:5, 7:21, 74:5, 142:15, 165:3
**bypass** [1] - 30:2

## C

**calm** [3] - 99:10, 99:13, 99:14
**cameras** [1] - 57:17
**cancelled** [1] - 160:6
**cannot** [1] - 106:20
**Capital** [1] - 73:7
**capital** [2] - 91:11, 91:16
**CAPITAL** [1] - 2:10
**car** [8] - 16:18, 49:22, 49:23, 50:10, 84:6, 96:4, 96:9, 117:15
**Car** [1] - 72:25
**CAR** [1] - 2:3
**card** [1] - 143:9
**care** [8] - 14:8, 27:2, 33:9, 33:10, 33:23, 65:21, 107:19, 108:4
**Carra** [1] - 151:18
**CARRA** [1] - 151:20
**carrier** [1] - 79:23
**CARS** [2] - 2:3, 2:4
**cars** [50] - 22:6, 22:17, 22:20, 22:24, 23:18, 29:8, 29:9, 46:6, 46:14, 58:16, 60:15, 63:6, 64:8, 64:18, 64:23, 65:8, 65:14, 65:25, 66:7, 67:8, 83:14, 84:3, 95:11, 98:9, 100:20, 101:3, 106:13, 106:16, 109:15, 109:22, 112:2, 121:25,

123:23, 123:24, 123:25, 124:2, 124:5, 124:9, 124:10, 124:11, 124:15, 124:20, 125:3, 130:20, 130:21, 135:15, 147:8, 147:12, 147:14, 148:12
**case** [20] - 10:13, 10:16, 14:14, 14:15, 19:22, 20:13, 20:19, 71:9, 71:12, 77:10, 77:12, 80:25, 82:13, 101:22, 101:24, 161:6, 161:13, 161:19, 162:2
**Case** [1] - 1:21
**cases** [6] - 13:7, 13:9, 13:11, 13:15, 14:11, 53:13
**cash** [1] - 117:8
**caused** [1] - 65:10
**ceased** [8] - 42:24, 46:2, 46:5, 46:9, 48:18, 58:12, 58:15, 58:18
**cell** [7] - 76:17, 76:20, 76:22, 76:24, 77:3, 77:8, 77:18
**century** [1] - 16:24
**certainly** [2] - 47:14, 153:3
**certificate** [3] - 31:6, 31:8, 31:10
**certification** [1] - 5:6
**certify** [3] - 164:7, 166:9, 166:15
**cessation** [1] - 66:14
**CHABRIER** [1] - 1:8
**Chabrier** [6] - 3:10, 11:14, 11:20, 38:5, 41:17, 71:6
**chance** [2] - 113:24, 114:3
**change** [1] - 151:16
**changes** [1] - 150:8
**characterizing** [1] - 121:2
**charge** [14] - 28:17, 28:21, 49:25, 57:20, 58:8, 60:25, 61:2, 85:13, 97:5, 97:9, 122:9, 122:11, 125:23, 144:2
**charger** [1] - 159:20
**charges** [1] - 118:9
**Chase** [15] - 31:16, 32:6, 32:8, 32:9, 36:25, 37:5, 37:22,

38:8, 128:13, 129:6, 129:13, 132:20, 149:11, 149:17, 149:21
**chase** [1] - 32:5
**Chat** [1] - 163:13
**check** [6] - 24:3, 34:14, 55:17, 56:19, 81:23, 96:10
**check-wise** [1] - 56:19
**checkbook** [1] - 61:4
**checks** [5] - 34:5, 61:8, 61:15, 130:14, 160:6
**Chestnut** [1] - 3:22
**Cianciulli** [1] - 7:3
**CIANCIULLI** [3] - 3:23, 7:2, 163:11
**circumstances** [2] - 42:16, 42:24
**Citrin** [3] - 155:4, 155:6, 155:11
**claims** [1] - 43:18
**Clause** [2] - 45:23, 92:10
**clear** [2] - 13:22, 132:12
**close** [6] - 12:14, 26:22, 27:9, 43:7, 52:24, 93:10, 93:25, 135:5
**closed** [8] - 12:8, 42:17, 42:19, 67:10, 93:12, 133:23, 134:7, 135:10
**closer** [1] - 51:21
**closing** [5] - 27:8, 91:24, 92:2, 92:6, 93:9
**CO** [1] - 2:10
**co** [6] - 19:18, 39:5, 39:22, 71:19, 72:3, 72:18, 82:13, 161:6
**co-defendant** [1] - 72:18
**co-defendants** [1] - 82:13
**co-plaintiffs** [6] - 19:18, 39:5, 39:22, 71:19, 72:3, 161:6
**COAST** [6] - 2:3, 2:4, 2:5, 2:6, 2:7, 2:8
**Coast** [3] - 72:25, 73:2, 73:4
**Coasts** [1] - 73:3
**college** [2] - 14:25, 15:4
**Collins** [1] - 17:13
**coming** [3] - 88:25, 97:22, 122:14

**commercial** [12] - 31:16, 128:12, 128:14, 129:17, 130:5, 131:4, 131:6, 131:20, 131:22, 135:3, 135:4, 150:7
**commission** [2] - 30:4, 87:18
**communicate** [1] - 51:14
**communicated** [2] - 50:24, 52:9
**companies** [8] - 16:14, 16:23, 102:21, 102:24, 103:15, 105:24, 120:14, 144:23
**company** [18] - 11:25, 12:4, 12:7, 42:10, 45:3, 45:17, 103:12, 103:24, 124:24, 124:25, 145:5, 145:7, 145:15, 145:18, 146:4, 146:6, 146:8
**complaint** [10] - 9:19, 20:21, 40:19, 136:4, 136:25, 137:3, 147:16, 147:25, 148:22, 149:4
**complaints** [7] - 20:18, 20:20, 20:22, 54:17, 54:23, 55:13, 55:15
**complete** [1] - 164:11
**completely** [2] - 54:21, 138:10
**computer** [1] - 127:20, 127:22
**computers** [2] - 50:14, 50:15
**concentrated** [1] - 20:4
**concerned** [1] - 88:12
**conclusion** [2] - 45:7, 131:13
**conducted** [1] - 6:4
**confronted** [1] - 21:5
**confused** [1] - 58:18
**connected** [1] - 161:12
**connection** [2] - 57:14, 161:18
**consent** [1] - 6:18
**consider** [1] - 133:7
**Consumer** [4] - 13:6, 13:9, 13:11, 14:11
**Cont'd** [1] - 4:2
**contact** [1] - 163:2
**contacts** [4] - 52:23,

53:7, 81:22, 81:24
**continue** [1] - 109:14
**continued** [2] - 74:6, 142:16
**contract** [5] - 145:16, 145:21, 146:3, 146:15, 146:18
**contracts** [3] - 144:19, 144:22, 145:2
**control** [1] - 144:16
**controller** [3] - 21:3, 29:16, 29:17, 32:14, 33:19, 33:21, 36:4, 42:8, 42:9, 42:11, 61:5, 75:11, 100:7, 100:9, 122:16, 122:19, 127:23, 150:5, 150:21, 151:2
**controllers** [25] - 29:20, 32:19, 75:19, 75:22, 76:2, 85:6, 85:10, 92:23, 95:6, 95:7, 95:16, 96:21, 98:16, 100:3, 100:4, 106:10, 115:17, 122:10, 122:13, 122:14, 123:10, 150:18, 151:11, 151:12, 152:24
**conversation** [2] - 56:23, 139:3
**conversations** [3] - 87:24, 88:4, 88:8
**COONEY** [1] - 4:8
**Cooperman** [2] - 155:7, 155:11
**cop** [1] - 47:8
**cops** [22] - 21:2, 21:6, 21:8, 21:10, 21:15, 21:17, 22:2, 22:3, 23:13, 46:12, 46:17, 46:18, 47:4, 123:11, 123:17, 123:19, 123:20, 138:7, 139:4, 148:10, 148:13
**copy** [1] - 163:12
**corner** [1] - 159:2
**CORP** [1] - 2:9
**corp** [4] - 126:17, 127:19, 129:9, 142:25
**corporate** [6] - 72:3, 134:9, 134:15, 145:22, 145:24, 145:25
**corporation** [24] - 23:11, 30:17, 30:24, 31:4, 31:6, 31:11, 45:12, 45:22, 48:2,

49:19, 67:9, 92:11, 117:17, 125:23, 126:6, 126:13, 127:2, 127:15, 127:22, 132:2, 134:7, 144:9, 144:14, 144:15
**corporations** [1] - 71:19
**correct** [25] - 13:11, 64:20, 64:23, 65:11, 71:9, 71:12, 78:4, 87:8, 94:3, 99:2, 105:6, 105:13, 115:24, 122:7, 124:18, 125:9, 125:11, 133:18, 136:9, 139:17, 139:21, 140:7, 153:11, 164:12, 164:14
**counsel** [2] - 6:17, 74:17
**Counsel** [2] - 3:24, 6:21
**counsels** [1] - 40:21
**count** [1] - 29:9
**COUNTY** [2] - 164:5, 166:5
**couple** [15] - 43:4, 53:21, 53:23, 54:20, 58:25, 76:13, 77:15, 77:22, 79:12, 79:13, 93:16, 126:16, 126:22, 151:16
**course** [30] - 11:8, 16:6, 27:13, 29:7, 30:7, 30:20, 33:13, 33:16, 33:20, 34:15, 40:25, 41:21, 44:25, 47:3, 49:16, 54:14, 57:19, 66:6, 67:11, 69:24, 74:16, 87:4, 99:3, 106:11, 106:19, 116:15, 129:16, 137:20, 153:16, 154:10
**court** [1] - 13:23
**Court** [1] - 5:19
**COURT** [1] - 1:2
**covered** [1] - 72:8
**CPA** [1] - 2:2
**CPA's** [1] - 2:11
**crazy** [1] - 13:23
**credit** [1] - 143:9
**criminal** [1] - 118:9
**CULLEN** [1] - 4:3
**current** [1] - 158:17
**customers** [1] - 12:25
**cut** [1] - 62:3

**cutting** [4] - 36:9, 62:14, 62:15, 99:8
**CYRULI** [1] - 3:7

# D

**daily** [7] - 36:21, 63:17, 97:2, 97:15, 99:6, 113:10, 115:3
**Daniella** [1] - 122:23
**Danny** [4] - 29:21, 32:17, 75:20, 92:23
**date** [1] - 147:5
**dates** [4] - 66:10, 94:13, 147:21, 147:23
**David** [136] - 11:13, 18:6, 21:12, 21:21, 21:25, 23:4, 23:8, 23:11, 23:17, 25:20, 25:21, 25:22, 26:4, 26:25, 27:2, 27:4, 27:5, 27:19, 28:16, 28:17, 30:25, 32:3, 32:25, 33:8, 36:22, 38:5, 38:11, 42:3, 42:14, 43:15, 45:15, 46:24, 49:17, 57:24, 59:9, 59:10, 59:23, 60:5, 60:7, 60:8, 60:18, 60:20, 61:20, 63:16, 63:18, 63:21, 65:13, 65:19, 65:20, 65:23, 69:13, 69:14, 70:10, 70:16, 70:18, 85:10, 85:12, 85:15, 85:18, 85:21, 86:4, 89:2, 90:19, 91:12, 91:23, 92:12, 95:12, 107:12, 107:19, 108:10, 108:14, 108:16, 109:5, 109:20, 109:21, 109:23, 110:5, 110:9, 110:11, 110:17, 110:23, 110:25, 111:8, 111:11, 112:9, 112:18, 113:13, 113:15, 113:18, 113:20, 113:21, 114:16, 115:4, 115:8, 115:18, 123:5, 123:6, 123:15, 123:18, 124:4, 125:20, 126:6, 126:13, 127:10, 128:15, 129:17, 130:23, 131:5, 131:14, 131:18, 145:12,
147:8, 147:11, 147:12, 148:13, 151:2, 152:13, 155:21, 155:23, 156:25, 157:12, 157:16, 157:22, 158:4, 158:10, 158:13
**David's** [4] - 29:6, 69:24, 85:16, 124:24
**days** [8] - 21:22, 58:25, 60:15, 63:8, 64:9, 64:19, 64:22, 64:24
**deal** [1] - 146:23
**dealer** [4] - 16:18, 117:16, 126:4, 129:10
**dealership** [11] - 22:21, 38:18, 38:20, 51:25, 101:7, 111:4, 111:6, 145:17, 145:21, 146:15, 146:23
**dealerships** [6] - 72:25, 85:9, 86:8, 101:18, 128:6, 131:19
**dealing** [1] - 75:10
**deceased** [1] - 11:14
**December** [2] - 2:18, 164:10
**December,2025** [1] - 166:22
**decided** [2] - 93:25, 151:25
**decision** [5] - 12:14, 65:24, 85:17, 110:12, 155:21
**decisions** [8] - 33:15, 60:3, 143:17, 155:24, 156:8, 156:12, 156:14, 156:19
**declare** [1] - 6:14
**defendant** [1] - 72:18
**Defendant** [1] - 3:3
**DEFENDANT'S** [1] - 165:16
**defendants** [4] - 77:10, 77:11, 80:24, 82:13
**Defendants** [1] - 2:14
**define** [1] - 47:23
**definition** [1] - 83:24
**degree** [1] - 15:3
**Deo** [38] - 17:7, 17:14, 17:16, 17:25, 40:13, 44:7, 78:14, 82:9, 82:19, 83:8, 94:12,
94:18, 94:20, 95:10, 97:5, 98:19, 98:25, 100:16, 101:25, 102:19, 103:16, 104:3, 104:8, 105:5, 106:6, 108:18, 109:14, 115:12, 115:23, 117:3, 120:8, 120:23, 121:10, 122:6, 128:19, 128:25, 154:21
**DEO** [3] - 1:24, 4:9
**Deo's** [6] - 9:20, 60:20, 60:21, 61:7, 61:20, 94:2
**Deos** [1] - 93:21
**Department** [3] - 161:2, 161:7, 161:24
**deposit** [1] - 43:22
**deposition** [14] - 5:6, 5:14, 6:8, 6:9, 53:9, 53:20, 55:8, 74:10, 74:15, 74:25, 81:10, 164:10, 166:11, 166:13
**deposits** [1] - 37:12
**derivatively** [2] - 1:9, 1:11
**details** [1] - 74:11
**died** [6] - 28:18, 86:4, 155:23, 157:16, 158:5, 158:14
**difference** [1] - 47:12
**differences** [4] - 65:9, 65:10, 65:15, 120:19
**different** [1] - 121:7
**diner** [1] - 107:18
**DIRECTIONS** [1] - 165:7
**discussed** [3] - 11:15, 92:25, 158:16
**discussing** [1] - 157:10
**discussion** [2] - 78:23, 78:25
**dispute** [6] - 63:6, 63:9, 63:12, 63:14, 63:24, 64:4
**distracting** [1] - 53:18
**distribute** [1] - 151:12
**DISTRICT** [2] - 1:2, 1:3
**DLA** [3] - 2:9, 73:7, 73:9
**DMV** [13] - 12:24, 16:3, 16:5, 16:11, 16:13, 118:13, 119:3, 143:16, 143:18, 143:21, 143:25, 144:5, 144:12
**doctor** [1] - 113:4
**document** [7] - 9:11, 10:8, 97:14, 97:18, 152:20, 153:18
**documents** [11] - 9:10, 53:19, 54:2, 54:8, 54:9, 54:13, 55:20, 74:8, 74:11, 153:3, 153:7
**dollars** [6] - 86:25, 87:4, 116:13, 116:15, 116:22, 117:4
**done** [4] - 73:10, 73:13, 117:13, 143:5
**down** [15] - 12:8, 12:11, 12:12, 14:7, 14:8, 43:7, 61:18, 65:3, 93:10, 99:10, 99:13, 101:9, 110:17, 112:18, 137:10
**draw** [1] - 131:12
**drive** [1] - 13:22
**driver's** [1] - 16:9
**drugs** [1] - 8:10
**duly** [2] - 7:9, 166:12
**during** [15] - 44:15, 48:18, 51:12, 75:7, 84:18, 84:19, 84:22, 95:2, 96:2, 96:13, 96:17, 100:15, 132:22, 135:14, 151:14
**DWIGHT** [1] - 1:25
**Dwight** [5] - 52:25, 53:2, 53:4, 80:9, 80:11
**DYKMAN** [1] - 4:3

# E

**E-L-A-N** [1] - 151:21
**e-mail** [7] - 56:15, 56:20, 56:23, 56:25, 57:3, 57:15, 155:2
**e-mailed** [2] - 56:17, 56:22
**e-mails** [5] - 57:8, 57:9, 57:13, 82:8, 82:12
**Earle** [1] - 4:4
**easily** [1] - 24:17
**EASTERN** [1] - 1:3
**education** [1] - 14:23
**effect** [1] - 5:17
**eight** [2] - 9:12, 10:4
**EIN** [3] - 125:14, 126:7, 126:11
**either** [6] - 56:18,
76:14, 84:25, 98:18, 116:5, 155:8
**Elan** [2] - 151:20, 151:21
**Emanuel** [2] - 73:21, 162:16
**EMANUEL** [1] - 3:18
**embarrassed** [1] - 113:15
**employee** [5] - 14:17, 18:3, 18:7, 18:11, 34:6
**employees** [8] - 76:8, 106:10, 136:12, 136:14, 138:16, 138:22, 139:7, 139:10
**emptied** [1] - 92:4
**empty** [1] - 92:3
**end** [6] - 67:7, 96:8, 100:21, 100:22, 101:3, 139:6
**ended** [1] - 147:8
**enforcement** [1] - 161:18
**engaged** [1] - 34:16
**engine** [1] - 14:8
**English** [2] - 40:24, 41:2
**entered** [1] - 145:16
**entirely** [2] - 139:13, 139:15
**entities** [2] - 39:8, 39:22
**entitled** [1] - 149:4
**ESQ** [7] - 3:3, 3:12, 3:18, 3:23, 3:24, 4:5, 4:9
**Estate** [1] - 70:10
**exact** [4] - 25:7, 30:20, 116:6, 116:7
**exactly** [5] - 30:21, 50:20, 55:16, 136:16, 143:23
**Examination** [1] - 2:21
**EXAMINATION** [4] - 7:21, 74:5, 142:15, 165:3
**examination** [2] - 6:3, 6:6
**examined** [1] - 7:10
**example** [1] - 143:3
**except** [2] - 5:9, 76:6
**exchange** [1] - 82:7
**exchanged** [1] - 82:12
**excuse** [3] - 69:4, 152:22, 154:19
**execute** [2] - 146:14, 146:17
**executed** [1] - 146:17

exhibit [1] - 136:4
EXHIBITS [1] - 165:12
expect [1] - 133:23
expenses [2] - 96:7, 96:9
expired [1] - 15:14
explained [1] - 95:16
explanation [1] - 131:12
extended [2] - 145:8, 145:15

**F**

Face [3] - 78:10, 78:17, 81:7
fact [1] - 144:9
fair [10] - 28:18, 41:7, 54:4, 60:6, 60:16, 67:15, 68:8, 112:21, 112:25, 120:20
familiar [5] - 18:16, 38:14, 40:2, 41:12, 72:14
family [1] - 157:8
far [8] - 41:4, 86:17, 88:11, 126:5, 131:11, 146:14, 146:18, 157:6
fees [2] - 71:9, 71:12
few [4] - 23:17, 77:24, 78:4, 78:14
figuratively [1] - 9:25
figure [2] - 95:24, 115:15
file [2] - 107:8, 107:9
filed [1] - 153:3
files [6] - 49:22, 49:23, 50:8, 50:10, 50:13, 134:18
filing [3] - 5:5, 152:20, 153:2
filled [2] - 135:13, 136:12
financial [1] - 149:10
financing [1] - 97:11
fine [9] - 8:16, 13:13, 25:4, 73:22, 109:24, 141:19, 142:2, 163:4
finish [9] - 13:21, 36:8, 36:14, 49:5, 62:16, 62:19, 63:3, 124:13, 124:14
fire [2] - 75:14, 93:20
fired [6] - 59:11, 59:16, 76:14, 94:5, 94:12, 95:10
firing [1] - 94:2
firm [1] - 155:14
first [19] - 7:9, 9:2,

11:17, 17:6, 17:24, 28:18, 31:13, 34:24, 48:5, 61:17, 62:11, 64:7, 64:8, 65:4, 72:12, 82:6, 123:5, 129:7, 149:18
firsthand [6] - 102:18, 120:21, 121:9, 121:13, 121:20, 122:5
Fisk [1] - 3:9
FISK [1] - 1:17
five [10] - 59:19, 60:15, 63:8, 64:9, 64:19, 64:22, 64:24, 104:24, 107:10, 142:7
flew [1] - 15:16
Flight [1] - 15:9
floor [15] - 26:19, 29:5, 93:18, 101:14, 102:21, 102:24, 103:12, 103:14, 103:24, 120:13, 124:6, 125:4, 152:4, 152:11, 152:15
Florida [3] - 21:13, 108:12, 123:6
flow [1] - 32:22
fluently [1] - 41:3
Flushing [4] - 4:3, 4:5, 73:11, 163:9
FLUSHING [2] - 2:11
flying [1] - 15:15
folder [2] - 107:9, 107:10
follow [2] - 140:20, 141:3
follow-up [2] - 140:20, 141:3
following [3] - 62:18, 74:4, 142:13
follows [1] - 7:11
FOR [2] - 165:13, 165:16
force [1] - 5:17
forgive [2] - 63:22, 112:24
forgiven [1] - 114:20
forgot [2] - 150:21, 151:19
form [16] - 5:10, 28:12, 28:13, 28:15, 45:2, 45:6, 47:10, 88:16, 98:4, 126:12, 127:14, 127:18, 127:21, 127:22, 135:18, 143:20
formed [6] - 127:2, 127:5, 127:7, 127:9,

127:10, 127:12
forth [2] - 24:3, 166:12
forward [2] - 114:20, 154:12
four [11] - 14:9, 14:10, 20:18, 59:19, 60:15, 63:7, 64:9, 64:19, 64:22, 64:24, 104:23
friend [2] - 78:8, 139:8
friend's [1] - 79:2
friends [7] - 17:12, 17:16, 17:21, 17:22, 19:10, 78:7, 78:10
Frisk [2] - 39:25, 72:9
front [5] - 25:9, 53:24, 54:16, 116:24, 121:12
funding [1] - 86:13
FUNDING [2] - 2:12, 3:21
Funding [2] - 73:14, 86:6, 86:9
Funds [8] - 84:25, 85:7, 86:25, 87:7, 87:25, 88:5, 88:9, 89:18
funeral [2] - 70:4, 70:6
FURTHER [2] - 5:8, 5:13

**G**

G-A-L-L-A-N-I [1] - 16:21
Gallani [1] - 16:20
garbaged [1] - 99:25
Gear [6] - 103:13, 103:17, 104:19, 105:8, 105:10, 120:17
Geeta [1] - 16:19
GEETA [1] - 16:20
General [1] - 118:5
girl [1] - 122:23
given [3] - 70:20, 164:13, 166:14
GM [2] - 17:3, 158:23
Gmail [1] - 57:12
God [1] - 151:19
Gold [4] - 72:24, 73:2, 73:3, 73:4
GOLD [6] - 2:3, 2:4, 2:5, 2:6, 2:7, 2:8
GOLUB [2] - 3:24, 4:9
Grand [2] - 160:25, 161:12
Great [1] - 73:5
gross [2] - 96:5, 96:7
grossed [1] - 97:16
grossing [3] - 96:2,

96:3, 96:13
Group [10] - 16:17, 39:14, 39:15, 39:16, 72:6, 72:10, 89:9, 151:24, 151:25, 155:8
GROUP [2] - 2:6, 3:15
group [1] - 85:20
groups [1] - 85:19
grudges [1] - 114:24
guarantee [10] - 45:22, 45:25, 142:21, 142:24, 143:3, 143:8, 143:11, 143:16, 143:21, 152:9
guaranteed [6] - 45:20, 124:5, 125:4, 143:9, 143:13, 144:6
guarantors [2] - 92:9, 124:18
guess [2] - 41:4, 52:6
Guy [2] - 45:23, 92:10
guys [2] - 105:7, 115:6

**H**

half [1] - 78:7
hand [4] - 98:6, 111:10, 111:13, 166:21
handle [2] - 36:19, 85:22
hands [4] - 110:18, 112:8, 115:5
handwrite [1] - 98:12
happily [1] - 62:7
happy [1] - 8:5
hardly [5] - 29:25, 56:10, 57:11, 87:20
HARRY [2] - 1:24, 3:3
Harry [4] - 7:24, 7:25, 73:16, 162:24
head [2] - 24:18, 52:20
hear [6] - 67:4, 92:13, 101:16, 108:24, 117:22, 138:18, 142:17, 142:19, 158:22
heard [25] - 9:3, 9:4, 9:6, 18:23, 18:25, 19:5, 19:9, 20:20, 40:16, 44:11, 71:14, 73:4, 101:9, 101:10, 102:10, 102:12, 105:10, 108:19, 119:18, 129:3, 144:5, 144:7, 149:16, 155:10, 159:9

hearing [6] - 9:5, 11:18, 48:5, 72:12, 101:15, 149:19
heart [1] - 17:9
heated [1] - 139:3
heavy [1] - 113:6
held [3] - 16:3, 45:17, 61:2
hello [4] - 78:11, 78:19, 78:20
help [2] - 29:4, 29:5
HEREBY [1] - 5:2
hereby [2] - 164:7, 166:9
herein [1] - 5:4
hereinbefore [1] - 166:11
hereunto [1] - 166:21
hi [2] - 7:25, 78:11
hiding [1] - 122:17
high [8] - 14:24, 83:20, 83:21, 83:25, 84:2, 84:3, 84:8, 84:9
Highway [4] - 3:4, 3:8, 38:14, 68:20
hire [1] - 75:14
hired [3] - 42:12, 139:7, 148:17
hold [7] - 16:12, 16:15, 44:3, 44:7, 45:3, 53:14, 143:20
holding [4] - 45:3, 59:8, 72:10, 123:13
home [6] - 59:7, 61:5, 106:15, 106:20, 107:13, 134:12
hospital [1] - 87:19
hostage [2] - 59:8, 107:14
hour [5] - 62:19, 62:22, 62:24, 63:2, 141:23
hurry [1] - 160:23
HWY [2] - 1:7, 1:12
Hylan [7] - 39:7, 39:8, 39:21, 71:18, 72:2, 72:4, 72:6
HYLAN [6] - 1:13, 1:14, 1:15, 1:16, 1:17
Hyland [3] - 3:8

**I**

I.D [5] - 125:16, 125:17, 125:24, 165:13, 165:16
idea [24] - 20:6, 38:19, 40:3, 50:16, 50:19,

50:23, 61:13, 71:17, 71:24, 72:11, 91:3, 91:17, 94:5, 95:19, 113:21, 116:11, 133:11, 133:13, 147:22, 148:6, 159:8, 159:24, 160:16, 161:10
**impact** [1] - 8:10
**impacted** [1] - 12:14
**IN** [1] - 166:20
**inaccurate** [1] - 147:25
**INC** [3] - 1:5, 2:3, 2:10
**Inc** [1] - 3:16
**incident** [10] - 135:13, 135:19, 135:21, 135:24, 136:5, 136:6, 139:12, 147:16, 148:2, 148:21
**Incident** [1] - 149:5
**income** [1] - 27:11
**incorrect** [5] - 48:21, 100:17, 139:13, 139:25, 140:4
**indicate** [2] - 6:21, 128:24
**indicated** [1] - 40:13
**individual** [1] - 27:11
**individual's** [1] - 145:23
**individually** [2] - 1:8, 1:11
**information** [1] - 163:2
**initial** [2] - 37:12, 90:21
**inside** [5] - 50:21, 53:15, 108:20, 123:14, 139:19
**instance** [2] - 61:17, 62:11
**instances** [2] - 35:19, 35:23
**instead** [1] - 94:2
**instruct** [1] - 140:11
**instructed** [1] - 62:20
**instruction** [1] - 13:17
**interest** [7] - 33:5, 33:7, 43:12, 44:8, 44:18, 90:3, 90:14
**interested** [2] - 84:15, 166:18
**interrupt** [1] - 28:9
**interrupting** [1] - 62:25
**involved** [17] - 12:17, 12:22, 14:11, 14:13, 27:20, 29:22, 38:21,

38:24, 66:21, 108:23, 113:5, 113:10, 115:19, 116:5, 118:12, 152:18, 158:9
**involving** [1] - 161:25
**Iris** [3] - 69:20, 69:22, 70:3
**IS** [3] - 5:2, 5:8, 5:13
**ISLAND** [1] - 1:18
**Island** [8] - 3:9, 39:14, 39:15, 39:16, 72:10, 89:9, 103:25, 155:8
**issued** [2] - 144:8, 144:13
**issues** [2] - 93:19
**IT** [3] - 5:2, 5:8, 5:13

### J

**J.P** [1] - 32:8
**Jaguars** [1] - 84:4
**Jeff** [1] - 7:2
**JEFF** [1] - 3:23
**Jim** [1] - 17:12
**JONES** [2] - 2:2, 2:10
**Jones** [2] - 72:22, 72:23
**JORY** [1] - 1:13
**Jory** [2] - 3:10, 69:10
**Josh** [66] - 25:25, 26:2, 26:3, 26:5, 27:8, 28:16, 32:25, 33:7, 33:9, 33:14, 33:16, 33:20, 33:23, 36:6, 36:15, 36:19, 36:20, 39:11, 39:13, 40:15, 43:5, 49:11, 49:12, 51:21, 51:22, 51:24, 52:6, 57:24, 66:20, 67:5, 69:8, 70:13, 70:14, 70:19, 71:20, 86:5, 87:24, 89:4, 91:15, 93:10, 93:12, 93:23, 93:24, 93:25, 94:11, 101:6, 115:18, 128:18, 128:24, 132:19, 133:17, 154:20, 156:2, 156:8, 156:18, 156:25, 157:2, 157:12, 157:15, 157:24, 158:2, 158:3, 158:17, 158:24, 159:2
**Josh's** [1] - 33:21
**JOSHUA** [1] - 1:10
**Joshua** [1] - 3:10
**jump** [1] - 36:12

**jumping** [1] - 99:16
**June** [2] - 147:9, 147:11
**Jury** [2] - 160:25, 161:12
**Justice** [2] - 161:3, 161:7

### K

**K-1's** [1] - 153:15
**K-1s** [3] - 27:14, 68:2, 151:5
**Kataev** [1] - 162:16
**KATAEV** [7] - 3:18, 73:16, 73:22, 73:25, 141:16, 162:16, 163:5
**keep** [2] - 36:9, 114:24
**keeping** [1] - 107:13
**keeps** [1] - 53:15
**kept** [2] - 99:22, 106:17
**keys** [1] - 22:23
**KHAN** [6] - 2:22, 74:6, 164:7, 164:18, 165:4, 166:10
**Khan** [48] - 7:14, 7:23, 8:18, 8:24, 12:19, 13:17, 14:23, 16:24, 19:17, 20:12, 25:2, 35:10, 36:11, 37:15, 42:17, 45:10, 46:3, 47:15, 51:10, 62:9, 62:14, 63:2, 74:7, 75:9, 76:18, 81:11, 92:13, 98:18, 103:8, 119:11, 119:17, 120:21, 121:8, 122:12, 125:15, 131:12, 133:10, 136:2, 136:18, 142:5, 142:17, 142:21, 144:21, 147:16, 149:5, 154:16, 159:17, 161:3
**kind** [12] - 14:14, 16:7, 23:24, 30:3, 87:18, 97:25, 109:6, 113:8, 125:22, 149:20, 157:23, 158:19
**knowledge** [18] - 19:13, 33:11, 50:9, 68:18, 102:19, 102:20, 120:22, 121:3, 121:9, 121:14, 121:21, 121:24, 122:2, 122:6, 154:5,

154:20, 154:24, 156:3
**knows** [4] - 17:23, 47:12, 101:19, 119:10

### L

**LABUDA** [1] - 3:15
**lady** [1] - 16:19
**Lake** [1] - 3:17
**landlord** [1] - 43:23
**language** [2] - 41:6, 41:10
**large** [1] - 87:14
**last** [12] - 14:2, 15:16, 27:21, 27:23, 46:14, 52:22, 77:24, 78:4, 78:14, 83:6, 134:11, 152:19
**late** [1] - 48:19
**Laurie** [9] - 52:11, 52:12, 52:14, 52:16, 52:17, 80:14, 80:15, 80:18
**LAURIE** [1] - 2:2
**law** [2] - 157:2, 161:17
**LAW** [1] - 3:15
**lawsuit** [1] - 12:18, 12:20, 13:2, 14:16, 14:17, 19:19, 35:10, 94:8, 94:16, 94:19, 101:12
**lawsuiting** [1] - 94:7
**lawsuits** [4] - 12:22, 13:4, 102:17, 158:18
**lawyer** [2] - 74:18, 74:24
**lawyers** [1] - 74:19
**lead** [1] - 63:6
**lease** [38] - 21:14, 21:24, 23:5, 23:7, 23:9, 44:3, 44:8, 44:10, 44:18, 44:22, 45:4, 45:10, 45:13, 45:17, 45:25, 46:12, 46:23, 46:25, 47:5, 47:6, 47:7, 47:13, 47:16, 47:18, 47:19, 47:20, 47:22, 47:24, 48:3, 48:4, 48:8, 48:12, 48:14, 92:6, 92:9, 123:12, 123:15
**Lease** [2] - 12:2, 17:2
**leases** [4] - 55:5, 55:7, 55:14, 55:16
**Leasing** [10] - 3:8, 11:22, 11:25, 17:3, 45:16, 126:20, 126:24, 153:7,

153:20, 153:25
**LEASING** [2] - 1:8, 1:10
**leave** [3] - 21:19, 22:8, 22:11
**left** [1] - 115:4
**legal** [4] - 12:13, 45:6, 71:9, 71:12
**letting** [1] - 123:9
**Lexington** [1] - 3:11
**LIBATAS** [1] - 3:15
**Libertas** [1] - 73:14
**LIBERTAS** [1] - 2:11
**LIC** [1] - 2:6
**license** [22] - 15:11, 15:13, 15:18, 16:4, 16:5, 16:6, 16:8, 16:9, 16:11, 16:13, 16:18, 16:21, 118:16, 126:4, 126:9, 126:11, 129:10, 143:16, 143:18, 143:22, 144:5, 144:16
**licenses** [4] - 15:25, 118:14, 143:25, 144:12
**lie** [2] - 52:7, 149:8
**lieu** [1] - 6:12
**line** [7] - 83:20, 83:22, 83:25, 84:2, 84:3, 84:8, 84:9
**list** [1] - 80:18
**listen** [1] - 78:18
**listened** [2] - 104:12, 104:13
**listening** [1] - 105:18
**literally** [1] - 10:2
**LITTLE** [1] - 2:10
**lives** [1] - 158:25
**LLC** [29] - 1:6, 1:7, 1:8, 1:10, 1:13, 1:14, 1:15, 1:16, 1:17, 1:18, 1:19, 2:4, 2:5, 2:6, 2:7, 2:8, 2:12, 3:8, 3:9, 3:9, 3:10, 3:16, 16:17, 71:15
**LLP** [4] - 2:11, 3:7, 3:21, 4:3
**loan** [4] - 143:3, 143:7, 143:11, 143:12
**loans** [3] - 26:16, 36:4, 89:13
**located** [1] - 8:19
**location** [1] - 22:6
**locksmith** [3] - 23:2, 46:21, 123:20
**log** [2] - 57:21, 150:5
**log-ins** [1] - 57:21
**look** [14] - 29:8, 40:22,

52:18, 53:7, 53:8, 53:11, 53:19, 53:22, 54:23, 55:5, 55:7, 55:15, 98:14, 154:12
**looked** [6] - 53:12, 54:2, 54:8, 54:9, 54:13, 55:13
**looking** [6] - 20:14, 24:25, 34:25, 55:20, 100:11, 107:9
**looks** [1] - 39:6
**LORRAINE** [1] - 166:24
**Lorraine** [6] - 2:23, 120:19, 141:11, 162:24, 166:7, 166:23
**lose** [1] - 118:13
**losing** [1] - 114:21
**losses** [1] - 96:10
**lost** [2] - 90:11, 118:16
**lovely** [1] - 24:13
**lowly** [1] - 140:16
**loyal** [1] - 138:16
**lunch** [1] - 141:14
**luncheon** [1] - 142:10
**lying** [1] - 86:20

## M

**Macdan** [1] - 15:8
**mail** [7] - 56:15, 56:20, 56:23, 56:25, 57:3, 57:15, 155:2
**mailed** [2] - 56:17, 56:22
**mails** [5] - 57:8, 57:9, 57:13, 82:8, 82:12
**main** [3] - 57:15, 151:10, 151:13
**man** [1] - 63:21
**MANAGEMENT** [1] - 1:19
**manager** [9] - 59:14, 64:2, 64:3, 108:7, 110:2, 127:17, 127:18, 146:5
**managers** [1] - 24:12
**MARC** [1] - 1:25
**Marc** [5] - 72:17, 72:20, 80:20, 80:23, 160:24
**March** [2] - 146:25, 147:19
**Marcus** [1] - 3:17
**MARINAZZO** [1] - 166:24
**Marinazzo** [3] - 2:23, 166:7, 166:23
**marriage** [1] - 166:17

**matter** [3] - 6:15, 6:19, 166:19
**matters** [1] - 12:13
**mean** [39] - 10:22, 11:10, 14:5, 19:9, 25:16, 25:17, 25:18, 28:9, 30:15, 33:3, 33:4, 35:25, 37:11, 41:20, 46:5, 66:18, 67:2, 77:2, 79:14, 85:14, 85:16, 89:8, 89:9, 95:15, 96:3, 100:18, 104:11, 106:11, 112:17, 135:19, 137:6, 143:11, 143:17, 146:7, 148:3, 148:4, 149:14, 157:21, 157:23
**means** [1] - 88:12
**meant** [1] - 105:22
**medication** [1] - 8:9
**medications** [1] - 113:6
**meet** [4] - 17:6, 17:25, 107:18, 112:10
**meeting** [11] - 110:20, 110:22, 111:5, 111:8, 111:9, 112:21, 113:12, 114:8, 114:10, 114:11, 114:13
**Melissa** [12] - 29:18, 29:22, 29:23, 32:16, 32:17, 42:13, 75:21, 92:23, 122:21, 122:24, 138:21
**member** [2] - 1:9, 1:12
**memory** [2] - 132:12, 153:11
**mentor** [1] - 60:8
**Mercedes** [1] - 84:3
**Merckling** [5] - 72:17, 72:20, 80:21, 80:23, 160:25
**MERCKLING** [1] - 1:25
**messed** [1] - 101:14
**met** [15] - 8:24, 17:8, 17:11, 17:14, 18:2, 19:11, 59:10, 70:2, 78:16, 101:10, 105:17, 111:3, 111:13, 112:10, 114:5
**Mgt** [1] - 3:10
**Michael** [9] - 52:11, 52:12, 52:14, 52:16, 52:17, 80:14, 80:15, 80:18

**MICHAEL** [1] - 2:2
**Michael's** [2] - 52:21, 80:18
**million** [3] - 96:8, 116:21, 117:4
**millions** [3] - 86:24, 87:3, 117:8
**MILMAN** [1] - 3:15
**mind** [2] - 61:19, 143:12
**minute** [2] - 18:23, 135:22
**minutes** [4] - 73:21, 141:15, 142:7, 150:9
**missing** [7] - 26:18, 36:3, 36:17, 93:17, 95:21, 122:4, 125:7
**misspoke** [1] - 71:25
**mistaken** [4] - 43:16, 72:7, 91:9, 120:17
**mistakenly** [1] - 77:17
**moment** [2] - 55:12, 135:8
**money** [56] - 26:17, 35:7, 35:12, 35:15, 36:3, 36:17, 43:14, 43:25, 59:6, 60:25, 67:14, 67:18, 67:21, 68:10, 68:11, 68:15, 68:20, 68:22, 68:25, 69:7, 69:12, 69:16, 69:19, 71:5, 84:21, 86:22, 89:5, 89:23, 90:17, 90:19, 90:20, 90:21, 93:17, 94:25, 95:4, 95:8, 95:14, 95:17, 95:20, 97:3, 97:10, 100:13, 104:8, 105:5, 115:11, 116:12, 117:7, 117:9, 117:10, 117:16, 122:3, 122:7, 122:11, 133:2, 133:7, 133:21
**monitor** [1] - 42:5
**month** [5] - 24:6, 77:16, 77:17, 78:6
**monthly** [2] - 90:5, 97:2
**months** [13] - 9:12, 10:4, 26:8, 30:8, 53:21, 53:23, 54:20, 59:19, 76:13, 77:16, 78:14
**Morgan** [1] - 32:8
**morning** [3] - 7:23, 123:22, 147:14
**mostly** [3] - 51:17, 56:6, 75:11

**MOTIONS** [1] - 165:9
**MOTOR** [2] - 1:7, 1:10
**Motor** [12] - 3:8, 3:16, 11:22, 11:24, 17:3, 45:15, 126:19, 126:24, 153:7, 153:20, 153:25, 161:24
**motorcycles** [1] - 84:15
**Motors** [51] - 18:12, 18:13, 18:18, 18:20, 19:18, 19:25, 20:25, 21:17, 27:10, 27:17, 38:25, 40:5, 40:12, 41:14, 42:17, 43:12, 44:13, 44:16, 46:9, 46:15, 50:4, 51:13, 56:3, 57:14, 57:18, 58:22, 68:23, 75:4, 75:8, 83:9, 84:18, 84:22, 85:2, 87:7, 91:6, 92:17, 92:21, 95:25, 96:13, 96:14, 96:17, 115:13, 117:4, 125:18, 132:21, 134:10, 134:18, 134:23, 135:2, 148:15, 152:21
**MOTORS** [6] - 1:5, 2:5, 2:6, 2:7, 2:8, 2:9
**move** [3] - 66:7, 76:15, 141:4
**moved** [1] - 80:6
**MR** [76] - 6:23, 6:24, 7:2, 7:22, 13:16, 13:25, 24:19, 24:23, 25:4, 36:8, 45:5, 47:9, 51:5, 62:2, 62:7, 62:17, 62:21, 70:24, 73:16, 73:19, 73:22, 73:23, 73:25, 74:6, 75:5, 88:15, 88:17, 90:6, 99:7, 99:10, 99:12, 99:14, 99:16, 99:19, 103:8, 119:5, 119:8, 119:13, 120:4, 120:18, 120:25, 121:6, 135:17, 135:22, 136:3, 140:9, 140:12, 140:15, 140:17, 140:19, 140:21, 140:23, 141:4, 141:6, 141:10, 141:16, 141:17, 141:22, 142:3, 142:5, 142:9,

142:16, 143:19, 157:9, 159:16, 160:17, 160:19, 160:22, 162:8, 162:11, 162:16, 162:21, 162:23, 163:5, 163:11, 165:4
**MS** [3] - 7:4, 162:14, 163:7
**must** [3] - 50:6, 153:9, 153:12
**mutual** [7] - 17:12, 17:15, 17:20, 17:22, 78:8, 78:16, 79:2

## N

**name** [42] - 7:13, 7:24, 9:3, 9:4, 9:5, 9:6, 9:10, 9:16, 10:5, 10:8, 17:12, 18:17, 28:6, 28:11, 29:6, 29:7, 52:13, 52:19, 52:23, 73:4, 79:2, 79:4, 80:12, 80:16, 80:22, 105:3, 105:12, 126:9, 126:15, 126:19, 132:5, 132:6, 144:9, 145:22, 145:23, 145:24, 145:25, 148:8, 148:9, 152:21, 163:12
**named** [5] - 16:19, 18:21, 52:10, 80:9, 80:14
**names** [15] - 76:11, 92:15, 92:19, 101:21, 101:23, 102:6, 102:8, 103:3, 103:6, 103:7, 103:10, 104:25, 105:21, 126:23, 130:22
**NASSAU** [2] - 164:5, 166:5
**natural** [1] - 41:9
**Neck** [1] - 73:5
**need** [11] - 29:4, 56:18, 73:21, 79:19, 83:4, 99:12, 141:3, 154:16, 159:16, 163:12
**netting** [1] - 96:17
**never** [36] - 9:6, 10:10, 19:7, 19:9, 19:11, 25:24, 28:2, 28:3, 41:15, 48:6, 59:20, 60:9, 68:21, 68:24, 69:3, 69:6, 69:9,

73:12, 77:20, 85:11, 85:17, 86:18, 91:17, 98:20, 98:24, 100:7, 101:10, 108:12, 108:22, 117:25, 119:13, 144:6, 146:17, 152:23, 156:23, 158:9
**NEW** [3] - 1:3, 164:4, 166:3
**New** [13] - 2:24, 3:4, 3:11, 3:17, 7:18, 8:21, 12:2, 17:2, 118:5, 118:18, 164:22, 166:8
**news** [1] - 119:23
**newspaper** [2] - 119:19
**newspapers** [1] - 120:6
**next** [2] - 36:13, 126:4
**Next** [6] - 103:13, 103:17, 104:18, 105:8, 105:10, 120:17
**nice** [2] - 21:18, 63:21
**night** [1] - 22:6
**nighttime** [1] - 22:3
**nine** [1] - 10:4
**Nissan** [1] - 52:4, 108:17, 158:24, 159:4, 159:5, 159:7
**No.1:23-cv-6188** [1] - 1:21
**nobody** [1] - 129:24
**non** [1] - 84:9
**non-high** [1] - 84:9
**none** [2] - 61:7, 118:15
**None** [5] - 165:7, 165:8, 165:9, 165:14, 165:17
**North** [143] - 9:13, 11:22, 11:24, 17:2, 18:4, 19:23, 20:4, 20:6, 20:25, 21:16, 21:24, 22:10, 23:25, 24:8, 24:9, 24:15, 25:12, 25:23, 27:10, 27:16, 27:24, 28:17, 28:23, 28:24, 28:25, 32:19, 33:15, 34:2, 34:17, 34:20, 35:3, 35:7, 40:5, 40:12, 40:14, 41:13, 42:16, 43:12, 44:4, 44:8, 44:13, 44:15, 44:21, 45:15, 46:9, 46:15, 48:8, 48:18, 50:4, 51:2, 51:12, 56:3,

57:14, 57:18, 58:2, 58:6, 58:22, 61:8, 64:9, 64:19, 65:2, 66:2, 66:15, 67:5, 67:15, 67:21, 67:23, 68:4, 68:15, 75:4, 75:8, 83:8, 83:15, 83:17, 84:17, 84:22, 85:2, 86:10, 87:7, 89:6, 89:23, 90:3, 90:8, 90:15, 91:6, 92:16, 92:20, 94:25, 95:25, 96:12, 96:14, 96:16, 105:5, 112:3, 115:13, 117:4, 121:10, 123:25, 124:3, 124:11, 124:12, 124:16, 124:22, 124:23, 125:3, 125:18, 126:19, 126:23, 129:8, 131:22, 132:21, 133:6, 134:10, 134:15, 134:18, 134:23, 135:2, 135:16, 136:8, 136:12, 144:20, 148:14, 150:24, 151:6, 151:14, 152:5, 152:12, 152:16, 152:21, 153:2, 153:7, 153:19, 153:24, 154:22, 155:8, 155:19, 155:25, 156:15, 159:22, 160:2, 160:6, 160:10, 160:14
**Northern** [1] - 16:17
**NORTHSHORE** [2] - 1:7, 1:10
**Northshore** [1] - 3:8
**Notary** [3] - 2:24, 164:22, 166:7
**Noted** [1] - 163:14
**nothing** [21] - 18:19, 35:2, 38:16, 38:18, 48:22, 53:23, 56:21, 56:24, 60:24, 68:2, 70:11, 73:5, 89:15, 90:9, 96:11, 97:21, 108:22, 109:11, 152:25, 159:14, 161:4
**November** [2] - 48:19, 132:23
**number** [16] - 77:3, 77:6, 77:9, 77:14, 79:8, 79:21, 80:5,

81:18, 116:6, 116:8, 125:15, 125:16, 125:18, 125:25, 126:11, 150:8
**numbers** [3] - 100:17, 121:4, 121:5
**NY** [1] - 4:4
**NYC** [1] - 2:3

**O**

**o'clock** [2] - 123:21, 147:13
**O'Sullivan** [2] - 75:20, 92:24
**oath** [3] - 5:17, 6:12, 164:9
**objection** [15] - 24:19, 45:5, 47:9, 51:6, 62:2, 75:5, 88:15, 90:6, 119:5, 120:25, 135:17, 135:23, 143:19, 143:20, 160:17
**objections** [2] - 5:9, 6:19
**obtain** [2] - 84:21, 90:14
**obtained** [5] - 86:5, 86:10, 87:2, 125:17, 152:7
**occasion** [2] - 135:15, 146:22, 147:7
**occurred** [1] - 74:4
**Odessa** [1] - 103:25
**OF** [10] - 1:3, 2:4, 2:6, 2:7, 2:8, 164:4, 164:5, 166:3, 166:5
**office** [9] - 32:23, 49:24, 50:3, 106:20, 108:10, 122:17, 122:20, 123:3, 123:14
**officer** [1] - 5:16
**often** [5] - 24:4, 30:10, 34:8, 41:23, 79:16
**once** [15] - 21:19, 24:5, 31:9, 49:12, 56:20, 68:10, 77:18, 79:18, 83:11, 88:25, 106:12, 108:9, 109:4, 111:3, 138:21
**one** [51] - 14:16, 16:12, 16:13, 16:25, 17:11, 17:18, 19:22, 31:18, 33:17, 36:21, 40:8, 45:2, 48:9, 53:14, 55:17, 55:23, 58:9, 58:23, 62:24, 70:18, 70:21, 76:24,

77:3, 78:7, 78:15, 80:24, 82:3, 92:8, 96:4, 101:7, 110:17, 120:13, 120:15, 120:18, 126:18, 127:8, 128:20, 137:7, 137:8, 137:9, 145:2, 148:20, 151:18, 156:11, 157:24, 158:20, 161:6, 162:22, 162:24, 163:3
**oOo** [1] - 5:21
**open** [9] - 17:8, 24:8, 24:9, 30:22, 37:12, 129:19, 130:6, 132:3, 141:7
**opened** [21] - 30:16, 30:17, 30:19, 30:23, 31:3, 31:9, 31:11, 31:16, 44:16, 58:21, 126:6, 126:17, 129:9, 129:14, 130:3, 130:18, 131:2, 131:15, 131:21, 132:16, 135:9
**opens** [1] - 131:7
**operated** [1] - 44:17
**operating** [10] - 24:15, 25:3, 25:12, 25:23, 25:25, 26:5, 26:23, 42:21, 51:13, 66:5
**operation** [1] - 50:25
**operations** [9] - 42:25, 46:2, 46:8, 48:18, 48:25, 58:12, 58:21, 66:15, 132:22
**opinion** [1] - 120:10
**opposite** [1] - 138:10
**order** [4] - 162:21, 162:23, 163:3, 163:10
**Order** [1] - 2:23
**ordering** [1] - 162:19
**otherwise** [1] - 88:13
**outcome** [1] - 166:18
**outside** [1] - 146:7
**outsider** [1] - 139:23
**Ovington** [1] - 4:4
**own** [8] - 18:5, 33:15, 33:18, 33:19, 150:19, 153:4, 153:6, 153:25
**owned** [4] - 16:24, 24:16, 71:20, 118:16
**owner** [23] - 21:12, 27:24, 27:25, 28:4, 31:25, 34:7, 39:7, 39:16, 39:21, 45:11,

84:17, 95:2, 127:15, 128:20, 128:25, 129:7, 139:2, 139:9, 139:10, 140:3, 140:5, 146:3, 146:13
**owners** [15] - 21:8, 23:4, 31:19, 40:14, 45:3, 71:24, 123:17, 128:7, 128:11, 138:25, 146:12, 148:14, 148:16, 148:19, 154:22
**ownership** [2] - 96:2, 151:14
**owning** [1] - 38:8
**owns** [1] - 145:20

**P**

**p.m** [1] - 163:14
**PA** [1] - 3:23
**PAGE** [3] - 165:3, 165:13, 165:16
**pages** [4] - 9:14, 9:23, 9:24, 40:21
**paid** [13] - 11:5, 33:25, 34:3, 34:9, 67:13, 67:20, 71:8, 71:11, 90:4, 90:8, 90:10, 91:2, 91:6
**Pakistan** [3] - 14:25, 15:2, 41:11
**pandemic** [8] - 84:18, 84:19, 84:22, 87:17, 87:23, 89:4, 89:5, 89:13
**Pandemic** [10] - 84:24, 85:7, 86:5, 86:9, 86:25, 87:6, 87:25, 88:4, 88:8, 89:17
**paper** [17] - 23:11, 97:19, 97:20, 97:25, 98:2, 98:7, 98:9, 98:13, 98:19, 98:21, 98:24, 99:6, 100:12, 100:16, 129:21
**papers** [15] - 9:18, 23:12, 52:18, 55:9, 94:18, 95:5, 99:24, 123:13, 123:14, 129:23, 129:24, 129:25, 130:10, 132:11, 135:6
**paperwork** [12] - 22:13, 23:7, 25:8, 26:24, 28:2, 28:4, 28:6, 28:10, 42:20, 43:6, 106:12, 131:9
**part** [6] - 23:24, 64:8, 64:18, 109:9,

130:20, 152:20
**part-time** [1] - 23:24
**participating** [1] - 6:5
**parties** [3] - 5:4, 6:17, 166:16
**partner** [22] - 11:13, 40:10, 41:19, 41:22, 49:4, 49:10, 49:16, 63:25, 70:9, 91:10, 91:19, 93:8, 93:15, 100:8, 107:24, 107:25, 121:19, 127:10, 127:11, 127:12, 132:6
**Partners** [1] - 73:8
**PARTNERS** [1] - 2:10
**partners** [22] - 10:23, 11:11, 11:12, 11:16, 11:21, 27:15, 28:25, 40:8, 50:25, 51:14, 55:24, 56:3, 56:9, 56:16, 59:25, 63:24, 66:11, 106:9, 124:17, 127:8, 128:10
**party** [1] - 163:13
**passed** [10] - 25:20, 25:21, 25:22, 33:2, 36:22, 69:14, 69:15, 87:23, 89:2, 157:23
**pause** [1] - 36:12
**pay** [9] - 10:20, 10:24, 11:4, 11:9, 11:11, 43:11, 90:2, 90:14, 96:8
**Pay** [5] - 37:10, 37:11, 37:15, 149:12, 149:17
**paying** [1] - 11:2
**peace** [4] - 59:22, 112:11, 112:13, 113:14
**penalty** [1] - 6:16
**Pennsylvania** [1] - 83:23
**people** [37] - 19:11, 52:24, 53:17, 75:13, 75:17, 75:18, 76:16, 83:19, 83:22, 89:5, 94:22, 97:11, 101:11, 101:21, 102:4, 102:14, 102:22, 103:10, 103:19, 104:2, 104:7, 104:16, 104:20, 105:20, 117:19, 117:20, 117:21, 118:23, 119:9, 119:11, 119:17, 119:20,

121:18, 122:8, 137:8, 148:6, 156:6
**per** [2] - 96:2, 96:14
**percent** [3] - 68:6, 90:24, 128:3
**perjury** [1] - 6:16
**person** [7] - 6:13, 51:23, 63:19, 74:24, 92:22, 117:23, 144:2
**personal** [6] - 45:24, 90:22, 124:17, 142:20, 143:10, 143:15
**personally** [17] - 45:13, 45:20, 86:12, 86:15, 86:16, 88:21, 109:13, 120:3, 124:4, 125:4, 142:24, 143:2, 143:8, 143:9, 143:13, 144:6, 152:24
**Philadelphia** [1] - 3:23
**phone** [13] - 50:17, 52:24, 53:17, 56:5, 76:17, 76:20, 76:24, 77:3, 77:9, 81:18, 81:19, 111:2, 111:19
**phones** [2] - 76:22, 77:18
**physically** [1] - 6:7
**pick** [1] - 106:16
**picked** [3] - 106:13, 148:11, 151:22
**picking** [1] - 155:18
**Picklimo@yahoo. com** [1] - 57:6
**piece** [5] - 97:19, 97:20, 98:7, 98:8, 98:13
**pilot** [1] - 15:10
**pilot's** [1] - 15:12
**place** [20] - 18:5, 22:25, 24:12, 26:2, 26:6, 37:18, 64:5, 71:24, 93:11, 93:13, 95:7, 101:13, 110:16, 110:21, 111:6, 114:15, 142:11, 142:14, 147:19, 149:11
**placed** [1] - 27:11
**Plaintiff** [2] - 2:22, 7:8
**plaintiff** [2] - 19:22, 20:15
**PLAINTIFF'S** [1] - 165:13
**plaintiffs** [8] - 19:18, 19:25, 20:13, 39:5, 39:22, 71:19, 72:3,

161:6
**Plaintiffs** [3] - 1:20, 3:7, 3:15
**plan** [14] - 26:19, 29:5, 93:18, 101:14, 102:21, 102:24, 103:12, 103:14, 103:24, 120:13, 124:6, 125:5, 152:12, 152:15
**plans** [1] - 152:4
**platform** [1] - 6:4
**PLLC** [1] - 3:9
**plus** [3] - 102:16, 114:25, 125:6
**point** [8] - 57:23, 67:12, 87:22, 112:24, 114:19, 125:25, 132:7, 136:7
**police** [2] - 136:8, 146:24
**position** [1] - 114:21
**positions** [3] - 76:3, 76:5, 76:6
**Positive** [5] - 37:10, 37:11, 37:15, 149:12, 149:17
**possible** [3] - 147:2, 147:3, 147:10
**posted** [1] - 126:3
**Power** [9] - 26:3, 33:8, 70:12, 70:14, 91:22, 157:11, 157:21, 158:4, 158:13
**preliminary** [1] - 154:17
**PREMIER** [1] - 2:9
**Premiere** [6] - 21:14, 43:24, 44:10, 44:12, 92:4, 123:12
**preparation** [2] - 55:8, 74:9
**prepare** [2] - 74:15, 74:25
**preparing** [1] - 53:20
**PRESENT** [1] - 4:7
**present** [2] - 6:7, 153:10
**press** [1] - 77:19
**previous** [1] - 14:4
**private** [2] - 15:10, 15:12
**Pro** [1] - 3:3
**problem** [2] - 102:5, 115:8
**problems** [5] - 26:12, 26:19, 43:3, 49:6, 146:23
**proceedings** [1] - 161:12

**process** [1] - 43:10
**profit** [3] - 34:11, 34:12, 96:6
**profits** [1] - 90:5
**promises** [1] - 65:18
**proof** [5] - 21:9, 21:11, 21:20, 23:3, 23:6
**proposed** [1] - 108:17
**protect** [1] - 103:9
**prove** [1] - 123:16
**provide** [1] - 145:7
**provided** [3] - 21:23, 123:11, 152:4
**providers** [1] - 152:15
**Public** [3] - 2:24, 164:22, 166:8
**pulled** [11] - 46:13, 58:15, 60:14, 63:7, 65:25, 67:8, 95:11, 100:20, 101:2, 109:15, 109:21
**pulling** [1] - 64:18
**purchase** [1] - 91:25
**purpose** [4] - 113:11, 114:7, 114:9, 114:14
**purposes** [1] - 149:22
**pursuant** [1] - 2:22
**pursued** [1] - 118:8
**put** [14] - 12:25, 43:13, 43:14, 51:6, 58:10, 67:23, 68:4, 68:11, 90:17, 90:19, 90:20, 91:11, 91:15, 163:12
**puts** [1] - 150:9
**putting** [3] - 54:4, 112:14, 112:25

## Q

**quadrupe** [1] - 113:7
**quadruple** [1] - 30:2
**Quan** [2] - 32:22, 93:2
**questioned** [2] - 82:4, 85:17
**questions** [11] - 8:3, 8:11, 8:15, 24:22, 54:10, 160:18, 162:9, 162:12, 162:13, 162:15, 162:17

## R

**reaches** [1] - 145:6
**read** [22] - 9:9, 14:3, 20:21, 20:23, 20:24, 24:23, 40:18, 40:22, 40:24, 54:17, 119:18, 119:22, 120:5, 137:2, 137:5,

137:12, 137:15, 139:13, 141:8, 147:15, 149:5, 164:8
**reading** [1] - 9:17
**ready** [2] - 36:12, 131:9
**real** [3] - 21:24, 123:14, 123:15
**reality** [1] - 123:25
**really** [4] - 26:13, 81:25, 95:4, 113:6
**Realty** [3] - 3:9, 40:2, 72:9
**REALTY** [1] - 1:17
**reason** [9] - 8:4, 8:13, 48:20, 80:21, 81:14, 81:17, 82:17, 93:6, 114:23
**receive** [5] - 11:8, 15:3, 43:8, 84:24, 151:5
**received** [7] - 9:11, 10:11, 28:2, 28:3, 40:19, 94:17, 160:25
**receiving** [2] - 68:10, 68:11
**recently** [2] - 58:17, 82:20
**recess** [2] - 74:2, 142:10
**reconvene** [1] - 73:24
**record** [10] - 6:22, 7:13, 13:21, 51:7, 91:5, 142:14, 162:19, 164:12, 164:13, 166:13
**recordings** [1] - 160:14
**records** [6] - 91:8, 159:22, 160:2, 160:10
**recovered** [1] - 87:23
**regard** [3] - 38:13, 77:8, 94:23
**regarding** [3] - 50:25, 136:13, 148:2
**regular** [4] - 97:19, 98:2, 128:13, 163:3
**related** [1] - 166:16
**relating** [1] - 135:14
**relationship** [3] - 156:25, 157:4, 157:5
**release** [3] - 28:12, 28:13, 28:15
**Relief** [10] - 84:25, 85:7, 86:5, 86:9, 86:25, 87:6, 87:25, 88:5, 88:9, 89:18
**remember** [72] - 21:23, 30:16, 32:19,

33:22, 35:5, 37:20, 38:3, 38:17, 43:22, 46:10, 46:11, 48:11, 48:14, 54:6, 54:7, 54:10, 54:15, 54:22, 54:24, 55:3, 55:11, 55:13, 58:4, 65:4, 66:3, 74:10, 76:11, 77:25, 80:12, 80:19, 81:20, 82:10, 84:23, 86:19, 86:20, 86:21, 87:10, 87:11, 87:15, 87:17, 88:20, 89:6, 89:20, 90:18, 93:14, 95:20, 95:23, 96:15, 96:18, 100:24, 100:25, 105:2, 105:7, 105:12, 105:15, 116:10, 126:2, 126:15, 126:17, 129:23, 134:11, 145:9, 147:12, 147:20, 147:21, 148:12, 149:7, 149:8, 151:15, 151:17, 151:20, 155:15
**remembering** [1] - 126:14
**remotely** [1] - 6:10
**remove** [2] - 22:20, 147:12
**removed** [2] - 22:5, 23:18
**removing** [3] - 22:17, 147:8, 147:14
**reopened** [1] - 61:21
**rep** [4] - 129:19, 131:4, 131:5, 131:7
**repeat** [1] - 14:2
**rephrase** [2] - 8:6, 62:6
**report** [2] - 135:20, 135:24
**reporter** [3] - 13:23, 14:3, 141:8
**REPORTER** [4] - 6:2, 7:12, 7:15, 162:18
**reporting** [1] - 6:9
**reports** [9] - 135:13, 136:11, 136:20, 137:5, 137:12, 137:15, 138:9, 139:12, 148:21
**request** [1] - 153:18
**requested** [1] - 141:9
**reserved** [1] - 5:11
**reside** [1] - 9:13
**resolved** [2] - 65:11, 65:16

**respect** [1] - 110:13
**respected** [3] - 60:11, 65:24, 110:10
**respective** [1] - 5:4
**rest** [1] - 30:8
**restaurant** [8] - 78:9, 78:17, 111:14, 111:20, 111:22, 112:22, 113:12, 114:2
**returned** [5] - 64:23, 65:15, 65:17, 112:3, 134:13
**returns** [11] - 27:12, 27:17, 40:5, 40:12, 67:24, 68:5, 128:20, 153:19, 153:25, 154:6, 154:9
**reviewed** [1] - 74:9
**rid** [1] - 16:15
**ring** [2] - 72:21, 80:16
**ripped** [1] - 99:24
**ROBERT** [1] - 1:6
**Robert** [4] - 3:16, 18:22, 69:2, 69:4
**role** [1] - 34:16
**RONNEBURGER** [4] - 4:5, 7:4, 162:14, 163:7
**Ronneburger** [1] - 7:5
**room** [2] - 6:8, 100:8
**ROSLYN** [1] - 2:7
**roughly** [2] - 125:8, 130:19
**ROUTE** [1] - 1:18
**Route** [3] - 3:9, 72:13, 72:15
**RULINGS** [1] - 165:8
**run** [4] - 24:12, 63:15, 63:16, 84:3
**running** [1] - 26:2
**Russ** [1] - 163:5
**RUSSELL** [1] - 3:12
**Russell** [7] - 6:24, 10:17, 62:23, 74:20, 82:15, 136:4, 140:18

**S**

**S-A-L-E-E-M** [1] - 79:5
**safe** [7] - 106:18, 106:22, 106:23, 107:2, 107:4, 107:6, 107:7
**sale** [3] - 83:21, 83:25, 84:2
**Saleem** [1] - 79:4
**sales** [7] - 29:4, 75:18, 76:6, 84:6, 84:8, 84:9, 99:6

**SALES** [1] - 1:5
**Sales** [4] - 3:16, 71:15, 71:16, 71:17
**salespeople** [2] - 75:14, 76:2
**Sarah** [27] - 17:25, 21:5, 21:13, 24:11, 36:5, 36:16, 40:13, 44:7, 49:7, 59:16, 75:12, 75:16, 79:6, 82:8, 82:18, 83:8, 83:10, 95:11, 111:16, 111:22, 112:12, 114:3, 130:12, 138:25, 139:9, 148:15, 154:21
**SARAH** [1] - 1:24
**sat** [3] - 104:6, 104:11, 110:17
**saw** [8] - 46:25, 98:24, 99:3, 102:16, 106:11, 106:13, 136:23, 148:9
**school** [2] - 14:24, 15:9
**schooling** [1] - 15:6
**Se** [1] - 3:3
**sealing** [1] - 5:5
**second** [7] - 13:20, 16:15, 41:6, 52:6, 53:14, 113:24, 114:3
**section** [2] - 149:4, 149:6
**security** [4] - 36:25, 37:5, 37:7, 149:22
**see** [19] - 9:16, 10:5, 17:4, 20:3, 30:15, 44:23, 48:14, 52:3, 52:22, 70:21, 70:25, 71:3, 76:10, 76:16, 88:21, 119:19, 123:9, 125:24, 127:9
**seeing** [1] - 154:13
**seem** [1] - 117:12
**sell** [6] - 84:14, 117:15, 144:23, 145:18, 159:7
**selling** [2] - 108:17, 146:8
**sent** [1] - 50:6
**separately** [2] - 110:23, 110:24
**services** [1] - 163:3
**set** [2] - 166:11, 166:21
**seven** [1] - 64:16
**shake** [2] - 110:18, 111:13
**shall** [1] - 5:11

**SHANKS** [38] - 3:7, 3:12, 6:24, 13:16, 24:19, 25:4, 36:8, 45:5, 47:9, 51:5, 62:2, 62:17, 70:24, 75:5, 88:15, 90:6, 99:7, 99:12, 99:16, 103:8, 119:5, 119:13, 120:4, 120:25, 135:17, 135:22, 140:9, 140:15, 140:19, 140:23, 141:6, 142:5, 143:19, 157:9, 160:17, 160:22, 162:11, 162:21
**shanks** [7] - 10:18, 10:21, 10:24, 11:3, 11:6, 99:11, 99:15
**Shanks** [2] - 6:25, 51:5
**shape** [4] - 45:2, 89:3, 113:3, 115:2
**shook** [2] - 111:10, 112:7
**Shore** [140] - 9:13, 11:22, 11:24, 17:3, 18:4, 19:23, 20:5, 20:6, 20:25, 21:17, 21:24, 22:10, 23:25, 24:8, 24:9, 24:15, 25:12, 25:23, 27:10, 27:17, 27:24, 28:18, 28:23, 28:24, 28:25, 32:20, 33:15, 34:2, 34:17, 34:21, 35:3, 35:7, 40:5, 40:12, 40:14, 41:14, 42:16, 43:12, 44:4, 44:8, 44:13, 44:16, 44:21, 45:15, 46:9, 46:15, 48:8, 48:18, 50:4, 51:2, 51:13, 56:3, 57:14, 57:18, 58:2, 58:6, 58:22, 61:8, 64:9, 64:19, 65:2, 66:2, 66:15, 67:5, 67:15, 67:21, 67:23, 68:4, 68:15, 75:4, 75:8, 83:9, 83:15, 83:17, 84:18, 84:22, 85:2, 86:10, 87:7, 89:6, 89:23, 90:3, 90:8, 90:15, 91:6, 92:16, 92:21, 94:25, 95:25, 96:12, 96:14, 96:16, 105:5, 112:3, 115:13, 117:4, 121:10, 124:3,

124:11, 124:12, 124:16, 124:22, 124:23, 125:18, 126:19, 126:23, 129:8, 131:23, 132:21, 133:6, 134:10, 134:15, 134:18, 134:23, 135:2, 135:16, 136:8, 136:12, 144:20, 148:14, 150:24, 151:6, 151:14, 152:5, 152:12, 152:16, 152:21, 153:7, 153:19, 153:24, 154:22, 155:8, 155:19, 155:25, 156:15, 159:22, 160:2, 160:6, 160:10, 160:14
**Shore's** [3] - 124:2, 125:3, 153:2
**short** [2] - 15:19, 74:2
**shortly** [1] - 158:20
**show** [4] - 21:11, 23:3, 42:8, 97:14
**showed** [6] - 21:14, 22:12, 23:12, 46:12, 47:3, 96:22
**showing** [4] - 95:5, 96:24, 97:10, 100:12
**shut** [3] - 12:12, 61:18, 65:3
**side** [1] - 20:5
**sign** [16] - 40:4, 40:8, 40:9, 40:10, 124:8, 129:20, 130:10, 130:13, 131:10, 132:8, 132:11, 135:6, 143:25, 146:6, 146:11, 152:10
**signed** [11] - 5:15, 5:18, 47:25, 48:2, 92:12, 129:22, 130:11, 145:11, 145:12, 152:11
**Signed** [1] - 164:20
**signing** [2] - 44:21, 146:2
**silently** [2] - 104:6, 104:12
**simply** [1] - 131:14
**sit** [3] - 87:5, 117:2, 154:4
**sitting** [2] - 78:9, 78:18
**situation** [3] - 12:18, 12:23, 158:17

**six** [3] - 26:8, 30:8, 59:19
**SMITHTOWN** [1] - 2:8
**so-called** [1] - 148:20
**sold** [5] - 29:9, 29:10, 98:9, 124:20, 125:2
**someone** [5] - 52:10, 53:14, 80:14, 100:3, 143:24
**sometimes** [5] - 36:12, 51:2, 56:4, 143:6, 150:20
**somewhere** [3] - 24:10, 78:9, 107:18
**son** [1] - 157:2
**son-in-law** [1] - 157:2
**sorry** [15] - 16:7, 28:8, 34:19, 36:11, 43:21, 53:16, 55:6, 64:15, 71:10, 71:25, 72:19, 76:19, 144:11, 159:19
**sort** [1] - 145:16
**sound** [1] - 147:4
**speaking** [6] - 41:4, 56:7, 82:6, 93:15, 134:5, 162:17
**specific** [1] - 121:4
**split** [2] - 163:5, 163:8
**spoken** [8] - 19:7, 19:14, 70:2, 70:5, 77:23, 78:3, 104:3, 161:17
**ss** [2] - 164:4, 166:4
**standing** [1] - 22:4
**start** [3] - 77:13, 94:15, 97:13
**started** [12] - 22:16, 25:11, 43:3, 94:6, 94:8, 94:19, 100:11, 100:18, 100:19, 101:5, 101:12
**state** [1] - 7:12
**State** [3] - 2:24, 164:22, 166:8
**STATE** [2] - 164:4, 166:3
**STATES** [1] - 1:2
**States** [2] - 15:7, 161:2
**status** [1] - 134:25
**Ste** [2] - 3:11, 3:22
**steal** [3] - 35:6, 95:18, 117:7
**stealing** [6] - 95:14, 101:3, 101:25, 104:8, 106:6, 109:16
**still** [13] - 9:17, 12:3, 26:22, 27:25, 28:6, 28:11, 42:19, 43:7,

49:8, 67:4, 67:23, 116:4, 154:8
**STIPULATED** [3] - 5:2, 5:8, 5:13
**stock** [3] - 31:6, 31:7, 31:10
**stockholder** [1] - 39:21
**stole** [4] - 105:5, 115:12, 115:23, 116:12
**stop** [4] - 25:14, 25:17, 62:22, 67:17
**stopped** [18] - 15:15, 25:23, 25:24, 30:5, 48:25, 50:5, 58:22, 58:23, 67:13, 68:10, 68:15, 93:4, 93:7, 93:11, 113:8, 113:9, 132:22
**stopping** [2] - 138:24, 139:2
**store** [2] - 30:18, 92:3
**stores** [4] - 33:24, 39:12, 39:13, 89:10
**strangers** [1] - 102:15
**Street** [4] - 3:9, 3:22, 39:25, 72:9
**street** [6] - 39:6, 102:13, 102:15, 105:21, 105:23, 159:10
**STREET** [1] - 1:17
**stress** [1] - 115:21
**strike** [1] - 141:5
**stuff** [5] - 32:11, 33:9, 100:5, 102:22, 108:4
**subpoena** [1] - 160:25
**subscribed** [1] - 164:20
**substantive** [1] - 78:22
**Success** [1] - 3:17
**sued** [2] - 13:10, 13:15
**Suffern** [2] - 7:18, 8:21
**suggest** [4] - 48:17, 146:21, 146:25, 147:9
**suggesting** [1] - 83:7
**suggestion** [1] - 29:3
**suggestions** [1] - 126:16
**suing** [7] - 52:14, 53:13, 80:24, 94:18, 94:20, 94:21, 101:12
**Suite** [1] - 3:17
**Sullivan** [2] - 29:21, 32:18
**sum** [1] - 87:15

**SUNRISE** [3] - 1:7, 1:12, 2:5
**Sunrise** [7] - 3:4, 3:7, 18:8, 38:14, 38:22, 68:20, 71:23
**Superb** [9] - 3:15, 18:12, 18:13, 18:18, 18:20, 19:18, 19:25, 38:25, 68:23
**SUPERB** [1] - 1:5
**supposed** [5] - 27:9, 28:11, 28:14, 59:7, 150:25
**surgery** [10] - 17:9, 23:20, 23:22, 29:23, 29:25, 30:6, 64:11, 64:13, 113:3, 116:9
**swearing** [1] - 6:20
**switched** [2] - 80:4, 80:5
**sworn** [4] - 5:15, 5:18, 7:9, 166:12
**Syosset** [1] - 32:10
**SYOSSET** [1] - 2:4
**system** [7] - 37:9, 37:18, 50:17, 149:11, 149:17, 149:21, 149:24

---

## T

**Tax** [3] - 125:16, 125:17, 125:24
**tax** [14] - 27:11, 27:17, 40:4, 40:12, 67:24, 68:5, 128:20, 152:20, 153:2, 153:6, 153:19, 153:25, 154:6, 154:8
**TEAM** [1] - 1:5
**Team** [4] - 3:16, 71:15, 71:16, 71:17
**telephone** [8] - 51:3, 51:15, 55:24, 79:7, 79:8, 79:17, 79:21, 160:10
**ten** [1] - 21:22
**tenants** [1] - 44:18
**term** [1] - 155:10
**testified** [2] - 7:10, 149:13
**testify** [2] - 120:4, 161:11
**testimony** [6] - 6:15, 121:2, 141:9, 164:9, 164:12, 166:14
**text** [6] - 56:9, 56:10, 82:17, 82:23, 83:2, 83:5
**texting** [2] - 37:17,

82:18
**texts** [1] - 56:12
**THE** [11] - 6:2, 7:12, 7:14, 7:15, 7:17, 13:24, 141:19, 141:25, 159:18, 162:10, 162:18
**theft** [1] - 120:22
**thinking** [1] - 20:3
**Thomas** [2] - 72:22, 72:23
**THOMAS** [1] - 2:2
**Thomasson** [9] - 7:24, 24:20, 36:9, 47:11, 51:9, 99:7, 140:9, 140:24, 162:25
**THOMASSON** [33] - 1:24, 3:3, 6:23, 7:22, 13:25, 24:23, 62:7, 62:21, 73:19, 73:23, 88:17, 99:10, 99:14, 99:19, 119:8, 120:18, 121:6, 136:3, 140:12, 140:17, 140:21, 141:4, 141:10, 141:17, 141:22, 142:3, 142:9, 142:16, 159:16, 160:19, 162:8, 162:23, 165:4
**Thomasson's** [1] - 13:19
**thorough** [1] - 160:21
**thousand** [3] - 9:24, 116:13, 116:15
**three** [9] - 14:9, 14:10, 20:18, 27:15, 28:20, 111:24, 112:6, 112:7, 112:22
**Timed** [1] - 78:17
**timeframe** [2] - 51:8, 75:6
**timing** [1] - 30:21
**title** [1] - 117:15
**titles** [18] - 22:24, 29:10, 36:18, 59:7, 59:11, 63:20, 65:18, 93:18, 106:14, 106:17, 107:3, 107:13, 107:20, 108:5, 113:17, 113:18, 117:14, 125:6
**today** [12] - 8:3, 8:10, 8:15, 9:5, 9:7, 58:6, 87:5, 99:6, 117:3, 129:4, 134:14, 134:23
**together** [7] - 16:22,

60:3, 81:10, 83:22, 85:19, 113:22, 147:13
**token** [13] - 149:20, 149:23, 150:4, 150:6, 150:7, 150:11, 150:13, 150:14, 150:16, 150:20, 150:21, 150:22
**tokens** [1] - 150:23
**TONY** [1] - 4:8
**Tony** [8] - 19:2, 20:7, 20:10, 41:13, 41:16, 101:8, 101:10, 120:9
**took** [44] - 14:8, 26:15, 26:16, 32:25, 34:11, 34:13, 35:12, 35:19, 35:23, 36:16, 36:22, 44:2, 46:6, 46:21, 57:25, 59:6, 64:4, 64:25, 65:8, 91:22, 92:3, 93:23, 106:14, 107:13, 107:19, 108:4, 110:21, 111:6, 113:19, 117:3, 117:9, 121:25, 122:7, 124:10, 124:11, 124:15, 130:19, 132:20, 132:25, 133:22, 134:12, 135:15, 142:11, 143:7
**top** [2] - 24:17, 52:20
**touched** [1] - 98:20
**Towers** [1] - 9:14
**training** [1] - 122:24
**tranny** [1] - 14:7
**transactions** [3] - 37:19, 37:21, 150:12
**transcript** [3] - 162:20, 164:8, 164:11
**transmission** [1] - 13:2
**travel** [1] - 16:6
**trial** [2] - 5:12, 6:3
**Trial** [1] - 2:21
**trouble** [2] - 118:2, 118:5
**true** [10] - 84:10, 104:9, 133:12, 137:17, 137:22, 137:23, 138:5, 164:11, 164:14, 166:13
**trust** [4] - 27:3, 70:22, 127:16, 133:19
**trusted** [5] - 33:20, 66:21, 86:2, 107:25,

158:2
**truth** [1] - 141:2
**trying** [6] - 63:10, 87:9, 104:14, 159:6, 159:19, 160:21
**turn** [1] - 154:5
**twice** [2] - 24:6, 79:18
**two** [16] - 14:25, 15:4, 32:18, 64:25, 65:3, 65:8, 103:19, 105:24, 112:5, 125:8, 130:20, 130:21, 137:7, 150:9, 163:8
**type** [14] - 12:24, 13:3, 14:15, 36:3, 36:24, 37:4, 37:7, 37:17, 38:17, 39:20, 84:25, 98:10, 98:11, 149:10
**types** [4] - 14:18, 15:24, 84:5, 84:12
**typically** [3] - 144:8, 144:13, 145:22

### U

**UAA** [1] - 21:14
**UAE** [5] - 43:23, 44:10, 44:12, 92:4, 123:11
**UEA** [1] - 2:9
**under** [11] - 6:15, 28:6, 28:11, 29:6, 42:16, 42:24, 44:10, 85:20, 117:17, 126:9, 164:9
**Uniondale** [1] - 4:4
**UNITED** [1] - 1:2
**United** [2] - 15:7, 161:2
**up** [35] - 15:21, 20:14, 25:13, 27:18, 30:16, 30:17, 30:19, 31:9, 31:16, 33:5, 33:6, 37:12, 67:7, 68:7, 79:13, 101:14, 106:13, 106:16, 112:23, 122:18, 126:17, 126:19, 126:25, 129:9, 129:14, 130:17, 130:18, 130:21, 131:7, 132:3, 140:20, 141:3, 147:8, 148:11, 160:23
**Urdu** [1] - 41:11
**Urrutia** [12] - 3:16, 18:22, 19:2, 19:3, 19:17, 19:24, 20:10, 69:2, 69:5, 101:8, 101:10, 120:9

**URRUTIA** [2] - 1:6, 4:8
**Urrutia's** [1] - 19:15

### V

**value** [1] - 35:19
**various** [1] - 39:5
**Vehicles** [1] - 161:25
**verbally** [1] - 6:14
**Verizon** [4] - 79:24, 80:2, 80:3, 80:7
**video** [4] - 50:20, 57:25, 58:9, 160:14
**videoconference** [1] - 2:17
**videos** [2] - 58:5, 58:10

### W

**wait** [3] - 18:23, 98:15, 135:22
**waiting** [11] - 43:5, 49:3, 49:8, 66:11, 66:16, 66:23, 66:24, 67:4, 134:4, 134:8
**waive** [1] - 6:19
**waived** [1] - 5:7
**wall** [1] - 126:3
**Wantagh** [1] - 3:4
**wants** [1] - 115:8
**warehouse** [1] - 50:6
**warrant** [1] - 145:5
**warranties** [6] - 144:24, 145:3, 145:7, 145:8, 145:18, 146:9
**warranty** [9] - 144:19, 144:22, 144:23, 145:6, 145:15, 145:17, 146:6, 146:14, 146:18
**watch** [3] - 108:8, 108:12, 110:6
**watched** [1] - 29:14
**watching** [2] - 29:13, 117:21
**ways** [2] - 117:8, 117:11
**week** [10] - 21:22, 24:5, 59:2, 65:6, 79:18, 79:19, 107:17, 125:8, 130:20, 130:21
**weekly** [1] - 42:4
**weeks** [6] - 23:17, 64:25, 65:3, 65:8, 112:5, 112:6
**WEIR** [1] - 3:21
**Wendy** [5] - 32:22,

33:22, 92:25, 93:5
**WHEREOF** [1] - 166:20
**whole** [1] - 40:23
**Widener** [1] - 3:22
**wife** [6] - 59:12, 60:23, 64:2, 69:25, 108:5, 111:22
**wise** [1] - 56:19
**wish** [1] - 117:17
**withdrawn** [3] - 20:11, 64:6, 94:24
**Withdrawn** [1] - 155:5
**WITNESS** [9] - 7:14, 7:17, 13:24, 141:19, 141:25, 159:18, 162:10, 165:3, 166:20
**witness** [6] - 6:13, 6:20, 7:7, 99:17, 166:10, 166:14
**woman** [1] - 148:7
**word** [1] - 120:18
**words** [2] - 145:4, 153:19
**works** [5] - 129:17, 130:8, 131:20, 146:19, 150:6
**world** [1] - 119:7
**write** [10] - 61:15, 98:6, 112:17, 136:15, 137:19, 138:11, 138:12, 138:14, 138:19, 139:24
**writing** [5] - 98:25, 99:4, 110:15, 128:21, 154:25
**written** [1] - 153:8
**wrongdoing** [1] - 121:9
**wrote** [9] - 61:8, 99:22, 137:10, 137:18, 138:9, 138:12, 140:5, 148:5, 148:9

### Y

**year** [9] - 16:16, 16:22, 23:15, 26:9, 30:9, 64:7, 96:2, 96:14, 100:16
**yearly** [1] - 40:7
**years** [26] - 14:6, 14:25, 15:4, 17:4, 24:8, 24:15, 24:17, 24:25, 25:11, 27:5, 27:16, 38:8, 43:4, 51:12, 64:16, 75:7,

77:22, 77:24, 78:4, 79:12, 79:14, 80:3, 80:4, 104:23, 104:24, 151:19
**YORK** [3] - 1:3, 164:4, 166:3
**York** [13] - 2:25, 3:4, 3:11, 3:17, 7:19, 8:22, 12:2, 17:2, 118:6, 118:18, 164:22, 166:9
**yourself** [6] - 85:2, 118:2, 120:22, 121:18, 121:21, 121:22

### Z

**ZIZMOR** [1] - 3:7
**Zoom** [2] - 2:17, 6:4