1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

------------------------------------------x

SUPERB MOTORS INC., TEAM AUTO SALES LLC,
ROBERT ANTHONY URRUTIA, 189 SUNRISE HIGHWAY
AUTO LLC, NORTHSHORE MOTOR LEASING, LLC,
BRIAN CHABRIER, JOSHUA AARONSON, JORY BARON,
ASAD KHAN, IRIS BARON REPRESENTATIVE OF THE
ESTATE OF DAVID BARON, 1581 HYLAN BLVD AUTO
LLC, 1580 HYLAN BLVD AUTO LLC, 1591 HYLAN
BLVD AUTO LLC, 1632 HYLAN BLVD AUTO LLC,
1239 HYLAN BLVD AUTO LLC, 2519 HYLAN BLVD
AUTO LLC, 76 FISK STREET REALTY LLC, 446
ROUTE 23 AUTO LLC and ISLAND AUTO
MANAGEMENT, LLC,

                            Plaintiffs,  Case No.
        - against -                  2:23-cv-6188
                                     (JMW)COUNTY
ANTHONY DEO, SARAH DEO, HARRY THOMASSON,
DWIGHT BLANKENSHIP, MARC MERCKLING, MICHAEL
LAURIE, THOMAS JONES, CPA, CAR BUYERS NYC
INC., GOLD COAST CARS OF SYOSSET LLC, GOLD
COAST CARS OF SUNRISE LLC, GOLD COAST MOTORS
AUTOMOTIVE GROUP LLC, GOLD COAST MOTORS OF
LIC LLC, GOLD COAST MOTORS OF ROSLYN LLC,
GOLD COAST MOTORS OF SMITHTOWN LLC, UEA
PREMIER MOTORS CORP., DLA CAPITAL PARTNERS
INC., JONES, LITTLE & CO., CPA'S LLP,
FLUSHING BANK, LIBERTAS FUNDING LLC, J.P.
MORGAN CHASE BANK, N.A., 189 SUNRISE HWY
AUTO LLC, and NORTHSHORE MOTOR LEASING, LLC,
                            Defendants.
------------------------------------------x

                333 Earle Ovington Boulevard
                Uniondale, New York

                January 8, 2026
                10:00 a.m.

        Deposition of Plaintiff, ROBERT

    ANTHONY URRUTIA, pursuant to Court Order

    and Notice, before Diana Mitchell, a

    Notary Public of the State of New York.

*Rich Moffett Court Reporting, Inc.*

```
 1                                              2

 2    A P P E A R A N C E S:

 3    SAGE LEGAL LLC

 4    Attorneys for Plaintiffs Superb Motors,

 5    Inc., Team Auto Sales, LLC and Robert

 6    Anthony Urrutia

 7          18211 Jamaica Avenue,

 8          Jamaica, New York 11423-2327

 9    BY:  EMANUEL KATAEV, ESQ.

10

11    CYRULI SHANKS & ZIZMOR LLP

12    Attorneys for Plaintiffs 189 Sunrise Highway

13    Auto LLC, Northshore Motor Leasing, LLC,

14    Brian Chabrier, Joshua Aaronson, Jory Baron,

15    Asad Khan, Iris Baron Representative of the

16    Estate of David Baron, all Hylan Blvd Auto

17    LLCs, 76 Fisk Street Realty LLC, 446 Route

18    23 Auto LLC and Island Auto Management, LLC

19          420 Lexington Avenue, Suite 2320

20          New York, New York 10170-0002

21    BY:  JEFFREY RUDERMAN, ESQ.

22              (via Zoom)

23

24

25
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                                         3

 2    A P P E A R A N C E S (Cont'd):

 3    HARRY R. THOMASSON, ESQ.

 4    Pro Se Defendant

 5          3280 Sunrise Highway

 6          Wantagh, New York 11793

 7

 8    CULLEN & DYKMAN, LLP

 9    Attorneys for Defendant Flushing Bank

10          333 Earle Ovington Boulevard

11          Uniondale, New York 11553

12    BY:   ARIEL RONNEBURGER, ESQ.

13

14    WEIR, LLP

15    Attorneys for Defendant Libertas

16    Funding, LLC

17          The Widener Building

18          1339 Chestnut Street, Suite 500

19          Philadelphia, Pennsylvania 19107

20    BY:   JEFFREY CIANCIULLI, ESQ.

21             (via Zoom)

22

23    ALSO PRESENT:
          ANTHONY DEO
24        SARAH DEO
          ALIVIA COONEY, Paralegal
25
```

*Rich Moffett Court Reporting, Inc.*

4

1

2          IT IS HEREBY STIPULATED AND

3      AGREED by and between the attorneys

4      for the respective parties herein,

5      that the filing, sealing and

6      certification of the within

7      deposition be waived.

8          IT IS FURTHER STIPULATED AND

9      AGREED that all objections, except

10     as to the form of the question,

11     shall be reserved to the time of

12     the          trial.

13         IT IS FURTHER STIPULATED AND

14     AGREED that the within deposition

15     may be sworn to and signed before

16     any officer authorized to

17     administer an oath with the same

18     force and effect as if signed and

19     sworn to before the Court.

20

21              - oOo -

22

23

24

25

*Rich Moffett Court Reporting, Inc.*

```
1                                              5
2    R O B E R T   A N T H O N Y   U R R U T I A,
3         called as a witness, having been duly
4         sworn by a Notary Public, was examined
5         and testified as follows:
6              THE COURT REPORTER:  Please
7         state your full name for the
8         record.
9              THE WITNESS:  My name is
10        Robert Anthony Urrutia.
11             THE COURT REPORTER:  Please
12        state your address for the record.
13             THE WITNESS:  My address is
14        Estancia Del Sol, La Garita, Costa
15        Rica.
16             *          *          *
17   EXAMINATION BY
18   MR. THOMASSON:
19        Q     Good morning, Mr. Urrutia.
20   My name is Harry Thomasson.  I'm taking
21   your deposition this morning.
22             Have you taken any
23   medications or drugs of any type that
24   would impact your ability to understand
25   my questions this morning?
```

*Rich Moffett Court Reporting, Inc.*

6

A    None.

Q    Is there any reason that you wouldn't be able to understand my questions this morning?

A    None.

Q    If I ask you any question that you don't understand, please let me know, I'm happy to rephrase it, all right?

A    Okay.

Q    Mr. Urrutia, where did you go to high school?

A    Emerson Junior-Senior High School in New Jersey.

Q    Did you go to college?

A    No.  I went one year but didn't finish it.

Q    Where was that one year of college?

A    Fairleigh Dickinson University.

Q    Do you have any professional licenses of any type?

A    No.

*Rich Moffett Court Reporting, Inc.*

1                                          7

2          Q       Do you have any professional

3    training of any type?

4          A       NADA School for Automotive.

5          Q       Do you know what that stands

6    for, NADA?

7          A       National Association of

8    Dealers, or something like that.  I don't

9    know that.

10         Q       And that training consisted

11   of what?

12         A       Running dealerships, fixed

13   operations, sales.

14         Q       How long ago did you take

15   that?

16         A       Probably 20 years ago.

17         Q       Was that a one-time course?

18         A       Yeah, takes about a week or

19   ten days.

20         Q       Where did you go to take

21   that?

22         A       I forgot which state it's in.

23         Q       But it was another state?

24         A       Yeah.

25         Q       Do you have any problems with

*Rich Moffett Court Reporting, Inc.*

                                                      8

    your memory at all, sir?

         A        No.

         Q        Please be sure to speak up so
    we can all hear, okay?

                  MS. S. DEO:  Yes, thank you.

                  THE WITNESS:  Sure.

         Q        When did you first meet
    Anthony Deo?

         A        I believe it was February of
    '22.

         Q        So that would be about --

         A        Nine months before.

         Q        -- nine months before you
    entered into a contract with him?

         A        Correct.  I had nothing to do
    with that, though.

         Q        What were the circumstances
    under which you met Mr. Deo?

         A        I was introduced to him.  I
    believe he was looking to get a partner
    in a dealership he was looking to buy or
    invest in.

         Q        Do you know what dealership
    that was?

1                                                    9

2          A        Yes, Baron Nissan.

3          Q        And did you two do any

4    business over Baron Nissan?

5          A        No.

6          Q        When was the next time that

7    you met him?

8          A        In November, early November.

9          Q        Who reached out to who in

10   early November of '22?

11         A        A friend of mine, Michael

12   Morgan, from the car business introduced

13   me to him.  He knew I was looking for

14   somebody to potentially run Superb Motors

15   as I had just finished my partnership

16   with somebody else, and I was in between

17   whether I wanted to keep it open or -- or

18   -- or close it, and he told me he knew

19   somebody that was a good car guy.

20         Q        Why were you considering

21   closing Superb in November of '22?

22         A        I initially opened to open a

23   dealership specifically for the Caribbean

24   community.  I had somebody that I had

25   been doing business with for a long time

*Rich Moffett Court Reporting, Inc.*

1                                                          10

2    that had a radio station and promised,

3    you know, to bring a lot of people in and

4    advertise on the radio station, about

5    $100,000, $120,000 worth of advertising,

6    and I had worked with him while I was at

7    Plaza, and they did bring a lot of people

8    in.

9              So you know, we started off,

10   but as time went on it, you know, wasn't

11   doing great, and I had other dealerships

12   that I was -- I was opening.  I did think

13   there was a better -- there was more

14   opportunity by expanding outside of just

15   the Caribbean community, so you know,

16   with the right person I thought the

17   dealership had a lot of potential.

18        Q    What dealerships, in November

19   of '22, did you have?

20        A    I had a Mitsubishi dealership

21   in Connecticut, and I had a Volkswagon

22   dealership in Freehold, New Jersey, and I

23   was about to open a Nissan dealership in

24   Massachusetts.

25        Q    Did you end up opening the

*Rich Moffett Court Reporting, Inc.*

11

2    Massachusetts store?

3         A    Yes.

4         Q    The Mitsubishi dealership in

5    Connecticut was in Hartford; is that

6    right?

7         A    Correct.

8         Q    Are any of those three stores

9    still operating?

10        A    No.

11        Q    Do you at this time have any

12   dealership that you're operating?

13        A    No.

14        Q    How long was the store in

15   Massachusetts open?

16        A    About from December of '22

17   until, I think, December of '24.

18        Q    About two years?

19        A    Correct.

20        Q    Did you and Anthony Deo do

21   any business over the dealership in

22   Massachusetts?

23        A    No.

24        Q    Did you and Anthony Deo do

25   any business over the dealership in

```
 1                                        12
 2    Connecticut?
 3         A      No.
 4         Q      And did you and Anthony Deo
 5    do any business over the dealership in
 6    New Jersey?
 7         A      No.  By that I mean you mean
 8    was he involved in any of them?
 9         Q      Right.
10         A      Correct, no.
11         Q      Now, there were discussions
12    about him possibly purchasing one or more
13    of those dealerships, weren't there?
14         A      One, the Mitsubishi store.
15         Q      That would be in Connecticut?
16         A      Correct.
17         Q      Do you remember when that
18    discussion began?
19         A      April of '23.
20         Q      Was that discussion ongoing
21    through and including July of '23, if you
22    know?
23         A      Yeah, we kept discussing it,
24    I would say it got more serious in July
25    of 2023.
```

```
1                                          13
2          Q      Now, at some point in time
3    Sarah Deo was working at Superb, right?
4          A       Yes, from the beginning, as
5    far as I know.  Well, right after she had
6    the baby.  I'm sorry.  Probably she was
7    involved in it December, January, so
8    pretty much from the beginning.
9          Q      She had the baby.  If she had
10   the baby in January of '23, would that
11   help refresh your memory as to when she
12   began?
13         A      No, but I mean, I can look at
14   payroll records I'm sure.
15         Q      Do you think that she worked
16   at Superb while she was still pregnant?
17         A      I don't know.  I -- I believe
18   so.  I think she was running the BDC.
19         Q      What does that stand for?
20         A      Business Development Center.
21         Q      That was with your knowledge
22   and approval?
23         A      Yes.
24         Q      What was Anthony Deo doing at
25   Superb?
```

*Rich Moffett Court Reporting, Inc.*

1                                              14
2          A      Initially just kind of
3    getting things started, bringing people
4    in.  As of February he became the general
5    manager.
6          Q      That was with your knowledge
7    and approval?
8          A      Yes.
9          Q      Do you know Dwight
10   Blankenship?
11         A      I do.
12         Q      Who is Dwight Blankenship to
13   you?
14         A      He was one of Anthony's guys,
15   he brought him in.  As far as I knew, he
16   was one of his security guys and was
17   going to be helping in the dealership
18   with logistics and whatever Anthony
19   needed him to do.
20         Q      What other guys did Anthony
21   bring in?
22         A      Marc Merckling, same thing.
23   I know he brought in a couple of F&I
24   guys, I don't remember their names, and a
25   couple of salespeople.  One in particular

15

that I, you know, a couple of standouts,
Jeremy and Kevin that I know he brought
in, and but mostly I know their names
because of this -- this case.

Q    Anyone else that he brought
in that you can think of?

A    Not that I know their names.

Q    Okay.

Have you and I ever spoken
before today?

A    No, not directly, no.

Q    And we don't know each other
at all, do we?

A    No.

Q    Do you know whether or not
there were any services that I provided
to Superb Motors?

A    I know there's checks, so I'm
sure you did.

Q    What do you know about those
services?

A    I have no idea.  You know, I
guess Anthony hired you, and I know he
had counsel, but there's checks, so I'm

```
 1                                          16
 2    assuming you did something for him for
 3    Superb.
 4          Q      Do you know that there was a
 5    lawsuit that I was involved in?
 6          A      No.  I've heard about it
 7    through the case, but no, because I have
 8    counsel, and any lawsuit that happened in
 9    any of my dealerships my counsel would
10    handle.
11          Q      So at the time that I was
12    handling the lawsuit for Superb Motors,
13    you didn't know about that lawsuit?
14          A      I'm sure I did.
15          Q      Okay.
16                 Was there anything else that
17    you know today that I did for Superb?
18          A      I mean, other than the checks
19    that I saw, I don't know that you did
20    anything for Superb, other than whatever
21    Anthony asked you to.
22          Q      I agree.  By the way, to the
23    best of my knowledge, I think I only did
24    that one lawsuit.
25                 When you met Anthony Deo in
```

*Rich Moffett Court Reporting, Inc.*

17

November of 2022, what were you two discussing?

    A    A partnership in -- in Superb Motors and the two dealerships that he was involved in, Northshore and Sunrise.

    Q    Did those talks just take place between you and he?

    A    No, it was a gentleman there, Michael Laurie, and I think Bruce Novicky was there, and maybe James as well.

    Q    James who?

    A    I forget.  I can't pronounce his last name, Skircoski, or something like that.

    Q    Was James one of your guys or one of Anthony's guys?

    A    One of my guys.

    Q    You know what I mean when I say that, right?

    A    Yeah, he worked for me.

    Q    Right.

    In other words, who brought them to the dealership is what I mean?

    A    Yeah, he worked for me.

*Rich Moffett Court Reporting, Inc.*

18

Q      Yeah.

A      He was the VP for the group,
and Bruce was the COO for the group.

Q      Are any of those three
locations of yours in Massachusetts,
Connecticut and New Jersey, if you know,
still operating a car dealership?

A      Yeah, the -- the
Massachusetts store.

Q      Do you know who owns or is
operating that store today?

A      I know it -- I remember his
first name.  Jave is the guy who bought
it from me.

Q      So you sold at that point?

A      Yes.

Q      Was he someone that you knew
at the time that you sold it to him?

A      No.

Q      Do you know if there is a
dealership still operating at the
Hartford location?

A      No.  I do know there isn't.

Q      Do you know what is operating

*Rich Moffett Court Reporting, Inc.*

19

```
1
2      at the Hartford location?
3            A     No, I know the location was
4      sold.
5            Q     Do you know who it was sold
6      to?
7            A     No idea.
8            Q     Are you in touch with the
9      person who now owns that property?
10           A     No, only the old owner.
11           Q     Who is the old owner?
12           A     Mark Crowley.
13           Q     Are you still in touch with
14     Mr. Crowley?
15           A     Yes.
16           Q     Why are you still in touch
17     with Mr. Crowley?
18           A     'Cause he's holding the
19     vehicles there for me until this is all
20     over.
21           Q     How many vehicles are there?
22           A     I believe 13, a total of 13.
23           Q     Are they still there?
24           A     Yes.
25           Q     How long have they been
```

```
1                                                    20
2    there?
3         A       From when we put them there
4    back in October of '23, I believe.
5         Q       Did you know that we offered
6    to have those cars sold and the money put
7    in escrow?
8         A       I've never heard that offer.
9         Q       Okay, so --
10        A       I actually believe I asked
11   for that offer and it didn't -- didn't
12   come about, so...
13        Q       Since then do you know that
14   we offered that as well?
15        A       No. I know you mentioned it
16   in one of your --
17        Q       I'm sorry?
18        A       I know you mentioned in one
19   of your letters where it was in
20   discussions about the mediation or
21   something, but I never heard you had made
22   that offer to me.
23               MR. KATAEV:  Quick pause for
24        two things.
25               Is that your phone making
```

```
1                                      21
2     noise?
3              MR. THOMASSON:  I did want to
4     know if it is mine.
5              THE WITNESS:  Might be my
6     watch.
7              MR. KATAEV:  Second, we have
8     Cianciulli is counsel for Libertas,
9     he's joining virtually.
10             Third, Mr. Ruderman, and,
11    Mr. Cianciulli, do you hear both
12    the witness and Mr. Thomasson
13    speaking, or do we need to bring
14    the mic closer?
15             MR. CIANCIULLI:  I can hear
16    you, but I didn't hear them
17    speaking yet.  I'll let you know if
18    it doesn't work.
19             MR. RUDERMAN:  I can hear
20    Mr. Thomasson very clearly, but I
21    can hear Mr. Urrutia pretty well
22    mostly.
23             MR. KATAEV:  Okay, so we'll
24    leave everything alone.
25             Go ahead.
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                    22
 2              MR. THOMASSON:  I'm glad I'm
 3         not the only one who has trouble
 4         with that last name.
 5              MR. CIANCIULLI:  Which one,
 6         mine, or the witness's name?
 7              MR. THOMASSON:  Well, that
 8         one, too, that one, too.
 9              MR. CIANCIULLI:  I'll just
10         call him Tony then.
11              MR. THOMASSON:  Could you
12         read back the last question,
13         please?
14              (Record read.)
15    BY MR. THOMASSON:
16         Q    We initially made that offer
17    in one of the mediations that we
18    attended, and then we were told that
19    there would be no further negotiations
20    that day, so I just want to let you know
21    that.
22         A    I don't know how we can reach
23    out to that mediator, because he didn't
24    bring that offer to me.
25         Q    All I can tell you is if
```

23

you're interested in that, let your
counsel know and we'll work something
out, okay?

    A    I believe I have asked the
court several times in our -- in our
letters to the court, so I...

    Q    Well, things can change, and
that is something that changed, and
that's something that we're able and
willing to discuss.

    A    All the cars, correct?

    Q    What cars are you referring
to?

    A    The ones I have and the ones
Deo has as well, right?

    Q    Well, I don't know where all
this is going to head.  There would be,
I'm sure, an exchange of lists, and we'll
figure something out.

    A    Okay.

    Q    Now, what security exists at
the Hartford lot at this time regarding
those cars?

    A    Whatever -- wherever the new

*Rich Moffett Court Reporting, Inc.*

```
 1                                        24
 2      owner is I'm sure has security or
 3      cameras, or we send somebody there all
 4      the time to go look.
 5             Q      Do you know that or not?
 6             A      I don't know that.  I -- I've
 7      lost control of all my stores, as you
 8      know, so you know, he's -- he's been
 9      gracious enough to let me hold the
10      vehicles there until this is all
11      resolved.
12             Q      The new owner has been
13      gracious enough?
14             A      Correct.
15             Q      You haven't spoken to the new
16      owner yourself?
17             A      No, that's through the old
18      owner, Mark Crowley.
19             Q      Are those cars insured at
20      this time?
21             A      Yes, they're insured by
22      Nissan.  Cars are still on floor plan, so
23      if they're on floor plan they're insured,
24      and I believe we provided the
25      certificates from NMAC that they're
```

*Rich Moffett Court Reporting, Inc.*

```
1                                          25
2    insuring the vehicles.
3         Q      How long have they been on a
4    floor plan with Nissan?
5         A      From September 8th and
6    September 15th of 2023.
7         Q      What floor plan were they on
8    before that?
9         A      Nissan.  I had to pay them
10   off once Anthony took them off the lot,
11   so I paid them off.  When I got them
12   back, I put them back on it.
13        Q      What floor plan were they on
14   before September of 2023?
15        A      Nissan.  Nissan and -- and my
16   -- a few of them might have been on
17   NextGear or something, I believe 13 or
18   something might have been on NextGear,
19   but I'd have to check the records.
20        Q      Do you still maintain your
21   DMV licenses for any of your four lots?
22        A      No.
23        Q      So how can you have a floor
24   plan at this time with Nissan?
25        A      The cars were floored, so
```

*Rich Moffett Court Reporting, Inc.*

26

Nissan kept flooring them.  It's not my floor plan, it's Nissan's.  They took the cars.  They have an interest in them, they file UCCs.  When you put them on floor plan, they hold the interest on them, and you're waiting to see what happens with this case, to see if they get back some of the -- the money.

Q    Are you being sued by Nissan at all?

A    And I'm suing -- I'm suing them as well, so...

Q    How many such lawsuits exist?

A    Just Nissan.  As far as any other lawsuits that I know, we've settled.  Anything left behind from this mess with any customers, as far as I know, I don't have any others, but there might be.  I have no idea.

Q    So you have one lawsuit going on with Nissan?

A    Yeah.  That I -- that I know about.  As you know I live in Costa Rica, so I haven't been served with anything,

*Rich Moffett Court Reporting, Inc.*

1

2    and I haven't really heard of anything.

3           Q      That lawsuit that you're

4    speaking of with Nissan you were served

5    with?

6           A      Yes.

7           Q      Where is that lawsuit?

8           A      In Connecticut.  We

9    consolidated lawsuits from all the states

10   into one with all the attorneys agreed,

11   and we moved it all to Connecticut.

12          Q      So there was more than one

13   lawsuit, but now they were combined into

14   one in Connecticut?

15          A      It would have been one for

16   each state, right, for -- for...

17          Q      I understand.

18                 And so at some point in time

19   Nissan was suing you in New Jersey?

20          A      New Jersey.  Each of the

21   dealerships, yes, would have been sued,

22   but...

23          Q      Were you sued in New York?

24          A      No, because I -- I paid off

25   those -- those floor plan lines.

*Rich Moffett Court Reporting, Inc.*

1

2       Q       So you were sued in

3  Connecticut?

4       A       In Connecticut, Massachusetts

5  and New Jersey.

6       Q       I see.

7               And those three lawsuits you

8  have been served with and are now

9  combined into one; is that correct?

10      A       Correct, yes.

11      Q       I understand.

12              Have you ever spoken with law

13 enforcement about this situation?

14      A       Absolutely.

15      Q       Could you please tell me each

16 agency that you spoke with?

17      A       Nassau County Police

18 Department, the FBI, and I might have --

19 I think I even contacted the internal

20 affairs.

21      Q       Internal Affairs of Nassau

22 County?

23      A       Correct.

24      Q       Why did you contact Internal

25 Affairs of Nassau County?

*Rich Moffett Court Reporting, Inc.*

```
1                                              29
2        A     Well, there was a police
3  officer involved.
4        Q     Would that be
5  Mr. Blankenship?
6        A     Correct.
7        Q     So you went to internal
8  affairs about Mr. Blankenship; is that
9  right?
10       A     Correct.
11       Q     What is it you told them that
12  he did wrong?
13       A     What was going on at the time
14  he was working for Anthony Deo and what
15  Anthony Deo did.  I don't think it went
16  very far after that, because then I spoke
17  to the FBI, and that's where I focused my
18  attention.
19       Q     What did you tell the FBI
20  that Mr. Blankenship did wrong?
21       A     Basically, to me, this is a
22  gang, you know.  This isn't -- I am not
23  the only one suing them.  This is three,
24  I think, you have going on, plus you have
25  another dealership now, so that would be
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                        30
 2    a fourth.
 3              So to me, it's your business,
 4    right, and it's a gang that kind of
 5    coordinates everything, you being the
 6    facilitator.  You know you have an
 7    accounting department that creates, or an
 8    accountant, that creates fake financials,
 9    you have muscle and guys that handle
10    logistics.  So I told them basically the
11    operation that you were running, and that
12    was it.
13         Q     Do you think that I'm the one
14    that's running that?
15         A     No, I think you're the
16    facilitator.  You're the one who handles
17    all the legal stuff to make sure that it
18    takes years and years before anybody is
19    able to get any kind of justice, so I
20    think you're part of the criminal gang,
21    yes.
22         Q     Okay.
23              But I'll go back to my
24    original question.  Please tell me what
25    it is you think Mr. Blankenship did
```

*Rich Moffett Court Reporting, Inc.*

31

wrong.

A     Well, he was, let's see, he handled the cash, he was getting 65,000 a year, even though you say he only does menial work, but he was handling the cash, moving the inventory.

When floor plan -- him and Marc would handle the floor plans.  I mean, he was involved in moving the cash and depositing it into fake bank accounts that existed, so...

Q     So you think Mr. Blankenship was stealing cash from Superb; is that right?

A     I don't think so, I'm certain there was -- there was cash stolen, and his name appears on some of the deposit slips of cash that never made it into my bank accounts, so yes, I do believe it.

Q     Were there any bank accounts that Mr. Deo opened up after he joined Superb that you didn't know he was opening?

A     Yeah, the Flushing.

*Rich Moffett Court Reporting, Inc.*

32

Q      Were there any bank accounts
that Mr. Deo opened up after he joined
Superb that you did know he was opening?

A      Any bank accounts?

Q      Related to Superb that you
did know he was opening.

A      For Superb, no, he was -- he
wasn't allowed to do anything for Superb.
The only thing I didn't put into the
operating agreement is that he had to ask
me permission to go to the bathroom.
Everything else was pretty much he was
not allowed to do anything but run the
business as a general manager.  If he
became the general manager of the store,
he could choose a different general
manager.

Q      When you executed those
agreements, did you have an attorney that
prepared them?

A      Yes.

Q      Did that attorney speak at
all to Mr. Deo, if you know?

A      I don't remember but we

*Rich Moffett Court Reporting, Inc.*

```
 1                                              33
 2    exchanged emails.
 3          Q      Did Mr. Deo have any attorney
 4    handling those agreements, that you know
 5    of?
 6          A      I have no idea.  I would
 7    assume he had attorneys if he owned two
 8    dealerships, right?
 9          Q      I understand.
10                 So Mr. Blankenship took money
11    from Superb in the form of cash; is that
12    right?
13          A      Cash, checks.
14          Q      So cash and checks he took
15    for himself?
16          A      I don't -- I don't know.  He
17    took for the organization that -- that
18    you guys have.
19          Q      I see.
20                 What else did he do, other
21    than taking money, that he did
22    wrongfully?
23          A      Moved cars without
24    authorization to the lots out in Long
25    Island.
```

34

1

2      Q      Okay, let's stop there.

3             Who would he have needed to

4   get authorization to move cars from?

5      A      To that lot, from me, but I

6   guess Anthony Deo gave him the

7   authorization to move the cars for the

8   grand opening.

9      Q      Was that Anthony Deo giving

10  him authorization to move cars while

11  Anthony Deo was the general manager?

12     A      Yes.

13     Q      And Anthony Deo's

14  authorization to work as general manager

15  consisted of him being authorized to do

16  what?

17     A      To run the day-to-day

18  operations.

19     Q      Do you know whether or not

20  between November of '22 and August 1st of

21  '23, do you know if Anthony Deo was

22  applying for any DMV licenses?

23     A      Yes, at my suggestion.

24     Q      So you had no idea he was

25  doing that?

1                                          35

2          A        Absolutely.  I -- I suggested

3     it.

4          Q        What is it that you suggested

5     to him?

6          A        That he get licenses.  He

7     told me Josh Aaronson was holding the

8     licenses hostage, and I told him, "You

9     should get your own licenses."  At which

10    point he asked me to get the licenses

11    with him.  I said, "Why would you want to

12    do that?  You're going through all of

13    this, what if we don't work out?"  At

14    this point I knew him for two months.

15    "You want to find yourself in the same

16    position?  I think you should get the

17    license yourself."

18         Q        Is that what he did?

19         A        Yes.

20         Q        Do you know if he did get

21    one?

22         A        Yes.  Fraudulently, from what

23    I understand.

24         Q        What's that?

25         A        I guess fraudulently, because

*Rich Moffett Court Reporting, Inc.*

1                                          36

2      he checked off that he wasn't a felon on

3      it, so technically, he shouldn't have got

4      one, but yes.

5            Q       I see.

6                    But he got one, right?

7            A       Yes.

8            Q       And he kept you informed of

9      that?

10           A       He told me on July 10th, I

11     believe, as he was looking for me to get

12     him another million and a half dollar

13     floor plan line that miraculously that

14     the license had come through, even though

15     he had lied in February.

16                   THE WITNESS:  Actually, is

17              there a way we can check with DMV

18              when that license actually came

19              through?

20                   MR. KATAEV:  We'll talk about

21              it after.

22           A       Now that I think about it,

23     it's very miraculous how the day he

24     wanted me to sign the applications for

25     another million and a half floor plan

37

line, he checked and they were live, so I would like to know when -- when they actually were live.

MR. KATAEV:  Objection.

Q    And what did "live" mean?

A    That all of it's on the dealership licenses that we could use.

Q    And in your experience, does it typically take longer than from February to July 10th to get those licenses?

A    It usually doesn't take that long.  It takes two months, three months.

Q    So it took about two months longer than it typically does if those licenses were available on July 10th; is that right?

A    Correct.

Q    Were you a part of that application for the DMV license?

A    Nope.  Nope.

Q    Did you ask to see any of the paperwork?

A    Nope.

1                                              38

2          Q       Was it okay with you that he

3     was applying for it?

4          A       Sure.

5          Q       Were there any occasions

6     during 2023, prior to August 1st, in

7     which you asked him for any money?

8          A       I'm sorry, repeat that

9     question.

10         Q       Were there any occasions

11    during 2023, prior to August 1st of 2023,

12    in which you asked him for any money?

13         A       Several times.

14         Q       What did you ask him for

15    money for?

16         A       To put money in, 'cause he

17    double floored some cars and he needed to

18    put the money in because we were -- the

19    money wasn't covered in the bank account,

20    which was part of our deal is that

21    anything that needed to be put into the

22    bank, he would have to put in.

23         Q       Is that in writing?

24         A       We might have a text, but at

25    the end of the day, he put money in

*Rich Moffett Court Reporting, Inc.*

39

for -- for his own cars.  It was cars
that he double floored, so I didn't ask
him to put money in for me, I asked him
to put money in because he floored cars
on his floor plan line and on mine, and
he had to pay one of them off because I
paid them off originally, so...

     Q    Did he have any access to
your floor plan?

     A    I mean, through -- through
the office he had access in the sense he
could buy cars, put them on my floor plan
line, if that's what you're asking.

     Q    Did that happen?

     A    Yeah, he put many cars.

     Q    But for him to do that,
somebody in the office, that was one of
your guys, would have been who he would
have been doing it with, right?

     A    Under his direction, yes.

     Q    Under his direction one of
your guys was the one who was actually
doing the floor planning; is that right?

     A    Flooring, correct.

1                                                    40

2          Q       Who would that be?

3          A       Before or -- I mean, before

4    April or after?  Before April it would

5    been Alysia or Bruce.  After it would

6    have been Kendra.

7          Q       What is Alysia's full name?

8          A       Alysia Cayer.

9          Q       C-A-Y-E-R?

10         A       Correct.

11                 MR. KATAEV:  Just for the

12             record, I think you should spell

13             the first name.  Can you spell the

14             first name?

15                 THE WITNESS:  A-L-Y-S-I-A, I

16             believe, Alysia.

17         Q       And she worked at Superb

18    until about April of '23?

19         A       March 27th, I believe.

20         Q       What happened on March 27th

21    of '23?

22         A       She was let go.

23         Q       Who fired her?

24         A       Bruce Novicky.

25         Q       For what?

41

A       We had some issues with the
accounting department falling way behind,
and a lot of issues between Alysia and
Anthony.

So after -- after several
months of battling and battling, she was
let go of. A lot on Anthony's own
request.

Q       Anthony requested that she be
fired?

A       Oh, he -- he -- for months he
was telling me the accounting department
was messing up everything at Superb, and
we, between buying a new store in
December, taking him on as a partner and
changing our deal management system, he
was overwhelmed and she was falling
behind, so the head butting and the
fighting, she -- she was, you know, she
was definitely had battles with Anthony,
and the choice was made to replace her
and just put office managers in all the
stores rather than one central CFO.

Q       So Alysia was your CFO --

*Rich Moffett Court Reporting, Inc.*

```
1                                           42

2          A      Correct.

3          Q      -- at Superb?

4          A      At all the stores.  She was

5    the team CFO.

6          Q      She was just CFO at all of

7    the stores?

8                 MR. KATAEV:  I'm sorry,

9          please let Mr. Thomasson ask the

10         full question and then answer it.

11         Just slow down.

12                THE WITNESS:  Okay.

13         Q      Alysia was the CFO for all

14   four of your stores in March of '23?

15         A      Correct.

16         Q      And who had hired Alysia

17   originally?

18         A      Bruce.

19         Q      Do you know when that was?

20         A      I think February of '22,

21   February or March of '22.  Right around

22   when I moved to Costa Rica.

23         Q      So Mr. Deo did not hire

24   Alysia?

25         A      No.
```

*Rich Moffett Court Reporting, Inc.*

1                                                          43

2          Q       And he did not fire Alysia,

3   correct?

4          A       No, no, he was -- but he did

5   influence the decision.

6          Q       Because he said that there

7   were problems in the accounting

8   department; is that right?

9          A       He said it and sent a text, a

10  very strange text, saying not to mind the

11  text because we had already discussed it,

12  that she was going to be let go, and he

13  sent a very strange text telling me that,

14  you know, not to mind his -- his email,

15  that it was done to serve our -- our

16  purpose or something about firing her, to

17  which I didn't react very well to.

18         Q       Would that be with a text, or

19  could it have been an email?

20         A       An email was sent to Alysia.

21  A text was sent to me --

22         Q       Okay.

23         A       -- warning me that he sent

24  the email.  Sorry.

25         Q       The email that was sent to

*Rich Moffett Court Reporting, Inc.*

44

Alysia, had you seen it by the time you
got the text from Mr. Deo?

    A     No, no, I was on vacation.

    Q     Was that email, in fact, sent
to you?

    A     Yeah.

    Q     Was it sent to you at the
same time it was sent to Alysia?

    A     I believe so.  I think I was
copied on it.  You were copied on it as
well.

    Q     Right.

    A     You and Mr. Jones, the
forensic team.

    Q     Right, I understand.

    A     You don't recall?

    Q     Yes, I've seen it
subsequently.  I did.

          Did you know that he included
me on that because he wanted her to know
that it was also going to an attorney?

    A     Oh, absolutely, which is why
I got so angry when he told me that it
was just because it was something to help

*Rich Moffett Court Reporting, Inc.*

```
 1                                          45
 2    fire Alysia and not be a problem.
 3         Q      You wouldn't have any idea
 4    when I saw that email, would you?
 5         A      No.
 6         Q      So --
 7         A      I would imagine as an
 8    attorney an email like that you would
 9    look at pretty quickly.
10         Q      Or speak with the client
11    about it, right?
12         A      One or the other.
13         Q      Right.
14                But you don't know when I saw
15    it, do you --
16         A      How would I know that?
17         Q      -- for the first time?
18         A      Right.
19                MR. KATAEV:  Objection.
20                Asked and answered.
21         Q      Do you know how long Mr. Deo
22    has done business with Thomas Jones?
23         A      I've seen, I guess, from the
24    Libertas discovery that he -- it was
25    right around COVID that he started to do
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                        46

 2    his taxes and do his accounting.

 3         Q      Do you know when Mr. Deo

 4    first began doing any business with me?

 5         A      I could only say I know it

 6    was before -- before March '23, but I

 7    haven't really looked that far back.  It

 8    doesn't really involve me, so...

 9         Q      I understand.

10                Do you know what it is that I

11    did for Mr. Deo prior to Mr. Deo joining

12    Superb?

13         A      No.

14         Q      What is it that I did to harm

15    you, Mr. Urrutia?

16         A      You facilitated this whole

17    crime, as you have for the Aaronsons, as

18    you have for the new dealership,

19    Cherrywood or whatever, and I'm sure the

20    one you have open now will probably end

21    up there as well.  And now I believe

22    there's another lawsuit with a Mr. Hakim,

23    which was $100,000 Mr. Deo initially gave

24    me, which I believe you represented him

25    in that as well.  So to me, again, you
```

*Rich Moffett Court Reporting, Inc.*

47

guys are a really well-put-together gang, and you're the facilitator.

Q     Are you saying that in these lawsuits Mr. Deo should not have counsel?

A     No, I'm saying that you -- you make it easy for him to rip people off, and then you just, you know, lie for him in court, and -- and you know, submit your motions to delay and waste as much money of the people you left practically broke behind.  I think you're just part of the gang.

Q     What I've done wrong to you is through my legal representation of Mr. Deo; is that correct?

A     I believe you have, as an officer of the court, a duty, and I believe you're just -- what you're doing is not part of that duty.  You have in many motions said stuff that I -- I'm -- I'm actually baffled at, but...

Q     Would that include my assertion that the Deos are the owners of Northshore and 189 Sunrise, do you think

*Rich Moffett Court Reporting, Inc.*

1                                                    48

2    that assertion is false?

3         A      I absolutely think it's

4    false.

5         Q      So you have firsthand

6    knowledge of the ownership structure at

7    189 Sunrise and Northshore; is that

8    correct?

9         A      Well, I see how he --

10        Q      That's a yes-or-no question,

11   Mr. Urrutia.

12        A      Do I have firsthand

13   knowledge?  I've looked into this case

14   because of the harm it's caused me, and I

15   know he, Mr. Deo, can't own a dealership,

16   especially going back to 2020 when he was

17   still on probation, right, because you

18   can't own a dealership without a license.

19             I don't know if you looked

20   into the law.  See, I do know the law,

21   and he can't own a dealership, and he

22   says he owns it from 2020.  He can't.

23             After his probation is over

24   he can submit an application, and he

25   needs to be approved, but based on the

*Rich Moffett Court Reporting, Inc.*

49

1
2    fact that it was wire fraud, I doubt very
3    much he would get it.  And you have to be
4    listed on the license.  So do I think he
5    was an owner, no.                    I also
6    have not seen anything showing me a stock
7    certificate, minutes, anything showing
8    that he owns those -- those businesses.
9    So I mean, yeah, I think you have -- I
10   mean, you are an attorney.
11       Q       So have you ever seen any of
12   the exhibits attached to that complaint?
13       A       I have seen all of them.
14       Q       You have seen this compliant
15   before?
16       A       Yes.
17       Q       When did you first see it?
18       A       I read it cover to cover.
19       Q       You have read it cover to
20   cover?
21       A       Absolutely.
22       Q       The complaint that was served
23   on you this morning?
24       A       Yes.
25       Q       So when did you first see

*Rich Moffett Court Reporting, Inc.*

```
 1                                           50
 2    that complaint?
 3         A     Probably a day or two after
 4    you -- you filed it.
 5         Q     Day or two after I filed it?
 6         A     Uh-huh.
 7         Q     It was also left at an
 8    address for you in New Jersey, can you
 9    tell me if you ever received it there?
10              MR. KATAEV:  Wait, he didn't
11         answer with an answer.  He said
12         "Uh-huh."
13              Just to clarify, "Uh-huh"
14         means what?
15              THE WITNESS:  Yes.
16         A     You served -- I believe in
17    October I sold that house because of all
18    of this was in July of '24, so you
19    couldn't have served me, because I don't
20    live there anymore.  I don't have a
21    residence in the United States.  I had to
22    sell my house so I could pay the bills
23    for the damage that you've caused.
24         Q     So you have already seen this
25    complaint; is that right?
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                              51

 2          A      Yes, cover to cover.

 3          Q      Okay.

 4                 So then you saw Exhibit A to

 5     that complaint, which is obtaining the

 6     EIN number by Sarah Deo?

 7          A      Yes.

 8          Q      Did you see that?

 9          A      Yes.  I had my general

10     manager obtain all the EIN managers for

11     my businesses.  That's not ownership.

12          Q      Okay, I didn't ask you

13     whether or not it was ownership, I asked

14     you if you saw Exhibit A.

15          A      I did.

16          Q      Did you see that?

17          A      Yes.

18          Q      Did you see that the Deos, in

19     Exhibit B, held the lease for Northshore?

20          A      I did.

21          Q      Who typically holds the lease

22     at a dealership, would it be the owner?

23                 MR. KATAEV:  Objection.

24          A      Typically, but it doesn't

25     have to be.
```

*Rich Moffett Court Reporting, Inc.*

1                                                      52

2          Q        Right, but it typically is,

3     wouldn't you say?

4                   MR. KATAEV:  Objection.

5          Argumentative.

6          A        Yes.

7          Q        Did you see that the Deos

8     opened up the bank accounts --

9          A        I did.

10         Q        -- for Northshore?

11                  Did you see that?

12         A        I did.

13         Q        You have to let me finish,

14    okay?

15         A        Okay.

16                  I did.

17         Q        Who typically opens up the

18    bank accounts for a dealership, would

19    that be the owner?

20                  MR. KATAEV:  Objection.

21         Relevance.

22         A        I had my CFO open up my bank

23    account for the dealerships as we went

24    forward.  I started with one dealership,

25    and I -- and then I had my CFO open the

*Rich Moffett Court Reporting, Inc.*

53

bank accounts after that.

Q      What is it that the CFO had to show the bank to open that bank account?

A      Usually the -- the filing receipt and the EIN number.

Q      Which would be provided to your CFO by you, the owner, right?

A      Correct.

Q      Did you see the checks that were paid to purchase 189 Sunrise?

A      I did.

Q      What do you think that was for?

A      Maybe a down payment on a -- on a purchase of a dealership.

Q      But you don't have any firsthand knowledge yourself, do you?

A      I don't.

Q      Right.

       After money was paid for the purchase of Sunrise, the Sunrise lease was assigned to Anthony Deo, did you see that?

*Rich Moffett Court Reporting, Inc.*

1                                        54

2           A       I did.

3           Q       What were your thoughts on

4    Exhibit G where Josh Aaronson approved

5    Anthony Deo as owner on tax returns?

6                   MR. KATAEV:  Objection.

7           Relevance.

8           A       That Josh was trying to get

9    Anthony to take over the liabilities of

10   the dealerships.

11          Q       Generally speaking, when

12   you're listed as the owner on tax

13   returns, wouldn't that make you the

14   owner?

15                  MR. KATAEV:  Objection.

16          Argumentative.

17          A       No, absolutely not.

18          Q       Absolutely not?

19          A       No.  You -- you -- you've

20   heard of minutes and -- and stock

21   certificates, right, and operating

22   agreements that switch over ownership,

23   especially if there's one initially.  I

24   mean, there is -- there is all that stuff

25   as we started to do with Mr. Deo when we

55

were doing the Superb deal, right, we

gave a cross purchase subject to an

operating agreement.  We never exchanged

stock certificates, we never signed the

operating agreement, but I mean, there's

a process that you go through to become

the owner.  I didn't see any of that in

that complaint.

     Q    And have you seen any of that

for anyone other than Mr. Deo since?

     A    What do you mean?

     Q    Well, have you seen any

minutes ever regarding Northshore

ownership?

     A    I -- I only saw the operating

agreements, the initial -- the original

operating agreements, and I've seen the

ones he submitted to Flushing Bank for --

for opening that account.

     Q    Who showed you operating

agreements for Northshore Motors?

     A    Which one?  The original one

or the fake one?

     Q    Any.  Any operating

```
 1                                              56
 2    agreements for Northshore.
 3         A      I've seen them throughout the
 4    case.  I've read every page of this case.
 5         Q      Who showed you the operating
 6    agreements for Northshore?
 7         A      I saw them in the original
 8    case filed by Island Auto Group.  They're
 9    a part of the exhibits.
10         Q      Have you seen any other
11    operating agreements?
12         A      Yeah, the ones he submitted
13    to Flushing Bank.
14         Q      How did you see those, did
15    you get them from Flushing Bank?
16         A      Yes.
17         Q      Have you seen any stock
18    certificates for Northshore Motors?
19         A      Only the ones that were part
20    of this case.
21         Q      Did you see that the stock
22    certificate is dated for January of 2018,
23    and the stock book was purchased some
24    months after that, did you see that?
25         A      I did see that.
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                              57
 2          Q      Did you find that as odd?
 3          A      I didn't really think that
 4   much about it.  I have my own problems
 5   with my case.
 6          Q      So you just didn't think
 7   about that?
 8          A      No, not really.
 9          Q      Wouldn't that suggest to you
10   that there's something about that stock
11   certificate that's not honest?
12          A      Not really.
13          MR. KATAEV:  Objection.
14          Argumentative.
15          A      If I get a company and I get
16   a book with all the stock certificates, I
17   don't immediately assign them, and you
18   know, especially if I got the book.
19                Now, if I am going to sell it
20   to somebody or I am going to make -- then
21   you have to, right, when you finalize a
22   deal, you do the stock certificates, you
23   date them and you sign them.  But before
24   that it's...
25          Q      But at a bare minimum, you
```

*Rich Moffett Court Reporting, Inc.*

1                                                          58
2       couldn't have a stock certificate signed
3       before you obtained the stock book,
4       wouldn't you agree?
5                 MR. KATAEV:  Objection.
6            Argumentative.
7            A     I haven't thought about it
8       all that much because I never had to.  As
9       I got a book, I never really assigned
10      stock certificates.  I got the company, I
11      got the stock certificates, and when I
12      made some kind of transaction, I did it.
13      You know, I -- I would then assign them
14      and put dates on them, but I didn't think
15      about it all that much.
16           Q     Do you think it's lawful to
17      backdate stock certificates?
18                MR. KATAEV:  Objection.
19           Assumes facts not in evidence.
20           A     I have no idea.  I have no
21      idea if it's lawful or not.  I know I
22      haven't seen any stock certificates
23      assigned to Anthony Deo from any of the
24      companies.
25           Q     Did you ask for them in

*Rich Moffett Court Reporting, Inc.*

```
 1                                          59
 2   November of '22?
 3        A       Absolutely.
 4        Q       Did you get them?
 5        A       No.
 6        Q       And you went forward without
 7   getting them; is that right?
 8        A       We at the time went forward
 9   and became the general manager in
10   expectation that he would get a license
11   and then we would finish our deal because
12   then we could actually run dealerships.
13              Those dealerships were
14   shuttered, shutdown, correct?  So how
15   could I get my -- my other part of the
16   deal, which is two dealerships that
17   were -- supposedly were profitable and
18   making money.
19        Q       So you knew at the time you
20   entered into the contracts that those two
21   dealerships were shuttered?
22        A       No, I found out in January --
23   I'm sorry.  End of December or beginning
24   of January, I was told that he couldn't
25   sell cars because Josh was holding the
```

*Rich Moffett Court Reporting, Inc.*

60

license hostage.  I only found out the
dealerships were shuttered through this
case because he's mentioned it several
times, which again brings up the point,
how did you sell me or give me 25 percent
of two dealerships that were shuttered?

    Q    What diligence did you
conduct in November of '22 looking into
Mr. Deo?

    A    Ran his name, but nothing
came up at the time.

    Q    Did you do anything else?

    A    No, not really.  He came
referred by a friend, and I knew he was
with Baron for several years, so you
know, I wasn't -- I -- I -- I learned a
lot from that.  I would have gone deeper.
I would have, at this point after what I
been through, hired a private
investigator, even if it was the Pope.

    Q    Did he pay you some money in
November of '22?

    A    He did.

    Q    How much money?

```
 1                                      61
 2          A       $500,000.
 3          Q       Did he pay you any money
 4   after November of '22?
 5          A       No.
 6          Q       You reviewed the tax returns
 7   that consist of Exhibit H on that
 8   complaint; is that right?
 9          A       I saw them, I didn't review
10   them.
11          Q       Did you know that those tax
12   returns indicate as approved by Joshua
13   Aaronson that Mr. Deo was 99 percent
14   owner of Northshore and Sarah Deo was 1
15   percent owner of Northshore, did you know
16   that?
17                  MR. KATAEV:  Objection.
18          Document speaks for itself.
19          A       I saw that's what it says,
20   yes.
21          Q       When did you first see that,
22   right after it was filed?
23          A       Yeah.
24          Q       In or about September of '24,
25   you read every page of this complaint and
```

*Rich Moffett Court Reporting, Inc.*

62

1

2      exhibit?

3              A       Yeah.

4                      MR. THOMASSON:  I am going to

5              mark an exhibit.  It's been marked

6              as Exhibit J previously for other

7              matters throughout this case

8              including from that complaint.

9              Mark this as Defendants' Exhibit J.

10                     (Defendants' Exhibit J, Email

11             Chain, marked for identification.)

12                     MR. KATAEV:  Off the record.

13                     (Discussion off the record.)

14             Q       If you could please take a

15      moment, Mr. Urrutia, and look at that

16      document.

17                     MR. KATAEV:  Let the record

18             reflect that I am going to share

19             Exhibit J on the screen, which is

20             docket entry 12 in the state court

21             action filed by Mr. Deo.

22                     Is this it?

23                     MR. THOMASSON:  Yes.

24                     MR. KATAEV:  Any particular

25             page you want me to go to?

*Rich Moffett Court Reporting, Inc.*

```
 1                                        63
 2              MR. THOMASSON:  I'd rather go
 3         back to the front, because I think
 4         it's in reverse order
 5         chronologically.
 6              MR. KATAEV:  So starting on
 7         page 3 going into page 4, the email
 8         at 1:52 p.m.
 9         A       Okay.
10         Q       Have you seen these emails,
11    Mr. Urrutia?
12         A       Yes.
13         Q       Did you first see them in
14    March of '23?
15         A       Yes.
16         Q       Did you and Anthony have any
17    discussions about this email in March of
18    '23?
19         A       Yes.
20         Q       What is it that you and
21    Anthony Deo discussed in March of '23
22    regarding these emails?
23         A       This is where he sent me the
24    text stating not to, I don't remember the
25    exact wording, but not to be upset at the
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                        64
 2    email he had sent.  It was only to serve
 3    our purpose with Alysia.
 4              And when I looked at the
 5    email, I called him and I sent him a text
 6    back and I spoke to him, and I said, "I
 7    don't like the way you're going about
 8    this.  I don't like the drama.  There's
 9    no need for this, and I didn't like even
10    the insinuation of a forensic team."
11              He basically told me I didn't
12    even really need to send any of this
13    stuff, but yet I sent him everything the
14    next day.
15         Q    All of these items were given
16    to Mr. Deo after he sent this email?
17         A    Every one of them, 2,000 plus
18    pages, and I don't know, 200 emails --
19         Q    And that was --
20         A    -- for all my dealerships, by
21    the way.
22              I'm sorry.  I meant to finish
23    that.
24         Q    Why did you send him
25    information about all of your
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                              65
 2   dealerships?
 3        A      To make sure that there was
 4   no doubt.  I don't even like the
 5   insinuation that anybody is doing
 6   anything wrong in regards to accounting
 7   from my dealerships.
 8        Q      But that being said, in March
 9   of 2023, you already told us that, in
10   fact, there were problems with the
11   accounting at your dealerships, right?
12   That's a yes-or-no question.
13        A      Yes.
14        Q      You've already told us that,
15   right?
16        A      Yes, accounting --
17        Q      These documents --
18            MR. KATAEV:  Let him finish
19        answering the question.
20        A      Yeah, the problems were we
21   were delayed because we were on a new
22   system and we had new stores.  Not -- not
23   these kinds of problems.  These insinuate
24   something completely different.
25        Q      How would he know what the
```

*Rich Moffett Court Reporting, Inc.*

66

1

2      problem was if he just got there?

3          A      What do you mean?

4          Q      Is it -- well --

5          A      He got there.

6          Q      He, obviously, at this point

7      thought that there problems in the

8      accounting department, didn't he?

9              MR. KATAEV:  Objection.

10          Assumes facts not in evidence.

11              You can answer.

12          A      No, so he got there, he went

13     through the changeovers of the management

14     system with us, which delayed us getting

15     deals into the office, everything.  It

16     was all delays based on how much new

17     stuff we were taking on, including him

18     who did not make this easy in his store.

19     He didn't send deals the way he was

20     supposed to.  He didn't deposit money

21     when he was supposed to, and he made it

22     as difficult as possible for the

23     accounting departments to actually close

24     out a month, and we have plenty of emails

25     and texts about it, so...

*Rich Moffett Court Reporting, Inc.*

67

Q       So there were problems in the accounting department in March of 2023; is that right?

A       Yes.

Q       And Mr. Deo sent requests to look for information regarding the accounts in the accounting department pertaining to Superb, right?

A       Correct.

Q       And you were so concerned about this that you sent him documentation for all of your dealerships; is that right?

A       I wasn't concerned.  I was bothered by the way he went about it.

Q       And did you, in fact, put in writing that you were bothered by this?

A       I, yeah, actually, there's a text.  I believe it's in the record.

Q       Do you still have your texts that you exchanged with Mr. Deo?

A       They're in the record, yes, I gave all of my texts.

Q       You're saying that these

68

```
 1
 2    texts are on the record here today in
 3    this deposition someplace?
 4         A     I was told I couldn't bring
 5    any -- any -- this was you questioning
 6    me, I couldn't bring anything, or I would
 7    have been happy to.
 8              MR. KATAEV:  If it helps, the
 9         texts are in docket entry 38.
10         Q     These texts between you and
11    Anthony Deo, you used the word
12    "bothered."
13         A     Might not have been exactly
14    that word, but I told him I didn't like
15    what he wrote, and I didn't like the
16    drama.
17         Q     What is it you don't like
18    about these emails?
19         A     Do you need a forensic team
20    to look into all this stuff?  And -- and
21    this was to further our whatever with
22    Alysia when he already knew she was --
23    she was being let go.  Why would you send
24    this?
25              And again to my point, I
```

69

never heard anything.  Did you find
anything in -- in the 2,000 plus pages,
or did Mr. Jones, because I never heard
anything afterwards?

Q      So I'm just curious,
Mr. Urrutia, could it be that since there
were problems in the accounting
department he wanted to put something on
the record in case it turned out that it
was Ms. Cayer who was, in fact, causing
problems in the accounting department, do
you know if that happened?

MR. KATAEV:  Objection.
Speculation.

A      Repeat that again.

Q      I'm asking you if you know
whether or not he was trying to create a
written record in case it turned out that
Ms. Cayer was doing something wrongful
herself.  Do you know if he was doing
that, yes or no?

A      No.

MR. KATAEV:  Same objection.

Q      Did you ever discuss that

*Rich Moffett Court Reporting, Inc.*

1                                                  70

2     with Mr. Deo?

3          A      The discussion was he wanted

4     to make sure she didn't come back at us

5     because we let her go.  I said, "The

6     decision is already made, why do I need

7     anything else?"  And -- and honestly, you

8     -- you said initially I didn't send you

9     anything in these papers, now you said I

10    sent you a data dump.

11               So I think now looking back,

12    one thing is then, now is now, this was a

13    seed for him to drop knowing she was

14    leaving so he could continue to do what

15    he did from April forward, which is take

16    every dollar that came into Superb.  I

17    think this was a very intentional email,

18    just like the text was.  And it was so

19    you could sit here and say that there was

20    problems in the accounting department,

21    and I'm very glad I sent you every

22    schedule, every bank statement and every

23    piece of paper that we had going back to

24    the day Deo came into the business to

25    that very day.

```
 1                                      71
 2    MO         MR. THOMASSON:  So I move to
 3         strike as nonresponsive.
 4                   MR. KATAEV:  Objection.
 5                   Please proceed.
 6         Q      Would you agree, Mr. Urrutia,
 7    that Anthony Deo said to you, in sum and
 8    substance, that these emails were somehow
 9    to protect Superb?
10                   MR. KATAEV:  Objection.
11         Asked and answered.
12                   You may answer.
13         A      That's not what he said in
14    the email -- in the text.
15         Q      You said he made you think
16    that it was in case Cayer came back at
17    you, were those your words?
18         A      To further our -- our -- I
19    don't remember the word.
20         Q      Interests?
21         A      Not interests.  To further
22    our case or cause with Cayer, you know,
23    we can look it up.
24         Q      But you appeared to be
25    concerned that for some reason she might
```

*Rich Moffett Court Reporting, Inc.*

72

proceed legally against Superb, was that
your impression from what he said?

        MR. KATAEV:  Objection.

    Calls for the state of mind of

    another person.

        You can answer.

    A    Not my impression at all.  I
was -- I was angry that he even sent it
because it was unnecessary at that point.

    Q    So when he told you that it
was to further the cause regarding Cayer,
what did you think he meant?

    A    I didn't know, because a
decision was already made and that's why
I got angry, because the question was
forensic and his team with his attorney
and his accountant on it.  What --
what -- what is that?

    Q    Did he ever tell you that he
thought she was doing something she
shouldn't be doing?

    A    No, he told me she had the
grosses wrong.  He told me it was 3,000 a
car, and then when by the time we

1                                              73

2      finished the month, it was $1,200 a car.

3      I'm, like, "Where's the money, Anthony?

4      You been telling me all month."  And that

5      is all in the texts.

6                  If you look at it, we sold

7      nine cars, we sold ten cars, if you did

8      the math  throughout the month, we sold

9      70 cars, and then the month of -- the

10     month it would be 40 months and the

11     grosses would be off by $2,000, and then

12     he told me it was her fault.  As a matter

13     of fact, in the accounting department, I

14     think in January or February, I had to

15     make an entry for $120,000 that I said,

16     "Okay, you're telling me it's a mistake,

17     we're going to set it to the side.  I'm

18     not going to hit the statement for this

19     loss.  When we find the money, we'll put

20     it back on.  I'm going to credit you the

21     $120,000 as if it exists, even though I

22     don't know where it could be."  And you

23     know, it never came about, never

24     addressed again once she was gone.

25           Q     So Anthony Deo had full

*Rich Moffett Court Reporting, Inc.*

74

1

2       access to the accounts at Superb; is that

3       what you're saying?

4            A       As far as bank accounts?

5            Q       Yes.

6            A       He can see them.

7            Q       And did he have full access

8       to take money out of those accounts?

9            A       No, he was not allowed.  Very

10      specifically.

11           Q       So Anthony Deo never took any

12      money out of the account; is that

13      correct?

14                   MR. KATAEV:  Objection.

15           A       No, he did take money out of

16      the account, he wrote checks that he

17      wasn't authorized to write.

18           Q       Was he authorized to write

19      any checks?

20           A       None, and yet he did, and the

21      funny thing is he did them in the last

22      three weeks of July just as he knew he

23      was leaving.  He never wrote a check

24      before that, because then that would have

25      sent a red flag off.

```
 1                                          75
 2          Q      So the August 2nd lockout he
 3   knew was coming?
 4          A      No, he had planned.  He took
 5   my cars, he took the money.  There was
 6   nothing left at Superb.  He knew he was
 7   leaving.  He didn't know it was coming.
 8   He knew he was leaving.
 9          Q      That's your assumption,
10   right?
11                 MR. KATAEV:  Objection.
12          Argumentative.
13          A      No.
14          Q      That's the conclusion you
15   drew?
16          A      That's the conclusion 100 of
17   100.  If a business's entire inventory is
18   taken out, money is stolen, he signed an
19   ACH form that he was not authorized to do
20   in April as well to take money to pay his
21   debt for these other stores that had been
22   shuttered.  I mean, any -- any reason.  I
23   got an eight year old that would tell you
24   he's leaving, he's up, he's out, because
25   there's no way I'm coming back as the
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                          76
 2      owner and seeing that and keeping him
 3      there, right.
 4                So I mean, any logical person
 5      would have said he's done, he's out.
 6      Plus, he was doing the grand opening in
 7      July, right, so he's got his new group of
 8      dealerships, so I'm sure...
 9           Q     All right.
10                Did you know about the grand
11      opening?
12           A     No.
13           Q     You never received any texts
14      or anything that would say that?
15           A     No.
16           Q     And Anthony Deo was writing
17      checks off of Superb accounts?
18           A     Correct.
19           Q     Totalling how much money?
20           A     About 206,000, I believe.
21           Q     These were checks that he
22      wrote and signed presented against Superb
23      accounts; is that right?
24           A     Correct.
25           Q     In order to secure these
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                          77
 2   accounts, did you have any security on
 3   these accounts?
 4         A      What do you mean did I have
 5   security?
 6         Q      Did you have Positive Pay on
 7   the account?
 8         A      No, we didn't install
 9   Positive Pay until August 9th, when a
10   $238,000 ACH came in for NESNA to pay
11   some of his debt for Northshore and
12   Sunrise, and I realized that the problem
13   was much bigger than I even knew.
14         Q      Did you have a token system
15   on those accounts?
16         A      Yes.
17         Q      Who had the tokens?
18         A      Anthony had a token, Bruce
19   had a token, I had a token, and a couple
20   of the office managers had tokens.
21         Q      So in order for checks that
22   Anthony Deo wrote to be presented against
23   the account, someone would have to
24   approve those checks through a token,
25   wouldn't they?
```

*Rich Moffett Court Reporting, Inc.*

```
1                                        78
2         A      No, that is -- that is what
3    your Positive Pay is, which wasn't
4    installed until after Anthony left.
5         Q      What would the tokens be used
6    for, as you understood it, on those
7    accounts?
8         A      To log into the account, and
9    different people had different
10   authorizations.  If you logged in with my
11   token, I had one authorization, somebody
12   else with a different token had a
13   different authorization.  There is an
14   admin and there's everybody else.
15        Q      What were the different
16   levels of authorizations, that you can
17   recall, on those tokens?
18        A      View only, and you know,
19   wires of a certain amount had to be
20   approved by two different people, stuff
21   like that.
22        Q      And what was the level of
23   authorization on Anthony Deo's token?
24        A      View only.
25        Q      So he couldn't use his token
```

*Rich Moffett Court Reporting, Inc.*

79

to authorize something that he was not

allowed to authorize because he didn't

have any authorization through the token,

right?

            MR. KATAEV:  Objection to

      form.  Argumentative.

            You can answer.

      A      Yeah, I didn't say he

authorized anything, but he wrote checks.

      Q      The checks that he wrote,

where would he get those checks from, do

you know?

      A      The office.

      Q      And who gave him the checks,

do you know?

      A      Kendra.

      Q      And who hired Kendra?

      A      I did.  Well, Bruce did.

      Q      All right.

            So Kendra was one of your

people, right?

      A      Correct.

      Q      And when did Kendra tell you

that Anthony was writing checks?

```
1                                               80
2          A       She didn't.  She -- she, as a
3    general manager, if he came and said,
4    Write or print a check, she would print a
5    check.  Now, typically, those checks
6    would go up to Bruce.  Bruce would sign
7    them, and you know, in this case, she
8    asked -- he asked her to print the checks
9    and he signed them.
10         Q       When was the first check he
11   wrote, do you know what month?
12         A       July.
13         Q       July of '23?
14         A       '23.
15         Q       When was the last check that
16   he wrote?
17         A       July.
18         Q       Of '23 --
19         A       Correct.
20         Q       -- as he was exiting?
21                 Do you know how many checks
22   he wrote?
23         A       I can tell you a total.  I
24   don't know exactly how many.
25         Q       Well, did he sign ten checks?
```

*Rich Moffett Court Reporting, Inc.*

1                                          81

2          A       No, maybe more.  About 30

3     checks maybe.

4          Q       About 30 checks?

5          A       They're in the record,

6     though.

7          Q       Uh-huh.

8                  Kendra never told you

9     about --

10         A       No.

11         Q       Kendra never asked you for

12    any authorization?

13         A       She just cut the check.

14         Q       Did Bruce Novicky know about

15    those checks?

16         A       Bruce Novicky knew about the

17    checks he signed, but the checks that Deo

18    signed, no, we don't, we don't.  You

19    write a lot of checks in the car

20    business.  Every time you write a check

21    you don't call up and say, I'm writing or

22    printing a check, I'm printing a check.

23    The typical way the business runs, right,

24    is a general manager who runs the

25    operation will say, Write it, you know,

82

print this check, or make this payment.
She will write -- print the check, and
whoever signs then gets the check and
signs them.

In this case, that would be
Bruce that was allowed to sign them, but
in this case, Anthony Deo signed the
checks to nobody's knowledge but his own,
I guess.

Q    Did you ever write checks off
of Superb's account?

A    Nope.

Q    Did you ever transfer money
out of Superb's accounts?

A    No.  Personally, no, but I
had money transferred to -- or I
authorized or told somebody to transfer
money.

Q    Where were you transferring
money to?

A    Different places, myself,
my -- my consulting company.  To pay
different bills.

Q    Did you ever utilize money

```
 1                                          83
 2    from Superb to go towards any of your
 3    other stores?
 4         A     No.  I mean, to pay -- to pay
 5    a store that gave Superb money, yeah,
 6    payback, but other than that, no.
 7              I mean, if we sold -- if we
 8    sold a car to Superb, then Superb paid
 9    the store for the car.
10         Q     I understand.
11              Now, you ended up suffering
12    financial difficulty at all three of your
13    other stores, right?
14         A     Correct.
15         Q     Why did you suffer financial
16    difficulties at those stores?
17         A     Well, at the time this was
18    well over 5 and a half million dollars in
19    losses from Deo's scheme, so Nissan, when
20    all of this happened, Nissan lowered my
21    floor plan lines to -- that's what they
22    do to stop you from flooring anymore cars
23    until I pay off the demand letters that I
24    received.  You remember those over $2
25    million that I had to pay, so they lower
```

*Rich Moffett Court Reporting, Inc.*

84

1
2          your lines, so they never raise them
3          again.
4                    So as time went, all of a
5          sudden, they -- they went -- we went over
6          the lines, not for any other reason that
7          they had been lowered, and they forgot to
8          put them back up again.  So what happens
9          is they send out a letter to all the
10         manufacturers saying you're -- you're --
11         our lines were suspended, which based on
12         your dealer agreement, you have 30 days
13         to cure or you can get a termination
14         letter.
15                   So the number was pretty
16         substantial because they don't do it all
17         the time, they do it every few months.
18         They'll run your lines to see at what
19         percentage you're running.
20                   They called me and told me I
21         was millions of dollars over my line.  So
22         we started to dump inventory, lose tons
23         of money in inventory, and we were
24         already very, very tight based on what
25         Deo left behind.  I couldn't survive it.

*Rich Moffett Court Reporting, Inc.*

1                                                    85

2      It just, at the end of the day, we

3      figured out that they -- they made the

4      mistake, which is why they have

5      counterclaims.

6                     If you read the lawsuit, I

7      know you said that, you know, I stole $20

8      million, but the truth is I -- I couldn't

9      pay the -- the floor plan line because I

10     lost a ton of money trying to cover

11     from -- trying to recover from this

12     mistake that they made.

13          Q       When did you first hear from

14     NMAC that there were problems with your

15     floor plan?

16          A       In what sense?

17          Q       Any sense.

18          A       That caused this -- this last

19     part or -- or back with Deo?

20          Q       When did NMAC first begin

21     lowering your limits?

22          A       Right after I called them to

23     tell them I had a problem with Anthony

24     Deo, he had stolen a bunch of cars.

25          Q       How many cars did Anthony Deo

```
 1                                            86
 2   steal?
 3        A     I mean, there's been a lot of
 4   numbers that's been thrown around.
 5   There's 104, 102, there's 92, I think
 6   there's 94, there's 89, 83, 36.  A lot of
 7   different numbers that changed over time.
 8        Q     Right now today, can you tell
 9   me how many cars Anthony Deo stole?
10             MR. KATAEV:  Objection to
11        form.
12        A     Well, there's 43 cars we
13   still can't figure out what happened to,
14   and there's the 30-something cars
15   involved in the injunction.
16        Q     The 30 some-odd cars involved
17   in the injunction are known, right?
18        A     Yeah, so 43 cars.
19        Q     Forty-three cars are how many
20   you say are currently missing; is that
21   right?
22        A     Uh-huh.
23        Q     Is that correct?
24        A     Yes.
25        Q     You have to answer verbally.
```

1                                                    87

2          A      Yes.

3          Q      And you don't know where any

4    of those 43 cars are; is that correct?

5          A      Oh, I know what happened to

6    them.  I don't know where they are.

7          Q      What is it you say happened

8    to them?

9          A      Well, I don't remember the

10   exact number.  It's in the teens, I

11   believe.  Cars wholesaled for cash by

12   Marc Merckling to wholesalers.  There's a

13   few other cars that we were never able to

14   recover that were sold, and they were

15   fraudulent deals, and I was never able to

16   recover.  There's others I just know, but

17   again, all this information is on the

18   record.

19         Q      Did you have security at

20   Superb?

21         A      Yeah, there was, yeah.  Yeah,

22   there was a fence and an alarm.

23         Q      Were there cameras?

24         A      Yeah, I believe so.

25         Q      Who has those videotapes?

*Rich Moffett Court Reporting, Inc.*

```
 1                                        88
 2         A      I'm sure the landlord does at
 3    this point.
 4         Q      So those cameras weren't
 5    saved to computers?
 6         A      I don't think so.  I don't --
 7    I don't remember how they were saved.  I
 8    don't know if we had a company that
 9    monitored it or if they were, you know,
10    recorded.
11         Q      Are you telling me that the
12    videotapes from 2023 are currently
13    missing?
14              MR. KATAEV:  Objection.  It
15         assumes facts not in evidence.
16         A      I have no idea where they
17    would be.
18         Q      You have no idea where the
19    videotapes from Superb went?
20         A      Uh-huh.
21              MR. KATAEV:  You have to
22         answer.
23         Q      Is that correct?
24         A      Correct.
25         Q      Did you still have possession
```

```
 1                                        89
 2      or the ability to see those videotapes as
 3      of August 2, 2023?
 4             A      Yes.
 5             Q      Do you recall how long after
 6      the lockout you no longer had the ability
 7      to possess those videotapes?
 8                   MR. KATAEV:  Objection.
 9      Vague.    You could answer.
10             A      No, no idea.
11             Q      Could it have been weeks?
12                   MR. KATAEV:  Objection.
13      Speculative.
14             A      I have no idea.
15             Q      Could it have been months?
16                   MR. KATAEV:  Same objection.
17             A      I have no idea.
18                   MR. THOMASSON:  No,
19             Mr. Kataev, the way the rules read,
20             you're not supposed to be making
21             these objections on the record.
22             I'm curious, does this mean you're
23             planning on not producing Mr.
24             Urrutia again?
25                   MR. KATAEV:  I'll refer you
```

*Rich Moffett Court Reporting, Inc.*

90

1

2      to Rule 30 about what you're

3      allowed to do at depositions, and

4      I'm not sure what you mean by

5      producing him again.

6           MR. THOMASSON:  All

7      objections are preserved until the

8      time of trial, and it's as if you

9      want to put these objections on the

10     record now for the purpose of not

11     having Mr. Urrutia show up when we

12     have a trial.

13          THE WITNESS:  I will be here

14     whenever I'm called at any point.

15          MR. KATAEV:  There's no

16     question.

17     Q      Sure.

18          If I had to send you a

19  subpoena to make sure you're here, where

20  would I send it to, Mr. Urrutia?

21     A      Costa Rica or my attorney.

22     Q      You're authorizing your

23  attorney now to accept a subpoena on your

24  behalf?

25          MR. KATAEV:  Objection.

*Rich Moffett Court Reporting, Inc.*

```
1                                          91
2         A       Absolutely.
3         Q       Okay, thank you, I appreciate
4    that.
5               MR. THOMASSON:  Did you get
6         that?
7               (Record read.)
8               MR. THOMASSON:  I have
9         Exhibit K that I am going to be
10        showing Mr. Urrutia.
11              (Defendants' Exhibit K,
12        Superb Motors Inc. Statement of
13        Profit and Loss, January 1, 2023
14        through May 31, 2023, marked for
15        identification.)
16              MR. KATAEV:  Off the record.
17              (Discussion off the record.)
18        Q       Do you see that document,
19   Mr. Urrutia?  I see that you're reviewing
20   it, do you see that?
21        A       Yes.
22        Q       Have you ever seen this
23   before?
24        A       Yes.
25        Q       When did you first see it, do
```

*Rich Moffett Court Reporting, Inc.*

92

```
 1
 2    you know?
 3         A      When you submitted it, or
 4    Mr. Deo submitted it, to the court back
 5    in 2023.
 6         Q      Do you believe that this
 7    document is accurate?
 8         A      No, it's absolutely false.
 9         Q      Do you know where the numbers
10    came from for this document?
11         A      Yes, Anthony Deo sent an
12    email to Mr. Jones asking him to inflate
13    the profits by $4 million.
14         Q      Is that email in writing?
15         A      Yes, it is, it's part of
16    discovery.
17         Q      You're saying that Mr. Deo in
18    that email utilized the word "inflated"?
19         A      He said to add, I don't
20    remember the exact word, but can you
21    create, create I think is the word he
22    used, a P&L with exactly the amount he
23    wanted added to income and exactly the
24    amount he wanted added to the expenses.
25         Q      Do you know why he wanted
```

93

those numbers added, without any
assumptions, do you know yourself why he
added those numbers?

        A        I don't think I need an
assumption.  I mean, obviously, it's
fraud.  You're saying you submitted it to
the court.

        Q        These numbers that you say
are fraudulent, you don't know where he
came up with these numbers from?

        A        No, because again, Mr. Jones,
who's doing the statements, had my P&L, I
mean, my P&L, my journals, my trial
balances, and I certainly from my
business would not authorize somebody to
put an extra $4 million in gross that
isn't true.  So no, I have no idea why he
would.

        Q        Are these numbers accurate,
other than as far as income goes?

                MR. KATAEV:  Objection.

        Q        Are any of these numbers
correct, if you know?

        A        Maybe some of the -- maybe

94

the advertising, the sales.  I haven't
looked at those.  I looked at the total
gross profit, and I saw the expenses, and
it was exactly what Mr. Deo asked him to
add to the P&L.  Other than I didn't -- I
didn't look at every single line, but I
did have an accounting firm take a look
at the actual accounting in the DMS
system and -- and try to figure out how
an accounting firm could do this, and
they couldn't figure it out either.

Q    I see.

What accounting firm was
that?

A    I forget the name.  I'll --
I'll have Emanuel send it to you.

Q    So the first time that you
saw this was when it was submitted in
2003 to a court; is that right?

A    Yeah, you submitted it.

MR. KATAEV:  2023.

A    '23, yes.

Q    What did I say?

A    2023.

*Rich Moffett Court Reporting, Inc.*

```
1                                           95
2               You said 2003.
3        Q       I'm sorry.  I see.
4               Are you aware at all of what
5   I know about these numbers?
6               MR. KATAEV:  Objection.
7        Q       Do you have any firsthand
8   knowledge of what I know about these
9   numbers?
10              MR. KATAEV:  Objection.
11       A       No, I have no idea what you
12  would know about the numbers.
13       Q       Are you under the assumption,
14  Mr. Urrutia, that I participated in the
15  creation of this document?
16              MR. KATAEV:  Objection to
17       form.
18              THE WITNESS:  I can answer
19       it, right?
20              MR. KATAEV:  Yes.
21       A       I don't know how you
22  participated, but I know you've seen my
23  response, and I know you've seen what I
24  have written, and this has been submitted
25  to the court multiple times at this point
```

*Rich Moffett Court Reporting, Inc.*

96

so -- and there's been no objection -- I
mean no response to my -- what I said the
truth is.  You haven't -- you haven't
contested it, yet you keep submitting it
as true and accurate, so all I know is,
again, you're a facilitator.

      Q    I see.

      Did you object to the EIN
number that's attached to the complaint
at all, Mr. Urrutia --

      MR. KATAEV:  Objection.
Argumentative.

      A    I don't know what you're --

      Q    -- the EIN number that Sarah
Deo obtained?

      A    Did I object to it?

      Q    Yeah, did you have a problem
with that document?

      A    Why?  It doesn't pertain to
me.

      Q    Oh, well, this doesn't have
anything to do with me, Mr. Urrutia.  I
never saw the document when it was first
created.  I had nothing to do with its

*Rich Moffett Court Reporting, Inc.*

97

1
2          creation.
3              A      Again, I think --
4                  MR. KATAEV:  He didn't ask a
5          question.  Wait for a question.
6                  MR. THOMASSON:  I have
7          another exhibit.
8                  (Defendants' Exhibit L, Email
9          Chain with attached, marked for
10          identification.)
11                  MR. KATAEV:  Let the record
12          reflect document entry 14 is up on
13          the screen.  Docket entry for the
14          prior exhibit is 13, I believe.
15                  Yes.
16                  Any particular page,
17          Mr. Thomasson?
18                  MR. THOMASSON:  We're going
19          to start at the beginning for this
20          one.
21                  MR. KATAEV:  Page 2.
22              Q      Did you, in April of 2023,
23          receive this email?
24              A      Yes.
25              Q      Doesn't this email say under

```
1                                          98
2      the subject line, "Account opening
3      information," do you see that?
4           A      Yes.
5           Q      So were you aware in April of
6      2023 that Mr. Deo was opening up an
7      account at Flushing Bank?
8           A      He was not opening up an
9      account for Superb.  I was opening up an
10     account for Superb.
11          Q      Do you see where it says,
12     "For corporations we will need the
13     certificate of incorporation and filing
14     receipt"?
15          A      Yes.
16          Q      Do you see that?
17          A      Uh-huh, they were already
18     added.
19          Q      Did you at any time provide
20     that information to Anthony Deo?
21          A      I didn't.  I believe Bruce
22     eventually did.
23          Q      Was that at your direction?
24          A      I believe so.
25          Q      That was provided to Mr. Deo
```

```
1                                              99

2    for the purposes of opening up some

3    account; is that right?

4              MR. KATAEV:  Objection to

5         form.

6         A    His -- his claim is that he

7    had somebody in his pocket in Flushing

8    Bank, and that I was having a hard time

9    because I was opening up a commercial

10   account and it was taking a while, and he

11   had somebody in his pocket that could get

12   it done very quickly.  So if I could send

13   him the paperwork, which the guy I was

14   working with, Mr. Weinstein, asked me if

15   he could share it, and I told him he

16   could, and he sent this email saying he

17   still hadn't sent it over, so I asked

18   Bruce to share the filing certificate,

19   and I believe that was it.  Maybe there's

20   another piece of paper.  That was it.  So

21   he could expedite the opening of the

22   account for Superb.

23        Q    Was there, in fact, an

24   account for Superb that was opened at

25   that time?
```

*Rich Moffett Court Reporting, Inc.*

```
1                                          100

2           A      I didn't know there was, but

3     yes, there was by Anthony Deo.

4           Q      So you did want an account

5     opened; is that right?  Yes or no?

6           A      For Superb.

7           Q      Yes.

8           A      For myself.

9           Q      And was an account for Superb

10    opened?

11          A      Not authorized by me, yes.

12          Q      Please turn to page number 3,

13    it's actually page 5.  Do you see that?

14          A      Yes.

15          Q      Up above there was a Jonathan

16    Abbott that was sending an email to Bruce

17    Novicky, do you see that?

18          A      I do.

19          Q      It says, "New store documents

20    needed," do you see that?

21          A      I do.

22          Q      What new store was that?

23          A      That was for Gold Coast

24    Motors of Syosset, I believe.

25          Q      Did you have any knowledge
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                          101

 2      then of where Gold Coast Motors of

 3      Syosset was going to be opening?

 4            A      I did.

 5            Q      Where?

 6            A      At the old Northshore.

 7            Q      That was okay with you?

 8            A      Yes.

 9            Q      You knew about it in realtime

10      as all of this was going on, right?

11            A      Yes.

12            Q      Mr. Deo didn't hide any of

13      that from you, did he?

14            A      No, there was a discussion.

15            Q      Were there any discussions

16      about moving any cars to Northshore?

17            A      No.

18            Q      Never once in writing or

19      verbally did you have a discussion with

20      Mr. Anthony Deo about cars going to

21      Northshore; is that what you're saying?

22            A      Be more specific, because he

23      was authorized to move cars to go get

24      them fixed there, and if we opened, the

25      second half of what would have been our
```

*Rich Moffett Court Reporting, Inc.*

102

agreement from December, then we would

have maybe moved some cars from Superb's

inventory and bought other cars and kind

of started to work with the inventory

between the three stores, right, because

the deal that we had made was Superb and

two other stores, which he hadn't

delivered as of that point.

So did we have discussions

about moving cars, sharing inventory,

yes.  Was there discussions about at this

time or for this grand opening him moving

cars, no, he was not authorized to move

any cars, other than to service them.

And from what I know, at this

point he had no mechanics there, so no,

he wouldn't have had any authority to

move any cars there.

Q       How do you know there were no

mechanics at Northshore?

A       Because I saw the payroll

records, and -- and a lot of people that

were going back and forth, because he was

using my employees, were telling -- told

103

me there was no mechanics at that place.

    Q    How did you see the payroll records at Northshore?

    A    I'll take a look.  I don't recall, but I know that -- I know there was -- oh, the mechanic, I believe, might have been on our payroll at some point, and then he was let go or something. I'll look at it.  I can't remember exactly, but I have a lot of information on this.

    Q    So it could have been payroll records given to you by a mechanic that you saw?

        MR. KATAEV:  Objection.

    A    No, no, somebody gave me the information that there was no mechanic there as of May of '23.  He was fired.

        MR. KATAEV:  Speculation with that objection.

    Q    You don't know who this person is?

    A    I don't recall but I'll find out.

*Rich Moffett Court Reporting, Inc.*

```
1                                              104

2          Q       You don't know their name?

3          A       I don't remember.

4          Q       Did they give you records?

5          A       I don't remember how I found

6    out there was no mechanic there.  It

7    might have been one of the people that he

8    had signed a loyalty agreement with that

9    was now going to be working for him that

10   told me there was no mechanic there.

11         Q       Would that be your only

12   knowledge of the status of mechanics at

13   Northshore?

14         A       Yeah.

15         Q       Someone told you there

16   weren't any?

17         A       Right.

18         Q       On the same page that you're

19   on, that's number 4, at this point

20   numbered 4 at the bottom, in the middle

21   again Jonathan Abbott is exchanging

22   envelopes in this instance with both

23   Bruce Novicky and you regarding setting

24   up a line floor plan for Gold Coast, was

25   that something that you and Anthony Deo
```

*Rich Moffett Court Reporting, Inc.*

```
1                                              105

2    had discussed doing?

3         A     Yes.

4         Q     And you were going to assist

5    in setting up a line at Gold Coast?

6         A     Yes.

7         Q     Did you ever set up a line

8    floor plan at Gold Coast?

9         A     No.

10        Q     Was there an understanding

11   that if you had set up a line at Gold

12   Coast that you were going to become an

13   owner at Gold Coast?

14        A     Yes.

15        Q     You agree with me now you

16   never set up that line, right?

17        A       No, we started the process.

18   I went on vacation with my family, and

19   getting on a plane coming back is when I

20   got the phone call about what Mr. Deo had

21   done, so that never materialized.

22   Because at that point in the two weeks I

23   was away, he had double floored in the

24   beginning or in the middle of July, he

25   had double floored at the end of July,
```

1                                                   106

2    and by August 3rd, which you were present

3    at for the lockout with all of the theft

4    of cars, and obviously, I was -- wasn't

5    going to open a line of credit or become

6    partners with a thief, so...

7           Q       So you would say at this time

8    that Gold Coast belongs to Mr. Deo and

9    not you; is that correct?

10              MR. KATAEV:  Objection.

11          A       Well, it depends on how you

12   want to look at it.  Legally or the way

13   Anthony Deo seems to think that you get

14   ownership of a dealership?

15          Q       I'm just asking you,

16   Mr. Urrutia.

17          A       And I'm telling you how I

18   view it.

19          Q       Do you consider yourself an

20   owner of Gold Coast today?

21          A       No.

22          Q       Okay.

23              Now, as far as the next

24   document here, if you could turn to the

25   official business certificate?  When did

*Rich Moffett Court Reporting, Inc.*

107

1

2    you first see this document, do you know?

3        A    With this paperwork, I think

4    what is -- the date's on here, right?

5    July 20th.

6        Q    So you were given this

7    document regarding Gold Coast Motors of

8    Syosset before the lockout; is that

9    correct?

10       A    Correct, but it was -- it was

11   part of what was required for the

12   application.

13       Q    On the next page, which

14   happens to have -- that's after the

15   official business certificate, the next

16   page happens to have the number 2 at the

17   bottom.  Was Bruce Novicky your guy, so

18   to speak?

19       A    Yeah, he was the chief

20   operating officer.

21       Q    Are you still in touch with

22   Mr. Novicky?

23       A    No.

24       Q    When was the last time you

25   spoke to Mr. Novicky?

1                                              108

2          A      July of last year.

3          Q      Have you and Mr. Novicky had

4     any falling out?

5          A      I mean, the business shut

6     down, so yeah, to a certain degree we

7     did.

8          Q      Did you have any arguments

9     with Mr. Novicky?

10         A      No, it was pretty -- pretty

11    clean cut.

12         Q      Do you believe he's upset

13    with you?

14         A      He's not upset with me, I'm

15    upset with him.

16         Q      What are you upset with

17    Mr. Novicky about?

18         A      I feel he could have told me

19    sooner that he was leaving.  I mean, he

20    didn't rob me or anything, so I'm not --

21    I'm not upset at that.  I'm upset at, you

22    know, the notice he gave me of leaving.

23         Q      In July of 2025, is that when

24    he left you?

25         A      No, July of '24.

1                                            109

2        Q        You said last year, we're now

3     a couple of days into the new year.

4        A        Oh, sorry, sorry.

5        Q        That's why I said that.

6                 So in July of '24,

7     Mr. Novicky left you.  What stores did

8     you still have operating in July of '24?

9        A        All three of them, the Mitsu

10    store, the Volkswagon store and the

11    Nissan store.

12       Q        Did it hurt the operation of

13    those stores when he left?

14       A        Absolutely.

15       Q        How?

16       A        There was nobody to run it.

17       Q        And when did those three

18    stores close after he left?

19       A        We -- we did asset purchase

20    agreements for all three of them, which

21    took three or four months.  One closed,

22    two did not close, and I would say they

23    were all closed by December '24, January

24    the latest.

25       Q        Did anyone else leave your

*Rich Moffett Court Reporting, Inc.*

```
 1                                         110
 2     employ at those stores at or about the
 3     time that Mr. Novicky left?
 4          A      James.
 5          Q      That's the gentleman whose
 6     last name you have trouble pronouncing?
 7          A      I can't pronounce it.  Yes, I
 8     can spell it for you.  I think I have it
 9     in my phone, if you want.
10               MR. THOMASSON:  I need to
11          take a brief break for just a
12          moment.
13               MR. KATAEV:  Okay.
14               (Recess taken.)
15          Q      Are you on page 2 at the
16     bottom of Exhibit L, Mr. Urrutia?
17          A      I am.
18               MR. KATAEV:  Same exhibit?
19               MR. THOMASSON:  Same exhibit.
20          Q      Do you see here that
21     Mr. Abbott was talking with Bruce Novicky
22     in an email that did not also include you
23     on this email, do you see that?
24          A      Yes.
25          Q      Did you authorize him to
```

*Rich Moffett Court Reporting, Inc.*

111

1

2  contact and discuss floor planning lines

3  for Gold Coast on your behalf?

4       A      Yeah, discuss them, yeah.

5       Q      That's all that was going on

6  here.  You don't have any problem with

7  this email, do you?

8       A      On July 18th I was on a plane

9  to Europe, so that's why I wasn't copied

10 on it, and he had authorization to talk

11 about it and let me know what was said.

12      Q      Then on the next page there

13 is an exchange again between Mr. Abbott

14 and Bruce Novicky that you are copied on,

15 and you were aware of this at the time,

16 weren't you?

17      A      Yes.

18      Q      At that time were, in fact,

19 financials of any type sent over for

20 this, do you know?

21      A      I'm pretty -- I mean, I don't

22 know, but probably, but probably.

23      Q      That was with your knowledge

24 and approval, right?

25      A      Correct.

*Rich Moffett Court Reporting, Inc.*

1                                             112

2          Q      On the next page is a text,

3    and is this the reference you made to

4    being told on July 10th that that license

5    had come through?

6          A      Correct.

7          Q      As a matter of fact, other

8    than from this text, you don't know when

9    that license was approved, do you?

10         A      He told me that we were alive

11   that day, so I don't know when it was

12   approved, no.

13         Q      Do you have any reason to

14   believe it was before that day?

15         A      With everything that's gone

16   on, I don't trust anything Deo says.

17         Q      That being said, do you have

18   any specific knowledge that this is

19   false?

20         A      No, that's what I just asked

21   Mr. Emanuel to maybe subpoena when it was

22   approved.

23         Q      The next page after that is

24   an exchange between Bruce Novicky and

25   Mr. Deo again regarding this same deal,

```
1                                          113

2    isn't it?

3         A       Yup.

4         Q       The next page after that is

5    another exchange between Bruce Novicky

6    and Anthony Deo?

7         A       Yup.

8         Q       All of this was known and

9    authorized by you, wasn't it, for them to

10   be communicating about this?

11        A       Yeah, he was the chief

12   operating officer.

13             MR. KATAEV:  We're done with

14        this exhibit?

15             MR. THOMASSON:  We're done

16        with Exhibit L.

17        Q       There is a token system that

18   you had at Superb for security on your

19   accounts, right?

20             MR. KATAEV:  Objection.

21        Asked and answered.

22             MR. THOMASSON:  It's a

23        preliminary question, Mr. Kataev.

24             MR. KATAEV:  I'm not going to

25        instruct him not to answer.
```

```
 1                                              114
 2              Go ahead.
 3         A      It's for logging on and
 4    assignment of authority with those
 5    tokens.
 6         Q      And it's for security, isn't
 7    it?
 8         A      Yeah, obviously.
 9         Q      Please be sure to keep your
10    voice up.
11         A      Obviously.
12         Q      After the lockout, there was
13    then a Positive Pay system that was
14    applied, correct?
15         A      Correct.
16         Q      After the lockout, was that
17    the first time you ever learned of the
18    existence of Positive Pay?
19         A      I knew about Positive Pay in
20    my roles as general manager in other
21    stores, but I never applied it in --
22    within our stores, so I knew about
23    Positive Pay.
24         Q      Until after the lockout?
25         A      After the lockout, correct.
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                    115
 2          Q       But there was also a texting
 3     system that was utilized at Superb,
 4     wasn't there?
 5          A       I mean, we texted each other.
 6                  I don't know exactly what
 7     you're talking about.
 8          Q       Was there a texting system
 9     that applied to the accounts at Superb?
10          A       I don't know.  I don't -- I
11     don't use the system.  That's why I hire
12     people to run stores.
13          Q       So as you sit here today, are
14     you telling me that you do not know
15     whether or not there was a texting system
16     to secure Superb's bank accounts prior to
17     the lockout in 2023?
18          A       There was -- to secure, no,
19     there was nothing in place to secure
20     the -- the bank accounts.  It was
21     strictly the people that have tokens
22     could access, and based on whatever the
23     token, whoever -- whatever the token is,
24     the authorizations we give people.
25          Q       As you sit here today, when I
```

```
 1                                              116
 2    bring up the words a texting system that
 3    applied to the accounts, you have never
 4    heard of that before today; is that
 5    correct?
 6          A      Correct.
 7                 MR. THOMASSON:  This next
 8          Exhibit is Exhibit V.
 9                 (Defendants' Exhibit V, Text
10          Messages, marked for
11          identification.)
12          Q      Would it be fair to say that
13    you saw this text during or about
14    September of 2024?
15          A      Yes, with Jory.
16          Q      When it was attached to the
17    complaint that you read from cover to
18    cover?
19          A      Correct.
20          Q      Do you know who this person
21    is?
22          A      I do now.
23          Q      Who is that person?
24          A      He worked for Mr. Deo two
25    years before I ever met Mr. Deo.  Mr. Deo
```

*Rich Moffett Court Reporting, Inc.*

117

hired him in February at Superb, and
everybody knew him as Kevin.  I only
found out that he even worked for Superb
when I -- I couldn't imagine where you
were going with this when I first read
the complaint, but then I found out all
this information.

He worked for him, Deo paid
him out of his Car Buyers' account.  He
paid him in payroll out of the -- the
Northshore account, and then he hired him
in February at Superb.

I never met him.  I don't
know who he is, and I've never spoken to
him, so...

Q       Do you have any idea when he
worked at Superb?

A       February of '23, I guess the
end or close to the end, but I know he
worked for Mr. Deo before that.

Q       And what is it you mean when
you say that he worked until "the end or
close to the end"?

A       Well, everybody got let go

*Rich Moffett Court Reporting, Inc.*

```
 1                                        118
 2    once the shutdown took place, so I don't
 3    know if he was there at the end or if he
 4    left before.  Again, I have never met him
 5    or spoken to him, so...
 6         Q      When was the shutdown?
 7         A      August 3rd.
 8         Q      You closed Superb on August
 9    3rd?
10         A      Oh, I'm sorry.  I apologize.
11    The -- that was the lockout.  The
12    shutdown, I think, was November -- no,
13    end of October, beginning of November.
14              MR. KATAEV:  Of?
15              THE WITNESS:  Of '23.
16         Q      So you have never spoken with
17    Kevin?
18         A      I did after -- after your
19    complaint.
20         Q      When did you speak with him?
21         A      I don't know the month or the
22    date.
23         Q      What year did you speak with
24    him?
25         A      Last year.
```

*Rich Moffett Court Reporting, Inc.*

119

Q    Last year being 2025?

A    Correct.

Q    Who contacted who for that conversation?

A    I don't remember.  I believe I might have -- I might have -- I might have reached out to him or had somebody reach out to him.

Q    And he ended up speaking with you?

A    Briefly.

Q    How many times did you two speak?

A    Once.

Q    What is it that was discussed?

A    Whether I even ever met him.

Q    That was the discussion?

A    That was it, and what happened and why did he send this.

Q    So who said what to whom, can you tell me the conversation?

A    He told me that Anthony owed him a lot of money, and that he had done

*Rich Moffett Court Reporting, Inc.*

1                                        120

2    this with Josh -- to him, and blamed

3    Josh, and now he owed him a lot of money

4    at Superb, and he had done it to him

5    again, and it caused him a lot of

6    financial problems.

7              I said, "Have I ever met you

8    before?  Have I ever spoken to you?"  He

9    said, "No."  I said, "Thank you, that's

10   all I wanted to know."

11        Q     Did you ask him how he found

12   out about this?

13        A     About what?

14        Q     Well, he seems to be

15   indicating that he thinks Anthony Deo did

16   something wrong.  How would a salesman

17   know that, do you know?

18              MR. KATAEV:  Objection.

19        A     About Jeremy, they're

20   friends.  Anthony Deo took his car in,

21   didn't pay it off, floored it, so I had

22   to pay it off, and he took $10,000 in

23   cash from a kid, so -- and they were

24   friends, so he didn't take that well, and

25   I know about Jeremy because I had to pay

1                                               121

2    off the debt.

3          Q      Who is Jeremy?

4          A      He was a salesman.

5          Q      Kevin and Jeremy were

6    salesmen?

7          A      I believe so.

8          Q      What is it you understand

9    about this $10,000?

10          A      Jeremy had a car.  I'd say

11   the car was worth $40,000, he owed 50, he

12   couldn't afford the payment anymore.

13   Anthony asked him for $10,000, and with

14   the car he would pay off his -- his loan

15   and take the car so he didn't continue

16   having to make the big payment, and

17   Anthony floored the car, never paid off

18   the car and kept his $10,000.

19          Q      And you have firsthand

20   knowledge of that?

21          A      That's what I was told.

22          Q      Who told you that?

23          A      Bruce, after he interviewed

24   Jeremy and after we had to pay off the

25   car.

```
 1                                        122
 2          Q      Do you know when Bruce
 3   interviewed Jeremy?
 4          A      Sometime at the end of '23.
 5          Q      Would that be before or after
 6   this text, if you know?
 7          A      Way before.  Probably I had
 8   to pay off the car -- the records will
 9   show when I paid off the car, but I think
10   it was maybe a month where Jeremy was --
11   you know, he's a kid, he didn't have the
12   money to make the payment.  He had given
13   $10,000 to Anthony, so it was either --
14   either I let him suffer and pay the car,
15   or I ended up paying off the cars on the
16   floor plan and helped him payoff the car,
17   but I didn't give him back the $10,000.
18   I couldn't help him.
19          Q      What floor plan did you have
20   at Superb?
21          A      NMAC.  Occasionally they
22   would use NextGear but not in the sense
23   of it was a Superb floor plan.  I had a
24   NextGear account that was for wholesale,
25   so I would buy cars, put them on the
```

*Rich Moffett Court Reporting, Inc.*

123

account, but I could move the cars to
Superb, and they had cars and used those
cars for retail to sell, and then I would
just ship them when they were sold.  But
really the -- the only floor plan line at
Superb, I believe, was NMAC.

       Q     Are the four dealerships
we've discussed today the only
dealerships you have ever had an interest
in?

       A     Yeah, I believe so.

       Q     What was the first one you
opened?

       A     Volkswagen.

       Q     Of New Jersey?

       A     Yes.

       Q     Was that roughly 25 years
ago?

       A     Twenty-five years ago?  No,
this was 2020, during COVID.

       Q     Didn't you tell me earlier
that you took a dealership course 20 or
25 years ago?

       A     Yeah, I was a general

*Rich Moffett Court Reporting, Inc.*

```
 1                                        124
 2      manager.  It was a general manager course
 3      for NADA, 1992.
 4           Q      When was the first time you
 5      worked for a dealership?
 6           A      1992.
 7           Q      And then sometime in the
 8      early 2000s you took a GM course because
 9      you had been getting promoted?
10           A      Correct.
11           Q      I understand.
12                  The first dealership you ever
13      owned or operated was in 2020?
14           A      Correct.
15           Q      And that was New Jersey?
16           A      New Jersey, yes.
17           Q      What was the next dealership
18      that you opened?
19           A      Mitsubishi in Hartford.
20           Q      When did you open that?
21           A      March of '21.
22           Q      What was the next dealership
23      that you opened?
24           A      Superb.
25           Q      When did you open that?
```

*Rich Moffett Court Reporting, Inc.*

1                                            125

2          A      June or July of '21.

3          Q      And then the last one you

4    opened was Massachusetts?

5          A      December of '22.

6          Q      I see.

7                 Did you have any partners at

8    Superb?

9          A      At Superb, Bobby Clark.

10   Prior to -- to Anthony Deo, Bobby Clark,

11   and I bought him out.

12         Q      When did you buy out Bobby

13   Clark?

14         A      October of '22.

15         Q      So when you were dealing with

16   Mr. Deo in November of '22, you owned

17   Superb 100 percent?

18         A      Yes.

19         Q      So there wouldn't have been

20   any need to disclose anyone else as a

21   potential owner of Superb at that time

22   because you owned it by yourself, right?

23         A      Correct, yes.

24         Q      Make sure you let me finish,

25   okay?

*Rich Moffett Court Reporting, Inc.*

1                                                    126

2                 Did you ever have any

3      partners in New Jersey?

4            A      Yes.

5            Q      Who did you have for partners

6      in New Jersey?

7            A      Orloff Sorenson.

8            Q      Was that the only partner you

9      ever had in New Jersey?

10           A      Yes, I had -- I had an

11     agreement with a partner, with a -- with

12     a -- who was going to be a partner on

13     paper.  But on paper as a partner, only

14     one.

15                 MR. KATAEV:  Objection to

16           relevance on this line of

17           questioning.

18           Q      That would have been the

19     individual that you almost made a

20     partner.  What was that person's name?

21           A      Alex.

22           Q      Alex what?

23           A      Alex Kikirov, K-I-K-I-R-O-V.

24           Q      Alex did or did not become a

25     partner in New Jersey?

```
 1                              127
 2        A      No, he did not become a
 3   partner.
 4        Q      And the other gentleman, what
 5   was his name that did become a partner?
 6        A      I recall Orloff Sorenson.
 7        Q      From when to when was Orloff
 8   a partner?
 9        A      August 2020 to March of --
10   March -- February or March of '21.
11        Q      That wasn't a very long
12   period of time.  Did something happen?
13        A      He was -- he was not a car
14   guy, and you know, he just really wasn't
15   involved, and I, when I got my new
16   dealership, the Mitsubishi dealership,
17   you know, he had the Mitsubishi
18   dealership was his originally.  He was a
19   small partner in it, and he had a lot of
20   debt that he had assumed from his
21   previous partner.  So I assumed the debt,
22   and part of that was he gave up his
23   shares in Volkswagen and he walked away,
24   and I paid off his debt at the Mitsubishi
25   store.  He was retired.  He was in oil
```

*Rich Moffett Court Reporting, Inc.*

1                                                          128

2     before or something like that.

3          Q      So did he buy his way into

4     New Jersey with you?

5          A      No.

6                 MR. KATAEV:  Objection to

7           form.

8          Q      So he didn't give you any

9     money to become your partner in New

10    Jersey?

11         A      No.

12         Q      Did you give him any money

13    when he left the business?

14         A      I assumed his debt.

15         Q      In return for also getting

16    the Mitsubishi dealership in Hartford?

17         A      Correct.

18         Q      Was there paperwork that

19    reflected this?

20         A      Yeah, yeah.

21         Q      Were there any lawsuits

22    associated with those two dealerships?

23                MR. KATAEV:  Objection.

24           Relevance.

25         A      In what way, after, before?

*Rich Moffett Court Reporting, Inc.*

```
 1                                          129
 2   I don't understand.
 3         Q      Well, after Mr. Orloff and
 4   you started doing business out of New
 5   Jersey and Connecticut, did you and
 6   Mr. Orloff wind up in any litigation
 7   together?
 8         A      No.
 9         Q      Did you have any other
10   partners up in Connecticut?
11         A      No.
12         Q      Did you have any partners in
13   Massachusetts?
14         A      Oh, yes, actually.  Did Alex
15   ever become a partner in that?  No.
16   Actually, I think I'm 100 percent store
17   owner.
18         Q      When you just now asked
19   yourself out loud if Alex ever became a
20   partner in that, would that be the same
21   Alex --
22         A      Yes.
23         Q      -- that became a partner in
24   New Jersey?
25                MR. KATAEV:  Could I take the
```

130

1
2       exhibit down?

3              MR. THOMASSON:  Yes, we can

4       take down Exhibit V.

5       Q      Now, the wrongdoing, the harm

6  that you think I have caused you is in my

7  representation of Anthony Deo; is that

8  correct?

9       A      No, it's being part of the

10  gang.

11      Q      All right.

12             What else did I do that you

13  have firsthand knowledge of to you, sir?

14             MR. KATAEV:  Objection.

15      Asked and answered.

16      A      Would you like to go through

17  the whole case, all the different things

18  that I believe you -- the lies you've

19  written down?

20      Q      Well, not related to my

21  representation of Anthony Deo, did I do

22  anything else to you is what I'm trying

23  to get at?

24             MR. KATAEV:  Objection to

25      form.

```
1                                         131

2          A      Sir, the whole game plan of

3     the gang you're with is to rip off people

4     and commit fraud, and you're part of

5     everything, you know, you're just one arm

6     of it.

7          Q      I'm just asking you what you

8     have knowledge of that I have done wrong

9     to you and --

10         A      Your question --

11         Q      -- I am asking for anything

12    other than through my representation of

13    Mr. Deo, is there anything that I did to

14    you at Superb, that you know of today,

15    that you can tell me I did to you at

16    Superb?  Did I take any cars from you,

17    sir; are you alleging that?

18         A      You cost me my business by

19    being part of the whole organization that

20    does what you do.

21         Q      Through my representation of

22    Mr. Deo; is that right?

23         A      Whatever part of your -- just

24    like you have managers and general

25    managers, you're one part of it, right?
```

```
1                                          132
2    So --
3         Q      Okay.
4         A      -- so Anthony or Sarah and
5    Harry could be the brains, you got your
6    logistics, you got your counsel that
7    takes care of making sure, you know, this
8    gets dragged on forever, and you break
9    people, and then you have your accountant
10   that lied and provides financials and
11   stuff to banks so that they can use our
12   corporations to steal.
13              So I mean, it's all together.
14   It's not -- it's not -- I don't know.  I
15   -- I -- I -- I don't see it as, you know,
16   separate.  I think you are all one -- one
17   big gang.
18              I mean, you have three
19   lawsuits for the same thing within three
20   years.  You have another one probably
21   coming in, you have Regal House Auto or
22   whatever it is you have open.  You just
23   got another lawsuit for the $100,000 that
24   he initially gave me that he never --
25   that he never gave back to the guy,
```

*Rich Moffett Court Reporting, Inc.*

133

right?  And I mean, this just seems to be

what you do.  I sell cars, you defraud

people.  Your crew.  Your crew.

        Q      So I am going to ask you some

very specific questions about that,

Mr. Urrutia, and I would love if you

could answer them directly for me.

                Prior to December of 2022,

are you aware of any litigation that I

was a part of that you think I was doing

something wrong in prior to December of

2022?  What litigation can you tell me

that I represented anyone in that I

represented wrongfully?

                MR. KATAEV:  Objection to

        form.      You could answer.

        A      Well, weren't you

representing him for the Island Auto

Group at that point?

        Q      No, I am talking about

anything started in court --

        A      Oh.

        Q      -- associated with you and

the Aaronson group.  Before that date,

*Rich Moffett Court Reporting, Inc.*

```
1                                          134

2     can you tell me anything I did as an

3     attorney that you think I did wrongfully

4     to harm anyone, that you know of?

5            A      I haven't looked further

6     back.

7            Q      So my wrongdoing as an

8     attorney began with my representation of

9     the Deos involving the first lawsuit that

10    was commenced in December of 2022; is

11    that right?

12           A      Correct.

13           Q      And merely by representing

14    them you think I'm doing it wrongfully;

15    is that your position?

16                  MR. KATAEV:  Objection.

17           Argumentative.

18           A      No.

19           Q      Okay.

20           A      I think you're -- you're

21    doing it corruptly.

22           Q      You think I'm being dishonest

23    in what I'm doing in these lawsuits?

24           A      Absolutely.

25           Q      So I have been dishonest in
```

*Rich Moffett Court Reporting, Inc.*

```
1                                                    135

2      these lawsuits.  What else am I doing

3      wrong, other than dishonest?

4           A      I know most of the money that

5      you have received through Car Buyers came

6      from my stores, and you have received

7      quite a bit of money.

8           Q      Just a moment.  I received

9      money from Car Buyers?

10          A      Uh-huh.

11                 MR. KATAEV:  Answer verbally.

12          Q      Is that a yes?

13          A      Yes.  I'm sorry.

14          Q      What money are you talking

15     about?

16          A      Checks made out to you.

17          Q      From who?

18          A      From Car Buyers.

19          Q      Car Buyers wrote me checks?

20          A      Correct.

21          Q      What Car Buyers?

22          A      Anthony Deo's Car Buyers

23     Company.

24          Q      A company --

25          A      Yeah.
```

```
 1                                        136
 2          Q        -- gave me checks, not Car
 3   Buyers?
 4          A        Car Buyers.  Car Buyers is --
 5   is the name of the company, right?
 6          Q        Okay, you're talking about
 7   the name of the company that would have
 8   given me checks; is that right?
 9          A        Correct, yes.
10          Q        And it's your position that I
11   know where the money comes from when they
12   give me a check; is that your position?
13          A        No, my position is you know
14   exactly what they're doing, and if the
15   money came from there, you know exactly
16   what they're doing, then you know that
17   the money came from me.
18          Q        How would I know what they're
19   doing?  Are you saying that I'm involved
20   in the operation of car dealerships?
21          A        No, I'm saying you're
22   involved in the operation that Anthony
23   Deo and Marc Merckling and Blankenship
24   and Jones are all involved in, which is
25   defrauding car dealerships and people.
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                       137
 2          Q      And you think there have been
 3   discussions about that?
 4          A      I would assume there would
 5   be.
 6                 MR. KATAEV:  Objection to
 7          form.
 8          Q      But you have no firsthand
 9   knowledge of that; is that correct?
10                 MR. KATAEV:  Objection.
11          Argumentative.
12          Q      Is that correct?
13          A      Correct.
14          Q      Thank you.
15                 Is there anything else that
16   you haven't already stated that you think
17   I have been doing wrong?
18          A      I mean, again --
19          Q      Is there anything else that
20   you haven't already told us?
21          A      No.
22          Q      I didn't have any access to
23   your bank accounts at Superb, did I?
24          A      No, that -- that isn't your
25   job, right?  You facilitate.  Somebody
```

*Rich Moffett Court Reporting, Inc.*

138

else handles the money.

Q    I am just asking you if I had access to your bank accounts?

A    No.  Neither did Deo technically, but...

Q    Okay.

Do you know if there was any way that the checks he wrote were approved by Bruce Novicky?

MR. KATAEV:  Objection.

A    I have no idea.  I think he signed them, though, so that alone he -- he is not allowed to do.

Q    If they were approved by Bruce Novicky, would you agree that those checks were authorized?

MR. KATAEV:  Objection. Speculation and argumentative.

A    He couldn't approve Anthony Deo signing a check, and Bruce Novicky didn't know you existed before August 3rd, and you got those checks before August 3rd, so no, Bruce Novicky would not have approved those checks.

1                                      139

2        Q       But I didn't ask you whether

3    or not Bruce Novicky would have approved

4    those checks, I asked you if Bruce

5    Novicky did approve those checks.  Would

6    that mean that those checks were

7    authorized?

8              MR. KATAEV:  Objection.

9    Speculation.  Argumentative.

10       Q       The way your system was

11   setup, did Bruce Novicky have the ability

12   to authorize checks?  Let me ask you

13   that.

14       A       Bruce Novicky signed checks,

15   that's how he approved them, by his

16   signature.  He couldn't tell somebody

17   that didn't have authority to sign the

18   checks to authorize anything.  Either he

19   signed them or they weren't approved.

20       Q       What authority did Bruce

21   Novicky have in your businesses?

22       A       He was my chief operating

23   officer.  I trusted him.  So he had

24   authority to sign checks.  As a matter of

25   fact, we went through great lengths to

140

make sure that all the checks from Superb

got taken all the way to Hartford to be

signed, or he took the ride all the way

to Superb to sign the checks.

Q      And as chief operating

officer, was Bruce Novicky above Anthony

Deo?

A      Absolutely.

Q      And you trusted Bruce and you

authorized Bruce to operate all four

stores; is that right?

A      Correct.

Q      What is it that you claim

that Marc Merckling took from Superb?

A      Cash.  He sold cars for cash

that were never receipted.  He moved

inventory without authority.  He

manipulated floor plans.  He was listed

as a general manager in the DMS system

and with the audit companies.  He was

part of the -- the -- the gang.

Q      I understand.

And you have firsthand

knowledge of the cash that he took?

```
 1                                           141
 2          A       Absolutely.
 3          Q       Can you please tell me what
 4   cash Marc Merckling took?
 5          A       There are certain deposit
 6   slips of cash that he took to the illegal
 7   bank accounts that he opened with
 8   Flushing that had written on them from
 9   the teller, and again, he deposited most
10   of the money, so his handwriting is on
11   most of the deposit slips, but it's
12   specifically written on there who
13   delivered the cash, and that is Marc
14   Merckling.
15          Q       This was a bank account that
16   you authorized the Superb incorporation
17   documents to go to that bank, right?
18               MR. KATAEV:  Objection.
19          Assumes facts not in evidence.
20          A       No, I supplied them.
21          Q       You supplied them yourself?
22          A       To David Weinstein, correct.
23          Q       At that bank; is that
24   correct?
25          A       Yes.
```

*Rich Moffett Court Reporting, Inc.*

1                                         142

2          Q      Did you at any point in time

3     get told that the account was open?

4          A      No.

5          Q      And --

6          A      I found out the account was

7     opened in August when I opened the drawer

8     and I found a bunch of statements.  I was

9     trying at that point to open the account

10    again, which I left off, back in April.

11    I didn't want to open it anymore because

12    it was taking too long and I had my

13    accounts with Chase.

14               In August when I came back

15    and all of this was going on, I said they

16    had most of my stuff, let me try to

17    reopen it because I didn't know what else

18    was out there from Deo.  So I called up

19    David Weinstein again, I said, "Okay,

20    let's reopen these bank accounts," and he

21    started again through the whole process,

22    and all of a sudden, I open the drawer,

23    and there's bank statements in there

24    already for Superb bank accounts already.

25         Q      And you knew that there was

*Rich Moffett Court Reporting, Inc.*

```
 1                                        143
 2     an attempt to open the account, but you
 3     never knew that it was opened; is that
 4     right?
 5          A      Correct, yes.
 6          Q      Do you now know when that
 7     account was opened?
 8          A      Yeah.
 9          Q      When was it opened?
10          A      April 4, 2023.
11          Q      Just about at the time that
12     an account was attempted to be opened, it
13     was opened, is that right, according to
14     the emails --
15          A      Correct.
16          Q      -- that were being exchanged,
17     they were in April of 2023, right?
18          A      Correct.
19          Q      That account was, in fact,
20     opened in April of 2023?
21          A      Correct.
22          Q      And you didn't find out about
23     it for April, May, June, July, for
24     approximately five months; is that right?
25          A      Yes.
```

*Rich Moffett Court Reporting, Inc.*

144

1

2      Q      Have you told me everything

3  that Marc Merckling has done wrong?

4            MR. KATAEV:  Objection.

5      A      Again, he's part of your

6  whole organization.  I'm just -- I think

7  I mentioned the parts that he was in

8  charge of, but what he's done wrong, he's

9  put me in the position I'm in, right?

10     Q      I'm just asking if you have

11  told me everything, yes or no, that Marc

12  Merckling has done wrong.

13     A      I believe.  I think it covers

14  it, right?

15     Q      How many cars are you not

16  able to keep track of at this point that

17  you blame Anthony Deo for these cars

18  disappearing?

19            MR. KATAEV:  Objection.

20        Asked and answered.

21     A      Let me just clarify

22  something.  Anthony Deo was running the

23  stores.  I had run the stores for 30

24  years, right?  Anthony Deo ran the

25  stores, so it's not me not keeping track

*Rich Moffett Court Reporting, Inc.*

```
 1                                        145
 2   of him.
 3              And you're supposed to walk
 4   into a store, hit a couple of buttons,
 5   and you get an accounting on your DMS
 6   system, and it tells you what cars should
 7   be there or shouldn't be there.
 8              The store was just so being
 9   run into the ground and nobody cared to
10   clean up the inventory, so it showed that
11   there was 102 cars missing.
12              As we started to find cars
13   and figure out what happened, we started
14   to deduct numbers, and it came up that
15   there's 43 cars that I can't figure out
16   what happened to them.
17              Well, let me rephrase that.
18   That I can't get.
19              There's a certain amount that
20   I remember, 13 or 16, again, it's in the
21   record, that I know he sold to
22   wholesalers for cash and pocketed the
23   money.
24        Q     How do you know that?
25        A     Because it never made it into
```

*Rich Moffett Court Reporting, Inc.*

```
1                                    146
2    the account, and we have a -- and we have
3    a declaration from the wholesaler.
4         Q      Who is the wholesaler?
5         A      Orgad I believe his last name
6    is.
7         Q      Could you spell that, please?
8         A      O-R-G-A-D, I believe.
9         Q      And this Mr. Orgad operates
10   his wholesaler where?
11        A      I think Brooklyn.
12        Q      What does the declaration
13   say?
14        A      That everything changed after
15   Deo got there, because he used to buy
16   cars from us before.  After that, he
17   started to ask for cash, and by July he
18   knew something was up because the -- they
19   were just dumping him into for low
20   prices, but it had to be cash, and they
21   didn't want to give receipts.  And I
22   think he ended up being -- he saw
23   that them clearing the lot, and he was
24   invited to the grand opening where he saw
25   all of the Superb cars.
```

*Rich Moffett Court Reporting, Inc.*

147

Q    How many cars does Mr. Orgad indicate to you that Anthony Deo sold for cash wholesale?

A    It's in the record.  I don't know, 16, 18.  I don't remember.

Q    And is that 16 or 18 part of the 43?

A    Correct.

Q    I see.

Now, the other 59 cars, 43 and 59 add up to 102, there were 102 cars at the lockout that were alleged to have been stolen by Deo, did you know that?

A    Yes.

Q    Those other 59 cars have you accounted for, other than through Anthony Deo?

A    Yes, within the first week we accounted for 13 of them.  Before the hearing in September, we accounted for another 12, so by the time -- oh, after the hearing, I'm sorry, for another 12. We found them in shops.  We found them in different places.  I mean, by the time we

*Rich Moffett Court Reporting, Inc.*

148

got to the February 20th hearing, there
was 43 cars that I never was able to
account for.

Q      So when on August 2, 2023,
the night of the so-called lockout, when
it was reported to the police that 102
cars had been stolen by Anthony Deo, you
could tell us now for sure that that
number was inaccurate; is that right?

A      That's right.

MR. KATAEV:  Objection.

Q      And the accurate number, in
your mind now, is 43, is that correct,
that are unaccounted for?

A      Oh, unaccounted for, 43, yes.

Q      Sixteen to eighteen of the
forty-three cars, you believe, were sold
at auction for cash?

A      Not at auction, to a
wholesaler.

Q      Okay.

Do you know anything about
the other roughly 25 cars?

A      It's in the record what I

```
1                                          149
2     know.  I couldn't remember it off the top
3     of my head, but yes, we found some other
4     information on other cars, but I can't --
5     it was never really able to be verified,
6     and I would need Anthony to -- to verify
7     some of the information.  Shows, like,
8     the cars that were sold and out of state.
9     I don't -- I don't remember.  It's all in
10    the record.  We went car by car
11    painstakingly, so...
12            Q     Could anyone, other than
13    Anthony Deo, have done this?  I didn't
14    ask you whether or not you believe
15    somebody else had done this, I am asking
16    you could anyone else have done this, if
17    you know?
18            MR. KATAEV:  Objection.
19    Speculation.
20            A     No.  Again, I've been a
21    general manager all my life, and the way
22    it was done and what was done, it had to
23    be the person in charge or in control of
24    a store.
25            Q     That was there, and that was
```

*Rich Moffett Court Reporting, Inc.*

1                                                  150

2    Bruce Novicky; is that right?

3         A       No, that was Anthony Deo.

4    Bruce Novicky was in charge of the group,

5    and he reported to Bruce Novicky, but he

6    didn't run the day-to-day operations.

7         Q       Did Bruce Novicky monitor the

8    day-to-day operations of the store?

9         A       If I asked him to.  If

10   something was wrong at the store, if I

11   thought it needed some help, like we did

12   in March before the CFO was let go, Bruce

13   Novicky went in and helped, but usually

14   we would get a statement, and if the

15   statement's numbers were not good or --

16   then Bruce Novicky would go in and try to

17   help.

18                But as soon as the CFO left,

19   all of a sudden, it's, you know, Superb

20   was doing great, so we didn't -- we

21   didn't really pay a lot of attention,

22   especially having a brand new store

23   opened, and you know, with Jones's help,

24   he was able to lull me into thinking that

25   everything was good at Superb.

```
 1                                         151
 2          Q      So you were monitoring
 3   Superb's accounts, at least monthly, in
 4   2023; is that correct?
 5          A      Me personally?
 6          Q      Yes.
 7          A      No.
 8          Q      How often were you examining
 9   your own bank accounts and records for
10   the dealership in 2023?
11          A      I -- I read statements.  I
12   don't look at the bank statements.
13          Q      All right, and the statements
14   you were getting, you were getting from
15   where?
16          A      I was getting them from the
17   office manager, the accounting
18   department.
19          Q      And what would that person's
20   name be?
21          A      Kendra.
22          Q      And was Kendra the person you
23   were getting statements from throughout
24   2023 at Superb?
25          A      Yes, she was working with
```

```
 1                                              152

 2     Mr. Jones to finalize the statements.

 3          Q      Who hired Kendra originally?

 4     Was she one of your people or one of

 5     Anthony's?

 6                 MR. KATAEV:  Objection.

 7          Asked and answered.

 8          A      One of my people.

 9          Q      How often would Kendra send

10     you statements?

11          A      It wasn't Kendra.  She would

12     give them to Bruce Novicky, and Bruce

13     Novicky would send them to me.

14          Q      How often would Bruce Novicky

15     send you statements?

16          A      At the end of every month.

17          Q      Would that be every month in

18     September of 2023 that you received

19     statements from Bruce Novicky?

20          A      That's only one month.  Every

21     month of September of '23?

22          Q      I'm sorry --

23          A      Okay.

24          Q      -- I misspoke.  Withdrawn.

25                 Did you receive statements
```

*Rich Moffett Court Reporting, Inc.*

153

from Bruce Novicky for Superb Motors

every month in 2023?

     A     For all my other stores, yes.

For Superb, after June, I believe, maybe

we were able to put together one more

statement, and then we -- we couldn't

even put the numbers together.  It was --

it was such a disaster.

     Q     So as of July 1, 2023, you

had seen statements for Superb Motors

prepared by Kendra and given to you by

Bruce Novicky for every one of the

previous six months that year; is that

right?

     A     No, prepared by Jones with

Kendra assisting.  Given to Bruce Novicky

and then given to me.

     Q     Was the exhibit before you a

profit and loss statement from Thomas

Jones one of those statements?

     A     No.

     Q     That's not what you're

talking about, is it?

     A     No, that is not a factory

*Rich Moffett Court Reporting, Inc.*

```
 1                                        154
 2    statement.
 3            Q       Right.
 4            A       This is a fake fraud
 5    statement submitted by Mr. Jones.
 6            Q       I understand.
 7                    But you did receive
 8    statements from Bruce Novicky every
 9    month, January through June of 2023; is
10    that right?
11            A       Correct, yes.
12            Q       And do you now believe that
13    there is anything on those statements
14    that are incorrect?
15            A       Everything after April is
16    incorrect.
17            Q       So January, February, March
18    and April statements you believe to be
19    correct; is that right?
20            A       No, January, February and
21    March are correct.  April, May, June, and
22    I mean, I don't think we ever produced a
23    July, but if there was a July, those were
24    all incorrect.
25            Q       And it's your position that
```

*Rich Moffett Court Reporting, Inc.*

155

that's because of Thomas Jones, right?

        A       Correct.  Well, Thomas
Jones --

                MR. KATAEV:  Objection.

        A       -- and Deo.

        Q       But Thomas Jones was
preparing these statements based on what
Kendra gave him, wasn't he?

                MR. KATAEV:  Objection.
        Assumes facts not in evidence.

        A       No.  So Kendra would give him
the deals, and she inputs the
information, and then Thomas Jones would
look at it and tell her what entries to
make on the statement.  So whatever
Kendra ended up with after she did all of
her accounting and everything, Thomas
Jones would then go in and tell her what
entries to make.  And there's a couple of
emails from Deo making sure to tell
Thomas Jones to make sure that those
statements show a profit, no matter what.

                And when you go back, there's
deals that cancelled that were never

*Rich Moffett Court Reporting, Inc.*

156

taken out of the statements.  So they
were counted as profit, meanwhile, they
never existed.  There was hundreds of
thousands of dollars of cash from April
through July that never made one dollar
into the operating account, they all went
to the Flushing account.

I am sorry, I didn't mean to
point at you.

The Flushing account.  Not
one penny from April 1st through July --
I'm sorry, August 3rd, ever made it into
the operating account, but they were
accounted for in those statements as --
as profit, because they were counted as
COD's, they were counted as down
payments, but yet they never made it into
the account.  They were pushed off into a
schedule as a receivable.

And then in June he finally
made the entry of 700 and something
thousand dollars on the statement for
Superb.

Q    And that $700,000 entry

*Rich Moffett Court Reporting, Inc.*

```
 1                                        157
 2    you're saying is inaccurate?
 3         A     Well, no, it's accurate, they
 4    didn't -- didn't choose to put it in
 5    until June before...
 6         Q     Okay, I understand.
 7               Who had signatory powers on
 8    the Flushing account, do you know?
 9         A     Anthony Deo and maybe Sarah,
10    I believe.
11         Q     Wasn't there an occasion when
12    you and Anthony discussed Anthony buying
13    all of Superb?
14         A     I don't -- I don't believe we
15    ever discussed buying all of Superb.  We
16    discussed him becoming 49 percent partner
17    in Hartford.
18         Q     And you believe that that was
19    beginning around June; is that what you
20    testified to?
21         A     No, that began in April, and
22    it didn't become a serious conversation
23    until the end of June, beginning of July.
24         Q     And at that time did you ask
25    him for any money towards that purchase?
```

*Rich Moffett Court Reporting, Inc.*

158

     A      No, we -- we came up with a
number of what it would cost.  He agreed.
He told me he had some funding, because
he put up the houses that, I guess, he's
-- he was sued for renting that he told
me he owned and that Michael Laurie had
gotten him money from some hedge fund, a
substantial amount of money, and that he
wanted to buy in as -- as partner.  And
you know, he gave me the whole how he was
going to blow it up, and how great he was
going to do and all of that stuff.

          I was in the process of
buying a -- a building for my dealership
up in Massachusetts, and Anthony Deo
said, "I have my term sheet, I'll have
the money next week."  So I said, "Okay,
then we're going.  You know, when I get
back from my vacation, we'll talk about
the terms, and we'll finalize it."  And
that was the extent of the conversation.

     Q      Did you at any time in July
of 2023 ask Anthony Deo for money?

     A      From where?  What date?  I'm

```
1                                                159

2     sorry.

3          Q      At any time in July of 2023,

4     did you ask Anthony Deo for money?

5          A      Anthony Deo told me he was --

6     he was getting the money for the

7     purchase, and I again, I told him, I

8     believe it's in the text, that I was

9     buying a building.  He said he would have

10    the money to me by next week.  I said,

11    "Are you sure?  'Cause if you do, then I

12    won't sell stocks and whatever I need to

13    buy the building."  And he says,

14    "Absolutely, 100 percent."

15         Q      How much money was that?

16         A      I don't remember.  500,000, I

17    believe.  I don't know.  I don't remember

18    the exact amount.

19         Q      So you and Anthony Deo were

20    discussing Anthony Deo giving you

21    $500,000 in July of 2023, yes or no?

22         A      Yes.

23         Q      Did Anthony Deo give you

24    $500,000 in November of 2022 before

25    contracts were signed?
```

1                                                      160

2          A       Yes.

3          Q       Did you know what the value

4     of Superb Motors was in or about November

5     of 2022?

6          A       I -- I wouldn't know.  I

7     didn't put a value on it at that time.

8     If the store had $450,000 worth of

9     advertising from my previous partner,

10    even though the statement shows a loss,

11    that was after salaries and after I gave

12    him 150,000 to buy him out, which is part

13    of the statement.  I would -- I had to

14    write down about, I don't know, 5,

15    $600,000 worth of the inventory and pay

16    down my NESNA advance to become partners

17    with Anthony Deo.  So I believe I put in

18    more than twice as much as he did to

19    become partners.  The idea wasn't so much

20    -- and I put $300,000 of working capital

21    in, too.

22                 So the 500,000 wasn't so much

23    a value of the business.  I saw a value

24    in him running it and making it

25    successful, and on the two dealerships

                                                          161
that he said he had that were successful.
So I really wasn't looking to value it as
much as I was looking to clear the way to
figure out how to become partners and
grow something good together based on the
fact that I thought he was a good car
guy.
          Q      Did you know that there were
difficulties between he and Josh
Aaronson?
          A      Oh, yeah, absolutely.  He
came crying and -- of the abuse, and you
know, his pregnant wife, and you know, I
felt for him, to be quite honest with
you.  He's quite the con man, he's very
good at it.
          Q      Uh-huh.
                 Are you saying that his wife
wasn't pregnant?
          A      Oh, no, she was pregnant.  I
didn't see it, I just, I remember texting
her because I don't think I ever really
met Sarah.  I knew she was there, we
communicated via emails and texts, but I

```
 1                                              162
 2    never really met Sarah.
 3         Q      So were you, for lack of a
 4    better term, an absentee owner?
 5         A      Oh, yeah, I lived in Costa
 6    Rica.
 7         Q      How long have you been living
 8    in Costa Rica?
 9         A      Since March of '22, way
10    before I met Deo.
11         Q      You purchased something down
12    there, did you?
13         A      Yes.
14         Q      And you have been a resident
15    of Costa Rica since March of 2022?
16         A      Correct, permanent.  Well
17    documented with Mr. Deo.  Even before we
18    closed our deal, and I know you -- you
19    claim I fled there, but I -- I've lived
20    there before I ever met Anthony Deo.
21         Q      Have you represented to any
22    of the courts that you lived in New
23    Jersey, if you know?
24         A      I believe, 'cause I did, I
25    owned a house there that I had to sell to
```

163

cover the cost of this fraud, but yeah, I

-- I did.  I'm -- I'm a resident of the

United States as well, or was a resident

of the United States.

    Q    Were there any monies paid at

Superb to Anthony Deo that were

authorized?  Was he on payroll?

    A    Yes.

    Q    Were the payroll checks

authorized?

    A    Yes.

    Q    Was Sarah Deo ever on

payroll?

    A    Yes.

    Q    Were those payroll checks

authorized?

    A    Yes.

    Q    Were there any other monies

paid to them, that you know of, that were

authorized?

    A    Yes, he was to receive 10,000

a month in the beginning until, I don't

know, February.  We changed the deal

where if the store was profitable, he was

*Rich Moffett Court Reporting, Inc.*

1                                              164

2      able to get a -- a perk car for every car

3      that we sold, but it was only if the

4      store was profitable.

5           Q      And was that modification

6      during or about February of 2023 in

7      writing?

8           A      No.

9           Q      That was a handshake deal

10     between you and Mr. Deo?

11          A      Yeah.  I remember we hadn't

12     closed the deal.  I'm the -- the owner,

13     so I wrote him checks, as we agreed, and

14     I got my money, as we agreed.  There

15     wasn't a contract because we hadn't

16     really finalized our -- our original

17     agreement, right.

18          Q      When Anthony Deo gave you

19     $500,000 and executed some contracts

20     during or about November and early

21     December of 2022, did you reveal those

22     contracts and that purchase money to your

23     floor plan providers?

24          A      Did I reveal that he was a

25     partner?

1                                                         165

2          Q       Yes.

3          A       I didn't because he wasn't

4     yet, and I did tell him NESNA, who's part

5     of Nissan, that we were -- we were going

6     to become partners, because they came

7     after.  They already knew.  They came

8     asking because he had taken an advance in

9     November, even though the stores were

10    shuttered from them, and they were

11    concerned of how he was going to pay it

12    back.  I discussed with them that maybe I

13    could talk to him to see how he could

14    arrange how he would pay that loan back,

15    because again, at this point I think that

16    he's going to be my partner and he's

17    actually a good guy.

18               They asked me not to mention

19    it because they didn't want him to get

20    mad, and they went behind his back to

21    tell me about this loan, and I found out

22    later in April he took it upon himself to

23    sign an ACH form, unauthorized, to take

24    the money out of the Superb account to

25    pay back his debt, so I think they were

1                                              166

2    pretty aware.

3         Q       So since November of 2022, is

4    it your position that Anthony Deo never

5    became an owner of Superb, is that your

6    position?

7         A       Well, if --

8         Q       That's a yes-or-no question.

9         A       Yeah, he never became a

10   partner.

11        Q       Okay.

12                And he never owned 49 percent

13   of Superb; is that correct?

14        A       He never finalized the deal,

15   no.

16        Q       So from your standpoint, it's

17   your position since November of 2022 that

18   Anthony Deo never became a 49 percent

19   owner; is that correct?

20        A       Correct.  I believe I --

21   sorry.

22        Q       Did you at any point in time

23   ask Anthony Deo for $500,000 to help your

24   New Jersey operation?

25        A       To help my New Jersey

1                                              167

2    operation, no.

3         Q      Did you ever ask him for

4    $500,000 related in any way to your New

5    Jersey dealership?

6         A      No.

7         Q      In November of 2022, did you

8    have any understanding that you were

9    going to be supplying floor plans to

10   Anthony Deo?

11        A      For which, for the new

12   stores?

13        Q      Yes.

14        A      Yeah, if he finalized the

15   deal, yeah.

16        Q      Did you ever actually supply

17   any floor plans to any of those stores,

18   yes or no?

19        A      For the two, on the

20   Northshore and Sunrise, they were closed,

21   no.

22        Q      Did you, during or about

23   November of 2022, take $800,000 from

24   Nissan for Superb or any of your other

25   stores?

```
1                                        168

2          A       From when?  I'm sorry.

3          Q       During or about November of

4     2022, did you take $800,000 from Nissan

5     to assist Superb or any of your other

6     stores?

7          A       I took an $850,000 working

8     capital loan from my new store, which is

9     Nissan, which was part of the deal when

10    we closed, and I never took anything

11    from -- for Superb.  On the contrary, I

12    paid down a very -- a very big advance

13    that I had taken a year before by over

14    $300,000, which is part of the agreement

15    that we had.

16         Q       You paid down an advance that

17    you had gotten from Nissan?

18         A       NESNA it's called really.

19         Q       Right.

20                 When you got the advance from

21    NESNA, that was before November of 2022,

22    right?

23         A       Like a year before.

24         Q       Yes, in November of 2022?

25         A       In November of '22 I think I
```

1                                            169

2    still had a balance of 981,000, and for

3    Anthony to come in, I had to pay it down

4    to 650 as per our agreement.

5          Q      The $850,000 that you took,

6    you took from what company?

7          A      From -- from NMAC.

8          Q      From NMAC?

9          A      Yes.

10         Q      Did you tell Anthony Deo

11   about that?

12         A      Why would I?  He had nothing

13   to do with it.

14         Q      Well, it could impact the

15   value of one or more of your businesses,

16   couldn't it?

17                MR. KATAEV:  Objection.

18         A      What does that have to do

19   with Superb?

20         Q      I don't know.  I'm asking you

21   did it have anything to do with --

22         A      No, nothing, other than --

23   the only thing they shared was an

24   aggregate floor plan line that was

25   cross-collateralized.  The loan that I

                                                        170
had for Nissan had nothing to do with
Superb.

        Q       The NMAC $850,000 loan was
not in any cross-collateralized through
Superb?

        A       No, it was strictly the --
for the Nissan store in Pittsfield.

        Q       Massachusetts, yes?

        A       Pittsfield, Massachusetts,
yes.

        Q       And the Pittsfield,
Massachusetts floor plan was not in any
way cross-collateralized with Superb?

        A       Yeah, all their stores were
cross-collateralized.  That's why the
damage was so bad when he screwed me up
in Superb because it affected all of my
stores.

        Q       Your offer to get floor plans
for the stores, do you know when you made
that?

        A       As part of our agreement, I
believe it might even be in a text or an
email, that I would give him $2 million,

1                                           171

2    which I already had with NextGear.  I

3    would just shift that floor plan line,

4    and I would get another floor plan line

5    as well once we finalized the deals.

6          Q      Do you remember when that

7    was?

8          A      Probably in November,

9    December of 2022.

10         Q      So that was from the get-go

11   you were promising floor plans to Anthony

12   Deo; is that right?

13         A      Yeah.

14         Q      And that's because he needed

15   floor plans?

16         A      He needed it because Josh

17   Aaronson had shut the floor plan lines

18   for Northshore and Sunrise.  Again, I

19   thought he was open and he needed floor

20   plan lines to sell cars.  I didn't know

21   his debt issues with DMV.

22         Q      When he was asking for floor

23   plans from you, you thought he had

24   already had floor plans?

25         A      No, I knew that they were

172

Josh's.  His problem was that Josh was
withdrawing the floor plan lines so he
couldn't get any, so he came to me to see
if I could get him any.  So if finalized,
the deal part of my responsibility was to
help him get floor plan lines for the two
stores.

         Q       And you knew that if you
finalized the deal?

         A       Yeah.

         Q       Who floored vehicles with
Superb, floor plans?

         A       Mostly Kendra but under Deo.

         Q       But it was Kendra that did
most of the flooring?

         A       Uh-huh.

         Q       But that's not all of the
flooring, so who else floored vehicles
for that store, did Bruce Novicky?

         A       I mean, he could, but I don't
think he did.  I think because Anthony
was buying all the cars, he was doing all
the buying for that store.  Initially it
was Bruce, because we were supplying

*Rich Moffett Court Reporting, Inc.*

173

1
2   basically all the inventory for him.  We
3   didn't have a buyer, so we would supply
4   the inventory from the other stores, but
5   it was Anthony Deo's starting in November
6   of 2022, Anthony started to buy cars, and
7   he had authority to just put the cars on
8   our floor plan.
9        Q     Which Kendra would do for
10  him?
11       A     Well, if he bought a car he
12  had listed on as a buyer if you buy the
13  car, and as the buyer, they automatically
14  will put it on the floor plan.  I don't
15  think -- I don't think -- I didn't think
16  she had to do anything, I think it
17  automatically goes on.  If you take cars
18  in, then somebody has to put it on floor
19  plan.
20       Q     How many cars did Anthony Deo
21  purchase starting in November of 2022 and
22  ending on or about the night of the
23  lockout, how many cars did he buy,
24  roughly, for Superb in that time, do you
25  know?

174

A       Hundreds.  I wouldn't know
exactly the number, but if --

Q       Could it have been 500?

A       I mean, he was what's --
what's that, 7 months if he was selling
40 cars a month, 300, 400 --

Q       Okay.

A       -- maybe less.

Q       So you think in the time that
Anthony Deo was with Superb, which was
roughly the beginning of December through
the end of July; would that be fair to
say?

A       Correct.

Q       So that's eight months?

A       Uh-huh.

MR. KATAEV:  Verbal.

A       Yes.

I'm sorry.

Q       In those 8 months you think
he bought 3 or 400 cars; is that correct?

A       Maybe less, because we had
trade-ins and he bought some cars from
other stores, so a couple of hundred, I

1                                           175

2    would think.

3         Q        So he bought 2 to 300 cars;

4    is that correct?

5         A        I would assume.  It sounds

6    like it could be.

7         Q        Do you know how many of those

8    cars were sold by Superb, one-way or

9    another, to whomever?

10        A        No, 150 cars, 200, 250 cars.

11   Something.  Something like that.

12        Q        So most of those cars were,

13   in fact, sold by Superb; is that right?

14        A        Correct.

15        Q        And as to those cars, do you

16   know of anything that Anthony Deo did

17   wrong?

18        A        Yeah, he bought a bunch of

19   gray market cars.

20        Q        How many of those did he buy?

21        A        I have no idea, but it's a

22   good amount I had to pay off afterwards.

23        Q        What's a good amount, a

24   dozen?

25        A        I don't know, 40, 50 cars.  I

*Rich Moffett Court Reporting, Inc.*

1                                                        176

2     don't know.

3              Q      So 40 or 50 cars are what you

4     call gray market cars, right?

5              A      Correct.

6              Q      What do you mean when you say

7     "gray market"?

8              A      Cars are not built in the US,

9     they're built in either Mexico or Canada.

10             Q      And what is it that is wrong

11    with that?

12             A      The banks don't finance them.

13    There is -- there's strictly in our

14    dealer agreement they don't finance gray

15    market cars.

16             Q      Was Anthony Deo a part of

17    that dealer agreement?

18                    MR. KATAEV:  Objection.

19             A      No, but it's, you know, he's

20    been doing this for a long time, he -- he

21    should know that.

22             Q      And was that something you

23    have discussed with him?

24             A      I did after -- after the bank

25    started to call us and wanting us to buy

*Rich Moffett Court Reporting, Inc.*

177

back those cars because they didn't

finance gray market cars.  Did I discuss

it before, no, it's -- any decent car guy

would know that, I guess.

     Q    Was there anything else about

the 200 to 300 cars that Superb purchased

under Anthony Deo that he did wrong with

those cars?

     A    I mean, other than sell them

to customers, not deliver them, overbook

them, yeah.

     Q    Okay.

         There were customers at

Superb who bought a car they never got?

     A    Yes.

     Q    So then what happened?

     A    I had to pay all -- all of it

off.

     Q    So they never did get those

cars?

     A    Yeah, there was a few of

those, otherwise, that I --

     Q    How many is "a few"?

     A    I don't know.  Again, we have

178

it in our complaint.  We can -- I can get
you those.  All you got to do is read the
complaint.

Q       Was it more than ten?

A       I don't know.  I don't
remember the exact number.

Q       More than 20?

A       Again, I don't -- I don't
know the exact number.

Q       Could it have been more than
30?

A       I don't know the exact
number.

Q       Could it have been more than
100 that didn't get delivered?

A       Oh, no, no, no, definitely --
definitely not.  That didn't get
delivered, no, there was maybe --

Q       I think you said a few?

A       Yeah, maybe 10, 10 cars, 15
cars that didn't get delivered.

Q       Do you know the names of
any --

A       I don't.

```
 1                                        179
 2          Q       -- of those people?
 3          A       No, I have a good memory but
 4   not that good.
 5          Q       Where are the file jackets
 6   for those cars now?
 7          A       In storage.
 8          Q       Are all of the records for
 9   Superb in storage?
10          A       I believe so.
11          Q       Where is that storage?
12          A       Hartford.
13          Q       Do you have records for all
14   of your cars stored in Hartford,
15   Connecticut?
16          A       Different storage places.
17          Q       The Superb storage place is
18   in Hartford, Connecticut?
19          A       Yes.
20          Q       Where is the New Jersey
21   storage?
22          A       I don't know.
23          Q       Who would know?
24          A       Probably in New Jersey.
25          Q       Who would know?
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                          180
 2          A      I believe -- I believe it's
 3     one of my -- one of my guys that used to
 4     handle the inventory, handle all the
 5     storage of the ROs and --
 6          Q      Records of the dealership?
 7          A      Correct.
 8          Q      Who is that?
 9          A      Frank Messina.
10          Q      Is Frank still on payroll
11     with you?
12          A      No, the stores are closed.
13          Q      Do you know where the records
14     are for the Massachusetts store?
15          A      Probably near Massachusetts.
16          Q      Who would know about that?
17          A      Frank Messina.
18          Q      What about the Hartford
19     store, where are those records, do you
20     know?
21          A      I think I just told you, in
22     Hartford.
23          Q      Why didn't you leave the
24     Superb records in New York?
25          A      'Cause I, at the time, I had
```

*Rich Moffett Court Reporting, Inc.*

181

dealerships, so I moved everything to a
store so I didn't have -- have to go get
a storage facility.  I could move them
into my dealerships.

     Q    So Anthony Deo you blame for
your difficulty with all of your
dealerships; is that right?

     A    The collapse of them, yeah.

     Q    Was there any mismanagement
at any of those stores?

     A    Before Anthony Deo, no.

     Q    Well, you said there was
trouble in the accounting department at
least through the end of March of 2023,
right?

     A    Trouble in -- in trying to
take -- to finalize, catchup, not any
other kinds of trouble, just
overwhelming, put it that way.  We grew
quickly, and we changed dealer management
systems, but other than that, it wasn't
mismanagement.

     Q    And all three of the other
stores were profitable during the whole

```
 1                                        182

 2     time you had them; is that right?

 3          A       Well, not after -- not after

 4     the Deo situation.

 5          Q       Do you allege that Anthony

 6     Deo took money that was rightfully

 7     Superb's?

 8          A       Oh, I guarantee it.

 9          Q       How much?

10          A       Let's see, 500,000 ACH money

11     from NESNA, about 300,000 in cash,

12     500,000 that went into the Flushing

13     account from customers, another 2 plus,

14     $250,000 worth of checks from Chase.

15     Obviously, the cars that I paid for that

16     he claims are not mine, but in -- in

17     total, the losses exceed 5 million, but

18     he pocketed about 2 and a half million,

19     but he needed to create this -- this, you

20     know, the money in the banks so he could

21     hide what he was stealing.

22                   So the banks also, the bank

23     accounts always looked healthy because he

24     was generating fake deals to put money

25     into the bank, so we never dropped below
```

1                                                    183

2    a number that would make me

3    uncomfortable, and while he was pocketing

4    all the deposits and cash.

5         Q       How did he create fake deals?

6         A       How did he create fake deals?

7         Q       Yes, was he creating fake

8    documents for you?

9         A       From what I understand,

10   customers would come in, and you know,

11   have an intent of buying a car, they

12   would do the credit applications, they'd

13   do the whole deal, then he'd tell them

14   the car was in the shop, he'd deliver it

15   to them.  He'd submit the deal to the

16   bank, one week, two weeks, three weeks,

17   the customer's calling, Well, this

18   happened, this happened.  By the time he

19   left, some of those cars were sitting in

20   shops that you -- you wouldn't deliver,

21   and customers never got the car, and I

22   had to refund them the money, and I had

23   to pay off the loans that the banks had

24   put on those cars.

25        Q       How many cars were sitting in

184

2  shops undelivered when Anthony Deo left?

3      A      I am -- I am assuming 10, 12.

4  I don't know the exact number.

5      Q      And there was nothing wrong

6  with those cars when they were sitting in

7  the shops?

8      A      No, they were in shops

9  because there was stuff wrong with them.

10      Q      And you think he should have

11  delivered those cars notwithstanding that

12  there were things wrong with them?

13      A      No, but in some of those

14  cases the customers said they didn't want

15  the car anymore and he never cancelled

16  the deal.  He left the loans for me to

17  pay after he left, and the customers

18  continued to get bills.  So as soon as I

19  found out all of the issues that we were

20  having with gray market cars, I paid them

21  off.  I paid anything off that anybody

22  called that had a problem, so...

23      Q      What happened to those 10 or

24  12 cars that were in shops?

25      A      We eventually picked some of

1                                              185

2    them up.  I believe one didn't get picked

3    up because it had a crazy bill on it or

4    something.  I don't remember the details

5    of it.  But if they were in shops, for

6    the most part, we picked them up.

7          Q      Was there a repair shop at

8    Superb?

9          A      No.

10         Q      So when cars needed work at

11   Superb, they had to be sent out; is that

12   right?

13         A      Correct.

14         Q      Who had authority to send

15   cars out to get work done, did Bruce

16   Novicky?

17         A      No, Anthony -- I mean Bruce

18   could have if he wanted to.

19         Q      If he wanted to.  Whether or

20   not he did it...

21         A      Yeah.

22         Q      Did Anthony Deo have

23   authority to do that?

24         A      Yes.

25         Q      Did anyone else there have

1                                      186

2    authority to send cars out to get the

3    work done?

4         A        Just the manager.

5         Q        Who was the manager?

6         A        Really should be Anthony, but

7    Anthony could assign that to, let's say,

8    the other manager, Eugene Lowe.

9         Q        Did Eugene send any cars, if

10   you know?

11        A        You got to ask Anthony.  I

12   wasn't there.

13        Q        You don't know if Eugene sent

14   any of these cars?

15        A        I don't.

16        Q        How do you know then that it

17   was Anthony that sent those 10 or 12 cars

18   to the shops, could it have been Eugene?

19        A        I don't think so, but in the

20   February 20th hearing, I believe both

21   Merckling and Blankenship said that they

22   were taking cars to shops for windows,

23   for tires, so at somebody's direction.  I

24   don't know who it was, but mostly

25   Anthony.

*Rich Moffett Court Reporting, Inc.*

```
 1                                  187
 2          Q      As far as you know,
 3   Blankenship and Merckling were performing
 4   services for Superb; is that right?
 5          A      I never said they didn't.
 6   They said it's menial.
 7          Q      They were driving cars to and
 8   from shops; is that a fair way of putting
 9   it?
10          A      Yeah.
11          Q      Did Superb have a tow truck?
12          A      No.
13          Q      Or a flatbed?
14          A      We bought two flatbeds, which
15   were part of the injunction, right,
16   because he kept those as well.  But we
17   bought two flatbeds to do just that, move
18   cars in between dealerships, and instead,
19   Anthony made it part of the pain he
20   caused.
21          Q      Those two flatbeds were at
22   Northshore, did you know that?
23          A      They were at Northshore,
24   yeah, he picked them up for me.
25          Q      Right, and when NMAC came and
```

                                                              188

wanted to do an audit at Northshore

because of whatever you reported to NMAC,

do you know whether or not Anthony Deo

cooperated with that audit?

        A       Initially I believe the first

audit he did, and after that he didn't.

        Q       How would you know that he

did or didn't cooperate with an audit

from NMAC, did you speak to somebody from

NMAC?

        A       Bruce, I believe, did.

        Q       So Bruce told you that

Anthony was not cooperating with NMAC

audits; is that correct?

        A       I believe that's what --

yeah, I believe he did.

        Q       Bruce also told you that he

did cooperate with at least one audit,

right?

        A       Initially, yes.

        Q       Do you know how many he

cooperated with?

        A       I don't.

        Q       Do you know if the audit took

```
 1                                    189
 2     place at Northshore and 189 Sunrise, if
 3     you know?
 4          A      Both, yes.
 5          Q      So he cooperated with at
 6     least two audits, right?
 7          A      Uh-huh.
 8          Q      Is that right?
 9          A      Correct.
10          Q      How many do you say that he
11     didn't cooperate with, do you know?
12          A      I don't know.
13          Q      That's not something you
14     know?
15          A      No, I don't know.
16          Q      Okay, Bruce Novicky would
17     know?
18          A      Probably, yeah.
19          Q      Was Bruce Novicky authorized
20     to deal with the floor plans?
21          A      Yes.
22          Q      Was Anthony Deo authorized to
23     floor plan cars?
24          A      When he bought cars, yeah.  I
25     mean...
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                          190

 2          Q       Well, it would have happened

 3   automatically, you said, right, when he

 4   bought cars?

 5          A       So if he buys it, it gets

 6   floored.  It's his authority, right.

 7          Q       But if it's a trade-in, could

 8   he put it on the floor plan, or would

 9   somebody else have to do that?

10          A       I mean, it's not something a

11   general manager usually does, that's

12   usually given to the office, and the

13   office does that because they have to

14   stock it in, they have to make a folder,

15   they have to have keys.

16          Q       Do you know whether or not he

17   floor planned any cars?

18          A       He -- he asked Kendra to

19   floor plan cars.

20          Q       What access did Anthony have

21   to directly deal with the floor plan

22   companies, do you know?

23          A       I don't know.

24          Q       Did he have any

25   authorization, that you know of today, to
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                          191
 2      deal with the floor plan companies
 3      directly?
 4            A      I don't know.
 5            Q      Did you authorize him to deal
 6      with the floor plan companies directly?
 7            A      No, it was never something
 8      that would have been part of his job.
 9                  MR. THOMASSON:  Forgive me, I
10            have to take another quick break.
11                  MR. KATAEV:  Before you go,
12            we're going to stop at 1:15 for
13            lunch, right?
14                  MR. THOMASSON:  All right,
15            let's just break now.
16                  (Luncheon recess was taken at
17            1:05 p.m.)
18
19
20
21
22
23
24
25
```

*Rich Moffett Court Reporting, Inc.*

192

A F T E R N O O N   S E S S I O N

            (Time noted:  2:15 p.m.)

R O B E R T   A N T H O N Y   U R R U T I A,

      resumed and testified as follows:

CONTINUED EXAMINATION

BY MR. THOMASSON:

      Q      Mr. Urrutia, you said

something this morning that I am not

positive about, so I have to revisit it,

and I want to understand something, at

some point this morning did you tell me

that Superb, at least during the time

193

that Mr. Deo was there, made about $1,200
per car, did you say something about
that?

    A    No, it's, you know, I was
just using numbers, but he would tell me
that we were averaging 3,000 a car, and
it had ended up being 1,200.  This is not
the specific number, it's the point I'm
trying to make is that if you do 50 cars
at 3,000, it's 150, at 1,200, it's 70.
It's a very big difference for
projections for the month, right.

    Q    And it's your position that
he gave you incorrect information on what
the dealership was making per car; is
that right?

    A    Correct.

    Q    Do you now know what the
dealership was making per car roughly?

    A    Until it closed, yeah.

    Q    What was that?

    A    I don't remember the exact
number.  It was losing money per car.
When we bought back all the cars?  The

*Rich Moffett Court Reporting, Inc.*

1                                                     194

2     reality or what the statement was

3     showing, because there's two very big

4     differences, right?

5          Q      Well, I am just wondering,

6     when did Anthony Deo take over operations

7     at Superb Motors?

8          A      Probably right around the

9     middle of November, but officially

10    December 1st.

11         Q      Was it official from December

12    1st?

13         A      Yeah.

14         Q      That was per your knowledge

15    and authorization?

16         A      Yes.

17         Q      Was he there, to the best of

18    your knowledge, beginning December 1st

19    through the end of July with regularity?

20         A      No, not every day.  He was --

21    he was still bouncing between that store

22    and the other two stores.

23         Q      And you knew that?

24         A      Yes.

25         Q      Were the dealerships'

```
 1                                      195
 2    expenses being met during the time he was
 3    there?
 4          A     What do you mean, "being
 5    met"?
 6          Q     Was the monthly rent being
 7    paid?
 8          A     Yeah.
 9          Q     Were the utilities being
10    paid?
11          A     Yes.
12          Q     Was the insurance being paid?
13          A     Yes.
14          Q     Was data processing being
15    paid?
16          A     Yes.
17          Q     Were the floor plans being
18    paid?
19          A     Yes.
20          Q     Was marketing being paid?
21          A     Marketing consisted of the
22    radio station with the Caribbean company.
23    I mean, we had some marketing, but the
24    majority of it was based on the Caribbean
25    market prior to Anthony.
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                          196
 2              When Anthony came in, he
 3     started to do his own marketing.  He
 4     wanted to do Car Gurus, and he was fine
 5     to do all of that stuff.
 6         Q     Was the marketing being paid?
 7         A     Yes.
 8         Q     Was payroll being paid?
 9         A     Yes.
10         Q     How much did the monthly
11     expenses add up to?
12         A     I don't remember.  It was
13     probably in the high -- high 100s, low
14     200s.
15         Q     So give or take about
16     $200,000 a month in overhead?
17         A     Right, correct.
18         Q     And it was being paid the
19     whole time he was there?
20         A     Yes.
21         Q     Did he ever put money into
22     Superb, other than the $500,000 he gave
23     up in November?
24         A     He put money in when he
25     double floored cars, and then he put
```

197

money in again, right, for the first
time, which was February, and then he put
money in again in July and took it right
back out.  Again, double flooring of
cars, so it's really his liability.  Some
he created from his other dealerships,
not that it was a Superb expense, but we,
because it was my floor plan, we paid off
the cars and then asked him to reimburse
us the money that we paid off.

    Q    You made the decision to pay
off cars on the floor plans?

           MR. KATAEV:  Objection to
    form.

    A    I had to, it's my floor plan.

    Q    Did you pay for all of them?

    A    For all the cars?

    Q    Yeah, that were on floor
plans.

    A    Yeah, up until the very end,
Superb, all the cars got paid.

    Q    During that year, again, you
might have told me but it's hard to keep
track of everything while I'm actually

198

also concentrating on the next question,
was it NMAC only for 2023 that provided
floor plans for Superb?

        A       For Superb itself, only NMAC.
The official, but I used others, yeah.

        Q       In 2023?

        A       Correct.

        Q       You used other floor plan
providers for your other dealerships; is
that right?

        A       To buy -- buy more cars, and
the -- really the one they say used the
most was Superb, because they were used
cars, so I was -- we were outpacing the
sales between all the stores, again,
because it was an aggregate.  So if
Superb had 2 million and Volkswagen had 2
million but Volkswagen was only selling 1
million, I could use the other million at
Superb.  So it was an aggregate.

                I also had another line for
my wholesale which I used, and it was
mostly for Superb because they had the
majority of the used car, you know,

199

expense.  They had more expensive cars, more cars.

Q     So other than NMAC, were there other floor plan providers that you could obtain cars on for Superb?

A     No.  Well, NextGear and NMAC, but they wouldn't have been Superb's is what I'm trying to say.  I could obtain the cars, yes, yeah.

Q     Right, but I asked you just for Superb, it was only NMAC?

A     Only NMAC, yes.

Q     How long had Superb been floor planning with NMAC?

A     Early '21, I believe.

Q     Now, during or about December of 2022, there was a review that you received from NMAC regarding the floor plan for 2022, didn't you?

A     Yeah, it was from -- it was in November actually, just before we closed on the Pittsfield.

Q     And would that have been also just before you closed with Anthony on

```
1                                        200

2    those contracts?

3         A       Yeah, it would have been --

4    it would have been in November.  Yeah,

5    November.

6         Q       Did you give him that NMAC

7    review before he closed on those

8    contracts?

9         A       No.

10        Q       Was that NMAC review

11   positive?

12        A       No, it showed I was -- had a

13   guide, and I had to bring everything up

14   to guide to be able to close on the

15   Pittsfield store.

16        Q       I see.

17                Who supplied the numbers to

18   NMAC for that review?

19        A       It would have been Alysia.

20        Q       Alysia Cayer?

21        A       Uh-huh.

22        Q       Is that right?

23        A       Correct.

24        Q       Did she supply, to the best

25   of your knowledge, correct numbers to
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                    201
 2   NMAC for that review?
 3        A     No, there was a lot of money
 4   that she didn't account for that was
 5   coming in as receivables.  1.4 million to
 6   be exact.  That was an ERC receivable.
 7        Q     Do you know if that also
 8   happened for the profit and loss
 9   statement that was produced and that we
10   looked at earlier from Thomas Jones, do
11   you know if Thomas Jones discovered she
12   did that again for that statement, if you
13   know?
14        A     No, I don't know.
15        Q     Did you file tax returns for
16   Superb Motors?
17        A     I did.
18        Q     Were they timely filed at all
19   times?
20        A     Yes.
21        Q     So there was a tax return
22   filed for 2023, yes?
23        A     Yes.
24        Q     And there was a tax return
25   filed for 2022?
```

```
1                                              202

2          A      Correct.

3          Q      Now, that would be both state

4    and federal, right?

5          A      Correct.

6          Q      Did you ever give those tax

7    returns to Anthony Deo?

8          A      Why would I?

9          Q      I didn't ask you that --

10         A      No.

11         Q      -- I asked you if you ever

12   gave them to Anthony Deo.

13         A      No.

14         Q      Didn't Anthony Deo ask you

15   for the tax returns?

16         A      I don't believe he did.  He

17   asked me for financial statements.

18         Q      And were there discussions

19   between you and Anthony Deo for working

20   capital?

21         A      Several times.

22         Q      Did you ever apply to Ally

23   for a floor plan?

24         A      I think when we first opened

25   Superb I did, I applied to Ally for a
```

```
1                                          203

2   floor plan.

3        Q      That would have been

4   somewhere in the vicinity of 2021?

5        A      '21, correct.

6        Q      Was there any time or

7   occasion that Joshua Aaronson asked you

8   to help him with floor plans?

9        A      I never spoke to Josh

10  Aaronson about any business or knew him

11  before August 14th of 2023.  Never met

12  him, never spoke to him.  Just the only

13  reason we even know each other at this

14  point and talked is because of what

15  happened.

16       Q      Who initiated the

17  conversation on August 14th of 2023?

18       A      Josh called me while I was on

19  my -- on the phone with my attorney.

20       Q      What attorney were you on the

21  phone with?

22       A      Emanuel.

23       Q      As of August 14th of 2023,

24  how long had Mr. Kataev been your

25  attorney?
```

1                                           204

2          A      I don't know how many years.

3    Probably, I mean, he was my labor

4    attorney since I opened, so 2020.

5          Q      I see.

6                 Have you been paying all of

7    your own legal fees for these lawsuits?

8                 MR. KATAEV:  Objection to

9          relevance.

10         A      What I've been able to pay.

11   I mean, I owe Mr. Kataev quite a bit of

12   money.

13         Q      Has anyone else been paying

14   your legal fees?

15         A      No.

16         Q      Do you have any expectation

17   of anyone else paying your legal fees?

18         A      No.

19                MR. KATAEV:  Same objection

20         for this line of questioning.

21         Q      Do you have any idea how many

22   cars were sold by Superb between December

23   1, 2022, and July 31, 2023, do you know

24   how many cars were sold by Superb?

25         A      If I looked at a statement I

*Rich Moffett Court Reporting, Inc.*

205

could tell you.  It wasn't what the
statement said.  There was a lot of cars
that were cancelled that weren't taken
off the statement, but I've done the
accounting at this point, but roughly, I
don't know, an average of 45 a month, so
do the math for -- for those months.

What the statement says, by
the way, is not what actually was sold.

Q     So when you tell me 45 a
month, is that a real number that you
think Superb averaged during those, what
is it, 8 months?

A     No, because it was a lot of
deals that were supposed to be unwound
that cancelled that he left on the
statement to inflate profits.

Q     So the number of car deals
per month at Superb during those 8 months
was less than 45 a month; is that what
you're saying?

A     Once you back out the unwound
deals, yes.

Q     Do you know how many fewer

206

cars per month Superb actually sold?

    A    On average, maybe, if you average them out, seven or eight less for the year, but the majority of that -- those unwound deals were between April and July, so those four months, the average would have been much less than what we actually showed.

    Q    Well, if it was seven or eight deals that got unwound for the year --

    A    No, average per month we said.

    Q    Per month were unwound, but that was for the year, so on average, instead of 45 cars per month, Superb actually only sold about 38 a month; is that right?

    A    Yeah, 37, 38.

    Q    Do you have any idea what the average was per car that Superb was making on those, let's round it to 40 cars a month, do you have any idea what Superb was grossing on 40 cars a month?

*Rich Moffett Court Reporting, Inc.*

```
 1                                      207
 2          A       Including the fraud or what
 3   they were showing?
 4          Q       I am just asking you for
 5   whatever Superb actually took in per car
 6   on average for 40 cars a month, what was
 7   Superb grossing?
 8          A       Negative -- negative 125,000.
 9          Q       Per car?
10          A       No, no, I'm sorry, divided by
11   38 cars.  Each car was about a negative
12   $3,000, I guess.
13          Q       So Superb made no money from
14   December 1, 2022, through and including
15   July 31, 2023; is that correct?
16          A       That's correct, yes.
17          Q       Superb only lost money during
18   that time; is that right?
19          A       Yes.
20          Q       So how was the $200,000 in
21   overhead getting paid every month?
22          A       From cars that were being
23   fraudulently booked through the banks and
24   creating false profits, and you know,
25   they started to unwind a few months
```

```
1                                              208

2    later.  It really all came down to April

3    to July.                    December to

4    March we were covering the way we

5    normally would.  We had -- we had

6    operating capital.  There's a guide for

7    each store.  The manufacturer requires

8    you to have $500,000 in working cap, and

9    every time they do a review or an audit,

10   which is when you're talking about, they

11   look at your guide to see if you're

12   within guide or out of guide, so we kind

13   of burned through that $500,000 through

14   March.  So the next audit was actually in

15   March, and it said we had gone under

16   guide.

17        Q      And the $500,000 that you

18   burned through between December 1st and

19   March, was that the $500,000 that Anthony

20   Deo gave you?

21        A      No, I put in $300,000.  The

22   $500,000 Anthony Deo gave me he lost in

23   profits between December and February.

24        Q      Well, I'm not asking for

25   that.                    Where did the money
```

*Rich Moffett Court Reporting, Inc.*

209

1

2      go that he gave you, did it go right into

3      the business?

4           A      Yeah, well, $300,000 went in

5      as a loan for me.  He gave it to me.  I

6      owned the business, right, he gave it to

7      me, and I put it back into the business

8      as an operating capital.

9           Q      $300,000 it was?

10          A      Correct.

11          Q      What did you do with the

12     other $200,000?

13          A      I don't remember.

14          Q      But you kept it for yourself?

15          A      Yeah, I believe -- well, I

16     had to -- I had to write down the

17     inventory at 6,700,000, I don't remember

18     the exact amount, and I had to pay down

19     the NESNA loan, so that was another

20     300,000 something.  So I didn't keep it,

21     I used it to pay down the debt of the

22     store as agreed with Anthony for him to

23     go into a store that wasn't carrying the

24     overage of all the cars from COVID.  You

25     do remember that, right, that people were

*Rich Moffett Court Reporting, Inc.*

210

paying $25,000 for a $17,000 car because there was no inventory?

Well, Anthony came in, that was towards the tail end of that, I took all those hits, I took all those losses, because it wouldn't have been fair for Anthony to take them, right?  So I took the money, and I bought down all the inventory so he had a fair shot at selling cars and making money.  Does that explain it for you?

Q     Were there any legitimate deals during that time?

A     I'm sure there was.  I mean, we do have clients.

Q     Did the number of leads grow at all when Anthony and Sarah came into that business?

MR. KATAEV:  Objection. Relevance.

A     Well, they grew compared to the couple of prior months.  When -- when I was partners with Bobby Clark, we had a lot of leads coming in, because he had

211

120,000 of marketing going into radio.
Most of those clients were Caribbean, of
Caribbean descent, and we had a ton of
calls and we had a ton of leads, more
than we did after Anthony.  But the few
months prior while we were, you know,
negotiating how Bobby Clark would be --
get out of the business, we really
weren't marketing, we really -- we really
were deciding what we did with the
business.

        Q      Is it possible that when
Sarah began working on leads for Superb,
that there was an average of about 100 a
month, is that possible, when they first
came in?

        A      It's possible.

        Q      Do you know if the leads went
up to $4,000 a month, if you know?

        A      I have no idea.  I know he
generated a lot of leads based on the way
he advertised.

        Q      I think I may have asked you,
but again, I just can't remember --

```
1                                          212
2        A      No worries.
3        Q      -- seeing the forest from the
4   trees sometimes in the middle of these
5   moments.  Did Anthony Deo put any money,
6   other than the $500,000, into Superb?
7                MR. KATAEV:  Objection.
8        Asked and answered.
9        A      As I said, to cover previous,
10  I guess, deficiencies he created by
11  double flooring.
12       Q      For whatever reason, did
13  Anthony Deo put money into Superb, other
14  than the 500,000?
15       A      So I am going to repeat
16  myself.
17       Q      Is that a yes?  It's a
18  yes-or-no question.
19       A      He gave us back the money
20  that we put in for him, so no, I guess
21  the answer is no.  He was paying me back
22  money that we laid out for him.
23       Q      Well, you're talking about
24  nets here, I'm talking about did Anthony
25  Deo cause money to go from some account
```

213

that he controlled back into Superb, yes
or no?

        MR. KATAEV:  Objection.

    Q    And then I'll ask more
questions about that if the answer is
yes.

        MR. KATAEV:  Objection.
Asked and answered.

    A    So --

    Q    Is that yes?

    A    -- two times he put in some
money, yes.

    Q    Do you know how much?

    A    One was 75,000, he took it
right back out.  I mean within, I think,
the same day, so that was one time.  And
the other time, probably around the same,
70 something, if I could remember.  I'm
not 100 percent sure, but I think it was,
like, 70 something thousand.

    Q    Did he write any checks to
himself at Superb?

    A    No, Northshore Motor Leasing
through -- to the Flushing Bank account,

214

which was opened against a TRO, from what
I found out afterwards.  So he wrote
himself a check, and he would cash it
through the Flushing Bank account.

Q       The Flushing Bank account
that was opened you believe was opened in
violation of a TRO?

A       Oh, yeah.

Q       Okay, I understand.

What TRO was that?

A       Gianelli, I believe, right?
And December 14th, '22, to June of '23,
and the bank accounts were open in March.
That seems to fall into that timeframe.

Q       Do you possess the titles and
keys to the injuncted cars?

MR. KATAEV:  Objection.
Relevance.

A       I don't know.  I might.  I
don't know if -- I think the ones that
are leftover maybe NMAC, or they might
have sent it to me.  I don't know.  They
did send me titles to the ones I sold.
They might have sent me some, if not all,

*Rich Moffett Court Reporting, Inc.*

```
1                                    215
2    of the titles of the ones that are
3    injuncted.
4         Q      So those titles are in whose
5    name at this time?
6         A      Superb.
7         Q      Did Anthony Deo give you any
8    tax returns in November of 2022 that
9    showed that he was the owner of
10   Northshore Motors?
11        A      No, he gave me a financial
12   statement.
13        Q      Have you since seen those tax
14   returns?
15        A      Yes.
16        Q      Did he show you any tax
17   returns in November of 2022 that
18   indicated he was the owner of 189
19   Sunrise?
20        A      No.
21        Q      Have you since seen any of
22   those tax returns?
23        A      Yes.
24        Q      And you are aware that those
25   tax returns were filed indicating that
```

*Rich Moffett Court Reporting, Inc.*

216

Anthony Deo is 99 percent owner of both of those companies, did you know that?

    A    I know this case well, so yes.

    Q    So you spoke with the FBI and with the Nassau County Police about this case, right?

        MR. KATAEV:  Objection. Asked and answered.

    A    Yes.

    Q    Were there any other law enforcement agencies that you spoke to besides those two?

        MR. KATAEV:  Objection. Asked and answered.

    A    Internal affairs.

    Q    That's part of Nassau Police Department, right?

    A    Then that's it.  I mean, I guess, district attorney's office.

    Q    When was the last time you spoke to anybody in connection with law enforcement regarding all of this?

    A    November of '24.

*Rich Moffett Court Reporting, Inc.*

1                                                     217

2          Q      So just after the complaint

3     sitting there was filed was the last time

4     you spoke to law enforcement; is that

5     right?

6          A      Correct.

7          Q      Have you reached out to law

8     enforcement since then, since November of

9     '24?

10              MR. KATAEV:  Objection.

11     Vague.

12          A      As far as what?

13          Q      Have you contacted law

14     enforcement since then to discuss this

15     case?

16              MR. KATAEV:  Objection.

17     Vague.

18          A      Yes.

19          Q      But you haven't spoken with

20     them since November of '24, right?

21          A      Correct, I reached out to

22     them and communicated with them, but

23     that's it.

24          Q      You left messages or

25     something that weren't returned; is that

```
1                                           218

2      it?

3           A      Oh, no, asked for more

4      updates and gave them updates.

5           Q      So you have spoken with law

6      enforcement?

7           A      I've communicated with them,

8      yes.  I haven't spoken to them.  Emails.

9      I thought you meant came in and spoke to

10     them.

11          Q      I understand.

12          A      I've updated them.  They

13     don't really talk back.

14          Q      So you have sent information

15     to law enforcement since November of

16     2024; is that right?

17          A      Oh, yes.

18          Q      But you have not heard back

19     from law enforcement since November of

20     '24; is that correct?

21          A      I've heard back from them

22     just, "Thank you for the information."

23          Q      All right, just a perfunctory

24     thank you.  There's been no substantive

25     communications from law enforcement to
```

*Rich Moffett Court Reporting, Inc.*

```
1                                            219
2      you since November of 2024, correct?
3           A       Correct.
4                   MR. KATAEV:  Objection to the
5              line of questioning.
6           Q       So have you told me
7      everything you think that Anthony Deo has
8      done wrong to you today so far, right,
9      that you know of?
10          A       Well, the group, yes.
11          Q       And you have told me
12     everything that you think I've done wrong
13     to you so far today; is that right?
14                  MR. KATAEV:  Objection to
15             this line of questioning.
16          A       We didn't get into specifics,
17     but everything that I've gone through,
18     yes, I think you're all responsible for
19     it.
20          Q       Are there more specifics that
21     you think I have done wrong that you
22     haven't already mentioned?
23          A       I think it's pretty clear in
24     the record all the things that I think
25     the group has done.
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                           220
 2          Q       I'm not asking you that.
 3    Have you told me today with as much
 4    specificity as you can as to what I have
 5    done to you wrong?
 6               MR. KATAEV:  Objection.
 7          Asked and answered.
 8          A       You are part of the group,
 9    and you have knowingly helped them in --
10    and communicated and lied, and I mean, I
11    don't know what else you want me to tell
12    you.  You have a job -- you have a job in
13    the organization, right?
14          Q       Okay.
15          A       And yours, you performed and
16    everybody else has performed their job in
17    this criminal organization that you guys
18    run.
19          Q       You think I have been
20    dishonest in the way I have conducted
21    these cases?
22          A       1,000 percent.
23               MR. KATAEV:  Objection.
24          Q       Is there anything else with
25    specificity that I have done to you
```

```
  1                                    221
  2    besides that?
  3              MR. KATAEV:  Objection.
  4         Asked and answered.
  5         A     You -- you -- you helped the
  6    group do everything that was done to me.
  7    You have a specific role and a job, and
  8    you've done it, and everybody else has
  9    done their job in their role to get us
 10    where we are today.
 11              And you have done it not just
 12    to me, you've done it to Josh, you've
 13    done it to another dealership, and now
 14    you have another open dealership, I'm
 15    sure in a few months that will be the
 16    case, and if not, I know what you put
 17    that poor guy, the landlord, through.
 18    You have another case with him accusing
 19    him of stuff.  I know that the house that
 20    you supposedly owned, you did something
 21    to that poor lady for a half a million
 22    dollars' worth of rent.  Not you, that
 23    one not you specifically, but just I know
 24    there is a lot of stuff that seems to be
 25    -- be what's done.
```

```
1                                           222
2          Q      What I am trying to figure
3     out here is are there any specifics that
4     you know that I did outside of these
5     legal cases to harm you?  That's all I'm
6     asking.
7          A      You facilitated knowingly
8     what -- what has been going on.
9          Q      And you have firsthand
10    knowledge that I knew what Anthony Deo
11    was doing at Superb; is that your
12    position?
13         A      You were -- you were in the
14    dealership, you had an office in my
15    dealership that I didn't know anything
16    about, right?
17         Q      Do you know when that
18    started?
19         A      So you were there for the day
20    to day.
21                Sometime in July.
22         Q      Right, about two weeks before
23    the August 2nd lockout, I was given an
24    office at Superb; is that what you're
25    talking about?
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                         223
 2         A      Do you know when most of the
 3    damage was done?  It was all setup
 4    between April and June, and when
 5    everything was really -- the big damage
 6    was done was all in July.  You were
 7    present at that dealership when most of
 8    the damage was done on the way out the
 9    door.
10         Q      So during those two weeks,
11    you had security footage of when I would
12    be coming and going from that dealership,
13    correct --
14         A      No.
15         Q      -- at that time?
16         A      I -- I -- I didn't say I had
17    security footage.  I just said I know you
18    were there, everybody saw you there,
19    people, salespeople.
20         Q      Weren't there cameras that
21    you said were filming on that property?
22         A      Yes.
23              MR. KATAEV:  Objection.
24         Asked and answered.
25         A      I said I haven't seen them.
```

*Rich Moffett Court Reporting, Inc.*

```
1                                             224
2          Q      But you know right now that
3    in July of 2023 there was camera footage
4    that would have shown exactly how many
5    times I was in and out of that office, do
6    you still have that footage?
7          A      I don't have that footage.
8                 MR. KATAEV:  Objection.
9          Asked and answered.
10         Q      You don't have that footage;
11   is that right?
12         A      Correct.
13         Q      Why is it you don't have that
14   footage?
15                MR. KATAEV:  Objection.
16         A      I have enough testimony of
17   what this case is about, which is
18   stealing of the cars, moving to
19   Northshore, emptying the lots.  I then
20   got -- I wasn't looking for somebody who
21   came in and broke into a car.  I knew it
22   was going on because I had a lot of
23   people working there who saw you, who saw
24   what was going on, who saw the lots being
25   emptied who can testify, every single
```

*Rich Moffett Court Reporting, Inc.*

225

one, can testify who handled the money,

who had access, who took the money to the

bank.  So I need to go look at it on

camera?

      Q    Do you have anyone who has

told you that I took money to a bank?

      A    Again --

      Q    That's a yes-or-no question,

Mr. Urrutia.  Did anyone tell you I was

taking money to a bank?

      A    No, that was Marc.

      Q    Did anyone tell you that I

was modifying cars?

      MR. KATAEV:  Can you please

      let him finish the answer to his

      question?

      Q    Yes or no?

      A    No.

      Q    Has anyone told you that I

was taking money out of your bank

accounts?

      A    No.

      Q    You don't take the position

that I was doing any of those things, do

```
 1                                        226

 2   you?

 3              MR. KATAEV:  Objection.

 4        Q      You just say I was helping

 5   Anthony Deo somehow, right?

 6              MR. KATAEV:  Objection.

 7        A      Again --

 8        Q      That's a yes-or-no question

 9   as well.

10        A      I think I clarified this is a

11   scheme, and you did your part in the

12   scheme.

13        Q      Okay, so --

14        A      There are plenty of checks of

15   my money that went to you.

16        Q      What's "plenty"?  How much is

17   "plenty"?

18        A      I would say, I don't know, an

19   average 10 to 15,000 a month for several

20   months.

21        Q      Ten to fifteen thousand a

22   month for several months I got from

23   Superb Motors; that's your position?

24        A      Not from Superb, from Car

25   Buyers, and every dollar that went into
```

```
1                                              227
2    that account came from Superb.  The money
3    went from Superb in the Flushing Bank
4    account and from the Flushing Bank
5    account directly to Car Buyers and then
6    to you and DLA Capital and everybody
7    else.  I mean, I have the checks, they're
8    signed, this isn't me.
9         Q      Do you think that I know
10   where the money was coming from that went
11   into Car Buyers?
12              MR. KATAEV:  Objection.
13        Q      That's a yes-or-no question.
14   Do you think I knew --
15        A      Again --
16        Q      You don't know, do you?
17        A      I don't know how many times I
18   have to --
19        Q      You don't know if I knew
20   where the money was coming from from Car
21   Buyers, do you?
22        A      No, I don't know.
23        Q      Do you know if I was doing
24   any work for Car Buyers?
25        A      I don't know.  I know you
```

*Rich Moffett Court Reporting, Inc.*

```
1                                              228
2    received a lot of money from them.
3         Q       And that was all prior to
4    August 1st of 2023; is that right?
5         A       Yes.
6         Q       To the best of your
7    knowledge, did I sell any cars at Superb?
8         A       No.
9         Q       Was I involved in any way
10   with car sales at Superb?
11        A       No.
12               MR. THOMASSON:  I am going to
13        take a brief break here for two
14        minutes.  I have to speak with
15        Mr. Deo.
16               MR. KATAEV:  Off the record.
17               (Recess taken.)
18               MR. THOMASSON:  I won't be
19        much longer.
20               MR. KATAEV:  Take all the
21        time you need.
22   BY MR. THOMASSON:
23        Q       Can you please tell me,
24   Mr. Urrutia, how Michael Laurie harmed
25   you?
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                      229
 2        A      Michael Laurie was there from
 3   the first day.  He probably --
 4        Q      From the first day of what?
 5        A      That I met Anthony Deo, first
 6   day.  And he was there, I think, at every
 7   meeting.  Maybe he missed one of the
 8   times I met Anthony, and maybe I met
 9   Anthony all in all, I don't know, seven
10   to ten times, and he was always there.
11   Anthony Deo barely spoke, Laurie did 80
12   percent of the speaking.  He was his
13   concierge, you know.  He advised him, and
14   he was, like, a silent partner.
15              As a matter of fact, I think
16   in several texts it said that he was the
17   one that is going to get him the 500,000.
18   Michael Laurie introduced, I think,
19   Anthony to Flushing Bank.  Michael Laurie
20   raised the first hundred thousand.
21   Michael Laurie is all over the place, and
22   actually, Michael Laurie had a lot of
23   communications, especially in the
24   beginning with us, as far as he was going
25   to be helping, you know, bring this all
```

230

together because he had a vested interest
and that he was Anthony Deo's partner,
and Anthony said he didn't do anything
without Michael Laurie.

Again, it surprised me
because in the beginning I would -- I
would have a meeting and Michael Laurie,
who I didn't even know, was coming to the
first meeting, would pretty much handle
the whole meeting, 80 percent of it.  It
was me and Michael Laurie, and I'm
saying, you know, "I am partnering with
you, right?"  Again, he held his role, I
think he's part of the brains of the
organization that you guys have, and I
think he's -- I think he's been convicted
for stuff like this before too, or at
least was involved in stuff like this
with the banks before.  So you know, I
think he's very, very involved in all of
it.

Q    Have you now told me
everything you know that Michael Laurie
did to harm you?

```
 1                                    231
 2              MR. KATAEV:  Objection.
 3              You can answer.
 4      A       Again, it's everything that
 5   you all have done, right.
 6      Q       I'm just asking you if there
 7   is any specific thing that you haven't
 8   yet told me, is there any specific thing
 9   that you have not yet told me that
10   Michael Laurie did to harm you?  That's a
11   yes-or-no question.
12      A       I guess I have told you
13   everything.
14      Q       Is it true that you have told
15   me everything that you can think of with
16   regard to all of the so-called Deo
17   defendants and the harm that they have
18   caused you, have you told me all of that
19   today?
20              MR. KATAEV:  Objection.
21      A       I mean, there's a lot more in
22   the record.  I have answered the
23   questions you have asked me.
24      Q       Is there any harm that any of
25   us have caused you that you have not
```

```
 1                                          232

 2    already told us about?  That's a

 3    yes-or-no question.

 4         A      I would say no.  I would have

 5    to go through 27 volumes that this case

 6    is to remember every single thing that

 7    I -- I know you've done.  I don't know if

 8    I mentioned all of them at this

 9    particular case.

10         Q      But all that you can think of

11    you did already tell me about today; is

12    that right?

13         A      What I can think of, yes.

14    Yes, there's probably a lot more.

15              MR. THOMASSON:  Okay, I have

16         nothing else to add at this time.

17              MS. RONNEBURGER:  I have some

18         questions for Mr. Urrutia.

19              I think it's probably easiest

20         to share the exhibits if I do the

21         same thing, Emanuel.

22              MR. KATAEV:  Are you asking

23         me to just jump on the Zoom here?

24              MS. RONNEBURGER:  I am trying

25         to do it here.
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                        233
 2              MR. KATAEV:  I'm happy to do
 3         it if you need me to.
 4              Jeff Ruderman, Jeff
 5         Cianciulli, will you have any
 6         questions for the witness?
 7              Okay, I guess not.
 8         *            *            *
 9   EXAMINATION BY
10   MS. RONNEBURGER:
11        Q    Good afternoon, Mr. Urrutia.
12        A    Good afternoon.
13        Q    How are you?
14        A    I'm good.  How are you?
15        Q    My name is Ariel Ronneburger.
16   I am from the law firm Cullen & Dykman,
17   and we represent Flushing Bank in this
18   action.  I have a few questions to ask
19   you today about your claims against
20   Flushing Bank.
21              You had testified earlier
22   that you were working with David
23   Weinstein at Flushing Bank on an
24   application for an account; is that
25   correct?
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                        234
 2          A      Correct.
 3          Q      Did you ever speak to David
 4   Weinstein about Anthony Deo?
 5          A      I did.
 6          Q      What did you say?
 7          A      He asked me if he could share
 8   information with Rob Puccio for the
 9   Superb account, and I told him he could.
10          Q      And who is Rob Puccio, if you
11   know?
12          A      He's a VP, one of the VPs,
13   and the person that was working with
14   Anthony Deo.
15          Q      At Flushing Bank?
16          A      Yes, at Flushing Bank.
17                 MS. RONNEBURGER:  I am going
18          to mark, I guess this is
19          Defendants' Exhibit W, because you
20          had through V, but I wasn't sure
21          where you ended.
22                 MR. KATAEV:  No, his exhibits
23          were references to the exhibits in
24          his complaint.
25                 MS. RONNEBURGER:  Let's make
```

```
1                                        235
2         this Flushing 1.
3              (Flushing Exhibit 1, Text
4         Messages, marked for
5         identification.)
6              MR. KATAEV:  Let's proceed.
7         Q     Mr. Urrutia, have you ever
8    seen this text?
9         A     Yes.
10        Q     Is it the one you were just
11   referencing that we discussed, you said
12   you spoke to him and --
13        A     Yes.
14        Q     Did you ever identify Anthony
15   Deo as your partner to David Weinstein?
16        A     I did.
17        Q     Why?
18        A     Because we -- that was the
19   plan from December.  We never finalized
20   our deal, but we were working towards
21   opening up those two stores and being
22   partners.
23        Q     But according to this text
24   message, you represented to David
25   Weinstein of Flushing that Anthony Deo
```

*Rich Moffett Court Reporting, Inc.*

236

was your partner?

        A        And I understand that, and I
don't think I said he wasn't, but he
wasn't 100 percent owner of Superb,
correct?

        Q        Correct.

        A        So I don't, if you open the
account at 4951, I have no issues.  You
still would have had to ask me about the
majority, correct, so nobody asked me,
and it was opened as 100 percent without
ever asking me.  I knew nothing about
this account.  I started the opening of
the account with David Weinstein.

        Q        So did you ever send David
Weinstein any documents?

        A        Everything.

        Q        Did you personally send David
Weinstein documents?

        A        Bruce Novicky did.  I might
have.  But I did have Bruce Novicky send
my tax returns, my tax returns for all my
businesses, all the operating agreements
for all the stores.  We sent them

237

everything.

Q      Have you seen those emails?

A      Yeah, I've seen everything, including your discovery, which is substantial.

Q      You believe that you produced an operating agreement from Superb to Flushing Bank?

A      I produced, I believe, just the -- the filing receipt, and there's one other piece of paper.  Oh, the filing receipt and the EIN.

Q      What documents do you believe that you gave to David Weinstein?

A      I mean, everything he asked me for to open an account.  I don't remember exactly, because some were LLCs and some were S corporations, so they required different types of documents, but in all of those documents, the only name that appeared was mine.

Q      But you personally may not have provided him with these documents?

A      No, but I was copied on the

```
 1                                          238

 2      email.

 3                MS. RONNEBURGER:  I am going

 4          to mark as Flushing 2 this

 5          document.

 6                (Flushing Exhibit 2, Email

 7          Chain, marked for identification.)

 8                MS. RONNEBURGER:  I just want

 9          to confirm, Flushing Exhibit 1 was

10          produced as Superb 000497 through

11          498.  Flushing 2 was 000491 to

12          000492.

13          Q     Have you seen these emails,

14      Mr. Urrutia?

15          A     I have.

16          Q     Are you copied on these

17      emails?

18          A     These emails, no.

19          Q     What are these emails?

20          A     I think it was request for

21      additional paperwork.

22          Q     It was sent to who?

23          A     To Bruce.

24          Q     And they are from Leslie

25      Cusano at Flushing Bank?
```

*Rich Moffett Court Reporting, Inc.*

```
1                                        239

2          A      Correct.

3          Q      A moment ago you told me you

4    were copied on the emails between

5    Flushing Bank where they were providing

6    documentation; is that correct?

7          A      This is a request, I was

8    copied where we actually sent the

9    documentation, where the tax returns were

10   attached.

11   RQ          MS. RONNEBURGER:  I would ask

12              to the extent those were not

13              produced, that you produce them.

14                  We'll double-check, but to the

15              extent his actual emails from his

16              Gmail were not produced, we would

17              ask to see them.

18                  MR. KATAEV:  Sure.  You'll

19              follow up in writing?

20   RQ          MS. RONNEBURGER:  Yes.

21                  On Flushing 1, this text cuts

22              off mid text.  It says, "I wanted

23              to follow up with you in more

24              detail about our call yesterday.  I

25              sent you an email.  The details are
```

*Rich Moffett Court Reporting, Inc.*

```
1                                          240

2              there.  I also wanted to tell you

3              that you should open a," and then

4              it stops.  We'll follow up in

5              writing, but if you could produce

6              the substance of that email.

7                   MR. KATAEV:  Sure.

8                   MS. RONNEBURGER:  Thank you.

9         A     For which one?

10        Q     It was Flushing 1.  It just

11   cut off mid text.

12                  MS. RONNEBURGER:  I am going

13             to mark this as Flushing 3.  This

14             particular document was produced as

15             Deo 0000487 through 89.

16                  (Flushing Exhibit 3, Email

17             Chain, marked for identification.)

18        Q     I will just give you a couple

19   of moments.

20                  Mr. Urrutia, do you recognize

21   this email?

22        A     I do.

23        Q     On March 30, 2023, you told

24   Robert Deo that you had already started

25   the process a few days ago with Dave
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                            241
 2      Weinstein from the bank, you know him
 3      well; is that correct?
 4                  MR. KATAEV:  You said Robert
 5          Deo.
 6                  MS. RONNEBURGER:  I'm sorry,
 7          Anthony Deo.
 8          A       Yes, I did.
 9          Q       That process refers to the
10      application process we just spoke about?
11          A       Yeah, opening of the
12      accounts.
13          Q       Did you actually complete an
14      application, if you know?
15          A       I know we were very close.  I
16      know it was taking a long time.  I chose
17      at the end not to, but I don't know if we
18      submitted everything.  But around then we
19      started again in August where they were
20      going to actually come out with the
21      dealerships, and the day of or the day
22      before is when I opened the drawer and
23      found all the statements.
24          Q       You knew Dave Weinstein
25      previous to this process?
```

```
 1                                    242
 2        A      I knew -- I knew -- not
 3    before.  Michael Morgan is a good friend
 4    from the car business, and he introduced
 5    me to him, and he said he was wonderful,
 6    that he had a great relationship with
 7    him, so that's where I knew him well,
 8    because Mike Morgan has a great
 9    relationship with him.
10        Q      But you didn't know him well
11    personally?
12        A      No, no.
13            MS. RONNEBURGER:  I am going
14        to turn to what Mr. Thomasson had
15        marked as Exhibit L previously.
16            MR. THOMASSON:  Are we on the
17        first page of that Exhibit?
18            MS. RONNEBURGER:  Yes.
19        Q      It's an email from Anthony
20    Deo sent Monday, April 3, 2023, at 11:45
21    a.m. to Bruce Novicky and to you,
22    Mr. Urrutia.  Do you recall this email?
23        A      I do.
24        Q      In this email it states David
25    Weinstein didn't have any of the
```

*Rich Moffett Court Reporting, Inc.*

243

information for Superb to send over to
Rob.  Previously you had testified that
either you or someone on your behalf had
provided information to Mr. Weinstein,
correct?

     A     Correct.

     Q     Did this surprise you to see
Mr. Deo say this?

     A     It did.

     Q     Did you reach out to
Mr. Weinstein and ask why he didn't have
this information?

     A     I believe he might have sent
me an email and asked me if it was okay
to share again, not just a text, but I
think it was also an email.  And at this
point, I think at some point Anthony Deo
said that he knew people in the bank and
had them in his pocket and could rush it
because I'm going to be opening up a
commercial account, takes forever, you
know, they want, you know, your DNA, your
everything.  And he says, "Well, I know I
have somebody in my pocket, the

244

underwriter and the VP.  You know I can get it done quickly."  And you know, that was a conversation.

I know at some point Bruce called me, he says, "You know Anthony says he still hasn't gotten the information."  I said, "Just send it to him."  But again, it's a filing receipt and some other pieces.  I know it was two pieces of paper.  It isn't -- I know there is a Know Your Customer, right, especially with the amounts of money we're talking about.  Going through the accounts, I mean, I didn't think that was something that was created, which is Anthony opening an account as 100 percent owner without me knowing and having full control of.

Q    Well, to that point you have stated that you didn't know Anthony was opening an account; however, did you, in response to these emails from Anthony, forward him the information he was asking for?

245

     A     I didn't, but I think Bruce
might have.

     Q     Why was Anthony, Mr. Deo,
provided with that information?

     A     Because we thought he could
maybe move the opening of the accounts
along just because.

     Q     Did you ever open an account
with Flushing Bank?

     A     I didn't.

     Q     But you understood Mr. Deo to
be working on opening an account with
Flushing Bank?

     A     I did.

     Q     Did you ever follow up with
him on that?

     A     No, because I chose not to.

     Q     Why?

     A     So we were with Chase Bank,
and at one point I was buying another
dealership, and an investor came in and
gave us money, and they froze the
account, I mean, for, like, a few days,
which in a car dealership, if you could

246

1

2  imagine.

3          Q      I understand.

4          A      So they had questions about

5  the investor.  Turned out the investor

6  was a Chase customer, and I was upset

7  because it caused my dealerships a lot of

8  problems.  I'm like, "Dude, we got to

9  move another account."  Because Chase,

10  you know, is -- is -- is very strict in a

11  lot of this stuff, and that caused a lot

12  of issues.  So that's the reason I chose

13  to even look at another bank.

14              I told Mike Morgan, Mike is

15  like, "You should try Flushing.  We have

16  a great relationship, they're phenomenal.

17  They do all of my business."  And so

18  that's when I reached out to Dave and I

19  said, "Listen, you know I want to open

20  all the bank accounts."  I resolved the

21  issue with Chase, and then I chose not to

22  open the accounts and stay with Chase.

23          Q      Did you convey that to

24  Mr. Deo?

25          A      I don't think so.

*Rich Moffett Court Reporting, Inc.*

```
1                                          247

2          Q      Did you tell him not to open

3     an account with Flushing Bank?

4          A      Bruce told him we weren't

5     opening accounts anymore.

6          Q      Do you know when Bruce told

7     him that?

8          A      I believe, like, right at the

9     very beginning of April.

10         Q      If you know, would that have

11    been a written communication --

12         A      Would that be --

13         Q      -- or spoken, if you know?

14         A      I'm not 100 percent sure, but

15    I think I have seen an email or some

16    communication where it says don't, you

17    know, what I told Bruce, you know, maybe

18    even David, you know, we're not going to

19    go forward with opening the accounts.  It

20    might have been David actually I told

21    that to.

22         Q      Did you at any point, upon

23    learning of the opening of the Flushing

24    account, reach out to Flushing Bank?

25         A      I did, the very day.
```

```
 1                                  248

 2        Q      Do you know what date about

 3   that was?

 4        A      The 9th, August 9th, I

 5   believe.

 6        Q      Who did you reach out to?

 7        A      Dave Weinstein.

 8        Q      What did he say?

 9        A      He forwarded me everything he

10   had on the accounts within minutes.  I

11   called him, I told him what happened.

12   He -- you could tell he was thrown off by

13   it, because we were working on opening

14   accounts, including Superb, and I was,

15   I'm like, "You're making me go through

16   all these circles."  Meaning, while you

17   didn't tell me there was a Superb account

18   opened, and he, like, stuttered.  I said,

19   "I need everything that you have on that

20   account."  And he did, he sent me

21   everything.  He sent me the signature

22   cards, he sent me the -- all of the

23   statements.  I got them from -- I believe

24   I have them in an email directly from

25   him.
```

1                                           249

2          Q       If you know, did Flushing

3    Bank take any action on those accounts

4    after that?

5          A       Yeah, they started, you know.

6    I only know what you sent in discovery

7    what internally happened.  Within a

8    couple of days it seemed like David was,

9    like, you know, didn't -- I mean,

10   obviously, it created a lot of issues for

11   him, and all of a sudden, he didn't want

12   to talk anymore.  But you know, after

13   that it was all discovery.

14         Q       Did you reach out to Mr. Deo

15   at that time?

16         A       No, I stopped talking to Deo

17   on the 3rd, after what I saw he left

18   behind, you know.

19         Q       August 3rd?

20         A       August 3rd is when I found

21   out, yeah, that he had robbed us blind.

22         Q       2023?

23         A       Yeah, yeah.

24         Q       Do you currently have any

25   accounts with Flushing Bank?

*Rich Moffett Court Reporting, Inc.*

```
1                                           250
2          A       I don't.
3                  MS. RONNEBURGER:  Flushing 4.
4                  (Flushing Exhibit 4, Text
5          Message, marked for
6          identification.)
7                  MS. RONNEBURGER:  Just for
8          the record, this was produced as
9          Superb 000122.
10         A       Okay.
11         Q       Mr. Urrutia, have you seen
12    this text message?
13         A       I have.
14         Q       If you know, who was this
15    text message directed to?
16         A       This was Anthony Deo sending
17    it to Bruce Novicky.
18         Q       In this email, and I think
19    you spoke about it before, the text, it
20    says, "I have my personal banker ready to
21    open the Superb accounts with Flushing
22    Bank.  He will get me a 500,000k line,
23    also."  Did you ever ask Mr. Deo anything
24    about this representation?
25         A       That he could get the
```

*Rich Moffett Court Reporting, Inc.*

251

500,000, no.  He might have spoken to
Bruce, but not me.

    Q    Did you tell him he could not
open an account for Superb Motors?

    A    No, I didn't.  I didn't tell
him he could.

    Q    Well, here he stated to Bruce
Novicky, "I have my personal banker ready
to open the accounts for Flushing.  He
will get me a 500k line, also."

    A    Okay.

    Q    Did this raise any concern
for you?

    A    No, David Weinstein was
offering me the same thing.  He told me
if I wanted a $500,000 line of credit,
that he could get me one.

    Q    But you did not tell Mr. Deo
he could not do this?

    A    I didn't ask him to open a
500,000 line, nor did I open -- ask him
to open a bank account.

    Q    When did you first become
aware of this text message, if you know?

```
 1                                         252
 2        A       Sometime in April probably.
 3        Q       April 2023?
 4        A       Yeah, Bruce -- I don't know
 5   that I saw the text as much as he called
 6   me.  Bruce called me and said, "Hey,
 7   Anthony says he's got people at the bank
 8   that can move it along, and he can get us
 9   a $500,000 line."  So I might have said,
10   "If you can get them, then send them
11   the," what do you call, "the receipt."
12   Whatever, filing receipt, the whatever,
13   the paperwork.
14            Again, all of that would have
15   been if he could get it done with David
16   is a bank, he knows all of the
17   information from my dealerships.  It
18   wasn't, "Open a bank account for Anthony
19   Deo at 100 percent ownership," you
20   understand.  It's not -- it's not --
21   nowhere is it even close to being said
22   anywhere to go ahead and open the account
23   and be 100 percent owner.
24        Q       But you did not object to
25   Mr. Deo speaking to Flushing Bank
```

*Rich Moffett Court Reporting, Inc.*

```
1                                      253
2   directly?
3        A      To ask to rush the process,
4   yes.
5        Q      Did you ask to be copied on
6   those communications?
7        A      No.
8        Q      Would you generally ask to be
9   copied on communications?
10       A      Bruce would normally copy me
11  on anything important.
12       Q      So if Bruce, as we spoke
13  about, would copy you on providing
14  information to the bank, you did not ask
15  Mr. Deo to copy you on providing
16  information to the bank?
17       A      No, at that time Bruce and
18  Anthony were really working more together
19  than me.  I -- I got more involved
20  towards the end of the month as we
21  started to figure out where these
22  dealerships were going to end up, but I
23  mean, Bruce was my chief operating
24  officer, and you know, anything that he
25  thought he needed to check, he did.  But
```

```
 1                                          254
 2   some stuff, simple stuff, he didn't
 3   always communicate it until the decision
 4   was made.  Right, "Hey, we got a bank
 5   account ready to go."
 6              "Oh, okay, open it.  Oh, you
 7   know what, don't open it," right, or,
 8   "I'm taking a $500,000 loan."
 9              "Okay, send me the
10   paperwork," or, "Take the loan.  Don't
11   take the loan."
12       Q     Do you know if Bruce ever had
13   any communications with Anthony Deo about
14   the account at this time?
15       A     I didn't think it was to this
16   extent, right.  It wasn't anything --
17   anything further than this.  It wasn't,
18   Go ahead open it.  Go ahead take the
19   loan, you know.
20              And certainly, Anthony never
21   communicated to him or me that he did
22   open it.  That would be the next part of
23   it, okay.  So we're trying to open an
24   account, Anthony has somebody that can
25   help him move it along.  At some point,
```

*Rich Moffett Court Reporting, Inc.*

255

"Hey, the accounts are open."  Where is
that email?  Where is that text?  It
never happened.

        Q      Before you said you stopped
opening these accounts because you
resolved the issue with Chase Bank.  You
may have said this.  I'm sorry.  Do you
know when about you resolved that issue
with Chase Bank?

        A      Probably towards the very end
of March.  The transaction, you know,
three days again in dealerships shutting
down a bank account is a little
nerve-wracking, so I wanted to have
almost a second option.

              But then, you know, last
minute it was starting to get difficult,
it was starting to be a process.  I said
just -- just let it go.

              And -- and on top of that, we
decided not to buy the dealership that we
were going to buy, so I gave back the
money to the investor.  I'm -- I moved on
with life.

*Rich Moffett Court Reporting, Inc.*

```
 1                                          256
 2          Q       Well, you resolved it in
 3   March 2023?
 4          A       Yeah.
 5          Q       This text is dated March
 6   31st.
 7          A       Yeah, between March and
 8   April.  There is an APA.  I was going to
 9   buy Route 22 Nissan, I have an APA.  You
10   know, last minute I decided not to.  We
11   were -- we were in -- in the middle of a
12   purchase and somebody else came in with,
13   I guess, a better offer, and I saw the
14   opportunity to actually back out of the
15   deal because I -- I thought we were
16   taking on too much.
17          Q       And you believe it was
18   conveyed to Anthony at this time that you
19   no longer needed the Flushing Bank
20   account?
21          A       I believe Bruce did, yes.
22          Q       In April or March of 2023?
23          A       Correct.
24          Q       But you still continued to
25   provide him with information after that
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                          257
 2   time, or that was previous to that?
 3        A       No, the last information that
 4   was sent to Anthony was probably around
 5   the 2nd or the 3rd, which was that paper
 6   which -- which David already had.
 7        Q       That was prior to the issue
 8   being resolved with Chase?
 9        A       I'm sorry?
10        Q       That was before the issue was
11   resolved with Chase?
12        A       I don't remember if the issue
13   was resolved before or after.  It was
14   around the same time.  But again, I -- I
15   wanted a second option because, you know,
16   I ran very large dealerships, and we
17   always had two banks, you know, just in
18   case.  There was -- opening up a
19   commercial bank account is not an easy
20   thing.
21               And as a matter of fact, it
22   surprised me a lot to see how quickly and
23   easily he was able to open it by just
24   sending a quick text to Rob Puccio and
25   saying, "Hey, I need to open a bank
```

*Rich Moffett Court Reporting, Inc.*

258

account for Superb Motors," showing
himself as a 100 percent CEO when he just
provided you with a personal financial
statement mentioning no ownership,
nothing about Superb, all these other
assets that don't exist, the $10 million
in homes or 3 million in mortgages, and
in no mention in that BFS of any -- any
ownership for Superb.

But he sent one email to Rob
Puccio to if he could open the account,
and within a couple of days he had an
account opened.  I had been working on it
for over a week.

Q     Is this email you're
referring to you saw in discovery, or is
this something you saw previous to this
action?

A     It's both.  Yeah, it is in
the discovery actually.

Q     But did you see any
communications between Anthony Deo and
Rob Puccio during the timeframe of March
2023 to April 2023?

259

```
 1
 2      A      Yes.
 3      Q      What were those
 4   communications?
 5      A      Anthony Deo telling Rob
 6   Puccio that he needed the account from
 7   Superb opened, and later on he said, "I
 8   need two more accounts, a credit card
 9   account and a distribution account,"
10   which I guess they finally opened them in
11   July, thank goodness, because if not I
12   would have lost all my credit card money
13   going into any bank account as well.
14      Q      But were you copied on any
15   communications with Mr. Deo sending
16   information to Flushing Bank?
17      A      No.  I only saw that through
18   discovery.
19            Honestly, your discovery --
20      Q      Did you -- I'm sorry.
21      A      -- your discovery was
22   phenomenal.  You sent me a lot of stuff I
23   didn't know that could help me put a lot
24   of this stuff together.
25      Q      In this text message, this is
```

*Rich Moffett Court Reporting, Inc.*

260

something you spoke about, it says, "Bro,
this guy and the credit underwriter are
in my pocket.  Get me the info and 2021
taxes and I'll bring it home."  Now, I
understand this was not sent to you, but
if you know, who was he referring to,
"this guy"?

        A     I -- I -- I mean, this guy, I
would understand from everything I saw in
discovery, but this is an assumption,
would be Rob Puccio.  I don't know who
the underwriter would be, but obviously,
he got a $500,000 loan, and all due
respect, with all your discovery, on
March 31st, at this same time you
internally communicated that Anthony Deo
is being sued for millions of dollars for
representing that he owns another
dealership.  The guy says, "I'm going to
look deeper into this," which if he did,
he would have known there's a TRO and
that he shouldn't have been able to open
bank accounts for Northshore and Sunrise,
even less get a $500,000 loan in that

261

company name, and yet you did.  There was
no problem, it continued.  At that point
you still had $400,000 of that money
sitting in the account that I'm sure
you've lost at this point, you could have
recouped it, but nothing, it just
continued.  So obviously, he did have
some really good relationships in the
bank, because again, I was ready to leave
Chase because with a long-standing
relationship with them, they switched me
off in a heartbeat because something came
up that they didn't like, right, from an
investor, not even me.  So it was just
very...

    Q    So knowing all of this, what
you just said about Anthony Deo, you
allowed him to communicate with the bank
to open up an account on behalf of your
company?

    A    I didn't know that.

    MR. KATAEV:  Objection.

    A    I didn't find this out until
after August.  I thought Anthony Deo was

*Rich Moffett Court Reporting, Inc.*

```
 1                                          262
 2      a nice guy, honestly.  I was moving
 3      forward as soon as he got his license to
 4      go finish our deal and become partners
 5      with him.
 6              I knew nothing about Anthony
 7      Deo's criminal activity, and please, read
 8      all my emails -- I mean my texts, which
 9      are on the record.  The guy is a
10      sweetheart.  You meet him, you'd swear
11      he's the nicest guy.  He's the con man
12      charisma guy of the group, but I didn't
13      find out Anthony Deo was who he was until
14      he robbed me blind.
15              And I've been in the car
16      business for 39 years, 30-something
17      years, never been in court once, nothing.
18      I ran the biggest dealerships in the
19      Northeast, and in four months he
20      dismantled my business and everything I
21      ever worked for.  That's how good he is.
22              Now he's done it to somebody
23      else, but I didn't find this out until
24      after the fact, just so we're clear.
25          Q     When did you learn that
```

263

Anthony Deo made this representation that
he believed that he had these people at
Flushing Bank on his side?

    A    In his pocket?

    Q    Yes.

    MR. KATAEV:  Objection.
Asked and answered.

    A    Probably, again, he told it
to Bruce.  Bruce called me and said,
"Listen, Anthony says he can get this
thing opened up," and I said, "Okay, get
it done."  I mean...

    Q    You didn't ask Anthony about
it personally?

    A    No.

    Q    You didn't have any
discussions with him?

    A    No.  To open a bank account,
no, I did not.

    Q    Did you have any direct
conversations with Mr. Deo about the
Flushing Bank account, or was it all
through Bruce?

    A    It was Bruce, and again, it

```
1                                              264

2      was just help of what we had started.

3                 MS. RONNEBURGER:  I don't

4           have anything else.

5                 MR. KATAEV:  I have one quick

6           line of questioning I'd like to

7           clear up, Mr. Urrutia.

8              *              *              *

9      EXAMINATION BY

10     MR. KATAEV:

11         Q     Mr. Urrutia, who were the

12     only people that you know of at Flushing

13     that could have opened the bank account?

14         A     Myself and Bruce.

15         Q     Who were the only people that

16     worked for Flushing Bank that could have

17     opened the bank account for Superb?

18                MS. RONNEBURGER:  Objection.

19          It's speculation.

20                MR. KATAEV:  He can answer.

21         A     Honestly, I thought David

22     Weinstein, and then Rob Puccio, it seemed

23     like he had a higher title, right,

24     because I think David Weinstein says

25     Branch VP, and I think Puccio has a
```

*Rich Moffett Court Reporting, Inc.*

265

higher title, so I assumed that he was a
little bit higher.  That was it.  But I
thought one of those two was going to get
the account opened.

Q    Focusing on David Weinstein,
did you have direct communications with
him at any point about opening an account
for Superb with Flushing?

A    Yes.

Q    In your communications with
David Weinstein, did you tell him who
owned Superb?

A    Yes.

Q    What did you tell him?

A    That I owned Superb, and then
later on I told him that Deo was -- was
my partner.

Q    Did you specify percentages?

A    No, but everything that --
that he had only showed me that he was
100 percent, because Deo was never on the
taxes, Deo was never added to stock
certificates.  There's no operating
agreement.  There is nothing, other than

266

the original cross-purchase agreement.

Q    Moving to Rob Puccio, did you
have any communications with Mr. Puccio?

A    No, I never spoke to him.

Q    To your knowledge, is there
anyway that Mr. Puccio could have known
that you are an owner of Superb?

A    Yes, when David Weinstein
sent him an email telling him that he was
opening the Superb account -- that he was
opening up all my other accounts and that
he could help open the Superb account,
but he mentioned that as a partner.  I
don't remember the exact wording, but
that we were -- we were partners on the
Superb account.

Q    Are you referring to that as
an email communication?

A    Yes, email communication.

Q    And to your knowledge and
your memory, who was on that email
communication?

A    It was David Weinstein and
Robert Puccio.

```
1                                              267

2          Q        Were you on that email?

3          A        No.

4          Q        In that email communication,

5   did David Weinstein tell Rob Puccio who

6   the owners of Superb were or who the

7   owners of Superb was?

8                    MS. RONNEBURGER:  Objection.

9          If he knows.

10         Q        In the email that you

11  reviewed, did David Weinstein tell Rob

12  Puccio who the owner of Superb was or who

13  the owners of Superb were?

14         A        I believe he put it almost as

15  we were partners.  That was, if I

16  remember the exact -- I can't tell you

17  the exact wording, but that we were

18  partners.

19         Q        Why are you saying that

20  Flushing committed wrongdoing against you

21  and Superb in this case?

22         A        Because they opened a bank

23  account as a 100 percent owner for

24  somebody that, other than a filing

25  certificate that I had sent and having
```

268

all the -- all the evidence -- evidence

that I was the owner of Superb, they

opened an account without ever telling

me.

     Q    To your knowledge and belief,

did Robert Puccio know that you were an

owner of Superb?

     A    100 percent.

     MR. KATAEV:  I have no

     further questions.

     MS. RONNEBURGER:  I have one

     question.

     *          *          *

FURTHER EXAMINATION BY

MS. RONNEBURGER:

     Q    In one of the documents we

looked at it specifically stated that

David Weinstein did not have any

documents from Flushing Bank, so why do

you believe that David Weinstein knew

that you were an owner of Superb Motors?

     A    I told him.  He had asked me

about this $500,000 loan that, I guess,

you guys, or Flushing Bank, was giving

*Rich Moffett Court Reporting, Inc.*

269

out like candy, and I sent him my tax
returns, personal, where Superb is
listed.  I sent them the tax returns for
Superb.  I sent them the tax returns for
my other businesses, and you -- you've
given them to me in discovery.

        Q     But you did, as you
testified, identify Mr. Deo as your
partner in Superb Motors to David
Weinstein in a text message; is that
correct?

        A     Yes.

        Q     And you just stated you never
clarified the percentages of ownership;
is that correct?

        A     It --

        Q     Yes or no?

        A     Yes.

              MS. RONNEBURGER:  I have no
        further questions.

              MR. THOMASSON:  I have a
        follow up.

              *           *           *

*Rich Moffett Court Reporting, Inc.*

```
1                                              270

2     FURTHER EXAMINATION BY

3     MR. THOMASSON:

4          Q     Do you know if Anthony Deo

5     was informed at any time by anyone that

6     you had informed Flushing Bank that he

7     was your partner?

8          A     I'm sorry, I didn't

9     understand the question.

10               MR. KATAEV:  Please repeat

11          that.

12          Q     You told Flushing Bank that

13     Anthony Deo was your partner, correct?

14          A     Yes.

15          Q     Do you know if Anthony Deo

16     was told that you told Flushing Bank he

17     was your partner?

18               MR. KATAEV:  Objection to

19          form.

20          A     I don't know that.

21          Q     You don't know if he was or

22     he wasn't?

23          A     If he was told?

24          Q     Yes.  For example, would it

25     have been in an email that you told
```

*Rich Moffett Court Reporting, Inc.*

271

Flushing Bank that he was your partner,
was Anthony Deo on that email, if you
know?

        A       No, I didn't have that
communication.  It was David Weinstein,
and again, this was from Flushing
discovery, told Puccio that I had -- I
had okayed the opening of -- I don't
remember the exact wording.  For Anthony
to help open the account or something,
that he was my partner, and he was
opening up the other three accounts, and
-- and after that I stopped, and the
account was opened and the other ones
were not, and I was never notified,
nobody ever told me.

        Q       And you did at that time
consider Anthony Deo to be your partner?
When you told the bank that he was your
partner, did you consider him to be your
partner?

                MR. KATAEV:  Objection.

        A       I -- I thought we soon would
be closing on the Sunrise and Northshore.

*Rich Moffett Court Reporting, Inc.*

```
 1                                      272
 2     I was waiting for the license, and I went
 3     into this partnership with Anthony in
 4     good faith.  I did want him to be my
 5     partner from what I knew.
 6           Q     So --
 7           A     But we never did.
 8           Q     All right, but I just want to
 9     understand, because it's not clear on the
10     record.  I want to make sure it is.
11                 When you told Flushing Bank
12     that he was your partner, did you
13     consider him to be your partner at that
14     time?
15                 MR. KATAEV:  Objection.
16           Speculation.  Calls for a
17           conclusion.
18           A     Not yet.
19           Q     Not yet?
20           A     Not yet.  Again, we were
21     opening an account.
22           Q     When you told Flushing Bank
23     that he was your partner, what did you
24     mean?
25           A     He was -- he was, I mean,
```

*Rich Moffett Court Reporting, Inc.*

273

1

2      that was the idea, in that he was going

3      to be my partner, right.

4           Q      That he was going to be a

5      part owner of Superb; is that right?

6           A      Yes.

7           Q      So when you told Flushing

8      Bank that he was your partner, were you

9      trying to suggest though Flushing Bank he

10     was a part owner of Superb?

11               MR. KATAEV:  Objection.

12          A      No, I was just trying to use

13     the person that he knew to see if he

14     could help us move along the opening of

15     the account.

16          Q      But he was not your partner

17     at the time that you told Flushing Bank

18     he was your partner?

19               MR. KATAEV:  Objection.

20          A      No, we never finalized an

21     operating agreement.  I -- we never

22     transferred stock certificates, and we

23     never got operating agreements from him.

24               MR. THOMASSON:  I have

25          nothing else at this time.

*Rich Moffett Court Reporting, Inc.*

274

MR. KATAEV:  Jeff Ruderman, Jeff Cianciulli, any questions for the witness?  Speak now or forever hold your peace.

MR. RUDERMAN:  None for me.

MR. CIANCIULLI:  I have no questions.

MR. KATAEV:  Thank you.

(Time noted:  3:37 p.m.)

275

A C K N O W L E D G M E N T

STATE OF NEW YORK  )
                                      :ss
COUNTY OF              )


          I, ROBERT ANTHONY URRUTIA, hereby

certify that I have read the

transcript of my testimony taken under

oath in my deposition of

January 8, 2026; that the transcript

is a true, complete and correct record

of my testimony, and that the answers

on the record as given by me are true

and correct.




                    _____

                    ROBERT ANTHONY URRUTIA



Signed and subscribed to before
me, this              day
of                    , 2026.


_____
Notary Public, State of New York

*Rich Moffett Court Reporting, Inc.*

```
 1                                            276

 2     ----------------I N D E X-------------------

 3     WITNESS          EXAMINATION BY            PAGE

 4     R.A. URRUTIA   MR. THOMASSON          5, 270

 5                    MS. RONNEBURGER     233, 268

 6                    MR. KATAEV               264

 7     MOTION:  PAGE:   71

 8     --------------DOCUMENT REQUEST--------------

 9     PAGE:    239  Emails from Mr. Urrutia's

10                   Gmail account

11             239  Complete text from Flushing

12                  Exhibit 1

13     -----------------EXHIBITS-------------------

14     DEFENDANTS'                         FOR I.D.

15         J      Email Chain                  62

16         K      Superb Motors Inc. Statement

17                of Profit and Loss,

18                January 1, 2023 through

19                May 31, 2023                 91

20         L      Email Chain with attached    97

21         V      Text Messages               116

22     FLUSHING                            FOR I.D.

23         1      Text Messages               235

24         2      Email Chain                 238

25         3      Email Chain                 240
```

*Rich Moffett Court Reporting, Inc.*

277

----------- I N D E X (Cont'd)----------------

----------EXHIBITS (Continued)-------------

FLUSHING                                    FOR I.D.

    4      Text Message                     250


                (Counsel retained exhibits.)

```
1                                              278

2                 C E R T I F I C A T E

3
     STATE OF NEW YORK  )
4                       ) ss.:
     COUNTY OF NASSAU   )

5

6            I, Diana Mitchell, a Notary

7       Public within and for the State of New

8       York, do hereby certify:

9            That ROBERT ANTHONY URRUTIA, the

10      witness whose deposition is

11      hereinbefore set forth, was duly sworn

12      by me and that such deposition is a

13      true record of the testimony given by

14      such witness.

15           I further certify that I am not

16      related to any of the parties to this

17      action by blood or marriage; and that I

18      am in no way interested in the outcome

19      of this matter.

20           IN WITNESS WHEREOF, I have

21      hereunto set my hand this 14th day of

22      January, 2026.

23

24                       Diana Mitchell
                  - - - - - - - - - - - - - - - - - - - - -
25                       DIANA MITCHELL
```

*Rich Moffett Court Reporting, Inc.*

## $

**$1,200** [2] - 73:2, 193:2
**$10** [1] - 258:7
**$10,000** [6] - 120:22, 121:9, 121:13, 121:18, 122:13, 122:17
**$100,000** [3] - 10:5, 46:23, 132:23
**$120,000** [3] - 10:5, 73:15, 73:21
**$17,000** [1] - 210:2
**$2,000** [1] - 73:11
**$20** [1] - 85:7
**$200,000** [3] - 196:16, 207:20, 209:12
**$238,000** [1] - 77:10
**$25,000** [1] - 210:2
**$250,000** [1] - 182:14
**$3,000** [1] - 207:12
**$300,000** [5] - 160:20, 168:14, 208:21, 209:4, 209:9
**$4,000** [1] - 211:20
**$40,000** [1] - 121:11
**$400,000** [1] - 261:4
**$450,000** [1] - 160:8
**$500,000** [19] - 61:2, 159:21, 159:24, 164:19, 166:23, 167:4, 196:22, 208:8, 208:13, 208:17, 208:19, 208:22, 212:6, 251:17, 252:9, 254:8, 260:14, 260:25, 268:24
**$600,000** [1] - 160:15
**$700,000** [1] - 156:25
**$800,000** [2] - 167:23, 168:4
**$850,000** [3] - 168:7, 169:5, 170:4

## '

**'21** [5] - 124:21, 125:2, 127:10, 199:16, 203:5
**'22** [18] - 8:11, 9:10, 9:21, 10:19, 11:16, 34:20, 42:20, 42:21, 59:2, 60:9, 60:23, 61:4, 125:5, 125:14, 125:16, 162:9, 168:25, 214:13
**'23** [22] - 12:19, 12:21, 13:10, 20:4, 34:21,

40:18, 40:21, 42:14, 46:6, 63:14, 63:18, 63:21, 80:13, 80:14, 80:18, 94:23, 103:19, 117:19, 118:15, 122:4, 152:21, 214:13
**'24** [11] - 11:17, 50:18, 61:24, 108:25, 109:6, 109:8, 109:23, 216:25, 217:9, 217:20, 218:20

## 0

**0000487** [1] - 240:15
**000122** [1] - 250:9
**000491** [1] - 238:11
**000492** [1] - 238:12
**000497** [1] - 238:10

## 1

**1** [14] - 61:14, 91:13, 153:10, 198:19, 204:23, 207:14, 235:2, 235:3, 238:9, 239:21, 240:10, 276:12, 276:18, 276:23
**1,000** [1] - 220:22
**1,200** [2] - 193:8, 193:11
**1.4** [1] - 201:5
**10** [6] - 178:21, 184:3, 184:23, 186:17, 226:19
**10,000** [1] - 163:22
**100** [18] - 75:16, 75:17, 125:17, 129:16, 159:14, 178:16, 211:15, 213:20, 236:5, 236:12, 244:17, 247:14, 252:19, 252:23, 258:3, 265:22, 267:23, 268:9
**100s** [1] - 196:13
**10170-0002** [1] - 2:20
**102** [5] - 86:5, 145:11, 147:12, 148:7
**104** [1] - 86:5
**10:00** [1] - 1:21
**10th** [4] - 36:10, 37:11, 37:17, 112:4
**11423-2327** [1] - 2:8
**11553** [1] - 3:11
**116** [1] - 276:21
**11793** [1] - 3:6

**11:45** [1] - 242:20
**12** [6] - 62:20, 147:22, 147:23, 184:3, 184:24, 186:17
**120,000** [1] - 211:2
**1239** [1] - 1:8
**125,000** [1] - 207:8
**13** [6] - 19:22, 25:17, 97:14, 145:20, 147:20
**1339** [1] - 3:18
**14** [1] - 97:12
**14th** [5] - 203:11, 203:17, 203:23, 214:13, 278:21
**15** [1] - 178:21
**15,000** [1] - 226:19
**150** [2] - 175:10, 193:11
**150,000** [1] - 160:12
**1580** [1] - 1:7
**1581** [1] - 1:6
**1591** [1] - 1:7
**15th** [1] - 25:6
**16** [3] - 145:20, 147:6, 147:7
**1632** [1] - 1:7
**18** [2] - 147:6, 147:7
**18211** [1] - 2:7
**189** [8] - 1:4, 1:17, 2:12, 47:25, 48:7, 53:12, 189:2, 215:18
**18th** [1] - 111:8
**19107** [1] - 3:19
**1992** [2] - 124:3, 124:6
**1:05** [1] - 191:17
**1:15** [1] - 191:12
**1:52** [1] - 63:8
**1st** [9] - 34:20, 38:6, 38:11, 156:12, 194:10, 194:12, 194:18, 208:18, 228:4

## 2

**2** [16] - 83:24, 89:3, 97:21, 107:16, 110:15, 148:5, 170:25, 175:3, 182:13, 182:18, 198:18, 238:4, 238:6, 238:11, 276:24
**2,000** [2] - 64:17, 69:3
**20** [3] - 7:16, 123:23, 178:8
**200** [3] - 64:18, 175:10, 177:7
**2000s** [1] - 124:8

**2003** [2] - 94:20, 95:2
**200s** [1] - 196:14
**2018** [1] - 56:22
**2020** [6] - 48:16, 48:22, 123:21, 124:13, 127:9, 204:4
**2021** [2] - 203:4, 260:4
**2022** [25] - 17:2, 133:9, 133:13, 134:10, 159:24, 160:5, 162:15, 164:21, 166:3, 166:17, 167:7, 167:23, 168:4, 168:21, 168:24, 171:9, 173:6, 173:21, 199:18, 199:20, 201:25, 204:23, 207:14, 215:8, 215:17
**2023** [54] - 12:25, 25:6, 25:14, 38:6, 38:11, 65:9, 67:3, 88:12, 89:3, 91:13, 91:14, 92:5, 94:22, 94:25, 97:22, 98:6, 115:17, 143:10, 143:17, 143:20, 148:5, 151:4, 151:10, 151:24, 152:18, 153:3, 153:10, 154:9, 158:24, 159:3, 159:21, 164:6, 181:15, 198:3, 198:7, 201:22, 203:11, 203:17, 203:23, 204:23, 207:15, 224:3, 228:4, 240:23, 242:20, 249:22, 252:3, 256:3, 256:22, 258:25, 276:18, 276:19
**2024** [3] - 116:14, 218:16, 219:2
**2025** [2] - 108:23, 119:2
**2026** [4] - 1:20, 275:11, 275:23, 278:22
**206,000** [1] - 76:20
**20th** [3] - 107:5, 148:2, 186:20
**22** [1] - 256:9
**23** [2] - 1:9, 2:18
**2320** [1] - 2:19
**233** [1] - 276:5
**235** [1] - 276:23
**238** [1] - 276:24

**239** [2] - 276:9, 276:11
**240** [1] - 276:25
**25** [4] - 60:6, 123:18, 123:24, 148:24
**250** [2] - 175:10, 277:5
**2519** [1] - 1:8
**264** [1] - 276:6
**268** [1] - 276:5
**27** [1] - 232:5
**270** [1] - 276:4
**27th** [2] - 40:19, 40:20
**2:15** [1] - 192:15
**2:23-cv-6188** [1] - 1:10
**2nd** [3] - 75:2, 222:23, 257:5

## 3

**3** [8] - 63:7, 100:12, 174:22, 240:13, 240:16, 242:20, 258:8, 276:25
**3,000** [3] - 72:24, 193:7, 193:11
**30** [8] - 81:2, 81:4, 84:12, 86:16, 90:2, 144:23, 178:12, 240:23
**30-something** [2] - 86:14, 262:16
**300** [3] - 174:7, 175:3, 177:7
**300,000** [2] - 182:11, 209:20
**31** [4] - 91:14, 204:23, 207:15, 276:19
**31st** [2] - 256:6, 260:16
**3280** [1] - 3:5
**333** [2] - 1:19, 3:10
**36** [1] - 86:6
**37** [1] - 206:20
**38** [4] - 68:9, 206:18, 206:20, 207:11
**39** [1] - 262:16
**3:37** [1] - 274:10
**3rd** [10] - 106:2, 118:7, 118:9, 138:23, 138:24, 156:13, 249:17, 249:19, 249:20, 257:5

## 4

**4** [9] - 63:7, 92:13, 93:17, 104:19, 104:20, 143:10, 250:3, 250:4, 277:5
**40** [7] - 73:10, 174:7, 175:25, 176:3,

206:23, 206:25, 207:6
**400** [2] - 174:7, 174:22
**420** [1] - 2:19
**43** [9] - 86:12, 86:18, 87:4, 145:15, 147:8, 147:11, 148:3, 148:14, 148:16
**446** [2] - 1:8, 2:17
**45** [4] - 205:7, 205:11, 205:21, 206:17
**49** [3] - 157:16, 166:12, 166:18
**4951** [1] - 236:9
**498** [1] - 238:11

## 5

**5** [5] - 83:18, 100:13, 160:14, 182:17, 276:4
**50** [4] - 121:11, 175:25, 176:3, 193:10
**500** [2] - 3:18, 174:4
**500,000** [8] - 159:16, 160:22, 182:10, 182:12, 212:14, 229:17, 251:2, 251:22
**500,000k** [1] - 250:22
**500k** [1] - 251:11
**59** [3] - 147:11, 147:12, 147:16

## 6

**6** [1] - 209:17
**62** [1] - 276:15
**65,000** [1] - 31:4
**650** [1] - 169:4

## 7

**7** [1] - 174:6
**70** [4] - 73:9, 193:11, 213:19, 213:21
**700** [1] - 156:22
**700,000** [1] - 209:17
**71** [1] - 276:7
**75,000** [1] - 213:15
**76** [2] - 1:8, 2:17

## 8

**8** [5] - 1:20, 174:21, 205:14, 205:20, 275:11
**80** [2] - 229:11, 230:11
**83** [1] - 86:6

**89** [2] - 86:6, 240:15
**8th** [1] - 25:5

## 9

**91** [1] - 276:19
**92** [1] - 86:5
**94** [1] - 86:6
**97** [1] - 276:20
**981,000** [1] - 169:2
**99** [2] - 61:13, 216:2
**9th** [3] - 77:9, 248:4

## A

**a.m** [2] - 1:21, 242:21
**AARONSON** [1] - 1:5
**Aaronson** [9] - 2:14, 35:7, 54:4, 61:13, 133:25, 161:11, 171:17, 203:7, 203:10
**Aaronsons** [1] - 46:17
**Abbott** [4] - 100:16, 104:21, 110:21, 111:13
**ability** [4] - 5:24, 89:2, 89:6, 139:11
**able** [15] - 6:4, 23:10, 30:19, 87:13, 87:15, 144:16, 148:3, 149:5, 150:24, 153:6, 164:2, 200:14, 204:10, 257:23, 260:23
**absentee** [1] - 162:4
**absolutely** [15] - 28:14, 35:2, 44:23, 48:3, 49:21, 54:17, 54:18, 59:3, 91:2, 92:8, 109:14, 134:24, 140:9, 141:2, 161:12
**Absolutely** [1] - 159:14
**abuse** [1] - 161:13
**accept** [1] - 90:23
**access** [7] - 39:9, 39:12, 74:2, 74:7, 115:22, 137:22, 138:4, 190:20, 225:3
**according** [2] - 143:13, 235:23
**Account** [1] - 98:2
**account** [101] - 38:19, 52:23, 53:5, 55:20, 74:12, 74:16, 77:7, 77:23, 78:8, 82:12, 98:7, 98:9, 98:10, 99:3, 99:10, 99:22,

99:24, 100:4, 100:9, 117:10, 117:12, 122:24, 123:2, 141:15, 142:3, 142:6, 142:9, 143:2, 143:7, 143:12, 143:19, 146:2, 148:4, 156:7, 156:8, 156:11, 156:14, 156:19, 157:8, 165:24, 182:13, 201:4, 212:25, 213:25, 214:5, 214:6, 227:2, 227:4, 227:5, 233:24, 234:9, 236:9, 236:14, 236:15, 237:17, 243:22, 244:17, 244:22, 245:9, 245:13, 245:24, 246:9, 247:3, 247:24, 248:17, 248:20, 251:5, 251:23, 252:18, 252:22, 254:5, 254:14, 254:24, 255:14, 256:20, 257:19, 258:2, 258:12, 258:14, 259:6, 259:9, 259:13, 261:5, 261:20, 263:19, 263:23, 264:13, 264:17, 265:5, 265:8, 266:11, 266:13, 266:17, 267:23, 268:4, 271:11, 271:15, 272:21, 273:15, 276:10
**accountant** [3] - 30:8, 72:18, 132:9
**accounted** [4] - 147:17, 147:20, 147:21, 156:15
**accounting** [25] - 30:7, 41:3, 41:13, 43:7, 46:2, 65:6, 65:11, 65:16, 66:8, 66:23, 67:3, 67:8, 69:8, 69:12, 70:20, 73:13, 94:8, 94:9, 94:11, 94:14, 145:5, 151:17, 155:18, 181:14, 205:6
**accounts** [54] - 31:11, 31:20, 31:21, 32:2, 32:5, 52:8, 52:18, 53:2, 67:8, 74:2, 74:4, 74:8, 76:17, 76:23, 77:2, 77:3,

77:15, 78:7, 82:15, 113:19, 115:9, 115:16, 115:20, 116:3, 137:23, 138:4, 141:7, 142:13, 142:20, 142:24, 151:3, 151:9, 182:23, 214:14, 225:22, 241:12, 244:15, 245:7, 246:20, 246:22, 247:5, 247:19, 248:10, 248:14, 249:3, 249:25, 250:21, 251:10, 255:2, 255:6, 259:8, 260:24, 266:12, 271:13
**accurate** [5] - 92:7, 93:20, 96:6, 148:13, 157:3
**accusing** [1] - 221:18
**ACH** [4] - 75:19, 77:10, 165:23, 182:10
**action** [5] - 62:21, 233:18, 249:3, 258:19, 278:17
**activity** [1] - 262:7
**actual** [2] - 94:9, 239:15
**add** [5] - 92:19, 94:6, 147:12, 196:11, 232:16
**added** [6] - 92:23, 92:24, 93:2, 93:4, 98:18, 265:23
**additional** [1] - 238:21
**address** [3] - 5:12, 5:13, 50:8
**addressed** [1] - 73:24
**admin** [1] - 78:14
**administer** [1] - 4:17
**advance** [5] - 160:16, 165:8, 168:12, 168:16, 168:20
**advertise** [1] - 10:4
**advertised** [1] - 211:23
**advertising** [3] - 10:5, 94:2, 160:9
**advised** [1] - 229:13
**affairs** [3] - 28:20, 29:8, 216:17
**Affairs** [2] - 28:21, 28:25
**affected** [1] - 170:18
**afford** [1] - 121:12
**afternoon** [2] -

233:11, 233:12
**afterwards** [3] - 69:5, 175:22, 214:3
**agencies** [1] - 216:13
**agency** [1] - 28:16
**aggregate** [3] - 169:24, 198:17, 198:21
**ago** [7] - 7:14, 7:16, 123:19, 123:20, 123:24, 239:3, 240:25
**agree** [5] - 16:22, 58:4, 71:6, 105:15, 138:16
**AGREED** [3] - 4:3, 4:9, 4:14
**agreed** [5] - 27:10, 158:3, 164:13, 164:14, 209:22
**agreement** [17] - 32:11, 55:4, 55:6, 84:12, 102:2, 104:8, 126:11, 164:17, 168:14, 169:4, 170:23, 176:14, 176:17, 237:8, 265:25, 266:2, 273:21
**agreements** [12] - 32:20, 33:4, 54:22, 55:17, 55:18, 55:22, 56:2, 56:6, 56:11, 109:20, 236:24, 273:23
**ahead** [5] - 21:25, 114:2, 252:22, 254:18
**alarm** [1] - 87:22
**Alex** [7] - 126:21, 126:22, 126:23, 126:24, 129:14, 129:19, 129:21
**alive** [1] - 112:10
**ALIVIA** [1] - 3:24
**allege** [1] - 182:5
**alleged** [1] - 147:13
**alleging** [1] - 131:17
**allowed** [8] - 32:9, 32:14, 74:9, 79:3, 82:7, 90:3, 138:14, 261:19
**Ally** [2] - 202:22, 202:25
**almost** [3] - 126:19, 255:16, 267:14
**alone** [2] - 21:24, 138:13
**ALSO** [1] - 3:23
**Alysia** [17] - 40:5,

40:8, 40:16, 41:4, 41:25, 42:13, 42:16, 42:24, 43:2, 43:20, 44:2, 44:9, 45:2, 64:3, 68:22, 200:19, 200:20
**ALYSIA** [1] - 40:15
**Alysia's** [1] - 40:7
**amount** [9] - 78:19, 92:22, 92:24, 145:19, 158:9, 159:18, 175:22, 175:23, 209:18
**amounts** [1] - 244:13
**AND** [3] - 4:2, 4:8, 4:13
**angry** [3] - 44:24, 72:9, 72:16
**answer** [20] - 42:10, 50:11, 66:11, 71:12, 72:7, 79:8, 86:25, 88:22, 89:9, 95:18, 113:25, 133:8, 133:17, 135:11, 212:21, 213:6, 225:16, 231:3, 264:20
**answered** [16] - 45:20, 71:11, 113:21, 130:15, 144:20, 152:7, 212:8, 213:9, 216:10, 216:16, 220:7, 221:4, 223:24, 224:9, 231:22, 263:8
**answering** [1] - 65:19
**answers** [1] - 275:13
**ANTHONY** [7] - 1:4, 1:11, 1:23, 3:23, 275:7, 275:19, 278:9
**Anthony** [187] - 2:6, 5:10, 8:9, 11:20, 11:24, 12:4, 13:24, 14:18, 14:20, 15:24, 16:21, 16:25, 25:10, 29:14, 29:15, 34:6, 34:9, 34:11, 34:13, 34:21, 41:5, 41:10, 41:21, 53:24, 54:5, 54:9, 58:23, 63:16, 63:21, 68:11, 71:7, 73:3, 73:25, 74:11, 76:16, 77:18, 77:22, 78:4, 78:23, 79:25, 82:8, 85:23, 85:25, 86:9, 92:11, 98:20, 100:3, 101:20, 104:25, 106:13, 113:6, 119:24, 120:15, 120:20,

121:13, 121:17, 122:13, 125:10, 130:7, 130:21, 132:4, 135:22, 136:22, 138:20, 140:7, 144:17, 144:22, 144:24, 147:3, 147:17, 148:8, 149:6, 149:13, 150:3, 157:9, 157:12, 158:16, 158:24, 159:4, 159:5, 159:19, 159:20, 159:23, 160:17, 162:20, 163:7, 164:18, 166:4, 166:18, 166:23, 167:10, 169:3, 169:10, 171:11, 172:22, 173:5, 173:6, 173:20, 174:11, 175:16, 176:16, 177:8, 181:6, 181:12, 182:5, 184:2, 185:17, 185:22, 186:6, 186:7, 186:11, 186:17, 186:25, 187:19, 188:4, 188:14, 189:22, 190:20, 194:6, 195:25, 196:2, 199:25, 202:7, 202:12, 202:14, 202:19, 208:19, 208:22, 209:22, 210:4, 210:8, 210:18, 211:6, 212:5, 212:13, 212:24, 215:7, 216:2, 219:7, 222:10, 226:5, 229:5, 229:8, 229:9, 229:11, 229:19, 230:3, 230:4, 234:4, 234:14, 235:14, 235:25, 241:7, 242:19, 243:18, 244:6, 244:17, 244:21, 244:23, 245:4, 250:16, 252:7, 252:18, 253:18, 254:13, 254:20, 254:24, 256:18, 257:4, 258:23, 259:5, 260:17, 261:18, 261:25, 262:6, 262:13, 263:2, 263:11, 263:14,

270:4, 270:13, 270:15, 271:3, 271:10, 271:19, 272:3
**Anthony's** [4] - 14:14, 17:17, 41:8, 152:5
**anyway** [1] - 266:7
**APA** [2] - 256:8, 256:9
**apologize** [1] - 118:10
**appeared** [2] - 71:24, 237:22
**application** [6] - 37:21, 48:24, 107:12, 233:24, 241:10, 241:14
**applications** [2] - 36:24, 183:12
**applied** [5] - 114:14, 114:21, 115:9, 116:3, 202:25
**apply** [1] - 202:22
**applying** [2] - 34:22, 38:3
**appreciate** [1] - 91:3
**approval** [3] - 13:22, 14:7, 111:24
**approve** [3] - 77:24, 138:20, 139:5
**approved** [13] - 48:25, 54:4, 61:12, 78:20, 112:9, 112:12, 112:22, 138:10, 138:15, 138:25, 139:3, 139:15, 139:19
**April** [30] - 12:19, 40:4, 40:18, 70:15, 75:20, 97:22, 98:5, 142:10, 143:10, 143:17, 143:20, 143:23, 154:15, 154:18, 154:21, 156:5, 156:12, 157:21, 165:22, 206:6, 208:2, 223:4, 242:20, 247:9, 252:2, 252:3, 256:8, 256:22, 258:25
**argumentative** [11] - 52:5, 54:16, 57:14, 58:6, 75:12, 79:7, 96:13, 134:17, 137:11, 138:19, 139:9
**arguments** [1] - 108:8
**Ariel** [1] - 233:15
**ARIEL** [1] - 3:12
**arm** [1] - 131:5
**arrange** [1] - 165:14
**Asad** [1] - 2:15

**ASAD** [1] - 1:6
**assertion** [2] - 47:24, 48:2
**asset** [1] - 109:19
**assets** [1] - 258:7
**assign** [3] - 57:17, 58:13, 186:7
**assigned** [3] - 53:24, 58:9, 58:23
**assignment** [1] - 114:4
**assist** [2] - 105:4, 168:5
**assisting** [1] - 153:17
**associated** [2] - 128:22, 133:24
**Association** [1] - 7:7
**assume** [3] - 33:7, 137:4, 175:5
**assumed** [4] - 127:20, 127:21, 128:14, 265:2
**assumes** [5] - 58:19, 66:10, 88:15, 141:19, 155:11
**assuming** [2] - 16:2, 184:3
**assumption** [4] - 75:9, 93:6, 95:13, 260:11
**assumptions** [1] - 93:3
**attached** [6] - 49:12, 96:10, 97:9, 116:16, 239:10, 276:20
**attempt** [1] - 143:2
**attempted** [1] - 143:12
**attended** [1] - 22:18
**attention** [2] - 29:18, 150:21
**attorney** [15] - 32:20, 32:23, 33:3, 44:22, 45:8, 49:10, 72:17, 90:21, 90:23, 134:3, 134:8, 203:19, 203:20, 203:25, 204:4
**attorney's** [1] - 216:21
**attorneys** [3] - 4:3, 27:10, 33:7
**Attorneys** [4] - 2:4, 2:12, 3:9, 3:15
**auction** [2] - 148:19, 148:20
**audit** [9] - 140:21, 188:2, 188:5, 188:7, 188:9, 188:19, 188:25, 208:9, 208:14
**audits** [2] - 188:15, 189:6

**August** [26] - 34:20, 38:6, 38:11, 75:2, 77:9, 89:3, 106:2, 118:7, 118:8, 127:9, 138:22, 138:24, 142:7, 142:14, 148:5, 156:13, 203:11, 203:17, 203:23, 222:23, 228:4, 241:19, 248:4, 249:19, 249:20, 261:25
**authority** [11] - 102:18, 114:4, 139:17, 139:20, 139:24, 140:18, 173:7, 185:14, 185:23, 186:2, 190:6
**authorization** [13] - 33:24, 34:4, 34:7, 34:10, 34:14, 78:11, 78:13, 78:23, 79:4, 81:12, 111:10, 190:25, 194:15
**authorizations** [3] - 78:10, 78:16, 115:24
**authorize** [7] - 79:2, 79:3, 93:16, 110:25, 139:12, 139:18, 191:5
**authorized** [21] - 4:16, 34:15, 74:17, 74:18, 75:19, 79:10, 82:18, 100:11, 101:23, 102:14, 113:9, 138:17, 139:7, 140:11, 141:16, 163:8, 163:11, 163:17, 163:21, 189:19, 189:22
**authorizing** [1] - 90:22
**Auto** [8] - 2:5, 2:13, 2:16, 2:18, 56:8, 132:21, 133:19
**AUTO** [11] - 1:4, 1:5, 1:6, 1:7, 1:7, 1:8, 1:8, 1:9, 1:17
**automatically** [3] - 173:13, 173:17, 190:3
**AUTOMOTIVE** [1] - 1:14
**Automotive** [1] - 7:4
**available** [1] - 37:17
**Avenue** [2] - 2:7, 2:19
**average** [10] - 205:7, 206:3, 206:4, 206:8, 206:13, 206:16, 206:22, 207:6, 211:15, 226:19

averaged [1] - 205:13
averaging [1] - 193:7
aware [7] - 95:4, 98:5, 111:15, 133:10, 166:2, 215:24, 251:25

## B

baby [3] - 13:6, 13:9, 13:10
backdate [1] - 58:17
bad [1] - 170:17
baffled [1] - 47:22
balance [1] - 169:2
balances [1] - 93:15
Bank [47] - 3:9, 55:19, 56:13, 56:15, 98:7, 99:8, 213:25, 214:5, 214:6, 227:3, 227:4, 229:19, 233:17, 233:20, 233:23, 234:15, 234:16, 237:9, 238:25, 239:5, 245:10, 245:14, 245:20, 247:3, 247:24, 249:3, 249:25, 250:22, 252:25, 255:7, 255:10, 256:19, 259:16, 263:4, 263:23, 264:16, 268:20, 268:25, 270:6, 270:12, 270:16, 271:2, 272:11, 272:22, 273:8, 273:9, 273:17
bank [60] - 31:11, 31:20, 31:21, 32:2, 32:5, 38:19, 38:22, 52:8, 52:18, 52:22, 53:2, 53:4, 70:22, 74:4, 115:16, 115:20, 137:23, 138:4, 141:7, 141:15, 141:17, 141:23, 142:20, 142:23, 142:24, 151:9, 151:12, 176:24, 182:22, 182:25, 183:16, 214:14, 225:4, 225:7, 225:11, 225:21, 241:2, 243:19, 246:13, 246:20, 251:23, 252:7, 252:16, 252:18, 253:14, 253:16, 254:4,

255:14, 257:19, 257:25, 259:13, 260:24, 261:10, 261:19, 263:19, 264:13, 264:17, 267:22, 271:20
BANK [2] - 1:16, 1:17
banker [2] - 250:20, 251:9
banks [8] - 132:11, 176:12, 182:20, 182:22, 183:23, 207:23, 230:20, 257:17
bare [1] - 57:25
barely [1] - 229:11
BARON [3] - 1:5, 1:6, 1:6
Baron [6] - 2:14, 2:15, 2:16, 9:2, 9:4, 60:16
based [9] - 48:25, 66:16, 84:11, 84:24, 115:22, 155:8, 161:6, 195:24, 211:22
bathroom [1] - 32:12
battles [1] - 41:21
battling [2] - 41:7
BDC [1] - 13:18
became [8] - 14:4, 32:16, 59:9, 129:19, 129:23, 166:5, 166:9, 166:18
become [15] - 55:7, 105:12, 106:5, 126:24, 127:2, 127:5, 128:9, 129:15, 157:22, 160:16, 160:19, 161:5, 165:6, 251:24, 262:4
becoming [1] - 157:16
before.. [1] - 157:5
began [6] - 12:18, 13:12, 46:4, 134:8, 157:21, 211:14
begin [1] - 85:20
beginning [4] - 13:4, 13:8, 59:23, 97:19, 105:24, 118:13, 157:19, 157:23, 163:23, 174:12, 194:18, 229:24, 230:7, 247:9
behalf [4] - 90:24, 111:3, 243:4, 261:20
behind [7] - 26:17, 41:3, 41:19, 47:12, 84:25, 165:20, 249:18

belief [1] - 268:6
belongs [1] - 106:8
below [1] - 182:25
best [4] - 16:23, 194:17, 200:24, 228:6
better [3] - 10:13, 162:4, 256:13
between [25] - 4:3, 9:16, 17:8, 34:20, 41:4, 41:15, 68:10, 102:6, 111:13, 112:24, 113:5, 161:10, 164:10, 187:18, 194:21, 198:16, 202:19, 204:22, 206:6, 208:18, 208:23, 223:4, 239:4, 256:7, 258:23
BFS [1] - 258:9
big [5] - 121:16, 132:17, 168:12, 193:12, 194:3, 223:5
bigger [1] - 77:13
biggest [1] - 262:18
bill [1] - 185:3
bills [3] - 50:22, 82:24, 184:18
bit [3] - 135:7, 204:11, 265:3
blame [2] - 144:17, 181:6
blamed [1] - 120:2
Blankenship [11] - 14:10, 14:12, 29:5, 29:8, 29:20, 30:25, 31:13, 33:10, 136:23, 186:21, 187:3
BLANKENSHIP [1] - 1:12
blind [2] - 249:21, 262:14
blood [1] - 278:17
blow [1] - 158:12
Blvd [1] - 2:16
BLVD [6] - 1:6, 1:7, 1:7, 1:8
Bobby [5] - 125:9, 125:10, 125:12, 210:24, 211:8
book [5] - 56:23, 57:16, 57:18, 58:3, 58:9
booked [1] - 207:23
bothered [3] - 67:16, 67:18, 68:12
bottom [3] - 104:20, 107:17, 110:16

bought [15] - 18:14, 102:4, 125:11, 173:11, 174:22, 174:24, 175:3, 175:18, 177:15, 187:14, 187:17, 189:24, 190:4, 193:25, 210:9
Boulevard [2] - 1:19, 3:10
bouncing [1] - 194:21
brains [2] - 132:5, 230:15
Branch [1] - 264:25
brand [1] - 150:22
break [5] - 110:11, 132:8, 191:10, 191:15, 228:13
Brian [1] - 2:14
BRIAN [1] - 1:5
brief [2] - 110:11, 228:13
briefly [1] - 119:12
bring [11] - 10:3, 10:7, 14:21, 21:13, 22:24, 68:4, 68:6, 116:2, 200:13, 229:25, 260:5
bringing [1] - 14:3
brings [1] - 60:5
Bro [1] - 260:2
broke [2] - 47:12, 224:21
Brooklyn [1] - 146:11
brought [5] - 14:15, 14:23, 15:3, 15:6, 17:23
Bruce [83] - 17:10, 18:4, 40:5, 40:24, 42:18, 77:18, 79:19, 80:6, 81:14, 81:16, 82:7, 98:21, 99:18, 100:16, 104:23, 107:17, 110:21, 111:14, 112:24, 113:5, 121:23, 122:2, 138:10, 138:16, 138:21, 138:24, 139:3, 139:4, 139:11, 139:14, 139:20, 140:7, 140:10, 140:11, 150:2, 150:4, 150:5, 150:7, 150:12, 150:16, 152:12, 152:14, 152:19, 153:2, 153:13, 153:17, 154:8, 172:20, 172:25, 185:15,

185:17, 188:12, 188:13, 188:18, 189:16, 189:19, 236:21, 236:22, 238:23, 242:21, 244:5, 245:2, 247:4, 247:6, 247:17, 250:17, 251:3, 251:8, 252:4, 252:6, 253:10, 253:12, 253:17, 253:23, 254:12, 256:21, 263:10, 263:24, 263:25, 264:14
building [3] - 158:15, 159:9, 159:13
Building [1] - 3:17
built [2] - 176:8, 176:9
bunch [3] - 85:24, 142:8, 175:18
burned [2] - 208:13, 208:18
business [33] - 9:4, 9:12, 9:25, 11:21, 11:25, 12:5, 13:20, 30:3, 32:15, 45:22, 46:4, 70:24, 81:20, 81:23, 93:16, 106:25, 107:15, 108:5, 128:13, 129:4, 131:18, 160:23, 203:10, 209:3, 209:6, 209:7, 210:19, 211:9, 211:12, 242:4, 246:17, 262:16, 262:20
business's [1] - 75:17
businesses [6] - 49:8, 51:11, 139:21, 169:15, 236:24, 269:6
but.. [3] - 27:22, 47:22, 138:6
butting [1] - 41:19
buttons [1] - 145:4
buy [19] - 8:22, 39:13, 122:25, 125:12, 128:3, 146:15, 158:10, 159:13, 160:12, 173:6, 173:12, 173:23, 175:20, 176:25, 198:12, 255:22, 255:23, 256:9
buyer [3] - 173:3, 173:12, 173:13
BUYERS [1] - 1:12
Buyers [14] - 135:5, 135:9, 135:18,

135:19, 135:21, 135:22, 136:3, 136:4, 226:25, 227:5, 227:11, 227:21, 227:24
**Buyers'** [1] - 117:10
**buying** [9] - 41:15, 157:12, 157:15, 158:15, 159:9, 172:23, 172:24, 183:11, 245:21
**buys** [1] - 190:5
**BY** [13] - 2:9, 2:21, 3:12, 3:20, 5:17, 22:15, 192:19, 228:22, 233:9, 264:9, 268:15, 270:2, 276:3

## C

**camera** [2] - 224:3, 225:5
**cameras** [4] - 24:3, 87:23, 88:4, 223:20
**Canada** [1] - 176:9
**cancelled** [4] - 155:25, 184:15, 205:4, 205:17
**candy** [1] - 269:2
**cap** [1] - 208:8
**Capital** [1] - 227:6
**capital** [5] - 160:20, 168:8, 202:20, 208:6, 209:8
**CAPITAL** [1] - 1:15
**Car** [15] - 117:10, 135:5, 135:9, 135:18, 135:19, 135:21, 135:22, 136:2, 136:4, 196:4, 226:24, 227:5, 227:11, 227:20, 227:24
**CAR** [1] - 1:12
**car** [54] - 9:12, 9:19, 18:8, 72:25, 73:2, 81:19, 83:8, 83:9, 120:20, 121:10, 121:11, 121:14, 121:15, 121:17, 121:18, 121:25, 122:8, 122:9, 122:14, 122:16, 127:13, 136:4, 136:20, 136:25, 149:10, 161:7, 164:2, 173:11, 173:13, 177:4, 177:15, 183:11,

183:14, 183:21, 184:15, 193:3, 193:7, 193:16, 193:20, 193:24, 198:25, 205:19, 206:22, 207:5, 207:9, 207:11, 210:2, 224:21, 228:10, 242:4, 245:25, 262:15
**card** [2] - 259:8, 259:12
**cards** [1] - 248:22
**care** [1] - 132:7
**cared** [1] - 145:9
**Caribbean** [6] - 9:23, 10:15, 195:22, 195:24, 211:3, 211:4
**carrying** [1] - 209:23
**cars** [154] - 20:6, 23:12, 23:13, 23:24, 24:19, 24:22, 25:25, 26:4, 33:23, 34:4, 34:7, 34:10, 38:17, 39:2, 39:5, 39:13, 39:16, 59:25, 73:7, 73:9, 75:5, 83:22, 85:24, 85:25, 86:9, 86:12, 86:14, 86:16, 86:18, 86:19, 87:4, 87:11, 87:13, 101:16, 101:20, 101:23, 102:3, 102:4, 102:11, 102:14, 102:15, 102:19, 106:4, 122:15, 122:25, 123:2, 123:3, 123:4, 131:16, 133:3, 140:16, 144:15, 144:17, 145:6, 145:11, 145:12, 145:15, 146:16, 146:25, 147:2, 147:11, 147:12, 147:16, 148:3, 148:8, 148:18, 148:24, 149:4, 149:8, 171:20, 172:23, 173:6, 173:7, 173:17, 173:20, 173:23, 174:7, 174:22, 174:24, 175:3, 175:8, 175:10, 175:12, 175:15, 175:19, 175:25, 176:3, 176:4, 176:8, 176:15, 177:2, 177:3, 177:7, 177:9,

177:21, 178:21, 178:22, 179:6, 179:14, 182:15, 183:19, 183:24, 183:25, 184:6, 184:11, 184:20, 184:24, 185:10, 185:15, 186:2, 186:9, 186:14, 186:17, 186:22, 187:7, 187:18, 189:23, 189:24, 190:4, 190:17, 190:19, 193:10, 193:25, 196:25, 197:6, 197:10, 197:13, 197:18, 197:22, 198:12, 198:15, 199:2, 199:3, 199:6, 199:10, 204:22, 204:24, 205:3, 206:2, 206:17, 206:24, 206:25, 207:6, 207:11, 207:22, 209:24, 210:11, 214:17, 224:18, 225:14, 228:7
**CARS** [2] - 1:13, 1:13
**case** [29] - 15:5, 16:7, 26:8, 48:13, 56:4, 56:8, 56:20, 57:5, 60:4, 62:7, 69:10, 69:19, 71:16, 71:22, 80:7, 82:6, 82:8, 130:17, 216:4, 216:8, 217:15, 221:16, 221:18, 224:17, 232:5, 232:9, 257:18, 267:21
**Case** [1] - 1:10
**cases** [3] - 184:14, 220:21, 222:5
**cash** [26] - 31:4, 31:7, 31:10, 31:14, 31:17, 31:19, 33:11, 33:13, 33:14, 87:11, 120:23, 140:16, 140:25, 141:4, 141:6, 141:13, 145:22, 146:17, 146:20, 147:4, 148:19, 156:5, 182:11, 183:4, 214:4
**catchup** [1] - 181:18
**caused** [10] - 48:14, 50:23, 85:18, 120:5, 130:6, 187:20,

231:18, 231:25, 246:7, 246:11
**causing** [1] - 69:11
**Cayer** [7] - 40:8, 69:11, 69:20, 71:16, 71:22, 72:12, 200:20
**CAYER** [1] - 40:9
**Center** [1] - 13:20
**central** [1] - 41:24
**CEO** [1] - 258:3
**certain** [5] - 31:16, 78:19, 108:6, 141:5, 145:19
**certainly** [2] - 93:15, 254:20
**certificate** [9] - 49:7, 56:22, 57:11, 58:2, 98:13, 99:18, 106:25, 107:15, 267:25
**certificates** [12] - 24:25, 54:21, 55:5, 56:18, 57:16, 57:22, 58:10, 58:11, 58:17, 58:22, 265:24, 273:22
**certification** [1] - 4:6
**certify** [3] - 275:8, 278:8, 278:15
**CFO** [11] - 41:24, 41:25, 42:5, 42:6, 42:13, 52:22, 52:25, 53:3, 53:9, 150:12, 150:18
**Chabrier** [1] - 2:14
**CHABRIER** [1] - 1:5
**Chain** [8] - 62:11, 97:9, 238:7, 240:17, 276:15, 276:20, 276:24, 276:25
**change** [1] - 23:8
**changed** [5] - 23:9, 86:7, 146:14, 163:24, 181:21
**changeovers** [1] - 66:13
**changing** [1] - 41:17
**charge** [3] - 144:8, 149:23, 150:4
**charisma** [1] - 262:12
**CHASE** [1] - 1:17
**Chase** [12] - 142:13, 182:14, 245:20, 246:6, 246:9, 246:21, 246:22, 255:7, 255:10, 257:8, 257:11, 261:11
**check** [19] - 25:19, 36:17, 74:23, 80:4,

80:5, 80:10, 80:15, 81:13, 81:20, 81:22, 82:2, 82:3, 82:4, 136:12, 138:21, 214:4, 239:14, 253:25
**checked** [2] - 36:2, 37:2
**checks** [53] - 15:19, 15:25, 16:18, 33:13, 33:14, 53:11, 74:16, 74:19, 76:17, 76:21, 77:21, 77:24, 79:10, 79:11, 79:12, 79:15, 79:25, 80:5, 80:8, 80:21, 80:25, 81:3, 81:4, 81:15, 81:17, 81:19, 82:9, 82:11, 135:16, 135:19, 136:2, 136:8, 138:9, 138:17, 138:23, 138:25, 139:4, 139:5, 139:6, 139:12, 139:14, 139:18, 139:24, 140:2, 140:5, 163:10, 163:16, 164:13, 182:14, 213:22, 226:14, 227:7
**Cherrywood** [1] - 46:19
**Chestnut** [1] - 3:18
**chief** [5] - 107:19, 113:11, 139:22, 140:6, 253:23
**choice** [1] - 41:22
**choose** [2] - 32:17, 157:4
**chose** [4] - 241:16, 245:18, 246:12, 246:21
**chronologically** [1] - 63:5
**CIANCIULLI** [5] - 3:20, 21:15, 22:5, 22:9, 274:7
**Cianciulli** [4] - 21:8, 21:11, 233:5, 274:3
**circles** [1] - 248:16
**circumstances** [1] - 8:18
**claim** [3] - 99:6, 140:14, 162:19
**claims** [2] - 182:16, 233:19
**clarified** [2] - 226:10, 269:15
**clarify** [2] - 50:13, 144:21

**Clark** [5] - 125:9, 125:10, 125:13, 210:24, 211:8
**clean** [2] - 108:11, 145:10
**clear** [5] - 161:4, 219:23, 262:24, 264:7, 272:9
**clearing** [1] - 146:23
**clearly** [1] - 21:20
**client** [1] - 45:10
**clients** [2] - 210:16, 211:3
**close** [9] - 9:18, 66:23, 109:18, 109:22, 117:20, 117:24, 200:14, 241:15, 252:21
**closed** [12] - 109:21, 109:23, 118:8, 162:18, 164:12, 167:20, 168:10, 180:12, 193:21, 199:23, 199:25, 200:7
**closer** [1] - 21:14
**closing** [2] - 9:21, 271:25
**CO** [1] - 1:16
**Coast** [11] - 100:23, 101:2, 104:24, 105:5, 105:8, 105:12, 105:13, 106:8, 106:20, 107:7, 111:3
**COAST** [6] - 1:13, 1:13, 1:14, 1:14, 1:15
**COD's** [1] - 156:17
**collapse** [1] - 181:9
**collateralized** [4] - 169:25, 170:5, 170:14, 170:16
**college** [2] - 6:16, 6:20
**combined** [2] - 27:13, 28:9
**coming** [11] - 75:3, 75:7, 75:25, 105:19, 132:21, 201:5, 210:25, 223:12, 227:10, 227:20, 230:9
**commenced** [1] - 134:10
**commercial** [3] - 99:9, 243:22, 257:19
**commit** [1] - 131:4
**committed** [1] - 267:20
**communicate** [2] -

254:3, 261:19
**communicated** [6] - 161:25, 217:22, 218:7, 220:10, 254:21, 260:17
**communicating** [1] - 113:10
**communication** [7] - 247:11, 247:16, 266:19, 266:20, 266:23, 267:4, 271:6
**communications** [11] - 218:25, 229:23, 253:6, 253:9, 254:13, 258:23, 259:4, 259:15, 265:7, 265:11, 266:4
**community** [2] - 9:24, 10:15
**companies** [6] - 58:24, 140:21, 190:22, 191:2, 191:6, 216:3
**Company** [1] - 135:23
**company** [11] - 57:15, 58:10, 82:23, 88:8, 135:24, 136:5, 136:7, 169:6, 195:22, 261:2, 261:21
**compared** [1] - 210:22
**complaint** [17] - 49:12, 49:22, 50:2, 50:25, 51:5, 55:9, 61:8, 61:25, 62:8, 96:10, 116:17, 117:7, 118:19, 178:2, 178:4, 217:2, 234:24
**Complete** [1] - 276:11
**complete** [2] - 241:13, 275:12
**completely** [1] - 65:24
**compliant** [1] - 49:14
**computers** [1] - 88:5
**con** [2] - 161:16, 262:11
**concentrating** [1] - 198:2
**concern** [1] - 251:13
**concerned** [4] - 67:11, 67:15, 71:25, 165:11
**concierge** [1] - 229:13
**conclusion** [3] - 75:14, 75:16, 272:17
**conduct** [1] - 60:9
**conducted** [1] - 220:20
**confirm** [1] - 238:9
**Connecticut** [14] - 10:21, 11:5, 12:2,

12:15, 18:7, 27:8, 27:11, 27:14, 28:3, 28:4, 129:5, 129:10, 179:15, 179:18
**connection** [1] - 216:23
**consider** [4] - 106:19, 271:19, 271:21, 272:13
**considering** [1] - 9:20
**consist** [1] - 61:7
**consisted** [3] - 7:10, 34:15, 195:21
**consolidated** [1] - 27:9
**consulting** [1] - 82:23
**Cont'd** [1] - 3:2
**contact** [2] - 28:24, 111:2
**contacted** [3] - 28:19, 119:4, 217:13
**contested** [1] - 96:5
**continue** [2] - 70:14, 121:15
**continued** [4] - 184:18, 256:24, 261:3, 261:8
**Continued** [1] - 277:3
**CONTINUED** [1] - 192:18
**contract** [2] - 8:15, 164:15
**contracts** [6] - 59:20, 159:25, 164:19, 164:22, 200:2, 200:8
**contrary** [1] - 168:11
**control** [3] - 24:7, 149:23, 244:19
**controlled** [1] - 213:2
**conversation** [6] - 119:5, 119:23, 157:22, 158:22, 203:17, 244:4
**conversations** [1] - 263:22
**convey** [1] - 246:23
**conveyed** [1] - 256:18
**convicted** [1] - 230:17
**COO** [1] - 18:4
**COONEY** [1] - 3:24
**cooperate** [3] - 188:9, 188:19, 189:11
**cooperated** [3] - 188:5, 188:23, 189:5
**cooperating** [1] - 188:14
**coordinates** [1] - 30:5
**copied** [11] - 44:11, 111:9, 111:14, 237:25, 238:16,

239:4, 239:8, 253:5, 253:9, 259:14
**copy** [2] - 253:10, 253:13, 253:15
**CORP** [1] - 1:15
**corporations** [3] - 98:12, 132:12, 237:19
**correct** [118] - 8:16, 11:7, 11:19, 12:10, 12:16, 23:12, 24:14, 28:9, 28:10, 28:23, 29:6, 29:10, 37:19, 39:25, 40:10, 42:2, 42:15, 43:3, 47:16, 48:8, 53:10, 59:14, 67:10, 74:13, 76:18, 76:24, 79:23, 80:19, 83:14, 86:23, 87:4, 88:23, 88:24, 93:24, 106:9, 107:9, 107:10, 111:25, 112:6, 114:14, 114:15, 114:25, 116:5, 116:6, 116:19, 119:3, 124:10, 124:14, 125:23, 128:17, 130:8, 134:12, 135:20, 136:9, 137:9, 137:12, 137:13, 140:13, 141:22, 141:24, 143:5, 143:15, 143:18, 143:21, 147:9, 148:14, 151:4, 154:11, 154:19, 154:21, 155:3, 162:16, 166:13, 166:19, 166:20, 174:15, 174:22, 175:4, 175:14, 176:5, 180:7, 185:13, 188:15, 189:9, 193:18, 196:17, 198:8, 200:23, 200:25, 202:2, 202:5, 203:5, 207:15, 207:16, 209:10, 217:6, 217:21, 218:20, 219:2, 219:3, 223:13, 224:12, 233:25, 234:2, 236:6, 236:7, 236:11, 239:2, 239:6, 241:3, 243:6, 243:7, 256:23, 269:12, 269:16, 270:13, 275:12,

275:15
**corruptly** [1] - 134:21
**cost** [3] - 131:18, 158:3, 163:2
**Costa** [7] - 5:14, 26:24, 42:22, 90:21, 162:5, 162:8, 162:15
**counsel** [7] - 15:25, 16:8, 16:9, 21:8, 23:3, 47:5, 132:6
**Counsel** [1] - 277:8
**counted** [2] - 156:3, 156:16, 156:17
**counterclaims** [1] - 85:5
**COUNTY** [2] - 275:5, 278:4
**County** [4] - 28:17, 28:22, 28:25, 216:7
**couple** [12] - 14:23, 14:25, 15:2, 77:19, 109:3, 145:4, 155:20, 174:25, 210:23, 240:18, 249:8, 258:13
**course** [4] - 7:17, 123:23, 124:2, 124:8
**court** [11] - 23:6, 23:7, 47:9, 47:18, 62:20, 92:4, 93:8, 94:20, 95:25, 133:22, 262:17
**Court** [2] - 1:23, 4:19
**COURT** [3] - 1:2, 5:6, 5:11
**courts** [1] - 162:22
**cover** [11] - 49:18, 49:19, 49:20, 51:2, 85:10, 116:17, 116:18, 163:2, 212:9
**covered** [1] - 38:19
**covering** [1] - 208:4
**covers** [1] - 144:13
**COVID** [3] - 45:25, 123:21, 209:24
**CPA** [1] - 1:12
**CPA'S** [1] - 1:16
**crazy** [1] - 185:3
**create** [6] - 69:18, 92:21, 182:19, 183:5, 183:6
**created** [5] - 96:25, 197:7, 212:10, 244:16, 249:10
**creates** [2] - 30:7, 30:8
**creating** [2] - 183:7, 207:24
**creation** [2] - 95:15, 97:2
**credit** [7] - 73:20,

106:5, 183:12, 251:17, 259:8, 259:12, 260:3
**crew** [2] - 133:4
**crime** [1] - 46:17
**criminal** [3] - 30:20, 220:17, 262:7
**cross** [6] - 55:3, 169:25, 170:5, 170:14, 170:16, 266:2
**cross-collateralized** [4] - 169:25, 170:5, 170:14, 170:16
**cross-purchase** [1] - 266:2
**Crowley** [4] - 19:12, 19:14, 19:17, 24:18
**crying** [1] - 161:13
**Cullen** [1] - 233:16
**CULLEN** [1] - 3:8
**cure** [1] - 84:13
**curious** [2] - 69:6, 89:22
**Cusano** [1] - 238:25
**Customer** [1] - 244:12
**customer** [1] - 246:6
**customer's** [1] - 183:17
**customers** [8] - 26:18, 177:11, 177:14, 182:13, 183:10, 183:21, 184:14, 184:17
**cut** [3] - 81:13, 108:11, 240:11
**cuts** [1] - 239:21
**CYRULI** [1] - 2:11

**D**

**damage** [5] - 50:23, 170:17, 223:3, 223:5, 223:8
**data** [2] - 70:10, 195:14
**date** [5] - 57:23, 118:22, 133:25, 158:25, 248:2
**date's** [1] - 107:4
**dated** [2] - 56:22, 256:5
**dates** [1] - 58:14
**Dave** [4] - 240:25, 241:24, 246:18, 248:7
**DAVID** [1] - 1:6
**David** [30] - 2:16, 141:22, 142:19, 233:22, 234:3,

235:15, 235:24, 236:15, 236:16, 236:19, 237:15, 242:24, 247:18, 247:20, 249:8, 251:15, 252:15, 257:6, 264:21, 264:24, 265:6, 265:12, 266:9, 266:24, 267:5, 267:11, 268:19, 268:21, 269:10, 271:6
**day-to-day** [3] - 34:17, 150:6, 150:8
**days** [8] - 7:19, 84:12, 109:3, 240:25, 245:24, 249:8, 255:13, 258:13
**deal** [27] - 38:20, 41:17, 55:2, 57:22, 59:11, 59:16, 102:7, 112:25, 162:18, 163:24, 164:9, 164:12, 166:14, 167:15, 168:9, 172:6, 172:10, 183:13, 183:15, 184:16, 189:20, 190:21, 191:2, 191:5, 235:20, 256:15, 262:4
**dealer** [4] - 84:12, 176:14, 176:17, 181:21
**Dealers** [1] - 7:8
**dealership** [52] - 8:22, 8:24, 9:23, 10:17, 10:20, 10:22, 10:23, 11:4, 11:12, 11:21, 11:25, 12:5, 14:17, 17:24, 18:8, 18:22, 29:25, 37:8, 46:18, 48:15, 48:18, 48:21, 51:22, 52:18, 52:24, 53:17, 106:14, 123:23, 124:5, 124:12, 124:17, 124:22, 127:16, 127:18, 128:16, 151:10, 158:15, 167:5, 180:6, 193:16, 193:20, 221:13, 221:14, 222:14, 222:15, 223:7, 223:12, 245:22, 245:25, 255:22, 260:20
**dealerships** [41] - 7:12, 10:11, 10:18,

12:13, 16:9, 17:5, 27:21, 33:8, 52:23, 54:10, 59:12, 59:13, 59:16, 59:21, 60:3, 60:7, 64:20, 65:2, 65:7, 65:11, 67:14, 76:8, 123:8, 123:10, 128:22, 136:20, 136:25, 160:25, 181:2, 181:5, 181:8, 187:18, 197:7, 198:10, 241:21, 246:7, 252:17, 253:22, 255:13, 257:16, 262:18
**dealerships'** [1] - 194:25
**dealing** [1] - 125:15
**deals** [15] - 66:15, 66:19, 87:15, 155:13, 155:25, 171:5, 182:24, 183:5, 183:6, 205:16, 205:19, 205:24, 206:6, 206:11, 210:14
**debt** [10] - 75:21, 77:11, 121:2, 127:20, 127:21, 127:24, 128:14, 165:25, 171:21, 209:21
**December** [25] - 11:16, 11:17, 13:7, 41:16, 59:23, 102:2, 109:23, 125:5, 133:9, 133:12, 134:10, 164:21, 171:9, 174:12, 194:10, 194:11, 194:18, 199:17, 204:22, 207:14, 208:3, 208:18, 208:23, 214:13, 235:19
**decent** [1] - 177:4
**decided** [2] - 255:22, 256:10
**deciding** [1] - 211:11
**decision** [5] - 43:5, 70:6, 72:15, 197:12, 254:3
**declaration** [2] - 146:3, 146:12
**deduct** [1] - 145:14
**deeper** [2] - 60:18, 260:21
**Defendant** [3] - 3:4, 3:9, 3:15
**Defendants** [1] - 1:18

**defendants** [1] - 231:17
**Defendants'** [6] - 62:9, 62:10, 91:11, 97:8, 116:9, 234:19
**DEFENDANTS'** [1] - 276:14
**deficiencies** [1] - 212:10
**definitely** [3] - 41:21, 178:17, 178:18
**defraud** [1] - 133:3
**defrauding** [1] - 136:25
**degree** [1] - 108:6
**Del** [1] - 5:14
**delay** [1] - 47:10
**delayed** [2] - 65:21, 66:14
**delays** [1] - 66:16
**deliver** [3] - 177:11, 183:14, 183:20
**delivered** [6] - 102:9, 141:13, 178:16, 178:19, 178:22, 184:11
**demand** [1] - 83:23
**Deo** [203] - 8:9, 8:19, 11:20, 11:24, 12:4, 13:3, 13:24, 16:25, 23:16, 29:14, 29:15, 31:22, 32:3, 32:24, 33:3, 34:6, 34:9, 34:11, 34:21, 42:23, 44:3, 45:21, 46:3, 46:11, 46:23, 47:5, 47:16, 48:15, 51:6, 53:24, 54:5, 54:25, 55:11, 58:23, 60:10, 61:13, 61:14, 62:21, 63:21, 64:16, 67:6, 67:22, 68:11, 70:2, 70:24, 71:7, 73:25, 74:11, 76:16, 77:22, 81:17, 82:8, 84:25, 85:19, 85:24, 85:25, 86:9, 92:4, 92:11, 92:17, 94:5, 96:16, 98:6, 98:20, 98:25, 100:3, 101:12, 101:20, 104:25, 105:20, 106:8, 106:13, 112:16, 112:25, 113:6, 116:24, 116:25, 117:9, 117:21, 120:15, 120:20, 125:10, 125:16, 130:7, 130:21, 131:13, 131:22,

136:23, 138:5, 138:21, 140:8, 142:18, 144:17, 144:22, 144:24, 146:15, 147:3, 147:14, 147:18, 148:8, 149:13, 150:3, 155:6, 155:21, 157:9, 158:16, 158:24, 159:4, 159:5, 159:19, 159:20, 159:23, 160:17, 162:10, 162:17, 162:20, 163:7, 163:13, 164:10, 164:18, 166:4, 166:18, 166:23, 167:10, 169:10, 171:12, 172:14, 173:20, 174:11, 175:16, 176:16, 177:8, 181:6, 181:12, 182:4, 182:6, 184:2, 185:22, 188:4, 189:22, 193:2, 194:6, 202:7, 202:12, 202:14, 202:19, 208:20, 208:22, 212:5, 212:13, 212:25, 215:7, 216:2, 219:7, 222:10, 226:5, 228:15, 229:5, 229:11, 231:16, 234:4, 234:14, 235:15, 235:25, 240:15, 240:24, 241:5, 241:7, 242:20, 243:9, 243:18, 245:4, 245:12, 246:24, 249:14, 249:16, 250:16, 250:23, 251:19, 252:19, 252:25, 253:15, 254:13, 258:23, 259:5, 259:15, 260:17, 261:18, 261:25, 262:13, 263:2, 263:22, 265:17, 265:22, 265:23, 269:9, 270:4, 270:13, 270:15, 271:3, 271:19
**DEO** [5] - 1:11, 3:23, 3:24, 8:6
**Deo's** [7] - 34:13, 78:23, 83:19,

135:22, 173:5, 230:3, 262:7
**Deos** [4] - 47:24, 51:18, 52:7, 134:9
**Department** [2] - 28:18, 216:19
**department** [13] - 30:7, 41:3, 41:13, 43:8, 66:8, 67:3, 67:8, 69:9, 69:12, 70:20, 73:13, 151:18, 181:14
**departments** [1] - 66:23
**deposit** [4] - 31:18, 66:20, 141:5, 141:11
**deposited** [1] - 141:9
**depositing** [1] - 31:11
**Deposition** [1] - 1:22
**deposition** [7] - 4:7, 4:14, 5:21, 68:3, 275:10, 278:10, 278:12
**depositions** [1] - 90:3
**deposits** [1] - 183:4
**descent** [1] - 211:4
**detail** [1] - 239:24
**details** [2] - 185:4, 239:25
**Development** [1] - 13:20
**DIANA** [1] - 278:25
**Diana** [3] - 1:24, 278:6, 278:24
**Dickinson** [1] - 6:21
**difference** [1] - 193:12
**differences** [1] - 194:4
**different** [15] - 32:17, 65:24, 78:9, 78:12, 78:13, 78:15, 78:20, 82:22, 82:24, 86:7, 130:17, 147:25, 179:16, 237:20
**difficult** [2] - 66:22, 255:18
**difficulties** [2] - 83:16, 161:10
**difficulty** [2] - 83:12, 181:7
**diligence** [1] - 60:8
**direct** [2] - 263:21, 265:7
**directed** [1] - 250:15
**direction** [4] - 39:21, 39:22, 98:23, 186:23
**directly** [8] - 15:12, 133:8, 190:21, 191:3, 191:6, 227:5, 248:24, 253:2
**disappearing** [1] -

144:18
**disaster** [1] - 153:9
**disclose** [1] - 125:20
**discovered** [1] - 201:11
**discovery** [14] - 45:24, 92:16, 237:5, 249:6, 249:13, 258:17, 258:21, 259:18, 259:19, 259:21, 260:11, 260:15, 269:7, 271:8
**discuss** [6] - 23:11, 69:25, 111:2, 111:4, 177:3, 217:14
**discussed** [11] - 43:11, 63:21, 105:2, 119:17, 123:9, 157:12, 157:15, 157:16, 165:12, 176:23, 235:11
**discussing** [3] - 12:23, 17:3, 159:20
**Discussion** [2] - 62:13, 91:17
**discussion** [6] - 12:18, 12:20, 70:3, 101:14, 101:19, 119:19
**discussions** [9] - 12:11, 20:20, 63:17, 101:15, 102:10, 102:12, 137:3, 202:18, 263:18
**dishonest** [4] - 134:22, 134:25, 135:3, 220:20
**dismantled** [1] - 262:20
**distribution** [1] - 259:9
**district** [1] - 216:21
**DISTRICT** [2] - 1:2, 1:3
**divided** [1] - 207:10
**DLA** [2] - 1:15, 227:6
**DMS** [3] - 94:9, 140:20, 145:5
**DMV** [5] - 25:21, 34:22, 36:17, 37:21, 171:21
**DNA** [1] - 243:23
**docket** [3] - 62:20, 68:9, 97:13
**DOCUMENT** [1] - 276:8
**document** [14] - 61:18, 62:16, 91:18, 92:7, 92:10, 95:15, 96:19, 96:24, 97:12, 106:24, 107:2,

107:7, 238:5, 240:14
**documentation** [3] - 67:13, 239:6, 239:9
**documented** [1] - 162:17
**documents** [12] - 65:17, 100:19, 141:17, 183:8, 236:17, 236:20, 237:14, 237:20, 237:21, 237:24, 268:17, 268:20
**dollar** [4] - 36:12, 70:16, 156:6, 226:25
**dollars** [5] - 83:18, 84:21, 156:5, 156:23, 260:18
**dollars'** [1] - 221:22
**done** [44] - 43:15, 45:22, 47:14, 76:5, 99:12, 105:21, 113:13, 113:15, 119:25, 120:4, 131:8, 144:3, 144:8, 144:12, 149:13, 149:15, 149:16, 149:22, 185:15, 186:3, 205:5, 219:8, 219:12, 219:21, 219:25, 220:5, 220:25, 221:6, 221:8, 221:9, 221:11, 221:12, 221:13, 221:25, 223:3, 223:6, 223:8, 231:5, 232:7, 244:3, 252:15, 262:22, 263:13
**door** [1] - 223:9
**double** [8] - 38:17, 39:3, 105:23, 105:25, 196:25, 197:5, 212:11, 239:14
**double-check** [1] - 239:14
**doubt** [2] - 49:2, 65:4
**down** [19] - 42:11, 53:16, 108:6, 130:2, 130:4, 130:19, 156:17, 160:14, 160:16, 162:11, 168:12, 168:16, 169:3, 208:2, 209:16, 209:18, 209:21, 210:9, 255:14
**dozen** [1] - 175:24
**dragged** [1] - 132:8
**drama** [2] - 64:8,

68:16
**drawer** [3] - 142:7, 142:22, 241:22
**drew** [1] - 75:15
**driving** [1] - 187:7
**drop** [1] - 70:13
**dropped** [1] - 182:25
**drugs** [1] - 5:23
**Dude** [1] - 246:8
**due** [1] - 260:14
**duly** [2] - 5:3, 278:11
**dump** [2] - 70:10, 84:22
**dumping** [1] - 146:19
**during** [19] - 38:6, 38:11, 116:13, 123:21, 164:6, 164:20, 167:22, 168:3, 181:25, 192:25, 195:2, 197:23, 199:17, 205:13, 205:20, 207:17, 210:14, 223:10, 258:24
**duty** [2] - 47:18, 47:20
**DWIGHT** [1] - 1:12
**Dwight** [2] - 14:9, 14:12
**Dykman** [1] - 233:16
**DYKMAN** [1] - 3:8

# E

**Earle** [2] - 1:19, 3:10
**early** [5] - 9:8, 9:10, 124:8, 164:20, 199:16
**easiest** [1] - 232:19
**easily** [1] - 257:23
**EASTERN** [1] - 1:3
**easy** [3] - 47:7, 66:18, 257:19
**effect** [1] - 4:18
**eight** [4] - 75:23, 174:16, 206:4, 206:11
**eighteen** [1] - 148:17
**EIN** [6] - 51:6, 51:10, 53:7, 96:9, 96:15, 237:13
**either** [6] - 94:12, 122:13, 122:14, 139:18, 176:9, 243:4
**email** [50] - 43:14, 43:19, 43:20, 43:24, 43:25, 44:5, 45:4, 45:8, 63:7, 63:17, 64:2, 64:5, 64:16, 70:17, 71:14, 92:12, 92:14, 92:18, 97:23,

97:25, 99:16, 100:16, 110:22, 110:23, 111:7, 170:25, 238:2, 239:25, 240:6, 240:21, 242:19, 242:22, 242:24, 243:15, 243:17, 247:15, 248:24, 250:18, 255:3, 258:11, 258:16, 266:10, 266:19, 266:20, 266:22, 267:2, 267:4, 267:10, 270:25, 271:3
**Email** [8] - 62:10, 97:8, 238:6, 240:16, 276:15, 276:20, 276:24, 276:25
**Emails** [1] - 276:9
**emails** [20] - 33:2, 63:10, 63:22, 64:18, 66:24, 68:18, 71:8, 143:14, 155:21, 161:25, 218:8, 237:3, 238:13, 238:17, 238:18, 238:19, 239:4, 239:15, 244:23, 262:8
**EMANUEL** [1] - 2:9
**Emanuel** [4] - 94:17, 112:21, 203:22, 232:21
**Emerson** [1] - 6:14
**employ** [1] - 110:2
**employees** [1] - 102:25
**emptied** [1] - 224:25
**emptying** [1] - 224:19
**end** [24] - 10:25, 38:25, 46:20, 59:23, 85:2, 105:25, 117:20, 117:23, 117:24, 118:3, 118:13, 122:4, 152:16, 157:23, 174:13, 181:15, 194:19, 197:21, 210:5, 241:17, 253:20, 253:22, 255:11
**ended** [7] - 83:11, 119:10, 122:15, 146:22, 155:17, 193:8, 234:21
**ending** [1] - 173:22
**enforcement** [10] - 28:13, 216:13,

216:24, 217:4, 217:8, 217:14, 218:6, 218:15, 218:19, 218:25
**entered** [2] - 8:15, 59:20
**entire** [1] - 75:17
**entries** [2] - 155:15, 155:20
**entry** [7] - 62:20, 68:9, 73:15, 97:12, 97:13, 156:22, 156:25
**envelopes** [1] - 104:22
**ERC** [1] - 201:6
**escrow** [1] - 20:7
**especially** [6] - 48:16, 54:23, 57:18, 150:22, 229:23, 244:13
**ESQ** [5] - 2:9, 2:21, 3:3, 3:12, 3:20
**Estancia** [1] - 5:14
**ESTATE** [1] - 1:6
**Estate** [1] - 2:16
**Eugene** [4] - 186:8, 186:9, 186:13, 186:18
**Europe** [1] - 111:9
**eventually** [2] - 98:22, 184:25
**evidence** [7] - 58:19, 66:10, 88:15, 141:19, 155:11, 268:2
**exact** [15] - 63:25, 87:10, 92:20, 159:18, 178:7, 178:10, 178:13, 184:4, 193:23, 201:6, 209:18, 266:15, 267:16, 267:17, 271:10
**exactly** [12] - 68:13, 80:24, 92:22, 92:23, 94:5, 103:11, 115:6, 136:14, 136:15, 174:3, 224:4, 237:18
**EXAMINATION** [7] - 5:17, 192:18, 233:9, 264:9, 268:15, 270:2, 276:3
**examined** [1] - 5:4
**examining** [1] - 151:8
**example** [1] - 270:24
**exceed** [1] - 182:17
**except** [1] - 4:9
**exchange** [4] - 23:19, 111:13, 112:24, 113:5
**exchanged** [4] - 33:2,

55:4, 67:22, 143:16
**exchanging** [1] - 104:21
**executed** [2] - 32:19, 164:19
**exhibit** [9] - 62:2, 62:5, 97:7, 97:14, 110:18, 110:19, 113:14, 130:2, 153:19
**Exhibit** [27] - 51:4, 51:14, 51:19, 54:4, 61:7, 62:6, 62:9, 62:10, 62:19, 91:9, 91:11, 97:8, 110:16, 113:16, 116:8, 116:9, 130:4, 234:19, 235:3, 238:6, 238:9, 240:16, 242:15, 242:17, 250:4, 276:12
**EXHIBITS** [2] - 276:13, 277:3
**exhibits** [6] - 49:12, 56:9, 232:20, 234:22, 234:23, 277:8
**exist** [2] - 26:14, 258:7
**existed** [3] - 31:12, 138:22, 156:4
**existence** [1] - 114:18
**exists** [2] - 23:22, 73:21
**exiting** [1] - 80:20
**expanding** [1] - 10:14
**expectation** [2] - 59:10, 204:16
**expedite** [1] - 99:21
**expense** [2] - 197:8, 199:2
**expenses** [4] - 92:24, 94:4, 195:2, 196:11
**expensive** [1] - 199:2
**experience** [1] - 37:9
**explain** [1] - 210:12
**extent** [4] - 158:22, 239:12, 239:15, 254:16
**extra** [1] - 93:17

## F

**F&I** [1] - 14:23
**facilitate** [1] - 137:25
**facilitated** [2] - 46:16, 222:7
**facilitator** [4] - 30:6, 30:16, 47:3, 96:7
**facility** [1] - 181:4

**fact** [16] - 44:5, 49:2, 65:10, 67:17, 69:11, 73:13, 99:23, 111:18, 112:7, 139:25, 143:19, 161:7, 175:13, 229:15, 257:21, 262:24
**factory** [1] - 153:25
**facts** [5] - 58:19, 66:10, 88:15, 141:19, 155:11
**fair** [5] - 116:12, 174:13, 187:8, 210:7, 210:10
**Fairleigh** [1] - 6:21
**faith** [1] - 272:4
**fake** [8] - 30:8, 31:11, 55:24, 154:4, 182:24, 183:5, 183:6, 183:7
**fall** [1] - 214:15
**falling** [3] - 41:3, 41:18, 108:4
**false** [5] - 48:2, 48:4, 92:8, 112:19, 207:24
**family** [1] - 105:18
**far** [14] - 13:5, 14:15, 26:15, 26:18, 29:16, 46:7, 74:4, 93:21, 106:23, 187:2, 217:12, 219:8, 219:13, 229:24
**fault** [1] - 73:12
**FBI** [4] - 28:18, 29:17, 29:19, 216:6
**February** [19] - 8:10, 14:4, 36:15, 37:11, 42:20, 42:21, 73:14, 117:2, 117:13, 117:19, 127:10, 148:2, 154:17, 154:20, 163:24, 164:6, 186:20, 197:3, 208:23
**federal** [1] - 202:4
**fees** [3] - 204:7, 204:14, 204:17
**felon** [1] - 36:2
**felt** [1] - 161:15
**fence** [1] - 87:22
**few** [12] - 25:16, 84:17, 87:13, 177:22, 177:24, 178:20, 207:25, 211:6, 221:15, 233:18, 240:25, 245:24
**fewer** [1] - 205:25
**fifteen** [1] - 226:21
**fighting** [1] - 41:20

**figure** [9] - 23:20, 86:13, 94:10, 94:12, 145:13, 145:15, 161:5, 222:2, 253:21
**figured** [1] - 85:3
**file** [3] - 26:5, 179:5, 201:15
**filed** [10] - 50:4, 50:5, 56:8, 61:22, 62:21, 201:18, 201:22, 201:25, 215:25, 217:3
**filing** [9] - 4:5, 53:6, 98:13, 99:18, 237:11, 237:12, 244:9, 252:12, 267:24
**filming** [1] - 223:21
**finalize** [4] - 57:21, 152:2, 158:21, 181:18
**finalized** [8] - 164:16, 166:14, 167:14, 171:5, 172:5, 172:10, 235:19, 273:20
**finally** [2] - 156:21, 259:10
**finance** [3] - 176:12, 176:14, 177:3
**financial** [6] - 83:12, 83:15, 120:6, 202:17, 215:11, 258:4
**financials** [3] - 30:8, 111:19, 132:10
**fine** [1] - 196:4
**finish** [6] - 6:18, 52:13, 59:11, 64:22, 65:18, 125:24, 225:16, 262:4
**finished** [2] - 9:15, 73:2
**fire** [2] - 43:2, 45:2
**fired** [3] - 40:23, 41:11, 103:19
**firing** [1] - 43:16
**firm** [4] - 94:8, 94:11, 94:14, 233:16
**first** [35] - 8:8, 18:14, 40:13, 40:14, 45:17, 46:4, 49:17, 49:25, 61:21, 63:13, 80:10, 85:13, 85:20, 91:25, 94:18, 96:24, 107:2, 114:17, 117:6, 123:13, 124:4, 124:12, 134:9, 147:19, 188:6, 197:2, 202:24,

211:16, 229:3, 229:4, 229:5, 229:20, 230:10, 242:17, 251:24
**firsthand** [9] - 48:5, 48:12, 53:19, 95:7, 121:19, 130:13, 137:8, 140:24, 222:9
**FISK** [1] - 1:8
**Fisk** [1] - 2:17
**five** [2] - 123:20, 143:24
**fixed** [2] - 7:12, 101:24
**flag** [1] - 74:25
**flatbed** [1] - 187:13
**flatbeds** [3] - 187:14, 187:17, 187:21
**fled** [1] - 162:19
**floor** [69] - 24:22, 24:23, 25:4, 25:7, 25:13, 25:23, 26:3, 26:6, 27:25, 31:8, 31:9, 36:13, 36:25, 39:6, 39:10, 39:13, 39:24, 83:21, 85:9, 85:15, 104:24, 105:8, 111:2, 122:16, 122:19, 122:23, 123:6, 140:19, 164:23, 167:9, 167:17, 169:24, 170:13, 170:20, 171:3, 171:4, 171:11, 171:15, 171:17, 171:19, 171:22, 171:24, 172:3, 172:7, 172:13, 173:8, 173:14, 173:18, 189:20, 189:23, 190:8, 190:17, 190:19, 190:21, 191:2, 191:6, 195:17, 197:9, 197:13, 197:16, 197:19, 198:4, 198:9, 199:5, 199:15, 199:19, 202:23, 203:2, 203:8
**floored** [12] - 25:25, 38:17, 39:3, 39:5, 105:23, 105:25, 120:21, 121:17, 172:12, 172:19, 190:6, 196:25
**flooring** [7] - 26:2, 39:25, 83:22, 172:16, 172:19, 197:5, 212:11
**Flushing** [71] - 3:9,

31:25, 55:19, 56:13, 56:15, 98:7, 99:7, 141:8, 156:8, 156:11, 157:8, 182:12, 213:25, 214:5, 214:6, 227:3, 227:4, 229:19, 233:17, 233:20, 233:23, 234:15, 234:16, 235:2, 235:3, 235:25, 237:9, 238:4, 238:6, 238:9, 238:11, 238:25, 239:5, 239:21, 240:10, 240:13, 240:16, 245:10, 245:14, 246:15, 247:3, 247:23, 247:24, 249:2, 249:25, 250:3, 250:4, 250:21, 251:10, 252:25, 256:19, 259:16, 263:4, 263:23, 264:12, 264:16, 265:9, 267:20, 268:20, 268:25, 270:6, 270:12, 270:16, 271:2, 271:7, 272:11, 272:22, 273:7, 273:9, 273:17, 276:11
**FLUSHING** [3] - 1:16, 276:22, 277:4
**focused** [1] - 29:17
**focusing** [1] - 265:6
**folder** [1] - 190:14
**follow** [5] - 239:19, 239:23, 240:4, 245:16, 269:23
**follows** [2] - 5:5, 192:17
**footage** [7] - 223:11, 223:17, 224:3, 224:6, 224:7, 224:10, 224:14
**FOR** [3] - 276:14, 276:22, 277:4
**for..** [1] - 27:16
**force** [1] - 4:18
**forensic** [4] - 44:15, 64:10, 68:19, 72:17
**forest** [1] - 212:3
**forever** [3] - 132:8, 243:22, 274:4
**forget** [2] - 17:13, 94:16
**forgive** [1] - 191:9
**forgot** [2] - 7:22, 84:7

**form** [14] - 4:10, 33:11, 75:19, 79:7, 86:11, 95:17, 99:5, 128:7, 130:25, 133:17, 137:7, 165:23, 197:15, 270:19
**forth** [1] - 102:24, 278:11
**forty** [1] - 86:19, 148:18
**forty-three** [2] - 86:19, 148:18
**forward** [7] - 52:24, 59:6, 59:8, 70:15, 244:24, 247:19, 262:3
**forwarded** [1] - 248:9
**four** [7] - 25:21, 42:14, 109:21, 123:8, 140:11, 206:7, 262:19
**fourth** [1] - 30:2
**Frank** [3] - 180:9, 180:10, 180:17
**fraud** [6] - 49:2, 93:7, 131:4, 154:4, 163:2, 207:2
**fraudulent** [2] - 87:15, 93:10
**fraudulently** [3] - 35:22, 35:25, 207:23
**Freehold** [1] - 10:22
**friend** [3] - 9:11, 60:15, 242:3
**friends** [2] - 120:20, 120:24
**front** [1] - 63:3
**froze** [1] - 245:23
**full** [6] - 5:7, 40:7, 42:10, 73:25, 74:7, 244:18
**fund** [1] - 158:8
**FUNDING** [1] - 1:16
**Funding** [1] - 3:16
**funding** [1] - 158:4
**funny** [1] - 74:21
**FURTHER** [4] - 4:8, 4:13, 268:15, 270:2

## G

**game** [1] - 131:2
**gang** [9] - 29:22, 30:4, 30:20, 47:2, 47:13, 130:10, 131:3, 132:17, 140:22
**Garita** [1] - 5:14
**general** [7] - 14:4, 32:15, 32:16, 32:17, 34:11, 34:14, 51:9,

59:9, 80:3, 81:24, 114:20, 123:25, 124:2, 131:24, 140:20, 149:21, 190:11
**generally** [2] - 54:11, 253:8
**generated** [1] - 211:22
**generating** [1] - 182:24
**gentleman** [3] - 17:9, 110:5, 127:4
**get-go** [1] - 171:10
**Gianelli** [1] - 214:12
**given** [13] - 64:15, 103:14, 107:6, 122:12, 136:8, 153:12, 153:17, 153:18, 190:12, 222:23, 269:7, 275:14, 278:13
**glad** [2] - 22:2, 70:21
**GM** [1] - 124:8
**Gmail** [2] - 239:16, 276:10
**GOLD** [6] - 1:13, 1:13, 1:14, 1:14, 1:15
**Gold** [11] - 100:23, 101:2, 104:24, 105:5, 105:8, 105:11, 105:13, 106:8, 106:20, 107:7, 111:3
**goodness** [1] - 259:11
**gracious** [2] - 24:9, 24:13
**grand** [5] - 34:8, 76:6, 76:10, 102:13, 146:24
**gray** [6] - 175:19, 176:4, 176:7, 176:14, 177:3, 184:20
**great** [7] - 10:11, 139:25, 150:20, 158:12, 242:6, 242:8, 246:16
**grew** [2] - 181:20, 210:22
**gross** [2] - 93:17, 94:4
**grosses** [2] - 72:24, 73:11
**grossing** [2] - 206:25, 207:7
**ground** [1] - 145:9
**group** [10] - 18:3, 18:4, 76:7, 133:25, 150:4, 219:15, 219:25, 220:8, 221:6, 262:12

**GROUP** [1] - 1:14
**Group** [2] - 56:8, 133:20
**grow** [2] - 161:6, 210:17
**guarantee** [1] - 182:8
**guess** [18] - 15:24, 34:6, 35:25, 45:23, 82:10, 117:19, 158:5, 177:5, 207:12, 212:10, 212:20, 216:21, 231:12, 233:7, 234:18, 256:13, 259:10, 268:24
**guide** [7] - 200:13, 200:14, 208:6, 208:11, 208:12, 208:16
**Gurus** [1] - 196:4
**guy** [18] - 9:19, 18:14, 99:13, 107:17, 127:14, 132:25, 161:8, 165:17, 177:4, 221:17, 260:3, 260:8, 260:9, 260:20, 262:2, 262:9, 262:11, 262:12
**guys** [16] - 14:14, 14:16, 14:20, 14:24, 17:16, 17:17, 17:18, 30:9, 33:18, 39:19, 39:23, 47:2, 180:3, 220:17, 230:16, 268:25

## H

**Hakim** [1] - 46:22
**half** [6] - 36:12, 36:25, 83:18, 101:25, 182:18, 221:21
**hand** [1] - 278:21
**handle** [6] - 16:10, 30:9, 31:9, 180:4, 230:10
**handled** [2] - 31:4, 225:2
**handles** [2] - 30:16, 138:2
**handling** [3] - 16:12, 31:6, 33:4
**handshake** [1] - 164:9
**handwriting** [1] - 141:10
**happy** [3] - 6:9, 68:7, 233:2
**hard** [2] - 99:8, 197:24
**harm** [9] - 46:14,

48:14, 130:5, 134:4, 222:5, 230:25, 231:10, 231:17, 231:24
**harmed** [1] - 228:24
**HARRY** [2] - 1:11, 3:3
**Harry** [2] - 5:20, 132:5
**Hartford** [13] - 11:5, 18:23, 19:2, 23:23, 124:19, 128:16, 140:3, 157:17, 179:12, 179:14, 179:18, 180:18, 180:22
**head** [3] - 23:18, 41:19, 149:3
**healthy** [1] - 182:23
**hear** [7] - 8:5, 21:11, 21:15, 21:16, 21:19, 21:21, 85:13
**heard** [10] - 16:6, 20:8, 20:21, 27:2, 54:20, 69:2, 69:4, 116:4, 218:18, 218:21
**hearing** [4] - 147:21, 147:23, 148:2, 186:20
**heartbeat** [1] - 261:13
**hedge** [1] - 158:8
**held** [2] - 51:19, 230:14
**help** [16] - 13:11, 44:25, 122:18, 150:11, 150:17, 150:23, 166:23, 166:25, 172:7, 203:8, 254:25, 259:23, 264:2, 266:13, 271:11, 273:14
**helped** [4] - 122:16, 150:13, 220:9, 221:5
**helping** [4] - 14:17, 226:4, 229:25
**helps** [1] - 68:8
**hereby** [2] - 275:7, 278:8
**HEREBY** [1] - 4:2
**herein** [1] - 4:4
**hereinbefore** [1] - 278:11
**hereunto** [1] - 278:21
**herself** [1] - 69:21
**hide** [2] - 101:12, 182:21
**high** [3] - 6:13, 196:13
**High** [1] - 6:14
**higher** [3] - 264:23, 265:2, 265:3
**HIGHWAY** [1] - 1:4

**Highway** [2] - 2:12, 3:5
**himself** [5] - 33:15, 165:22, 213:23, 214:4, 258:3
**hire** [2] - 42:23, 115:11
**hired** [7] - 15:24, 42:16, 60:20, 79:18, 117:2, 117:12, 152:3
**hit** [2] - 73:18, 145:4
**hits** [1] - 210:6
**hold** [3] - 24:9, 26:6, 274:5
**holding** [3] - 19:18, 35:7, 59:25
**holds** [1] - 51:21
**home** [1] - 260:5
**homes** [1] - 258:8
**honest** [2] - 57:11, 161:15
**honestly** [4] - 70:7, 259:19, 262:2, 264:21
**hostage** [2] - 35:8, 60:2
**House** [1] - 132:21
**house** [4] - 50:17, 50:22, 162:25, 221:19
**houses** [1] - 158:5
**hundred** [2] - 174:25, 229:20
**hundreds** [2] - 156:4, 174:2
**hurt** [1] - 109:12
**HWY** [1] - 1:17
**Hylan** [1] - 2:16
**HYLAN** [6] - 1:6, 1:7, 1:7, 1:8

## I

**I..** [1] - 23:7
**I.D** [3] - 276:14, 276:22, 277:4
**idea** [24] - 15:23, 19:7, 26:20, 33:6, 34:24, 45:3, 58:20, 58:21, 88:16, 88:18, 89:10, 89:14, 89:17, 93:18, 95:11, 117:17, 138:12, 160:19, 175:21, 204:21, 206:21, 206:24, 211:21, 273:2
**identification** [8] - 62:11, 91:15, 97:10, 116:11, 235:5, 238:7, 240:17, 250:6

**identify** [2] - 235:14, 269:9
**illegal** [1] - 141:6
**imagine** [3] - 45:7, 117:5, 246:2
**immediately** [1] - 57:17
**impact** [2] - 5:24, 169:14
**important** [1] - 253:11
**impression** [2] - 72:3, 72:8
**IN** [1] - 278:20
**inaccurate** [2] - 148:10, 157:2
**Inc** [3] - 2:5, 91:12, 276:16
**INC** [3] - 1:4, 1:13, 1:16
**include** [2] - 47:23, 110:22
**included** [1] - 44:20
**including** [7] - 12:21, 62:8, 66:17, 207:2, 207:14, 237:5, 248:14
**income** [2] - 92:23, 93:21
**incorporation** [2] - 98:13, 141:16
**incorrect** [4] - 154:14, 154:16, 154:24, 193:15
**indicate** [2] - 61:12, 147:3
**indicated** [1] - 215:18
**indicating** [2] - 120:15, 215:25
**individual** [1] - 126:19
**inflate** [2] - 92:12, 205:18
**inflated** [1] - 92:18
**influence** [1] - 43:5
**info** [1] - 260:4
**information** [27] - 64:25, 67:7, 87:17, 98:3, 98:20, 103:11, 103:18, 117:8, 149:4, 149:7, 155:14, 193:15, 218:14, 218:22, 234:8, 243:2, 243:5, 243:13, 244:8, 244:24, 245:5, 252:17, 253:14, 253:16, 256:25, 257:3, 259:16
**informed** [3] - 36:8, 270:5, 270:6
**initial** [1] - 55:17

**initiated** [1] - 203:16
**injuncted** [2] - 214:17, 215:3
**injunction** [3] - 86:15, 86:17, 187:15
**inputs** [1] - 155:13
**insinuate** [1] - 65:23
**insinuation** [2] - 64:10, 65:5
**install** [1] - 77:8
**installed** [1] - 78:4
**instance** [1] - 104:22
**instead** [2] - 187:18, 206:17
**instruct** [1] - 113:25
**insurance** [1] - 195:12
**insured** [3] - 24:19, 24:21, 24:23
**insuring** [1] - 25:2
**intent** [1] - 183:11
**intentional** [1] - 70:17
**interest** [4] - 26:4, 26:6, 123:10, 230:2
**interested** [2] - 23:2, 278:18
**interests** [2] - 71:20, 71:21
**internal** [4] - 28:19, 28:21, 29:7, 216:17
**Internal** [1] - 28:24
**internally** [2] - 249:7, 260:17
**interviewed** [2] - 121:23, 122:3
**introduced** [4] - 8:20, 9:12, 229:18, 242:4
**inventory** [16] - 31:7, 75:17, 84:22, 84:23, 102:4, 102:5, 102:11, 140:18, 145:10, 160:15, 173:2, 173:4, 180:4, 209:17, 210:3, 210:10
**invest** [1] - 8:23
**investigator** [1] - 60:21
**investor** [5] - 245:22, 246:5, 255:24, 261:15
**invited** [1] - 146:24
**involve** [1] - 46:8
**involved** [12] - 12:8, 13:7, 16:5, 17:6, 29:3, 31:10, 86:15, 86:16, 127:15, 136:19, 136:22, 136:24, 228:9, 230:19, 230:21, 253:19

**involving** [1] - 134:9
**Iris** [1] - 2:15
**IRIS** [1] - 1:6
**IS** [3] - 4:2, 4:8, 4:13
**Island** [4] - 2:18, 33:25, 56:8, 133:19
**ISLAND** [1] - 1:9
**issue** [6] - 246:21, 255:7, 255:9, 257:7, 257:10, 257:12
**issues** [7] - 41:2, 41:4, 171:21, 184:19, 236:9, 246:12, 249:10
**IT** [3] - 4:2, 4:8, 4:13
**it's..** [1] - 57:24
**it..** [1] - 185:20
**items** [1] - 64:15
**itself** [2] - 61:18, 198:5

## J

**J.P** [1] - 1:16
**jackets** [1] - 179:5
**Jamaica** [2] - 2:7, 2:8
**James** [4] - 17:11, 17:12, 17:16, 110:4
**January** [15] - 1:20, 13:7, 13:10, 56:22, 59:22, 59:24, 73:14, 91:13, 109:23, 154:9, 154:17, 154:20, 275:11, 276:18, 278:22
**Jave** [1] - 18:14
**Jeff** [4] - 233:4, 274:2, 274:3
**JEFFREY** [2] - 2:21, 3:20
**Jeremy** [9] - 15:3, 120:19, 120:25, 121:3, 121:5, 121:10, 121:24, 122:3, 122:10
**Jersey** [25] - 6:15, 10:22, 12:6, 18:7, 27:19, 27:20, 28:5, 50:8, 123:16, 124:15, 124:16, 126:3, 126:6, 126:9, 126:25, 128:4, 128:10, 129:5, 129:24, 162:23, 166:24, 166:25, 167:5, 179:20, 179:24
**JMW)COUNTY** [1] - 1:11
**job** [2] - 137:25, 191:8, 220:12, 220:16,

221:7, 221:9
**joined** [2] - 31:22, 32:3
**joining** [2] - 21:9, 46:11
**Jonathan** [2] - 100:15, 104:21
**JONES** [2] - 1:12, 1:16
**Jones** [18] - 44:14, 45:22, 69:4, 92:12, 93:12, 136:24, 152:2, 153:16, 153:21, 154:5, 155:2, 155:4, 155:7, 155:14, 155:19, 155:22, 201:10, 201:11
**Jones's** [1] - 150:23
**Jory** [2] - 2:14, 116:15
**JORY** [1] - 1:5
**Josh** [12] - 35:7, 54:4, 54:8, 59:25, 120:2, 120:3, 161:10, 171:16, 172:2, 203:9, 203:18, 221:12
**Josh's** [1] - 172:2
**JOSHUA** [1] - 1:5
**Joshua** [3] - 2:14, 61:12, 203:7
**journals** [1] - 93:14
**July** [44] - 12:21, 12:24, 36:10, 37:11, 37:17, 50:18, 74:22, 76:7, 80:12, 80:13, 80:17, 105:24, 105:25, 107:5, 108:2, 108:23, 108:25, 109:6, 109:8, 111:8, 112:4, 125:2, 143:23, 146:17, 153:10, 154:23, 156:6, 156:12, 157:23, 158:23, 159:3, 159:21, 174:13, 194:19, 197:4, 204:23, 206:7, 207:15, 208:3, 222:21, 223:6, 224:3, 259:11
**jump** [1] - 232:23
**June** [11] - 125:2, 143:23, 153:5, 154:9, 154:21, 156:21, 157:5, 157:19, 157:23, 214:13, 223:4
**Junior** [1] - 6:14
**Junior-Senior** [1] -

6:14
**justice** [1] - 30:19

# K

**K-I-K-I-R-O-V** [1] - 126:23
**KATAEV** [141] - 2:9, 20:23, 21:7, 21:23, 36:20, 37:5, 40:11, 42:8, 45:19, 50:10, 51:23, 52:4, 52:20, 54:6, 54:15, 57:13, 58:5, 58:18, 61:17, 62:12, 62:17, 62:24, 63:6, 65:18, 66:9, 68:8, 69:14, 69:24, 71:4, 71:10, 72:4, 74:14, 75:11, 79:6, 86:10, 88:14, 88:21, 89:8, 89:12, 89:16, 89:25, 90:15, 90:25, 91:16, 93:22, 94:22, 95:6, 95:10, 95:16, 95:20, 96:12, 97:4, 97:11, 97:21, 99:4, 103:16, 103:20, 106:10, 110:13, 110:18, 113:13, 113:20, 113:24, 118:14, 120:18, 126:15, 128:6, 128:23, 129:25, 130:14, 130:24, 133:16, 134:16, 135:11, 137:6, 137:10, 138:11, 138:18, 139:8, 141:18, 144:4, 144:19, 148:12, 149:18, 152:6, 155:5, 155:10, 169:17, 174:18, 176:18, 191:11, 197:14, 204:8, 204:19, 210:20, 212:7, 213:4, 213:8, 214:18, 216:9, 216:15, 217:10, 217:16, 219:4, 219:14, 220:6, 220:23, 221:3, 223:23, 224:8, 224:15, 225:15, 226:3, 226:6, 227:12, 228:16, 228:20, 231:2, 231:20, 232:22, 233:2, 234:22, 235:6, 239:18, 240:7, 241:4,

261:23, 263:7, 264:5, 264:10, 264:20, 268:10, 270:10, 270:18, 271:23, 272:15, 273:11, 273:19, 274:2, 274:9, 276:6
**Kataev** [4] - 89:19, 113:23, 203:24, 204:11
**keep** [6] - 9:17, 96:5, 114:9, 144:16, 197:24, 209:20
**keeping** [2] - 76:2, 144:25
**Kendra** [21] - 40:6, 79:17, 79:18, 79:21, 79:24, 81:8, 81:11, 151:21, 151:22, 152:3, 152:9, 152:11, 153:12, 153:17, 155:9, 155:12, 155:17, 172:14, 172:15, 173:9, 190:18
**kept** [6] - 12:23, 26:2, 36:8, 121:18, 187:16, 209:14
**Kevin** [4] - 15:3, 117:3, 118:17, 121:5
**keys** [2] - 190:15, 214:17
**Khan** [2] - 2:15
**KHAN** [1] - 1:6
**kid** [2] - 120:23, 122:11
**Kikirov** [1] - 126:23
**kind** [6] - 14:2, 30:4, 30:19, 58:12, 102:4, 208:12
**kinds** [2] - 65:23, 181:19
**knowing** [3] - 70:13, 244:18, 261:17
**knowingly** [2] - 220:9, 222:7
**knowledge** [25] - 13:21, 14:6, 16:23, 48:6, 48:13, 53:19, 82:9, 95:8, 100:25, 104:12, 111:23, 112:18, 121:20, 130:13, 131:8, 137:9, 140:25, 194:14, 194:18, 200:25, 222:10, 228:7, 266:6, 266:21, 268:6
**known** [4] - 86:17, 113:8, 260:22, 266:7

**knows** [2] - 252:16, 267:9

# L

**labor** [1] - 204:3
**lack** [1] - 162:3
**lady** [1] - 221:21
**laid** [1] - 212:22
**landlord** [2] - 88:2, 221:17
**large** [1] - 257:16
**last** [19] - 17:14, 22:4, 22:12, 74:21, 80:15, 85:18, 107:24, 108:2, 109:2, 110:6, 118:25, 119:2, 125:3, 146:5, 216:22, 217:3, 255:17, 256:10, 257:3
**latest** [1] - 109:24
**LAURIE** [1] - 1:12
**Laurie** [14] - 17:10, 158:7, 228:24, 229:2, 229:11, 229:18, 229:19, 229:21, 229:22, 230:5, 230:8, 230:12, 230:24, 231:10
**law** [13] - 28:12, 48:20, 216:12, 216:23, 217:4, 217:7, 217:13, 218:5, 218:15, 218:19, 218:25, 233:16
**lawful** [2] - 58:16, 58:21
**lawsuit** [13] - 16:5, 16:8, 16:12, 16:13, 16:24, 26:21, 27:3, 27:7, 27:13, 46:22, 85:6, 132:23, 134:9
**lawsuits** [10] - 26:14, 26:16, 27:9, 28:7, 47:5, 128:21, 132:19, 134:23, 135:2, 204:7
**leads** [6] - 210:17, 210:25, 211:5, 211:14, 211:19, 211:22
**learn** [1] - 262:25
**learned** [2] - 60:17, 114:17
**learning** [1] - 247:23
**lease** [3] - 51:19, 51:21, 53:23
**LEASING** [2] - 1:5,

1:17
**Leasing** [2] - 2:13, 213:24
**least** [6] - 151:3, 181:15, 188:19, 189:6, 192:25, 230:19
**leave** [4] - 21:24, 109:25, 180:23, 261:10
**leaving** [7] - 70:14, 74:23, 75:7, 75:8, 75:24, 108:19, 108:22
**left** [22] - 26:17, 47:11, 50:7, 75:6, 78:4, 84:25, 108:24, 109:7, 109:13, 109:18, 110:3, 118:4, 128:13, 142:10, 150:18, 183:19, 184:2, 184:16, 184:17, 205:17, 217:24, 249:17
**leftover** [1] - 214:22
**legal** [6] - 30:17, 47:15, 204:7, 204:14, 204:17, 222:5
**LEGAL** [1] - 2:3
**legally** [2] - 72:2, 106:12
**legitimate** [1] - 210:13
**lengths** [1] - 139:25
**Leslie** [1] - 238:24
**less** [6] - 174:9, 174:23, 205:21, 206:4, 206:8, 260:25
**letter** [2] - 84:9, 84:14
**letters** [3] - 20:19, 23:7, 83:23
**level** [1] - 78:22
**levels** [1] - 78:16
**Lexington** [1] - 2:19
**liabilities** [1] - 54:9
**liability** [1] - 197:6
**Libertas** [3] - 3:15, 21:8, 45:24
**LIBERTAS** [1] - 1:16
**LIC** [1] - 1:14
**license** [12] - 35:17, 36:14, 36:18, 37:21, 48:18, 49:4, 59:10, 60:2, 112:4, 112:9, 262:3, 272:2
**licenses** [10] - 6:24, 25:21, 34:22, 35:6, 35:8, 35:9, 35:10, 37:8, 37:12, 37:17

**lie** [1] - 47:8
**lied** [3] - 36:15, 132:10, 220:10
**lies** [1] - 130:18
**life** [2] - 149:21, 255:25
**limits** [1] - 85:21
**line** [29] - 36:13, 37:2, 39:6, 39:14, 84:21, 85:9, 94:7, 98:2, 104:24, 105:5, 105:7, 105:11, 105:16, 106:5, 123:6, 126:16, 169:24, 171:3, 171:4, 198:22, 204:20, 219:5, 219:15, 250:22, 251:11, 251:17, 251:22, 252:9, 264:6
**lines** [11] - 27:25, 83:21, 84:2, 84:6, 84:11, 84:18, 111:2, 171:17, 171:20, 172:3, 172:7
**listed** [5] - 49:4, 54:12, 140:19, 173:12, 269:4
**Listen** [2] - 246:19, 263:11
**lists** [1] - 23:19
**litigation** [3] - 129:6, 133:10, 133:13
**LITTLE** [1] - 1:16
**live** [5] - 26:24, 37:2, 37:4, 37:6, 50:20
**lived** [3] - 162:5, 162:19, 162:22
**living** [1] - 162:7
**LLC** [29] - 1:4, 1:5, 1:7, 1:7, 1:8, 1:8, 1:9, 1:9, 1:13, 1:13, 1:14, 1:14, 1:15, 1:16, 1:17, 2:3, 2:5, 2:13, 2:17, 2:18, 3:16
**LLCs** [2] - 2:17, 237:18
**LLP** [4] - 1:16, 2:11, 3:8, 3:14
**loan** [15] - 121:14, 165:14, 165:21, 168:8, 169:25, 170:4, 209:5, 209:19, 254:8, 254:10, 254:11, 254:19, 260:14, 260:25, 268:24
**loans** [2] - 183:23, 184:16

## M

**location** [3] - 18:23, 19:2, 19:3
**locations** [1] - 18:6
**lockout** [14] - 75:2, 89:6, 106:3, 107:8, 114:12, 114:16, 114:24, 114:25, 115:17, 118:11, 147:13, 148:6, 173:23, 222:23
**log** [1] - 78:8
**logged** [1] - 78:10
**logging** [1] - 114:3
**logical** [1] - 76:4
**logistics** [3] - 14:18, 30:10, 132:6
**long-standing** [1] - 261:11
**look** [19] - 13:13, 24:4, 45:9, 62:15, 67:7, 68:20, 71:23, 73:6, 94:7, 94:8, 103:5, 103:10, 106:12, 151:12, 155:15, 208:11, 225:4, 246:13, 260:21
**looked** [11] - 46:7, 48:13, 48:19, 64:4, 94:3, 134:5, 182:23, 201:10, 204:25, 268:18
**looking** [9] - 8:21, 8:22, 9:13, 36:11, 60:9, 70:11, 161:3, 161:4, 224:20
**lose** [1] - 84:22
**losing** [1] - 193:24
**Loss** [2] - 91:13, 276:17
**loss** [4] - 73:19, 153:20, 160:10, 201:8
**losses** [3] - 83:19, 182:17, 210:6
**lost** [6] - 24:7, 85:10, 207:17, 208:22, 259:12, 261:6
**loud** [1] - 129:19
**love** [1] - 133:7
**low** [2] - 146:19, 196:13
**Lowe** [1] - 186:8
**lower** [1] - 83:25
**lowered** [2] - 83:20, 84:7
**lowering** [1] - 85:21
**loyalty** [1] - 104:8
**lull** [1] - 150:24
**lunch** [1] - 191:13
**Luncheon** [1] - 191:16

## M

**mad** [1] - 165:20
**maintain** [1] - 25:20
**majority** [4] - 195:24, 198:25, 206:5, 236:11
**man** [2] - 161:16, 262:11
**MANAGEMENT** [1] - 1:9
**Management** [1] - 2:18
**management** [3] - 41:17, 66:13, 181:21
**manager** [20] - 14:5, 32:15, 32:16, 32:18, 34:11, 34:14, 51:10, 59:9, 80:3, 81:24, 114:20, 124:2, 140:20, 149:21, 151:17, 186:4, 186:5, 186:8, 190:11
**managers** [5] - 41:23, 51:10, 77:20, 131:24, 131:25
**manipulated** [1] - 140:19
**manufacturer** [1] - 208:7
**manufacturers** [1] - 84:10
**MARC** [1] - 1:12
**Marc** [10] - 14:22, 31:9, 87:12, 136:23, 140:15, 141:4, 141:13, 144:3, 144:11, 225:12
**March** [33] - 40:19, 40:20, 42:14, 42:21, 46:6, 63:14, 63:17, 63:21, 65:8, 67:3, 124:21, 127:9, 127:10, 150:12, 154:17, 154:21, 162:9, 162:15, 181:15, 208:4, 208:14, 208:15, 208:19, 214:14, 240:23, 255:12, 256:3, 256:5, 256:7, 256:22, 258:24, 260:16
**Mark** [1] - 24:18
**mark** [6] - 19:12, 62:5, 62:9, 234:18, 238:4, 240:13
**marked** [10] - 62:5, 62:11, 91:14, 97:9, 116:10, 235:4, 238:7, 240:17, 242:15, 250:5
**market** [7] - 175:19, 176:4, 176:7, 176:15, 177:3, 184:20, 195:25
**marketing** [7] - 195:20, 195:21, 195:23, 196:3, 196:6, 211:2, 211:10
**marriage** [1] - 278:17
**Massachusetts** [15] - 10:24, 11:2, 11:15, 11:22, 18:6, 18:10, 28:4, 125:4, 129:13, 158:16, 170:9, 170:10, 170:13, 180:14, 180:15
**materialized** [1] - 105:21
**math** [2] - 73:8, 205:8
**matter** [7] - 73:12, 112:7, 139:24, 155:23, 229:15, 257:21, 278:19
**matters** [1] - 62:7
**mean** [65] - 12:7, 13:13, 16:18, 17:19, 17:24, 31:10, 37:6, 39:11, 40:3, 49:9, 49:10, 54:24, 55:6, 55:12, 66:3, 75:22, 76:4, 77:4, 83:4, 83:7, 86:3, 89:22, 90:4, 93:6, 93:14, 96:3, 108:5, 108:19, 111:21, 115:5, 117:22, 132:13, 132:18, 133:2, 137:18, 139:6, 147:25, 154:22, 156:9, 172:21, 174:5, 176:6, 177:10, 185:17, 190:10, 195:4, 195:23, 204:3, 204:11, 210:15, 213:16, 216:20, 220:10, 227:7, 231:21, 237:16, 244:15, 245:24, 249:9, 253:23, 260:9, 262:8, 272:24, 272:25
**mean..** [2] - 189:25, 263:13
**meaning** [1] - 248:16
**means** [1] - 50:14
**meant** [3] - 64:22, 72:13, 218:9
**meanwhile** [1] - 156:3
**mechanic** [5] - 103:7, 103:14, 103:18, 104:6, 104:10
**mechanics** [4] - 102:17, 102:21, 103:2, 104:12
**mediation** [1] - 20:20
**mediations** [1] - 22:17
**mediator** [1] - 22:23
**medications** [1] - 5:23
**meet** [2] - 8:8, 262:10
**meeting** [4] - 229:7, 230:8, 230:10, 230:11
**memory** [4] - 8:2, 13:11, 179:3, 266:22
**menial** [2] - 31:6, 187:6
**mention** [2] - 165:18, 258:9
**mentioned** [7] - 20:15, 20:18, 60:4, 144:7, 219:22, 232:8, 266:14
**mentioning** [1] - 258:5
**Merckling** [10] - 14:22, 87:12, 136:23, 140:15, 141:4, 141:14, 144:3, 144:12, 186:21, 187:3
**MERCKLING** [1] - 1:12
**merely** [1] - 134:13
**mess** [1] - 26:18
**message** [6] - 235:24, 250:12, 250:15, 251:25, 259:25, 269:11
**Message** [2] - 250:5, 277:5
**messages** [1] - 217:24
**Messages** [4] - 116:10, 235:4, 276:21, 276:23
**Messina** [2] - 180:9, 180:17
**messing** [1] - 41:14
**met** [18] - 8:19, 9:7, 16:25, 116:25, 117:14, 118:4, 119:18, 120:7, 161:24, 162:2, 162:10, 162:20, 195:2, 195:5, 203:11, 229:5, 229:8
**Mexico** [1] - 176:9
**mic** [1] - 21:14
**Michael** [15] - 9:11, 17:10, 158:7, 228:24, 229:2, 229:18, 229:19, 229:21, 229:22, 230:5, 230:8, 230:12, 230:24, 231:10, 242:3
**MICHAEL** [1] - 1:12
**mid** [2] - 239:22, 240:11
**middle** [5] - 104:20, 105:24, 194:9, 212:4, 256:11
**might** [24] - 21:5, 25:16, 25:18, 26:20, 28:18, 38:24, 68:13, 71:25, 103:7, 104:7, 119:7, 170:24, 197:24, 214:20, 214:22, 214:25, 236:21, 243:14, 245:3, 247:20, 251:2, 252:9
**Mike** [3] - 242:8, 246:14
**million** [18] - 36:12, 36:25, 83:18, 83:25, 85:8, 92:13, 93:17, 170:25, 182:17, 182:18, 198:18, 198:19, 198:20, 201:5, 221:21, 258:7, 258:8
**millions** [2] - 84:21, 260:18
**mind** [4] - 43:10, 43:14, 72:5, 148:14
**mine** [6] - 9:11, 21:4, 22:6, 39:6, 182:16, 237:22
**minimum** [1] - 57:25
**minute** [2] - 255:18, 256:10
**minutes** [5] - 49:7, 54:20, 55:14, 228:14, 248:10
**miraculous** [1] - 36:23
**miraculously** [1] - 36:13
**mismanagement** [2] - 181:10, 181:23
**missed** [1] - 229:7
**missing** [3] - 86:20, 88:13, 145:11
**misspoke** [1] - 152:24
**mistake** [3] - 73:16, 85:4, 85:12
**MITCHELL** [1] - 278:25
**Mitchell** [3] - 1:24,

278:6, 278:24
**Mitsu** [1] - 109:9
**Mitsubishi** [8] - 10:20, 11:4, 12:14, 124:19, 127:16, 127:17, 127:24, 128:16
**MO** [1] - 71:2
**modification** [1] - 164:5
**modifying** [1] - 225:14
**moment** [4] - 62:15, 110:12, 135:8, 239:3
**moments** [2] - 212:5, 240:19
**Monday** [1] - 242:20
**money** [103] - 20:6, 26:9, 33:10, 33:21, 38:7, 38:12, 38:15, 38:16, 38:18, 38:19, 38:25, 39:4, 39:5, 47:11, 53:22, 59:18, 60:22, 60:25, 61:3, 66:20, 73:3, 73:19, 74:8, 74:12, 74:15, 75:5, 75:18, 75:20, 76:19, 82:14, 82:17, 82:19, 82:21, 82:25, 83:5, 84:23, 85:10, 119:25, 120:3, 122:12, 128:9, 128:12, 135:4, 135:7, 135:9, 135:14, 136:11, 136:15, 136:17, 138:2, 141:10, 145:23, 157:25, 158:8, 158:9, 158:18, 158:24, 159:4, 159:6, 159:10, 159:15, 164:14, 164:22, 165:24, 182:6, 182:10, 182:20, 182:24, 183:22, 193:24, 196:21, 196:24, 197:2, 197:4, 197:11, 201:3, 204:12, 207:13, 207:17, 208:25, 210:9, 210:11, 212:5, 212:13, 212:19, 212:22, 212:25, 213:13, 225:2, 225:3, 225:7, 225:11, 225:21, 226:15, 227:2, 227:10, 227:20, 228:2, 244:13, 245:23, 255:24,

259:12, 261:4
**monies** [2] - 163:6, 163:19
**monitor** [1] - 150:7
**monitored** [1] - 88:9
**monitoring** [1] - 151:2
**month** [37] - 66:24, 73:2, 73:4, 73:8, 73:9, 73:10, 80:11, 118:21, 122:10, 152:16, 152:17, 152:20, 152:21, 153:3, 154:9, 163:23, 174:7, 193:13, 196:16, 205:7, 205:12, 205:20, 205:21, 206:2, 206:13, 206:15, 206:17, 206:18, 206:24, 206:25, 207:6, 207:21, 211:16, 211:20, 226:19, 226:22, 253:20
**monthly** [3] - 151:3, 195:6, 196:10
**months** [29] - 8:13, 8:14, 35:14, 37:14, 37:15, 41:7, 41:12, 56:24, 73:10, 84:17, 89:15, 109:21, 143:24, 153:14, 174:6, 174:16, 174:21, 205:8, 205:14, 205:20, 206:7, 207:25, 210:23, 211:7, 221:15, 226:20, 226:22, 262:19
**MORGAN** [1] - 1:17
**Morgan** [4] - 9:12, 242:3, 242:8, 246:14
**morning** [7] - 5:19, 5:21, 5:25, 6:5, 49:23, 192:21, 192:24
**mortgages** [1] - 258:8
**most** [11] - 135:4, 141:9, 141:11, 142:16, 172:16, 175:12, 185:6, 198:14, 211:3, 223:2, 223:7
**mostly** [5] - 15:4, 21:22, 172:14, 186:24, 198:24
**MOTION** [1] - 276:7
**motions** [2] - 47:10, 47:21
**MOTOR** [2] - 1:5, 1:17

**Motor** [2] - 2:13, 213:24
**MOTORS** [6] - 1:4, 1:13, 1:14, 1:14, 1:15, 1:15
**Motors** [23] - 2:4, 9:14, 15:18, 16:12, 17:5, 55:22, 56:18, 91:12, 100:24, 101:2, 107:7, 153:2, 153:11, 160:4, 194:7, 201:16, 215:10, 226:23, 251:5, 258:2, 268:22, 269:10, 276:16
**move** [15] - 34:4, 34:7, 34:10, 71:2, 101:23, 102:14, 102:19, 123:2, 181:4, 187:17, 245:7, 246:9, 252:8, 254:25, 273:14
**moved** [7] - 27:11, 33:23, 42:22, 102:3, 140:17, 181:2, 255:24
**moving** [8] - 31:7, 31:10, 101:16, 102:11, 102:13, 224:18, 262:2, 266:3
**MR** [180] - 5:18, 20:23, 21:3, 21:7, 21:15, 21:19, 21:23, 22:2, 22:5, 22:7, 22:9, 22:11, 22:15, 36:20, 37:5, 40:11, 42:8, 45:19, 50:10, 51:23, 52:4, 52:20, 54:6, 54:15, 57:13, 58:5, 58:18, 61:17, 62:4, 62:12, 62:17, 62:23, 62:24, 63:2, 63:6, 65:18, 66:9, 68:8, 69:14, 69:24, 71:2, 71:4, 71:10, 72:4, 74:14, 75:11, 79:6, 86:10, 88:14, 88:21, 89:8, 89:12, 89:16, 89:18, 89:25, 90:6, 90:15, 90:25, 91:5, 91:8, 91:16, 93:22, 94:22, 95:6, 95:10, 95:16, 95:20, 96:12, 97:4, 97:6, 97:11, 97:18, 97:21, 99:4, 103:16, 103:20, 106:10, 110:10, 110:13, 110:18, 110:19, 113:13,

113:15, 113:20, 113:22, 113:24, 116:7, 118:14, 120:18, 126:15, 128:6, 128:23, 129:25, 130:3, 130:14, 130:24, 133:16, 134:16, 135:11, 137:6, 137:10, 138:11, 138:18, 139:8, 141:18, 144:4, 144:19, 148:12, 149:18, 152:6, 155:5, 155:10, 169:17, 174:18, 176:18, 191:9, 191:11, 191:14, 192:19, 197:14, 204:8, 204:19, 210:20, 212:7, 213:4, 213:8, 214:18, 216:9, 216:15, 217:10, 217:16, 219:4, 219:14, 220:6, 220:23, 221:3, 223:23, 224:8, 224:15, 225:15, 226:3, 226:6, 227:12, 228:12, 228:16, 228:18, 228:20, 228:22, 231:2, 231:20, 232:15, 232:22, 233:2, 234:22, 235:6, 239:18, 240:7, 241:4, 242:16, 261:23, 263:7, 264:5, 264:10, 264:20, 268:10, 269:22, 270:3, 270:10, 270:18, 271:23, 272:15, 273:11, 273:19, 273:24, 274:2, 274:6, 274:7, 274:9, 276:4, 276:6
**MS** [24] - 8:6, 232:17, 232:24, 233:10, 234:17, 234:25, 238:3, 238:8, 239:11, 239:20, 240:8, 240:12, 241:6, 242:13, 242:18, 250:3, 250:7, 264:3, 264:18, 267:8, 268:12, 268:16, 269:20, 276:5
**multiple** [1] - 95:25

**muscle** [1] - 30:9

# N

**N.A** [1] - 1:17
**NADA** [3] - 7:4, 7:6, 124:3
**name** [25] - 5:7, 5:9, 5:20, 17:14, 18:14, 22:4, 22:6, 31:18, 40:7, 40:13, 40:14, 60:11, 94:16, 104:2, 110:6, 126:20, 127:5, 136:5, 136:7, 146:5, 151:20, 215:5, 233:15, 237:22, 261:2
**names** [4] - 14:24, 15:4, 15:8, 178:23
**NASSAU** [1] - 278:4
**Nassau** [5] - 28:17, 28:21, 28:25, 216:7, 216:18
**National** [1] - 7:7
**near** [1] - 180:15
**need** [17] - 21:13, 64:9, 64:12, 68:19, 70:6, 93:5, 98:12, 110:10, 125:20, 149:6, 159:12, 225:4, 228:21, 233:3, 248:19, 257:25, 259:8
**needed** [14] - 14:19, 34:3, 38:17, 38:21, 100:20, 150:11, 171:14, 171:16, 171:19, 182:19, 185:10, 253:25, 256:19, 259:6
**needs** [1] - 48:25
**negative** [3] - 207:8, 207:11
**negotiating** [1] - 211:8
**negotiations** [1] - 22:19
**nerve** [1] - 255:15
**nerve-wracking** [1] - 255:15
**NESNA** [7] - 77:10, 160:16, 165:4, 168:18, 168:21, 182:11, 209:19
**nets** [1] - 212:24
**never** [71] - 20:8, 20:21, 31:19, 55:4, 55:5, 58:8, 58:9, 69:2, 69:4, 73:23, 74:11, 74:23, 76:13, 81:8, 81:11, 84:2,

87:13, 87:15, 96:24, 101:18, 105:16, 105:21, 114:21, 116:3, 117:14, 117:15, 118:4, 118:16, 121:17, 132:24, 132:25, 140:17, 143:3, 145:25, 148:3, 149:5, 155:25, 156:4, 156:6, 156:18, 162:2, 166:4, 166:9, 166:12, 166:14, 166:18, 168:10, 177:15, 177:20, 182:25, 183:21, 184:15, 187:5, 191:7, 203:9, 203:11, 203:12, 235:19, 254:20, 255:4, 262:17, 265:22, 265:23, 266:5, 269:14, 271:16, 272:7, 273:20, 273:21, 273:23

new [15] - 23:25, 24:12, 24:15, 41:15, 46:18, 65:21, 65:22, 66:16, 76:7, 100:22, 109:3, 127:15, 150:22, 167:11, 168:8

New [37] - 1:19, 1:25, 2:8, 2:20, 3:6, 3:11, 6:15, 10:22, 12:6, 18:7, 27:19, 27:20, 27:23, 28:5, 50:8, 100:19, 123:16, 124:15, 124:16, 126:3, 126:6, 126:9, 126:25, 128:4, 128:9, 129:4, 129:24, 162:22, 166:24, 166:25, 167:4, 179:20, 179:24, 180:24, 275:25, 278:7

NEW [3] - 1:3, 275:4, 278:3

next [17] - 9:6, 64:14, 106:23, 107:13, 107:15, 111:12, 112:2, 112:23, 113:4, 116:7, 124:17, 124:22, 158:18, 159:10, 198:2, 208:14, 254:22

NextGear [6] - 25:17, 25:18, 122:22, 122:24, 171:2, 199:7
nice [1] - 262:2
nicest [1] - 262:11
night [2] - 148:6, 173:22
nine [3] - 8:13, 8:14, 73:7
Nissan [26] - 9:2, 9:4, 10:23, 24:22, 25:4, 25:9, 25:15, 25:24, 26:2, 26:10, 26:15, 26:22, 27:4, 27:19, 83:19, 83:20, 109:11, 165:5, 167:24, 168:4, 168:9, 168:17, 170:2, 170:8, 256:9
Nissan's [1] - 26:3
NMAC [26] - 24:25, 85:14, 85:20, 122:21, 123:7, 169:7, 169:8, 170:4, 187:25, 188:3, 188:10, 188:11, 188:14, 198:3, 198:5, 199:4, 199:7, 199:12, 199:13, 199:15, 199:19, 200:6, 200:10, 200:18, 201:2, 214:22
nobody [4] - 109:16, 145:9, 236:11, 271:17
nobody's [1] - 82:9
noise [1] - 21:2
none [4] - 6:2, 6:6, 74:20, 274:6
nonresponsive [1] - 71:3
normally [2] - 208:5, 253:10
Northeast [1] - 262:19
NORTHSHORE [2] - 1:5, 1:17
Northshore [32] - 2:13, 17:6, 47:25, 48:7, 51:19, 52:10, 55:14, 55:22, 56:2, 56:6, 56:18, 61:14, 61:15, 77:11, 101:6, 101:16, 101:21, 102:21, 103:4, 104:13, 117:12, 167:20, 171:18, 187:22, 187:23, 188:2, 189:2, 213:24, 215:10,

224:19, 260:24, 271:25
Notary [4] - 1:25, 5:4, 275:25, 278:6
noted [2] - 192:15, 274:10
nothing [17] - 8:16, 60:11, 75:6, 96:25, 115:19, 169:12, 169:22, 170:2, 184:5, 232:16, 236:13, 258:6, 261:7, 262:6, 262:17, 265:25, 273:25
notice [1] - 108:22
Notice [1] - 1:24
notified [1] - 271:16
notwithstanding [1] - 184:11
November [42] - 9:8, 9:10, 9:21, 10:18, 17:2, 34:20, 59:2, 60:9, 60:23, 61:4, 118:12, 118:13, 125:16, 159:24, 160:4, 164:20, 165:9, 166:3, 166:17, 167:7, 167:23, 168:3, 168:21, 168:24, 168:25, 171:8, 173:5, 173:21, 194:9, 196:23, 199:22, 200:4, 200:5, 215:8, 215:17, 216:25, 217:8, 217:20, 218:15, 218:19, 219:2
Novicky [51] - 17:10, 40:24, 81:14, 81:16, 100:17, 104:23, 107:17, 107:22, 107:25, 108:3, 108:9, 108:17, 109:7, 110:3, 110:21, 111:14, 112:24, 113:5, 138:10, 138:16, 138:21, 138:24, 139:3, 139:5, 139:11, 139:14, 139:21, 140:7, 150:2, 150:4, 150:5, 150:7, 150:13, 150:16, 152:12, 152:13, 152:14, 152:19, 153:2, 153:13, 153:17,

154:8, 172:20, 185:16, 189:16, 189:19, 236:21, 236:22, 242:21, 250:17, 251:9
nowhere [1] - 252:21
number [23] - 51:6, 53:7, 84:15, 87:10, 96:10, 96:15, 100:12, 104:19, 107:16, 148:10, 148:13, 158:3, 174:3, 178:7, 178:10, 178:14, 183:2, 184:4, 193:9, 193:24, 205:12, 205:19, 210:17
numbered [1] - 104:20
numbers [18] - 86:4, 86:7, 92:9, 93:2, 93:4, 93:9, 93:11, 93:20, 93:23, 95:5, 95:9, 95:12, 145:14, 150:15, 153:8, 193:6, 200:17, 200:25
NYC [1] - 1:12

## O

oath [2] - 4:17, 275:10
object [3] - 96:9, 96:17, 252:24
objection [91] - 37:5, 45:19, 51:23, 52:4, 52:20, 54:6, 54:15, 57:13, 58:5, 58:18, 61:17, 66:9, 69:14, 69:24, 71:4, 71:10, 72:4, 74:14, 75:11, 79:6, 86:10, 88:14, 89:8, 89:12, 89:16, 90:25, 93:22, 95:6, 95:10, 95:16, 96:2, 96:12, 99:4, 103:16, 103:21, 106:10, 113:20, 120:18, 126:15, 128:6, 128:23, 130:14, 130:24, 133:16, 134:16, 137:6, 138:11, 138:18, 139:8, 141:18, 144:4, 144:19, 148:12, 149:18, 152:6, 155:5, 155:10, 169:17, 176:18, 197:14, 204:8, 204:19, 210:20, 212:7, 213:4, 213:8,

214:18, 216:9, 216:15, 217:10, 217:16, 219:4, 219:14, 220:6, 220:23, 221:3, 224:8, 224:15, 226:6, 227:12, 231:2, 231:20, 261:23, 263:7, 264:18, 267:8, 270:18, 271:23, 272:15, 273:11, 273:19
Objection [3] - 137:10, 223:23, 226:3
objections [4] - 4:9, 89:21, 90:7, 90:9
obtain [3] - 51:10, 199:6, 199:9
obtained [2] - 58:3, 96:16
obtaining [1] - 51:5
obviously [9] - 66:6, 93:6, 106:4, 114:8, 114:11, 182:15, 249:10, 260:13, 261:8
occasion [2] - 157:11, 203:7
occasionally [1] - 122:21
occasions [2] - 38:5, 38:10
October [4] - 20:4, 50:17, 118:13, 125:14
odd [2] - 57:2, 86:16
OF [12] - 1:3, 1:6, 1:6, 1:13, 1:13, 1:14, 1:14, 1:15, 275:4, 275:5, 278:3, 278:4
offer [7] - 20:8, 20:11, 20:22, 22:16, 22:24, 170:20, 256:13
offered [2] - 20:5, 20:14
offering [1] - 251:16
office [13] - 39:12, 39:18, 41:23, 66:15, 77:20, 79:14, 151:17, 190:12, 190:13, 216:21, 222:14, 222:24, 224:5
officer [8] - 4:16, 29:3, 47:18, 107:20, 113:12, 139:23, 140:7, 253:24
official [4] - 106:25,

107:15, 194:11, 198:6
**officially** [1] - 194:9
**often** [3] - 151:8, 152:9, 152:14
**oil** [1] - 127:25
**okayed** [1] - 271:9
**old** [5] - 19:10, 19:11, 24:17, 75:23, 101:6
**once** [8] - 25:10, 73:24, 101:18, 118:2, 119:15, 171:5, 205:23, 262:17
**one** [92] - 6:17, 6:19, 7:17, 12:12, 12:14, 14:14, 14:16, 14:25, 16:24, 17:16, 17:17, 17:18, 20:16, 20:18, 22:3, 22:5, 22:8, 22:17, 26:21, 27:10, 27:12, 27:14, 27:15, 28:9, 29:23, 30:13, 30:16, 35:21, 36:4, 36:6, 39:7, 39:18, 39:22, 39:23, 41:24, 45:12, 46:20, 52:24, 54:23, 55:23, 55:24, 64:17, 70:12, 78:11, 79:21, 97:20, 104:7, 109:21, 123:13, 125:3, 126:14, 131:5, 131:25, 132:16, 132:20, 152:4, 152:8, 152:20, 153:6, 153:13, 153:21, 156:6, 156:12, 169:15, 175:8, 180:3, 183:16, 185:2, 188:19, 198:13, 213:15, 213:17, 221:23, 225:2, 229:7, 229:17, 234:12, 235:10, 237:12, 240:9, 245:21, 251:18, 258:11, 264:5, 265:4, 268:12, 268:17
**one-time** [1] - 7:17
**one-way** [1] - 175:8
**ones** [9] - 23:15, 55:19, 56:12, 56:19, 214:21, 214:24, 215:2, 271:15
**ongoing** [1] - 12:20
**oOo** [1] - 4:21
**Open** [1] - 252:18
**open** [48] - 9:17, 9:22,

10:23, 11:15, 46:20, 52:22, 52:25, 53:4, 106:5, 124:20, 124:25, 132:22, 142:3, 142:9, 142:11, 142:22, 143:2, 171:19, 214:14, 221:14, 236:8, 237:17, 240:3, 245:9, 246:19, 246:22, 247:2, 250:21, 251:5, 251:10, 251:21, 251:22, 251:23, 252:22, 254:6, 254:7, 254:18, 254:22, 254:23, 255:2, 257:23, 257:25, 258:12, 260:23, 261:20, 263:19, 266:13, 271:11
**opened** [40] - 9:22, 31:22, 32:3, 52:8, 99:24, 100:5, 100:10, 101:24, 123:14, 124:18, 124:23, 125:4, 141:7, 142:7, 143:3, 143:7, 143:9, 143:12, 143:13, 143:20, 150:23, 202:24, 204:4, 214:2, 214:7, 236:12, 241:22, 248:18, 258:14, 259:7, 259:10, 263:12, 264:13, 264:17, 265:5, 267:22, 268:4, 271:15
**opening** [40] - 10:12, 10:25, 31:24, 32:4, 32:7, 34:8, 55:20, 76:6, 76:11, 98:2, 98:6, 98:8, 98:9, 99:2, 99:9, 99:21, 101:3, 102:13, 146:24, 235:21, 236:14, 241:11, 243:21, 244:17, 244:22, 245:7, 245:13, 247:5, 247:19, 247:23, 248:13, 255:6, 257:18, 265:8, 266:11, 266:12, 271:9, 271:13, 272:21, 273:14
**opens** [1] - 52:17
**operate** [1] - 140:11

**operated** [1] - 124:13
**operates** [1] - 146:9
**operating** [31] - 11:9, 11:12, 18:8, 18:12, 18:22, 18:25, 32:11, 54:21, 55:4, 55:6, 55:16, 55:18, 55:21, 55:25, 56:5, 56:11, 107:20, 109:8, 113:12, 139:22, 140:6, 156:7, 156:14, 208:6, 209:8, 236:24, 237:8, 253:23, 265:24, 273:21, 273:23
**operation** [7] - 30:11, 81:25, 109:12, 136:20, 136:22, 166:24, 167:2
**operations** [5] - 7:13, 34:18, 150:6, 150:8, 194:6
**opportunity** [2] - 10:14, 256:14
**option** [2] - 255:16, 257:15
**Order** [1] - 1:23
**order** [3] - 63:4, 76:25, 77:21
**Orgad** [3] - 146:5, 146:9, 147:2
**ORGAD** [1] - 146:8
**organization** [6] - 33:17, 131:19, 144:6, 220:13, 220:17, 230:16
**original** [6] - 30:24, 55:17, 55:23, 56:7, 164:16, 266:2
**originally** [4] - 39:8, 42:17, 127:18, 152:3
**Orloff** [5] - 126:7, 127:6, 127:7, 129:3, 129:6
**otherwise** [1] - 177:23
**outcome** [1] - 278:18
**outpacing** [1] - 198:15
**outside** [2] - 10:14, 222:4
**overage** [1] - 209:24
**overbook** [1] - 177:11
**overhead** [2] - 196:16, 207:21
**overwhelmed** [1] - 41:18
**overwhelming** [1] - 181:20
**Ovington** [2] - 1:19, 3:10

**owe** [1] - 204:11
**owed** [3] - 119:24, 120:3, 121:11
**own** [11] - 35:9, 39:2, 41:8, 48:15, 48:18, 48:21, 57:4, 82:9, 151:9, 196:3, 204:7
**owned** [11] - 33:7, 124:13, 125:16, 125:22, 158:7, 162:25, 166:12, 209:6, 221:20, 265:13, 265:16
**owner** [39] - 19:10, 19:11, 24:2, 24:12, 24:16, 24:18, 49:5, 51:22, 52:19, 53:9, 54:5, 54:12, 54:14, 55:8, 61:14, 61:15, 76:2, 105:13, 106:20, 125:21, 129:17, 162:4, 164:12, 166:5, 166:19, 215:9, 215:18, 216:2, 236:5, 244:18, 252:23, 266:8, 267:12, 267:23, 268:3, 268:8, 268:22, 273:5, 273:10
**owners** [4] - 47:24, 267:6, 267:7, 267:13
**ownership** [10] - 48:6, 51:11, 51:13, 54:22, 55:15, 106:14, 252:19, 258:5, 258:10, 269:15
**owns** [5] - 18:11, 19:9, 48:22, 49:8, 260:19

## P

**P&L** [4] - 92:22, 93:13, 93:14, 94:6
**p.m** [4] - 63:8, 191:17, 192:15, 274:10
**page** [18] - 56:4, 61:25, 62:25, 63:7, 97:16, 97:21, 100:12, 100:13, 104:18, 107:13, 107:16, 110:15, 111:12, 112:2, 112:23, 113:4, 242:17
**PAGE** [3] - 276:3, 276:7, 276:9
**pages** [2] - 64:18, 69:3
**paid** [31] - 25:11,

27:24, 39:8, 53:12, 53:22, 83:8, 117:9, 117:11, 121:17, 122:9, 127:24, 163:6, 163:20, 168:12, 168:16, 182:15, 184:20, 184:21, 195:7, 195:10, 195:12, 195:15, 195:18, 195:20, 196:6, 196:8, 196:18, 197:9, 197:11, 197:22, 207:21
**pain** [1] - 187:19
**painstakingly** [1] - 149:11
**paper** [7] - 70:23, 99:20, 126:13, 237:12, 244:11, 257:5
**papers** [1] - 70:9
**paperwork** [7] - 37:24, 99:13, 107:3, 128:18, 238:21, 252:13, 254:10
**Paralegal** [1] - 3:24
**part** [39] - 30:20, 37:20, 38:20, 47:12, 47:20, 56:9, 56:19, 59:15, 85:19, 92:15, 107:11, 127:22, 130:9, 131:4, 131:19, 131:23, 131:25, 133:11, 140:22, 144:5, 147:7, 160:12, 165:4, 168:9, 168:14, 170:23, 172:6, 176:16, 185:6, 187:15, 187:19, 191:8, 216:18, 220:8, 226:11, 230:15, 254:22, 273:5, 273:10
**participated** [2] - 95:14, 95:22
**particular** [5] - 14:25, 62:24, 97:16, 232:9, 240:14
**parties** [2] - 4:4, 278:16
**partner** [46] - 8:21, 41:16, 126:8, 126:11, 126:12, 126:13, 126:20, 126:25, 127:3, 127:5, 127:8, 127:19, 127:21,

128:9, 129:15, 129:20, 129:23, 157:16, 158:10, 160:9, 164:25, 165:16, 166:10, 229:14, 230:3, 235:15, 236:2, 265:18, 266:14, 269:10, 270:7, 270:13, 270:17, 271:2, 271:12, 271:19, 271:21, 271:22, 272:5, 272:12, 272:13, 272:23, 273:3, 273:8, 273:16, 273:18
**partnering** [1] - 230:13
**partners** [16] - 106:6, 125:7, 126:3, 126:5, 129:10, 129:12, 160:16, 160:19, 161:5, 165:6, 210:24, 235:22, 262:4, 266:16, 267:15, 267:18
**PARTNERS** [1] - 1:15
**partnership** [3] - 9:15, 17:4, 272:3
**parts** [1] - 144:7
**pause** [1] - 20:23
**Pay** [7] - 77:6, 77:9, 78:3, 114:13, 114:18, 114:19, 114:23
**pay** [35] - 25:9, 39:7, 50:22, 60:22, 61:3, 75:20, 77:10, 82:23, 83:4, 83:23, 83:25, 85:9, 120:21, 120:22, 120:25, 121:14, 121:24, 122:8, 122:14, 150:21, 160:15, 165:11, 165:14, 165:25, 169:3, 175:22, 177:18, 183:23, 184:17, 197:12, 197:17, 204:10, 209:18, 209:21
**payback** [1] - 83:6
**paying** [6] - 122:15, 204:6, 204:13, 204:17, 210:2, 212:21
**payment** [5] - 53:16, 82:2, 121:12, 121:16, 122:12

**payments** [1] - 156:18
**payoff** [1] - 122:16
**payroll** [12] - 13:14, 102:22, 103:3, 103:8, 103:13, 117:11, 163:8, 163:10, 163:14, 163:16, 180:10, 196:8
**peace** [1] - 274:5
**Pennsylvania** [1] - 3:19
**penny** [1] - 156:12
**people** [28] - 10:3, 10:7, 14:3, 47:7, 47:11, 78:9, 78:20, 79:22, 102:23, 104:7, 115:12, 115:21, 115:24, 131:3, 132:9, 133:4, 136:25, 152:4, 152:8, 179:2, 209:25, 223:19, 224:23, 243:19, 252:7, 263:3, 264:12, 264:15
**per** [14] - 169:4, 193:3, 193:16, 193:20, 193:24, 194:14, 205:20, 206:2, 206:13, 206:15, 206:17, 206:22, 207:5, 207:9
**percent** [24] - 60:6, 61:13, 61:15, 125:17, 129:16, 157:16, 159:14, 166:12, 166:18, 213:20, 216:2, 220:22, 229:12, 230:11, 236:5, 236:12, 244:17, 247:14, 252:19, 252:23, 258:3, 265:22, 267:23, 268:9
**percentage** [1] - 84:19
**percentages** [2] - 265:19, 269:15
**performed** [2] - 220:15, 220:16
**performing** [1] - 187:3
**perfunctory** [1] - 218:23
**period** [1] - 127:12
**perk** [1] - 164:2
**permanent** [1] - 162:16
**permission** [1] - 32:12
**person** [11] - 10:16,

19:9, 72:6, 76:4, 103:23, 116:20, 116:23, 149:23, 151:22, 234:13, 273:13
**person's** [2] - 126:20, 151:19
**personal** [4] - 250:20, 251:9, 258:4, 269:3
**personally** [6] - 82:16, 151:5, 236:19, 237:23, 242:11, 263:15
**pertain** [1] - 96:20
**pertaining** [1] - 67:9
**phenomenal** [2] - 246:16, 259:22
**Philadelphia** [1] - 3:19
**phone** [5] - 20:25, 105:20, 110:9, 203:19, 203:21
**picked** [4] - 184:25, 185:2, 185:6, 187:24
**piece** [3] - 70:23, 99:20, 237:12
**pieces** [2] - 244:10, 244:11
**Pittsfield** [4] - 170:8, 170:12, 199:23, 200:15
**pittsfield** [1] - 170:10
**place** [7] - 17:8, 103:2, 115:19, 118:2, 179:17, 189:2, 229:21
**places** [3] - 82:22, 147:25, 179:16
**Plaintiff** [1] - 1:22
**Plaintiffs** [3] - 1:10, 2:4, 2:12
**plan** [51] - 24:22, 24:23, 25:4, 25:7, 25:13, 25:24, 26:3, 26:6, 27:25, 31:8, 36:13, 36:25, 39:6, 39:10, 39:13, 83:21, 85:9, 85:15, 104:24, 105:8, 122:16, 122:19, 122:23, 123:6, 131:2, 164:23, 169:24, 170:13, 171:3, 171:4, 171:17, 171:20, 172:3, 172:7, 173:8, 173:14, 173:19, 189:23, 190:8, 190:19, 190:21, 191:2, 191:6, 197:9, 197:16, 198:9,

199:5, 199:20, 202:23, 203:2, 235:19
**plane** [2] - 105:19, 111:8
**planned** [2] - 75:4, 190:17
**planning** [4] - 39:24, 89:23, 111:2, 199:15
**plans** [16] - 31:9, 140:19, 167:9, 167:17, 170:20, 171:11, 171:15, 171:23, 171:24, 172:13, 189:20, 195:17, 197:13, 197:20, 198:4, 203:8
**Plaza** [1] - 10:7
**plenty** [4] - 66:24, 226:14, 226:16, 226:17
**plus** [5] - 29:24, 64:17, 69:3, 76:6, 182:13
**pocket** [6] - 99:7, 99:11, 243:20, 243:25, 260:4, 263:5
**pocketed** [2] - 145:22, 182:18
**pocketing** [1] - 183:3
**point** [39] - 13:2, 18:16, 27:18, 35:10, 35:14, 60:5, 60:19, 66:6, 68:25, 72:10, 88:3, 90:14, 95:25, 102:9, 102:17, 103:8, 104:19, 105:22, 133:20, 142:2, 142:9, 144:16, 156:10, 165:15, 166:22, 192:24, 193:9, 203:14, 205:6, 243:18, 244:5, 244:20, 245:21, 247:22, 254:25, 261:3, 261:6, 265:8
**Police** [3] - 28:17, 216:7, 216:18
**police** [2] - 29:2, 148:7
**poor** [2] - 221:17, 221:21
**Pope** [1] - 60:21
**position** [14] - 35:16, 134:15, 136:10, 136:12, 136:13, 144:9, 154:25, 166:4, 166:6, 166:17, 193:14, 222:12, 225:24, 226:23

**Positive** [7] - 77:6, 77:9, 78:3, 114:13, 114:18, 114:19, 114:23
**positive** [2] - 192:22, 200:11
**possess** [2] - 89:7, 214:16
**possession** [1] - 88:25
**possible** [4] - 66:22, 211:13, 211:16, 211:18
**possibly** [1] - 12:12
**potential** [2] - 10:17, 125:21
**potentially** [1] - 9:14
**powers** [1] - 157:7
**practically** [1] - 47:11
**pregnant** [4] - 13:16, 161:14, 161:20, 161:21
**preliminary** [1] - 113:23
**PREMIER** [1] - 1:15
**prepared** [3] - 32:21, 153:12, 153:16
**preparing** [1] - 155:8
**present** [2] - 106:2, 223:7
**PRESENT** [1] - 3:23
**presented** [2] - 76:22, 77:22
**preserved** [1] - 90:7
**pretty** [11] - 13:8, 21:21, 32:13, 45:9, 84:15, 108:10, 111:21, 166:2, 219:23, 230:10
**previous** [7] - 127:21, 153:14, 160:9, 212:9, 241:25, 257:2, 258:18
**previously** [3] - 62:6, 242:15, 243:3
**prices** [1] - 146:20
**print** [5] - 80:4, 80:8, 82:2, 82:3
**printing** [2] - 81:22
**private** [1] - 60:20
**pro** [1] - 3:4
**probation** [2] - 48:17, 48:23
**problem** [9] - 45:2, 66:2, 77:12, 85:23, 96:18, 111:6, 172:2, 184:22, 261:3
**problems** [14] - 7:25, 43:7, 57:4, 65:10, 65:20, 65:23, 66:7,

67:2, 69:8, 69:12, 70:20, 85:14, 120:6, 246:8
**proceed** [3] - 71:5, 72:2, 235:6
**process** [10] - 55:7, 105:17, 142:21, 158:14, 240:25, 241:9, 241:10, 241:25, 253:3, 255:19
**processing** [1] - 195:14
**produce** [2] - 239:13, 240:5
**produced** [9] - 154:22, 201:9, 237:7, 237:10, 238:10, 239:13, 239:16, 240:14, 250:8
**producing** [2] - 89:23, 90:5
**professional** [2] - 6:23, 7:2
**Profit** [2] - 91:13, 276:17
**profit** [6] - 94:4, 153:20, 155:23, 156:3, 156:16, 201:8
**profitable** [4] - 59:17, 163:25, 164:4, 181:25
**profits** [4] - 92:13, 205:18, 207:24, 208:23
**projections** [1] - 193:13
**promised** [1] - 10:2
**promising** [1] - 171:11
**promoted** [1] - 124:9
**pronounce** [2] - 17:13, 110:7
**pronouncing** [1] - 110:6
**property** [2] - 19:9, 223:21
**protect** [1] - 71:9
**provide** [2] - 98:19, 256:25
**provided** [9] - 15:17, 24:24, 53:8, 98:25, 198:3, 237:24, 243:5, 245:5, 258:4
**providers** [3] - 164:23, 198:10, 199:5
**provides** [1] - 132:10
**providing** [3] - 239:5, 253:13, 253:15
**Public** [4] - 1:25, 5:4, 275:25, 278:7

**Puccio** [17] - 234:8, 234:10, 257:24, 258:12, 258:24, 259:6, 260:12, 264:22, 264:25, 266:3, 266:4, 266:7, 266:25, 267:5, 267:12, 268:7, 271:8
**purchase** [11] - 53:12, 53:17, 53:23, 55:3, 109:19, 157:25, 159:7, 164:22, 173:21, 256:12, 266:2
**purchased** [3] - 56:23, 162:11, 177:7
**purchasing** [1] - 12:12
**purpose** [3] - 43:16, 64:3, 90:10
**purposes** [1] - 99:2
**pursuant** [1] - 1:23
**pushed** [1] - 156:19
**put** [52] - 20:3, 20:6, 25:12, 26:5, 32:10, 38:16, 38:18, 38:21, 38:22, 38:25, 39:4, 39:5, 39:13, 39:16, 41:23, 47:2, 58:14, 67:17, 69:9, 73:19, 84:8, 90:9, 93:17, 122:25, 144:9, 153:6, 153:8, 157:4, 158:5, 160:7, 160:17, 160:20, 173:7, 173:14, 173:18, 181:20, 182:24, 183:24, 190:8, 196:21, 196:24, 196:25, 197:3, 208:21, 209:7, 212:5, 212:13, 212:20, 213:12, 221:16, 259:23, 267:14
**putting** [1] - 187:8

**Q**

**questioning** [6] - 68:5, 126:17, 204:20, 219:5, 219:15, 264:6
**questions** [13] - 5:25, 6:5, 133:6, 213:6, 231:23, 232:18, 233:6, 233:18, 246:4, 268:11, 269:21, 274:3, 274:8
**quick** [4] - 20:23, 191:10, 257:24, 264:5

**quickly** [5] - 45:9, 99:12, 181:21, 244:3, 257:22
**quite** [4] - 135:7, 161:15, 161:16, 204:11

**R**

**R.A** [1] - 276:4
**radio** [4] - 10:2, 10:4, 195:22, 211:2
**raise** [2] - 84:2, 251:13
**raised** [1] - 229:20
**ran** [4] - 60:11, 144:24, 257:16, 262:18
**rather** [2] - 41:24, 63:2
**reach** [6] - 22:22, 119:9, 243:11, 247:24, 248:6, 249:14
**reached** [5] - 9:9, 119:8, 217:7, 217:21, 246:18
**react** [1] - 43:17
**read** [15] - 22:12, 22:14, 49:18, 49:19, 56:4, 61:25, 85:6, 89:19, 91:7, 116:17, 117:6, 151:11, 178:3, 262:7, 275:8
**Record** [2] - 22:14, 91:7
**recorded** [1] - 88:10
**records** [14] - 13:14, 25:19, 102:23, 103:4, 103:14, 104:4, 122:8, 151:9, 179:8, 179:13, 180:6, 180:13, 180:19, 180:24
**recouped** [1] - 261:7
**recover** [3] - 85:11, 87:14, 87:16
**red** [1] - 74:25
**refer** [1] - 89:25
**reference** [1] - 112:3
**references** [1] - 234:23
**referencing** [1] - 235:11
**referred** [1] - 60:15
**referring** [4] - 23:13, 258:17, 260:7, 266:18
**refers** [1] - 241:9
**reflect** [2] - 62:18, 97:12
**reflected** [1] - 128:19
**refresh** [1] - 13:11
**refund** [1] - 183:22

252:11, 252:12
**receipted** [1] - 140:17
**receipts** [1] - 146:21
**receivable** [2] - 156:20, 201:6
**receivables** [1] - 201:5
**receive** [4] - 97:23, 152:25, 154:7, 163:22
**received** [9] - 50:9, 76:13, 83:24, 135:5, 135:6, 135:8, 152:18, 199:19, 228:2
**recess** [3] - 110:14, 191:16, 228:17
**recognize** [1] - 240:20
**record** [31] - 5:8, 5:12, 40:12, 62:12, 62:13, 62:17, 67:20, 67:23, 68:2, 69:10, 69:19, 81:5, 87:18, 89:21, 90:10, 91:16, 91:17, 97:11, 145:21, 147:5, 148:25, 149:10, 219:24, 228:16, 231:22, 250:8, 262:9, 272:10, 275:12, 275:14, 278:13

**Regal** [1] - 132:21
**regard** [1] - 231:16
**regarding** [10] - 23:23, 55:14, 63:22, 67:7, 72:12, 104:23, 107:7, 112:25, 199:19, 216:24
**regards** [1] - 65:6
**regularity** [1] - 194:19
**reimburse** [1] - 197:10
**related** [4] - 32:6, 130:20, 167:4, 278:16
**relationship** [4] - 242:6, 242:9, 246:16, 261:12
**relationships** [1] - 261:9
**relevance** [7] - 52:21, 54:7, 126:16, 128:24, 204:9, 210:21, 214:19
**remember** [38] - 12:17, 14:24, 18:13, 32:25, 63:24, 71:19, 83:24, 87:9, 88:7, 92:20, 103:10, 104:3, 104:5, 119:6, 145:20, 147:6, 149:2, 149:9, 159:16, 159:17, 161:22, 164:11, 171:6, 178:7, 185:4, 193:23, 196:12, 209:13, 209:17, 209:25, 211:25, 213:19, 232:6, 237:18, 257:12, 266:15, 267:16, 271:10
**rent** [2] - 195:6, 221:22
**renting** [1] - 158:6
**reopen** [2] - 142:17, 142:20
**repair** [1] - 185:7
**repeat** [4] - 38:8, 69:16, 212:15, 270:10
**rephrase** [2] - 6:9, 145:17
**replace** [1] - 41:22
**reported** [3] - 148:7, 150:5, 188:3
**REPORTER** [2] - 5:6, 5:11
**represent** [1] - 233:17
**representation** [8] - 47:15, 130:7, 130:21, 131:12,

131:21, 134:8,
250:24, 263:2
**REPRESENTATIVE**
[1] - 1:6
**Representative** [1] -
2:15
**represented** [5] -
46:24, 133:14,
133:15, 162:21,
235:24
**representing** [3] -
133:19, 134:13,
260:19
**request** [3] - 41:9,
238:20, 239:7
**REQUEST** [1] - 276:8
**requested** [1] - 41:10
**requests** [1] - 67:6
**required** [2] - 107:11,
237:20
**requires** [1] - 208:7
**reserved** [1] - 4:11
**residence** [1] - 50:21
**resident** [3] - 162:14,
163:3, 163:4
**resolved** [8] - 24:11,
246:20, 255:7,
255:9, 256:2, 257:8,
257:11, 257:13
**respect** [1] - 260:15
**respective** [1] - 4:4
**response** [3] - 95:23,
96:3, 244:23
**responsibility** [1] -
172:6
**responsible** [1] -
219:18
**resumed** [1] - 192:17
**retail** [1] - 123:4
**retained** [1] - 277:8
**retired** [1] - 127:25
**return** [3] - 128:15,
201:21, 201:24
**returned** [1] - 217:25
**returns** [18] - 54:5,
54:13, 61:6, 61:12,
201:15, 202:7,
202:15, 215:8,
215:14, 215:17,
215:22, 215:25,
236:23, 239:9,
269:3, 269:4, 269:5
**reveal** [2] - 164:21,
164:24
**reverse** [1] - 63:4
**review** [7] - 61:9,
199:18, 200:7,
200:10, 200:18,
201:2, 208:9
**reviewed** [2] - 61:6,

267:11
**reviewing** [1] - 91:19
**revisit** [1] - 192:22
**Rica** [7] - 5:15, 26:24,
42:22, 90:21, 162:6,
162:8, 162:15
**ride** [1] - 140:4
**rightfully** [1] - 182:6
**rip** [2] - 47:7, 131:3
**rob** [1] - 108:20
**Rob** [12] - 234:8,
234:10, 243:3,
257:24, 258:11,
258:24, 259:5,
260:12, 264:22,
266:3, 267:5, 267:11
**robbed** [2] - 249:21,
262:14
**Robert** [6] - 2:5, 5:10,
240:24, 241:4,
266:25, 268:7
**ROBERT** [5] - 1:4,
1:22, 275:7, 275:19,
278:9
**role** [3] - 221:7, 221:9,
230:14
**roles** [1] - 114:20
**RONNEBURGER** [24]
- 3:12, 232:17,
232:24, 233:10,
234:17, 234:25,
238:3, 238:8,
239:11, 239:20,
240:8, 240:12,
241:6, 242:13,
242:18, 250:3,
250:7, 264:3,
264:18, 267:8,
268:12, 268:16,
269:20, 276:5
**Ronneburger** [1] -
233:15
**ROs** [1] - 180:5
**ROSLYN** [1] - 1:14
**roughly** [6] - 123:18,
148:24, 173:24,
174:12, 193:20,
205:6
**round** [1] - 206:23
**Route** [2] - 2:17, 256:9
**ROUTE** [1] - 1:9
**RQ** [2] - 239:11,
239:20
**Ruderman** [3] - 21:10,
233:4, 274:2
**RUDERMAN** [3] -
2:21, 21:19, 274:6
**Rule** [1] - 90:2
**rules** [1] - 89:19
**run** [11] - 9:14, 32:14,

34:17, 59:12, 84:18,
109:16, 115:12,
144:23, 145:9,
150:6, 220:18
**running** [7] - 7:12,
13:18, 30:11, 30:14,
84:19, 144:22,
160:24
**runs** [2] - 81:23, 81:24
**rush** [2] - 243:20,
253:3

---

# S

**SAGE** [1] - 2:3
**salaries** [1] - 160:11
**Sales** [1] - 2:5
**sales** [4] - 7:13, 94:2,
198:16, 228:10
**SALES** [1] - 1:4
**salesman** [2] - 120:16,
121:4
**salesmen** [1] - 121:6
**salespeople** [2] -
14:25, 223:19
**Sarah** [11] - 13:3, 51:6,
61:14, 96:15, 132:4,
157:9, 161:24,
162:2, 163:13,
210:18, 211:14
**SARAH** [2] - 1:11,
3:24
**saved** [2] - 88:5, 88:7
**saw** [9] - 16:19, 45:4,
45:14, 51:4, 51:14,
55:16, 56:7, 61:9,
61:19, 94:4, 94:19,
96:24, 102:22,
103:15, 116:13,
146:22, 146:24,
160:23, 223:18,
224:23, 224:24,
249:17, 252:5,
256:13, 258:17,
258:18, 259:17,
260:10
**schedule** [2] - 70:22,
156:20
**scheme** [3] - 83:19,
226:11, 226:12
**school** [1] - 6:13
**School** [2] - 6:15, 7:4
**screen** [2] - 62:19,
97:13
**screwed** [1] - 170:17
**Se** [1] - 3:4
**sealing** [1] - 4:5
**second** [4] - 21:7,
101:25, 255:16,
257:15

**secure** [4] - 76:25,
115:16, 115:18,
115:19
**security** [10] - 14:16,
23:22, 24:2, 77:2,
77:5, 87:19, 113:18,
114:6, 223:11,
223:17
**see** [60] - 26:7, 26:8,
28:6, 31:3, 33:19,
36:5, 37:23, 48:9,
48:20, 49:17, 49:25,
51:8, 51:16, 51:18,
52:7, 52:11, 53:11,
53:24, 55:8, 56:14,
56:21, 56:24, 56:25,
61:21, 63:13, 74:6,
84:18, 89:2, 91:18,
91:19, 91:20, 91:25,
94:13, 95:3, 96:8,
98:3, 98:11, 98:16,
100:13, 100:17,
100:20, 103:3,
107:2, 110:20,
110:23, 125:6,
132:15, 147:10,
161:22, 165:13,
172:4, 182:10,
200:16, 204:5,
208:11, 239:17,
243:8, 257:22,
258:22, 273:13
**seed** [1] - 70:13
**seeing** [2] - 76:2,
212:3
**sell** [11] - 50:22, 57:19,
59:25, 60:6, 123:4,
133:3, 159:12,
162:25, 171:20,
177:10, 228:7
**selling** [3] - 174:6,
198:19, 210:11
**send** [26] - 24:3,
64:12, 64:24, 66:19,
68:23, 70:8, 84:9,
90:18, 90:20, 94:17,
99:12, 119:21,
152:9, 152:13,
152:15, 185:14,
186:2, 186:9,
214:24, 236:16,
236:19, 236:22,
243:2, 244:8,
252:10, 254:9
**sending** [4] - 100:16,
250:16, 257:24,
259:15
**Senior** [1] - 6:14
**sense** [4] - 39:12,
85:16, 85:17, 122:22

**sent** [49] - 43:9, 43:13,
43:20, 43:21, 43:23,
43:25, 44:5, 44:8,
44:9, 63:23, 64:2,
64:5, 64:13, 64:16,
67:6, 67:12, 70:10,
70:21, 72:9, 74:25,
92:11, 99:16, 99:17,
111:19, 185:11,
186:13, 186:17,
214:23, 214:25,
218:14, 236:25,
238:22, 239:8,
239:25, 242:20,
243:14, 248:20,
248:21, 248:22,
249:6, 257:4,
258:11, 259:22,
260:6, 266:10,
267:25, 269:2,
269:4, 269:5
**separate** [1] - 132:16
**September** [8] - 25:5,
25:6, 25:14, 61:24,
116:14, 147:21,
152:18, 152:21
**serious** [2] - 12:24,
157:22
**serve** [2] - 43:15, 64:2
**served** [6] - 26:25,
27:4, 28:8, 49:22,
50:16, 50:19
**service** [1] - 102:15
**services** [3] - 15:17,
15:22, 187:4
**set** [6] - 73:17, 105:7,
105:11, 105:16,
278:11, 278:21
**setting** [2] - 104:23,
105:5
**settled** [1] - 26:17
**setup** [2] - 139:11,
223:3
**seven** [3] - 206:4,
206:10, 229:9
**several** [2] - 23:6,
38:13, 41:6, 60:4,
60:16, 202:21,
226:19, 226:22,
229:16
**shall** [1] - 4:11
**SHANKS** [1] - 2:11
**share** [6] - 62:18,
99:15, 99:18,
232:20, 234:7,
243:16
**shared** [1] - 169:23
**shares** [1] - 127:23
**sharing** [1] - 102:11
**sheet** [1] - 158:17

**shift** [1] - 171:3
**ship** [1] - 123:5
**shop** [2] - 183:14, 185:7
**shops** [10] - 147:24, 183:20, 184:2, 184:7, 184:8, 184:24, 185:5, 186:18, 186:22, 187:8
**shot** [1] - 210:10
**show** [5] - 53:4, 90:11, 122:9, 155:23, 215:16
**showed** [7] - 55:21, 56:5, 145:10, 200:12, 206:9, 215:9, 265:21
**showing** [6] - 49:6, 49:7, 91:10, 194:3, 207:3, 258:2
**shown** [1] - 224:4
**shows** [2] - 149:7, 160:10
**shut** [2] - 108:5, 171:17
**shutdown** [4] - 59:14, 118:2, 118:6, 118:12
**shuttered** [6] - 59:14, 59:21, 60:3, 60:7, 75:22, 165:10
**shutting** [1] - 255:13
**side** [2] - 73:17, 263:4
**sign** [9] - 36:24, 57:23, 80:6, 80:25, 82:7, 139:17, 139:24, 140:5, 165:23
**signatory** [1] - 157:7
**signature** [2] - 139:16, 248:21
**signed** [17] - 4:15, 4:18, 55:5, 58:2, 75:18, 76:22, 80:9, 81:17, 81:18, 82:8, 104:8, 138:13, 139:14, 139:19, 140:4, 159:25, 227:8
**Signed** [1] - 275:22
**signing** [1] - 138:21
**signs** [2] - 82:4, 82:5
**silent** [1] - 229:14
**simple** [1] - 254:2
**single** [3] - 94:7, 224:25, 232:6
**sit** [3] - 70:19, 115:13, 115:25
**sitting** [5] - 183:19, 183:25, 184:6, 217:3, 261:5
**situation** [2] - 28:13,

182:4
**six** [1] - 153:14
**sixteen** [1] - 148:17
**Skircoski** [1] - 17:14
**slips** [3] - 31:19, 141:6, 141:11
**slow** [1] - 42:11
**small** [1] - 127:19
**SMITHTOWN** [1] - 1:15
**so-called** [2] - 148:6, 231:16
**so..** [11] - 20:12, 26:13, 31:12, 39:8, 46:8, 66:25, 106:6, 117:16, 118:5, 149:11, 184:22
**Sol** [1] - 5:14
**sold** [27] - 18:16, 18:19, 19:4, 19:5, 20:6, 50:17, 73:6, 73:7, 73:8, 83:7, 83:8, 87:14, 123:5, 140:16, 145:21, 147:3, 148:18, 149:8, 164:3, 175:8, 175:13, 204:22, 204:24, 205:10, 206:2, 206:18, 214:24
**some-odd** [1] - 86:16
**someone** [4] - 18:18, 77:23, 104:15, 243:4
**someplace** [1] - 68:3
**sometime** [4] - 122:4, 124:7, 222:21, 252:2
**sometimes** [1] - 212:4
**somewhere** [1] - 203:4
**soon** [4] - 150:18, 184:18, 262:3, 271:24
**sooner** [1] - 108:19
**Sorenson** [2] - 126:7, 127:6
**sorry** [26] - 13:6, 20:17, 38:8, 42:8, 43:24, 59:23, 64:22, 95:3, 109:4, 118:10, 135:13, 147:23, 152:22, 156:9, 156:13, 159:2, 166:21, 168:2, 174:20, 207:10, 241:6, 255:8, 257:9, 259:20, 270:8
**sounds** [1] - 175:5
**speaking** [7] - 21:13, 21:17, 27:4, 54:11, 119:10, 229:12,

252:25
**speaks** [1] - 61:18
**specific** [7] - 101:22, 112:18, 133:6, 193:9, 221:7, 231:7, 231:8
**specifically** [5] - 9:23, 74:10, 141:12, 221:23, 268:18
**specificity** [2] - 220:4, 220:25
**specifics** [3] - 219:16, 219:20, 222:3
**specify** [1] - 265:19
**speculation** [7] - 69:15, 103:20, 138:19, 139:9, 149:19, 264:19, 272:16
**speculative** [1] - 89:13
**spell** [4] - 40:12, 40:13, 110:8, 146:7
**spoken** [12] - 15:10, 24:15, 28:12, 117:15, 118:5, 118:16, 120:8, 217:19, 218:5, 218:8, 247:13, 251:2
**ss** [2] - 275:4, 278:4
**stand** [1] - 13:19
**standing** [1] - 261:11
**standouts** [1] - 15:2
**standpoint** [1] - 166:16
**stands** [1] - 7:5
**start** [1] - 97:19
**started** [25] - 10:9, 14:3, 45:25, 52:24, 54:25, 84:22, 102:5, 105:17, 129:4, 133:22, 142:21, 145:12, 145:13, 146:17, 173:6, 176:25, 196:3, 207:25, 222:18, 236:14, 240:24, 241:19, 249:5, 253:21, 264:2
**starting** [5] - 63:6, 173:5, 173:21, 255:18, 255:19
**State** [3] - 1:25, 275:25, 278:7
**STATE** [2] - 275:4, 278:3
**state** [9] - 5:7, 5:12, 7:22, 7:23, 27:16, 62:20, 72:5, 149:8, 202:3
**statement** [23] - 70:22,

73:18, 91:12, 150:14, 153:7, 153:20, 154:2, 154:5, 155:16, 156:23, 160:10, 160:13, 194:2, 201:9, 201:12, 204:25, 205:3, 205:5, 205:9, 205:18, 215:12, 258:5, 276:16
**statement's** [1] - 150:15
**statements** [24] - 93:13, 142:8, 142:23, 151:11, 151:12, 151:13, 151:23, 152:2, 152:10, 152:15, 152:19, 152:25, 153:11, 153:21, 154:8, 154:13, 154:18, 155:8, 155:23, 156:2, 156:15, 202:17, 241:23, 248:23
**STATES** [1] - 1:2
**states** [2] - 27:9, 242:24
**States** [3] - 50:21, 163:4, 163:5
**stating** [1] - 63:24
**station** [3] - 10:2, 10:4, 195:22
**status** [1] - 104:12
**stay** [1] - 246:22
**steal** [2] - 86:2, 132:12
**stealing** [3] - 31:14, 182:21, 224:18
**still** [24] - 11:9, 13:16, 18:8, 18:22, 19:13, 19:16, 19:23, 24:22, 25:20, 48:17, 67:21, 86:13, 88:25, 99:17, 107:21, 109:8, 169:2, 180:10, 194:21, 224:6, 236:10, 244:7, 256:24, 261:4
**STIPULATED** [3] - 4:2, 4:8, 4:13
**stock** [18] - 49:6, 54:20, 55:5, 56:17, 56:21, 56:23, 57:10, 57:16, 57:22, 58:2, 58:3, 58:10, 58:11, 58:17, 58:22, 190:14, 265:23, 273:22
**stocks** [1] - 159:12

**stole** [2] - 85:7, 86:9
**stolen** [5] - 31:17, 75:18, 85:24, 147:14, 148:8
**stop** [3] - 34:2, 83:22, 191:12
**stopped** [3] - 249:16, 255:5, 271:14
**stops** [1] - 240:4
**storage** [8] - 179:7, 179:9, 179:11, 179:16, 179:17, 179:21, 180:5, 181:4
**store** [38] - 11:2, 11:14, 12:14, 18:10, 18:12, 32:16, 41:15, 66:18, 83:5, 83:9, 100:19, 100:22, 109:10, 109:11, 127:25, 129:16, 145:4, 145:8, 149:24, 150:8, 150:10, 150:22, 160:8, 163:25, 164:4, 168:8, 170:8, 172:20, 172:24, 180:14, 180:19, 181:3, 194:21, 200:15, 208:7, 209:22, 209:23
**stored** [1] - 179:14
**stores** [44] - 11:8, 24:7, 41:24, 42:4, 42:7, 42:14, 65:22, 75:21, 83:3, 83:13, 83:16, 102:6, 102:8, 109:7, 109:13, 109:18, 110:2, 114:21, 114:22, 115:12, 135:6, 140:12, 144:23, 144:25, 153:4, 165:9, 167:12, 167:17, 167:25, 168:6, 170:15, 170:19, 170:21, 172:8, 173:4, 174:25, 180:12, 181:11, 181:25, 194:22, 198:16, 235:21, 236:25
**strange** [2] - 43:10, 43:13
**STREET** [1] - 1:8
**Street** [2] - 2:17, 3:18
**strict** [1] - 246:10
**strictly** [3] - 115:21, 170:7, 176:13
**strike** [1] - 71:3
**structure** [1] - 48:6

*Rich Moffett Court Reporting, Inc.*

**stuff** [21] - 30:17,
47:21, 54:24, 64:13,
66:17, 68:20, 78:20,
132:11, 142:16,
158:13, 184:9,
196:5, 221:19,
221:24, 230:18,
230:19, 246:11,
254:2, 259:22,
259:24
**stuttered** [1] - 248:18
**subject** [2] - 55:3,
98:2
**submit** [3] - 47:9,
48:24, 183:15
**submitted** [10] -
55:19, 56:12, 92:3,
92:4, 93:7, 94:19,
94:21, 95:24, 154:5,
241:18
**submitting** [1] - 96:5
**subpoena** [3] - 90:19,
90:23, 112:21
**subscribed** [1] -
275:22
**subsequently** [1] -
44:19
**substance** [2] - 71:8,
240:6
**substantial** [3] -
84:16, 158:9, 237:6
**substantive** [1] -
218:24
**successful** [2] -
160:25, 161:2
**sudden** [4] - 84:5,
142:22, 150:19,
249:11
**sued** [6] - 26:10,
27:21, 27:23, 28:2,
158:6, 260:18
**suffer** [2] - 83:15,
122:14
**suffering** [1] - 83:11
**suggest** [2] - 57:9,
273:9
**suggested** [2] - 35:2,
35:4
**suggestion** [1] - 34:23
**suing** [4] - 26:12,
27:19, 29:23
**Suite** [2] - 2:19, 3:18
**sum** [1] - 71:7
**Sunrise** [15] - 2:12,
3:5, 17:6, 47:25,
48:7, 53:12, 53:23,
77:12, 167:20,
171:18, 189:2,
215:19, 260:24,
271:25

**SUNRISE** [3] - 1:4,
1:13, 1:17
**Superb** [187] - 2:4,
9:14, 9:21, 13:3,
13:16, 13:25, 15:18,
16:3, 16:12, 16:17,
16:20, 17:4, 31:14,
31:23, 32:4, 32:6,
32:8, 32:9, 33:11,
40:17, 41:14, 42:3,
46:12, 55:2, 67:9,
70:16, 71:9, 72:2,
74:2, 75:6, 76:17,
76:22, 83:2, 83:5,
83:8, 87:20, 88:19,
91:12, 98:9, 98:10,
99:22, 99:24, 100:6,
100:9, 102:7,
113:18, 115:3,
115:9, 117:2, 117:4,
117:13, 117:18,
118:8, 120:4,
122:20, 122:23,
123:3, 123:7,
124:24, 125:8,
125:9, 125:17,
125:21, 131:14,
131:16, 137:23,
140:2, 140:5,
140:15, 141:16,
142:24, 146:25,
150:19, 150:25,
151:24, 153:2,
153:5, 153:11,
156:24, 157:13,
157:15, 160:4,
163:7, 165:24,
166:5, 166:13,
167:24, 168:5,
168:11, 169:19,
170:3, 170:6,
170:14, 170:18,
172:13, 173:24,
174:11, 175:8,
175:13, 177:7,
177:15, 179:9,
179:17, 180:24,
185:8, 185:11,
187:4, 187:11,
192:25, 194:7,
196:22, 197:8,
197:22, 198:4,
198:5, 198:14,
198:18, 198:21,
198:24, 199:6,
199:12, 199:14,
201:16, 202:25,
204:22, 204:24,
205:13, 205:20,
206:2, 206:17,
206:22, 206:25,

207:5, 207:7,
207:13, 207:17,
211:14, 212:6,
212:13, 213:2,
213:23, 215:6,
222:11, 222:24,
226:23, 226:24,
227:2, 227:3, 228:7,
228:10, 234:9,
236:5, 237:8,
238:10, 243:2,
248:14, 248:17,
250:9, 250:21,
251:5, 258:2, 258:6,
258:10, 259:7,
264:17, 265:9,
265:13, 265:16,
266:8, 266:11,
266:13, 266:17,
267:6, 267:7,
267:12, 267:13,
267:21, 268:3,
268:8, 268:22,
269:3, 269:5,
269:10, 273:5,
273:10, 276:16
**SUPERB** [1] - 1:4
**Superb's** [7] - 82:12,
82:15, 102:3,
115:16, 151:3,
182:7, 199:8
**supplied** [3] - 141:20,
141:21, 200:17
**supply** [3] - 167:16,
173:3, 200:24
**supplying** [2] - 167:9,
172:25
**supposed** [5] - 66:20,
66:21, 89:20, 145:3,
205:16
**supposedly** [2] -
59:17, 221:20
**sure..** [1] - 76:8
**surprise** [1] - 243:8
**surprised** [2] - 230:6,
257:22
**survive** [1] - 84:25
**suspended** [1] - 84:11
**swear** [1] - 262:10
**sweetheart** [1] -
262:10
**switch** [1] - 54:22
**switched** [1] - 261:12
**sworn** [4] - 4:15, 4:19,
5:4, 278:11
**Syosset** [3] - 100:24,
101:3, 107:8
**SYOSSET** [1] - 1:13
**system** [15] - 41:17,
65:22, 66:14, 77:14,

94:10, 113:17,
114:13, 115:3,
115:8, 115:11,
115:15, 116:2,
139:10, 140:20,
145:6
**systems** [1] - 181:22

---

## T

**tail** [1] - 210:5
**talks** [1] - 17:7
**tax** [20] - 54:5, 54:12,
61:6, 61:11, 201:15,
201:21, 201:24,
202:6, 202:15,
215:8, 215:13,
215:16, 215:22,
215:25, 236:23,
239:9, 269:2, 269:4,
269:5
**taxes** [3] - 46:2, 260:5,
265:23
**TEAM** [1] - 1:4
**team** [5] - 42:5, 44:15,
64:10, 68:19, 72:17
**Team** [1] - 2:5
**technically** [2] - 36:3,
138:6
**teens** [1] - 87:10
**teller** [1] - 141:9
**ten** [6] - 7:19, 73:7,
80:25, 178:5,
226:21, 229:10
**term** [2] - 158:17,
162:4
**termination** [1] -
84:13
**terms** [1] - 158:21
**testified** [5] - 5:5,
157:20, 192:17,
233:21, 243:3, 269:9
**testify** [2] - 224:25,
225:2
**testimony** [4] -
224:16, 275:9,
275:13, 278:13
**Text** [6] - 116:9, 235:3,
250:4, 276:21,
276:23, 277:5
**text** [36] - 38:24, 43:9,
43:10, 43:11, 43:13,
43:18, 43:21, 44:3,
63:24, 64:5, 67:20,
70:18, 71:14, 112:2,
112:8, 116:13,
122:6, 159:8,
170:24, 235:8,
235:23, 239:21,
239:22, 240:11,

243:16, 250:12,
250:15, 250:19,
251:25, 252:5,
255:3, 256:5,
257:24, 259:25,
269:11, 276:11
**texted** [1] - 115:5
**texting** [5] - 115:2,
115:8, 115:15,
116:2, 161:22
**texts** [11] - 66:25,
67:21, 67:24, 68:2,
68:9, 68:10, 73:5,
76:13, 161:25,
229:16, 262:8
**THE** [14] - 1:6, 5:6,
5:9, 5:11, 5:13, 8:7,
21:5, 36:16, 40:15,
42:12, 50:15, 90:13,
95:18, 118:15
**theft** [1] - 106:3
**thief** [1] - 106:6
**thinking** [1] - 150:24
**thinks** [1] - 120:15
**third** [1] - 21:10
**Thomas** [10] - 45:22,
153:20, 155:2,
155:3, 155:7,
155:14, 155:18,
155:22, 201:10,
201:11
**THOMAS** [1] - 1:12
**Thomasson** [6] - 5:20,
21:12, 21:20, 42:9,
97:17, 242:14
**THOMASSON** [36] -
1:11, 3:3, 5:18, 21:3,
22:2, 22:7, 22:11,
22:15, 62:4, 62:23,
63:2, 71:2, 89:18,
90:6, 91:5, 91:8,
97:6, 97:18, 110:10,
110:19, 113:15,
113:22, 116:7,
130:3, 191:9,
191:14, 192:19,
228:12, 228:18,
228:22, 232:15,
242:16, 269:22,
270:3, 273:24, 276:4
**thoughts** [1] - 54:3
**thousand** [4] - 156:23,
213:21, 226:21,
229:20
**thousands** [1] - 156:5
**three** [20] - 11:8, 18:5,
28:7, 29:23, 37:14,
74:22, 83:12, 86:19,
102:6, 109:9,
109:17, 109:20,

109:21, 132:18, 132:19, 148:18, 181:24, 183:16, 255:13, 271:13
**throughout** [4] - 56:3, 62:7, 73:8, 151:23
**thrown** [2] - 86:4, 248:12
**tight** [1] - 84:24
**timeframe** [2] - 214:15, 258:24
**timely** [1] - 201:18
**tires** [1] - 186:23
**title** [2] - 264:23, 265:2
**titles** [4] - 214:16, 214:24, 215:2, 215:4
**today** [19] - 15:11, 16:17, 18:12, 68:2, 86:8, 106:20, 115:13, 115:25, 116:4, 123:9, 131:14, 190:25, 219:8, 219:13, 220:3, 221:10, 231:19, 232:11, 233:19
**together** [9] - 47:2, 129:7, 132:13, 153:6, 153:8, 161:6, 230:2, 253:18, 259:24
**token** [13] - 77:14, 77:18, 77:19, 77:24, 78:11, 78:12, 78:23, 78:25, 79:4, 113:17, 115:23
**tokens** [6] - 77:17, 77:20, 78:5, 78:17, 114:5, 115:21
**ton** [3] - 85:10, 211:4, 211:5
**tons** [1] - 84:22
**Tony** [1] - 22:10
**took** [35] - 25:10, 26:3, 33:10, 33:14, 33:17, 37:15, 74:11, 75:4, 75:5, 109:21, 118:2, 120:20, 120:22, 123:23, 124:8, 140:4, 140:15, 140:25, 141:4, 141:6, 165:22, 168:7, 168:10, 169:5, 169:6, 182:6, 188:25, 197:4, 207:5, 210:5, 210:6, 210:8, 213:15, 225:3, 225:7
**top** [2] - 149:2, 255:21
**total** [4] - 19:22,

80:23, 94:3, 182:17
**totalling** [1] - 76:19
**touch** [4] - 19:8, 19:13, 19:16, 107:21
**tow** [1] - 187:11
**towards** [6] - 83:2, 157:25, 210:5, 235:20, 253:20, 255:11
**track** [3] - 144:16, 144:25, 197:25
**trade** [2] - 174:24, 190:7
**trade-in** [1] - 190:7
**trade-ins** [1] - 174:24
**training** [2] - 7:3, 7:10
**transaction** [2] - 58:12, 255:12
**transcript** [2] - 275:9, 275:11
**transfer** [2] - 82:14, 82:18
**transferred** [2] - 82:17, 273:22
**transferring** [1] - 82:20
**trees** [1] - 212:4
**trial** [4] - 4:12, 90:8, 90:12, 93:14
**TRO** [4] - 214:2, 214:8, 214:11, 260:22
**trouble** [5] - 22:3, 110:6, 181:14, 181:17, 181:19
**truck** [1] - 187:11
**true** [6] - 93:18, 96:6, 231:14, 275:12, 275:14, 278:13
**trust** [1] - 112:16
**trusted** [2] - 139:23, 140:10
**truth** [2] - 85:8, 96:4
**try** [4] - 94:10, 142:16, 150:16, 246:15
**trying** [14] - 54:8, 69:18, 85:10, 85:11, 130:22, 142:9, 181:17, 193:10, 199:9, 222:2, 232:24, 254:23, 273:9, 273:12
**turn** [3] - 100:12, 106:24, 242:14
**turned** [3] - 69:10, 69:19, 246:5
**twenty** [1] - 123:20
**twenty-five** [1] - 123:20
**twice** [1] - 160:18

**two** [41] - 9:3, 11:18, 17:2, 17:5, 20:24, 33:7, 35:14, 37:14, 37:15, 50:3, 50:5, 59:16, 59:20, 60:7, 78:20, 102:8, 105:22, 109:22, 116:24, 119:13, 128:22, 160:25, 167:19, 172:7, 183:16, 187:14, 187:17, 187:21, 189:6, 194:3, 194:22, 213:12, 216:14, 222:22, 223:10, 228:13, 235:21, 244:10, 257:17, 259:8, 265:4
**type** [4] - 5:23, 6:24, 7:3, 111:19
**types** [1] - 237:20
**typical** [1] - 81:23
**typically** [7] - 37:10, 37:16, 51:21, 51:24, 52:2, 52:17, 80:5

## U

**UCCs** [1] - 26:5
**UEA** [1] - 1:15
**unaccounted** [2] - 148:15, 148:16
**unauthorized** [1] - 165:23
**uncomfortable** [1] - 183:3
**undelivered** [1] - 184:2
**under** [9] - 8:19, 39:21, 39:22, 95:13, 97:25, 172:14, 177:8, 208:15, 275:9
**understood** [2] - 78:6, 245:12
**underwriter** [1] - 244:2, 260:3, 260:13
**Uniondale** [2] - 1:19, 3:11
**UNITED** [1] - 1:2
**United** [3] - 50:21, 163:4, 163:5
**University** [1] - 6:22
**unnecessary** [1] - 72:10
**unwind** [1] - 207:25
**unwound** [5] - 205:16, 205:23, 206:6, 206:11, 206:15
**up** [75] - 8:4, 10:25, 31:22, 32:3, 41:14,

46:21, 52:8, 52:17, 52:22, 60:5, 60:12, 71:23, 75:24, 80:6, 81:21, 83:11, 84:8, 90:11, 93:11, 97:12, 98:6, 98:8, 98:9, 99:2, 99:9, 100:15, 104:24, 105:5, 105:7, 105:11, 105:16, 114:10, 116:2, 119:10, 122:15, 127:22, 129:6, 129:10, 142:18, 145:10, 145:14, 146:18, 146:22, 147:12, 155:17, 158:2, 158:5, 158:12, 158:16, 170:17, 185:2, 185:3, 185:6, 187:24, 193:8, 196:11, 196:23, 197:21, 200:13, 211:20, 235:21, 239:19, 239:23, 240:4, 243:21, 245:16, 253:22, 257:18, 261:14, 261:20, 263:12, 264:7, 266:12, 269:23, 271:13
**updated** [1] - 218:12
**updates** [2] - 218:4
**upset** [8] - 63:25, 108:12, 108:14, 108:15, 108:16, 108:21, 246:6
**Urrutia** [34] - 2:6, 5:10, 5:19, 6:12, 21:21, 46:15, 48:11, 62:15, 63:11, 69:7, 71:6, 89:24, 90:11, 90:20, 91:10, 91:19, 95:14, 96:11, 96:23, 106:16, 110:16, 133:7, 192:20, 225:10, 228:24, 232:18, 233:11, 235:7, 238:14, 240:20, 242:22, 250:11, 264:7, 264:11
**URRUTIA** [6] - 1:4, 1:23, 275:7, 275:19, 276:4, 278:9
**Urrutia's** [1] - 276:9
**US** [1] - 176:8
**utilities** [1] - 195:9
**utilize** [1] - 82:25
**utilized** [2] - 92:18,

115:3

## V

**vacation** [3] - 44:4, 105:18, 158:20
**vague** [3] - 89:9, 217:11, 217:17
**value** [6] - 160:3, 160:7, 160:23, 161:3, 169:15
**vehicles** [6] - 19:19, 19:21, 24:10, 25:2, 172:12, 172:19
**verbal** [1] - 174:18
**verbally** [3] - 86:25, 101:19, 135:11
**verified** [1] - 149:5
**verify** [1] - 149:6
**very..** [1] - 261:16
**vested** [1] - 230:2
**via** [3] - 2:22, 3:21, 161:25
**vicinity** [1] - 203:4
**videotapes** [5] - 87:25, 88:12, 88:19, 89:2, 89:7
**view** [3] - 78:18, 78:24, 106:18
**violation** [1] - 214:8
**virtually** [1] - 21:9
**voice** [1] - 114:10
**Volkswagen** [4] - 123:15, 127:23, 198:18, 198:19
**Volkswagoon** [2] - 10:21, 109:10
**volumes** [1] - 232:5
**VP** [4] - 18:3, 234:12, 244:2, 264:25
**VPs** [1] - 234:12

## W

**wait** [2] - 50:10, 97:5
**waiting** [2] - 26:7, 272:2
**waived** [1] - 4:7
**walk** [1] - 145:3
**walked** [1] - 127:23
**Wantagh** [1] - 3:6
**warning** [1] - 43:23
**waste** [1] - 47:10
**watch** [1] - 21:6
**week** [6] - 7:18, 147:19, 158:18, 159:10, 183:16, 258:15
**weeks** [7] - 74:22, 89:11, 105:22,

183:16, 222:22, 223:10

**Weinstein** [30] - 99:14, 141:22, 142:19, 233:23, 234:4, 235:15, 235:25, 236:15, 236:17, 236:20, 237:15, 241:2, 241:24, 242:25, 243:5, 243:12, 248:7, 251:15, 264:22, 264:24, 265:6, 265:12, 266:9, 266:24, 267:5, 267:11, 268:19, 268:21, 269:11, 271:6

**WEIR** [1] - 3:14

**well-put-together** [1] - 47:2

**WHEREOF** [1] - 278:20

**whole** [11] - 46:16, 130:17, 131:2, 131:19, 142:21, 144:6, 158:11, 181:25, 183:13, 196:19, 230:11

**wholesale** [3] - 122:24, 147:4, 198:23

**wholesaled** [1] - 87:11

**wholesaler** [4] - 146:3, 146:4, 146:10, 148:21

**wholesalers** [2] - 87:12, 145:22

**Widener** [1] - 3:17

**wife** [2] - 161:14, 161:19

**willing** [1] - 23:11

**wind** [1] - 129:6

**windows** [1] - 186:22

**wire** [1] - 49:2

**wires** [1] - 78:19

**withdrawing** [1] - 172:3

**withdrawn** [1] - 152:24

**witness** [6] - 5:3, 21:12, 233:6, 274:4, 278:10, 278:14

**WITNESS** [13] - 5:9, 5:13, 8:7, 21:5, 36:16, 40:15, 42:12, 50:15, 90:13, 95:18, 118:15, 276:3, 278:20

**witness's** [1] - 22:6

**wonderful** [1] - 242:5

**wondering** [1] - 194:5

**word** [6] - 68:11, 68:14, 71:19, 92:18, 92:20, 92:21

**wording** [4] - 63:25, 266:15, 267:17, 271:10

**words** [3] - 17:23, 71:17, 116:2

**worries** [1] - 212:2

**worth** [6] - 10:5, 121:11, 160:8, 160:15, 182:14, 221:22

**wracking** [1] - 255:15

**write** [9] - 74:17, 74:18, 81:19, 81:20, 82:3, 82:11, 160:14, 209:16, 213:22

**Write** [2] - 80:4, 81:25

**writing** [10] - 38:23, 67:18, 76:16, 79:25, 81:21, 92:14, 101:18, 164:7, 239:19, 240:5

**written** [6] - 69:19, 95:24, 130:19, 141:8, 141:12, 247:11

**wrongdoing** [3] - 130:5, 134:7, 267:20

**wrongful** [1] - 69:20

**wrongfully** [4] - 33:22, 133:15, 134:3, 134:14

**wrote** [14] - 68:15, 74:16, 74:23, 76:22, 77:22, 79:10, 79:11, 80:11, 80:16, 80:22, 135:19, 138:9, 164:13, 214:3

## X

**X(Cont'd** [1] - 277:2

## Y

**year** [17] - 6:17, 6:19, 31:5, 75:23, 108:2, 109:2, 109:3, 118:23, 118:25, 119:2, 153:14, 168:13, 168:23, 197:23, 206:5, 206:12, 206:16

**years** [14] - 7:16, 11:18, 30:18, 60:16, 116:25, 123:18,

123:20, 123:24, 132:20, 144:24, 204:2, 262:16, 262:17

**yes-or-no** [9] - 48:10, 65:12, 166:8, 212:18, 225:9, 226:8, 227:13, 231:11, 232:3

**yesterday** [1] - 239:24

**YORK** [3] - 1:3, 275:4, 278:3

**York** [11] - 1:19, 1:25, 2:8, 2:20, 3:6, 3:11, 27:23, 180:24, 275:25, 278:8

**yourself** [10] - 24:16, 35:15, 35:17, 53:19, 93:3, 106:19, 125:22, 129:19, 141:21, 209:14

**yup** [2] - 113:3, 113:7

## Z

**ZIZMOR** [1] - 2:11

**Zoom** [3] - 2:22, 3:21, 232:23