7:51

 

M  Mich...

7:45 AM

Good morning Harry location that I'm at has terrible service and we've had rain storms. The Internet is terrible here. I will not have enough signal to

RCS ...

terrible here. I will not have enough signal to participate this morning. Please inform the attorney and we will reschedule for when I return to the US.