1                                                    1

2    UNITED STATES DISTRICT COURT

3    EASTERN DISTRICT OF NEW YORK
     ------------------------------------------x
4    SUPERB MOTORS INC., TEAM AUTO SALES LLC,
     ROBERT ANTHONY URRUTIA, 189 SUNRISE HIGHWAY
5    AUTO LLC, NORTHSHORE MOTOR LEASING, LLC,
     BRIAN CHABRIER, JOSHUA AARONSON, JORY BARON,
6    ASAD KHAN, IRIS BARON REPRESENTATIVE OF THE
     ESTATE OF DAVID BARON, 1581 HYLAN BLVD AUTO
7    LLC, 1580 HYLAN BLVD AUTO LLC, 1591 HYLAN
     BLVD AUTO LLC, 1632 HYLAN BLVD AUTO LLC,
8    1239 HYLAN BLVD AUTO LLC, 2519 HYLAN BLVD
     AUTO LLC, 76 FISK STREET REALTY LLC, 446
9    ROUTE 23 AUTO LLC and ISLAND AUTO
     MANAGEMENT, LLC,
10                                Plaintiffs,  Case No.
                  - against -                 2:23-cv-6188
11                                            (JMW)COUNTY
     ANTHONY DEO, SARAH DEO, HARRY THOMASSON,
12   DWIGHT BLANKENSHIP, MARC MERCKLING, MICHAEL
     LAURIE, THOMAS JONES, CPA, CAR BUYERS NYC
13   INC., GOLD COAST CARS OF SYOSSET LLC, GOLD
     COAST CARS OF SUNRISE LLC, GOLD COAST MOTORS
14   AUTOMOTIVE GROUP LLC, GOLD COAST MOTORS OF
     LIC LLC, GOLD COAST MOTORS OF ROSLYN LLC,
15   GOLD COAST MOTORS OF SMITHTOWN LLC, UEA
     PREMIER MOTORS CORP., DLA CAPITAL PARTNERS
16   INC., JONES, LITTLE & CO., CPA'S LLP,
     FLUSHING BANK, LIBERTAS FUNDING LLC, J.P.
17   MORGAN CHASE BANK, N.A., 189 SUNRISE HWY
     AUTO LLC, and NORTHSHORE MOTOR LEASING, LLC,
18                                Defendants.
     ------------------------------------------x
19                    Zoom Deposition

20                    January 7, 2026
                      10:07 a.m.
21

22        Deposition of Plaintiff, JOSHUA

23   AARONSON, pursuant to Court Order and

24   Notice, before Diana Mitchell, a Notary

25   Public of the State of New York.

*Rich Moffett Court Reporting, Inc.*

```
 1                                                    2

 2    A P P E A R A N C E S:

 3    SAGE LEGAL LLC

 4    Attorneys for Plaintiffs Superb Motors,

 5    Inc., Team Auto Sales, LLC and Robert

 6    Anthony Urrutia

 7          18211 Jamaica Avenue,

 8          Jamaica, New York 11423-2327

 9    BY:   EMANUEL KATAEV, ESQ.

10

11    CYRULI SHANKS & ZIZMOR LLP

12    Attorneys for Plaintiffs 189 Sunrise Highway

13    Auto LLC, Northshore Motor Leasing, LLC,

14    Brian Chabrier, Joshua Aaronson, Jory Baron,

15    Asad Khan, Iris Baron Representative of the

16    Estate of David Baron, all Hylan Blvd Auto

17    LLCs, 76 Fisk Street Realty LLC, 446 Route

18    23 Auto LLC and Island Auto Management, LLC

19          420 Lexington Avenue, Suite 2320

20          New York, New York 10170-0002

21    BY:   RUSSELL SHANKS, ESQ.

22

23

24

25
```

*Rich Moffett Court Reporting, Inc.*

3

```
 1
 2   A P P E A R A N C E S (Cont'd):
 3   HARRY R. THOMASSON, ESQ.
 4   Pro Se Defendant
 5         3280 Sunrise Highway
 6         Wantagh, New York 11793
 7
 8   CULLEN & DYKMAN, LLP
 9   Attorneys for Defendant Flushing Bank
10         333 Earle Ovington Boulevard
11         Uniondale, New York 11553
12   BY:   ARIEL RONNEBURGER, ESQ.
13
14   WEIR, LLP
15   Attorneys for Defendant Libertas
16   Funding, LLC
17         The Widener Building
18         1339 Chestnut Street, Suite 500
19         Philadelphia, Pennsylvania 19107
20   NOT PRESENT
21
22
23   ALSO PRESENT:
         ROBERT ANTHONY URRUTIA
         ANTHONY DEO
24       SARAH DEO
         ALIVIA COONEY, Paralegal
25
```

*Rich Moffett Court Reporting, Inc.*

4

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties herein, that the filing, sealing and certification of the within deposition be waived.

IT IS FURTHER STIPULATED AND AGREED that all objections, except as to the form of the question, shall be reserved to the time of the trial.

IT IS FURTHER STIPULATED AND AGREED that the within deposition may be sworn to and signed before any officer authorized to administer an oath with the same force and effect as if signed and sworn to before the Court.

- oOo -

```
 1                                              5
 2   J O S H U A    A A R O N S O N,
 3   called as a witness, having been duly
 4   sworn by a Notary Public, was examined
 5   and testified as follows:
 6              THE COURT REPORTER:  Please
 7         state your full name for the
 8         record.
 9              THE WITNESS:  My name is
10         Joshua Aaronson.
11              THE COURT REPORTER:  Please
12         state your address for the record.
13              THE WITNESS:  My address is
14         55 Oak Drive, Roslyn, New York
15         11576.
16              *           *           *
17   EXAMINATION BY
18   MR. THOMASSON:
19         Q    Good morning, Mr. Aaronson.
20   My name is Harry Thomasson.  I am an
21   attorney that's going to be taking your
22   deposition this morning, and I have some
23   questions for you.
24              Have you taken any drugs or
25   medication today that you think would
```

*Rich Moffett Court Reporting, Inc.*

```
                                                  6
render it difficult or impossible to
understand my questions?

        A       No.

        Q       Do you think that you are
able to understand my questions all right
today?

        A       Yes.

        Q       Where did you go to high
school, Mr. Aaronson?

        A       Clarkstown North High School
in Rockland County.

        Q       Rockland County, New York?

        A       Yes.

        Q       Did you go to college after
that?

        A       I did, yes.

        Q       Where did you go to college?

        A       Syracuse University.

        Q       Did you get a four-year
degree there?

        A       I did, yes.

        Q       What is that degree in?

        A       Human development and
business.
```

```
 1                                      7
 2          Q      Did you go to any other
 3   schools besides Syracuse University after
 4   high school?
 5          A      No.
 6          Q      So you have one four-year
 7   degree; is that correct?
 8          A      Correct.
 9          Q      Do you have any professional
10   licenses?
11          A      No.
12          Q      Do you have any professional
13   training?
14          A      In regards to what?
15          Q      Have you been in the car
16   business your whole life?
17          A      The majority of my working
18   life, yes.
19          Q      So you came out of school and
20   you got into something else, but
21   eventually you got into the car business;
22   is that right?
23          A      Correct.
24          Q      When did you get into the car
25   business?
```

*Rich Moffett Court Reporting, Inc.*

8

1

2          A       I believe 2001, 2002.

3          Q       What is your date of birth,

4     sir?

5          A       6/9/76.

6          Q       So you got into the car

7     business when you were about, give or

8     take, 25 years old?

9          A       Sounds right.

10         Q       Since you got into the car

11    business, have you been trained on

12    anything?

13         A       I don't understand your

14    question.  I'm -- I'm --

15         Q       Well, you haven't gone back

16    to school at all this century, right?

17         A       No, but perhaps --

18              MR. THOMASSON:  Did somebody

19         have an objection?

20              MR. KATAEV:  No.  Go ahead,

21         sorry.

22         Q       But perhaps you've,

23    nonetheless, been in a classroom where

24    they were teaching something that you

25    needed to know for the car business, have

```
1                                                   9
2      you had any type of training like that
3      since you have been in the car business?
4           A      No.
5           Q      With regard to getting the
6      degree that you received, did that
7      include any classes or class work on
8      accounting?
9           A      I don't remember.  I imagine
10     I took an accounting class, but I don't
11     remember.
12          Q      If you did, would it be safe
13     to say you took probably just one to fill
14     in a requirement?
15          A      I'm not sure but so...
16          Q      You have no present memory of
17     taking any accounting classes; would that
18     be safe to say?
19          A      Yes.  I believe I took an
20     accounting class in college.
21          Q      Do you know what the other
22     topics were that you took while you were
23     in college?
24          A      I took a lot of classes in
25     college.
```

*Rich Moffett Court Reporting, Inc.*

1                                              10

2          Q      Well, not including

3    requirements, I'm talking about towards

4    your degree, do you remember what types

5    of classes they were?

6          A      They were based on my degree,

7    human development.  Like I said, I took a

8    lot of different classes in college.

9          Q      So did you take

10   human-resource-type classes at all?

11         A      I don't remember.  It was

12   over -- it was now over 30 years ago.

13         Q      So it was a general business

14   degree?

15         A      No, no, human development.

16         Q      Which at Syracuse University

17   is in the business category?

18         A      Retail was -- no, it's not in

19   the business category, retail category.

20         Q      So it was in a category to

21   assist with salesmanship?

22         A      I don't remember.

23         Q      Do you have any known

24   difficulties with your memory,

25   Mr. Aaronson?

*Rich Moffett Court Reporting, Inc.*

```
 1                                    11
 2        A      No.
 3        Q      So it's just a product of
 4   being at this point old information that
 5   you don't remember that; is that fair to
 6   say?
 7        A      Correct.
 8        Q      Do you know what a personal
 9   guaranty is, Mr. Aaronson?
10        A      Yes, I do.
11        Q      How would you describe a
12   personal guaranty?
13        A      Depends on, you know, what
14   you're guaranteeing, but you know, you're
15   saying that you're going to take care of
16   an obligation.
17        Q      Personally?
18        A      Yes, correct.
19        Q      I understand.
20               And that's something that you
21   certainly have learned in the car
22   business about personal guaranties, yes?
23        A      Correct.
24        Q      Do you own any dealerships at
25   this time?
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                        12
 2          A       Yes, I do.
 3          Q       What dealerships do you have
 4    an ownership interest in?
 5          A       Several.
 6          Q       Could you tell me their
 7    names?
 8          A       Island Auto Group, which are
 9    nine dealerships in Staten Island.  I own
10    three dealerships with d/b/a's of Stream
11    Auto Outlet.  I own a dealership,
12    Rockland Hyundai.  I own a dealership,
13    Honda of the Bronx, and I own a
14    dealership, Route 1 Jeep Chrysler Dodge
15    Ram in New Jersey.
16          Q       I tried to keep track of the
17    numbers there.  Would it be fair to say
18    that you own about 15 dealerships?
19          A       Yeah, give or take, yes.
20          Q       Has that number changed over
21    the years?
22          A       Yeah.  Yeah, obviously, yes.
23          Q       There have been other
24    dealerships that you have owned as well;
25    is that right?
```

*Rich Moffett Court Reporting, Inc.*

1                                             13
2          A      Yes.
3          Q      When did you obtain your
4    first dealership?
5          A      I want to say around 2003.
6          Q      Do you remember what the name
7    of that dealership was?
8          A      Baron Auto Mall in the Bronx.
9          Q      Were you married in 2003?
10         A      Yes.
11         Q      Is it fair to say that your
12   wife's maiden name is Baron?
13         A      That is her maiden name, yes.
14         Q      So since 2003 you have
15   obtained a number of dealerships; is that
16   right?
17         A      Yes.
18         Q      Other than the 15 or so that
19   you already named, including the Baron
20   Auto Mall, are there any others that you
21   remember owning that perhaps you don't
22   still own?
23         A      Yes.
24         Q      What other ones would that
25   be?

```
 1                                              14
 2        A      I also have Yonkers Auto
 3   Barn, that I mentioned, that I currently
 4   still own in Yonkers.  I own the Baron
 5   Auto Mall.  I no longer own my first
 6   dealership, which is Baron Auto Mall in
 7   the Bronx.  I no longer own Baron Auto
 8   Mall, which was in Yonkers.  I sold three
 9   other Kia dealerships I once owned and
10   then sold.  I sold -- I had another,
11   yeah, yeah, I owned a Baron Auto Mall in
12   Long Island City.  I owned Hillside Auto
13   Mall in Queens, Hillside Auto Outlet in
14   Queens.  I believe that's all.  I have
15   to, you know, I believe that's all.
16        Q      So would it be fair to say
17   that you have now told me the names of
18   all of the dealerships that you can
19   remember having an ownership interest in
20   yourself; is that fair to say?
21        A      Yeah, I had also Sunrise Auto
22   Outlet, I just remembered that one, in
23   Long Island.
24        Q      Any others that you can
25   recall at this time?
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                      15
 2          A      No, there possibly is more,
 3    but I don't remember any.
 4          Q      I understand.
 5          A      Yeah, yeah, Yonkers Kia, I
 6    sold that, too.
 7          Q      So you have had over 20
 8    dealerships that you had an ownership
 9    interest in this century; is that
10    correct?
11          A      That is correct.
12          Q      Could it be more than 25?
13          A      I don't believe so, no.
14          Q      So it's between 20 and 25
15    dealerships that you have had an
16    ownership interest in this century; is
17    that correct?
18          A      Sounds correct, yes.
19          Q      And would it also be correct
20    to say that you owned no dealerships
21    during the last century?
22          A      Yes.
23          Q      If your first dealership
24    was --
25          A      Approximately, approximately,
```

```
1                                              16
2    approximately, approximately.
3         Q      Okay, I understand.
4         A      Yes.
5         Q      What role do you play at the
6    dealership in terms of your hands-on work
7    when you own a dealership; what do you
8    do, how do you operate as an owner of a
9    dealership?
10             MR. SHANKS:  Objection as to
11           form.  He's mentioned 20 or so
12           dealerships, are you referring to a
13           specific dealership?
14        Q    Mr. Aaronson, I'm sorry, I
15   still have Mr. Shanks on my screen.
16             Mr. Aaronson, have you held
17   any title at any of these dealerships,
18   other than as an owner?
19        A      Not that I am aware of, no.
20        Q      When you own a dealership,
21   are you on the payroll, have you ever
22   been on a payroll?
23        A      I own dealerships, so it
24   depends on the dealership.
25        Q      So at some of the dealerships
```

*Rich Moffett Court Reporting, Inc.*

17

that you have owned you have also been on

the payroll; is that correct?

    A    No, it depends on the

dealership and how the dealership's doing

at the time.

    Q    Well, I'm not asking whether

or not you take money from the

dealerships, I am asking whether or not

you're on payroll at any of the

dealerships.

    A    I don't understand your

question.  To me payroll means you're

getting money, so I apologize, I don't

understand your question.

    Q    Okay, well, you understand

that in these dealerships there are

employees, yes?

    A    Yes.

    Q    And they get a paycheck,

right?

    A    Yes.

    Q    Do you get a paycheck at any

of these dealerships?

    A    I believe that out of one I

```
1                                          18
2     get a paycheck.
3            Q      What one would that be?
4            A      Yonkers Auto Mall.
5            Q      Do you still own that one?
6            A      Yes.
7            Q      Do you remember what year you
8     met Anthony Deo?
9            A      I believe the -- I'm not 100
10    percent sure, but I believe it's the year
11    my father-in-law passed away.
12           Q      What year would that be, if
13    you know?
14           A      2021.
15           Q      Had you met Anthony Deo prior
16    to David Baron's death?
17           A      I don't remember.  I don't
18    believe so.
19           Q      Do you recall the
20    circumstances under which you did meet
21    Anthony Deo?
22           A      No.  No, I don't.  I don't
23    know the exact -- I don't remember the
24    exact circumstance.
25           Q      But it would be fair to say,
```

19

```
 1
 2      would it not, that you met him because of
 3      business and not because of a personal
 4      reason?
 5           A      Yes.
 6           Q      Would it also be fair to say
 7      that you met him because you were going
 8      to be the new person responsible on
 9      behalf of Auto Island Group to deal with
10      that dealership; is that a fair thing to
11      say?
12           A      No --
13           Q      When you dealt with --
14           A      -- no, it's not a fair to
15      say.
16           Q      How would you put it, what
17      was the reason that you had to meet
18      Anthony Deo?
19           A      I was helping my
20      mother-in-law out.
21           Q      Would that be Iris Baron?
22           A      Yes, she just lost her
23      husband, and I was going to help her out
24      'cause her husband owned the dealership.
25           Q      Who told you that?
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                    20
 2          A      That's what -- that's what
 3     she does.  She does own it.
 4          Q      Who first told you that they
 5     owned Northshore Motors?
 6                 MR. SHANKS:  Objection.
 7                 You're now limited to Northshore
 8                 Motors, the first one you just used
 9                 the word dealership.  I just want
10                 to be clear, are you asking about
11                 Northshore Motors?
12                 MR. THOMASSON:  Yes, I'm
13                 asking about Northshore Motors.
14          Q      Mr. Aaronson, how did you
15     first learn that David Baron had an
16     interest in Northshore Motors?
17          A      I believe Brian Chabrier,
18     Asad Khan and David Baron were the only
19     owners of the dealership.
20          Q      Well, I'm sure that you
21     believe that, but that's not my question.
22     My question is --
23          A      That's what I was told.
24     That's what I was told.
25          Q      Who told you that?
```

*Rich Moffett Court Reporting, Inc.*

```
1                                         21
2         A       DMV paperwork and -- and my
3    business and -- and my mother-in-law, you
4    know.  They were the owners of the
5    dealerships, I don't remember who told it
6    to me.
7         Q       But knowledge of the
8    ownership of Northshore Motors is based
9    upon what you were told; is that correct?
10        A       I don't remember, but yes,
11   yes, I'll go with yes, because I don't
12   remember, but yes, that's -- that's what
13   I was told, and that's what it is.
14              MR. SHANKS:  Just note my
15           objection to the categorization of
16           his testimony, because he also said
17           DMV paperwork, but he answered it,
18           so it's okay.
19              MR. THOMASSON:  Please don't
20           be giving any answer now,
21           Mr. Shanks.
22              MR. SHANKS:  I'm not.  You
23           categorized his statement
24           incorrectly.      Go on.
25        Q       What DMV paperwork are you
```

*Rich Moffett Court Reporting, Inc.*

22

referring to, Mr. Aaronson, when you say
that you believe that the Northshore
Motor Leasing Corporation is owned by
Asad Khan, Brian Chabrier and David
Baron?

A       I believe the ones that go to
Motor Vehicle in Albany.

Q       That would be for the purpose
of obtaining the license at Northshore
Motors?

A       The motor vehicle license and
the -- yeah, it shows ownership.

Q       Well, the owner of that
license is Northshore Motors, isn't it?

A       I am not 100 percent sure.

Q       And there is a personal
guaranty associated with that license,
isn't there?

A       I believe so.

Q       Do you know who the personal
guarantor was on that license?

A       Whatever was on the motor
vehicle license.

Q       Do you know who that was?

*Rich Moffett Court Reporting, Inc.*

```
 1                                            23
 2        A     I believe it was David Baron,
 3   Asad and Brian Chabrier.
 4        Q     So is it your position that
 5   being on the license as personal
 6   guarantors afford those individuals the
 7   ability to control that license?
 8        A     I believe so, yeah.  It's --
 9   yes, it's -- they're the ones on the
10   license.
11        Q     Okay.
12              And therefore, they can make
13   decisions about that license; is that
14   fair to say?
15        A     No.  I mean, it's fair to
16   say, but no, it depends on the
17   circumstances and the arrangement.
18        Q     Well, what was the
19   circumstance and arrangement, as you
20   understood it, regarding that license?
21              MR. SHANKS:  At what time?  I
22         don't understand.  When they
23         applied for the license?
24        Q     When, Mr. Aaronson, do you
25   believe they first gained ownership of
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                              24
 2    Northshore Motor Leasing?
 3         A     I'm not sure.
 4         Q     Do you know when Northshore
 5    Motor Leasing was formed?
 6         A     No.
 7         Q     Do you know who formed it?
 8         A     No.
 9         Q     Do you agree that the license
10    at Northshore Motor Leasing was owned by
11    Northshore Motor Leasing?
12         A     I don't agree and I don't
13    know.
14         Q     When you say that you don't
15    agree, is that because you believe that
16    the personal guarantors are, in fact, the
17    owners of that license?
18         A     I don't know.
19         Q     Do you know if Northshore
20    Motors was at any time purchased by Asad
21    Khan, Brian Chabrier and David Baron?
22         A     I don't know.  If you have
23    documents that you want to show me and
24    ask me questions about --
25               MR. SHANKS:  Just answer the
```

25

question.  You don't have to go

beyond.

        THE WITNESS:  Okay.

        MR. SHANKS:  He answered the

question, Mr. Thomasson.

        MR. THOMASSON:  Diana, can I

ask you to read back the last

question and answer?

        (Record read.)

Q       Do you know who formed

Northshore Motors at the Secretary of

State's office, Mr. Aaronson?

A       No.

Q       Do you know who supplied the

floor plans at Northshore Motors at any

time?

A       I believe so.  I just want to

make sure that Northshore Motors is what

we're referring to is the -- yes, is

Northshore Motors the business?  Because

I'm not sure of the exact LLC if there's

a d/b/a, so but I believe I do know, yes.

Q       Do you understand that when I

speak about Northshore Motors, I am only

*Rich Moffett Court Reporting, Inc.*

```
 1                                       26
 2   talking about the Northshore Motors that
 3   we're all familiar with that was on
 4   Michael Drive in Syosset?
 5           A     Yes.
 6           Q     Okay, I'll use the short
 7   version of Northshore Motors if you want,
 8   but if you would prefer, I would be happy
 9   to use the full legal term.  What would
10   be best for you?
11           A     Northshore Motors is fine.
12           Q     So would it be fair to say
13   that you don't know who formed Northshore
14   Motors; is that right?
15           A     Correct, I'll say I believe
16   that David Baron, Asad and Brian Chabrier
17   were the owners of Northshore Motors.
18           Q     Okay, but I am not asking you
19   that.  I am just asking about who formed
20   the corporation, but you don't know who
21   did that; is that right?
22           A     Once again, I believe that
23   David Baron, Brian Chabrier and Asad Khan
24   formed Northshore Motors.
25           Q     Okay, but you don't have any
```

*Rich Moffett Court Reporting, Inc.*

27

```
 1
 2    firsthand knowledge of that, do you?
 3        A     I don't remember.
 4        Q     So you believe they formed
 5    it, but you don't know yourself today
 6    that they formed it; is that correct?
 7        A     I believe that they formed
 8    it, yes, and I know they're -- yes, I
 9    believe they formed it.
10        Q     Do you know where the
11    incorporation papers are for Northshore
12    Motors?
13        A     No.
14        Q     When Northshore Motors was
15    closed in November of 2022, was there
16    paperwork that you either took or caused
17    to be taken from that building?
18        A     I don't remember.
19        Q     Do you at present have any
20    paperwork from Northshore Motors?
21        A     Not that I am aware of.
22        Q     Do you know where the file
23    jackets are for Northshore Motors?
24        A     I don't know what you mean by
25    "file jackets."
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                        28
 2        Q      For car sales, do you know
 3   where any of those file folders are on
 4   car sales today, do you know where they
 5   are?
 6        A      I'm not -- no, I'm not 100
 7   percent sure where they are.
 8             MR. SHANKS:  For the record,
 9        Mr. Thomasson, as we have advised
10        you, our office had some deal
11        folders and we offered to allow you
12        to inspect them, if you would like,
13        a number of times.
14             MR. THOMASSON:  I will take
15        you up on that, Mr. Shanks.  I'm
16        just not there yet.
17             MR. SHANKS:  Okay.
18             MR. THOMASSON:  Thank you.
19             MR. SHANKS:  Sure.
20        Q      When did you close Northshore
21   Motors in November of 2022, Mr. Aaronson?
22        A      Well, it was closed, it was
23   out of business, you know.  You know, we
24   owed millions and millions of dollars to
25   the bank, so I guess if that's -- that
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                        29
 2   would make it close.  Then we just had to
 3   pay off the bank and customers' cars and
 4   a whole host of other things.
 5        Q      And that was as of November
 6   of 2022 you are personally aware that
 7   Northshore closed; is that correct?
 8        A      I'm not sure what you mean by
 9   "closed."  Close as, like, the business?
10        Q      Yes, as an operating,
11   existing business.
12        A      Yeah, it was -- yes, it can
13   no longer operate.  We owed millions and
14   millions of dollars to a variety of
15   people.
16        Q      That business closed in
17   November of 2022, correct?
18        A      I'm not sure of the exact
19   timeline, but it sounds about right.
20        Q      Do you remember sending a
21   text to Anthony Deo that said in sum and
22   substance, "This is about to get ugly"?
23        A      Yes.
24        Q      Do you remember why you sent
25   that text?
```

30

     A     Because I thought -- there
were millions of dollars that my
mother-in-law was going to have to pay in
order to satisfy all the lost money and
the money that was taken from Mr. Deo,
and we were going to end up in court.

     Q     What document are you talking
about the money that was taken from
Mr. Deo?

     A     There was millions of dollars
owed of a business that Anthony was
operating and running to then-customers.
Our bank that we were -- that my
mother-in-law guaranteed was owed a lot
of money for cars that we couldn't find.
There were cars, like, for example,
Mr. Deo's son was driving that we asked
to get back, a Maserati, and we owed that
money to the bank.  There was a lot of
money owed, and we couldn't find the
cars, and Anthony was well aware of it.

            And then when we found some
cars, Anthony told us, I'm using as an
example, were worth 50,000.  It turns out

31

the cars were worth 5,000, and parts were

taken off of them, and so we knew that we

were in big trouble, and we knew that

there was something not right that was

going on at that business, so we

immediately knew that we were going to

have a problem.

        Q       So that's why you sent a text

that said, "This is about to get ugly"?

        A       Yes, that we were going to

have to sue Anthony.

        Q       Did you send him a text that

said you were about to sue Anthony?

        A       I don't remember.  I don't

believe so.

        Q       At the time that you realized

there were problems at Northshore during

or about November of 2022, did you take

anything from that building?

        A       Not that I remember, no.

        Q       Do you know of anyone who did

take anything from that building?

        A       I believe we took some

folders, and we owed a lot of -- we owed

*Rich Moffett Court Reporting, Inc.*

```
 1                                    32
 2     a lot of money to different customers on
 3     customers' trades that weren't being paid
 4     off and they were supposed to be, so we
 5     wanted to get ahold of what's owed out
 6     there, you know, satisfy our
 7     obligation to the consumer and also to
 8     our bank.  So I believe there were some
 9     folders taken in order to help get rid of
10     all the problems that -- that were going
11     on over at Northshore Motors.
12          Q     Who took those folders?
13          A     I'm not sure.
14          Q     Were you the one who directed
15     someone to take those folders?
16          A     I just think that, in
17     general, when you have a problem that,
18     you know, that we signed for, because it
19     was our business, that we were going to
20     handle them.  So I'm sure someone at my
21     office, or even the office that we're
22     currently working there, would have
23     helped to solve a problem, because
24     consumers were all calling and asking
25     about their payoffs and their trades, and
```

*Rich Moffett Court Reporting, Inc.*

33

Anthony was directing them to Baron

Nissan, so we needed to solve this.

    Q    And therefore, you could say,

in sum and substance, that you don't know

who took folders from Northshore Motors

in November of 2022; is that correct?

    A    Any folders that were taken

would have been by an office that I am

familiar with.  I don't know of other

folders that were taken.  I just know

that we took some folders that we were

using to -- to solve problems.

    Q    But you don't know who took

them, correct, who physically took those

folders?

    A    No.  No, I don't know who

physically carried the folders out of the

building, no.

    Q    Do you know whether or not

every folder taken from the building was

turned over to Mr. Shanks?

    A    I believe anything that was

asked to be turned over to Mr. Shanks was

turned over.

*Rich Moffett Court Reporting, Inc.*

```
 1                                      34
 2         Q      That's not what I asked.  I
 3    asked you if the person you don't know
 4    who took folders or the people that you
 5    don't know who took folders from
 6    Northshore Motors in November of 2022
 7    turned over all of them to Mr. Shanks?
 8         A      I'm not sure.
 9         Q      Do you know how many folders
10    were taken at that time?
11         A      No.
12         Q      Was it more than a dozen?
13         A      I said I don't know.
14         Q      You have no idea how many?
15         A      No.
16         Q      Who was in charge of the bank
17    accounts at Northshore Motors?
18             MR. SHANKS:  Can you give a
19         timeframe, Harry?
20         Q      At any time that you are
21    aware of, Mr. Aaronson, on this business
22    that was formed in 2017, at the present
23    time you are aware of since that date, do
24    you know who was in charge of bank
25    accounts for Northshore Motors?
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                          35
 2              MR. SHANKS:  Just note my
 3         objection to "in charge."
 4              You can answer, if you
 5         understand or you can --
 6              MR. THOMASSON:  I'll withdraw
 7         that, Mr. Shanks.
 8              MR. SHANKS:  Thank you.
 9         Thank you.
10         Q    Mr. Aaronson, who had
11    decisionmaking capability over the bank
12    accounts at Northshore Motors, if you
13    know, since it was formed?
14         A    I can't speak to since it was
15    formed because I wasn't involved.
16         Q    So for whatever years you are
17    aware of since 2017, who had
18    decisionmaking capability over the bank
19    accounts of Northshore Motors?
20         A    I would imagine my
21    father-in-law had, you know, control over
22    the bank accounts.
23              MR. SHANKS:  Mr. Thomasson, I
24         am just going to instruct him, only
25         if you know.  Don't imagine, you
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                                36
 2          know, but answer Mr. Thomasson's
 3          question.
 4          A      I don't -- I don't -- I don't
 5     know.
 6          Q      You don't know who was in
 7     charge of the bank accounts for anytime
 8     at Northshore Motors; is that what you
 9     are saying?
10          A      Correct.
11          Q      So after David Baron died in
12     2021, did you become involved in that
13     business?
14          A      I was helping my
15     mother-in-law, but I was --
16          Q      Is that a yes?
17          A      I was somewhat involved, yes.
18          Q      Okay.
19                 What is it you did at that
20     business?
21          A      I would occasionally speak
22     with Anthony Deo, that was my
23     involvement.
24          Q      That was it?
25          A      Yes.
```

*Rich Moffett Court Reporting, Inc.*

```
1                                              37
2          Q       Have you and I ever met?
3          A       I don't believe so.
4          Q       Do you know if I was involved
5    at all with that business?
6          A       No.
7          Q       Do you know today whether or
8    not I was involved with that business?
9          A       No.
10         Q       Did you know someone named
11   Michael Laurie?
12         A       I do not know someone named
13   Michael Laurie.
14         Q       Based on your experience with
15   Northshore Motors, was Michael Laurie
16   involved at all in working with
17   Northshore Motors?
18         A       I've heard the name, but I
19   don't know who Michael is.
20         Q       Do you know today whether or
21   not he did any work with Northshore
22   Motors?
23         A       I don't know.
24         Q       Do you know today whether or
25   not Dwight Blankenship did any work with
```

*Rich Moffett Court Reporting, Inc.*

38

Northshore Motors?

    A     I'm not aware.  I do not know.

    Q     Do you know today whether or not Marc Merckling did any work with Northshore Motors?

    A     I've heard the name, but I don't know what they did.

    Q     Do you know whether or not Sarah Deo did any work with Northshore Motors?

    A     Yes, she did.

    Q     What did she do?

    A     I believe it was her responsibility to go bring the customers into the dealership.

    Q     She worked on obtaining customers?

    A     I'm not 100 percent sure of her job specifications, but I believe that was one of the main things that she did.

    Q     How often were you in touch with anyone from Northshore Motors

*Rich Moffett Court Reporting, Inc.*

39

between David Baron's death and November
of 2022?

    A    I spoke to Anthony very
occasionally, very rarely.

    Q    How would you describe what
you mean by "very rarely"?

    A    Depending on the time.  There
were times I would go a few months
without speaking to him, Anthony, and
then there were times where we would
speak a couple of times in a month.

    Q    So typically you would speak
with Anthony, at most, a couple of times
a month?

    A    Until things got -- when we
realized that Anthony wasn't operating
the business properly and doing what he
told us, at that time I think we spoke
more than a few times a month, because I
was really checking in with him to make
sure that he was fulfilling obligations
that he promised me he would.

    Q    And do you know whether or
not Anthony Deo had any control over any

*Rich Moffett Court Reporting, Inc.*

                                                          40

2    of the Northshore bank accounts after

3    David Baron's death?

4         A    I believe he had access to

5    some bank accounts.

6         Q    Was that with your knowledge

7    and approval?

8         A    I know Anthony signed checks

9    from the bank accounts, so yes, it was

10   with my knowledge.

11        Q    Did you allow him to sign

12   checks?

13        A    Yes.

14        Q    What authority was Anthony

15   Deo given in the operation of Northshore

16   Motors?

17        A    To run the business, to run

18   the day-to-day business.

19        Q    Was that with your knowledge

20   and approval after David Baron's death?

21        A    Yes.

22        Q    Were you authorized by Brian

23   Chabrier, Asad Khan and Iris Baron on

24   behalf of David Baron's estate to oversee

25   operations at Northshore Motors?

```
 1                                      41
 2          A      Yes.
 3          Q      Did each of them specifically
 4    give you that authority or was it just
 5    understood in the family?
 6          A      I believe it was understood.
 7    My mother-in-law knew that I -- I was
 8    working with Anthony.
 9          Q      And you were authorized by
10    her to work with Anthony on Northshore?
11          A      Yes.
12          Q      Was that with her knowledge
13    and approval?
14          A      Yes.
15          Q      Would you describe David
16    Baron as, between he, Asad Khan and Brian
17    Chabrier, as the person that was the
18    senior partner?
19                 MR. SHANKS:  Objection.  What
20          do you mean by "senior partner"?
21                 MR. THOMASSON:  I'd like to
22          hear what his answer is, and then
23          I'll ask a follow up.
24          A      He's definitely older, if
25    that's what you're asking.
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                            42
 2        Q      Well, if David Baron wanted
 3   something done at Northshore Motors,
 4   would Asad Khan and Brian Chabrier defer
 5   to him, was that your understanding?
 6        A      I don't know their business
 7   relationship in that regard.
 8        Q      Well, after David Baron's
 9   death, were Brian Chabrier and Asad Khan
10   deferring to Iris Baron on Northshore
11   Motors?
12        A      Not that I'm aware of, no,
13   they weren't -- yeah, I don't think they
14   spoke to my mother-in-law about that.
15        Q      Did Asad Khan and Brian
16   Chabrier give you any direction after
17   David Baron's death regarding the
18   operation of Northshore Motors?
19        A      No, we didn't really speak
20   about it.
21        Q      Was it just generally
22   understood that you would be the one to
23   go in after David Baron and be the
24   representative of ownership?
25        A      Yes.
```

43

Q      Do you believe at all times
between David Baron's death and November
of 2022 that you had authority from Iris
Baron, Brian Chabrier and Asad Khan to
operate Northshore Motors for them?

A      Yes.

Q      Do you remember in September
of 2022 approving some tax returns
prepared by Citrin Cooperman indicating
that Anthony Deo was 99 percent owner of
Northshore Motors and Sarah Deo was 1
percent owner of Northshore Motors, do
you remember doing that?

A      Yes.

Q      Why did you do that?

A      Because Anthony and I had had
an understanding that he was going -- he
had a lot of obligations to fulfill in
order to get ownership of Northshore.  He
promised me he was going to, you know,
including switching the motor vehicle
license out of his name, paying off all
cars to the bank, paying off all debts
from the business, and so it was just an

44

2  accounting thing that he was supposed to

3  do things that he never completed.

4      Q      Are you saying that he was

5  supposed to do things that he never

6  completed before those tax returns were

7  prepared or after?

8      A      Both.

9      Q      So then why did you approve

10  him as owner at that time?

11      A      'Cause he was supposed to --

12  he told me --

13          MR. SHANKS:  Note my

14      objection to form.  Tax returns

15      approved, approved as owner, two

16      different things.

17      Q      Mr. Aaronson, when you

18  approved those tax returns, were you

19  approving Anthony Deo and Sarah Deo as

20  owners of Northshore?

21      A      No, it was just more of an

22  accounting thing to me.  He was supposed

23  to eventually get ownership if he

24  completed certain, you know, items, such

25  as switching motor vehicle into his name,

45

which he never did.  You know, paying off

the, you know, paying off the banks,

which he never did.  Paying off all

customer trade-ins, which he never did.

    Q     Mr. Aaronson, are you saying

that when you approved those tax returns

that indicate Anthony Deo and Sarah Deo

combined were the 100 percent owners of

Northshore, are you testifying under oath

that you were misleading the IRS and the

New York State Department of Finance?

            MR. SHANKS:  Objection.

    Q     Were you attempting to

mislead them when those tax returns were

prepared, Mr. Aaronson, yes or no?

    A     No, I was not.  Anthony and I

had the deal that he was going to, if he

can, pay off all the banks, switch the

motor vehicle to, you know, do a whole

host of things to complete, he would get

ownership, and it was assumed that he was

going to do those things, and he never

did.

    Q     Whose accountant was Citrin

*Rich Moffett Court Reporting, Inc.*

```
1                                    46

2    Cooperman at that time?

3         A     Citrin Cooperman is a firm

4    that I've used -- I use and have used in

5    the past.

6         Q     Did you direct Citrin

7    Cooperman to prepare those returns?

8         A     Citrin Cooperman was going to

9    prepare those returns, that I was aware

10   of, yes.

11        Q     That was with your knowledge

12   and authority?

13        A     It was my knowledge, yes.

14        Q     Did you authorize Citrin

15   Cooperman to prepare those returns?

16        A     I don't remember but I

17   believe so.

18        Q     Who would have provided the

19   authority for Citrin Cooperman to prepare

20   those returns?

21        A     I'm not sure.

22        Q     But it was your accountant at

23   that time; is that right?

24        A     It was the accounting firm

25   that we used, yes.
```

47

Q      It wasn't Anthony Deo's
accountant, was it?

A      I don't know who Anthony uses
for accounting.

Q      But it was at the direction
of you or someone on your behalf that
those returns were prepared, correct?

A      No, that -- yes, yes.

Q      And you have testified that
you were not trying to mislead either the
IRS or the Department of Finance here in
New York in having those returns prepared
and submitted, correct?

A      I don't understand your
question.

Q      Do you believe that those
returns were accurate?

A      I never -- I don't remember
if I had ever seen the returns.

Q      Well, there exists an email
with your approval of those returns,
right?

MR. SHANKS:  Objection.

Unless you want to show him the

1                                          48

2          email you're referring to.

3                  MR. THOMASSON:  I don't have

4          to show him the email, Mr. Shanks.

5          We're three years into him having

6          it in his hands.

7                  MR. SHANKS:  Mr. Thomasson,

8          with all due respect, with all due

9          respect, you're referring to an

10         email, who knows what it says.

11         Show the email and ask all the

12         questions you want.  I'm fine with

13         that.

14                 MR. THOMASSON:  Don't tell me

15         how to conduct the deposition,

16         Mr. Shanks.

17         Q     Mr. Aaronson, do you know

18    whether or not there is an email out

19    there that you approved those tax

20    returns, do you know whether or not that

21    exists?

22         A     Can you please show me the

23    email, and I could tell you?

24         Q     Well, I am just asking you a

25    simple question.  Do you right now know

*Rich Moffett Court Reporting, Inc.*

```
1                                        49
2    whether or not there is such an email?
3    We'll get to it, but I'm asking you now
4    if you know that there is one?
5         A    I'm not sure what the line of
6    questions is, so I would have to
7    understand --
8         Q    Didn't you already testify a
9    few minutes ago that you are aware you
10   approved those returns?
11        A    I approved that Anthony would
12   be doing the returns under his name.  I
13   wasn't sure if Sarah Deo's name, but yes,
14   I approved that, that I am aware of, but
15   I don't think that's what your question
16   was.
17        Q    Did you, in fact, make that
18   approval verbally?
19        A    I don't remember, it was a
20   long time ago.
21        Q    Do you remember whether or
22   not you made that approval in writing?
23        A    I know that I sent an email
24   that said that Anthony should put the
25   returns in his name.
```

*Rich Moffett Court Reporting, Inc.*

```
1                                            50
2          Q      And that was because you were
3     approving him on those returns as owner
4     of Northshore, weren't you?
5                MR. SHANKS:  Objection.  Tax
6           returns don't approve ownership.
7           You know better, you're a lawyer.
8                MR. THOMASSON:  Mr. Shanks,
9           you're feeding him answers, please
10          stop doing that.
11               MR. SHANKS:  No, I am not.
12               MR. THOMASSON:  Yes, you are.
13               MR. SHANKS:  You like to put
14          legal conclusions at the beginning
15          of your questions.
16               MR. THOMASSON:  Okay,
17          Mr. Shanks.  No problem.  No
18          problem.  I'll take care of it.
19          Q      Mr. Aaronson, do you know
20     what "ownership" means, yes or no?
21          A      I know what "ownership"
22     means.
23          Q      Okay.
24                When those tax returns were
25     prepared, were you approving Anthony Deo
```

*Rich Moffett Court Reporting, Inc.*

```
1                                           51
2     as owner of Northshore Motors for all
3     purposes involving those tax returns?
4          A      No, it was an accounting
5     thing that I was just -- at that time he
6     was supposed to become an owner if he did
7     several things, which he eventually did
8     not do.  Anthony gave me his word that he
9     was going to do them, and he did not do
10    them.
11         Q      Is that in writing anywhere,
12    Mr. Aaronson?
13         A      I'm not sure.
14         Q      Did you have a contract with
15    Mr. Deo?
16         A      I don't believe so.  I know I
17    asked Anthony Deo several times to switch
18    the banks, switch, you know, whether I
19    emailed it or not, to switch motor
20    vehicle, and said, "You gotta switch
21    motor vehicle into your name."  All the
22    things that he was going to do in order
23    to eventually get ownership of the
24    dealerships, that I know for sure.
25         Q      Okay, so let's finish up this
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                        52

 2     with the following:  Which is it,

 3     Mr. Aaronson, when you approved Anthony

 4     Deo on those tax returns as owner, were

 5     you intending for him to be the owner for

 6     all purposes regarding the tax returns?

 7     It could be the tax return only, mind

 8     you, but I just want to know if you were

 9     approving him as owner for all purposes

10     on the tax returns, yes or no?

11          A     Can you please repeat the

12     question?

13               MR. THOMASSON:  Can you

14          please repeat the question for me,

15          Diana?

16               (Record read.)

17               MR. SHANKS:  Objection as to

18          form.  If he understands it, he

19          could answer.

20          A     Yeah, I don't -- I apologize,

21     I don't answer -- I don't understand that

22     question.

23               MR. THOMASSON:  Yeah, you

24          just sent him another answer,

25          Mr. Shanks.  That's the last time.
```

53

Don't do it again, I'll call the

judge.

MR. SHANKS:  You can call the

judge.  Hey, Mr. Thomasson, stop

being combative, first of all.

MR. THOMASSON:  You're being

combative.  Stop interrupting this

deposition and feeding your client

answers.

MR. SHANKS:  I just want the

question to be clear, okay?

MR. THOMASSON:  Yeah, it's

very clear.  We just had him saying

that he knows exactly what

"ownership" means.  He's being

evasive and you know it, and you're

feeding him answers.

MR. SHANKS:  Ask your

question and he can answer it.

MR. THOMASSON:  No problem,

it's on the transcript.

Q    Mr. Aaronson, once again, I

want to make sure I didn't misunderstand

something, you do understand what the

1                                                      54

2     word "ownership" means, right?

3            A      Yeah, yeah, yes, I do

4     understand ownership.

5            Q      You do understand that those

6     tax returns you approved list Anthony Deo

7     as 99 percent shareholder and Sarah Deo

8     as 1 percent shareholder; is that

9     correct?

10           A      If you're saying so, yes.

11           Q      Okay.

12                  Do you know what those tax

13    returns said then?

14           A      I didn't -- I don't believe I

15    saw the tax returns.

16                  MR. THOMASSON:  Okay, we're

17           going to have to take a little

18           break.  I've got to upload some

19           exhibits, so anybody who needs a

20           break can take it now.

21                  MR. SHANKS:  Okay, it's

22           11:03, how long?

23                  MR. THOMASSON:  Why don't we

24           do 11:30 at this point?  I've got a

25           bunch of exhibits we need to go

*Rich Moffett Court Reporting, Inc.*

```
 1                                          55
 2          over this afternoon with
 3          Mr. Aaronson.
 4                  MR. SHANKS:  Okay, 11:30.
 5                  (Recess taken.)
 6                  (Defendants' Exhibit A,
 7          Department of the Treasury Internal
 8          Revenue Service document, deemed
 9          marked for identification.)
10          Q       Mr. Aaronson, can you see
11  what's marked as Exhibit A?
12          A       Hold on one second.
13                  Yeah, I see Exhibit A, yes.
14          Q       If I were to pull this down
15  here, are you able to identify what this
16  is?
17          A       It looks like some sort of
18  tax form.
19          Q       It's an application for an
20  EIN number.  Are you familiar with that
21  term?
22          A       Yes.
23          Q       You would have learned that
24  in your business classes, wouldn't you?
25          A       Or just over the course of my
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                                 56
 2     time doing business in owning several
 3     businesses.
 4           Q       Do you see who it is who
 5     applied for that EIN number?
 6           A       I see Sarah's name, yes.
 7           Q       Rahman is her maiden name?
 8           A       If you say so, yes.
 9           Q       Do you know why she applied
10     for that number?
11           A       No idea.
12                   (Defendants' Exhibit B,
13           Northshore Assignment of Lease and
14           Lease Modification, deemed marked
15           for identification.)
16           Q       Can you now see the word
17     Exhibit B?
18           A       I see a file Exhibit B,
19     Northshore Lease.
20           Q       Yes, do you see the word
21     Exhibit B on the screen?
22           A       No.
23           Q       You don't see it?
24           A       I see the word Exhibit B.
25           Q       Yeah, just in big letters on
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                              57
 2      the screen, do you see that?
 3                MR. SHANKS:  No, it wasn't
 4           like the last one.
 5           A      No, no, no.
 6                MR. SHANKS:  It's not up.
 7           A      You have a list of files that
 8      we can see.
 9           Q      Right, I know what that is
10      but --
11                MR. SHANKS:  I don't see
12           Exhibit B, no.
13           A      We don't see it.  We just see
14      a list of exhibits.
15                MR. THOMASSON:  We had some
16           trouble earlier.  Okay, I'll try
17           this a different way.
18           A      We don't see anything now.
19           Q      Right.
20                Do you now see Exhibit B?
21           A      Yes.
22           Q      Do you now see the top of the
23      first page of Exhibit B?
24           A      Yes.
25           Q      Do you see the title,
```

*Rich Moffett Court Reporting, Inc.*

58

Assignment of Lease and Lease

Modification?

     A     Yes.

     Q     Do you see here,

Mr. Aaronson, on the signature page that

it was an assignment from UEA Premier

Motors Corp. to Northshore Motor Leasing

of UEA's original lease for the Michael

Drive premises, do you see that?

     A     I see Sarah's name signed in

two separate places, yes.

     Q     Do you know why she would be

signing to take over this lease if she

wasn't the owner?

     A     I have no idea.

     Q     Do you see further down the

signature page that Sarah Deo and Anthony

Deo signed as personal guarantors on that

lease?

     A     I see the word guaranty, and

I see their names signed, yes, correct.

     Q     Do you have an understanding

that as of the date of this document,

which is the 20th day of June in 2018, do

*Rich Moffett Court Reporting, Inc.*

59

you see that as of that date that Sarah
and Anthony Deo were the personal
guarantors on the lease at Michael Drive
for Northshore Motors, do you see that?

        A       I didn't see the whole --
obviously, I didn't have a chance to read
everything, but I see that it appears
that way, yes.

        Q       Have you ever seen this
document before?

        A       I don't believe so, no.  I'm
not sure.

        Q       Have you ever seen that EIN
document that was Exhibit A?

        A       No, I don't believe so.

        Q       Do you now have an opinion of
who the personal guarantors were on that
lease?

        A       From what you just showed me
it looks like Sarah was.

        Q       And Anthony, right?

        A       Yeah, I guess, yes.  I saw
Sarah's name signed a couple of times, I
saw Anthony's name signed once.

*Rich Moffett Court Reporting, Inc.*

```
 1                                        60

 2          Q      Do you have any lease

 3   documents for Northshore Motors in your

 4   possession, custody or control?

 5          A      I don't believe so.

 6          Q      Are you aware of any lease

 7   document, other than this one, with

 8   regard to the lease of Northshore Motors

 9   at the Michael Drive location?

10          A      I'm not aware.  I wasn't

11   aware of this lease or the other lease --

12   or any other lease, I should say.

13                 (Defendants' Exhibit C,

14          Business Depository Certificate

15          from Chase Bank, deemed marked for

16          identification.)

17          Q      Can you see on your screen

18   Exhibit C?

19          A      Yes.

20          Q      Can you see here that this is

21   a bank account document involving

22   Northshore Motor Leasing LLC in the

23   opening of an account at Chase, can you

24   see that?

25          A      Yes.
```

*Rich Moffett Court Reporting, Inc.*

61

Q      Have you ever seen this document before?

A      I'm not sure.  I don't believe so.

Q      Can you see the date of the document is January 25, 2018, upper-right corner there of the document?

A      Yeah, I see that date, yes.

Q      Do you see here in the middle of that document, it says, "Sarah Deo, Member"?

A      Yes, I see that.

Q      Do you see just below that it indicates that Anthony Deo is a signer to be added later?

A      I see that, yes.

Q      Do you see who signed for the opening of the Northshore Motors bank account on the last page?

A      Yeah, Sarah.

Q      Have you ever seen this document before now that I have shown you the document?

A      I don't believe so.

```
 1                                      62
 2          Q      The last page, actually, I'm
 3     sorry, the signature of Sarah Deo was on
 4     the third of four pages, but the last
 5     page contains an account summary for
 6     Northshore Motor Leasing, do you see
 7     that?
 8          A      Yup, the address.
 9          Q      Do you see that this last
10     page indicates it's an account summary
11     for Northshore Motor Leasing LLC, do you
12     see that?
13          A      I do, yes.
14          Q      Do you understand that
15     Northshore Motor Leasing LLC is the full
16     legal name for the corporation?
17          A      I believe so, yes.
18          Q      Do you recognize the phone
19     number on the last page of this document?
20          A      I do not.
21          Q      Do you know if that could
22     have been the phone number to Northshore
23     Motor Leasing, if you know?
24          A      I'm not sure.  I don't know.
25                 (Defendants' Exhibit D, Check
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                              63
 2            Payable to David Baron dated
 3            February 12, 2021, deemed marked
 4            for identification.)
 5            Q       Do you see Exhibit D on your
 6    screen?
 7            A       Yes.
 8            Q       Do you see that this is a
 9    check payable to David Baron in the
10    amount of $10,000?
11            A       Yes, yes.
12            Q       Do you see that in the
13    notation it says, "For the purpose of
14    Sunrise Auto Outlet," do you see that?
15            A       Yeah, that's what it says.
16            Q       Do you know where Sunrise
17    Auto Outlet was located?
18            A       Yes.
19            Q       Where was it located?
20            A       I believe it's 189 Sunrise
21    Highway.
22            Q       Was that Amityville?
23            A       I believe so, yes.
24            Q       Was the corporate name, if
25    you know, for that business 189 Sunrise
```

*Rich Moffett Court Reporting, Inc.*

64

Highway Inc., if you know?

     A     I'm not 100 percent sure, but it sounds right.

     Q     And this was a $10,000 check that indicates it's for the purchase of Sunrise Auto Outlet from Northshore Funding and Management LLC, do you see that?

     A     I see a check.  I don't know what it -- it's for, but it looks like it's for a purchase, yes.

     Q     Do you recognize the signature line there at all?

     A     If that's Sarah's, possibly, I would think.

     Q     Do you see here that that money was deposited, according to the back of the check that is now on the screen?

     A     Yes.

     Q     On the same date there is a $10,000 check written to someone named Joshua Aaronson, do you see that?

     A     I see that, yes.

                                                    65

        Q      Would that be the same Joshua
Aaronson as you?

        A      Yes, that is me.

        Q      Do you remember getting a
check from Northshore Funding and
Management LLC on that date?

        A      I don't remember the exact
date, no.

        Q      Do you remember getting this
check?

        A      Yes.

        Q      What was this $10,000 check
for?

        A      I think it was the beginning
of what was part of the availability to
eventually purchase our dealership.

        Q      Did you cash that check?

        A      I did, yes.

        Q      Did you ever give that money
back to anyone?

        A      Not that particular check
because it was cashed, but we gave a lot
of money back.

        Q      But this check you kept; is

*Rich Moffett Court Reporting, Inc.*

66

```
 1
 2   that right?
 3        A       Yeah, I mean, it got
 4   deposited into the bank.
 5        Q       Okay.
 6                Is that your signature on the
 7   back of the check?
 8        A       Yes.
 9        Q       Same day, same amount to
10   Brian Chabrier, do you see that?
11        A       I do, yes.
12        Q       Was that also money for the
13   purchase of 189 Sunrise?
14        A       Yeah, I guess it was some
15   sort of down payment on what would be
16   eventually if other obligations were met
17   to be able to purchase it, yes.
18        Q       Do you think there were other
19   obligations with regard to this?
20        A       Yes.
21        Q       Let me rephrase that.  I'm
22   sorry, I didn't finish the sentence.  It
23   was my fault.
24                Do you believe there were
25   other obligations for Anthony Deo to
```

67

purchase 189 Sunrise at the time that

this check was given?

    A     I believe so, yes.

    Q     Are they in writing?

    A     I'm not sure but I believe

so, yes.

    Q     You believe that there is a

contract for the purchase of 189 Sunrise?

    A     I don't -- I never signed any

contract so...  But I believe there -- I

know this wasn't, you know, what was

going to take, you know, the -- the

checks that you're showing me wasn't

going to be what would eventually allow

us to transfer ownership over to Anthony.

    Q     Uh-huh.

         And as far as you know, none

of this money was ever given back to

Anthony, was it?

    A     Well, millions and millions

and millions of dollars were given back

because of losses because of Anthony Deo,

so I think it all depends on how you want

to --

1                                                          68

2          Q      We'll get to that, but this

3    specific money was cashed and kept; is

4    that fair to say?

5          A      It was cashed, I can't say

6    kept, because we're out a lot of money,

7    so it wasn't kept.

8          Q      Well, you think that it

9    should be used as an offset; would that

10   be a fair way of putting it?

11         A      A lot of money was lost, so

12   if you want to call that an offset, yes,

13   it would be a pimple on a huge problem,

14   you know.

15         Q      Right, we'll get to what you

16   think is lost, no problem.

17                But this money, on or about

18   February 12th of 2021, was given towards

19   the purchase of 189 Sunrise, right?

20         A      It was -- I would imagine it

21   was the beginning of what was supposed to

22   be towards the purchase, yes.

23         Q      And it was never given back,

24   right?

25         A      This specific check was not

*Rich Moffett Court Reporting, Inc.*

```
 1                                            69
 2    given back.
 3          Q       Jory Baron received one that
 4    day too for $10,000?
 5          A       Uh-huh.
 6          Q       Who were the owners of
 7    Sunrise Auto Outlet at that time?
 8          A       I believe it was Jory, Brian,
 9    my father-in-law, may he rest in peace,
10    myself and possibly Ray Phalon.
11          Q       Is there any business located
12    at that same location now, if you know?
13          A       Yes, there is.
14          Q       What business is at that
15    location now?
16          A       Stream Auto Outlet.
17          Q       Who are the owners of that
18    business?
19          A       Me and Josh, me, Josh
20    Aaronson, and my business partner Gustavo
21    Ruiz.
22          Q       How long has that been the
23    case that you have been the owners of the
24    business at that location at this time?
25          A       I want to say two years, but
```

```
 1                                        70
 2     I'm not exactly sure of the specific
 3     date, or you know.
 4          Q      Would it be fair to say that
 5     it was sometime in 2023 that you obtained
 6     that location?
 7          A      Yeah, it's -- yes, it's
 8     around two years ago, so that sounds
 9     about right.
10          Q      Did you have to wait for
11     Anthony Deo to leave that location before
12     you could gain that location, if you
13     know?
14          A      I don't remember.
15          Q      Do you know who held the
16     lease after February 12, 2021, at that
17     location?
18          A      No.
19          Q      Until it closed, do you know
20     who held the lease?
21          A      No.
22          Q      Was it you?
23          A      I don't know.
24          Q      Could it have been Anthony
25     Deo?
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                      71
 2        A     I don't know who it could
 3   have been.
 4        Q     There is another check for
 5   $10,000 that day.  Is it the same answer,
 6   this was money that was towards the
 7   purchase of 189 Sunrise; is that right?
 8        A     Correct, correct, yes.
 9              (Defendants' Exhibit E, Lease
10              dated June 15, 2021, deemed marked
11              for identification.)
12        Q     Do you have the word Exhibit
13   E on your screen?
14        A     I do, yes.
15        Q     Do you see that this was a
16   lease executed in June of 2021, do you
17   see that that's the date on this lease?
18              MR. SHANKS:  Mr. Thomasson,
19              are you referring to a lease?  I
20              don't know, is this actually -- oh,
21              oh, okay, you're scanning down.
22        Q     Do you see at the top of this
23   page we've got two dates, June 16th and
24   June 15th of 2021, do you see that?
25        A     Yeah, I see those two dates.
```

*Rich Moffett Court Reporting, Inc.*

72

Q    Do you see that Gold Coast
Motors of Sunrise LLC is the lessor, do
you see that?

A    Gold Coast Motors, yeah,
yeah, yup, I see it, yes.

Q    Do you see that?

A    Correct.

Q    Do you know if that is a
business owned and operated by the Deos?

A    I don't know, so but...

Q    Have you ever heard the term
Gold Coast Motors?

A    Yes, yes, I have heard it,
yes.

Q    When you heard that term, did
you have any knowledge of who were the
owners of Gold Coast Motors?

A    No.

Q    Did you know if Gold Coast
Motors was in any way related to the
Deos?

A    I'm not sure.  I don't
believe so.

Q    Do you see that we've got a

*Rich Moffett Court Reporting, Inc.*

73

date here that indicates that Gold Coast

Motors of Sunrise LLC was created on

January 15, 2021, in the Division of

Corporations for the New York State

Department of State, do you see that,

Mr. Aaronson?

          A    Yes.

          Q    Do you see who it is that

signed this lease on behalf of Gold Coast

Motors of Sunrise on June 15, 2021, do

you see that?

          A    Yeah, Anthony Deo.

          Q    Do you see on the first page

of the lease under the word Background

that it indicates that this lease

pertains to 189 Sunrise Highway in

Amityville, New York, do you see that?

          A    189, I see 189 Sunrise Corp.,

yeah, yup, correct.

          Q    So you will agree that

Anthony Deo, as of June of 2021, held the

lease at this business, do you understand

that?

          A    Yes, it looks that -- it

*Rich Moffett Court Reporting, Inc.*

```
 1                                      74
 2    appears that way.
 3              MR. SHANKS:  Are you using
 4         Anthony Deo as being the same as
 5         Gold Coast Motors?
 6              MR. THOMASSON:  Well, okay.
 7         Q     Do you see that on some level
 8    Anthony Deo was involved with the lease
 9    for these premises as of June 15, 2021,
10    do you see that?
11         A     Yes, it looks that way.
12         Q     Did you know that?
13         A     No, not that I remember.
14         Q     No?
15              Who would know that on behalf
16    of any of your co-plaintiffs, would any
17    of your co-plaintiffs know that Anthony
18    Deo, through his business, held the lease
19    at 189 Sunrise?
20         A     I can't speak for, you know,
21    the other people you're mentioning.
22         Q     So you didn't have regular
23    meetings with the owners of Northshore or
24    189 Sunrise; is that correct?
25         A     Correct.
```

*Rich Moffett Court Reporting, Inc.*

75

Q       Did you ever speak with Brian Chabrier about Northshore or 189 Sunrise prior to November of 2022?

A       Yes, occasionally.  Very rarely but yes.

Q       Did you ever speak with Asad Khan about Northshore or 189 Sunrise prior to November of 2022?

A       Not that I remember.

Q       Did you speak with David Baron at all about either Northshore or 189 Sunrise prior to November of 2022?

A       Yeah, he -- the only time I spoke to David Baron about it was when he told me that Anthony, I guess, did something that was, you know, David was below boarding him, and my mother-in-law had to go to the dealership, I guess, to remove cars, and I guess he got in some -- that was the only time I ever spoke to my mother-in-law about it, because he was very upset that him and his wife had to wake up or go in the middle of the night because Anthony did

*Rich Moffett Court Reporting, Inc.*

```
 1                                              76
 2   something that was supposedly, you know,
 3   not -- really bad and that David wanted
 4   to try and resolve it.  So that's the
 5   only time I remember speaking to my
 6   father-in-law about it.
 7        Q     Do you know if that
 8   difference of opinion between Anthony, on
 9   the one hand, and David and Iris, on the
10   other hand, got straightened out?
11        A     I'm not 100 percent sure, but
12   I know they continued to do business
13   afterwards.
14        Q     So would it be fair to say
15   that even if you don't know the details
16   it got resolved somehow as between them;
17   is that fair to say?
18             MR. SHANKS:  Objection.
19        Calls for speculation.
20        A     Yeah, I don't know.
21             Go ahead.
22             MR. SHANKS:  He can answer if
23        he wants.
24        A     Yeah, I don't know what was
25   resolved.
```

```
 1                                          77
 2         Q      I didn't ask you if you knew
 3    what it was, but you knew that there was
 4    a problem, yet business ended up
 5    continuing, so did you draw the
 6    conclusion from that that whatever
 7    difference of opinion occurred on the
 8    occasion that you're discussing ended up
 9    eventually getting resolved as between
10    them?
11         A      I don't know that it got
12    resolved, because unfortunately, in
13    business you can sometimes continue to do
14    business and it doesn't mean something's
15    resolved.
16         Q      Uh-huh.
17         A      I know there are obligations,
18    you know, and Anthony promised that my
19    father-in-law would have to come off in
20    order to -- for my father-in-law to get
21    out of the business, so I don't know what
22    was resolved or not resolved in that
23    regard.
24         Q      Do you know whether or not
25    Anthony Deo on behalf of Gold Coast
```

                                                            78

Motors was taking over the lease at 189

Sunrise?

        A      I do not.

        Q      Who would know, if you know?

        A      I have no idea.  Maybe

Anthony would know.

        Q      Would any of your

co-plaintiffs know, if you know?

        A      I don't know what they --

they would know, so no.

        Q      You have never discussed the

lease of 189 Sunrise with any of your

co-plaintiffs; is that fair to say?

        A      Yes.

        Q      And you don't think you have

ever seen this document; is that right?

        A      I don't believe so.

        Q      This document was attached to

a complaint that was served upon you

during or about September of 2024, do you

remember that complaint?

        A      You would have to show it to

me.

        Q      So you have no memory at this

```
 1                                           79
 2    time of seeing a thick complaint brought
 3    against you in federal court a year and a
 4    half ago; is that correct?
 5          A     This -- I've seen a lot of
 6    documents during this time, so I'm not
 7    exactly sure what you're referring to,
 8    and I thought I'm looking at a lease now
 9    is what I thought I was looking at.
10          Q     Yes, I'm not talking about
11    the lease at the moment.  Let me take it
12    off the screen so you're not confused.
13                Are you aware that a
14    complaint was served on you by Anthony
15    Deo and Sarah Deo in a federal court
16    action in the Eastern District of New
17    York approximately a year and a half ago
18    during September of 2024, do you have a
19    memory of that document being served on
20    you?
21          A     Yes.
22          Q     Did you ever read it?
23          A     No.
24          Q     What did you do with that
25    document after it was served on you?
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                      80
 2         A       I'm not sure, but I -- I'm
 3    not sure, but it was a large document.
 4    It was a very large document, if I
 5    remember correctly.
 6                 (Defendants' Exhibit F, Stock
 7           Sale Agreement dated May 17, 2021,
 8           deemed marked for identification.)
 9         Q       Do you have Exhibit F on your
10    screen?
11         A       I do.
12         Q       Do you see that on the first
13    page it indicates that this document is
14    the stock sale agreement between David
15    Baron and Ron Baron, on the one hand, and
16    Anthony Deo, on the other hand, regarding
17    Baron Nissan Inc., do you see that?
18         A       I see a stock sale agreement,
19    and I see David and Ron's name, and I see
20    Anthony's name, so I'm going to say yes.
21         Q       Do you know what a stock sale
22    agreement is?
23         A       I'm not 100 percent sure, but
24    it's you're selling, you know, I don't
25    know what percentage or whatever, but
```

*Rich Moffett Court Reporting, Inc.*

1                                                      81

2     there's some sort of sale going on of an

3     entity that somebody owns and someone's

4     trying to purchase something.

5          Q      Were you aware at any time

6     that Anthony Deo was purchasing Baron

7     Nissan?

8          A      Not until -- yeah, I was

9     aware at some point, yes.

10         Q      Did you ever have a

11    conversation with Anthony Deo about the

12    purchase of Baron Nissan?

13         A      Yeah, after my

14    father-in-law's death, if anything.

15         Q      What is it you discussed?

16         A      I don't remember.  I knew it

17    would never be sold, so it -- I can't

18    imagine what my conversation with -- I

19    knew it would never be sold to Anthony, I

20    should say.

21         Q      Do you know who prepared this

22    document?

23         A      No idea.  I see Joseph

24    Aboyoun's name.

25         Q      Who is Joseph Aboyoun?

1                                                      82
2          A      He's an attorney.
3          Q      Was he an attorney for David
4    Baron and/or Ron Baron?
5          A      I don't know but very
6    possibly.  I see his name next to David
7    Baron.
8          Q      How do you know the name
9    Joseph Aboyoun?
10         A      He's an attorney that I've
11   worked with in the past, and I do work
12   with.
13         Q      So you have worked with
14   Joseph Aboyoun?
15         A      Yes, I have worked with
16   Joseph Aboyoun, yes.
17         Q      On what?
18         A      On a lot of my dealings with
19   buying dealerships, and -- or just in
20   general, auto-related stuff.
21         Q      Is he an attorney for the
22   Island Auto Group?
23         A      He's one of our many
24   attorneys for Island Auto Group.  He has
25   his own practice, he's a partner in a law

1

2    firm.

3          Q      Do you see here that at the

4    top of this stock sale agreement David

5    and Ron Baron are listed collectively as

6    the seller, do you see that?

7          A      I see their two names, yes.

8          Q      And in the last sentence of

9    that paragraph it says, "Hereinafter,

10   collectively referred to as 'seller.'"

11   Do you see that?

12         A      Yeah, I can see that, yes.

13         Q      And then with regard to

14   Anthony Deo just below it says

15   parenthetically that, "He is hereinafter

16   collectively referred to as 'buyer.'"  Do

17   you see that?

18         A      I see that, yes.

19         Q      Could you read into the

20   record what paragraph number 4 says?

21         A      "Whereas, seller desires to

22   sell, transfer and convey to buyer, and

23   buyer desires to purchase and acquire

24   from seller 100 percent of the capital

25   stock in the company."

Q       If we look just up here, do
you see under Baron Nissan Inc. at the
top of the page it was parenthetically
referred to as, "Hereinafter referred to
as 'company,'" do you see that?

A       Yes.

Q       Having just read paragraph
number 4, do you have an understanding
that this document was for the purpose of
transferring the stock ownership in Baron
Nissan from David Baron and Ron Baron to
Anthony Deo, do you understand that?

A       No, I don't.  I would have to
read the full document.

Q       So from paragraph number 4,
you do not have an understanding that
that means that David Baron and Ron Baron
were transferring, by this document,
their ownership interests to Anthony Deo,
you do not understand that?

A       I do not understand that, no.
I don't agree with what you're saying, so
I don't understand it.

Q       What is it that you disagree

```
 1                                              85
 2    with --
 3          A      In order to answer a question
 4    I would have to read the whole document
 5    to give an answer that they are 100
 6    percent willing to sell.  I'd have to see
 7    signatures, because it's just a piece of
 8    paper, and I don't know --
 9          Q      We'll get there.
10          A      -- and I don't know, it could
11    be three, six or nine.
12                 MR. SHANKS:  The two of you
13          are speaking over one another.
14                 MR. THOMASSON:  I understand.
15                 MR. SHANKS:  Just for the
16          record and for the court reporter.
17          Q      When you just read this,
18    we'll get to the rest of the document, do
19    you have an understanding that this is a
20    document designed to transfer ownership
21    of stock in Baron Nissan, regardless of
22    whether or not it was executed, do you
23    understand that that's what this document
24    is for?
25                 MR. SHANKS:  Harry, is your
```

*Rich Moffett Court Reporting, Inc.*

1                                              86

2          question is this document

3          transferring ownership?

4               MR. THOMASSON:  I didn't ask

5          that.

6          Q     Do you understand that the

7     description of this document in the

8     document at the beginning of the document

9     indicates that it is for the purpose of

10    transferring the stock of Baron Nissan

11    from David Baron and Ron Baron to Anthony

12    Deo, do you understand, as a preliminary

13    question, that that's what the purpose of

14    this document is according to the first

15    page?

16         A     No, according to number 4,

17    which is what you asked me to read, it

18    looks like there is a point where it is,

19    I don't know who wrote the document, that

20    the buyer desires, meaning Anthony

21    desires, to acquire the stock.  I

22    understand that from that paragraph, from

23    that one, number 4, yes.

24         Q     And the stock is the stock of

25    Baron Nissan, right?

*Rich Moffett Court Reporting, Inc.*

```
 1                                         87
 2        A      Related to number 4, yes,
 3   that's what -- that's what -- yes.
 4        Q      Okay, all right, that's what
 5   I'm asking.
 6        A      Okay, great.
 7        Q      Now, on this particular
 8   document we don't have any signatures, do
 9   you see that?
10        A      I don't see any signatures,
11   correct.
12        Q      Or at least on page 49 there
13   are no signatures there, correct?
14        A      Yes.
15        Q      You do however, on page 60,
16   have a signature of Anthony Deo as
17   pledgor, do you see that?
18        A      I see Anthony's signature,
19   yes.
20        Q      And under Baron Realty we
21   have David Baron's signature at least
22   once, right?
23        A      I see his signature, yes.
24        Q      Was Baron Realty Inc. the
25   holder of the lease at Baron Nissan, if
```

*Rich Moffett Court Reporting, Inc.*

```
1                                          88
2    you know?
3         A       I believe so.
4                 (Defendants' Exhibit G, Email
5         Chain, deemed marked for
6         identification.)
7         Q       Do you see Exhibit G on your
8    screen, Mr. Aaronson?
9         A       I do, yes.
10        Q       Can you see that this is an
11   email chain with certain people in that
12   email?
13        A       Yes.
14        Q       It's an email from Thomas
15   Jones to Wendy Kwun and Frank Gallagher,
16   do you see that?
17        A       I do, yes.
18        Q       Who is Wendy Kwun?
19        A       Wendy works with us at Island
20   Auto Group.
21        Q       Did she at any time work on
22   Northshore Motors' matters?
23        A       Yes.
24        Q       Did she at any time work on
25   189 Sunrise matters?
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                              89
 2           A      I'm not sure.
 3           Q      If she worked for either, on
 4    matters involving either of those two
 5    businesses, would that have been for you
 6    and your group?
 7           A      Yes.
 8           Q      Who is Frank Gallagher?
 9           A      It looks like he works for
10    Citrin Cooperman, an accountant.
11           Q      But you're not familiar with
12    him?
13           A      No.
14           Q      You see Anthony Deo is there,
15    you see that he is a cc --
16           A      Yes, I do.
17           Q      -- on that email,
18    anthonyd@northshoremotors1.com, do you
19    see his email address?
20           A      I do, yes.
21           Q      Is that the email address
22    that's used for the business at
23    Northshore Motors?
24           A      I have no idea.
25           Q      Do you know who owns and
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                              90
 2      operates the email address
 3      northshoremotors1.com?
 4           A     I do not, no.
 5           Q     Again, Theresa Martz from
 6      Citrin Cooperman, is that a name you're
 7      familiar with?
 8           A     I've seen the name before,
 9      yes.  I don't know Theresa, but I've seen
10      her name.
11                 MR. THOMASSON:  I have to
12            take a break for two seconds, so
13            I'll be right back.
14           A     So do I, so I'll be right
15      back, too.
16                 MR. THOMASSON:  Let's take
17            five minutes, everyone.
18                 (Recess taken.)
19           Q     At the top of this email
20      chain, Mr. Aaronson, we have a series of
21      cc's that include Anthony Deo, Theresa
22      Martz, someone from Citrin Cooperman,
23      Josh Aaronson from Island Auto Group,
24      that would be you, right?
25           A     Yes.
```

91

Q     And Ellen Kera, someone else from Citrin Cooperman, do you see that?

A     I do, yes.

Q     Do you know Frank Gallagher, Theresa Martz and/or Ellen Kera?

A     I know Ellen, yes, I know Aaron -- Ellen.

Q     How do you know Ellen?

A     She's -- I work with Ellen, she's an accountant.  She works for Citrin Cooperman, and she's an accountant that I've used over the years.

Q     And Citrin Cooperman is an Island Auto Group accountant for that business?

A     No, no, Citrin Cooperman is a big accounting firm, and Ellen is a partner in that accounting firm.

Q     Right, but --

A     Island Auto Group works with Citrin Cooperman.  We retain them to do some of our accounting for us.

Q     Okay.

      How long have they been doing

```
 1                                           92

 2    work, obviously, at least since '22,

 3    right?

 4         A       Yes.

 5         Q       Earlier than that, do you

 6    know?

 7         A       Yes.  I'm not sure exactly

 8    how long, but -- but several years.

 9         Q       Okay.

10                 And Thomas Jones, do you have

11    an understanding that that was an

12    accountant for Anthony Deo?

13         A       Yes.

14         Q       Please read this email to

15    yourself, Mr. Aaronson.

16         A       Read.

17         Q       Do you have an understanding

18    what this email is for?

19         A       Well, according to Tom, that

20    he is saying that Anthony Deo and Sarah

21    on this return would show 100 percent

22    ownership between the two of them.

23         Q       Since June 15th of 2020, do

24    you see that?

25         A       I see that, yes.
```

*Rich Moffett Court Reporting, Inc.*

```
1                                             93
2          Q      When was the first time you
3     saw this email?
4          A      I'm not sure.
5          Q      Is it likely that you would
6     have seen it on or about the date of the
7     email which is October 5th of '22?
8          A      October 5th --
9                 MR. SHANKS:  Objection as to
10                form, just because you used
11                "likely."  You could ask him if he
12                saw it then.
13         Q      Do you know if you saw it
14    then?
15         A      I'm not sure, no.
16         Q      And is it possible that you
17    saw it then?
18         A      Yes, it is possible.
19         Q      But you have seen this before
20    today certainly, yes?
21         A      No, not that I remember.
22         Q      Okay.
23                This next email on October 6,
24    do you have a memory of seeing this email
25    before today?
```

*Rich Moffett Court Reporting, Inc.*

```
1                                          94
2          A       No, I do not.
3          Q       Were there discussions at
4    that time in September and October of
5    2022 between you and Anthony Deo
6    regarding the tax returns for Northshore
7    Motors?
8          A       Not that -- I don't remember.
9          Q       I just want to clarify your
10   answer, Mr. Aaronson, because you kind of
11   said two things there.  Is your answer
12   that you don't remember whether there
13   were discussions between you and Anthony
14   Deo in the fall of 2022 over tax returns;
15   is that your answer?
16         A       The answer is I don't
17   remember.
18         Q       Okay.
19                 Is it possible that there
20   were discussions between you two in the
21   fall of 2022 over tax returns?
22         A       Yes.
23         Q       Since the fall of 2022, have
24   you or anyone at your direction filed any
25   tax documents of any type for Northshore
```

```
1                                                 95

2    Motors or 189 Sunrise Highway?

3           A       I don't believe so.

4           Q       How long before the fall of

5    2022 did you stop filing tax documents

6    for those two businesses?

7           A       I'm not -- I wasn't involved

8    in one of those businesses, so I have no

9    idea.

10          Q       What about with Northshore,

11   was there any time prior to 2022 that you

12   stopped filing tax documents for that

13   business?

14          A       I'm not 100 percent sure, but

15   yes, there was a time that we stopped.

16          Q       Why did you stop filing tax

17   documents for Northshore Motors?

18          A       I would imagine it was

19   because I had an understanding with

20   Anthony that he was going to take over

21   the business if he filled -- completed

22   some obligations, such as paying off all

23   the cars, transferring the motor vehicle,

24   which I asked him, you know, a few times,

25   "Anthony, when are you transferring your
```

96

motor vehicle?" and he was eventually
supposed to get ownership of these
businesses.

    Q    Here is the heading on an
email from Josh Aaronson to Wendy Kwun
that cc's Ellen Kera, Thomas Jones,
Anthony Deo, do you see that heading?

    A    I do, yes.

    Q    Do you see here at the top of
page 5 of this exhibit that you wrote to
Wendy Kwun, "Good morning, Wendy,
Approved.  Thank you, Josh."  Do you see
that you wrote that?

    A    I do, yes.

    Q    Do you remember the last time
you saw this email?

    A    No.

    Q    What was it you were
approving, do you know?

    A    I'm not sure.  I would have
to see the...

    Q    Okay.

    And here is that email that
she sent you that says, "Good morning,

```
 1                                                    97
 2      Josh, Below is an email from Tom Jones,
 3      Anthony's CPA, requesting information to
 4      amend the 189 Sunrise 2021 tax return.
 5      Attached is a copy of return filed by
 6      Citrin Cooperman.   Please let me know if
 7      you approve of this request."
 8              A       Okay.
 9              Q       Is that what you were
10      approving?
11              A       It appears so, yes.
12              Q       Do you have any memory of it?
13              A       No, not the email for sure,
14      no.
15              Q       But at some point in time you
16      approved these tax returns for Northshore
17      and 189 Sunrise that happened to list the
18      Deos as the owners of those two
19      corporations, right?
20              A       To me it was an accounting
21      thing, so I -- I -- I -- yes, so the
22      answer is yes.
23              Q       So as an accounting thing,
24      you approved those tax returns listing
25      the Deos as the owners of those two
```

*Rich Moffett Court Reporting, Inc.*

98

businesses, right?

    A     Yeah, I mean, I don't have --
I don't have a right to do anything.
There were other partners in the
Northshore Motors' business, so I don't
have a right to even answer for
Northshore Motors other than I was
representing my mother-in-law.

          But for 189 Sunrise, I know
that there were obligations that had to
be refilled -- fulfilled by Anthony that
were never done.

MO      MR. THOMASSON:  I move to
    strike as nonresponsive.

    Q    My question to you,
Mr. Aaronson --

         MR. THOMASSON:  Diana, could
    you read my last question to him
    again, please?

        (Record read.)

    Q    Yes or no, Mr. Aaronson, is
that correct?

    A    Yes.

    Q    Thank you.

1                                                    99
2          A       You're welcome.
3          Q       Do you know if you have ever
4    seen the 2021 federal tax return for
5    Northshore Motor Leasing LLC?
6          A       I don't believe so.
7          Q       If it was attached to those
8    emails, would you have opened them?
9          A       Not necessarily, no.
10         Q       But would it be fair to say
11   that you don't remember opening them?
12         A       Yes.
13         Q       So looking at it now, does
14   this refresh your memory as to whether or
15   not you have ever seen the first page of
16   the 2021 US tax return for Northshore
17   Motor leasing?
18         A       No, I don't remember ever
19   opening it, no.
20         Q       But it's possible you opened
21   it; is that correct?
22         A       It is possible.
23         Q       And is it fair to say that
24   you are not an accountant?
25         A       Yes, fair to say.

```
 1                                         100
 2         Q      How would you describe your
 3   knowledge of accounting?
 4         A      I don't know what basis
 5   you're asking off of, but I'm not an
 6   accountant.
 7         Q      Do you have any knowledge of
 8   any accounting principles?
 9         A      Minimal, I would say.  I
10   don't know levels so I can't compare.  I
11   don't know what levels you're
12   referencing, and I'm not trying to be
13   difficult, I don't understand the
14   question.
15         Q      Okay.
16                Do you see the top of this
17   page 8 of the exhibit, it's listed on the
18   top left corner as Schedule B-1, do you
19   see that?
20         A      I do, yes.
21         Q      Do you see in the middle of
22   the page under Part II, it indicates that
23   Anthony Deo is the 99 percent owner of
24   Northshore Motor Leasing, do you see
25   that?
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                          101

 2         A      I do, yes.

 3         Q      Do you know that this is one

 4    of the tax returns you were approving in

 5    that email, do you know if that is what

 6    you were doing?

 7         A      I don't know if the, like,

 8    specifically, like I said, I don't think

 9    I ever opened it, but so I don't know if

10    that's what I was approving, but...

11         Q      Are you saying that you might

12    have approved a tax return without

13    looking at it?

14         A      I'm saying I might have

15    approved an email without downloading the

16    attachment, yes.

17         Q      Is that the same thing as the

18    way I asked the question to you,

19    Mr. Aaronson?

20         A      I don't know.

21         Q      Did you approve this?  Do you

22    know if this is one of the tax returns

23    that you approved in your email?

24         A      I don't know.

25         Q      But it could be; is that
```

```
1                                      102

2    right?

3         A       Yes.

4         Q       If this is one of the tax

5    returns --

6                 MR. SHANKS:  Objection.  You

7         asked the question, I don't think

8         you got an answer, Harry.

9                 MR. THOMASSON:  I did.

10                Did he answer, Diana?

11                You know what, I think he

12        kind of, I think maybe it was

13        squelched.

14                Could you read back my last

15        question again, Diana?

16                (Record read.)

17        Q       What is the answer to that

18   question, Mr. Aaronson?

19        A       Yes.

20        Q       Were you being honest when

21   you approved tax returns?

22        A       I don't understand the

23   question.

24                MR. SHANKS:  Objection as to

25        form.
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                    103
 2        Q      Well, okay, you understand,
 3   Mr. Aaronson, that you either could have
 4   been honestly approving tax returns, or
 5   in the alternative, you could have been
 6   perpetuating some sort of a fraud.  I
 7   want to try and rule that out.  So let me
 8   ask, were you being honest in the way you
 9   approached these tax returns?
10        A      I still don't understand your
11   question, and you know, I -- I -- I think
12   I mentioned --
13        Q      Well, what was --
14        A      Go ahead.
15        Q      Do you believe when you
16   indicated that you were approving,
17   whatever you were approving in that
18   email, that you were doing so honestly?
19        A      No, what I -- what I approved
20   was Anthony Deo is on the tax return
21   getting 100 percent and on a tax return
22   but nothing to do with full ownership of
23   a business, because there were still
24   several obligations that he was going to
25   have to finish.  So I think there are
```

*Rich Moffett Court Reporting, Inc.*

```
1                                              104
2    different things that you're asking.
3         Q     I know what you're saying,
4    Mr. Aaronson, so I'm separating those two
5    issues, okay.  We will get to your second
6    issue, but you just said, did you not,
7    that you were honestly approving him as
8    owner for these tax returns; is that
9    right?
10        A     Yes.
11        Q     Okay, thank you.
12              (Defendants' Exhibit R,
13        Business Account and Signers' Form,
14        deemed marked for identification.)
15        Q     Do you have Exhibit R on your
16   screen here, Mr. Aaronson?
17        A     I do, yes.
18        Q     I don't think I possess the
19   ability to turn this.  I'm very sorry.
20   I'm willing to take suggestions.
21        A     If you just download it --
22              MR. KATAEV:  On the right
23        side under 2 of 2 with the arrows,
24        the little circle, you can click on
25        that.
```

```
 1                                   105
 2              MR. THOMASSON:  Oh, I see it.
 3         There it is.  Of course.  There we
 4         go. I got it.
 5              MR. KATAEV:  You could also
 6         take your monitor and swivel it.
 7         Q      Do you see here on the upper
 8    left corner of the document,
 9    Mr. Aaronson, it says, "Business Account
10    and Signers' Form," do you see that?
11         A      No.
12              Business account, yes.
13         Q      Do you see down about a
14    paragraph it says, "Name of the signer to
15    add, Mr. David Baron," do you see that?
16         A      I see David's signature, yes,
17    and his name.
18         Q      Do you see that he is the
19    person getting added to a bank account
20    here for Northshore Motor Leasing also as
21    indicated just above it?
22         A      Yes.
23         Q      So he was getting added as of
24    the date next to his signature.  Can you
25    read into the record what you understand
```

```
 1                                          106

 2    that date to be?

 3          A       11/8/18.

 4          Q       Do you have an understanding

 5    in your mind that David Baron was already

 6    the owner of Northshore Motors on that

 7    date?

 8          A       I'm not sure.  I believe so,

 9    yes.

10          Q       Okay.

11                  Do you see a signature at the

12    bottom of this page?

13          A       I do.

14          Q       Do you recognize that as

15    being Sarah Deo's signature?

16          A       I don't exactly recognize it,

17    but I'll go with it, yes.

18          Q       Okay.

19                  If that's Sarah Deo's

20    signature, why would she be adding David

21    Baron as a signer only to that account in

22    November of 2018, if you know?

23          A       I have no idea.

24          Q       If she is adding David Baron

25    to the account, wouldn't that indicate to
```

*Rich Moffett Court Reporting, Inc.*

107

        you that she's the owner of the account?

            A       No, I have no idea.

            Q       But you don't have any
        knowledge of who the owners were
        yourself?  You have no firsthand
        knowledge yourself of who the owners were
        before David's death because you weren't
        involved with Northshore Motors, correct?

            A       Correct.

            Q       Is it correct that David died
        during or about May of 2021?

            A       Correct, May 25th.

            Q       If Iris Baron testified under
        oath that he died during or about May of
        2022, would that be a mistake?

            A       If that's what she said, yes.
        He -- he --

            Q       Now, with regard to 2021,
        according to your email for 2021 on the
        tax returns and according to you for tax
        returns only, Anthony Deo and Sarah Deo
        were the 100 percent stockholders of
        Northshore Motors for 2021; isn't that
        part of what was agreed to in those

```
 1                                          108
 2    emails?  For tax return purposes only,
 3    but that's what they indicate, right?
 4         A      Yes, yes, yes.
 5               (Defendants' Exhibit S,
 6         Nassau County Police Department
 7         Case Report, deemed marked for
 8         identification.)
 9         Q      Do you have Exhibit S on your
10    screen, Mr. Aaronson?
11         A      I do.
12         Q      Can you see that this is a
13    report regarding a larceny to the Nassau
14    County Police Department?
15         A      Yes.
16         Q      Did you have occasion during
17    late November of 2022 to speak to the
18    police about $735,000 that was taken from
19    an account, did you have an occasion
20    where you spoke to the police about that?
21         A      I got a phone call from what
22    I believe was a police officer, yes.
23         Q      And had you caused $735,000
24    to be taken from an account at that time?
25         A      Yes.
```

```
1                                          109
2         Q      What is it that you did to
3   take that money?  Please walk me through
4   your steps, please.
5         A      I don't remember exactly, but
6   I believe we were able to take the money
7   out of the account, and it was -- it was
8   out of Sunrise, 189 Sunrise, I believe,
9   in order to pay back all the money that
10  we owed to the banks and consumers.
11        Q      Well, that's the purpose you
12  did it, I am just asking about the
13  mechanics.
14        A      Mechanics, we had access to
15  the bank, and we withdrew the money from
16  the bank.
17        Q      Who is "we"?
18        A      Me and my office.
19        Q      What do you mean when you say
20  your office?
21        A      Someone who works in my
22  office did it.  Most likely Wendy Kwun.
23        Q      So your memory is that you
24  and Wendy Kwun took that money; is that
25  right?
```

1                                                        110

2          A       Correct.

3          Q       What account was it put in?

4          A       Meaning it was in 189

5   Sunrise's account, that's where the money

6   was put in, and then we took it out of

7   there, and I don't know exactly where it

8   went, but I would imagine it would be one

9   of the Island Auto Group accounts.

10         Q       So Island Auto Group was the

11  owner of 189 Sunrise in November of 2022;

12  is that what you're saying?

13                 MR. SHANKS:  Objection.  He

14         didn't say that.

15                 MR. THOMASSON:  Well, I'm

16         asking him.

17         Q       Is that what you're saying?

18         A       No.

19         Q       It's a yes-or-no question.

20         A       No, but the owners of Island

21  Auto Group were owners of 189.

22         Q       I understand.

23                 Who were the owners of Island

24  Auto Group right now today?

25         A       Ronny Baron, the estate of

*Rich Moffett Court Reporting, Inc.*

```
1                                      111
2    David Baron, myself and Marcello
3    Scherino.
4         Q      How long has that been the
5    case?
6         A      A little over 11 years, I
7    believe.
8         Q      Would it be fair to say that
9    in November of 2022, David Baron was
10   definitely not an owner of 189 Sunrise
11   and that account, would that be fair to
12   say?
13        A      No, not fair to say.
14        Q      So David Baron was alive and
15   well in November?
16        A      He, the estate of David
17   Baron, I should say.
18        Q      I didn't ask you about the
19   estate of David Baron.  I asked you about
20   David Baron.
21        A      I apologize then.  David
22   Baron was no longer alive in November of
23   2022.
24        Q      So then let's try again.
25               Was it fair to say that David
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                      112

 2    Baron was definitely not an owner of 189

 3    Sunrise or the 189 Sunrise bank account

 4    in November of 2022; is that correct?

 5         A       It's fair to say.

 6         Q       Could you repeat that name,

 7    Marcello, again?

 8         A       Marcello.

 9         Q       Marcello what?

10         A       Scherino.

11         Q       Is it fair to say that in

12    November of 2022, Marcello Scherino was

13    definitely not an owner of 189 Sunrise or

14    the 189 Sunrise account; is that fair to

15    say?

16         A       Yes, that's fair to say.

17         Q       Is it fair to say that in

18    November of 2022, Ron Baron was not the

19    owner of 189 Sunrise or any accounts for

20    189 Sunrise; is that fair to say?

21         A       Fair to say, yes.

22         Q       And is it also fair to say

23    that in November of 2022, that you were

24    not an owner of 189 Sunrise or any of 189

25    Sunrise's accounts; is that fair to say?
```

*Rich Moffett Court Reporting, Inc.*

```
1                                               113

2          A      No.

3                 MR. SHANKS:  Objection as to

4          form, just because you compounded.

5          You should separate them and then

6          the question is okay.

7                 MR. THOMASSON:  Okay, so he

8          seemed to understand those

9          questions before, but I'll separate

10         them for you, Mr. Shanks.

11                MR. SHANKS:  Okay, thank you.

12         Q      Is it fair to say that you

13   were not an accountholder for 189 Sunrise

14   in November of 2022?

15         A      I don't know.  I possibly

16   was, yes.

17         Q      Okay.

18                Do you know what credentials

19   were utilized in November of 2022 to sign

20   into that account when you took the

21   money?

22         A      I'm not 100 percent sure, no.

23   But I know we had access to do it.

24         Q      Is it possible you had access

25   through David Baron's credentials?
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                              114
 2          A       I'm not sure.
 3          Q       Is it possible that you had
 4   access through David Baron's credentials?
 5          A       I'm not sure.
 6               MR. SHANKS:  Objection.
 7          Asked and answered, the same
 8          question.
 9               MR. THOMASSON:  Well, no,
10          those were two different questions.
11          Q       Do you know if you ever used
12   David Baron's electronic credentials
13   after he died, do you know?
14          A       I'm not sure.  I don't
15   believe so.
16          Q       Do you know if Wendy Kwun
17   ever did, if you know?
18          A       I'm not sure.
19          Q       Is it possible --
20          A       I'm not sure.
21          Q       Okay.
22               Is it fair to say that in
23   November of 2022, that Island Auto Group
24   definitely did not own 189 Sunrise or any
25   of its accounts; is that fair to say?
```

115

           A      Fair to say.  Island Auto
Group was -- Island Auto Group was now
paying all of 189's debts.
           Q      Well, that was based on your
direction to Island Auto Group, right?
           A      But we were paying all the
debts that were owed to the banks that we
were responsible for.
           Q      Because you made the decision
to do so, right?
           A      'Cause we were owners, yes.
           Q      Who made that decision, were
you part of that decision?
           A      What decision?  I'm sorry.
           Q      The one that you're talking
about to make repayments for Northshore
Motors, did you make the decision to --
           A      Yes.
           Q      -- make these payments?
           A      Yes, Ron Baron, myself, we
were all responsible for those decisions.
We were all responsible for having to pay
the debt back to a bank that we made
guaranties for.

116

Q    Was there a person who was taking the reins and taking charge to clean up the closing of Northshore?

A    Yeah, it was me and my team, yes, me.

Q    Was that with your partners' knowledge, did they know that you were cleaning this up?

A    We didn't have a choice, so yes.

Q    Well, whether or not you had a choice, they all knew and authorized you to clean this up; is that fair to say?

A    Correct.

Q    When you were acting, you were acting for yourself and your partners in cleaning up Northshore Motors; is that fair to say?

A    Yes.

Q    By cleaning up I mean winding down, you wound down that business, right?

A    No, what -- well, I don't

117

know what you mean.  I know what I mean.

What I mean is there were several debts

in the business that were owed because of

Anthony Deo, and there were cars missing

because of Anthony Deo, and we had

responsibilities as Island Auto Group who

runs a very efficient business and has

none of these issues with any of our

other dealerships, and because of the

actions of Anthony Deo, we now had

responsibilities to pay off Ally Bank

customers' payoffs because we were on the

motor vehicle.  All the reasons why we

needed Anthony Deo off taking over our,

motor vehicle license, which he just

chose to never do.  So we had

obligations.

        When I say winding down, I

mean winding down all the problems that

were created by Anthony Deo is what I'm

referencing.

        Q    Were there any things that

you wound down that didn't have anything

to do with Anthony Deo?

```
 1                                      118
 2          A       Anthony has his handprints
 3    and fingerprints all over this thing.
 4          Q       Well, let me ask you, did you
 5    do anything to cancel any contracts
 6    regarding Northshore?
 7          A       I don't know what you mean.
 8          Q       Okay.
 9                  Did you have any contracts
10    that you had to settle, were there
11    financial obligations that were
12    contractually based for Northshore Motors
13    when you wound down Northshore Motors'
14    affairs?
15          A       Yes, there were -- there were
16    obligations, yeah.
17          Q       Like what?
18          A       Like paying off our floor
19    plan with Ally Bank.
20          Q       Did you do that?
21          A       Yes.
22          Q       Who did you tell to do that?
23          A       My office and myself and my
24    team.
25          Q       You personally were writing
```

```
1                                           119

2      checks to Ally Bank?

3           A      Island Auto Group was

4      personally writing checks to Ally Bank.

5           Q      So you were directing the

6      writing of the checks, right?

7           A      Correct, yes.

8           Q      Who would you talk to to

9      write checks in November and after

10     November of 2022 for Northshore Motors?

11          A      Wendy.

12          Q      Wendy Kwun?

13          A      Correct.

14          Q      Anyone else?

15          A      We were all aware of it.

16          Q      All right, but I'm not asking

17     you who was aware of it.  I asked if

18     there was anyone else that you directed

19     to make payments, or was it just Wendy

20     that you told to make payments?

21          A      Well, my mother-in-law was

22     aware, because she had to make some

23     payments and wire money in order to cover

24     the debts.

25          Q      So you would inform her of
```

```
1                                            120
2    what she had to do, and then she did it;
3    is that how it worked?
4         A      I would just let her know
5    that, "Iris, I'm going to have to speak
6    to your person who handles your money,
7    and we're going to need some money to be
8    sent."
9         Q      And then she would authorize
10   you to do that and you would speak to
11   some accountant in Florida; is that a
12   fair way of putting it?
13        A      I don't know where they were
14   located, but I would speak to somebody
15   and say that we would need, and this was
16   all over the course of some time because
17   we lost well over 4 million, over $5
18   million because of this.
19        Q      So your losses were 4 to $5
20   million regarding Northshore Motors; is
21   that right?
22        A      I believe more, I believe,
23   but yes.
24        Q      It was at least 4 to $5
25   million; is that right?
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                    121

 2           A      Correct.

 3           Q      And these are losses that you

 4    believe were caused by Anthony Deo alone;

 5    is that right?

 6           A      Yes.

 7           Q      Were there any other losses,

 8    other than financial, that you suffered

 9    at the hands of Anthony Deo?

10           A      Meaning what?

11           Q      I don't know.  You tell me,

12    was it all just financial losses, is that

13    the only type of losses that you

14    suffered?

15           A      Well, I don't know what

16    you're referencing.  It caused more

17    stress than I ever had in my business

18    career, and I've been in business, like

19    we discussed earlier, since 2022,

20    whatever it was.  And since I got in the

21    auto business, this was by far the --

22    that loss of a mental loss was definitely

23    there.

24           Q      Okay.

25                  So there was mental stress
```

```
1                                          122
2    that you suffered as a result of all of
3    this; is that fair to say?
4         A     Yes.
5         Q     Did Anthony Deo take any
6    cars, other than financially, from
7    Northshore Motors, if you know?
8         A     Yes.
9         Q     What else did he take?
10        A     Cars.
11        Q     Was there anything else that
12   he took?
13        A     Yes.
14        Q     What else?
15        A     Our license -- our dealer
16   plates that were our plates that were
17   under our name.  Well, not under my name,
18   but under David Baron, Brian Chabrier and
19   Asad Khan's, that he took the plates and
20   wouldn't return them.
21        Q     Do you know if they were ever
22   turned into DMV, if you know?
23        A     I don't -- I'm not sure.
24        Q     So there was money that he
25   took, there were cars that he took, and
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                            123
 2    there were plates that he took, is there
 3    anything else that you can think of now
 4    that you believe Anthony Deo was
 5    responsible for taking wrongfully from
 6    Northshore?
 7          A      Well, he took a lot of cash,
 8    I know that.  So he took a lot of cash
 9    that supposedly was never deposited into
10    banks.
11          Q      You say "supposedly," who is
12    it that told you he took cash?
13          A      I don't exactly remember who,
14    but several people told us.
15          Q      Did you ever see him yourself
16    take cash?
17          A      No.
18          Q      Did you ever see him yourself
19    take plates?
20          A      Yes, we were aware that he
21    had the plates on the car, yes.
22          Q      So you saw yourself --
23          A      I didn't personally.  I
24    didn't personally.  I think I was at that
25    dealership maybe two or three times ever,
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                      124
 2    and I saw that Anthony was driving around
 3    with our dealer plates, and Anthony told
 4    me that he had our plates.
 5         Q      You were at Northshore ever
 6    two to three times; is that correct?
 7         A      I believe that's -- yes, it's
 8    not 100 percent correct, but it's pretty
 9    accurate that I wasn't there a lot.
10         Q      Do you know somebody named
11    Frank Ventimiglia?
12         A      Not that I recall.
13         Q      So you didn't see Anthony
14    take cash, and you didn't see Anthony
15    take plates, did you see Anthony yourself
16    take any cars?
17         A      With my own two eyes, no, but
18    I was aware that he had the cars, yes.
19         Q      I'm not asking you that.  I'm
20    just asking if you have firsthand
21    knowledge, it's a legal thing,
22    Mr. Aaronson, do you have any firsthand
23    knowledge of Anthony Deo taking cars?
24         A      Yes.
25         Q      How do you have firsthand
```

*Rich Moffett Court Reporting, Inc.*

125

knowledge that Anthony Deo took cars?

    A    'Cause he drove -- I saw him driving the cars.

    Q    Okay.

    What cars did you see him driving that he should not have been driving?

    A    I'm not sure.  A Bentley. Whatever it was, it was always a fancy car.

    Q    Northshore sold high-end cars, didn't it?

    A    It attempted to.

    Q    So is that a yes to that, to use your term, fancy cars were sold by Northshore?

    A    Yes.

    Q    And from time to time do operators of dealerships operate cars from the dealership?

    A    Their family members don't, so typically it would be an individual, not a child, that would bring a car to Penn State and then register a car --

*Rich Moffett Court Reporting, Inc.*

126

register the car illegally under their

name when it was never titled to them.

So no, that's not typical in a car

dealership.  That would be considered

fraud.

     Q      Do you have any reason to

think he thought he bought a car from

Northshore; do you have any knowledge of

whether or not he thought so?

     A      We know he did not.

     Q      You know he didn't buy it,

you know that because you know the

paperwork was never turned in, right?

     A      No, because he never paid for

the car.

     Q      So how many cars is it that

you have firsthand knowledge of him

operating that he shouldn't have been?

You mentioned a Bentley, anything else?

     A      A Maserati.

     Q      A Maserati, that's two.

     A      And he had a whole host of

cars, because we know that there were

cars that he purchased that were valued,

127

that he told the bank, were worth some
amount of money, and then --

Q    We'll get to that,
Mr. Aaronson, but I am asking you what
did you see him operating that he should
not have been operating?  You have
mentioned a Bentley and a Maserati,
anything else?

A    I don't remember, no.

Q    And as far as money, did he
take money from accounts that he
shouldn't have taken?

A    I don't understand the
question.  I'm sorry.

Q    Did Anthony Deo take money
from the accounts belonging to Northshore
at any time, that you know of, whether it
was authorized or unauthorized, was there
money that went from those accounts to
Anthony Deo, yes or no, if you know?

A    I don't know.

Q    As far as Anthony Deo's
wrongdoing, you saw him operating two
cars that he shouldn't have been

```
 1                                   128
 2    operating, and that's the only firsthand
 3    wrongdoing you know of today that you can
 4    tell me about; is that right?
 5          A    No.
 6              MR. SHANKS:  Objection.
 7          Again, you're characterizing.  He
 8          said there were other cars.
 9              MR. THOMASSON:  Then he gets
10          the chance to say no, Mr. Shanks.
11              MR. SHANKS:  The record
12          speaks for itself, but don't
13          categorize his testimony, just ask
14          him another question.
15          Q    Is it fair to say,
16    Mr. Aaronson, that the only firsthand
17    knowledge you have told me about thus far
18    of wrongdoing by Anthony Deo that you
19    observed firsthand yourself was the
20    operation of two cars; is that right?
21          A    No, no.
22          Q    Okay, tell me what else you
23    observed firsthand that he did wrong.
24          A    That there were millions and
25    millions of dollars worth of supposed
```

*Rich Moffett Court Reporting, Inc.*

```
1                                            129
2    cars that either we couldn't find, we
3    couldn't touch, and when we did find and
4    touch them, they were -- significantly
5    had a less value than what he represented
6    to the bank, and that those cars were
7    stripped, nonoperational, meaning the
8    engines wouldn't work, the engines were
9    missing.  So in general, everything that
10   Anthony touched that I saw firsthand when
11   I went down when we had all this problem,
12   the bank said, "You owe us millions of
13   dollars for these cars."  I firsthand saw
14   that the cars were not what Anthony
15   presented the cars as.
16        Q      Okay.
17               So it was Anthony Deo that
18   was authorized at all times to deal with
19   the floor plan companies on behalf of
20   Northshore Motors; is that correct?
21        A      He was operating the
22   business, correct.
23        Q      No, I didn't ask you that.
24   Anthony Deo, in order to rip off the
25   floor plan and you and your partners,
```

*Rich Moffett Court Reporting, Inc.*

130

would have had to have been the one that
was dealing with the floor plan company,
right?

    A     I believe so, yes.

    Q     So it's your testimony that
Anthony Deo was authorized by Northshore
to deal with the floor plan companies; is
that right?

    A     No.  When you say "deal,"
there's different definitions.  I don't
-- I don't -- I don't understand.  I
think, like, I disagree with your
question.

    Q     Well, when a car is going to
get paid off with the floor plan company,
who actually pushes the button on the
computer to get that floor plan company
paid, is it your testimony that it's
Anthony Deo?

    A     At the end it was -- it was
Island Auto Group.

    Q     Okay, before the end, who did
it if it wasn't Island Auto Group?

    A     Someone that, I guess, worked

131

at Northshore for Anthony -- for the dealership.

Q      For Anthony, is that what you were going to say?

A      And then I said the dealership, because that's where the person worked would be at the dealership.

Q      So what person at Northshore was responsible for paying off cars?

A      Anthony, and as Anthony being the operator of the business, he would have been responsible for it.

Q      So Anthony Deo was the owner of this business; is that what you're saying?

A      No, no.

MR. SHANKS:  The answer was operator, not owner.

MR. THOMASSON:  Yeah, I know what he said.

MR. SHANKS:  Oh, okay, okay.

Q      So you're telling me that someone other than the owner was responsible for the business?

*Rich Moffett Court Reporting, Inc.*

```
1                                            132
2          A      Yes.
3          Q      And the person responsible
4    for the business was Anthony Deo; is that
5    right?
6          A      Yes.
7          Q      Did anyone else have any
8    responsibilities at the business?
9          A      No.
10         Q      Who were the owners on the
11   bank account?
12         A      I don't know.
13         Q      In three years with millions
14   of losses, wouldn't you want to know who
15   was in charge of the bank account?
16         A      I tried to move on from this.
17         Q      Uh-huh.
18                Do you know what the security
19   was on those bank accounts?
20         A      I'm not aware.
21         Q      Do you know what tokens are,
22   Mr. Aaronson, in your business?
23         A      I believe what you're
24   referencing is, like, a Chase token, yes.
25         Q      What is a Chase token, as far
```

                                                                    133

as you know?

     A     It's something that -- it's a

code that allows you, that changes every

few seconds, that allows you to log onto

a bank account.

     Q     Were there tokens in place at

Northshore Motors?

     A     I'm not sure.

     Q     You wouldn't know who owned

them?

     A     I am not 100 percent sure who

had access to that.

     Q     Do you know if Anthony Deo

had a token?

     A     Don't know.

     Q     If Anthony Deo didn't have a

token, wouldn't that mean that only the

people with the tokens not named Anthony

Deo would be approving transactions?

     A     I don't know.

     Q     Are you telling me you don't

know, you know, about tokens but you

don't know what they are?

     A     No, I do know what tokens

134

are, I don't know who had access to the
tokens.

    Q    So once a person has access
to a token, then they are the people who
are approving transactions at the
dealership on that account, right?

    A    I don't agree with that
question, so no.

    Q    No.

         People who have the tokens
don't have authority over the account; is
that what you're testifying?

    A    I believe that there's
different access, that just because you
have a token doesn't mean you have full
access to anything, so I don't know who
had access to what is what I'm saying.

    Q    So then you don't know if
Anthony Deo had access to the account
since David Baron's death, right?

    A    I'm not sure.

    Q    Was he authorized to write
checks, if you know, from the Northshore
account?

*Rich Moffett Court Reporting, Inc.*

```
1                                          135

2          A      I would believe so, yes.

3          Q      Was he on the Northshore

4   account, do you know?

5          A      If he signed checks, I would

6   hope so.

7          Q      Well, you can authorize

8   someone to sign a check for you if you

9   wanted to on an account that you own,

10  can't you?

11         A      I'm not aware, so I don't

12  know that answer.

13         Q      Did you ever authorize

14  Anthony Deo to do anything at Northshore

15  Motors?

16         A      I don't understand the

17  question, I'm sorry.

18                MR. SHANKS:  To do anything?

19         Q      Was there anything at all

20  that you personally authorized Anthony

21  Deo to go do since David Baron's death?

22         A      To run an honest business.

23  This is something I spoke to him a few

24  times.  When I would speak to Anthony,

25  that's what I couldn't emphasize more,
```

```
1                                          136
2    meaning how we as an organization never
3    looked for any trouble, and that was the
4    main one -- one of the main things I
5    always talked to Anthony about, and I
6    mean, he knows that.
7         Q     Why did you speak with him
8    about that?
9         A     Because I knew my
10   father-in-law had, you know, a major
11   problem with him.  And I'm not sure when
12   we, you know, we just eventually heard a
13   lot of bad things that he was, you know,
14   convicted of bank fraud, and he was
15   someone that we should be worried about.
16        Q     So this person that you had
17   worried about you authorized to run your
18   business, and you were only at that
19   business two to three times; is that
20   right?
21        A     Well, I learned later on when
22   we found out there was a lot of trouble,
23   that's when I found out about Anthony.
24        Q     Who told you about trouble
25   with Anthony and David Baron?
```

```
1                                              137
2        A      Well, David Baron had told me
3    just because when he told me, "You won't
4    believe what Iris and I had to go do last
5    night."  I said, "What did you have to
6    do?"  and he told me, "I had to go down
7    to Northshore," and I forget exactly why,
8    but because Anthony did something in his
9    eyes that was really unbalanced, and they
10   were having discrepancies and so David
11   had to go down there.  And I don't know
12   if they had to remove cars or something
13   because of something that Anthony did.
14   In all the years I've been in the car
15   business, I never heard of anything like
16   that happening.
17            So my antennas were
18   definitely up related to Anthony, and he
19   was aware of that because I would
20   constantly tell him, "Anthony," the times
21   that I spoke to him, "just run a good,
22   clean business, that's all we care
23   about."
24       Q      And you authorized him to
25   continue operating the business knowing
```

*Rich Moffett Court Reporting, Inc.*

```
1                                              138

2    that he was a bad guy; is that fair to

3    say?

4         A      Knowing that he had a

5    potential to be a bad guy, yes.

6         Q      Well, you said you already

7    knew that he was a bad guy, didn't you?

8         A      In my father's eyes he had a

9    problem that, which eventually made my

10   eyes feel, that there was a potential

11   that you have to watch out for him.

12        Q      And then some time after

13   finding out that he was a bad guy, David

14   Baron, nevertheless, attempted to sell

15   Baron Nissan to Anthony Deo, right?

16        A      I -- I don't know about that.

17        Q      And knowing, as you did,

18   coming into Northshore Motors after the

19   death of David Baron, you nonetheless

20   authorized Anthony Deo to continue to

21   operate that business, didn't you?

22        A      Yes.

23        Q      Okay, so what firsthand

24   knowledge do you have of wrongdoing

25   committed by Sarah Deo?
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                        139
 2          A      I'm not sure.  I guess she's
 3    married to Anthony.
 4          Q      Is there any other wrongdoing
 5    by Sarah Deo, that you are aware of, that
 6    she committed against Northshore Motors?
 7          A      I'm not 100 percent sure.  I
 8    characterize them almost together because
 9    of their relationship being husband and
10    wife.
11          Q      So Sarah Deo has committed
12    some sort of wrongdoing because she's
13    married to Anthony Deo?
14          A      I'm not saying that.  That's
15    not what I said.
16          Q      So I am asking you a simple
17    question, do you, yes or no, have any
18    knowledge today, firsthand knowledge
19    yourself, of wrongdoing by Sarah Deo to
20    Northshore Motors?
21          A      I'm not 100 percent sure.
22          Q      Does that mean no?
23          A      It means I'm not 100 percent
24    sure.
25          Q      All right, then I'll rephrase
```

*Rich Moffett Court Reporting, Inc.*

```
1                                              140
2    it.  Is there anything that you can
3    specifically tell me that you think Sarah
4    Deo did wrong with respect to Northshore
5    Motors?
6         A      Yes.
7         Q      What is it you think she did
8    wrong?
9         A      In the past she would lock
10   people out of an office and not allow
11   them in an office when they wanted entry
12   into an office.
13        Q      And you observed this
14   firsthand?
15        A      No.
16        Q      Okay, that was told to you?
17        A      Yes.
18        Q      Is there anything else that
19   was told to you about what Sarah Deo did
20   wrong to Northshore Motors?
21        A      Not that I can remember.
22        Q      And you are certainly not
23   saying that she did something wrong to
24   you, are you?
25        A      Not that I can remember.
```

*Rich Moffett Court Reporting, Inc.*

141

Q      And are you saying that she did anything wrong to Island Auto Group?

A      Yes.

Q      What did she do wrong to Island Auto Group?

A      I know she helped move cars supposedly to get them out of the dealership to almost hold them, I'll call, ransom, so she was part of that, and she --

Q      All right, let's --

A      Yeah, go ahead.

Q      I was going to say with regard to that, you personally observed her moving cars?

A      No, I didn't say I personally saw her.

Q      Well, I'm only asking about what you have firsthand knowledge of, Mr. Aaronson.

A      I was -- I was told this, so I don't know.  I guess that's not firsthand knowledge.

Q      No, it's not.

```
 1                                    142
 2                 Who told you that, that she
 3      was moving cars?
 4           A      I don't know.  I don't
 5      remember.
 6           Q      Uh-huh.
 7                 So do you have any firsthand
 8      knowledge of Sarah Deo doing something
 9      wrong to Island Auto Group?
10           A      I don't remember.
11           Q      Can you tell me today
12      anything that Sarah Deo did wrong to
13      Island Auto Group?
14           A      I don't remember.
15           Q      Do you know who the
16      plaintiffs are in this case?
17           A      So I believe I knew a few of
18      them, yes.
19           Q      Who are the plaintiffs in
20      this case, Mr. Aaronson?
21           A      Anthony Deo, Sarah Deo, I
22      believe you are, and I'm not sure who
23      else.
24           Q      The plaintiffs are the people
25      who bring the case, Mr. Aaronson, did you
```

*Rich Moffett Court Reporting, Inc.*

143

know that?

        A       Oh, I meant the defendants.
I'm sorry, I apologize.

        Q       Yeah, I'm asking you about
your co-plaintiffs.  You're plaintiff,
aren't you?

        A       I am, yes.

        Q       Do you know who else are
plaintiffs?

        A       You can show me and I'll tell
you if I, you know, know them.

        Q       So off the top of your head,
as we speak, is it fair to say you don't
even know who the plaintiffs are?

        A       I would imagine it's Ronald
Baron, it's the estate of David Baron,
it's Jory Baron.  It -- I would imagine
it's Brian Chabrier, I would imagine it's
Asad Khan.  You know, that's who I
believe it is, and there might be more.
I wouldn't be surprised.

        Q       Uh-huh.

                Why would you not be
surprised if there were more?

*Rich Moffett Court Reporting, Inc.*

```
1                                          144
2        A      'Cause Anthony caused, you
3   know, a lot of damage to a lot of people.
4        Q      But you don't have any
5   firsthand knowledge of what he did wrong,
6   right?
7        A      I never said that.  Of course
8   I have firsthand knowledge.  He cost my
9   family millions of dollars.  I don't know
10  how you would even suggest that.
11       Q      All right, well, money was
12  spent that you believe was lost because
13  of Anthony Deo's actions, right, but
14  there's no single transaction that you
15  saw that was wrongful, right?  I'm just
16  asking about what you saw.  I'm not
17  asking you about the results, I am asking
18  about what you saw.
19       A      Not correct, like, at all.
20  Like, whatever less than correct is,
21  it's -- it's less than correct.
22       Q      Okay, so did you see Anthony
23  Deo stealing cars, other than the two you
24  mentioned?
25       A      I saw -- no comment.
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                    145
 2          Q      Well, I'm just asking if you
 3   saw yourself -- I'll be asking everybody
 4   this question, I promise you,
 5   Mr. Aaronson, you'll get every chance
 6   through somebody else to tell us what
 7   they saw.  Were there any cars, other
 8   than those two, that you personally saw
 9   Anthony Deo take wrongfully?
10          A      Specific cars that I saw him
11   take, no.
12          Q      Okay.
13                 And you weren't there when he
14   was taking money, 'cause you would have
15   stopped him, right?
16          A      When he -- no, I did not see
17   him personally take cash with him, no.
18          Q      You didn't see him personally
19   take license plates, did you?
20          A      I know he had the license
21   plates, so yes, I personally -- I
22   personally saw them, because I saw he was
23   having -- he had those license plates on
24   his cars, and then we couldn't get those
25   license plates back, so yes, I personally
```

```
 1                                          146
 2      saw him driving with those license
 3      plates.
 4          Q      But that's it, you now told
 5      me everything that you personally saw him
 6      take wrongfully from Northshore, correct?
 7          A      I believe so, yes.
 8          Q      Now I'm asking you the same
 9      questions about Sarah Deo.  Did you see
10      her take any cars?
11          A      Personally, no.
12          Q      Did you see her take any
13      money wrongfully?
14          A      Personally, no.
15          Q      Did you see her take any
16      plates wrongfully?
17          A      I've seen that she drove a
18      car or had a car, I believe, was in her
19      possession that had a plate that was
20      ours, so yes.
21          Q      Okay.
22                 What car was that?
23          A      I don't remember.
24          Q      Okay.
25                 So she was operating a car
```

*Rich Moffett Court Reporting, Inc.*

```
1                                          147
2      with a plate wrongfully; is that correct?
3            A      No comment.
4            Q      Okay.
5                   Did you see her take any
6      cash --
7            A      No.
8            Q      -- wrongfully?
9            A      No, not personally, no.
10           Q      Did you see her take
11     anything, other than what you have
12     already told me, that she took wrongfully
13     from Northshore?
14           A      Not that I can remember.
15           Q      And she certainly didn't take
16     anything from Island Auto Group, did she?
17           A      No, not -- no, she didn't
18     come into our bank accounts and take
19     money out of them personally, no.
20           Q      Did Anthony Deo go into
21     Island Auto Group or any of its
22     dealerships under that umbrella and take
23     money?
24           A      Indirectly -- no, but
25     indirectly he did, yes.
```

*Rich Moffett Court Reporting, Inc.*

```
1                                      148
2          Q      Well, you took money from
3    Island Auto Group to pay for perceived
4    losses at Northshore Motors, right?
5          A      Yes.
6          Q      But that was your decision to
7    do that, right?
8          A      Yes.
9          Q      Did Asad Khan take any money
10   and pay any of the debts that you think
11   were caused by Anthony Deo?
12         A      Not that I'm aware of, no.
13         Q      Did Brian Chabrier contribute
14   money to pay for the debts you believe
15   were caused by Anthony Deo?
16         A      Not that I am aware of, no.
17         Q      Did you take any money of
18   your own and pay any debts that you think
19   were caused by Anthony Deo?
20         A      Yes.
21         Q      What money did you take out
22   of your account to pay for debts that you
23   think were caused by Anthony Deo?
24         A      I am -- it wasn't out of my
25   specific account, it was out of Island
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                  149
 2    Auto Group's account, which I'm an owner
 3    in.
 4         Q      I am asking you personally,
 5    Mr. Aaronson, did you put any money
 6    towards clearing up --
 7         A      No.
 8         Q      -- Northshore problems caused
 9    by Anthony Deo?
10         A      Not out of my personal
11    account, no.
12         Q      Did Iris Baron pay for any
13    debts at Northshore that you believe were
14    personally caused by Anthony Deo?
15         A      Yes.
16         Q      But she would have only done
17    that on behalf of the estate of David
18    Baron; is that right?
19         A      I believe so.
20         Q      She didn't put any money in
21    personally herself, did she?
22         A      She's -- she's -- she is the
23    estate, so I guess it's logistics.
24         Q      Well, it's important, though.
25    Any money that came from Iris Baron was
```

                                                    150

coming from the estate?

        A       I'm not sure where it came

from.  I'm not sure where it came from,

exactly which accounts of hers were used

to pay back the debt, so I don't know.

        Q       Well, if I told you that it

didn't come from her personally,

according to her testimony, would you

have any reason to think that that would

have been incorrect?

        A       No.

        Q       Have I ever harmed you at

all, Mr. Aaronson?

        A       In what capacity?  I'm sorry.

        Q       In any capacity, have I ever

caused you harm?

        A       Yes.

        Q       Okay, how did I cause you

harm?

        A       You know, I wanted the money

that was taken, the $735,000 that was

then given back to you to be held in

escrow, and you chose to give it back to

Anthony Deo, which caused me a lot of

*Rich Moffett Court Reporting, Inc.*

```
1                                              151

2     harm.

3          Q      Okay, so we're going to set

4     that issue aside.

5                 Did I ever cause you any

6     harm, other than that?

7          A      No, I never seen you before.

8          Q      Right.

9                 I didn't work at Northshore,

10    did I?

11         A      Not that I'm aware of.

12         Q      I didn't work at 189 Sunrise,

13    that you are aware of, did I?

14                MR. SHANKS:  Objection as to

15            "work," because I think you had an

16            office there, no?

17                MR. THOMASSON:  At 189

18            Sunrise?  I'll thank you again,

19            Mr. Shanks, to not feed your client

20            answers.

21                MR. SHANKS:  I'm asking you.

22                MR. THOMASSON:  I never had

23            an office in either of those

24            buildings, if that will make you

25            feel better.
```

*Rich Moffett Court Reporting, Inc.*

1                                              152

2          Q       Mr. Aaronson, do you know if

3     I ever had an office at Northshore?

4          A       I'm not aware.  I'm aware

5     that you have a PO Box office, that's all

6     that I am aware of.

7          Q       You're aware that I had an

8     office at Northshore?

9          A       I'm not aware, I just

10    answered you.

11         Q       You have no firsthand

12    knowledge that I had an office at

13    Northshore; is that correct?

14         A       I am not -- I don't know.

15         Q       Do you have any firsthand

16    knowledge that I had an office at

17    Northshore, yes or no?

18         A       Once again, I'm not aware.  I

19    have answered you four times, I think.

20         Q       You don't want to answer.

21                 Did you ever see an office of

22    mine at Northshore?  You were there three

23    times.

24         A       I don't know whose office was

25    who.  It could have been in a car for all

*Rich Moffett Court Reporting, Inc.*

153

I know.  I have no idea.

    Q      But you're not aware of any
office that I had there, are you?

    A      I'm not aware of -- no, I'm
not aware.

    Q      Are you under the impression
I had an office at 189 Sunrise?

    A      I'm not aware.

    Q      So other than the $735,000
problem, is there anything else that you
believe I did that harmed you?

    A      It's an open-ended question.

    Q      Yes or no, is there anything
you could tell me right now that I did to
harm you, other than that $735,000?

    A      Yes.

    Q      What else did I do to harm
you?

    A      In my opinion, you represent
someone who's caused a lot of damage to
my family and to my business, and that,
in my opinion, I think you've done things
that are what I would consider unethical.

    Q      Like what?

```
1                                    154
2        A      Make up fabrications and make
3   up stories.
4        Q      What fabrications have I made
5   up?
6        A      Things -- things that I've
7   heard in the past that -- that you might
8   have -- that are all part of this court
9   case.
10       Q      What is it you have heard
11  that I said --
12       A      I don't remember.
13       Q      -- that was a fabrication?
14       A      I don't remember.
15       Q      So is there anything, other
16  than the $735,000, that you can state
17  with specificity that I've done that you
18  know has harmed you --
19       A      I'd rather not comment.
20       Q      -- apart of winding down the
21  affairs of 189 Sunrise, Mr. Aaronson?
22       A      Please explain what you mean
23  by "winding down."
24       Q      Have you directed any work
25  regarding 189 Sunrise since November of
```

*Rich Moffett Court Reporting, Inc.*

155

2022?

    A      You mean after 2022?

    Q      Since November of 2022, have
you done any work involving 189 Sunrise?

    A      Not that I can -- not that I
am aware of.  I'm not sure.

            MR. SHANKS:  Harry, just a
        question, are you planning on
        running right through?  Are you
        planning on breaking for lunch?

            MR. THOMASSON:  Well, you
        know, I was just thinking about
        that.  I'm pausing and thinking
        this is probably a good time.  Why
        don't we take until 2:15 and break
        for lunch?

            MR. KATAEV:  Can I jump in
        with something?  I have a
        telephonic conference before Judge
        Cho at 2:30.  I imagine it's going
        to take ten minutes.

            MR. SHANKS:  Maybe we could
        run a little more then, and when we
        break, we run into your --

```
1                                    156
2            Can you go another half hour,
3       Harry, does that work?
4            MR. THOMASSON:  You mean now?
5            MR. SHANKS:  Yes, and then
6       we'll break at 2:00.
7            THE WITNESS:  Guys, if I can
8       get two minutes to go to the men's
9       room, please?
10           MR. THOMASSON:  Let's break
11      for five minutes, then we'll go to
12      2, and then we'll break until 3.
13           MR. KATAEV:  Perfect, thank
14      you.
15           MR. THOMASSON:  Okay, but
16      we'll take five minutes now.
17           (Recess taken.)
18      Q    Mr. Aaronson, do you know at
19 this time what happened to the DMV
20 licenses for Northshore and 189 Sunrise?
21      A    I believe they were returned
22 eventually.  I'm not sure when.
23      Q    Do you know who returned
24 them?
25      A    I believe, you know, my
```

*Rich Moffett Court Reporting, Inc.*

157

office.

Q     Your office did that?

A     Yes.

Q     Would that have been at your direction?

A     Yes.

Q     And who is in your office, Wendy Kwun, that's one, right?

A     Yeah, I think Wendy.  I'm not sure who else would have handled something like that.

Q     How many people do you have in your office?

A     I know a lot of dealerships, so I don't know where you're referencing.

Q     Well, I don't know what you mean when you say your office.  What do you mean by your office?

A     It would have been Wendy Kwun and whoever she would have take care of something.

Q     You're not talking about a physical office, you're talking about all of the people who do all of the work for

```
 1                                            158
 2     Island Auto Group, is that what you mean
 3     when you say your office?
 4          A      Yeah, in this instance, yes.
 5          Q      How many people would that
 6     be?
 7          A      Roughly 12.
 8          Q      What are their names?
 9          A      I'm not sure.
10          Q      You don't know the people in
11     your office, other than Wendy Kwun?
12          A      I -- I deal with Wendy pretty
13     much.
14          Q      Uh-huh.
15                 Now, do I understand
16     correctly that DMV licenses are owned by
17     the corporation and there is also one or
18     more personal guaranties associated with
19     those licenses?
20          A      I don't know the exact rules
21     and regulations of -- of -- of the motor
22     vehicle license, of what goes into it.
23     I'm not exactly 100 percent sure.
24          Q      Well, do you know if the
25     motor vehicle licenses are owned by the
```

*Rich Moffett Court Reporting, Inc.*

159

2    corporation?

3         A       I would believe that yes, the

4    motor vehicle licenses are the, you know,

5    would be -- should be the owners of the

6    business, yes.

7         Q       And do you know if there is a

8    personal guaranty on those licenses?

9         A       It's a government document,

10   so I would imagine there is some sort of

11   personal guaranty that comes along with

12   that, but I'm not 100 percent sure.

13        Q       Do you know if there was any

14   kind of personal guaranty on the

15   Northshore or 189 Sunrise businesses?

16        A       I would imagine it would go

17   along with my answer I just answered, so

18   I imagine there is, yes.

19        Q       And you presume it would be

20   the owners of those businesses; is that

21   right?

22        A       Yes.

23        Q       Do you know if the license

24   can be guaranteed by anyone other than

25   the owner of the business, if you know?

*Rich Moffett Court Reporting, Inc.*

```
 1                                          160
 2        A      I don't believe so, but no,
 3   I'm not sure.
 4        Q      And you were the one had made
 5   the decision to turn those licenses back
 6   in; is that correct?
 7        A      Yes.
 8        Q      Did your partners object to
 9   that decision?
10        A      I don't believe so, no.
11        Q      Did your partners know about
12   that decision?
13        A      I don't remember discussing
14   it with them or not.  I could have.  I'm
15   not sure.  It's so long ago.
16        Q      Okay.
17               The $735,000 that you took at
18   the end of November of 2022, do you know
19   who obtained that money?
20        A      I believe Island Auto Group.
21        Q      No, I'm not talking about
22   when you took it.  Would you say it is
23   fair to say that that was money obtained
24   by Anthony Deo, as far as you know?
25               MR. SHANKS:  Objection as to
```

1                                          161

2          form.  Retained, obtained by him

3          individually?

4                  MR. THOMASSON:  In whatever

5          form Anthony Deo got that money,

6          and I am sure he is going to go

7          into this with you so you'll have

8          an opportunity.

9                  MR. SHANKS:  I'll let you go.

10         I'm just trying to understand the

11         question.

12         Q      In whatever form Anthony Deo

13    took it, when you took the money, did you

14    know and understand that it was Anthony

15    Deo who had obtained that money?

16         A      Well, I don't -- I don't know

17    under the premise that he got it, but the

18    business got the money.

19         Q      Right.  I don't know.  We're

20    going to get into that in a moment, but

21    did you know that it was Anthony Deo who

22    was responsible for obtaining that money

23    in a loan from a bank, did you know that?

24         A      Yes.

25         Q      Did you know that he

*Rich Moffett Court Reporting, Inc.*

```
1                                              162

2     personally guaranteed that money?

3          A      No, I'm not aware.

4          Q      Do you know now that he

5     personally guaranteed that money?

6          A      No, I'm not 100 percent aware

7     of that, no.

8          Q      But you know he is the one

9     who got it, right?

10         A      Well, we didn't go for it, so

11    I would assume it's Anthony at that

12    point.

13         Q      Right.

14                Did you know that he used the

15    tax returns that you approved to get that

16    money, did you know that?

17         A      No, I did not know that.

18         Q      Do you know that now?

19         A      No, I do not know that now.

20         Q      Do you think the bank did

21    anything wrong if he used those tax

22    returns to get that money, do you think

23    the bank did anything wrong?

24         A      I don't -- yes, I do think

25    the bank did something wrong.
```

1                                              163

2        Q       What did they do wrong?

3        A       They didn't do their due

4    diligence in order to give a loan.

5        Q       Okay, so they shouldn't have

6    relied on those tax returns?

7        A       I don't know what they relied

8    on.

9        Q       If they relied on those tax

10   returns, should they have done so?

11       A       I can't speak for their

12   business.

13       Q       Well, when you approved the

14   tax returns, as far as you knew, were

15   they accurate?

16       A       I -- I, once again, I think I

17   mentioned I didn't know if I even looked

18   at those particular tax returns.

19       Q       Do you have any reason today,

20   yes or no, to tell me that those tax

21   returns were inaccurate?

22       A       I'm not sure.

23       Q       But I'm asking you if you

24   consciously know of anything right now

25   that you can tell me, yes or no, that is

*Rich Moffett Court Reporting, Inc.*

164

2    inaccurate in those returns?

3         A    I haven't -- I don't remember

4    looking at them, so I can't speak to them

5    if it's a yes or a no.

6         Q    Do you deal with Citrin

7    Cooperman on behalf of the Island Auto

8    Group?

9         A    I do, yes.

10        Q    Have they done a good job for

11   Island Auto Group?

12        A    Yes.

13        Q    Are they honest in their

14   preparation of tax returns?

15        A    Yes.

16        Q    Who would have directed

17   Citrin Cooperman to prepare those

18   returns?

19        A    I don't know that answer.  I

20   know that I authorized them to work with

21   Anthony on those returns.  I don't know

22   anything that happened after that.

23        Q    So you authorized Citrin

24   Cooperman to prepare those returns while

25   working with Anthony and presumably his

```
 1                                           165
 2   accountant; is that right?
 3        A      Yes.
 4        Q      So let's go back to my
 5   wrongdoing, Mr. Aaronson.  You think that
 6   I did something with $735,000 that I
 7   shouldn't have done, right, that's one
 8   thing, yes?
 9        A      Yes.
10        Q      And you think I've made one
11   or more statements that were false in the
12   course of this litigation; is that right?
13        A      Maybe you weren't aware of
14   it, but yes, I believe, and I don't have
15   exact specifics.
16        Q      Okay.
17               But you can't cite anything
18   specifically today that I said that was
19   false but you believe I did, correct?
20        A      Yes.
21        Q      Is there any other way that
22   you can tell me that I harmed you or your
23   co-plaintiffs, other than those two
24   things?
25        A      What are the two things?
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                       166
 2        Q      You believe I did something
 3   wrong with respect to $735,000, and you
 4   believe that I have made materially false
 5   statements in the course of this
 6   litigation, other than those two things,
 7   is there anything else I've done to harm
 8   you or your co-plaintiffs in this case?
 9              MR. SHANKS:  Excuse me,
10         Mr. Thomasson, is your question
11         limited to statements made in this
12         lawsuit, or this one plus the one
13         you filed, is that the question
14         you're asking?
15              MR. THOMASSON:  I am asking
16         Mr. Aaronson for anything that I
17         have ever done to harm him that he
18         knows of in the history of
19         civilization on the Planet Earth,
20         okay?
21              MR. SHANKS:  So it's not
22         limited to this litigation.
23              MR. THOMASSON:  It's not
24         limited to anything.  I want him to
25         tell me all of the ways that I
```

*Rich Moffett Court Reporting, Inc.*

```
1                                          167
2            harmed him and any of the
3            co-plaintiffs.
4            Q      Are there any other things,
5    Mr. Aaronson?
6                  MR. SHANKS:  I was going to
7            say something.
8                  MR. THOMASSON:  Well, but I'm
9            asking a question.  You can wait
10           until I finish.
11           Q      Mr. Aaronson, is there
12   anything else that you can think of,
13   other than those two things, that you say
14   I have done to harm you or your
15   co-plaintiffs?
16           A      Yes.
17           Q      What else have I done to harm
18   you and your co-plaintiffs?
19           A      It's a matter of an opinion,
20   but if something is crystal clear to me
21   and to anyone else who's involved in this
22   case from, I'll say, my side or has heard
23   about it, I can't see how anyone can
24   represent someone who has caused this
25   much damage to somebody.  So in my eyes,
```

*Rich Moffett Court Reporting, Inc.*

1                                             168

2    that you have caused a lot of unnecessary

3    damage for a very, you know, to a lot of

4    people for someone who is a very bad

5    person.

6              Q      Okay.

7                     Is there anything else you

8    could tell me with specificity that you

9    know of today after three years of

10   litigation that I have done to harm you

11   or your co-plaintiffs?

12             A      No, that's all for now.

13             Q      Can you tell me with

14   specificity anything that you can think

15   of that Marc Merckling has done to harm

16   you or your co-plaintiffs?

17             A      I'm not sure.

18                    Who's Marc Merckling?

19             Q      I'm just asking you if you

20   can tell me anything today, off the top

21   of your head, do you know of anything

22   specific today that a person named Marc

23   Merckling has done to harm you or your

24   co-plaintiffs?

25             A      I am gonna say, and I know

*Rich Moffett Court Reporting, Inc.*

169

you asked me a direct question, whoever

if Marc -- whoever the individual was

that called me as a police officer and

asked me to hand back money, I do believe

that manner, I don't know if that's Marc

or not, he caused me and my business

partners a lot of damage, and so yes,

then if that's -- I don't know if that's

Marc, it might be Marc, it might be

someone else, but if that's who Marc is,

then yes, I believe that they did

something to hurt me, yes.

    Q    So there was a phone

conversation between you and someone you

believed was a Nassau Police Officer,

right?

    A    Uh-huh.

    Q    Did that person identify

themselves?

    A    I believe they did.  It was a

long time ago, and they spoke very fast.

It was over -- it was probably, whatever

that is now, it's probably four years,

four or five years ago.

1                                          170

2          Q      Uh-huh.

3                 Do you see here on Exhibit S,

4   Mr. Aaronson, at the top of the page in

5   the left-hand column it says, "Reporting

6   Officer, 9618," and then there's a name,

7   do you see that?

8          A      I do, yes.

9          Q      And that name is -- I don't

10  know what just happened here.  Something

11  just came in on my screen that is right

12  in the middle of this.

13         A      You can just X out of it.

14         Q      It's covered.  X is covered.

15                Do you see where it says Eric

16  Marx, Mr. Aaronson?

17         A      Yes, I do.

18         Q      Is it possible that Eric Marx

19  might have been the someone who called

20  you a long time ago, is that possible?

21         A      Of course it's possible.

22         Q      If Marc Merckling is not the

23  person who called you that day, is there

24  anything else you can think of that Marc

25  Merckling did to you that was wrong?

*Rich Moffett Court Reporting, Inc.*

```
1                                              171
2            A      Not that I can remember.
3            Q      Is there anything else that
4      Marc Merckling did to any of your
5      co-plaintiffs that you know of today that
6      he did wrong?
7            A      I'm not sure.
8            Q      But nothing that you could
9      think of, is that a fair way of putting
10     it?
11           A      Correct.
12           Q      What about Dwight
13     Blankenship, is there anything you could
14     tell me with specificity today that
15     Dwight Blankenship did wrong to you or
16     your co-plaintiffs?
17           A      No, not that I can remember.
18           Q      Is there anything that you
19     could tell me today with specificity that
20     Michael Laurie did wrong to you or your
21     co-plaintiffs?
22           A      Not that I could remember.
23           Q      Is there anything that you
24     could tell me today that you know of that
25     Thomas Jones did wrong to you or your
```

*Rich Moffett Court Reporting, Inc.*

172

co-plaintiffs?

A       Yes.

Q       What did Thomas Jones do that
was wrong?

A       I believe he fabricated
documents that were inaccurate, like
changed financial statements of what,
like, in order for Anthony to secure
loans so to show a business did much
better than it did.  Since Northshore
was, you know, hemorrhaging money and in
debt of 4, 5, $6 million somehow, I
believe Thomas Jones was helpful in
getting -- securing loans for Anthony.

Q       I don't remember the answer
to this question, Mr. Aaronson.  Were you
on any of the Northshore or 189 Sunrise
accounts, you personally?

A       I don't remember.

Q       Do you know if money was
taken out of those accounts at any time
by you or any of your co-plaintiffs from
those accounts?

A       I don't remember.  I remember

1                                              173
2    the 735, which was put right back.
3         Q     Why did you return the money?
4         A     Well, my goal was to have it
5    put into escrow and money was really for
6    Northshore, but somehow it wound up in a
7    189 Sunrise account, so the whole thing
8    was very confusing to us.
9         Q     But you have already told me
10   that it didn't belong to Island Auto
11   Group or you, right?
12        A     Well, Island Auto Group was
13   paying off all the debts so that -- no, I
14   would say no, I'm not agreeing with your
15   statement.
16        Q     So was it your view that the
17   money taken by Anthony could be taken by
18   Island Auto Group?
19        A     It could be taken by the
20   owners of the business, yes.
21        Q     Because you viewed, at that
22   time, that there was money owed by
23   Anthony to that business, right?
24        A     No, it was money owed to the
25   bank from 189 Sunrise, which I was an

*Rich Moffett Court Reporting, Inc.*

174

owner of.

Q      Okay, I understand.

Did you still consider yourself to be an owner of 189 Sunrise after you approved the tax returns that listed Anthony and Sarah as owners?

A      Yes.

Q      So then why didn't you file any tax documents since then for 189 Sunrise?

A      Well, Anthony was supposed to do certain things that was going to make him eventually to be an owner.  He had a lot to complete, which he never completed.

Q      But I am asking if you still think today that you're the owner of 189 Sunrise, how come you stopped filing tax documents?

A      I'm not sure.  I'd have to speak to my accountants.

Q      Do you know if Anthony has filed any tax documents for 189 Sunrise since --

```
1                                           175
2          A      No.
3          Q      -- November of 2022, if you
4    know?
5          A      I'm not aware.
6          Q      Have you ever checked with
7    your accountants to discuss taxes --
8          A      No.
9          Q      -- for 189 Sunrise since
10   November of 2022?
11         A      No.
12         Q      That's because you're not the
13   owner of it; isn't that true?
14         A      No, that's not true.
15         Q      Then why did you stop dealing
16   with the taxes?
17         A      I don't know.  It's an
18   accounting thing.  I don't -- I'm not --
19   not that I -- it was an accounting thing,
20   and I don't know why.
21         Q      So have you gone back and
22   revised any tax returns for 189 Sunrise
23   since November of 2022?
24         A      Not that I'm aware of.
25         Q      Has anyone else revised any
```

*Rich Moffett Court Reporting, Inc.*

176

tax returns for 189 Sunrise since the
filing of the approved tax returns in or
about October of 2022?

A       Not that I am aware of.

Q       Same questions for
Northshore, have you filed any revised
tax returns for Northshore since November
of 2022?

A       Not that I am aware of.

Q       Has anyone else filed any
revised tax returns for Northshore since
you approved tax returns for Northshore
in October of 2022?

A       Not -- not that I'm aware of.

Q       Have you ever heard of
something called 1581 Hylan Boulevard
Auto LLC?

A       Yes.

Q       What is that?

A       It's one of the entities of
Island Auto Group.

Q       And what does that entity do?

A       We have a lot of different
entities, so I'm not exactly sure of that

177

specific one, but you said 1581 Hylan
Auto?

Q        I said 1581 Hylan, H-Y-L-A-N,
Boulevard Auto LLC.

A        So that's one of my plating
companies.

Q        What does it operate?

A        I believe that's Mazda, but
I'm not 100 percent sure.

Q        You believe it's what?

A        Hylan Mazda but I'm not 100
percent.  I have a lot of LLCs, all of
the d/b/a's, Island Mazda or Island
Volkswagon or Island whatever, so I'm not
sure which one that's tied to.

Q        Did I do something wrong to
1581 Hylan Boulevard Auto LLC, that you
know of today?

A        I think this goes back to my
original answer is I don't -- I don't
know, because I don't know how that
relates to the money that was taken, the
735 and whatnot, so I don't know that
answer.

```
1                                          178
2         Q      All right, but at the moment,
3    you don't know anything specific you can
4    tell me that I did wrong to that LLC, do
5    you?
6         A      This is, once again, an
7    opinion.  It sounds like that LLC, of
8    course, was stressed to represent Anthony
9    Deo, so in my opinion, you damaged me.
10   Whether I'm right or wrong, you know,
11   that's only a few people would know that.
12        Q      But I'm only asking about
13   1581 Hylan Boulevard Auto LLC, not you.
14        A      I'm not sure.
15        Q      I'm asking do you right now
16   know of anything that I have done to that
17   LLC, yes or no?
18        A      I don't know.
19        Q      Do you know of anything that
20   I have done wrong to 1580 Hylan Boulevard
21   Auto LLC?
22        A      I don't know.
23        Q      Do you know of anything that
24   I have done wrong to 1591 Hylan Boulevard
25   Auto LLC?
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                    179
 2         A      I do not know.
 3         Q      Do you know of anything I've
 4    done wrong to Island Auto Group that you
 5    haven't already told me?
 6         A      I don't -- I don't know.
 7         Q      Do you know of anything I've
 8    done wrong to 1632 Hylan Boulevard Auto
 9    LLC?
10         A      I don't know.
11         Q      Do you know of anything today
12    I've done wrong to 1239 Hylan Boulevard
13    Auto LLC?
14         A      I do not know.
15         Q      Do you know of anything I've
16    done wrong to 2519 Hylan Boulevard Auto
17    LLC?
18         A      Do not know.
19         Q      Do you know of anything I've
20    done wrong to 76 Fisk Street Realty LLC?
21         A      I do not know.
22         Q      What is 76 Fisk Street Realty
23    LLC to you?
24         A      It's a piece of property that
25    we own.
```

```
 1                                      180
 2          Q       Where is that?
 3          A       In New Jersey, in Jersey
 4   City.
 5          Q       Did I ever do any work with
 6   you out of state, that you know of,
 7   Mr. Aaronson?
 8          A       I do not know.  I don't
 9   believe so, but I do not know.
10          Q       Is there any work that you
11   could tell me that you think I've done
12   for you or any of your co-plaintiffs in
13   New Jersey?
14          A       Not that I'm aware of.
15          Q       Have I ever done anything to
16   harm any interests of yours in New
17   Jersey?
18          A       Other than that I own the
19   business of those, so possibly those are
20   tied into some of the issues that we're
21   having, so that's possible but I don't
22   know.
23          Q       But you're not saying that I
24   took money from any of these businesses,
25   are you?
```

```
 1                                    181
 2          A       You helped take money that we
 3    believe should have been ours, yes.
 4          Q       How did I help take money
 5    that you believe should have been yours?
 6          A       Money that was in escrow,
 7    that we believed should have been in
 8    escrow that you chose to just release it
 9    to your client.
10          Q       Do you know if I told anyone
11    on your behalf before they sent me the
12    money that if they sent it to me I was
13    going to give it to Anthony Deo, do you
14    know if I told anyone that?
15          A       I'm not sure.
16          Q       Do you know if I told them
17    that I was not going to hold it in escrow
18    if they sent it to me, do you know that?
19          A       I'm not sure.
20          Q       Do you know whether or not
21    there is an agreement that I violated to
22    hold that money in escrow, are you aware
23    of any agreement for me to hold that
24    money in escrow?
25          A       I'm not sure.
```

*Rich Moffett Court Reporting, Inc.*

1                                                    182

2          Q       And just as you made the

3    decision to give back those DMV licenses

4    because you and your partners were still

5    the guarantors on it, didn't Anthony Deo

6    have a right as the guarantor on that

7    loan to that money?

8                   MR. SHANKS:  Objection.

9          Calls for a legal conclusion.

10         Q       If you know, Mr. Aaronson.

11         A       I'm sorry, I didn't hear you.

12         Q       You understand that the

13   reason you felt you could give back those

14   DMV licenses is because you considered

15   yourselves to be the owners of those DMV

16   licenses as the guarantors, right?

17         A       We were the owners of the DMV

18   licenses, right.

19         Q       So that's why you felt you

20   could give them back even though they

21   were in the corporate name, right?

22         A       Yes.

23         Q       So how is that different than

24   Mr. Deo obtaining that money as the

25   personal guarantor, shouldn't he have

*Rich Moffett Court Reporting, Inc.*

183

2   been entitled to that money back?

3        A    I don't know -- I don't know

4   the full circumstances, so I can't answer

5   your question.

6        Q    Okay.

7             Have I done anything you

8   could tell me I've done, that you are

9   aware of today, to 445 Route 23 Auto LLC?

10       A    Similar to my last answer, I

11  don't know how they're all tied in

12  together in this -- in this particular

13  case that we're talking about, so I'm not

14  sure.

15       Q    So you don't think I actually

16  took money from that business myself?

17       A    No, you did not.

18       Q    You just think that if that

19  business was doing something with Anthony

20  Deo, my help in some way, shape or form

21  to Anthony Deo was part of your loss, is

22  that basically your theory of how I'm

23  liable to these other corporations?

24       A    I'm not 100 percent sure, but

25  I could see that, yes.

*Rich Moffett Court Reporting, Inc.*

184

Q     I mean, you are not aware of me ever having direct contact with any of the plaintiffs prior to the commencement of this litigation, are you?

A     No, I'm not aware.

Q     Yeah.

Is Island Auto Management LLC a holding corp., or is that the corporation for the Island Auto Group?

A     It's all tied into Island Auto Group.

Q     Is there a corporation for Island Auto Group that owns it?  I mean, Island Auto Group is the tradename, right?

A     Yup, we have separate LLCs, and then we have, I believe, we have an Island Auto Group LLC or Island Auto New York LLC.

Q     That what?

A     That all the other LLCs can roll into, but I am not an accountant, so I'm not 100 percent sure.

Q     How is Island Auto Management

```
1                                              185
2    LLC involved in this case?
3         A       I'm not sure.
4         Q       I mean isn't it a fact,
5    Mr. Aaronson, that money was taken at
6    your own and your partners' direction
7    from these different corporate
8    co-plaintiffs and you want the money to
9    go back to those businesses, isn't that
10   why they are plaintiffs in this case?
11               MR. SHANKS:  Objection as to
12          form.
13        Q       Is it your position that
14   Anthony Deo, Sarah Deo, Dwight
15   Blankenship, Marc Merckling, Michael
16   Laurie and Harry Thomasson did business
17   with all of your co-plaintiffs, is that
18   your position?
19        A       I'm not sure.
20        Q       You don't know, as you sit
21   here now, what business, if any, that any
22   of us did with 446 Route 23 Auto LLC; did
23   any of us do business with that LLC, that
24   you know of, Mr. Aaronson?
25        A       No, but you could have
```

*Rich Moffett Court Reporting, Inc.*

186

impacted those -- that businesses --

those businesses through -- without even

knowing that you did.

Q       Right.

So that's your position on

these other businesses, you believe that

there were impacts that you cannot define

right now on those businesses by me and

the codefendants, right?

A       Financially, yes, we -- we --

we felt that we were entitled to some

money.  We were owed over $5 million by

Anthony Deo, well over that, and you guys

are all part of that side of the table.

MR. SHANKS:  Emanuel, what

time do you have to break?

MR. THOMASSON:  Let's break

for lunch now, we'll return at 3.

MR. KATAEV:  I can keep

going, if you want, until 2:15,

2:20.  Whatever you want to do, I'm

fine.

MR. THOMASSON:  Why don't we

go to 2:15 and then we'll break

```
 1                                        187
 2          until 3:00, all right?
 3                  MR. SHANKS:  Okay.
 4          Q       Are you aware of any
 5  contracts between any defendants and any
 6  plaintiffs?
 7          A       I don't know what -- which
 8  contracts you'd be referencing, so I'm
 9  not aware.
10          Q       All right, let's do this,
11  other than Sarah Deo and Anthony Deo, are
12  there any defendants in this case, that
13  you know of, who had any contracts with
14  any plaintiffs, is there anyone that you
15  can refer to right now?
16          A       Not that I'm aware of.
17          Q       So you're not aware of me
18  having any contract with any plaintiff;
19  is that fair to say?
20          A       Yes.
21          Q       You're not aware of any
22  contract between Michael Laurie and any
23  plaintiff; is that fair to say?
24          A       Fair to say.
25          Q       You are not aware of any
```

188

contract between Dwight Blankenship and
any plaintiff; is that fair to say?

    A    Fair to say.

    Q    You're not aware of any
contract between Marc Merckling and any
plaintiff; is that fair to say?

    A    Fair to say.

    Q    Are you aware of any occasion
that I was employed by any plaintiff?

    A    Not that I'm aware of, no.

    Q    Are you aware of any occasion
that Marc Merckling was employed by any
plaintiff?

    A    I believe that, and I'm not
sure exactly who, but a lot of the
gentlemen that you mentioned in the past
all got paid by Northshore, so I guess
they were employed in some capacity.

    Q    Marc Merckling?

    A    I'm not sure if it's Marc or
the next three names that you're going to
have.

    Q    But you are aware that I
never worked for Northshore, right?

*Rich Moffett Court Reporting, Inc.*

```
 1                                        189
 2         A      I don't know, you might have.
 3              MR. SHANKS:  Objection.
 4         Harry, is your question as an
 5         employee or as an attorney?
 6              MR. THOMASSON:  Fair point,
 7         Russell.
 8         Q      Are you aware whether or not
 9    I was ever employed by Northshore?
10         A      I'm not -- I'm not aware if
11    you were.  You might have gotten paid for
12    things, so I'm not aware of that.
13         Q      But not as an employee,
14    right?
15         A      Not that I am -- no, no, not
16    that I am aware of.
17         Q      But you think Marc Merckling
18    might have been, right?
19         A      Might have been.
20         Q      What about Dwight
21    Blankenship, do you know whether or not
22    he was an employee?
23         A      I'm not sure.  He might have
24    been.
25         Q      What about Michael Laurie, do
```

*Rich Moffett Court Reporting, Inc.*

190

you know whether or not he was an

employee?

    A     I'm not sure.

    Q     Were any K-1's ever issued,

that you know of, in connection with

Northshore Motors?

    A     Were there -- repeat that

question, please.

    Q     Were there any K-1's ever

issued, that you know of, for Northshore

Motors, yes or no?

    A     I'm not sure.

    Q     As you sit here today, are

you testifying that you don't know

whether or not K-1's were issued at any

time for Northshore?

    A     I really wasn't that

involved, so I'm not sure, no.

    Q     Is Wendy Kwun still working

for Island Management?

    A     She works for Island Auto

Group, yes.

    Q     I'm sorry, I misspoke.  I was

looking at Island Management when I said

*Rich Moffett Court Reporting, Inc.*

```
1                                              191
2     that.
3                   Does Wendy Kwun still work
4     for Island Auto Group?
5          A     Yes.
6          Q     How long has she worked for
7     Island Auto Group?
8          A     Ten years, I believe, give or
9     take a little, you know.
10         Q     Do you know somebody named
11    Melissa Beltray?
12         A     Yes.
13         Q     Who is Melissa Beltray?
14         A     Someone who has worked for
15    some of -- of the businesses that my
16    father-in-law was involved in who now
17    works for me at a few of my dealerships.
18         Q     Melissa Beltray currently
19    works for you?
20         A     Yes.
21         Q     Does Melissa Beltray charged
22    in Nassau County with fraud, that you
23    know of?
24         A     I am not -- I am not aware.
25         Q     You're not aware that Melissa
```

192

Beltray was charged with fraud in Nassau County; is that what you just testified to?

A     Yes, sir.

Q     Uh-huh.

Are you aware that Melissa Beltray was Asad Khan's girlfriend?

A     No, I'm not aware of that.

Q     Are you aware that Melissa Beltray was Brian Chabrier's girlfriend? That's a yes-or-no question, Mr. Aaronson, and I don't know what's funny about it because I've got witnesses that say she was. So go ahead, what's the answer to that question?

MR. SHANKS:  I guess what's funny is you asked about someone else.

MR. THOMASSON:  Yes, well, then the next question is is he aware of the argument that took place in front of everyone at Northshore between Asad Kahn and Brian Chabrier when they both found

*Rich Moffett Court Reporting, Inc.*

```
                                                193

 1

 2     out that the other was dating her.

 3     A       No, I'm not aware of that.

 4             MR. SHANKS:  Okay.

 5     Q       No, you're not aware of that?

 6     A       No.

 7     Q       You're not aware of --

 8     A       No.

 9     Q       Okay, I understand.

10             MR. THOMASSON:  All right,

11     let's break now for lunch.  I think

12     this would be a good time.  We'll

13     resume at 3:00.

14             MR. KATAEV:  We're coming

15     back when?

16             MR. THOMASSON:  3:00.

17             MR. KATAEV:  If I free up

18     sooner I'll just let everybody know

19     in the audio.

20             MR. THOMASSON:  Okay.

21             (Luncheon recess was taken at

22     2:11 p.m.)

23

24

25
```

1                                                      194

2

3

4

5

6

7

8

9

10

11

12

13        A F T E R N O O N    S E S S I O N

14                (Time noted:  3:02 p.m.)

15   J O S H U A    A A R O N S O N,

16        resumed and testified as follows:

17   CONTINUED EXAMINATION

18   BY MR. THOMASSON:

19        Q     Mr. Aaronson, you indicated

20   that you believe that Anthony Deo took

21   millions of dollars that he was not

22   entitled to out of Northshore Motors,

23   right?

24        A     Say it again, please.

25        Q     You believe that Anthony Deo

*Rich Moffett Court Reporting, Inc.*

195

took millions of dollars somehow out of
Northshore Motors that he was not
entitled to, right?

        A        Yes, he -- whether he took it
or not, he lost it, and he, you know, did
things that would be unethical,
fraudulent, millions of dollars, yes, and
not paid off customers' cars, et cetera,
et cetera, yes.

        Q        But all those cars are, in
fact, today paid off; is that right?

        A        By Island Auto Group, yes.

        Q        And was there any money
included in your allegation that he was
responsible for more than $5 million in
losses to Northshore, was any of that
money taken by him?

        A        I have no idea what happened
with it.

        Q        So as you sit here today, you
cannot tell me that he took money he
wasn't entitled to, you're saying he
mismanaged money?

        A        No, I believe that he used

```
1                                      196

2   the money that was taken from the

3   business to live a lavish lifestyle in a

4   multimillion dollar home that he had and

5   drive his fancy cars and even bought me a

6   very expensive watch to thank me for, you

7   know, everything that he said I did for

8   him.  So yeah, he used -- he used the

9   money that whatever he was doing he was

10  using the money to live whatever

11  lifestyle he had by committing fraud to

12  banks and whatnot and not paying off

13  consumers' cars to go on living his life.

14       Q     So then it is your specific

15  allegation that he took money he was not

16  entitled to from Northshore, correct?

17       A     Yes.

18       Q     Do you know how he took it?

19       A     No.

20       Q     Can you tell me today of a

21  single transaction in the Northshore bank

22  accounts, that you are aware of, that was

23  unauthorized?

24       A     I'm not sure.  I would have

25  to go back and look at records and --
```

```
1                                           197
2          Q      So after three years --
3          A      I've tried to forget this
4    case as much as possible, to be honest
5    with you.
6          Q      So after three years of
7    litigation, you cannot sit here and tell
8    me of a single transaction involving
9    Northshore bank accounts that were
10   unauthorized as conducted by anyone; is
11   that correct?
12         A      He committed fraud against
13   the banks to allow --
14         Q      That's not my question.
15         A      Well, no, I'm answering your
16   question.
17         Q      But that's not my question.
18   My question is:  Yes or no, can you tell
19   me --
20              MR. SHANKS:  Read back the
21         question, if it's a yes or no.
22              (Record read.)
23         Q      Yes or no?
24              MR. SHANKS:  Mr. Thomasson,
25         he could answer beyond yes or no.
```

                                                      198

          A      It's not a --

                 MR. THOMASSON:  Yes, he can

          but he should at least be saying

          yes or no.  I asked for a single

          transaction.

          A      No, it is not a correct

    statement what you're saying, so no, what

    you're saying is inaccurate.

          Q      So can you please tell me of

    a specific transaction conducted by

    anyone at Northshore that was

    unauthorized?

          A      In my opinion, everything he

    did was unauthorized.

          Q      So he was authorized to

    operate the business, but he had no

    authority over the bank account; is that

    right?

          A      I'm not saying that.

          Q      Okay, so everything he did

    was unauthorized while he was authorized

    to operate the business, is that right,

    because you already told us he was

    authorized to operate the business,

```
1                                             199
2    right?
3         A       He was authorized to operate
4    the business.
5         Q       Okay, so I am asking you to
6    tell me now of a single transaction, just
7    one, that was unauthorized by Anthony Deo
8    or anyone else, can you tell me one
9    transaction at Northshore that was not
10   authorized?
11        A       As we uncovered it more and
12   more, like I said earlier, I try to
13   forget this every day of my life because
14   this has only been stress and nothing to
15   gain other than loss of millions of
16   dollars, is that he did take cash out of
17   the business, and he did it -- did not
18   make it to the bank, so Anthony did
19   everything wrong, so that's my answer,
20   and I cannot speak specifically about one
21   transaction, but all he did --
22        Q       Okay.
23        A       -- was commit fraud.
24        Q       Okay.
25                You're certainly not trained
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                              200
 2    as an attorney, are you, Mr. Aaronson?
 3         A       No, I don't play one on TV
 4    either.
 5         Q       Okay.
 6                 Have you ever been on TV,
 7    Mr. Aaronson?
 8         A       Yes, I have been.
 9         Q       For what?
10         A       I've been interviewed for
11    things about the auto industry.
12         Q       How many times?
13         A       I don't know.
14         Q       What channels?
15         A       I'm not sure.
16         Q       So it would be fair to say
17    that you think he took millions of
18    dollars but you cannot provide any
19    specificity at this time; is that
20    correct?
21         A       At this time I cannot, but I
22    know it's out there, so yes.
23         Q       Okay, who would know?
24         A       There are plenty of people
25    that I'm sure know.
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                      201
 2        Q      Excellent.  Name them.
 3        A      I don't know.
 4        Q      At this time?
 5        A      You know.  You know.  Be
 6   honest, you know.
 7        Q      It's got to be on the record,
 8   and it's obvious that you don't know,
 9   right?
10        A      No, it's not obvious that I
11   don't know.
12        Q      So then tell me the names of
13   the people who are aware of these frauds
14   committed by Anthony Deo.
15        A      There's a long line of
16   people.
17        Q      Excellent.  What are their
18   names?
19        A      I think he's got multiple
20   lawsuits against him right now, so I
21   would imagine all those people that are
22   suing him believe he committed some sort
23   of fraud, and he's had fraud in his past.
24        Q      Would it be subsequently
25   piggybacking your lawsuit, do you know?
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                   202
 2        A     No, I believe it's just other
 3   people that he's gotten before me, after
 4   me, everything else.  You represent
 5   someone who had nothing but trouble.
 6        Q     When was the first time you
 7   ever spoke to Anthony Urrutia?
 8        A     I don't remember.
 9        Q     Was it before or after the
10   death of David Baron?
11        A     I believe after, but I'm not
12   sure.  I don't remember specifically,
13   'cause it could have --
14        Q     Could it have been what?
15        A     It's a big industry, so I
16   might have run into him at other points
17   in my career, but I don't know exactly
18   specifically when I spoke to him.
19        Q     At some point in time you
20   spoke to Mr. Urrutia in this lawsuit,
21   right?
22        A     Yes.
23        Q     You were happy to have him
24   join this lawsuit, weren't you?
25        A     I wasn't happy about anything
```

*Rich Moffett Court Reporting, Inc.*

```
1                                                    203
2    with this lawsuit.
3         Q      You weren't happy to have
4    Mr. Urrutia join this lawsuit?
5         A      I'm not happy that someone
6    else had happened to what happened to me,
7    no.
8         Q      Except that's not what I'm
9    asking.  What I am asking is:  Did you
10   authorize Mr. Urrutia to join this
11   lawsuit?
12        A      I know that Anthony is suing
13   Urrutia, so I know that, so yeah,
14   anything that could -- could happen that
15   would prove what Anthony's harmed people
16   throughout his career, then, yeah, of
17   course, I would want that, because he
18   cost my family over 5, 6 million bucks.
19        Q      So you were happy to have
20   Mr. Urrutia join this lawsuit because you
21   thought you had another person from the
22   outside who were going to make similar
23   allegations, right?
24        A      Sure.
25        Q      Okay.
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                      204

 2              So you spoke with Mr. Urrutia

 3    about this lawsuit before you joined it,

 4    right?

 5         A     Yes, I believe so.

 6         Q     Who said what to whom?

 7         A     I don't understand the

 8    question.

 9         Q     You and Mr. Urrutia had one

10    or more conversations about this lawsuit

11    before he joined it, right?

12         A     I don't remember how many

13    conversations or when I had the

14    conversations, but I know I had

15    conversations with him.

16         Q     What is it you two discussed?

17              MR. SHANKS:  Objection.

18              MR. KATAEV:  I made an

19         objection on common interest

20         privilege.  I don't know if Russell

21         joined with me on that.

22              MR. SHANKS:  I do.

23              MR. THOMASSON:  Before Tony

24         Urrutia joined this lawsuit, you're

25         asserting, Mr. Kataev, that his
```

*Rich Moffett Court Reporting, Inc.*

```
1                                              205

2          conversations with Joshua Aaronson

3          are privileged?

4                 MR. KATAEV:  Well, I think

5          you need to clarify with him

6          whether the conversations occurred

7          with attorney present or without,

8          and based on that answer, maybe

9          we'll lift the objection or we'll

10         continue to assert it, but based on

11         the question that you presented, it

12         includes any conversations with

13         attorney present, and the common

14         interest privilege would,

15         therefore, apply.

16         Q    Mr. Aaronson, now that you

17    have been fed that information, let's be

18    reminded please of what my question

19    actually was.  I asked you did you and

20    Tony Urrutia have any conversations prior

21    to him entering this lawsuit, and you

22    said yes; is that correct?

23         A    Yeah, I did say yes.

24         Q    So we're just --

25                MR. SHANKS:  Harry, I think
```

*Rich Moffett Court Reporting, Inc.*

```
1                                            206

2          if you add the words "outside of

3          counsel," maybe it would solve the

4          whole issue.

5                   MR. THOMASSON:  Well, I'm

6          about to deal with that, thank you.

7          Q      Mr. Aaronson, please tell me

8    about the conversations that the two of

9    you had alone, whether it was on the

10   phone or in person.

11         A      I don't remember.  It was

12   never in -- it was -- I don't remember.

13   The conversations were about how Anthony

14   Deo both did the same kind of damage,

15   like the exact same playbook that he used

16   on me is what he did on Tony and I.

17         Q      So as far as you know,

18   Anthony Deo was on bank accounts at

19   Superb Motors?

20         A      I don't know enough about

21   Superb Motors.

22         Q      You don't know anything about

23   what was going on at Superb?

24         A      I know there was something

25   done wrong by Anthony that caused Anthony
```

*Rich Moffett Court Reporting, Inc.*

207

to lose a lot of money.

Q    And what is it that he told you that Anthony did wrong?

A    I don't remember specifics, and 90 percent of those conversations or more were with our attorneys on the phone.

MR. KATAEV:  I'm sorry, I want the record to be clear the witness refers to Anthony.  We have an Anthony Deo, we have a Robert Anthony Urrutia.      Can you please say the answer with who you're referring to, for the record?

A    I'll call Tony Urrutia Tony, and I had had several conversations.  90 percent of them were with our attorney, but it was all about how Deo caused us a lot of damage and left a huge mess behind him, which then hurt our businesses tremendously.

Q    Okay.

So tell me who was on the

```
 1                                        208
 2    telephone call during these
 3    conversations.  It was you, Tony Urrutia,
 4    and what are the names of any attorneys
 5    that were on the call?
 6         A     Could have been Russell
 7    Shanks, Emanuel, Jeff Ruderman.
 8         Q     Were they at that time your
 9    attorneys?
10         A     Yes.
11               MR. KATAEV:  Objection to
12          form and vague on the question.
13         Q     I am talking about before
14    Tony Urrutia joined this lawsuit, you and
15    your attorneys had telephone
16    conversations with Tony Urrutia; is that
17    right?
18         A     Yes.
19         Q     How many?
20         A     I don't know.
21         Q     And you also had one or more
22    conversations with Tony Urrutia without
23    attorneys, correct?
24         A     Yes, correct.
25         Q     And other than the general
```

209

subject of wrongdoing by Anthony Deo, you have no memory of the specifics of those conversations; is that right?

A    I have some memory of them, yes.

Q    Did you know that there was an injunction in this case?

A    Related to what?

Q    Automobiles.

A    And related to what?

Q    I am just asking if you know that there is an injunction regarding automobiles.

A    In my case?

Q    Yes. Did you know, yes or no?

A    In my particular case I'm not aware of any injunction.

Q    Are you aware of any injunctions in another case?

A    Explain to me what injunction is, please.

Q    Okay.

Since November of 2022, have

```
 1                                          210
 2     any cars that were titled to either 189
 3     Sunrise or Northshore been sold, that you
 4     know of?
 5           A      I believe so, yes.
 6           Q      Were you involved in those
 7     sales?
 8           A      No, I wasn't involved in the
 9     direct part of that sale, but the sales
10     would happen because I would say yes,
11     let's sell those cars.
12           Q      So you directed one or more
13     people to make sales of cars belonging to
14     one or both of those corporations since
15     November of '22?
16           A      Yes.
17           Q      How many cars did you sell?
18           A      No idea.
19           Q      Where did the money go?
20           A      The money went back to pay
21     Ally Bank and consumers that were -- that
22     were ripped off by not paying off their
23     payoffs for their trades.
24           Q      Do you have records of those
25     transactions?
```

```
1                                         211
2          A     Yes.
3          Q     And those transactions are
4   all related, in your mind, to wrongdoing
5   by Anthony Deo, right?
6          A     Yes.
7          Q     You aware that there is a
8   request for documents that haven't been
9   responded to?
10         A     No, I'm not aware of that.
11         Q     Did anybody give you a
12  request for documents from me?
13         A     Not that I am aware of.
14         Q     So on January 7, 2026, you
15  have never seen a request for documents
16  from me; is that correct?
17         A     I'm not aware of it.  That's
18  what you asked.
19         Q     You have no memory of seeing
20  such a request; is that a fair statement?
21         A     That's a fair statement.  We
22  only lost, so I don't know what I would
23  have to gave -- gain.  We only lost money
24  in this.  There was no money made.  We
25  got crushed.
```

212

Q       Did you know when those cars were sold since November of 2022?

A       I don't know exact specifics, no, I don't.

Q       How could you have sold those cars if you turned in the licenses?

A       I -- I don't know how that transaction happened.  I know that I paid off Ally Bank, and I have the rights to the cars, that I know.  It's my --

Q       You had the rights to the cars because they belonged --

A       Because it's my motor vehicle work, it's my dealership, it's my bank, it's my everything.

Q       And you obtained your interest in Northshore Motors when?

A       I never had interest in it. I was -- I was helping my mother-in-law out.

Q       But you were selling Northshore Motor cars since November of 2022?

A       I was helping facilitate,

213

trying to recoup any dollar we could
recoup, yes.

Q      Were any of those sales after
you turned back the license for
Northshore Motors?

A      Excuse me?

Q      Were any of the sales of cars
for Northshore Motors made after the
license was turned back in?

A      I don't know.

Q      When did you order the
license to be turned back in?

A      I don't have specific dates,
it's a long time ago.

Q      Same questions for 189
Sunrise, Mr. Aaronson, when was the
license turned in for 189 Sunrise?

A      I don't know.

Q      You were the one who gave
that order, right?

A      Yeah, we would want to do it
as quickly as possible.

Q      It was done pretty quickly,
it was done by January or February of

214

2023, wasn't it?

    A    I don't know exactly, but if that's what you're saying, then I'll, you know, trust that you're right.

    Q    There have been some sales of cars since then, right?

    A    I don't know that.

    Q    If there were sales of cars after the license was turned back in, how would that be done?

    A    I'm not exactly sure how we did it or how we would do it, but I would imagine the paperwork would have had to have been at some point transferred.

    Q    It would have been transferred to what, an Island Management business?

    A    Potentially, yes.

    Q    And then the money that came in would be going to the Island Auto Group?    I'm sorry, I keep mixing those two up.  I'm very sorry.

    A    No, no, no apologies needed.

    Q    It would have been Island

215

Auto Group that was then selling the

cars, right?

          A       Potentially, yes, if that's

who we transferred them to, yes.

          Q       But you don't know who you

transferred them to?

          A       Not 100 percent.  We sell a

lot of cars, you know, so I definitely,

I'm unaware of what goes on with each

transaction that we do.

          Q       Now, you weren't aware of any

contracts between Defendants Harry

Thomasson, Marc Merckling, Dwight

Blankenship and Michael Laurie and any of

the plaintiffs, are you aware of any

contracts between any of the plaintiffs

and Sarah or Anthony Deo?

                  MR. SHANKS:  Mr. Thomasson, I

          looked at the complaint during the

          break because I noticed when you

          went through the plaintiffs, a

          number of the plaintiffs, two of

          the plaintiffs, two of the

          plaintiffs are Northshore and

```
216
```

Sunrise, and you didn't mention

them when you were mentioning the

others.  I don't know if it was

intentional or not, but so to the

extent you're asking about any

contracts between Laurie and any of

the plaintiffs that might cover,

like, Northshore or Sunrise, I just

wanted to be clear, and you could

ask whatever you want.

MR. THOMASSON:  Now that you

fed your client another answer.

MR. SHANKS:  No, no, no.

What I said, you went plaintiff by

plaintiff and said does this one

have a claim.

MR. THOMASSON:  I didn't go

plaintiff by plaintiff, I read off

some corporations.  Stop feeding

your client answers.

MR. SHANKS:  Oh, stop it.

BY MR. THOMASSON:

Q    Mr. Aaronson, are you aware

of any contracts between the Deos and any

*Rich Moffett Court Reporting, Inc.*

```
 1                                            217
 2   of the plaintiffs?
 3        A      Not that I'm aware of.
 4        Q      Okay.
 5               Who would be aware of the
 6   contracts between the Deos and any of the
 7   plaintiffs, if there are any?
 8        A      I don't know what contracts
 9   you're referencing.
10        Q      Okay.
11               I'm just trying to find out
12   how much you know about the business,
13   Mr. Aaronson.
14               Were you involved at all in
15   giving any directions to anyone in the
16   Island Auto Group regarding pandemic
17   relief funds?
18        A      For Island Auto Group?
19        Q      Yes.
20        A      Yes.
21        Q      What directions did you give?
22        A      To the extent of the law that
23   we are allowed to, you know, ask for
24   relief that we would ask for relief.
25        Q      Who did you give that
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                       218

 2    direction to?

 3         A      I would imagine I spoke to my

 4    accountants, Citrin and Cooperman, about

 5    it.

 6         Q      How about Wendy Kwun?

 7         A      Wendy would then be part of

 8    that conversation with Citrin, and you

 9    know, that's how I think that would work.

10    Not I think, that's how it would work.

11         Q      Did she ever tell you she's

12    the pandemic relief queen?

13         A      No, she's never told me she's

14    the pandemic relief queen.

15         Q      Is that a phrase you ever

16    heard anybody in Island Auto Group use?

17         A      No.

18         Q      Do you think you're entitled

19    to representation in these actions,

20    Mr. Aaronson, do you think you're

21    entitled to have a lawyer?

22         A      Of course.

23         Q      Do you think your partners

24    are entitled to have a lawyer?

25         A      Of course.
```

*Rich Moffett Court Reporting, Inc.*

```
1                                    219
2        Q      Do you think Anthony Deo is
3   entitled to have a lawyer?
4        A      Of course.
5             MR. SHANKS:  Does he have a
6        lawyer?
7             Is his lawyer on the call, by
8        the way, Mr. Thomasson?
9             MR. THOMASSON:  I don't know.
10       There's a whole list up here.  I
11       don't know who's on the call.  I'm
12       just taking a deposition,
13       Mr. Shanks.
14            MR. SHANKS:  So you don't
15       know if the defendants' counsel,
16       other than yourself representing
17       yourself, are on this call?
18            MR. THOMASSON:  I don't know.
19       The Deos are signed in.  I don't
20       know who's in the room with them.
21       I haven't spoken with them about
22       this.
23            MR. SHANKS:  Got you.
24       Q      Mr. Aaronson, are you aware
25   that the Department of Justice convened a
```

```
 1                                    220

 2    grand jury regarding the situation?

 3         A      In what regard?

 4         Q      Do you know that there was a

 5    grand jury that was convened to look into

 6    this situation at Northshore or 189

 7    Sunrise?

 8         A      I'm not sure what exactly the

 9    question is, it's tough for me to answer.

10         Q      Do you know if the Department

11    of Justice at any time was involved by

12    you or anyone on your behalf to

13    investigate what goes on at Northshore

14    and 189 Sunrise?

15         A      Yes, I would hope that --

16    that someone brings Deo to justice, which

17    he, you know, definitely deserves.

18         Q      Well, that's lovely,

19    Mr. Aaronson, but my question was are you

20    aware of any investigation that was

21    brought through the Department of Justice

22    to look into the Northshore and 189

23    Sunrise situations, yes or no?

24         A      I believe some government

25    agencies are looking into Mr. Deo, yes.
```

```
 1                                     221
 2          Q       What agencies are you aware
 3     of?
 4          A       Federal agencies, local
 5     agencies.
 6          Q       How are you aware of that?
 7          A       'Cause I had a meeting with
 8     the FBI.
 9          Q       When did you have a meeting
10     with the FBI?
11          A       I don't remember exactly
12     when.
13          Q       Was it before or after you
14     were served with the complaint that the
15     Deos brought against you?
16          A       I'm not sure when.  I would
17     imagine I tried to do it as quickly as
18     possible.
19          Q       Did you call the FBI to have
20     that meeting?
21          A       Not directly, no.
22          Q       Who did?
23          A       I'm not sure.
24          Q       Did you talk to any other law
25     enforcement, besides the FBI, about
```

*Rich Moffett Court Reporting, Inc.*

222

Northshore and 189 Sunrise?

    A    I'm not sure.  I spoke to a few different government agencies.

    Q    What other agencies did you speak to besides the FBI?

    A    I'm not 100 percent sure.

    Q    Who would know?

    A    I don't know.  My attorneys possibly would know, but I don't know.

    Q    Did you ask anyone to begin criminal investigations involving Northshore and 189 Sunrise?

    A    I don't know enough to know there were criminal actions done, so I would imagine that, you know, the government handled it from there.

           I believe my father-in-law's name was signed to a document after he was dead that Anthony handed in, so I imagine there was a lot of fraud that has been -- been done by Anthony Deo.

    Q    Did you make any allegations against me to the FBI?

    A    Not that I'm aware of.

```
 1                                          223
 2          Q      Did you make any allegations
 3   against Dwight Blankenship to the FBI?
 4          A      Not that I'm aware of.
 5          Q      Did you make any allegations
 6   against Marc Merckling to the FBI?
 7          A      Not that I'm aware of.
 8          Q      Did you make any allegations
 9   about Michael Laurie to the FBI?
10          A      Not that I'm aware of.
11          Q      Did you make any allegations
12   against Sarah Deo to the FBI?
13          A      Not that I am aware of.
14          Q      Did you make any allegations
15   against Anthony Deo to the FBI?
16          A      Yes.
17          Q      So would it be fair to say
18   that as far as crimes go in this case,
19   you think that it's limited to Anthony
20   Deo who committed the crimes against the
21   plaintiffs?
22          A      No, definitely not.
23          Q      So who else committed crimes
24   against the plaintiffs?
25          A      I'm not exactly sure, but I
```

*Rich Moffett Court Reporting, Inc.*

224

feel like all the people that you just
mentioned are all in cahoots to, you
know, hurt businesses and call up people,
like myself, that were just trying to
fight for things that were rightfully
theirs, and use their power to take
advantage of somebody by using their, you
know, their badge, let's just call it,
like, by using their powers that may be
to try and hurt individuals like me who
are just trying to run a business and
live my life.

     Q    So what is it that gives you
that feeling?

     A    Well, when you get a phone
call on something that's a civil matter
that says you should return money from a
police officer, you know, that kind of
makes you feel like, What's going on
here?  Then you speak to some other
people, and they say, "He really didn't
have the right to make that phone call to
you."

     Q    So why did you give the money

```
1                                      225

2    back?

3         A       Because honestly, I've been

4    with through my life, knock on wood,

5    without having any issues, and at that

6    point what I instructed --

7                 MR. SHANKS:  No conversations

8         with counsel.

9                 THE WITNESS:  No, no, no.

10        A       What I wanted was for that

11   money to actually go back to Libertas,

12   since they gave that money to Anthony

13   probably under false pretenses, and I

14   would have loved to have given that money

15   back to Libertas.

16        Q       Because you believe that's

17   where he got the money from?

18        A       Yes.

19        Q       Who is involved in that

20   transaction, do you know?

21        A       In terms of what?

22        Q       In terms of him getting the

23   money, was that, as far as you know,

24   between Anthony Deo and Libertas?

25        A       As far as I know, yes.
```

```
1                                          226
2         Q       And has anything happened in
3    the last three years of litigation to
4    suggest to you that anyone else was
5    involved in getting that money, other
6    than Anthony Deo and Libertas?
7         A       Yeah, I think there had to
8    have been some Libertas required
9    information that, I guess, Thomas Jones
10   or someone else would have had to help
11   Anthony to provide information to
12   Libertas.  So I don't know who was
13   involved, but I'm sure it just wasn't
14   Anthony himself.
15        Q       Did you know when you
16   approved those tax returns in September
17   of 2022 that they were going to be filed
18   with the taxing authorities?
19        A       No.
20        Q       Why did you approve those tax
21   returns then if they weren't going to be
22   used?
23        A       I don't know what was going
24   to happen with them.
25        Q       Are you suggesting that tax
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                          227
 2      returns would be prepared that are false?
 3           A      No.
 4           Q      You didn't know if any of the
 5      tax returns were to be prepared falsely,
 6      did you?
 7           A      That's not what I said.
 8           Q      Would it be fair to say that
 9      whatever it was that went on in the email
10      chain is what you understood at the time,
11      the email chain that I showed you
12      earlier?
13           A      Yes, yes.
14           Q      And if that email chain
15      indicated that those tax returns were
16      going to be filed, do you believe now
17      that they shouldn't have been filed?
18           A      I am not thinking about it.
19           Q      Okay.
20                  Well, I'm asking you now to
21      think about it.  Would you rather if
22      those tax returns had not been filed?
23           A      No, if -- if they had to be
24      filed, they had to be filed.
25           Q      And if I were to tell you
```

```
1                                          228

2     that they were filed, would you now have

3     any objection with the fact that they

4     were filed?

5            A      No.

6            Q      Mr. Aaronson, are you aware

7     that those five checks for $10,000 each

8     to 189 Sunrise, were those five people at

9     the time the owners of 189 Sunrise?

10           A      Not at the time, they still

11    are.  They still are the owners of 189

12    Sunrise.

13           Q      When those checks were

14    transferred in February of 2021 or 2022,

15    it was 2021, wasn't it, that those checks

16    were written?

17           A      You'd have to show me again,

18    I'm not sure.

19                  MR. SHANKS:  Hold on, I have

20           it here.  You have them.  February

21           12, '21.

22           Q      When those checks were

23    written on February 12, 2021, five checks

24    of $10,000 each, were those checks

25    written to the people that were the then
```

229

owners of 189 Sunrise?

    A    I don't agree with your line of questioning.  We were the owners -- we are and were the owners of 189 Sunrise, yes, that I'll agree with.

    Q    When those checks were written in February of 2021 to those five people, that would be you, Phalon, Chabrier, I think it was Jory Baron and David Baron?

    A    Correct.

    Q    Were you the five owners of 189 Sunrise in February of 2021?

    A    Yes.

    Q    Thereafter, you saw a little while ago that there was a lease that Anthony Deo entered into for 189's location, remember that lease?

    A    I do, yes.

    Q    Are you aware that warranties for customers were being sold at 189 Sunrise in February of 2021 by NMAC or one of its subsidiaries?

    A    I'm not sure.

*Rich Moffett Court Reporting, Inc.*

```
 1                                              230
 2          Q       Assuming for the sake of
 3     argument that NMAC was the provider of
 4     warranties for 189 Sunrise, did you know
 5     that the responsible party for paying off
 6     those warranties after that $50,000 was
 7     paid became Anthony Deo, did you know
 8     that?
 9          A       No, I'm not aware of that.
10          Q       Do you know why he would
11     become the responsible party for paying
12     off 189 Sunrise's warranties after that
13     money changed hands?
14          A       No idea.
15          Q       No idea?
16                  It wasn't in connection with
17     the sale of 189 Sunrise, Mr. Aaronson?
18          A       I answered the question
19     already.
20          Q       Well, now I am specifically
21     asking you.
22          A       I'm specifically answering.
23          Q       You do not know if him taking
24     over the warranties was related to the
25     purchase of 189 Sunrise?
```

*Rich Moffett Court Reporting, Inc.*

```
1                                          231
2          A      No.  How would I know that?
3    No.
4          Q      Well, did you know that you
5    were no longer responsible for those
6    warranties?
7          A      I think I went to that
8    business less than zero times before the
9    date that you're mentioning and after the
10   date that you're mentioning, so I really
11   wasn't involved in that business.
12         Q      So now I'm telling you, let's
13   assume for the sake of argument, that
14   Anthony Deo did take over the warranties
15   at 189 Sunrise, isn't that usually taken
16   over by the owner of businesses?
17         A      No.
18         Q      No?
19                Is it nonowners who paid for
20   those warranties; is that what your
21   testimony is?
22                MR. SHANKS:  Objection as to
23          form.  You're using the words "take
24          over, pay for."
25         A      Yeah, I don't know who paid
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                            232
 2   for.  I don't know who.
 3          Q      Do you know what paying for
 4   means, Mr. Aaronson?
 5          A      Yes, but I don't know who
 6   paid for them, Mr. Thomasson.
 7          Q      Okay.
 8                 So let's assume that Anthony
 9   Deo was the person who started paying for
10   them after he gave $50,000 to you.
11          A      I am not going to assume
12   that.
13          Q      Well, for the sake of this
14   question, we are allowed to ask
15   hypotheticals, Mr. Aaronson.  So who is
16   it that typically pays for warranties at
17   a dealership, wouldn't that be the owner
18   of the dealership typically?
19          A      Typically the owner would be
20   paying for them, but that has nothing to
21   do with this instance.
22          Q      But typically it's the owner,
23   right?  Yes or no?
24          A      Or the office on behalf of
25   the owner, yes.
```

*Rich Moffett Court Reporting, Inc.*

233

Q      Isn't it typically the owner of the business that also pays for the lease, in your experience?

A      Typically an owner would pay for a lease that's for the building, yes. But there's all different kinds of arrangements in business, so I can't speak to this particular.

Q      Right, and you didn't have any written arrangements with Anthony Deo regarding the ownership of Northshore or 189 Sunrise, correct?

A      I'm sorry, Mr. Thomasson, say that again, please.

MR. THOMASSON:  Could you repeat that question for me please, Diana?

(Record read.)

A      Yeah, I was never an owner. I was never an owner in Northshore, so I can't speak to that, and I'm not aware of anything that was signed that sold over my ownership in 189.

Q      Well, I'm not asking you just

1                                                    234
2    for the purpose of whether there's a
3    writing that signs over your ownership.
4    You said that there was some sort of
5    agreement between you and Anthony Deo for
6    him to obtain 189 Sunrise.  I'm asking
7    you is that agreement in writing?
8           A       No, not that I am aware of.
9           Q       And through all of this,
10   whether or not you were an owner of
11   Northshore, it certainly is a big part of
12   this litigation, have you ever seen an
13   agreement between any of the plaintiffs
14   and Anthony Deo regarding the ownership
15   of Northshore Motors?
16          A       Not that I am aware of, no.
17          Q       Do you know someone named Rob
18   Xerri?
19          A       Definitely sounds familiar,
20   so but not 100 percent, but it sounds
21   very familiar, but I don't want to say
22   it's somebody I'm thinking of, but I'm
23   not 100 percent.
24          Q       Did you at any time ask
25   Anthony Deo to become an owner of

*Rich Moffett Court Reporting, Inc.*

                                                        235

Northshore?

     A      Anthony Deo had obligations
for him to take over, which would be
taking off -- yeah, he could have
potentially been an owner if he completed
a bunch of obligations, which he never
did.

     Q      And did you ever ask Anthony
or anyone else to become an owner
yourself at Northshore?

     A      I asked Anthony that we
wanted nothing to do with the business
anymore, and in order for him to get
everything, he would have to complete
certain obligations.  Other than that, I
don't remember any other conversations.

     Q      You kept saying that we
didn't want to have anything more to do
with the business, except you're also
saying that you weren't an owner either.

     A      I said I'm not an owner of
Northshore, but I was representing my
mother-in-law.

     Q      But you were not an owner of

236

Northshore yourself, right?

        A       Never, no.

        Q       Did you ever ask anyone to
become an owner of Northshore?

        A       No.

        Q       And if anyone were to testify
that you asked someone right in front of
them that you wanted to become an owner,
would they be lying?

        A       Yes, I would believe so, yes.

        Q       I may have asked this, but I
really mean it more as another
preliminary question.  Other than the
FBI, have you spoken to any other law
enforcement regarding Northshore and/or
189 Sunrise?

        A       I don't remember specifically
who I spoke to within government
agencies.  I think I answered it already.

        Q       Did you ever speak to anybody
on a state level?  The FBI is a federal
law enforcement agency.  Did you ever
speak to anybody on the state level?

        A       I believe so, yes.  I'm not

237

sure who or when, or you know, but I
believe so.

Q    Are there any active
investigations, you are aware of right
now, by law enforcement involving either
Northshore or 189 Sunrise?

A    You'd have to speak to
government agencies.

Q    No, I am just asking you if
you are aware of any; yes or no?

A    I would imagine there are,
yes.

Q    Who do you believe is
investigating Northshore and/or 189
Sunrise right now?

A    The FBI I would almost
guarantee is.

Q    Why would you guarantee that?

A    Because they asked a lot of
questions and seemed to have a lot of
information.

Q    Have you spoken to --

MR. SHANKS:  I am going to
warn the witness at this time if

```
1                                      238
2         there is an active investigation,
3         he's not allowed to discuss the
4         details, if he has any.
5              You can ask about their
6         existence, but I just want to set a
7         bar here to prevent you from going
8         somewhere where none of us should
9         be going.
10             MR. THOMASSON:  And that
11        objection is based on what
12        privilege?
13             MR. SHANKS:  That objection
14        is based upon the fact that if an
15        agency has an ongoing
16        investigation, that they don't want
17        any potential witnesses to tell
18        you, to tell anyone, what they're
19        investigating, why and how, as long
20        as it's an open investigation.  I
21        don't know if it is.
22             MR. THOMASSON:  Okay, well,
23        so everyone on the other side of
24        this table doesn't know anything
25        about it, but I can't ask about it?
```

*Rich Moffett Court Reporting, Inc.*

1                                            239
2              MR. SHANKS:  You did ask
3         about it.
4              MR. THOMASSON:  Well, I'm not
5         done asking about it.  Let's see
6         where the questioning goes,
7         Mr. Shanks.
8              MR. SHANKS:  Okay.
9    BY MR. THOMASSON:
10        Q     Mr. Aaronson, when was the
11   last time you spoke to the FBI about
12   either Northshore or 189 Sunrise?
13        A     I don't remember.
14        Q     Was it in 2024?
15        A     I don't remember.
16        Q     Could it have been before
17   2024?
18        A     Possibly but I don't
19   remember.
20        Q     Did you ever speak with the
21   FBI in 2022?
22        A     I don't remember.
23        Q     Do you know who you spoke to?
24        A     I don't remember.
25        Q     Who would know?  Is there

*Rich Moffett Court Reporting, Inc.*

```
 1                                            240
 2    anyone who would know, other than the
 3    FBI?
 4          A     I'm not sure who would know.
 5          Q     When you spoke to them, were
 6    you alone?
 7          A     By representation.
 8          Q     You or one or more of your
 9    lawyers spoke to the FBI about these
10    cases?
11          A     I believe so, yes.
12          Q     Who were the lawyers that
13    spoke with the FBI in front of you about
14    Northshore and/or 189 Sunrise?
15          A     I honestly, I don't remember.
16    There were a few lawyers there.
17          Q     Any of the people that are on
18    this call?
19          A     I'm not 100 percent sure, but
20    I believe so, yes.
21          Q     Was Mr. Kataev there?
22          A     I believe so.
23          Q     Was Mr. Shanks?
24          A     I'm not sure.  I don't
25    remember but I believe so.
```

*Rich Moffett Court Reporting, Inc.*

```
1                                              241
2            Q       Was Mr. Ruderman there?
3            A       I have no idea.  I don't
4     remember.  It was a long, long time --
5     not a long -- whatever.  I just don't
6     remember.
7            Q       Have you ever spoken to the
8     FBI, other than regarding 189 Sunrise
9     and Northshore?
10           A       No.
11           Q       So the only time you have
12    ever spoken to the FBI in your life has
13    been about 189 Sunrise and Northshore; is
14    that right?
15           A       That I am aware of, yes.
16           Q       And you have no memory of
17    what was discussed or who was there; is
18    that right?
19           A       Well, what was discussed is
20    things that we believed that Anthony, you
21    know, did that harmed consumers and --
22    and different individuals, and you know,
23    and my -- my family and business
24    partners, that was what was discussed.
25           Q       Was there --
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                          242
 2       A       And we had, like, documents,
 3   specific things that were done by Anthony
 4   Deo that had his fingerprints all over
 5   them.
 6       Q      Oh, tell me about those
 7   documents, please.
 8       A       I don't remember them.
 9 RQ              MR. THOMASSON:  I
10           specifically call upon the
11           production of documents
12           presented on behalf of any
13           plaintiffs to law enforcement
14           relating to Northshore or 189
15           Sunrise.
16               MR. SHANKS:  Taken under
17           advisement.
18               MR. KATAEV:  Please follow up
19           in writing.
20               MR. THOMASSON:  Are you
21           speaking on behalf of Mr. Aaronson,
22           Mr. Kataev?
23               MR. KATAEV:  I'm speaking on
24           behalf of plaintiffs, which was who
25           your request was directed at.
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                          243
 2   BY MR. THOMASSON:
 3        Q     Mr. Aaronson, do you know
 4   someone named Steve Marino?
 5        A     Yes, I believe so.
 6        Q     Who is Steve Marino?
 7        A     If it's who I'm thinking of,
 8   he does IT work for different car
 9   dealers, and that's his business, if
10   that's who it is.
11        Q     And does that person you're
12   thinking of still do work for Island Auto
13   Group?
14        A     He never really did any work
15   for Island Auto Group in Staten Island,
16   that I'm aware of.
17        Q     Other than Northshore and 189
18   Sunrise, has he done any work for any of
19   your other businesses?
20        A     Yeah, I believe he just did
21   work at a Honda dealership in the Bronx
22   for us, and I believe he's done work at
23   Baron Nissan.  I know he's done work at
24   Baron Nissan.
25        Q     Who replaced Melissa Beltray?
```

*Rich Moffett Court Reporting, Inc.*

```
1                                          244
2         A      Wait, Steve Marino, I'm -- I
3    apologize, I'm thinking of an IT guy, so
4    you might be talking about somebody else.
5    I don't know.
6         Q      Your answer stands,
7    Mr. Aaronson.
8                Who replaced Melissa Beltray
9    at Northshore?
10        A      I don't know.  I know when I
11   got there, Danny O'Sullivan was in the
12   office.
13        Q      What about Tracy Leshius?
14        A      I really had nothing to do
15   with Northshore in terms of -- I don't
16   know when Tracy, if she was there, when
17   she was there, so I'm not sure of that
18   answer.
19        Q      Well, you were representing
20   Iris's interests for Northshore, weren't
21   you?
22        A      Yes.
23        Q      Did Brian Chabrier authorize
24   you to represent his interests at
25   Northshore?
```

*Rich Moffett Court Reporting, Inc.*

245

2    A    Brian was aware of it, so
3    yes.
4    Q    What about Asad Khan, did he
5    authorize you to represent his interests
6    at Northshore?
7    A    I never really spoke to Asad
8    about it.
9    Q    Was Asad involved at all
10    after David's death at Northshore?
11    A    No, not that I am aware of.
12    Q    Did you list Northshore on
13    any of your personal taxes at any time?
14    A    Not that I'm aware of.
15    Q    Did you list 189 Sunrise on
16    any of your personal taxes at any time?
17    A    I believe so, yes.
18    Q    Did there come a point in
19    time when you stopped doing that?
20    A    I'm not sure but I believe
21    so.
22    Q    When would that have been?
23    A    It sounds like from what you
24    asked me before in 2021.
25    Q    So you would have stopped

```
1                                      246

2      listing 189 Sunrise on your taxes after

3      February of 2021?

4           A      I believe so, yes.

5           Q      Do you know what title

6      washing is, Mr. Aaronson?  That's a term

7      you've heard in the business, isn't it?

8           A      I'm not that familiar with

9      it, no, because -- no.

10          Q      You never heard that term?

11          A      I've heard the term.  Of

12     course I heard the term.  Truthfully, I

13     feel like I know what it is, but I'm not

14     100 percent sure.

15          Q      It would be a shell game of

16     moving the ownership of title for the

17     purpose of selling it under one

18     corporation when perhaps it really didn't

19     belong to that corporation, does that go

20     on in the business?

21          A      Not --

22               MR. KATAEV:  You seem to

23          understand it well, Mr. Thomasson.

24               MR. THOMASSON:  Oh, I've

25          learned a lot in this case,
```

*Rich Moffett Court Reporting, Inc.*

247

Mr. Kataev, sure  have.  I knew

nothing in November of 2022.

Q     Mr. Aaronson, I want to ask

you whether or not you have ever known

anyone to engage in title washing?

          MR. SHANKS:  Note my

          objection as to your explanation of

          what it was, which is kind of

          wishy-washy.

          MR. THOMASSON:  Okay, he

          knows the term.

A     I don't know.  I don't know.

          MR. THOMASSON:  He knows the

          term.

A     I've heard of the term.  I

truthfully don't know what it means.

          It sounds like I should be

proud of that, so...

Q     Uh-huh.

A     Yeah.

Q     Yeah, uh-huh.

          MR. SHANKS:  Uh-huh.

Q     Did you have any discussions

at Northshore Motors between you and

*Rich Moffett Court Reporting, Inc.*

```
 1                                    248
 2   Anthony Deo with anyone else present,
 3   Mr. Aaronson?
 4        A       There was one time that
 5   someone else was in the room while I was
 6   meeting with Anthony.  I forget, I think
 7   he was a finance guy that worked for
 8   Anthony.
 9        Q       Well, the finance people
10   worked for you, didn't they?
11        A       Anthony was the operator of
12   the business, so he really handled,
13   obviously, he handled the day to day of
14   the business, so I didn't really know
15   anyone at the dealership.
16        Q       Well, you knew when Wendy
17   Kwun was there, you know her, don't you?
18        A       Wendy was there not that
19   frequently, that I am aware of.
20        Q       So Wendy was there, and you
21   know that she works for you, right?
22        A       Wendy definitely works with
23   me, yes.
24        Q       And Melissa Beltray worked
25   for you and one or more of your
```

*Rich Moffett Court Reporting, Inc.*

```
1                                          249

2     dealerships, right?

3          A       No, no.

4          Q       Didn't you tell me earlier

5     she still works for you?

6          A       No, that's different.  Now

7     she works for me, yes.  Melissa never,

8     that I am aware of, Melissa never worked

9     directly for me up until -- up until

10    maybe a year or two ago.

11         Q       So a couple of years ago she

12    began working for you?

13         A       Yeah, when I opened up Stream

14    Auto Outlet.

15         Q       What does she do there?

16         A       She helps in the office.

17         Q       Does she pay off any deals?

18         A       I would think -- I would hope

19    so.

20         Q       Well, salespeople don't pay

21    off deals, do they, it's finance people

22    who pay off deals, right?

23         A       Finance people typically

24    don't pay off deals, the office pays off

25    deals.
```

```
 1                                        250
 2           Q      But you just said you hope
 3    Melissa Beltray pays off deals, right?
 4           A      Yup, she's in the office,
 5    then I would hope she pays off deals when
 6    it's time to pay a car off.
 7           Q      So she's not located at 189
 8    Sunrise Highway?  I am not talking about
 9    the business, I am talking about the
10    address.  What is the business there now?
11           A      Stream Auto Outlet.
12           Q      So she's not physically
13    located at Stream Auto Outlet, she's in
14    an Island Auto Group location?
15           A      No, not accurate.
16           Q      She's in Stream Auto Outlet's
17    location?
18           A      There's -- she is involved in
19    two Stream Auto Outlet locations.  I
20    don't know truthfully where she sits.  I
21    haven't been to those stores in several
22    years.
23           Q      What does she do for you, is
24    it in the finance department or in the
25    sales department?
```

*Rich Moffett Court Reporting, Inc.*

251

A      In the office department.

Q      What is it that the office department does?

A      Everything from motor vehicle to interest, accounts payable, accounts receivable, paying off cars.

Q      Would it be fair to say that the office's work is focused on finances?

A      The part of their -- yeah, it's part of the job.

Q      What are the other things that go on in the office that have nothing to do with finances?

A      Well, I think everything has to do with finances.  Your motor vehicle, if your motor vehicle gets ruined, that's going to eventually hurt your finances, so it's a tough question to ask.

Q      So Melissa Beltray is involved in finances for sure for Island Auto Group; is that correct?

A      Once again, that is not right.

Q      Well, she may also be

```
 1                                        252
 2    involved in other things, but she's
 3    certainly working on finances, isn't she?
 4          A      Not for Island Auto Group,
 5    no.
 6          Q      Did she work on finances for
 7    the Stream locations?
 8          A      Yes.
 9          Q      Okay, so she works on
10    finances, correct?
11          A      Once again, sir, the answer
12    is no.
13          Q      She does not work on
14    finances?  She works on finances only for
15    Stream, for the two Stream entities; is
16    that right?
17          A      I think you might be confused
18    at this point because I'm definitely
19    confused.
20          Q      Okay.
21                 What are the things that
22    Melissa Beltray does for the Stream Auto
23    Outlets?
24          A      I'm not exactly sure.  My
25    business partner handles those two
```

253

locations, but I would imagine, I'll go
out and say this, she helps on motor
vehicle, paying off trades, paying off
our bank from when we sell a car, she has
to pay that off.  I'm sure she helps with
payroll.  Things that an office helps
with.

      Q     Okay.

          So offices pay off cars; is
that what you're saying?

      A     Typically.

      Q     Did the office pay off cars
at Northshore, if you know?

      A     Not enough cars apparently.

      Q     Well, but I am asking you if
yes or no, the office was responsible for
paying off cars at Northshore, as far as
you know?

      A     Anthony Deo was responsible
for paying off cars at Northshore, yes.

      Q     So he was sending money
personally to the banks to pay off cars
and floor plan to pay off cars; is that
right?

*Rich Moffett Court Reporting, Inc.*

254

2    A    Well, he definitely wasn't

3  doing that, because if he did, I would

4  never have lost -- my family wouldn't

5  have lost 5, you know, 4, 5, $6 million.

6    Q    So it was his responsibility

7  to physically himself pay off the lenders

8  and the floor plan providers?

9    A    It was his responsibility to

10  make sure that that happened, yes.

11    Q    Ah, so he didn't do it,

12  somebody else did it but was under his

13  direction; is that right?

14    A    I'm not sure.  I wasn't

15  there.

16    Q    Ah, so you don't know if it

17  was Anthony Deo that was doing the theft,

18  do you?  If you don't know who was

19  responsible for paying it off, who

20  actually did it, someone else could have

21  diverted funds; is that possible?

22    A    No, not possible.

23    Q    So who was in charge of the

24  bank accounts with Northshore when you

25  went in and had to investigate, what did

*Rich Moffett Court Reporting, Inc.*

255

you find?

         A       I -- I can't answer your
specific question, but I was told by
Danny O'Sullivan that Anthony directs him
when to pay off cars, when not to pay off
consumer cars.  That Anthony was the
person that, I would say, he is, in
layman's terms, was driving, you know,
the car.  He was the one that was making
the decisions of how to pay off cars,
when to pay off cars.

         Q       He was making those
decisions, but was it Danny O'Sullivan,
was it his job to then make those
payments or not make those payments, was
he the one that was doing it?

         A       He would be part of the
people that would do it, yeah,
absolutely.

         Q       Who, besides Danny
O'Sullivan, was actually making the
payments and not making the payments --

         A       I'm not sure.

         Q       -- as overseen by Anthony

```
1                                    256
2   Deo?
3        A      I'm not sure.
4        Q      Did, to the best of your
5   knowledge, Wendy Kwun have to do any of
6   that work?
7        A      I don't believe so, no.  The
8   answer is no, no, that wouldn't be
9   Wendy's job.  No, that would not be
10  Wendy's job, no.
11       Q      Would Melissa Beltray be
12  doing any of that work?
13       A      I don't even know that
14  Melissa worked there.  I don't believe
15  she did work there, but at least she
16  didn't work there when I -- I never saw
17  Melissa there.
18       Q      Although you were --
19       A      And I'm not dating her so I
20  don't, you know, I wouldn't know exactly,
21  but the -- but I don't believe Melissa
22  was there.
23       Q      Do you know any of the
24  employees that were at Northshore after
25  David's death?
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                      257
 2        A      No, I know Anthony had his --
 3   there is Anthony and Sarah.  I know Danny
 4   O'Sullivan was there, and I know he had a
 5   few people that were involved with the
 6   police that would be there, but I didn't
 7   know them, I never met them, I didn't --
 8   I only spoke to one or two of them, like,
 9   at the very, very end when we were trying
10   to find cars, and they knew where they
11   were located, and they helped us
12   facilitate by leaving us keys to go get
13   the cars on Anthony's direction, I guess.
14        Q      Would that be Marc Merckling
15   and Dwight Blankenship?
16        A      I would think so, yes.
17        Q      So they were helpful to you?
18        A      No, they were not helpful.
19        Q      Didn't you just say it was
20   helpful that they helped you to
21   facilitate getting back the cars?
22        A      No, I said at the end they
23   facilitated getting some cars, and trust
24   me, it was everything but helpful.  We
25   had cars splattered all over Long Island,
```

*Rich Moffett Court Reporting, Inc.*

258

and so I -- when you lose 5, $6 million,
not much you're going to say is helpful.

Q    And that 5, $6 million was
lost over what period of time?  I'm not
talking about when it was paid, I am
talking about when the losses themselves
occurred, do you know?

A    No, no idea.  No, I'm sure an
accountant can figure it out, and I'm
sure we can document it pretty well.

Q    Has that been done?

A    I have no idea.

Q    Well, did you direct anyone
to do that work?

A    We just wanted to -- we just
wanted to solve the problem.  We were --
just wanted to make --

Q    But who was doing the
accounting?

A    I wasn't doing the
accounting.  We just wanted to make our
bank whole.  We knew we owed our bank a
lot of money and Anthony wasn't going to
be the one paying it.

```
1                                     259
2         Q      Could any of those losses
3    have occurred during David's lifetime, if
4    you know?
5         A      I am not sure.
6         Q      Could any of those losses
7    have occurred after David's lifetime?
8         A      I'm not sure.
9         Q      So all of the losses could
10   have occurred before David died; is that
11   right?
12        A      I have no idea.
13        Q      But you do know that David
14   was aware there was wrongdoing by Anthony
15   Deo at the dealership because he told you
16   so, right?
17        A      He told me that my
18   mother-in-law and him had to go late at
19   night in order to go get cars because
20   they were -- Sarah was locking up titles,
21   and I don't know exactly what happened.
22               I know I was very
23   disappointed that this whole thing was
24   happening to my mother-in-law had to deal
25   with this, and my father-in-law was
```

*Rich Moffett Court Reporting, Inc.*

```
1                                            260
2   upset.
3        Q      But you weren't involved in
4   the dealership at that time anyway,
5   right?
6        A      No.
7        Q      What have you done since you
8   were involved in the dealership to find
9   out what went wrong before you were
10  involved in the dealership, did you do
11  anything to investigate that?
12       A      No.
13       Q      So if maybe these differences
14  were resolved as between Anthony and
15  David Baron, you wouldn't know that; is
16  that correct?
17       A      I don't know what happened
18  between Anthony and my father-in-law.
19       Q      Okay, thank you.  I
20  appreciate that.
21            MR. THOMASSON:  I have no
22         further questions at this time.
23            MR. KATAEV:  Ariel, do you
24         have any questions?
25            MS. RONNEBURGER:  I don't
```

```
1                                    261

2      have any questions.

3             MR. KATAEV:  Let's go off the

4      record.

5             MR. SHANKS:  Actually,

6      Emanuel, before we go off the

7      record, I asked a question, and

8      Mr. Thomasson was very good at

9      evading it, is Mr. Jeffrey Benjamin

10     on this call?

11            Okay, so counsel for the

12     defendants, other than

13     Mr. Thomasson, has not attended

14     today.  Okay.

15            MR. KATAEV:  There are

16     counsel for Libertas who are not

17     here either.

18            MR. SHANKS:  Right.

19            I would like that in the

20     record.  Thank you.

21            MR. KATAEV:  I think we can

22     let the witness go, and if you want

23     to talk about some housekeeping

24     stuff.

25            (Time noted:  4:08 p.m.)
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                          262

 2              A C K N O W L E D G M E N T

 3

 4   STATE OF NEW YORK   )
                         :ss
 5   COUNTY OF           )

 6

 7              I, JOSHUA AARONSON, hereby certify

 8         that I have read the transcript of my

 9         testimony taken under oath in my

10         deposition of January 7, 2026; that

11         the transcript is a true, complete and

12         correct record of my testimony, and

13         that the answers on the record as

14         given by me are true and correct.

15

16

17              _____

18                   JOSHUA AARONSON

19

20

21   Signed and subscribed to before
     me, this            day
22   of                   , 2026.

23

24   _____
     Notary Public, State of New York

25
```

```
1                                               263
2        --------------- I N D E X -------------------
3     WITNESS                 EXAMINATION BY        PAGE
4     JOSHUA AARONSON    MR. THOMASSON              5
5     MOTION:  PAGE:  99
6        ------------ DOCUMENT  REQUEST ----------------
7     PAGE:  242    Documents on behalf of
8                       plaintiffs to law enforcement
9                       re Northshore or 189 Sunrise
10       ---------------- EXHIBITS -------------------
11    DEFENDANTS'                                  DEEMED
12        A       Department of the Treasury
13                Internal Revenue Service
14                document                         55
15        B       Northshore Assignment of
16                Lease and Lease Modification     56
17        C       Business Depository Certificate
18                from Chase Bank                  60
19        D       Check Payable to David Baron
20                dated February 12, 2021          62
21        E       Lease dated June 15, 2021        68
22        F       Stock Sale Agreement dated
23                May 17, 2021                     71
24        G       Email Chain                      88
25
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                          264

 2      -----------I N D E X(Cont'd)---------------

 3      -----------EXHIBITS (Continued)-----------

 4  DEFENDANTS'                         DEEMED

 5        R       Business Account and

 6                Signers' Form                104

 7        S       Nassau County Police

 8                Department Case Report       108

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
1                                                    265

2                    C E R T I F I C A T E

3

  STATE OF NEW YORK  )

4                    ) ss.:

  COUNTY OF NASSAU   )

5

6            I, DIANA MITCHELL, a Notary

7       Public within and for the State of New

8       York, do hereby certify:

9            That JOSHUA AARONSON, the

10      witness whose deposition is

11      hereinbefore set forth, was duly sworn

12      by me and that such deposition is a

13      true record of the testimony given by

14      such witness.

15           I further certify that I am not

16      related to any of the parties to this

17      action by blood or marriage; and that I

18      am in no way interested in the outcome

19      of this matter.

20           IN WITNESS WHEREOF, I have

21      hereunto set my hand this 20th day of

22      January, 2026.

23

24           -------------------------

25                 DIANA MITCHELL
```

*Rich Moffett Court Reporting, Inc.*

```
1                                              266
2                  C E R T I F I C A T E
3
   STATE OF NEW YORK   )
4                      ) ss.:
   COUNTY OF NASSAU    )
5
6             I, Diana Mitchell, a Notary
7         Public within and for the State of New
8         York, do hereby certify:
9             That JOSHUA AARONSON, the
10        witness whose deposition is
11        hereinbefore set forth, was duly sworn
12        by me and that such deposition is a
13        true record of the testimony given by
14        such witness.
15            I further certify that I am not
16        related to any of the parties to this
17        action by blood or marriage; and that I
18        am in no way interested in the outcome
19        of this matter.
20            IN WITNESS WHEREOF, I have
21        hereunto set my hand this 20th day of
22        January, 2026.
23
24                 Diana Mitchell
          - - - - - - - - - - - - - - - - - - - - -
25                 DIANA MITCHELL
```

*Rich Moffett Court Reporting, Inc.*

# $

**$10,000** [8] - 63:10, 64:5, 64:23, 65:13, 69:4, 71:5, 228:7, 228:24
**$50,000** [2] - 230:6, 232:10
**$735,000** [9] - 108:18, 108:23, 150:22, 153:10, 153:16, 154:16, 160:17, 165:6, 166:3

# '

**'21** [1] - 228:21
**'22** [3] - 92:2, 93:7, 210:15
**'buyer** [1] - 83:16
**'company** [1] - 84:6
**'seller** [1] - 83:10

# 1

**1** [3] - 12:14, 43:12, 54:8
**100** [33] - 18:9, 22:16, 28:6, 38:20, 45:9, 64:3, 76:11, 80:23, 83:24, 85:5, 92:21, 95:14, 103:21, 107:23, 113:22, 124:8, 133:12, 139:7, 139:21, 139:23, 158:23, 159:12, 162:6, 177:10, 177:12, 183:24, 184:24, 215:8, 222:7, 234:20, 234:23, 240:19, 246:14
**10170-0002** [1] - 2:20
**104** [1] - 264:6
**108** [1] - 264:8
**10:07** [1] - 1:20
**11** [1] - 111:6
**11/8/18** [1] - 106:3
**11423-2327** [1] - 2:8
**11553** [1] - 3:11
**11576** [1] - 5:15
**11793** [1] - 3:6
**11:03** [1] - 54:22
**11:30** [2] - 54:24, 55:4
**12** [6] - 63:3, 70:16, 158:7, 228:21, 228:23, 263:20
**1239** [2] - 1:8, 179:12
**12th** [1] - 68:18
**1339** [1] - 3:18

**15** [7] - 12:18, 13:18, 71:10, 73:4, 73:11, 74:9, 263:21
**1580** [2] - 1:7, 178:20
**1581** [6] - 1:6, 176:17, 177:2, 177:4, 177:18, 178:13
**1591** [2] - 1:7, 178:24
**15th** [2] - 71:24, 92:23
**1632** [2] - 1:7, 179:8
**16th** [1] - 71:23
**17** [2] - 80:7, 263:23
**18211** [1] - 2:7
**189** [94] - 1:4, 1:17, 2:12, 63:20, 63:25, 66:13, 67:2, 67:9, 68:19, 71:7, 73:17, 73:19, 74:19, 74:24, 75:3, 75:8, 75:13, 78:2, 78:13, 88:25, 95:2, 97:4, 97:17, 98:10, 109:8, 110:4, 110:11, 110:21, 111:10, 112:2, 112:3, 112:13, 112:14, 112:19, 112:20, 112:24, 113:13, 114:24, 151:12, 151:17, 153:8, 154:21, 154:25, 155:5, 156:20, 159:15, 172:18, 173:7, 173:25, 174:5, 174:10, 174:18, 174:24, 175:9, 175:22, 176:2, 210:2, 213:16, 213:18, 220:6, 220:14, 220:22, 222:2, 222:13, 228:8, 228:9, 228:11, 229:2, 229:5, 229:14, 229:22, 230:4, 230:12, 230:17, 230:25, 231:15, 233:13, 233:24, 234:6, 236:17, 237:7, 237:15, 239:12, 240:14, 241:8, 241:13, 242:14, 243:17, 245:15, 246:2, 250:7, 263:9
**189's** [2] - 115:4, 229:18
**19107** [1] - 3:19

# 2

**2** [3] - 104:23, 156:12
**20** [3] - 15:7, 15:14, 16:11
**2001** [1] - 8:2
**2002** [1] - 8:2
**2003** [3] - 13:5, 13:9, 13:14
**2017** [2] - 34:22, 35:17
**2018** [3] - 58:25, 61:7, 106:22
**2020** [1] - 92:23
**2021** [31] - 18:14, 36:12, 63:3, 68:18, 70:16, 71:10, 71:16, 71:24, 73:4, 73:11, 73:22, 74:9, 80:7, 97:4, 99:4, 99:16, 107:12, 107:19, 107:20, 107:24, 228:14, 228:15, 228:23, 229:8, 229:14, 229:23, 245:24, 246:3, 263:20, 263:21, 263:23
**2022** [50] - 27:15, 28:21, 29:6, 29:17, 31:19, 33:7, 34:6, 39:3, 43:4, 43:9, 75:4, 75:9, 75:13, 94:5, 94:14, 94:23, 94:23, 95:5, 95:11, 107:16, 108:17, 110:11, 111:9, 111:23, 112:4, 112:12, 112:18, 112:23, 113:14, 113:19, 114:23, 119:10, 121:19, 155:2, 155:3, 155:4, 160:18, 175:3, 175:10, 175:23, 176:4, 176:9, 176:14, 209:25, 212:3, 212:24, 226:17, 228:14, 239:21, 247:3
**2023** [2] - 70:5, 214:2
**2024** [4] - 78:21, 79:18, 239:14, 239:17
**2026** [6] - 1:20, 211:14, 262:10, 262:22, 265:22, 266:22
**20th** [3] - 58:25, 265:21, 266:21
**23** [4] - 1:9, 2:18,

183:9, 185:22
**2320** [1] - 2:19
**242** [1] - 263:7
**25** [4] - 8:8, 15:12, 15:14, 61:7
**2519** [2] - 1:8, 179:16
**25th** [1] - 107:13
**2:00** [1] - 156:6
**2:11** [1] - 193:22
**2:15** [3] - 155:16, 186:21, 186:25
**2:20** [1] - 186:22
**2:23-cv-6188** [1] - 1:10
**2:30** [1] - 155:21

# 3

**3** [2] - 156:12, 186:19
**30** [1] - 10:12
**3280** [1] - 3:5
**333** [1] - 3:10
**3:00** [3] - 187:2, 193:13, 193:16
**3:02** [1] - 194:14

# 4

**4** [11] - 83:20, 84:9, 84:16, 86:16, 86:23, 87:2, 120:17, 120:19, 120:24, 172:13, 254:5
**420** [1] - 2:19
**445** [1] - 183:9
**446** [3] - 1:8, 2:17, 185:22
**49** [1] - 87:12
**4:08** [1] - 261:25

# 5

**5** [13] - 96:11, 120:17, 120:19, 120:24, 172:13, 186:13, 195:16, 203:18, 254:5, 258:2, 258:4, 263:4
**5,000** [1] - 31:2
**50,000** [1] - 30:25
**500** [1] - 3:18
**55** [2] - 5:14, 263:14
**56** [1] - 263:16
**5th** [2] - 93:7, 93:8

# 6

**6** [6] - 93:23, 172:13, 203:18, 254:5, 258:2, 258:4
**6/9/76** [1] - 8:5

**60** [2] - 87:15, 263:18
**62** [1] - 263:20
**68** [1] - 263:21

# 7

**7** [3] - 1:20, 211:14, 262:10
**71** [1] - 263:23
**735** [2] - 173:2, 177:24
**76** [4] - 1:8, 2:17, 179:20, 179:22

# 8

**8** [1] - 100:17
**88** [1] - 263:24

# 9

**90** [2] - 207:6, 207:18
**9618** [1] - 170:6
**99** [4] - 43:11, 54:7, 100:23, 263:5

# A

**a.m** [1] - 1:20
**Aaron** [1] - 91:8
**AARONSON** [2] - 1:5, 1:23, 262:7, 262:18, 263:4, 265:9, 266:9
**Aaronson** [93] - 2:14, 5:10, 5:19, 6:10, 10:25, 11:9, 16:14, 16:16, 20:14, 22:2, 23:24, 25:13, 28:21, 34:21, 35:10, 44:17, 45:6, 45:16, 48:17, 50:19, 51:12, 52:3, 53:23, 55:3, 55:10, 58:6, 64:24, 65:3, 69:20, 73:7, 88:8, 90:20, 90:23, 92:15, 94:10, 96:6, 98:17, 98:22, 101:19, 102:18, 103:3, 104:4, 104:16, 105:9, 108:10, 124:22, 127:5, 128:16, 132:22, 141:21, 142:20, 142:25, 145:5, 149:5, 150:14, 152:2, 154:21, 156:18, 165:5, 166:16, 167:5, 167:11, 170:4, 170:16, 172:17, 180:7, 182:10, 185:5, 185:24,

192:13, 194:19,
200:2, 200:7, 205:2,
205:16, 206:7,
213:17, 216:24,
217:13, 218:20,
219:24, 220:19,
228:6, 230:17,
232:4, 232:15,
239:10, 242:21,
243:3, 244:7, 246:6,
247:4, 248:3
**ability** [2] - 23:7,
104:19
**able** [4] - 6:6, 55:15,
66:17, 109:6
**Aboyoun** [4] - 81:25,
82:9, 82:14, 82:16
**Aboyoun's** [1] - 81:24
**absolutely** [1] -
255:20
**access** [12] - 40:4,
109:14, 113:23,
113:24, 114:4,
133:13, 134:2,
134:4, 134:15,
134:17, 134:18,
134:20
**according** [7] - 64:18,
86:14, 86:16, 92:19,
107:20, 107:21,
150:9
**account** [34] - 60:21,
60:23, 61:20, 62:5,
62:10, 105:12,
105:19, 106:21,
106:25, 107:2,
108:19, 108:24,
109:7, 110:3, 110:5,
111:11, 112:3,
112:14, 113:20,
132:11, 132:15,
133:6, 134:7,
134:12, 134:20,
134:25, 135:4,
135:9, 148:22,
148:25, 149:2,
149:11, 173:7,
198:18
**Account** [3] - 104:13,
105:9, 264:5
**accountant** [14] -
45:25, 46:22, 47:3,
89:10, 91:11, 91:12,
91:15, 92:12, 99:24,
100:6, 120:11,
165:2, 184:23,
258:10
**accountants** [3] -
174:22, 175:7, 218:4
**accountholder** [1] -

113:13
**accounting** [20] - 9:8,
9:10, 9:17, 9:20,
44:2, 44:22, 46:24,
47:5, 51:4, 91:18,
91:19, 91:23, 97:20,
97:23, 100:3, 100:8,
175:18, 175:19,
258:20, 258:22
**accounts** [28] - 34:17,
34:25, 35:12, 35:19,
35:22, 36:7, 40:2,
40:5, 40:9, 110:9,
112:19, 112:25,
114:25, 127:12,
127:17, 127:20,
132:19, 147:18,
150:5, 172:19,
172:22, 172:24,
196:22, 197:9,
206:18, 251:6,
254:24
**accurate** [4] - 47:18,
124:9, 163:15,
250:15
**acquire** [2] - 83:23,
86:21
**acting** [2] - 116:17,
116:18
**action** [3] - 79:16,
265:17, 266:17
**actions** [4] - 117:11,
144:13, 218:19,
222:15
**active** [2] - 237:4,
238:2
**add** [2] - 105:15, 206:2
**added** [3] - 61:16,
105:19, 105:23
**adding** [2] - 106:20,
106:24
**address** [7] - 5:12,
5:13, 62:8, 89:19,
89:21, 90:2, 250:10
**administer** [1] - 4:16
**advantage** [1] - 224:8
**advised** [1] - 28:9
**advisement** [1] -
242:17
**affairs** [2] - 118:14,
154:21
**afford** [1] - 23:6
**afternoon** [1] - 55:2
**afterwards** [1] - 76:13
**agencies** [8] - 220:25,
221:2, 221:4, 221:5,
222:4, 222:5,
236:20, 237:9
**agency** [2] - 236:23,
238:15

**ago** [14] - 10:12, 49:9,
49:20, 70:8, 79:4,
79:17, 160:15,
169:22, 169:25,
170:20, 213:15,
229:17, 249:10,
249:11
**agree** [8] - 24:9,
24:12, 24:15, 73:21,
84:23, 134:8, 229:3,
229:6
**AGREED** [3] - 4:3, 4:9,
4:14
**agreed** [1] - 107:25
**agreeing** [1] - 173:14
**Agreement** [2] - 80:7,
263:22
**agreement** [9] - 80:14,
80:18, 80:22, 83:4,
181:21, 181:23,
234:5, 234:7, 234:13
**ahead** [5] - 8:20,
76:21, 103:14,
141:13, 192:15
**ahold** [1] - 32:5
**Albany** [1] - 22:8
**alive** [2] - 111:14,
111:22
**ALIVIA** [1] - 3:24
**allegation** [2] -
195:15, 196:15
**allegations** [7] -
203:23, 222:23,
223:2, 223:5, 223:8,
223:11, 223:14
**allow** [5] - 28:11,
40:11, 67:15,
140:10, 197:13
**allowed** [3] - 217:23,
232:14, 238:3
**allows** [2] - 133:4,
133:5
**Ally** [6] - 117:12,
118:19, 119:2,
119:4, 210:21,
212:10
**almost** [3] - 139:8,
141:9, 237:17
**alone** [3] - 121:4,
206:9, 240:6
**ALSO** [1] - 3:22
**alternative** [1] - 103:5
**amend** [1] - 97:4
**Amityville** [2] - 63:22,
73:18
**amount** [3] - 63:10,
66:9, 127:3
**AND** [3] - 4:2, 4:8,
4:13
**answer** [45] - 21:20,

24:25, 25:9, 35:4,
36:2, 41:22, 52:19,
52:21, 52:24, 53:20,
71:5, 76:22, 85:3,
85:5, 94:10, 94:11,
94:15, 94:16, 97:22,
98:7, 102:8, 102:10,
102:17, 131:18,
135:12, 152:20,
159:17, 164:19,
172:16, 177:21,
177:25, 183:4,
183:10, 192:16,
197:25, 199:19,
205:8, 207:14,
216:13, 220:9,
244:6, 244:18,
252:11, 255:3, 256:8
**answered** [8] - 21:17,
25:5, 114:7, 152:10,
152:19, 159:17,
230:18, 236:20
**answering** [2] -
197:15, 230:22
**answers** [6] - 50:9,
53:10, 53:18,
151:20, 216:21,
262:13
**antennas** [1] - 137:17
**Anthony** [224] - 2:6,
18:8, 18:15, 18:21,
19:18, 29:21, 30:12,
30:22, 30:24, 31:12,
31:14, 33:2, 36:22,
39:4, 39:10, 39:14,
39:17, 39:25, 40:8,
40:14, 41:8, 41:10,
43:11, 43:17, 44:19,
45:8, 45:17, 47:2,
47:4, 49:11, 49:24,
50:25, 51:8, 51:17,
52:3, 54:6, 58:18,
59:3, 59:22, 61:15,
66:25, 67:16, 67:20,
67:23, 70:11, 70:24,
73:13, 73:22, 74:4,
74:8, 74:17, 75:16,
75:25, 76:8, 77:18,
77:25, 78:7, 79:14,
80:16, 81:6, 81:11,
81:19, 83:14, 84:13,
84:20, 86:11, 86:20,
87:16, 89:14, 90:21,
92:12, 92:20, 94:5,
94:13, 95:20, 95:25,
96:8, 98:12, 100:23,
103:20, 107:22,
117:5, 117:6,
117:11, 117:15,
117:21, 117:25,

118:2, 121:4, 121:9,
122:5, 123:4, 124:2,
124:3, 124:13,
124:14, 124:15,
124:23, 125:2,
127:16, 127:21,
127:23, 128:18,
129:10, 129:14,
129:17, 129:24,
130:7, 130:20,
131:2, 131:4,
131:11, 131:14,
132:4, 133:14,
133:17, 133:19,
134:20, 135:14,
135:20, 135:24,
136:5, 136:23,
136:25, 137:8,
137:13, 137:18,
137:20, 138:15,
138:20, 139:3,
139:13, 142:21,
144:2, 144:13,
144:22, 145:9,
147:20, 148:11,
148:15, 148:19,
148:23, 149:9,
149:14, 150:25,
160:24, 161:5,
161:12, 161:14,
161:21, 162:11,
164:21, 164:25,
172:9, 172:15,
173:17, 173:23,
174:7, 174:12,
174:23, 178:8,
181:13, 182:5,
183:19, 183:21,
185:14, 186:14,
187:11, 194:20,
194:25, 199:7,
199:18, 201:14,
202:7, 203:12,
206:13, 206:18,
206:25, 207:4,
207:11, 207:12,
207:13, 209:2,
211:5, 215:18,
219:2, 222:20,
222:22, 223:15,
223:19, 225:12,
225:24, 226:6,
226:11, 226:14,
229:18, 230:7,
231:14, 232:8,
233:11, 234:5,
234:14, 234:25,
235:9, 235:12,
241:20, 242:3,
248:2, 248:6, 248:8,
248:11, 253:20,

254:17, 255:5, 255:7, 255:25, 257:2, 257:3, 258:24, 259:14, 260:14, 260:18
**anthony** [1] - 235:3
**ANTHONY** [4] - 1:4, 1:11, 3:23, 3:23
**Anthony's** [6] - 59:25, 80:20, 87:18, 97:3, 203:15, 257:13
**anthonyd@ northshoremotors1 .com** [1] - 89:18
**anytime** [1] - 36:7
**anyway** [1] - 260:4
**apart** [1] - 154:20
**apologies** [1] - 214:24
**apologize** [5] - 17:14, 52:20, 111:21, 143:4, 244:3
**application** [1] - 55:19
**applied** [3] - 23:23, 56:5, 56:9
**apply** [1] - 205:15
**appreciate** [1] - 260:20
**approached** [1] - 103:9
**approval** [6] - 40:7, 40:20, 41:13, 47:22, 49:18, 49:22
**approve** [5] - 44:9, 50:6, 97:7, 101:21, 226:20
**Approved** [1] - 96:13
**approved** [23] - 44:15, 44:18, 45:7, 48:19, 49:10, 49:11, 49:14, 52:3, 54:6, 97:16, 97:24, 101:12, 101:15, 101:23, 102:21, 103:19, 162:15, 163:13, 174:6, 176:3, 176:13, 226:16
**approving** [15] - 43:9, 44:19, 50:3, 50:25, 52:9, 96:20, 97:10, 101:4, 101:10, 103:4, 103:16, 103:17, 104:7, 133:20, 134:6
**argument** [3] - 192:22, 230:3, 231:13
**ARIEL** [1] - 3:12
**ariel** [1] - 260:23
**arrangement** [2] - 23:17, 23:19
**arrangements** [2] -

233:8, 233:11
**arrows** [1] - 104:23
**ASAD** [1] - 1:6
**Asad** [22] - 2:15, 20:18, 22:5, 23:3, 24:20, 26:16, 26:23, 40:23, 41:16, 42:4, 42:9, 42:15, 43:5, 75:7, 122:19, 143:20, 148:9, 192:8, 192:24, 245:4, 245:7, 245:9
**aside** [1] - 151:4
**assert** [1] - 205:10
**asserting** [1] - 204:25
**Assignment** [3] - 56:13, 58:2, 263:15
**assignment** [1] - 58:7
**assist** [1] - 10:21
**associated** [2] - 22:18, 158:18
**assume** [4] - 162:11, 231:13, 232:8, 232:11
**assumed** [1] - 45:22
**assuming** [1] - 230:2
**attached** [3] - 78:19, 97:5, 99:7
**attachment** [1] - 101:16
**attempted** [2] - 125:14, 138:14
**attempting** [1] - 45:14
**attended** [1] - 261:13
**attorney** [10] - 5:21, 82:2, 82:3, 82:10, 82:21, 189:5, 200:2, 205:7, 205:13, 207:19
**attorneys** [8] - 4:3, 82:24, 207:7, 208:4, 208:9, 208:15, 208:23, 222:9
**Attorneys** [4] - 2:4, 2:12, 3:9, 3:15
**audio** [1] - 193:19
**authorities** [1] - 226:18
**authority** [7] - 40:14, 41:4, 43:4, 46:12, 46:19, 134:12, 198:18
**authorize** [7] - 46:14, 120:9, 135:7, 135:13, 203:10, 244:23, 245:5
**authorized** [19] - 4:16, 40:22, 41:9, 116:13, 127:19, 129:18, 130:7, 134:23,

135:20, 136:17, 137:24, 138:20, 164:20, 164:23, 198:16, 198:22, 198:25, 199:3, 199:10
**auto** [3] - 82:20, 121:21, 200:11
**Auto** [99] - 2:5, 2:13, 2:16, 2:18, 12:8, 12:11, 13:8, 13:20, 14:2, 14:5, 14:6, 14:7, 14:11, 14:12, 14:13, 14:21, 18:4, 19:9, 63:14, 63:17, 64:7, 69:7, 69:16, 82:22, 82:24, 88:20, 90:23, 91:15, 91:21, 110:9, 110:10, 110:21, 110:24, 114:23, 115:2, 115:3, 115:6, 117:7, 119:3, 130:22, 130:24, 141:3, 141:6, 142:9, 142:13, 147:16, 147:21, 148:3, 149:2, 158:2, 160:20, 164:7, 164:11, 173:10, 173:12, 173:18, 176:18, 176:22, 177:3, 177:5, 177:18, 178:13, 178:21, 178:25, 179:4, 179:8, 179:13, 179:16, 183:9, 184:8, 184:10, 184:12, 184:14, 184:15, 184:19, 184:25, 185:22, 190:22, 191:4, 191:7, 195:13, 214:21, 215:2, 217:16, 217:18, 218:16, 243:12, 243:15, 249:14, 250:11, 250:13, 250:14, 250:16, 250:19, 251:22, 252:4, 252:22
**AUTO** [11] - 1:4, 1:5, 1:6, 1:7, 1:7, 1:8, 1:8, 1:9, 1:17
**auto-related** [1] - 82:20
**automobiles** [2] - 209:10, 209:14
**AUTOMOTIVE** [1] -

1:14
**availability** [1] - 65:16
**Avenue** [2] - 2:7, 2:19
**aware** [117] - 16:19, 27:21, 29:6, 30:22, 34:21, 34:23, 35:17, 38:3, 42:12, 46:9, 49:9, 49:14, 60:6, 60:10, 60:11, 79:13, 81:5, 81:9, 119:15, 119:17, 119:22, 123:20, 124:18, 132:20, 135:11, 137:19, 139:5, 148:12, 148:16, 151:11, 151:13, 152:4, 152:6, 152:7, 152:9, 152:18, 153:3, 153:5, 153:6, 153:9, 155:7, 162:3, 162:6, 165:13, 175:5, 175:24, 176:5, 176:10, 176:15, 180:14, 181:22, 183:9, 184:2, 184:6, 187:4, 187:9, 187:16, 187:17, 187:21, 187:25, 188:5, 188:9, 188:11, 188:12, 188:24, 189:8, 189:10, 189:12, 189:16, 191:24, 191:25, 192:7, 192:9, 192:10, 192:22, 193:3, 193:5, 193:7, 196:22, 201:13, 209:19, 209:20, 211:7, 211:10, 211:13, 211:17, 215:12, 215:16, 216:24, 217:3, 217:5, 219:24, 220:20, 221:2, 221:6, 222:25, 223:4, 223:7, 223:10, 223:13, 228:6, 229:21, 230:9, 233:22, 234:8, 234:16, 237:5, 237:11, 241:15, 243:16, 245:2, 245:11, 245:14, 248:19, 249:8, 259:14

---

**B**

---

**B-1** [1] - 100:18
**Background** [1] -

73:15
**bad** [7] - 76:3, 136:13, 138:2, 138:5, 138:7, 138:13, 168:4
**badge** [1] - 224:9
**Bank** [9] - 3:9, 60:15, 117:12, 118:19, 119:2, 119:4, 210:21, 212:10, 263:18
**BANK** [2] - 1:16, 1:17
**bank** [47] - 28:25, 29:3, 30:14, 30:20, 32:8, 34:16, 34:24, 35:11, 35:18, 35:22, 36:7, 40:2, 40:5, 40:9, 43:24, 60:21, 61:19, 66:4, 105:19, 109:15, 109:16, 112:3, 115:24, 127:2, 129:6, 129:12, 132:11, 132:15, 132:19, 133:6, 136:14, 147:18, 161:23, 162:20, 162:23, 162:25, 173:25, 196:21, 197:9, 198:18, 199:18, 206:18, 212:15, 253:5, 254:24, 258:23
**banks** [9] - 45:3, 45:19, 51:18, 109:10, 115:8, 123:10, 196:12, 197:13, 253:23
**bar** [1] - 238:7
**Barn** [1] - 14:3
**BARON** [3] - 1:5, 1:6, 1:6
**Baron** [89] - 2:14, 2:15, 2:16, 13:8, 13:12, 13:19, 14:4, 14:6, 14:7, 14:11, 19:21, 20:15, 20:18, 22:6, 23:2, 24:21, 26:16, 26:23, 33:2, 36:11, 40:23, 41:16, 42:2, 42:10, 42:23, 43:5, 63:2, 63:9, 69:3, 75:12, 75:15, 80:15, 80:17, 81:6, 81:12, 82:4, 82:7, 83:5, 84:3, 84:11, 84:12, 84:18, 85:21, 86:10, 86:11, 86:25, 87:20, 87:24, 87:25, 105:15, 106:5, 106:21, 106:24,

107:14, 110:25,
111:2, 111:9,
111:14, 111:17,
111:19, 111:20,
111:22, 112:2,
112:18, 115:21,
122:18, 136:25,
137:2, 138:14,
138:15, 138:19,
143:17, 143:18,
149:12, 149:18,
149:25, 202:10,
229:10, 229:11,
243:23, 243:24,
260:15, 263:19
**Baron's** [14] - 18:16,
39:2, 40:3, 40:20,
40:24, 42:8, 42:17,
43:3, 87:21, 113:25,
114:4, 114:12,
134:21, 135:21
**based** [9] - 10:6, 21:8,
37:14, 115:5,
118:12, 205:8,
205:10, 238:11,
238:14
**basis** [1] - 100:4
**became** [1] - 230:7
**become** [7] - 36:12,
51:6, 230:11,
234:25, 235:10,
236:5, 236:9
**began** [1] - 249:12
**begin** [1] - 222:11
**beginning** [4] - 50:14,
65:15, 68:21, 86:8
**behalf** [16] - 19:9,
40:24, 47:7, 73:10,
74:15, 77:25,
129:19, 149:17,
164:7, 181:11,
220:12, 232:24,
242:12, 242:21,
242:24, 263:7
**behind** [1] - 207:21
**belong** [2] - 173:10,
246:19
**belonged** [1] - 212:13
**belonging** [2] -
127:17, 210:13
**Below** [1] - 97:2
**below** [3] - 61:14,
75:18, 83:14
**Beltray** [14] - 191:11,
191:13, 191:18,
191:21, 192:2,
192:8, 192:11,
243:25, 244:8,
248:24, 250:3,
251:20, 252:22,

256:11
**Benjamin** [1] - 261:9
**Bentley** [3] - 125:9,
126:20, 127:8
**best** [2] - 26:10, 256:4
**better** [3] - 50:7,
151:25, 172:11
**between** [30] - 4:3,
15:14, 39:2, 41:16,
43:3, 76:8, 76:16,
77:9, 80:14, 92:22,
94:5, 94:13, 94:20,
169:15, 187:5,
187:22, 188:2,
188:6, 192:24,
215:13, 215:17,
216:7, 216:25,
217:6, 225:24,
234:5, 234:13,
247:25, 260:14,
260:18
**beyond** [2] - 25:3,
197:25
**big** [5] - 31:4, 56:25,
91:18, 202:15,
234:11
**birth** [1] - 8:3
**Blankenship** [9] -
37:25, 171:13,
171:15, 185:15,
188:2, 189:21,
215:15, 223:3,
257:15
**BLANKENSHIP** [1] -
1:12
**blood** [2] - 265:17,
266:17
**Blvd** [1] - 2:16
**BLVD** [6] - 1:6, 1:7,
1:7, 1:8
**boarding** [1] - 75:18
**bottom** [1] - 106:12
**bought** [2] - 126:8,
196:5
**Boulevard** [10] - 3:10,
176:17, 177:5,
177:18, 178:13,
178:20, 178:24,
179:8, 179:12,
179:16
**Box** [1] - 152:5
**break** [13] - 54:18,
54:20, 90:12,
155:16, 155:25,
156:6, 156:10,
156:12, 186:17,
186:18, 186:25,
193:11, 215:21
**breaking** [1] - 155:11
**Brian** [23] - 2:14,

20:17, 22:5, 23:3,
24:21, 26:16, 26:23,
40:22, 41:16, 42:4,
42:9, 42:15, 43:5,
66:10, 69:8, 75:2,
122:18, 143:19,
148:13, 192:11,
192:25, 244:23,
245:2
**BRIAN** [1] - 1:5
**bring** [3] - 38:16,
125:24, 142:25
**brings** [1] - 220:16
**Bronx** [4] - 12:13,
13:8, 14:7, 243:21
**brought** [3] - 79:2,
220:21, 221:15
**bucks** [1] - 203:18
**building** [6] - 27:17,
31:20, 31:23, 33:19,
33:21, 233:6
**Building** [1] - 3:17
**buildings** [1] - 151:24
**bunch** [2] - 54:25,
235:7
**Business** [5] - 60:14,
104:13, 105:9,
263:17, 264:5
**business** [114] - 6:25,
7:16, 7:21, 7:25, 8:7,
8:11, 8:25, 9:3,
10:13, 10:17, 10:19,
11:22, 19:3, 21:3,
25:21, 28:23, 29:9,
29:11, 29:16, 30:12,
31:6, 32:19, 34:21,
36:13, 36:20, 37:5,
37:8, 39:18, 40:17,
40:18, 42:6, 43:25,
55:24, 56:2, 63:25,
69:11, 69:14, 69:18,
69:20, 69:24, 72:10,
73:23, 74:18, 76:12,
77:4, 77:13, 77:14,
77:21, 89:22, 91:16,
95:13, 95:21, 98:6,
103:23, 105:12,
116:23, 117:4,
117:8, 121:17,
121:18, 121:21,
129:22, 131:12,
131:15, 131:25,
132:4, 132:8,
132:22, 135:22,
136:18, 136:19,
137:15, 137:22,
137:25, 138:21,
153:22, 159:6,
159:25, 161:18,
163:12, 169:7,

172:10, 173:20,
173:23, 180:19,
183:16, 183:19,
185:16, 185:21,
185:23, 196:3,
198:17, 198:23,
198:25, 199:4,
199:17, 214:18,
217:12, 224:12,
231:8, 231:11,
233:3, 233:8,
235:13, 235:20,
241:23, 243:9,
246:7, 246:20,
248:12, 248:14,
250:9, 250:10,
252:25
**businesses** [19] -
56:3, 89:5, 95:6,
95:8, 96:4, 98:2,
159:15, 159:20,
180:24, 185:9,
186:2, 186:3, 186:7,
186:9, 191:15,
207:22, 224:4,
231:16, 243:19
**but..** [2] - 72:11,
101:10
**button** [1] - 130:17
**buy** [1] - 126:12
**buyer** [3] - 83:22,
83:23, 86:20
**BUYERS** [1] - 1:12
**buying** [1] - 82:19
**BY** [9] - 2:9, 2:21,
3:12, 5:17, 194:18,
216:23, 239:9,
243:2, 263:3

# C

**cahoots** [1] - 224:3
**cancel** [1] - 118:5
**cannot** [6] - 186:8,
195:22, 197:7,
199:20, 200:18,
200:21
**capability** [2] - 35:11,
35:18
**capacity** [3] - 150:15,
150:16, 188:19
**capital** [1] - 83:24
**CAPITAL** [1] - 1:15
**car** [29] - 7:15, 7:21,
7:24, 8:6, 8:10, 8:25,
9:3, 11:21, 28:2,
28:4, 123:21,
125:11, 125:24,
125:25, 126:2,
126:4, 126:8,

126:16, 130:15,
137:14, 146:18,
146:22, 146:25,
152:25, 243:8,
250:6, 253:5, 255:10
**CAR** [1] - 1:12
**care** [4] - 11:15, 50:18,
137:22, 157:21
**career** [3] - 121:18,
202:17, 203:16
**carried** [1] - 33:18
**CARS** [2] - 1:13, 1:13
**cars** [79] - 29:3, 30:16,
30:17, 30:22, 30:24,
31:2, 43:24, 75:20,
95:23, 117:5, 122:6,
122:10, 122:25,
124:16, 124:18,
124:23, 125:2,
125:4, 125:6,
125:13, 125:16,
125:20, 126:17,
126:24, 126:25,
127:25, 128:8,
128:20, 129:2,
129:6, 129:13,
129:14, 129:15,
131:10, 137:12,
141:7, 141:16,
142:3, 144:23,
145:7, 145:10,
145:24, 146:10,
195:9, 195:11,
196:5, 196:13,
210:2, 210:11,
210:13, 210:17,
212:2, 212:7,
212:11, 212:13,
212:23, 213:8,
214:7, 214:9, 215:3,
215:9, 251:7,
253:10, 253:13,
253:15, 253:18,
253:21, 253:23,
253:24, 255:6,
255:7, 255:11,
255:12, 257:10,
257:13, 257:21,
257:23, 257:25,
259:19
**Case** [3] - 1:10, 108:7,
264:8
**case** [19] - 69:23,
111:5, 142:16,
142:20, 142:25,
154:9, 166:8,
167:22, 183:13,
185:2, 185:10,
187:12, 197:4,
209:8, 209:15,

209:18, 209:21, 223:18, 246:25
**cases** [1] - 240:10
**cash** [9] - 65:18, 123:7, 123:8, 123:12, 123:16, 124:14, 145:17, 147:6, 199:16
**cashed** [3] - 65:23, 68:3, 68:5
**categorization** [1] - 21:15
**categorize** [1] - 128:13
**categorized** [1] - 21:23
**category** [4] - 10:17, 10:19, 10:20
**caused** [19] - 27:16, 108:23, 121:4, 121:16, 144:2, 148:11, 148:15, 148:19, 148:23, 149:8, 149:14, 150:17, 150:25, 153:21, 167:24, 168:2, 169:7, 206:25, 207:20
**cc** [1] - 89:15
**cc's** [2] - 90:21, 96:7
**century** [4] - 8:16, 15:9, 15:16, 15:21
**certain** [4] - 44:24, 88:11, 174:13, 235:16
**certainly** [7] - 11:21, 93:20, 140:22, 147:15, 199:25, 234:11, 252:3
**Certificate** [2] - 60:14, 263:17
**certification** [1] - 4:6
**certify** [5] - 262:7, 265:8, 265:15, 266:8, 266:15
**cetera** [2] - 195:9, 195:10
**Chabrier** [21] - 2:14, 20:17, 22:5, 23:3, 24:21, 26:16, 26:23, 40:23, 41:17, 42:4, 42:9, 42:16, 43:5, 66:10, 75:3, 122:18, 143:19, 148:13, 192:25, 229:10, 244:23
**CHABRIER** [1] - 1:5
**Chabrier's** [1] - 192:11
**Chain** [2] - 88:5,

263:24
**chain** [5] - 88:11, 90:20, 227:10, 227:11, 227:14
**chance** [3] - 59:7, 128:10, 145:5
**changed** [3] - 12:20, 172:8, 230:13
**changes** [1] - 133:4
**channels** [1] - 200:14
**characterize** [1] - 139:8
**characterizing** [1] - 128:7
**charge** [7] - 34:16, 34:24, 35:3, 36:7, 116:3, 132:15, 254:23
**charged** [2] - 191:21, 192:2
**CHASE** [1] - 1:17
**Chase** [5] - 60:15, 60:23, 132:24, 132:25, 263:18
**Check** [2] - 62:25, 263:19
**check** [16] - 63:9, 64:5, 64:10, 64:19, 64:23, 65:6, 65:11, 65:13, 65:18, 65:22, 65:25, 66:7, 67:3, 68:25, 71:4, 135:8
**checked** [1] - 175:6
**checking** [1] - 39:21
**checks** [16] - 40:8, 40:12, 67:14, 119:2, 119:4, 119:6, 119:9, 134:24, 135:5, 228:7, 228:13, 228:15, 228:22, 228:23, 228:24, 229:7
**Chestnut** [1] - 3:18
**child** [1] - 125:24
**Cho** [1] - 155:21
**choice** [2] - 116:10, 116:13
**chose** [3] - 117:17, 150:24, 181:8
**Chrysler** [1] - 12:14
**circle** [1] - 104:24
**circumstance** [2] - 18:24, 23:19
**circumstances** [3] - 18:20, 23:17, 183:4
**cite** [1] - 165:17
**Citrin** [21] - 43:10, 45:25, 46:3, 46:6, 46:8, 46:14, 46:19, 89:10, 90:6, 90:22,

91:3, 91:12, 91:14, 91:17, 91:22, 97:6, 164:6, 164:17, 164:23, 218:4, 218:8
**City** [2] - 14:12, 180:4
**civil** [1] - 224:17
**civilization** [1] - 166:19
**claim** [1] - 216:17
**clarify** [2] - 94:9, 205:5
**Clarkstown** [1] - 6:11
**class** [3] - 9:7, 9:10, 9:20
**classes** [7] - 9:7, 9:17, 9:24, 10:5, 10:8, 10:10, 55:24
**classroom** [1] - 8:23
**clean** [3] - 116:4, 116:14, 137:22
**cleaning** [3] - 116:9, 116:19, 116:22
**clear** [6] - 20:10, 53:12, 53:14, 167:20, 207:10, 216:10
**clearing** [1] - 149:6
**click** [1] - 104:24
**client** [5] - 53:9, 151:19, 181:9, 216:13, 216:21
**close** [3] - 28:20, 29:2, 29:9
**closed** [6] - 27:15, 28:22, 29:7, 29:9, 29:16, 70:19
**closing** [1] - 116:4
**co** [21] - 74:16, 74:17, 78:9, 78:14, 143:6, 165:23, 166:8, 167:3, 167:15, 167:18, 168:11, 168:16, 168:24, 171:5, 171:16, 171:21, 172:2, 172:23, 180:12, 185:8, 185:17
**CO** [1] - 1:16
**co-plaintiffs** [21] - 74:16, 74:17, 78:9, 78:14, 143:6, 165:23, 166:8, 167:3, 167:15, 167:18, 168:11, 168:16, 168:24, 171:5, 171:16, 171:21, 172:2, 172:23, 180:12, 185:8, 185:17
**COAST** [6] - 1:13, 1:13, 1:14, 1:14,

1:15
**Coast** [9] - 72:2, 72:5, 72:13, 72:18, 72:20, 73:2, 73:10, 74:5, 77:25
**code** [1] - 133:4
**codefendants** [1] - 186:10
**collectively** [3] - 83:5, 83:10, 83:16
**college** [6] - 6:15, 6:18, 9:20, 9:23, 9:25, 10:8
**column** [1] - 170:5
**combative** [2] - 53:6, 53:8
**combined** [1] - 45:9
**coming** [3] - 138:18, 150:2, 193:14
**commencement** [1] - 184:4
**comment** [3] - 144:25, 147:3, 154:19
**commit** [1] - 199:23
**committed** [8] - 138:25, 139:6, 139:11, 197:12, 201:14, 201:22, 223:20, 223:23
**committing** [1] - 196:11
**common** [2] - 204:19, 205:13
**companies** [3] - 129:19, 130:8, 177:7
**company** [4] - 83:25, 130:3, 130:16, 130:18
**compare** [1] - 100:10
**complaint** [6] - 78:20, 78:22, 79:2, 79:14, 215:20, 221:14
**complete** [4] - 45:21, 174:15, 235:15, 262:11
**completed** [6] - 44:3, 44:6, 44:24, 95:21, 174:16, 235:6
**compounded** [1] - 113:4
**computer** [1] - 130:18
**conclusion** [2] - 77:6, 182:9
**conclusions** [1] - 50:14
**conduct** [1] - 48:15
**conducted** [2] - 197:10, 198:11
**conference** [1] - 155:20

**confused** [3] - 79:12, 252:17, 252:19
**confusing** [1] - 173:8
**connection** [2] - 190:6, 230:16
**consciously** [1] - 163:24
**consider** [2] - 153:24, 174:4
**considered** [2] - 126:5, 182:14
**constantly** [1] - 137:20
**consumer** [2] - 32:7, 255:7
**consumers** [4] - 32:24, 109:10, 210:21, 241:21
**consumers'** [1] - 196:13
**Cont'd** [1] - 3:2
**contact** [1] - 184:3
**contains** [1] - 62:5
**continue** [4] - 77:13, 137:25, 138:20, 205:10
**Continued** [1] - 264:3
**CONTINUED** [1] - 194:17
**continued** [1] - 76:12
**continuing** [1] - 77:5
**contract** [7] - 51:14, 67:9, 67:11, 187:18, 187:22, 188:2, 188:6
**contracts** [11] - 118:5, 118:9, 187:5, 187:8, 187:13, 215:13, 215:17, 216:7, 216:25, 217:6, 217:8
**contractually** [1] - 118:12
**contribute** [1] - 148:13
**control** [4] - 23:7, 35:21, 39:25, 60:4
**convened** [2] - 219:25, 220:5
**conversation** [4] - 81:11, 81:18, 169:15, 218:8
**conversations** [18] - 204:10, 204:13, 204:14, 204:15, 205:2, 205:6, 205:12, 205:20, 206:8, 206:13, 207:6, 207:18, 208:3, 208:16, 208:22, 209:4, 225:7, 235:17

**convey** [1] - 83:22
**convicted** [1] - 136:14
**COONEY** [1] - 3:24
**Cooperman** [20] - 43:10, 46:2, 46:3, 46:7, 46:8, 46:15, 46:19, 89:10, 90:6, 90:22, 91:3, 91:12, 91:14, 91:17, 91:22, 97:6, 164:7, 164:17, 164:24, 218:4
**copy** [1] - 97:5
**corner** [2] - 61:8, 100:18, 105:8
**CORP** [1] - 1:15
**corp** [1] - 184:9
**Corp** [2] - 58:8, 73:19
**corporate** [2] - 63:24, 182:21, 185:7
**corporation** [8] - 26:20, 62:16, 158:17, 159:2, 184:10, 184:13, 246:18, 246:19
**Corporation** [1] - 22:4
**Corporations** [1] - 73:5
**corporations** [4] - 97:19, 183:23, 210:14, 216:20
**correct** [73] - 7:7, 7:8, 7:23, 11:7, 11:18, 11:23, 15:10, 15:11, 15:17, 15:18, 15:19, 17:3, 21:9, 26:15, 27:6, 29:7, 29:17, 33:7, 33:15, 36:10, 47:8, 47:14, 54:9, 58:22, 71:8, 72:8, 73:20, 74:24, 74:25, 79:4, 87:11, 87:13, 98:23, 99:21, 107:9, 107:10, 107:11, 107:13, 110:2, 112:4, 116:16, 119:7, 119:13, 121:2, 124:6, 124:8, 129:20, 129:22, 144:19, 144:20, 144:21, 146:6, 147:2, 152:13, 160:6, 165:19, 171:11, 196:16, 197:11, 198:7, 200:20, 205:22, 208:23, 208:24, 211:16, 229:12, 233:13, 251:22, 252:10, 260:16, 262:12, 262:14

**correctly** [2] - 80:5, 158:16
**cost** [2] - 144:8, 203:18
**counsel** [5] - 206:3, 219:15, 225:8, 261:11, 261:16
**COUNTY** [3] - 262:5, 265:4, 266:4
**County** [7] - 6:12, 6:13, 108:6, 108:14, 191:22, 192:3, 264:7
**couple** [4] - 39:12, 39:14, 59:24, 249:11
**course** [13] - 55:25, 105:3, 120:16, 144:7, 165:12, 166:5, 170:21, 178:8, 203:17, 218:22, 218:25, 219:4, 246:12
**COURT** [3] - 1:2, 5:6, 5:11
**court** [5] - 30:7, 79:3, 79:15, 85:16, 154:8
**Court** [2] - 1:23, 4:19
**cover** [2] - 119:23, 216:8
**covered** [2] - 170:14
**CPA** [2] - 1:12, 97:3
**CPA'S** [1] - 1:16
**created** [2] - 73:3, 117:21
**credentials** [4] - 113:18, 113:25, 114:4, 114:12
**crimes** [3] - 223:18, 223:20, 223:23
**criminal** [2] - 222:12, 222:15
**crushed** [1] - 211:25
**crystal** [1] - 167:20
**CULLEN** [1] - 3:8
**custody** [1] - 60:4
**customer** [1] - 45:5
**customers** [5] - 30:13, 32:2, 38:16, 38:19, 229:22
**customers'** [4] - 29:3, 32:3, 117:13, 195:9
**CYRULI** [1] - 2:11

**D**

**d/b/a** [1] - 25:23
**d/b/a's** [2] - 12:10, 177:14
**damage** [7] - 144:3, 153:21, 167:25, 168:3, 169:8,
206:14, 207:21
**damaged** [1] - 178:9
**Danny** [5] - 244:11, 255:5, 255:14, 255:21, 257:3
**date** [18] - 8:3, 34:23, 58:24, 59:2, 61:6, 61:9, 64:22, 65:7, 65:9, 70:3, 71:17, 73:2, 93:6, 105:24, 106:2, 106:7, 231:9, 231:10
**dated** [6] - 63:2, 71:10, 80:7, 263:20, 263:21, 263:22
**dates** [3] - 71:23, 71:25, 213:14
**dating** [2] - 193:2, 256:19
**DAVID** [1] - 1:6
**David** [68] - 2:16, 18:16, 20:15, 20:18, 22:5, 23:2, 24:21, 26:16, 26:23, 36:11, 39:2, 40:3, 40:20, 40:24, 41:15, 42:2, 42:8, 42:17, 42:23, 43:3, 63:2, 63:9, 75:11, 75:15, 75:17, 76:3, 76:9, 80:14, 80:19, 82:3, 82:6, 83:4, 84:12, 84:18, 86:11, 87:21, 105:15, 106:5, 106:20, 106:24, 107:11, 111:2, 111:9, 111:14, 111:16, 111:19, 111:20, 111:21, 111:25, 113:25, 114:4, 114:12, 122:18, 134:21, 135:21, 136:25, 137:2, 137:10, 138:13, 138:19, 143:17, 149:17, 202:10, 229:11, 259:10, 259:13, 260:15, 263:19
**David's** [6] - 105:16, 107:8, 245:10, 256:25, 259:3, 259:7
**day-to-day** [1] - 40:18
**dead** [1] - 222:20
**deal** [10] - 19:9, 28:10, 45:18, 129:18, 130:8, 130:10, 158:12, 164:6, 206:6, 259:24
**dealer** [2] - 122:15,
124:3
**dealers** [1] - 243:9
**dealership** [38] - 12:11, 12:12, 12:14, 13:4, 13:7, 14:6, 15:23, 16:6, 16:7, 16:9, 16:13, 16:20, 16:24, 17:5, 19:10, 19:24, 20:9, 20:19, 38:17, 65:17, 75:19, 123:25, 125:21, 126:5, 131:3, 131:7, 131:8, 134:7, 141:9, 212:15, 232:17, 232:18, 243:21, 248:15, 259:15, 260:4, 260:8, 260:10
**dealership's** [1] - 17:5
**dealerships** [29] - 11:24, 12:3, 12:9, 12:10, 12:18, 12:24, 13:15, 14:9, 14:18, 15:8, 15:15, 15:20, 16:12, 16:17, 16:23, 16:25, 17:9, 17:11, 17:17, 17:24, 21:5, 51:24, 82:19, 117:10, 125:20, 147:22, 157:15, 191:17, 249:2
**dealing** [2] - 130:3, 175:15
**dealings** [1] - 82:18
**deals** [7] - 249:17, 249:21, 249:22, 249:24, 249:25, 250:3, 250:5
**dealt** [1] - 19:13
**death** [15] - 18:16, 39:2, 40:3, 40:20, 42:9, 42:17, 43:3, 81:14, 107:8, 134:21, 135:21, 138:19, 202:10, 245:10, 256:25
**debt** [3] - 115:24, 150:6, 172:13
**debts** [11] - 43:24, 115:4, 115:8, 117:3, 119:24, 148:10, 148:14, 148:18, 148:22, 149:13, 173:13
**decision** [10] - 115:10, 115:13, 115:14, 115:15, 115:18, 148:6, 160:5, 160:9, 160:12, 182:3
**decisionmaking** [2] - 35:11, 35:18
**decisions** [4] - 23:13, 115:22, 255:11, 255:14
**deemed** [9] - 55:8, 56:14, 60:15, 63:3, 71:10, 80:8, 88:5, 104:14, 108:7
**DEEMED** [2] - 263:11, 264:4
**Defendant** [3] - 3:4, 3:9, 3:15
**defendants** [4] - 143:3, 187:5, 187:12, 261:12
**Defendants** [2] - 1:18, 215:13
**DEFENDANTS'** [2] - 263:11, 264:4
**defendants'** [1] - 219:15
**Defendants'** [9] - 55:6, 56:12, 60:13, 62:25, 71:9, 80:6, 88:4, 104:12, 108:5
**defer** [1] - 42:4
**deferring** [1] - 42:10
**define** [1] - 186:8
**definitely** [14] - 41:24, 111:10, 112:2, 112:13, 114:24, 121:22, 137:18, 215:9, 220:17, 223:22, 234:19, 248:22, 252:18, 254:2
**definitions** [1] - 130:11
**degree** [7] - 6:21, 6:23, 7:7, 9:6, 10:4, 10:6, 10:14
**DEO** [4] - 1:11, 3:23, 3:24
**Deo** [162] - 18:8, 18:15, 18:21, 19:18, 29:21, 30:6, 30:10, 36:22, 38:11, 39:25, 40:15, 43:11, 43:12, 44:19, 45:8, 50:25, 51:15, 51:17, 52:4, 54:6, 54:7, 58:18, 58:19, 59:3, 61:11, 61:15, 62:3, 66:25, 67:23, 70:11, 70:25, 73:13, 73:22, 74:4, 74:8, 74:18, 77:25, 79:15, 80:16, 81:6, 81:11, 83:14, 84:13, 84:20, 86:12, 87:16, 89:14, 90:21, 92:12, 92:20, 94:5, 94:14,

96:8, 100:23,
103:20, 107:22,
117:5, 117:6,
117:11, 117:15,
117:21, 117:25,
121:4, 121:9, 122:5,
123:4, 124:23,
125:2, 127:16,
127:21, 128:18,
129:17, 129:24,
130:7, 130:20,
131:14, 132:4,
133:14, 133:17,
133:20, 134:20,
135:14, 135:21,
138:15, 138:20,
138:25, 139:5,
139:11, 139:13,
139:19, 140:4,
140:19, 142:8,
142:12, 142:21,
144:23, 145:9,
146:9, 147:20,
148:11, 148:15,
148:19, 148:23,
149:9, 149:14,
150:25, 160:24,
161:5, 161:12,
161:15, 161:21,
178:9, 181:13,
182:5, 182:24,
183:20, 183:21,
185:14, 186:14,
187:11, 194:20,
194:25, 199:7,
201:14, 206:14,
206:18, 207:12,
207:20, 209:2,
211:5, 215:18,
219:2, 220:16,
220:25, 222:22,
223:12, 223:15,
223:20, 225:24,
226:6, 229:18,
230:7, 231:14,
232:9, 233:11,
234:5, 234:14,
234:25, 235:3,
242:4, 248:2,
253:20, 254:17,
256:2, 259:15
**Deo's** [7] - 30:18,
47:2, 49:13, 106:15,
106:19, 127:23,
144:13
**Deos** [8] - 72:10,
72:22, 97:18, 97:25,
216:25, 217:6,
219:19, 221:15
**Department** [11] -
45:12, 47:12, 55:7,

73:6, 108:6, 108:14,
219:25, 220:10,
220:21, 263:12,
264:8
**department** [4] -
250:24, 250:25,
251:2, 251:4
**deposited** [3] - 64:18,
66:4, 123:9
**deposition** [11] - 4:6,
4:14, 5:22, 48:15,
53:9, 219:12,
262:10, 265:10,
265:12, 266:10,
266:12
**Deposition** [2] - 1:19,
1:22
**Depository** [2] -
60:14, 263:17
**describe** [4] - 11:11,
39:6, 41:15, 100:2
**description** [1] - 86:7
**deserves** [1] - 220:17
**designed** [1] - 85:20
**desires** [4] - 83:21,
83:23, 86:20, 86:21
**details** [2] - 76:15,
238:4
**development** [3] -
6:24, 10:7, 10:15
**DIANA** [3] - 265:6,
265:25, 266:25
**Diana** [9] - 1:24, 25:7,
52:15, 98:18,
102:10, 102:15,
233:18, 266:6,
266:24
**died** [5] - 36:11,
107:11, 107:15,
114:13, 259:10
**difference** [2] - 76:8,
77:7
**differences** [1] -
260:13
**different** [16] - 10:8,
32:2, 44:16, 57:17,
104:2, 114:10,
130:11, 134:15,
176:24, 182:23,
185:7, 222:4, 233:7,
241:22, 243:8, 249:6
**difficult** [2] - 6:2,
100:13
**difficulties** [1] - 10:24
**diligence** [1] - 163:4
**direct** [5] - 46:6,
169:2, 184:3, 210:9,
258:14
**directed** [6] - 32:14,
119:18, 154:24,

164:16, 210:12,
242:25
**directing** [2] - 33:2,
119:5
**direction** [9] - 42:16,
47:6, 94:24, 115:6,
157:6, 185:6, 218:2,
254:13, 257:13
**directions** [2] -
217:15, 217:21
**directly** [2] - 221:21,
249:9
**directs** [1] - 255:5
**disagree** [2] - 84:25,
130:13
**disappointed** [1] -
259:23
**discrepancies** [1] -
137:10
**discuss** [2] - 175:7,
238:3
**discussed** [7] - 78:12,
81:15, 121:19,
204:16, 241:17,
241:19, 241:24
**discussing** [2] - 77:8,
160:13
**discussions** [4] -
94:3, 94:13, 94:20,
247:24
**District** [1] - 79:16
**DISTRICT** [2] - 1:2, 1:3
**diverted** [1] - 254:21
**Division** [1] - 73:4
**DLA** [1] - 1:15
**DMV** [10] - 21:2, 21:17,
21:25, 122:22,
156:19, 158:16,
182:3, 182:14,
182:15, 182:17
**DOCUMENT** [1] -
263:6
**document** [41] - 30:8,
55:8, 58:24, 59:11,
59:15, 60:7, 60:21,
61:3, 61:7, 61:8,
61:11, 61:23, 61:24,
62:19, 78:17, 78:19,
79:19, 79:25, 80:3,
80:4, 80:13, 81:22,
84:10, 84:15, 84:19,
85:4, 85:18, 85:20,
85:23, 86:2, 86:7,
86:8, 86:14, 86:19,
87:8, 105:8, 159:9,
222:19, 258:11,
263:14
**documents** [17] -
24:23, 60:3, 79:6,
94:25, 95:5, 95:12,

95:17, 172:7,
174:10, 174:20,
174:24, 211:8,
211:12, 211:15,
242:2, 242:7, 242:11
**Documents** [1] -
263:7
**Dodge** [1] - 12:14
**dollar** [2] - 196:4,
213:2
**dollars** [13] - 28:24,
29:14, 30:3, 30:11,
67:22, 128:25,
129:13, 144:9,
194:21, 195:2,
195:8, 199:16,
200:18
**done** [41] - 42:3,
98:13, 149:16,
153:23, 154:17,
155:5, 163:10,
164:10, 165:7,
166:7, 166:17,
167:14, 167:17,
168:10, 168:15,
168:23, 178:16,
178:20, 178:24,
179:4, 179:8,
179:12, 179:16,
179:20, 180:11,
180:15, 183:7,
183:8, 206:25,
213:24, 213:25,
214:11, 222:15,
222:22, 239:5,
242:3, 243:18,
243:22, 243:23,
258:12, 260:7
**down** [16] - 55:14,
58:17, 66:15, 71:21,
105:13, 116:23,
117:19, 117:20,
117:24, 118:13,
129:11, 137:6,
137:11, 154:20,
154:23
**download** [1] - 104:21
**downloading** [1] -
101:15
**dozen** [1] - 34:12
**draw** [1] - 77:5
**Drive** [5] - 5:14, 26:4,
58:10, 59:4, 60:9
**drive** [1] - 196:5
**driving** [7] - 30:18,
124:2, 125:4, 125:7,
125:8, 146:2, 255:9
**drove** [2] - 125:3,
146:17
**drugs** [1] - 5:24

due [3] - 48:8, 163:3
**duly** [3] - 5:3, 265:11,
266:11
**during** [11] - 15:21,
31:18, 78:21, 79:6,
79:18, 107:12,
107:15, 108:16,
208:2, 215:20, 259:3
**DWIGHT** [1] - 1:12
**Dwight** [9] - 37:25,
171:12, 171:15,
185:14, 188:2,
189:20, 215:14,
223:3, 257:15
**DYKMAN** [1] - 3:8

---

## E

**Earle** [1] - 3:10
**Earth** [1] - 166:19
**Eastern** [1] - 79:16
**EASTERN** [1] - 1:3
**effect** [1] - 4:17
**efficient** [1] - 117:8
**EIN** [3] - 55:20, 56:5,
59:14
**either** [14] - 27:16,
47:11, 75:12, 89:3,
89:4, 103:3, 129:2,
151:23, 200:4,
210:2, 235:21,
237:6, 239:12,
261:17
**electronic** [1] - 114:12
**Ellen** [8] - 91:2, 91:6,
91:7, 91:8, 91:9,
91:10, 91:18, 96:7
**email** [36] - 47:21,
48:2, 48:4, 48:10,
48:11, 48:18, 48:23,
49:2, 49:23, 88:11,
88:12, 88:14, 89:17,
89:19, 89:21, 90:2,
90:19, 92:14, 92:18,
93:3, 93:7, 93:23,
93:24, 96:6, 96:17,
96:24, 97:2, 97:13,
101:5, 101:15,
101:23, 103:18,
107:20, 227:9,
227:11, 227:14
**Email** [2] - 88:4,
263:24
**emailed** [1] - 51:19
**emails** [2] - 99:8,
108:2
**EMANUEL** [1] - 2:9
**Emanuel** [3] - 186:16,
208:7, 261:6
**emphasize** [1] -

135:25
**employed** [4] - 188:10, 188:13, 188:19, 189:9
**employee** [4] - 189:5, 189:13, 189:22, 190:3
**employees** [2] - 17:18, 256:24
**end** [7] - 30:7, 125:12, 130:21, 130:23, 160:18, 257:9, 257:22
**ended** [3] - 77:4, 77:8, 153:13
**enforcement** [6] - 221:25, 236:16, 236:23, 237:6, 242:13, 263:8
**engage** [1] - 247:6
**engines** [2] - 129:8
**entered** [1] - 229:18
**entering** [1] - 205:21
**entities** [3] - 176:21, 176:25, 252:15
**entitled** [10] - 183:2, 186:12, 194:22, 195:4, 195:23, 196:16, 218:18, 218:21, 218:24, 219:3
**entity** [2] - 81:3, 176:23
**entry** [1] - 140:11
**Eric** [2] - 170:15, 170:18
**escrow** [7] - 150:24, 173:5, 181:6, 181:8, 181:17, 181:22, 181:24
**ESQ** [4] - 2:9, 2:21, 3:3, 3:12
**estate** [8] - 40:24, 110:25, 111:16, 111:19, 143:17, 149:17, 149:23, 150:2
**ESTATE** [1] - 1:6
**Estate** [1] - 2:16
**et** [2] - 195:9, 195:10
**evading** [1] - 261:9
**evasive** [1] - 53:17
**eventually** [4] - 7:21, 44:23, 51:7, 51:23, 65:17, 66:16, 67:15, 77:9, 96:2, 136:12, 138:9, 156:22, 174:14, 251:18
**exact** [9] - 18:23, 18:24, 25:22, 29:18,

65:8, 158:20, 165:15, 206:15, 212:4
**exactly** [22] - 53:15, 70:2, 79:7, 92:7, 106:16, 109:5, 110:7, 123:13, 137:7, 150:5, 158:23, 176:25, 188:16, 202:17, 214:3, 214:12, 220:8, 221:11, 223:25, 252:24, 256:20, 259:21
**EXAMINATION** [3] - 5:17, 194:17, 263:3
**examined** [1] - 5:4
**example** [2] - 30:17, 30:25
**excellent** [2] - 201:2, 201:17
**except** [3] - 4:9, 203:8, 235:20
**excuse** [2] - 166:9, 213:7
**executed** [2] - 71:16, 85:22
**exhibit** [2] - 96:11, 100:17
**Exhibit** [27] - 55:6, 55:11, 55:13, 56:12, 56:17, 56:18, 56:21, 56:24, 57:12, 57:20, 57:23, 59:15, 60:13, 60:18, 62:25, 63:5, 71:9, 71:12, 80:6, 80:9, 88:4, 88:7, 104:12, 104:15, 108:5, 108:9, 170:3
**EXHIBITS** [2] - 263:10, 264:3
**exhibits** [3] - 54:19, 54:25, 57:14
**existence** [1] - 238:6
**existing** [1] - 29:11
**exists** [2] - 47:21, 48:21
**expensive** [1] - 196:6
**experience** [2] - 37:14, 233:4
**explain** [2] - 154:22, 209:22
**explanation** [1] - 247:8
**extent** [2] - 216:6, 217:22
**eyes** [5] - 124:17, 137:9, 138:8, 138:10, 167:25

**F**

**fabricated** [1] - 172:6
**fabrication** [1] - 154:13
**fabrications** [2] - 154:2, 154:4
**facilitate** [3] - 212:25, 257:12, 257:21
**facilitated** [1] - 257:23
**fact** [6] - 24:16, 49:17, 185:4, 195:12, 228:3, 238:14
**fair** [61] - 11:5, 12:17, 13:11, 14:16, 14:20, 18:25, 19:6, 19:10, 19:14, 23:14, 23:15, 26:12, 68:4, 68:10, 70:4, 76:14, 76:17, 78:14, 99:10, 99:23, 99:25, 111:8, 111:11, 111:13, 111:25, 112:5, 112:11, 112:14, 112:16, 112:17, 112:20, 112:21, 112:22, 112:25, 113:12, 114:22, 114:25, 115:2, 116:14, 116:20, 120:12, 122:3, 128:15, 138:2, 143:14, 160:23, 171:9, 187:19, 187:23, 187:24, 188:3, 188:4, 188:7, 188:8, 189:6, 200:16, 211:20, 211:21, 223:17, 227:8, 251:8
**fall** [4] - 94:14, 94:21, 94:23, 95:4
**false** [5] - 165:11, 165:19, 166:4, 225:13, 227:2
**falsely** [1] - 227:5
**familiar** [8] - 26:3, 33:10, 55:20, 89:11, 90:7, 234:19, 234:21, 246:8
**family** [7] - 41:5, 125:22, 144:9, 153:22, 203:18, 241:23, 254:4
**fancy** [3] - 125:10, 125:16, 196:5
**far** [13] - 67:18, 121:21, 127:11, 127:23, 128:17, 132:25, 160:24,

163:14, 206:17, 223:18, 225:23, 225:25, 253:18
**fast** [1] - 169:22
**father** [12] - 18:11, 35:21, 69:9, 76:6, 77:19, 77:20, 81:14, 136:10, 191:16, 222:18, 259:25, 260:18
**father's** [1] - 138:8
**father-in-law** [10] - 18:11, 35:21, 69:9, 76:6, 77:19, 77:20, 136:10, 191:16, 259:25, 260:18
**father-in-law's** [2] - 81:14, 222:18
**fault** [1] - 66:23
**FBI** [21] - 221:8, 221:10, 221:19, 221:25, 222:6, 222:24, 223:3, 223:6, 223:9, 223:12, 223:15, 236:15, 236:22, 237:17, 239:11, 239:21, 240:3, 240:9, 240:13, 241:8, 241:12
**February** [12] - 63:3, 68:18, 70:16, 213:25, 228:14, 228:20, 228:23, 229:8, 229:14, 229:23, 246:3, 263:20
**fed** [2] - 205:17, 216:13
**federal** [5] - 79:3, 79:15, 99:4, 221:4, 236:22
**feed** [1] - 151:19
**feeding** [4] - 50:9, 53:9, 53:18, 216:20
**felt** [3] - 182:13, 182:19, 186:12
**few** [12] - 39:9, 39:20, 49:9, 95:24, 133:5, 135:23, 142:17, 178:11, 191:17, 222:4, 240:16, 257:5
**fight** [1] - 224:6
**figure** [1] - 258:10
**file** [5] - 27:22, 27:25, 28:3, 56:18, 174:9
**filed** [14] - 94:24, 97:5, 166:13, 174:24, 176:7, 176:11, 226:17, 227:16,

227:17, 227:22, 227:24, 228:2, 228:4
**files** [1] - 57:7
**filing** [6] - 4:5, 95:5, 95:12, 95:16, 174:19, 176:3
**fill** [1] - 9:13
**filled** [1] - 95:21
**finance** [5] - 248:7, 248:9, 249:21, 249:23, 250:24
**Finance** [2] - 45:12, 47:12
**finances** [10] - 251:9, 251:14, 251:16, 251:18, 251:21, 252:3, 252:6, 252:10, 252:14
**financial** [4] - 118:11, 121:8, 121:12, 172:8
**financially** [2] - 122:6, 186:11
**fine** [3] - 26:11, 48:12, 186:23
**fingerprints** [2] - 118:3, 242:4
**finish** [4] - 51:25, 66:22, 103:25, 167:10
**firm** [5] - 46:3, 46:24, 83:2, 91:18, 91:19
**first** [15] - 13:4, 14:5, 15:23, 20:4, 20:8, 20:15, 23:25, 53:6, 57:23, 73:14, 80:12, 86:14, 93:2, 99:15, 202:6
**firsthand** [22] - 27:2, 107:6, 124:20, 124:22, 124:25, 126:18, 128:2, 128:16, 128:19, 128:23, 129:10, 129:13, 138:23, 139:18, 140:14, 141:20, 141:24, 142:7, 144:5, 144:8, 152:11, 152:15
**FISK** [1] - 1:8
**Fisk** [3] - 2:17, 179:20, 179:22
**five** [9] - 90:17, 156:11, 156:16, 169:25, 228:7, 228:8, 228:23, 229:8, 229:13
**floor** [10] - 25:16, 118:18, 129:19, 129:25, 130:3, 130:8, 130:16,

130:18, 253:24, 254:8
**Florida** [1] - 120:11
**Flushing** [1] - 3:9
**FLUSHING** [1] - 1:16
**focused** [1] - 251:9
**folder** [1] - 33:21
**folders** [15] - 28:3, 28:11, 31:25, 32:9, 32:12, 32:15, 33:6, 33:8, 33:11, 33:12, 33:16, 33:18, 34:4, 34:5, 34:9
**follow** [2] - 41:23, 242:18
**following** [1] - 52:2
**follows** [2] - 5:5, 194:16
**force** [1] - 4:17
**forget** [4] - 137:7, 197:3, 199:13, 248:6
**Form** [3] - 104:13, 105:10, 264:6
**form** [15] - 4:10, 16:11, 44:14, 52:18, 55:18, 93:10, 102:25, 113:4, 161:2, 161:5, 161:12, 183:20, 185:12, 208:12, 231:23
**formed** [13] - 24:5, 24:7, 25:11, 26:13, 26:19, 26:24, 27:4, 27:6, 27:7, 27:9, 34:22, 35:13, 35:15
**forth** [2] - 265:11, 266:11
**four** [6] - 6:20, 7:6, 62:4, 152:19, 169:24, 169:25
**four-year** [2] - 6:20, 7:6
**Frank** [4] - 88:15, 89:8, 91:5, 124:11
**fraud** [11] - 103:6, 126:6, 136:14, 191:22, 192:2, 196:11, 197:12, 199:23, 201:23, 222:21
**frauds** [1] - 201:13
**fraudulent** [1] - 195:8
**free** [1] - 193:17
**frequently** [1] - 248:19
**front** [3] - 192:23, 236:8, 240:13
**fulfill** [1] - 43:19
**fulfilled** [1] - 98:12
**fulfilling** [1] - 39:22
**full** [7] - 5:7, 26:9,

62:15, 84:15, 103:22, 134:16, 183:4
**FUNDING** [1] - 1:16
**Funding** [3] - 3:16, 64:8, 65:6
**funds** [2] - 217:17, 254:21
**funny** [2] - 192:14, 192:18
**FURTHER** [2] - 4:8, 4:13

**G**

**gain** [3] - 70:12, 199:15, 211:23
**gained** [1] - 23:25
**Gallagher** [3] - 88:15, 89:8, 91:5
**game** [1] - 246:15
**general** [5] - 10:13, 32:17, 82:20, 129:9, 208:25
**generally** [1] - 42:21
**gentlemen** [1] - 188:17
**girlfriend** [2] - 192:8, 192:11
**given** [12] - 40:15, 67:3, 67:19, 67:22, 68:18, 68:23, 69:2, 150:23, 225:14, 262:14, 265:13, 266:13
**goal** [1] - 173:4
**GOLD** [6] - 1:13, 1:13, 1:14, 1:14, 1:15
**Gold** [9] - 72:2, 72:5, 72:13, 72:18, 72:20, 73:2, 73:10, 74:5, 77:25
**gonna** [1] - 168:25
**gotta** [1] - 51:20
**government** [6] - 159:9, 220:24, 222:4, 222:17, 236:19, 237:9
**grand** [2] - 220:2, 220:5
**great** [1] - 87:6
**Group** [55] - 12:8, 19:9, 82:22, 82:24, 88:20, 90:23, 91:15, 91:21, 110:9, 110:10, 110:21, 110:24, 114:23, 115:3, 115:6, 117:7, 119:3, 130:22, 130:24, 141:3,

141:6, 142:9, 142:13, 147:16, 147:21, 148:3, 158:2, 160:20, 164:8, 164:11, 173:11, 173:12, 173:18, 176:22, 179:4, 184:10, 184:12, 184:14, 184:15, 184:19, 190:23, 191:4, 191:7, 195:13, 214:22, 215:2, 217:16, 217:18, 218:16, 243:13, 243:15, 250:14, 251:22, 252:4
**group** [1] - 89:6
**GROUP** [1] - 1:14
**Group's** [1] - 149:2
**guarantee** [2] - 237:18, 237:19
**guaranteed** [4] - 30:15, 159:24, 162:2, 162:5
**guaranteeing** [1] - 11:14
**guaranties** [3] - 11:22, 115:25, 158:18
**guarantor** [3] - 22:22, 182:6, 182:25
**guarantors** [7] - 23:6, 24:16, 58:19, 59:4, 59:18, 182:5, 182:16
**guaranty** [7] - 11:9, 11:12, 22:18, 58:21, 159:8, 159:11, 159:14
**guess** [14] - 28:25, 59:23, 66:14, 75:16, 75:19, 75:20, 130:25, 139:2, 141:23, 149:23, 188:18, 192:17, 226:9, 257:13
**Gustavo** [1] - 69:20
**guy** [6] - 138:2, 138:5, 138:7, 138:13, 244:3, 248:7
**guys** [2] - 156:7, 186:14

**H**

**half** [3] - 79:4, 79:17, 156:2
**hand** [6] - 76:9, 76:10, 80:15, 80:16, 169:5, 170:5, 265:21, 266:21

**handed** [1] - 222:20
**handle** [1] - 32:20
**handled** [4] - 157:11, 222:17, 248:12, 248:13
**handles** [2] - 120:6, 252:25
**handprints** [1] - 118:2
**hands** [4] - 16:6, 48:6, 121:9, 230:13
**hands-on** [1] - 16:6
**happy** [4] - 26:8, 202:23, 202:25, 203:3, 203:5, 203:19
**harm** [14] - 150:17, 150:20, 151:2, 151:6, 153:16, 153:18, 166:7, 166:17, 167:14, 167:17, 168:10, 168:15, 168:23, 180:16
**harmed** [7] - 150:13, 153:12, 154:18, 165:22, 167:2, 203:15, 241:21
**HARRY** [2] - 1:11, 3:3
**Harry** [10] - 5:20, 34:19, 85:25, 102:8, 155:8, 156:3, 185:16, 189:4, 205:25, 215:13
**head** [2] - 143:13, 168:21
**heading** [2] - 96:5, 96:8
**hear** [2] - 41:22, 182:11
**heard** [17] - 37:18, 38:8, 72:12, 72:14, 72:16, 136:12, 137:15, 154:7, 154:10, 167:22, 176:16, 218:16, 246:7, 246:10, 246:11, 246:12, 247:16
**held** [6] - 16:16, 70:15, 70:20, 73:22, 74:18, 150:23
**help** [5] - 19:23, 32:9, 181:4, 183:20, 226:10
**helped** [5] - 32:23, 141:7, 181:2, 257:11, 257:20
**helpful** [6] - 172:14, 257:17, 257:18, 257:20, 257:24, 258:3

**helping** [4] - 19:19, 36:14, 212:20, 212:25
**helps** [4] - 249:16, 253:3, 253:6, 253:7
**hemorrhaging** [1] - 172:12
**HEREBY** [1] - 4:2
**hereby** [3] - 262:7, 265:8, 266:8
**herein** [1] - 4:4
**Hereinafter** [2] - 83:9, 84:5
**hereinafter** [1] - 83:15
**hereunto** [2] - 265:21, 266:21
**herself** [1] - 149:21
**high** [3] - 6:9, 7:4, 125:12
**High** [1] - 6:11
**high-end** [1] - 125:12
**Highway** [7] - 2:12, 3:5, 63:21, 64:2, 73:17, 95:2, 250:8
**HIGHWAY** [1] - 1:4
**Hillside** [2] - 14:12, 14:13
**himself** [2] - 226:14, 254:7
**history** [1] - 166:18
**hold** [6] - 55:12, 141:9, 181:17, 181:22, 181:23, 228:19
**holder** [1] - 87:25
**holding** [1] - 184:9
**home** [1] - 196:4
**Honda** [2] - 12:13, 243:21
**honest** [6] - 102:20, 103:8, 135:22, 164:13, 197:4, 201:6
**honestly** [5] - 103:4, 103:18, 104:7, 225:3, 240:15
**hope** [5] - 135:6, 220:15, 249:18, 250:2, 250:5
**host** [3] - 29:4, 45:21, 126:23
**hour** [1] - 156:2
**housekeeping** [1] - 261:23
**huge** [2] - 68:13, 207:21
**human** [4] - 6:24, 10:7, 10:10, 10:15
**human-resource-**

**type** [1] - 10:10
**hurt** [5] - 169:13, 207:22, 224:4, 224:11, 251:18
**husband** [3] - 19:23, 19:24, 139:9
**HWY** [1] - 1:17
**HYLAN** [7] - 1:6, 1:7, 1:7, 1:8, 177:4
**Hylan** [12] - 2:16, 176:17, 177:2, 177:4, 177:12, 177:18, 178:13, 178:20, 178:24, 179:8, 179:12, 179:16
**hypotheticals** [1] - 232:15
**Hyundai** [1] - 12:12

**I**

**idea** [18] - 34:14, 56:11, 58:16, 78:6, 81:23, 89:24, 95:9, 106:23, 107:3, 153:2, 195:19, 210:18, 230:14, 230:15, 241:3, 258:9, 258:13, 259:12
**identification** [9] - 55:9, 56:15, 60:16, 63:4, 71:11, 80:8, 88:6, 104:14, 108:8
**identify** [2] - 55:15, 169:19
**II** [1] - 100:22
**illegally** [1] - 126:2
**imagine** [22] - 9:9, 35:20, 35:25, 68:20, 81:18, 95:18, 110:8, 143:16, 143:18, 143:19, 155:21, 159:10, 159:16, 159:18, 201:21, 214:14, 218:3, 221:17, 222:16, 222:21, 237:12, 253:2
**immediately** [1] - 31:7
**impacted** [1] - 186:2
**impacts** [1] - 186:8
**important** [1] - 149:24
**impossible** [1] - 6:2
**impression** [1] - 153:7
**IN** [2] - 265:20, 266:20
**inaccurate** [4] - 163:21, 164:2, 172:7, 198:9

**INC** [3] - 1:4, 1:13, 1:16
**Inc** [5] - 2:5, 64:2, 80:17, 84:3, 87:24
**include** [2] - 9:7, 90:21
**included** [1] - 195:15
**includes** [1] - 205:12
**including** [3] - 10:2, 13:19, 43:22
**incorporation** [1] - 27:11
**incorrect** [1] - 150:11
**incorrectly** [1] - 21:24
**indicate** [3] - 45:8, 106:25, 108:3
**indicated** [4] - 103:16, 105:21, 194:19, 227:15
**indicates** [8] - 61:15, 62:10, 64:6, 73:2, 73:16, 80:13, 86:9, 100:22
**indicating** [1] - 43:10
**indirectly** [2] - 147:24, 147:25
**individual** [2] - 125:23, 169:3
**individually** [1] - 161:3
**individuals** [3] - 23:6, 224:11, 241:22
**industry** [2] - 200:11, 202:15
**inform** [1] - 119:25
**information** [6] - 11:4, 97:3, 205:17, 226:9, 226:11, 237:22
**injunction** [4] - 209:8, 209:13, 209:19, 209:22
**injunctions** [1] - 209:21
**inspect** [1] - 28:12
**instance** [2] - 158:4, 232:21
**instruct** [1] - 35:24
**instructed** [1] - 225:6
**intending** [1] - 52:5
**intentional** [1] - 216:5
**interest** [10] - 12:4, 14:19, 15:9, 15:16, 20:16, 204:19, 205:14, 212:18, 212:19, 251:6
**interested** [2] - 265:18, 266:18
**interests** [5] - 84:20, 180:16, 244:20, 244:24, 245:5

**Internal** [2] - 55:7, 263:13
**interrupting** [1] - 53:8
**interviewed** [1] - 200:10
**investigate** [3] - 220:13, 254:25, 260:11
**investigating** [2] - 237:15, 238:19
**investigation** [4] - 220:20, 238:2, 238:16, 238:20
**investigations** [2] - 222:12, 237:5
**involved** [29] - 35:15, 36:12, 36:17, 37:4, 37:8, 37:16, 74:8, 95:7, 107:9, 167:21, 185:2, 190:19, 191:16, 210:6, 210:8, 217:14, 220:11, 225:19, 226:5, 226:13, 231:11, 245:9, 250:18, 251:21, 252:2, 257:5, 260:3, 260:8, 260:10
**involvement** [1] - 36:23
**involving** [7] - 51:3, 60:21, 89:4, 155:5, 197:8, 222:12, 237:6
**Iris** [1] - 2:15, 19:21, 40:23, 42:10, 43:4, 76:9, 107:14, 120:5, 137:4, 149:12, 149:25
**IRIS** [1] - 1:6
**Iris's** [1] - 244:20
**IRS** [2] - 45:11, 47:12
**IS** [3] - 4:2, 4:8, 4:13
**ISLAND** [1] - 1:9
**Island** [71] - 2:18, 12:8, 12:9, 14:12, 14:23, 19:9, 82:22, 82:24, 88:19, 90:23, 91:15, 91:21, 110:9, 110:10, 110:20, 110:23, 114:23, 115:2, 115:3, 115:6, 117:7, 119:3, 130:22, 130:24, 141:3, 141:6, 142:9, 142:13, 147:16, 147:21, 148:3, 148:25, 158:2, 160:20, 164:7, 164:11, 173:10, 173:12, 173:18,

176:22, 177:14, 177:15, 179:4, 184:8, 184:10, 184:11, 184:14, 184:15, 184:19, 184:25, 190:21, 190:22, 190:25, 191:4, 191:7, 195:13, 214:17, 214:21, 214:25, 217:16, 217:18, 218:16, 243:12, 243:15, 250:14, 251:21, 252:4, 257:25
**issue** [2] - 104:6, 151:4, 206:4
**issued** [3] - 190:5, 190:11, 190:16
**issues** [4] - 104:5, 117:9, 180:20, 225:5
**IT** [5] - 4:2, 4:8, 4:13, 243:8, 244:3
**items** [1] - 44:24
**itself** [1] - 128:12

**J**

**J.P** [1] - 1:16
**jackets** [2] - 27:23, 27:25
**Jamaica** [2] - 2:7, 2:8
**January** [8] - 1:20, 61:7, 73:4, 211:14, 213:25, 262:10, 265:22, 266:22
**Jeep** [1] - 12:14
**Jeff** [1] - 208:7
**Jeffrey** [1] - 261:9
**Jersey** [5] - 12:15, 180:3, 180:13, 180:17
**JMW)COUNTY** [1] - 1:11
**job** [6] - 38:21, 164:10, 251:11, 255:15, 256:9, 256:10
**join** [4] - 202:24, 203:4, 203:10, 203:20
**joined** [5] - 204:3, 204:11, 204:21, 204:24, 208:14
**JONES** [2] - 1:12, 1:16
**Jones** [8] - 88:15, 92:10, 96:7, 97:2, 171:25, 172:4, 172:14, 226:9
**JORY** [1] - 1:5
**Jory** [5] - 2:14, 69:3,

69:8, 143:18, 229:10
**Joseph** [5] - 81:23, 81:25, 82:9, 82:14, 82:16
**Josh** [6] - 69:19, 90:23, 96:6, 96:13, 97:2
**Joshua** [5] - 2:14, 5:10, 64:24, 65:2, 205:2
**JOSHUA** [7] - 1:5, 1:22, 262:7, 262:18, 263:4, 265:9, 266:9
**Judge** [1] - 155:20
**judge** [2] - 53:3, 53:5
**jump** [1] - 155:18
**June** [10] - 58:25, 71:10, 71:16, 71:23, 71:24, 73:11, 73:22, 74:9, 92:23, 263:21
**jury** [2] - 220:2, 220:5
**Justice** [3] - 219:25, 220:11, 220:21
**justice** [1] - 220:16

**K**

**K-1's** [3] - 190:5, 190:10, 190:16
**Kahn** [1] - 192:24
**Kataev** [3] - 204:25, 240:21, 247:2
**KATAEV** [20] - 2:9, 8:20, 104:22, 105:5, 155:18, 156:13, 186:20, 193:14, 193:17, 204:18, 205:4, 207:9, 208:11, 242:18, 242:23, 246:22, 260:23, 261:3, 261:15, 261:21
**kataev** [1] - 242:22
**keep** [3] - 12:16, 186:20, 214:22
**kept** [5] - 65:25, 68:3, 68:6, 68:7, 235:18
**Kera** [3] - 91:2, 91:6, 96:7
**keys** [1] - 257:12
**KHAN** [1] - 1:6
**Khan** [15] - 2:15, 20:18, 22:5, 24:21, 26:23, 40:23, 41:16, 42:4, 42:9, 42:15, 43:5, 75:8, 143:20, 148:9, 245:4
**Khan's** [2] - 122:19, 192:8
**Kia** [2] - 14:9, 15:5

**kind** [6] - 94:10, 102:12, 159:14, 206:14, 224:19, 247:9
**kinds** [1] - 233:7
**knock** [1] - 225:4
**knowing** [4] - 137:25, 138:4, 138:17, 186:4
**knowledge** [31] - 21:7, 27:2, 40:6, 40:10, 40:19, 41:12, 46:11, 46:13, 72:17, 100:3, 100:7, 107:5, 107:7, 116:8, 124:21, 124:23, 125:2, 126:9, 126:18, 128:17, 138:24, 139:18, 141:20, 141:24, 142:8, 144:5, 144:8, 152:12, 152:16, 256:5
**known** [2] - 10:23, 247:5
**knows** [6] - 48:10, 53:15, 136:6, 166:18, 247:12, 247:14
**Kwun** [16] - 88:15, 88:18, 96:6, 96:12, 109:22, 109:24, 114:16, 119:12, 157:9, 157:20, 158:11, 190:20, 191:3, 218:6, 248:17, 256:5

## L

**larceny** [1] - 108:13
**large** [2] - 80:3, 80:4
**last** [17] - 15:21, 25:8, 52:25, 57:4, 61:20, 62:2, 62:4, 62:9, 62:19, 83:8, 96:16, 98:19, 102:14, 137:4, 183:10, 226:3, 239:11
**late** [2] - 108:17, 259:18
**Laurie** [10] - 37:11, 37:13, 37:15, 171:20, 185:16, 187:22, 189:25, 215:15, 216:7, 223:9
**LAURIE** [1] - 1:12
**lavish** [1] - 196:3
**law** [33] - 18:11, 19:20, 21:3, 30:4, 30:15, 35:21, 36:15, 41:7,

42:14, 69:9, 75:18, 75:22, 76:6, 77:19, 77:20, 82:25, 98:9, 119:21, 136:10, 191:16, 212:20, 217:22, 221:24, 235:24, 236:15, 236:23, 237:6, 242:13, 259:18, 259:24, 259:25, 260:18, 263:8
**law's** [2] - 81:14, 222:18
**lawsuit** [13] - 166:12, 201:25, 202:20, 202:24, 203:2, 203:4, 203:11, 203:20, 204:3, 204:10, 204:24, 205:21, 208:14
**lawsuits** [1] - 201:20
**lawyer** [6] - 50:7, 218:21, 218:24, 219:3, 219:6, 219:7
**lawyers** [3] - 240:9, 240:12, 240:16
**layman's** [1] - 255:9
**learn** [1] - 20:15
**learned** [4] - 11:21, 55:23, 136:21, 246:25
**Lease** [9] - 56:13, 56:14, 56:19, 58:2, 71:9, 263:16, 263:21
**lease** [31] - 58:9, 58:14, 58:20, 59:4, 59:19, 60:2, 60:6, 60:8, 60:11, 60:12, 70:16, 70:20, 71:16, 71:17, 71:19, 73:10, 73:15, 73:16, 73:23, 74:8, 74:18, 78:2, 78:13, 79:8, 79:11, 87:25, 229:17, 229:19, 233:4, 233:6
**Leasing** [15] - 2:13, 22:4, 24:2, 24:5, 24:10, 24:11, 58:8, 60:22, 62:6, 62:11, 62:15, 62:23, 99:5, 100:24, 105:20
**LEASING** [2] - 1:5, 1:17
**leasing** [1] - 99:17
**least** [6] - 87:12, 87:21, 92:2, 120:24, 198:4, 256:15
**leave** [1] - 70:11
**leaving** [1] - 257:12
**left** [4] - 100:18, 105:8,

170:5, 207:21
**left-hand** [1] - 170:5
**legal** [5] - 26:9, 50:14, 62:16, 124:21, 182:9
**LEGAL** [1] - 2:3
**lenders** [1] - 254:7
**Leshius** [1] - 244:13
**less** [4] - 129:5, 144:20, 144:21, 231:8
**lessor** [1] - 72:3
**letters** [1] - 56:25
**level** [3] - 74:7, 236:22, 236:24
**levels** [2] - 100:10, 100:11
**Lexington** [1] - 2:19
**liable** [1] - 183:23
**Libertas** [8] - 3:15, 225:11, 225:15, 225:24, 226:6, 226:8, 226:12, 261:16
**LIBERTAS** [1] - 1:16
**LIC** [1] - 1:14
**license** [29] - 22:10, 22:12, 22:15, 22:18, 22:22, 22:24, 23:5, 23:7, 23:10, 23:13, 23:20, 23:23, 24:9, 24:17, 43:23, 117:16, 122:15, 145:19, 145:20, 145:23, 145:25, 146:2, 158:22, 159:23, 213:5, 213:10, 213:13, 213:18, 214:10
**licenses** [13] - 7:10, 156:20, 158:16, 158:19, 158:25, 159:4, 159:8, 160:5, 182:3, 182:14, 182:16, 182:18, 212:7
**life** [7] - 7:16, 7:18, 196:13, 199:13, 224:13, 225:4, 241:12
**lifestyle** [2] - 196:3, 196:11
**lifetime** [2] - 259:3, 259:7
**lift** [1] - 205:9
**likely** [3] - 93:5, 93:11, 109:22
**limited** [5] - 20:7, 166:11, 166:22, 166:24, 223:19
**line** [4] - 49:5, 64:14,

201:15, 229:3
**list** [7] - 54:6, 57:7, 57:14, 97:17, 219:10, 245:12, 245:15
**listed** [3] - 83:5, 100:17, 174:7
**listing** [2] - 97:24, 246:2
**litigation** [8] - 165:12, 166:6, 166:22, 168:10, 184:5, 197:7, 226:3, 234:12
**LITTLE** [1] - 1:16
**live** [3] - 196:3, 196:10, 224:13
**living** [1] - 196:13
**LLC** [59] - 1:4, 1:5, 1:7, 1:7, 1:8, 1:8, 1:9, 1:9, 1:13, 1:13, 1:14, 1:14, 1:15, 1:16, 1:17, 2:3, 2:5, 2:13, 2:17, 2:18, 3:16, 25:22, 60:22, 62:11, 62:15, 64:8, 65:7, 72:3, 73:3, 99:5, 176:18, 177:5, 177:18, 178:4, 178:7, 178:13, 178:17, 178:21, 178:25, 179:9, 179:13, 179:17, 179:20, 179:23, 183:9, 184:8, 184:19, 184:20, 185:2, 185:22, 185:23
**LLCs** [4] - 2:17, 177:13, 184:17, 184:22
**LLP** [4] - 1:16, 2:11, 3:8, 3:14
**loan** [3] - 161:23, 163:4, 182:7
**loans** [2] - 172:10, 172:15
**local** [1] - 221:4
**located** [7] - 63:17, 63:19, 69:11, 120:14, 250:7, 250:13, 257:11
**location** [11] - 60:9, 69:12, 69:15, 69:24, 70:6, 70:11, 70:12, 70:17, 229:19, 250:14, 250:17
**locations** [3] - 250:19, 252:7, 253:2
**lock** [1] - 140:9
**locking** [1] - 259:20

**log** [1] - 133:5
**logistics** [1] - 149:23
**look** [4] - 84:2, 196:25, 220:5, 220:22
**looked** [3] - 136:3, 163:17, 215:20
**looking** [7] - 79:8, 79:9, 99:13, 101:13, 164:4, 190:25, 220:25
**looks** [7] - 55:17, 59:21, 64:11, 73:25, 74:11, 86:18, 89:9
**lose** [2] - 207:2, 258:2
**loss** [4] - 121:22, 183:21, 199:15
**losses** [13] - 67:23, 120:19, 121:3, 121:7, 121:12, 121:13, 132:14, 148:4, 195:17, 258:7, 259:2, 259:6, 259:9
**lost** [12] - 19:22, 30:5, 68:11, 68:16, 120:17, 144:12, 195:6, 211:22, 211:23, 254:4, 254:5, 258:5
**loved** [1] - 225:14
**lovely** [1] - 220:18
**lunch** [4] - 155:11, 155:17, 186:19, 193:11
**luncheon** [1] - 193:21
**lying** [1] - 236:10

## M

**maiden** [3] - 13:12, 13:13, 56:7
**main** [3] - 38:22, 136:4
**major** [1] - 136:10
**majority** [1] - 7:17
**Mall** [8] - 13:8, 13:20, 14:5, 14:6, 14:8, 14:11, 14:13, 18:4
**MANAGEMENT** [1] - 1:9
**Management** [8] - 2:18, 64:8, 65:7, 184:8, 184:25, 190:21, 190:25, 214:17
**manner** [1] - 169:6
**Marc** [21] - 38:6, 168:15, 168:18, 168:22, 169:3, 169:6, 169:10, 169:11, 170:22,

170:24, 171:4, 185:15, 188:6, 188:13, 188:20, 188:21, 189:17, 215:14, 223:6, 257:14
**MARC** [1] - 1:12
**Marcello** [5] - 111:2, 112:7, 112:8, 112:9, 112:12
**Marino** [3] - 243:4, 243:6, 244:2
**marked** [10] - 55:9, 55:11, 56:14, 60:15, 63:3, 71:10, 80:8, 88:5, 104:14, 108:7
**marriage** [2] - 265:17, 266:17
**married** [3] - 13:9, 139:3, 139:13
**Martz** [3] - 90:5, 90:22, 91:6
**Marx** [2] - 170:16, 170:18
**Maserati** [4] - 30:19, 126:21, 126:22, 127:8
**materially** [1] - 166:4
**matter** [4] - 167:19, 224:17, 265:19, 266:19
**matters** [3] - 88:22, 88:25, 89:4
**Mazda** [3] - 177:9, 177:12, 177:14
**mean** [29] - 23:15, 27:24, 29:8, 39:7, 41:20, 66:3, 77:14, 98:3, 109:19, 116:22, 117:2, 117:3, 117:20, 118:7, 133:18, 134:16, 136:6, 139:22, 154:22, 155:3, 156:4, 157:18, 157:19, 158:2, 184:2, 184:14, 185:4, 236:13
**meaning** [5] - 86:20, 110:4, 121:10, 129:7, 136:2
**means** [9] - 17:13, 50:20, 50:22, 53:16, 54:2, 84:18, 139:23, 232:4, 247:17
**meant** [1] - 143:3
**mechanics** [2] - 109:13, 109:14
**medication** [1] - 5:25

**meet** [2] - 18:20, 19:17
**meeting** [4] - 221:7, 221:9, 221:20, 248:6
**meetings** [1] - 74:23
**Melissa** [19] - 191:11, 191:13, 191:18, 191:21, 191:25, 192:7, 192:10, 243:25, 244:8, 248:24, 249:7, 249:8, 250:3, 251:20, 252:22, 256:11, 256:14, 256:17, 256:21
**Member** [1] - 61:12
**members** [1] - 125:22
**memory** [12] - 9:16, 10:24, 78:25, 79:19, 93:24, 97:12, 99:14, 109:23, 209:3, 209:5, 211:19, 241:16
**men's** [1] - 156:8
**mental** [2] - 121:22, 121:25
**mention** [1] - 216:2
**mentioned** [9] - 14:3, 16:11, 103:12, 126:20, 127:8, 144:24, 163:17, 188:17, 224:3
**mentioning** [4] - 74:21, 216:3, 231:9, 231:10
**MERCKLING** [1] - 1:12
**Merckling** [15] - 38:6, 168:15, 168:18, 168:23, 170:22, 170:25, 171:4, 185:15, 188:6, 188:13, 188:20, 189:17, 215:14, 223:6, 257:14
**mess** [1] - 207:21
**met** [7] - 18:8, 18:15, 19:2, 19:7, 37:2, 66:16, 257:7
**Michael** [14] - 26:4, 37:11, 37:13, 37:15, 37:19, 58:9, 59:4, 60:9, 171:20, 185:15, 187:22, 189:25, 215:15, 223:9
**MICHAEL** [1] - 1:12
**middle** [4] - 61:10, 75:25, 100:21, 170:12
**might** [16] - 101:11,

101:14, 143:21, 154:7, 169:10, 170:19, 189:2, 189:11, 189:18, 189:19, 189:23, 202:16, 216:8, 244:4, 252:17
**million** [11] - 120:17, 120:18, 120:20, 120:25, 172:13, 186:13, 195:16, 203:18, 254:5, 258:2, 258:4
**millions** [19] - 28:24, 29:13, 29:14, 30:3, 30:11, 67:21, 67:22, 128:24, 128:25, 129:12, 132:13, 144:9, 194:21, 195:2, 195:8, 199:15, 200:17
**mind** [3] - 52:7, 106:5, 211:4
**mine** [1] - 152:22
**minimal** [1] - 100:9
**minutes** [6] - 49:9, 90:17, 155:22, 156:8, 156:11, 156:16
**mislead** [2] - 45:15, 47:11
**misleading** [1] - 45:11
**mismanaged** [1] - 195:24
**missing** [2] - 117:5, 129:9
**misspoke** [1] - 190:24
**mistake** [1] - 107:16
**misunderstand** [1] - 53:24
**Mitchell** [3] - 1:24, 266:6, 266:24
**MITCHELL** [3] - 265:6, 265:25, 266:25
**mixing** [1] - 214:23
**MO** [1] - 98:14
**Modification** [3] - 56:14, 58:3, 263:16
**moment** [3] - 79:11, 161:20, 178:2
**money** [108] - 17:8, 17:14, 30:5, 30:6, 30:9, 30:16, 30:20, 30:21, 32:2, 64:18, 65:20, 65:24, 66:12, 67:19, 68:3, 68:6, 68:11, 68:17, 71:6, 109:3, 109:6, 109:9, 109:15, 109:24, 110:5, 113:21,

119:23, 120:6, 120:7, 122:24, 127:3, 127:11, 127:12, 127:16, 127:20, 144:11, 145:14, 146:13, 147:19, 147:23, 148:2, 148:9, 148:14, 148:17, 148:21, 149:5, 149:20, 149:25, 150:21, 160:19, 160:23, 161:5, 161:13, 161:15, 161:18, 161:22, 162:2, 162:5, 162:16, 162:22, 169:5, 172:12, 172:21, 173:3, 173:5, 173:17, 173:22, 173:24, 177:23, 180:24, 181:2, 181:4, 181:6, 181:12, 181:22, 181:24, 182:7, 182:24, 183:2, 183:16, 185:5, 185:8, 186:13, 195:14, 195:18, 195:22, 195:24, 196:2, 196:9, 196:10, 196:15, 207:2, 210:19, 210:20, 211:23, 211:24, 214:20, 224:18, 224:25, 225:11, 225:12, 225:14, 225:17, 225:23, 226:5, 230:13, 253:22, 258:24
**monitor** [1] - 105:6
**month** [3] - 39:12, 39:15, 39:20
**months** [1] - 39:9
**MORGAN** [1] - 1:17
**morning** [4] - 5:19, 5:22, 96:12, 96:25
**most** [2] - 39:14, 109:22
**mother** [15] - 19:20, 21:3, 30:4, 30:15, 36:15, 41:7, 42:14, 75:18, 75:22, 98:9, 119:21, 212:20, 235:24, 259:18, 259:24
**mother-in-law** [15] - 19:20, 21:3, 30:4, 30:15, 36:15, 41:7,

42:14, 75:18, 75:22, 98:9, 119:21, 212:20, 235:24, 259:18, 259:24
**MOTION** [1] - 263:5
**MOTOR** [2] - 1:5, 1:17
**motor** [19] - 22:12, 22:23, 43:22, 44:25, 45:20, 51:19, 51:21, 95:23, 96:2, 117:14, 117:16, 158:21, 158:25, 159:4, 212:14, 251:5, 251:16, 251:17, 253:3
**Motor** [18] - 2:13, 22:4, 22:8, 24:2, 24:5, 24:10, 24:11, 58:8, 60:22, 62:6, 62:11, 62:15, 62:23, 99:5, 99:17, 100:24, 105:20, 212:23
**MOTORS** [6] - 1:4, 1:13, 1:14, 1:14, 1:15, 1:15
**Motors** [98] - 2:4, 20:5, 20:8, 20:11, 20:13, 20:16, 21:8, 22:11, 22:15, 24:20, 25:12, 25:16, 25:19, 25:21, 25:25, 26:2, 26:7, 26:11, 26:14, 26:17, 26:24, 27:12, 27:14, 27:20, 27:23, 28:21, 32:11, 33:6, 34:6, 34:17, 34:25, 35:12, 35:19, 36:8, 37:15, 37:17, 37:22, 38:2, 38:7, 38:12, 38:25, 40:16, 40:25, 42:3, 42:11, 42:18, 43:6, 43:12, 43:13, 51:2, 58:8, 59:5, 60:3, 60:8, 61:19, 72:3, 72:5, 72:13, 72:18, 72:21, 73:3, 73:11, 74:5, 78:2, 89:23, 94:7, 95:2, 95:17, 98:8, 106:6, 107:9, 107:24, 115:18, 116:20, 118:12, 119:10, 120:20, 122:7, 129:20, 133:8, 135:15, 138:18, 139:6, 139:20, 140:5, 140:20, 148:4, 190:7, 190:12, 194:22, 195:3, 206:19, 206:21,

*Rich Moffett Court Reporting, Inc.*

212:18, 213:6,
213:9, 234:15,
247:25
**Motors'** [3] - 88:22,
98:6, 118:13
**move** [3] - 98:14,
132:16, 141:7
**moving** [3] - 141:16,
142:3, 246:16
**MR** [184] - 5:18, 8:18,
8:20, 16:10, 20:6,
20:12, 21:14, 21:19,
21:22, 23:21, 24:25,
25:5, 25:7, 28:8,
28:14, 28:17, 28:18,
28:19, 34:18, 35:2,
35:6, 35:8, 35:23,
41:19, 41:21, 44:13,
45:13, 47:24, 48:3,
48:7, 48:14, 50:5,
50:8, 50:11, 50:12,
50:13, 50:16, 52:13,
52:17, 52:23, 53:4,
53:7, 53:11, 53:13,
53:19, 53:21, 54:16,
54:21, 54:23, 55:4,
57:3, 57:6, 57:11,
57:15, 71:18, 74:3,
74:6, 76:18, 76:22,
85:12, 85:14, 85:15,
85:25, 86:4, 90:11,
90:16, 93:9, 98:14,
98:18, 102:6, 102:9,
102:24, 104:22,
105:2, 105:5,
110:13, 110:15,
113:3, 113:7,
113:11, 114:6,
114:9, 128:6, 128:9,
128:11, 131:18,
131:20, 131:22,
135:18, 151:14,
151:17, 151:21,
151:22, 155:8,
155:12, 155:18,
155:23, 156:4,
156:5, 156:10,
156:13, 156:15,
160:25, 161:4,
161:9, 166:9,
166:15, 166:21,
166:23, 167:6,
167:8, 182:8,
185:11, 186:16,
186:18, 186:20,
186:24, 187:3,
189:3, 189:6,
192:17, 192:20,
193:4, 193:10,
193:14, 193:16,
193:17, 193:20,

194:18, 197:20,
197:24, 198:3,
204:17, 204:18,
204:22, 204:23,
205:4, 205:25,
206:5, 207:9,
208:11, 215:19,
216:12, 216:14,
216:18, 216:22,
216:23, 219:5,
219:9, 219:14,
219:18, 219:23,
225:7, 228:19,
231:22, 233:16,
237:24, 238:10,
238:13, 238:22,
239:2, 239:4, 239:8,
239:9, 242:9,
242:16, 242:18,
242:20, 242:23,
243:2, 246:22,
246:24, 247:7,
247:11, 247:14,
247:23, 260:21,
260:23, 261:3,
261:5, 261:15,
261:18, 261:21,
263:4
**MS** [1] - 260:25
**multimillion** [1] -
196:4
**multiple** [1] - 201:19

## N

**N.A** [1] - 1:17
**name** [39] - 5:7, 5:9,
5:20, 13:6, 13:12,
13:13, 37:18, 38:8,
43:23, 44:25, 49:12,
49:13, 49:25, 51:21,
56:6, 56:7, 58:11,
59:24, 59:25, 62:16,
63:24, 80:19, 80:20,
81:24, 82:6, 82:8,
90:6, 90:8, 90:10,
105:17, 112:6,
122:17, 126:3,
170:6, 170:9,
182:21, 201:2,
222:19
**Name** [1] - 105:14
**named** [10] - 13:19,
37:10, 37:12, 64:23,
124:10, 133:19,
168:22, 191:10,
234:17, 243:4
**names** [9] - 12:7,
14:17, 58:22, 83:7,
158:8, 188:22,
201:12, 201:18,

208:4
**NASSAU** [2] - 265:4,
266:4
**Nassau** [6] - 108:6,
108:13, 169:16,
191:22, 192:2, 264:7
**necessarily** [1] - 99:9
**need** [4] - 54:25,
120:7, 120:15, 205:5
**needed** [4] - 8:25,
33:3, 117:15, 214:24
**needs** [1] - 54:19
**never** [41] - 44:3, 44:5,
45:2, 45:4, 45:5,
45:23, 47:19, 67:10,
68:23, 78:12, 81:17,
81:19, 98:13,
117:17, 123:9,
126:3, 126:14,
126:15, 136:2,
137:15, 144:7,
151:7, 151:22,
174:15, 188:25,
206:12, 211:15,
212:19, 218:13,
233:20, 233:21,
235:7, 236:3,
243:14, 245:7,
246:10, 249:7,
249:8, 254:4,
256:16, 257:7
**nevertheless** [1] -
138:14
**New** [21] - 1:25, 2:8,
2:20, 3:6, 3:11, 5:14,
6:13, 12:15, 45:12,
47:13, 73:5, 73:18,
79:16, 180:3,
180:13, 180:16,
184:19, 262:24,
265:7, 266:7
**new** [1] - 19:8
**NEW** [4] - 1:3, 262:4,
265:3, 266:3
**next** [5] - 82:6, 93:23,
105:24, 188:22,
192:21
**night** [3] - 75:25,
137:5, 259:19
**nine** [2] - 12:9, 85:11
**Nissan** [13] - 33:3,
80:17, 81:7, 81:12,
84:3, 84:12, 85:21,
86:10, 86:25, 87:25,
138:15, 243:23,
243:24
**NMAC** [2] - 229:23,
230:3
**none** [3] - 67:18,
117:9, 238:8

**nonetheless** [2] -
8:23, 138:19
**nonoperational** [1] -
129:7
**nonowners** [1] -
231:19
**nonresponsive** [1] -
98:15
**North** [1] - 6:11
**Northshore** [206] -
2:13, 20:5, 20:7,
20:11, 20:13, 20:16,
21:8, 22:3, 22:10,
22:15, 24:2, 24:4,
24:10, 24:11, 24:19,
25:12, 25:16, 25:19,
25:21, 25:25, 26:2,
26:7, 26:11, 26:13,
26:17, 26:24, 27:11,
27:14, 27:20, 27:23,
28:20, 29:7, 31:18,
32:11, 33:6, 34:6,
34:17, 34:25, 35:12,
35:19, 36:8, 37:15,
37:17, 37:21, 38:2,
38:7, 38:11, 38:25,
40:2, 40:15, 40:25,
41:10, 42:3, 42:10,
42:18, 43:6, 43:12,
43:13, 43:20, 44:20,
45:10, 50:4, 51:2,
56:13, 56:19, 58:8,
59:5, 60:3, 60:8,
60:22, 61:19, 62:6,
62:11, 62:15, 62:22,
64:7, 65:6, 74:23,
75:3, 75:8, 75:12,
88:22, 89:23, 94:6,
94:25, 95:10, 95:17,
97:16, 98:6, 98:8,
99:5, 99:16, 100:24,
105:20, 106:6,
107:9, 107:24,
115:17, 116:4,
116:19, 118:6,
118:12, 118:13,
119:10, 120:20,
122:7, 123:6, 124:5,
125:12, 125:17,
126:9, 127:17,
129:20, 130:7,
131:2, 131:9, 133:8,
134:24, 135:3,
135:14, 137:7,
138:18, 139:6,
139:20, 140:4,
140:20, 146:6,
147:13, 148:4,
149:8, 149:13,
151:9, 152:3, 152:8,

152:13, 152:17,
152:22, 156:20,
159:15, 172:11,
172:18, 173:6,
176:7, 176:8,
176:12, 176:13,
188:18, 188:25,
189:9, 190:7,
190:11, 190:17,
192:24, 194:22,
195:3, 195:17,
196:16, 196:21,
197:9, 198:12,
199:9, 210:3,
212:18, 212:23,
213:6, 213:9,
215:25, 216:9,
220:6, 220:13,
220:22, 222:2,
222:13, 233:12,
233:21, 234:11,
234:15, 235:2,
235:11, 235:23,
236:2, 236:5,
236:16, 237:7,
237:15, 239:12,
240:14, 241:9,
241:13, 242:14,
243:17, 244:9,
244:15, 244:20,
244:25, 245:6,
245:10, 245:12,
247:25, 253:14,
253:18, 253:21,
254:24, 256:24,
263:9, 263:15
**NORTHSHORE** [2] -
1:5, 1:17
**northshoremotors1.
com** [1] - 90:3
**NOT** [1] - 3:20
**Notary** [5] - 1:24, 5:4,
262:24, 265:6, 266:6
**notation** [1] - 63:13
**note** [4] - 21:14, 35:2,
44:13, 247:7
**noted** [2] - 194:14,
261:25
**nothing** [9] - 103:22,
171:8, 199:14,
202:5, 232:20,
235:13, 244:14,
247:3, 251:14
**Notice** [1] - 1:24
**noticed** [1] - 215:21
**November** [39] -
27:15, 28:21, 29:5,
29:17, 31:19, 33:7,
34:6, 39:2, 43:3,
75:4, 75:9, 75:13,

106:22, 108:17, 110:11, 111:9, 111:15, 111:22, 112:4, 112:12, 112:18, 112:23, 113:14, 113:19, 114:23, 119:9, 119:10, 154:25, 155:4, 160:18, 175:3, 175:10, 175:23, 176:8, 209:25, 210:15, 212:3, 212:23, 247:3
**number** [15] - 12:20, 13:15, 28:13, 55:20, 56:5, 56:10, 62:19, 62:22, 83:20, 84:9, 84:16, 86:16, 86:23, 87:2, 215:23
**numbers** [1] - 12:17
**NYC** [1] - 1:12

**O**

**O'Sullivan** [5] - 244:11, 255:5, 255:14, 255:22, 257:4
**Oak** [1] - 5:14
**oath** [4] - 4:17, 45:10, 107:15, 262:9
**object** [1] - 160:8
**Objection** [1] - 185:11
**objection** [32] - 8:19, 16:10, 20:6, 21:15, 35:3, 41:19, 44:14, 45:13, 47:24, 50:5, 52:17, 76:18, 93:9, 102:6, 102:24, 110:13, 113:3, 114:6, 128:6, 151:14, 160:25, 182:8, 189:3, 204:17, 204:19, 205:9, 208:11, 228:3, 231:22, 238:11, 238:13, 247:8
**objections** [1] - 4:9
**obligation** [2] - 11:16, 32:7
**obligations** [15] - 39:22, 43:19, 66:16, 66:19, 66:25, 77:17, 95:22, 98:11, 103:24, 117:18, 118:11, 118:16, 235:3, 235:7, 235:16
**observed** [4] - 128:19, 128:23, 140:13,

141:15
**obtain** [2] - 13:3, 234:6
**obtained** [7] - 13:15, 70:5, 160:19, 160:23, 161:2, 161:15, 212:17
**obtaining** [4] - 22:10, 38:18, 161:22, 182:24
**obvious** [2] - 201:8, 201:10
**obviously** [4] - 12:22, 59:7, 92:2, 248:13
**occasion** [5] - 77:8, 108:16, 108:19, 188:9, 188:12
**occasionally** [3] - 36:21, 39:5, 75:5
**occurred** [6] - 77:7, 205:6, 258:8, 259:3, 259:7, 259:10
**October** [6] - 93:7, 93:8, 93:23, 94:4, 176:4, 176:14
**OF** [14] - 1:3, 1:6, 1:6, 1:13, 1:13, 1:14, 1:14, 1:15, 262:4, 262:5, 265:3, 265:4, 266:3, 266:4
**offered** [1] - 28:11
**office** [43] - 25:13, 28:10, 32:21, 33:9, 109:18, 109:20, 109:22, 118:23, 140:10, 140:11, 140:12, 151:16, 151:23, 152:3, 152:5, 152:8, 152:12, 152:16, 152:21, 152:24, 153:4, 153:8, 157:2, 157:3, 157:8, 157:14, 157:18, 157:19, 157:24, 158:3, 158:11, 232:24, 244:12, 249:16, 249:24, 250:4, 251:2, 251:3, 251:13, 253:7, 253:13, 253:17
**office's** [1] - 251:9
**officer** [4] - 4:16, 108:22, 169:4, 224:19
**Officer** [2] - 169:16, 170:6
**offices** [1] - 253:10
**offset** [2] - 68:9, 68:12
**often** [1] - 38:24

**old** [2] - 8:8, 11:4
**older** [1] - 41:24
**once** [11] - 14:9, 26:22, 53:23, 59:25, 87:22, 134:4, 152:18, 163:16, 178:6, 251:23, 252:11
**one** [60] - 7:6, 9:13, 14:22, 17:25, 18:3, 18:5, 20:8, 32:14, 38:22, 42:22, 49:4, 55:12, 57:4, 60:7, 69:3, 76:9, 80:15, 82:23, 85:13, 86:23, 95:8, 101:3, 101:22, 102:4, 110:8, 115:16, 130:2, 136:4, 157:9, 158:17, 160:4, 162:8, 165:7, 165:10, 166:12, 176:21, 177:2, 177:6, 177:16, 199:7, 199:8, 199:20, 200:3, 204:9, 208:21, 210:12, 210:14, 213:20, 216:16, 229:24, 240:8, 246:17, 248:4, 248:25, 255:10, 255:17, 257:8, 258:25
**ones** [3] - 13:24, 22:7, 23:9
**ongoing** [1] - 238:15
**oOo** [1] - 4:21
**open** [2] - 153:13, 238:20
**open-ended** [1] - 153:13
**opened** [4] - 99:8, 99:20, 101:9, 249:13
**opening** [4] - 60:23, 61:19, 99:11, 99:19
**operate** [10] - 16:8, 29:13, 43:6, 125:20, 138:21, 177:8, 198:17, 198:23, 198:25, 199:3
**operated** [1] - 72:10
**operates** [1] - 90:2
**operating** [11] - 29:10, 30:13, 39:17, 126:19, 127:6, 127:7, 127:24, 128:2, 129:21, 137:25, 146:25
**operation** [3] - 40:15,

42:18, 128:20
**operations** [1] - 40:25
**operator** [3] - 131:12, 131:19, 248:11
**operators** [1] - 125:20
**opinion** [9] - 59:17, 76:8, 77:7, 153:20, 153:23, 167:19, 178:7, 178:9, 198:14
**opportunity** [1] - 161:8
**Order** [1] - 1:23
**order** [15] - 30:5, 32:9, 43:20, 51:22, 77:20, 85:3, 109:9, 119:23, 129:24, 163:4, 172:9, 213:12, 213:21, 235:14, 259:19
**organization** [1] - 136:2
**original** [2] - 58:9, 177:21
**outcome** [2] - 265:18, 266:18
**Outlet** [12] - 12:11, 14:13, 14:22, 63:14, 63:17, 64:7, 69:7, 69:16, 249:14, 250:11, 250:13, 250:19
**Outlet's** [1] - 250:16
**Outlets** [1] - 252:23
**outside** [2] - 203:22, 206:2
**oversee** [1] - 40:24
**overseen** [1] - 255:25
**Ovington** [1] - 3:10
**owe** [1] - 129:12
**owed** [16] - 28:24, 29:13, 30:12, 30:15, 30:19, 30:21, 31:25, 32:5, 109:10, 115:8, 117:4, 173:22, 173:24, 186:13, 258:23
**own** [24] - 11:24, 12:9, 12:11, 12:12, 12:13, 12:18, 13:22, 14:4, 14:5, 14:7, 16:7, 16:20, 16:23, 18:5, 20:3, 82:25, 114:24, 124:17, 135:9, 148:18, 179:25, 180:18, 185:6
**owned** [14] - 12:24, 14:9, 14:11, 14:12, 15:20, 17:2, 19:24, 20:5, 22:4, 24:10, 72:10, 133:10,

158:16, 158:25
**owner** [52] - 16:8, 16:18, 22:14, 43:11, 43:13, 44:10, 44:15, 50:3, 51:2, 51:6, 52:4, 52:5, 52:9, 58:15, 100:23, 104:8, 106:6, 107:2, 110:11, 111:10, 112:2, 112:13, 112:19, 112:24, 131:14, 131:19, 131:24, 149:2, 159:25, 174:2, 174:5, 174:14, 174:18, 175:13, 231:16, 232:17, 232:19, 232:22, 232:25, 233:2, 233:5, 233:20, 233:21, 234:10, 234:25, 235:6, 235:10, 235:21, 235:22, 235:25, 236:5, 236:9
**owners** [32] - 20:19, 21:4, 24:17, 26:17, 44:20, 45:9, 69:6, 69:17, 69:23, 72:18, 74:23, 97:18, 97:25, 107:5, 107:7, 110:20, 110:21, 110:23, 115:12, 132:10, 159:5, 159:20, 173:20, 174:7, 182:15, 182:17, 228:9, 228:11, 229:2, 229:4, 229:5, 229:13
**ownership** [31] - 12:4, 14:19, 15:8, 15:16, 21:8, 22:13, 23:25, 42:24, 43:20, 44:23, 45:22, 50:6, 50:20, 50:21, 51:23, 53:16, 54:2, 54:4, 67:16, 84:11, 84:20, 85:20, 86:3, 92:22, 96:3, 103:22, 233:12, 233:24, 234:3, 234:14, 246:16
**owning** [2] - 13:21, 56:2
**owns** [3] - 81:3, 89:25, 184:14

**P**

**p.m** [3] - 193:22, 194:14, 261:25
**page** [21] - 57:23,

58:6, 58:18, 61:20, 62:2, 62:5, 62:10, 62:19, 71:23, 73:14, 80:13, 84:4, 86:15, 87:12, 87:15, 96:11, 99:15, 100:17, 100:22, 106:12, 170:4
**PAGE** [3] - 263:3, 263:5, 263:7
**pages** [1] - 62:4
**paid** [14] - 32:3, 126:15, 130:16, 130:19, 188:18, 189:11, 195:9, 195:12, 212:9, 230:7, 231:19, 231:25, 232:6, 258:6
**pandemic** [3] - 217:16, 218:12, 218:14
**paper** [1] - 85:8
**papers** [1] - 27:11
**paperwork** [7] - 21:2, 21:17, 21:25, 27:16, 27:20, 126:14, 214:14
**paragraph** [6] - 83:9, 83:20, 84:8, 84:16, 86:22, 105:14
**Paralegal** [1] - 3:24
**parenthetically** [2] - 83:15, 84:4
**Part** [1] - 100:22
**part** [13] - 65:16, 107:25, 115:14, 141:10, 154:8, 183:21, 186:15, 210:9, 218:7, 234:11, 251:10, 251:11, 255:18
**particular** [6] - 65:22, 87:7, 163:18, 183:12, 209:18, 233:9
**parties** [3] - 4:4, 265:16, 266:16
**partner** [6] - 41:18, 41:20, 69:20, 82:25, 91:19, 252:25
**PARTNERS** [1] - 1:15
**partners** [9] - 98:5, 116:19, 129:25, 160:8, 160:11, 169:8, 182:4, 218:23, 241:24
**partners'** [2] - 116:7, 185:6
**parts** [1] - 31:2
**party** [2] - 230:5,

230:11
**passed** [1] - 18:11
**past** [6] - 46:5, 82:11, 140:9, 154:7, 188:17, 201:23
**pausing** [1] - 155:14
**pay** [31] - 29:3, 30:4, 45:19, 109:9, 115:23, 117:12, 148:3, 148:10, 148:14, 148:18, 148:22, 149:12, 150:6, 210:20, 231:24, 233:5, 249:17, 249:20, 249:22, 249:24, 250:6, 253:6, 253:10, 253:13, 253:23, 253:24, 254:7, 255:6, 255:11, 255:12
**Payable** [2] - 63:2, 263:19
**payable** [2] - 63:9, 251:6
**paycheck** [3] - 17:20, 17:23, 18:2
**paying** [25] - 43:23, 43:24, 45:2, 45:3, 45:4, 95:22, 115:4, 115:7, 118:18, 131:10, 173:13, 196:12, 210:22, 230:5, 230:11, 232:3, 232:9, 232:20, 251:7, 253:4, 253:18, 253:21, 254:19, 258:25
**payment** [1] - 66:15
**payments** [8] - 115:20, 119:19, 119:20, 119:23, 255:16, 255:23
**payoffs** [3] - 32:25, 117:13, 210:23
**payroll** [6] - 16:21, 16:22, 17:3, 17:10, 17:13, 253:7
**pays** [5] - 232:16, 233:3, 249:24, 250:3, 250:5
**peace** [1] - 69:9
**Penn** [1] - 125:25
**Pennsylvania** [1] - 3:19
**people** [36] - 29:15, 34:4, 74:21, 88:11, 123:14, 133:19, 134:5, 134:11,

140:10, 142:24, 144:3, 157:13, 157:25, 158:5, 158:10, 168:4, 178:11, 200:24, 201:13, 201:16, 201:21, 202:3, 203:15, 210:13, 224:2, 224:4, 224:22, 228:8, 228:25, 229:9, 240:17, 248:9, 249:21, 249:23, 255:19, 257:5
**perceived** [1] - 148:3
**percent** [40] - 18:10, 22:16, 28:7, 38:20, 43:11, 43:13, 45:9, 54:7, 54:8, 64:3, 76:11, 80:23, 83:24, 85:6, 92:21, 95:14, 100:23, 103:21, 107:23, 113:22, 124:8, 133:12, 139:7, 139:21, 139:23, 158:23, 159:12, 162:6, 177:10, 177:13, 183:24, 184:24, 207:6, 207:19, 215:8, 222:7, 234:20, 234:23, 240:19, 246:14
**percentage** [1] - 80:25
**perfect** [1] - 156:13
**perhaps** [4] - 8:17, 8:22, 13:21, 246:18
**period** [1] - 258:5
**perpetuating** [1] - 103:6
**person** [20] - 19:8, 34:3, 41:17, 105:19, 116:2, 120:6, 131:8, 131:9, 132:3, 134:4, 136:16, 168:5, 168:22, 169:19, 170:23, 203:21, 206:10, 232:9, 243:11, 255:8
**personal** [19] - 11:8, 11:12, 11:22, 19:3, 22:17, 22:21, 23:5, 24:16, 58:19, 59:3, 59:18, 149:10, 158:18, 159:8, 159:11, 159:14, 182:25, 245:13, 245:16
**personally** [28] - 11:17, 29:6, 118:25,

119:4, 123:23, 123:24, 135:20, 141:15, 141:17, 145:8, 145:17, 145:18, 145:21, 145:22, 145:25, 146:5, 146:11, 146:14, 147:9, 147:19, 149:4, 149:14, 149:21, 150:8, 162:2, 162:5, 172:19, 253:23
**pertains** [1] - 73:17
**Phalon** [2] - 69:10, 229:9
**Philadelphia** [1] - 3:19
**phone** [8] - 62:18, 62:22, 108:21, 169:14, 206:10, 207:8, 224:16, 224:23
**phrase** [1] - 218:15
**physical** [1] - 157:24
**physically** [4] - 33:15, 33:18, 250:12, 254:7
**piece** [2] - 85:7, 179:24
**piggybacking** [1] - 201:25
**pimple** [1] - 68:13
**place** [2] - 133:7, 192:23
**places** [1] - 58:12
**plaintiff** [11] - 143:6, 187:18, 187:23, 188:3, 188:7, 188:10, 188:14, 216:15, 216:16, 216:19
**Plaintiff** [1] - 1:22
**plaintiffs** [45] - 74:16, 74:17, 78:9, 78:14, 142:16, 142:19, 142:24, 143:6, 143:10, 143:15, 165:23, 166:8, 167:3, 167:15, 167:18, 168:11, 168:16, 168:24, 171:5, 171:16, 171:21, 172:2, 172:23, 180:12, 184:4, 185:8, 185:10, 185:17, 187:6, 187:14, 215:16, 215:17, 215:22, 215:23, 215:24, 215:25, 216:8, 217:2, 217:7, 223:21, 223:24,

234:13, 242:13, 242:24, 263:8
**Plaintiffs** [3] - 1:10, 2:4, 2:12
**plan** [9] - 118:19, 129:19, 129:25, 130:3, 130:8, 130:16, 130:18, 253:24, 254:8
**Planet** [1] - 166:19
**planning** [2] - 155:9, 155:11
**plans** [1] - 25:16
**plate** [2] - 146:19, 147:2
**plates** [15] - 122:16, 122:19, 123:2, 123:19, 123:21, 124:3, 124:4, 124:15, 145:19, 145:21, 145:23, 145:25, 146:3, 146:16
**plating** [1] - 177:6
**play** [2] - 16:5, 200:3
**playbook** [1] - 206:15
**pledgor** [1] - 87:17
**plenty** [1] - 200:24
**plus** [1] - 166:12
**PO** [1] - 152:5
**point** [12] - 11:4, 54:24, 81:9, 86:18, 97:15, 162:12, 189:6, 202:19, 214:15, 225:6, 245:18, 252:18
**points** [1] - 202:16
**Police** [4] - 108:6, 108:14, 169:16, 264:7
**police** [6] - 108:18, 108:20, 108:22, 169:4, 224:19, 257:6
**position** [4] - 23:4, 185:13, 185:18, 186:6
**possess** [1] - 104:18
**possession** [2] - 60:4, 146:19
**possible** [7] - 93:16, 93:18, 94:19, 99:20, 99:22, 113:24, 114:3, 114:19, 170:18, 170:20, 170:21, 180:21, 197:4, 213:23, 221:18, 254:21, 254:22
**possibly** [8] - 15:2, 64:15, 69:10, 82:6,

113:15, 180:19, 222:10, 239:18
**potential** [3] - 138:5, 138:10, 238:17
**potentially** [3] - 214:19, 215:4, 235:6
**power** [1] - 224:7
**powers** [1] - 224:10
**practice** [1] - 82:25
**prefer** [1] - 26:8
**preliminary** [2] - 86:12, 236:14
**PREMIER** [1] - 1:15
**Premier** [1] - 58:7
**premise** [1] - 161:17
**premises** [2] - 58:10, 74:9
**preparation** [1] - 164:14
**prepare** [6] - 46:7, 46:9, 46:15, 46:19, 164:17, 164:24
**prepared** [9] - 43:10, 44:7, 45:16, 47:8, 47:13, 50:25, 81:21, 227:2, 227:5
**present** [6] - 9:16, 27:19, 34:22, 205:7, 205:13, 248:2
**PRESENT** [2] - 3:20, 3:22
**presented** [3] - 129:15, 205:11, 242:12
**presumably** [1] - 164:25
**presume** [1] - 159:19
**pretences** [1] - 225:13
**pretty** [4] - 124:8, 158:12, 213:24, 258:11
**prevent** [1] - 238:7
**principles** [1] - 100:8
**privilege** [3] - 204:20, 205:14, 238:12
**privileged** [1] - 205:3
**pro** [1] - 3:4
**problem** [14] - 31:8, 32:17, 32:23, 50:17, 50:18, 53:21, 68:13, 68:16, 77:4, 129:11, 136:11, 138:9, 153:11, 258:17
**problems** [5] - 31:18, 32:10, 33:13, 117:20, 149:8
**product** [1] - 11:3
**production** [1] - 242:11
**professional** [2] - 7:9,

---

7:12
**promise** [1] - 145:4
**promised** [3] - 39:23, 43:21, 77:18
**properly** [1] - 39:18
**property** [1] - 179:24
**proud** [1] - 247:19
**prove** [1] - 203:15
**provide** [2] - 200:18, 226:11
**provided** [1] - 46:18
**provider** [1] - 230:3
**providers** [1] - 254:8
**Public** [5] - 1:25, 5:4, 262:24, 265:7, 266:7
**pull** [1] - 55:14
**purchase** [14] - 64:6, 64:12, 65:17, 66:13, 66:17, 67:2, 67:9, 68:19, 68:22, 71:7, 81:4, 81:12, 83:23, 230:25
**purchased** [2] - 24:20, 126:25
**purchasing** [1] - 81:6
**purpose** [8] - 22:9, 63:13, 84:10, 86:9, 86:13, 109:11, 234:2, 246:17
**purposes** [4] - 51:3, 52:6, 52:9, 108:2
**pursuant** [1] - 1:23
**pushes** [1] - 130:17
**put** [9] - 19:16, 49:24, 50:13, 110:3, 110:6, 149:5, 149:20, 173:2, 173:5
**putting** [3] - 68:10, 120:12, 171:9

---

## Q

**queen** [2] - 218:12, 218:14
**Queens** [2] - 14:13, 14:14
**questioning** [2] - 229:4, 239:6
**questions** [16] - 5:23, 6:3, 6:6, 24:24, 48:12, 49:6, 50:15, 113:9, 114:10, 146:9, 176:6, 213:16, 237:21, 260:22, 260:24, 261:2
**quickly** [3] - 213:23, 213:24, 221:17

---

## R

**Rahman** [1] - 56:7
**Ram** [1] - 12:15
**ransom** [1] - 141:10
**rarely** [3] - 39:5, 39:7, 75:6
**rather** [2] - 154:19, 227:21
**Ray** [1] - 69:10
**re** [1] - 263:9
**read** [23] - 25:8, 25:10, 52:16, 59:7, 79:22, 83:19, 84:8, 84:15, 85:4, 85:17, 86:17, 92:14, 92:16, 98:19, 98:21, 102:14, 102:16, 105:25, 197:20, 197:22, 216:19, 233:19, 262:8
**realized** [2] - 31:17, 39:17
**really** [15] - 39:21, 42:19, 76:3, 137:9, 173:5, 190:18, 224:22, 231:10, 236:13, 243:14, 244:14, 245:7, 246:18, 248:12, 248:14
**REALTY** [1] - 1:8
**Realty** [5] - 2:17, 87:20, 87:24, 179:20, 179:22
**reason** [6] - 19:4, 19:17, 126:7, 150:10, 163:19, 182:13
**reasons** [1] - 117:14
**receivable** [1] - 251:7
**received** [2] - 9:6, 69:3
**Recess** [1] - 90:18
**recess** [3] - 55:5, 156:17, 193:21
**recognize** [4] - 62:18, 64:13, 106:14, 106:16
**record** [17] - 5:8, 5:12, 28:8, 83:20, 85:16, 105:25, 128:11, 201:7, 207:10, 207:16, 261:4, 261:7, 261:20, 262:12, 262:13, 265:13, 266:13
**Record** [6] - 25:10, 52:16, 98:21, 102:16, 197:22, 233:19

---

**records** [2] - 196:25, 210:24
**recoup** [2] - 213:2, 213:3
**refer** [1] - 187:15
**referencing** [7] - 100:12, 117:22, 121:16, 132:24, 157:16, 187:8, 217:9
**referred** [4] - 83:10, 83:16, 84:5
**referring** [8] - 16:12, 22:2, 25:20, 48:2, 48:9, 71:19, 79:7, 207:15
**refers** [1] - 207:11
**refilled** [1] - 98:12
**refresh** [1] - 99:14
**regard** [9] - 9:5, 42:7, 60:8, 66:19, 77:23, 83:13, 107:19, 141:15, 220:3
**regarding** [16] - 23:20, 42:17, 52:6, 80:16, 94:6, 108:13, 118:6, 120:20, 154:25, 209:13, 217:16, 220:2, 233:12, 234:14, 236:16, 241:8
**regardless** [1] - 85:21
**regards** [1] - 7:14
**register** [2] - 125:25, 126:2
**regular** [1] - 74:22
**regulations** [1] - 158:21
**reins** [1] - 116:3
**related** [10] - 72:21, 82:20, 87:2, 137:18, 209:9, 209:11, 211:4, 230:24, 265:16, 266:16
**relates** [1] - 177:23
**relating** [1] - 242:14
**relationship** [2] - 42:7, 139:9
**release** [1] - 181:8
**relied** [3] - 163:6, 163:7, 163:9
**relief** [5] - 217:17, 217:24, 218:12, 218:14
**remember** [86] - 9:9, 9:11, 10:4, 10:11, 10:22, 11:5, 13:6, 13:21, 14:19, 15:3, 18:7, 18:17, 18:23, 21:5, 21:10, 21:12, 27:3, 27:18, 29:20,

---

29:24, 31:15, 31:21, 43:8, 43:14, 46:16, 47:19, 49:19, 49:21, 65:5, 65:8, 65:10, 70:14, 74:13, 75:10, 76:5, 78:22, 80:5, 81:16, 93:21, 94:8, 94:12, 94:17, 96:16, 99:11, 99:18, 109:5, 123:13, 127:10, 140:21, 140:25, 142:5, 142:10, 142:14, 146:23, 147:14, 154:12, 154:14, 160:13, 164:3, 171:2, 171:17, 171:22, 172:16, 172:20, 172:25, 202:8, 202:12, 204:12, 206:11, 206:12, 207:5, 221:11, 229:19, 235:17, 236:18, 239:13, 239:15, 239:19, 239:22, 239:24, 240:15, 240:25, 241:4, 241:6, 242:8
**remembered** [1] - 14:22
**reminded** [1] - 205:18
**remove** [2] - 75:20, 137:12
**render** [1] - 6:2
**repayments** [1] - 115:17
**repeat** [5] - 52:11, 52:14, 112:6, 190:8, 233:17
**rephrase** [2] - 66:21, 139:25
**replaced** [2] - 243:25, 244:8
**Report** [2] - 108:7, 264:8
**report** [1] - 108:13
**REPORTER** [2] - 5:6, 5:11
**reporter** [1] - 85:16
**Reporting** [1] - 170:5
**represent** [6] - 153:20, 167:24, 178:8, 202:4, 244:24, 245:5
**representation** [2] - 218:19, 240:7
**REPRESENTATIVE** [1] - 1:6
**representative** [1] - 42:24
**Representative** [1] -

2:15
**represented** [1] - 129:5
**representing** [4] - 98:9, 219:16, 235:23, 244:19
**REQUEST** [1] - 263:6
**request** [6] - 97:7, 211:8, 211:12, 211:15, 211:20, 242:25
**requesting** [1] - 97:3
**required** [1] - 226:8
**requirement** [1] - 9:14
**requirements** [1] - 10:3
**reserved** [1] - 4:11
**resolve** [1] - 76:4
**resolved** [8] - 76:16, 76:25, 77:9, 77:12, 77:15, 77:22, 260:14
**resource** [1] - 10:10
**respect** [4] - 48:8, 48:9, 140:4, 166:3
**respective** [1] - 4:4
**responded** [1] - 211:9
**responsibilities** [3] - 117:7, 117:12, 132:8
**responsibility** [3] - 38:16, 254:6, 254:9
**responsible** [17] - 19:8, 115:9, 115:22, 115:23, 123:5, 131:10, 131:13, 131:25, 132:3, 161:22, 195:16, 230:5, 230:11, 231:5, 253:17, 253:20, 254:19
**rest** [2] - 69:9, 85:18
**result** [1] - 122:2
**results** [1] - 144:17
**resume** [1] - 193:13
**resumed** [1] - 194:16
**retail** [2] - 10:18, 10:19
**retain** [1] - 91:22
**retained** [1] - 161:2
**return** [14] - 52:7, 92:21, 97:4, 97:5, 99:4, 99:16, 101:12, 103:20, 103:21, 108:2, 122:20, 173:3, 186:19, 224:18
**returned** [2] - 156:21, 156:23
**returns** [68] - 43:9, 44:6, 44:14, 44:18, 45:7, 45:15, 46:7,

46:9, 46:15, 46:20, 47:8, 47:13, 47:18, 47:20, 47:22, 48:20, 49:10, 49:12, 49:25, 50:3, 50:6, 50:24, 51:3, 52:4, 52:6, 52:10, 54:6, 54:13, 54:15, 94:6, 94:14, 94:21, 97:16, 97:24, 101:4, 101:22, 102:5, 102:21, 103:4, 103:9, 104:8, 107:21, 107:22, 162:15, 162:22, 163:6, 163:10, 163:14, 163:18, 163:21, 164:2, 164:14, 164:18, 164:21, 164:24, 174:6, 175:22, 176:2, 176:3, 176:8, 176:12, 176:13, 226:16, 226:21, 227:2, 227:5, 227:15, 227:22
**Revenue** [2] - 55:8, 263:13
**revised** [4] - 175:22, 175:25, 176:7, 176:12
**rid** [1] - 32:9
**rightfully** [1] - 224:6
**rights** [2] - 212:10, 212:12
**rip** [1] - 129:24
**ripped** [1] - 210:22
**Rob** [1] - 234:17
**Robert** [2] - 2:5, 207:12
**ROBERT** [2] - 1:4, 3:23
**Rockland** [3] - 6:12, 6:13, 12:12
**role** [1] - 16:5
**roll** [1] - 184:23
**Ron** [8] - 80:15, 82:4, 83:5, 84:12, 84:18, 86:11, 112:18, 115:21
**Ron's** [1] - 80:19
**Ronald** [1] - 143:16
**RONNEBURGER** [2] - 3:12, 260:25
**Ronny** [1] - 110:25
**room** [3] - 156:9, 219:20, 248:5
**ROSLYN** [1] - 1:14
**Roslyn** [1] - 5:14
**roughly** [1] - 158:7
**ROUTE** [1] - 1:9

**Route** [4] - 2:17, 12:14, 183:9, 185:22
**RQ** [1] - 242:9
**Ruderman** [2] - 208:7, 241:2
**ruined** [1] - 251:17
**Ruiz** [1] - 69:21
**rule** [1] - 103:7
**rules** [1] - 158:20
**run** [9] - 40:17, 135:22, 136:17, 137:21, 155:24, 155:25, 202:16, 224:12
**running** [2] - 30:13, 155:10
**runs** [1] - 117:8
**Russell** [3] - 189:7, 204:20, 208:6
**RUSSELL** [1] - 2:21

## S

**safe** [2] - 9:12, 9:18
**SAGE** [1] - 2:3
**sake** [3] - 230:2, 231:13, 232:13
**Sale** [2] - 80:7, 263:22
**sale** [7] - 80:14, 80:18, 80:21, 81:2, 83:4, 210:9, 230:17
**sales** [10] - 28:2, 28:4, 210:7, 210:9, 210:13, 213:4, 213:8, 214:6, 214:9, 250:25
**Sales** [1] - 2:5
**SALES** [1] - 1:4
**salesmanship** [1] - 10:21
**salespeople** [1] - 249:20
**Sarah** [34] - 38:11, 43:12, 44:19, 45:8, 49:13, 54:7, 58:18, 59:2, 59:21, 61:11, 61:21, 62:3, 79:15, 92:20, 106:15, 106:19, 107:22, 138:25, 139:5, 139:11, 139:19, 140:3, 140:19, 142:8, 142:12, 142:21, 146:9, 174:7, 185:14, 187:11, 215:18, 223:12, 257:3, 259:20
**SARAH** [2] - 1:11, 3:24

**Sarah's** [4] - 56:6, 58:11, 59:24, 64:15
**satisfy** [2] - 30:5, 32:6
**saw** [29] - 54:15, 59:23, 59:25, 93:3, 93:12, 93:13, 93:17, 96:17, 123:22, 124:2, 125:3, 127:24, 129:10, 129:13, 141:18, 144:15, 144:16, 144:18, 144:25, 145:3, 145:7, 145:8, 145:10, 145:22, 146:2, 146:5, 229:16, 256:16
**scanning** [1] - 71:21
**Schedule** [1] - 100:18
**Scherino** [3] - 111:3, 112:10, 112:12
**school** [4] - 6:10, 7:4, 7:19, 8:16
**School** [1] - 6:11
**schools** [1] - 7:3
**screen** [13] - 16:15, 56:21, 57:2, 60:17, 63:6, 64:20, 71:13, 79:12, 80:10, 88:8, 104:16, 108:10, 170:11
**Se** [1] - 3:4
**sealing** [1] - 4:5
**second** [2] - 55:12, 104:5
**seconds** [2] - 90:12, 133:5
**Secretary** [1] - 25:12
**secure** [1] - 172:9
**securing** [1] - 172:15
**security** [1] - 132:18
**see** [139] - 55:10, 55:13, 56:4, 56:6, 56:16, 56:18, 56:20, 56:23, 56:24, 57:2, 57:8, 57:11, 57:13, 57:18, 57:20, 57:22, 57:25, 58:5, 58:10, 58:11, 58:17, 58:21, 58:22, 59:2, 59:5, 59:6, 59:8, 60:17, 60:20, 60:24, 61:6, 61:9, 61:10, 61:13, 61:14, 61:17, 61:18, 62:6, 62:9, 62:12, 63:5, 63:8, 63:12, 63:14, 64:8, 64:10, 64:17, 64:24, 64:25, 66:10, 71:15, 71:17, 71:22, 71:24, 71:25, 72:2, 72:4, 72:6,

72:7, 72:25, 73:6, 73:9, 73:12, 73:14, 73:18, 73:19, 74:7, 74:10, 80:12, 80:17, 80:18, 80:19, 81:23, 82:6, 83:3, 83:6, 83:7, 83:11, 83:12, 83:17, 83:18, 84:3, 84:6, 85:6, 87:9, 87:10, 87:17, 87:18, 87:23, 88:7, 88:10, 88:16, 89:14, 89:15, 89:19, 91:3, 92:24, 92:25, 96:8, 96:10, 96:13, 96:22, 100:16, 100:19, 100:21, 100:24, 105:2, 105:7, 105:10, 105:13, 105:15, 105:16, 105:18, 106:11, 108:12, 123:15, 123:18, 124:13, 124:14, 124:15, 125:6, 127:6, 144:22, 145:16, 145:18, 146:9, 146:12, 146:15, 147:5, 147:10, 152:21, 167:23, 170:3, 170:7, 170:15, 183:25, 239:5
**seeing** [3] - 79:2, 93:24, 211:19
**seem** [1] - 246:22
**sell** [7] - 83:22, 85:6, 138:14, 210:11, 210:17, 215:8, 253:5
**seller** [3] - 83:6, 83:21, 83:24
**selling** [4] - 80:24, 212:22, 215:2, 246:17
**send** [1] - 31:13
**sending** [2] - 29:20, 253:22
**senior** [2] - 41:18, 41:20
**sent** [9] - 29:24, 31:9, 49:23, 52:24, 96:25, 120:8, 181:11, 181:12, 181:18
**sentence** [2] - 66:22, 83:8
**separate** [4] - 58:12, 113:5, 113:9, 184:17
**separating** [1] - 104:4
**September** [5] - 43:8, 78:21, 79:18, 94:4,

226:16
**series** [1] - 90:20
**served** [5] - 78:20, 79:14, 79:19, 79:25, 221:14
**Service** [2] - 55:8, 263:13
**set** [6] - 151:3, 238:6, 265:11, 265:21, 266:11, 266:21
**settle** [1] - 118:10
**several** [10] - 12:5, 51:7, 51:17, 56:2, 92:8, 103:24, 117:3, 123:14, 207:18, 250:21
**shall** [1] - 4:11
**SHANKS** [92] - 2:11, 2:21, 16:10, 20:6, 21:14, 21:22, 23:21, 24:25, 25:5, 28:8, 28:17, 28:19, 34:18, 35:2, 35:8, 35:23, 41:19, 44:13, 45:13, 47:24, 48:7, 50:5, 50:11, 50:13, 52:17, 53:4, 53:11, 53:19, 54:21, 55:4, 57:3, 57:6, 57:11, 71:18, 74:3, 76:18, 76:22, 85:12, 85:15, 85:25, 93:9, 102:6, 102:24, 110:13, 113:3, 113:11, 114:6, 128:6, 128:11, 131:18, 131:22, 135:18, 151:14, 151:21, 155:8, 155:23, 156:5, 160:25, 161:9, 166:9, 166:21, 167:6, 182:8, 185:11, 186:16, 187:3, 189:3, 192:17, 193:4, 197:20, 197:24, 204:17, 204:22, 205:25, 215:19, 216:14, 216:22, 219:5, 219:14, 219:23, 225:7, 228:19, 231:22, 237:24, 238:13, 239:2, 239:8, 242:16, 247:7, 247:23, 261:5, 261:18
**Shanks** [8] - 28:15, 33:22, 33:24, 34:7, 35:7, 128:10, 208:7,

240:23
**shanks** [11] - 16:15, 21:21, 48:4, 48:16, 50:8, 50:17, 52:25, 113:10, 151:19, 219:13, 239:7
**shape** [1] - 183:20
**shareholder** [2] - 54:7, 54:8
**shell** [1] - 246:15
**short** [1] - 26:6
**show** [10] - 24:23, 47:25, 48:4, 48:11, 48:22, 78:23, 92:21, 143:11, 172:10, 228:17
**showed** [2] - 59:20, 227:11
**showing** [1] - 67:14
**shown** [1] - 61:23
**shows** [1] - 22:13
**side** [4] - 104:23, 167:22, 186:15, 238:23
**sign** [3] - 40:11, 113:19, 135:8
**signature** [14] - 58:6, 58:18, 62:3, 64:14, 66:6, 87:16, 87:18, 87:21, 87:23, 105:16, 105:24, 106:11, 106:15, 106:20
**signatures** [4] - 85:7, 87:8, 87:10, 87:13
**Signed** [1] - 262:21
**signed** [16] - 4:15, 4:18, 32:18, 40:8, 58:11, 58:19, 58:22, 59:24, 59:25, 61:18, 67:10, 73:10, 135:5, 219:19, 222:19, 233:23
**signer** [3] - 61:15, 105:14, 106:21
**Signers'** [3] - 104:13, 105:10, 264:6
**significantly** [1] - 129:4
**signing** [1] - 58:14
**signs** [1] - 234:3
**similar** [2] - 183:10, 203:22
**simple** [2] - 48:25, 139:16
**single** [5] - 144:14, 196:21, 197:8, 198:5, 199:6
**sit** [4] - 185:20, 190:14, 195:21,

197:7
**sits** [1] - 250:20
**situation** [2] - 220:2, 220:6
**situations** [1] - 220:23
**six** [1] - 85:11
**SMITHTOWN** [1] - 1:15
**so..** [3] - 9:15, 67:11, 247:19
**sold** [13] - 14:8, 14:10, 15:6, 81:17, 81:19, 125:12, 125:16, 210:3, 212:3, 212:6, 229:22, 233:23
**solve** [5] - 32:23, 33:3, 33:13, 206:3, 258:17
**someone** [30] - 32:15, 32:20, 37:10, 37:12, 47:7, 64:23, 90:22, 91:2, 109:21, 130:25, 131:24, 135:8, 136:15, 153:21, 167:24, 168:4, 169:11, 169:15, 170:19, 191:14, 192:18, 202:5, 203:5, 220:16, 226:10, 234:17, 236:8, 243:4, 248:5, 254:20
**something's** [1] - 77:14
**sometime** [1] - 70:5
**sometimes** [1] - 77:13
**somewhat** [1] - 36:17
**somewhere** [1] - 238:8
**son** [1] - 30:18
**sooner** [1] - 193:18
**sorry** [16] - 8:21, 16:14, 62:3, 66:22, 104:19, 115:15, 127:15, 135:17, 143:4, 150:15, 182:11, 190:24, 207:9, 214:22, 214:23, 233:14
**sort** [8] - 55:17, 66:15, 81:2, 103:6, 139:12, 159:10, 201:22, 234:4
**sounds** [10] - 8:9, 15:18, 29:19, 64:4, 70:8, 178:7, 234:19, 234:20, 245:23, 247:18
**speaking** [5] - 39:10, 76:5, 85:13, 242:21, 242:23

**speaks** [1] - 128:12
**specific** [14] - 16:13, 68:3, 68:25, 70:2, 145:10, 148:25, 168:22, 177:2, 178:3, 196:14, 198:11, 213:14, 242:3, 255:4
**specifically** [11] - 41:3, 101:8, 140:3, 165:18, 199:20, 202:12, 202:18, 230:20, 230:22, 236:18, 242:10
**specifications** [1] - 38:21
**specificity** [6] - 154:17, 168:8, 168:14, 171:14, 171:19, 200:19
**specifics** [4] - 165:15, 207:5, 209:3, 212:4
**speculation** [1] - 76:19
**spent** [1] - 144:12
**splattered** [1] - 257:25
**spoken** [5] - 219:21, 236:15, 237:23, 241:7, 241:12
**squelched** [1] - 102:13
**ss** [3] - 262:4, 265:4, 266:4
**stands** [1] - 244:6
**started** [1] - 232:9
**state** [6] - 5:7, 5:12, 154:16, 180:6, 236:22, 236:24
**STATE** [3] - 262:4, 265:3, 266:3
**State** [8] - 1:25, 45:12, 73:5, 73:6, 125:25, 262:24, 265:7, 266:7
**State's** [1] - 25:13
**statement** [5] - 21:23, 173:15, 198:8, 211:20, 211:21
**statements** [4] - 165:11, 166:5, 166:11, 172:8
**Staten** [2] - 12:9, 243:15
**STATES** [1] - 1:2
**stealing** [1] - 144:23
**steps** [1] - 109:4
**Steve** [3] - 243:4, 243:6, 244:2
**still** [15] - 13:22, 14:4, 16:15, 18:5, 103:10, 103:23, 174:4,

174:17, 182:4, 190:20, 191:3, 228:10, 228:11, 243:12, 249:5
**STIPULATED** [3] - 4:2, 4:8, 4:13
**Stock** [2] - 80:6, 263:22
**stock** [11] - 80:14, 80:18, 80:21, 83:4, 83:25, 84:11, 85:21, 86:10, 86:21, 86:24
**stockholders** [1] - 107:23
**stop** [8] - 50:10, 53:5, 53:8, 95:5, 95:16, 175:15, 216:20, 216:22
**stopped** [6] - 95:12, 95:15, 145:15, 174:19, 245:19, 245:25
**stores** [1] - 250:21
**stories** [1] - 154:3
**straightened** [1] - 76:10
**Stream** [11] - 12:10, 69:16, 249:13, 250:11, 250:13, 250:16, 250:19, 252:7, 252:15, 252:22
**STREET** [1] - 1:8
**Street** [4] - 2:17, 3:18, 179:20, 179:22
**stress** [3] - 121:17, 121:25, 199:14
**stressed** [1] - 178:8
**strike** [1] - 98:15
**stripped** [1] - 129:7
**stuff** [2] - 82:20, 261:24
**subject** [1] - 209:2
**submitted** [1] - 47:14
**subscribed** [1] - 262:21
**subsequently** [1] - 201:24
**subsidiaries** [1] - 229:24
**substance** [2] - 29:22, 33:5
**sue** [2] - 31:12, 31:14
**suffered** [3] - 121:8, 121:14, 122:2
**suggest** [2] - 144:10, 226:4
**suggesting** [1] - 226:25
**suggestions** [1] -

104:20
**suing** [2] - 201:22, 203:12
**Suite** [2] - 2:19, 3:18
**sum** [2] - 29:21, 33:5
**summary** [2] - 62:5, 62:10
**SUNRISE** [3] - 1:4, 1:13, 1:17
**Sunrise** [98] - 2:12, 3:5, 14:21, 63:14, 63:16, 63:20, 63:25, 64:7, 66:13, 67:2, 67:9, 68:19, 69:7, 71:7, 72:3, 73:3, 73:11, 73:17, 73:19, 74:19, 74:24, 75:3, 75:8, 75:13, 78:3, 78:13, 88:25, 95:2, 97:4, 97:17, 98:10, 109:8, 110:11, 111:10, 112:3, 112:13, 112:14, 112:19, 112:20, 112:24, 113:13, 114:24, 151:12, 151:18, 153:8, 154:21, 154:25, 155:5, 156:20, 159:15, 172:18, 173:7, 173:25, 174:5, 174:11, 174:19, 174:24, 175:9, 175:22, 176:2, 210:3, 213:17, 213:18, 216:2, 216:9, 220:7, 220:14, 220:23, 222:2, 222:13, 228:8, 228:9, 228:12, 229:2, 229:5, 229:14, 229:23, 230:4, 230:17, 230:25, 231:15, 233:13, 234:6, 236:17, 237:7, 237:16, 239:12, 240:14, 241:8, 241:13, 242:15, 243:18, 245:15, 246:2, 250:8, 263:9
**Sunrise's** [3] - 110:5, 112:25, 230:12
**Superb** [4] - 2:4, 206:19, 206:21, 206:23
**SUPERB** [1] - 1:4
**supplied** [1] - 25:15
**supposed** [10] - 32:4,

44:2, 44:5, 44:11, 44:22, 51:6, 68:21, 96:3, 128:25, 174:12
**supposedly** [4] - 76:2, 123:9, 123:11, 141:8
**surprised** [2] - 143:22, 143:25
**switch** [5] - 45:19, 51:17, 51:18, 51:19, 51:20
**switching** [2] - 43:22, 44:25
**swivel** [1] - 105:6
**sworn** [5] - 4:15, 4:18, 5:4, 265:11, 266:11
**SYOSSET** [1] - 1:13
**Syosset** [1] - 26:4
**Syracuse** [3] - 6:19, 7:3, 10:16

# T

**table** [2] - 186:15, 238:24
**tax** [67] - 43:9, 44:6, 44:14, 44:18, 45:7, 45:15, 48:19, 50:5, 50:24, 51:3, 52:4, 52:6, 52:7, 52:10, 54:6, 54:12, 54:15, 55:18, 94:6, 94:14, 94:21, 94:25, 95:5, 95:12, 95:16, 97:4, 97:16, 97:24, 99:4, 99:16, 101:4, 101:12, 101:22, 102:4, 102:21, 103:4, 103:9, 103:20, 103:21, 104:8, 107:21, 108:2, 162:15, 162:21, 163:6, 163:9, 163:14, 163:18, 163:20, 164:14, 174:6, 174:10, 174:19, 174:24, 175:22, 176:2, 176:3, 176:8, 176:12, 176:13, 226:16, 226:20, 226:25, 227:5, 227:15, 227:22
**taxes** [5] - 175:7, 175:16, 245:13, 245:16, 246:2
**taxing** [1] - 226:18
**teaching** [1] - 8:24
**Team** [1] - 2:5
**team** [2] - 116:5, 118:24

**TEAM** [1] - 1:4
**telephone** [2] - 208:2, 208:15
**telephonic** [1] - 155:20
**ten** [2] - 155:22, 191:8
**term** [12] - 26:9, 55:21, 72:12, 72:16, 125:16, 246:6, 246:10, 246:11, 246:12, 247:12, 247:15, 247:16
**terms** [5] - 16:6, 225:21, 225:22, 244:15, 255:9
**testified** [5] - 5:5, 47:10, 107:14, 192:3, 194:16
**testify** [2] - 49:8, 236:7
**testifying** [3] - 45:10, 134:13, 190:15
**testimony** [10] - 21:16, 128:13, 130:6, 130:19, 150:9, 231:21, 262:9, 262:12, 265:13, 266:13
**text** [4] - 29:21, 29:25, 31:9, 31:13
**THE** [8] - 1:6, 5:6, 5:9, 5:11, 5:13, 25:4, 156:7, 225:9
**the..** [1] - 96:22
**theft** [1] - 254:17
**theirs** [1] - 224:7
**themselves** [2] - 169:20, 258:7
**then-customers** [1] - 30:13
**theory** [1] - 183:22
**thereafter** [1] - 229:16
**therefore** [3] - 23:12, 33:4, 205:15
**Theresa** [4] - 90:5, 90:9, 90:21, 91:6
**thick** [1] - 79:2
**thinking** [7] - 155:13, 155:14, 227:18, 234:22, 243:7, 243:12, 244:3
**third** [1] - 62:4
**Thomas** [7] - 88:14, 92:10, 96:7, 171:25, 172:4, 172:14, 226:9
**THOMAS** [1] - 1:12
**Thomasson** [18] - 5:20, 25:6, 28:9, 35:23, 48:7, 53:5, 71:18, 166:10, 185:16, 197:24,

215:14, 215:19, 219:8, 232:6, 233:14, 246:23, 261:8, 261:13
**THOMASSON** [77] - 1:11, 3:3, 5:18, 8:18, 20:12, 21:19, 25:7, 28:14, 28:18, 35:6, 41:21, 48:3, 48:14, 50:8, 50:12, 50:16, 52:13, 52:23, 53:7, 53:13, 53:21, 54:16, 54:23, 57:15, 74:6, 85:14, 86:4, 90:11, 90:16, 98:14, 98:18, 102:9, 105:2, 110:15, 113:7, 114:9, 128:9, 131:20, 151:17, 151:22, 155:12, 156:4, 156:10, 156:15, 161:4, 166:15, 166:23, 167:8, 186:18, 186:24, 189:6, 192:20, 193:10, 193:16, 193:20, 194:18, 198:3, 204:23, 206:5, 216:12, 216:18, 216:23, 219:9, 219:18, 233:16, 238:10, 238:22, 239:4, 239:9, 242:9, 242:20, 243:2, 246:24, 247:11, 247:14, 260:21, 263:4
**Thomasson's** [1] - 36:2
**three** [14] - 12:10, 14:8, 48:5, 85:11, 123:25, 124:6, 132:13, 136:19, 152:22, 168:9, 188:22, 197:2, 197:6, 226:3
**throughout** [1] - 203:16
**tied** [4] - 177:16, 180:20, 183:11, 184:11
**timeframe** [1] - 34:19
**timeline** [1] - 29:19
**title** [5] - 16:17, 57:25, 246:5, 246:16, 247:6
**titled** [2] - 126:3, 210:2
**titles** [1] - 259:20
**today** [32] - 5:25, 6:7,

27:5, 28:4, 37:7, 37:20, 37:24, 38:5, 93:20, 93:25, 110:24, 128:3, 139:18, 142:11, 163:19, 165:18, 168:9, 168:20, 168:22, 171:5, 171:14, 171:19, 171:24, 174:18, 177:19, 179:11, 183:9, 190:14, 195:12, 195:21, 196:20, 261:14
**together** [2] - 139:8, 183:12
**token** [6] - 132:24, 132:25, 133:15, 133:18, 134:5, 134:16
**tokens** [7] - 132:21, 133:7, 133:19, 133:23, 133:25, 134:3, 134:11
**Tom** [2] - 92:19, 97:2
**Tony** [9] - 204:23, 205:20, 206:16, 207:17, 208:3, 208:14, 208:16, 208:22
**took** [43] - 9:10, 9:13, 9:19, 9:22, 9:24, 10:7, 27:16, 31:24, 32:12, 33:6, 33:12, 33:14, 33:15, 34:4, 34:5, 109:24, 110:6, 113:20, 122:12, 122:19, 122:25, 123:2, 123:7, 123:8, 123:12, 125:2, 147:12, 148:2, 160:17, 160:22, 161:13, 180:24, 183:16, 192:22, 194:20, 195:2, 195:5, 195:22, 196:15, 196:18, 200:17
**top** [11] - 57:22, 71:22, 83:4, 84:4, 90:19, 96:10, 100:16, 100:18, 143:13, 168:20, 170:4
**topics** [1] - 9:22
**touch** [3] - 38:24, 129:3, 129:4
**touched** [1] - 129:10
**tough** [2] - 220:9, 251:19
**towards** [5] - 10:3,

68:18, 68:22, 71:6, 149:6
**track** [1] - 12:16
**Tracy** [2] - 244:13, 244:16
**trade** [1] - 45:5
**trade-ins** [1] - 45:5
**tradename** [1] - 184:15
**trades** [4] - 32:3, 32:25, 210:23, 253:4
**trained** [2] - 8:11, 199:25
**training** [2] - 7:13, 9:2
**transaction** [11] - 144:14, 196:21, 197:8, 198:6, 198:11, 199:6, 199:9, 199:21, 212:9, 215:11, 225:20
**transactions** [4] - 133:20, 134:6, 210:25, 211:3
**transcript** [3] - 53:22, 262:8, 262:11
**transfer** [3] - 67:16, 83:22, 85:20
**transferred** [5] - 214:15, 214:17, 215:5, 215:7, 228:14
**transferring** [6] - 84:11, 84:19, 86:3, 86:10, 95:23, 95:25
**Treasury** [2] - 55:7, 263:12
**tremendously** [1] - 207:23
**trial** [1] - 4:12
**tried** [4] - 12:16, 132:16, 197:3, 221:17
**trouble** [6] - 31:4, 57:16, 136:3, 136:22, 136:24, 202:5
**true** [6] - 175:13, 175:14, 262:11, 262:14, 265:13, 266:13
**trust** [2] - 214:5, 257:23
**truthfully** [3] - 246:12, 247:17, 250:20
**try** [6] - 57:16, 76:4, 103:7, 111:24, 199:12, 224:11
**trying** [9] - 47:11, 81:4, 100:12, 161:10, 213:2,

217:11, 224:5, 224:12, 257:9
**turn** [2] - 104:19, 160:5
**turned** [12] - 33:22, 33:24, 33:25, 34:7, 122:22, 126:14, 212:7, 213:5, 213:10, 213:13, 213:18, 214:10
**turns** [1] - 30:25
**TV** [2] - 200:3, 200:6
**two** [42] - 44:15, 58:12, 69:25, 70:8, 71:23, 71:25, 83:7, 85:12, 89:4, 90:12, 92:22, 94:11, 94:20, 95:6, 97:18, 97:25, 104:4, 114:10, 123:25, 124:6, 124:17, 126:22, 127:24, 128:20, 136:19, 144:23, 145:8, 156:8, 165:23, 165:25, 166:6, 167:13, 204:16, 206:8, 214:23, 215:23, 215:24, 249:10, 250:19, 252:15, 252:25, 257:8
**type** [4] - 9:2, 10:10, 94:25, 121:13
**types** [1] - 10:4
**typical** [1] - 126:4
**typically** [10] - 39:13, 125:23, 232:16, 232:18, 232:19, 232:22, 233:2, 233:5, 249:23, 253:12

## U

**UEA** [2] - 1:15, 58:7
**UEA's** [1] - 58:9
**ugly** [2] - 29:22, 31:10
**umbrella** [1] - 147:22
**unauthorized** [7] - 127:19, 196:23, 197:10, 198:13, 198:15, 198:22, 199:7
**unaware** [1] - 215:10
**unbalanced** [1] - 137:9
**uncovered** [1] - 199:11
**under** [21] - 18:20, 45:10, 49:12, 73:15,

84:3, 87:20, 100:22, 104:23, 107:14, 122:17, 122:18, 126:2, 147:22, 153:7, 161:17, 225:13, 242:16, 246:17, 254:12, 262:9
**understood** [5] - 23:20, 41:5, 41:6, 42:22, 227:10
**unethical** [2] - 153:24, 195:7
**unfortunately** [1] - 77:12
**Uniondale** [1] - 3:11
**UNITED** [1] - 1:2
**University** [3] - 6:19, 7:3, 10:16
**unless** [1] - 47:25
**unnecessary** [1] - 168:2
**up** [29] - 28:15, 30:7, 41:23, 51:25, 57:6, 75:24, 77:4, 77:8, 84:2, 116:4, 116:9, 116:14, 116:19, 116:22, 137:18, 149:6, 154:2, 154:3, 154:5, 173:6, 193:17, 214:23, 219:10, 224:4, 242:18, 249:9, 249:13, 259:20
**upload** [1] - 54:18
**upper** [2] - 61:7, 105:7
**upper-right** [1] - 61:7
**upset** [2] - 75:23, 260:2
**URRUTIA** [1] - 1:4, 3:23
**Urrutia** [17] - 2:6, 202:7, 202:20, 203:4, 203:10, 203:13, 203:20, 204:2, 204:9, 204:24, 205:20, 207:13, 207:17, 208:3, 208:14, 208:16, 208:22
**US** [1] - 99:16
**uses** [1] - 47:4
**utilized** [1] - 113:19

## V

**vague** [1] - 208:12
**value** [1] - 129:5
**valued** [1] - 126:25
**variety** [1] - 29:14

**Vehicle** [1] - 22:8
**vehicle** [19] - 22:12, 22:24, 43:22, 44:25, 45:20, 51:20, 51:21, 95:23, 96:2, 117:14, 117:16, 158:22, 158:25, 159:4, 212:14, 251:5, 251:16, 251:17, 253:4
**Ventimiglia** [1] - 124:11
**verbally** [1] - 49:18
**version** [1] - 26:7
**view** [1] - 173:16
**viewed** [1] - 173:21
**violated** [1] - 181:21
**Volkswagon** [1] - 177:15

## W

**wait** [3] - 70:10, 167:9, 244:2
**waived** [1] - 4:7
**wake** [1] - 75:24
**walk** [1] - 109:3
**Wantagh** [1] - 3:6
**wants** [1] - 76:23
**warn** [1] - 237:25
**warranties** [9] - 229:21, 230:4, 230:6, 230:12, 230:24, 231:6, 231:14, 231:20, 232:16
**washing** [2] - 246:6, 247:6
**washy** [1] - 247:10
**watch** [2] - 138:11, 196:6
**ways** [1] - 166:25
**WEIR** [1] - 3:14
**welcome** [1] - 99:2
**Wendy** [26] - 88:15, 88:18, 88:19, 96:6, 96:12, 109:22, 109:24, 114:16, 119:11, 119:12, 119:19, 157:9, 157:10, 157:20, 158:11, 158:12, 190:20, 191:3, 218:6, 218:7, 248:16, 248:18, 248:20, 248:22, 256:5
**Wendy's** [2] - 256:9, 256:10
**whatnot** [2] - 177:24,

196:12
**whereas** [1] - 83:21
**WHEREOF** [2] - 265:20, 266:20
**whole** [11] - 7:16, 29:4, 45:20, 59:6, 85:4, 126:23, 173:7, 206:4, 219:10, 258:23, 259:23
**Widener** [1] - 3:17
**wife** [2] - 75:24, 139:10
**wife's** [1] - 13:12
**willing** [2] - 85:6, 104:20
**winding** [5] - 116:22, 117:19, 117:20, 154:20, 154:23
**wire** [1] - 119:23
**wishy** [1] - 247:10
**wishy-washy** [1] - 247:10
**withdraw** [1] - 35:6
**withdrew** [1] - 109:15
**witness** [8] - 5:3, 207:11, 237:25, 261:22, 265:10, 265:14, 266:10, 266:14
**WITNESS** [8] - 5:9, 5:13, 25:4, 156:7, 225:9, 263:3, 265:20, 266:20
**witnesses** [2] - 192:14, 238:17
**wood** [1] - 225:4
**word** [9] - 20:9, 51:8, 54:2, 56:16, 56:20, 56:24, 58:21, 71:12, 73:15
**words** [2] - 206:2, 231:23
**works** [14] - 88:19, 89:9, 91:11, 91:21, 109:21, 190:22, 191:17, 191:19, 248:21, 248:22, 249:5, 249:7, 252:9, 252:14
**worried** [2] - 136:15, 136:17
**worth** [4] - 30:25, 31:2, 127:2, 128:25
**wound** [4] - 116:23, 117:24, 118:13, 173:6
**write** [2] - 119:9, 134:23
**writing** [9] - 49:22, 51:11, 67:5, 118:25,

119:4, 119:6, 234:3, 234:7, 242:19
**written** [6] - 64:23, 228:16, 228:23, 228:25, 229:8, 233:11
**wrongdoing** [11] - 127:24, 128:3, 128:18, 138:24, 139:4, 139:12, 139:19, 165:5, 209:2, 211:4, 259:14
**wrongful** [1] - 144:15
**wrongfully** [8] - 123:5, 145:9, 146:6, 146:13, 146:16, 147:2, 147:8, 147:12
**wrote** [3] - 86:19, 96:11, 96:14

# X

**X(Cont'd** [1] - 264:2
**Xerri** [1] - 234:18

# Y

**year** [8] - 6:20, 7:6, 18:7, 18:10, 18:12, 79:3, 79:17, 249:10
**years** [21] - 8:8, 10:12, 12:21, 35:16, 48:5, 69:25, 70:8, 91:13, 92:8, 111:6, 132:13, 137:14, 168:9, 169:24, 169:25, 191:8, 197:2, 197:6, 226:3, 249:11, 250:22
**yes-or-no** [2] - 110:19, 192:12
**Yonkers** [5] - 14:2, 14:4, 14:8, 15:5, 18:4
**YORK** [4] - 1:3, 262:4, 265:3, 266:3
**York** [17] - 1:25, 2:8, 2:20, 3:6, 3:11, 5:14, 6:13, 45:12, 47:13, 73:5, 73:18, 79:17, 184:20, 262:24, 265:8, 266:8
**yourself** [18] - 14:20, 27:5, 92:15, 107:6, 107:7, 116:18, 123:15, 123:18, 123:22, 124:15, 128:19, 139:19, 145:3, 174:5, 219:16, 219:17,

235:11, 236:2
**yourselves** [1] - 182:15
**yup** [5] - 62:8, 72:6, 73:20, 184:17, 250:4

# Z

**zero** [1] - 231:8
**ZIZMOR** [1] - 2:11
**Zoom** [1] - 1:19

*Rich Moffett Court Reporting, Inc.*