1                                                          1

2     UNITED STATES DISTRICT COURT
      EASTERN DISTRICT OF NEW YORK
3     ------------------------------------X
      SUPERB MOTORS INC., TEAM AUTO SALES LLC,
4     ROBERT ANTHONY URRUTIA, 189 SUNRISE
      HWY AUTO LLC, NORTHSHORE MOTOR
5     LEASING, LLC, BRIAN CHABRIER, individually
      and derivatively as a member of NORTHSHORE
6     MOTOR LEASING, LLC, JOSHUA AARONSON,
      individually and derivatively as a member of
7     189 SUNRISE HWY AUTO, LLC, JORY BARON, 1581
      HYLAN BLVD AUTO LLC, 1580 HYLAN BLVD AUTO
8     LLC, 1591 HYLAN BLVD AUTO LLC, 1632 HYLAN
      BLVD AUTO LLC, 1239 HYLAN BLVD AUTO LLC,
9     2519 HYLAN BLVD AUTO LLC, 76 FISK STREET
      REALTY LLC, 446 ROUTE 23 AUTO LLC and
10    ISLAND AUTO MANAGEMENT, LLC,

11                          Plaintiffs,

12              -against-

13    ANTHONY DEO, SARAH DEO, HARRY
      THOMASSON, DWIGHT BLANKENSHIP, MARC
14    MERCKLING, MICHAEL LAURIE, THOMAS
      JONES, CPA, CAR BUYERS NYC INC., GOLD
15    COAST CARS OF SYOSSET LLC, GOLD COAST
      CARS OF SUNRISE LLC, GOLD COAST MOTORS
16    AUTOMOTIVE GROUP LLC, GOLD COAST
      MOTORS OF LIC LLC, GOLD COAST MOTORS OF
17    ROSLYN LLC, GOLD COAST MOTORS OF
      SMITHTOWN LLC, UEA PREMIER MOTORS
18    CORP., DLA CAPITAL PARTNERS INC., JONES,
      LITTLE & CO., CPA'S LLP, FLUSHING BANK, and
19    LIBERTAS FUNDING LLC,

20                          Defendants.
      ------------------------------------X
21                          January 9, 2026
                            12:15 p.m.
22
             (Caption continued on next page.)
23

24

25

1                                                    2

2            Examination Before Trial of the

3       Defendant, BRIAN CHABRIER, held via

4       Web conference, before Maria

5       Pellicane, a Notary Public of the

6       State of New York.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23       **Rich Moffett Court Reporting, Inc.**
         114 Old Country Road, Suite 620
24           Mineola, New York 11501
              516-280-4664
25

```
 1                                                    3

 2      A P P E A R A N C E S:

 3

        MILMAN LABUDA LAW GROUP PLLC
 4      Attorneys for Plaintiffs
        SUPERB MOTORS INC., TEAM AUTO SALES LLC,
 5      ROBERT ANTHONY URRUTIA
                3000 Marcus Avenue, Suite 3W8
 6              Lake Success, New York 11042
        BY:   EMANUEL KATAEV, ESQ.
 7

 8

        CYRULI SHANKS & ZIZMOR LLP
 9      Attorneys for Plaintiffs
        189 Sunrise Hwy Auto LLC, Northshore Motor
10      Leasing, LLC, 1581 Hylan Blvd Auto LLC,
        1580 Hylan Blvd Auto LLC, 1591 Hylan Blvd
11      Auto LLC, 1632 Hylan Blvd Auto LLC,
        1239 Hylan Blvd Auto LLC, 2519 Hylan Blvd
12      Auto LLC, 76 Fisk Street Realty LLC,
        446 Route 23 Auto LLC, Island Auto
13      Management, LLC, Brian Chabrier,
        Joshua Aaronson, and Jory Baron
14              420 Lexington Avenue, Suite 2320
                New York, New York 10170
15      BY:   RUSSELL SHANKS, ESQ.
        Rshanks@cszlaw.com
16

17      HARRY R. THOMASSON, ESQ.
        Pro Se Defendant
18              3280 Sunrise Highway
                Wantagh, New York 11793
19

20      WEIR, LLP
        Attorneys for Defendant
21      LIBERTAS FUNDING
                The Widener Building
22              1339 Chestnut Street, Suite 500
                Philadelphia, Pennsylvania
23      BY:   SUSAN VERBONITZ, ESQ.
        Sverbonitz@weirlawllp.com
24

25
```

4

A P P E A R A N C E S (Continued):

CULLEN & DYKMAN, LLP
Attorneys for Defendant
FLUSHING BANK
    333 Earle Ovington Boulevard
    Uniondale, New York 11553
BY:  ARIEL RONNENBERG, ESQ.
Aronneburger@cullenllp.com


ALSO PRESENT:

    TONY URRUITA

    ALIVIA COONEY

5

          IT IS HEREBY STIPULATED AND

AGREED by and between the attorneys

for the respective parties herein,

that the filing, sealing and

certification of the within deposition

be waived.

          IT IS FURTHER STIPULATED AND

AGREED that all objections, except

as to the form of the question,

shall be reserved to the time of the

trial.

          IT IS FURTHER STIPULATED AND

AGREED that the within deposition

may be sworn to and signed before

any officer authorized to administer

an oath with the same force and effect

as if signed and sworn to before the

Court.


          - oOo -

6

THE REPORTER:  This examination before trial is being conducted using a Zoom platform.

The attorneys participating in this examination acknowledge that I am not physically present in the deposition room and that I will be reporting this deposition remotely.

They further acknowledge that in lieu of an oath being administered in person, the witness will verbally declare that his testimony in this matter is under penalty of perjury.

The parties and their counsel consent to this arrangement and waive any objections to this matter of swearing in the witness.

Counsel, please indicate your agreement on the record.

(So stipulated.)

7

BRIAN CHABRIER, called as a
witness, having been duly sworn by
a Notary Public, was examined and
testified as follows:

*          *          *

THE REPORTER:  Please state
your name for the record.

THE WITNESS:  Brian Chabrier.

THE REPORTER:  What is your
address?

THE WITNESS:  4 Creek Ridge
Road, Bayville, New York 11709.

*          *          *

EXAMINATION BY
MR. THOMASSON:

Q     Good morning, Mr. Chabrier.
My name is Harry Thomasson.  I will be
taking your deposition this morning.  I
just have a few preliminary questions.

Have you taken any medication
or drugs today that would impact your
ability to understand my questions?

A     No.

*Rich Moffett Court Reporting, Inc.*

*B. Chabrier*                                    8

1

2          Q        Is there anything that you

3    think would impact your ability to

4    understand my questions today?

5          A        No.

6          Q        If for any reason you don't

7    understand something that I ask you, I

8    will ask you to please let me know.  I'm

9    happy to rephrase the question.  Okay?

10         A        Okay.

11         Q        You need to be sure to answer

12   all questions verbally.  The stenographer

13   cannot take down head shakes, for

14   example, and to please let me finish with

15   asking a question, even if you can

16   anticipate where it's going, so that we

17   are not speaking at the same time, again,

18   for the stenographer's sake.  Okay?

19         A        Understood.

20         Q        Mr. Chabrier, where did you

21   go to high school?

22         A        Locust Valley High School.

23         Q        That's here on Long Island?

24         A        It is.

25         Q        Did you go to college?

*B. Chabrier*                                          9

A        Some college, yes.

Q        Where did you go to college?

A        Cobleskill then to Nassau.

Q        Did you get any degrees?

A        Didn't finish, no.

Q        Do you have any professional licenses?

A        Don't understand the question.

Q        Well, for example, if you were an attorney, you would have a Bar card, you would be a member of the Bar. That would be a licence to practice law. Same with a doctor.  There could be other types of professional licenses.  I was just asking if you have --

A        No.

Q        Do you have any professional training?

A        Professional training in what?

Q        Well, are you in the automobile business?

A        Yes.

*Rich Moffett Court Reporting, Inc.*

*B. Chabrier*                    10

1

2      Q       Do you have any professional

3      training that you have taken, any courses

4      or classes relating to the automobile

5      business?

6      A       I have taken classes and

7      courses, yes, over the years with Nissan.

8      Q       What have you taken?

9      A       They have had some classes in

10     hotels where they have GMs come in and go

11     over businesses and stuff like that.

12     Nissan stuff, buying cars, ordering cars.

13     Q       Anything else?

14     A       No.

15     Q       Do you know someone named

16     Joshua Aaronson?

17     A       Yes.

18     Q       Are you related to Mr.

19     Aaronson?

20     A       No.

21     Q       Are you related in any way to

22     the Baron family?

23     A       No.

24     Q       When did you first meet

25     Mr. Aaronson?

*B. Chabrier*                                    11

         A        I don't recall the year.  A
while back.

         Q        Was it this century?

         A        Was it this century?  Yeah.
Trying to think of my age.  He is --
20 -- probably 25 years ago.

         Q        It was around the turn of
century that you first met Mr. Aaronson?

         A        Yes.

         Q        Is he now or has he ever been
your partner?

         A        Yes.

         Q        What have you two been
partners in?

         A        We were partners in a few
preowned car dealerships in the past.

         Q        What businesses were they?

         A        Long Island Motors was the
most current one.

         Q        Are there any others that you
can think of?

         A        There was one in Long Island
City years ago, but we closed.

         Q        What was the name of that

```
 1                    B.  Chabrier              12
 2   store?
 3           A       It was Long Island
 4   Automotive.
 5           Q       Any other businesses you were
 6   partners in?
 7           A       Sunrise Auto Outlet.
 8           Q       Is that still open?
 9           A       No.  That's closed.
10           Q       Where was that located?
11           A       189 East Sunrise Highway.
12           Q       When did that close?
13           A       We closed it a few years ago.
14           Q       He was your partner in that
15   business?
16           A       Yes, he was my partner.
17           Q       Are there any other
18   businesses he was your partner in?
19           A       No.
20           Q       What businesses have you been
21   at least a partial owner in yourself?
22           A       Northshore Motors, New York
23   Off Lease, Long Island Auto Mall.  That's
24   it.
25           Q       Those are the only ones that
```

*B.  Chabrier*                13

1
2    you have been at least a partial owner
3    in?
4         A      Correct.
5         Q      Are you still a partner in
6    New York Off Lease?
7         A      New York Off Lease is closed.
8         Q      Where was that located?
9         A      Copiague.
10        Q      On Montauk Highway?
11        A      Correct.
12        Q      That's no longer open.  When
13   did New York Off Lease close?
14        A      About three years ago.
15        Q      Do you still hold the lease
16   there?
17        A      No.
18        Q      I'm sorry, what was that?
19        A      No.
20        Q      Do you know who does?
21        A      No.
22        Q      Did you sell that business or
23   did you close it?
24        A      We closed it.
25        Q      Did anyone purchase the name?

*B. Chabrier*                    14

1

2          A      No.

3          Q      When did you first meet David

4     Baron?

5          A      1990.

6          Q      Where did you meet him?

7          A      Baron Nissan.

8          Q      Did you ever have any

9     ownership interest in Baron Nissan?

10         A      No.

11         Q      Did you ever work there?

12         A      I worked there and I still

13    work there.

14         Q      You work at Baron Nissan now?

15         A      Yes.

16         Q      Is that the location of your

17    office?

18         A      Yes.

19         Q      How long has your office been

20    at Baron Nissan?

21         A      The current office has been

22    here since 1993.

23         Q      You have been in that office

24    since 1993?

25         A      Yes.

*B. Chabrier*                    15

1

2      Q        Where is it located?

3      A        235 Glen Cove Road.

4      Q        What town?

5      A        Greenvale.

6      Q        How many times have you been

7   to the location known as Northshore

8   Motors?

9      A        I was there a few times.

10   Couldn't give you exact answer on that.

11   I was there quite a bit.

12     Q        Now, you said you were there

13   a few times and you were there quite a

14   bit.  Can we narrow that down at all?

15   Were you there ten times?

16     A        I was there over ten times.

17     Q        Were you there 25 times?

18     A        I was.  Over the course of

19   years, yes, I was over there 25 times.

20     Q        Were you there 50 times?

21     A        Say I was there over a

22   hundred times.

23     Q        Over a hundred times you were

24   at Northshore Motors; is that right?

25     A        Over the course of years,

*B. Chabrier*                    16

2    yes.

3         Q      How many times were you at

4    189 Sunrise Highway?

5         A      Wasn't as much.  Maybe 50

6    times over the course of the time.

7         Q      What were your roles when you

8    were at those two dealerships, what were

9    you doing?

10              MR. SHANKS:  Objection.  If

11         you can give a timeframe.

12        Q      On the occasions that you

13   were in those two locations, Mr.

14   Chabrier, what is it that you did?

15        A      I signed checks.

16        Q      Did you do anything other

17   than signing checks?

18        A      I talked to some of the

19   employees, walked around a little bit and

20   left.  I wasn't there very long.

21        Q      That was pretty typical for

22   your visits?

23        A      For the most part, yes.

24        Q      Were there other activities

25   that you engaged in at these locations

*B. Chabrier*                    17

1

2   that you have not already told me?

3        A     Don't understand the

4   question.  Where you are going with that?

5        Q     You signed checks and you

6   talked to employees?

7        A     Yeah.

8        Q     Was there anything else that

9   you can remember doing on these visits?

10       A     No.

11       Q     Did you have partners in

12  those businesses?

13       A     I did.

14       Q     Who were the partners you had

15  at Northshore?

16       A     Asad Khan and David Baron.

17       Q     After David Baron died, did

18  Josh Aaronson become involved at

19  Northshore?

20       A     Josh became involved in the

21  day-to-day, yes.

22       Q     That was with your knowledge

23  and authority?

24       A     I knew about it, yes.

25       Q     Did you authorize him to do

*B. Chabrier*                    18

2  whatever he had to do when he was at

3  Northshore?

4        A       I gave him the day-to-day,

5  yes.

6        Q       What do you mean when you say

7  you gave him the "day-to-day"?

8        A       He was the day-to-day

9  operator.  I still oversee it, but he was

10  the day-to-day operator.

11        Q       You gave him authority to do

12  what he had to do day-to-day?

13        A       On the day-to-day, yes.

14        Q       Do you know if Asad Khan gave

15  him authority to work at Northshore?

16        A       I don't know.

17        Q       Asad Khan was your partner,

18  wasn't he?

19        A       He was a partner, yes.

20        Q       He indicated that he wasn't

21  all that involved at Northshore.  Would

22  that be a fair way of putting it?

23              MR. THOMASSON:  I can't hear.

24        I did not hear you, Russell.

25              MR. SHANKS:  Objection to the

*B. Chabrier* 19

1
2      characterization of his testimony.
3      I believe he testified after a
4      certain point he was not involved.
5      You can rephrase it and I'm fine
6      with it.
7              MR. THOMASSON:  Sure.
8      Q       Mr. Chabrier, Mr. Khan
9      testified that after around 2019 or 2020,
10     he wasn't all that involved at
11     Northshore.  Would you agree with that?
12     A       I would say after the death
13     of David Baron, I don't know the exact
14     date, then I would agree with it.
15     Q       Before David Baron's death,
16     you think Asad Khan was more involved?
17     A       I don't think he went there
18     day-to-day to sign checks like I did, but
19     he was involved.  He had -- can't say
20     what he did or didn't do.  He talked to
21     David more than he talked to me.
22     Q       Were you on bank accounts at
23     Northshore?
24     A       I was a signer.
25     Q       Do you recall from what date

```
 1                    B.  Chabrier            20

 2     you were a signer?

 3          A      Can't recall what date I was

 4     a signer, no.

 5          Q      Was it from the beginning of

 6     the business?

 7          A      I would say -- I think back,

 8     like 2018, I want to say.

 9          Q      Who put you on the account?

10          A      Well, David Baron had me put

11     on the account.

12          Q      Did he go with you to the

13     bank, if you can recall?

14          A      I don't recall.

15          Q      Did you go to the bank to get

16     put on the account?

17          A      I don't recall.

18          Q      Would there be any reason

19     that Sarah Deo would have put you on the

20     account?

21          A      Would Sara put me on that

22     account?

23          Q      Yes, that's the question.

24          A      I don't know.

25          Q      Would there be any reason she
```

*Rich Moffett Court Reporting, Inc.*

*B. Chabrier*                              21

1

2    would be the owner of the account?

3         A      No.  She might have opened

4    it, but no, she is not the owner of the

5    account.  No.

6         Q      Would it be fair to say she

7    was never the owner on the Northshore

8    bank accounts?

9         A      I would say yes, she wasn't

10   an owner of the company.

11        Q      Only the owner of the company

12   would be owning a bank account for the

13   company?

14        A      Well, I'm on Baron Nissan's

15   account and I'm not an owner.

16        Q      You can be on as a signatory,

17   right?

18        A      That's true.

19        Q      That's not what I'm talking

20   about.  I'm talking about owning the

21   account.  Being the one, for example,

22   that opens it for Northshore.  Would

23   that, in your experience, be by an owner

24   of the business?

25             MR. SHANKS:  Note my

*B. Chabrier*                    22

1  objection to form.  I don't know

2  what owning a bank account means.

3  Now you have kind of thrown in a

4  different definition.

5          MR. THOMASSON:  I will

6  rephrase.

7          MR. SHANKS:  Thanks.

8      Q      Is the person who opens -- in

9  your experience in the car industry, is

10  the person who owns the account and is on

11  the account and is the only name on the

12  account, is that typically an owner?

13          MR. SHANKS:  Objection to

14      form.  You can answer, if you can.

15      A      I don't know.  I opened the

16  TD account and I'm not an owner of Baron

17  Nissan.

18      Q      Do you control that account?

19      A      I don't control it.  I'm a

20  signer.

21      Q      You are just a signer.  We

22  covered that already.  There can be

23  people on the account just given

24  authority by the person who opened the

*Rich Moffett Court Reporting, Inc.*

1              *B. Chabrier*                    23

2      account, right?

3              A       I believe so, yes.

4              Q       Would you agree with me, a

5      person who owns the account who's the

6      only name on the account, is the owner of

7      the account?  Would you agree with that?

8                     MR. SHANKS:  Objection to

9              form.

10                    MR. THOMASSON:  He can

11             answer.

12             A       I would think so, yeah.

13             Q       Do you know who owned the

14     corporation for Northshore Motors?

15             A       I don't recall.

16             Q       Do you know who obtained the

17     EIN number for Northshore Motors?

18             A       I don't recall.

19                    MR. SHANKS:  Mr. Thomasson,

20             just to make the record clear, you

21             did this the other day.  You can

22             certainly refer to Northshore

23             Motors in the short form, but can

24             you, once, identify the name of the

25             company that we are talking about?

*B. Chabrier*                            24

1

2          Q       Mr. Chabrier, do you know of

3     a business called Northshore Motor

4     Leasing, LLC?

5          A       Yes.

6          Q       When we are talking about

7     Northshore Motors, is that the business

8     you are talking about?

9          A       Yes.

10              MR. SHANKS:  Thank you.

11              MR. THOMASSON:  Thank you.

12         Q       Do you know who obtained the

13    EIN number for Northshore Motors?

14         A       I don't recall.

15         Q       Do you know what an EIN

16    number is?

17         A       I think what an EIN number

18    is, when you open a business, tax ID

19    number.  But I don't know who opened it.

20         Q       Do you know who held the

21    lease at Northshore Motors?

22              MR. SHANKS:  Objection.

23         Timeframe.

24         Q       At any time do you know who

25    held the lease at Northshore Motors?

*Rich Moffett Court Reporting, Inc.*

*B. Chabrier*                    25

1

2        A       I don't recall.

3        Q       Would there be any reason

4   that you know of that Anthony Deo would

5   own the lease?

6        A       Sorry?

7        Q       Would there be any reason

8   that you know of that Anthony Deo would

9   have owned the lease?

10       A       He was there before us, so

11  it's possible.

12       Q       Do you know if he paid the

13  lease?

14              MR. SHANKS:  Objection.  Paid

15       the lease?

16       Q       Did he make the lease

17  payments on the lease, if you know?

18       A       The lease -- what particular

19  time, when it was Northshore Motors?

20       Q       At any time at Northshore

21  Motors, do you know if he made any lease

22  payments on that lease?

23       A       What I know is the lease

24  payments were paid out of Northshore

25  Motors when I was involved.

*B. Chabrier*                              26

1

2          Q       Would there have been any

3     that were caused to be made, as far as

4     you know, by Anthony Deo?

5          A       I don't know.

6          Q       Same questions for 189

7     Sunrise, do you know if the lease --

8                  MR. THOMASSON:  Withdrawn.

9          Q       After February 2021, do you

10    know who held the lease for the

11    following, at least, two years at 189

12    Sunrise?

13         A       Sunrise Auto Outlet held the

14    lease.

15         Q       Was there any occasion when

16    that was assigned, that you know of, to

17    Anthony Deo?

18         A       No.

19         Q       Was there any occasion when

20    you took $10,000 in February of 2021 from

21    Anthony Deo relating to the purchase of

22    189 Sunrise?

23         A       Repeat the question.

24         Q       Was there any occasion that

25    you can recall in February of 2021 at

*B. Chabrier*                    27

which you took $10,000 from Anthony Deo
towards the purchase of 189 Sunrise?  Do
you know if that happened?

     MR. SHANKS:  Note my
     objection to the term took.  If you
     want to ask if he received it, I'm
     fine.

     Q    Mr. Chabrier, do you know if,
in February of 2021, you received $10,000
from Anthony Deo for the purchase of 189
Sunrise Highway?

     A    We received a $10,000 deposit
on the purchase of 189 Sunrise Highway.

     Q    That deposit was for the
purchase of 189 Sunrise?

     A    It was a down payment.  It
was never really fulfilled.

     Q    I understand that.  You are
saying there was a written contract that
laid out the terms that had to be
fulfilled?

     A    I believe so, yes.

     Q    You think there's a contract
signed by everyone connected with that

*Rich Moffett Court Reporting, Inc.*

*B. Chabrier*                              28

2    transaction?

3           A      I don't know.

4           Q      Do you know who would have it

5    today?

6           A      I don't know.

7           Q      Did you have a lawyer

8    represent you in that transaction?

9           A      Don't recall.  David handled

10   that.  I wasn't involved.

11          Q      If David had told you that

12   you were selling 189 Sunrise at that

13   time, would you have agreed to go along

14   with it?

15          A      If David mentioned it, yes, I

16   probably would have went along with it.

17   Yes, I did.

18          Q      Did David mention that to

19   you?

20          A      David mentioned it to me,

21   yes.

22          Q      Was David the, let's use the

23   term, senior partner during his lifetime

24   for 189 Sunrise and Northshore?

25          A      David was one of my partners,

*B. Chabrier*      29

but yes, he was the lead person.  Yeah.

    Q    Did you authorize David Baron
to make whatever decisions he wanted
regarding Northshore and 189 Sunrise?

    A    I never authorized David
anything for Northshore Motors, meaning
he would talk to me and get my input, you
know, if he wanted, yes.

    Q    Did you ever disagree with
David over the operation of Northshore?

    A    I'm sure time to time we had
difference of agreements.  The -- I don't
recall what they were, but I'm sure we
did.

    Q    Are there any that you can
recall with specificity?

    A    No.

    Q    Do you recall stopping David
from doing anything at Northshore?

    A    I don't understand the
question.

    Q    Was there anything that David
ever did at Northshore that you didn't
want him to do?

*Rich Moffett Court Reporting, Inc.*

*B. Chabrier*                    30

1

2        A        Again, I don't understand the

3   question.

4        Q        Did David do things at

5   Northshore Motors?

6        A        Again, I am not trying to --

7   I don't know where you're going with

8   this.

9        Q        You showed up at Northshore

10  Motors to sign checks and talk to people,

11  right?

12       A        I did go to Northshore to

13  sign checks and talk to employees, yes.

14       Q        When David Baron showed up at

15  Northshore Motors, what did he do that

16  you observed?

17       A        David was the boss.  He was

18  the man with the floor plans, so he

19  did -- he went to the office and talked

20  to people but I wasn't in conversations

21  with him.  I didn't follow him around.

22       Q        David was the boss at

23  Northshore Motors because he was the one

24  in charge of the floor plans.  Is that

25  what you just testified?

*B. Chabrier*                                       31

1

2          A       No.  I said David was the

3     boss because he is the man, he was the

4     bank, he was the one we got the floor

5     plans, yes.  My name is on it, but I

6     wouldn't get a floor plan without David.

7          Q       And controlling the floor

8     plans made him the boss at Northshore?

9          A       Well, it didn't make him the

10    boss, but I also worked for David.  I

11    looked up to David in a different light.

12         Q       You looked up to David in a

13    different light than whom?

14         A       Than a normal partner, I

15    guess.

16         Q       Did everyone look up to David

17    in that way that was your partner at

18    Northshore?

19         A       Can't speak for anybody else.

20    Only can speak for myself.

21         Q       You do feel that, of the

22    partners at Northshore, while he was

23    alive, David was the boss, right?

24         A       I can speak only for myself.

25         Q       He was the boss for you at

*Rich Moffett Court Reporting, Inc.*

*B. Chabrier*                    32

Northshore Motors?

    A      He was my boss for me at Baron Nissan.  He was a partner at Northshore.

    Q      Was David your partner at 189 Sunrise?

    A      He was a partner, correct.

    Q      Was there anybody in the partnership that you would say was the boss of the partner, to use your term?

    A      No, I don't understand your question.

    Q      Was there any one partner who had final say in partnership decisions?

    A      No.  But I didn't really run 189, so no.

    Q      Who ran 189?

    A      David was there a lot.  Ray was there.  I would say more Ray and David than me.

    Q      That would be Raymond Phalen?

    A      Yes.

    Q      Did you receive K-1s, Mr. Chabrier, from 189 Sunrise?

*B. Chabrier*                          33

2      A      Yes.

3      Q      Do you remember what years

4    you received them for?

5      A      No.

6      Q      Did you receive one for 2021?

7      A      I don't recall.

8      Q      Did you receive one for 2022?

9      A      I don't recall.

10      Q      Have you received a request

11    for documents from me to review?

12      A      I don't remember seeing that,

13    no.

14      Q      Do you have tax returns with

15    189 Sunrise listed on them as owner?

16      A      Yes.

17      Q      These would be personal tax

18    returns of yours?

19      A      They would be personal tax

20    returns, yes.

21      Q      Do you have tax returns for

22    189 Sunrise, the corporation itself?

23      A      Would I have those tax

24    returns, is that what you just said?

25      Q      No.  I'm asking if you listed

*Rich Moffett Court Reporting, Inc.*

*B.  Chabrier*                    34

in your personal tax returns 189 Sunrise

as being partially owned by you?  Do have

you personal tax returns with --

         A       I have K-1s from Sunrise.

         Q       You do?  And you don't know

from what years?

         A       I don't recall the years.

         Q       Do you have K-1s from

Northshore?

         A       I do.

         Q       Do you know for what years?

         A       I don't recall the years.

         Q       When was the last time you

listed Northshore or 189 Sunrise on your

personal tax returns, do you remember?

         A       No.  It's been a while.

         Q       Why has it been a while?

         A       Because it has.

         Q       Do you still own them?

         A       I do.

         Q       You don't list them anymore?

         A       There's no income.  I don't

list them.

         Q       When did you last receive

1
2    income from Northshore Motors?

3         A       Been a while.

4         Q       How long?

5         A       I couldn't recall.

6         Q       Did you receive income from

7    Northshore last year?

8         A       I would say no.

9         Q       Did you receive income from

10   Northshore the year before that?

11        A       Again, I would say no.

12        Q       What about 2023, did you

13   receive any income from Northshore?

14        A       Don't recall.

15        Q       What about 2022, did you

16   receive any income that year?

17        A       Again, I don't recall.

18        Q       Do you recall when Northshore

19   closed?

20        A       Exact date, no, but I would

21   say about three years.

22        Q       If I were to suggest to you

23   it closed during or about the end of

24   November 2022, would that refresh your

25   memory?

*B. Chabrier*                    36

1
2          A          Well, '22 was a tough year so

3     it wouldn't refresh my memory, that

4     particular date, no.

5          Q          Why was 2022 a tough year?

6          A          It's a personal tough year.

7     I would leave it at that.

8          Q          I'm not leaving it at that.

9     What was the problem or problems in 2022?

10         A          I had a death in the family

11    in November of '22.  That's all.

12         Q          Was there anything else that

13    year that made it tough for you?

14         A          Yeah, I had another death in

15    the family in '22.

16         Q          I understand.  Sorry to hear

17    that.  2022 was a year that you had a

18    death in your family and that made it a

19    tough year?

20         A          Sure.  If you lose --

21         Q          Would it refresh your memory

22    that 189 Sunrise was also closed during

23    on or about November of 2022?  Would that

24    refresh your memory?

25         A          I would imagine it was in the

*B.  Chabrier*                    37

2  same time period, yes.

3       Q     Do you know who closed

4  Northshore and 189 Sunrise?

5       A     We closed it.

6       Q     Was that done by Josh

7  Aaronson, as far as you know?

8       A     Yes.

9       Q     Was that with your knowledge

10  and authority?

11       A     Yes.

12       Q     Do you know if anyone else

13  gave him authority to close those two

14  businesses?

15       A     I couldn't speak for anybody

16  else.

17       Q     Was there any kind of meeting

18  that took place in which the partners

19  discussed closing those two businesses?

20       A     Not that I recall.

21       Q     But you authorized Josh to do

22  what he had to do to close those two

23  businesses?

24       A     Josh had the day-to-day, yes.

25       Q     At both of them?

*B. Chabrier*                    38

1

2      A      Josh had the day-to-day at

3  both stores.

4      Q      Northshore and 189 --

5      A      Remember, Josh was a partner

6  in 189 Sunrise.

7      Q      And he had the day-to-day

8  authority for both stores; is that right?

9      A      He didn't need my day-to-day

10 authority in Sunrise, but he had my

11 day-to-day authority in Northshore.

12     Q      He also had your authority to

13 close both businesses; is that right?

14     A      He had my authority to close

15 both businesses, yes.

16     Q      At any time did you suggest

17 selling either of those businesses?

18     A      Well, yeah, we -- originally

19 we were going to sell 189, right?  They

20 gave me a check, but never fulfilled the

21 contract.

22     Q      You think there was a written

23 contract; is that right?

24     A      I said, I had told you

25 before, I don't know.  I didn't see it.

*B. Chabrier*                                                      39

1

2        Q       Sorry, would you repeat that?

3        A       I said, I told you before, I

4   don't know.

5        Q       Then you said something else.

6   Did you say that you didn't see one?

7        A       Excuse me?

8        Q       You also added something else

9   at the end of your sentence.  It sounded

10   like you said, I didn't see it.

11        A       No.

12        Q       Did you say that?

13        A       No.  I said -- no.

14        Q       Did you do anything to

15   prepare for this deposition, Mr.

16   Chabrier?

17        A       Yes.

18        Q       What did you do to prepare

19   for this deposition?

20        A       I read over the affidavit.

21        Q       What affidavit would that be?

22        A       The one we sent to the court,

23   the attorney.

24        Q       Is that an affidavit of yours

25   that you read?

*Rich Moffett Court Reporting, Inc.*

*B. Chabrier*                    40

 1

 2      A       Some of the quotes, yes.

 3      Q       You read an affidavit in

 4  preparation for this --

 5      A       I can't see my screen.  I

 6  don't know why.  I can't see any of you

 7  guys.  I don't know what to do here.

 8  Hold on.  Do you mind if I call someone

 9  to fix this?

10              MR. THOMASSON:  Go ahead.

11              MR. SHANKS:  Doesn't matter

12          if you see us as long as you hear

13          Mr. Thomasson.

14              THE WITNESS:  All right.  All

15          I see is -- I don't know what is on

16          my screen, PDF's.

17              MR. SHANKS:  That's what's on

18          the screen because he is going to

19          open up some documents.

20              THE WITNESS:  Oh, apologies.

21      A       Sorry.  Go ahead.

22      Q       Do you see where it says

23  Exhibit G, Mr. Chabrier?

24      A       I can.

25      Q       I would like if you can just

*B. Chabrier*                    41

please review the next five pages after

that.  It's an e-mail stream.  Can you

take a look at this for a moment, please,

Mr. Chabrier?

          A       Can I?  Am I controlling it

or you?

          Q       I'm controlling this.  Have

you read this page?

          A       Yes.

          Q       Do you know who

CitrinCooperman represented as

accountants with regard to Northshore

Motors and 189 Sunrise?

          A       I don't remember.

          Q       Could they have been the

partner's accountants at those two

businesses?

          A       Yes.

          Q       Was CitrinCooperman ever your

accountant?

          A       I didn't handle that part of

it, so I can't answer yes or no.

          Q       Do you know if

CitrinCooperman ever worked for any of

                    *B. Chabrier*                    42

2    your partners?

3              A      I believe so, yes.

4              Q      Do you know who Anthony Deo

5    is here up in the cc?  You see that,

6    right?

7              A      I do.

8              Q      You know who Josh at Island

9    Auto Group is, don't you?

10             A      Yes.

11             Q      That would be Josh Aaronson?

12             A      Yes.

13             Q      You see Wendy Kwun from

14   Island Auto Group?

15             A      Yes.

16             Q      Who is Wendy Kwun?

17             A      Comptroller.

18             Q      How long has she been the

19   comptroller for Island Auto Group?

20             A      I think since they opened.

21             Q      At least, roughly, when did

22   it open?

23             A      I want to say ten years ago.

24             Q      Is she still the comptroller

25   for Island Auto Group?

*B. Chabrier*                    43

```
 1
 2        A      I believe so, yes.
 3        Q      When was the last time you
 4   saw Wendy Kwun?
 5        A      When was the last time I saw
 6   Wendy?  Been a while.
 7        Q      Months?
 8        A      About a month ago.
 9        Q      If you know, do you know
10   whether or not you or anyone you know has
11   ever discussed this case with Wendy Kwun?
12   If you know.
13        A      I don't know.
14        Q      Did you ever discuss it with
15   her?
16        A      No.  I don't recall.
17        Q      Are you aware of anything
18   about this --
19             MR. THOMASSON:  Withdrawn.
20        Q      What is it that you
21   understand about this e-mail?
22             MR. SHANKS:  Objection to
23        form.
24        Q      Is there anything you can
25   understand about what is being discussed
```

*B. Chabrier*                                    44

1
2    in this e-mail, Mr. Chabrier?

3         A      I don't understand the

4    question.

5         Q      Well, do you understand

6    what's being discussed in this e-mail?

7         A      I do.

8         Q      Have you ever seen this

9    e-mail before?

10        A      I've never seen this e-mail

11   before.

12        Q      Did you receive a complaint

13   from me during or about September of

14   2024?

15        A      I don't recall.

16        Q      Do you know if there was a

17   complaint brought against you that was

18   about 180-some-odd pages with 400 pages

19   of exhibits?  Do you remember receiving

20   that?

21        A      I don't recall.

22        Q      Are you aware you are being

23   sued in a case by Anthony Deo and Sarah

24   Deo?

25        A      I did hear that, yeah.

*B. Chabrier*                           45

1

2      Q      Did you receive any documents

3  in connection with that case?

4      A      I haven't received any

5  documents.

6      Q      You did not get served with a

7  complaint for that case?

8      A      Me personally, no.

9      Q      Did someone in your family

10  accept a complaint for you?

11      A      Not that I'm aware of, no.

12      Q      Did you authorize anyone to

13  represent you in connection with a

14  lawsuit by Sarah and Anthony Deo?

15      A      I believe we did.

16      Q      Who's "we"?

17      A      The group.

18      Q      What group would that be?

19      A      That would be Josh.

20      Q      Is Josh the head of a group?

21      A      I don't know.  He is an

22  ownership of the Island Auto Group, so I

23  said group.

24      Q      When you said "group," do you

25  mean Island Auto Group?

*B. Chabrier*                    46

```
 1                        A       I just said group, meaning
 2    the head, yes.
 3                        Q       Is Josh the head of that
 4    group?
 5                        A       Yeah, yes.
 6                        Q       How long has he been the head
 7    of that group?
 8                        A       Since it opened.
 9                        Q       That was roughly ten years
10    ago?
11                        A       That's what I said, yes,
12    roughly ten years ago.
13                        Q       Do you know anyone by the
14    name of Thomas Jones?
15                        A       Personally, no, I don't.
16                        Q       Do you know of him at this
17    point?
18                        A       I don't know who he is.
19                        Q       Do you know if you are suing
20    him?
21                        A       Again, I don't know who he
22    is.
23                        Q       Do you know that you are
24    suing me?
```


*Rich Moffett Court Reporting, Inc.*

*B. Chabrier*                    47

2    A        Yes, I do.

3    Q        Have I done something to harm

4    you, Mr. Chabrier?

5    A        Yeah, you did.

6    Q        What did I do to harm you?

7    A        You took $730,000.

8    Q        That money had been obtained

9    by whom?

10    A        Obtained by Northshore, which

11    I own.

12    Q        Do you know who personally

13    guaranteed that money?

14    A        I don't know.

15    Q        The DMV license at

16    Northshore, that was in the name of

17    Northshore, right?

18    A        It was in the name of

19    Northshore.

20    Q        Was there anybody's person's

21    name associated with that license?

22    A        That would be me.

23    Q        Someone has to get the

24    license, right?

25    A        I said that would be me.

1              *B. Chabrier*                    48

2              MR. SHANKS:  He answered it.

3              MR. THOMASSON:  That's a

4         different question than someone

5         being personally guaranteeing.

6              MR. SHANKS:  Sorry.  I

7         misunderstood it as well then.

8              Can you read back the

9         question?

10             MR. THOMASSON:  No, that's

11        not necessary.  I will ask it

12        again.

13             MR. SHANKS:  Okay.

14        Q      You are the one, Mr.

15   Chabrier, that obtained the license for

16   Northshore?

17        A      Northshore's DMV license is

18   in my name.

19        Q      It was only in your name the

20   entire time?

21        A      It's only been in my name the

22   entire time, yes.

23        Q      Therefore, because you

24   were --

25             MR. THOMASSON:  Withdrawn.

*B. Chabrier*                    49

1

2        Q        Were you the personal

3    guarantor on that license?

4            MR. SHANKS:  Note my

5        objection.  I have done this on the

6        other depositions.

7            MR. THOMASSON:  I don't know

8        if he knows -- I will ask if he

9        knows what that is.

10       Q        Do you know what a personal

11   guarantee is?

12           MR. SHANKS:  Harry, let me

13       just put the objection --

14           THE WITNESS:  You guys are

15       coming off bad.  I can't

16       understand.

17           MR. SHANKS:  I know.  Talking

18       to Mr. Thomasson.  Let me just put

19       the objection on the record.  My

20       only objection is talking about

21       personal guaranteeing his license.

22       It's not really personally

23       guaranteed.

24           MR. THOMASSON:  Don't tell

25       him.

*Rich Moffett Court Reporting, Inc.*

MR. SHANKS: I'm telling you.

MR. THOMASSON: You can't do
speaking objections like that.

MR. SHANKS: I'm telling you,
Harry, you don't personally
guarantee licenses.

MR. THOMASSON: You are also
telling the witness. Don't do
that.

MR. SHANKS: Harry, you know
what your talking about. You said
you learned so much about the
automotive industry.

MR. THOMASSON: Stop, would
you please.

MR. SHANKS: Ask what you
want.

MR. THOMASSON: How much do
you want to bet he is going to now
tell me you don't personally
guarantee a license? Let's see,
shall we?

Q    Mr. Chabrier --

MR. THOMASSON: I have the

*B. Chabrier*                          51

2    next question ready to go.

3              MR. SHANKS:  Go ahead.

4    Q       Mr. Chabrier, can you hear me

5    at the moment?

6    A       I can, sir.

7    Q       Is there a personal guarantee

8    on a DMV license, if you know?

9    A       Not that I'm aware of, sir.

10   Q       Oh, I'm surprised.

11             MR. SHANKS:  Because that's

12         the answer, Mr. Thomasson.

13             MR. THOMASSON:  Should not

14         have fed it to him, Russell.  Can't

15         give speaking objections like that.

16             MR. SHANKS:  You are a

17         lawyer.  You went to law school.

18         You know what a personal guarantee

19         means.

20             MR. THOMASSON:  Right.

21   Q       Do you know what a personal

22   guarantee is, Mr. Chabrier?

23   A       Yes, sir, I do.

24   Q       You have executed personal

25   guarantees from time to time?

*B. Chabrier*                              52

1

2      A      Yes, sir.

3      Q      With your name personally --

4   was your name personally associated with

5   the DMV license for Northshore Motors?

6      A      My name -- it was under my

7   name, yes, sir.

8      Q      Therefore, does that give you

9   the right, in your mind, to turn that

10  license back in?

11     A      Yeah.  It's under my name.

12     Q      Because it was you that was

13  associated with that license, right?

14     A      Yes.

15     Q      What individual was

16  associated with the $735,000 loan you

17  just brought up?  What personal -- what

18  individual or individuals do you know was

19  associated with that loan?

20     A      I don't know.

21     Q      Do you know if Anthony Deo

22  was the personal guarantor on that loan?

23     A      I don't know.

24     Q      Are you telling me that after

25  three plus years of litigation, you don't

1          *B. Chabrier*                    53

2     know that Anthony Deo got that money?

3     Are you telling me that?

4              MR. SHANKS:  That wasn't the

5          question you asked --

6              MR. THOMASSON:  I'm asking

7          him now.

8          Q     Are you telling me now, under

9     oath, that you didn't know Anthony Deo

10    got that money?

11         A     I know Northshore got that

12    money.

13         Q     Do you know if Anthony Deo

14    was the one who obtained it for

15    Northshore; yes or no?  Right now today,

16    do you know that?

17         A     Listen, no.  You are asking

18    me a question, I don't know the answer to

19    that.

20         Q     Thank you.

21              Did anyone ever tell you that

22    Josh Aaronson obtained that loan?

23         A     No, I wouldn't know that

24    either.

25              MS. VERBONITZ:  I didn't hear

*B. Chabrier*                                54

2    the answer.

3              MR. THOMASSON:  It's the

4         Northshore -- it's the loan that

5         Anthony Deo obtained for Northshore

6         in November of 2022.  Anthony Deo

7         obtained that money.

8         Q     Mr. Chabrier, if Anthony Deo

9    was the one who obtained that money, do

10   have you any problem now with Anthony Deo

11   giving that money back?

12        A     If he obtained it in

13   Northshore, his name, he obtained it in

14   my company.

15        Q     If he was the personal

16   guarantor for that, would you have any

17   problem with him controlling that money,

18   just like you control the DMV license?

19              MR. SHANKS:  Objection to

20         form.  Compound question.

21        Q     Mr. Chabrier?

22        A     Yes, sir.

23        Q     You control the DMV license

24   because you personally obtained it,

25   right?

*B. Chabrier*                                    55

1

2         A       Yes.

3         Q       Mr. Deo personally obtained

4    the $735,000.  Did you know he was the

5    individual who obtained that money?

6         A       I already --

7         Q       Did you know that before

8    today?

9         A       I already told you, no, I

10   don't know that personally.  No.

11        Q       Now you know that --

12        A       Okay.

13        Q       -- Mr. Deo obtained that

14   money?

15        A       Um-hum.

16        Q       Do you think he should have

17   had the right to control that money?

18        A       The money belonged to

19   Northshore.  It was taken out of

20   Northshore's name.

21        Q       You say, because your name

22   was associated with the DMV license, you

23   could do whatever you wanted with the DMV

24   license, right?

25        A       DMV license is in my name.  I

*B. Chabrier*                          56

1

2     own the company.

3          Q      DMV license has the name

4     Northshore Motors on it, didn't it?

5          A      Mr. Thomasson, the company

6     Northshore is in my name.  DMV is in my

7     name.  If you take out -- I can't take

8     out a loan from Baron Nissan and put it

9     in my name.  It's Baron Nissan's money.

10         Q      Can you see this e-mail chain

11    marked as Exhibit G back on the screen

12    again?

13         A      Um-hum.

14         Q      Right here, you can read this

15    e-mail from Wendy Kwun to Josh Aaronson.

16    You can read that please.

17         A      I read it.

18         Q      Do you see here, this e-mail

19    from Josh Aaronson to Wendy Kwun, Thomas

20    Jones, Anthony Deo?  Do you see that?

21         A      I do.

22         Q      See where it's approved by

23    Josh?

24         A      I see it.

25         Q      Did you know that Josh

*B. Chabrier*                    57

1

2    approved some tax returns for Northshore

3    and 189 Sunrise?

4         A     No.

5         Q     Do you have any problem with

6    Josh approving tax returns for those

7    businesses?

8         A     No.

9         Q     These are the tax returns

10   that were attached and approved, Mr.

11   Chabrier.  This first page indicates that

12   it's for Northshore Motors in a federal

13   return for 2021.  Do you see that?

14        A     I do.

15             MS. VERBONITZ:  Are you

16        marking these documents as

17        exhibits?

18             MR. THOMASSON:  Yes, I had,

19        Exhibit G earlier.  This is Exhibit

20        H.

21             MS. VERBONITZ:  You are

22        keeping them as G and H?

23             MR. THOMASSON:  Yes.

24        Q     This is Exhibit H.  I'm

25   showing you again, Mr. Chabrier.  Do you

*B. Chabrier*                                      58

2    see that?

3           A      Yes.

4           Q      I showed you this first page,

5    which is a U.S. return for Northshore

6    Motors for 2021.  Do you see that?

7           A      Yes.

8           Q      Do you see, on the screen at

9    the moment, page 8 of this exhibit

10   indicates, part two, individuals owning

11   50 percent or more of the partnership?

12   Do you see that?

13          A      Yes.

14          Q      See where it listed Anthony

15   Deo as 99 percent owner of Northshore?

16          A      I do.

17          Q      Did you know that this was

18   approved by Josh Aaronson?

19          A      I did not.

20          Q      Do you know now?

21          A      I do.

22          Q      Have you claimed ownership on

23   your tax returns for any years since

24   2021?

25          A      I don't recall.

*B. Chabrier*                                    59

1

2      Q      You were telling me earlier

3  that you think that I did something wrong

4  and harmed you regarding $735,000; is

5  that right?

6      A      I did.

7      Q      Other than that, is there any

8  other occasion that you can think of that

9  I did something to harm you?

10     A      No.

11     Q      Do you have any knowledge or

12  understanding that Josh Aaronson caused

13  that money to be given to me, if you know

14  that?

15     A      I believe yes, I did know

16  that he said he gave it to you.  Correct.

17     Q      Did you deal with bank

18  accounts at all for Northshore or 189

19  Sunrise,        Mr. Chabrier?

20     A      I did.

21     Q      Were there security measures

22  on those accounts?

23     A      There was.

24     Q      What was the security on

25  those accounts?

*B. Chabrier*                    60

1

2       A       They have a code.  When you

3    login, you have to login a code.

4       Q       Would that be the token

5    system?

6       A       Correct.

7       Q       Who had the tokens?

8       A       For who?

9       Q       For 189 Sunrise and Chase --

10   for 189 Sunrise and Northshore.

11      A       Josh, I believe, had a token.

12   I have a token.

13      Q       Anyone else?

14      A       Not that I'm aware of.

15      Q       How did the token system

16   work?

17      A       When you login?

18      Q       What was the purpose of the

19   system?

20      A       So you are authorized to look

21   at the bank.

22      Q       Did you, in fact, utilize

23   that system?

24      A       Yes.

25      Q       How often?

*B. Chabrier*                                61

1

2          A       Pretty much on a daily basis.

3          Q       Do you know if anyone else

4    was doing it on a daily basis?

5          A       No.

6          Q       You were monitoring the

7    accounts at Northshore on a daily basis;

8    is that right?

9          A       Yes.

10          Q       Were there any irregularities

11    in the accounts at Northshore?

12          A       I looked at the money and the

13    checks cashed and my signatures.  I

14    didn't handle the irregularities.  I

15    don't know what you mean by that.

16          Q       Were you the only person that

17    signed checks for either of those

18    businesses?

19          A       No.

20          Q       When you looked at checks,

21    were you looking at all of the checks and

22    not just the ones that you signed?

23          A       I looked at a good bunch

24    every day.

25          Q       Do you know if any of your

*B. Chabrier*                    62

2    other partners signed any checks?

3           A       I believe they did, yes.

4           Q       Do you know if Sarah or

5    Anthony Deo signed any checks?

6           A       I don't think Anthony was a

7    signer.

8           Q       Do you know if anyone ever

9    gave them authority to sign checks?

10          A       I didn't.

11          Q       I didn't ask you that.  I

12   asked, do you know if anyone ever gave

13   them authority to sign checks?

14          A       Not that I'm aware of.

15          Q       Do you know if they were ever

16   on any of those accounts?

17          A       Not that I'm aware of, no.

18          Q       But they were signing checks?

19          A       I just said not that I'm

20   aware of.

21          Q       Was there ever any occasion

22   you took money out of those accounts?

23          A       Take money for what?

24          Q       Doesn't matter what it was

25   taken for.  Asking if you ever took money

*B. Chabrier*                                    63

2    out of those accounts?

3         A       I'm sure I did.

4         Q       Do you know if any of your

5    partners did?

6         A       I'm sure they did.

7         Q       Do you have any memory now of

8    being aware that they took checks out of

9    the account in your daily review of the

10   accounts?

11        A       Not being specific, I don't

12   know what you're talking about.

13        Q       Do you have a specific memory

14   of your partners taking money out of the

15   accounts, as opposed to just being sure

16   they did?

17        A       I'm sure they took money out

18   of the accounts.

19        Q       Do you have a specific memory

20   of it?

21        A       I don't have a specific

22   memory of what you're talking about, no.

23        Q       Do you have any specific

24   memories of anyone other than your

25   partners taking money out of the

*B. Chabrier*                              64

accounts?

    A      Specific memory for what?

    Q      Were these accounts that had any type of debit cards associated with either of those two businesses, if you know?

    A      No, I don't know.

    Q      Did you ever have a debit card for either of those two businesses?

    A      I did not.

    Q      How many accounts did Northshore have, that you recall, during your years owning Northshore?

    A      I believe they had four accounts.

    Q      Sorry, how many?

    A      I think it was four accounts.

    Q      What bank were they with?

    A      Chase.

    Q      Were they all covered by the token system?

    A      I believe so, yes.

    Q      Was there any kind of texting system associated with those accounts?

*B. Chabrier*                    65

1
2          A       Not that I use, no.

3          Q       Was there any type of

4    positive pay system associated with those

5    accounts?

6          A       With Northshore, I don't

7    recall.

8          Q       What about at 189, was there

9    any security on those accounts?

10         A       189, we had positive pay at

11   one time, yes.

12         Q       Did you also have tokens at

13   189?

14         A       We had tokens at 189.

15         Q       Did you have texting at 189,

16   if you know?

17         A       Not that I'm aware of.

18         Q       Who had access, that you know

19   of, to the tokens and positive pay at 189

20   Sunrise?

21         A       Tracy, Ray, Mr. Baron,

22   myself.

23         Q       Anyone else, that you know

24   of?

25         A       I believe Josh.  That would

*B. Chabrier*                                    66

1

2    be it.

3          Q       Did you ever have any

4    meetings with your partners over the

5    operation of 189 Sunrise?

6          A       We talked about it.  But did

7    we have a group meeting, no.

8          Q       Did you ever have any

9    meetings with any of your partners for

10   Northshore and its operation?

11         A       Again, we talked about it.

12   But as a whole group, I don't know if we

13   were all in the same group at one time.

14         Q       No?

15         A       Not all at one time.

16         Q       You knew that Josh Aaronson

17   took $735,000 out of accounts at

18   Northshore during or about November of

19   2022; is that correct?

20         A       I don't think he took the

21   money out of Northshore.

22         Q       Do you know if he took

23   $735,000 out of the accounts of either

24   Northshore or 189 Sunrise during or about

25   November 2022?

*B. Chabrier*                     67

1

2      A      Yes.

3      Q      And did you know about it

4  beforehand?

5      A      No.

6      Q      Was that something that was

7  discussed beforehand?

8      A      No, I wasn't in that

9  conversation.

10     Q      You found out after the money

11  was taken.  Who did you find out from?

12     A      I believe I found out from

13  Josh.

14     Q      Do you know how long after

15  that?

16     A      I don't recall.

17     Q      Do you know where the money

18  went when he took it?

19     A      Money went, I believe, to

20  you.

21     Q      Well, before it got to me,

22  after Josh took it, do you know where he

23  took it and put it?

24     A      I do not.

25     Q      I may have covered this, but

*B. Chabrier*                    68

as a preliminary question, are you a

stockholder at Baron Nissan?

      A     No, sir.

      Q     But you work there?

      A     I do work there.

      Q     Would you have any reason to

know if that money was put in Baron

Nissan accounts?

      A     The money was not put in

Baron Nissan.

      Q     When Josh took it?

      A     It wasn't put in Baron Nissan

accounts.  I would know, see it in the

morning.

      Q     Did you have access to the

Baron Nissan accounts with the same type

of security that you had at 189 Sunrise

and Northshore?

      A     Yes.

      MR. SHANKS:  Objection as to

    form.  Compound question.

      Q     You can answer, Mr. Chabrier.

      THE WITNESS:  Russell?

      MR. SHANKS:  You can answer,

*B. Chabrier*                69

1

2        but it seems like there is two

3        parts to the question.

4                Can you read back the

5        question?

6                MR. THOMASSON:  I will ask it

7        again.

8        Q       Mr. Chabrier, is there

9    security at the Baron Nissan accounts?

10       A       Yes.

11       Q       What type of security is on

12   those accounts?

13       A       Same token system.

14       Q       Do any of them have positive

15   pay?

16       A       No.

17       Q       Is there any type of texting

18   system you are aware of at Baron Nissan?

19       A       No.

20       Q       Are you one of the people

21   that have tokens at Baron Nissan?

22       A       Yes.

23       Q       Do you know someone name

24   Melissa Beltray?

25       A       Yes.

*B. Chabrier*                    70

1

2      Q      How do you know Melissa

3  Beltray?

4      A      She works for me.

5      Q      Does she still?

6      A      She doesn't work for me

7  anymore, no.

8      Q      How long has it been since

9  she worked for you?

10     A      Been a while.  2026.  Has to

11 be about eight years, ten years.

12     Q      Melissa Beltray never worked

13 at Northshore or 189 Sunrise?

14     A      Melissa Beltray helped out in

15 Northshore at a particular time, yes.

16     Q      That would be less than eight

17 to ten years, right?

18     A      Well, 2026.  That was 2021.

19 I'm going back.  Danny was there quite a

20 while and we closed.  We moved -- so it's

21 got to be seven years.  I lose track of

22 time.  I apologize.

23     Q      Did you and Asad Khan have an

24 argument you can recall over Melissa

25 Beltray?

*B. Chabrier*                    71

1

2        A        No.

3        Q        What did Melissa Beltray do

4    for Northshore, that you can recall?

5        A        She was a bookkeeper.

6        Q        Was there a comptroller at

7    Northshore at any time?

8        A        Well, she is a bookkeeper

9    slash comptroller.  I apologize.  She was

10    the only one in the office.

11        Q        After her, who took her place

12    next?

13        A        I don't recall.  It was a

14    couple different comptrollers there.  I

15    don't recall who was between Danny and

16    Melissa, if there was another girl.

17        Q        Was Wendy Kwun ever doing any

18    work with Northshore?

19        A        I believe Wendy helped out

20    after David's passing.

21        Q        Did she do any work for or at

22    189 Sunrise?

23        A        I believe, again, after the

24    passing of Mr. Baron.

25        Q        If you know, was your name

*Rich Moffett Court Reporting, Inc.*

*B. Chabrier*                  72

2   added to the Northshore account or were

3   you on the account from day one?

4          A      I don't recall.

5          Q      Could you have been added to

6   it?

7          A      I don't know.

8          Q      While Northshore Motors was

9   still open, at any time did you cease

10  receiving K-1s?

11         A      You just showed me a 2021 tax

12  return where Anthony's claiming he got a

13  K-1, so I would say yes.

14         Q      Same question for 189

15  Sunrise.  While it was still open, do you

16  know if you ceased receiving K-1s?

17         A      Yes.

18         Q      Why would you stop receiving

19  K-1s while they were still open?

20         A      Good question.

21         Q      Would that be because you

22  were no longer the owner?

23         A      Well, that was -- going back

24  to your check.

25         Q      What does that mean?

*B. Chabrier*                    73

A        Your $10,000 check.

Q        Okay.  That was when you

ceased getting K-1s, because of that?

A        Yes.

Q        Do you remember why you

stopped receiving K-1s for Northshore?

Could it have been related, for example,

to the tax returns I just showed you?

MR. SHANKS:  Objection.

Compound question.  Two questions.

MR. THOMASSON:  Sorry,

Russell.

Q        Do you know why you stopped

receiving K-1s from Northshore while it

was still open?

A        Same reason.  I mean -- same

reason.

Q        Because Anthony was listed as

the owner on the tax returns?

A        Correct.

MR. THOMASSON:  I have no

further questions.

MS. VERBONITZ:  I have a few

questions.

*B. Chabrier*                    74

1

2          I have to ask counsel if they

3      will indulge me.  Can I have a few

4      minutes to run to the bathroom.

5          (Whereupon, a short break was

6      taken.)

7          *              *              *

8  EXAMINATION BY

9  MS. VERBONITZ:

10     Q     My name is Susan Verbonitz.

11  I represent Libertas Funding.

12          When you were initially asked

13  about did you prepare for your

14  deposition, did you do anything other

15  than speak to your counsel?

16     A     No.

17     Q     You said what documents you

18  reviewed, correct?

19     A     Yes.

20     Q     Just a little bit of

21  background.

22          You were talking about the

23  different businesses.  Northshore, who

24  were the members of Northshore Leasing --

25          And for purposes of this

*Rich Moffett Court Reporting, Inc.*

*B. Chabrier*                          75

1
2    deposition and brevity, I would like to

3    just refer to it as Northshore, if it's

4    okay with you.

5            A       Fine.

6            Q       -- when Northshore was

7    formed, to your knowledge?

8            A       David Baron, Asad Khan and

9    Brian Chabrier.

10           Q       So three of you.  Were three

11   of you the members since the formation of

12   Northshore?

13           A       Yes.

14           Q       When was the company formed,

15   to your knowledge?

16           A       2018.  Late '17, early '18.

17           Q       Who were the members of 189

18   Sunrise Highway Auto, LLC?

19           A       Ray, I think Phalen is the

20   last name, Jory Baron, Josh Aaronson,

21   David Baron.  They were the four

22   originals.  I came a little after.  Don't

23   think I was an original partner.

24           Q       When did you come on as an

25   owner?

*B. Chabrier*                          76

1

2       A       A little later.  I don't know

3   the exact time.  It was a long time ago.

4       Q       I understand.  If you don't

5   understand or don't know, you can just

6   tell me.

7       A       Okay.

8       Q       With respect to Northshore,

9   what were your responsibilities with

10  regard to the business, other than sign

11  checks?  You said you went and signed

12  checks.  Anything else?

13      A       Listen, I just really went

14  there, I signed the checks, talked to

15  some of the employees when I went there,

16  checked a little of the inventory, and

17  that's it.

18      Q       Who had responsibility for

19  the day-to-day operations of Northshore?

20      A       That would be Anthony Deo.

21  He was the general manager.

22      Q       What were your

23  responsibilities, if anything, with

24  respect to 189 Sunrise?

25      A       Ray was really the lead guy

*Rich Moffett Court Reporting, Inc.*

*B. Chabrier*                          77

1

2    there.  I signed some checks for them

3    when I was in the neighborhood or they

4    couldn't get a hold of anybody else, but,

5    you know.

6          Q      Did Ray have the day-to-day

7    responsibilities for the business?

8          A      Ray had the day-to-day, yes.

9    Ray also had a general manager there

10   also.  Couple different ones at times.

11         Q      Just for purposes of your

12   deposition, what is the nature of the

13   business of Northshore?

14         A      Automotive sales.

15         Q      New or used?

16         A      Preowned.

17         Q      Sorry?

18         A      Used, preowned.

19         Q      All makes and models?

20         A      Correct.

21         Q      What is the business of 189

22   Sunrise?

23         A      Same, preowned, all makes and

24   models.

25         Q      At some point in time, Mr.

*B. Chabrier*                          78

1    Deo became the general manager of

2    Northshore?

3        A       Correct.

4        Q       When did that occur?

5        A       From the day we opened.

6        Q       What responsibilities did

7    Mr. Deo have with respect to Northshore?

8        A       Day-to-day operations.

9        Q       What did that include?

10        A       Selling cars, buying cars,

11   hiring employees.

12        Q       When you say "buying cars,"

13   you mean buying inventory?

14        A       Correct.

15        Q       How many employees did

16   Northshore have?

17        A       One, two, three, five, eight,

18   ten, maybe 11.  Twelve with porters.

19        Q       Did it have a bookkeep --

20   someone in bookkeeping?

21        A       Yes.

22        Q       Did it have a finance office?

23        A       Yes.

24        Q       Who worked in the finance

*B. Chabrier*                    79

1
2       office?

3              A       What timeframe?  Had a couple
4       of them.

5              Q       So we can really put this,
6       just at some kind of perspective, say
7       from 2020 on.

8              A       I think Frank, don't recall
9       his last name, was the finance manager
10      there.

11             Q       Was Frank there until the
12      business closed?

13             A       I believe so.  I don't know,
14      not to be a hundred percent.

15             Q       Do you recall the date the
16      business closed?

17             A       I want to say early 2023,
18      maybe.

19             Q       Would Mr. Deo oversee the
20      finance office?

21             A       Yes.

22             Q       Would he oversee the sales
23      department?

24             A       Yes.

25             Q       Generally, he oversaw the

*B.  Chabrier*                    80

1   whole operations, correct?

2            A       Yes.

3            Q       Other than yourself, who was

4    on the bank account?

5            A       Mr. Baron.

6            Q       When did Mr. Baron die?

7            A       Good question.  Five years

8    ago, May.

9            Q       Five years?

10           A       Five years I want to say.

11           Q       After Mr. Baron died, was

12   anyone else put on the bank account,

13   other than you and he?

14           A       I don't recall, to be honest.

15           Q       Was Mr. Deo on any -- an

16   authorized signer on the account?

17           A       Don't believe Anthony was a

18   authorized signer, no.

19           Q       You said one of Mr. Deo's

20   responsibilities was buying inventory?

21           A       Sorry.  Your screen froze on

22   me for a second.

23           Q       You said that one of Mr.

24   Deo's responsibilities was buying

*B.  Chabrier*                          81

1

2      inventory.  How would he go about that,

3      if you know?

4           A      Most of his inventory came

5      from auctions.  He would buy at auctions.

6      Some came in on trades, some came off the

7      street.  I would say the bulk came from

8      auctions.

9           Q      How was the purchase of

10     inventory financed?

11          A      Floor plan.

12          Q      Sorry?

13          A      Floor plan.  We had floor

14     plan line.

15          Q      Who is the floor plan line

16     with?

17          A      Floor plan line was with

18     Ally.

19          Q      Was Mr. Deo authorized to

20     draw under the floor plan for purchase of

21     inventory?

22          A      Yes, he can buy cars.

23          Q      He could?

24          A      And then cars would

25     automatically --

*B. Chabrier*                    82

1

2      Q       He would be in charge of

3   sending the paperwork to Ally for the

4   floor planning?

5      A       When you buy them on auction,

6   it's automatically floor plan, or the

7   auction would send them what they needed.

8      Q       They send everything to Ally,

9   you just give them all the information

10  they need?

11     A       Correct.

12     Q       You said some come in on

13  trade.  Some of the inventory is directly

14  purchased from individuals?

15     A       Off the street, yes,

16  sometimes.

17     Q       Off the street?

18     A       Yes.  Not that often.

19     Q       From where would the money

20  come to purchase vehicles off the street?

21     A       We would make a check out of

22  the account.

23     Q       Out of the operating account?

24     A       Correct.

25     Q       Did Northshore have one

*B. Chabrier*                     83

1

2    operating account or more than one main

3    account?

4         A       Sales tax account, payroll

5    account?

6         Q       Payroll account.

7         A       Yes.

8         Q       Did it have one main

9    operating account from which it would

10   write checks and deposit funds?

11        A       One main operating account,

12   yeah.  They also had a DMV account, but

13   they didn't write checks in the DMV

14   account.

15        Q       If Mr. Deo needed a check to

16   purchase any inventory, to buy something

17   for purposes of running the day-to-day

18   operations, how would he go about getting

19   that check?

20        A       Danny O'Sullivan, or the

21   comptroller at the time, would cut a

22   check, and I would sign or Mr. Baron

23   would sign it.

24        Q       You had said that earlier you

25   went to Northshore more than a hundred

*B. Chabrier*                              84

1

2    times or --

3         A      Over a period of time.

4         Q      Over a period of time.  You

5    weren't at Northshore on a daily basis,

6    correct?  Your office wasn't there?

7         A      No.

8         Q      Where were you --

9         A      230 -- Baron Nissan, where

10   I'm at today.

11        Q      You would go from Baron over

12   to Northshore when needed?

13        A      Correct.

14        Q      With regard to 189 Sunrise,

15   Mr. Deo was also the manager of that

16   entity, that business, correct?

17        A      At what point?

18        Q      Well, I will just tell you

19   it's alleged in the Complaint that -- at

20   paragraph 114, that in 2018 Deo was

21   engaged by Northshore and Sunrise as

22   their manager for their benefit.

23              Is that at about the time you

24   can recall he was engaged as manager?

25        A      Yes.

```
 1                   B.  Chabrier                85

 2           Q       With regard to 189 Sunrise, I

 3     was not clear when you were testifying

 4     before, who were the owners?

 5           A       Ray, Jory Baron, Josh

 6     Aaronson, David Baron and myself.

 7           Q       And you?

 8           A       Correct.  Five.

 9           Q       Did any of the interests or

10     any of the, you know -- I know you are

11     not partners.  You are all members.  Did

12     membership change at any time?

13           A       No.  Legally, no.

14           Q       I mean other than Mr. Baron

15     dying.

16           A       Got you.

17           Q       Sorry.  Other than Mr. Baron

18     passing away, did your ownership interest

19     in 189 Sunrise change?

20           A       No.

21           Q       Were you all equal owners?

22           A       Yes.  20 percent.

23           Q       In 189 Sunrise?

24           A       Yes.

25           Q       You said 20 percent?
```

*Rich Moffett Court Reporting, Inc.*

*B. Chabrier*                    86

1

2          A       Yes.

3          Q       At any time was Mr. Deo an

4    owner of 189 Sunrise or have any

5    membership interest?

6          A       No.

7          Q       What was your role or

8    responsibility, if any, with respect to

9    189?

10         A       Not as much as other stores

11   that I was involved in.  But I did stop

12   there because I had another store close,

13   New York Off Lease.  If Tracy or anyone

14   needed a check signed, I would sign.

15         Q       189 Sunrise is also closed,

16   correct?

17         A       Yes.

18         Q       Who were the authorized

19   signers on the bank account at 189

20   Sunrise?

21         A       I believe we were all

22   authorized signers.

23         Q       At any time during when the

24   business was open, were the authorized

25   signers on the 189 Sunrise account

*B. Chabrier*                    87

changed?

    A    Not that I'm aware of.

    Q    Can you explain to me, as best as you understand it, what Mr. Deo's responsibilities, job responsibilities were with respect to 189 Sunrise?

    A    Same as Northshore.

    Q    Was he the day-to-day operator?

    A    Correct, yes.

    Q    Did he act as the general manager?

    A    Yes.

    Q    Other than the Northshore and 189 Sunrise, what other businesses were you involved in at that same time?

    A    Long Island Motors and New York Off Lease.

    Q    Did Mr. Deo have any involvement in those companies?

    A    No.

    Q    No?

    A    No.

    Q    When did you meet Mr. Deo?

*B. Chabrier*                    88

1
2      A      I met him through David Baron
3   and Asad Khan.
4      Q      When did you get to -- when
5   did you first meet him?  Not asking an
6   exact date.
7      A      I think late -- somewhere
8   2017.  I don't recall the date.
9      Q      Do you remember how Mr. Baron
10  and Mr. Khan knew Mr. Deo?
11     A      I don't.
12     Q      Do you know if Mr. Baron or
13  Mr. Khan had any prior business or other
14  relationships with Mr. Deo?
15     A      I do not.
16     Q      At the time that you met
17  Mr. Deo, what was your understanding of
18  what businesses, if any, he was involved
19  in?
20     A      Sorry, can you repeat the
21  question?
22     Q      At the time when you met
23  Mr. Deo, what was your understanding of
24  any businesses that he was involved in?
25     A      He was involved in the

```
1                    B.  Chabrier                   89

2    automotive business.

3         Q      Same, generally, as

4    Northshore?

5         A      Yes.

6         Q      When Mr. Deo became the

7    manager of Northshore and 189 Sunrise, to

8    your knowledge, did he also operate his

9    other businesses, aside from --

10        A      I don't know.  I don't

11   believe so.

12        Q      You don't know?

13        A      I don't believe so.

14        Q      Do you know what is referred

15   to in the Complaint as the IAG operation?

16        A      Excuse me?

17        Q      In the Complaint is a

18   reference to an IAG operation.  Are you

19   familiar with that term?

20        A      No.  IAG?

21        Q      IAG.  Just asking if you are

22   familiar with the term.  No?

23        A      I'm not.  Assuming what it

24   stands for, but I can be wrong.

25        Q      What do you assume it stands
```

*Rich Moffett Court Reporting, Inc.*

1                      *B. Chabrier*                90

2    for?

3         A      Sounds like Island Auto

4    Group, but I could be wrong.

5         Q      Island Auto Group, is that

6    the same entity you referred to

7    previously in your deposition?

8         A      Yes.

9         Q      To your knowledge, while Mr.

10   Deo was the manager of Northshore and

11   189, do you know if either Northshore or

12   189 Sunrise did any business with any of

13   Mr. Deo's other entities?

14        A      I don't know.

15        Q      Can you explain to me,

16   generally, what Mr. Deo's

17   responsibilities were?

18              In the Complaint, in

19   paragraph 117, it is alleged that

20   Northshore -- and I'm reading this.  It

21   says, As Northshore's and Sunrise's

22   manager, the managing members, Northshore

23   and Sunrise, allowed Deo to handle all

24   financial transactions and reporting on

25   behalf of Northshore and Sunrise.  I read

```
 1                    B.  Chabrier              91
 2     that paragraph, 117.
 3                    What financial transactions
 4     was Mr. Deo permitted to handle?
 5          A       Getting deals approved,
 6     banking with the bank.
 7          Q       Sorry?
 8          A       Getting deals approved as
 9     part of the business, buying cars,
10     financial things.
11          Q       What do you mean by "getting
12     deals approved"?
13          A       When a customer comes in,
14     submit the credit application to the
15     bank, get approval.  There's a financial
16     transaction between us and the customer
17     and the bank.
18          Q       Any other financial
19     transactions that Mr. Deo either handled
20     or was authorized to handle?
21          A       Buying cars.
22          Q       You said that.
23          A       Selling cars.
24          Q       Anything else?
25          A       Taking deposits.
```

*Rich Moffett Court Reporting, Inc.*

*B. Chabrier*                              92

1
2          Q        Anything else?

3          A        No.

4          Q        What reporting was Mr. Deo

5    either charted or authorized to do on

6    behalf of Northshore and 189 Sunrise?

7          A        I don't understand.  What do

8    you mean "reporting"?

9          Q        Just reading from the

10   allegation.  It said that Northshore and

11   Sunrise allowed Deo to handle financial

12   transactions and reporting.  Do you know

13   what reporting Mr. Deo would have done?

14         A        I don't know.  I don't know

15   what that means.

16         Q        Was Mr. Deo required to

17   report --

18              MS. VERBONITZ:  Strike.

19         Q        Who did Mr. Deo report to, if

20   anyone?

21         A        Reported to -- he didn't

22   report to me.  Maybe reported to David

23   when David was alive.

24         Q        I will separate that question

25   a little bit so we know what we are

```
 1                    B.  Chabrier                93

 2    talking about.

 3                    When you said Deo reported to

 4    you --

 5         A       Didn't say that.  I said he

 6    didn't have to report to me.

 7         Q       Oh, he didn't?

 8         A       Yeah.

 9         Q       Did he report to anyone?

10         A       I said he might have reported

11    to Baron when he was alive.

12         Q       Do you know if he did or not?

13         A       We all reported to David.  I

14    can't say he did or didn't.  Just taking

15    an educated guess.

16         Q       Was Mr. Deo required to make

17    any type of written reports to any of the

18    owners about, you know, business

19    transactions or how the business was

20    doing?

21         A       No.

22         Q       Was Mr. Deo required to

23    update you, in maybe not a formal written

24    report, but any other manner as to the

25    business operations?
```

*B. Chabrier*                    94

2    A        No.

3    Q        Other than Ally Bank, is

4  there any other financial institution or

5  entity that financed Northshore or

6  provided financing to Northshore?

7    A        Meaning like a floor plan or

8  a car line?

9    Q        Either floor plan, loans or

10 any other type of financial source.

11   A        No.

12            MR. SHANKS:  So the record is

13       clear, you're not asking for

14       financing on customers on deals?

15            MS. VERBONITZ:  No.  Just

16       financing for inventory purchases,

17       operations.

18            MR. SHANKS:  Thank you.

19            MS. VERBONITZ:  That type.

20   Q        Who financed the operations

21 of 189 Sunrise?

22   A        Meaning the floor plan line?

23   Q        The floor plan.

24   A        Same.

25   Q        Same, Ally?

*B. Chabrier*                      95

1

2     A       Yes.

3     Q       Were they two separate

4  finance packages or billed together, do

5  you know?

6     A       Two separate.

7     Q       Other than Ally, did 189

8  Sunrise have any other financial sources?

9     A       For cars, no.

10    Q       Referring to operations?

11    A       No.  I mean, outside of the

12  rental of a copy machine maybe, if you

13  want to get technical.

14    Q       No.  I'm talking about

15  providing money.

16    A       I got you.

17    Q       Providing money for the

18  continued operations --

19    A       No.

20    Q       -- whether floor planning,

21  buying cars --

22    A       I got you.

23    Q       -- operating costs, financing

24  operating costs.  Anything of that

25  nature?

*B. Chabrier*                                    96

1

2          A       No.

3          Q       I know you said everyone

4    seemed to report to Mr. Baron, but is

5    there -- was there anyone who supervised

6    Mr. Deo?

7          A       He was the general manager

8    so.

9          Q       No?

10         A       No.  Mr. Baron, the way he

11   comes in and supervises me.

12         Q       How did Mr. Baron supervise

13   you?

14         A       I see him a little bit more

15   because he sat by me, but --

16         Q       Right.

17         A       -- he would ask me how

18   business is, what this is, what certain

19   checks were, how many cars we have in

20   inventory, what we have coming in.  I'm

21   assuming he did that with Anthony -- a

22   little different operation because they

23   have the new car aspect, the parts aspect

24   and the service aspect.

25         Q       At Nissan?

*B. Chabrier*                                    97

A       Yes.

Q       As versus Northshore, you're
saying it's a little different because
Northshore and 189 you were selling used
cars?

A       It's a different -- you have
to buy cars every day, pretty much, to
keep your inventory.

Q       To the best of your
knowledge, what were Mr. Khan's roles and
responsibilities with respect to either
Northshore -- did he have any roles and
responsibilities with respect to
Northshore?

A       Yes.  He went there also and
he looked at inventory and occasionally
maybe got them a car or two and checked
on the office.  That's about it.  Little
different role than mine.

Q       Did Mr. Khan have any roles
or position responsibilities with respect
to 189 Sunrise?

A       No, zero.

Q       Who were the accountants for,

*Rich Moffett Court Reporting, Inc.*

*B. Chabrier*                    98

1
2    if you know, for Northshore?

3         A    I believe it was Ellen.  I

4    don't know who she worked for because

5    David really handled that aspect.

6         Q    I didn't hear.

7         A    Mr. Baron really handled that

8    part of the business.  I didn't really

9    get involved in that.

10        Q    You don't know who the

11   accountants were?

12        A    He mentioned before Citrin.

13   I don't remember if that was the name of

14   the company.  I couldn't tell you.

15        Q    Do you know who the

16   accountants were for 189 Sunrise?

17        A    I believe it was the same.

18             MS. VERBONITZ:  I will bring

19        up what counsel -- Harry, can you

20        tell me, what is the --

21        A    Can I just page someone to

22   get a plug?

23        Q    Go ahead.

24             MR. THOMASSON:  Can we take a

25        five-minute break?

*B. Chabrier*                    99

1

2          (Whereupon, a short break was

3      taken.)

4          MS. VERBONITZ:  Can everyone

5      see?  This is U.S. return of

6      partner income for 2021.

7          MR. SHANKS:  We see it.

8          MS. VERBONITZ:  This is what

9      you marked Exhibit H, Harry?

10          MR. THOMASSON:  Yes.

11      Q      Sir, have you seen this

12   return before?

13      A      Twenty minutes ago.

14      Q      Other than 20 minutes ago?

15      A      No.  I wasn't trying to be a

16   wise guy.

17      Q      When tax returns are

18   prepared, who reviews them?

19      A      My accountant.  For the

20   business you mean?

21      Q      For the business.  Sorry.

22   Let me clarify.  Yes.

23          For the business, who reviews

24   when the tax returns are prepared?

25      A      David handled that.  Even

*B. Chabrier*                                    100

1    when I was a partner, I just get my K-1

2    in the mail and that was it.

3        Q      If David handled that, do you

4    know who was reviewing tax returns after

5    David passed away?

6        A      Probably Ellen.

7        Q      Ellen who?

8        A      She is the accountant.  Maybe

9    she works for Citrin.  I don't know.

10       Q      I believe you said you didn't

11   know?

12       A      CitrinCooperman.

13       Q      Who provides information to

14   the accountants for purposes of preparing

15   tax returns?

16       A      That would be the

17   comptrollers.

18       Q      In the companies?

19       A      Correct.

20       Q      Do you know if Mr. Deo had

21   any responsibilities or undertook any

22   responsibilities to provide financial

23   information to the accountants for

24   purposes of filing tax returns?

*B. Chabrier*                    101

1

2          A       No.  Comptrollers would

3     handle all that.

4          Q       Who was the comptroller for

5     Northshore?

6          A       At the time in 2021, I

7     believe Danny O'Sullivan.

8          Q       Who was the comptroller for

9     189 Sunrise in 2021?

10         A       Tracy.

11         Q       Danny O'Sullivan and Tracy,

12    did they remain in those positions as

13    comptrollers until the business closed?

14         A       Tracy, yes.  Danny, maybe a

15    little beforehand.  Can't remember the

16    exact dates with Dan.

17         Q       Going down this tax return,

18    this also has a Libertas Bates stamp of

19    001215.

20              On the bottom, Jones Little &

21    Company CPAs, do you know who that is?

22         A       No, ma'am.

23         Q       On this tax return, on the

24    third page, on the very bottom, says the

25    designation of the partnership

*Rich Moffett Court Reporting, Inc.*

*B. Chabrier*                          102

representative, it says Anthony, looks

like Deo.  Do you see that?

        A       I do.

        Q       Do you know who designated

Anthony Deo as the partnership

representative for the purposes of the

2021 tax return?

        A       Do I know why his name is on

there?  Is that what you're trying to

say?

        Q       You can answer that question.

Do you know why his name is on there?

        A       No.

        Q       Do you have any knowledge

that Mr. Deo was designated by anyone as

the partnership representative?

        A       Not trying to be -- trying to

answer your question.  I don't understand

where you are going with this.

        Q       That's fine.  You don't have

to understand where I'm going.  Just have

to understand the question.

                MR. SHANKS:  Just calls for

        yes or no.  Yes or no.

1              *B. Chabrier*                    103

2         A      No.  Sorry.  Not trying to

3    be --

4              MR. SHANKS:  You don't need

5         to read into a question.  She will

6         give you --

7              THE WITNESS:  Apologies.

8         Q      No need to apologize to me.

9    If you don't know the answer, that's

10   fine.

11        A      Okay.

12        Q      At any time did you have any

13   discussion with any of the other members

14   of Northshore to admit Mr. Deo as a

15   member?

16        A      No.

17        Q      At any time do you recall any

18   discussion -- by discussions I mean

19   orally, by e-mail, memos.  At any time do

20   you recall having any discussions with

21   anyone at Northshore regarding

22   designating Mr. Deo as the partner

23   representative?

24        A      No.

25        Q      For purposes of taxing, who,

*B. Chabrier*                    104

1

2    which member at Northshore was designated

3    as the tax representative or tax

4    representative member?

5              MR. SHANKS:  Objection to

6         form.  You can answer if you

7         understand.

8         A      I think I would say David

9    Baron.

10        Q      Are you guessing or do you

11   know?

12        A      No, I don't know.

13        Q      Please don't guess.

14             MR. SHANKS:  Don't guess.

15        Q      If you don't know, you don't

16   know.

17              Do you know who was

18   designated as the tax member for taxing

19   purposes of 189 Sunrise?

20        A      No.

21        Q      I believe you were shown

22   this, but I'm going by -- I will go to --

23   this is schedule B-1 of the tax returns.

24   Schedule B-1 is the information of

25   partners owning 50 percent or more.  This

*B. Chabrier*                    105

has, in schedule B-1, listed Anthony Deo

as having a 99 percent interest in

Northshore.

        Do you know why Mr. Deo is

listed under part two?

        A    Do I know why, no.

        Q    The next document on this tax

return is a K-1, and this is the K-1 for

Anthony Deo.  Underneath where you go

into the section showing the individual's

interest, it's 99 percent.

        Do you see that?  I don't

know if you can see my cursor.

        A    I can see it.

        Q    Do you know why Mr. Deo is

listed as having a 99 percent interest in

Northshore?

        A    No.

        Q    Next is also a K-1 and this

is a K-1 for Sarah Rahman, R-A-H-M-A-N.

Do you know who Sarah Rahman is?

        A    I do.

        Q    Did you say no?

        A    I said yes.  I said I do.

*B. Chabrier*                106

1

2    Q       Who is she?

3    A       She is Anthony's wife.

4    Q       On this K-1 Sarah Rahman is

5    listed as having a one percent membership

6    interest in Northshore.  Do you see that?

7    A       Yes, I do.

8    Q       Do you know why the tax

9    return listed Sarah Rahman as having a

10   one percent interest in Northshore?

11   A       No.

12           MS. VERBONITZ:  I will bring

13           up and I will mark this as -- I

14           guess we can mark -- if counsel

15           agrees, we can mark this as BC1.

16               Russell, is that okay with

17           you?  Just for the designation.

18           MS. RONNENBERG:  You may want

19           to do Libertas 1, because yesterday

20           we did Flushing 1.

21           MS. VERBONITZ:  Okay, fine.

22           I can mark it as Libertas 1.  This

23           is tax information authorization

24           and I did redact the EIN for

25           Northshore Motor Leasing for this

*Rich Moffett Court Reporting, Inc.*

*B.  Chabrier*                    107

1

2          document because I wasn't sure how

3          public it was going to get.

4                    (Whereupon, the

5          aforementioned Northshore tax

6          information authorization was

7          deemed marked as Libertas Exhibit 1

8          for identification as of this

9          date.)

10          Q        On the bottom -- do you know

11   what a tax information authorization is?

12          A        No.

13          Q        On the bottom of this

14   document, under part six, is a taxpayer's

15   number?

16          A        Um-hum.

17          Q        There's a signature there.

18   Do you know whose signature that is?

19          A        Assuming it's Anthony's, but

20   I don't know.

21          Q        Underneath is typed in

22   Anthony Deo, correct?

23          A        Yes.

24          Q        There's a date typed in of

25   11-15-22?

                           *B. Chabrier*                    108

1

2          A        Yes.

3          Q        Do you know under what

4   circumstances under which Mr. Deo either

5   signed or submitted this tax information

6   form for Northshore?

7          A        No.

8          Q        Do you know under any

9   circumstances --

10         A        Oh, I said no.  You didn't

11  hear me?

12         Q        I didn't.

13         A        Sorry.

14         Q        Don't apologize.

15                  Let me show you what has been

16  marked as Libertas 2.

17                  (Whereupon, the

18         aforementioned 189 Sunrise tax

19         information authorization was

20         deemed marked as Libertas Exhibit 2

21         for identification as of this

22         date.)

23         Q        This is a tax information

24  authorization, and I know that you

25  wouldn't know what this is because --

*B. Chabrier*                              109

1

2      pursuant to your prior testimony, but

3      this is for 189 Sunrise.  Again, at the

4      bottom of this document under part six,

5      there's a signature.

6                    Do you know whose signature

7      that is?

8           A      Assuming it's Anthony Deo

9      again.

10          Q      Again, it's typed underneath,

11     Anthony Deo, dated 11-15-22, and the same

12     date as the Northshore tax information

13     authorization.

14                    Do you know of the

15     circumstances under which this tax

16     information authorization was signed and

17     submitted for taxing purposes?

18          A      No.

19          Q      I probably asked this

20     question, but let me go back and ask it

21     again.

22                    On the 2021 tax return that

23     we showed that was marked as Exhibit G,

24     you remember the K-1 said Anthony Deo had

25     a 99 percent interest?

*B. Chabrier*                110

1

2          Do you know why the 2021 tax

3    return lists Mr. Deo as having a 99

4    percent interest in Northshore?

5          A     No.

6          Q     Do you know if Mr. Deo had --

7    sorry.  Just hold on, please.

8               Mr. Chabrier, have you seen

9    the 2021 tax return for 189 Sunrise?

10         A     Have I seen them, no.

11         Q     Have you had any discussions

12   with anyone concerning the 2021 tax

13   return for Northshore we showed you as an

14   exhibit?

15         A     No.

16         Q     Have you had any

17   discussions -- to the best of your

18   recollection, any discussions with anyone

19   concerning the 2021 tax returns for 189

20   Sunrise?

21         A     No.

22         Q     You testified who were the

23   members of 189 Sunrise.  Were you aware,

24   on the 2021 tax return for 189 Sunrise,

25   that it included a K-1 which shows Mr.

*B. Chabrier*                                    111

1
2    Deo also had a 99 percent interest in
3    that entity?
4         A     No.
5         Q     Before your deposition today,
6    had you known that the 2021 tax return
7    for 189 Sunrise had Mr. Deo listed as
8    holding a 99 percent interest?
9         A     No.
10        Q     Is this the first time you're
11   hearing this today?
12        A     First time I saw it, yes.
13        Q     Talking about 189 Sunrise.
14        A     I said yes.
15        Q     Is this the first time you
16   are hearing it today?
17        A     Yes, sorry.  Confusing the
18   two.
19        Q     Do you know under what
20   circumstances Mr. Deo was listed as
21   having a 99 percent interest in 189
22   Sunrise?
23        A     No.
24        Q     Do you know who takes care of
25   the tax matters for 189 Sunrise?

*B. Chabrier*                    112

1

2       A       You asked me that before.

3       Q       You said no?

4       A       I said the same company that

5  probably takes care of Northshore,

6  Citrin.

7       Q       Sorry, let me clarify.

8               Do you know what member --

9               MS. VERBONITZ:  Strike that.

10      Q       To the best of your

11 knowledge, are there any members of 189

12 Sunrise that undertake any actions or

13 have any participation in the preparation

14 of the tax returns for 189 Sunrise?

15      A       Meaning who did it prior

16 to --

17      Q       No.  If anyone, for instance,

18 any member to your knowledge provided any

19 information or just the comptroller?

20      A       Just the comptrollers.

21      Q       Do you know who reviews the

22 tax returns after they are prepared and

23 before they are filed?

24      A       Would have been Mr. Baron.

25      Q       After Mr. Baron passed, do

*B. Chabrier*                              113

1

2    you know who did review the tax returns?

3         A    No.

4              MS. VERBONITZ:  Off the

5         record.

6              (Discussion off the record.)

7         Q    Mr. Chabrier, to the best of

8    your knowledge, have you seen this 2021

9    tax return for 189 Sunrise before?

10        A    No.

11        Q    This is the return I have

12   asked you questions about.

13             MS. VERBONITZ:  Can you go to

14        the bottom, Harry?

15        Q    See it's prepared by Jones,

16   Little and Company?

17        A    Yes.

18             MS. VERBONITZ:  Can you go

19        down to the K-1s, Harry?

20        Q    This is schedule B, part two.

21   Again, Mr. Deo is listed as 99 percent

22   interest in the company.  Do you know

23   why?

24        A    No.

25             MS. VERBONITZ:  Scroll,

```
 1                    B.  Chabrier                114

 2         Harry.

 3         Q      This is a K-1 and it's a K-1

 4    for Mr. Phalen, and it's been redacted

 5    for Social Security numbers.

 6              MS. VERBONITZ:  Scroll down,

 7         please.

 8         Q      This K-1 shows that Mr.

 9    Phalen has a 20 percent interest.  Do you

10    see that?

11         A      I do.

12              MS. VERBONITZ:  Scroll down.

13         Q      Next is the K-1 for

14    Mr. Aaronson.

15         A      Yes.

16              MS. VERBONITZ:  Scroll down,

17         please.

18         Q      There's a K-1 next, the third

19    K-1 for Mr. Baron.

20         A      Yes.

21              MS. VERBONITZ:  Scroll down.

22         Q      The document up on the screen

23    is the K-1 for you, which will show your

24    20 percent interest.  Do you recall

25    receiving a K-1 for 2021?
```

*B. Chabrier*                    115

1

2    A        You have the wrong address up

3    there.

4    Q        That's not your address?

5    A        No.

6    Q        I believe you gave your

7    address in the beginning of the

8    deposition, did you not?

9    A        I did.  I have lived there

10   since 2002.

11   Q        What is that address again?

12   A        Four Creek Ridge Road.

13   Q        Do you know what this 8

14   Tilden Dean --

15   A        This is a previous address I

16   lived at from '93 to 2007.

17   Q        The question is, did you

18   receive a K-1 for 2021, to the best of

19   your knowledge?

20   A        I don't recall.  I would have

21   to look.

22   Q        The next is a K-1 for the

23   estate of David Baron.

24            MS. VERBONITZ:  Scroll down,

25       please.

*B. Chabrier*                    116

1

2          Q       Mr. Chabrier, what is your

3     understanding, when Mr. Baron died, what

4     happened to his interest in Northshore?

5          A       Went to the estate.

6          Q       To his estate?

7          A       I guess so, yes.

8          Q       I just ask, if you don't

9     know, just -- that's okay, but don't

10    guess, please.

11         A       Okay.

12         Q       After the interest went to

13    his estate, did the company or any other

14    members buy the interest?

15         A       Not that I'm aware, no.

16         Q       The next is a K-1 for Anthony

17    Deo.

18                 MS. VERBONITZ:  Scroll down a

19         little.

20         Q       This K-1 shows Mr. Deo has a

21    99 percent interest in 189 Sunrise.  Do

22    you know how it came about that Mr. Deo

23    reports 99 percent interest in 189

24    Sunrise?

25         A       No.

*B. Chabrier*                    117

MS. VERBONITZ:  You can take

that down, Harry.  Thank you very

much.

Q      With regard to Mr. Deo's

responsibilities as a general manager,

was Mr. Deo permitted to arrange for any

financing for the businesses?

A      No.

Q      I'm bringing up a document.

MS. VERBONITZ:  We will mark

this as Libertas 3.  This is an

agreement of sale of future

receipts.

(Whereupon, the

aforementioned agreement of sale of

future receipts was deemed marked

as Libertas Exhibit 3 for

identification as of this date.)

Q      I would like you to take a

look, and I will scroll through it fairly

slowly.

Let me ask, have you ever

seen this document before?

A      No.

*B. Chabrier*                    118

1

2      Q      No?

3      A      No.

4      Q      This is called agreement of

5  sale of future receipts and it's dated

6  11-15-22.  Do you see that?

7      A      It's kind of small.  Hold on.

8      Q      I will blow it up.

9      A      11-15-22, yes.

10     Q      Says this is made between

11  Libertas and Merchant whose name and

12  address is down below.  It said the

13  merchant's name is Northshore Motor

14  Leasing.  You are not familiar with this

15  document?

16     A      No.

17     Q      Have you seen it before

18  today?

19     A      No.

20     Q      Were you aware this agreement

21  was entered into by Northshore?

22     A      No.

23     Q      At any time prior to today?

24     A      I don't understand the

25  question.  Have I ever saw it before?

*B.  Chabrier* 119

1

2    Q      Did you become aware of this

3    agreement at any time prior to today when

4    I just showed it to you?

5    A      Well, I was aware when the

6    money went into the account.  I heard the

7    money was in the account, yes.

8    Q      When you say you were aware

9    when -- you heard the money went into the

10   account, what do you mean by that?

11   A      Whenever this loan appeared

12   in one of the accounts, I was made aware

13   a little time later.

14   Q      At some time you were made

15   aware that money went into one of the

16   accounts.  Which account?

17   A      I don't recall what account.

18   I believe --

19   Q      Sorry, go ahead.

20   A      Nothing.  Strike.

21   Q      When did you become aware

22   that money went into an account?

23   A      I don't recall the day.

24   Q      How did you become aware

25   money went into an account?

                    *B. Chabrier*                    120

1

2          A       I spoke to Josh that day.

3          Q       That's Josh Aaronson?

4          A       Yes.

5          Q       What was the manner of your

6    communication with Josh, phone call,

7    e-mail?

8          A       Phone call.

9          Q       Tell me, as best you can

10   recall, what was the phone call between

11   you and Josh, what was said to each

12   other?

13         A       He just asked me if I knew

14   anything about money going into the

15   account, and I said no.

16         Q       Did he tell you how much

17   money went into the account?

18         A       I don't recall.

19         Q       Do you have online access to

20   banking?

21         A       I do.

22         Q       After Josh told you that

23   money went -- asked you about money going

24   into the account, did you go online and

25   check the account?

1
2          A       Don't believe I did that day.

3    Don't believe I was here.

4          Q       I will ask you again, as best

5    you can recall, tell me what Josh said to

6    you and what you said to Josh.

7          A       Josh asked if I knew anything

8    about money going into an account, and I

9    said no.  He said, okay, and that was

10   basically it.

11         Q       That's about a ten-second

12   conversation you had with Josh?

13         A       Yes, give or take.  It was

14   pretty early.

15         Q       That was it?

16         A       That was it.

17         Q       Did you have any other

18   discussions with anyone else concerning

19   money going into an account?

20         A       Prior to that, no.

21         Q       Not prior.  After he told

22   you, after he asked if you knew of any

23   money going into an account.

24         A       As the day progressed, later

25   on in the day, yes, we had another

*B. Chabrier*                    122

1
2  discussion and he told me --

3      Q      So tell me about the next

4  discussion you had.

5      A      I said, What money?  He

6  mentioned the amount, and I said, No,

7  nothing to do with me.  That was it.

8      Q      Was this a phone call?

9      A      Everything was a phone call.

10     Q      Let me make sure I got this.

11  Josh calls you, asks if you know anything

12  about money going into an account, you

13  say no, end of discussion, correct?

14     A      He hung up and moved on,

15  correct.

16     Q      Later that day you had

17  another phone call with Josh, correct?

18     A      Yes.

19     Q      Tell me, again, what was

20  discussed between you.

21     A      I asked about what money was

22  in the account and he told me, and I said

23  okay.  And I said, No, that wasn't me, I

24  don't know anything.  And so he moved on.

25  That was it.

*B. Chabrier*                                    123

Q        When you say "he moved on,"
what do you mean?

A        He went -- said, Okay, thank
you, good-bye.

Q        Did you call Josh or did Josh
call you that second time?

A        I called Josh the second
time.

Q        You called Josh?

A        Yes.

Q        What was your purpose for
calling Josh?

A        Calling him back from the
phone call from the morning.  It was
brief.

Q        You called him back and said,
It wasn't me who put the money in the
account, and he said --

A        I asked him --

Q        Go ahead.

A        I said, What happened, you
know, what money, and he told me the
amount of dollars in the account.  I
said, Nothing to do with me.  He said,

*B. Chabrier*                    124

1
2   All right, got to go.  That was it.
3        Q      Did you have any discussions
4   with Josh or anyone else concerning the
5   money in the account after that?
6        A      Me, no.
7        Q      Sorry, I didn't hear you.
8        A      No.
9        Q      No?
10       A      No, I did not.
11       Q      Did you find out where the
12  money in the account came from?
13       A      I did find out, yes.
14       Q      When did you find out?
15       A      I want to say later that day
16  or the next day.  I don't recall the
17  exact timing of it.
18       Q      How did you find out?
19       A      I spoke to Josh.
20       Q      I have to -- let me make --
21  apologize if I'm not clear.
22              I'm asking you about
23  discussions you had.  This is the third
24  discussion you had with Josh.  Okay?
25       A      Okay.

*B. Chabrier*                                          125

1

2          Q       Tell me, as best you can

3     recall, what was said during that third

4     discussion on that same day.

5          A       It was almost the same to the

6     prior two discussions.  He told me the

7     amount, he told me it was a company and

8     what it was, and he -- I went -- I was

9     busy, I did what I had to do, and he

10    moved on.  He runs a lot of stores.  He's

11    busy.

12         Q       On this third discussion,

13    does Josh call you or do you call Josh?

14         A       I believe I called Josh

15    again.

16         Q       You asked Josh what?

17         A       I asked him what happened.

18    It was brief.

19         Q       He said money came into the

20    account?

21         A       Correct.

22         Q       Did he tell you where the

23    money came from?

24         A       He told me it came from -- he

25    found out -- I don't know exact timing he

*B. Chabrier*                                    126

1

2    told me, but told me it was from

3    Libertas.  I don't know if it was the

4    third or fourth discussion that he found

5    out.  I don't know the exact timing of

6    that.

7            Q      At one point on this third

8    call that same day, you knew the money --

9    the third call, not sure this call or

10   some other call, you found out it came

11   from Libertas, correct?

12           A      Correct.

13           Q      What was the next discussion

14   you had with anyone, Josh or anyone,

15   concerning the money in the account?

16           A      Didn't have any discussions,

17   really, with anyone after that.

18           Q      After four calls with Josh,

19   you can't recall any other discussions

20   you had with anyone?

21           A      No.  Josh was handling it.  I

22   just backed off.

23           Q      Do you know how Josh was

24   handling it?

25           A      No, I do not.

*B. Chabrier*                    127

1

2       Q       Did you ever find out the

3    circumstances under which money came in

4    the account from Libertas?

5       A       Under the circumstances?

6       Q       Yes.  How that happened.

7       A       I found out afterwards, yeah.

8       Q       What did you find -- what was

9    your understanding or what did you find

10   out?

11      A       That Anthony filed for a loan

12   or whatever this is.

13      Q       From whom did you find that

14   out?

15      A       I found that out from Josh.

16      Q       There is yet another

17   communication with Josh where he told you

18   that it was Anthony who entered into some

19   agreement with Libertas for capital,

20   correct?

21      A       Yes.

22      Q       Do you recall when that

23   conversation occurred?

24      A       I do not.

25      Q       Any other conversations you

*B. Chabrier*                          128

2  recall regarding the money from Libertas?

3        A        No.

4        Q        Just those five?

5        A        Pretty much so, yeah.

6        Q        Did you ever find out to

7  which account the money was deposited?

8        A        I believe it was deposited

9  to -- again, I believe -- so you are

10  going to tell me if I don't know, say

11  no -- but Sunrise, 189.

12       Q        What do you base that belief

13  on?

14       A        What I was told and what I --

15  what I was told.  I didn't see it.

16       Q        Who told you it was deposited

17  into the Sunrise account?

18       A        Josh.

19       Q        Is that during one of the

20  five phone calls you had with him or

21  another one?

22       A        No.  During one of those

23  calls.

24       Q        Do you know what the sale of

25  future receipts agreement is?

*B. Chabrier*                                                          129

1

2          A          No, never saw this.

3          Q          Do you have any understanding

4    as to what transaction was entered into

5    here between Libertas, Northshore and

6    others?

7          A          None at all.

8          Q          Did you ever read this

9    agreement at this time?

10         A          No.

11         Q          Before this lawsuit was

12   instituted?

13         A          I never saw it.

14         Q          I will take you down to what

15   is Bates stamped LIB 000012, almost the

16   last page of this document.  This is

17   electronic signatures.  See it says

18   Northshore Motor Leasing?

19         A          Yes.

20         Q          Then owner/guarantor number

21   one.  Do you know whose initials they

22   are?

23         A          I can read the name.

24         Q          Is says Anthony Deo, correct?

25         A          Yes.

*Rich Moffett Court Reporting, Inc.*

*B. Chabrier*                                    130

1

2          Q       In 2022, the date of this

3   agreement, November 2022, according to

4   the tax returns we looked at, Mr. Deo is

5   reported to have a 99 percent interest in

6   Northshore, correct?

7          A       What I read, yes.

8          Q       On the next page, LIB 000113,

9   this is called electronic funds transfer

10  authorization.  There's a name of a bank

11  here, JPMorganChase.

12                 Do you know if either

13  Northshore or 189 Sunrise Highway banked

14  at JPMorganChase?

15         A       We both banked at

16  JPMorganChase.

17         Q       Is that where the main

18  operating accounts were kept?

19         A       Yes.

20         Q       Again, on this authorization,

21  it appears that it's an electronic

22  signature of Anthony Deo.  Do you see it?

23         A       Yes.

24         Q       When you found out the money

25  was deposited into the 189 Sunrise

*B. Chabrier*                              131

1    account, were you referring to the

2

3    account at JPMorgan?

4         A     Yes.

5              MR. SHANKS:  Can you stop at

6         14, the signature line?  I'm having

7         a hard time seeing it.  There is

8         something in blue.

9              MS. VERBONITZ:  Off the

10        record.

11             (Discussion off the record.)

12        Q     I'm moving down to the page

13   we left off.  Do you know who Marc

14   Merckling is?

15        A     Yes.

16        Q     Who is he?

17        A     I think Marc Merckling is an

18   associate of Anthony.  I think I only met

19   him once.  I know the name, yes.

20             MS. VERBONITZ:  Sorry, I have

21        to take this call.

22             (Whereupon, a short break was

23        taken.)

24        Q     Mr. Merckling, you said, is

25   an associate?

*B. Chabrier*                    132

1

2      A       I met him once or twice.

3      Q       Associate of whom?

4      A       Assuming Anthony.  I don't

5  know.

6      Q       Do you know if he works for

7  Northshore?

8      A       I don't know.

9      Q       Does he work for 189 Sunrise?

10     A       I don't know.  I know he was

11 in the dealership a few times.  I know

12 Anthony had something to do with him.  I

13 know he did things for Anthony.  Don't

14 think he was on my payroll.

15     Q       You just don't know?

16     A       I did meet him, though.

17     Q       You didn't see this agreement

18 before this lawsuit, did you?

19     A       No.

20     Q       When did you become aware

21 there was an agreement or some

22 transaction?  You said it was during a

23 conversation you had with Josh?

24     A       Correct.

25     Q       Do you know when that

*B. Chabrier*                    133

1

2      occurred?

3          A      I don't recall exact date.

4          Q      After it was learned that

5      there was this transaction with Libertas

6      whereby money was deposited to 189

7      Sunrise's account, tell me what happened

8      or -- sorry.

9                 What next occurred, to your

10     knowledge, regarding this transaction?

11     You learn the money is there, you learn

12     there's a transaction.  Then what

13     happens?

14         A      Josh took the money out.

15         Q      Josh took the money out?

16         A      Yes.

17         Q      Where did Josh -- what did

18     Josh do with the money?

19         A      I guess he put it in a

20     different account.

21         Q      He takes it out of the

22     JPMorgan account, right?  Did he take the

23     full $735,000?

24         A      I believe so.

25         Q      You believe he put it into

*B. Chabrier*                                    134

another account?

     A     I believe so.

     Q     Do you know what account the money was put into?

     A     No.

     Q     That was approximately 735,000 he took out of 189 Sunrise and put into another account?

     A     Yes.

     Q     Josh had authority to take that money out of the account, did he not?

     A     Yes.

     Q     Do you know why he put it into another account?

     A     Because I believe Anthony owed him money. Cars weren't paid off and he took his money.

     Q     Sorry, I didn't hear the first couple of words that you said. Can you repeat your answer?

     A     Anthony owed him money for payoffs and stuff like that.

     Q     Are you saying Josh took the

*B. Chabrier*                    135

735,000 because Anthony Deo owed Josh
money?

  A  He owed for payoffs and
stuff.

  Q  Sorry, what's "payoffs"?

  A  Cars that weren't paid off.

  Q  So Anthony paid cars off out
of his pocket?

  A  No.  Paid them off of the
bank account.  Had the comptroller pay
them off, but he wasn't keeping up with
the payouts.  Didn't have enough money in
the account to pay.

  Q  Sorry, I don't --

  A  Am I talking too fast?
Sorry, I will slow down.

  Q  So Josh took the money out of
the account because you said Anthony owed
Josh?

  A  He owed -- he had payoffs
that were not paid off.

  Q  Payoffs of what?

  A  Cars.

  Q  Who had payoffs of cars?

*B. Chabrier*                                    136

2    A        Anthony.

3    Q        You have to explain to me

4 because I don't understand what you mean

5 by that.

6    A        I will say in Northshore,

7 they were behind in payoffs a

8 considerable amount of money.  Don't know

9 the exact amount.

10   Q        Can I interrupt you a minute?

11 I don't know what you mean by that, that

12 they were behind in --

13        MR. SHANKS:  Brian, she

14     doesn't understand the term

15     payoffs.  Explain what the payoffs

16     were for.

17            Trying to help you.

18        MS. VERBONITZ:  Please.

19   A        Ally floor plans, the numbers

20 are immaterial, 50 grand.  After you sell

21 the car, you have -- depending if it's a

22 cash deal, you have to pay it off in one

23 day.  If it's a financed deal, depending

24 on the bank, usually get five days to pay

25 it off.

*B. Chabrier*                                    137

1

2     Q        Right.

3     A        He was behind on paying the

4  cars off.

5     Q        When you say "he," you are

6  talking Anthony was behind in paying the

7  cars off to Ally?

8     A        Correct.

9     Q        It's not "he," it's the

10  company, correct?

11    A        It is the company.

12    Q        Northshore or 189 was behind

13  in paying off Ally, correct?

14    A        Correct.

15    Q        Please tell me if I'm wrong,

16  Josh takes this money in order to make

17  those payoffs?

18    A        To bring Anthony whole

19  because Anthony owed him a lot of money.

20    Q        Don't know what you mean

21  "home"?

22    A        I didn't say bring Anthony

23  home.  To bring everything up to date.

24  Not even close.  To try to bring things

25  up to date.

*B. Chabrier*                    138

1
2    Q     Was this money taken by Josh
3    and paid to Ally?
4    A     No.
5    Q     Who was it paid to?
6    A     Josh didn't pay anybody.
7    Josh gave the money to the attorney.
8    Q     Sorry.  To what attorney?
9    A     Mr. Thomasson.
10   Q     Why did Josh give the money
11   to Mr. Thomasson?
12   A     Supposed to hold it in
13   escrow, but not a hundred percent sure.
14   I wasn't in that conversation.
15   Q     What was the intent to use
16   the money for?
17   A     The intent was to payoff the
18   debts that Anthony was incurring in not
19   paying off the cars.
20   Q     They were the debts to Ally,
21   correct?
22   A     They were the debts to Ally,
23   yes.
24   Q     Under the floor plan, am I
25   correct, there were amounts owed to Ally?

*B. Chabrier*                                139

2       A       Yes.

3       Q       For paying off cars?

4       A       Yes.

5       Q       Under the floor plan?

6       A       Yes.

7       Q       That was not done -- why was

8   the money owed to Ally?

9       A       Because they finance cars for

10  us.  After they are sold, you have to pay

11  them off.  Anthony wasn't paying the cars

12  off.

13      Q       After the cars were sold.

14  And why wasn't Anthony paying the cars

15  off --

16      A       I don't know.

17      Q       Was Anthony the one

18  responsible for that type of financing

19  transaction with Ally?

20      A       Anthony was telling -- not

21  paying the cars off. That's all I --

22      Q       And my question is, Anthony

23  was given the responsibility to make sure

24  the cars were paid off, that Ally was

25  paid?

*Rich Moffett Court Reporting, Inc.*

*B. Chabrier*                 140

1
2          MR. SHANKS:  Both of you are

3      speaking over each other all the

4      time.

5          MS. VERBONITZ:  Sorry.

6      Q    Was Anthony given or charged

7  with the responsibility to make sure that

8  cars that were sold, Ally was paid?

9      A    Yes.

10     Q    Got it.  He wasn't doing

11 that, correct?

12     A    Yes.

13     Q    He was behind?

14     A    Yes.

15     Q    Do you know how much?

16     A    No, I do not.

17         MR. KATAEV:  Just a quick

18     point for the record, Ally should

19     be A-L-L-Y.

20     Q    A-L-L-Y Bank, correct?

21     A    Correct.

22         MS. VERBONITZ:  There is an

23     Allied that I know of a financial

24     source.  Thank you for the

25     clarification.

```
 1                    B.  Chabrier              141

 2          Q       The company was behind in

 3   paying Ally Bank, and Josh, you are

 4   saying, as far you know, took this money,

 5   gave it to the attorney to hold the money

 6   in escrow in order to bring everything

 7   current with the bank?  Is that what

 8   you're saying?

 9          A       I guess so.

10          Q       Is that your understand --

11          A       I wasn't in that

12   conversation, so I can't say yes or no.

13          Q       Is that your understanding?

14          A       That's my understanding.

15          Q       From whom did you get that

16   understanding?

17          A       I got that understanding from

18   Josh.

19          Q       Got it.  I understand now.

20                  But that never happened,

21   correct?  Is that what this case is

22   about?

23          A       No.  I believe that

24   Mr. Thomasson did get a check from Josh.

25          Q       I mean was everything brought
```

*Rich Moffett Court Reporting, Inc.*

*B. Chabrier*                                              142

1
2    current with Ally Bank?
3         A       Josh brought everything
4    current.  Spent almost $5 million.
5         Q       Josh -- when you say brought
6    Ally Bank current, are you saying that
7    Josh, out of his pocket or some other
8    source other than these Libertas funds,
9    was able it bring Ally Bank current?
10        A       Yes.
11        Q       Do you know what happened to
12   the proceeds from the Libertas
13   transaction?
14               MS. VERBONITZ:  Strike that.
15        Q       As far as you know, is it
16   correct the proceeds from the Libertas
17   transaction were then delivered to
18   Mr. Thomasson?
19        A       As I know, yes.
20        Q       What other knowledge do you
21   have of the facts of this case?
22        A       That's pretty much all I
23   know.
24        Q       Let me show you what is --
25   see the document?

*Rich Moffett Court Reporting, Inc.*

*B. Chabrier*                                    143

1

2       A       Yes.

3       Q       It's Plaintiff's Third

4  Amended Complaint.  Have you seen this

5  document before?

6       A       I believe I have.  Yes.  See

7  my name.

8       Q       Fourth line down, you are

9  named as a plaintiff.  Do you know if you

10  saw this Third Amended Complaint before

11  it was filed on August 8, 2025?

12       A       Did I see it before it was

13  filed, no.  I don't know what is in the

14  file, so you need to show me.

15       Q       This is called a Third

16  Amended Complaint.  Do you recall seeing

17  the original complaint that was filed in

18  this case?

19       A       I believe I saw it.  Until

20  you showed me, I don't know.  There have

21  been a couple different things that have

22  come across my desk.

23       Q       Let me get to the Third

24  Amended Complaint.  It's hugely long.  I

25  can go through it.  You said you believe

*B. Chabrier*                    144

1

2    you saw it?

3         A      Again, I have to read it.  I

4    got a few different things.

5               MR. SHANKS:  Why don't you

6         ask what you want to know about the

7         Complaint.

8         Q      In this case, what is your

9    understanding about the claims raised

10   against Libertas?

11        A      Honestly, I don't know.  I

12   mean, sure, you are trying to recoup

13   money, I'm assuming.

14        Q      I'm just asking, do you have

15   any understanding of the claims raised

16   against Libertas in the case?

17               Just to clarify, at the time

18   this action was first filed -- I can tell

19   you the Third Amended Complaint was filed

20   in 2025.  The First Amended Complaint was

21   filed in 2023.

22               Have you ever had any

23   understanding of what the claims are

24   alleged against Libertas?

25        A      No, I don't.

```
 1                    B.  Chabrier                    145

 2          Q       What damages are you seeking

 3   against Libertas in the case, if any?

 4          A       Me, personally?

 5          Q       Yes.

 6          A       Outside of you giving a loan

 7   to someone, to a company in my name,

 8   that's the only thing I can -- I'm not

 9   looking for anything.  You gave a loan

10   out to Northshore and the company was in

11   my name.

12          Q       Do you know if NorthShore --

13   I'm not going to dispute your

14   characterization of the transaction

15   between Libertas and Northshore --

16                  MS. VERBONITZ:  And I just

17          want to put it on the record, it's

18          not that I -- my silence, my

19          objection doesn't mean I agree with

20          the witness' characterization of

21          that transaction.

22          Q       With respect to the

23   transaction between Libertas and

24   Northshore, you had testified that

25   Northshore got money from Libertas.  Do
```

*Rich Moffett Court Reporting, Inc.*

*B. Chabrier*                                146

you know if Northshore ever transmitted

any money to Libertas?

        A      I don't.

        Q      Without asking you a legal

question, do you have any understanding

of what a declaratory relief claim is?

        A      No.

        Q      I'm going to go down to --

are you claiming any damages personally

in this case against Libertas?

        A      No.

        Q      I'm in the Third Amended

Complaint on the screen.  I'm going to

page 101, the tenth cause of action

between Northshore and Sunrise against

Libertas.

               Do you see that?

        A      Yes.

        Q      I will go through it, but my

question is, do you have any

understanding what this cause of action

is?

        A      If you let me read it.

        Q      Sure.

*Rich Moffett Court Reporting, Inc.*

*B. Chabrier*                    147

1

2    A     I understand.  I get it.

3    What I said before, Anthony took a loan

4    out in Northshore's name, which is mine,

5    and got authorization.

6    Q     Do you have any understanding

7    to what is being requested in this case?

8    A     First time -- I really

9    haven't reviewed this, so I don't.

10   Q     That's fine.

11         Mr. Chabrier, are you

12   appearing here, or do you know if your

13   appearance here is also on behalf of

14   Northshore?

15   A     I'm sure it is, yes.

16   Q     Not only individually but on

17   behalf of Northshore?

18   A     Yes.

19         MR. SHANKS:  There was no

20         notice to the company.  Only

21         individuals were noticed.

22         MS. VERBONITZ:  I was going

23         to ask you that afterwards,

24         Russell.  That's fine.

25   Q     The money that was taken out

*B. Chabrier*                                    148

1

2      of 189 Sunrise's account, was that the

3      business checking account, to the best of

4      your knowledge, that the money was put

5      into, that Libertas transferred the money

6      to?

7            A      Yes.

8            Q      The money that was taken out

9      by Josh, am I correct that, as your

10     understanding and as far as you know,

11     that was the money that was transferred

12     to          Mr. Thomasson?

13           A      Yes.

14           Q      Do you have any further

15     understanding of where that money went?

16           A      When Mr. Thomasson got it?

17           Q      Just asking if you have any

18     further understanding to where the money

19     went.

20           A      No.

21                  MR. SHANKS:  I have the same

22           question.  Are you asking after

23           Mr. Thomasson received it?

24                  MS. VERBONITZ:  I understand.

25           Let me clarify.

*B. Chabrier*                                    149

1

2          Q        After Mr. Thomasson -- I am

3     not making a conclusion that he didn't

4     receive it.  Your understanding is Josh

5     gave the money to Mr. Thomasson?

6          A        To be held in escrow,

7     correct.

8          Q        Do you have any knowledge as

9     to where the money went after that?

10          A        No.

11                   MS. VERBONITZ:  That's all I

12          have.  Thank you.

13                   MR. SHANKS:  Anyone else have

14          any questions?

15                   MR. THOMASSON:  I have a

16          followup if no one has any.

17                   MS. VERBONITZ:  Let me ask

18          one more question.

19          Q        Mr. Chabrier, remember those

20     tax returns I showed you, which is 2021,

21     for both Northshore and 189 Sunrise?

22          A        Yes.

23          Q        Do you have any reason to

24     believe that those documents I showed you

25     were not true and correct copies of the

```
1                    B. Chabrier              150

2    tax returns filed for the company for

3    those years?

4         A      Can you repeat that?  Sorry.

5         Q      Do you have any reason to

6    believe that the documents that you saw,

7    which were Exhibit G and H, were not true

8    and correct copies of the tax returns

9    filed for Northshore and 189 Sunrise for

10   the years 2021?

11        A      I don't know.

12        Q      Thank you.

13              MR. THOMASSON:  Anyone else

14        have any questions before I have

15        followups?

16              MR. KATAEV:  We have no

17        questions.

18              MS. RONNENBERG:  Flushing

19        doesn't have any questions.

20              *              *              *

21   EXAMINATION BY

22   MR. THOMASSON:

23        Q      Mr. Chabrier, I don't think

24   I'm going to have to take very long but I

25   have a few followups.  All right?
```

*Rich Moffett Court Reporting, Inc.*

*B. Chabrier*                              151

1

2          A          Okay.

3          Q          You know about how Northshore

4    Motors and 189 Sunrise operated, don't

5    you?

6          A          Yes.

7          Q          And you know who the

8    comptrollers were at 189 and Sunrise,

9    don't you?

10         A          Yes.

11         Q          You know that David Baron, in

12   charge of the floor plan for those two

13   companies, was the one who put the

14   comptrollers in place in those two

15   companies, right?

16         A          Yes.

17         Q          It's the comptrollers that

18   payoff the floor plan cars when they are

19   sold, right?

20         A          Yes.

21         Q          Those comptrollers answered,

22   ultimately, to David Baron, didn't they?

23         A          I believe so.

24         Q          You testified earlier today,

25   at various times, you and your partner

*B. Chabrier*                                    152

took money from the accounts of those

companies, right?

     A     Yes.

     Q     Do you have any idea how much

money you and your partners took from

those companies?

     A     No.

     Q     Over the years, could it have

been millions?

     A     No.

     Q     But there was money that was

taken from those companies, correct?

     A     Yes.

     Q     You were monitoring the

accounts daily?  Isn't that what your

testimony was?

     A     I logged on, you know, pretty

much a daily basis.  Not every day, but

yeah.

     Q     Was there any occasion, since

you have known him, that you had any

reason to distrust your partner, Josh

Aaronson?

     A     Distrust Josh, no.

*Rich Moffett Court Reporting, Inc.*

*B. Chabrier*                    153

1

2      Q      There was never a reason you

3   could remember right now where you had

4   distrust for Josh; is that correct?

5      A      No, never.

6      Q      And you told us that he was

7   authorized to handle these tax returns,

8   right?

9      A      I said he handled the

10  day-to-day.

11     Q      Some point you also indicated

12  that he was authorized to make decisions

13  about tax returns, didn't you, after

14  David's death?

15     A      On the day-to-day operations,

16  yes, he can handle.

17     Q      You now know that Josh

18  approved these tax returns, right?

19     A      I see on the e-mail screens

20  you showed me.

21     Q      It indicated that Josh

22  approved these two tax returns that you

23  saw as Exhibit H today, right?

24     A      That's what it looks like.

25     Q      Can we also, therefore, trust

*B. Chabrier*                    154

the accuracy of these returns?

             MR. SHANKS:  Objection to
    form.

        Q     You can answer, Mr. Chabrier.

             Do you have any reason right
now to tell us we cannot trust the
accuracy of these returns that were
approved by Josh Aaronson?

        A     I don't.

        Q     Who was in charge of the
floor plans for Northshore and 189
Sunrise?

        A     What do you mean, "who was in
charge"?

        Q     Was someone in charge of
being the go-between Northshore and the
floor plans?

        A     That was David Baron.  Then
would have been Josh after that.

        Q     Was that also true for 189
Sunrise after David's death, it was David
first then Josh?

        A     Yes.

        Q     One point you said Josh runs

*B. Chabrier*                                      155

a lot of stores.  After David's death,

that included Northshore and 189, didn't

it?

   A  He did the day-to-day, yes.

   Q  I think you indicated, this

was quote, that Anthony Deo was using

money from those businesses, meaning

Northshore and 189 for other things.  Do

you remember saying that?

   A  I don't remember saying that.

   Q  I will ask you now, do you

believe that Anthony used money from

Northshore and 189 for other things?

   A  I do, yeah.

   Q  That means he would be taking

money out of the accounts you were

overseeing on a daily basis and using it

improperly, right?

   A  Not what I said.

   Q  Where did the money come from

that Anthony diverted from those two

businesses?

   A  According to my comptroller

at the time, Danny questioned why there

*Rich Moffett Court Reporting, Inc.*

*B. Chabrier*                              156

1

2      were large sums of cash that never made

3      it to the bank account that I found out

4      later.  So Anthony had taken that money

5      that never made it into the Northshore

6      bank accounts.

7           Q      Was cash ever deposited into

8      Northshore and 189's accounts that you

9      know about?

10          A      There was cash deposited,

11     absolutely.

12          Q      When was Danny a comptroller

13     in that store or those stores?

14          A      Up until probably 2021, 2022.

15          Q      You are testifying under oath

16     that you knew, during and prior to 2021,

17     that Anthony Deo was stealing cash; is

18     that correct?

19          A      No.  What I said is that

20     Danny told me that he had given Anthony

21     cash and it didn't get deposited in the

22     bank.  That's what I told you.

23          Q      You knew that that happened

24     during or before 2021 according to Danny?

25          A      When Danny told me, that's

*B. Chabrier*                        157

2    when I knew.

3        Q      Can you repeat your answer?

4        A      I said, I only found out when

5    Danny told me.  That's it.

6        Q      Danny only worked there until

7    '20 or '21, right?

8        A      Danny worked there until, I

9    believe, 2021 -- I don't know the exact

10   date he left, to you honest.  But yes, he

11   told us.

12       Q      Did he tell you that while he

13   still worked there or after he left?

14       A      He told us when he still

15   worked there.  When he was questioned

16   where some cash was.

17       Q      Do you know how much money

18   Danny claims Anthony did not put into

19   accounts?

20       A      It was a large sum of money.

21   I don't recall the exact amount.

22       Q      He continued to allow Anthony

23   Deo to be at those two stores after

24   finding that out, correct?

25       A      I don't remember the

*B. Chabrier*                    158

timeframe on the money thing, so I can't

answer that question.  I don't know.

     Q     Do you know if that was

anything ever discussed between Anthony

Deo and David Baron, if you know?

     A     David had already been

passed.  This was after David's death.

     Q     Was he diverting funds from

the store other than through cash?

     A     Not that I'm aware of.

     Q     Do you know if Marc Merckling

was taking anything wrongfully from

either of those two stores?

     A     Danny told me Marc was the

one that brought the money to the bank

so.

     Q     Please continue.  So he

brought money to the bank and?

     A     That didn't get there.  So

that's -- you know.

     Q     You immediately discussed it

with Marc Merckling; is that right?

     A     No, I did not.  I don't know

Marc that well from a hole in the wall.

*B. Chabrier*                    159

I did not discuss that with Marc.

    Q    What did you do when you found out there were thefts taking place at what you claimed to be your stores?

    A    I notified Josh, who got -- I guess got in touch with Anthony.  When Anthony -- when Danny told me.

    Q    What came of that?

    A    They are not in business anymore, so that's that.

    Q    Would it be more accurate to say that wasn't discovered until just before the stores closed?

    A    I don't know the exact timeframe.

    Q    How come you didn't just fire Anthony Deo?

    A    That wasn't my call.

    MR. THOMASSON:  I have no further questions.

    MS. VERBONITZ:  Yes.

    MS. RONNENBERG:  Yes.

    (Discussion off the record.)

    MR. KATAEV:  We are all

*Rich Moffett Court Reporting, Inc.*

1                    *B.  Chabrier*                    160

2          ordering copies.

3                    (Whereupon at 3:45 p.m. the

4          deposition was concluded.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                                        161

 2              A C K N O W L E D G E M E N T

 3

 4    STATE OF NEW YORK  )
                         :ss
 5    COUNTY OF          )

 6

 7              I, BRIAN CHABRIER, hereby certify

 8    that I have read the transcript of my

 9    testimony taken under oath in my deposition

10    of January 9, 2026; that the transcript is a

11    true, complete and correct record of my

12    testimony, and that the answers on the

13    record as given by me are true and correct.

14

15

16              _____

17                    BRIAN CHABRIER

18

19    Signed and subscribed to before
      me, this            day
20    of                      , 2026.

21    _____
      Notary Public, State of New York
22

23

24

25
```

*Rich Moffett Court Reporting, Inc.*

162

---------------I N D E X-------------------

WITNESS                 EXAMINATION BY      PAGE

Brian Chabrier      Mr. Thomasson       7, 150

                    Ms. Verbonitz       74


----------------EXHIBITS--------------------

LIBERTAS FOR I.D.                    PAGE

1 Northshore tax information       107

   authorization

2 189 Sunrise tax information      108

   authorization

3 Agreement of sale of future      117

   receipts

```
                                                    163
              C E R T I F I C A T E

STATE OF NEW YORK   )

                    ) ss.:

COUNTY OF NASSAU    )


        I, Maria Pellicane, a Notary

    Public within and for the State of New

    York, do hereby certify:

        That BRIAN CHABRIER, the witness

    whose deposition is hereinbefore set

    forth, was duly sworn by me and that

    such deposition is a true record of

    the testimony given by such witness.

        I further certify that I am not

    related to any of the parties to this

    action by blood or marriage; and that I

    am in no way interested in the outcome

    of this matter.

        IN WITNESS WHEREOF, I have

    hereunto set my hand this 20th day of

    January, 2026.
                        Maria Pellicane
                    -------------------------
                        MARIA PELLICANE
```

## $

**$10,000** [5] - 26:20, 27:2, 27:10, 27:13, 73:2
**$730,000** [1] - 47:7
**$735,000** [6] - 52:16, 55:4, 59:4, 66:17, 66:23, 133:23

## '

**'17** [1] - 75:16
**'18** [1] - 75:16
**'20** [1] - 157:7
**'21** [1] - 157:7
**'22** [3] - 36:2, 36:11, 36:15
**'93** [1] - 115:16

## 0

**000012** [1] - 129:15
**000113** [1] - 130:8
**001215** [1] - 101:19

## 1

**1** [5] - 106:19, 106:20, 106:22, 107:7, 162:9
**101** [1] - 146:15
**10170** [1] - 3:14
**107** [1] - 162:9
**108** [1] - 162:11
**11** [1] - 78:19
**11-15-22** [4] - 107:25, 109:11, 118:6, 118:9
**11042** [1] - 10:4
**114** [2] - 2:23, 84:20
**11501** [1] - 2:24
**11553** [1] - 4:5
**117** [3] - 90:19, 91:2, 162:13
**11709** [1] - 7:14
**11793** [1] - 3:18
**1239** [2] - 1:8, 3:11
**12:15** [1] - 1:21
**1339** [1] - 3:22
**14** [1] - 131:6
**150** [1] - 162:4
**1580** [2] - 1:7, 3:10
**1581** [2] - 1:7, 3:10
**1591** [2] - 1:8, 3:10
**1632** [2] - 1:8, 3:11
**180-some-odd** [1] - 44:18
**189** [103] - 1:4, 1:7, 3:9, 12:11, 16:4, 26:6, 26:11, 26:22, 27:3, 27:11, 27:14,

27:16, 28:12, 28:24, 29:5, 32:6, 32:17, 32:18, 32:25, 33:15, 33:22, 34:2, 34:15, 36:22, 37:4, 38:4, 38:6, 38:19, 41:14, 57:3, 59:18, 60:9, 60:10, 65:8, 65:10, 65:13, 65:14, 65:15, 65:19, 66:5, 66:24, 68:18, 70:13, 71:22, 72:14, 75:17, 76:24, 77:21, 84:14, 85:2, 85:19, 85:23, 86:4, 86:9, 86:15, 86:19, 86:25, 87:7, 87:16, 89:7, 90:11, 90:12, 92:6, 94:21, 95:7, 97:5, 97:23, 98:16, 101:9, 104:19, 108:18, 109:3, 110:9, 110:19, 110:23, 110:24, 111:7, 111:13, 111:21, 111:25, 112:11, 112:14, 113:9, 116:21, 116:23, 128:11, 130:13, 130:25, 132:9, 133:6, 134:8, 137:12, 148:2, 149:21, 150:9, 151:4, 151:8, 154:12, 154:21, 155:3, 155:9, 155:14, 162:11
**189's** [1] - 156:8
**1990** [1] - 14:5
**1993** [2] - 14:22, 14:24

## 2

**2** [3] - 108:16, 108:20, 162:11
**20** [6] - 11:7, 85:22, 85:25, 99:14, 114:9, 114:24
**2002** [1] - 115:10
**2007** [1] - 115:16
**2017** [1] - 88:8
**2018** [3] - 20:8, 75:16, 84:20
**2019** [1] - 19:9
**2020** [2] - 19:9, 79:7
**2021** [30] - 26:9, 26:20, 26:25, 27:10, 33:6, 57:13, 58:6, 58:24, 70:18, 72:11, 99:6, 101:6, 101:9, 102:8, 109:22, 110:2,

110:9, 110:12, 110:19, 110:24, 111:6, 113:8, 114:25, 115:18, 149:20, 150:10, 156:14, 156:16, 156:24, 157:9
**2022** [13] - 33:8, 35:15, 35:24, 36:5, 36:9, 36:17, 36:23, 54:6, 66:19, 66:25, 130:2, 130:3, 156:14
**2023** [3] - 35:12, 79:17, 144:21
**2024** [1] - 44:14
**2025** [2] - 143:11, 144:20
**2026** [6] - 1:21, 70:10, 70:18, 161:10, 161:20, 163:22
**20th** [1] - 163:21
**23** [2] - 1:9, 3:21
**230** [1] - 84:9
**2320** [1] - 3:14
**235** [1] - 15:3
**25** [3] - 11:7, 15:17, 15:19
**2519** [2] - 1:9, 3:11

## 3

**3** [3] - 117:12, 117:18, 162:13
**3000** [1] - 3:5
**3280** [1] - 3:18
**333** [1] - 4:4
**3:45** [1] - 160:3
**3W8** [1] - 3:5

## 4

**4** [1] - 7:13
**400** [1] - 44:18
**420** [1] - 3:14
**446** [2] - 1:9, 3:12

## 5

**5** [1] - 142:4
**50** [5] - 15:20, 16:5, 58:11, 104:25, 136:20
**500** [1] - 3:22
**516-280-4664** [1] - 2:24

## 6

**620** [1] - 2:23

## 7

**7** [1] - 162:4
**735,000** [2] - 134:8, 135:2
**74** [1] - 162:5
**76** [2] - 1:9, 3:12

## 8

**8** [3] - 58:9, 115:13, 143:11

## 9

**9** [2] - 1:21, 161:10
**99** [13] - 58:15, 105:3, 105:12, 105:17, 109:25, 110:3, 111:2, 111:8, 111:21, 113:21, 116:21, 116:23, 130:5

## A

**A-L-L-Y** [1] - 140:19
**Aaronson** [20] - 3:13, 10:16, 10:19, 10:25, 11:9, 17:18, 37:7, 42:11, 53:22, 56:15, 56:19, 58:18, 59:12, 66:16, 75:20, 85:6, 114:14, 120:3, 152:24, 154:9
**AARONSON** [1] - 1:6
**ability** [2] - 7:24, 8:3
**able** [1] - 142:9
**absolutely** [1] - 156:11
**accept** [1] - 45:10
**access** [3] - 65:18, 68:16, 120:19
**according** [3] - 130:3, 155:24, 156:24
**account** [81] - 20:9, 20:11, 20:16, 20:20, 20:22, 21:2, 21:5, 21:12, 21:15, 21:21, 22:3, 22:11, 22:12, 22:13, 22:17, 22:19, 22:24, 23:2, 23:5, 23:6, 23:7, 63:9, 72:2, 72:3, 80:5, 80:13, 80:17, 82:22, 82:23, 83:2, 83:3, 83:4, 83:5, 83:6, 83:9, 83:11, 83:12, 83:14, 86:19, 86:25, 119:6, 119:7,

119:10, 119:16, 119:17, 119:22, 119:25, 120:15, 120:17, 120:24, 120:25, 121:8, 121:19, 121:23, 122:12, 122:22, 123:19, 123:24, 124:5, 124:12, 125:20, 126:15, 127:4, 128:7, 128:17, 131:2, 131:3, 133:7, 133:20, 133:22, 134:2, 134:4, 134:9, 134:12, 134:16, 135:11, 135:14, 135:19, 148:2, 148:3, 156:3
**accountant** [3] - 41:21, 99:19, 100:9
**accountants** [7] - 41:13, 41:17, 97:25, 98:11, 98:16, 100:15, 100:24
**accounts** [37] - 19:22, 21:8, 59:18, 59:22, 59:25, 61:7, 61:11, 62:16, 62:22, 63:2, 63:10, 63:15, 63:18, 64:2, 64:4, 64:12, 64:16, 64:18, 64:25, 65:5, 65:9, 66:17, 66:23, 68:9, 68:14, 68:17, 69:9, 69:12, 119:12, 119:16, 130:18, 152:2, 152:16, 155:17, 156:6, 156:8, 157:19
**accuracy** [2] - 154:2, 154:8
**accurate** [1] - 159:12
**acknowledge** [2] - 6:6, 6:11
**act** [1] - 87:12
**action** [4] - 144:18, 146:15, 146:22, 163:17
**actions** [1] - 112:12
**activities** [1] - 16:24
**added** [3] - 39:8, 72:2, 72:5
**address** [7] - 7:12, 115:2, 115:4, 115:7, 115:11, 115:15, 118:12
**administer** [1] - 5:16
**administered** [1] - 6:13
**admit** [1] - 103:14

**affidavit** [4] - 39:20, 39:21, 39:24, 40:3
**aforementioned** [3] - 107:5, 108:18, 117:16
**afterwards** [2] - 127:7, 147:23
**age** [1] - 11:6
**ago** [12] - 11:7, 11:24, 12:13, 13:14, 42:23, 43:8, 46:11, 46:13, 76:3, 80:9, 99:13, 99:14
**agree** [5] - 19:11, 19:14, 23:4, 23:7, 145:19
**agreed** [1] - 28:13
**AGREED** [3] - 5:3, 5:9, 5:14
**agreement** [12] - 6:22, 117:13, 117:16, 118:4, 118:20, 119:3, 127:19, 128:25, 129:9, 130:3, 132:17, 132:21
**Agreement** [1] - 162:13
**agreements** [1] - 29:13
**agrees** [1] - 106:15
**ahead** [6] - 40:10, 40:21, 51:3, 98:23, 119:19, 123:21
**alive** [3] - 31:23, 92:23, 93:11
**ALIVIA** [1] - 4:11
**allegation** [1] - 92:10
**alleged** [3] - 84:19, 90:19, 144:24
**Allied** [1] - 140:23
**allow** [1] - 157:22
**allowed** [2] - 90:23, 92:11
**Ally** [22] - 81:18, 82:3, 82:8, 94:3, 94:25, 95:7, 136:19, 137:7, 137:13, 138:3, 138:20, 138:22, 138:25, 139:8, 139:19, 139:24, 140:8, 140:18, 141:3, 142:2, 142:6, 142:9
**ALLY** [1] - 140:20
**almost** [3] - 125:5, 129:15, 142:4
**ALSO** [1] - 4:9
**Amended** [7] - 143:4, 143:10, 143:16,

143:24, 144:19, 144:20, 146:13
**amount** [6] - 122:6, 123:24, 125:7, 136:8, 136:9, 157:21
**amounts** [1] - 138:25
**AND** [3] - 5:2, 5:8, 5:13
**answer** [18] - 8:11, 15:10, 22:15, 23:11, 41:23, 51:12, 53:18, 54:2, 68:23, 68:25, 102:12, 102:19, 103:9, 104:6, 134:22, 154:5, 157:3, 158:3
**answered** [2] - 48:2, 151:21
**answers** [1] - 161:12
**Anthony** [73] - 25:4, 25:8, 26:4, 26:17, 26:21, 27:2, 27:11, 42:4, 44:23, 45:14, 52:21, 53:2, 53:9, 53:13, 54:5, 54:6, 54:8, 54:10, 56:20, 58:14, 62:5, 62:6, 73:19, 76:20, 80:18, 96:21, 102:2, 102:6, 105:2, 105:10, 107:22, 109:8, 109:11, 109:24, 116:16, 127:11, 127:18, 129:24, 130:22, 131:18, 132:4, 132:12, 132:13, 134:17, 134:23, 135:2, 135:8, 135:19, 136:2, 137:6, 137:18, 137:19, 137:22, 138:18, 139:11, 139:14, 139:17, 139:20, 139:22, 140:6, 147:3, 155:7, 155:13, 155:22, 156:4, 156:17, 156:20, 157:18, 157:22, 158:5, 159:7, 159:8, 159:18
**ANTHONY** [3] - 1:4, 1:13, 3:5
**Anthony's** [3] - 72:12, 106:3, 107:19
**anticipate** [1] - 8:16
**apologies** [2] - 40:20, 103:7
**apologize** [5] - 70:22, 71:9, 103:8, 108:14,

124:21
**appearance** [1] - 147:13
**appeared** [1] - 119:11
**appearing** [1] - 147:12
**application** [1] - 91:14
**approval** [1] - 91:15
**approved** [10] - 56:22, 57:2, 57:10, 58:18, 91:5, 91:8, 91:12, 153:18, 153:22, 154:9
**approving** [1] - 57:6
**argument** [1] - 70:24
**ARIEL** [1] - 4:5
**aronneburger@ cullenllp.com** [1] - 4:6
**arrange** [1] - 117:7
**arrangement** [1] - 6:18
**Asad** [7] - 17:16, 18:14, 18:17, 19:16, 70:23, 75:8, 88:3
**aside** [1] - 89:9
**aspect** [4] - 96:23, 96:24, 98:5
**assigned** [1] - 26:16
**associate** [3] - 131:18, 131:25, 132:3
**associated** [9] - 47:21, 52:4, 52:13, 52:16, 52:19, 55:22, 64:5, 64:25, 65:4
**assume** [1] - 89:25
**assuming** [6] - 89:23, 96:21, 107:19, 109:8, 132:4, 144:13
**attached** [1] - 57:10
**attorney** [5] - 9:12, 39:23, 138:7, 138:8, 141:5
**Attorneys** [2] - 3:4, 3:9
**attorneys** [4] - 3:20, 4:3, 5:3, 6:5
**auction** [2] - 82:5, 82:7
**auctions** [3] - 81:5, 81:8
**August** [1] - 143:11
**authority** [14] - 17:23, 18:11, 18:15, 22:25, 37:10, 37:13, 38:8, 38:10, 38:11, 38:12, 38:14, 62:9, 62:13, 134:11
**authorization** [12] - 106:23, 107:6, 107:11, 108:19,

108:24, 109:13, 109:16, 130:10, 130:20, 147:5, 162:10, 162:12
**authorize** [3] - 17:25, 29:3, 45:12
**authorized** [14] - 5:16, 29:6, 37:21, 60:20, 80:17, 80:19, 81:19, 86:18, 86:22, 86:24, 91:20, 92:5, 153:7, 153:12
**AUTO** [12] - 1:3, 1:4, 1:7, 1:7, 1:8, 1:8, 1:9, 1:9, 1:10, 3:4
**Auto** [21] - 3:9, 3:10, 3:10, 3:11, 3:11, 3:12, 3:12, 12:7, 12:23, 26:13, 42:9, 42:14, 42:19, 42:25, 45:22, 45:25, 75:18, 90:3, 90:5
**automatically** [2] - 81:25, 82:6
**automobile** [2] - 9:24, 10:4
**automotive** [3] - 50:14, 77:14, 89:2
**Automotive** [1] - 12:4
**AUTOMOTIVE** [1] - 1:16
**Avenue** [2] - 3:5, 3:14
**aware** [24] - 43:17, 44:22, 45:11, 51:9, 60:14, 62:14, 62:17, 62:20, 63:8, 65:17, 69:18, 87:3, 110:23, 116:15, 118:20, 119:2, 119:5, 119:8, 119:12, 119:15, 119:21, 119:24, 132:20, 158:11

**B**

**B-1** [3] - 104:23, 104:24, 105:2
**backed** [1] - 126:22
**background** [1] - 74:21
**bad** [1] - 49:15
**bank** [25] - 19:22, 20:13, 20:15, 21:8, 21:12, 22:3, 31:4, 59:17, 60:21, 64:19, 80:5, 80:13, 86:19, 91:6, 91:15, 91:17, 130:10, 135:11, 136:24, 141:7, 156:3, 156:6,

156:22, 158:16, 158:19
**BANK** [2] - 1:18, 4:4
**Bank** [6] - 94:3, 140:20, 141:3, 142:2, 142:6, 142:9
**banked** [2] - 130:13, 130:15
**banking** [2] - 91:6, 120:20
**Bar** [2] - 9:12, 9:13
**Baron** [59] - 3:13, 10:22, 14:4, 14:7, 14:9, 14:14, 14:20, 17:16, 17:17, 19:13, 20:10, 21:14, 22:17, 29:3, 30:14, 32:4, 56:8, 56:9, 65:21, 68:3, 68:8, 68:11, 68:13, 68:17, 69:9, 69:18, 69:21, 71:24, 75:8, 75:20, 75:21, 80:6, 80:7, 80:12, 83:22, 84:9, 84:11, 85:5, 85:6, 85:14, 85:17, 88:2, 88:9, 88:12, 93:11, 96:4, 96:10, 96:12, 98:7, 104:9, 112:24, 112:25, 114:19, 115:23, 116:3, 151:11, 151:22, 154:19, 158:6
**BARON** [1] - 1:7
**Baron's** [1] - 19:15
**base** [1] - 128:12
**basis** [6] - 61:2, 61:4, 61:7, 84:5, 152:19, 155:18
**Bates** [2] - 101:18, 129:15
**bathroom** [1] - 74:4
**Bayville** [1] - 7:14
**BC1** [1] - 106:15
**became** [5] - 17:20, 78:2, 89:6
**become** [5] - 17:18, 119:2, 119:21, 119:24, 132:20
**beforehand** [3] - 67:4, 67:7, 101:15
**beginning** [2] - 20:5, 115:7
**behalf** [4] - 90:25, 92:6, 147:13, 147:17
**behind** [7] - 136:7, 136:12, 137:3, 137:6, 137:12, 140:13, 141:2
**belief** [1] - 128:12

*Rich Moffett Court Reporting, Inc.*

**belonged** [1] - 55:18
**below** [1] - 118:12
**Beltray** [6] - 69:24, 70:3, 70:12, 70:14, 70:25, 71:3
**benefit** [1] - 84:22
**best** [10] - 87:5, 97:10, 110:17, 112:10, 113:7, 115:18, 120:9, 121:4, 125:2, 148:3
**bet** [1] - 50:20
**between** [12] - 5:3, 71:15, 91:16, 118:10, 120:10, 122:20, 129:5, 145:15, 145:23, 146:16, 154:17, 158:5
**billed** [1] - 95:4
**bit** [6] - 15:11, 15:14, 16:19, 74:20, 92:25, 96:14
**BLANKENSHIP** [1] - 1:13
**blood** [1] - 163:17
**blow** [1] - 118:8
**blue** [1] - 131:8
**BLVD** [4] - 1:7, 1:8, 1:8, 1:9
**Blvd** [6] - 3:10, 3:10, 3:11, 3:11
**bookkeep** [1] - 78:20
**bookkeeper** [2] - 71:5, 71:8
**bookkeeping** [1] - 78:21
**boss** [9] - 30:17, 30:22, 31:3, 31:8, 31:10, 31:23, 31:25, 32:3, 32:11
**bottom** [6] - 101:20, 101:24, 107:10, 107:13, 109:4, 113:14
**Boulevard** [1] - 4:4
**break** [4] - 74:5, 98:25, 99:2, 131:2
**brevity** [1] - 75:2
**Brian** [5] - 3:13, 7:10, 75:9, 136:13, 162:4
**BRIAN** [6] - 1:5, 2:3, 7:2, 161:7, 161:17, 163:10
**brief** [2] - 123:16, 125:18
**bring** [8] - 98:18, 106:12, 137:18, 137:22, 137:23, 137:24, 141:6, 142:9

**bringing** [1] - 117:10
**brought** [7] - 44:17, 52:17, 141:25, 142:3, 142:5, 158:16, 158:19
**Building** [1] - 3:21
**bulk** [1] - 81:7
**bunch** [1] - 61:23
**business** [32] - 9:24, 10:5, 12:15, 13:22, 20:6, 21:24, 24:3, 24:7, 24:18, 76:10, 77:7, 77:13, 77:21, 79:12, 79:16, 84:16, 86:24, 88:13, 89:2, 90:12, 91:9, 93:18, 93:19, 93:25, 96:18, 98:8, 99:20, 99:21, 99:23, 101:13, 148:3, 159:10
**businesses** [25] - 10:11, 11:18, 12:5, 12:18, 12:20, 17:12, 37:14, 37:19, 37:23, 38:13, 38:15, 38:17, 41:18, 57:7, 61:18, 64:6, 64:10, 74:23, 87:16, 88:18, 88:24, 89:9, 117:8, 155:8, 155:23
**busy** [2] - 125:9, 125:11
**buy** [6] - 81:5, 81:22, 82:5, 83:16, 97:8, 116:14
**BUYERS** [1] - 1:14
**buying** [9] - 10:12, 78:11, 78:13, 78:14, 80:21, 80:25, 91:9, 91:21, 95:21
**BY** [8] - 3:6, 3:15, 3:23, 4:5, 7:16, 74:8, 150:21, 162:3
**bye** [1] - 123:5

# C

**cannot** [2] - 8:13, 154:7
**capital** [1] - 127:19
**CAPITAL** [1] - 1:18
**caption** [1] - 1:22
**car** [6] - 11:17, 22:10, 94:8, 96:23, 97:18, 136:21
**CAR** [1] - 1:14
**card** [2] - 9:13, 64:10
**cards** [1] - 64:5
**care** [2] - 111:24, 112:5

**CARS** [2] - 1:15, 1:15
**cars** [32] - 10:12, 78:11, 78:13, 81:22, 81:24, 91:9, 91:21, 91:23, 95:9, 95:21, 96:19, 97:6, 97:8, 134:18, 135:7, 135:8, 135:24, 135:25, 137:4, 137:7, 138:19, 139:3, 139:9, 139:11, 139:13, 139:14, 139:21, 139:24, 140:8, 151:18
**case** [12] - 43:11, 44:23, 45:3, 45:7, 141:21, 142:21, 143:18, 144:8, 144:16, 145:3, 146:11, 147:7
**cash** [8] - 136:22, 156:2, 156:7, 156:10, 156:17, 156:21, 157:16, 158:10
**cashed** [1] - 61:13
**caused** [2] - 26:3, 59:12
**cc** [1] - 42:5
**cease** [1] - 72:9
**ceased** [2] - 72:16, 73:4
**century** [3] - 11:4, 11:5, 11:9
**certain** [2] - 19:4, 96:18
**certainly** [1] - 23:22
**certification** [1] - 5:6
**certify** [3] - 161:7, 163:9, 163:15
**Chabrier** [34] - 3:13, 7:10, 7:18, 8:20, 16:14, 19:8, 24:2, 27:9, 32:25, 39:16, 40:23, 41:5, 44:2, 47:4, 48:15, 50:24, 51:4, 51:22, 54:8, 54:21, 57:11, 57:25, 59:19, 68:23, 69:8, 75:9, 110:8, 113:7, 116:2, 147:11, 149:19, 150:23, 154:5, 162:4
**CHABRIER** [6] - 1:5, 2:3, 7:2, 161:7, 161:17, 163:10
**chain** [1] - 56:10
**change** [2] - 85:12, 85:19

**changed** [1] - 87:2
**characterization** [3] - 19:2, 145:14, 145:20
**charge** [6] - 30:24, 82:2, 151:12, 154:11, 154:15, 154:16
**charged** [1] - 140:6
**charted** [1] - 92:5
**chase** [1] - 64:20
**Chase** [1] - 60:9
**check** [10] - 38:20, 72:24, 73:2, 82:21, 83:15, 83:19, 83:22, 86:14, 120:25, 141:24
**checked** [2] - 76:16, 97:18
**checking** [1] - 148:3
**checks** [23] - 16:15, 16:17, 17:5, 19:18, 30:10, 30:13, 61:13, 61:17, 61:20, 61:21, 62:2, 62:5, 62:9, 62:13, 62:18, 63:8, 76:11, 76:12, 76:14, 77:2, 83:10, 83:13, 96:19
**Chestnut** [1] - 3:22
**circumstances** [6] - 108:4, 108:9, 109:15, 111:20, 127:3, 127:5
**Citrin** [3] - 98:12, 100:10, 112:6
**CitrinCooperman** [4] - 41:12, 41:20, 41:25, 100:13
**City** [1] - 11:24
**claim** [1] - 146:7
**claimed** [2] - 58:22, 159:5
**claiming** [2] - 72:12, 146:10
**claims** [4] - 144:9, 144:15, 144:23, 157:18
**clarification** [1] - 140:25
**clarify** [4] - 99:22, 112:7, 144:17, 148:25
**classes** [3] - 10:4, 10:6, 10:9
**clear** [4] - 23:20, 85:3, 94:13, 124:21
**close** [9] - 12:12, 13:13, 13:23, 37:13, 37:22, 38:13, 38:14, 86:12, 137:24

**closed** [16] - 11:24, 12:9, 12:13, 13:7, 13:24, 35:19, 35:23, 36:22, 37:3, 37:5, 70:20, 79:12, 79:16, 86:15, 101:13, 159:14
**closing** [1] - 37:19
**CO** [1] - 1:18
**COAST** [6] - 1:15, 1:15, 1:16, 1:16, 1:17
**Cobleskill** [1] - 9:4
**code** [2] - 60:2, 60:3
**college** [3] - 8:25, 9:2, 9:3
**coming** [2] - 49:15, 96:20
**communication** [2] - 120:6, 127:17
**companies** [7] - 87:21, 100:19, 151:13, 151:15, 152:3, 152:7, 152:13
**company** [20] - 21:10, 21:11, 21:13, 23:25, 54:14, 56:2, 56:5, 75:14, 98:14, 112:4, 113:22, 116:13, 125:7, 137:10, 137:11, 141:2, 145:7, 145:10, 147:20, 150:2
**Company** [2] - 101:21, 113:16
**Complaint** [12] - 84:19, 89:15, 89:17, 90:18, 143:4, 143:10, 143:16, 143:24, 144:7, 144:19, 144:20, 146:14
**complaint** [5] - 44:12, 44:17, 45:7, 45:10, 143:17
**complete** [1] - 161:11
**compound** [3] - 54:20, 68:22, 73:11
**comptroller** [12] - 42:17, 42:19, 42:24, 71:6, 71:9, 83:21, 101:4, 101:8, 112:19, 135:11, 155:24, 156:12
**comptrollers** [9] - 71:14, 100:18, 101:2, 101:13, 112:20, 151:8, 151:14, 151:17, 151:21

concerning [5] - 110:12, 110:19, 121:18, 124:4, 126:15
concluded [1] - 160:4
conclusion [1] - 149:3
conducted [1] - 6:3
conference [1] - 2:4
confusing [1] - 111:17
connected [1] - 27:25
connection [2] - 45:3, 45:13
consent [1] - 6:18
considerable [1] - 136:8
continue [1] - 158:18
continued [3] - 1:22, 95:18, 157:22
Continued [1] - 4:2
contract [4] - 27:20, 27:24, 38:21, 38:23
control [5] - 22:19, 22:20, 54:18, 54:23, 55:17
controlling [4] - 31:7, 41:6, 41:8, 54:17
conversation [6] - 67:9, 121:12, 127:23, 132:23, 138:14, 141:12
conversations [2] - 30:20, 127:25
COONEY [1] - 4:11
Copiague [1] - 13:9
copies [3] - 149:25, 150:8, 160:2
copy [1] - 95:12
CORP [1] - 1:18
corporation [2] - 23:14, 33:22
correct [53] - 13:4, 13:11, 32:8, 59:16, 60:6, 66:19, 73:21, 74:18, 77:20, 78:4, 78:15, 80:2, 82:11, 82:24, 84:6, 84:13, 84:16, 85:8, 86:16, 87:11, 100:20, 107:22, 122:13, 122:15, 122:17, 125:21, 126:11, 126:12, 127:20, 129:24, 130:6, 132:24, 137:8, 137:10, 137:13, 137:14, 138:21, 138:25, 140:11, 140:20, 140:21, 141:21, 142:16, 148:9, 149:7,

149:25, 150:8, 152:13, 153:4, 156:18, 157:24, 161:11, 161:13
costs [2] - 95:23, 95:24
counsel [6] - 6:17, 6:21, 74:2, 74:15, 98:19, 106:14
Country [1] - 2:23
COUNTY [2] - 161:5, 163:5
couple [5] - 71:14, 77:10, 79:3, 134:21, 143:21
course [3] - 15:18, 15:25, 16:6
courses [2] - 10:3, 10:7
court [1] - 39:22
Court [2] - 2:23, 5:19
COURT [1] - 1:2
Cove [1] - 15:3
covered [3] - 22:23, 64:21, 67:25
CPA [1] - 1:14
CPA'S [1] - 1:18
CPAs [1] - 101:21
credit [1] - 91:14
Creek [2] - 7:13, 115:12
CULLEN [1] - 4:3
current [7] - 11:20, 14:21, 141:7, 142:2, 142:4, 142:6, 142:9
cursor [1] - 105:14
customer [2] - 91:13, 91:16
customers [1] - 94:14
cut [1] - 83:21
CYRULI [1] - 3:8

**D**

daily [8] - 61:2, 61:4, 61:7, 63:9, 84:5, 152:16, 152:19, 155:18
damages [2] - 145:2, 146:10
Dan [1] - 101:16
Danny [17] - 70:19, 71:15, 83:20, 101:7, 101:11, 101:14, 155:25, 156:12, 156:20, 156:24, 156:25, 157:5, 157:6, 157:8, 157:18, 158:15, 159:8

date [18] - 19:14, 19:25, 20:3, 35:20, 36:4, 79:15, 88:6, 88:8, 107:9, 107:24, 108:22, 109:12, 117:19, 130:2, 133:3, 137:23, 137:25, 157:10
dated [2] - 109:11, 118:5
dates [1] - 101:16
David [52] - 14:3, 17:16, 17:17, 19:13, 19:15, 19:21, 20:10, 28:9, 28:11, 28:15, 28:18, 28:20, 28:22, 28:25, 29:3, 29:6, 29:11, 29:19, 29:23, 30:4, 30:14, 30:17, 30:22, 31:2, 31:6, 31:10, 31:11, 31:12, 31:16, 31:23, 32:6, 32:19, 32:21, 75:8, 75:21, 85:6, 88:2, 92:22, 92:23, 93:13, 98:5, 99:25, 100:4, 100:6, 104:8, 115:23, 151:11, 151:22, 154:19, 154:22, 158:6, 158:7
David's [5] - 71:20, 153:14, 154:22, 155:2, 158:8
day-to-day [22] - 17:21, 18:4, 18:7, 18:8, 18:10, 18:12, 18:13, 19:18, 37:24, 38:2, 38:7, 38:9, 38:11, 76:19, 77:6, 77:8, 78:9, 83:17, 87:9, 153:10, 153:15, 155:5
days [1] - 136:24
deal [3] - 59:17, 136:22, 136:23
dealership [1] - 132:11
dealerships [2] - 11:17, 16:8
deals [4] - 91:5, 91:8, 91:12, 94:14
Dean [1] - 115:14
death [9] - 19:12, 19:15, 36:10, 36:14, 36:18, 153:14, 154:22, 155:2, 158:8
debit [2] - 64:5, 64:9
debts [3] - 138:18, 138:20, 138:22
decisions [3] - 29:4,

32:15, 153:12
declaratory [1] - 146:7
declare [1] - 6:14
deemed [3] - 107:7, 108:20, 117:17
Defendant [4] - 2:3, 3:17, 3:20, 4:3
Defendants [1] - 1:20
definition [1] - 22:5
degrees [1] - 9:5
delivered [1] - 142:17
DEO [2] - 1:13
Deo [89] - 20:19, 25:4, 25:8, 26:4, 26:17, 26:21, 27:2, 27:11, 42:4, 44:23, 44:24, 45:14, 52:21, 53:2, 53:9, 53:13, 54:5, 54:6, 54:8, 54:10, 55:3, 55:13, 56:20, 58:15, 62:5, 76:20, 78:2, 78:8, 79:19, 80:16, 81:19, 83:15, 84:15, 84:20, 86:3, 87:20, 87:25, 88:10, 88:14, 88:17, 88:23, 89:6, 90:10, 90:23, 91:4, 91:19, 92:4, 92:11, 92:13, 92:16, 92:19, 93:3, 93:16, 93:22, 96:6, 100:21, 102:3, 102:6, 102:16, 103:14, 103:22, 105:2, 105:5, 105:10, 105:16, 107:22, 108:4, 109:8, 109:11, 109:24, 110:3, 110:6, 111:2, 111:7, 111:20, 113:21, 116:17, 116:20, 116:22, 117:7, 129:24, 130:4, 130:22, 135:2, 155:7, 156:17, 157:23, 158:6, 159:18
Deo's [6] - 80:20, 80:25, 87:5, 90:13, 90:16, 117:5
department [1] - 79:23
deposit [3] - 27:13, 27:15, 83:10
deposited [8] - 128:7, 128:8, 128:16, 130:25, 133:6, 156:7, 156:10, 156:21
deposition [17] - 5:6, 5:14, 6:8, 6:9, 7:20,

39:15, 39:19, 74:14, 75:2, 77:12, 90:7, 111:5, 115:8, 160:4, 161:9, 163:11, 163:13
depositions [1] - 49:6
deposits [1] - 91:25
derivatively [2] - 1:5, 1:6
designated [4] - 102:5, 102:16, 104:2, 104:18
designating [1] - 103:22
designation [2] - 101:25, 106:17
desk [1] - 143:22
die [1] - 80:7
died [3] - 17:17, 80:12, 116:3
difference [1] - 29:13
different [14] - 22:5, 31:11, 31:13, 48:4, 71:14, 74:23, 77:10, 96:22, 97:4, 97:7, 97:20, 133:20, 143:21, 144:4
directly [1] - 82:13
disagree [1] - 29:10
discovered [1] - 159:13
discuss [2] - 43:14, 159:2
discussed [8] - 37:19, 43:11, 43:25, 44:6, 67:7, 122:20, 158:5, 158:22
discussion [11] - 103:13, 103:18, 122:2, 122:4, 122:13, 124:24, 125:4, 125:12, 126:4, 126:13, 159:24
Discussion [2] - 113:6, 131:11
discussions [11] - 103:18, 103:20, 110:11, 110:17, 110:18, 121:18, 124:3, 124:23, 125:6, 126:16, 126:19
dispute [1] - 145:13
DISTRICT [2] - 1:2, 1:2
distrust [3] - 152:23, 152:25, 153:4
diverted [1] - 155:22
diverting [1] - 158:9
DLA [1] - 1:18

**DMV** [13] - 47:15, 48:17, 51:8, 52:5, 54:18, 54:23, 55:22, 55:23, 55:25, 56:3, 56:6, 83:12, 83:13
**doctor** [1] - 9:15
**document** [11] - 105:8, 107:2, 107:14, 109:4, 114:22, 117:10, 117:24, 118:15, 129:16, 142:25, 143:5
**documents** [8] - 33:11, 40:19, 45:2, 45:5, 57:16, 74:17, 149:24, 150:6
**dollars** [1] - 123:24
**done** [5] - 37:6, 47:3, 49:5, 92:13, 139:7
**down** [18] - 8:13, 15:14, 27:17, 101:17, 113:19, 114:6, 114:12, 114:16, 114:21, 115:24, 116:18, 117:3, 118:12, 129:14, 131:12, 135:17, 143:8, 146:9
**draw** [1] - 81:20
**drugs** [1] - 7:23
**duly** [2] - 7:3, 163:12
**during** [14] - 28:23, 35:23, 36:22, 44:13, 64:13, 66:18, 66:24, 86:23, 125:3, 128:19, 128:22, 132:22, 156:16, 156:24
**DWIGHT** [1] - 1:13
**dying** [1] - 85:15
**DYKMAN** [1] - 4:3

## E

**e-mail** [12] - 41:3, 43:21, 44:2, 44:6, 44:9, 44:10, 56:10, 56:15, 56:18, 103:19, 120:7, 153:19
**Earle** [1] - 4:4
**early** [3] - 75:16, 79:17, 121:14
**East** [1] - 12:11
**EASTERN** [1] - 1:2
**educated** [1] - 93:15
**effect** [1] - 5:17
**eight** [3] - 70:11, 70:16, 78:18

**EIN** [5] - 23:17, 24:13, 24:15, 24:17, 106:24
**either** [14] - 38:17, 53:24, 61:17, 64:6, 64:10, 66:23, 90:11, 91:19, 92:5, 94:9, 97:12, 108:4, 130:12, 158:14
**electronic** [3] - 129:17, 130:9, 130:21
**Ellen** [3] - 98:3, 100:7, 100:8
**EMANUEL** [1] - 3:6
**employees** [6] - 16:19, 17:6, 30:13, 76:15, 78:12, 78:16
**end** [3] - 35:23, 39:9, 122:13
**engaged** [3] - 16:25, 84:21, 84:24
**entered** [3] - 118:21, 127:18, 129:4
**entire** [2] - 48:20, 48:22
**entities** [1] - 90:13
**entity** [4] - 84:16, 90:6, 94:5, 111:3
**equal** [1] - 85:21
**escrow** [3] - 138:13, 141:6, 149:6
**ESQ** [5] - 3:6, 3:15, 3:17, 3:23, 4:5
**estate** [4] - 115:23, 116:5, 116:6, 116:13
**exact** [14] - 15:10, 19:13, 35:20, 76:3, 88:6, 101:16, 124:17, 125:25, 126:5, 133:3, 136:9, 157:9, 157:21, 159:15
**EXAMINATION** [4] - 7:16, 74:8, 150:21, 162:3
**examination** [2] - 6:2, 6:6
**Examination** [1] - 2:2
**examined** [1] - 7:4
**example** [4] - 8:14, 9:11, 21:21, 73:8
**except** [1] - 5:9
**excuse** [2] - 39:7, 89:16
**executed** [1] - 51:24
**Exhibit** [12] - 40:23, 56:11, 57:19, 57:24, 99:9, 107:7, 108:20, 109:23, 117:18, 150:7, 153:23

**exhibit** [2] - 58:9, 110:14
**EXHIBITS** [1] - 162:7
**exhibits** [2] - 44:19, 57:17
**experience** [2] - 21:23, 22:10
**explain** [4] - 87:4, 90:15, 136:3, 136:15

## F

**fact** [1] - 60:22
**facts** [1] - 142:21
**fair** [2] - 18:22, 21:6
**fairly** [1] - 17:21
**familiar** [3] - 89:19, 89:22, 118:14
**family** [5] - 10:22, 36:10, 36:15, 36:18, 45:9
**far** [4] - 26:3, 37:7, 141:4, 142:15, 148:10
**fast** [1] - 135:16
**February** [4] - 26:9, 26:20, 26:25, 27:10
**fed** [1] - 51:14
**federal** [1] - 57:12
**few** [10] - 7:21, 11:16, 12:13, 15:9, 15:13, 73:24, 74:3, 132:11, 144:4, 150:25
**file** [1] - 143:14
**filed** [10] - 112:23, 127:11, 143:11, 143:13, 143:17, 144:18, 144:19, 144:21, 150:2, 150:9
**filing** [2] - 5:5, 100:25
**final** [1] - 32:15
**finance** [6] - 78:23, 78:25, 79:9, 79:20, 95:4, 139:9
**financed** [4] - 81:10, 94:5, 94:20, 136:23
**financial** [11] - 90:24, 91:3, 91:10, 91:15, 91:18, 92:11, 94:4, 94:10, 95:8, 100:23, 140:23
**financing** [6] - 94:6, 94:14, 94:16, 95:23, 117:8, 139:18
**fine** [8] - 19:5, 27:8, 75:5, 102:21, 103:10, 106:21, 147:10, 147:24
**finish** [2] - 8:14, 9:6
**fire** [1] - 159:17

**first** [13] - 10:24, 11:9, 14:3, 57:11, 58:4, 88:5, 111:10, 111:12, 111:15, 134:21, 144:18, 147:8, 154:23
**First** [1] - 144:20
**Fisk** [1] - 3:12
**FISK** [1] - 1:9
**five** [10] - 41:2, 78:18, 80:8, 80:10, 80:11, 85:8, 98:25, 128:4, 128:20, 136:24
**five-minute** [1] - 98:25
**fix** [1] - 40:9
**floor** [25] - 30:18, 30:24, 31:4, 31:6, 31:7, 81:11, 81:13, 81:15, 81:17, 81:20, 82:4, 82:6, 94:7, 94:9, 94:22, 94:23, 95:20, 136:19, 138:24, 139:5, 151:12, 151:18, 154:12, 154:18
**Flushing** [2] - 106:20, 150:18
**FLUSHING** [2] - 1:18, 4:4
**follow** [1] - 30:21
**following** [1] - 26:11
**follows** [1] - 7:5
**followup** [1] - 149:16
**followups** [2] - 150:15, 150:25
**FOR** [1] - 162:8
**force** [1] - 5:17
**form** [11] - 5:10, 22:2, 22:15, 23:9, 23:23, 43:23, 54:20, 68:22, 104:6, 108:6, 154:4
**formal** [1] - 93:23
**formation** [1] - 75:11
**formed** [2] - 75:7, 75:14
**forth** [1] - 163:12
**four** [5] - 64:15, 64:18, 75:21, 115:12, 126:18
**fourth** [2] - 126:4, 143:8
**Frank** [2] - 79:8, 79:11
**froze** [1] - 80:22
**fulfilled** [3] - 27:18, 27:22, 38:20
**full** [1] - 133:23
**FUNDING** [2] - 1:19, 3:21
**Funding** [1] - 74:11
**funds** [4] - 83:10,

130:9, 142:8, 158:9
**FURTHER** [2] - 5:8, 5:13
**future** [5] - 117:13, 117:17, 118:5, 128:25, 162:13

## G

**general** [6] - 76:21, 77:9, 78:2, 87:12, 96:7, 117:6
**generally** [3] - 79:25, 89:3, 90:16
**girl** [1] - 71:16
**given** [7] - 22:24, 59:13, 139:23, 140:6, 156:20, 161:13, 163:14
**Glen** [1] - 15:3
**GMs** [1] - 10:10
**go-between** [1] - 154:17
**GOLD** [6] - 1:14, 1:15, 1:15, 1:16, 1:16, 1:17
**good-bye** [1] - 123:5
**grand** [1] - 136:20
**greenvale** [1] - 15:5
**Group** [8] - 42:9, 42:14, 42:19, 42:25, 45:22, 45:25, 90:4, 90:5
**GROUP** [2] - 1:16, 3:3
**group** [11] - 45:17, 45:18, 45:20, 45:23, 45:24, 46:2, 46:5, 46:8, 66:7, 66:12, 66:13
**guarantee** [6] - 49:11, 50:7, 50:22, 51:7, 51:18, 51:22
**guaranteed** [2] - 47:13, 49:23
**guaranteeing** [2] - 48:5, 49:21
**guarantees** [1] - 51:25
**guarantor** [3] - 49:3, 52:22, 54:16
**guess** [10] - 31:15, 93:15, 104:13, 104:14, 106:14, 116:7, 116:10, 133:19, 141:9, 159:7
**guessing** [1] - 104:10
**guy** [2] - 76:25, 99:16
**guys** [2] - 40:7, 49:14

**H**

hand [1] - 163:21
handle [9] - 41:22, 61:14, 90:23, 91:4, 91:20, 92:11, 101:3, 153:7, 153:16
handled [7] - 28:9, 91:19, 98:5, 98:7, 99:25, 100:4, 153:9
handling [2] - 126:21, 126:24
happy [1] - 8:9
hard [1] - 131:7
harm [3] - 47:3, 47:6, 59:9
harmed [1] - 59:4
HARRY [2] - 1:13, 3:17
Harry [10] - 7:19, 49:12, 50:6, 50:11, 98:19, 99:9, 113:14, 113:19, 114:2, 117:3
head [5] - 8:13, 45:20, 46:3, 46:4, 46:7
hear [11] - 18:23, 18:24, 36:16, 40:12, 44:25, 51:4, 53:25, 98:6, 108:11, 124:7, 134:20
heard [2] - 119:6, 119:9
hearing [2] - 111:11, 111:16
held [6] - 2:3, 24:20, 24:25, 26:10, 26:13, 149:6
help [1] - 136:17
helped [2] - 70:14, 71:19
hereby [2] - 161:7, 163:9
HEREBY [1] - 5:2
herein [1] - 5:4
hereinbefore [1] - 163:11
hereunto [1] - 163:21
high [1] - 8:21
High [1] - 8:22
Highway [8] - 3:18, 12:11, 13:10, 16:4, 27:12, 27:14, 75:18, 130:13
hiring [1] - 78:12
hold [7] - 13:15, 40:8, 77:4, 110:7, 118:7, 138:12, 141:5
holding [1] - 111:8
hole [1] - 158:25
home [2] - 137:21,

137:23
honest [2] - 80:15, 157:10
honestly [1] - 144:11
hotels [1] - 10:10
hugely [1] - 143:24
hum [3] - 55:15, 56:13, 107:16
hundred [5] - 15:22, 15:23, 79:14, 83:25, 138:13
hung [1] - 122:14
HWY [2] - 1:4, 1:7
Hwy [1] - 3:9
HYLAN [6] - 1:7, 1:8, 1:8, 1:9
Hylan [6] - 3:10, 3:10, 3:11, 3:11

**I**

I.D [1] - 162:8
IAG [4] - 89:15, 89:18, 89:20, 89:21
ID [1] - 24:18
idea [1] - 152:5
identification [3] - 107:8, 108:21, 117:19
identify [1] - 23:24
imagine [1] - 36:25
immaterial [1] - 136:20
immediately [1] - 158:22
impact [2] - 7:23, 8:3
improperly [1] - 155:19
IN [1] - 163:20
Inc [1] - 2:23
INC [4] - 1:3, 1:14, 1:18, 3:4
include [1] - 78:10
included [2] - 110:25, 155:3
income [7] - 34:23, 35:2, 35:6, 35:9, 35:13, 35:16, 99:6
incurring [1] - 138:18
indicate [1] - 6:21
indicated [4] - 18:20, 153:11, 153:21, 155:6
indicates [2] - 57:11, 58:10
individual [3] - 52:15, 52:18, 55:5
individual's [1] - 105:11
individually [3] - 1:5,

1:6, 147:16
individuals [4] - 52:18, 58:10, 82:14, 147:21
indulge [1] - 74:3
industry [2] - 22:10, 50:14
information [15] - 82:9, 100:14, 100:24, 104:24, 106:23, 107:6, 107:11, 108:5, 108:19, 108:23, 109:12, 109:16, 112:19, 162:9, 162:11
initials [1] - 129:21
input [1] - 29:8
instance [1] - 112:17
instituted [1] - 129:12
institution [1] - 94:4
intent [2] - 138:15, 138:17
interest [22] - 14:9, 85:18, 86:5, 105:3, 105:12, 105:17, 106:6, 106:10, 109:25, 110:4, 111:2, 111:8, 111:21, 113:22, 114:9, 114:24, 116:4, 116:12, 116:14, 116:21, 116:23, 130:5
interested [1] - 163:18
interests [1] - 85:9
interrupt [1] - 136:10
inventory [13] - 76:16, 78:14, 80:21, 81:2, 81:4, 81:10, 81:21, 82:13, 83:16, 94:16, 96:20, 97:9, 97:17
involved [15] - 17:18, 17:20, 18:21, 19:4, 19:10, 19:16, 19:19, 25:25, 28:10, 86:11, 87:17, 88:18, 88:24, 88:25, 98:9
involvement [1] - 87:21
irregularities [2] - 61:10, 61:14
IS [3] - 5:2, 5:8, 5:13
ISLAND [1] - 1:10
Island [15] - 3:12, 8:23, 11:19, 11:23, 12:3, 12:23, 42:8, 42:14, 42:19, 42:25, 45:22, 45:25, 87:18, 90:3, 90:5

IT [3] - 5:2, 5:8, 5:13
itself [1] - 33:22

**J**

January [3] - 1:21, 161:10, 163:22
job [1] - 87:6
Jones [4] - 46:15, 56:20, 101:20, 113:15
JONES [2] - 1:14, 1:18
Jory [3] - 3:13, 75:20, 85:5
JORY [1] - 1:7
Josh [90] - 17:18, 17:20, 37:6, 37:21, 37:24, 38:2, 38:5, 42:8, 42:11, 45:19, 45:20, 46:4, 53:22, 56:15, 56:19, 56:23, 56:25, 57:6, 58:18, 59:12, 65:25, 66:16, 67:13, 67:22, 68:12, 75:20, 85:5, 120:2, 120:3, 120:6, 120:11, 120:22, 121:5, 121:6, 121:7, 121:12, 122:11, 122:17, 123:6, 123:8, 123:10, 123:13, 124:4, 124:19, 124:24, 125:13, 125:14, 125:16, 126:14, 126:18, 126:21, 126:23, 127:15, 127:17, 128:18, 132:23, 133:14, 133:15, 133:17, 133:18, 134:11, 134:25, 135:2, 135:18, 135:20, 137:16, 138:2, 138:6, 138:7, 138:10, 141:3, 141:18, 141:24, 142:3, 142:5, 142:7, 148:9, 149:4, 152:23, 152:25, 153:4, 153:17, 153:21, 154:9, 154:20, 154:23, 154:25, 159:6
josh [1] - 60:11
Joshua [2] - 3:13, 10:16
JOSHUA [1] - 1:6
JPMorgan [2] - 131:3, 133:22

JPMorganChase [3] - 130:11, 130:14, 130:16

**K**

K-1 [21] - 72:13, 100:2, 105:9, 105:20, 105:21, 106:4, 109:24, 110:25, 114:3, 114:8, 114:13, 114:18, 114:19, 114:23, 114:25, 115:18, 115:22, 116:16, 116:20
K-1s [10] - 32:24, 34:5, 34:9, 72:10, 72:16, 72:19, 73:4, 73:7, 73:15, 113:19
KATAEV [4] - 3:6, 140:17, 150:16, 159:25
keep [1] - 97:9
keeping [2] - 57:22, 135:12
kept [1] - 130:18
Khan [11] - 17:16, 18:14, 18:17, 19:8, 19:16, 70:23, 75:8, 88:3, 88:10, 88:13, 97:21
Khan's [1] - 97:11
kind [5] - 22:4, 37:17, 64:24, 79:6, 118:7
knowledge [17] - 17:22, 37:9, 59:11, 75:7, 75:15, 89:8, 90:9, 97:11, 102:15, 112:11, 112:18, 113:8, 115:19, 133:10, 142:20, 148:4, 149:8
known [3] - 15:7, 111:6, 152:22
knows [2] - 49:8, 49:9
Kwun [7] - 42:13, 42:16, 43:4, 43:11, 56:15, 56:19, 71:17

**L**

LABUDA [1] - 3:3
laid [1] - 27:21
Lake [1] - 3:6
large [2] - 156:2, 157:20
last [8] - 34:14, 34:25, 35:7, 43:3, 43:5, 75:20, 79:9, 129:16

**late** [2] - 75:16, 88:7
**LAURIE** [1] - 1:14
**LAW** [1] - 3:3
**law** [2] - 9:14, 51:17
**lawsuit** [3] - 45:14, 129:11, 132:18
**lawyer** [2] - 28:7, 51:17
**lead** [2] - 29:2, 76:25
**learn** [2] - 133:11
**learned** [2] - 50:13, 133:4
**Lease** [6] - 12:23, 13:6, 13:7, 13:13, 86:13, 87:19
**lease** [16] - 13:15, 24:21, 24:25, 25:5, 25:9, 25:13, 25:15, 25:16, 25:17, 25:18, 25:21, 25:22, 25:23, 26:7, 26:10, 26:14
**LEASING** [2] - 1:5, 1:6
**Leasing** [6] - 3:10, 24:4, 74:24, 106:25, 118:14, 129:18
**least** [4] - 12:21, 13:2, 26:11, 42:21
**leave** [1] - 36:7
**leaving** [1] - 36:8
**left** [4] - 16:20, 131:13, 157:10, 157:13
**legal** [1] - 146:5
**legally** [1] - 85:13
**less** [1] - 70:16
**Lexington** [1] - 3:14
**LIB** [2] - 129:15, 130:8
**LIBERTAS** [3] - 1:19, 3:21, 162:8
**Libertas** [31] - 74:11, 101:18, 106:19, 106:22, 107:7, 108:16, 108:20, 117:12, 117:18, 118:11, 126:3, 126:11, 127:4, 127:19, 128:2, 129:5, 133:5, 142:8, 142:12, 142:16, 144:10, 144:16, 144:24, 145:3, 145:15, 145:23, 145:25, 146:3, 146:11, 146:17, 148:5
**LIC** [1] - 1:16
**licence** [1] - 9:14
**license** [18] - 47:15, 47:21, 47:24, 48:15, 48:17, 49:3, 49:21, 50:22, 51:8, 52:5,

52:10, 52:13, 54:18, 54:23, 55:22, 55:24, 55:25, 56:3
**licenses** [3] - 9:8, 9:16, 50:7
**lieu** [1] - 6:12
**lifetime** [1] - 28:23
**light** [2] - 31:11, 31:13
**line** [7] - 81:14, 81:15, 81:17, 94:8, 94:22, 131:6, 143:8
**list** [2] - 34:22, 34:24
**listed** [13] - 33:15, 33:25, 34:15, 58:14, 73:19, 105:2, 105:6, 105:17, 106:5, 106:9, 111:7, 111:20, 113:21
**listen** [2] - 53:17, 76:13
**lists** [1] - 110:3
**litigation** [1] - 52:25
**LITTLE** [1] - 1:18
**lived** [2] - 115:9, 115:16
**LLC** [35] - 1:3, 1:4, 1:5, 1:6, 1:7, 1:7, 1:8, 1:8, 1:9, 1:9, 1:10, 1:15, 1:15, 1:16, 1:16, 1:17, 1:17, 1:19, 3:4, 3:9, 3:10, 3:10, 3:11, 3:11, 3:12, 3:12, 3:13, 24:4, 75:18
**LLP** [4] - 1:18, 3:8, 3:20, 4:3
**loan** [11] - 52:16, 52:19, 52:22, 53:22, 54:4, 56:8, 119:11, 127:11, 145:6, 145:9, 147:3
**loans** [1] - 94:9
**located** [2] - 12:10, 13:8, 15:2
**location** [2] - 14:16, 15:7
**locations** [2] - 16:13, 16:25
**locust** [1] - 8:22
**logged** [1] - 152:18
**login** [3] - 60:3, 60:17
**look** [5] - 31:16, 41:4, 60:20, 115:21, 117:21
**looked** [7] - 31:11, 31:12, 61:12, 61:20, 61:23, 97:17, 130:4
**looking** [2] - 61:21, 145:9
**looks** [1] - 102:2,

153:24
**lose** [2] - 36:20, 70:21

## M

**ma'am** [1] - 101:22
**machine** [1] - 95:12
**mail** [13] - 41:3, 43:21, 44:2, 44:6, 44:9, 44:10, 56:10, 56:15, 56:18, 100:3, 103:19, 120:7, 153:19
**main** [4] - 83:2, 83:8, 83:11, 130:17
**Mall** [1] - 12:23
**man** [2] - 30:18, 31:3
**Management** [1] - 3:13
**MANAGEMENT** [1] - 1:10
**manager** [13] - 76:21, 77:9, 78:2, 79:9, 84:15, 84:22, 84:24, 87:13, 89:7, 90:10, 90:22, 96:7, 117:6
**managing** [1] - 90:22
**manner** [2] - 93:24, 120:5
**MARC** [1] - 1:13
**Marc** [7] - 131:13, 131:17, 158:12, 158:15, 158:23, 158:25, 159:2
**Marcus** [1] - 3:5
**Maria** [3] - 2:4, 163:7, 163:23
**MARIA** [1] - 163:24
**mark** [5] - 106:13, 106:14, 106:15, 106:22, 117:11
**marked** [7] - 56:11, 99:9, 107:7, 108:16, 108:20, 109:23, 117:17
**marking** [1] - 57:16
**marriage** [1] - 163:17
**matter** [5] - 6:15, 6:19, 40:11, 62:24, 163:19
**matters** [1] - 111:25
**mean** [21] - 18:6, 45:25, 61:15, 72:25, 73:17, 78:14, 85:14, 91:11, 92:8, 95:11, 99:20, 103:18, 119:10, 123:3, 136:4, 136:11, 137:20, 141:25, 144:12, 145:19, 154:14

**meaning** [6] - 29:7, 46:2, 94:7, 94:22, 112:15, 155:8
**means** [4] - 22:3, 51:19, 92:15, 155:16
**measures** [1] - 59:21
**medication** [1] - 7:22
**meet** [6] - 10:24, 14:3, 14:6, 87:25, 88:5, 132:16
**meeting** [2] - 37:17, 66:7
**meetings** [2] - 66:4, 66:9
**Melissa** [7] - 69:24, 70:2, 70:12, 70:14, 70:24, 71:3, 71:16
**member** [9] - 1:5, 1:6, 9:13, 103:15, 104:2, 104:4, 104:18, 112:8, 112:18
**members** [9] - 74:24, 75:11, 75:17, 85:11, 90:22, 103:13, 110:23, 112:11, 116:14
**membership** [3] - 85:12, 86:5, 106:5
**memories** [1] - 63:24
**memory** [9] - 35:25, 36:3, 36:21, 36:24, 63:7, 63:13, 63:19, 63:22, 64:3
**memos** [1] - 103:19
**mention** [1] - 28:18
**mentioned** [4] - 28:15, 28:20, 98:12, 122:6
**Merchant** [1] - 118:11
**merchant's** [1] - 118:13
**MERCKLING** [1] - 1:14
**Merckling** [5] - 131:14, 131:17, 131:24, 158:12, 158:23
**met** [6] - 11:9, 88:2, 88:16, 88:22, 131:18, 132:2
**MICHAEL** [1] - 1:14
**might** [2] - 21:3, 93:10
**million** [1] - 142:4
**millions** [1] - 152:10
**MILMAN** [1] - 3:3
**mind** [2] - 40:8, 52:9
**mine** [2] - 97:20, 147:4
**Mineola** [1] - 2:24
**minute** [2] - 98:25, 136:10
**minutes** [3] - 74:4,

99:13, 99:14
**misunderstood** [1] - 48:7
**models** [2] - 77:19, 77:24
**Moffett** [1] - 2:23
**moment** [3] - 41:4, 51:5, 58:9
**money** [107] - 47:8, 47:13, 53:2, 53:10, 53:12, 54:7, 54:9, 54:11, 54:17, 55:5, 55:14, 55:17, 55:18, 56:9, 59:13, 61:12, 62:22, 62:23, 62:25, 63:14, 63:17, 63:25, 66:21, 67:10, 67:17, 67:19, 68:8, 68:10, 82:19, 95:15, 95:17, 119:6, 119:7, 119:9, 119:15, 119:22, 119:25, 120:14, 120:17, 120:23, 121:8, 121:19, 121:23, 122:5, 122:12, 122:21, 123:18, 123:23, 124:5, 124:12, 125:19, 125:23, 126:8, 126:15, 127:3, 128:2, 128:7, 130:24, 133:6, 133:11, 133:14, 133:15, 133:18, 134:5, 134:12, 134:18, 134:19, 134:23, 135:3, 135:13, 135:18, 136:8, 137:16, 137:19, 138:2, 138:7, 138:10, 138:16, 139:8, 141:4, 141:5, 144:13, 145:25, 146:3, 147:25, 148:4, 148:5, 148:8, 148:11, 148:15, 148:18, 149:5, 149:9, 152:2, 152:6, 152:12, 155:8, 155:13, 155:17, 155:21, 156:4, 157:17, 157:20, 158:2, 158:16, 158:19
**monitoring** [2] - 61:6, 152:15
**Montauk** [1] - 13:10
**month** [1] - 43:8
**months** [1] - 43:7

**morning** [4] - 7:18, 7:20, 68:15, 123:15
**most** [3] - 11:20, 16:23, 81:4
**MOTOR** [2] - 1:4, 1:6
**Motor** [5] - 3:9, 24:3, 106:25, 118:13, 129:18
**Motors** [29] - 11:19, 12:22, 15:8, 15:24, 23:14, 23:17, 23:23, 24:7, 24:13, 24:21, 24:25, 25:19, 25:21, 25:25, 29:7, 30:5, 30:10, 30:15, 30:23, 32:2, 35:2, 41:14, 52:5, 56:4, 57:12, 58:6, 72:8, 87:18, 151:4
**MOTORS** [7] - 1:3, 1:15, 1:16, 1:17, 1:17, 3:4
**moved** [5] - 70:20, 122:14, 122:24, 123:2, 125:10
**moving** [1] - 131:12
**MR** [84] - 7:17, 16:10, 18:23, 18:25, 19:7, 21:25, 22:6, 22:8, 22:14, 23:8, 23:10, 23:19, 24:10, 24:11, 24:22, 25:14, 26:8, 27:5, 40:10, 40:11, 40:17, 43:19, 43:22, 48:2, 48:3, 48:6, 48:10, 48:13, 48:25, 49:4, 49:7, 49:12, 49:17, 49:24, 50:2, 50:3, 50:5, 50:8, 50:11, 50:15, 50:17, 50:19, 50:25, 51:3, 51:11, 51:13, 51:16, 51:20, 53:4, 53:6, 54:3, 54:19, 57:18, 57:23, 68:21, 68:25, 69:6, 73:10, 73:12, 73:22, 94:12, 94:18, 98:24, 99:7, 99:10, 102:24, 103:4, 104:5, 104:14, 131:5, 136:13, 140:2, 140:17, 144:5, 147:19, 148:21, 149:13, 149:15, 150:13, 150:16, 150:22, 154:3, 159:20, 159:25
**MS** [41] - 53:25, 57:15, 57:21, 73:24, 74:9,

92:18, 94:15, 94:19, 98:18, 99:4, 99:8, 106:12, 106:18, 106:21, 112:9, 113:4, 113:13, 113:18, 113:25, 114:6, 114:12, 114:16, 114:21, 115:24, 116:18, 117:2, 117:11, 131:9, 131:20, 136:18, 140:5, 140:22, 142:14, 145:16, 147:22, 148:24, 149:11, 149:17, 150:18, 159:22, 159:23

# N

**name** [45] - 7:9, 7:19, 11:25, 13:25, 22:12, 23:6, 23:24, 31:5, 46:15, 47:16, 47:18, 47:21, 48:18, 48:19, 48:21, 52:3, 52:4, 52:6, 52:7, 52:11, 54:13, 55:20, 55:21, 55:25, 56:3, 56:6, 56:7, 56:9, 69:23, 71:25, 74:10, 75:20, 79:9, 98:13, 102:9, 102:13, 118:11, 118:13, 129:23, 130:10, 131:19, 143:7, 145:7, 145:11, 147:4
**named** [2] - 10:15, 143:9
**narrow** [1] - 15:14
**NASSAU** [1] - 163:5
**Nassau** [1] - 9:4
**nature** [2] - 77:12, 95:25
**necessary** [1] - 48:11
**need** [6] - 8:11, 38:9, 82:10, 103:4, 103:8, 143:14
**needed** [4] - 82:7, 83:15, 84:12, 86:14
**neighborhood** [1] - 77:3
**never** [13] - 21:7, 27:18, 29:6, 38:20, 44:10, 70:12, 129:2, 129:13, 141:20, 153:2, 153:5, 156:2, 156:5
**New** [16] - 2:6, 2:24, 3:6, 3:14, 3:18, 4:5,

7:14, 12:22, 13:6, 13:7, 13:13, 86:13, 87:18, 161:21, 163:8
**NEW** [3] - 1:2, 161:4, 163:3
**new** [2] - 77:15, 96:23
**next** [15] - 1:22, 41:2, 51:2, 71:12, 105:8, 105:20, 114:13, 114:18, 115:22, 116:16, 122:3, 124:16, 126:13, 130:8, 133:9
**Nissan** [19] - 10:7, 10:12, 14:7, 14:9, 14:14, 14:20, 22:18, 32:4, 56:8, 68:3, 68:9, 68:11, 68:13, 68:17, 69:9, 69:18, 69:21, 84:9, 96:25
**Nissan's** [2] - 21:14, 56:9
**none** [1] - 129:7
**normal** [1] - 31:14
**Northshore** [169] - 3:9, 12:22, 15:7, 15:24, 17:15, 17:19, 18:3, 18:15, 18:21, 19:11, 19:23, 21:7, 21:22, 23:14, 23:17, 23:22, 24:3, 24:7, 24:13, 24:21, 24:25, 25:19, 25:20, 25:24, 28:24, 29:5, 29:7, 29:11, 29:20, 29:24, 30:5, 30:9, 30:12, 30:15, 30:23, 31:8, 31:18, 31:22, 32:2, 32:5, 34:10, 34:15, 35:2, 35:7, 35:10, 35:13, 35:18, 37:4, 38:4, 38:11, 41:13, 47:10, 47:16, 47:17, 47:19, 48:16, 52:5, 53:11, 53:15, 54:4, 54:5, 54:13, 55:19, 56:4, 56:6, 57:2, 57:12, 58:5, 58:15, 59:18, 60:10, 61:7, 61:11, 64:13, 64:14, 65:6, 66:10, 66:18, 66:21, 66:24, 68:19, 70:13, 70:15, 71:4, 71:7, 71:18, 72:2, 72:8, 73:7, 73:15, 74:23, 74:24, 75:3, 75:6, 75:12, 76:8, 76:19, 77:13, 78:3, 78:8, 78:17, 82:25, 83:25, 84:5, 84:12, 84:21,

87:8, 87:15, 89:4, 89:7, 90:10, 90:11, 90:20, 90:22, 90:25, 92:6, 92:10, 94:5, 94:6, 97:3, 97:5, 97:13, 97:15, 98:2, 101:5, 103:14, 103:21, 104:2, 105:4, 105:18, 106:6, 106:10, 106:25, 107:5, 108:6, 109:12, 110:4, 110:13, 112:5, 116:4, 118:13, 118:21, 129:5, 129:18, 130:6, 130:13, 132:7, 136:6, 137:12, 145:10, 145:12, 145:15, 145:24, 145:25, 146:2, 146:16, 147:14, 147:17, 149:21, 150:9, 151:3, 154:12, 154:17, 155:3, 155:9, 155:14, 156:5, 156:8, 162:9
**NORTHSHORE** [2] - 1:4, 1:5
**Northshore's** [4] - 48:17, 55:20, 90:21, 147:4
**Notary** [4] - 2:5, 7:4, 161:21, 163:7
**note** [3] - 21:25, 27:5, 49:4
**nothing** [2] - 119:20, 122:7
**Nothing** [1] - 123:25
**notice** [1] - 147:20
**noticed** [1] - 147:21
**notified** [1] - 159:6
**November** [7] - 35:24, 36:11, 36:23, 54:6, 66:18, 66:25, 130:3
**number** [7] - 23:17, 24:13, 24:16, 24:17, 24:19, 107:15, 129:20
**numbers** [2] - 114:5, 136:19
**NYC** [1] - 1:14

# O

**O'Sullivan** [3] - 83:20, 101:7, 101:11
**oath** [5] - 5:17, 6:12, 53:9, 156:15, 161:9

**Objection** [4] - 43:22, 54:19, 104:5, 154:3
**objection** [15] - 16:10, 18:25, 22:2, 22:14, 23:8, 24:22, 25:14, 27:6, 49:5, 49:13, 49:19, 49:20, 68:21, 73:10, 145:19
**objections** [4] - 5:9, 6:19, 50:4, 51:15
**observed** [1] - 30:16
**obtained** [16] - 23:16, 24:12, 47:8, 47:10, 48:15, 53:14, 53:22, 54:5, 54:7, 54:9, 54:12, 54:13, 54:24, 55:3, 55:5, 55:13
**occasion** [6] - 26:15, 26:19, 26:24, 59:8, 62:21, 152:21
**occasionally** [1] - 97:17
**occasions** [1] - 16:12
**occur** [1] - 78:5
**occurred** [3] - 127:23, 133:2, 133:9
**OF** [10] - 1:2, 1:15, 1:15, 1:16, 1:17, 161:4, 161:5, 163:3, 163:5
**office** [11] - 14:17, 14:19, 14:21, 14:23, 30:19, 71:10, 78:23, 79:2, 79:20, 84:6, 97:19
**officer** [1] - 5:16
**often** [2] - 60:25, 82:18
**Old** [1] - 2:23
**once** [3] - 23:24, 131:19, 132:2
**one** [43] - 11:20, 11:23, 21:21, 28:25, 30:23, 31:4, 32:14, 33:6, 33:8, 39:6, 39:22, 48:14, 53:14, 54:9, 65:11, 66:13, 66:15, 69:20, 71:10, 72:3, 78:18, 80:20, 80:24, 82:25, 83:2, 83:8, 83:11, 106:5, 106:10, 119:12, 119:15, 126:7, 128:19, 128:21, 128:22, 129:21, 136:22, 139:17, 149:16, 149:18, 151:13, 154:25, 158:16
**ones** [3] - 12:25,

61:22, 77:10
**online** [2] - 120:19, 120:24
**oOo** [1] - 5:21
**open** [10] - 12:8, 13:12, 24:18, 40:19, 42:22, 72:9, 72:15, 72:19, 73:16, 86:24
**opened** [7] - 21:3, 22:16, 22:25, 24:19, 42:20, 46:9, 78:6
**opens** [2] - 21:22, 22:9
**operate** [1] - 89:8
**operated** [1] - 151:4
**operating** [7] - 82:23, 83:2, 83:9, 83:11, 95:23, 95:24, 130:18
**operation** [6] - 29:11, 66:5, 66:10, 89:15, 89:18, 96:22
**operations** [10] - 76:19, 78:9, 80:2, 83:18, 93:25, 94:17, 94:20, 95:10, 95:18, 153:15
**operator** [3] - 18:9, 18:10, 87:10
**opposed** [1] - 63:15
**orally** [1] - 103:19
**order** [2] - 137:16, 141:6
**ordering** [2] - 10:12, 160:2
**original** [2] - 75:23, 143:17
**originally** [1] - 38:18
**originals** [1] - 75:22
**outcome** [1] - 163:18
**Outlet** [2] - 12:7, 26:13
**outside** [2] - 95:11, 145:6
**oversaw** [1] - 79:25
**oversee** [3] - 18:9, 79:19, 79:22
**overseeing** [1] - 155:18
**Ovington** [1] - 4:4
**owed** [9] - 134:18, 134:23, 135:2, 135:4, 135:19, 135:21, 137:19, 138:25, 139:8
**own** [4] - 25:5, 34:20, 47:11, 56:2
**owned** [3] - 23:13, 25:9, 34:3
**owner** [18] - 12:21, 13:2, 21:2, 21:4, 21:7, 21:10, 21:11,

21:15, 21:23, 22:13, 22:17, 23:6, 33:15, 58:15, 72:22, 73:20, 75:25, 86:4
**owner/guarantor** [1] - 129:20
**owners** [3] - 85:4, 85:21, 93:18
**ownership** [4] - 14:9, 45:22, 58:22, 85:18
**owning** [6] - 21:12, 21:20, 22:3, 58:10, 64:14, 104:25
**owns** [2] - 22:11, 23:5

## P

**p.m** [2] - 1:21, 160:3
**packages** [1] - 95:4
**PAGE** [2] - 162:3, 162:8
**page** [11] - 1:22, 41:9, 57:11, 58:4, 58:9, 98:21, 101:24, 129:16, 130:8, 131:12, 146:15
**pages** [3] - 41:2, 44:18
**paid** [13] - 25:12, 25:14, 25:24, 134:18, 135:7, 135:8, 135:10, 135:22, 138:3, 138:5, 139:24, 139:25, 140:8
**paperwork** [1] - 82:3
**paragraph** [3] - 84:20, 90:19, 91:2
**part** [9] - 16:23, 41:22, 58:10, 91:9, 98:8, 105:6, 107:14, 109:4, 113:20
**partial** [2] - 12:21, 13:2
**partially** [1] - 34:3
**participating** [1] - 6:5
**participation** [1] - 112:13
**particular** [3] - 25:18, 36:4, 70:15
**parties** [3] - 5:4, 6:17, 163:16
**partner** [22] - 11:12, 12:14, 12:16, 12:18, 13:5, 18:17, 18:19, 28:23, 31:14, 31:17, 32:4, 32:6, 32:8, 32:11, 32:14, 38:5, 75:23, 99:6, 100:2, 103:22, 151:25, 152:23

**partner's** [1] - 41:17
**PARTNERS** [1] - 1:18
**partners** [18] - 11:15, 11:16, 12:6, 17:11, 17:14, 28:25, 31:22, 37:18, 42:2, 62:2, 63:5, 63:14, 63:25, 66:4, 66:9, 85:11, 104:25, 152:6
**partnership** [6] - 32:10, 32:15, 58:11, 101:25, 102:6, 102:17
**parts** [2] - 69:3, 96:23
**passed** [3] - 100:6, 112:25, 158:8
**passing** [3] - 71:20, 71:24, 85:18
**past** [1] - 11:17
**pay** [10] - 65:4, 65:10, 65:19, 69:15, 135:11, 135:14, 136:22, 136:24, 138:6, 139:10
**paying** [9] - 137:3, 137:6, 137:13, 138:19, 139:3, 139:11, 139:14, 139:21, 141:3
**payment** [1] - 27:17
**payments** [3] - 25:17, 25:22, 25:24
**payoff** [2] - 138:17, 151:18
**payoffs** [10] - 134:24, 135:4, 135:6, 135:21, 135:23, 135:25, 136:7, 136:15, 137:17
**payouts** [1] - 135:13
**payroll** [2] - 83:4, 83:6, 132:14
**PDF's** [1] - 40:16
**PELLICAN** [1] - 163:24
**Pellicane** [3] - 2:5, 163:7, 163:23
**penalty** [1] - 6:16
**Pennsylvania** [1] - 3:22
**people** [4] - 22:24, 30:10, 30:20, 69:20
**percent** [23] - 58:11, 58:15, 79:14, 85:22, 85:25, 104:25, 105:3, 105:12, 105:17, 106:5, 106:10, 109:25, 110:4, 111:2, 111:8, 111:21, 113:21,

114:9, 114:24, 116:21, 116:23, 130:5, 138:13
**period** [3] - 37:2, 84:3, 84:4
**perjury** [1] - 6:16
**permitted** [2] - 91:4, 117:7
**person** [6] - 6:13, 22:9, 22:11, 22:25, 23:5, 29:2, 61:16
**person's** [1] - 47:20
**personal** [16] - 33:17, 33:19, 34:2, 34:4, 34:16, 36:6, 49:2, 49:10, 49:21, 51:7, 51:18, 51:21, 51:24, 52:17, 52:22, 54:15
**personally** [14] - 45:8, 46:16, 47:12, 48:5, 49:22, 50:6, 50:21, 52:3, 52:4, 54:24, 55:3, 55:10, 145:4, 146:10
**perspective** [1] - 79:6
**Phalen** [4] - 32:22, 75:19, 114:4, 114:9
**Philadelphia** [1] - 3:22
**phone** [8] - 120:6, 120:8, 120:10, 122:8, 122:9, 122:17, 123:15, 128:20
**physically** [1] - 6:7
**place** [4] - 37:18, 71:11, 151:14, 159:4
**plaintiff** [1] - 143:9
**Plaintiff's** [1] - 143:3
**Plaintiffs** [3] - 1:11, 3:4, 3:9
**plan** [16] - 31:6, 81:11, 81:13, 81:14, 81:15, 81:17, 81:20, 82:6, 94:7, 94:9, 94:22, 94:23, 138:24, 139:5, 151:12, 151:18
**planning** [2] - 82:4, 95:20
**plans** [7] - 30:18, 30:24, 31:5, 31:8, 136:19, 154:12, 154:18
**platform** [1] - 6:4
**PLLC** [1] - 3:3
**plug** [1] - 98:22
**plus** [1] - 52:25
**pocket** [2] - 135:9, 142:7
**point** [8] - 19:4, 46:18,

77:25, 84:17, 126:7, 140:18, 153:11, 154:25
**porters** [1] - 78:19
**position** [1] - 97:22
**positions** [1] - 101:12
**positive** [4] - 65:4, 65:10, 65:19, 69:14
**possible** [1] - 25:11
**practice** [1] - 9:14
**preliminary** [2] - 7:21, 68:2
**PREMIER** [1] - 1:17
**preowned** [4] - 11:17, 77:16, 77:18, 77:23
**preparation** [2] - 40:4, 112:13
**prepare** [2] - 39:15, 39:18, 74:13
**prepared** [4] - 99:18, 99:24, 112:22, 113:15
**preparing** [1] - 100:15
**PRESENT** [1] - 4:9
**present** [1] - 6:7
**pretty** [7] - 16:21, 61:2, 97:8, 121:14, 128:5, 142:22, 152:18
**previous** [1] - 115:15
**previously** [1] - 90:7
**Pro** [1] - 3:17
**problem** [4] - 36:9, 54:10, 54:17, 57:5
**problems** [1] - 36:9
**proceeds** [2] - 142:12, 142:16
**professional** [5] - 9:7, 9:16, 9:19, 9:21, 10:2
**progressed** [1] - 121:24
**provide** [1] - 100:23
**provided** [2] - 94:6, 112:18
**provides** [1] - 100:14
**providing** [2] - 95:15, 95:17
**public** [1] - 107:3
**Public** [4] - 2:5, 7:4, 161:21, 163:8
**purchase** [10] - 13:25, 26:21, 27:3, 27:11, 27:14, 27:16, 81:9, 81:20, 82:20, 83:16
**purchased** [1] - 82:14
**purchases** [1] - 94:16
**purpose** [2] - 60:18, 123:12
**purposes** [9] - 74:25,

77:11, 83:17, 100:15, 100:25, 102:7, 103:25, 104:19, 109:17
**pursuant** [1] - 109:2
**put** [24] - 20:9, 20:10, 20:16, 20:19, 20:21, 49:13, 49:18, 56:8, 67:23, 68:8, 68:10, 68:13, 79:5, 80:13, 123:18, 133:19, 133:25, 134:5, 134:9, 134:15, 145:17, 148:4, 151:13, 157:18
**putting** [1] - 18:22

**Q**

**questioned** [2] - 155:25, 157:15
**questions** [14] - 7:21, 7:24, 8:4, 8:12, 26:6, 73:11, 73:23, 73:25, 113:12, 149:14, 150:14, 150:17, 150:19, 159:21
**quick** [1] - 140:17
**quite** [3] - 15:11, 15:13, 70:19
**quote** [1] - 155:7
**quotes** [1] - 40:2

**R**

**R-A-H-M-A-N** [1] - 105:21
**Rahman** [4] - 105:21, 105:22, 106:4, 106:9
**raised** [2] - 144:9, 144:15
**ran** [1] - 32:18
**Ray** [9] - 32:19, 32:20, 65:21, 75:19, 76:25, 77:6, 77:8, 77:9, 85:5
**Raymond** [1] - 32:22
**read** [17] - 39:20, 39:25, 40:3, 41:9, 48:8, 56:14, 56:16, 56:17, 69:4, 90:25, 103:5, 129:8, 129:23, 130:7, 144:3, 146:24, 161:8
**reading** [2] - 90:20, 92:9
**ready** [1] - 51:2
**really** [11] - 27:18, 32:16, 49:22, 76:13, 76:25, 79:5, 98:5,

98:7, 98:8, 126:17, 147:8
**REALTY** [1] - 1:9
**Realty** [1] - 3:12
**reason** [13] - 8:6, 20:18, 20:25, 25:3, 25:7, 68:7, 73:17, 73:18, 149:23, 150:5, 152:23, 153:2, 154:6
**receipts** [5] - 117:14, 117:17, 118:5, 128:25, 162:14
**receive** [12] - 32:24, 33:6, 33:8, 34:25, 35:6, 35:9, 35:13, 35:16, 44:12, 45:2, 115:18, 149:4
**received** [7] - 27:7, 27:10, 27:13, 33:4, 44:10, 45:4, 148:23
**receiving** [7] - 44:19, 72:10, 72:16, 72:18, 73:7, 73:15, 114:25
**recollection** [1] - 110:18
**record** [15] - 6:22, 7:9, 23:20, 49:19, 94:12, 113:5, 113:6, 131:10, 131:11, 140:18, 145:17, 159:24, 161:11, 161:13, 163:13
**recoup** [1] - 144:12
**redact** [1] - 106:24
**redacted** [1] - 114:4
**refer** [2] - 23:22, 75:3
**reference** [1] - 89:18
**referred** [2] - 89:14, 90:6
**referring** [2] - 95:10, 131:2
**refresh** [4] - 35:24, 36:3, 36:21, 36:24
**regard** [5] - 41:13, 76:10, 84:14, 85:2, 117:5
**regarding** [5] - 29:5, 59:4, 103:21, 128:2, 133:10
**related** [4] - 10:18, 10:21, 73:8, 163:16
**relating** [2] - 10:4, 26:21
**relationships** [1] - 88:14
**relief** [1] - 146:7
**remain** [1] - 101:12
**remember** [17] - 17:9, 33:3, 33:12, 34:16,

38:5, 41:15, 44:19, 73:6, 88:9, 98:13, 101:15, 109:24, 149:19, 153:3, 155:10, 155:11, 155:25
**remotely** [1] - 6:10
**rental** [1] - 95:12
**repeat** [6] - 26:23, 39:2, 88:20, 134:22, 150:4, 157:3
**rephrase** [3] - 8:9, 19:5, 22:7
**report** [7] - 92:17, 92:19, 92:22, 93:6, 93:9, 93:24, 96:4
**reported** [6] - 92:21, 92:22, 93:3, 93:10, 93:13, 130:5
**REPORTER** [3] - 6:2, 7:8, 7:11
**Reporting** [1] - 2:23
**reporting** [6] - 6:9, 90:24, 92:4, 92:8, 92:12, 92:13
**reports** [2] - 93:17, 116:23
**represent** [3] - 28:8, 45:13, 74:11
**representative** [6] - 102:2, 102:7, 102:17, 103:23, 104:3, 104:4
**represented** [1] - 41:12
**request** [1] - 33:10
**requested** [1] - 147:7
**required** [3] - 92:16, 93:16, 93:22
**reserved** [1] - 5:11
**respect** [9] - 76:8, 76:24, 78:8, 86:8, 87:7, 97:12, 97:14, 97:22, 145:22
**respective** [1] - 5:4
**responsibilities** [15] - 76:9, 76:23, 77:7, 78:7, 80:21, 80:25, 87:6, 90:17, 97:12, 97:14, 97:22, 100:22, 100:23, 117:6
**responsibility** [4] - 76:18, 86:8, 139:23, 140:7
**responsible** [1] - 139:18
**return** [18] - 57:13, 58:5, 72:12, 99:5, 99:12, 101:17,

101:23, 102:8, 105:9, 106:9, 109:22, 110:3, 110:9, 110:13, 110:24, 111:6, 113:9, 113:11
**returns** [34] - 33:14, 33:18, 33:20, 33:21, 33:24, 34:2, 34:4, 34:16, 57:2, 57:6, 57:9, 58:23, 73:9, 73:20, 99:17, 99:24, 100:5, 100:16, 100:25, 104:23, 110:19, 112:14, 112:22, 113:2, 130:4, 149:20, 150:2, 150:8, 153:7, 153:13, 153:18, 153:22, 154:2, 154:8
**review** [4] - 33:11, 41:2, 63:9, 113:2
**reviewed** [2] - 74:18, 147:9
**reviewing** [1] - 100:5
**reviews** [3] - 99:18, 99:23, 112:21
**Rich** [1] - 2:23
**Ridge** [2] - 7:13, 115:12
**Road** [4] - 2:23, 7:14, 15:3, 115:12
**ROBERT** [2] - 1:4, 3:5
**role** [2] - 86:7, 97:20
**roles** [4] - 16:7, 97:11, 97:13, 97:21
**RONNENBERG** [4] - 4:5, 106:18, 150:18, 159:23
**room** [1] - 6:8
**ROSLYN** [1] - 1:17
**roughly** [3] - 42:21, 46:10, 46:13
**ROUTE** [1] - 1:9
**Route** [1] - 3:12
**rshanks@cszlaw. com** [1] - 3:15
**run** [2] - 32:16, 74:4
**running** [1] - 83:17
**runs** [2] - 125:10, 154:25
**Russell** [6] - 18:24, 51:14, 68:24, 73:13, 106:16, 147:24
**RUSSELL** [1] - 3:15

**S**

**sake** [1] - 8:18
**sale** [5] - 117:13,

117:16, 118:5, 128:24, 162:13
**sales** [3] - 77:14, 79:22, 83:4
**SALES** [2] - 1:3, 3:4
**Sara** [1] - 20:21
**SARAH** [1] - 1:13
**Sarah** [8] - 20:19, 44:23, 45:14, 62:4, 105:21, 105:22, 106:4, 106:9
**sat** [1] - 96:15
**saw** [11] - 43:4, 43:5, 111:12, 118:25, 129:2, 129:13, 143:10, 143:19, 144:2, 150:6, 153:23
**schedule** [4] - 104:23, 104:24, 105:2, 113:20
**School** [1] - 8:22
**school** [2] - 8:21, 51:17
**screen** [8] - 40:5, 40:16, 40:18, 56:11, 58:8, 80:22, 114:22, 146:14
**screens** [1] - 153:19
**scroll** [8] - 113:25, 114:6, 114:12, 114:16, 114:21, 115:24, 116:18, 117:21
**Se** [1] - 3:17
**sealing** [1] - 5:5
**second** [4] - 80:23, 121:11, 123:7, 123:8
**section** [1] - 105:11
**security** [6] - 59:21, 59:24, 65:9, 68:18, 69:9, 69:11
**Security** [1] - 114:5
**see** [43] - 38:25, 39:6, 39:10, 40:5, 40:6, 40:12, 40:15, 40:22, 42:5, 42:13, 50:22, 56:10, 56:18, 56:20, 56:22, 56:24, 57:13, 58:2, 58:6, 58:8, 58:12, 58:14, 68:14, 96:14, 99:5, 99:7, 102:3, 105:13, 105:14, 105:15, 106:6, 113:15, 114:10, 118:6, 128:15, 129:17, 130:22, 132:17, 142:25, 143:6, 143:12, 146:18, 153:19

**seeing** [3] - 33:12, 131:7, 143:16
**seeking** [1] - 145:2
**sell** [3] - 13:22, 38:19, 136:20
**selling** [5] - 28:12, 38:17, 78:11, 91:23, 97:5
**send** [2] - 82:7, 82:8
**sending** [1] - 82:3
**senior** [1] - 28:23
**sent** [1] - 39:22
**sentence** [1] - 39:9
**separate** [3] - 92:24, 95:3, 95:6
**September** [1] - 44:13
**served** [1] - 45:6
**service** [1] - 96:24
**set** [2] - 163:11, 163:21
**seven** [1] - 70:21
**shakes** [1] - 8:13
**shall** [2] - 5:11, 50:23
**SHANKS** [49] - 3:8, 3:15, 16:10, 18:25, 21:25, 22:8, 22:14, 23:8, 23:19, 24:10, 24:22, 25:14, 27:5, 40:11, 40:17, 43:22, 48:2, 48:6, 48:13, 49:4, 49:12, 49:17, 50:2, 50:5, 50:11, 50:17, 51:3, 51:11, 51:16, 53:4, 54:19, 68:21, 68:25, 73:10, 94:12, 94:18, 99:7, 102:24, 103:4, 104:5, 104:14, 131:5, 136:13, 140:2, 144:5, 147:19, 148:21, 149:13, 154:3
**short** [4] - 23:23, 74:5, 99:2, 131:22
**show** [4] - 108:15, 114:23, 142:24, 143:14
**showed** [12] - 30:9, 30:14, 58:4, 72:11, 73:9, 109:23, 110:13, 119:4, 143:20, 149:20, 149:24, 153:20
**showing** [2] - 57:25, 105:11
**shown** [1] - 104:21
**shows** [3] - 110:25, 114:8, 116:20
**sign** [9] - 19:18, 30:10, 30:13, 62:9, 62:13,

76:10, 83:22, 83:23, 86:14
**signatory** [1] - 21:16
**signature** [6] - 107:17, 107:18, 109:5, 109:6, 130:22, 131:6
**signatures** [2] - 61:13, 129:17
**Signed** [1] - 161:19
**signed** [15] - 5:15, 5:18, 16:15, 17:5, 27:25, 61:17, 61:22, 62:2, 62:5, 76:11, 76:14, 77:2, 86:14, 108:5, 109:16
**signer** [8] - 19:24, 20:2, 20:4, 22:21, 22:22, 62:7, 80:17, 80:19
**signers** [3] - 86:19, 86:22, 86:25
**signing** [2] - 16:17, 62:18
**silence** [1] - 145:18
**six** [2] - 107:14, 109:4
**slash** [1] - 71:9
**slow** [1] - 135:17
**slowly** [1] - 117:22
**small** [1] - 118:7
**SMITHTOWN** [1] - 1:17
**Social** [1] - 114:5
**sold** [4] - 139:10, 139:13, 140:8, 151:19
**someone** [10] - 10:15, 40:8, 45:9, 47:23, 48:4, 69:23, 78:21, 98:21, 145:7, 154:16
**sometimes** [1] - 82:16
**somewhere** [1] - 88:7
**sorry** [30] - 13:18, 25:6, 36:16, 39:2, 40:21, 48:6, 64:17, 73:12, 77:17, 80:22, 81:12, 85:17, 88:20, 91:7, 99:21, 103:2, 108:13, 110:7, 111:17, 112:7, 119:19, 124:7, 131:20, 133:8, 134:20, 135:6, 135:15, 138:8, 140:5, 150:4
**Sorry** [1] - 135:17
**sounded** [1] - 39:9
**sounds** [1] - 90:3
**source** [3] - 94:10, 140:24, 142:8
**sources** [1] - 95:8

**speaking** [4] - 8:17, 50:4, 51:15, 140:3
**specific** [6] - 63:11, 63:13, 63:19, 63:21, 63:23, 64:3
**specificity** [1] - 29:17
**spent** [1] - 142:4
**ss** [2] - 161:4, 163:4
**stamp** [1] - 101:18
**stamped** [1] - 129:15
**stands** [2] - 89:24, 89:25
**state** [1] - 7:8
**STATE** [2] - 161:4, 163:3
**State** [3] - 2:6, 161:21, 163:8
**STATES** [1] - 1:2
**stealing** [1] - 156:17
**stenographer** [1] - 8:12
**stenographer's** [1] - 8:18
**still** [14] - 12:8, 13:5, 13:15, 14:12, 18:9, 34:20, 42:24, 70:5, 72:9, 72:15, 72:19, 73:16, 157:13, 157:14
**STIPULATED** [3] - 5:2, 5:8, 5:13
**stipulated** [1] - 6:23
**stockholder** [1] - 68:3
**stop** [4] - 50:15, 72:18, 86:11, 131:5
**stopped** [2] - 73:7, 73:14
**stopping** [1] - 29:19
**store** [4] - 12:2, 86:12, 156:13, 158:10
**stores** [10] - 38:3, 38:8, 86:10, 125:10, 155:2, 156:13, 157:23, 158:14, 159:5, 159:14
**stream** [1] - 41:3
**Street** [2] - 3:12, 3:22
**STREET** [1] - 1:9
**street** [4] - 81:7, 82:15, 82:17, 82:20
**strike** [4] - 92:18, 112:9, 119:20, 142:14
**stuff** [4] - 10:11, 10:12, 134:24, 135:5
**submit** [1] - 91:14
**submitted** [2] - 108:5, 109:17
**subscribed** [1] - 161:19

**Success** [1] - 3:6
**sued** [1] - 44:23
**suggest** [2] - 35:22, 38:16
**suing** [2] - 46:20, 46:25
**Suite** [4] - 2:23, 3:5, 3:14, 3:22
**sum** [1] - 157:20
**sums** [1] - 156:2
**Sunrise** [94] - 3:9, 3:18, 12:7, 12:11, 16:4, 26:7, 26:12, 26:13, 26:22, 27:3, 27:12, 27:14, 27:16, 28:12, 28:24, 29:5, 32:7, 32:25, 33:15, 33:22, 34:2, 34:5, 34:15, 36:22, 37:4, 38:6, 38:10, 41:14, 57:3, 59:19, 60:9, 60:10, 65:20, 66:5, 66:24, 68:18, 70:13, 71:22, 72:15, 75:18, 76:24, 77:22, 84:14, 84:21, 85:2, 85:19, 85:23, 86:4, 86:15, 86:20, 86:25, 87:7, 87:16, 89:7, 90:12, 90:23, 90:25, 92:6, 92:11, 94:21, 95:8, 97:23, 98:16, 101:9, 104:19, 108:18, 109:3, 110:9, 110:20, 110:23, 110:24, 111:7, 111:13, 111:22, 111:25, 112:12, 112:14, 113:9, 116:21, 116:24, 128:11, 128:17, 130:13, 130:25, 132:9, 134:8, 146:16, 149:21, 150:9, 151:4, 151:8, 154:13, 154:22, 162:11
**SUNRISE** [3] - 1:4, 1:7, 1:15
**Sunrise's** [3] - 90:21, 133:7, 148:2
**SUPERB** [2] - 1:3, 3:4
**supervise** [1] - 96:12
**supervised** [1] - 96:5
**supervises** [1] - 96:11
**supposed** [1] - 138:12
**surprised** [1] - 51:10
**Susan** [1] - 74:10
**SUSAN** [1] - 3:23
**sverbonitz@**

**weirlawllp.com** [1] - 3:23
**swearing** [1] - 6:20
**sworn** [4] - 5:15, 5:18, 7:3, 163:12
**SYOSSET** [1] - 1:15
**system** [9] - 60:5, 60:15, 60:19, 60:23, 64:22, 64:25, 65:4, 69:13, 69:18

## T

**tax** [61] - 24:18, 33:14, 33:17, 33:19, 33:21, 33:23, 34:2, 34:4, 34:16, 57:2, 57:6, 57:9, 58:23, 72:11, 73:9, 73:20, 83:4, 99:17, 99:24, 100:5, 100:16, 100:25, 101:17, 101:23, 102:8, 104:3, 104:18, 104:23, 105:8, 106:8, 106:23, 107:5, 107:11, 108:5, 108:18, 108:23, 109:12, 109:15, 109:22, 110:2, 110:9, 110:12, 110:19, 110:24, 111:6, 111:25, 112:14, 112:22, 113:2, 113:9, 130:4, 149:20, 150:2, 150:8, 153:7, 153:13, 153:18, 153:22, 162:9, 162:11
**taxing** [3] - 103:25, 104:18, 109:17
**taxpayer's** [1] - 107:14
**TD** [1] - 22:17
**TEAM** [2] - 1:3, 3:4
**technical** [1] - 95:13
**ten** [9] - 15:15, 15:16, 42:23, 46:10, 46:13, 70:11, 70:17, 78:19, 121:11
**ten-second** [1] - 121:11
**tenth** [1] - 146:15
**term** [6] - 27:6, 28:23, 32:11, 89:19, 89:22, 136:14
**terms** [1] - 27:21
**testified** [7] - 7:5, 19:3, 19:9, 30:25, 110:22, 145:24,

151:24
**testifying** [2] - 85:3, 156:15
**testimony** [7] - 6:15, 19:2, 109:2, 152:17, 161:9, 161:12, 163:14
**texting** [3] - 64:24, 65:15, 69:17
**THE** [10] - 6:2, 7:8, 7:10, 7:11, 7:13, 40:14, 40:20, 49:14, 68:24, 103:7
**thefts** [1] - 159:4
**therefore** [3] - 48:23, 52:8, 153:25
**Third** [6] - 143:3, 143:10, 143:15, 143:23, 144:19, 146:13
**third** [8] - 101:24, 114:18, 124:23, 125:3, 125:12, 126:4, 126:7, 126:9
**Thomas** [2] - 46:15, 56:19
**THOMAS** [1] - 1:14
**Thomasson** [16] - 7:19, 23:19, 40:13, 49:18, 51:12, 56:5, 138:9, 138:11, 141:24, 142:18, 148:12, 148:16, 148:23, 149:2, 149:5, 162:4
**THOMASSON** [36] - 1:13, 3:17, 7:17, 18:23, 19:7, 22:6, 23:10, 24:11, 26:8, 40:10, 43:19, 48:3, 48:10, 48:25, 49:7, 49:24, 50:3, 50:8, 50:15, 50:19, 50:25, 51:13, 51:20, 53:6, 54:3, 57:18, 57:23, 69:6, 73:12, 73:22, 98:24, 99:10, 149:15, 150:13, 150:22, 159:20
**three** [6] - 13:14, 35:21, 52:25, 75:10, 78:18
**thrown** [1] - 22:4
**Tilden** [1] - 115:14
**timeframe** [5] - 16:11, 24:23, 79:3, 158:2, 159:16
**timing** [3] - 124:17, 125:25, 126:5
**today** [14] - 7:23, 8:4,

28:5, 53:15, 55:8, 84:10, 111:5, 111:11, 111:16, 118:18, 118:23, 119:3, 151:24, 153:23
**together** [1] - 95:4
**token** [6] - 60:4, 60:11, 60:12, 60:15, 64:22, 69:13
**tokens** [5] - 60:7, 65:12, 65:14, 65:19, 69:21
**TONY** [1] - 4:10
**took** [27] - 26:20, 27:2, 27:6, 37:18, 47:7, 62:22, 62:25, 63:8, 63:17, 66:17, 66:20, 66:22, 67:18, 67:22, 67:23, 68:12, 71:11, 133:14, 133:15, 134:8, 134:19, 134:25, 135:18, 141:4, 147:3, 152:2, 152:6
**touch** [1] - 159:7
**tough** [5] - 36:2, 36:5, 36:6, 36:13, 36:19
**towards** [1] - 27:3
**town** [1] - 15:4
**track** [1] - 70:21
**Tracy** [5] - 65:21, 86:13, 101:10, 101:11, 101:14
**trade** [1] - 82:13
**trades** [1] - 81:6
**training** [3] - 9:20, 9:21, 10:3
**transaction** [14] - 28:2, 28:8, 91:16, 129:4, 132:22, 133:5, 133:10, 133:12, 139:19, 142:13, 142:17, 145:14, 145:21, 145:23
**transactions** [5] - 90:24, 91:3, 91:19, 92:12, 93:19
**transcript** [2] - 161:8, 161:10
**transfer** [1] - 130:9
**transferred** [2] - 148:5, 148:11
**transmitted** [1] - 146:2
**Trial** [1] - 2:2
**trial** [2] - 5:12, 6:3
**true** [7] - 21:18, 149:25, 150:7, 154:21, 161:11,

161:13, 163:13
**trust** [2] - 153:25, 154:7
**try** [1] - 137:24
**trying** [9] - 11:6, 30:6, 99:15, 102:10, 102:18, 103:2, 136:17, 144:12
**turn** [2] - 11:8, 52:9
**twelve** [1] - 78:19
**Twenty** [1] - 99:13
**twice** [1] - 132:2
**two** [27] - 11:14, 16:8, 16:13, 26:11, 37:13, 37:19, 37:22, 41:17, 58:10, 64:6, 64:10, 69:2, 73:11, 78:18, 95:3, 95:6, 97:18, 105:6, 111:18, 113:20, 125:6, 151:12, 151:14, 153:22, 155:22, 157:23, 158:14
**type** [9] - 64:5, 65:3, 68:17, 69:11, 69:17, 93:17, 94:10, 94:19, 139:18
**typed** [3] - 107:21, 107:24, 109:10
**types** [1] - 9:16
**typical** [1] - 16:21
**typically** [1] - 22:13

## U

**U.S** [2] - 58:5, 99:5
**UEA** [1] - 1:17
**ultimately** [1] - 151:22
**um-hum** [3] - 55:15, 56:13, 107:16
**under** [19] - 6:15, 52:6, 52:11, 53:8, 81:20, 105:6, 107:14, 108:3, 108:4, 108:8, 109:4, 109:15, 111:19, 127:3, 127:5, 138:24, 139:5, 156:15, 161:9
**underneath** [3] - 105:10, 107:21, 109:10
**understood** [1] - 8:19
**undertake** [1] - 112:12
**undertook** [1] - 100:22
**Uniondale** [1] - 4:5
**UNITED** [1] - 1:2
**up** [19] - 30:9, 30:14, 31:11, 31:12, 31:16, 40:19, 42:5, 52:17,

98:19, 106:13, 114:22, 115:2, 117:10, 118:8, 122:14, 135:12, 137:23, 137:25, 156:14
**update** [1] - 93:23
**URRUITA** [1] - 4:10
**URRUTIA** [2] - 1:4, 3:5
**utilize** [1] - 60:22

## V

**Valley** [1] - 8:22
**various** [1] - 151:25
**vehicles** [1] - 82:20
**verbally** [2] - 6:14, 8:12
**VERBONITZ** [39] - 3:23, 53:25, 57:15, 57:21, 73:24, 74:9, 92:18, 94:15, 94:19, 98:18, 99:4, 99:8, 106:12, 106:21, 112:9, 113:4, 113:13, 113:18, 113:25, 114:6, 114:12, 114:16, 114:21, 115:24, 116:18, 117:2, 117:11, 131:9, 131:20, 136:18, 140:5, 140:22, 142:14, 145:16, 147:22, 148:24, 149:11, 149:17, 159:22
**Verbonitz** [2] - 74:10, 162:5
**versus** [1] - 97:3
**via** [1] - 2:3
**visits** [2] - 16:22, 17:9

## W

**waive** [1] - 6:19
**waived** [1] - 5:7
**walked** [1] - 16:19
**wall** [1] - 158:25
**Wantagh** [1] - 3:18
**Web** [1] - 2:4
**wEIR** [1] - 3:20
**Wendy** [9] - 42:13, 42:16, 43:4, 43:6, 43:11, 56:15, 56:19, 71:17, 71:19
**whereby** [1] - 133:6
**WHEREOF** [1] - 163:20
**whole** [3] - 66:12,

80:2, 137:18
**Widener** [1] - 3:21
**wife** [1] - 106:3
**wise** [1] - 99:16
**withdrawn** [3] - 26:8, 43:19, 48:25
**witness** [6] - 6:13, 6:20, 7:3, 50:9, 163:10, 163:14
**WITNESS** [9] - 7:10, 7:13, 40:14, 40:20, 49:14, 68:24, 103:7, 162:3, 163:20
**witness'** [1] - 145:20
**words** [1] - 134:21
**works** [3] - 70:4, 100:10, 132:6
**write** [2] - 83:10, 83:13
**written** [4] - 27:20, 38:22, 93:17, 93:23
**wrongfully** [1] - 158:13

## Y

**year** [10] - 11:2, 35:7, 35:10, 35:16, 36:2, 36:5, 36:6, 36:13, 36:17, 36:19
**years** [30] - 10:7, 11:7, 11:24, 12:13, 13:14, 15:19, 15:25, 26:11, 33:3, 34:7, 34:8, 34:12, 34:13, 35:21, 42:23, 46:10, 46:13, 52:25, 58:23, 64:14, 70:11, 70:17, 70:21, 80:8, 80:10, 80:11, 150:3, 150:10, 150:9
**yesterday** [1] - 106:19
**York** [16] - 2:6, 2:24, 3:6, 3:14, 3:18, 4:5, 7:14, 12:22, 13:6, 13:7, 13:13, 86:13, 87:19, 161:21, 163:9
**YORK** [3] - 1:2, 161:4, 163:3
**yourself** [2] - 12:21, 80:4

## Z

**zero** [1] - 97:24
**ZIZMOR** [1] - 3:8
**Zoom** [1] - 6:4