1                                                          1

2    UNITED  STATES  EASTERN  DISTRICT
     DISTRICT OF NEW YORK

3     - - - - - - - - - - - - - - - - - - - - - - - x

4    SUPERB MOTORS INC., TEAM AUTO SALES,
     LLC, ROBERT ANTHONY URRUTIA, 189

5    SUNRISE HWY AUTO LLC, NORTHSHORE MOTOR
     LEASING LLC, BRIAN CHABRIER, individually

6    and derivatively as a member of
     NORTHSHORE MOTOR LEASING LLC, JOSHUA

7    AARONSON, individually and derivatively
     as a member of 189 SUNRISE HWY AUTO,

8    LLC, JORY BARON, 1581 HYLAN BLVD AUTO
     LLC, 1580 HYLAN BLVD AUTO LLC, 1591

9    HYLAN BLVD AUTO LLC, 1632 HYLAN BLVD
     AUTO LLC, 1239 HYLAN BLVD AUTO LLC, 2519

10   HYLAN BLVD AUTO LLC, 76 FISK STREET REALTY,
     LLC, 446 ROUTE 23 AUTO LLC and ISLAND AUTO

11   MANAGEMENT, LLC,

12                              Plaintiffs,
                               Case No. 1:23-cv-6188

13               - against -

14   ANTHONY DEO, SARAH DEO, HARRY THOMASSON,
     DWIGHT BLANKENSHIP, MARC MERCKLING,

15   MICHAEL LAURIE, THOMAS JONES, CPA,
     CAR BUYERS NYC, INC., GOLD COAST CARS

16   OF SYOSSET LLC, GOLD COAST CARS OF
     SUNRISE LIC, GOLD COAST MOTORS AUTOMOTIVE

17   GROUP LLC, GOLD COAST MOTORS OF LIC
     LLC, GOLD COAST MOTORS OF ROSLYN LLC,

18   GOLD COAST MOTORS OF SMITHTOWN LLC,
     UEA PREMIER MOTORS CORP., DLA

19   CAPITAL PARTNERS INC., JONES LITTLE & CO.,
     CPA'S LLP, FLUSHING BANK and LIBERTAS

20   FUNDING, LLC,
                               Defendants.
      - - - - - - - - - - - - - - - - - - - - - - - x

21                             Zoom Videoconference
                               January 5, 2026

22                             10:07 a.m.

23   Examination Before Trial of IRIS BARON,

24   before Renate Reid, RPR, a Notary Public of

25   the State of New York.

*Rich Moffett Court Reporting, Inc.*

```
 1                                              2

 2     A P P E A R A N C E S:

 3

 4     HARRY R. THOMASSON, ESQ.
       Pro Se Defendant
 5          3280 Sunrise Highway
            Wantagh, New York 11793
 6

 7
       CYRULI SHANKS & ZIZMOR, LLP
 8     Attorneys for Plaintiffs 189 Sunrise
       Highway, Northshore Motor Leasing,
 9     LLC, all Hyland Blvd Auto LLC,
       76 Fisk Street Realty, LLC,
10     446 Route 23 Auto, LLC, Island
       Auto Mgt., LLC, Brian Chabrier,
11     Joshua Aaronson, and Jory Baron
            420 Lexington Avenue, Suite 2320
12          New York, NY 10170-0002
       BY:  JEFFREY RUDERMAN, ESQ.
13

14
       MILMAN LABUDA LAW GROUP, PLLC
15     Attorneys for Plaintiffs Superb
       Motor Inc., Team Auto Sales, LLC,
16     and Robert Anthony Urrutia
            3000 Marcus Avenue, Suite 2320
17          Lake Success, NY 11042-1073
       BY:  EMANUEL KATAEV, ESQ.
18

19
       WEIR, LLP
20     Attorneys for LIBATAS FUNDING
            The Widener Building
21          1339 Chestnut Street, Suite 500
            Philadelphia, PA
22     BY:  JEFF CIANCIULLI, ESQ.

23

24

25
```

*Rich Moffett Court Reporting, Inc.*

3

A P P E A R A N C E S : (Cont'd)


CULLEN & DYKMAN, LLP
Attorneys for Flushing Bank
        333 Earle Ovington Boulevard
        Uniondale, NY 11553
BY:  ARIEL RONNEBURGER, ESQ.


ALSO PRESENT:

TONY URRUTIA
Anthony DEO

4

IT IS HEREBY STIPULATED AND

AGREED by and between the attorneys

for the respective parties herein,

that the filing, sealing and

certification of the within deposition

be waived.

IT IS FURTHER STIPULATED AND

AGREED that all objections, except

as to the form of the question,

shall be reserved to the time of the

trial.

IT IS FURTHER STIPULATED AND

AGREED that the within deposition

may be sworn to and signed before

any officer authorized to administer

an oath with the same force and effect

as if signed and sworn to before the

Court.

- oOo -

5

THE REPORTER:  All counsel
participating in this deposition
proceeding acknowledge that I am not
present in the deposition room, and
further acknowledge that in lieu of an
in-person administration of the oath,
it will be administered remotely.  The
parties and all counsel consent to
this arrangement and waive any
objections to this method of reporting.

Counsel, kindly voice your
agreement, stating your name and
agreement on the record, starting with
Mr. Thomasson.

MR. THOMASSON:  I am in
agreement Ms. Reid.

MR. KATAEV:  Emmanuel Kataev,
for Plaintiffs; in agreement.

MR. RUDERMAN:  Jeff Ruderman,
for the witness and the other
Plaintiffs; also in agreement.

MS. RONNEBURGER:  Arielle
Ronneburger, for Flushing Bank; in
agreement.

*Rich Moffett Court Reporting, Inc.*

6

I R I S   B A R O N, called as a witness,

    having been first duly sworn

    remotely by the Notary Public, was

    examined and testified as follows:

      *        *        *

<u>EXAMINATION BY</u>

<u>MR. THOMASSON:</u>

    Q    Good morning, Mrs. Baron.  My name is Harry Thomasson.  I'm going to be taking your deposition this morning.

        Is it okay if I refer to you as Mrs. Baron?

    A    Yes, it is.

    Q    Mrs. Baron, have you taken any medication or drugs of any type this morning that would impact your ability to go forward?

    A    No.  But I did have a stroke a year and a half ago, and I am on blood thinners.

    Q    Okay.  Has that left you compromised at all regarding your memory?

    A    Absolutely not.

    Q    And so, would it be fair to

```
1                                           7
2    say that there's no reason that you know
3    of that you wouldn't be able to
4    understand my questions this morning?
5               Is that true?
6         A      True.
7         Q      Okay.  Mrs. Baron, have we
8    ever met before?
9         A      No.
10        Q      Have we ever spoken before?
11        A      No.
12        Q      When was the first time that
13   you ever heard my name?
14        A      Today.
15        Q      Okay.  And you're aware of
16   what this deposition involves?
17               MR. RUDERMAN:  Object to the
18          form.
19               You can answer the question.
20               MR. THOMASSON:  I'll withdraw
21          that, Jeffrey.
22   BY MR. THOMASSON:
23        Q      Withdrawn, Mrs. Baron.
24               Are you aware of the legal
25   case that you're testifying regarding
```

8

today?

        A       Could you repeat the question, please?

        Q       Sure.

                Are you aware of the legal case that you're testifying in today?

        A       No.

        Q       Okay.  There is an action that lists you as a Plaintiff on behalf of the Estate of David Baron.

                Are you aware that you're involved in that action?

        A       Yes.  As of today, I am.

        Q       So, would it be fair to say that prior to today, you didn't know anything about that case?

                Is that true?

        A       Yes.

        Q       Did you authorize your name being involved in the case?

        A       No.

        Q       Are you the administrator or executrix on behalf of the Estate of David Baron?

9

A    I am the representative of the Estate of David Baron.

Q    Do you know what position it is that makes you the representative?

A    Yes.

Q    What is that called?

A    I would think that -- that -- well, I really -- no.  No is the answer.  Sorry.  I can't explain it, because I don't understand it myself.

Q    Okay.  Would it be fair to say that you are the executor of the estate?

     Would you know that?

A    Yes.

Q    You are the executor?

A    Yes.  From my lawyers, I know that.

Q    Okay.  How long have you been the executor?

A    For four years.

Q    And that would be since David died?

A    Correct.

10

Q      Was anyone else ever the executor, if you know?

A      Not to my knowledge, but I don't know that answer.

Q      Do you know if there are any legal proceedings still taking place regarding the estate?

A      No.

Q      There could be, but you just don't know?

A      Don't know.

Q      Okay.  Now, are you familiar with the term Northshore Motors?

A      Yes.

Q      When did you first learn of the existence of Northshore Motors?

A      The first time is when my husband went with -- I went with him to see Northshore Motors.  But I have to say that, in the 45 years that I have been married to my husband, I have never been involved in any of his businesses; nor before I got married, did I ever get myself involved in any of his businesses.

*Rich Moffett Court Reporting, Inc.*

```
 1                                                  11
 2      That was his and not my business.  My
 3      business is to take care of my children.
 4           Q      Okay.  But you went to
 5      Northshore Motors; you remember that?
 6           A      I did.  Yes, I did.  Mm-hmm.
 7           Q      How many times were you
 8      there, do you know, roughly?
 9           A      Maybe three.
10           Q      Okay.  Do you know what year
11      the first one was?
12           A      No.  I do not remember.
13           Q      Do you know what year the
14      last time you were there was?
15           A      No.  I do not remember that
16      either.
17           Q      Was your husband alive for
18      each of your three visits?
19           A      Yes, he was.
20           Q      And what was the date of his
21      death, do you know?
22           A      Okay.  Let's see.
23      May 22nd -- I think, 22nd, he died -- of
24      2022 --
25           Q      Okay.
```

*Rich Moffett Court Reporting, Inc.*

1                                                          12

2          A       -- or 21st there.

3          Q       So, it was May of '22 that he

4    died?

5          A       I think so, yes.

6          Q       And you were not, yourself,

7    involved in any of his businesses.

8                  Is that what you testified

9    to?

10         A       Yes.

11         Q       Did you and your husband file

12   joint tax returns?

13         A       He did everything.  So, he

14   told me to sign; I signed.  So, I would

15   say yes to that.  Not sure.

16         Q       Well, did you file tax

17   returns?

18         A       Whatever he told me to sign;

19   yes, we did.  So, I'm sure that it was --

20   I cannot answer that, because when my

21   husband said sign something, I signed it.

22   I never did my own taxes, so I am

23   assuming, yes.

24         Q       And to the best of your

25   knowledge, you filed joint taxes with

```
1                                          13

2     your husband; is that right?

3          A      Correct.

4          Q      Have you filed taxes since he

5     died?

6          A      Yes.

7          Q      And just so you know, I don't

8     mean to be disrespectful at all.  I have

9     questions to ask, and I'm just -- at

10    times I'm going to have to talk about his

11    death.  I'm sorry.

12         A      Okay.

13         Q      So --

14         A      If I cry a little bit, that's

15    okay too.

16         Q      I understand.  Yes, it is.

17    And if you need a break, just speak up.

18    No problem.  Anytime, okay?

19               If you don't understand

20    something I'm asking you, also tell me,

21    because I would be happy to rephrase

22    anything if you don't understand it,

23    okay?

24         A      Okay.

25         Q      So, you now know that there's
```

1                                                    14

2      an action with your name on it in the

3      courts of New York; is that right?

4            A      If you're telling me that,

5      then, yes.

6                   I have to tell you that when

7      I was -- when my husband passed away, I

8      was grieving him.  I still am.  And I had

9      nothing to do with any of the visits,

10     like I said.  And my son-in-law, Josh,

11     took over everything.  So, I really don't

12     know anything.

13           Q      Well -- but still -- I

14     understand your position, that you don't

15     understand things about the business.

16     But not all of my questions are just

17     going to pertain to business questions.

18           A      Okay.

19           Q      So, for example, are you

20     familiar with the name Anthony Deo?

21           A      Yes.

22           Q      How do you know Anthony Deo?

23           A      I met him when I was at

24     Northshore, or whatever it's called.  I

25     don't remember what it's called.

```
 1                                          15
 2         Q       And did you ever hear the
 3    term 189 Sunrise Highway?
 4         A       No.
 5         Q       You're not familiar with a
 6    business with that name?
 7         A       No.
 8         Q       Are you familiar with any
 9    business from that address?
10         A       No.
11         Q       Okay.  Do you know where
12    Northshore was?
13         A       Yes.
14         Q       Where was it?
15         A       I think it was in Jericho or
16    Syosset.
17         Q       And you think you were there
18    about three times; is that right?
19         A       About that.  Mm-hmm.
20         Q       Did you ever have any
21    conversations with Anthony Deo?
22         A       Briefly -- hello, how are
23    you.
24         Q       And that would have been at
25    Northshore only?
```

*Rich Moffett Court Reporting, Inc.*

1                                           16

2        A       No.  He did come to my house

3    at one point.

4        Q       And that would be your house

5    located at -- in Palm Beach Gardens,

6    Florida?

7        A       Yes, that is correct; when my

8    husband was very, very sick and he came

9    to my house.  I was upset about that.

10       Q       Who made the decision for him

11   to come to your house?

12       A       I -- I guess, my husband,

13   when he called.  I guess, when -- Anthony

14   must have called him, because he didn't

15   know he was in Florida.  And I guess my

16   husband said, come.  I don't know.  I

17   wasn't -- I wasn't at that place when it

18   happened, so I can't answer that.

19       Q       But you did just answer it.

20               And you were under the

21   impression that Anthony Deo called while

22   he was already in Florida; is that right?

23               MR. RUDERMAN:  Object to the

24       editorialization.

25               You can answer the question.

*Rich Moffett Court Reporting, Inc.*

```
1                                    17
2        A      I don't know.
3    BY MR. THOMASSON:
4        Q      Do you know what the purpose
5    of that meeting was?
6        A      No.
7        Q      Do you know if any documents
8    were signed during that meeting?
9        A      I do not know.  I was not in
10   the room.
11       Q      Do you know if you made any
12   deposits of any checks related to that
13   meeting?
14       A      No.
15       Q      Did you ever make any
16   deposits, at your husband's direction, of
17   any checks in the last eight years?
18       A      Absolutely not.  As I said
19   before, I had nothing to do with any of
20   this business.  My husband took care of
21   everything.
22       Q      Did you have bank accounts in
23   your own name or only jointly with your
24   husband?
25       A      I had one bank account in my
```

```
 1                                         18
 2     own name, which was when I worked.  And I
 3     kept that money.  And the rest was with
 4     my husband.
 5          Q     So, the only deposits that
 6     would have gone into a bank account of
 7     yours would have been from your work
 8     history; is that correct?
 9          A     That is correct.
10          Q     Your husband didn't give you
11     any money to put into any of your
12     accounts?
13          A     Never.  Never.
14          Q     Okay.  Can you tell me how
15     many cars you and your husband have
16     operated or owned personally since 2017?
17     I'm just looking for a number here.
18               MR. RUDERMAN:  I'll object to
19          the form of the question.  I will
20          allow the question, but I'm going
21          to note that I don't see the
22          connection to anything in this
23          case.  But I'll give some leeway,
24          to see where this goes.
25               MR. THOMASSON:  Nothing would
```

*Rich Moffett Court Reporting, Inc.*

19

make me happier, Mr. Ruderman, if
you don't know where I'm going.

BY MR. THOMASSON:

Q     Ms. Baron, how many cars have
you or your husband owned, that you know
of, since 2017?

A     As far as I know, I don't own
any cars.  They are business cars.

Q     How many cars have you or
your husband operated, that you know of,
since 2017?

A     I don't remember.

Q     Well, was it more than five?

A     No.  I had one car, and my
husband would have another car.  That was
it.  How many cars can you drive?

Q     I don't know how many
out-of-state holdings you have, ma'am.

Would you have cars in
Florida, you and your husband?

A     We would take a car, and we
would transfer the car from New York to
Florida, and I would have a car and he
would have a car.

                                                    20

  Q      Did you also have any
addresses that you lived at in New York
since 2017?

  A      I do.

  Q      How many addresses do you
have in New York that you've lived at
since 2017?

  A      One.

  Q      What would be that address?

  A      Six Old Wagon Lane, in Old
Westbury, New York.

  Q      Is that still yours?

  A      It is in the process of being
sold.

  Q      Okay.  And you have a home in
Palm Beach Gardens, Florida; is that
right?

  A      Correct.

  Q      Is that where you are now?

  A      Yes.

  Q      Since 2017, do you know if
you or your husband have operated a
Bentley?

  A      Yes.

```
1                                          21

2          Q      Do you know where that car

3     came from?

4          A      No.

5                 MR. RUDERMAN:  Object to the

6           form.

7                 You can answer the question.

8     BY MR. THOMASSON:

9          Q      Do you know what dealership

10    that car came from?

11                MR. RUDERMAN:  Object to the

12          form.

13                You can answer.

14         A      I don't know.

15    BY MR. THOMASSON:

16         Q      Do you know how either of you

17    obtained that car?

18                MR. RUDERMAN:  Object to the

19          form.

20                You can answer.

21         A      It was with North -- what is

22    it called? -- Northshore -- it was with

23    Northshore Motors, I guess.

24    BY MR. THOMASSON:

25         Q      How do you know that?
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                              22
 2         A       Because Anthony had Bentleys.
 3         Q       Would your husband have been
 4    able to obtain a Bentley from anyone
 5    other than Anthony Deo, if he wanted to?
 6                 MR. RUDERMAN:  Object to the
 7            form as to what she knows about --
 8    BY MR. THOMASSON:
 9         Q       If you know.
10         A       I don't know.
11         Q       What business was your
12    husband in?
13         A       The car business.
14         Q       Do you know what his position
15    was in the car business?
16         A       No.
17         Q       He was an owner, at the very
18    least, wasn't he?
19         A       Yes.  If that's what you want
20    to say.  Mm-hmm.
21         Q       And do you know when that
22    Bentley was operated by you or your
23    husband?
24         A       I don't remember.
25         Q       Was it after 2017, if you
```

*Rich Moffett Court Reporting, Inc.*

```
1                                    23

2    know?

3         A      I don't remember.

4         Q      Where is that car today?

5         A      I have a car in Florida.  It

6    never moved.

7         Q      The Bentley is still in

8    Florida?

9         A      Correct.

10        Q      How long have you had it?

11        A      I don't remember.  I don't

12   remember -- I -- I -- I really don't

13   remember.  I think it was right before my

14   husband passed away.

15        Q      Did Josh Aaronson ask you to

16   put your name on the lawsuit that we're

17   all here for today?

18        A      No.  I cannot answer that

19   question.  I don't know.

20        Q      You don't know how your name

21   is on this lawsuit?

22        A      I don't know who asked me to

23   sign it.

24        Q      Did someone, if you know?

25        A      I don't remember.  I told
```

*Rich Moffett Court Reporting, Inc.*

1                                              24

2      you, I was in bereavement.  I had -- I

3      was in shock.  I had asked Josh to do

4      everything for me.

5             Q       Did you authorize Josh to do

6      everything for you?

7             A       Yes.  He is the one that has

8      been holding me up on this, on

9      everything.  Mm-hmm.

10            Q       So, you wouldn't know,

11     yourself, whether or not I did anything

12     to harm the Estate of David Baron, do

13     you?

14            A       I don't understand that

15     question.  I'm sorry.

16            Q       Well, the lawsuit against me,

17     with your name on it, alleges that I did

18     certain things to harm the Estate of

19     David Baron.

20                    Did you know that?

21            A       No.

22            Q       Okay.  Now that you know

23     that, do you know of anything that I did

24     to harm the Estate of David Baron?

25            A       I can't answer that, because

```
 1                                              25

 2    I don't know.

 3          Q      So, you can answer it.

 4                 The answer is -- is, you

 5    don't know if I did anything to harm the

 6    Estate of David Baron, right?

 7          A      Correct.  Only, I said that

 8    Josh would know everything.  I do not

 9    know anything.

10          Q      Okay.  And with regard to

11    Michael Laurie, have you ever heard that

12    name before?

13          A      No.  I don't even know who

14    that is.

15          Q      Would it be the same answer,

16    yes or no, that you don't know if Michael

17    Laurie did anything to harm the Estate of

18    David Baron?

19                 Is that fair to say?

20                 MR. RUDERMAN:  Mr. Thomasson,

21          are you representing Mr. Laurie in

22          this questioning?

23                 MR. THOMASSON:  No.

24                 MR. RUDERMAN:  (Inaudible)

25          the context of your question, are
```

1                                              26

2    you representing Mr. Laurie?

3    You're asking about -- (cross talk)

4           MR. THOMASSON:  I'm not the

5    one being deposed today, Mr.

6    Ruderman.

7           MR. RUDERMAN:  No.  You are

8    --

9           MR. THOMASSON:  I was

10   asking --

11          MR. RUDERMAN:  You are --

12          MR. THOMASSON:  I was

13   asking --

14          MR. RUDERMAN:  You are a pro

15   se defendant, here taking your

16   deposition, and you're asking about

17   Mr. Laurie, who is not your client,

18   and he is not here deposing.

19          By the way, who's

20   Mr. Benjamin, Mr. Laurie's

21   attorney?  Is he here today?

22          MR. THOMASSON:  Mr. Ruderman,

23   I'm in the middle of a deposition

24   here.  Are you stopping me --

25          MR. RUDERMAN:  I'm going to

1                                                    27

2          object to any questions --

3                MR. THOMASSON:  Are you

4          stopping me --

5                MR. RUDERMAN:  Yes --

6                MR. THOMASSON:  -- from

7          asking --

8                MR. RUDERMAN:  -- any

9          questions --

10               MR. THOMASSON:  -- questions?

11               MR. RUDERMAN:  -- any

12         questions about anybody other than

13         yourself.

14               MR. THOMASSON:  What did you

15         say?

16               MR. RUDERMAN:  I'm going to

17         object to any questions that you

18         ask about any party that you have

19         been disqualified from

20         representing.

21               MR. THOMASSON:  Very good.  I

22         appreciate that.  You go right

23         ahead and object, and then the

24         witness will answer anyway.

25               MR. RUDERMAN:  The witness

1

2      will not answer any questions -- I

3      will object to any questions that

4      you ask about a party that you do

5      not represent.

6            Go on.

7            MR. THOMASSON:  Are you

8      stopping the witness from

9      answering?  Yes or no.

10            MR. RUDERMAN:  I am stopping

11      the witness from answering any

12      questions about a question you ask

13      about somebody other than your pro

14      se representation.

15            MR. THOMASSON:  Ms. Reid, we

16      have to take a break at this time.

17      I'm going to be calling chambers,

18      because we're all going to have to

19      get on the line to settle this.

20      I'm not moving forward and being

21      stopped from asking these

22      questions.

23            MR. KATAEV:  Harry, the

24      judge's individual rules offer the

25      ability to send a Zoom link via

29

e-mail to chambers so that the

judge could join the Zoom.

MR. THOMASSON:  Ms. Reid, I'm

going to take a break at this time.

I'm going to call chambers and get

their address for the Zoom link and

let them know that we're going to

be needing some assistance.

THE REPORTER:  Okay.  I'll go

off the record now.

(Recess taken)

(Conversation with Judge

ensues via phone conference)

JUDGE WICKS:  Judge Wicks

here.

MR. THOMASSON:  Good morning,

Your Honor.

MR. RUDERMAN:  Good morning,

Your Honor.

JUDGE WICKS:  Good morning.

MR. THOMASSON:  I'm the one

that initiated this.

JUDGE WICKS:  I got it.  I've

been filled in by Jacqueline, my

1                                              30

2    law clerk.

3            Do we have everybody on the

4    line who is participating in the

5    deposition?

6            MR. RUDERMAN:  Yes, Your

7    Honor.

8            JUDGE WICKS:  Okay.  And I

9    understand Iris Baron is being

10   deposed?

11           MR. RUDERMAN:  Yes.

12   Ms. Baron is being deposed.

13   Correct, Your Honor.

14           JUDGE WICKS:  And,

15   Mr. Thomasson, you're taking the

16   deposition?

17           MR. THOMASSON:  I'm taking

18   the deposition, Your Honor, yes.

19           MR. WICKS:  Okay.  Who is

20   defending?

21           MR. RUDERMAN:  This is

22   Jeffrey Ruderman, from Cyruli

23   Shanks, and I'm defending the

24   deposition of Ms. Baron.

25           JUDGE WICKS:  All right.  So,

```
 1                                      31
 2      Mr. Thomasson, you're asking
 3      questions.
 4           And what's the nature of the
 5      dispute?
 6           MR. THOMASSON:  Last time, I
 7      took the deposition of Asad Kahn,
 8      and I asked a series of questions
 9      without any objection from Cyruli
10      Shanks.
11           JUDGE WICKS:  Okay.
12           MR. THOMASSON:  I'm going
13      through the same process today with
14      Mrs. Baron, who, like Mr. Kahn,
15      doesn't know anything about the
16      claims against me, and has --
17           JUDGE WICKS:  Okay.
18           MR. THOMASSON:  -- basically
19      left everything in the hands of
20      Josh Aaronson, who, like Mr. Kahn,
21      basically said the same thing.
22           And then, like last week, I
23      started asking, well, then, is it
24      also true that you don't know
25      anything about the claims against
```

*Rich Moffett Court Reporting, Inc.*

32

the other codefendants, and I
started listing them by name.  And
Mr. Ruderman said he's not going to
allow Mrs. Baron to answer those
questions.

          JUDGE WICKS:  Okay.
Mr. Ruderman, why not?

          MR. RUDERMAN:  So, Your
Honor, Mr. -- I don't know exactly
where Mr. Thomasson is going to end
up, but he starts asking questions
about parties that he was
disqualified in representing.

          JUDGE WICKS:  Yeah.

          MR. RUDERMAN:
Mr. Benjamin -- Mr. Benjamin, who
has taken over the case from
Mr. Thomasson, is not even on the
Zoom.  He is not even attending
this deposition.

          JUDGE WICKS:  Okay.

          MR. RUDERMAN:  And so,
Mr. Thomasson is a pro se party,
representing himself --

*Rich Moffett Court Reporting, Inc.*

1                                              33

2              JUDGE WICKS:  Yeah.

3              MR. RUDERMAN:  -- and is now

4       seeking to, as far as I'm

5       concerned, represent the party he's

6       been disqualified from representing

7       by asking questions about whether

8       or not the witness knows

9       information about people who he

10      does not represent.  And I'm

11      objecting to his --

12             JUDGE WICKS:  Yeah.

13             MR. RUDERMAN:  -- questions

14      about parties that he is not

15      representing and he's disqualified

16      from representing, especially when

17      Mr. Benjamin isn't even attending.

18             JUDGE WICKS:  Okay.  But he's

19      not asking questions as

20      representative capacity, other than

21      himself.

22             He's allowed to appear pro

23      se, correct?

24             MR. RUDERMAN:  Correct.

25             JUDGE WICKS:  All right.  And

34

pro ses have the same rights as
representative parties do, right,
under Rule 30?

MR. RUDERMAN:  They do, Your
Honor.  I -- typically, Your
Honor -- I apologize to the Court.
This is not my usual MO.  I let the
attorneys ask questions.  I don't
like --

JUDGE WICKS:  Yeah.

MR. RUDERMAN:  -- to object.
I just feel that this is really
pushing the boundaries, that the
Court has issued an order, and
Mr. Benjamin is not even here
representing his parties.  And
Mr. Thomasson appears to be
representing those parties, in
violation of the court order.  And
that's --

MR. THOMASSON:  Can I
respond?

JUDGE WICKS:  As soon as
Mr. Ruderman finishes.

1                                    35

2              MR. THOMASSON:  I'm sorry.

3              JUDGE WICKS:  Let him finish

4      first.

5              MR. RUDERMAN:  Thank you,

6      Your Honor.

7              So, that is the nature of my

8      objection.  And, obviously, I -- I

9      brought it to the Court's

10     attention, and the Court will,

11     obviously, deal with it as the

12     Court deems appropriate.

13             JUDGE WICKS:  Okay.  Sounds

14     good.  All right.

15             Go ahead now, Mr. Thomasson.

16             MR. THOMASSON:  Harry

17     Thomasson, Your Honor, for the

18     court reporter's purposes.

19             I am -- I am alleged to be

20     engaged in this vast criminal

21     conspiracy with the co-defendants,

22     and I sit here and wonder to myself

23     what it is that I did.  I've been

24     wondering that for two and a half

25     years.  And I'm even admonished by

*Rich Moffett Court Reporting, Inc.*

1                                              36

2          the Court when I say it too many

3          times.  And the fact of the matter

4          is, I'm not engaged in any broad

5          criminal conspiracy.  And so far,

6          we have -- this is -- get the same

7          thing out of this witness:  She

8          doesn't know anything about a

9          criminal conspiracy.

10              JUDGE WICKS:  Hold on,

11         Mr. Thomasson.  Mr. Ruderman raises

12         a question.  Let's get to the

13         issues here.

14              So, he's saying, hey, you

15         were disqualified, and you can only

16         represent yourself, and that's

17         fine; but Mr. Benjamin's not here,

18         and this is just a ruse, basically,

19         that you're asking questions on

20         behalf of other Defendants that you

21         were disqualified from.

22              Answer that one.

23              MR. THOMASSON:  I just

24         want -- I just want to know what

25         the witness thinks we all did.  And

37

I'm -- I don't exist in a vacuum
here.  They're the ones that lumped
me together with these people.  And
the fact of the matter is, I can't
even imagine we're having this
conversation.  Of course, this
could lead to relevant evidence.

JUDGE WICKS:  Right.  But his
question is -- it's really -- are
you really circumventing the order
that disqualified you from
representing the other parties?
That's the question.

MR. RUDERMAN:  And, Your
Honor, this is Mr. Ruderman.

The question was not -- was
not what do you know -- do you know
whether I communicated with
Mr. Laurie, what do I have to do
with Mr. Laurie?  That would be a
legitimate question.  The question
was, what do you know about
Mr. Laurie?  I'm like, why is he
asking questions about Mr. Laurie

38

independently?

JUDGE WICKS:  Okay.  But the whys are irrelevant.  That's up to him, right?  He's entitled to ask the questions that are relevant and germane, and they certainly are, whether or not he's representing or not.  If Benjamin were sitting there defending Deo, I suspect Mr. Thomasson would still ask those questions.

There's no limitation by court order or 30(b)(6).  There's no privilege being asserted here, and it's not palpably irrelevant. So, there's no basis to direct her not to answer on that ground.

If you do think he's violating orders -- the disqualification order, that would be a separate motion.  But the deposition, you got to proceed, and they have to answer --

MR. RUDERMAN:  Thank you,

```
1                                        39

2        Your Honor.

3             JUDGE WICKS:  -- all right?

4             All right.  Anything else,

5        you call back, all right?

6             MR. RUDERMAN:  Thank you.

7             JUDGE WICKS:  All right.  No

8        worries at all.  Happy New Year,

9        everybody.

10            MR. THOMASSON:  Thank you.

11       We're through, Judge.  We're going

12       to hang up on this call now, okay?

13            (End of phone conference)

14            MR. RUDERMAN:  Iris, you can

15       unmute yourself.

16            So, we've had an

17       opportunity -- Iris, this is for

18       your benefit.  We've had an

19       opportunity to speak to the judge.

20       The judge has directed that the

21       questions, at least as asked so

22       far, are appropriate, and

23       Mr. Thomasson is going to continue

24       with his questions, and I'll note

25       my objections in the future, if I
```

```
1                                                    40

2          deem it appropriate.

3                   So, Mr. Thomasson, feel free

4          to either answer [sic] that

5          question again or have it read

6          back, or if Iris remembers it.

7                   MR. THOMASSON:  Could you

8          read that question back for me,

9          Ms. Reid.

10                  THE REPORTER:  Sure.

11                  (Record was read back)

12   CONTINUED EXAMINATION

13   BY MR. THOMASSON:

14        Q     Mrs. Baron, can you hear me?

15        A     Yes.

16        Q     Okay.  So, is it fair to say,

17   Mrs. Baron, that you also do not know of

18   any wrongdoing that Michael Laurie

19   committed against the Estate of David

20   Baron?

21        A     I have no personal knowledge

22   about this.  You'd have to ask Josh.

23        Q     That would be Josh Aaronson?

24        A     Correct.

25        Q     And would that be the same
```

41

answer regarding any allegations against

Marc Merckling?

    A      I don't know who that is.

    Q      So, then, would it be fair to

say that you do not know, yourself,

anything about alleged wrongdoing by Marc

Merckling against the Estate of David

Baron?

    A      Again, I don't have any

personal knowledge.  You have to ask Josh

Aaronson.  He took over everything, and

that is what happened.  And this is who I

trusted to do it.  I have nothing to do

with this business.

    Q      And you authorized Josh to

take care of this lawsuit; is that right?

    A      That is correct.

    Q      And --

    A      I was told that Anthony cost

me millions of dollars; and if I didn't

pay the bank back, I was going to be in

trouble.  And from then on, Josh -- I

said, please, Josh, you take over.

    Q      And who is it that told you

```
 1                                          42

 2    Anthony Deo cost you money?

 3         A      Josh Aaronson.

 4         Q      Has anyone else ever told you

 5    that?

 6         A      I don't know at this point.

 7    Josh -- just Josh.  Josh Aaronson told

 8    me.

 9         Q      All right.  Is there anyone

10    else you can think of that would have

11    told you that?

12              MR. RUDERMAN:  Before you

13         answer the question, just to be

14         clear, do not provide any

15         information about communications

16         you may have had with me or any

17         other attorney.  Mr. Thomasson is

18         not asking about whether any

19         attorney communicated to you.

20         Anybody other than an attorney is

21         what he's asking.

22              THE WITNESS:  I'm sorry.  I

23         didn't understand that.

24              MR. THOMASSON:  I'll explain

25         it, Jeff.
```

*Rich Moffett Court Reporting, Inc.*

43

BY MR. THOMASSON:

    Q    Mrs. Baron, did anyone other than Josh Aaronson and your attorneys ever tell you that Anthony Deo cost the Estate of David Baron money --

    A    No.

    Q    -- that you can think of right now?  Yes or no.

    A    No attorney ever said -- no. Josh is the one.

    Q    Okay.  And -- now, I have to ask the questions, though, okay?

    So, same question pertaining to Dwight Blankenship:  Are you aware, yourself, of any wrongdoing that Dwight Blankenship committed that cost the Estate of David Baron money?

    A    I have no personal knowledge of that.  You have to ask Josh.

    Q    Okay.  And, again, as with my name and Michael Laurie and Marc Merckling, is it fair to say that you're not even familiar with the name Dwight Blankenship?

1                                              44

2          A      Correct.  Correct.

3          Q      And that's your answer for

4   all four of us so far, right?

5          A      Correct.  I have no personal

6   knowledge of this.  You have to ask Josh.

7          Q      And you also don't know the

8   four of us; is that right?

9          A      That is correct.

10         Q      Okay.  Now, what about Sara

11  Deo?

12                Have you ever met her?

13         A      Yes, I did, on a few

14  occasions.

15         Q      And would those occasions

16  have been at Northshore Motors?

17         A      That is correct.

18         Q      And would that be on each of

19  the occasions that you were there, which

20  was roughly three, in total?

21         A      Correct.

22         Q      Did you ever meet her outside

23  of Northshore Motors?

24         A      No.

25         Q      Did you ever speak with her

```
1                                           45
2    outside of Northshore Motors?
3         A      No.
4         Q      And would it be fair to say
5    that maybe it was just an introduction?
6                MR. RUDERMAN:  Object to the
7           form.
8                You can answer.
9         A      (No response.)
10   BY MR. THOMASSON:
11        Q      I'll rephrase the question.
12        A      Okay.
13        Q      Mrs. Baron, did you ever have
14   any substantive conversation with Sara
15   Deo?
16        A      Not to my knowledge, no.
17        Q      Did you ever have a
18   substantive conversation with Anthony
19   Deo?
20        A      Wait.  What is "substantive"?
21               Could you just do this on
22   laymen term and not a big word?  Whether
23   you -- could you rephrase the question,
24   please?
25        Q      Sure.  Absolutely.
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                            46
 2              Other than just hellos, good
 3      byes, talking about the day or lunch, did
 4      you ever have any substantive
 5      conversations on the subject of
 6      business --
 7          A      No.
 8          Q      -- with Sara Deo?
 9          A      No.
10          Q      What about Anthony Deo?
11          A      No.
12          Q      If I were to tell you that
13      the subject matter of Anthony Deo being
14      at your house in Florida was the purchase
15      by Anthony Deo of Baron Nissan®, would
16      that be something you've heard of before
17      today?
18              MR. RUDERMAN:  Object to the
19          form.
20              You can answer.
21          A      Yes.  And I have to say that
22      my husband, at that time, I don't even
23      think was in his right mind, because he
24      also wanted to buy a boat.  And shortly
25      after Anthony did visit him, he did pass
```

*Rich Moffett Court Reporting, Inc.*

```
1                                              47
2    away.  He was just not himself.
3    BY MR. THOMASSON:
4          Q      So, you testified that David
5    Baron died during May of 2022, right?
6          A      Correct.
7          Q      And would it be fair to say
8    that Anthony Deo, in your mind, visited
9    your home just once?
10         A      Yes.
11         Q      And would that have also been
12   in 2022?
13         A      I believe so.
14         Q      But in any event, it would
15   have been shortly before David died?
16         A      Yes.
17         Q      Do you know how much before
18   David died Anthony visited?
19         A      I don't know.
20         Q      Could it have been weeks?
21         A      I don't remember.  I'm sorry.
22         Q      Last one:  Could it have been
23   within months?
24         A      Could have been.
25         Q      You said your husband was
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                                    48
 2   very sick before he died?
 3        A      Yes.
 4        Q      What was he sick with?
 5        A      He had stage 4 melanoma
 6   cancer.
 7        Q      Was he on medication?
 8        A      He was.
 9        Q      What medication was he on?
10        A      I'm not sure exactly.  I know
11   he had -- not chemo --
12        Q      Radiation?
13        A      No.  Immune therapy.
14        Q      Was that administered by a
15   doctor, if you know?
16        A      Yes.
17        Q      Was that in Florida or New
18   York?
19        A      In Florida.  He also had a
20   valve transplant.  He also had a
21   pacemaker put in.  He -- we were in the
22   hospital every three weeks.
23        Q      And the valve transplant,
24   what year did that take place?
25        A      Same year.  All the --
```

```
 1                                                    49

 2          Q       Same year that he died?

 3          A       Yes.

 4          Q       And was the pacemaker

 5     installed during the same year that he

 6     died?

 7          A       Yes.

 8          Q       Do you need a moment?

 9          A       Yes.

10          Q       Take your time.

11                  (Recess taken)

12     CONTINUED EXAMINATION

13     BY MR. THOMASSON:

14          Q       On the day -- if you can

15     remember, on the day that Anthony Deo

16     came to Palm Beach Gardens and met with

17     you and David at the house, was there

18     anyone else present?

19                  MR. RUDERMAN:  Object to the

20          form.  She didn't say she met with

21          him.

22                  You can answer the question.

23          A       Could you please repeat the

24     question?

25     BY MR. THOMASSON:
```

```
 1                                        50
 2          Q      Sure.  I'm going to withdraw
 3     that question and ask you a different
 4     question.
 5          A      Okay.
 6          Q      Did you meet Anthony Deo the
 7     day that he came to your home?
 8          A      I said hello.  Yes.
 9          Q      Okay.  And did you -- and did
10     you have lunch or prepare lunch with
11     Anthony and David?
12          A      No.
13          Q      Was anyone else in the house
14     that day, if you can remember?
15          A      My daughter was visiting me.
16          Q      Would that be Brooke?
17          A      Yes.
18          Q      Was anyone else present, if
19     you can recall?
20          A      Not to my knowledge.
21          Q      Do you remember making any
22     copies of any documents that day for
23     David or Anthony?
24          A      No, I do not.
25          Q      Do you have a copier in the
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                              51
 2   house?
 3        A      I have a printer.
 4        Q      You can make copies on the
 5   printer, right, if you wanted?
 6        A      Oh, at that time, no, I
 7   didn't have any, personally.  So, I don't
 8   know what happened, because the printer
 9   is in my husband's office.  I don't know.
10   I don't -- I didn't make anything.  I
11   didn't -- I wasn't even there when --
12   when they discussed -- whatever they
13   discussed was behind the closed doors.
14   I -- I wasn't there.
15        Q      So, there wouldn't have been
16   any occasion that day that you would have
17   been congratulating David and Anthony on
18   anything?
19        A      I do not remember.  I'm
20   sorry.  I don't remember.
21        Q      Have you owned any automobile
22   dealerships in your lifetime, Mrs. Baron?
23        A      No.
24        Q      Has Josh Aaronson been
25   involved at all in the handling of David
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                    52
 2    Baron's estate, if you know?
 3         A      He's helped me out.  I don't
 4    know if it's for David Baron estate, but
 5    he has always helped me out.
 6         Q      And he's your son-in-law?
 7         A      Yes, he is.  But he is my
 8    son.
 9         Q      And by that you mean he's
10    like a son to you?
11         A      Correct.
12         Q      Kind of going down the
13    checklist here, Mrs. Baron.  I don't
14    actually think this is going to be too
15    much longer.
16              We'll probably be done by at
17    least noon, okay?
18         A      Okay.
19         Q      So, you do know who Sara and
20    Anthony Deo are, right?
21         A      Right.
22         Q      Do you know, yourself,
23    whether or not they committed any harms,
24    financially, to the Estate of David
25    Baron?
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                            53
 2         A      I know that Josh told me, as
 3   I've said before, that Anthony cost me
 4   millions of dollars, and that I had to
 5   pay back the bank what Anthony did not
 6   pay cars  over, or something I don't
 7   really understand.  And I had to pay the
 8   bank the money that Anthony owed, because
 9   I would have been in trouble.  And that's
10   what I know.  And that's it.
11         Q      So, then, that would be --
12   you only know of any potential wrongdoing
13   involving Anthony Deo, right --
14         A      Correct.
15         Q      -- out of all of us.
16                And you only know it from
17   Josh; is that right?
18         A      That is correct.
19         Q      You don't have any personal
20   knowledge yourself of any wrongdoing,
21   right?
22         A      That is correct.
23         Q      Do you know whether or not
24   you ever received any money from Anthony
25   Deo?
```

```
 1                                    54
 2        A      I personally did not receive
 3   any money from Anthony Deo.  I do not
 4   handle anything in business, as I said
 5   before.
 6        Q      Do you know if you ever
 7   received any money from Northshore
 8   Motors?
 9        A      Not to my knowledge, no.  I
10   have never received any money.
11        Q      Okay.  Do you have any bank
12   accounts with Chase Bank?
13        A      Yes, I do.
14        Q      How long have you had bank
15   accounts with Chase Bank?
16        A      My husband dealt with all
17   that.  I only had that one -- oh,
18   actually, I did not have anything with
19   Chase Bank.  I had it with Roslyn -- now
20   it's Federal something -- Bank, which was
21   my own money.  I never had any money in
22   Chase at that time, that I can recall.
23   If it was, it was with my husband.  But I
24   never touched that money.  It wasn't --
25        Q      Have you had any contact with
```

```
 1                                              55

 2      law enforcement making allegations

 3      against any of the Defendants in this

 4      case?

 5              A       No.

 6              Q       Has anyone asked you to speak

 7      with law enforcement about this case?

 8              A       No.

 9              Q       Do you know whether or not

10      law enforcement was involved by Josh or

11      anyone, in this case?

12              A       I have no personal knowledge

13      of this.

14              Q       Have you had any occasion,

15      since David died, to access any of his

16      bank accounts?

17              A       Can you please rephrase the

18      question?

19              Q       Sure.

20                      Have you electronically

21      accessed any of David's bank accounts

22      since he died?

23              A       Well, the estate has.  He has

24      it in his estate.

25              Q       What do you mean by that?
```

*Rich Moffett Court Reporting, Inc.*

56

        A       Okay.  The estate has --

Chase has the David Baron Estate.  There

is a checking book and a savings for

David Baron Estate.

        Q       I understand.

                Do you have access to that,

as the administrator?

        A       Yes, I do.

        Q       And money has come into those

accounts; is that right?

        A       Yes.

        Q       And money has gone out of

those accounts; is that right?

        A       Yes.

        Q       And is that -- is there

anyone other than you that puts the money

in or takes it out?

        A       I -- my daughter puts money

in.  I take money out to pay my lawyers

for that.  Whatever the estate -- I take

out money to pay for the taxes, if it's

under David Baron Estate.  And that's

what I do, what I have to do, what's

legal; what I have to do legally.

1                                                    57

2          Q       Okay.  Do you know who owns

3    Baron Nissan®?

4          A       Yes.

5          Q       Who owns Baron Nissan®?

6          A       Now?  I own Baron Nissan®,

7    and so does Jory Baron.

8          Q       You and Jory Baron own Baron

9    Nissan® today; is that right?

10         A       Correct.

11         Q       Is Baron Nissan® being sold?

12         A       It's in -- we are looking for

13   somebody to sell it.  We're trying to

14   sell it.

15         Q       Did you know that Anthony Deo

16   claims an interest in that dealership?

17         A       I do not know that.

18         Q       Were you served a complaint

19   that I drafted during or about September

20   of 2024?

21         A       I am not aware of it.  If I

22   did get something, I would give it to

23   Josh to look over.  I let him handle all

24   of this.

25         Q       Do you know somebody named

```
1                                              58
2     Brian Chabrier?
3            A       Yes, I do.
4            Q       Who is that?
5            A       He is the general manager of
6     Baron Nissan®.
7            Q       How long have you known
8     Brian?
9            A       Since I've known David.
10           Q       Would that be since the
11    1990s?
12           A       Yes.  Or earlier.
13           Q       Have you ever received any
14    pandemic relief funds?
15                   MR. RUDERMAN:  Are you asking
16         her personally?
17                   MR. THOMASSON:  Yeah.
18                   MR. RUDERMAN:  Okay.
19           A       I don't even know what that
20    is.
21    BY MR. THOMASSON:
22           Q       Okay.  And did you ever work
23    at or for any of the dealerships that
24    David held an interest in?
25           A       No.
```

```
1                                                    59
2        Q      Are you sure about that?
3        A      I am positive.
4               MR. THOMASSON:  I have no
5        further questions at this time.
6               MR. RUDERMAN:  Thank you.
7               Anybody else have any
8        examination of Ms. Baron?
9               MS. RONNEBURGER:  No.  I have
10       no questions.
11              MR. RUDERMAN:  Okay.
12              MR. KATAEV:  None from the
13       Superb Plaintiffs.
14              THE REPORTER:  Is anybody
15       ordering a copy of this?
16              MR. KATAEV:  We'll do the
17       same thing we did before, Jeff and
18       Ariel:  splitting three ways, one
19       transcript?
20              MR. RUDERMAN:  I want a copy.
21              MR. CIANCIULLI:  Ms.
22       Reporter, please make sure you note
23       that I don't want a copy.  So,
24       please don't send a transcript, and
25       please don't send me a bill.
```

*Rich Moffett Court Reporting, Inc.*

60

1

2                THE REPORTER:  Okay.  That's

3        fine.

4                (Time noted is 11:31 a.m.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

61

A C K N O W L E D G E M E N T

   I, IRIS BARON, hereby certify that I
have read the transcript of my testimony
taken under oath in my deposition of
January 5, 2026; that the transcript is a
true, complete and correct record of my
testimony, and that the answers on the
record as given by me are true and
correct.



                         _____
                              IRIS BARON



Signed and subscribed to before
me, this          day
of                      ,2026.
_____
Notary Public, State of New York

```
 1                                                    62

 2    ----------------I N D E X----------------

 3    WITNESS                EXAMINATION BY        PAGE

 4    IRIS BARON          MR. THOMASSON             6

 5

 6

 7    DIRECTIONS:  None

 8    RULINGS:  None

 9    MOTIONS:  None

10

11    -------------DOCUMENT REQUEST----------------

12    None

13

14    ------INFORMATION TO BE FURNISHED--------

15    None

16

17    ----------------EXHIBITS--------------------

18    NO EXHIBITS WERE MARKED

19

20

21

22

23

24

25
```

63

C E R T I F I C A T E

STATE OF NEW YORK    )

                     ) ss.:

COUNTY OF NASSAU     )


            I, Renate Reid, a Notary Public

        within and for the State of New York,

        do hereby certify:

            That IRIS BARON, the witness

        whose deposition is hereinbefore set

        forth, was duly sworn by me and that

        such deposition is a true record of

        the testimony given by such witness.

            I further certify that I am not

        related to any of the parties to this

        action by blood or marriage; and that I

        am in no way interested in the outcome

        of this matter.

            IN WITNESS WHEREOF, I have

        hereunto set my hand this 15th day of

        January, 2026.


                    *Renate Reid*
        -------------------------
                RENATE REID

**'**

'22 [1] - 12:3

**1**

10170-0002 [1] - 2:12
10:07 [1] - 1:22
11042-1073 [1] - 2:17
11553 [1] - 3:5
11793 [1] - 2:5
11:31 [1] - 60:4
1239 [1] - 1:9
1339 [1] - 2:21
1580 [1] - 1:8
1581 [1] - 1:8
1591 [1] - 1:8
15th [1] - 63:21
1632 [1] - 1:9
189 [4] - 1:4, 1:7, 2:8, 15:3
1990s [1] - 58:11
1:23-cv-6188 [1] - 1:12

**2**

2017 [7] - 18:16, 19:7, 19:12, 20:4, 20:8, 20:22, 22:25
2022 [3] - 11:24, 47:5, 47:12
2024 [1] - 57:20
2026 [4] - 1:21, 61:8, 61:20, 63:22
21st [1] - 12:2
22nd [2] - 11:23
23 [2] - 1:10, 2:10
2320 [2] - 2:11, 2:16
2519 [1] - 1:9

**3**

30 [1] - 34:4
30(b)(6) [1] - 38:14
3000 [1] - 2:16
3280 [1] - 2:5
333 [1] - 3:5

**4**

4 [1] - 48:5
420 [1] - 2:11
446 [2] - 1:10, 2:10
45 [1] - 10:21

**5**

5 [2] - 1:21, 61:8
500 [1] - 2:21

**6**

6 [1] - 62:4

**7**

76 [2] - 1:10, 2:9

**A**

a.m [1] - 1:22, 60:4
AARONSON [1] - 1:7
Aaronson [9] - 2:11, 23:15, 31:20, 40:23, 41:12, 42:3, 42:7, 43:4, 51:24
ability [1] - 6:17, 28:25
able [2] - 7:3, 22:4
absolutely [3] - 6:24, 17:18, 45:25
access [2] - 55:15, 56:7
accessed [1] - 55:21
account [2] - 17:25, 18:6
accounts [8] - 17:22, 18:12, 54:12, 54:15, 55:16, 55:21, 56:11, 56:14
acknowledge [2] - 5:4, 5:6
action [4] - 8:9, 8:13, 14:2, 63:17
address [1] - 15:9, 20:10, 29:7
addresses [2] - 20:3, 20:6
administer [1] - 4:16
administered [2] - 5:8, 48:14
administration [1] - 5:7
administrator [2] - 8:23, 56:8
admonished [1] - 35:25
ago [1] - 6:20
AGREED [3] - 4:3, 4:9, 4:14
agreement [6] - 5:13, 5:14, 5:17, 5:19, 5:22, 5:25
ahead [2] - 27:23, 35:15
alive [1] - 11:17
allegations [2] - 41:2, 55:2
alleged [1] - 35:19, 41:7
alleges [1] - 24:17
allow [2] - 18:20, 32:5
allowed [1] - 33:22
ALSO [1] - 3:8
AND [3] - 4:2, 4:8, 4:13
answer [28] - 7:19, 9:9, 10:5, 12:20, 16:18, 16:19, 16:25, 21:7, 21:13, 21:20, 23:18, 24:25, 25:3, 25:4, 25:15, 27:24, 28:2, 32:5, 36:22, 38:18, 38:24, 40:4, 41:2, 42:13, 44:3, 45:8, 46:20, 49:22
answering [2] - 28:9, 28:11
answers [1] - 61:10
Anthony [32] - 2:16, 3:9, 14:20, 14:22, 15:21, 16:13, 16:21, 22:2, 22:5, 41:20, 42:2, 43:5, 45:18, 46:10, 46:13, 46:15, 46:25, 47:8, 47:18, 49:15, 50:6, 50:11, 50:23, 51:17, 52:20, 53:3, 53:5, 53:8, 53:13, 53:24, 54:3, 57:15
ANTHONY [2] - 1:4, 1:13
anytime [1] - 13:18
anyway [1] - 27:24
apologize [1] - 34:7
appear [1] - 33:22
appreciate [1] - 27:22
appropriate [3] - 35:12, 39:22, 40:2
ARIEL [1] - 3:6
Ariel [1] - 59:18
Arielle [1] - 5:23
arrangement [1] - 5:10
Asad [1] - 31:7
asserted [1] - 38:15
assistance [1] - 29:9
assuming [1] - 12:23
attending [2] - 32:20, 33:17
attention [1] - 35:10
attorney [5] - 26:21, 42:17, 42:19, 42:20, 43:10
attorneys [3] - 4:3, 34:9, 43:4
Attorneys [4] - 2:8, 2:15, 2:20, 3:4
authorize [1] - 8:20, 24:5
authorized [2] - 4:16, 41:16
AUTO [11] - 1:4, 1:5, 1:7, 1:8, 1:8, 1:9, 1:9, 1:10, 1:10
Auto [4] - 2:9, 2:10, 2:10, 2:15
automobile [1] - 51:21
AUTOMOTIVE [1] - 1:16
Avenue [2] - 2:11, 2:16
aware [6] - 7:15, 7:24, 8:6, 8:12, 43:15, 57:21

**B**

Bank [6] - 3:4, 5:24, 54:12, 54:15, 54:19, 54:20
bank [10] - 17:22, 17:25, 18:6, 41:22, 53:5, 53:8, 54:11, 54:14, 55:16, 55:21
BANK [1] - 1:19
BARON [1] - 1:8, 1:23, 61:5, 61:16, 62:4, 63:10
Baron [46] - 2:11, 6:9, 6:13, 6:15, 7:7, 7:23, 8:11, 8:25, 9:3, 19:5, 24:12, 24:19, 24:24, 25:6, 25:18, 30:9, 30:12, 30:24, 31:14, 32:5, 40:14, 40:17, 40:20, 41:9, 43:3, 43:6, 43:18, 45:13, 46:15, 47:5, 51:22, 52:4, 52:13, 52:25, 56:3, 56:5, 56:23, 57:3, 57:5, 57:6, 57:7, 57:8, 57:11, 58:6, 59:8
Baron's [1] - 52:2
basis [1] - 38:17
BE [1] - 62:14
Beach [3] - 16:5, 20:17, 49:16
behalf [3] - 8:10, 8:24, 36:20
behind [1] - 51:13
benefit [1] - 39:18
Benjamin [6] - 26:20, 32:17, 33:17, 34:16, 38:9
Benjamin's [1] - 36:17
Bentley [4] - 20:24, 22:4, 22:22, 23:7
Bentleys [1] - 22:2
bereavement [1] - 24:2
best [1] - 12:24
between [1] - 4:3
big [1] - 45:22
bill [1] - 59:25
bit [1] - 13:14
Blankenship [2] - 43:15, 43:17, 43:25
BLANKENSHIP [1] - 1:14
blood [2] - 6:20, 63:17
Blvd [1] - 2:9
BLVD [6] - 1:8, 1:8, 1:9, 1:9, 1:10
boat [1] - 46:24
book [1] - 56:4
Boulevard [1] - 3:5
boundaries [1] - 34:14
break [3] - 13:17, 28:16, 29:5
BRIAN [1] - 1:5
Brian [3] - 2:10, 58:2, 58:8
briefly [1] - 15:22
broad [1] - 36:4
Brooke [1] - 50:16
brought [1] - 35:9
Building [1] - 2:20
business [14] - 11:2, 11:3, 14:15, 14:17, 15:6, 15:9, 17:20, 19:9, 22:11, 22:13, 22:15, 41:15, 46:6, 54:4
businesses [3] - 10:23, 10:25, 12:7
buy [1] - 46:24
BUYERS [1] - 1:15
BY [20] - 2:12, 2:17, 2:22, 3:6, 6:7, 7:22, 17:3, 19:4, 21:8, 21:15, 21:24, 22:8, 40:13, 43:2, 45:10, 47:3, 49:13, 49:25, 58:21, 62:3
byes [1] - 46:3

**C**

cancer [1] - 48:6
cannot [2] - 12:20, 23:18
capacity [1] - 33:20
CAPITAL [1] - 1:18
car [13] - 19:15, 19:16, 19:22, 19:23, 19:24, 19:25, 21:2, 21:10, 21:17, 22:13, 22:15, 23:4, 23:5

CAR [1] - 1:15
care [3] - 11:3, 17:20, 41:17
cars [8] - 18:15, 19:5, 19:9, 19:10, 19:17, 19:20, 53:6
CARS [2] - 1:15, 1:15
case [9] - 7:25, 8:7, 8:17, 8:21, 18:23, 32:18, 55:4, 55:7, 55:11
Case [1] - 1:12
certain [1] - 24:18
certainly [1] - 38:7
certification [1] - 4:6
certify [2] - 61:5, 63:9, 63:15
CHABRIER [1] - 1:5
Chabrier [2] - 2:10, 58:2
chambers [3] - 28:17, 29:2, 29:6
Chase [5] - 54:12, 54:15, 54:19, 54:22, 56:3
checking [1] - 56:4
checklist [1] - 52:13
checks [2] - 17:12, 17:17
chemo [1] - 48:11
Chestnut [1] - 2:21
children [1] - 11:3
CIANCIULLI [2] - 2:22, 59:21
circumventing [1] - 37:11
claims [3] - 31:16, 31:25, 57:16
clear [1] - 42:14
clerk [1] - 30:2
client [1] - 26:17
closed [1] - 51:13
co [1] - 35:21
CO [1] - 1:18
co-defendants [1] - 35:21
COAST [6] - 1:15, 1:15, 1:16, 1:16, 1:17, 1:17
codefendants [1] - 32:2
committed [3] - 40:19, 43:17, 52:23
communicated [2] - 37:19, 42:19
communications [1] - 42:15
complaint [1] - 57:18
complete [1] - 61:9
compromised [1] -

6:23
concerned [1] - 33:5
conference [2] - 29:14, 39:13
congratulating [1] - 51:17
connection [1] - 18:22
consent [1] - 5:9
conspiracy [3] - 35:21, 36:5, 36:9
Cont'd [1] - 3:2
contact [1] - 54:25
context [1] - 25:25
continue [1] - 39:23
CONTINUED [2] - 40:12, 49:12
conversation [4] - 29:13, 37:7, 45:14, 45:18
conversations [2] - 15:21, 46:5
copier [1] - 50:25
copies [2] - 50:22, 51:4
copy [3] - 59:15, 59:20, 59:23
CORP [1] - 1:18
correct [27] - 9:25, 13:3, 16:7, 18:8, 18:9, 20:19, 23:9, 25:7, 30:13, 33:23, 33:24, 40:24, 41:18, 44:2, 44:5, 44:9, 44:17, 44:21, 47:6, 52:11, 53:14, 53:18, 53:22, 57:10, 61:9, 61:12
cost [5] - 41:20, 42:2, 43:5, 43:17, 53:3
counsel [2] - 5:2, 5:9
Counsel [1] - 5:12
COUNTY [1] - 63:5
course [1] - 37:7
Court [6] - 4:19, 34:7, 34:15, 35:10, 35:12, 36:2
court [3] - 34:20, 35:18, 38:14
Court's [1] - 35:9
courts [1] - 14:3
CPA [1] - 1:14
CPA'S [1] - 1:19
criminal [3] - 35:20, 36:5, 36:9
cross [1] - 26:3
cry [1] - 13:14
CULLEN [1] - 3:4
Cyruli [2] - 30:22, 31:9
CYRULI [1] - 2:7

D

date [1] - 11:20
daughter [2] - 50:15, 56:19
David [29] - 8:11, 8:25, 9:3, 9:23, 24:12, 24:19, 24:24, 25:6, 25:18, 40:19, 41:8, 43:6, 43:18, 47:4, 47:15, 47:18, 49:17, 50:11, 50:23, 51:17, 51:25, 52:4, 52:24, 55:15, 56:3, 56:5, 56:23, 58:9, 58:24
David's [1] - 55:21
deal [1] - 35:11
dealership [2] - 21:9, 57:16
dealerships [2] - 51:22, 58:23
dealt [1] - 54:16
death [2] - 11:21, 13:11
decision [1] - 16:10
deem [1] - 40:2
deems [1] - 35:12
defendant [1] - 26:15
Defendant [1] - 2:4
defendants [1] - 35:21
Defendants [3] - 1:20, 36:20, 55:3
defending [3] - 30:20, 30:23, 38:10
DEO [3] - 1:13, 3:9
Deo [23] - 14:20, 14:22, 15:21, 16:21, 22:5, 38:10, 42:2, 43:5, 44:11, 45:15, 45:19, 46:8, 46:10, 46:13, 46:15, 47:8, 49:15, 50:6, 52:20, 53:13, 53:25, 54:3, 57:15
deposed [3] - 26:5, 30:10, 30:12
deposing [1] - 26:18
deposition [18] - 4:6, 4:14, 5:3, 5:5, 6:11, 7:16, 26:16, 26:23, 30:5, 30:16, 30:18, 30:24, 31:7, 32:21, 38:23, 61:7, 63:11, 63:13
deposits [3] - 17:12, 17:16, 18:5
derivatively [2] - 1:6, 1:7
died [12] - 9:24, 11:23, 12:4, 13:5, 47:5,

47:15, 47:18, 48:2, 49:2, 49:6, 55:15, 55:22
different [1] - 50:3
direct [1] - 38:17
directed [1] - 39:20
direction [1] - 17:16
DIRECTIONS [1] - 62:7
discussed [2] - 51:12, 51:13
dispute [1] - 31:5
disqualification [1] - 38:21
disqualified [7] - 27:19, 32:14, 33:6, 33:15, 36:15, 36:21, 37:12
disrespectful [1] - 13:8
DISTRICT [2] - 1:2, 1:2
DLA [1] - 1:18
doctor [1] - 48:15
DOCUMENT [1] - 62:11
documents [2] - 17:7, 50:22
dollars [2] - 41:21, 53:4
done [1] - 52:16
doors [1] - 51:13
down [1] - 52:12
drafted [1] - 57:19
drive [1] - 19:17
drugs [1] - 6:16
duly [2] - 6:3, 63:12
during [4] - 17:8, 47:5, 49:5, 57:19
Dwight [3] - 43:15, 43:16, 43:24
DWIGHT [1] - 1:14
DYKMAN [1] - 3:4

E

e-mail [1] - 29:2
Earle [1] - 3:5
EASTERN [1] - 1:2
editorialization [1] - 16:24
effect [1] - 4:17
eight [1] - 17:17
either [3] - 11:16, 21:16, 40:4
electronically [1] - 55:20
EMANUEL [1] - 2:17
Emmanuel [1] - 5:18
end [2] - 32:11, 39:13
enforcement [3] -

55:2, 55:7, 55:10
engaged [2] - 35:20, 36:4
ensues [1] - 29:14
entitled [1] - 38:5
especially [1] - 33:16
ESQ [5] - 2:4, 2:12, 2:17, 2:22, 3:6
Estate [16] - 8:11, 8:24, 9:3, 24:12, 24:18, 24:24, 25:6, 25:17, 40:19, 41:8, 43:6, 43:18, 52:24, 56:3, 56:5, 56:23
estate [8] - 9:14, 10:8, 52:2, 52:4, 55:23, 55:24, 56:2, 56:21
event [1] - 47:14
evidence [1] - 37:8
exactly [2] - 32:10, 48:10
examination [1] - 59:8
Examination [1] - 1:23
EXAMINATION [4] - 6:7, 40:12, 49:12, 62:3
examined [1] - 6:5
example [1] - 14:19
except [1] - 4:9
executor [4] - 9:13, 9:17, 9:21, 10:3
executrix [1] - 8:24
EXHIBITS [2] - 62:17, 62:18
exist [1] - 37:2
existence [1] - 10:17
explain [2] - 9:10, 42:24

F

fact [2] - 36:3, 37:5
fair [9] - 6:25, 8:15, 9:12, 25:19, 40:16, 41:5, 43:23, 45:4, 47:7
familiar [5] - 10:13, 14:20, 15:5, 15:8, 43:24
far [5] - 19:8, 33:4, 36:5, 39:22, 44:4
Federal [1] - 54:20
few [1] - 44:13
file [2] - 12:11, 12:16
filed [2] - 12:25, 13:4
filing [1] - 4:5
filled [1] - 29:25
financially [1] - 52:24
fine [2] - 36:17, 60:3
finish [1] - 35:3

finishes [1] - 34:25
first [6] - 6:3, 7:12, 10:16, 10:18, 11:11, 35:4
FISK [1] - 1:10
Fisk [1] - 2:9
five [1] - 19:14
Florida [11] - 16:6, 16:15, 16:22, 19:21, 19:24, 20:17, 23:5, 23:8, 46:14, 48:17, 48:19
Flushing [2] - 3:4, 5:24
FLUSHING [1] - 1:19
follows [1] - 6:5
force [1] - 4:17
form [10] - 4:10, 7:18, 18:19, 21:6, 21:12, 21:19, 22:7, 45:7, 46:19, 49:20
forth [1] - 63:12
forward [2] - 6:18, 28:20
four [3] - 9:22, 44:4, 44:8
free [1] - 40:3
FUNDING [2] - 1:19, 2:20
funds [1] - 58:14
FURNISHED [1] - 62:14
FURTHER [2] - 4:8, 4:13
future [1] - 39:25

G

Gardens [3] - 16:5, 20:17, 49:16
general [1] - 58:5
germane [1] - 38:7
given [2] - 61:11, 63:14
GOLD [6] - 1:15, 1:15, 1:16, 1:16, 1:17, 1:17
grieving [1] - 14:8
ground [1] - 38:18
GROUP [2] - 1:16, 2:14
guess [4] - 16:12, 16:13, 16:15, 21:23

H

half [2] - 6:20, 35:24
hand [1] - 63:21
handle [2] - 54:4, 57:23

handling [1] - 51:25
hands [1] - 31:19
hang [1] - 39:12
happier [1] - 19:2
happy [1] - 13:21
Happy [1] - 39:8
harm [5] - 24:12, 24:18, 24:24, 25:5, 25:17
harms [1] - 52:23
Harry [5] - 6:10, 28:23, 35:16
HARRY [2] - 1:13, 2:4
hear [2] - 15:2, 40:14
heard [3] - 7:13, 25:11, 46:16
held [1] - 58:24
hello [2] - 15:22, 50:8
hellos [1] - 46:2
helped [2] - 52:3, 52:5
hereby [2] - 61:5, 63:9
HEREBY [1] - 4:2
herein [1] - 4:4
hereinbefore [1] - 63:11
hereunto [1] - 63:21
Highway [3] - 2:5, 2:8, 15:3
himself [3] - 32:25, 33:21, 47:2
history [1] - 18:8
hmm [4] - 11:6, 15:19, 22:20, 24:9
hold [1] - 36:10
holding [1] - 24:8
holdings [1] - 19:19
home [3] - 20:16, 47:9, 50:7
Honor [12] - 29:18, 29:20, 30:7, 30:13, 30:18, 32:10, 34:6, 34:7, 35:6, 35:17, 37:16, 39:2
hospital [1] - 48:22
house [8] - 16:2, 16:4, 16:9, 16:11, 46:14, 49:17, 50:13, 51:2
husband [28] - 10:19, 10:22, 11:17, 12:11, 12:21, 13:2, 14:7, 16:8, 16:12, 16:16, 17:20, 17:24, 18:4, 18:10, 18:15, 19:6, 19:11, 19:16, 19:21, 20:23, 22:3, 22:12, 22:23, 23:14, 46:22, 47:25, 54:16, 54:23
husband's [2] - 17:16, 51:9
HWY [2] - 1:5, 1:7

HYLAN [6] - 1:8, 1:8, 1:9, 1:9, 1:10
Hyland [1] - 2:9

I

imagine [1] - 37:6
immune [1] - 48:13
impact [1] - 6:17
impression [1] - 16:21
IN [1] - 63:20
in-person [1] - 5:7
inaudible [1] - 25:24
INC [3] - 1:4, 1:15, 1:18
Inc [1] - 2:15
independently [1] - 38:2
individual [1] - 28:24
individually [2] - 1:5, 1:7
INFORMATION [1] - 62:14
information [2] - 33:9, 42:15
initiated [1] - 29:23
installed [1] - 49:5
interest [2] - 57:16, 58:24
interested [1] - 63:18
introduction [1] - 45:5
involved [7] - 8:13, 8:21, 10:23, 10:25, 12:7, 51:25, 55:10
involves [1] - 7:16
involving [1] - 51:24
IRIS [5] - 1:23, 61:5, 61:16, 62:4, 63:10
Iris [4] - 30:9, 39:14, 39:17, 40:6
irrelevant [2] - 38:4, 38:16
IS [3] - 4:2, 4:8, 4:13
Island [1] - 2:10
ISLAND [1] - 1:10
issued [1] - 34:15
issues [1] - 36:13
IT [3] - 4:2, 4:8, 4:13

J

Jacqueline [1] - 29:25
January [3] - 1:21, 61:8, 63:22
Jeff [3] - 5:20, 42:25, 59:17
JEFF [1] - 2:22
Jeffrey [2] - 7:21, 30:22
JEFFREY [1] - 2:12

Jericho [1] - 15:15
join [1] - 29:3
joint [2] - 12:12, 12:25
jointly [1] - 17:23
JONES [2] - 1:14, 1:18
Jory [2] - 2:11, 57:7, 57:8
JORY [1] - 1:8
Josh [25] - 14:10, 23:15, 24:3, 24:5, 25:8, 31:20, 40:22, 40:23, 41:11, 41:16, 41:23, 41:24, 42:3, 42:7, 43:4, 43:11, 43:20, 44:6, 51:24, 53:2, 53:17, 55:10, 57:23
Joshua [1] - 2:11
JOSHUA [1] - 1:6
judge [4] - 29:3, 29:15, 39:19, 39:20
Judge [2] - 29:13, 39:11
JUDGE [24] - 29:15, 29:21, 29:24, 30:8, 30:14, 30:25, 31:11, 31:17, 32:7, 32:15, 32:22, 33:2, 33:12, 33:18, 33:25, 34:11, 34:24, 35:3, 35:13, 36:10, 37:9, 38:3, 39:3, 39:7
judge's [1] - 28:24

K

Kahn [3] - 31:7, 31:14, 31:20
Kataev [1] - 5:18
KATAEV [5] - 2:17, 5:18, 28:23, 59:12, 59:16
kept [1] - 18:3
kind [1] - 52:12
kindly [1] - 5:12
knowledge [11] - 10:4, 12:25, 40:21, 41:11, 43:19, 44:6, 45:16, 50:20, 53:20, 54:9, 55:12
known [2] - 58:7, 58:9
knows [2] - 22:7, 33:8

L

LABUDA [1] - 2:14
Lake [1] - 2:17
Lane [1] - 20:11
last [5] - 11:14, 17:17, 31:6, 31:22, 47:22

LAURIE [1] - 1:14
Laurie [1] - 25:11, 25:17, 25:21, 26:2, 26:17, 37:20, 37:21, 37:24, 37:25, 40:18, 43:22
Laurie's [1] - 26:20
law [4] - 14:10, 30:2, 52:6, 55:2, 55:7, 55:10
LAW [1] - 2:14
lawsuit [4] - 23:16, 23:21, 24:16, 41:17
lawyers [2] - 9:18, 56:20
laymen [1] - 45:22
lead [1] - 37:8
learn [1] - 10:16
Leasing [1] - 2:8
LEASING [2] - 1:5, 1:6
least [3] - 22:18, 39:21, 52:17
leeway [1] - 18:23
left [2] - 6:22, 31:19
legal [4] - 7:24, 8:6, 10:7, 56:25
legally [1] - 56:25
legitimate [1] - 37:22
Lexington [1] - 2:11
LIBATAS [1] - 2:20
LIBERTAS [1] - 1:19
LIC [2] - 1:16, 1:16
lieu [1] - 5:6
lifetime [1] - 51:22
limitation [1] - 38:13
line [2] - 28:19, 30:4
link [2] - 28:25, 29:7
listing [1] - 32:3
lists [1] - 8:10
LITTLE [1] - 1:18
lived [2] - 20:3, 20:7
LLC [26] - 1:4, 1:5, 1:5, 1:6, 1:8, 1:8, 1:9, 1:9, 1:10, 1:10, 1:11, 1:15, 1:16, 1:17, 1:17, 1:19, 2:9, 2:9, 2:10, 2:10, 2:15
LLP [4] - 1:19, 2:7, 2:19, 3:4
located [1] - 16:5
look [1] - 57:23
looking [2] - 18:17, 57:12
lumped [1] - 37:3
lunch [3] - 46:3, 50:10

M

ma'am [1] - 19:19
mail [1] - 29:2

**MANAGEMENT** [1] - 1:11
**manager** [1] - 58:5
**MARC** [1] - 1:14
**Marc** [3] - 41:3, 41:7, 43:22
**Marcus** [1] - 2:16
**MARKED** [1] - 62:18
**marriage** [1] - 63:17
**married** [2] - 10:22, 10:24
**matter** [4] - 36:3, 37:5, 46:13, 63:19
**mean** [3] - 13:8, 52:9, 55:25
**medication** [3] - 6:16, 48:7, 48:9
**meet** [2] - 44:22, 50:6
**meeting** [3] - 17:5, 17:8, 17:13
**melanoma** [1] - 48:5
**member** [2] - 1:6, 1:7
**memory** [1] - 6:23
**MERCKLING** [1] - 1:14
**Merckling** [3] - 41:3, 41:8, 43:23
**met** [5] - 7:8, 14:23, 44:12, 49:16, 49:20
**method** [1] - 5:11
**Mgt** [1] - 2:10
**Michael** [4] - 25:11, 25:16, 40:18, 43:22
**MICHAEL** [1] - 1:14
**middle** [1] - 26:23
**millions** [2] - 41:21, 53:4
**MILMAN** [1] - 2:14
**mind** [2] - 46:23, 47:8
**MO** [1] - 34:8
**moment** [1] - 49:8
**money** [19] - 18:3, 18:11, 42:2, 43:6, 43:18, 53:8, 53:24, 54:3, 54:7, 54:10, 54:21, 54:24, 56:10, 56:13, 56:17, 56:19, 56:20, 56:22
**months** [1] - 47:23
**morning** [7] - 6:9, 6:11, 6:17, 7:4, 29:17, 29:19, 29:21
**motion** [1] - 38:22
**MOTIONS** [1] - 62:9
**MOTOR** [2] - 1:5, 1:6
**Motor** [2] - 2:8, 2:15
**Motors** [9] - 10:14, 10:17, 10:20, 11:5, 21:23, 44:16, 44:23, 45:2, 54:8

**MOTORS** [6] - 1:4, 1:16, 1:16, 1:17, 1:17, 1:18
**moved** [1] - 23:6
**moving** [1] - 28:20
**MR** [99] - 5:16, 5:18, 5:20, 6:8, 7:17, 7:20, 7:22, 16:23, 17:3, 18:18, 18:25, 19:4, 21:5, 21:8, 21:11, 21:15, 21:18, 21:24, 22:6, 22:8, 25:20, 25:23, 25:24, 26:4, 26:7, 26:9, 26:11, 26:12, 26:14, 26:22, 26:25, 27:3, 27:5, 27:6, 27:8, 27:10, 27:11, 27:14, 27:16, 27:21, 27:25, 28:7, 28:10, 28:15, 28:23, 29:4, 29:17, 29:19, 29:22, 30:6, 30:11, 30:17, 30:19, 30:21, 31:6, 31:12, 31:18, 32:9, 32:16, 32:23, 33:3, 33:13, 33:24, 34:5, 34:12, 34:22, 35:2, 35:5, 35:16, 36:23, 37:15, 38:25, 39:6, 39:10, 39:14, 40:7, 40:13, 42:12, 42:24, 43:2, 45:6, 45:10, 46:18, 47:3, 49:13, 49:19, 49:25, 58:15, 58:17, 58:18, 58:21, 59:4, 59:6, 59:11, 59:12, 59:16, 59:20, 59:21, 62:4
**MS** [2] - 5:23, 59:9
**must** [1] - 16:14

**N**

**name** [16] - 5:13, 6:10, 7:13, 8:20, 14:2, 14:20, 15:6, 17:23, 18:2, 23:16, 23:20, 24:17, 25:12, 32:3, 43:22, 43:24
**named** [1] - 57:25
**NASSAU** [1] - 63:5
**nature** [2] - 31:4, 35:7
**need** [2] - 13:17, 49:8
**needing** [1] - 29:9
**never** [8] - 10:22, 12:22, 18:13, 23:6, 54:10, 54:21, 54:24
**New** [12] - 1:25, 2:5, 2:12, 14:3, 19:23, 20:3, 20:7, 20:12,

39:8, 48:17, 61:21, 63:8
**NEW** [2] - 1:2, 63:3
**Nissan®** [7] - 46:15, 57:3, 57:5, 57:6, 57:9, 57:11, 58:6
**NO** [1] - 62:18
**none** [1] - 59:12
**None** [5] - 62:7, 62:8, 62:9, 62:12, 62:15
**noon** [1] - 52:17
**North** [1] - 21:21
**Northshore** [14] - 2:8, 10:14, 10:17, 10:20, 11:5, 14:24, 15:12, 15:25, 21:22, 21:23, 44:16, 44:23, 45:2, 54:7
**NORTHSHORE** [2] - 1:5, 1:6
**Notary** [4] - 1:24, 6:4, 61:21, 63:7
**note** [3] - 18:21, 39:24, 59:22
**noted** [1] - 60:4
**nothing** [4] - 14:9, 17:19, 18:25, 41:14
**number** [1] - 18:17
**NY** [3] - 2:12, 2:17, 3:5
**NYC** [1] - 1:15

**O**

**oath** [3] - 4:17, 5:7, 61:7
**object** [15] - 7:17, 16:23, 18:18, 21:5, 21:11, 21:18, 22:6, 27:2, 27:17, 27:23, 28:3, 34:12, 45:6, 46:18, 49:19
**objecting** [1] - 33:11
**objection** [2] - 31:9, 35:8
**objections** [3] - 4:9, 5:11, 39:25
**obtain** [1] - 22:4
**obtained** [1] - 21:17
**obviously** [2] - 35:8, 35:11
**occasion** [2] - 51:16, 55:14
**occasions** [3] - 44:14, 44:15, 44:19
**OF** [8] - 1:2, 1:15, 1:16, 1:17, 1:17, 63:3, 63:5
**offer** [1] - 28:24
**office** [1] - 51:9
**officer** [1] - 4:16

**Old** [2] - 20:11
**once** [1] - 47:9
**one** [13] - 11:11, 16:3, 17:25, 19:15, 20:9, 24:7, 26:5, 29:22, 36:22, 43:11, 47:22, 54:17, 59:18
**ones** [1] - 37:3
**oOo** [1] - 4:21
**operated** [4] - 18:16, 19:11, 20:23, 22:22
**opportunity** [2] - 39:17, 39:19
**order** [5] - 34:15, 34:20, 37:11, 38:14, 38:21
**ordering** [1] - 59:15
**orders** [1] - 38:20
**out-of-state** [1] - 19:19
**outcome** [1] - 63:18
**outside** [2] - 44:22, 45:2
**Ovington** [1] - 3:5
**owed** [1] - 53:8
**own** [7] - 12:22, 17:23, 18:2, 19:8, 54:21, 57:6, 57:8
**owned** [3] - 18:16, 19:6, 51:21
**owner** [1] - 22:17
**owns** [2] - 57:2, 57:5

**P**

**PA** [1] - 2:21
**pacemaker** [2] - 48:21, 49:4
**PAGE** [1] - 62:3
**Palm** [3] - 16:5, 20:17, 49:16
**palpably** [1] - 38:16
**pandemic** [1] - 58:14
**participating** [2] - 5:3, 30:4
**parties** [9] - 4:4, 5:9, 32:13, 33:14, 34:3, 34:17, 34:19, 37:13, 63:16
**PARTNERS** [1] - 1:18
**party** [4] - 27:18, 28:4, 32:24, 33:5
**pass** [1] - 46:25
**passed** [2] - 14:7, 23:14
**pay** [6] - 41:22, 53:5, 53:6, 53:7, 56:20, 56:22
**people** [2] - 33:9, 37:4
**person** [1] - 5:7

**personal** [6] - 40:21, 41:11, 43:19, 44:5, 53:19, 55:12
**personally** [4] - 18:16, 51:7, 54:2, 58:16
**pertain** [1] - 14:17
**pertaining** [1] - 43:14
**Philadelphia** [1] - 2:21
**phone** [2] - 29:14, 39:13
**place** [3] - 10:7, 16:17, 48:24
**Plaintiff** [1] - 8:10
**Plaintiffs** [6] - 1:11, 2:8, 2:15, 5:19, 5:22, 59:13
**PLLC** [1] - 2:14
**point** [2] - 16:3, 42:6
**position** [3] - 9:4, 14:14, 22:14
**positive** [1] - 59:3
**potential** [1] - 53:12
**PREMIER** [1] - 1:18
**prepare** [1] - 50:10
**PRESENT** [1] - 3:8
**present** [3] - 5:5, 49:18, 50:18
**printer** [1] - 51:3, 51:5, 51:8
**privilege** [1] - 38:15
**pro** [5] - 26:14, 28:13, 32:24, 33:22, 34:2
**Pro** [1] - 2:4
**problem** [1] - 13:18
**proceed** [1] - 38:23
**proceeding** [1] - 5:4
**proceedings** [1] - 10:7
**process** [2] - 20:14, 31:13
**provide** [1] - 42:14
**Public** [4] - 1:24, 6:4, 61:21, 63:7
**purchase** [1] - 46:14
**purpose** [1] - 17:4
**purposes** [1] - 35:18
**pushing** [1] - 34:14
**put** [3] - 18:11, 23:16, 48:21
**puts** [2] - 56:17, 56:19

**Q**

**questioning** [1] - 25:22
**questions** [30] - 7:4, 13:9, 14:16, 14:17, 27:2, 27:9, 27:10, 27:12, 27:17, 28:2, 28:3, 28:12, 28:22, 31:3, 31:8, 32:6,

32:12, 33:7, 33:13, 33:19, 34:9, 36:19, 37:25, 38:6, 38:12, 39:21, 39:24, 43:13, 59:5, 59:10

## R

**radiation** [1] - 48:12
**raises** [1] - 36:11
**read** [4] - 40:5, 40:8, 40:11, 61:6
**really** [7] - 9:9, 14:11, 23:12, 34:13, 37:10, 37:11, 53:7
**Realty** [1] - 2:9
**REALTY** [1] - 1:10
**reason** [1] - 7:2
**receive** [1] - 54:2
**received** [4] - 53:24, 54:7, 54:10, 58:13
**recess** [1] - 49:11
**Recess** [1] - 29:12
**record** [5] - 5:14, 29:11, 61:9, 61:11, 63:13
**Record** [1] - 40:11
**refer** [1] - 6:12
**regard** [1] - 25:10
**regarding** [4] - 6:23, 7:25, 10:8, 41:2
**Reid** [7] - 1:24, 5:17, 28:15, 29:4, 40:9, 63:7, 63:24
**REID** [1] - 63:25
**related** [2] - 17:12, 63:16
**relevant** [2] - 37:8, 38:6
**relief** [1] - 58:14
**remember** [17] - 11:5, 11:12, 11:15, 14:25, 19:13, 22:24, 23:3, 23:11, 23:12, 23:13, 23:25, 47:21, 49:15, 50:14, 50:21, 51:19, 51:20
**remembers** [1] - 40:6
**remotely** [2] - 5:8, 6:4
**RENATE** [1] - 63:25
**Renate** [3] - 1:24, 63:7, 63:24
**repeat** [2] - 8:3, 49:23
**rephrase** [4] - 13:21, 45:11, 45:23, 55:17
**REPORTER** [5] - 5:2, 29:10, 40:10, 59:14, 60:2
**Reporter** [1] - 59:22
**reporter's** [1] - 35:18

**reporting** [1] - 5:11
**represent** [4] - 28:5, 33:5, 33:10, 36:16
**representation** [1] - 28:14
**representative** [4] - 9:2, 9:5, 33:20, 34:3
**representing** [12] - 25:21, 26:2, 27:20, 32:14, 32:25, 33:6, 33:15, 33:16, 34:17, 34:19, 37:13, 38:8
**REQUEST** [1] - 62:11
**reserved** [1] - 4:11
**respective** [1] - 4:4
**respond** [1] - 34:23
**response** [1] - 45:9
**rest** [1] - 18:3
**returns** [2] - 12:12, 12:17
**rights** [1] - 34:2
**ROBERT** [1] - 1:4
**Robert** [1] - 2:16
**Ronneburger** [1] - 5:24
**RONNEBURGER** [3] - 3:6, 5:23, 59:9
**room** [2] - 5:5, 17:10
**ROSLYN** [1] - 1:17
**Roslyn** [1] - 54:19
**roughly** [2] - 11:8, 44:20
**Route** [1] - 2:10
**ROUTE** [1] - 1:10
**RPR** [1] - 1:24
**Ruderman** [10] - 5:20, 19:2, 26:6, 26:22, 30:22, 32:4, 32:8, 34:25, 36:11, 37:16
**RUDERMAN** [47] - 2:12, 5:20, 7:17, 16:23, 18:18, 21:5, 21:11, 21:18, 22:6, 25:20, 25:24, 26:7, 26:11, 26:14, 26:25, 27:5, 27:8, 27:11, 27:16, 27:25, 28:10, 29:19, 30:6, 30:11, 30:21, 32:9, 32:16, 32:23, 33:3, 33:13, 33:24, 34:5, 34:12, 35:5, 37:15, 38:25, 39:6, 39:14, 42:12, 45:6, 46:18, 49:19, 58:15, 58:18, 59:6, 59:11, 59:20
**Rule** [1] - 34:4
**rules** [1] - 28:24
**RULINGS** [1] - 62:8
**ruse** [1] - 36:18

## S

**Sales** [1] - 2:15
**SALES** [1] - 1:4
**Sara** [4] - 44:10, 45:14, 46:8, 52:19
**SARAH** [1] - 1:13
**savings** [1] - 56:4
**se** [4] - 26:15, 28:14, 32:24, 33:23
**Se** [1] - 2:4
**sealing** [1] - 4:5
**see** [4] - 10:20, 11:22, 18:21, 18:24
**seeking** [1] - 33:4
**sell** [2] - 57:13, 57:14
**send** [3] - 28:25, 59:24, 59:25
**separate** [1] - 38:22
**September** [1] - 57:19
**series** [1] - 31:8
**served** [1] - 57:18
**ses** [1] - 34:2
**set** [2] - 63:11, 63:21
**settle** [1] - 28:19
**shall** [1] - 4:11
**SHANKS** [1] - 2:7
**Shanks** [2] - 30:23, 31:10
**shock** [1] - 24:3
**shortly** [2] - 46:24, 47:15
**sic** [1] - 40:4
**sick** [3] - 16:8, 48:2, 48:4
**sign** [4] - 12:14, 12:18, 12:21, 23:23
**signed** [5] - 4:15, 4:18, 12:14, 12:21, 17:8
**Signed** [1] - 61:19
**sit** [1] - 35:22
**sitting** [1] - 38:9
**six** [1] - 20:11
**SMITHTOWN** [1] - 1:17
**sold** [2] - 20:15, 57:11
**someone** [1] - 23:24
**son** [4] - 14:10, 52:6, 52:8, 52:10
**son-in-law** [2] - 14:10, 52:6
**soon** [1] - 34:24
**sorry** [7] - 9:10, 13:11, 24:15, 35:2, 42:22, 47:21, 51:20
**sounds** [1] - 35:13
**splitting** [1] - 59:18
**spoken** [1] - 7:10

**ss** [1] - 63:4
**stage** [1] - 48:5
**started** [2] - 31:23, 32:3
**starting** [1] - 5:14
**starts** [1] - 32:12
**State** [3] - 1:25, 61:21, 63:8
**state** [1] - 19:19
**STATE** [1] - 63:3
**STATES** [1] - 1:2
**stating** [1] - 5:13
**still** [6] - 10:7, 14:8, 14:13, 20:13, 23:7, 38:11
**STIPULATED** [3] - 4:2, 4:8, 4:13
**stopped** [1] - 28:21
**stopping** [4] - 26:24, 27:4, 28:8, 28:10
**Street** [2] - 2:9, 2:21
**STREET** [1] - 1:10
**stroke** [1] - 6:19
**subject** [2] - 46:5, 46:13
**subscribed** [1] - 61:19
**substantive** [4] - 45:14, 45:18, 45:20, 46:4
**Success** [1] - 2:17
**Suite** [3] - 2:11, 2:16, 2:21
**SUNRISE** [3] - 1:5, 1:7, 1:16
**Sunrise** [3] - 2:5, 2:8, 15:3
**Superb** [2] - 2:15, 59:13
**SUPERB** [1] - 1:4
**suspect** [1] - 38:10
**sworn** [4] - 4:15, 4:18, 6:3, 63:12
**Syosset** [1] - 15:16
**SYOSSET** [1] - 1:15

## T

**tax** [2] - 12:12, 12:16
**taxes** [4] - 12:22, 12:25, 13:4, 56:22
**TEAM** [1] - 1:4
**Team** [1] - 2:15
**term** [3] - 10:14, 15:3, 45:22
**testified** [2] - 6:5, 12:8, 47:4
**testifying** [2] - 7:25, 8:7
**testimony** [3] - 61:6, 61:10, 63:14

**THE** [6] - 5:2, 29:10, 40:10, 42:22, 59:14, 60:2
**therapy** [1] - 48:13
**thinks** [1] - 36:25
**thinners** [1] - 6:21
**THOMAS** [1] - 1:14
**Thomasson** [16] - 5:15, 6:10, 25:20, 30:15, 31:2, 32:11, 32:19, 32:24, 34:18, 35:15, 35:17, 36:11, 38:11, 39:23, 40:3, 42:17
**THOMASSON** [49] - 1:13, 2:4, 5:16, 6:8, 7:20, 7:22, 17:3, 18:25, 19:4, 21:8, 21:15, 21:24, 22:8, 25:23, 26:4, 26:9, 26:12, 26:22, 27:3, 27:6, 27:10, 27:14, 27:21, 28:7, 28:15, 29:4, 29:17, 29:22, 30:17, 31:6, 31:12, 31:18, 34:22, 35:2, 35:16, 36:23, 39:10, 40:7, 40:13, 42:24, 43:2, 45:10, 47:3, 49:13, 49:25, 58:17, 58:21, 59:4, 62:4
**three** [6] - 11:9, 11:18, 15:18, 44:20, 48:22, 59:18
**TO** [1] - 62:14
**today** [12] - 7:14, 8:2, 8:7, 8:14, 8:16, 23:4, 23:17, 26:5, 26:21, 31:13, 46:17, 57:9
**together** [1] - 37:4
**TONY** [1] - 3:9
**took** [4] - 14:11, 17:20, 31:7, 41:12
**total** [1] - 44:20
**touched** [1] - 54:24
**transcript** [4] - 59:19, 59:24, 61:6, 61:8
**transfer** [1] - 19:23
**transplant** [2] - 48:20, 48:23
**Trial** [1] - 1:23
**trial** [1] - 4:12
**trouble** [2] - 41:23, 53:9
**true** [7] - 7:5, 7:6, 8:18, 31:24, 61:9, 61:11, 63:13
**trusted** [1] - 41:14
**trying** [1] - 57:13
**two** [1] - 35:24

**type** [1] - 6:16
**typically** [1] - 34:6

## U

**UEA** [1] - 1:18
**under** [4] - 16:20, 34:4, 56:23, 61:7
**Uniondale** [1] - 3:5
**UNITED** [1] - 1:2
**unmute** [1] - 39:15
**up** [5] - 13:17, 24:8, 32:12, 38:4, 39:12
**upset** [1] - 16:9
**URRUTIA** [2] - 1:4, 3:9
**Urrutia** [1] - 2:16
**usual** [1] - 34:8

## V

**vacuum** [1] - 37:2
**valve** [2] - 48:20, 48:23
**vast** [1] - 35:20
**via** [2] - 28:25, 29:14
**Videoconference** [1] - 1:21
**violating** [1] - 38:20
**violation** [1] - 34:20
**visit** [1] - 46:25
**visited** [2] - 47:8, 47:18
**visiting** [1] - 50:15
**visits** [2] - 11:18, 14:9
**voice** [1] - 5:12

## W

**Wagon** [1] - 20:11
**wait** [1] - 45:20
**waive** [1] - 5:10
**waived** [1] - 4:7
**Wantagh** [1] - 2:5
**ways** [1] - 59:18
**week** [1] - 31:22
**weeks** [2] - 47:20, 48:22
**WEIR** [1] - 2:19
**WERE** [1] - 62:18
**Westbury** [1] - 20:12
**WHEREOF** [1] - 63:20
**whys** [1] - 38:4
**WICKS** [25] - 29:15, 29:21, 29:24, 30:8, 30:14, 30:19, 30:25, 31:11, 31:17, 32:7, 32:15, 32:22, 33:2, 33:12, 33:18, 33:25, 34:11, 34:24, 35:3, 35:13, 36:10, 37:9,

38:3, 39:3, 39:7
**Wicks** [1] - 29:15
**Widener** [1] - 2:20
**withdraw** [2] - 7:20, 50:2
**withdrawn** [1] - 7:23
**WITNESS** [3] - 42:22, 62:3, 63:20
**witness** [11] - 5:21, 6:2, 27:24, 27:25, 28:8, 28:11, 33:8, 36:7, 36:25, 63:10, 63:14
**wonder** [1] - 35:22
**wondering** [1] - 35:24
**word** [1] - 45:22
**worries** [1] - 39:8
**wrongdoing** [5] - 40:18, 41:7, 43:16, 53:12, 53:20

## Y

**year** [7] - 6:20, 11:10, 11:13, 48:24, 48:25, 49:2, 49:5
**Year** [1] - 39:8
**years** [4] - 9:22, 10:21, 17:17, 35:25
**York** [11] - 1:25, 2:5, 2:12, 14:3, 19:23, 20:3, 20:7, 20:12, 48:18, 61:21, 63:8
**YORK** [2] - 1:2, 63:3
**yourself** [9] - 12:6, 24:11, 27:13, 36:16, 39:15, 41:6, 43:16, 52:22, 53:20

## Z

**ZIZMOR** [1] - 2:7
**Zoom** [4] - 28:25, 29:3, 29:7, 32:20
**zoom** [1] - 1:21

*Rich Moffett Court Reporting, Inc.*