1                                                          1

2     UNITED STATES DISTRICT COURT

3     EASTERN DISTRICT OF NEW YORK
      -------------------------------------------x
4     SUPERB MOTORS INC., TEAM AUTO SALES LLC,
      ROBERT ANTHONY URRUTIA, 189 SUNRISE HIGHWAY
5     AUTO LLC, NORTHSHORE MOTOR LEASING, LLC,
      BRIAN CHABRIER, JOSHUA AARONSON, JORY BARON,
6     ASAD KHAN, IRIS BARON REPRESENTATIVE OF THE
      ESTATE OF DAVID BARON, 1581 HYLAN BLVD AUTO
7     LLC, 1580 HYLAN BLVD AUTO LLC, 1591 HYLAN
      BLVD AUTO LLC, 1632 HYLAN BLVD AUTO LLC,
8     1239 HYLAN BLVD AUTO LLC, 2519 HYLAN BLVD
      AUTO LLC, 76 FISK STREET REALTY LLC, 446
9     ROUTE 23 AUTO LLC and ISLAND AUTO
      MANAGEMENT, LLC,
10                                Plaintiffs,    Case No.
                  - against -                  2:23-cv-6188
11                                             (JMW)COUNTY
      ANTHONY DEO, SARAH DEO, HARRY THOMASSON,
12    DWIGHT BLANKENSHIP, MARC MERCKLING, MICHAEL
      LAURIE, THOMAS JONES, CPA, CAR BUYERS NYC
13    INC., GOLD COAST CARS OF SYOSSET LLC, GOLD
      COAST CARS OF SUNRISE LLC, GOLD COAST MOTORS
14    AUTOMOTIVE GROUP LLC, GOLD COAST MOTORS OF
      LIC LLC, GOLD COAST MOTORS OF ROSLYN LLC,
15    GOLD COAST MOTORS OF SMITHTOWN LLC, UEA
      PREMIER MOTORS CORP., DLA CAPITAL PARTNERS
16    INC., JONES, LITTLE & CO., CPA'S LLP,
      FLUSHING BANK, LIBERTAS FUNDING LLC, J.P.
17    MORGAN CHASE BANK, N.A., 189 SUNRISE HWY
      AUTO LLC, and NORTHSHORE MOTOR LEASING, LLC,
18                                Defendants.
      -------------------------------------------x
19                     Zoom Deposition

20                     January 21, 2026
                       10:08 a.m.
21

22        Deposition of Plaintiff, JORY BARON,

23    pursuant to Court Order and Notice, before

24    Diana Mitchell, a Notary Public of the State

25    of New York.

*Rich Moffett Court Reporting, Inc.*

```
 1                                          2
 2     A P P E A R A N C E S:
 3     SAGE LEGAL LLC
 4     Attorneys for Plaintiffs Superb Motors,
 5     Inc., Team Auto Sales, LLC and Robert
 6     Anthony Urrutia
 7          18211 Jamaica Avenue,
 8          Jamaica, New York 11423-2327
 9     BY:  EMANUEL KATAEV, ESQ.
10
11     CYRULI SHANKS & ZIZMOR LLP
12     Attorneys for Plaintiffs 189 Sunrise Highway
13     Auto LLC, Northshore Motor Leasing, LLC,
14     Brian Chabrier, Joshua Aaronson, Jory Baron,
15     Asad Khan, Iris Baron Representative of the
16     Estate of David Baron, all Hylan Blvd Auto
17     LLCs, 76 Fisk Street Realty LLC, 446 Route
18     23 Auto LLC and Island Auto Management, LLC
19          420 Lexington Avenue, Suite 2320
20          New York, New York 10170-0002
21     BY:  RUSSELL SHANKS, ESQ.
22
23
24
25
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                                        3

 2      A P P E A R A N C E S (Cont'd):

 3      HARRY R. THOMASSON, ESQ.

 4      Pro Se Defendant

 5           3280 Sunrise Highway

 6           Wantagh, New York 11793

 7

 8      CULLEN & DYKMAN, LLP

 9      Attorneys for Defendant Flushing Bank

10           333 Earle Ovington Boulevard

11           Uniondale, New York 11553

12      BY:   ARIEL RONNEBURGER, ESQ.

13

14      WEIR, LLP

15      Attorneys for Defendant Libertas

16      Funding, LLC

17           The Widener Building

18           1339 Chestnut Street, Suite 500

19           Philadelphia, Pennsylvania 19107

20      BY:   JEFFREY CIANCIULLI, ESQ.

21

22      ALSO PRESENT:
             ALIVIA COONEY, Paralegal
23           ANTHONY DEO
             SARAH DEO
24           ROBERT ANTHONY URRUTIA

25
```

*Rich Moffett Court Reporting, Inc.*

4

          IT IS HEREBY STIPULATED AND

AGREED by and between the attorneys

for the respective parties herein,

that the filing, sealing and

certification of the within deposition

be waived.

          IT IS FURTHER STIPULATED AND

AGREED that all objections, except

as to the form of the question,

shall be reserved to the time of the

trial.

          IT IS FURTHER STIPULATED AND

AGREED that the within deposition

may be sworn to and signed before

any officer authorized to administer

an oath with the same force and effect

as if signed and sworn to before the

Court.

          - oOo -

```
1                                              5
2    J O R Y    B A R O N, called as a
3    witness, having been duly sworn by a
4    Notary Public, was examined and
5    testified as follows:
6              THE COURT REPORTER:  Please
7         state your full name for the
8         record.
9              THE WITNESS:  My name is Jory
10        Baron.
11             THE COURT REPORTER:  Please
12        state your address for the record.
13             THE WITNESS:  My address is
14        21 Wayside Lane, Huntington, New
15        York 11743.
16             *              *              *
17   EXAMINATION BY
18   MR. THOMASSON:
19        Q      Good morning, Mr. Baron.  My
20   name is Harry Thomasson.  I will be
21   taking your deposition this morning.
22             Have there been any
23   medication or drugs that you have taken
24   that would impact your ability to provide
25   accurate answers today?
```

*Rich Moffett Court Reporting, Inc.*

1                                          6

2          A      No, sir.

3          Q      I want you to know that I had

4    some surgery recently and I'm having a

5    little trouble speaking, so if you have

6    any trouble understanding me, please let

7    me know, I'm happy to rephrase any

8    question that you don't understand, or if

9    my voice is at all troubling, just let me

10   know and I'll try and ask the question

11   another way, okay?

12         A      No problem.  I hope you're

13   feeling okay.

14         Q      Thank you.

15                Mr. Baron, where were you

16   born?

17         A      Great Neck, New York.

18         Q      Have you lived here on Long

19   Island your whole life?

20         A      Except for a brief stint in

21   New Jersey, yes.

22         Q      What is your date of birth,

23   sir?

24         A      3/2/88.

25         Q      That's my birthday.

```
 1                                              7
 2          A      Oh, wow, small world.
 3          Q      What are your parents' names,
 4    Mr. Baron?
 5          A      Terri Baron and Ron Baron.
 6          Q      Do you have children?
 7          A      Yes, sir.
 8          Q      What are their names?
 9          A      Noah and Riley.
10          Q      What years were they born?
11          A      They were born in 2021 and
12    2023.
13          Q      Who was David Baron to you?
14          A      My uncle.
15          Q      And Iris would be your aunt
16    then?
17          A      Yes, sir.
18          Q      Did you go to college?
19          A      Yes, sir.
20          Q      Where did you go to college?
21          A      University of Michigan, and
22    then I transferred to Hofstra University.
23          Q      Did you get a degree from
24    either of those schools?
25          A      Hofstra University.
```

*Rich Moffett Court Reporting, Inc.*

```
1                                              8
2            Q        What was the degree?
3            A        Bachelor of Science,
4     Management, Business Management.
5            Q        Did you go to any schools,
6     other than Hofstra and Michigan?
7            A        No, sir, unless the NADA
8     Academy counts as schooling for the auto
9     business.
10           Q        So that was some training you
11    received in the auto business?
12           A        Yes, sir.
13           Q        What does NADA stand for?
14           A        National Automotive Dealer
15    Association.
16           Q        When did you obtain that
17    training?
18           A        I can't recall the exact
19    date.
20           Q        Was it this century?
21           A        Yes.
22           Q        Was it in the last ten years?
23           A        Approximately in that range.
24           Q        So was it sometime during the
25    2000 teens?
```

9

```
1
2       A        Yes, sir, most likely.
3       Q        How long was that training?
4       A        It's a year-long program.
5       Q        Is it in person?
6       A        It's in person for a week at
7   a time, and then the training continues
8   back at the stores continuously for a
9   year.
10      Q        How many weeks of training do
11  you have when you have it a week at a
12  time?
13      A        If I recall correctly, it's
14  six weeks in person.
15      Q        Are they consecutive?
16      A        No, sir.
17      Q        Then there is a periodic
18  training at the stores?
19      A        Yes, sir.
20      Q        What stores have you worked
21  in?
22      A        I've worked in several
23  different locations, specifically,
24  Rockland Hyundai, Yonkers Auto Mall,
25  Baron Nissan, Baron Honda, and from a
```

```
 1                                            10
 2     day-to-day basis, those would be the few
 3     that come to the top of mind.
 4          Q     Did you ever work at
 5     Northshore Motors?
 6          A     No, sir.
 7          Q     Were you ever an owner of
 8     Northshore Motors?
 9          A     No, sir.
10          Q     Do you have any knowledge
11     about the operation of Northshore Motors?
12          A     No, sir, not --
13          Q     Were you an owner of 189
14     Sunrise Highway?
15          A     Yes, I am an owner of 189
16     Sunrise Highway.
17          Q     When did you first become an
18     owner of 189 Sunrise Highway?
19          A     I can't recall the exact
20     date, but from the inception.
21          Q     Was there a time when you
22     received $10,000 from Anthony Deo for 189
23     Sunrise Highway?
24          A     Yes, sir.
25          Q     Did you receive that money
```

*Rich Moffett Court Reporting, Inc.*

11

```
 1
 2   into your bank, one or more of your bank
 3   accounts?
 4       A     I believe so.
 5       Q     Were you active in the
 6   operation of 189 Sunrise?
 7       A     No.
 8       Q     Was there someone from the
 9   family that was in charge of 189 Sunrise?
10       A     In regards to the day-to-day
11   operation?
12       Q     Regarding the operation of
13   189 Sunrise Highway, was there someone
14   from the family that was in charge of
15   that for you?
16       A     Originally my Uncle David.
17       Q     And then after David died?
18       A     I cannot recall.  We had
19   several managers.
20       Q     Was Josh Aaronson involved at
21   all with 189 Sunrise, if you know?
22       A     He had day-to-day authority
23   after the passing of my uncle.
24       Q     That was with your knowledge
25   and approval?
```

```
 1                                              12
 2          A      He did have my approval to
 3    run day-to-day operations.
 4          Q      Do you know if he had
 5    approval from Iris Baron to do so on
 6    behalf of the estate of David Baron, if
 7    you know?
 8          A      That is a matter between him
 9    and my aunt.
10          Q      Were there any other partners
11    that you had in 189 Sunrise?
12          A      Yes.
13          Q      What are their names?
14          A      Ray Phalon, Brian Chabrier.
15          Q      Were they involved at all in
16    the operation of 189 Sunrise?
17          A      I can't recall exactly their
18    function at the store.
19          Q      Did you ever go there at all
20    yourself?
21          A      I stopped in time to time.
22          Q      Did you ever go to Northshore
23    Motors?
24          A      No, sir, maybe once or twice
25    in my life.
```

*Rich Moffett Court Reporting, Inc.*

1                                           13
2          Q       Do you know what those one or
3    two visits were for?
4          A       I can't recall.
5          Q       Do you know when they took
6    place?
7          A       No, sir.
8          Q       Did they take place during
9    the pandemic, if you can recall?
10         A       No, I can't recall exactly.
11         Q       Do you have any knowledge of
12   why you would have gone to Northshore
13   Motors?
14         A       I cannot recall.
15         Q       Do you hold any interest in
16   Baron Nissan?
17         A       Yes, sir.
18         Q       What is that interest?
19         A       I am 50 percent dealer -- 50
20   percent owner and dealer principal.
21         Q       How long have you been the 50
22   percent owner of Baron Nissan?
23         A       Since January of 2024.
24         Q       Did you hold any position at
25   Baron Nissan before that?

*Rich Moffett Court Reporting, Inc.*

```
 1                                        14
 2          A      Yes.
 3          Q      What position was that?
 4          A      Several positions prior.
 5          Q      Were you also a stockholder
 6   prior to January of 2024?
 7          A      The process for ownership
 8   started prior to 2024, but I had no stock
 9   or position, you know, ownership at that
10   point.
11          Q      Was there a written agreement
12   of any type for you to become a
13   stockholder at Baron Nissan?
14          A      There's a formal process that
15   Nissan requires.
16          Q      I understand that, but within
17   the family with your partners did you
18   have any written contract or agreement of
19   any type for you to become an owner, or
20   was that just strictly between you and
21   Nissan?
22          A      No, the legal documentation
23   was required by Nissan to show transfer
24   of ownership.
25          Q      And ownership was transferred
```

*Rich Moffett Court Reporting, Inc.*

15

2  to you through what, a stock certificate?

3      A      Yes, sir, stock certificates.

4      Q      Do you have any memory of any

5  contract between you and any other family

6  members for the stock transfer at Baron

7  Nissan?

8      A      Contract, I can't recall

9  contract.  It was paperwork that my aunt

10  was aware to have to sign to show that

11  she was aware of the stock transfer.

12      Q      You're a 50 percent

13  stockholder at Baron Nissan at this time;

14  is that what you said?

15      A      Currently at this time, yes.

16      Q      Who owns the other 50

17  percent?

18      A      The estate of David Baron.

19      Q      Are you trying to sell Baron

20  Nissan at this time?

21      A      Baron Nissan is under

22  contract, yes.

23      Q      Do you know when that is due

24  to close?

25      A      It should have happened

*Rich Moffett Court Reporting, Inc.*

```
 1                                           16
 2    already.  We are waiting.  Any day.
 3          Q       Do you know if Anthony Deo
 4    has a claim of ownership at Baron Nissan?
 5          A       I am aware that that is his
 6    claim.
 7          Q       Was the buyer informed of
 8    that claim?
 9          A       The buyer did not need to be
10    informed of that claim because it is a
11    false claim.
12          Q       So as far as you know, the
13    buyer was not informed of that claim; is
14    that right?
15          A       As far as I am aware, the
16    buyer is not informed of that claim.
17          Q       Did you know that there was a
18    contract, at least partially signed, for
19    Anthony Deo to purchase Baron Nissan some
20    years ago, did you know that?
21          A       I do not recall exactly.  I
22    have heard that through this legal
23    process.
24          Q       Do you know if he paid money
25    for that purchase?
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                          17
 2          A       Not that I am aware of.
 3          Q       Are you married, sir?
 4          A       Yes, sir.
 5          Q       What is your wife's name?
 6          A       Lauren Baron.
 7          Q       How long have you been
 8   married?
 9          A       Six years.  It will be seven
10   this July.
11          Q       Has she ever worked at any of
12   the stores?
13          A       No, sir.
14          Q       What was 189 Sunrise Highway
15   doing prior to Anthony Deo paying $50,000
16   towards that purchase; do you know how it
17   was doing financially?
18          A       I can't recall.
19          Q       Did you know that the
20   warranty contracts for 189 Sunrise
21   through Nissan were assigned to Anthony
22   Deo after he paid $50,000 towards that
23   purchase?
24                  MR. SHANKS:  Objection to the
25          form.  The contracts?  You mean the
```

*Rich Moffett Court Reporting, Inc.*

18

1
2          customer contracts or?

3                    MR. THOMASSON:  I'll rephrase

4          the question, Russell.

5                    MR. SHANKS:  Thank you.

6          Q       Mr. Baron, did you know that

7    there were warranties available at 189

8    Sunrise through Nissan?

9          A       Not that I'm aware of.

10         Q       I'm sorry?

11         A       Not that I can recall or that

12   I am aware of.  I -- I do know that we

13   sold warranties out of the store, of

14   course.

15         Q       But you don't know who the

16   provider of the warranties was; is that

17   what you're saying?

18         A       Not that I can recall.

19         Q       And in your experience, would

20   there be a contract between the store and

21   the warranty provider to provide

22   warranties?

23         A       Standard practice.

24         Q       That's yes?

25         A       Yes, some form of contract.

*Rich Moffett Court Reporting, Inc.*

```
 1                                    19
 2          Q      I am representing to you that
 3     that contract was assigned to Anthony Deo
 4     for 198 Sunrise, did you know that?
 5          A      Can you please re-ask the
 6     question?  It came across a little
 7     choppy.
 8          Q      Sure, I'm sorry.  I had some
 9     trouble with my computer this morning.  I
10     don't know why.  I'm on my phone.
11          A      No, no worries.
12                 MR. THOMASSON:  Diana, could
13            you read that back, if you got it?
14                 (Record read.)
15                 MR. SHANKS:  Objection to
16            form that you're representing.
17          Q      You can answer it, Mr. Baron,
18     if you know.  Did you know that?
19          A      I'm -- I do not recall or nor
20     am I aware.
21          Q      Were you ever served with a
22     complaint brought by the Deos that I
23     prepared and filed in September of 2024?
24          A      I am aware of the complaint.
25     I was actually never formally served
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                          20
 2   anything.
 3        Q      How did you become aware of
 4   the complaint?
 5        A      It was many people were
 6   served that complaint and notice, so I
 7   became aware of it that way.
 8        Q      Do you know who provided the
 9   floor plans at 189 Sunrise?
10        A      I can't recall.
11        Q      By that I mean what bank or
12   banks provided the floor plans?  That's
13   what I meant by that.
14        A      No, sir, I can't recall.
15        Q      You really weren't involved
16   in the operations of 189 Sunrise, were
17   you?
18        A      No, sir.
19        Q      Are you aware of any harm
20   that I caused you at 189 Sunrise?
21        A      I am aware of the harm that
22   was caused, yes, sir, by you and several
23   other people.
24        Q      What harm did I cause at 189
25   Sunrise, that you are aware of?
```

```
 1                                    21
 2        A       Helping facilitate some of
 3   the fraudulent activities that Anthony
 4   Deo performed at that location in regards
 5   to his $735,000 loan, the inability to
 6   repay customers' -- pay customers'
 7   warranties, things like that.
 8        Q       What is it that I did to
 9   contribute towards that harm?
10        A       You helped facilitate and you
11   were aware of what was going on and
12   helped facilitate that with Anthony.
13        Q       How do you know that?
14        A       Through knowledge of the
15   partners.
16        Q       What firsthand knowledge do
17   you have that I caused harm at 189
18   Sunrise?
19        A       I have the knowledge through
20   my partners.  I was not involved in the
21   day to day, but I did see the
22   transactions post.
23        Q       Sir, you were told that I was
24   involved; is that a more accurate way of
25   putting it?
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                      22
 2        A       I was made aware of your
 3   involvement, yes.
 4        Q       Who made you aware of it?
 5        A       My partners.
 6        Q       What are their names?
 7        A       Josh Aaronson, Brian
 8   Chabrier, Ray Phalon.
 9        Q       They all told you that they
10   have knowledge of something I did at 189
11   Sunrise that harmed you?
12        A       I believe it is quite evident
13   of the harm that has been caused at 189
14   Sunrise by you and Anthony Deo, sir.
15        Q       Well, can you give me one
16   specific instance that you know of that I
17   caused you harm at 189 Sunrise?
18        A       The representation for
19   Anthony Deo and the work that you've done
20   in helping to facilitate that and cover
21   up his actions.
22        Q       So from what you just
23   answered, would you say that my
24   representation of Anthony Deo as his
25   attorney in some way harmed you, is that
```

*Rich Moffett Court Reporting, Inc.*

```
1                                          23
2    your allegation?
3        A     I do not want to insinuate
4    into what you are, lawyer, you know,
5    client privilege is, but...
6        Q     Well, can you give me one
7    specific instance of the harm that I
8    caused you?
9        A     The $735,000 --
10             MR. SHANKS:  Objection.
11        Asked and answered, but go ahead,
12        you could  repeat your answer
13        again, if you like.    It's the
14        third time you asked.
15        Q     So the $735,000 that Anthony
16   Deo took out for Northshore Motors, there
17   is somehow I did something that harmed
18   189 Sunrise; is that what you're saying?
19        A     By being aware of his fraud
20   and helping to facilitate those
21   transactions, yes.
22        Q     How would I be aware of
23   Anthony Deo's fraud?  Please tell me.
24        A     You worked directly with him
25   over that course of time, and again, we
```

*Rich Moffett Court Reporting, Inc.*

24

```
 1
 2   were very aware of what was going on.
 3        Q      When did you become aware of
 4   what was going on?
 5        A      The summons and complaints,
 6   and prior thereto, I can't recall exactly
 7   the dates, but it was quite evident prior
 8   to the summons and complaints that there
 9   was issues going on between Anthony Deo
10   and my partners.
11        Q      What evidence are you aware
12   of that I was aware of whatever was going
13   on between Anthony Deo and your partners?
14        A      Can you please re-ask or just
15   restate the question?
16        Q      Sure.
17               Prior to the litigation that
18   commenced between everyone in these
19   cases, it's your position that there were
20   issues between Anthony Deo and your
21   partners; is that correct?
22        A      Yes, sir.
23        Q      With regard to those issues,
24   can you please tell me what it is you
25   think I knew about prior to this
```

*Rich Moffett Court Reporting, Inc.*

25

litigation starting regarding the issues

between Anthony Deo and your partners?

    A    My understanding, you were

routinely in the locations, working

within the locations and were very aware

of what was happening.

    Q    How many times have I ever

been to 189 Sunrise, that you know of?

    A    I cannot recall nor am I

aware.

    Q    How many times was I ever in

Northshore Motors, that you are aware of?

    A    I cannot give a specific

amount.

    Q    How many times was I ever in

Superb Motors, that you are aware of?

    A    I -- I have never met you, so

I can't recall in that regard.

    Q    Isn't it a fact, Mr. Baron,

that you have no firsthand knowledge of

my wrongdoing against you?

    A    Firsthand knowledge could be

taken in several different ways.  I was

given that information, and I have seen

*Rich Moffett Court Reporting, Inc.*

```
 1                                          26
 2    the information, so it was passed on to
 3    me, yes, sir.
 4         Q      What information was passed
 5    on to you that indicated to you I had
 6    knowledge of wrongdoing committed against
 7    you at 189 Sunrise?
 8         A      As I have stated prior, the
 9    $735,000 and all the other wrongdoings
10    that was transpired.
11         Q      What are those wrongdoing?
12         A      The $735,000, as I have said
13    several times, as well as Mr. Deo not
14    repaying customers, not paying customers'
15    warranties and -- and other transactions.
16         Q      Okay, well, there are other
17    automobile transactions that took place
18    at these dealerships that you think
19    Anthony Deo committed wrong; is that
20    right?
21         A      That I --
22         Q      That's a yes-or-no question.
23         A      Yes.
24         Q      Okay.
25                What is it that you have seen
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                           27
 2      that indicates I had any knowledge of car
 3      sales at either 189 Sunrise or Northshore
 4      Motors?
 5           A     I cannot speak to you are
 6      aware to car sales.
 7           Q     What knowledge do you have of
 8      me having knowledge of payments on floor
 9      plans at those two dealerships?  Are you
10      aware that I had any knowledge of floor
11      plan payments?
12           A     Again, that was a lengthy,
13      wordy question.  I apologize, if I can
14      just ask you to rephrase?
15           Q     Are you aware that I had
16      anything to do, yes or no, with floor
17      plan payments at 189 Sunrise?
18           A     As his attorney you would not
19      be handling the floor plan directly.
20           Q     So would you say that you
21      have no knowledge of me having knowledge
22      of floor plan payments at 189 Sunrise; is
23      that a fair statement?
24           A     Again, it's just -- please
25      repeat the question.
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                            28
 2        Q      Sure.
 3               Is it fair to say that you
 4   have no firsthand knowledge that I was
 5   aware of floor plan payments at 189
 6   Sunrise?
 7        A      As I prior stated, I was not
 8   involved in the day-to-day business, so I
 9   cannot really speak to the floor plan
10   transactions.
11        Q      So then it would be fair to
12   say that you don't have any knowledge
13   that I was involved in floor plan
14   payments?
15               MR. SHANKS:  Mr. Thomasson,
16          if I can just ask, you're coming in
17          quick with, like, a follow up, can
18          you make sure he's done with the
19          answer.  Thank you.
20               MR. THOMASSON:  Sure.
21               Diana, could I ask you to
22          repeat that?
23               (Record read.)
24               MR. SHANKS:  Objection.
25          Asked and answered.
```

*Rich Moffett Court Reporting, Inc.*

1                                                        29

2          Q      That's a yes-or-no question,

3     Mr. Baron.

4               THE WITNESS:  Russell, you

5          objected, I'm not sure if I --

6               MR. SHANKS:  It's okay.  Most

7          of my objections are just for the

8          record or for form.  Unless I

9          direct you not to answer, you can

10         proceed with an answer, if you're

11         able to.

12              THE WITNESS:  I do not want

13         to misspeak or speak when I should

14         not.

15         Q      I'm just asking you,

16    Mr. Baron, that it's fair to say, is it

17    not, yes or no, that you have no

18    knowledge of my involvement with floor

19    plan payments at 189 Sunrise; that's fair

20    to say, right?

21         A      As I stated, I was not

22    involved in the day to day of that

23    business.

24         Q      So therefore, you have no

25    knowledge that I was involved in floor

*Rich Moffett Court Reporting, Inc.*

```
1                                                    30
2      plan payments at that business, right?
3           A      As I stated, I do not have
4      firsthand knowledge.
5           Q      Thank you.
6                  And you have no knowledge
7      that I was involved in any car sales at
8      189 Sunrise, right?
9           A      I do not believe you sold any
10     cars, sir.
11          Q      Do you allege that I took
12     money out of any 189 Sunrise bank
13     accounts?
14          A      I can't speak to that.
15          Q      You have no knowledge of me
16     taking money out of bank accounts at 189
17     Sunrise, do you?
18          A      If they said that my -- what
19     I was speaking to was you helping Anthony
20     facilitate those transactions.
21          Q      What knowledge do you have
22     that he was communicating with me about
23     those transactions?  Do you have any
24     knowledge that he was communicating with
25     me about those transactions?
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                          31
 2              MR. SHANKS:  Objection.  Two
 3         questions in there.
 4              MR. THOMASSON:  Sure.
 5         Q      Do you have any knowledge
 6    that he was communicating with me about
 7    those transactions, yes or no?
 8         A      No firsthand knowledge.
 9         Q      I'm sorry, what did you say?
10         A      I said, "No firsthand
11    knowledge."
12         Q      Of course, it's also true
13    that you would know to what extent I was
14    involved in any harm at Northshore
15    Motors, right?
16              MR. SHANKS:  Objection as to
17         form.
18              Jory, just slow down a
19         second.        Objection as to
20         form.
21         Q      Mr. Baron?
22         A      I was not involved in
23    Northshore Motors.
24         Q      So you would have no
25    knowledge of any wrongdoing I committed
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                          32
 2   there, right?
 3        A      I have no involvement with
 4   Northshore Motors.
 5        Q      Do you have any knowledge of
 6   what Marc Merckling did wrong at 189
 7   Sunrise?
 8        A      I'm not aware as to who Marc
 9   Merckling is, sir.
10        Q      Are you aware of any --
11        A      If it's okay with you, am I
12   allowed to have a sip of my seltzer in
13   between questions?
14        Q      Oh, yeah, absolutely, and if
15   you need a break, tell us.
16        A      Absolutely.
17              MR. THOMASSON:  Diana, could
18        I trouble to read back my last
19        question?
20              (Record read.)
21        Q      Do you have any knowledge,
22   Mr. Baron, of any wrongdoing committed by
23   Dwight Blankenship at 189 Sunrise?
24        A      I'm sorry, I can't recall who
25   that is.
```

1                                                      33

2          Q       So you have no knowledge

3    today, that you can tell me about, about

4    what he supposedly did wrong if you don't

5    know who he is, right?

6          A       That would be correct.

7          Q       Do you know someone named

8    Michael Laurie?

9          A       I cannot recall who that is.

10         Q       So it would probably be the

11   same answer, you wouldn't have any

12   knowledge yourself of anything Michael

13   Laurie did wrong to 189 Sunrise, right?

14         A       That again, I'm not sure who

15   that person is, sir.

16         Q       Did you ever meet Sarah Deo?

17         A       I believe at least once.

18         Q       Where was that, do you know?

19         A       I believe I met her at

20   Northshore Motors one of the times that I

21   was there.

22         Q       Was it just an introduction?

23         A       I can't recall the exact

24   circumstance.

25         Q       Was there any substantive

*Rich Moffett Court Reporting, Inc.*

                                                        34

         area that was discussed, that you can
         recall?

              A      No, I can just recall that
         she was in her office at that location,
         but again, I can't remember speaking to
         the circumstances of why I was there.

              Q      And you wouldn't have any
         knowledge of any wrongdoing she committed
         at 189 Sunrise, would you?

              A      She didn't do anything wrong
         with Anthony at these locations.

              Q      But I am asking you about
         specific knowledge of wrongdoing by Sarah
         Deo, do you have any specific knowledge
         of wrongdoing by Sarah Deo at 189
         Sunrise?

              A      Again, my involvement on the
         day to day at Sunrise was almost
         nonexistent.  I do know she did work
         directly with Anthony.

              Q      But in the last three years
         of litigation, no one has shown you any
         proof that Sarah Deo did something wrong
         at 189 Sunrise, did they?

*Rich Moffett Court Reporting, Inc.*

35

A       Well, information, all information has been given to my attorney.

Q       Has anything been given to you to suggest that Sarah Deo did something wrong at 189 Sunrise while you were an owner?

A       Sarah Deo worked directly with Anthony at the locations.

Q       That's it?  Is that all you got for wrongdoing is that she performed work at 189 Sunrise?

A       I am telling you she worked directly with Anthony and what he was doing, sir.

Q       Okay.

        Does that mean you have firsthand knowledge of what she did wrong?

A       As I stated prior, I was not involved in the day to day, but I do know she worked extremely closely with her husband at these locations and was --

Q       And Sarah Deo was at 189

```
1                                              36
2      Sunrise Highway --
3                    MR. SHANKS:  He wasn't
4           finished, Harry.
5                    MR. THOMASSON:  I'm sorry.
6           Q      Did you have something else
7      to add, Mr. Baron?
8                    MR. SHANKS:  He seemed to
9           have been cut off.
10          A      Again, I was just stating
11     that I believe everyone knows that Sarah
12     worked directly with her husband.
13     Whether she was physically at that
14     location or not, she worked directly with
15     Anthony in the auto business and in the
16     businesses that he was involved in.
17          Q      What is it that she did with
18     him, do you know?
19          A      I do not know her day-to-day
20     activities, but as I said, I remember
21     being in her office specifically at
22     Northshore, so it is quite clear she
23     worked at the location.
24          Q      Do you have an interest in
25     the Island Auto Group?
```

```
 1                                        37
 2        A      I have a very small interest
 3   in the Island Auto Group.
 4        Q      What is that interest?
 5        A      Part ownership of the GMC
 6   location.
 7        Q      Where is that location?
 8        A      Staten Island.
 9        Q      Have you ever been involved
10   with a lending group called Condor
11   Capital Corp.?
12        A      No.
13        Q      Do you have a brother named
14   Steven Baron?
15        A      No.
16        Q      Do you have a relative name
17   Steven Baron?
18        A      Steven Baron was my uncle.
19        Q      Is he still alive?
20        A      No, sir.
21        Q      Did you know that Josh
22   Aaronson closed Northshore and 189
23   Sunrise?
24        A      Josh Aaronson, again, I can't
25   speak to Northshore, but had -- was
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                                    38
 2     handling day-to-day operations at 189.
 3            Q       Did you know that Josh
 4     Aaronson closed 189 Sunrise?
 5            A       Again, Josh Aaronson had
 6     authorization to handle the day-to-day
 7     activities at 189 Sunrise.
 8            Q       That's lovely but that's not
 9     what I asked you.  I asked you do you
10     know that Josh Aaronson closed 189
11     Sunrise?
12            A       Josh Aaronson handled the day
13     to day, and if he closed 189 Sunrise, he
14     closed 189 Sunrise.
15            Q       Are you under the impression
16     it's still open?
17            A       No.  You asked me a question,
18     sir, that did he close it, and I'm saying
19     if you are stating that 189 Sunrise is
20     closed, which currently it is, he closed
21     it as he was able to handle the
22     day-to-day operations.
23            Q       That's all I was asking.
24                    MR. SHANKS:  I'm sorry, is
25            there a question pending?
```

*Rich Moffett Court Reporting, Inc.*

```
1                                    39
2              MR. THOMASSON:  No, Russell.
3              MR. SHANKS:  Okay, got it.
4         Q     Was there an agreement, that
5   you can recall, in writing for Anthony
6   Deo to purchase 189 Sunrise?
7         A     I cannot recall the -- I
8   cannot recall that or the exact
9   agreement, but what -- I was going to say
10  if I can elaborate on that?
11        Q     No, there's no question to
12  you at the moment.  I have another
13  question for you.
14             Do you know what NESNA is?
15        A     Yes, sir.
16        Q     What is NESNA?
17        A     NESNA is the warranty
18  company, you know, through Nissan.
19        Q     That's ultimately the
20  contract I was discussing with you
21  earlier with 189 Sunrise, did you know
22  that NESNA contracts were assigned to
23  Anthony Deo?
24        A     Not that I can recall.
25        Q     Were you on any bank accounts
```

```
 1                                          40

 2    at 189 Sunrise?

 3         A      It's possible but I cannot

 4    recall.

 5         Q      Do you know of anyone who was

 6    on the bank accounts at 189 Sunrise?

 7         A      I can't speak exactly.  I

 8    can't recall.

 9         Q      Do you know what the last

10    year was you received a K-1 for 189

11    Sunrise?

12         A      I can't recall at the time

13    the exact year.

14         Q      Does 189 Sunrise appear on

15    any of your tax returns since you

16    acquired an interest in it?

17         A      As an owner of that location,

18    I did file tax returns when it was open.

19         Q      Well, I'm talking at the

20    moment about your personal tax returns.

21    Are there any personal tax returns you

22    filed indicating that you were an owner

23    of 189 Sunrise?

24         A      I am an owner of 189 Sunrise,

25    and since the location is closed, there's
```

41

no reason for me to file taxes or have
that included.

Q    I'm not talking about now, I
am talking about since you acquired an
interest in 189 Sunrise, did you put 189
Sunrise on your personal tax returns as
an owner?

A    That is an accounting
question, but I did file as owner of 189
Sunrise.

Q    I'm only talking about your
personal tax returns.  Are you saying
that you have a memory that you have 189
Sunrise on your personal tax returns as
an owner?

A    What I am stating is as an
owner of the store, I filed a K-1 under
189 Sunrise.  I would have to speak to my
accountant on specific accounting
questions, sir.

Q    Did you know that I requested
tax returns and other documents?

A    I -- not that I am aware of
in regards to myself, if that's what

*Rich Moffett Court Reporting, Inc.*

42

1

2    you're asking.

3         Q       Yes.

4              Do you know the last time

5    that you filed any tax documents

6    indicating ownership of 189 Sunrise?

7         A       I've always been an owner of

8    189 Sunrise, and when it was open, I

9    would have filed taxes as I have stated.

10        Q       Who was responsible for

11   filing the corporate taxes for 189

12   Sunrise?

13        A       An accountant.

14        Q       Do you know what company they

15   worked for?

16        A       I cannot recall the exact

17   accounting firm at the time.

18        Q       Could it have been Citrin

19   Cooperman?

20        A       It could have been.

21        Q       Is Citrin Cooperman one of

22   your accountants?

23        A       Yes.

24        Q       How long have they been one

25   of your accountants?

43

A    I can't recall the exact specific amount of time.

Q    Is Citrin Cooperman an IAG accountant?

A    Not to sound naive, I'm not sure what an IAG accountant is.

Q    Does Citrin Cooperman do any accounting work for IAG, that you know of?

A    IAG, are you referencing Island Auto Group?

Q    Yes.

A    Okay, I believe so.

Q    Did you know that Josh Aaronson approved some tax returns indicating Anthony Deo was the owner of 189 Sunrise, did you know that, yes or no?

A    Can you please repeat the question, sir?

Q    Did you know that Josh Aaronson approved some tax returns that were prepared by Citrin Cooperman at his direction indicating that Anthony Deo was

*Rich Moffett Court Reporting, Inc.*

```
 1                                        44
 2    the 99 percent owner of 189 Sunrise; did
 3    you know that, yes or no?
 4         A     Not that I can recall.
 5         Q     Did you ever obtain any
 6    pandemic relief funds through 189
 7    Sunrise?
 8               MR. SHANKS:  Objection to
 9          form.  When you say "you," who are
10          you referring to as the "you"?
11               MR. THOMASSON:  Mr. Baron.
12         Q     Have you, Jory Baron, ever
13    received any pandemic relief funds by or
14    through 189 Sunrise?
15         A     I cannot recall if 189
16    Sunrise filed for relief loans.  I know
17    several of the businesses, if not all,
18    applied.
19         Q     So does that mean, yes, you
20    obtained pandemic relief funds by and
21    through 189 Sunrise?
22               MR. SHANKS:  Objection.
23          Asked and answered.  He says he
24          doesn't recall.
25         Q     Is that correct, Mr. Baron,
```

*Rich Moffett Court Reporting, Inc.*

45

you don't know if there were pandemic

relief funds that you obtained by and

through 189 Sunrise?

        A       Again, my involvement was on

the day to day was not there, but I do

know that most, if not all, stores

applied, but I cannot specifically in

regards to that location.

        Q       Have any of your family,

immediate family members, ever worked at

189 Sunrise?

        A       No, sir.  My uncle is the

only immediate, if that counts.

        Q       Since you have been married,

has your wife been employed anywhere?

        A       No, sir, at the store.  She

is -- is employed but not at any of the

stores.  My wife is employed.  She works,

but she's never worked at any of the

stores.

        Q       Where does she work?

        A       She is a schoolteacher in

Great Neck.

        Q       Since 2017, what companies

*Rich Moffett Court Reporting, Inc.*

46

have you worked for, Mr. Baron?

    A    Baron Nissan, Baron Honda. I
have opened two other preowned locations
as well. Aside from that, I cannot, you
know, speak to anything directly.

    Q    Were you on the payroll for
all four of those businesses?

    A    That I -- if we made money, I
would make money, so yes.

    Q    Did all four of those
businesses make money?

    A    I have since closed one of
those locations.

    Q    What location was that?

    A    My Centereach Super Center
Store.

    Q    Do you know when you opened
it?

    A    I cannot recall the exact
date. It was approximately a year. This
past October it would have -- it would
have been.

    Q    And within the first year you
closed it?

*Rich Moffett Court Reporting, Inc.*

1                                                    47

2          A       Yes, we maintained a lease

3     for approximately two years, but the

4     business did not open for about a year,

5     and it closed approximately a year after

6     opening.

7          Q       That's because it was not

8     profitable?

9          A       Yes, it's a very rough time

10    in the used car business.

11         Q       Have you ever done business

12    with Ally Bank at all, sir?

13                 Did you hear the question?

14    Can you hear me okay?

15         A       I did reply.  Yes.

16         Q       Oh, I'm sorry, I didn't hear

17    you say that.  Okay.

18                 What business did you do with

19    Ally Bank?

20         A       Ally Bank, from warranties,

21    floor plan, mortgage lending.

22         Q       Have you, in the last three

23    years, spoken to law enforcement about

24    the allegations in these cases involving

25    the Deo defendants?

```
1                                          48

2          A      No, sir.

3          Q      No?

4          A      No.

5                 MR. SHANKS:  Jory, speak up a

6          little bit, it's kind of choppy

7          here.  Thank you.

8          A      I apologize.  It's the lack

9    of sleep from my daughter being up all

10   night.                   No, sir.

11         Q      Were there any operating

12   agreements at 189 Sunrise, if you know?

13         A      I can't recall.

14         Q      Do you know if there was any

15   account or accounts at 189 Sunrise with

16   Chase Bank?

17         A      Yes.

18         Q      How long did 189 Sunrise have

19   accounts with Chase Bank, do you know?

20         A      I can't recall specifically.

21         Q      What position did Anthony Deo

22   hold at 189 Sunrise?

23         A      I can't recall.

24         Q      Did he have authorization to

25   work at 189 Sunrise from you?
```

*Rich Moffett Court Reporting, Inc.*

49

```
 1
 2         A      No.
 3         Q      Do you know if he had
 4   authorization to do anything at 189
 5   Sunrise from any of your partners?
 6         A      I can't speak to that.
 7         Q      When did you first find out
 8   that Anthony Deo was doing something
 9   wrong at 189 Sunrise?
10         A      I can't recall.
11         Q      Was that before or after it
12   closed?
13         A      I can't recall.
14         Q      I may have asked you this, I
15   am not trying to repeat, do you know who
16   was on the bank accounts at 189 Sunrise?
17         A      I can't recall specifically.
18         Q      Do you know if you were?
19         A      It's possible.
20         Q      Can you tell me with any
21   specificity what you think Anthony Deo
22   did wrong at 189 Sunrise?
23         A      As I stated earlier, not
24   paying off floor plan vehicles, not
25   paying customers back, not paying
```

*Rich Moffett Court Reporting, Inc.*

                                                              50

 1

 2    customers' warranties, so on and so

 3    forth.

 4          Q      Was there a controller of any

 5    type at 189 Sunrise?

 6          A      Yes.

 7          Q      Who were the controllers at

 8    189 Sunrise?

 9          A      I can't recall specifically.

10          Q      Do you know if they were in

11    any way affiliated with IAG?

12          A      No, sir, I can't recall.

13          Q      Who is responsible for paying

14    off cars at a car dealership, isn't that

15    the controller's office?

16                 MR. SHANKS:  Objection as to

17          form.

18          A      In the auto business it's the

19    job of the manager to make sure that the

20    controller is paying off the vehicles.

21          Q      Okay.

22                 Could it also be the job of

23    an owner to make sure that the vehicles

24    are getting paid off as well, couldn't

25    it?

*Rich Moffett Court Reporting, Inc.*

```
 1                                          51
 2              MR. SHANKS:  Objection.
 3       Calls for speculation.
 4       Q     You can answer.
 5       A     It could be the job of the
 6  owner, the sales manager, the manager,
 7  but typically, the manager would handle,
 8  or the general manager, would handle that
 9  day-to-day operation.
10       Q     So the person in charge of
11  the day-to-day operations is the one who
12  makes sure that the cars get paid off
13  properly; is that right?
14       A     That would be part of the
15  job.
16       Q     And at 189 Sunrise after
17  David Baron's death, that was Josh
18  Aaronson, right, isn't that what you told
19  me?
20       A     Josh Aaronson handled the
21  day-to-day activities as an owner, but he
22  was not at the store managing
23  salespeople, sir.
24       Q     Uh-huh.
25             Do you know if there are any
```

                                                              52
reviews of the bank accounts at 189

Sunrise on a daily basis by you or any of

your partners?

        A       I can't speak for my

partners.

        Q       So you really didn't know

what was going on at 189 Sunrise, you

were just a part owner; is that right?

        A       As I stated, my day-to-day

interactions, they were very limited.

                MR. THOMASSON:  I just have

        to look at something quickly.

        Let's take five minutes.

                (Recess taken.)

        Q       Mr. Baron, was Baron Nissan

recently fined $250,000 by the Attorney

General of New York?

        A       Yes.

        Q       What was that for?

        A       Lease buyouts.

        Q       What does that mean, "lease

buyouts"?

        A       Every Nissan dealership

pretty much in the metro area was served

*Rich Moffett Court Reporting, Inc.*

53

over the matter in regards to the lease
buyouts that were handled during the
pandemic.

Q    Was that the amount of the
fine, $250,000, if you know?

A    Approximately in that range.

MR. SHANKS:  Objection.  Is
your question was the fine $250,000
or the settlement?  I didn't hear
the question.  I'm sorry, Harry.

MR. THOMASSON:  I think I did
ask if it was a fine.

MR. SHANKS:  Okay.

MR. THOMASSON:  But it may
have been restitution.

Q    Do you know if it was a fine
or restitution, Mr. Baron?

A    The entirety of the
settlement was that range.  I can't speak
to restitution or fine.

Q    When you received the $10,000
from Mr. Deo in February of 2021, what
did you think it was for?

A    It was a down payment for his

54

potential for taking over some of the
prior locations.

    Q    Do you possess any writing
that says that?

    A    That it was a down payment,
or what are you referring to?

    Q    That it was a down payment,
do you have any writing that says that it
was just a down payment?

    A    He had -- he had several
obligations that, I believe, he had to
fulfill at the time.  I can't recall
specifically but --

    Q    That's not my question.  I
didn't ask you whether there were any
obligations.

    A    Do I have any writing
currently in my possession, no.

        MR. THOMASSON:  I have no
    further questions at this time.

        But I wanted to remind
    everybody that we need to have a
    meet and confer.

        MR. SHANKS:  Okay.

                                                                55

             Anyone else?  I will take

        that as a no.

             MS. RONNEBURGER:  I have no

        questions.

             MR. SHANKS:  Can we release

        Jory?

             MR. THOMASSON:  Sure,

        absolutely.

             MR. SHANKS:  Thank you,

        Mr. Baron.

             THE WITNESS:  Thank you for

        your time.

             (Time noted:  11:11 a.m.)

```
 1                                          56

 2              A C K N O W L E D G M E N T

 3

 4   STATE OF NEW YORK  )
                        :ss
 5   COUNTY OF          )

 6

 7          I, JORY BARON, hereby certify

 8       that I have read the transcript of my

 9       testimony taken under oath in my

10       deposition of January 21, 2026; that

11       the transcript is a true, complete and

12       correct record of my testimony, and

13       that the answers on the record as

14       given by me are true and correct.

15

16

17          _____

18                     JORY BARON

19

20

21   Signed and subscribed to before
     me, this            day
22   of                  , 2026.

23
     _____
24   Notary Public, State of New York

25
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                          57

 2    ---------------I N D E X--------------------

 3    WITNESS              EXAMINATION BY       PAGE

 4    JORY BARON           MR. THOMASSON          5

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                                    58

 2                    C E R T I F I C A T E

 3

   STATE OF NEW YORK  )

 4                     ) ss.:

   COUNTY OF NASSAU    )

 5

 6              I, Diana Mitchell, a Notary

 7         Public within and for the State of New

 8         York, do hereby certify:

 9              That JORY BARON, the witness

10         whose deposition is hereinbefore set

11         forth, was duly sworn by me and that

12         such deposition is a true record of

13         the testimony given by such witness.

14              I further certify that I am not

15         related to any of the parties to this

16         action by blood or marriage; and that I

17         am in no way interested in the outcome

18         of this matter.

19              IN WITNESS WHEREOF, I have

20         hereunto set my hand this 30th day of

21         January, 2026.

22

23                    Diana Mitchell
                 - - - - - - - - - - - - - - - - - - - - -
24                    DIANA MITCHELL

25
```

*Rich Moffett Court Reporting, Inc.*

## $

**$10,000** [2] - 10:22, 53:22
**$250,000** [3] - 52:17, 53:6, 53:9
**$50,000** [2] - 17:15, 17:22
**$735,000** [5] - 21:5, 23:9, 23:15, 26:9, 26:12

## 1

**10170-0002** [1] - 2:20
**10:08** [1] - 1:20
**11423-2327** [1] - 2:8
**11553** [1] - 3:11
**11743** [1] - 5:15
**11793** [1] - 3:6
**11:11** [1] - 55:14
**1239** [1] - 1:8
**1339** [1] - 3:18
**1580** [1] - 1:7
**1581** [1] - 1:6
**1591** [1] - 1:7
**1632** [1] - 1:7
**18211** [1] - 2:7
**189** [90] - 1:4, 1:17, 2:12, 10:13, 10:15, 10:18, 10:22, 11:6, 11:9, 11:13, 11:21, 12:11, 12:16, 17:14, 17:20, 18:7, 20:9, 20:16, 20:20, 20:24, 21:17, 22:10, 22:13, 22:17, 23:18, 25:9, 26:7, 27:3, 27:17, 27:22, 28:5, 29:19, 30:8, 30:12, 30:16, 32:6, 32:23, 33:13, 34:10, 34:16, 34:25, 35:7, 35:13, 35:25, 37:22, 38:2, 38:4, 38:7, 38:10, 38:13, 38:14, 38:19, 39:6, 39:21, 40:2, 40:6, 40:10, 40:14, 40:23, 40:24, 41:6, 41:10, 41:14, 41:19, 42:6, 42:8, 42:11, 43:18, 44:2, 44:6, 44:14, 44:15, 44:21, 45:4, 45:12, 48:12, 48:15, 48:18, 48:22, 48:25, 49:4, 49:9, 49:16, 49:22, 50:5, 50:8, 51:16, 52:2, 52:8
**19107** [1] - 3:19
**198** [1] - 19:4

## 2

**2000** [1] - 8:25
**2017** [1] - 45:25
**2021** [2] - 7:11, 53:23
**2023** [1] - 7:12
**2024** [4] - 13:23, 14:6, 14:8, 19:23
**2026** [4] - 1:20, 56:10, 56:22, 58:21
**21** [1] - 1:20, 5:14, 56:10
**23** [2] - 1:9, 2:18
**2320** [1] - 2:19
**2519** [1] - 1:8
**2:23-cv-6188** [1] - 1:10

## 3

**3/2/88** [1] - 6:24
**30th** [1] - 58:20
**3280** [1] - 3:5
**333** [1] - 3:10

## 4

**420** [1] - 2:19
**446** [2] - 1:8, 2:17

## 5

**5** [1] - 57:4
**50** [5] - 13:19, 13:21, 15:12, 15:16
**500** [1] - 3:18

## 7

**76** [2] - 1:8, 2:17

## 9

**99** [1] - 44:2

## A

**a.m** [2] - 1:20, 55:14
**AARONSON** [1] - 1:5
**Aaronson** [13] - 2:14, 11:20, 22:7, 37:22, 37:24, 38:4, 38:5, 38:10, 38:12, 43:16, 43:23, 51:18, 51:20
**ability** [1] - 5:24
**able** [2] - 29:11, 38:21
**absolutely** [3] - 32:14, 32:16, 55:9
**Academy** [1] - 8:8
**account** [1] - 48:15
**accountant** [4] -

41:20, 42:13, 43:5, 43:7
**accountants** [2] - 42:22, 42:25
**accounting** [4] - 41:9, 41:20, 42:17, 43:9
**accounts** [9] - 11:3, 30:13, 30:16, 39:25, 40:6, 48:15, 48:19, 49:16, 52:2
**accurate** [2] - 5:25, 21:24
**acquired** [2] - 40:16, 41:5
**action** [1] - 58:16
**actions** [1] - 22:21
**active** [1] - 11:5
**activities** [4] - 21:3, 36:20, 38:7, 51:21
**add** [1] - 36:7
**address** [2] - 5:12, 5:13
**administer** [1] - 4:16
**affiliated** [1] - 50:11
**ago** [1] - 16:20
**AGREED** [3] - 4:3, 4:9, 4:14
**agreement** [4] - 14:11, 14:18, 39:4, 39:9
**agreements** [1] - 48:12
**ahead** [1] - 23:11
**alive** [1] - 37:19
**ALIVIA** [1] - 3:22
**allegation** [1] - 23:2
**allegations** [1] - 47:24
**allege** [1] - 30:11
**allowed** [1] - 32:12
**Ally** [3] - 47:12, 47:19, 47:20
**almost** [1] - 34:19
**ALSO** [1] - 3:22
**amount** [3] - 25:15, 43:3, 53:5
**AND** [3] - 4:2, 4:8, 4:13
**answer** [7] - 19:17, 23:12, 28:19, 29:9, 29:10, 33:11, 51:4
**answered** [4] - 22:23, 23:11, 28:25, 44:23
**answers** [2] - 5:25, 56:13
**ANTHONY** [4] - 1:4, 1:11, 3:23, 3:24
**Anthony** [32] - 2:6, 10:22, 16:3, 16:19, 17:15, 17:21, 19:3, 21:3, 21:12, 22:14, 22:19, 22:24, 23:15,

23:23, 24:9, 24:13, 24:20, 25:3, 26:19, 30:19, 34:12, 34:21, 35:10, 35:15, 36:15, 39:5, 39:23, 43:17, 43:25, 48:21, 49:8, 49:21
**apologize** [2] - 27:13, 48:8
**appear** [1] - 40:14
**applied** [2] - 44:18, 45:8
**approval** [3] - 11:25, 12:2, 12:5
**approved** [2] - 43:16, 43:23
**area** [2] - 34:2, 52:25
**ARIEL** [1] - 3:12
**Asad** [1] - 2:15
**ASAD** [1] - 1:6
**aside** [1] - 46:5
**assigned** [3] - 17:21, 19:3, 39:22
**Association** [1] - 8:15
**Attorney** [1] - 52:17
**attorney** [3] - 22:25, 27:18, 35:4
**Attorneys** [4] - 2:4, 2:12, 3:9, 3:15
**attorneys** [1] - 4:3
**aunt** [3] - 7:15, 12:9, 15:9
**authority** [1] - 11:22
**authorization** [2] - 38:6, 48:24, 49:4
**authorized** [1] - 4:16
**auto** [4] - 8:8, 8:11, 36:15, 50:18
**Auto** [9] - 2:5, 2:13, 2:16, 2:18, 9:24, 36:25, 37:3, 43:12
**AUTO** [11] - 1:4, 1:5, 1:6, 1:7, 1:7, 1:8, 1:8, 1:9, 1:17
**automobile** [1] - 26:17
**AUTOMOTIVE** [1] - 1:14
**Automotive** [1] - 8:14
**available** [1] - 18:7
**Avenue** [2] - 2:7, 2:19
**aware** [34] - 15:10, 15:11, 16:5, 16:15, 17:2, 18:9, 18:12, 19:20, 19:24, 20:3, 20:7, 20:19, 20:21, 20:25, 21:11, 22:2, 22:4, 23:19, 23:22, 24:2, 24:3, 24:11, 24:12, 25:6, 25:11, 25:13, 25:17, 27:6,

27:10, 27:15, 28:5, 32:8, 32:10, 41:24

## B

**bachelor** [1] - 8:3
**bank** [9] - 11:2, 20:11, 30:12, 30:16, 39:25, 40:6, 49:16, 52:2
**BANK** [2] - 1:16, 1:17
**Bank** [6] - 3:9, 47:12, 47:19, 47:20, 48:16, 48:19
**banks** [1] - 20:12
**BARON** [8] - 1:5, 1:6, 1:6, 1:22, 56:7, 56:18, 57:4, 58:9
**Baron** [24] - 2:14, 2:15, 2:16, 5:10, 5:19, 6:15, 7:4, 7:5, 7:13, 9:25, 12:5, 12:6, 13:16, 13:22, 13:25, 14:13, 15:6, 15:13, 15:18, 15:19, 15:21, 16:4, 16:19, 17:6, 18:6, 19:17, 25:20, 29:3, 29:16, 31:21, 32:22, 36:7, 37:14, 37:17, 37:18, 44:11, 44:12, 44:25, 46:2, 46:3, 52:16, 53:18, 55:11
**Baron's** [1] - 51:17
**basis** [2] - 10:2, 52:3
**became** [1] - 20:7
**become** [5] - 10:17, 14:12, 14:19, 20:3, 24:3
**behalf** [1] - 12:6
**between** [14] - 4:3, 12:8, 14:20, 15:5, 18:20, 24:9, 24:13, 24:18, 24:20, 25:3, 32:13
**birth** [1] - 6:22
**birthday** [1] - 6:25
**bit** [1] - 48:6
**BLANKENSHIP** [1] - 1:12
**Blankenship** [1] - 32:23
**blood** [1] - 58:16
**Blvd** [1] - 2:16
**BLVD** [1] - 1:6, 1:7, 1:7, 1:8
**born** [3] - 6:16, 7:10, 7:11
**Boulevard** [1] - 3:10
**break** [1] - 32:15
**BRIAN** [1] - 1:5

*Rich Moffett Court Reporting, Inc.*

**Brian** [3] - 2:14, 12:14, 22:7
**brief** [1] - 6:20
**brother** [1] - 37:13
**brought** [1] - 19:22
**Building** [1] - 3:17
**Business** [1] - 8:4
**business** [11] - 8:9, 8:11, 28:8, 29:23, 30:2, 36:15, 47:4, 47:10, 47:11, 47:18, 50:18
**businesses** [4] - 36:16, 44:17, 46:8, 46:12
**but..** [1] - 23:5
**buyer** [4] - 16:7, 16:9, 16:13, 16:16
**BUYERS** [1] - 1:12
**buyouts** [3] - 52:21, 52:23, 53:3
**BY** [6] - 2:9, 2:21, 3:12, 3:20, 5:17, 57:3

## C

**cannot** [15] - 11:18, 13:14, 25:10, 25:14, 27:5, 28:9, 33:9, 39:7, 39:8, 40:3, 42:16, 44:15, 45:8, 46:5, 46:20
**CAPITAL** [1] - 1:15
**Capital** [1] - 37:11
**car** [5] - 27:2, 27:6, 30:7, 47:10, 50:14
**CAR** [1] - 1:12
**cars** [3] - 30:10, 50:14, 51:12
**CARS** [2] - 1:13, 1:13
**Case** [1] - 1:10
**cases** [2] - 24:19, 47:24
**caused** [6] - 20:20, 20:22, 21:17, 22:13, 22:17, 23:8
**Center** [1] - 46:16
**Centereach** [1] - 46:16
**century** [1] - 8:20
**certificate** [1] - 15:2
**certificates** [1] - 15:3
**certification** [1] - 4:6
**certify** [3] - 56:7, 58:8, 58:14
**Chabrier** [3] - 2:14, 12:14, 22:8
**CHABRIER** [1] - 1:5
**charge** [3] - 11:9, 11:14, 51:10

**CHASE** [1] - 1:17
**Chase** [2] - 48:16, 48:19
**Chestnut** [1] - 3:18
**children** [1] - 7:6
**choppy** [2] - 19:7, 48:6
**CIANCIULLI** [1] - 3:20
**circumstance** [1] - 33:24
**circumstances** [1] - 34:7
**Citrin** [5] - 42:18, 42:21, 43:4, 43:8, 43:24
**claim** [7] - 16:4, 16:6, 16:8, 16:10, 16:11, 16:13, 16:16
**clear** [1] - 36:22
**client** [1] - 23:5
**close** [2] - 15:24, 38:18
**closely** [1] - 35:23
**CO** [1] - 1:16
**COAST** [6] - 1:13, 1:13, 1:14, 1:14, 1:15
**college** [2] - 7:18, 7:20
**coming** [1] - 28:16
**commenced** [1] - 24:18
**committed** [5] - 26:6, 26:19, 31:25, 32:22, 34:9
**communicating** [3] - 30:22, 30:24, 31:6
**companies** [1] - 45:25
**company** [2] - 39:18, 42:14
**complaint** [4] - 19:22, 19:24, 20:4, 20:6
**complaints** [2] - 24:5, 24:8
**complete** [1] - 56:11
**computer** [1] - 19:9
**Condor** [1] - 37:10
**confer** [1] - 54:24
**consecutive** [1] - 9:15
**Cont'd** [1] - 3:2
**continues** [1] - 9:7
**continuously** [1] - 9:8
**contract** [10] - 14:18, 15:5, 15:8, 15:9, 15:22, 16:18, 18:20, 18:25, 19:3, 39:20

**contracts** [4] - 17:20, 17:25, 18:2, 39:22
**contribute** [1] - 21:9
**controller** [2] - 50:4, 50:20
**controller's** [1] - 50:15
**controllers** [1] - 50:7
**COONEY** [1] - 3:22
**Cooperman** [5] - 42:19, 42:21, 43:4, 43:8, 43:24
**CORP** [1] - 1:15
**Corp** [1] - 37:11
**corporate** [1] - 42:11
**correct** [5] - 24:21, 33:6, 44:25, 56:12, 56:14
**correctly** [1] - 9:13
**counts** [2] - 8:8, 45:14
**COUNTY** [2] - 56:5, 58:4
**course** [3] - 18:14, 23:25, 31:12
**COURT** [3] - 1:2, 5:6, 5:11
**Court** [2] - 1:23, 4:19
**cover** [1] - 22:20
**CPA** [1] - 1:12
**CPA'S** [1] - 1:16
**CULLEN** [1] - 3:8
**customer** [1] - 18:2
**customers** [2] - 26:14, 49:25
**customers'** [4] - 21:6, 26:14, 50:2
**cut** [1] - 36:9
**CYRULI** [1] - 2:11

## D

**daily** [1] - 52:3
**date** [4] - 6:22, 8:19, 10:20, 46:21
**dates** [1] - 24:7
**daughter** [1] - 48:9
**DAVID** [1] - 1:6
**David** [7] - 2:16, 7:13, 11:16, 11:17, 12:6, 15:18, 51:17
**day-to-day** [13] - 10:2, 11:10, 11:22, 12:3, 28:8, 36:19, 38:2, 38:6, 38:22, 51:9, 51:11, 51:21, 52:10
**dealer** [2] - 13:19, 13:20
**Dealer** [1] - 8:14
**dealership** [2] - 50:14, 52:24
**dealerships** [2] -

26:18, 27:9
**death** [1] - 51:17
**Defendant** [3] - 3:4, 3:9, 3:15
**Defendants** [1] - 1:18
**defendants** [1] - 47:25
**degree** [2] - 7:23, 8:2
**DEO** [4] - 1:11, 3:23, 3:23
**Deo** [33] - 10:22, 16:3, 16:19, 17:15, 17:22, 19:3, 21:4, 22:14, 22:19, 22:24, 23:16, 24:9, 24:13, 24:20, 25:3, 26:13, 26:19, 33:16, 34:15, 34:16, 34:24, 35:6, 35:9, 35:25, 39:6, 39:23, 43:17, 43:25, 47:25, 48:21, 49:8, 49:21, 53:23
**Deo's** [1] - 23:23
**Deos** [1] - 19:22
**deposition** [6] - 4:6, 4:14, 5:21, 56:10, 58:10, 58:12
**Deposition** [2] - 1:19, 1:22
**DIANA** [1] - 58:24
**Diana** [6] - 1:24, 19:12, 28:21, 32:17, 58:6, 58:23
**died** [1] - 11:17
**different** [2] - 9:23, 25:24
**direct** [1] - 29:9
**direction** [1] - 43:25
**directly** [8] - 23:24, 27:19, 34:21, 35:9, 35:15, 36:12, 36:14, 46:6
**discussed** [1] - 34:2
**discussing** [1] - 39:20
**DISTRICT** [2] - 1:2, 1:3
**DLA** [1] - 1:15
**documentation** [1] - 14:22
**documents** [2] - 41:23, 42:5
**done** [3] - 22:19, 28:18, 47:11
**down** [5] - 31:18, 53:25, 54:6, 54:8, 54:10
**drugs** [1] - 5:23
**due** [1] - 15:23
**duly** [2] - 5:3, 58:11
**during** [3] - 8:24, 13:8, 53:3
**DWIGHT** [1] - 1:12

**Dwight** [1] - 32:23
**DYKMAN** [1] - 3:8

## E

**Earle** [1] - 3:10
**EASTERN** [1] - 1:3
**effect** [1] - 4:17
**either** [2] - 7:24, 27:3
**elaborate** [1] - 39:10
**EMANUEL** [1] - 2:9
**employed** [3] - 45:16, 45:18, 45:19
**enforcement** [1] - 47:23
**entirety** [1] - 53:19
**ESQ** [5] - 2:9, 2:21, 3:3, 3:12, 3:20
**estate** [2] - 12:6, 15:18
**ESTATE** [1] - 1:6
**Estate** [2] - 2:16
**evidence** [1] - 24:11
**evident** [2] - 22:12, 24:7
**exact** [8] - 8:18, 10:19, 33:23, 39:8, 40:13, 42:16, 43:2, 46:20
**exactly** [5] - 12:17, 13:10, 16:21, 24:6, 40:7
**EXAMINATION** [2] - 5:17, 57:3
**examined** [1] - 5:4
**except** [2] - 4:9, 6:20
**experience** [1] - 18:19
**extent** [1] - 31:13
**extremely** [1] - 35:23

## F

**facilitate** [6] - 21:2, 21:10, 21:12, 22:20, 23:20, 30:20
**fact** [1] - 25:20
**fair** [5] - 27:23, 28:3, 28:11, 29:16, 29:19
**false** [1] - 16:11
**family** [6] - 11:9, 11:14, 14:17, 15:5, 45:10, 45:11
**far** [2] - 16:12, 16:15
**February** [1] - 53:23
**few** [1] - 10:2
**file** [3] - 40:18, 41:2, 41:10
**filed** [6] - 19:23, 40:22, 41:18, 42:5, 42:9, 44:16
**filing** [2] - 4:5, 42:11
**financially** [1] - 17:17

**H**

**F**

fine [5] - 53:6, 53:9, 53:13, 53:17, 53:21
fined [1] - 52:17
finished [1] - 36:4
firm [1] - 42:17
first [3] - 10:17, 46:24, 49:7
firsthand [8] - 21:16, 25:21, 25:23, 28:4, 30:4, 31:8, 31:10, 35:19
FISK [1] - 1:8
Fisk [1] - 2:17
five [1] - 52:14
floor [14] - 20:9, 20:12, 27:8, 27:10, 27:16, 27:19, 27:22, 28:5, 28:9, 28:13, 29:18, 29:25, 47:21, 49:24
FLUSHING [1] - 1:16
Flushing [1] - 3:9
follow [1] - 28:17
follows [1] - 5:8
force [1] - 4:17
form [9] - 4:10, 17:25, 18:25, 19:16, 29:8, 31:17, 31:20, 44:9, 50:17
formal [1] - 14:14
formally [1] - 19:25
forth [2] - 50:3, 58:11
four [2] - 46:8, 46:11
fraud [2] - 23:19, 23:23
fraudulent [1] - 21:3
fulfill [1] - 54:13
full [1] - 5:7
function [1] - 12:18
Funding [1] - 3:16
FUNDING [1] - 1:16
funds [4] - 44:6, 44:13, 44:20, 45:3
FURTHER [2] - 4:8, 4:13

**G**

general [1] - 51:8
General [1] - 52:18
given [5] - 25:25, 35:3, 35:5, 56:14, 58:13
GMC [1] - 37:5
GOLD [6] - 1:13, 1:13, 1:14, 1:14, 1:15
Great [2] - 6:17, 45:24
GROUP [1] - 1:14
Group [3] - 36:25, 37:3, 43:12
group [1] - 37:10

**H**

hand [1] - 58:20
handle [4] - 38:6, 38:21, 51:7, 51:8
handled [3] - 38:12, 51:20, 53:3
handling [2] - 27:19, 38:2
happy [1] - 6:7
harm [2] - 20:19, 20:21, 20:24, 21:9, 21:17, 22:13, 22:17, 23:7, 31:14
harmed [3] - 22:11, 22:25, 23:17
HARRY [1] - 1:11, 3:3
Harry [3] - 5:20, 36:4, 53:11
hear [4] - 47:13, 47:14, 47:16, 53:10
heard [1] - 16:22
helped [2] - 21:10, 21:12
helping [4] - 21:2, 22:20, 23:20, 30:19
HEREBY [1] - 4:2
hereby [2] - 56:7, 58:8
herein [1] - 4:4
hereinbefore [1] - 58:10
hereunto [1] - 58:20
Highway [9] - 2:12, 3:5, 10:14, 10:16, 10:18, 10:23, 11:13, 17:14, 36:2
HIGHWAY [1] - 1:4
Hofstra [3] - 7:22, 7:25, 8:6
hold [3] - 13:15, 13:24, 48:22
Honda [2] - 9:25, 46:3
hope [1] - 6:12
Huntington [1] - 5:14
husband [2] - 35:24, 36:12
HWY [1] - 1:17
HYLAN [6] - 1:6, 1:7, 1:7, 1:8
Hylan [2] - 2:16
Hyundai [1] - 9:24

**I**

IAG [5] - 43:4, 43:7, 43:9, 43:11, 50:11
immediate [2] - 45:11, 45:14
impact [1] - 5:24
impression [1] - 38:15

**IN**

IN [1] - 58:19
inability [1] - 21:5
Inc [1] - 2:5
INC [3] - 1:4, 1:13, 1:16
inception [1] - 10:20
included [1] - 41:3
indicated [1] - 26:5
indicates [1] - 27:2
indicating [4] - 40:22, 42:6, 43:17, 43:25
information [5] - 25:25, 26:2, 26:4, 35:2, 35:3
informed [4] - 16:7, 16:10, 16:13, 16:16
insinuate [1] - 23:3
instance [2] - 22:16, 23:7
interactions [1] - 52:11
interest [7] - 13:15, 13:18, 36:24, 37:2, 37:4, 40:16, 41:6
interested [1] - 58:17
introduction [1] - 33:22
involved [1] - 11:20, 12:15, 20:15, 21:20, 21:24, 28:8, 28:13, 29:22, 29:25, 30:7, 31:14, 31:22, 35:22, 36:16, 37:9
involvement [5] - 22:3, 29:18, 32:3, 34:18, 45:5
involving [1] - 47:24
Iris [3] - 2:15, 7:15, 12:5
IRIS [1] - 1:6
IS [3] - 4:2, 4:8, 4:13
Island [6] - 2:18, 6:19, 36:25, 37:3, 37:8, 43:12
ISLAND [1] - 1:9
issues [4] - 24:9, 24:20, 24:23, 25:2
IT [3] - 4:2, 4:8, 4:13

**J**

J.P [1] - 1:16
Jamaica [2] - 2:7, 2:8
January [5] - 1:20, 13:23, 14:6, 56:10, 58:7
JEFFREY [1] - 3:20
Jersey [1] - 6:21
JMW)COUNTY [1] - 1:11

**job**

job [4] - 50:19, 50:22, 51:5, 51:15
JONES [2] - 1:12, 1:16
JORY [6] - 1:5, 1:22, 56:7, 56:18, 57:4, 58:9
Jory [6] - 2:14, 5:9, 31:18, 44:12, 48:5, 55:7
Josh [12] - 11:20, 22:7, 37:21, 37:24, 38:3, 38:5, 38:10, 38:12, 43:15, 43:22, 51:17, 51:20
Joshua [1] - 2:14
JOSHUA [1] - 1:5
July [1] - 17:10

**K**

K-1 [2] - 40:10, 41:18
KATAEV [1] - 2:9
KHAN [1] - 1:6
Khan [1] - 2:15
kind [1] - 48:6
knowledge [37] - 10:10, 11:24, 13:11, 21:14, 21:16, 21:19, 22:10, 25:21, 25:23, 26:6, 27:2, 27:7, 27:8, 27:10, 27:21, 28:4, 28:12, 29:18, 29:25, 30:4, 30:6, 30:15, 30:21, 30:24, 31:5, 31:8, 31:11, 31:25, 32:5, 32:21, 33:2, 33:12, 34:9, 34:14, 34:15, 35:19
knows [1] - 36:11

**L**

lack [1] - 48:8
Lane [1] - 5:14
last [6] - 8:22, 32:18, 34:22, 40:9, 42:4, 47:22
Lauren [1] - 17:6
LAURIE [1] - 1:12
Laurie [2] - 33:8, 33:13
law [1] - 47:23
lawyer [1] - 23:4
lease [4] - 47:2, 52:21, 52:22, 53:2
LEASING [2] - 1:5, 1:17
Leasing [1] - 2:13
least [2] - 16:18, 33:17
LEGAL [1] - 2:3

**legal**

legal [2] - 14:22, 16:22
lending [2] - 37:10, 47:21
lengthy [1] - 27:12
Lexington [1] - 2:19
LIBERTAS [1] - 1:16
Libertas [1] - 3:15
LIC [1] - 1:14
life [2] - 6:19, 12:25
likely [1] - 9:2
limited [1] - 52:11
litigation [3] - 24:17, 25:2, 34:23
LITTLE [1] - 1:16
lived [1] - 6:18
LLC [29] - 1:4, 1:5, 1:7, 1:7, 1:8, 1:8, 1:9, 1:9, 1:13, 1:13, 1:14, 1:14, 1:15, 1:16, 1:17, 2:3, 2:5, 2:13, 2:17, 2:18, 3:16
LLCs [1] - 2:17
LLP [4] - 1:16, 2:11, 3:8, 3:14
loan [1] - 21:5
loans [1] - 44:16
location [10] - 21:4, 34:5, 36:14, 36:23, 37:6, 37:7, 40:17, 40:25, 45:9, 46:15
locations [9] - 9:23, 25:5, 25:6, 34:12, 35:10, 35:24, 46:4, 46:14, 54:3
look [1] - 52:13
lovely [1] - 38:8

**M**

maintained [1] - 47:2
Mall [1] - 9:24
Management [3] - 2:18, 8:4
MANAGEMENT [1] - 1:9
manager [5] - 50:19, 51:6, 51:7, 51:8
managers [1] - 11:19
managing [1] - 51:22
Marc [2] - 32:6, 32:8
MARC [1] - 1:12
marriage [1] - 58:16
married [2] - 17:3, 17:8, 45:15
matter [3] - 12:8, 53:2, 58:18
mean [5] - 17:25, 20:11, 35:18, 44:19, 52:22

**meant** [1] - 20:13
**medication** [1] - 5:23
**meet** [2] - 33:16, 54:24
**members** [2] - 15:6, 45:11
**memory** [2] - 15:4, 41:14
**MERCKLING** [1] - 1:12
**Merckling** [2] - 32:6, 32:9
**met** [2] - 25:18, 33:19
**metro** [1] - 52:25
**Michael** [2] - 33:8, 33:12
**MICHAEL** [1] - 1:12
**Michigan** [2] - 7:21, 8:6
**mind** [1] - 10:3
**minutes** [1] - 52:14
**misspeak** [1] - 29:13
**MITCHELL** [1] - 58:24
**Mitchell** [3] - 1:24, 58:6, 58:23
**moment** [2] - 39:12, 40:20
**money** [7] - 10:25, 16:24, 30:12, 30:16, 46:9, 46:10, 46:12
**MORGAN** [1] - 1:17
**morning** [3] - 5:19, 5:21, 19:9
**mortgage** [1] - 47:21
**most** [3] - 9:2, 29:6, 45:7
**Motor** [1] - 2:13
**MOTOR** [2] - 1:5, 1:17
**Motors** [14] - 2:4, 10:5, 10:8, 10:11, 12:23, 13:13, 23:16, 25:13, 25:17, 27:4, 31:15, 31:23, 32:4, 33:20
**MOTORS** [6] - 1:4, 1:13, 1:14, 1:14, 1:15, 1:15
**MR** [38] - 5:18, 17:24, 18:3, 18:5, 19:12, 19:15, 23:10, 28:15, 28:20, 28:24, 29:6, 31:2, 31:4, 31:16, 32:17, 36:3, 36:5, 36:8, 38:24, 39:2, 39:3, 44:8, 44:11, 44:22, 48:5, 50:16, 51:2, 52:12, 53:8, 53:12, 53:14, 53:15, 54:20, 54:25, 55:6, 55:8, 55:10, 57:4
**MS** [1] - 55:4

# N

**N.A** [1] - 1:17
**NADA** [2] - 8:7, 8:13
**naive** [1] - 43:6
**name** [5] - 5:7, 5:9, 5:20, 17:5, 37:16
**named** [2] - 33:7, 37:13
**names** [4] - 7:3, 7:8, 12:13, 22:6
**NASSAU** [1] - 58:4
**national** [1] - 8:14
**Neck** [2] - 6:17, 45:24
**need** [3] - 16:9, 32:15, 54:23
**NESNA** [4] - 39:14, 39:16, 39:17, 39:22
**never** [3] - 19:25, 25:18, 45:20
**NEW** [3] - 1:3, 56:4, 58:3
**New** [12] - 1:25, 2:8, 2:20, 3:6, 3:11, 5:14, 6:17, 6:21, 52:18, 56:24, 58:7
**night** [1] - 48:10
**Nissan** [20] - 9:25, 13:16, 13:22, 13:25, 14:13, 14:15, 14:21, 14:23, 15:7, 15:13, 15:20, 15:21, 16:4, 16:19, 17:21, 18:8, 39:18, 46:3, 52:16, 52:24
**Noah** [1] - 7:9
**nonexistent** [1] - 34:20
**Northshore** [16] - 2:13, 10:5, 10:8, 10:11, 12:22, 13:12, 23:16, 25:13, 27:3, 31:14, 31:23, 32:4, 33:20, 36:22, 37:22, 37:25
**NORTHSHORE** [2] - 1:5, 1:17
**Notary** [4] - 1:24, 5:4, 56:24, 58:6
**noted** [1] - 55:14
**notice** [1] - 20:6
**Notice** [1] - 1:23
**NYC** [1] - 1:12

# O

**oath** [2] - 4:17, 56:9
**objected** [1] - 29:5
**objection** [12] - 17:24, 19:15, 23:10, 28:24, 31:2, 31:16, 31:19, 44:8, 44:22, 50:16, 51:2, 53:8
**objections** [2] - 4:9, 29:7
**obligations** [2] - 54:12, 54:17
**obtain** [2] - 8:16, 44:5
**obtained** [2] - 44:20, 45:3
**October** [1] - 46:22
**OF** [12] - 1:3, 1:6, 1:6, 1:13, 1:13, 1:14, 1:14, 1:15, 56:4, 56:5, 58:3, 58:4
**office** [3] - 34:5, 36:21, 50:15
**officer** [1] - 4:16
**once** [2] - 12:24, 33:17
**one** [10] - 11:2, 13:2, 22:15, 23:6, 33:20, 34:23, 42:21, 42:24, 46:13, 51:11
**oOo** [1] - 4:21
**open** [4] - 38:16, 40:18, 42:8, 47:4
**opened** [2] - 46:4, 46:18
**opening** [1] - 47:6
**operating** [1] - 48:11
**operation** [6] - 10:11, 11:6, 11:11, 11:12, 12:16, 51:9
**operations** [5] - 12:3, 20:16, 38:2, 38:22, 51:11
**Order** [1] - 1:23
**originally** [1] - 11:16
**outcome** [1] - 58:17
**Ovington** [1] - 3:10
**owner** [22] - 10:7, 10:13, 10:15, 10:18, 13:20, 13:22, 14:19, 35:8, 40:17, 40:22, 40:24, 41:8, 41:10, 41:16, 41:18, 42:7, 43:17, 44:2, 50:23, 51:6, 51:21, 52:9
**ownership** [7] - 14:7, 14:9, 14:24, 14:25, 16:4, 37:5, 42:6
**owns** [1] - 15:16

# P

**PAGE** [1] - 57:3
**paid** [4] - 16:24, 17:22, 50:24, 51:12
**pandemic** [6] - 13:9, 44:6, 44:13, 44:20,
31:2, 31:16, 31:19, 44:8, 44:22, 50:16, 51:2, 53:8
**paperwork** [1] - 15:9
**Paralegal** [1] - 3:22
**parents'** [1] - 7:3
**part** [3] - 37:5, 51:14, 52:9
**partially** [1] - 16:18
**parties** [2] - 4:4, 58:15
**partners** [12] - 12:10, 14:17, 21:15, 21:20, 22:5, 24:10, 24:13, 24:21, 25:3, 49:5, 52:4, 52:6
**PARTNERS** [1] - 1:15
**passed** [2] - 26:2, 26:4
**passing** [1] - 11:23
**past** [1] - 46:22
**pay** [1] - 21:6
**paying** [7] - 17:15, 26:14, 49:24, 49:25, 50:13, 50:20
**payment** [4] - 53:25, 54:6, 54:8, 54:10
**payments** [8] - 27:8, 27:11, 27:17, 27:22, 28:5, 28:14, 29:19, 30:2
**payroll** [1] - 46:7
**pending** [1] - 38:25
**Pennsylvania** [1] - 3:19
**people** [2] - 20:5, 20:23
**percent** [6] - 13:19, 13:20, 13:22, 15:12, 15:17, 44:2
**performed** [2] - 21:4, 35:12
**periodic** [1] - 9:17
**person** [5] - 9:5, 9:6, 9:14, 33:15, 51:10
**personal** [5] - 40:20, 40:21, 41:7, 41:13, 41:15
**Phalon** [2] - 12:14, 22:8
**Philadelphia** [1] - 3:19
**phone** [1] - 19:10
**physically** [1] - 36:13
**place** [3] - 13:6, 13:8, 26:17
**Plaintif** [1] - 1:22
**Plaintiffs** [3] - 1:10, 2:4, 2:12
**plan** [11] - 27:11, 27:17, 27:19, 27:22, 28:5, 28:9, 28:13, 29:19, 30:2, 47:21, 49:24
**plans** [3] - 20:9, 20:12,
45:2, 53:4
27:9
**point** [1] - 14:10
**position** [5] - 13:24, 14:3, 14:9, 24:19, 48:21
**positions** [1] - 14:4
**possess** [1] - 54:4
**possession** [1] - 54:19
**possible** [2] - 40:3, 49:19
**post** [1] - 21:22
**potential** [1] - 54:2
**practice** [1] - 18:23
**PREMIER** [1] - 1:15
**preowned** [1] - 46:4
**prepared** [2] - 19:23, 43:24
**PRESENT** [1] - 3:22
**pretty** [1] - 52:25
**principal** [1] - 13:20
**privilege** [1] - 23:5
**pro** [1] - 3:4
**problem** [1] - 6:12
**proceed** [1] - 29:10
**process** [3] - 14:7, 14:14, 16:23
**profitable** [1] - 47:8
**program** [1] - 9:4
**proof** [1] - 34:24
**properly** [1] - 51:13
**provide** [2] - 5:24, 18:21
**provided** [2] - 20:8, 20:12
**provider** [2] - 18:16, 18:21
**Public** [4] - 1:24, 5:4, 56:24, 58:7
**purchase** [5] - 16:19, 16:25, 17:16, 17:23, 39:6
**pursuant** [1] - 1:23
**put** [1] - 41:6
**putting** [1] - 21:25

# Q

**questions** [5] - 31:3, 32:13, 41:21, 54:21, 55:5
**quick** [1] - 28:17
**quickly** [1] - 52:13
**quite** [3] - 22:12, 24:7, 36:22

# R

**range** [3] - 8:23, 53:7, 53:20

**Ray** [2] - 12:14, 22:8
**re** [2] - 19:5, 24:14
**re-ask** [2] - 19:5, 24:14
**read** [6] - 19:13, 19:14, 28:23, 32:18, 32:20, 56:8
**really** [3] - 20:15, 28:9, 52:7
**Realty** [1] - 2:17
**REALTY** [1] - 1:8
**reason** [1] - 41:2
**receive** [1] - 10:25
**received** [5] - 8:11, 10:22, 40:10, 44:13, 53:22
**recently** [2] - 6:4, 52:17
**recess** [1] - 52:15
**Record** [3] - 19:14, 28:23, 32:20
**record** [6] - 5:8, 5:12, 29:8, 56:12, 56:13, 58:12
**referencing** [1] - 43:11
**referring** [2] - 44:10, 54:7
**regard** [2] - 24:23, 25:19
**regarding** [2] - 11:12, 25:2
**regards** [5] - 11:10, 21:4, 41:25, 45:9, 53:2
**related** [1] - 58:15
**relative** [1] - 37:16
**release** [1] - 55:6
**relief** [5] - 44:6, 44:13, 44:16, 44:20, 45:3
**remember** [2] - 34:6, 36:20
**remind** [1] - 54:22
**repay** [1] - 21:6
**repaying** [1] - 26:14
**repeat** [5] - 23:12, 27:25, 28:22, 43:20, 49:15
**rephrase** [3] - 6:7, 18:3, 27:14
**reply** [1] - 47:15
**REPORTER** [2] - 5:6, 5:11
**representation** [2] - 22:18, 22:24
**Representative** [1] - 2:15
**REPRESENTATIVE** [1] - 1:6
**representing** [2] - 19:2, 19:16
**requested** [1] - 41:22

**required** [1] - 14:23
**requires** [1] - 14:15
**reserved** [1] - 4:11
**respective** [1] - 4:4
**responsible** [2] - 42:10, 50:13
**restate** [1] - 24:15
**restitution** [3] - 53:16, 53:18, 53:21
**returns** [10] - 40:15, 40:18, 40:20, 40:21, 41:7, 41:13, 41:15, 41:23, 43:16, 43:23
**reviews** [1] - 52:2
**Riley** [1] - 7:9
**ROBERT** [2] - 1:4, 3:24
**Robert** [1] - 2:5
**Rockland** [1] - 9:24
**Ron** [1] - 7:5
**RONNEBURGER** [2] - 3:12, 55:4
**ROSLYN** [1] - 1:14
**rough** [1] - 47:9
**Route** [1] - 2:17
**ROUTE** [1] - 1:9
**routinely** [1] - 25:5
**run** [1] - 12:3
**Russell** [3] - 18:4, 29:4, 39:2
**RUSSELL** [1] - 2:21

## S

**SAGE** [1] - 2:3
**sales** [4] - 27:3, 27:6, 30:7, 51:6
**Sales** [1] - 2:5
**SALES** [1] - 1:4
**salespeople** [1] - 51:23
**Sarah** [3] - 33:16, 34:14, 34:16, 34:24, 35:6, 35:9, 35:25, 36:11
**SARAH** [2] - 1:11, 3:23
**schooling** [1] - 8:8
**schools** [2] - 7:24, 8:5
**schoolteacher** [1] - 45:23
**Science** [1] - 8:3
**Se** [1] - 3:4
**sealing** [1] - 4:5
**second** [1] - 31:19
**see** [1] - 21:21
**sell** [1] - 15:19
**seltzer** [1] - 32:12
**September** [1] - 19:23
**served** [4] - 19:21,

19:25, 20:6, 52:25
**set** [1] - 58:10, 58:20
**settlement** [2] - 53:10, 53:20
**seven** [1] - 17:9
**several** [8] - 9:22, 11:19, 14:4, 20:22, 25:24, 26:13, 44:17, 54:11
**shall** [1] - 4:11
**SHANKS** [25] - 2:11, 2:21, 17:24, 18:5, 19:15, 23:10, 28:15, 28:24, 29:6, 31:2, 31:16, 36:3, 36:8, 38:24, 39:3, 44:8, 44:22, 48:5, 50:16, 51:2, 53:8, 53:14, 54:25, 55:6, 55:10
**show** [2] - 14:23, 15:10
**shown** [1] - 34:23
**sign** [1] - 15:10
**Signed** [1] - 56:21
**signed** [3] - 4:15, 4:18, 16:18
**sip** [1] - 32:12
**six** [2] - 9:14, 17:9
**sleep** [1] - 48:9
**slow** [1] - 31:18
**small** [2] - 7:2, 37:2
**SMITHTOWN** [1] - 1:15
**sold** [2] - 18:13, 30:9
**someone** [3] - 11:8, 11:13, 33:7
**sometime** [1] - 8:24
**sorry** [8] - 18:10, 19:8, 31:9, 32:24, 36:5, 38:24, 47:16, 53:11
**sound** [1] - 43:6
**speaking** [3] - 6:5, 30:19, 34:6
**specific** [7] - 22:16, 23:7, 25:14, 34:14, 34:15, 41:20, 43:3
**specifically** [7] - 9:23, 36:21, 45:8, 48:20, 49:17, 50:9, 54:14
**specificity** [1] - 49:21
**speculation** [1] - 51:3
**spoken** [1] - 47:23
**ss** [2] - 56:4, 58:4
**stand** [1] - 8:13
**standard** [1] - 18:23
**started** [1] - 14:8
**starting** [1] - 25:2
**State** [3] - 1:24, 56:24, 58:7
**STATE** [2] - 56:4, 58:3

**state** [2] - 5:7, 5:12
**statement** [1] - 27:23
**Staten** [1] - 37:8
**STATES** [1] - 1:2
**stating** [3] - 36:10, 38:19, 41:17
**Steven** [3] - 37:14, 37:17, 37:18
**still** [2] - 37:19, 38:16
**stint** [1] - 6:20
**STIPULATED** [3] - 4:2, 4:8, 4:13
**stock** [5] - 14:8, 15:2, 15:3, 15:6, 15:11
**stockholder** [3] - 14:5, 14:13, 15:13
**stopped** [1] - 12:21
**Store** [1] - 46:17
**store** [6] - 12:18, 18:13, 18:20, 41:18, 45:17, 51:22
**stores** [7] - 9:8, 9:18, 9:20, 17:12, 45:7, 45:19, 45:21
**STREET** [1] - 1:8
**Street** [2] - 2:17, 3:18
**strictly** [1] - 14:20
**subscribed** [1] - 56:21
**substantive** [1] - 33:25
**suggest** [1] - 35:6
**Suite** [2] - 2:19, 3:18
**summons** [2] - 24:5, 24:8
**Sunrise** [90] - 2:12, 3:5, 10:14, 10:16, 10:18, 10:23, 11:6, 11:9, 11:13, 11:21, 12:11, 12:16, 17:14, 17:20, 18:8, 19:4, 20:9, 20:16, 20:20, 20:25, 21:18, 22:11, 22:14, 22:17, 23:18, 25:9, 26:7, 27:3, 27:17, 27:22, 28:6, 29:19, 30:8, 30:12, 30:17, 32:7, 32:23, 33:13, 34:10, 34:17, 34:19, 34:25, 35:7, 35:13, 36:2, 37:23, 38:4, 38:7, 38:11, 38:13, 38:14, 38:19, 39:6, 39:21, 40:2, 40:6, 40:11, 40:14, 40:23, 40:24, 41:6, 41:7, 41:11, 41:15, 41:19, 42:6, 42:8, 42:12, 43:18, 44:2, 44:7, 44:14, 44:16, 44:21, 45:4, 45:12,

48:12, 48:15, 48:18, 48:22, 48:25, 49:5, 49:9, 49:16, 49:22, 50:5, 50:8, 51:16, 52:3, 52:8
**SUNRISE** [3] - 1:4, 1:13, 1:17
**Super** [1] - 46:16
**Superb** [2] - 2:4, 25:17
**SUPERB** [1] - 1:4
**supposedly** [1] - 33:4
**surgery** [1] - 6:4
**sworn** [4] - 4:15, 4:18, 5:3, 58:11
**SYOSSET** [1] - 1:13

## T

**tax** [11] - 40:15, 40:18, 40:20, 40:21, 41:7, 41:13, 41:15, 41:23, 42:5, 43:16, 43:23
**taxes** [3] - 41:2, 42:9, 42:11
**TEAM** [1] - 1:4
**Team** [1] - 2:5
**teens** [1] - 8:25
**ten** [1] - 8:22
**Terri** [1] - 7:5
**testified** [1] - 5:5
**testimony** [3] - 56:9, 56:12, 58:13
**THE** [8] - 1:6, 5:6, 5:9, 5:11, 5:13, 29:4, 29:12, 55:12
**therefore** [1] - 29:24
**thereto** [1] - 24:6
**third** [1] - 23:14
**THOMAS** [1] - 1:12
**Thomasson** [2] - 5:20, 28:15
**THOMASSON** [17] - 1:11, 3:3, 5:18, 18:3, 19:12, 28:20, 31:4, 32:17, 36:5, 39:2, 44:11, 52:12, 53:12, 53:15, 54:20, 55:8, 57:4
**three** [2] - 34:22, 47:22
**today** [2] - 5:25, 33:3
**took** [4] - 13:5, 23:16, 26:17, 30:11
**top** [1] - 10:3
**towards** [3] - 17:16, 17:22, 21:9
**training** [6] - 8:10, 8:17, 9:3, 9:7, 9:10, 9:18
**transactions** [9] -

21:22, 23:21, 26:15, 26:17, 28:10, 30:20, 30:23, 30:25, 31:7
**transcript** [2] - 56:8, 56:11
**transfer** [3] - 14:23, 15:6, 15:11
**transferred** [2] - 7:22, 14:25
**transpired** [1] - 26:10
**trial** [1] - 4:12
**trouble** [4] - 6:5, 6:6, 19:9, 32:18
**troubling** [1] - 6:9
**true** [4] - 31:12, 56:11, 56:14, 58:12
**try** [1] - 6:10
**trying** [2] - 15:19, 49:15
**twice** [1] - 12:24
**two** [5] - 13:3, 27:9, 31:2, 46:4, 47:3
**type** [3] - 14:12, 14:19, 50:5
**typically** [1] - 51:7

## U

**UEA** [1] - 1:15
**ultimately** [1] - 39:19
**uncle** [4] - 7:14, 11:23, 37:18, 45:13
**Uncle** [1] - 11:16
**under** [4] - 15:21, 38:15, 41:18, 56:9
**Uniondale** [1] - 3:11
**UNITED** [1] - 1:2
**university** [1] - 7:21
**University** [2] - 7:22, 7:25
**unless** [2] - 8:7, 29:8
**up** [4] - 22:21, 28:17, 48:5, 48:9
**Urrutia** [1] - 2:6
**URRUTIA** [2] - 1:4, 3:24

## V

**vehicles** [3] - 49:24, 50:20, 50:23
**visits** [1] - 13:3
**voice** [1] - 6:9

## W

**waiting** [1] - 16:2
**waived** [1] - 4:7
**Wantagh** [1] - 3:6
**warranties** [8] - 18:7,

18:13, 18:16, 18:22, 21:7, 26:15, 47:20, 50:2
**warranty** [3] - 17:20, 18:21, 39:17
**ways** [1] - 25:24
**Wayside** [1] - 5:14
**week** [2] - 9:6, 9:11
**weeks** [2] - 9:10, 9:14
**WEIR** [1] - 3:14
**WHEREOF** [1] - 58:19
**whole** [1] - 6:19
**Widener** [1] - 3:17
**wife** [2] - 45:16, 45:19
**wife's** [1] - 17:5
**witness** [3] - 5:3, 58:9, 58:13
**WITNESS** [7] - 5:9, 5:13, 29:4, 29:12, 55:12, 57:3, 58:19
**wordy** [1] - 27:13
**works** [1] - 45:19
**world** [1] - 7:2
**worries** [1] - 19:11
**wow** [1] - 7:2
**writing** [4] - 39:5, 54:4, 54:9, 54:18
**written** [2] - 14:11, 14:18
**wrongdoing** [9] - 25:22, 26:6, 26:11, 31:25, 32:22, 34:9, 34:14, 34:16, 35:12
**wrongdoings** [1] - 26:9

## Y

**year** [8] - 9:4, 9:9, 40:10, 40:13, 46:21, 46:24, 47:4, 47:5
**year-long** [1] - 9:4
**years** [7] - 7:10, 8:22, 16:20, 17:9, 34:22, 47:3, 47:23
**yes-or-no** [2] - 26:22, 29:2
**Yonkers** [1] - 9:24
**YORK** [3] - 1:3, 56:4, 58:3
**York** [11] - 1:25, 2:8, 2:20, 3:6, 3:11, 5:15, 6:17, 52:18, 56:24, 58:8
**yourself** [2] - 12:20, 33:12

## Z

**ZIZMOR** [1] - 2:11

**Zoom** [1] - 1:19

*Rich Moffett Court Reporting, Inc.*