1                                                              1

2      UNITED STATES DISTRICT COURT

3      EASTERN DISTRICT OF NEW YORK

4      ---------------------------------------x

5      SUPERB MOTORS INC., TEAM AUTO SALES,
       LLC, ROBERT ANTHONY URRUTIA, 189
6      SUNRISE HWY AUTO LLC, NORTHSHORE MOTOR
       LEASING LLC, BRIAN CHABRIER, individually
7      and derivatively as a member of
       NORTHSHORE MOTOR LEASING LLC, JOSHUA
8      AARONSON, individually and derivatively
       as a member of 189 SUNRISE HWY AUTO,
9      LLC, JORY BARON, 1581 HYLAN BLVD AUTO
       LLC, 1580 HYLAN BLVD AUTO LLC, 1591
10     HYLAN BLVD AUTO LLC, 1632 HYLAN BLVD
       AUTO LLC, 1239 HYLAN BLVD AUTO LLC, 2519
11     HYLAN BLVD AUTO LLC, 76 FISK STREET REALTY,
       LLC, 446 ROUTE 23 AUTO LLC and ISLAND AUTO
12     MANAGEMENT, LLC,
                                    Plaintiffs,
13                                       Case No.1:23-cv-6188

14              -against-

15     ANTHONY DEO, SARAH DEO, HARRY THOMASSON,
       DWIGHT BLANKENSHIP, MARC MERCKLING,
16     MICHAEL LAURIE, THOMAS JONES, CPA,
       CAR BUYERS NYC, INC., GOLD COAST CARS
17     OF SYOSSET LLC, GOLD COAST CARS OF
       SUNRISE LLC, GOLD COAST MOTORS AUTOMOTIVE
18     GROUP LLC, GOLD COAST MOTORS OF LIC
       LLC, GOLD COAST MOTORS OF ROSLYN LLC,
19     GOLD COAST MOTORS OF SMITHTOWN LLC,
       UEA PREMIER MOTORS CORP., DLA
20     CAPITAL PARTNERS INC., JONES LITTLE & CO.,
       CPA's LLP, FLUSHING BANK and LIBERTAS
21     FUNDING, LLC,
                      Defendants.
22     ---------------------------------------x
                           Zoom videoconference
23
                           December 22, 2025
24                         11:10 a.m.

25          (Examination Before Trial of ASAD KHAN)

*Rich Moffett Court Reporting, Inc.*

1                                                           2

2               Examination Before Trial of the

3          Plaintiff ASAD KHAN, pursuant to

4          Order, before Lorraine Marinazzo, a

5          Notary Public of the State of New

6          York.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

*Rich Moffett Court Reporting, Inc.*

```
 1                                                    3

 2      A P P E A R A N C E S:

 3      HARRY R. THOMASSON, ESQ.
        Pro Se Defendant
 4           3280 Sunrise Highway
             Wantagh, New York 11793
 5

 6

 7      CYRULI SHANKS & ZIZMOR, LLP
        Attorneys for Plaintiffs 189 Sunrise
 8      Highway, Northshore Motor Leasing,
        LLC, all Hyland Blvd Auto LLC,
 9      76 Fisk Street Realty, LLC,
        446 Route 23 Auto, LLC, Island
10      Auto Mgt, LLC, Brian Chabrier,
        Joshua Aaronson & Jory
11           420 Lexington Avenue, Ste. 2320
             New York, New York 10170-0002
12      BY:   RUSSELL SHANKS, ESQ.

13

14

15      MILMAN LABUDA LAW GROUP, PLLC
        Attorneys for Plaintiffs Superb
16      Motor Inc, Team Auto Sales, LLC
        & Robert Anthony Urrutia
17           3000 Marcus Avenue, Suite 3W8
             Lake Success, New York 11042-1073
18      BY:   EMANUEL KATAEV, ESQ.

19

20

21      WEIR, LLP
        Attorneys for LIBATAS FUNDING
22        The Widener Building
          1339 Chestnut Street, Ste. 500
23        Philadelphia, PA
        BY:  JEFF CIANCIULLI, ESQ.
24      Also: BONNIE GOLUB, ESQ., Of Counsel

25
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                              4

 2       A P P E A R A N C E S: (Cont'd)

 3       CULLEN & DYKMAN, LLP
         Attorneys for Flushing Bank
 4         333 Earle Ovington Boulevard
           Uniondale, NY  11553
 5       BY:  ARIEL RONNEBURGER, ESQ.
         Attorney for Flushing Bank
 6

 7       ALSO PRESENT:
 8             TONY URRUTIA
               ALIVIA COONEY
 9             DEO
               BONNIE GOLUB, ESQ.
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

5

          IT IS HEREBY STIPULATED AND

AGREED by and between the attorneys

for the respective parties herein,

that the filing, sealing and

certification of the within deposition

be waived.

          IT IS FURTHER STIPULATED AND

AGREED that all objections, except

as to the form of the question,

shall be reserved to the time of the

trial.

          IT IS FURTHER STIPULATED AND

AGREED that the within deposition

may be sworn to and signed before

any officer authorized to administer

an oath with the same force and effect

as if signed and sworn to before the

Court.


              - oOo -

6

    THE REPORTER:  This

examination before trial is being

conducted using a Zoom platform.

    The attorneys participating

in this examination acknowledge

that I am not physically present in

the deposition room and that I will

be reporting this deposition

remotely.

    They further acknowledge that

in lieu of an oath being

administered in person, the witness

will verbally declare that his

testimony in this matter is under

penalty of perjury.

    The parties and their counsel

consent to this arrangement and

waive any objections to this matter

of swearing in the witness.

    Counsel, please indicate your

agreement on the record.

        MR. THOMASSON:  I agree.

        MR. SHANKS:  I agree, Russell

Shanks.

*Rich Moffett Court Reporting, Inc.*

```
 1                                              7
 2              MR. CIANCIULLI:  Jeff
 3         Cianciulli, I agree.
 4              MS. RONNEBURGER:   Ariel
 5         Ronneburger, I agree.
 6
 7    A S A D   K H A N, called as a witness by
 8         and on behalf of the Plaintiff,
 9         after having been first duly sworn,
10         was examined and testified as
11         follows:
12              THE REPORTER:   Please state
13         your name for the record.
14              THE WITNESS:  Asad Khan.
15              THE REPORTER:  And your
16         address, please.
17              THE WITNESS:  92 Blauvelt,
18         B-L-A-U-V-E-L-T Way, Suffern, New
19         York.
20              *            *            *
21    EXAMINATION BY
22    MR. THOMASSON:
23         Q    Good morning, Mr. Khan.  My
24    name is Harry Thomasson.
25         A     Hi, Harry.
```

*Rich Moffett Court Reporting, Inc.*

                                                    8

    Q      I will be asking you some

questions today.  If you don't understand

anything that I ask for any reason,

please just let me know.  I'm happy to

rephrase it in a way that you could

understand, okay?

    A      Okay.

    Q      Have you taken any medication

or drugs today that would impact your

ability to understand my questions?

    A      No.

    Q      Is there any reason that you

wouldn't be able to understand my

questions today?

    A      No, I would be fine.

    Q      Okay.

           Mr. Khan, where are you

located right now?

    A      I'm at 92 Blauvelt Way.

    Q      And that is in Suffern, New

York?

    A      Yes.

    Q      Have we ever met, Mr. Khan?

    A      No, I don't think so.

1                                                    9

2          Q      When was the first time you

3    heard my name?

4          A      Actually, I heard your name,

5    actually today I'm hearing your name.

6          Q      Never heard my name before

7    today?

8          A      No.

9          Q      Okay.  So, have you ever read

10   my name anywhere on any documents?

11         A      I received a document almost

12   between eight months to 12 months ago

13   where I used to reside in North Shore

14   Towers, but it was a 1,000 pages and I

15   was just going through it, but I did not

16   see your name over there because I'm

17   still like, you know, reading those

18   papers.

19         Q      Would that be the complaint

20   that the Deo's made against you; is that

21   what you are talking about?

22         A      I don't know, there was a lot

23   of pages and things like that, you know,

24   it was like a thousand pages.

25         Q      Do you say that figuratively

10

or literally?

A       No, that is, I'm talking about almost eight months or nine months ago.  It was, I did not see your name in there.

Q       Okay.  So have you ever seen my name on any document that you can recall at this time?

A       No, no, after that I never received anything.

Q       Okay.  Do you have an attorney in this case?

A       Yes.

Q       Who are your attorneys in this case?

A       Russell.

Q       Mr. Shanks is your attorney?

A       Yes, yes.

Q       Have you had to pay for Mr. Shanks?

A       What does that mean because we are partners, all our partners will pay Mr. Shanks.

Q       Well, that is what I am

asking you, are you paying for

Mr. Shanks?

    A    We are all going to pay.

    Q    Have you ever paid anything

to Mr. Shanks?

    A    No, not yet, but when we

receive a bill, of course we're going to

have to pay him.

    Q    What do you mean when you say

your partners have to pay; who are your

partners?

    A    My partner was Mr. David

Baron, deceased and Brian Chabrier.

    Q    Have you ever discussed me

with any of your partners?

    A    No, this is the first time

I'm hearing you, so--

    Q    Okay.  So, what is it that

Mr. Baron and Mr. Chabrier are your

partners in?

    A    North Shore Motor Leasing.

    Q    Any other business?

    A    No, North Shore Motor

Leasing.  We had another company, it was

```
 1                                    12
 2    called New York Off Lease.
 3         Q       Do you still have that
 4    company?
 5         A       No.
 6         Q       What happened to that
 7    company?
 8         A       We closed it down.
 9         Q       Why?
10         A       Because of the business, it
11    was no good.  The business was going down
12    so we had to shut it down.
13         Q       Were there any legal matters
14    that impacted your decision to close that
15    business?
16         A       No, no.
17         Q       Have you ever been involved
18    in a lawsuit other than this situation,
19    Mr. Khan?
20         A       What lawsuit?
21         Q       I am asking you, have you
22    ever been involved in any lawsuits other
23    than this situation?
24         A       There was a DMV type like
25    when customers like, you know, they put a
```

*Rich Moffett Court Reporting, Inc.*

13

lawsuit against you for the transmission
or for like, you know, like those type of
lawsuits you talking about?

Q        So would you agree with me
that those are called Consumer Affair
cases?

A        No, it was-- I would say yes.
It is a Consumer Affair cases.

Q        So you have been sued in
Consumer Affair cases; is that correct?

A        Yeah, but everything was
fine.

Q        Do you know how many of those
cases you have been sued?

MR. SHANKS:   I'm going to
give him an instruction.  Mr. Khan,
even though you may anticipate the
answer, to Mr. Thomasson's
question, take a second, let him
finish the question so the record
is clear and we don't drive the
court reporter crazy, okay?

THE WITNESS:  Okay.

MR. THOMASSON:  Could you

*Rich Moffett Court Reporting, Inc.*

14

repeat that last question?

(Whereupon, the reporter read back the previous question.)

A       I mean, I have been in business for 32 years, so it is like, you know, somebody's tranny went down or engine went down and we took care ever it.  I would say maybe three or four.

Q       Three or four times you have been involved in Consumer Affair cases?

A       Yes.

Q       Have you ever been involved in any other kind of case?

A       Any other type of case, yes, it was-- there was one lawsuit at Best and that was just an employee lawsuit.

Q       Any other types?

A       No, no.

Q       You sure of that?

A       Yes.

Q       Okay.  So, what is your education, Mr. Khan?

A       I did my high school from Pakistan and my two years college from

*Rich Moffett Court Reporting, Inc.*

15

1
2  Pakistan.
3          Q       Did you receive a degree for
4  that two years of college?
5          A       No.
6          Q       Did you go to any schooling
7  in the United States?
8          A       Yes, I went to Macdan Airport
9  and the school was Academics of Flight,
10  1984 for my-- doing my private pilot
11  license.
12          Q       Do you have a private pilot's
13  license?
14          A       Yes, I had it and it expired
15  now because I stopped flying after 19 --
16  the last time I flew was 1986, between
17  '86 and '87.
18          Q       So you only had that license
19  for a short time?
20          A       Yes.
21          Q       Why did you give it up?
22          A       I just was not into it
23  anymore.
24          Q       Do you have any other types
25  of licenses?

*Rich Moffett Court Reporting, Inc.*

1                                              16

2          A       No.

3          Q       Have you ever held a DMV

4    license?

5          A       DMV license, yeah, I have a

6    travel license, of course.

7          Q       I'm sorry, what kind of

8    license?

9          A       A driver's license.

10         Q       Well, yes, I understand but

11   okay, but a DMV license, did you ever

12   hold any one of those?

13         A       A DMV license I had for one

14   of the companies that was in maybe 2000,

15   hold on a second, let me get rid of this

16   call, please.  It was the year 2000.  It

17   is called Northern Auto Group, LLC.  That

18   was, it was a used car dealer license.

19   It was me and the lady named Geeta

20   Gallani, G-E-E-T-A

21   G-A-L-L-A-N-I.  We had that license

22   together in the year 2000, I would say.

23         Q       How many companies have you

24   owned this century, Mr. Khan?

25         A       That was the one and then

```
 1                                        17
 2   after that New York Off Lease and North
 3   Shore Motor Leasing; Best, I was the GM
 4   and let me see, it had been 32 years, but
 5   that is it.  That is what I recall it.
 6        Q      When did you first meet
 7   Anthony Deo?
 8        A      I met him before my open
 9   heart surgery, I think it was
10   August 18th, so I would say 2016, between
11   '16 and '17 I met him through one of our
12   mutual friends, his name is was Jim
13   Collins and he was the banker.  That is
14   how I met Anthony Deo.
15        Q      Do you have more mutual
16   friends with Anthony Deo that you know
17   of?
18        A      No, that was the only one at
19   that time.
20        Q      Have you had any mutual
21   friends since?
22        A      Mutual friends, everybody
23   knows each other in this business.
24        Q      Okay.  And when did you first
25   meet Sarah Deo?
```

*Rich Moffett Court Reporting, Inc.*

1                                                          18

2          A       Same time when I met Anthony.

3          Q       Now, were you an employee at

4    all at North Shore?

5          A       No, I own the place, me and

6    David and Brian.

7          Q       Were you at all an employee

8    at 189 Sunrise?

9          A       No, I don't even know what is

10   that.

11         Q       Were you ever an employee at

12   Superb Motors?

13         A       Superb Motors?

14         Q       Yes.

15         A       No.

16         Q       You are not familiar with

17   that name?

18         A       Superb Motors?  No, that has

19   nothing to do with me.  I don't know

20   Superb Motors.

21         Q       Do you know anyone named

22   Robert Anthony Urrutia?

23         A       Wait a minute, yeah, I heard

24   about him.  Yes, Anthony was working for

25   him, I believe.  I heard, yes, he was

19

working for him now, Urrutia, Tony

Urrutia or something.

Q        Yes.

A        Yes, yes, I heard that

Anthony was working there.

Q        But you had never spoken with

him?

A        No, I never.  I mean I heard

of him through friends and through like

people, through business, but I never met

him.

Q        To the best of your knowledge

have you ever spoken with any of

Mr. Urrutia's attorneys?

A        No, no.

Q        Now, Mr. Khan, Mr. Urrutia

and Superb Motors are co-plaintiffs with

you in this lawsuit; you didn't know

that?

A        The only thing I know that

I'm a plaintiff in this case, the one we

are talking about from North Shore.

Q        Yes, and Mr. Urrutia and

Superb Motors are plaintiffs with you and

*Rich Moffett Court Reporting, Inc.*

```
1                                          20
2    you didn't know that?
3         A     You see, my thinking is I'm
4    more concentrated on my thing from North
5    Shore.  From the other side, I have no
6    idea.  I'm from the North Shore, I don't
7    know what, Tony is doing and things like
8    that.
9         Q     You didn't know anything
10   about Tony Urrutia or --
11               Withdrawn.
12               Mr. Khan, can you tell me who
13   the plaintiffs are in this case without
14   looking it up?
15        A     I'm the plaintiff right now
16   that I know, myself.
17        Q     Okay.  So there have been
18   three or four complaints brought by your
19   attorney and attorneys in this case, how
20   many of those complaints have you heard?
21        A     I just read my complaint.
22        Q     How many of those complaints
23   have you read?
24        A     The only thing that I read
25   that, about the North Shore Motors when I
```

*Rich Moffett Court Reporting, Inc.*

21

went there and then the cops came in

because my controller told me that

something was going on over there, and I

went and I confronted Sarah and Anthony,

and they called the cops and the cops

came in and they told them-- they told

the cops that they are the owners, but I

didn't have any proof on me at that time

because I just went there and the cops

said okay, show me the proof that you are

the owner, which David had it and David

was in Florida.  So Anthony and Sarah

showed a lease from UAA Premiere that

used to be over there and the cops at

that time believed it, but it was North

Shore Motors.  So the cops, they were

very nice and they told me to please, you

know, just leave right now; once you have

the proof, then you come in.

             And then when David came

back, I think after a week or ten days, I

don't remember, and then we provided the

lease of North Shore, the real lease that

David had.

```
 1                                          22
 2              And then we called the cops
 3    and that was in the nighttime.  The cops
 4    came in; they were standing with us and
 5    we removed anywhere between 40 to 50 or
 6    60 cars that night from that location.
 7         Q      If that was your business,
 8    why did you leave?
 9         A      Where?
10         Q      North Shore.  If that was
11    your business, why did you leave?
12         A      Because Anthony showed-- I
13    did not have any paperwork on me at that
14    time.
15         Q      That is not what I'm talking
16    about.  You just said that you started
17    removing cars --
18         A      No, that was after.  Yeah,
19    afterwards when we --
20         Q      Why did you remove cars from
21    your dealership?
22         A      Because it was, Anthony was
23    having all the keys and he had all the
24    titles of the cars, which we wanted from
25    that place, but he wouldn't let us in, so
```

*Rich Moffett Court Reporting, Inc.*

23

we had to call the locksmith and

everything and show the proof, which

David had that we are the owners and we

were-- we had the lease and that--

Q    What was that proof?

A    The lease, the paperwork that

David had.

Q    Anything other than a lease?

A    Yeah, whatever the

corporation paper, David had all the

papers and that is what we showed the

cops.

Q    So you are telling me that --

What year was it that you are

talking about that you were there and

then a few weeks later David was there

and removed the cars?

A    I would say between, it was

after my surgery, so it was 2000.  Got to

be between '18 and '19, but I had my

surgery at that time so I was not that

well, you know, but I used to come in

part-time, kind of.

Q    So you worked at North Shore?

```
 1                                    24
 2         A      No, I used to come back and
 3    forth, yes, to check on things.
 4         Q      How often were you there?
 5         A      Maybe once a week, maybe
 6    twice a month.
 7         Q      And this was for all of the
 8    years that North Shore was open?
 9         A      North Shore was open, I
10    believe between '16 and '17, somewhere at
11    that time because Anthony and Sarah used
12    to run that place as the managers.
13         Q      Okay.  That is lovely, but
14    that is not what I asked you.  What were
15    the years that North Shore was operating?
16    You owned the business, you could tell me
17    what those years are easily off the top
18    of your head.
19              MR. SHANKS:  Objection.
20              Mr. Thomasson, don't be
21         argumentative, just ask your
22         questions.  He'll answer them.
23              MR. THOMASSON:  Can you read
24         back the question?  I'm just
25         looking to find out what years Mr.
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                        25

 2          Khan says his business was

 3          operating.

 4               MR. SHANKS:   That is fine.

 5          A     I would say between, I would

 6     say '16 or between '17; '16 and '17.  I

 7     don't have the exact answer for you

 8     because I don't have the paperwork in

 9     front of me.

10          Q     I didn't ask you when it

11     started.  I asked you what years was

12     North Shore operating?

13          A     '17, '18 and up to '19.  Now,

14     I don't know when did they stop, I think

15     maybe 2020.

16          Q     What do you mean when did

17     they stop?  You mean--

18          A     Like, I mean, you know, don't

19     get me wrong, it is like me, Brian and

20     David.  David passed away, I believe in

21     2019, so right after David passed away.

22          Q     Right after David passed away

23     what, North Shore stopped operating?

24          A     No, it was never stopped

25     operating, but Anthony and Josh were,
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                      26
 2    like then Josh was running the place
 3    because Josh had the Power of Attorney
 4    from David.
 5          Q      How long was Josh operating
 6    the place?
 7          A      I would say, I would say
 8    about maybe between six months and a
 9    year.
10          Q      Okay.  And then what
11    happened?
12          A      Then they had some problems
13    and I really don't know how, what
14    happened actually, but Anthony was-- they
15    did something that Anthony took.  I don't
16    know, he took some loans, I don't know
17    what it was but it was a lot of money
18    missing.  It was something like this, the
19    floor plan problems and that's what I
20    know, that happened.
21          Q      Okay.  When did the business
22    close, if you know?  Is it still
23    operating now?
24          A      No.  I gave all my paperwork
25    to David at that time, when David was
```

*Rich Moffett Court Reporting, Inc.*

27

alive and David said I'll take care of
everything and, you know, we had a trust
between us.  Me and David, we know each
other like for 17 or 18 years, so David
said okay, you know, I'll take over from
there and that's what happened.  But I
don't know when it was closing and Josh
is supposed to close it, but --

      Q    Has North Shore Motors ever
been placed on your individual income tax
returns?

      A    Of course, if we got, you
know the K-1s and things like this, we
were three partners.

      Q    What years did you have North
Shore Motors on your tax returns?

      A    I believe up till '18, '19
when I give, like when David said that
that is it, I'm no more involved in
there, I think that was maybe the last
recall, I would say 2019.

      Q    That was the last time you
were an owner at North Shore?

      A    No, I'm still the owner

*Rich Moffett Court Reporting, Inc.*

28

1

2  because I never received any paperwork.

3     Q    You never received any

4  paperwork and that makes you an owner?

5     A    I would say because of the

6  paperwork is still under my name

7  because--

8     Q    Go ahead.  I'm sorry, I

9  didn't mean to interrupt.

10     A    Yeah, if the paperwork is

11  still under my name and they're supposed

12  to give me a release form and I don't

13  have the release form yet.

14     Q    Who is supposed to give you a

15  release form?

16     A    David Baron and Josh.

17     Q    David was in charge at North

18  Shore first until he died; is that fair

19  to say?

20     A    No, we were, all three of us

21  were in charge.

22     Q    What it is that you did at

23  North Shore?

24     A    What I did at North Shore?

25  We were partners at North Shore and I

*Rich Moffett Court Reporting, Inc.*

                                                    29
    used to go there and give them whatever
    the suggestion about the advertising,
    about the sales and if they need any help
    I would help them.  And the floor plan
    was under my name and David's name and
    Brian's name, so, of course, I had to
    look for my cars and everything.  I used
    to count the cars, what sold, what not
    got sold, titles, banking.
            Q      You did banking?
            A      No, I'm talking about
    watching the bank accounts.
            Q      You watched the bank
    accounts?
            A      Yes, with my controller.
            Q      Who is your controller?
            A      Melissa Beltrie.
            Q      Any others, any other
    controllers?
            A      Yes, it was Danny Sullivan
    and Melissa.  But when I was involved
    like before my surgery, it was Melissa
    there at that time, but then after when I
    had my surgery, so I was hardly going

30

there because I had a quadruple bypass,
so that is why I was like kind of out of
commission.

Q    So you stopped going there
after your surgery?

A    Of course.  I had to take a
rest for almost between six months to a
year.  I used to go, but not like as
often.

Q    So did you go there at all in
2017?

A    Yeah, 2017 I went.

Q    What about 2016?

A    Yes, I mean, you see, I don't
remember when we opened up that
corporation and when we opened up the
store.  I don't know if it was '16 or
'17, whenever we opened up I was there,
of course.  I don't have the exact time
like, you know, timing exactly when did
we open.

Q    So you opened that
corporation?

A    No, it was David; David and

31

Brian.

Q      How do you know they opened the corporation?

A      Because I was in the corporation, I had the stock certificate.

Q      When did you get the stock certificate?

A      Once they opened it up.

Q      You had a stock certificate since that corporation was opened?

A      Yeah.

Q      And when did you first go on the bank account?

A      I think at the same time when we opened up there was a commercial Chase account so--

Q      And you were one of the owners on that account?

A      Yes.

Q      From?

A      From the beginning.

Q      Was anyone else?  Tell me everyone that you know of that was ever an owner on the bank account.

*Rich Moffett Court Reporting, Inc.*

32

    A      On the bank account it was
me, Brian and David.
    Q      And what bank was that with?
    A      Chase.
    Q      Did you say Chase?
    A      Yes.
    Q      J.P. Morgan Chase, that
Chase?
    A      Yes, in Syosset, we used to
do all the branch stuff.
    Q      Who used to do all the
banking?
    A      Our controller.
    Q      Who is that?
    A      Melissa Beltre.
    Q      And Melissa Beltre and Danny
Sullivan were you the only two
controllers you could remember at North
Shore?
    A      Yes.
    Q      Did you flow that Wendy Quan
had an office there?
    A      That was after me.  That was
after me when Josh took over, after David

33

passed away.

Q      And what do you mean when you say after me, what do you mean by that? Did you give up your interest?

A      No, I did not give up my interest, they were -- because Josh had a Power of Attorney after David to take care of the stuff, so we let Josh take care of everything.

Q      That was with your knowledge and approval?

A      Oh, yes, of course.

Q      And Josh was able to make his own decisions at North Shore; is that it?

A      Yes, of course.  Josh was, you know, he was the one that-- he brought his own accountant and everything, like his own controller, and we trusted Josh, of course.

Q      Who was Josh's controller?

A      Wendy.  I remember Wendy, yes, she used take care of all the Josh stores.

Q      So how did you get paid from

*Rich Moffett Court Reporting, Inc.*

```
 1                                      34
 2    North Shore?
 3          A       How did I get paid?
 4          Q       Yeah.
 5          A       On checks.
 6          Q       As an employee?
 7          A       No, as an owner.
 8          Q       So how often would you get
 9    paid?
10          A       It all depends, if we had a
11    profit we took it, if we didn't have a
12    profit, we didn't take it.
13          Q       And when you took it you
14    would get a check?
15          A       Yes, of course.
16          Q       What role was I engaged in at
17    North Shore?
18          A       I don't understand the
19    question.  I'm sorry.
20          Q       Did I do anything at North
21    Shore?
22          A       You did?
23          Q       I am asking you if I did.
24          A       No, this is the first time
25    I'm looking at you.
```

35

Q    So I had nothing to do with North Shore?

A    I don't think.  I don't remember you.

Q    Okay.  And did I steal any money from North Shore that you know of?

A    Why would I say that?

Q    Well, you are saying that in your lawsuit, Mr. Khan.

A    When?

Q    That I took money from you.

A    You?

Q    Yeah.

A    Why would you take money from me?

Q    Well, I don't know.  I am asking you if you are aware of any instances which I took anything of value from you?

A    No.

Q    Are you aware of any instances in which I took something from you?

A    From me?  I mean, the only

```
 1                                        36
 2    thing I know about that there was a lot
 3    of money missing and it was some type of
 4    loans that my controller told me about it
 5    that, you know, Anthony and Sarah was
 6    doing something and at that time Josh
 7    was.
 8            MR. SHANKS:   Let him finish,
 9        Mr. Thomasson.  You keep cutting
10        him off.  Thank you.
11        Q     I'm sorry, Mr. Khan,
12    sometimes you pause and I'm ready to jump
13    in with the next question.  Go ahead and
14    finish.
15        A     Okay.  We found out when Josh
16    took over that Anthony and Sarah were,
17    they were missing a lot of money, a lot
18    of our titles.  It was something going
19    on, but at that time we let Josh handle
20    everything because, you know, Josh was
21    the one in a daily, like after, you know,
22    when David passed away he took over, so
23    that's how we found out.
24        Q     Was there any type of
25    security on the Chase Bank account that
```

*Rich Moffett Court Reporting, Inc.*

37

    you could recall?

         A      The what?

         Q      Was there any type of

    security on the Chase Bank accounts that

    you can recall?

         A      What type of security are you

    talking about?

         Q      Well, was there a system

    called Positive Pay?

         A      Positive Pay?  You mean

    initial deposits when we open up the

    account?

         Q      I am just asking you if know

    what Positive Pay is, Mr. Khan?

         A      No.

         Q      Was there any type of texting

    system in place for approval

    transactions?

         A      No, not that I remember.

         Q      Do you know if transactions

    had to be approved on the Chase accounts?

         A      No.

         Q      And are you saying to me that

    no, you don't know or no, there wasn't?

38

1

2      A      There was no such things like

3      that.  I don't remember anything like

4      that.  It was only, I was on the account,

5      David Baron and Brian Chabrier and we had

6      no approvals on each other.

7           Q      Okay.  Was there -- in all of

8      your years owning Chase, was anyone else

9      ever on those accounts?

10          A      All this time that I was

11     there it was only me, Brian and David,

12     that is it.

13          Q      Okay.  Now, with regard to

14     189 Sunrise Highway, are you familiar

15     with that business?

16          A      I have nothing to do with it

17     and I remember there was a, some type of

18     dealership but nothing to do with me with

19     that.  I have no idea about that

20     dealership.

21          Q      You were not involved at 189

22     Sunrise at all?

23          A      No, sir.

24          Q      And were you not involved in

25     Superb Motors at all?

*Rich Moffett Court Reporting, Inc.*

1                                           39

2          A      No, sir.

3          Q      Okay.

4                 Now, what about -- you have a

5     bunch of co-plaintiffs that are various--

6     it looks like street addresses called

7     Hylan Boulevard.  Are you an owner in any

8     Hylan Boulevard entities?

9          A      No, no.

10         Q      Do you know what they are?

11         A      Yes, I know, that is Josh

12    stores.

13         Q      They're all Josh stores?

14         A      Yeah, Island Group.

15         Q      And the Island Group, are you

16    an owner in Island Group?

17         A      No, sir.

18         Q      Have you ever been?

19         A      No.

20         Q      Have you ever been any type

21    of owner or stockholder in the Hylan

22    Boulevard entities that are co-plaintiffs

23    with you?

24         A      No, sir.

25         Q      What about Frisk Street

```
1                                                      40
2      Realty, are you familiar with that?
3           A       No idea.
4           Q       Did you have to sign any tax
5      returns for North Shore Motors?
6           A       Usually yes, the accountant
7      whenever we does it yearly and then we
8      sign it and one of the partners has to
9      sign, so if I'm not there, you know,
10     another partner will sign.
11          Q       Do you know anything about
12     some tax returns for North Shore Motors
13     that indicated Anthony Deo and Sarah Deo
14     were the owners of North Shore as
15     approved by Josh Aaronson, have you ever
16     heard that?
17          A       No, sir.
18          Q       Did you ever read any
19     complaint that you received?
20          A       I was going through it but it
21     was so many pages so I let my counsels,
22     let them look at it.  I could not read
23     the whole thing, it was just too much.
24          Q       Do you read English?
25          A       Yes, of course.
```

*Rich Moffett Court Reporting, Inc.*

1                                              41

2          Q      Do you speak English

3    fluently?

4          A      So far, I guess I'm speaking

5    to you.

6          Q      It is your second language,

7    would that be fair to say?

8          A      Yes; oh, yes.

9          Q      What is your natural

10   language?

11         A      It is Urdu, from Pakistan.

12         Q      Yep, I'm familiar.

13                Did Tony Baron work at North

14   Shore Motors at all?

15         A      I never seen him over there,

16   Tony.

17         Q      Did Brian Chabrier ever work

18   there?

19         A      Brian was a partner.

20         Q      Does that mean yes?

21         A      Yes, of course.  He was a

22   partner.

23         Q      How often would Brian go

24   there?

25         A      If I go there, Brian would

*Rich Moffett Court Reporting, Inc.*

1                                                    42

2      not come.  If I -- if Brian goes then I

3      wouldn't come and then David goes so

4      everybody was like a weekly basis.

5            Q      And you used to monitor the

6      banks accounts; is that right?

7            A      Not myself, but whatever my,

8      whatever my controller used to show me.

9            Q      And that was your controller?

10           A      No, it was the company

11     controller.

12           Q      Do you know who hired

13     Melissa?

14           A      David, me and Brian.

15           Q      Okay.  So, do you know the

16     circumstances under which North Shore

17     Motors closed, Mr. Khan?

18           A      I just told you I don't think

19     it is still closed yet because I don't

20     have the paperwork yet.

21           Q      Well, is it operating?

22           A      Not that I know of.

23           Q      Well, can you tell me the

24     circumstances under which it ceased

25     operations?

1                                                 43

2          A      I would say about whenever,

3   whatever they started the problems, I

4   don't know a couple of years ago, and

5   then I was waiting for Josh to give me

6   the paperwork that when they are going to

7   close it down and everything, but I still

8   did not receive anything yet because I

9   think they were going through something,

10  some process, so.

11         Q      Did you pay anything for your

12  interest in North Shore Motors?

13         A      Yes, in the beginning we put

14  in, the money that we got to put in, it

15  was me, David and Brian and Anthony had

16  about, if I'm not mistaken, in the

17  account, I don't know that is what he

18  claims that he said that he had $30,000

19  in the account, but we don't know

20  anything about it or that was, I believe

21  a 30,000 was he said, yes, I'm sorry, now

22  I remember.  He said he had a deposit

23  with a landlord when there was a UAE

24  Premiere at that time and we gave back,

25  we gave back money to Anthony about that

*Rich Moffett Court Reporting, Inc.*

```
 1                                              44

 2   $30,000 when we took over.

 3        Q      Did Anthony ever hold a lease

 4   there on behalf of North Shore that you

 5   know of?

 6        A      No.

 7        Q      Did Sarah Deo ever hold any

 8   interest in a lease for North Shore?

 9        A      No, no.  It was -- they had a

10   lease under UAE Premiere.

11        Q      I heard you say that.  I'm

12   not asking you about UAE Premiere, I'm

13   asking you about North Shore Motors.

14        A      No, no.

15        Q      During the time that North

16   Shore Motors was opened, was there any

17   time that they operated-- that they had

18   the interest as tenants in the lease?

19        A      No.

20        Q      And you are not aware of them

21   ever signing on behalf of North Shore for

22   that lease, are you?

23        A      I did not see anything like

24   that.

25        Q      And, of course, you know, in
```

*Rich Moffett Court Reporting, Inc.*

45

one way shape or form, even if it is in a

holding company, the owners hold the

lease, right?

          MR. SHANKS:   Objection as to

     form.  Calls for a legal

     conclusion.  You could answer if

     you understand it.

    Q      Right?

         Mr. Khan, you have the lease

because you are an owner, right?

    A      No, the corporation had the

lease, not me personally.

    Q      And what --

    A      And David, North Shore Motor

Leasing.

    Q      That company held the lease;

is that right?

    A      Yes.

    Q      Who personally guaranteed it?

    A      I don't think there is any

guarantee on the corporation we did on

the-- I think it was a Good Guy Clause, I

don't think anybody did any personal

guarantee on that lease.

*Rich Moffett Court Reporting, Inc.*

```
1                                            46
2         Q      When operations ceased, Mr.
3    Khan, a lot--
4         A      I don't know when it got
5    ceased.  You mean when we went and when
6    we took out all the cars?  At that time
7    you are talking about?
8         Q      Do you know when operations
9    ceased at North Shore Motors?
10        A      No, I don't remember anything
11   but I remember when I went there and we
12   showed the lease to the cops.  That was
13   in 2018 or some time when we pulled out
14   all the cars.  That was my last time when
15   I was in North Shore Motors.
16        Q      And when you went there and
17   the cops were called, you had --
18        A      No, we called the cops.
19        Q      Okay.
20        A      Before we broke in and we
21   went and we took the locksmith with us.
22        Q      And you brought with you the
23   lease; is that right?
24        A      Not me, David.  David had it.
25        Q      You saw him with the lease;
```

*Rich Moffett Court Reporting, Inc.*

47

1

2    is that right?

3        A        Of course.  He showed it to

4    the cops and everything and they had it.

5        Q        And that was a lease, it

6    wasn't an assignment of the lease?

7        A        It was a lease, that is why

8    the cop let us do whatever we had to do.

9                MR. SHANKS:    Objection as to

10           form.

11               Mr. Thomasson, I don't know

12           if he knows the difference between

13           a lease and an assignment.  You

14           could certainly ask him about it.

15       Q        Mr. Khan, do you know what an

16   assignment of a lease is?

17       A        No.

18       Q        Do you know what a lease is?

19       A        Yes, I know the lease, but I

20   don't know the assignment.  A lease is

21   just, that is the only thing I know

22   about, is a lease.

23       Q        Well, how would you define a

24   lease?

25       A        That is what we signed or

1                                            48

2    whatever the corporation signed, that is

3    a lease, but I don't know about the

4    assignment of the lease.  This is the

5    first time I'm hearing it.

6         Q     And you have never seen an

7    assignment, something called an

8    assignment of the lease of North Shore?

9    Have you ever seen one?

10        A     No, no.

11        Q     Okay.  Would you remember if

12   you had seen a lease that was assigned?

13        A     I told you the only thing I

14   remember was a lease.  I did not see

15   anything that says assignment or

16   something.

17        Q     If I would suggest to you

18   that North Shore ceased operations during

19   or about late November of 2022, would you

20   have any reason to think that that is

21   incorrect?

22        A     Nothing that I know about it,

23   so--

24        Q     You don't know when your

25   business stopped operations; is that

*Rich Moffett Court Reporting, Inc.*

49

right?

A    I was just waiting for my partner to let me know when it is going to finish and, but they said, you know, they were going through some problems with Anthony and Sarah, so I was just waiting and I'm still waiting.

Q    Who said that to you?

A    My partner, Brian.

Q    What about Josh?

A    Josh, I spoke to him once in a while and, you know, I let him do whatever he has to do.

Q    You authorized him?

A    Of course.  He was a partner after David.

Q    So right now the assets of the corporation, do you know where they are?

A    What assets?

Q    Well, let's say car files, who has the car files?

A    It should be in the office or whatever, whoever had, was in charge of

50

1

2    it.

3         Q        What office would it be in?

4         A        Where was North Shore Motors,

5    and then, you know, if they stopped it,

6    they must have sent it to the warehouse

7    or something.  I don't know where the

8    files are.

9         Q        You have no knowledge where

10   the car files are for that business; is

11   that what you are saying right now?

12        A        Yes.  Right now I don't know

13   where the files are, yes.

14        Q        What about the computers.

15   Where are the computers right now?

16        A        I have no idea.

17        Q        Where is the phone system

18   right now?

19        A        I have no idea.

20        Q        Where exactly would the video

21   that was taken inside that business be?

22        A        I have-- again, I have no

23   idea.

24        Q        When you communicated with

25   your partners regarding the operation of

```
 1                                          51
 2      North Shore, would you sometimes speak
 3      with them on the telephone?
 4           A      Yes.
 5                  MR. SHANKS:   Mr. Shanks,
 6           objection.  Let me put it on the
 7           record before you answer.  Could
 8           you give me a timeframe, Mr.
 9           Thomasson, on that question?
10           Q      Mr. Khan.
11           A      Yes.
12           Q      During the years that North
13      Shore Motors was operating, did you
14      communicate with your partners on the
15      telephone?
16           A      Yeah, I always spoke to Brian
17      mostly.
18           Q      Why did you always speak with
19      Brian?
20           A      Because he used to be there
21      and he was closer to Josh and I didn't
22      want to bother Josh because Josh was a
23      very busy person.
24           Q      What was Josh busy with?
25           A      He has a dealership and, you
```

*Rich Moffett Court Reporting, Inc.*

1                                              52

2      know, he had a lot of things going on, so

3      Brian used to see him all the time

4      because he used to come to Nissan, so

5      when Brian told me some things, so why

6      would I second guess and call Josh for?

7      Because Brian would not lie to me, so,

8      anything Brian told me and me, whatever I

9      told Brian, that is how we communicated.

10         Q      Do you know someone named

11     Michael Laurie?

12         A      Michael Laurie?

13         Q      Yes, that is the name,

14     Michael Laurie.  You are suing him.  Who

15     is he?

16         A      Michael Laurie.  Michael

17     Laurie.  Michael Laurie.  I have to take

18     a look at my papers.

19         Q      But that is not a name that

20     you know off the top of your head?

21         A      I know a lot of Michael's so

22     I just, you know, I have to see the last

23     name and everything.  I have contacts in

24     my phone close to 4000 people so--

25         Q      Dwight Blankenship, how do

53

you know Dwight Blankenship?

        A       Who?

        Q       Dwight Blankenship, do you
know him?

        A       That is why I have to take a
look at my contacts.

        Q       Did you look at anything
before this deposition?

        A       Yes, I did.

        Q       What did you look at?

        A       I was-- I looked at who am I
suing, it was about the cases and things
like that.  Hold on one second, someone
keeps on calling me inside in this, and
it is, I'm sorry.  I'm sorry, I'm on the
phone so people are calling me and it is
distracting me.

        Q       What documents did you look
at in preparing for this deposition?

        A       That was a couple of months
ago so I have to look at it again.  It
was a couple of months ago, so nothing
that I have in front of me, so I'm not
going to say anything that I don't know.

54

Q      You looked at documents but you don't know what they were; is that a fair way of putting it?

A      No, no, it is just that I don't remember right now.

Q      You don't remember what documents you looked at?

A      No, I looked at the documents but I don't remember all the questions that you are asking me.

Q      Do you know what the documents were that you looked at?

A      Yes, of course, but like I told you, I don't remember.  It is not in front of me.

Q      Did you read any complaints?

A      Yes, I did, but the only thing is, again, I told you, it was a couple of months ago, so I'm not going to say something like completely I don't remember that much.

Q      What complaints did you look at, do you remember that?

A      Again, right now I'm not

55

going to say anything because I don't remember. I don't want to give you a wrong answer.

Q      Did you look at any leases?

A      I'm sorry?

Q      Did you look at any leases in preparation for this deposition?

A      It was a lot of papers and again I'm not answering something that I don't remember so--

Q      At the moment you don't remember if you looked at any complaints or leases?

A      I did look at complaints and leases, but I don't know exactly. I have to check it one more time to give you that answer.

Q      Were there any other documents that you can recall looking at?

A      No.

Q      So there were times when you would speak to one or more of your partners on the telephone; is that right?

A      Yeah.

56

Q    And I'm talking about your partners at North Shore Motors. Sometimes you would speak to them on the phone; is that right?

A    Yeah, mostly Brian I was speaking to.

Q    Were there times when you with would text with your partners?

A    Hardly.  We hardly text each other.

Q    Not much in the way of texts?

A    No, no, not that much that I recall it.

Q    Did you used to e-mail with your partners?

A    If we e-mailed something like either I need something from him, a check-wise or something like, you know, that we would just e-mail once in a while, but basically nothing was something that I e-mailed and like, you know, we had conversation on an e-mail; nothing that I recall.

Q    What is your e-mail address?

*Rich Moffett Court Reporting, Inc.*

1

2      A       A7Khan@aol.com.

3      Q       Do you have any other e-mail

4  addresses?

5      A       Yes.  I have

6  Picklimo@yahoo.com.

7      Q       Do you have any other

8  e-mails?

9      A       Do I have other e-mails?

10  It's got to be --

11  AsadKhanFortLee@gmail.com, but I hardly

12  use that, I just had that for Gmail.

13      Q       What e-mails would you use in

14  connection with North Shore Motors?

15      A       I would say my main e-mail

16  which was A7Khan.

17      Q       And were there cameras at

18  North Shore Motors?

19      A       Yes, of course, but Anthony

20  was in charge of that.  I had seen them

21  but I had no log-ins or something like

22  that for that.

23      Q       Do you know if at any point

24  in time David or Josh or Brian or you

25  ever took any of the video that was at

*Rich Moffett Court Reporting, Inc.*

58

North Shore?  Did any of you ever take it
from the building?

        A        Not that I remember.

        Q        Do you know where the videos
from North Shore are today?

        A        No.  I thought that Anthony
had all of this because he was in charge
of like the video.  He was the one that,
he put in the videos over there.

        Q        And what about when
operations ceased, was anything like that
taken, if you know?

        A        Again, now, you are talking
about ceased when I went there and pulled
out the cars, or are you talking about
recently in 2022?  Because that is why
I'm confused what ceased you are talking
about.

        Q        Well, how many times do you
know after it opened that operations were
stopped at North Shore Motors?  They
stopped one time when you went, right?

        A        Yes, but that was only for a
couple of days.  That was for about a

59

week.

Q      Why did you do that?

A      Why did I do that?  We wanted answers to the things and where was the money and everything and then he took the titles home, which he's not supposed to, and he was holding that as a hostage. And then somehow David spoke to him and he met David and he brought all the titles back and that's where we fired his wife from there and she could not come to the building anymore and only Anthony was allowed as a manager to work there.

Q      So from the time that you say Sarah was fired, did she ever work there any more?

A      Afterwards.  After, I would say after maybe four or five, six months after that, but I had never seen her after that working there, but I know she was.  She came back and they made peace with David.

Q      And that was okay with you?

A      Whatever my partners said and

60

we agreed to it; we made all the

decisions together.

        Q     So if things were worked out

with David, that was okay with you; is

that fair to say?

        A     I would say so because David

was-- he was my mentor and whatever David

said we, he never gave us a wrong things

anyway, so we always, me and Brian, we

respected him, whatever he said and that

is what we did.  We agreed to it.

        Q     So there was some things that

were wrong when you went and pulled the

cars for four or five days, but then that

got worked out; is that fair to say?

        A     That got worked out not with

me, with David.

        Q     But it got worked out between

David and the Deo's, right?

        A     Deo's were just worked out as

that he's going to work there and his

wife was not going to work there.  That

is how it worked out, nothing -- he was

not in charge of any money.  He was not

                                                            61

in charge of anything.  So we held

everything from him.  Even when we had to

take back the checkbook, the checkbook he

used, the controller used take it home

when they were there.

     Q    So none of the Deo's ever

wrote any checks at North Shore, did

they?

     A    They were not allowed to.

     Q    But I am asking you whether

or not they did?

     A    I have no idea, but I'm just

telling you that they were not allowed to

have, to write the checks.

     Q    Now, I'm not asking you what

was worked out in this first instance

when you shut it down, I'm just saying

that in your mind it was worked out

between David and the Deo's and then it

was reopened?

     A    Just as a work, just him as a

--

     Q    I'm not asking you what was

worked out.  I am asking you--

*Rich Moffett Court Reporting, Inc.*

```
1                                          62
2              MR. SHANKS:   Objection.  You
3         cut him off.  You are doing it
4         again and again.  Let him give his
5         answer.
6              Rephrase the question.
7              MR. THOMASSON:    Happily.
8         Q    I'm not asking you what was
9    worked out, Mr. Khan.  I am asking you
10   yes or no, it was worked out in this
11   first instance --
12        A    Again, a work out, I don't
13   know.
14        Q    Mr. Khan, you are cutting me
15   off now.  You are cutting me off.  Please
16   let me finish the question.
17             MR. SHANKS:   Yes, he is
18        because he's been following you for
19        an hour doing it.  Let him finish,
20        as I instructed.
21             MR. THOMASSON:   I haven't
22        been doing it for an hour.  Stop
23        that, Russell.
24        A    Yes, it is one hour already.
25        Q    I haven't been interrupting
```

63

you for an hour, Mr. Khan.  I am asking

you, let me finish the question, please.

        A        Okay.

        Q        Yes or no, there was a

dispute that lead to the cars being

pulled out of there for four or

five days, yes?

        A        The dispute, that is what I'm

trying to--

        Q        I'm not asking what the

dispute is.  I am asking you yes or no

did that happen?

        A        Dispute again.  My thing was

he was allowed in the building to run

because me, David and Brian could not run

daily business over there.  He came in,

begged David Baron that please, he's

going to be whatever, a good person or he

brought back all the titles, gave it to

David, and David was a very nice man and

forgive him and he let him work there.

That is my answer.  Not that there was --

the dispute is between partners.  He was

not our partner.  He was not our partner.

64

He was working as a manager.  His wife
was with him as a BDC manager.

         Q      Was there a dispute that took
place --

                Withdrawn.

                What year did you first --
were you first a part of taking cars out
of North Shore for four or five days;
when did that happen?

         A      That was after my surgery so
I would say between '18 and '19.

         Q      And when was your surgery?

         A      August, I think August of
'17, August of '18.  I'm sorry, I just,
it was seven years ago.

         Q      Okay.  So some time after
that you were a part of pulling the cars
out of North Shore for four or five days,
correct?

         A      Yes.

         Q      And after four or five days
the cars were returned; is that correct?

         A      Not after four or five days,
it took about two weeks almost.

                                                          65

1

2          Q      Okay.  So North Shore was

3   shut down for approximately two weeks the

4   first time that you could remember; is

5   that right?

6          A      I would say about a week, but

7   then, you know, by the time we brought

8   back the cars it took about two weeks.

9          Q      Now, whatever differences

10  caused that to happen, those differences

11  got resolved; is that correct?

12         A      Not that I know of, but at

13  that time David was working on it.

14         Q      Then why were the cars

15  returned if the differences were not

16  resolved?

17         A      At that time he returned the

18  titles and I don't know what promises he

19  made to David and, but we did not

20  question David.  So David told us that

21  he'll take care of him and he will talk

22  to him about it and then me and Brian, we

23  just, we backed off.  So whatever David

24  made a decision, we respected it.

25         Q      Were the cars pulled out of

66

North Shore after that again?

    A     Not that I remember.

    Q     Well, you know that it is not operating anymore, right?

    A     So then, of course, then they had to move the cars.

    Q     And when was that?

    A     Again, I told you, I don't know.  I don't know the dates.  After that I was waiting for my partners to let me know what is going on.

    Q     And they haven't told you anything more about the cessation of operations at North Shore?

    A     I was waiting for them to tell me what is going on.

    Q     So doesn't that mean that you were not told?

    A     I let them because Josh was involved over there mainly and we trusted him and then he will let us know and that is that is what we were waiting for.

    Q     And you have been waiting for that for how long?

67

```
 1
 2          A       I mean, whenever this thing
 3    is over.
 4          Q       Are you still waiting to hear
 5    from Josh about North Shore?
 6          A       Yeah, because I don't know
 7    how they end up with like, you know, when
 8    those cars were pulled out and everything
 9    and when the corporation is going to be
10    closed and everything, so he will tell
11    us.  Of course, he will tell us.
12          Q       Well, at some point in time
13    you stopped getting paid and you stopped
14    getting money from your business called
15    North Shore; is that fair to say?
16          A       That was a long time ago.
17          Q       Yeah, when did you stop
18    getting money?
19          A       I believe that was 2019.
20          Q       You haven't been paid any
21    money from North Shore since 2019?
22          A       I don't think so.
23          Q       Did you still put North Shore
24    on your tax returns?
25          A       No, because I don't get any
```

*Rich Moffett Court Reporting, Inc.*

                                                    68

K-1s or nothing from there and there is

no business.

        Q      Did you ever put North Shore

on your tax returns?

        A      100 percent.

        Q      But only up until about 2019;

is that fair to say?

        A      Till it was gone.  Till I was

receiving money.  Once I stopped

receiving my money then why should I put

it?

        Q      Okay.  And you think right

now as best as you can recall that you

stopped getting money from North Shore

around 2019; is that right?

        A      That's -- I'm just, from my

knowledge.

        Q      Okay.  And did you ever get

money from 189 Sunrise Highway?

        A      No, never.

        Q      Did you ever get any money

from Superb Motors?

        A      Never.

        Q      Did you ever get any money

*Rich Moffett Court Reporting, Inc.*

1                                                    69

2      from Anthony Robert Urrutia?

3            A       Never.

4            Q       Excuse me, Robert Anthony

5      Urrutia?

6            A       Never.

7            Q       Have you ever gotten money

8      from Josh Aaronson?

9            A       Never.

10           Q       How about Jory Baron?

11           A       No.

12           Q       Did you ever get money from

13     David Baron?

14           A       David passed away, I believe

15     in 2019.  2020 I think he passed away.

16           Q       Did you ever get any money

17     from him?

18           A       No.

19           Q       Did you ever get any money

20     from Iris Baron?

21           A       No.

22           Q       Do you know who Iris Baron

23     is?

24           A       Of course, that is David's

25     wife.

```
 1                                          70
 2          Q      Have you met and spoken with
 3    Iris Baron?
 4          A      At the funeral, yes.
 5          Q      Have you seen or spoken with
 6    her since his funeral?
 7          A      No.
 8          Q      Was she ever a business
 9    partner of yours?
10          A      It was the Estate of David
11    Baron.  We had, I had nothing to do with
12    it.  Everything was the Power of Attorney
13    was with Josh.
14          Q      Who gave Josh that Power of
15    Attorney, do you know?
16          A      David.  David Baron probably
17    give her because I was not there, but
18    David was the one that he, he gave to
19    Josh.
20          Q      How do you know he was given
21    one, did you see it?
22          A      We had a trust and everything
23    and why would I question that?
24                 MR. SHANKS:   Just answer his
25          question.  Did you see it?  If you
```

*Rich Moffett Court Reporting, Inc.*

1                                                71

2          don't know, say you don't know.

3          A       I don't know.  I did not see

4     it, so I don't know.

5          Q       Did you ever get any money

6     from Brian Chabrier?

7          A       No.

8          Q       And you have not yet paid any

9     legal fees on in case; is that correct?

10         A       I'm sorry?

11         Q       You have not yet paid any

12    legal fees on this case; is that correct?

13         A       Yes.

14         Q       Have you ever heard of a

15    business called Team Auto Sales, LLC?

16         A       Team Auto Sales?  I have no

17    idea who Team Auto Sales is.

18         Q       The Hylan Boulevard

19    corporations that are co-plaintiffs with

20    you, you said are owned by Josh Aaronson,

21    right?

22         A       I don't even know who 189 is,

23    Sunrise, so I don't know who is the

24    owners.  I have no idea about this place.

25         Q       I'm sorry, maybe I misspoke.

72

I was asking about the Hylan Boulevard
Auto corporate co-plaintiffs with you.

A      That was, I know Hylan
Boulevard which I seen it many times and
I know that is Hylan Group, if I'm not
mistaken.

Q      Okay.  And I may have covered
this already, is Frisk Street Realty also
Island Auto Group holding?

A      I have no idea about this.
First time I'm hearing about this.

Q      What about 446 Route 23 Auto,
are you familiar with any businesses on
Route 23?

A      No, sir.  No, sir.

Q      Do you know Marc Merckling,
the co-defendant?

A      I'm sorry?

Q      Do you know Marc Merckling?

A      Doesn't ring a bell.

Q      Do you know Thomas Jones?

A      Thomas Jones?  No.

Q      Do you know any of the Gold
Coast Car dealerships?

```
 1                                    73
 2        A      Gold Coast, you know, in that
 3   area there is a lot of Gold Coasts.  I
 4   heard the name of Gold Coast, but they
 5   were in Great Neck, but has nothing to do
 6   with me.
 7        Q      Do you know DLA Capital
 8   Partners?
 9        A      DLA?  No.  No.
10        Q      Have you ever done any
11   business with Flushing Bank?
12        A      Never.
13        Q      Have you ever done any
14   business with Libertas Funding?
15        A      No.
16              MR. KATAEV:   Harry, if this
17        is a good time to take a break, let
18        me know.
19              MR. THOMASSON:   Sure, we
20        could do that right now.  What do
21        you need, Emanuel, 20 minutes?
22              MR. KATAEV:  5 is fine.
23              MR. THOMASSON:   We'll
24        reconvene at 12:30.
25              MR. KATAEV:   Okay.
```

74

2          (Whereupon, a short recess

3      was taken, after which the

4      following occurred:)

5  EXAMINATION BY

6  MR. KHAN (continued:)

7          Q      Mr. Khan, you told me that

8  there were some documents that you

9  reviewed in preparation for this

10  deposition but you don't remember too

11  many details about those documents,

12  right?

13          A      Yes.

14          Q      Okay.  Who did you talk to to

15  prepare for this deposition?

16          A      Of course I have to call my

17  counsel.

18          Q      Okay.  So which lawyer or

19  lawyers did you speak to?

20          A      To Russell.

21          Q      Anyone else?

22          A      No.

23          Q      Did you speak to any other

24  person whether or not they are a lawyer

25  to prepare for this deposition?

```
 1                                              75
 2        A      No.
 3        Q      Do you know who worked at
 4   North Shore Motors?
 5              MR. SHANKS:   Objection.
 6        Timeframe.
 7        Q      Well, during your years at
 8   North Shore Motors, do you know who
 9   worked there, Mr. Khan?
10        A      I was only dealing with at
11   that time mostly my controller and
12   Anthony and Sarah were working there, so,
13   that was the only people I knew, but the
14   salespeople, they used to hire and fire.
15        Q      Who used to?
16        A      Anthony and Sarah.
17        Q      And were there other people
18   that worked there besides sales people
19   and controllers?
20        A      It was Danny O'Sullivan and
21   Melissa Beltre.
22        Q      But they were controllers,
23   right?
24        A      Yes.
25        Q      Okay.  And you told me about
```

```
 1                                              76
 2     controllers and salespeople, were there
 3     any other positions that you know of at
 4     your business?
 5            A      Like positions?  There was no
 6     other positions except sales.
 7            Q      And you didn't know any of
 8     the employees that worked there; is that
 9     right?
10            A      If I see them and I will know
11     them but I don't remember them from names
12     because they used to come work for a
13     couple of months and then they would go,
14     either they would get fired or they would
15     just move on.  That's the only time I
16     used to see people over there.
17            Q      Do you have a cell phone, Mr.
18     Khan?
19            A      I'm sorry?
20            Q      Do you have a cell phone?
21            A      Yes.
22            Q      How many cell phones have you
23     had, if you know, since 2018?
24            A      I have only one cell phone
25     for a very long time.
```

1                                                    77

2          Q       And by that do you mean you

3    have only one cell phone number for a

4    very long time?

5          A       Yes.

6          Q       What is that number?

7          A       (718) 501-8006.

8          Q       And with regard to that cell

9    phone number, have you ever used it to

10   call any of the defendants in this case?

11         A       Any of the defendants in this

12   case?

13         Q       So let's start with did you

14   ever call Anthony on that number?

15         A       I would say a couple of

16   months ago or maybe a month or no, more

17   than a month ago by mistakenly, you know,

18   once you have the cell phones and you

19   just press and it goes.  If I did that,

20   that was it but I never spoke to Anthony

21   for a very long time.  I would say a

22   couple, maybe a couple of years now.

23         Q       And if you had had spoken to

24   Anthony in the last few years, would you

25   remember it?

78

     1

     2          A       I would say so.

     3          Q       But you haven't spoken with

     4    him in the last few years, correct?

     5          A       No, no, I did speak to him,

     6    like I told you, about a month, month and

     7    a half ago.  One of my friends, which is

     8    a mutual friend of ours, they were

     9    sitting somewhere in the restaurant or

    10    something so they Face Time me and they

    11    called me to say hello and hi, and you

    12    know, that was it.

    13          Q       You are saying that in the

    14    last few months Anthony Deo called you?

    15          A       No, he did not call me.  One

    16    of our mutual friends that met him in the

    17    restaurant and he just Face Timed and he

    18    just said hey, listen, I'm sitting with

    19    Anthony and say hello to each other and I

    20    said hello and he said hello; that was

    21    it.

    22          Q       But there was no substantive

    23    discussion?

    24          A       No, no, no, we had no

    25    discussion like that.

*Rich Moffett Court Reporting, Inc.*

1                                                    79

2          Q      And that mutual friend's name

3    is what?

4          A      His name is Alex Saleem,

5    S-A-L-E-E-M.

6          Q      Did you ever call Sarah on

7    the telephone on that, from that

8    telephone number?

9          A      No.  Before, yes I used to

10   call her before.

11         Q      Okay.  Before what?

12         A      A couple of years ago.

13         Q      Okay.  Up until a couple of

14   years ago, you mean?

15         A      Yes.

16         Q      How often would you speak

17   with her on the telephone?

18         A      Twice a week maybe, once a

19   week if there was anything, if I need to

20   ask a question or something.

21         Q      And that telephone number

22   that you just gave us is with what

23   carrier?

24         A      It is with Verizon.

25         Q      Has it always been with

*Rich Moffett Court Reporting, Inc.*

```
 1                                          80
 2    Verizon?
 3         A      It was with Verizon for years
 4    and years and then I switched it, but it
 5    is the same number.  I switched it to
 6    AT&T but I didn't like it so I moved back
 7    to Verizon.
 8         Q      Okay.  Have you ever called
 9    anyone named Dwight Blankenship, if you
10    know?
11         A      Dwight Blankenship?  Not that
12    I remember any name like that.
13         Q      Do you know if you ever
14    called someone named Michael Laurie?
15         A      Michael Laurie.  Again, you
16    gave me that name but doesn't ring a bell
17    to me right now.  I have so many
18    Michael's in my list, but Michael Laurie,
19    not that I remember.
20         Q      Did you ever call Marc
21    Merckling for any reason, if you know?
22         A      What is his name?
23         Q      Marc Merckling.  You are
24    suing him.  He is one of the defendants
25    in this case.
```

*Rich Moffett Court Reporting, Inc.*

```
1                                              81
2           A      No.  Why would I call him?
3           Q      I don't know, I am asking
4    you.
5           A      No, I did not call him.
6           Q      Have you ever called me?
7           A      I'm calling you now on Face
8    Time.
9           Q      Yes, I understand that we are
10   all on this deposition together, Mr.
11   Khan, but prior to this, have you ever
12   called me that you know of?
13          A      No.
14          Q      Would there be any reason
15   that you would have called me?
16          A      I did not call you.
17          Q      Would there be any reason
18   that your phone number would be calling
19   my phone?
20          A      I don't remember calling you
21   and --
22          Q      Am I in your contacts?
23          A      I have to check but I don't
24   think so.  I have 4000 contacts, so I
25   really don't know, but why would I call
```

*Rich Moffett Court Reporting, Inc.*

82

1
2       you?
3            Q      Again, I'm not the one being
4       questioned here.
5            A       No, no, no, I know.  I just,
6       first time I'm speaking to you.
7            Q      Did you exchange, did you
8       know of any e-mails with Anthony or Sarah
9       Deo?
10           A       Not that I remember.
11           Q      Do you know if you ever
12      exchanged any e-mails with any of the
13      other co-defendants in this case?
14           A      I don't think so, I would
15      only speak to Russell about it.
16           Q      Now, you told me that you
17      don't text much, but is there any reason
18      you would have been texting with Sarah or
19      Anthony Deo that you know of?
20           A      Recently?
21           Q      Ever.
22           A      I always-- we always used to
23      text each other, but, you know, when they
24      used to work there.
25           Q      What is it that you would

*Rich Moffett Court Reporting, Inc.*

```
1                                          83

2    text them about?

3         A      If we went to the auction or

4    if there is anything I need or they need

5    anything, we text each other.

6         Q      From your last answer are you

7    suggesting that there were times that

8    Sarah Deo went to auctions for North

9    Shore Motors?

10        A      Sarah?  No.  I went with

11   Anthony once.

12        Q      Why did you go to an auction

13   with Anthony?

14        A      We were buying cars.

15        Q      For North Shore or any of

16   your other businesses?

17        A      From North Shore.

18        Q      Why did you go to that?

19        A      Because a lot of people knew

20   me in the auction and it was a high line

21   sale, so usually when there is a high

22   line a lot of people go together and that

23   is how we went to Pennsylvania.

24        Q      What is the definition that

25   you understand of a high line sale?
```

                                                        84

1

2          A       A high line sale is like when

3      they run a high line cars like Mercedes,

4      BMWs, Jaguars.

5          Q       Are there other types of

6      sales at car auctions that you know of?

7          A       No.

8          Q       So there is high line sales

9      and there is non-high line sales; is that

10     true?

11         A       Yes.

12         Q       And no other types?

13         A       No, there is boats.  They

14     could sell boats; they could sell

15     motorcycles, but I'm not interested in

16     those.

17         Q       Were you an owner at North

18     Shore Motors during the pandemic?

19         A       During the pandemic, I

20     believe so, yes.

21         Q       Did you obtain any money from

22     North Shore Motors during the pandemic?

23         A       Not that I remember anything.

24         Q       Did you receive any Pandemic

25     Relief Funds of any type either for

85

yourself or for North Shore Motors that
you are aware of?

        A        No, no.

        Q        Do you know if any of the
controllers made any applications for
Pandemic Relief Funds?

        A        They were doing it for a lot
of the dealerships and but, it is like,
you know, they were controllers and David
used to do all this thing.  We never
bothered David with that.  David was in
charge of all these things.

        Q        And what do you mean when you
say you didn't bother David with that?

        A        I mean, whatever David's
decision was and we never questioned
David with, you know, what is he applying
because he had all the groups together,
so if they did it under the group, I
don't know about that, but David used to
handle all this thing through his
attorneys and through his bankers and
everybody.

        Q        And whatever he did, you

*Rich Moffett Court Reporting, Inc.*

86

trusted?

        A       Yes.

        Q       And after David died, do you
know if Josh obtained any Pandemic Relief
Funding?

        A       Not that I know of because he
has a lot of dealerships so--

        Q       If Pandemic Relief Funding
was obtained for North Shore, you should
have gotten some, right?

        A       It is not that personally, if
there was a funding, it should have gone
to the bank account, to the business, not
to me personally; not to anybody
personally.

        Q       And as far as you know that
never happened, right?

        A       I don't remember.  I would be
lying to you.  I don't remember.

        Q       You don't remember what?

        A       That the money came in and I
had seen it.

        Q       Do you think if millions of
dollars in Pandemic Relief Funds were

87

obtained, you think you would know that?

     A     Oh, yes, if it is millions of dollars, of course I would know that.

     Q     And as you sit here today you are not aware of any Pandemic Relief Funds that went to North Shore Motors; is that correct?

     A     This is what I'm trying to tell you, I don't remember that.

     Q     You don't remember that happening, right?

     A     Yes, yes.

     Q     Okay.  And if it was a large sum, you would remember, right?

     A     If they told me, yes, I would remember, but in the pandemic time I was like a kind of out of commission and I was, I just came out of the hospital after that, so I was hardly going in anywhere.

     Q     But at some point after you were recovered and the pandemic passed, did you have any conversations with Josh about Pandemic Relief Funds?

```
 1                                      88
 2          A     No.
 3          Q     Did you ever have any
 4    conversations with anyone about Pandemic
 5    Relief Funds?
 6          A     No, sir.
 7          Q     Did anyone ever have
 8    conversations with you about Pandemic
 9    Relief Funds?
10          A     No.
11          Q     So as far as you are
12    concerned that means that there weren't
13    any because otherwise you would know,
14    right?
15              MR. SHANKS:   Objection as to
16          form.
17              MR. THOMASSON:   You could
18          answer.
19          A     Like I told you, I don't
20    remember, and I don't want to say
21    anything because I did not see personally
22    anything like that.
23          Q     Did you ask?
24          A     No.  Actually, like I told
25    you, I was just coming in once in a while
```

*Rich Moffett Court Reporting, Inc.*

89

and after when David passed away, I was

not in a good shape for a while and I did

not ask Josh anything about the pandemic,

but I know people did get pandemic money,

but I don't remember what North Shore

got, what anybody else got.

     Q     What do you mean by anybody

else, you mean other Island Auto Group

stores?

     A     Everybody, I think everybody

applied.  At that time everybody was

applying for the pandemic loans, but I

don't know what it was, did it get

approved, how much we got.  I had nothing

to do with it.

     Q     Did you get any Pandemic

Relief Funds?

     A     I did not get anything.  Like

I told you I don't remember getting

anything.

     Q     And you haven't gotten any

money from North Shore, you told us,

since about 2019, right?

     A     If I recall it, yes.

*Rich Moffett Court Reporting, Inc.*

90

Q      Did you pay at all for your interest in North Shore?

A      What I got paid, it was the monthly profits that came in.

MR. SHANKS:   Objection.

That is not the question.  He asked if you got paid for North Shore.

A      No, no, I got nothing.  I didn't get paid anything.  I basically lost everything, whatever I had over there.

Q      My question to you is did you pay anything to obtain your interest in North Shore, you?

A      In the beginning, yes.  We had to put in some money in there but I don't remember how much I and Brian and David we put in money.

Q      Did you put in money?

A      Oh, yes, initial money.

Q      And that came from a personal account of yours?

A      It's got to be, 100 percent.

Q      Do you know how much you

*Rich Moffett Court Reporting, Inc.*

91

paid?

    A    I have no idea of how much it was.

    Q    Is there any record of how much you paid for North Shore Motors?

    A    2000, 2016, I think, I don't think that I have records but we, if we did, I think if I'm not mistaken it has to be between 30,000 each partner as a working capital we put in.

    Q    And that would be you, David and Brian; is that right?

    A    Yes.

    Q    Do you know if Josh ever put any working capital into that business?

    A    I have no idea.  I never spoke to him about that.

    Q    Was he ever a partner in that business?

    A    He has to because he had a Power of Attorney, so he took over for David Baron.

    Q    Was there ever any closing on your purchase of that business?

*Rich Moffett Court Reporting, Inc.*

92

    A    A closing because it was an empty store when we took over.  It was UAE Premiere before and it was emptied out and there is no such thing as closing, it was a lease, that is about it.

    Q    So were you one of the guarantors on the lease, would you say a Good Guy Clause, right?

    A    Yes, it was a corporation and I think only David signed it.

    Q    Could you hear me, Mr. Khan?

    A    Yes.

    Q    Can you tell me the names of any attorneys that worked for North Shore Motors?

    A    Not that I know of.

    Q    Can you tell me the names of any accountants that worked for North Shore Motors?

    A    The only person I know is our controllers, Melissa Beltre and Danny O'Sullivan.

    Q    And we also discussed Wendy

93

Quan, she was also--

     A     Yes, that is after when I
stopped going in and things like this,
Wendy came in after that.

     Q     Was there any reason that you
stopped going in?

     A     Because Brian and my partner
and we thought that we were just closing
it down and Josh is about to close the
place, so that's why I stopped going in.

     Q     Do you know why Josh closed
the place?

     A     I remember when I was
speaking to my partner that he told me a
couple of things about it that it was a
lot of money missing and same thing with
the floor plan and titles and it was
issues, a lot of issues.

     Q     So why didn't you just fire
the Deos?

     A     Because at that time when
Josh took over, so, then we let, we let
Josh do everything.

     Q     And Josh decided to close the

94

1

2      business instead of firing the Deo's; is

3      that correct?

4           A      I don't know what they did.

5      I have no idea if they fired him or what

6      happened, but I know they started

7      lawsuiting each other, so--

8           Q      You also started a lawsuit,

9      right?

10          A      Yes, yes, I know, but the

11     only thing was I don't know between Josh

12     and Deo, that if who got fired and what

13     dates was it and everything, so I don't

14     have those things.

15          Q      Why did you start the

16     lawsuit?

17          A      Because when I received the

18     papers from Deo that he was suing me too.

19          Q      So you started a lawsuit

20     because Anthony Deo was suing you?

21          A      Yeah, he was suing a lot of

22     people.

23          Q      And with regard to--

24     withdrawn.

25                 Was North Shore making money

*Rich Moffett Court Reporting, Inc.*

95

during your time you were an owner?

A    We found out it was all not really making money, but it was on the papers, what he was showing to the controllers and that is how the controllers got it; that the place was like, it was not making money, it was just all for-- like and that is where, that is where I went in and I fired Deo and Sarah and I pulled out all the cars with David Baron.

Q    And that was because they were stealing money?

A    Yes, I mean, that is how our controllers explained to us.

Q    So how much money did they steal?

A    I have no idea and I don't remember, but it was a lot of money was missing from the account.

Q    What is a lot?

A    I don't remember.  I don't want to say a wrong figure.

Q    What was North Shore Motors

*Rich Moffett Court Reporting, Inc.*

96

grossing per year during your ownership?

A    It is grossing doesn't mean anything because like one car is 50,000 or 40,000, that is not a gross, it is just a profit how much it was and then the expenses.  So you could gross $10 million, but in the end when you pay for the car and all of the expenses and everything, so when you check the losses, it was basically nothing there.

Q    How much was North Shore Motors grossing during your time with North Shore Motors, per year?

A    Don't remember.

Q    How much was North Shore Motors netting during your time?

A    Don't remember again.

Q    Who would know these things?

A    This was, I would say the controllers would know because whatever Anthony showed us, it was all wrong, basically.

Q    And he would be showing you what?

97

    A       On a daily basis, monthly
basis how much money we made and then
later we found out it was not there.

    Q       So Anthony Deo was in charge
of the bank accounts?

    A       No.

    Q       Well--

    A       He was in charge of, you know
showing us how much money he made.  He
was doing the financing for the people
and everything.

    Q       Well, let's start with that.
What document would he show you on a
daily basis?

    A       Just like what he grossed.

    Q       I am asking you what the
document is.  What is the document?

    A       A regular piece of paper,
just on a piece of paper, that, you know,
nothing came in into the account, but he
would say yes, it is coming into the
account.

    Q       Okay.  And this would be on
what kind of paper?

1                                            98

2          A        Just a regular paper and, you

3    know.

4          Q        Was it a form?

5          A        No, no, no.

6          Q        He would hand write things on

7    a piece of paper?

8          A        Yeah, yeah, just a piece of

9    paper, that is how many cars he sold --

10         Q        Did he type?

11         A        No, he would not type.

12         Q        So he would handwrite on a

13   piece of paper and do what that paper?

14         A        We would just look at it and

15   wait for the answers from the

16   controllers.

17         Q        That is not what I asked you

18   either, Mr. Khan.  I said what did

19   Mr. Deo do with the paper?

20         A        I don't know, I never touched

21   the paper, so he would take the paper

22   with him, I don't know what he did with

23   it.

24         Q        So you never saw the paper

25   that Anthony Deo was writing; is that

                                                                          99

 1

 2    correct?

 3         A      Of course, I saw it, that he

 4    was writing.

 5         Q      Okay.  So where would that

 6    paper be today, for daily sales?

 7              MR. SHANKS:   Mr. Thomasson,

 8         you are cutting him off again.

 9         Please.

10              MR. THOMASSON:   Calm down,

11         Mr. Shanks.

12              MR. SHANKS:   No, you need to

13         calm down.

14              MR. THOMASSON:   I'm as calm

15         as could be, Mr. Shanks.

16              MR. SHANKS:   You are jumping

17         over the witness.  Let him answer,

18         that is all.

19              MR. THOMASSON:   But he is

20         not answering, okay?

21         A      I'm answering what it is.

22    Any time he wrote something, he kept it

23    there.  I don't know what happened to the

24    papers after, if he ripped it, if he

25    garbaged it.  I don't know.

*Rich Moffett Court Reporting, Inc.*

1                                              100

2          Q      Wouldn't he have to give it

3    to someone, like controllers?

4          A      Yes, the controllers had to

5    go through the banking and stuff like

6    this, but what he used to tell us, at

7    that time the controller was never in the

8    room so whatever he told us as a partner,

9    we believed him, but then the controller

10   would tell us something else later, and

11   that is where we started looking that

12   what he was showing on the paper we had

13   so much money, but then in the bank

14   account, was not going in.

15         Q      So this began during what

16   year that Mr. Deo was giving paper with

17   incorrect numbers?

18         A      I mean, it started when we

19   started, I would say 2000, whenever I

20   went there and pulled out the cars.

21         Q      Was the end of it?  Was that

22   the end of it?

23         A      When I was there, what I

24   remember.  I'm just going to say what I

25   remember.

*Rich Moffett Court Reporting, Inc.*

```
 1                                    101
 2        Q      So when you pulled out the
 3   cars, was that the end of him stealing?
 4        A      No, no, no, no.  After that
 5   it started something else.  He started
 6   with Josh, I think, and then, then he
 7   went to another dealership, the one you
 8   said about Tony Urrutia and he did the
 9   same thing down there and then I heard, I
10   never met Mr. Tony Urrutia, but I heard
11   from people what happened and they
12   started a lawsuit, suing each other.  And
13   then he went to another place and he
14   messed up the floor plan over there and
15   that is what I have been hearing.
16        Q      Who did you hear it from?
17   Tell me everybody who told you that.
18        A      All dealerships talk.  It is
19   everybody knows each other.
20        Q      So as long as you know them
21   all, give me the names of the people you
22   have been talking to this case about.  Go
23   ahead.  Give me all of those names.
24        A      What case?  What case?
25        Q      Anthony Deo stealing.  Tell
```

*Rich Moffett Court Reporting, Inc.*

102

me everything who you spoke to about

that.  Tell me everybody you spoke to.

     A     People just talk.

     Q     No problem, so just give me

those names.

     A     I'm just telling you why

should I give you names because that is

what everybody was talking about and that

is what I heard.

     Q     Okay, so just tell me who you

heard it from, that is all.

     A     Just on the street.

     Q     Okay.  Those people on the

street, those strangers?

     A     Plus I saw everything in the

lawsuits.

     Q     So you had no firsthand

knowledge that Anthony Deo--

     A     No, it is a lot of knowledge

I have from the floor plan companies,

people were talking and stuff like this

so--

     Q     What floor plan companies

were talking about this?

```
1                                          103
2        A      I don't want to say any
3   names.
4        Q      You have to answer the
5   question.
6        A      I don't want to say any names
7   because why should I say names --
8              MR. SHANKS:   Mr. Khan, you
9         don't have to protect anybody.  You
10        could give the names of the people
11        you spoke to.
12        A      It is the floor plan company
13  like Next Gear, AFC.
14        Q      What other floor plan
15  companies talked to you about Anthony
16  Deo?
17        A      AFC and Next Gear.
18        Q      Anybody else?
19        A      That is the two people who
20  talked to me about it.
21        Q      AFC would be Allied?
22        A      No.
23        Q      What is AFC?
24        A      It is a floor plan company
25  from Odessa, Long Island.
```

*Rich Moffett Court Reporting, Inc.*

104

Q      What other people have you
spoken to about Anthony Deo?

A      Not that I spoke to, they
spoke to me about it.

Q      Okay.  So you sat silently
while other people were talking to you
about Anthony Deo stealing money; is that
true?

A      What should I do?

Q      Does that mean yes, you sat
silently and listened?

A      I listened and that is what
I'm trying to tell you; that is how I
found out.

Q      Who is the people that told
you?

A      I just told you, AFC and Next
Gear.

Q      Who are the people who worked
there that told you?

A      They are no longer there and
it was many years ago, like four or
five years ago.

Q      So what are their names?

```
 1                                           105
 2          A      I don't remember anymore.
 3          Q      So you don't know the name of
 4   anyone right now that told you Anthony
 5   Deo stole money from North Shore; is that
 6   correct?
 7          A      I don't remember those guys
 8   from AFC and Next Gear.
 9          Q      But you know it was AFC and
10   Next Gear that you heard it, right?
11          A      Yes.
12          Q      You don't remember the name
13   of who told you; is that correct?
14          A      No, no.
15          Q      No, you don't remember?
16          A      It was just in the auctions
17   when we met somebody, they were talking
18   and I was just listening to them and that
19   is how.
20          Q      What about the people on the
21   street, what were their names?
22          A      That's what I meant when I
23   said on the street.
24          Q      From those two companies?
25          A      Uh-huh.
```

*Rich Moffett Court Reporting, Inc.*

106

Q      Is that a question?

A      Yes.

Q      Did anyone working for you or working with you tell you that Anthony Deo was stealing?

A      From who?

Q      Anyone that worked for or with you, any of your partners, your employees, controllers, did anyone?

A      I mean, of course, we saw the paperwork and once I went there and I picked up the cars and I saw the bank accounts and when he took all the titles home and that was the time that I said okay, I have to pick up all the cars.

Q      Where are the titles kept, in the safe?

A      Of course, it has to be in the office; you cannot take that home.

Q      How do you know they were taken, did you go into the safe?

A      When we went to the safe it was gone and Anthony had it and then he brought it back.

107

Q      The safe was gone?

A      No, the titles were gone.

Q      So you went into the safe because you had--

A      It was not in the safe. There was no such thing as a safe in there. It was just a file and it was in the file folder, and when we were looking for the five folder, it was gone.

So then we called Anthony. David actually called Anthony, and he took the titles home, and he was keeping them as a hostage. And then till they spoke with each other and he brought them back.

After a week or so they had to meet somewhere, in the diner and that's how David took care of it, to get back our titles.

Q      And you worked everything out?

A      Not me.

Q      Well, your partner, your trusted partner worked it out?

108

     A     Yes.  Did not work everything

out, we don't know, but he told me he

took care of the stuff, that he gave back

the titles and he agreed that his wife

was not going to work there anymore and

he's going to be just there as a manager

and we are going to watch him.

          So, basically, once he came

back to the office, David used to be

there then all the time, whenever he was

never in Florida.  So he used to watch

Anthony and go there almost every day.

     Q     David did?

     A     Yes.

     Q     Do you know if David ever

proposed selling Baron Nissan to Anthony

Deo?

     A     I heard something like this

but I don't know anything inside of it

that what happened, because it was

nothing to do with me, so I never got

involved.

     Q     Who did you hear it from?

     A     It was actually, Anthony told

```
 1                                        109
 2   me.
 3          Q      Anyone else?
 4          A      No.  Once Anthony told me, so
 5   why would I, and when I spoke with David
 6   and I just kind of asked him, he said we
 7   are working on something, and that was
 8   it.
 9          Q      But you weren't a part of
10   that at all?
11          A      No, no, it had nothing to do
12   with me, so why should I --
13          Q      Why did you personally allow
14   Anthony Deo to continue working there
15   after you had pulled out the cars because
16   you found out he was stealing?  Why did
17   you?
18          A      Not me.  Not me.
19          Q      Not you what?
20          A      It was David did.
21          Q      David did what, pulled the
22   cars?
23          A      No.  David told me that he's
24   going to be fine and he worked something
25   out with him and he can work back again
```

*Rich Moffett Court Reporting, Inc.*

110

as a manager.

Q    So whatever was wrong at that time --

A    Then David told me that he will watch him because he's now here and if he does something like this again and it is going to be no good, so whatever happened between David and Anthony, and we respected. Me and Brian, we talked about it and we were like okay, David made that decision and we are going to respect it. And he apologized, Anthony apologized of what he did.

Q    Did he apologize in writing?

A    No, he just came to the place and we sat down and David was the one, he made everybody shake hands and that was it.

Q    So there was a meeting that took place?

A    No, it was not a meeting like this. David spoke to me separately and then I spoke to Brian separately and then David told me to call Anthony. And I did

111

call Anthony and we spoke on the phone
and then we met, I think once and I went
to the dealership and that was it.

    Q    So there was a meeting that
took place at the dealership --

    A    No, not me.  Not me.  It was
just David and Anthony had the meeting.

    Q    Did you have a meeting with
Anthony in which you shook his hand or
was that just David?

    A    No, that was -- no, I did
shake his hand.  We met in the
restaurant.

    Q    Who else was there?

    A    I think he called Sarah after
that.

    Q    I didn't ask who was on the
phone, I asked you who was at the
restaurant.

    A    No, we went into the
restaurant.  His wife, Sarah and Anthony
and me.

    Q    Just the three of you?

    A    Yes.

*Rich Moffett Court Reporting, Inc.*

1                                         112

2          Q      And this was after the cars

3    had been returned to North Shore?

4          A      That was, yes, after, after

5    two weeks I would say, two or

6    three weeks.

7          Q      And the three of you shook

8    hands?

9          A      It was me, because David told

10   me to meet him and I met him.

11         Q      So you went to make peace

12   with Anthony and Sarah and for them to

13   make peace with you, is that a way of

14   putting it?

15         A      Yes.

16         Q      And you did?

17         A      I mean, we didn't write

18   anything down.  Whatever David told me,

19   that is what I did.

20         Q      And you were -- would it be

21   fair to say that as of that meeting with

22   the three of you in the restaurant,

23   whatever it is that had happened up till

24   that point, all was forgive; is that a

25   fair way of putting it?

113

 1

 2      A       No, it is not that.  Me, I

 3  was not in a good shape.  I had surgery

 4  because my doctor told me not to get

 5  involved in the business that much

 6  because I was on really heavy medications

 7  and things like this.  I had a quadrupe

 8  (p) and that is why I kind of stopped

 9  everything, stopped going and just not to

10  get involved in the daily business.

11      Q       So what was the purpose of

12  that meeting at the restaurant?

13      A       David told me that he's going

14  to make a peace with him and he

15  apologized to David.  He's embarrassed

16  what he did and he's going to bring back

17  the titles and which he did and he gave

18  it to David, all the titles, whatever he

19  took.  Before he was not giving it to us,

20  and then when David spoke to him, I have

21  no idea, and this is how David spoke to

22  me and Brian together and said okay, he's

23  apologizing, he's doing this and let's

24  give him a second chance.

25      Q       So is that what you went to

```
 1                                          114
 2     the restaurant to do, to give Anthony and
 3     Sarah a second chance?
 4          A      No, not me.  We just -- we
 5     met and he apologized to me and that was
 6     it.
 7          Q      What was the purpose of that
 8     meeting?
 9          A      What was the purpose of that
10     meeting?
11          Q      You went to a meeting.
12          A      Yeah.
13          Q      On the way to that meeting
14     what was the purpose of what you thought
15     was going to take place that day?
16          A      Because he said to me, David
17     told me he was going to apologize to you
18     and that is what he did.
19          Q      So at that point was all
20     forgiven and he was able to go forward in
21     his position without losing it?
22          A      Because what happened, the
23     reason, I went there, I did not want to
24     keep any grudges between anybody, and
25     plus, like I told you, I was not in a
```

*Rich Moffett Court Reporting, Inc.*

115

good shape that much, so I could not do a
daily business.  So I let it, I let
everything, left it in David Baron's
hands and Brian's hands.  So I said
whatever you guys say, I'll do.  You want
me to-- he's going to apologize to me, I
have no problem, if he wants to.  David
said he's not going to do that again
and--

Q       So how much money were you
able to find out that Anthony Deo stole
from North Shore Motors?

A       It is-- I don't know any
figure of that yet.

Q       Who would know it?

A       The controllers would know it
and Josh would know it and David would
know. Like I told you, I was not involved
after that, so I did not want to take any
stress so--

Q       So to this day you don't know
how much Anthony Deo stole; is that
correct?

A       Whatever was after me, I

```
1                                    116

2   don't know.

3        Q    Well, you don't know what

4   happened before when you were still

5   actively involved either, do you, an

6   exact number?

7        A    I can't give you an exact

8   number.  I told you I was going through a

9   surgery and things like this.  I don't

10  remember.

11       Q    Do you have any idea how much

12  money he stole?  Was it more than a

13  thousand dollars?

14       A    It's got to be more than a

15  thousand dollars, of course.

16       Q    Was it more than $10,000?

17       A    Has to be more.

18       Q    Was it more than $100,000?

19       A    It has to be more but I don't

20  want to --

21       Q    Was it more than a million

22  dollars?

23       A    If I don't have anything in

24  front of me, I don't want to say

25  anything.
```

*Rich Moffett Court Reporting, Inc.*

117

1

2      Q      Do you know as you sit here

3   today whether or not Anthony Deo took a

4   million dollars from North Shore Motors

5   that he was not allowed to take; do you

6   know that?

7      A      You don't steal money like in

8   cash, there is millions of other ways

9   that you, he took money or anybody can

10  take money.

11     Q      What are those ways?  You

12  seem sure about it.  Why don't you tell

13  me how it is done?

14     A      Like if you have titles of

15  the car, you could sell a title to

16  another dealer and take the money as you

17  wish, under another corporation.

18     Q      How do you know?

19     A      Because people, a lot of

20  people did this.  I have been in business

21  and I have been watching these people,

22  what they did.  I always hear what

23  another person did and that is how I

24  know.

25     Q      You have never been in

118

```
 1
 2    trouble yourself for that, have you?
 3         A      No, no.
 4         Q      Have you ever been in any
 5    trouble with the Attorney General of New
 6    York?
 7         A      No, for what?
 8         Q      Have you ever been pursued
 9    for any criminal charges?
10         A      No, no.
11         Q      What about any of the
12    businesses that you were involved in, did
13    any of the businesses ever lose their DMV
14    licenses?
15         A      Not, none of my, anything
16    that I owned that I lost a license.
17         Q      Were any of your businesses
18    barred from working in New York that you
19    know of?
20         A      No, no.
21         Q      Do you know if anybody who
22    had that happen to them?
23         A      A lot of people I know.
24         Q      That had what, they got
25    barred?
```

119

A      They got barred, yeah.

Q      Who did the barring, the DMV?

A      Yes.

MR. SHANKS:  Objection.  Who are you talking about?  Anyone in the world?

MR. THOMASSON:  He seems to know.  He says a lot of people he knows.  So we'll go through that.

Q      Mr. Khan, who are the people that got barred from--

MR. SHANKS:  He never said anyone got barred.

A      It is just --

Q      Didn't you say to me, Mr. Khan, that you knew a lot of people?

A      Yes, but I heard.  I read the newspaper and you see in the newspaper a lot of people got barred.

Q      That you know of?

A      That I don't know of; I read the news about them.

Q      Anyone that you know that got barred from working in the business?

```
 1                                        120
 2        A      No, not, I don't know
 3   personally.
 4             MR. SHANKS:   Only testify to
 5        what you know, not what you read in
 6        the newspapers.
 7        A      Okay.
 8        Q      Who told you that Anthony Deo
 9   and Tony Urrutia have differences of
10   opinion?
11        A      Who told me?
12        Q      Yeah.
13        A      One of the floor plan
14   companies.
15        Q      Which one?
16        A      I believe, if I'm not
17   mistaken it was Next Gear.
18             MR. THOMASSON:   One word,
19          Lorraine.
20        Q      Would it be fair to say, Mr.
21   Khan, that you do not have firsthand
22   knowledge yourself of any theft by
23   Anthony Deo, do you?  You have been told
24   about it.
25             MR. SHANKS:  Objection.  You
```

```
 1                                        121
 2    are        characterizing his testimony.
 3    He said       he has knowledge and he
 4    doesn't have       numbers, specific
 5    numbers.
 6                  MR. THOMASSON:  I am asking
 7    him        a different question.
 8         Q       Mr. Khan, do you have
 9    firsthand knowledge of any wrongdoing by
10    Anthony Deo at North Shore, yes or no?
11         A       I told you yes, I do, but I
12    don't have anything in front of me.
13         Q       Okay.  What is your firsthand
14    knowledge from?
15         A       About how what he did.
16         Q       Okay.  But how did you find
17    out about it?  Did you find out about it
18    yourself or only from other people?
19         A       From my partner.
20         Q       Do you have any firsthand
21    knowledge yourself, that is what I am
22    asking, not from anyone else, yourself,
23    did you have?
24         A       Myself, I had knowledge when
25    I took all of my cars out at that time.
```

*Rich Moffett Court Reporting, Inc.*

1                                           122

2          Q        What knowledge did you have?

3          A        That a lot of the money was

4    missing.

5          Q        And you have firsthand

6    knowledge that it was Anthony Deo who

7    took that money; is that correct?

8          A        That was the only people that

9    were in charge of it.

10         Q        Well, the controllers were in

11   charge of the money, weren't they, Mr.

12   Khan?

13         A        The controllers-- he barred

14   the controllers to coming into the

15   building and that is where I went and he

16   would not let the controller go into the

17   office because he was hiding something

18   and that's where the thing blew up.

19         Q        Which controller was barred

20   from going into the office?

21         A        Melissa and, Melissa.

22         Q        Anyone else?

23         A        It was another girl, Daniella

24   too.  Melissa was training her at that

25   time.

123

       Q       And they were both barred
from going into the office?
       A       Yes, and that is where when
they called me.  First they called David.
David was in Florida.  Then they called
Brian.  Brian was not around and then
they called me, so I came in and I wanted
to see why he's not letting the
controllers in.  And that is where the
cops came in and then he provided the UAE
Premiere lease because we did not have
any papers with us because he was holding
inside in his office all the real papers,
and David had the real lease and David
was not available, so we could not prove
to the cops that we were owners.
               And then when David came
back, then we called the cops before we
brought the locksmith.  So then the cops,
they were there with us till 3 o'clock in
the morning and let us out all of our
cars.
       Q       The cars, when you say all of
your cars, in reality it was North

*Rich Moffett Court Reporting, Inc.*

```
 1                                         124
 2    Shore's cars, right?
 3         A      Not North Shore because we,
 4    me, David and Brian, we personally
 5    guaranteed for those cars.  Those were on
 6    the floor plan.
 7         Q      Okay.
 8         A      Anthony did not sign for the
 9    cars.
10         Q      So you took the cars.  These
11    are North Shore cars, you took them?
12         A      It is North Shore.
13         Q      Let me finish.  Let me
14    finish.
15                You took the cars that
16    belonged to North Shore because you and
17    your partners were the personal
18    guarantors; is that correct, yes or no?
19         A      Yeah, because he could have
20    sold those cars.
21         Q      I understand, because it was
22    North Shore, right?
23         A      But North Shore was my
24    company and David's company and Brian's
25    company.
```

*Rich Moffett Court Reporting, Inc.*

1                                          125

2          Q       But he could have sold them

3    because they were North Shore's cars that

4    you personally guaranteed on the floor

5    plan, right?

6          A       Yes, and plus the titles were

7    missing out of that building.

8          Q       For roughly a week or two,

9    correct?

10          A       Yeah, because--

11          Q       Is that correct, yes or no?

12          A       Yes.

13          Q       Okay, thank you.

14                  So, do you know what an EIN

15    number is, Mr. Khan?

16          A       Tax I.D. number.

17          Q       Who obtained the Tax I.D.

18    number for North Shore Motors; do you

19    know?

20          A       David.

21          Q       How do you know that?

22          A       Because he was kind of in

23    charge for the corporation.

24          Q       Did you see the Tax I.D.

25    number at some point?

126

A       Not that I remember, but it
should have been posted on the wall right
next to the dealer license.

Q       As far as you know it was
David who opened the corporation so he
would have gotten the EIN, right?

A       No, I would say since the
license was under Brian's name, so I
would take that back and Brian would know
about the EIN number and the license.

Q       Did Brian form the
corporation or did David?

A       I'm not remembering.  I
remember I give them the name.  There was
a couple of suggestions but I don't
remember who opened up the corp.

Q       So you were the one who came
up with the name North Shore Motor
Leasing?

A       I think I'm almost -- yes, I
think -- you know, there was a couple of
names, but everybody liked North Shore
Motor Leasing so--

Q       And you came up with that

```
                                          127
```

when the corporation was formed; is that

right?

        A       Yes, but I don't know who

formed it.

        Q       Okay.

                But whoever formed it, it was

one of your partners, right?

        A       You see, if Brian formed it,

yes he was my partner.  If David formed

it, yes he was my partner.  If Anthony

formed it, he was not my partner or maybe

they let him do it.

        Q       Why would Anthony form the

corporation if he's not the owner?

        A       Because if you trust

somebody-- he's a manager.  I tell the

manager, okay, manager can go and form

the corp.  I don't know how to do it on

the computer, and if he say oh, I know

how to form it, he would go into the

computer and form the corporation.  That

is anybody could do it.  My controller

can do it.  My accountant can do it.

        Q       But they would be doing it

*Rich Moffett Court Reporting, Inc.*

```
 1                                              128
 2    for you, right?
 3          A       Yes, 100 percent.
 4          Q       Okay.
 5                  Now, who is it that goes on
 6    to bank accounts at these dealerships, it
 7    would only be the owners, right?
 8          A       Yes.
 9          Q       Okay.  So, and you already
10    told me that it was you and your partners
11    on the bank account as owners, right?
12          A       Yes, it was a commercial
13    account.  It was not a regular Chase
14    account.  It was a commercial account
15    that only David can authorize everybody
16    on that.
17          Q       I understand.
18                  Did you know that Josh
19    Aaronson approved Anthony Deo as the
20    owner on one or more tax returns and that
21    he did so in writing?  Did you know that?
22          A       No.
23          Q       Have you ever seen anything
24    to indicate that Josh Aaronson authorized
25    Anthony Deo as owner of that business?
```

```
1                                        129

2           A      No, sir.

3           Q      Have you ever heard this

4    before today?

5           A      No.

6           Q      Do you know when Chase was

7    first told that you were an owner of

8    North Shore?

9           A      When we opened up the corp.

10   and the dealer license.

11          Q      And the account?

12          A      Yeah, on the account.

13          Q      So you would have told Chase

14   when you opened up the account, you were

15   on the account from the beginning?

16          A      Of course.  How the

17   commercial account works, David was -- he

18   had that account, so now any time you

19   open something, you call your rep and you

20   just go to the branch and you sign a

21   paper and that's what me and Brian did.

22   We went to the branch and we signed

23   papers.  I don't remember anything else

24   was on the papers.  No, nobody was on the

25   papers because --
```

*Rich Moffett Court Reporting, Inc.*

130

Q      But you and Brian went and opened the account; is that what you just said?

A      No.  The commercial account you don't open, it is already there and all you do is you just add another account to it and that's how it works. And you go and they give you another account and you sign for that papers. And we signed, me and Brian, we signed, but Anthony and Sarah was not on that account because we used to sign in the beginning all the checks.

After 2019-2020, I don't know what happened.

Q      Okay.  But up until then, from the time the account was opened up until roughly the time that you took the cars for a week or two or were part of taking the cars for a week or two, up until then it was just in the names of you, Brian and David; is that right?

A      Yes.

Q      And is it -- who is it that

*Rich Moffett Court Reporting, Inc.*

```
 1                                           131
 2     actually opened it, do you know?
 3           A     All you do is you call your
 4     rep at the commercial account, okay,
 5     which David had, you're assigned a rep to
 6     you when you have a commercial account
 7     and that rep opens up an account, and
 8     then they tell you when they have the
 9     paperwork ready, you go to the branch and
10     you sign it.
11           Q     So then as far as -- from
12     that explanation, Mr. Khan, should I draw
13     the conclusion, yes or no, that you
14     believe David Baron just simply called
15     and had the account opened; is that what
16     you think happened?
17           A     Yeah, because they had a lot
18     of-- they had a lot of-- David had a lot
19     of dealerships, so that is how the
20     commercial account works because --
21           Q     So he would have just opened
22     another commercial account for North
23     Shore, right?
24           A     Yeah, but you got to-- like
25     he, they have to get approval that the
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                           132
 2      corporation and things like this and then
 3      they open up an account.
 4             Q      And then he would add your
 5      name to the account; is that right?
 6             A      Yes, to the partner name.
 7             Q      So you would at some point
 8      would have to sign something, wouldn't
 9      you?
10             A      Yes, I would go to the bank
11      and the bank makes you sign the papers.
12             Q      And you have a clear memory
13      of doing that?
14             A      Yes.
15             Q      Okay.  And that was from the
16      time the account was opened?
17             A      Yes.
18             Q      Okay.
19                    Did you know that Josh
20      Aaronson took $735,000 out of the Chase
21      account when the North Shore Motors
22      operations stopped during or about
23      November of 2022?
24             A      Not that I know of.
25             Q      Do you know how he took the
```

*Rich Moffett Court Reporting, Inc.*

133

money out?  You wouldn't know that?

A      No.  I did not speak to him and like I told you, I don't know.

Q      Well, if he did take $735,000 out of the North Shore account, would you consider some of that money yours?

A      Basically.

Q      It a yes or no question, Mr. Khan.

A      My thing is I have no idea if that is true or not and why would he take 735,000?  I have no idea, but if he did, he would have told me, but I don't know anything about it.

Q      So you don't think it happened because Josh didn't tell you that it happened; is that correct?

A      No, it is not that.  I trust him, he would have told me.

Q      Okay.  And, but for any money that he took out of the account when the account was closed, would you expect to be told about it?

A      Yes, but I knew--

1                                                    134

2          Q        Were you?

3          A        No.  I don't know anything

4    about it, but I was waiting, me, I was

5    always speaking to Brian and Brian would

6    tell me that they are working on the

7    corporation to be closed, so that's what

8    I was waiting on.

9          Q        Where is the corporate book

10   for North Shore Motors?

11         A        The last time I remember

12   Anthony took it home and I don't know if

13   it was returned back to anybody.

14         Q        Today do you know where the

15   corporate book is for North Shore?

16         A        No, sir.  No.

17         Q        Do you know where any of the

18   files are for North Shore Motors?

19         A        I think you asked me that

20   question in the beginning and I told you

21   no, I don't know.

22         Q        Do you know where anything

23   belonging to North Shore Motors is today?

24         A        No.

25         Q        Do you know the status of the

*Rich Moffett Court Reporting, Inc.*

```
 1                                           135
 2   bank account at North Shore Motors?
 3        A      No.  It is a commercial
 4   account, so usually commercial accounts,
 5   they usually call and then they close it.
 6   You don't have to sign any papers or
 7   something.
 8        Q      But at the moment you don't
 9   know whether that account is opened or
10   closed; is that right?
11        A      Yes, I don't know.
12        Q      Do you know anything about
13   incident reports that were filled out
14   relating to you at any time during the
15   occasion that you came and took cars out
16   of North Shore?
17             MR. SHANKS:    Objection as to
18        form.
19             What do you mean by incident
20        report?
21        A      Incident.
22             MR. SHANKS:    Wait a minute,
23        I have an objection.
24             What is an incident report or
25        by whom?
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                          136
 2          Q       Mr. Khan--
 3                  MR. THOMASSON:  It is an
 4   exhibit        to the complaint, Russell.
 5          A       Incident.  I don't know what
 6   incident.
 7          Q       You said that at some point
 8   while you were at North Shore the police
 9   were called; is that correct?
10          A       Yes.
11          Q       Do you know of any reports
12   that any employees of North Shore filled
13   out regarding what went on that day?
14          A       That was all their employees,
15   they can write anything they want, but I
16   know exactly what happened.
17          Q       That is not what I am asking
18   you, Mr. Khan.  I am asking you if you
19   know whether or not there are such
20   reports?
21          A       Yes, I know.  Yes.
22          Q       How do you know?
23          A       Because I saw it.
24          Q       Where?
25          A       In the complaint.
```

*Rich Moffett Court Reporting, Inc.*

137

Q    You read that in the complaint?

A    Yes.

Q    Did you read the reports?

A    No, I mean, that was all on the one.  I think it was one or two people.  One was Angela, I believe and one was, I don't know who that was that wrote down.

Q    But I am asking whether or not you read that in the reports, yes or no?

A    Yes.

Q    You did read the reports?

A    Yes.

Q    Were they true?

A    What they wrote, they can write anything they want but--

Q    Of course they did can, but that is not what I asked you.  I asked you is it true?

A    It was not true, what happened.  I'm telling you what happened.

Q    I'm not asking you what

*Rich Moffett Court Reporting, Inc.*

1                                          138

2      happened.  I am asking you--

3            A      No.

4            Q      I am asking you if it is

5      true?

6            A      Yes.  I did go there.  We did

7      call the cops.  So if you are asking me,

8      yes, that is what happened.  But what

9      they wrote in their reports, it is

10     completely opposite.  It is whatever

11     Anthony told them to write, that is what

12     they write.  That is what they wrote.

13           Q      How do you know that he told

14     them what to write?

15           A      Because that was his

16     employees and they were very loyal to

17     him.

18           Q      Did you hear him tell them to

19     write something?

20           A      No, it is not that because

21     once I went there with Melissa and

22     everybody, the employees, they wouldn't

23     even know me, who I was and they were

24     stopping me.  They said no, Anthony and

25     Sarah is the owners.  You are not the

*Rich Moffett Court Reporting, Inc.*

```
1                                        139
2     owner, and they were stopping me and
3     that's where we had a heated conversation
4     and that's where we called the cops.
5              Q       So--
6              A       Because in the end all the
7     employees that they hired, they told them
8     that I was just their friend; I was not
9     the owner; Anthony and Sarah was the
10    owner.  Whatever the employees were
11    working there.
12             Q       And these incident reports
13    that you read are entirely incorrect; is
14    that right?
15             A       Not entirely.  I'm going to
16    tell you some--
17             Q       What is it that was correct?
18             A       What they said that I came in
19    and I wanted to go inside and they
20    wouldn't let me.
21             Q       That was correct?
22             A       Because they thought that I
23    was an outsider.  They thought --
24             Q       What did they write that was
25    incorrect?
```

*Rich Moffett Court Reporting, Inc.*

```
1                                    140

2        A      That, that they did not know

3   me, that I was the owner.

4        Q      That was incorrect, when they

5   wrote that you were not the owner?

6        A      Because whatever--

7        Q      Is that correct?

8        A      Again, whatever.

9              MR. SHANKS:   Mr. Thomasson,

10             let him answer.  How many times do

11             I have to instruct you?

12             MR. THOMASSON:   He is not

13             answering.  How would you like me

14             to say it?

15             MR. SHANKS:  I would like you

16             to say it very lowly.

17             MR. THOMASSON:   He's not

18             answering, Russell.

19             MR. SHANKS:   Ask a

20             follow-up.

21             MR. THOMASSON:  He's avoiding

22             the answers all day.

23             MR. SHANKS:   No, no, Asad.

24             Mr. Thomasson, you are not

25             going to get the answers you want.
```

*Rich Moffett Court Reporting, Inc.*

1                                    141

2          You are going to get the truth.

3          You need to follow-up.

4               MR. THOMASSON:   Move to

5          strike.

6               MR. SHANKS:   Is there an

7          open question?

8               (Whereupon, the reporter read

9          back the requested testimony.)

10              MR. THOMASSON:  So I did get

11         an answer there, Lorraine?

12              I think now is a good time to

13         take a break.  How about we take a

14         good break for lunch?  Is

15         45 minutes enough for everybody?

16              MR. KATAEV:   Yes.

17              MR. THOMASSON:   We'll come

18         back at 2:30.

19              THE WITNESS:  2:30 is fine,

20         because I have to go to the

21         bathroom.

22              MR. THOMASSON:  Would an

23         hour be better?  We could come back

24         at 2:45, how is that?

25              THE WITNESS:  No, 2:45 is

```
 1                                    142
 2        fine.  2:30 is fine.
 3                 MR. THOMASSON:  2:30 we'll be
 4        back.
 5                 MR. SHANKS:   Mr. Khan, for
 6        later on, if you have to go to the
 7        bathroom or break for five minutes,
 8        tell us.
 9                 MR. THOMASSON:   Any time.
10                 (Whereupon, a luncheon recess
11        took place.)
12        A F T E R N O O N   S E S S I O N
13                 (Whereupon, the following takes
14        place on the record:)
15  EXAMINATION BY
16  MR. THOMASSON (continued:)
17        Q      Mr. Khan, can you hear me
18  okay?
19        A      Yes, I can hear you.
20        Q      Do you know what a personal
21  guarantee is, Mr. Khan?
22        A      Yes.
23        Q      What is it?
24        A      That you personally guarantee
25  for something, not a corp.
```

*Rich Moffett Court Reporting, Inc.*

143

Q      So, if you personally
guarantee a loan, for example?

A      Okay.

Q      Have you ever done that?

A      Sometimes, yes, there is like
if I took a loan or something I
personally guarantee it.  Let's say my
credit card is personally guaranteed.

Q      So if you have a personal
guarantee on a loan, does that mean in
your mind that it is your loan?

A      If I personally guaranteed?
Yes.

Q      So if you had a personal
guarantee on a DMV license, does that
mean that you can make decisions about
that DMV license?

          MR. SHANKS:   Objection.
     Hold on.  Objection as to form.
          He can't guarantee a DMV
     license.

A      Yes, exactly, I can't.

Q      Well, isn't there someone who
has to sign for the DMV licenses?  There

```
1                                        144
2    always has to be a person in charge of
3    it, isn't there?
4         A     Yes, but there is no such a
5    thing that I ever heard of a DMV license
6    is personally guaranteed.  No, I never
7    heard of that.
8         Q     They're typically issued in
9    the name of a corporation, in fact,
10   right?
11        A     I'm sorry?
12        Q     The DMV licenses are
13   typically issued in the--
14        A     The corporation, yes.
15        Q     And then the corporation
16   would control that license; is that
17   right?
18        A     Yes.
19        Q     Were there warranty contracts
20   associated with North Shore that you know
21   of, Mr. Khan?
22        A     Warranty contracts?  Yeah,
23   there is warranty companies that you sell
24   their warranties.
25        Q     And have you ever been on any
```

1                                                           145

2      one of those contracts?

3             A       On the warranties?

4             Q       Yeah.  In other words, there

5      is a warrant company.  The business

6      reaches an agreement with the warranty

7      company for them to provide warranties,

8      extended warranties?

9             A       I don't remember.  I think it

10     is Allied Bank it was from the Allied and

11     if somebody signed it, it would have been

12     probably David would have signed that.

13            Q       All right.  But what I am

14     asking you is is when there is an

15     extended warranty company, there is some

16     sort of a contract that is entered into

17     between the dealership and that warranty

18     company to sell warranties, right?

19            A       Yes, yes.

20            Q       And who is it that owns that

21     contract for the dealership, is it

22     typically in the corporate name or is it

23     in an individual's name?

24            A       It is a corporate name.

25            Q       In a corporate name.  And

```
1                                        146

2      whoever it is that is signing that

3      contract is acting on behalf of the owner

4      of the company, right?

5           A      Yeah.  Even a manager can

6      sign a warranty company, that doesn't

7      mean anything.  It is just an outside

8      company and you're selling their

9      warranties, and if you allow, let's say

10     if I allow Anthony and Anthony allows me,

11     they could sign for it; it is doesn't

12     have to be owners.

13          Q     Doesn't have to be the owner

14     as far as you know to execute a warranty

15     contract for the dealership; is that

16     right?

17          A      Execute?  I never executed

18     the warranty contract so far yet, so I

19     don't know how it works.

20          Q     Okay, I understand.

21               If I would suggest to you

22     that the occasion that you were there to

23     deal with problems at the dealership and

24     the police were called, if I were to

25     suggest to you that that was March 5th of
```

147

'20, would you say that that is possible?

     A     Possible?

     Q     Does that sound like it could have been that date?

     A     It could have been.

     Q     And then on the occasion that David ended up removing cars, if I would suggest to you that was June 17th of 2020, would you say that is possible?

     A     June 17th?  Why would David remove cars?  I remember me and David were together till 3-4 o'clock in the morning when we were removing cars.

     Q     Did you read something in the complaint called the Asad Khan incident?

     A     Yeah, it said--

     Q     And that was alleged to have taken place on March 5th of 2020; do you remember that?

     A     I don't remember the dates, believe me.  I have no idea about the dates.

     Q     Was there anything in the complaint that you thought was inaccurate

*Rich Moffett Court Reporting, Inc.*

148

regarding that incident?

A    I mean, whatever they were saying, I mean, what I told you, that is what happened. What they wrote, I have no idea. And who were these people? I have -- the only woman I knew that was there, she was a biller, her name was Angela and I saw her name that she wrote that what happened, that called the cops and I came in and then we picked up all the cars because Angela, I remember she was telling the cops that David Baron and Asad is not the owners of North Shore Motors and Sarah and Anthony was the owners, because she used to work for them and they hired her and they told her whatever they told her. But in actuality, we were the owners.

Q    That was one of the so-called incident reports attached to the complaint, right?

A    Right, right.

Q    But that is not what I am asking you about.

149

    A      Okay.

    Q      I am asking you about the
section in the complaint that's entitled
the Asad Khan Incident.  Did you read
that section?

    A      I don't remember.  I'm not
going to lie to you.  I don't remember.

    Q      Now, you don't know whether
or not there was any type of financial
system in place on the Chase Bank account
called Positive Pay, is that what you
testified to?  Is that right?

    A      What does that mean?  I don't
understand.

    Q      Have you ever heard of the
Positive Pay system through Chase Bank?

    A      No, this is the first time
I'm hearing it.

    Q      Was there any kind of token
system through Chase Bank that you could
recall for security purposes?

    A      Yes.  I know the token
system.

    Q      Tell me more about that.

*Rich Moffett Court Reporting, Inc.*

150

What is it?

    A    That is when you have the token, like I would give the token to my controller and the controller would log in and this token only works in the commercial accounts. And the token, the number, whatever it appears, it changes every two minutes, and she puts in and then it will take you to that account.

    Q    Without the token, can anybody make transactions on that account if they don't have a token?

    A    No. If I give you my token, yes, you can do it, as long as you have my token.

    Q    Okay. And you used to give it to your controllers?

    A    Everybody had their own token, so sometimes, let's say if the controller forgot her token, so she could use my token.

    Q    Okay. Who had tokens at North Shore?

    A    It was me; supposed to be me,

```
 1                                         151
 2    Brian and David and our controller.
 3         Q       Was that it?
 4         A       Yeah, that is it.
 5         Q       Did you ever receive K-1s
 6    from North Shore?
 7         A       I believe so, yes.
 8         Q       Do you know who gave them to
 9    you?
10         A       The main accountant give it
11    to the controllers and then the
12    controllers distribute them.
13         Q       Who were the main accountants
14    during your ownership of North Shore?
15         A       I don't remember, there was a
16    couple of them, so they used to change.
17    I think it was, that I remember, Alan
18    Carra.  There was another one.  Oh, my
19    God, I forgot, it had been years so.  I
20    remember Elan C-A-R-R-A, I believe.  And
21    it is Elan, E-L-A-N.
22         Q       And who picked the
23    accountants?
24         A       That's the Baron Group.
25         Q       The Baron Group decided who
```

1                                                          152

2      the accountants would be?

3              A       Yes.

4              Q       Who provided the floor plans

5      at North Shore?

6              A       Allied Bank.

7              Q       And were they obtained with

8      the assistance of the Barons?

9              A       They have to all guarantee it

10     and we all have to sign with it.

11             Q       So who signed on the floor

12     plan accounts for North Shore?

13             A       It was me, David and Brian.

14             Q       And it was only Allied Bank,

15     was the only floor plan providers at

16     North Shore?

17             A       Yes, at that time till I was

18     involved, yes.

19             Q       When was the last time you

20     were a part of filing any tax document

21     that has the name North Shore Motors?

22     Excuse me.

23             A       Like I told you, I never

24     personally did, the controllers does it.

25             Q       Well, so you had nothing to

*Rich Moffett Court Reporting, Inc.*

153

do with the filing of North Shore's tax
documents, but you certainly filed your
own, right?

         A       Yes.

         Q       And did any of your own tax
documents have North Shore Motor Leasing
written on it?

         A       There should be, must be.

         Q       But you have no present
memory of it; is that correct?

         A       No, no, but there must be,
yes.

         Q       Did you know that the--

         A       I got the K-1's so, of
course, there is going to be.

         Q       Do you know there is a
document request out there asking for any
tax returns with the words North Shore
Motor Leasing on it, did you know that?

         A       From who?

         Q       From me.

         A       No.

         Q       But you think North Shore
Motor Leasing is on your own tax returns,

```
 1                                          154
 2   right?
 3        A     It's got to be.
 4        Q     And as you sit here now you
 5   have no knowledge that you have to turn
 6   over those tax returns?
 7        A     No.
 8        Q     Do you still have those tax
 9   returns?
10        A     Of course, it's got to be
11   there.
12        Q     Okay.  I look forward to
13   seeing them.
14        A     Sure.
15        Q     I may have asked you about
16   this, Mr. Khan, but I need it as a
17   preliminary question again.  Are you
18   telling me that you do not -- did you
19   tell me, excuse me, did you tell me that
20   you have no knowledge that Josh Aaronson
21   approved Anthony and Sarah Deo as the
22   owners of the North Shore?
23        A     No, I don't have no
24   knowledge.
25        Q     And that he did so in writing
```

155

in an e-mail; did you know that?

    A     No.

    Q     Did you know that Citrin--
Withdrawn.

           Did you know if Citrin
Cooperman was ever an accountant for
either North Shore or Island Auto Group?

    A     No.

    Q     Have you ever heard the term
Citrin Cooperman?

    A     No.

    Q     Do you know that they're an
accounting firm?

    A     Don't remember anything like
that, so.

    Q     You didn't have anything to
do with picking accountants though for
North Shore?

    A     No, no, it was all their
decision.  David used to do everything
like that.

    Q     And then after David died,
who would be making the decisions for
North Shore?

*Rich Moffett Court Reporting, Inc.*

156

A       That would be Josh.

Q       That was with your knowledge and approval?

A       No, I don't know about these people so.

Q       Was it okay with you that Josh was making these decisions, is what I'm saying?

A       Oh, yes, yes.

Q       And he was the one that was making the decisions?

A       Yes.

Q       And he made decisions about North Shore for you; is that right?

A       Yes.

Q       And do you know that whether or not it was okay with Brian that Josh was making decisions, was that okay, as well, if you know?

A       I would say yes, he would. If he said no, Brian would call me, but Brian never said no to it.

Q       Okay.  Do you know what the relationship was between David and Josh?

1                                                    157

2          A       Josh is his son-in-law.

3          Q       Did they have a good

4    relationship?

5          A       Very good relationship.

6          Q       As far as you know?

7          A       No, I used to know the

8    family.

9                  MR. SHANKS:   He answered.

10         Q       You were discussing with me

11   earlier the Power of Attorney that you

12   were aware that Josh got from David,

13   right?

14         A       Yes.

15         Q       Do you know if Josh was able

16   to use that after David died?  Do you

17   know if he did?

18         A       For doing what?

19         Q       Anything.  If you know

20   whether or not he did.

21         A       I mean, he had the Power of

22   Attorney.  We knew it.  David, even

23   before he passed away, I mean, he kind of

24   told me that Josh is going to be the one

25   that is going to have a business because

158

he trusted Josh for everything.

Q    Do you know if Josh used the Power of Attorney at all before David died?

A    No, no.

Q    No, you don't know or no, he didn't do it?

A    No, he never got involved in any of the businesses when David was alive.

Q    Okay.  So he would have only used this Power of Attorney after David died?

A    Yes.

Q    Have you ever discussed the current situation with Josh, all these lawsuits?

A    We kind of just spoke about it one time, very shortly.  He's always busy and I did not want to bother him but I hear everything through Brian because Brian is more like, he's the GM of Nissan, so Josh comes to Nissan almost every day because he lives around the

159

corner, so whatever Josh tells him, Brian usually tells me what is going on.

Q    That would be Baron Nissan?

A    Baron Nissan, yes.

Q    Do you know if they're trying to sell Baron Nissan right now?

A    No, no idea.

Q    You haven't heard that on the street at all, had you?

A    No.

Q    Would you be told if they were?

A    I have nothing to do with it, why would they say that to me?

MR. THOMASSON:  Do you need a little break, Mr. Khan?

THE WITNESS:  No, I'm okay. I'm sorry, I was just trying to find my charger.

Q    Do you know where any of the bank account records or for North Shore right now?

A    No.  No, I have no idea.

Q    Do you know where any of the

160

```
 1
 2    billing records for North Shore are right
 3    now?
 4         A     No.
 5         Q     Do you know where any of the
 6    cancelled checks are for North Shore
 7    right now?
 8         A     No.
 9         Q     Do you know where any of the
10    telephone records are for North Shore
11    right now?
12         A     No.
13         Q     Do you know where any of the
14    video recordings are for North Shore
15    right now?
16         A     No idea.
17              MR. SHANKS:   Objection.  You
18         asked all of these questions.
19              MR. THOMASSON:   I don't
20         think I got them all.  I'm just
21         trying to be thorough.
22              MR. SHANKS:  Take your time,
23         just hurry up.
24         Q     Did you know that Marc
25    Merckling received a Grand Jury subpoena
```

161

from the United States Department of
Justice, Mr. Khan?

     A     Nothing that I know of.

     Q     Do you know whether or not
any one of the co-plaintiffs in this case
have gone to the Department of Justice?
Did anyone tell you that?

     A     I don't know.  I have no
idea.

     Q     Have you had to testify at
any Grand Jury proceedings connected to
this case?

     A     No.

     Q     Did anyone ever ask you to?

     A     No.

     Q     Have you spoken to law
enforcement at all in connection with
this case?

     A     No.

     Q     Did anyone ever ask you to?

     A     No.

     Q     Did you ever speak with
anyone at the Department of Motor
Vehicles about anything involving this

*Rich Moffett Court Reporting, Inc.*

```
1                                        162
2    case?
3         A      No, sir.
4         Q      Do you know of anyone who
5    did?
6         A      I told you, I don't know
7    anything about it, so --
8              MR. THOMASSON: I have no
9    further      questions at this time.
10             THE WITNESS:  Okay.
11             MR. SHANKS:   Anyone else
12      have questions?  I have no
13      questions.
14             MS. RONNEBURGER:   I have no
15      questions.
16             MR. KATAEV:  Emanuel Kataev
17      speaking, no questions.
18             THE REPORTER:  Who on the
19      record will be ordering this
20      transcript?
21             MR. SHANKS:   I will order
22      one.
23             MR. THOMASSON:   I will order
24      one, Lorraine.  This is Harry
25      Thomasson.  I think you already
```

*Rich Moffett Court Reporting, Inc.*

163

have my contact information, and I
will order one.  Regular services
is fine with me.

        MR. KATAEV:  Russ, I'll split
with you.

        MS. RONNEBURGER:   Can I
split with the two of you, as well?
This is Ariel from Flushing Bank,
we'll order it too.

        MR. CIANCIULLI:   No, I don't
need a copy, and I did put my name
and party in the Chat for you.

        (Time Noted:  2:55 p.m.)

```
1                                            164

2              A C K N O W L E D G E M E N T

3

4    STATE OF NEW YORK   )
                          :ss
5    COUNTY OF NASSAU     )

6

7              I, ASAD KHAN, hereby certify

8    that I have read the transcript of my

9    testimony taken under oath in my

10   deposition of December 22, 2025; that the

11   transcript is a true, complete and

12   correct record of my testimony, and that

13   the answers on the record as given by me

14   are true and correct.

15

16

17                      _____

18                      ASAD KHAN

19

20   Signed and subscribed to before
     me, this            day
21   of                  , 2025.

22   _____
     Notary Public, State of New York

23

24

25
```

*Rich Moffett Court Reporting, Inc.*

```
                                              165

--------------------I N D E X------------------

WITNESS          EXAMINATION BY        PAGE

ASAD KHAN       MR. THOMASSON            7




DIRECTIONS:  None

RULINGS:  None

MOTIONS:  None




--------------------EXHIBITS----------------

PLAINTIFF'S FOR I.D.                    PAGE

None


DEFENDANT'S FOR I.D.                    PAGE

None
```

```
1                                              166

2                  C E R T I F I C A T E

3     STATE OF NEW YORK   )

4                         ) ss.:

5     COUNTY OF NASSAU    )

6

7              I, Lorraine Marinazzo, a Notary

8          Public within and for the State of New

9          York, do hereby certify:

10             That ASAD KHAN, the witness

11         whose deposition is hereinbefore set

12         forth, was duly sworn by me and that

13         such deposition is a true record of

14         the testimony given by such witness.

15             I further certify that I am not

16         related to any of the parties to this

17         action by blood or marriage; and that I

18         am in no way interested in the outcome

19         of this matter.

20             IN WITNESS WHEREOF, I have

21         hereunto set my hand this 30th day of

22         December,2025.

23                    Lorraine Marinazzo
                      - - - - - - - - - - - - - - - - - - - - -
24                    LORRAINE MARINAZZO

25
```

**$**

**$10** [1] - 96:8
**$10,000** [1] - 116:16
**$100,000** [1] - 116:18
**$30,000** [2] - 43:18, 44:2
**$735,000** [2] - 132:20, 133:5

**'**

**'16** [5] - 17:11, 24:10, 25:6, 30:18
**'17** [7] - 17:11, 24:10, 25:6, 25:13, 30:19, 64:15
**'18** [5] - 23:21, 25:13, 27:18, 64:12, 64:15
**'19** [4] - 23:21, 25:13, 27:18, 64:12
**'20** [1] - 147:2
**'86** [1] - 15:17
**'87** [1] - 15:17

**1**

**1,000** [1] - 9:14
**100** [3] - 68:6, 90:24, 128:3
**10170-0002** [1] - 3:11
**11042-1073** [1] - 3:17
**11553** [1] - 4:4
**11793** [1] - 3:4
**11:10** [1] - 2:19
**12** [1] - 9:12
**1239** [1] - 1:16
**12:30** [1] - 3:22
**1339** [1] - 3:22
**1580** [1] - 1:14
**1581** [1] - 1:13
**1591** [1] - 1:14
**1632** [1] - 1:15
**17** [1] - 27:5
**17th** [2] - 147:9, 147:11
**18** [1] - 27:5
**189** [8] - 1:6, 1:12, 3:7, 18:8, 38:14, 38:21, 68:20, 71:22
**18th** [1] - 17:10
**19** [1] - 15:15
**1984** [1] - 15:16
**1986** [1] - 15:16

**2**

**20** [1] - 73:21
**2000** [6] - 16:14, 16:16, 16:22, 23:20,

91:7, 100:19
**2016** [3] - 17:10, 30:14, 91:7
**2017** [2] - 30:12, 30:13
**2018** [2] - 46:13, 76:23
**2019** [8] - 25:21, 27:22, 67:19, 67:21, 68:7, 68:16, 69:15, 89:24
**2019-2020** [1] - 130:15
**2020** [4] - 25:15, 69:15, 147:10, 147:19
**2022** [3] - 48:19, 58:17, 132:23
**2025** [3] - 2:18, 164:10, 164:21
**22** [2] - 2:18, 164:10
**23** [4] - 1:18, 3:9, 72:13, 72:15
**2320** [1] - 3:11
**2519** [1] - 1:16
**2:30** [4] - 141:18, 141:19, 142:2, 142:3
**2:45** [2] - 141:24, 141:25
**2:55** [1] - 163:14

**3**

**3** [1] - 123:21
**3-4** [1] - 147:13
**30,000** [2] - 43:21, 91:10
**3000** [1] - 3:17
**30th** [1] - 166:21
**32** [2] - 14:6, 17:4
**3280** [1] - 3:4
**333** [1] - 4:4
**3W8** [1] - 3:17

**4**

**40** [1] - 22:5
**40,000** [1] - 96:5
**4000** [2] - 52:24, 81:24
**420** [1] - 3:11
**446** [3] - 1:18, 3:9, 72:13
**45** [1] - 141:15

**5**

**5** [1] - 73:22
**50** [1] - 22:5
**50,000** [1] - 96:4
**500** [1] - 3:22
**501-8006** [1] - 77:7
**5th** [2] - 146:25, 147:19

**6**

**60** [1] - 22:6

**7**

**7** [1] - 165:4
**718** [1] - 77:7
**735,000** [1] - 133:13
**76** [2] - 1:17, 3:9

**9**

**92** [2] - 7:17, 8:20

**A**

**a.m** [1] - 2:19
**A7Khan** [1] - 57:16
**A7Khan@aol.com** [1] - 57:2
**Aaronson** [8] - 3:10, 40:15, 69:8, 71:20, 128:19, 128:24, 132:20, 154:20
**AARONSON** [1] - 1:11
**ability** [1] - 8:11
**able** [5] - 8:14, 33:14, 114:20, 115:12, 157:15
**Academics** [1] - 15:9
**account** [52] - 31:14, 31:17, 31:19, 31:25, 32:2, 36:25, 37:13, 38:4, 43:17, 43:19, 86:14, 90:23, 95:21, 97:21, 97:23, 100:14, 128:11, 128:13, 128:14, 129:11, 129:12, 129:14, 129:15, 129:17, 129:18, 130:3, 130:5, 130:8, 130:10, 130:13, 130:18, 131:4, 131:6, 131:7, 131:15, 131:20, 131:22, 132:3, 132:5, 132:16, 132:21, 133:6, 133:22, 133:23, 135:2, 135:4, 135:9, 149:11, 150:10, 150:12, 159:22
**accountant** [5] - 33:18, 40:6, 127:24, 151:10, 155:7
**accountants** [5] - 92:20, 151:13, 151:23, 152:2,

155:18
**accounting** [1] - 155:14
**accounts** [12] - 29:13, 29:15, 37:5, 37:22, 38:9, 42:6, 97:6, 106:14, 128:6, 135:4, 150:7, 152:12
**acknowledge** [2] - 6:6, 6:11
**acting** [1] - 146:3
**action** [1] - 166:17
**actively** [1] - 116:5
**actuality** [1] - 148:19
**add** [1] - 130:7, 132:4
**address** [2] - 7:16, 56:25
**addresses** [2] - 39:6, 57:4
**administer** [1] - 5:16
**administered** [1] - 6:13
**advertising** [1] - 29:3
**AFC** [7] - 103:13, 103:17, 103:21, 103:23, 104:18, 105:8, 105:9
**Affair** [4] - 13:6, 13:9, 13:11, 14:11
**afterwards** [2] - 22:19, 59:18
**ago** [15] - 9:12, 10:5, 43:4, 53:22, 53:23, 54:20, 64:16, 67:16, 77:16, 77:17, 78:7, 79:12, 79:14, 104:23, 104:24
**agree** [5] - 6:23, 6:24, 7:3, 7:5, 13:5
**agreed** [3] - 60:2, 60:12, 108:5
**AGREED** [3] - 5:3, 5:9, 5:14
**agreement** [2] - 6:22, 145:6
**ahead** [3] - 28:8, 36:13, 101:23
**Airport** [1] - 15:8
**Alan** [1] - 151:17
**Alex** [1] - 79:4
**alive** [2] - 27:2, 158:11
**ALIVIA** [1] - 4:8
**alleged** [1] - 147:18
**Allied** [5] - 103:21, 145:10, 152:6, 152:14
**allow** [3] - 109:13, 146:9, 146:10
**allowed** [5] - 59:14, 61:10, 61:14, 63:15,

117:5
**allows** [1] - 146:10
**almost** [7] - 9:11, 10:4, 30:8, 64:25, 108:13, 126:21, 158:24
**ALSO** [1] - 4:7
**AND** [3] - 5:2, 5:8, 5:13
**Angela** [1] - 137:8, 148:9, 148:12
**answer** [16] - 13:19, 24:22, 25:7, 45:7, 51:7, 55:4, 55:18, 62:5, 63:23, 70:24, 83:6, 88:18, 99:17, 103:4, 140:10, 141:11
**answered** [1] - 157:9
**answering** [5] - 55:10, 99:20, 99:21, 140:13, 140:18
**answers** [4] - 59:5, 98:15, 140:22, 140:25, 164:13
**ANTHONY** [2] - 1:6, 1:24
**Anthony** [88] - 3:16, 17:7, 17:14, 17:16, 18:2, 18:22, 18:24, 19:6, 21:5, 21:13, 22:12, 22:22, 24:11, 25:25, 26:14, 26:15, 36:5, 36:16, 40:13, 43:15, 43:25, 44:3, 49:7, 57:19, 58:7, 59:13, 69:2, 69:4, 75:12, 75:16, 77:14, 77:20, 77:24, 78:14, 78:19, 82:8, 82:19, 83:11, 83:13, 94:20, 96:22, 97:5, 98:25, 101:25, 102:19, 103:15, 104:3, 104:8, 105:4, 106:5, 106:24, 107:11, 107:12, 108:13, 108:17, 108:25, 109:4, 109:14, 110:9, 110:13, 110:25, 111:2, 111:8, 111:10, 111:22, 112:12, 114:2, 115:12, 115:23, 117:3, 120:8, 120:23, 121:10, 122:6, 124:8, 127:11, 127:14, 128:19, 128:25, 130:12,

134:12, 138:11,
138:24, 139:9,
146:10, 148:15,
154:21
**anticipate** [1] - 13:18
**anyway** [1] - 60:10
**apologize** [3] -
110:15, 114:17,
115:7
**apologized** [4] -
110:13, 110:14,
113:15, 114:5
**apologizing** [1] -
113:23
**applications** [1] - 85:6
**applied** [1] - 89:12
**applying** [2] - 85:18,
89:13
**approval** [4] - 33:12,
37:18, 131:25, 156:4
**approvals** [1] - 38:6
**approved** [5] - 37:22,
40:15, 89:15,
128:19, 154:21
**area** [1] - 73:3
**argumentative** [1] -
24:21
**Ariel** [2] - 7:4, 163:9
**ARIEL** [1] - 4:5
**arrangement** [1] -
6:18
**ASAD** [5] - 2:22,
164:7, 164:18,
165:4, 166:10
**Asad** [5] - 7:14,
140:23, 147:16,
148:14, 149:5
**AsadKhanFortLee@**
**gmail.com** [1] -
57:11
**assets** [2] - 49:18,
49:21
**assigned** [2] - 48:12,
131:5
**assignment** [8] - 47:6,
47:13, 47:16, 47:20,
48:4, 48:7, 48:8,
48:15
**assistance** [1] - 152:8
**associated** [1] -
144:20
**AT&T** [1] - 80:6
**attached** [1] - 148:21
**Attorney** [11] - 4:5,
26:3, 33:8, 70:12,
70:15, 91:22, 118:5,
157:11, 157:22,
158:4, 158:13
**attorney** [3] - 10:13,
10:18, 20:19

**Attorneys** [4] - 3:7,
3:15, 3:21, 4:3
**attorneys** [7] - 5:3,
6:5, 10:15, 19:15,
20:19, 85:23, 92:16
**auction** [3] - 83:3,
83:12, 83:20
**auctions** [3] - 83:8,
84:6, 105:16
**August** [4] - 17:10,
64:14, 64:15
**authorize** [1] - 128:15
**authorized** [5] - 5:16,
49:15, 128:24
**AUTO** [11] - 1:5, 1:7,
1:12, 1:13, 1:14,
1:15, 1:16, 1:17,
1:18
**Auto** [13] - 3:8, 3:9,
3:10, 3:16, 16:17,
71:15, 71:16, 71:17,
72:3, 72:10, 72:13,
89:9, 155:8
**AUTOMOTIVE** [1] -
2:5
**available** [1] - 123:16
**Avenue** [2] - 3:11,
3:17
**avoiding** [1] - 140:21
**aware** [6] - 35:18,
35:22, 44:20, 85:3,
87:6, 157:12

## B

**backed** [1] - 65:23
**bank** [16] - 29:13,
29:14, 31:14, 31:25,
32:2, 32:4, 86:14,
97:6, 100:13,
106:13, 128:6,
128:11, 132:10,
132:11, 135:2,
159:22
**Bank** [12] - 4:3, 4:5,
36:25, 37:5, 73:11,
145:10, 149:11,
149:17, 149:21,
152:6, 152:14, 163:9
**BANK** [1] - 2:11
**banker** [1] - 17:13
**bankers** [1] - 85:23
**banking** [4] - 29:10,
29:11, 32:13, 100:5
**banks** [1] - 42:6
**BARON** [1] - 1:13
**Baron** [23] - 11:14,
11:20, 28:16, 38:5,
41:13, 63:18, 69:10,
69:13, 69:20, 69:22,

70:3, 70:11, 70:16,
91:23, 95:12,
108:17, 131:14,
148:13, 151:24,
151:25, 159:4,
159:5, 159:7
**Baron's** [1] - 115:4
**Barons** [1] - 152:8
**barred** [10] - 118:18,
118:25, 119:2,
119:12, 119:14,
119:20, 119:25,
122:13, 122:19,
123:2
**barring** [1] - 119:3
**basis** [4] - 42:4, 97:2,
97:3, 97:15
**bathroom** [2] -
141:21, 142:7
**BDC** [1] - 64:3
**began** [1] - 100:15
**begged** [1] - 63:18
**beginning** [6] - 31:22,
43:13, 90:16,
129:15, 130:14,
134:20
**behalf** [4] - 7:8, 44:4,
44:21, 146:3
**bell** [2] - 72:21, 80:16
**belonged** [1] - 124:16
**belonging** [1] - 134:23
**Beltre** [4] - 32:16,
32:17, 75:21, 92:23
**Beltrie** [1] - 29:18
**Best** [2] - 14:16, 17:3
**best** [2] - 19:13, 68:14
**better** [1] - 141:23
**between** [24] - 5:3,
9:12, 15:16, 17:10,
22:5, 23:19, 23:21,
24:10, 25:5, 25:6,
26:8, 27:4, 30:8,
47:12, 60:19, 61:20,
63:24, 64:12, 91:10,
94:11, 110:9,
114:24, 145:17,
156:25
**bill** [1] - 11:8
**biller** [1] - 148:8
**billing** [1] - 160:2
**BLANKENSHIP** [1] -
1:25
**Blankenship** [5] -
52:25, 53:2, 53:4,
80:9, 80:11
**Blauvelt** [2] - 7:17,
8:20
**BLAUVELT** [1] - 7:18
**blew** [1] - 122:18
**blood** [1] - 166:17

**Blvd** [1] - 3:8
**BLVD** [6] - 1:13, 1:14,
1:15, 1:16, 1:17
**BMWs** [1] - 84:4
**boats** [2] - 84:13,
84:14
**BONNIE** [2] - 3:24, 4:9
**book** [2] - 134:9,
134:15
**bother** [3] - 51:22,
85:15, 158:21
**bothered** [1] - 85:12
**Boulevard** [7] - 4:4,
39:7, 39:8, 39:22,
71:18, 72:2, 72:5
**branch** [4] - 32:11,
129:20, 129:22,
131:9
**break** [5] - 73:17,
141:13, 141:14,
142:7, 159:17
**BRIAN** [1] - 1:8
**Brian** [55] - 3:10,
11:14, 18:6, 25:19,
31:2, 32:3, 38:5,
38:11, 41:17, 41:19,
41:23, 41:25, 42:2,
42:14, 43:15, 49:10,
51:16, 51:19, 52:3,
52:5, 52:7, 52:8,
52:9, 56:6, 57:24,
60:10, 63:16, 65:22,
71:6, 90:18, 91:13,
93:8, 110:10,
110:24, 113:22,
123:7, 124:4,
126:10, 126:12,
127:9, 129:21,
130:2, 130:11,
130:23, 134:5,
151:2, 152:13,
156:18, 156:22,
156:23, 158:22,
158:23, 159:2
**Brian's** [4] - 29:7,
115:5, 124:24, 126:9
**bring** [1] - 113:16
**broke** [1] - 46:20
**brought** [9] - 20:18,
33:18, 46:22, 59:10,
63:20, 65:7, 106:25,
107:15, 123:20
**Building** [1] - 3:22
**building** [5] - 58:3,
59:13, 63:15,
122:15, 125:7
**bunch** [1] - 39:5
**business** [37] - 11:23,
12:10, 12:11, 12:15,
14:6, 17:23, 19:11,

22:7, 22:11, 24:16,
25:2, 26:21, 38:15,
48:25, 50:10, 50:21,
63:17, 67:14, 68:3,
70:8, 71:15, 73:11,
73:14, 76:4, 86:14,
91:16, 91:20, 91:25,
94:2, 113:5, 113:10,
115:3, 117:20,
119:25, 128:25,
145:5, 157:25
**businesses** [6] -
72:14, 83:16,
118:12, 118:13,
118:17, 158:10
**busy** [3] - 51:23,
51:24, 158:21
**BUYERS** [1] - 2:3
**buying** [1] - 83:14
**BY** [8] - 3:12, 3:18,
3:23, 4:5, 7:21, 74:5,
142:15, 165:3
**bypass** [1] - 30:2

## C

**calm** [3] - 99:10,
99:13, 99:14
**cameras** [1] - 57:17
**cancelled** [1] - 160:6
**cannot** [1] - 106:20
**Capital** [1] - 73:7
**capital** [2] - 91:11,
91:16
**CAPITAL** [1] - 2:10
**car** [8] - 16:18, 49:22,
49:23, 50:10, 84:6,
96:4, 96:9, 117:15
**Car** [1] - 72:25
**CAR** [1] - 2:3
**card** [1] - 143:9
**care** [8] - 14:8, 27:2,
33:9, 33:10, 33:23,
65:21, 107:19, 108:4
**Carra** [1] - 151:18
**CARRA** [1] - 151:20
**carrier** [1] - 79:23
**CARS** [2] - 2:3, 2:4
**cars** [50] - 22:6, 22:17,
22:20, 22:24, 23:18,
29:8, 29:9, 46:6,
46:14, 58:16, 60:15,
63:6, 64:8, 64:18,
64:23, 65:8, 65:14,
65:25, 66:7, 67:8,
83:14, 84:3, 95:11,
98:9, 100:20, 101:3,
106:13, 106:16,
109:15, 109:22,
112:2, 121:25,

123:23, 123:24, 123:25, 124:2, 124:5, 124:9, 124:10, 124:11, 124:15, 124:20, 125:3, 130:20, 130:21, 135:15, 147:8, 147:12, 147:14, 148:12
**case** [20] - 10:13, 10:16, 14:14, 14:15, 19:22, 20:13, 20:19, 71:9, 71:12, 77:10, 77:12, 80:25, 82:13, 101:22, 101:24, 161:6, 161:13, 161:19, 162:2
**Case** [1] - 1:21
**cases** [6] - 13:7, 13:9, 13:11, 13:15, 14:11, 53:13
**cash** [1] - 117:8
**caused** [1] - 65:10
**ceased** [8] - 42:24, 46:2, 46:5, 46:9, 48:18, 58:12, 58:15, 58:18
**cell** [7] - 76:17, 76:20, 76:22, 76:24, 77:3, 77:8, 77:18
**century** [1] - 16:24
**certainly** [2] - 47:14, 153:3
**certificate** [3] - 31:6, 31:8, 31:10
**certification** [1] - 5:6
**certify** [3] - 164:7, 166:9, 166:15
**cessation** [1] - 66:14
**CHABRIER** [1] - 1:8
**Chabrier** [6] - 3:10, 11:14, 11:20, 38:5, 41:17, 71:6
**chance** [2] - 113:24, 114:3
**change** [1] - 151:16
**changes** [1] - 150:8
**characterizing** [1] - 121:2
**charge** [4] - 28:17, 28:21, 49:25, 57:20, 58:8, 60:25, 61:2, 85:13, 97:5, 97:9, 122:9, 122:11, 125:23, 144:2
**charger** [1] - 159:20
**charges** [1] - 118:9
**Chase** [15] - 31:16, 32:6, 32:8, 32:9, 36:25, 37:5, 37:22,

38:8, 128:13, 129:6, 129:13, 132:20, 149:11, 149:17, 149:21
**chase** [1] - 32:5
**Chat** [1] - 163:13
**check** [6] - 24:3, 34:14, 55:17, 56:19, 81:23, 96:10
**check-wise** [1] - 56:19
**checkbook** [2] - 61:4
**checks** [5] - 34:5, 61:8, 61:15, 130:14, 160:6
**Chestnut** [1] - 3:22
**Cianciulli** [1] - 7:3
**CIANCIULLI** [3] - 3:23, 7:2, 163:11
**circumstances** [2] - 42:16, 42:24
**Citrin** [3] - 155:4, 155:6, 155:11
**claims** [1] - 43:18
**Clause** [2] - 45:23, 92:10
**clear** [2] - 13:22, 132:12
**close** [6] - 12:14, 26:22, 27:9, 43:7, 52:24, 93:10, 93:25, 135:5
**closed** [8] - 12:8, 42:17, 42:19, 67:10, 93:12, 133:23, 134:7, 135:10
**closer** [1] - 51:21
**closing** [5] - 27:8, 91:24, 92:2, 92:6, 93:9
**CO** [1] - 2:10
**co** [8] - 19:18, 39:5, 39:22, 71:19, 72:3, 72:18, 82:13, 161:6
**co-defendant** [1] - 72:18
**co-defendants** [1] - 82:13
**co-plaintiffs** [6] - 19:18, 39:5, 39:22, 71:19, 72:3, 161:6
**COAST** [6] - 2:3, 2:4, 2:5, 2:6, 2:7, 2:8
**Coast** [3] - 72:25, 73:2, 73:4
**Coasts** [1] - 73:3
**college** [2] - 14:25, 15:4
**Collins** [1] - 17:13
**coming** [3] - 88:25, 97:22, 122:14

**commercial** [12] - 31:16, 128:12, 128:14, 129:17, 130:5, 131:4, 131:6, 131:20, 131:22, 135:3, 135:4, 150:7
**commission** [2] - 30:4, 87:18
**communicate** [1] - 51:14
**communicated** [2] - 50:24, 52:9
**companies** [8] - 16:14, 16:23, 102:21, 102:24, 103:15, 105:24, 120:14, 144:23
**company** [18] - 11:25, 12:4, 12:7, 42:10, 45:3, 45:17, 103:12, 103:24, 124:24, 124:25, 145:5, 145:7, 145:15, 145:18, 146:4, 146:6, 146:8
**complaint** [10] - 9:19, 20:21, 40:19, 136:4, 136:25, 137:3, 147:16, 147:25, 148:22, 149:4
**complaints** [7] - 20:18, 20:20, 20:22, 54:17, 54:23, 55:13, 55:15
**complete** [1] - 164:11
**completely** [2] - 54:21, 138:10
**computer** [1] - 127:20, 127:22
**computers** [2] - 50:14, 50:15
**concentrated** [1] - 20:4
**concerned** [1] - 88:12
**conclusion** [2] - 45:7, 131:13
**conducted** [1] - 6:4
**confronted** [1] - 21:5
**confused** [1] - 58:18
**connected** [1] - 161:12
**connection** [2] - 57:14, 161:18
**consent** [1] - 6:18
**consider** [1] - 133:7
**Consumer** [4] - 13:6, 13:9, 13:11, 14:11
**Cont'd** [1] - 4:2
**contact** [1] - 163:2
**contacts** [4] - 52:23,

53:7, 81:22, 81:24
**continue** [1] - 109:14
**continued** [2] - 74:6, 142:16
**contract** [5] - 145:16, 145:21, 146:3, 146:15, 146:18
**contracts** [3] - 144:19, 144:22, 145:2
**control** [1] - 144:16
**controller** [3] - 21:3, 29:16, 29:17, 32:14, 33:19, 33:21, 36:4, 42:8, 42:9, 42:11, 61:5, 75:11, 100:7, 100:9, 122:16, 122:19, 127:23, 150:5, 150:21, 151:2
**controllers** [25] - 29:20, 32:19, 75:19, 75:22, 76:2, 85:6, 85:10, 92:23, 95:6, 95:7, 95:16, 96:21, 98:16, 100:3, 100:4, 106:10, 115:17, 122:10, 122:13, 122:14, 123:10, 150:18, 151:11, 151:12, 152:24
**conversation** [2] - 56:23, 139:3
**conversations** [3] - 87:24, 88:4, 88:8
**COONEY** [1] - 4:8
**Cooperman** [2] - 155:7, 155:11
**cop** [1] - 47:8
**cops** [22] - 21:2, 21:6, 21:8, 21:10, 21:15, 21:17, 22:2, 22:3, 23:13, 46:12, 46:17, 46:18, 47:4, 123:11, 123:17, 123:19, 123:20, 138:7, 139:4, 148:10, 148:13
**copy** [1] - 163:12
**corner** [1] - 159:2
**CORP** [1] - 2:9
**corp** [4] - 126:17, 127:19, 129:9, 142:25
**corporate** [6] - 72:3, 134:9, 134:15, 145:22, 145:24, 145:25
**corporation** [24] - 23:11, 30:17, 30:24, 31:4, 31:6, 31:11, 45:12, 45:22, 48:2,

49:19, 67:9, 92:11, 117:17, 125:23, 126:6, 126:13, 127:2, 127:15, 127:22, 132:2, 134:7, 144:9, 144:14, 144:15
**corporations** [1] - 71:19
**correct** [25] - 13:11, 64:20, 64:23, 65:11, 71:9, 71:12, 78:4, 87:8, 94:3, 99:2, 105:6, 105:13, 115:24, 122:7, 124:18, 125:9, 125:11, 133:18, 136:9, 139:17, 139:21, 140:7, 153:11, 164:12, 164:14
**counsel** [2] - 6:17, 74:17
**Counsel** [2] - 3:24, 6:21
**counsels** [1] - 40:21
**count** [1] - 29:9
**COUNTY** [2] - 164:5, 166:5
**couple** [15] - 43:4, 53:21, 53:23, 54:20, 58:25, 76:13, 77:15, 77:22, 79:12, 79:13, 93:16, 126:16, 126:22, 151:16
**course** [30] - 11:8, 16:6, 27:13, 29:7, 30:7, 30:20, 33:13, 33:16, 33:20, 34:15, 40:25, 41:21, 44:25, 47:3, 49:16, 54:14, 57:19, 66:6, 67:11, 69:24, 74:16, 87:4, 99:3, 106:11, 106:19, 116:15, 129:16, 137:20, 153:16, 154:10
**court** [1] - 13:23
**Court** [1] - 5:19
**COURT** [1] - 1:2
**covered** [1] - 72:8
**CPA** [1] - 2:2
**CPA's** [1] - 2:11
**crazy** [1] - 13:23
**credit** [1] - 143:9
**criminal** [1] - 118:9
**CULLEN** [1] - 4:3
**current** [1] - 158:17
**customers** [1] - 12:25
**cut** [1] - 62:3

**cutting** [4] - 36:9, 62:14, 62:15, 99:8
**CYRULI** [1] - 3:7

## D

**daily** [7] - 36:21, 63:17, 97:2, 97:15, 99:6, 113:10, 115:3
**Daniella** [1] - 122:23
**Danny** [4] - 29:21, 32:17, 75:20, 92:23
**date** [1] - 147:5
**dates** [4] - 66:10, 94:13, 147:21, 147:23
**David** [136] - 11:13, 18:6, 21:12, 21:21, 21:25, 23:4, 23:8, 23:11, 23:17, 25:20, 25:21, 25:22, 26:4, 26:25, 27:2, 27:4, 27:5, 27:19, 28:16, 28:17, 30:25, 32:3, 32:25, 33:8, 36:22, 38:5, 38:11, 42:3, 42:14, 43:15, 45:15, 46:24, 49:17, 57:24, 59:9, 59:10, 59:23, 60:5, 60:7, 60:8, 60:18, 60:20, 61:20, 63:16, 63:18, 63:21, 65:13, 65:19, 65:20, 65:23, 69:13, 69:14, 70:10, 70:16, 70:18, 85:10, 85:12, 85:15, 85:18, 85:21, 86:4, 89:2, 90:19, 91:12, 91:23, 92:12, 95:12, 107:12, 107:19, 108:10, 108:14, 108:16, 109:5, 109:20, 109:21, 109:23, 110:5, 110:9, 110:11, 110:17, 110:23, 110:25, 111:8, 111:11, 112:9, 112:18, 113:13, 113:15, 113:18, 113:20, 113:21, 114:16, 115:4, 115:8, 115:18, 123:5, 123:6, 123:15, 123:18, 124:4, 125:20, 126:6, 126:13, 127:10, 128:15, 129:17, 130:23, 131:5, 131:14, 131:18, 145:12,

147:8, 147:11, 147:12, 148:13, 151:2, 152:13, 155:21, 155:23, 156:25, 157:12, 157:16, 157:22, 158:4, 158:10, 158:13
**David's** [4] - 29:6, 69:24, 85:16, 124:24
**days** [8] - 21:22, 58:25, 60:15, 63:8, 64:9, 64:19, 64:22, 64:24
**deal** [1] - 146:23
**dealer** [4] - 16:18, 117:16, 126:4, 129:10
**dealership** [11] - 22:21, 38:18, 38:20, 51:25, 101:7, 111:4, 111:6, 145:17, 145:21, 146:15, 146:23
**dealerships** [6] - 72:25, 85:9, 86:8, 101:18, 128:6, 131:19
**dealing** [1] - 75:10
**deceased** [1] - 11:14
**December** [2] - 2:18, 164:10
**December,2025** [1] - 166:22
**decided** [2] - 93:25, 151:25
**decision** [5] - 12:14, 65:24, 85:17, 110:12, 155:21
**decisions** [8] - 33:15, 60:3, 143:17, 155:24, 156:8, 156:12, 156:14, 156:19
**declare** [1] - 6:14
**defendant** [1] - 72:18
**Defendant** [1] - 3:3
**DEFENDANT'S** [1] - 165:16
**defendants** [4] - 77:10, 77:11, 80:24, 82:13
**Defendants** [1] - 2:14
**define** [1] - 47:23
**definition** [1] - 83:24
**degree** [1] - 15:3
**Deo** [38] - 17:7, 17:14, 17:16, 17:25, 40:13, 44:7, 78:14, 82:9, 82:19, 83:8, 94:12,

94:18, 94:20, 95:10, 97:5, 98:19, 98:25, 100:16, 101:25, 102:19, 103:16, 104:3, 104:8, 105:5, 106:6, 108:18, 109:14, 115:12, 115:23, 117:3, 120:8, 120:23, 121:10, 122:6, 128:19, 128:25, 154:21
**DEO** [3] - 1:24, 4:9
**Deo's** [6] - 9:20, 60:20, 60:21, 61:7, 61:20, 94:2
**Deos** [1] - 93:21
**Department** [3] - 161:2, 161:7, 161:24
**deposit** [1] - 43:22
**deposition** [14] - 5:6, 5:14, 6:8, 6:9, 53:9, 53:20, 55:8, 74:10, 74:15, 74:25, 81:10, 164:10, 166:11, 166:13
**deposits** [1] - 37:12
**derivatively** [2] - 1:9, 1:11
**details** [1] - 74:11
**died** [6] - 28:18, 86:4, 155:23, 157:16, 158:5, 158:14
**difference** [1] - 47:12
**differences** [4] - 65:9, 65:10, 65:15, 120:19
**different** [1] - 121:7
**diner** [1] - 107:18
**DIRECTIONS** [1] - 165:7
**discussed** [3] - 11:15, 92:25, 158:16
**discussing** [1] - 157:10
**discussion** [2] - 78:23, 78:25
**dispute** [6] - 63:6, 63:9, 63:12, 63:14, 63:24, 64:4
**distracting** [1] - 53:18
**distribute** [1] - 151:12
**DISTRICT** [2] - 1:2, 1:3
**DLA** [3] - 2:9, 73:7, 73:9
**DMV** [13] - 12:24, 16:3, 16:5, 16:11, 16:13, 118:13, 119:3, 143:16, 143:18, 143:21, 143:25, 144:5, 144:12

**doctor** [1] - 113:4
**document** [7] - 9:11, 10:8, 97:14, 97:18, 152:20, 153:18
**documents** [11] - 9:10, 53:19, 54:2, 54:8, 54:9, 54:13, 55:20, 74:8, 74:11, 153:3, 153:7
**dollars** [6] - 86:25, 87:4, 116:13, 116:15, 116:22, 117:4
**done** [4] - 73:10, 73:13, 117:13, 143:5
**down** [15] - 12:8, 12:11, 12:12, 14:7, 14:8, 43:7, 61:18, 65:3, 93:10, 99:10, 99:13, 101:9, 110:17, 112:18, 137:10
**draw** [1] - 131:12
**drive** [1] - 13:22
**driver's** [1] - 16:9
**drugs** [1] - 8:10
**duly** [2] - 7:9, 166:12
**during** [15] - 44:15, 48:18, 51:12, 75:7, 84:18, 84:19, 84:22, 95:2, 96:2, 96:13, 96:17, 100:15, 132:22, 135:14, 151:14
**DWIGHT** [1] - 1:25
**Dwight** [5] - 52:25, 53:2, 53:4, 80:9, 80:11
**DYKMAN** [1] - 4:3

## E

**E-L-A-N** [1] - 151:21
**e-mail** [7] - 56:15, 56:20, 56:23, 56:25, 57:3, 57:15, 155:2
**e-mailed** [2] - 56:17, 56:22
**e-mails** [5] - 57:8, 57:9, 57:13, 82:8, 82:12
**Earle** [1] - 4:4
**easily** [1] - 24:17
**EASTERN** [1] - 1:3
**education** [1] - 14:23
**effect** [1] - 5:17
**eight** [2] - 9:12, 10:4
**EIN** [3] - 125:14, 126:7, 126:11
**either** [6] - 56:18,

76:14, 84:25, 98:18, 116:5, 155:8
**Elan** [2] - 151:20, 151:21
**Emanuel** [2] - 73:21, 162:16
**EMANUEL** [1] - 3:18
**embarrassed** [1] - 113:15
**employee** [5] - 14:17, 18:3, 18:7, 18:11, 34:6
**employees** [8] - 76:8, 106:10, 136:12, 136:14, 138:16, 138:22, 139:7, 139:10
**emptied** [1] - 92:4
**empty** [1] - 92:3
**end** [6] - 67:7, 96:8, 100:21, 100:22, 101:3, 139:6
**ended** [1] - 147:8
**enforcement** [1] - 161:18
**engaged** [1] - 34:16
**engine** [1] - 14:8
**English** [2] - 40:24, 41:2
**entered** [1] - 145:16
**entirely** [2] - 139:13, 139:15
**entities** [2] - 39:8, 39:22
**entitled** [1] - 149:4
**ESQ** [7] - 3:3, 3:12, 3:18, 3:23, 3:24, 4:5, 4:9
**Estate** [1] - 70:10
**exact** [4] - 25:7, 30:20, 116:6, 116:7
**exactly** [5] - 30:21, 50:20, 55:16, 136:16, 143:23
**Examination** [1] - 2:21
**EXAMINATION** [4] - 7:21, 74:5, 142:15, 165:3
**examination** [2] - 6:3, 6:6
**examined** [1] - 7:10
**example** [1] - 143:3
**except** [2] - 5:9, 76:6
**exchange** [1] - 82:7
**exchanged** [1] - 82:12
**excuse** [3] - 69:4, 152:22, 154:19
**execute** [2] - 146:14, 146:17
**executed** [1] - 146:17

exhibit [1] - 136:4
EXHIBITS [1] - 165:12
expect [1] - 133:23
expenses [2] - 96:7, 96:9
expired [1] - 15:14
explained [1] - 95:16
explanation [1] - 131:12
extended [2] - 145:8, 145:15

## F

Face [3] - 78:10, 78:17, 81:7
fact [1] - 144:9
fair [10] - 28:18, 41:7, 54:4, 60:6, 60:16, 67:15, 68:8, 112:21, 112:25, 120:20
familiar [5] - 18:16, 38:14, 40:2, 41:12, 72:14
family [1] - 157:8
far [8] - 41:4, 86:17, 88:11, 126:5, 131:11, 146:14, 146:18, 157:6
fees [2] - 71:9, 71:12
few [4] - 23:17, 77:24, 78:4, 78:14
figuratively [1] - 9:25
figure [2] - 95:24, 115:15
file [2] - 107:8, 107:9
filed [1] - 153:3
files [6] - 49:22, 49:23, 50:8, 50:10, 50:13, 134:18
filing [3] - 5:5, 152:20, 153:2
filled [2] - 135:13, 136:12
financial [1] - 149:10
financing [1] - 97:11
fine [9] - 8:16, 13:13, 25:4, 73:22, 109:24, 141:19, 142:2, 163:4
finish [9] - 13:21, 36:8, 36:14, 49:5, 62:16, 62:19, 63:3, 124:13, 124:14
fire [2] - 75:14, 93:20
fired [6] - 59:11, 59:16, 76:14, 94:5, 94:12, 95:10
firing [1] - 94:2
firm [1] - 155:14
first [19] - 7:9, 9:2,

11:17, 17:6, 17:24, 28:18, 31:13, 34:24, 48:5, 61:17, 62:11, 64:7, 64:8, 65:4, 72:12, 82:6, 123:5, 129:7, 149:18
firsthand [6] - 102:18, 120:21, 121:9, 121:13, 121:20, 122:5
Fisk [1] - 3:9
FISK [1] - 1:17
five [10] - 59:19, 60:15, 63:8, 64:9, 64:19, 64:22, 64:24, 104:24, 107:10, 142:7
flew [1] - 15:16
Flight [1] - 15:9
floor [15] - 26:19, 29:5, 93:18, 101:14, 102:21, 102:24, 103:12, 103:14, 103:24, 120:13, 124:6, 125:4, 152:4, 152:11, 152:15
Florida [3] - 21:13, 108:12, 123:6
flow [1] - 32:22
fluently [1] - 41:3
Flushing [4] - 4:3, 4:5, 73:11, 163:9
FLUSHING [1] - 2:11
flying [1] - 15:15
folder [2] - 107:9, 107:10
follow [2] - 140:20, 141:3
follow-up [2] - 140:20, 141:3
following [3] - 62:18, 74:4, 142:13
follows [1] - 7:11
FOR [2] - 165:13, 165:16
force [1] - 5:17
forgive [2] - 63:22, 112:24
forgiven [1] - 114:20
forgot [2] - 150:21, 151:19
form [16] - 5:10, 28:12, 28:13, 28:15, 45:2, 45:6, 47:10, 88:16, 98:4, 126:12, 127:14, 127:18, 127:21, 127:22, 135:18, 143:20
formed [6] - 127:2, 127:5, 127:7, 127:9,

127:10, 127:12
forth [2] - 24:3, 166:12
forward [2] - 114:20, 154:12
four [11] - 14:9, 14:10, 20:18, 59:19, 60:15, 63:7, 64:9, 64:19, 64:22, 64:24, 104:23
friend [2] - 78:8, 139:8
friend's [1] - 79:2
friends [7] - 17:12, 17:16, 17:21, 17:22, 19:10, 78:7, 78:10
Frisk [2] - 39:25, 72:9
front [5] - 25:9, 53:24, 54:16, 116:24, 121:12
funding [1] - 86:13
FUNDING [2] - 2:12, 3:21
Funding [2] - 73:14, 86:6, 86:9
Funds [8] - 84:25, 85:7, 86:25, 87:7, 87:25, 88:5, 88:9, 89:18
funeral [2] - 70:4, 70:6
FURTHER [2] - 5:8, 5:13

## G

G-A-L-L-A-N-I [1] - 16:21
Gallani [1] - 16:20
garbaged [1] - 99:25
Gear [6] - 103:13, 103:17, 104:19, 105:8, 105:10, 120:17
Geeta [1] - 16:19
GEETA [1] - 16:20
General [1] - 118:5
girl [1] - 122:23
given [3] - 70:20, 164:13, 166:14
GM [2] - 17:3, 158:23
Gmail [1] - 57:12
God [1] - 151:19
Gold [4] - 72:24, 73:2, 73:3, 73:4
GOLD [6] - 2:3, 2:4, 2:5, 2:6, 2:7, 2:8
GOLUB [2] - 3:24, 4:9
Grand [2] - 160:25, 161:12
Great [1] - 73:5
gross [2] - 96:5, 96:7
grossed [1] - 97:16
grossing [3] - 96:2,

96:3, 96:13
Group [10] - 16:17, 39:14, 39:15, 39:16, 72:6, 72:10, 89:9, 151:24, 151:25, 155:8
GROUP [2] - 2:6, 3:15
group [1] - 85:20
groups [1] - 85:19
grudges [1] - 114:24
guarantee [10] - 45:22, 45:25, 142:21, 142:24, 143:3, 143:8, 143:11, 143:16, 143:21, 152:9
guaranteed [6] - 45:20, 124:5, 125:4, 143:9, 143:13, 144:6
guarantors [2] - 92:9, 124:18
guess [2] - 41:4, 52:6
Guy [2] - 45:23, 92:10
guys [2] - 105:7, 115:6

## H

half [1] - 78:7
hand [4] - 98:6, 111:10, 111:13, 166:21
handle [2] - 36:19, 85:22
hands [4] - 110:18, 112:8, 115:5
handwrite [1] - 98:12
happily [1] - 62:7
happy [1] - 8:5
hardly [5] - 29:25, 56:10, 57:11, 87:20
HARRY [2] - 1:24, 3:3
Harry [4] - 7:24, 7:25, 73:16, 162:24
head [2] - 24:18, 52:20
hear [4] - 67:4, 92:13, 101:16, 108:24, 117:22, 138:18, 142:17, 142:19, 158:22
heard [25] - 9:3, 9:4, 9:6, 18:23, 18:25, 19:5, 19:9, 20:20, 40:16, 44:11, 71:14, 73:4, 101:9, 101:10, 102:10, 102:12, 105:10, 108:19, 119:18, 129:3, 144:5, 144:7, 149:16, 155:10, 159:9

hearing [6] - 9:5, 11:18, 48:5, 72:12, 101:15, 149:19
heart [1] - 17:9
heated [1] - 139:3
heavy [1] - 113:6
held [3] - 16:3, 45:17, 61:2
hello [4] - 78:11, 78:19, 78:20
help [2] - 29:4, 29:5
HEREBY [1] - 5:2
hereby [2] - 164:7, 166:9
herein [1] - 5:4
hereinbefore [1] - 166:11
hereunto [1] - 166:21
hi [2] - 7:25, 78:11
hiding [1] - 122:17
high [8] - 14:24, 83:20, 83:21, 83:25, 84:2, 84:3, 84:8, 84:9
Highway [4] - 3:4, 3:8, 38:14, 68:20
hire [1] - 75:14
hired [3] - 42:12, 139:7, 148:17
hold [7] - 16:12, 16:15, 44:3, 44:7, 45:3, 53:14, 143:20
holding [4] - 45:3, 59:8, 72:10, 123:13
home [6] - 59:7, 61:5, 106:15, 106:20, 107:13, 134:12
hospital [1] - 87:19
hostage [2] - 59:8, 107:14
hour [5] - 62:19, 62:22, 62:24, 63:2, 141:23
hurry [1] - 160:23
HWY [2] - 1:7, 1:12
Hylan [7] - 39:7, 39:8, 39:21, 71:18, 72:2, 72:4, 72:6
HYLAN [6] - 1:13, 1:14, 1:15, 1:16, 1:17
Hyland [1] - 3:8

## I

I.D [5] - 125:16, 125:17, 125:24, 165:13, 165:16
idea [24] - 20:6, 38:19, 40:3, 50:16, 50:19,

50:23, 61:13, 71:17, 71:24, 72:11, 91:3, 91:17, 94:5, 95:19, 113:21, 116:11, 133:11, 133:13, 147:22, 148:6, 159:8, 159:24, 160:16, 161:10
**impact** [1] - 8:10
**impacted** [1] - 12:14
**IN** [1] - 166:20
**inaccurate** [1] - 147:25
**INC** [3] - 1:5, 2:3, 2:10
**Inc** [1] - 3:16
**incident** [10] - 135:13, 135:19, 135:21, 135:24, 136:5, 136:6, 139:12, 147:16, 148:2, 148:21
**Incident** [1] - 149:5
**income** [1] - 27:11
**incorrect** [5] - 48:21, 100:17, 139:13, 139:25, 140:4
**indicate** [2] - 6:21, 128:24
**indicated** [1] - 40:13
**individual** [1] - 27:11
**individual's** [1] - 145:23
**individually** [2] - 1:8, 1:11
**information** [1] - 163:2
**initial** [2] - 37:12, 90:21
**inside** [5] - 50:21, 53:15, 108:20, 123:14, 139:19
**instance** [2] - 61:17, 62:11
**instances** [2] - 35:19, 35:23
**instead** [1] - 94:2
**instruct** [1] - 140:11
**instructed** [1] - 62:20
**instruction** [1] - 13:17
**interest** [7] - 33:5, 33:7, 43:12, 44:8, 44:18, 90:3, 90:14
**interested** [2] - 84:15, 166:18
**interrupt** [1] - 28:9
**interrupting** [1] - 62:25
**involved** [17] - 12:17, 12:22, 14:11, 14:13, 27:20, 29:22, 38:21,

38:24, 66:21, 108:23, 113:5, 113:10, 115:19, 116:5, 118:12, 152:18, 158:9
**involving** [1] - 161:25
**Iris** [3] - 69:20, 69:22, 70:3
**IS** [3] - 5:2, 5:8, 5:13
**ISLAND** [1] - 1:18
**Island** [8] - 3:9, 39:14, 39:15, 39:16, 72:10, 89:9, 103:25, 155:8
**issued** [2] - 144:8, 144:13
**issues** [2] - 93:19
**IT** [3] - 5:2, 5:8, 5:13

## J

**J.P** [1] - 32:8
**Jaguars** [1] - 84:4
**Jeff** [1] - 7:2
**JEFF** [1] - 3:23
**Jim** [1] - 17:12
**JONES** [2] - 2:2, 2:10
**Jones** [2] - 72:22, 72:23
**JORY** [1] - 1:13
**Jory** [2] - 3:10, 69:10
**Josh** [66] - 25:25, 26:2, 26:3, 26:5, 27:8, 28:16, 32:25, 33:7, 33:9, 33:14, 33:16, 33:20, 33:23, 36:6, 36:15, 36:19, 36:20, 39:11, 39:13, 40:15, 43:5, 49:11, 49:12, 51:21, 51:22, 51:24, 52:6, 57:24, 66:20, 67:5, 69:8, 70:13, 70:14, 70:19, 71:20, 86:5, 87:24, 89:4, 91:15, 93:10, 93:12, 93:23, 93:24, 93:25, 94:11, 101:6, 115:18, 128:18, 128:24, 132:19, 133:17, 154:20, 156:2, 156:8, 156:18, 156:25, 157:2, 157:12, 157:15, 157:24, 158:2, 158:3, 158:17, 158:24, 159:2
**Josh's** [1] - 33:21
**JOSHUA** [1] - 1:10
**Joshua** [1] - 3:10
**jump** [1] - 36:12

**jumping** [1] - 99:16
**June** [2] - 147:9, 147:11
**Jury** [2] - 160:25, 161:12
**Justice** [2] - 161:3, 161:7

## K

**K-1's** [1] - 153:15
**K-1s** [3] - 27:14, 68:2, 151:5
**Kataev** [1] - 162:16
**KATAEV** [7] - 3:18, 73:16, 73:22, 73:25, 141:16, 162:16, 163:5
**keep** [2] - 36:9, 114:24
**keeping** [1] - 107:13
**keeps** [1] - 53:15
**kept** [2] - 99:22, 106:17
**keys** [1] - 22:23
**KHAN** [6] - 2:22, 74:6, 164:7, 164:18, 165:4, 166:10
**Khan** [48] - 7:14, 7:23, 8:18, 8:24, 12:19, 13:17, 14:23, 16:24, 19:17, 20:12, 25:2, 35:10, 36:11, 37:15, 42:17, 45:10, 46:3, 47:15, 51:10, 62:9, 62:14, 63:2, 74:7, 75:9, 76:18, 81:11, 92:13, 98:18, 103:8, 119:11, 119:17, 120:21, 121:8, 122:12, 125:15, 131:12, 133:10, 136:2, 136:18, 142:5, 142:17, 142:21, 144:21, 147:16, 149:5, 154:16, 159:17, 161:3
**kind** [12] - 14:14, 16:7, 23:24, 30:3, 87:18, 97:25, 109:6, 113:8, 125:22, 149:20, 157:23, 158:19
**knowledge** [18] - 19:13, 33:11, 50:9, 68:18, 102:19, 102:20, 120:22, 121:3, 121:9, 121:14, 121:21, 121:24, 122:2, 122:6, 154:5,

154:20, 154:24, 156:3
**knows** [4] - 17:23, 47:12, 101:19, 119:10

## L

**LABUDA** [1] - 3:15
**lady** [1] - 16:19
**Lake** [1] - 3:17
**landlord** [1] - 43:23
**language** [2] - 41:6, 41:10
**large** [1] - 87:14
**last** [12] - 14:2, 15:16, 27:21, 27:23, 46:14, 52:22, 77:24, 78:4, 78:14, 83:6, 134:11, 152:19
**late** [1] - 48:19
**Laurie** [9] - 52:11, 52:12, 52:14, 52:16, 52:17, 80:14, 80:15, 80:18
**LAURIE** [1] - 2:2
**law** [2] - 157:2, 161:17
**LAW** [1] - 3:15
**lawsuit** [12] - 12:18, 12:20, 13:2, 14:16, 14:17, 19:19, 35:10, 94:8, 94:16, 94:19, 101:12
**lawsuiting** [1] - 94:7
**lawsuits** [4] - 12:22, 13:4, 102:17, 158:18
**lawyer** [2] - 74:18, 74:24
**lawyers** [1] - 74:19
**lead** [1] - 63:6
**lease** [38] - 21:14, 21:24, 23:5, 23:7, 23:9, 44:3, 44:8, 44:10, 44:18, 44:22, 45:4, 45:10, 45:13, 45:17, 45:25, 46:12, 46:23, 46:25, 47:5, 47:6, 47:7, 47:13, 47:16, 47:18, 47:19, 47:20, 47:22, 47:24, 48:3, 48:4, 48:8, 48:12, 48:14, 92:6, 92:9, 123:12, 123:15
**Lease** [2] - 12:2, 17:2
**leases** [4] - 55:5, 55:7, 55:14, 55:16
**Leasing** [10] - 3:8, 11:22, 11:25, 17:3, 45:16, 126:20, 126:24, 153:7,

153:20, 153:25
**LEASING** [2] - 1:8, 1:10
**leave** [3] - 21:19, 22:8, 22:11
**left** [1] - 115:4
**legal** [4] - 12:13, 45:6, 71:9, 71:12
**letting** [1] - 123:9
**Lexington** [1] - 3:11
**LIBATAS** [1] - 3:21
**Libertas** [1] - 73:14
**LIBERTAS** [1] - 2:11
**LIC** [1] - 2:6
**license** [22] - 15:11, 15:13, 15:18, 16:4, 16:5, 16:6, 16:8, 16:9, 16:11, 16:13, 16:18, 16:21, 118:16, 126:4, 126:9, 126:11, 129:10, 143:16, 143:18, 143:22, 144:5, 144:16
**licenses** [4] - 15:25, 118:14, 143:25, 144:12
**lie** [2] - 52:7, 149:8
**lieu** [1] - 6:12
**line** [7] - 83:20, 83:22, 83:25, 84:2, 84:3, 84:8, 84:9
**list** [1] - 80:18
**listen** [1] - 78:18
**listened** [2] - 104:12, 104:13
**listening** [1] - 105:18
**literally** [1] - 10:2
**LITTLE** [1] - 2:10
**lives** [1] - 158:25
**LLC** [29] - 1:6, 1:7, 1:8, 1:10, 1:13, 1:14, 1:15, 1:16, 1:17, 1:18, 1:19, 2:4, 2:5, 2:6, 2:7, 2:8, 2:12, 3:8, 3:9, 3:9, 3:10, 3:16, 16:17, 71:15
**LLP** [4] - 2:11, 3:7, 3:21, 4:3
**loan** [4] - 143:3, 143:7, 143:11, 143:12
**loans** [3] - 26:16, 36:4, 89:13
**located** [1] - 8:19
**location** [1] - 22:6
**locksmith** [3] - 23:2, 46:21, 123:20
**log** [2] - 57:21, 150:5
**log-ins** [1] - 57:21
**look** [14] - 29:8, 40:22,

52:18, 53:7, 53:8, 53:11, 53:19, 53:22, 54:23, 55:5, 55:7, 55:15, 98:14, 154:12
**looked** [6] - 53:12, 54:2, 54:8, 54:9, 54:13, 55:13
**looking** [6] - 20:14, 24:25, 34:25, 55:20, 100:11, 107:9
**looks** [1] - 39:6
**LORRAINE** [1] - 166:24
**Lorraine** [6] - 2:23, 120:19, 141:11, 162:24, 166:7, 166:23
**lose** [1] - 118:13
**losing** [1] - 114:21
**losses** [1] - 96:10
**lost** [2] - 90:11, 118:16
**lovely** [1] - 24:13
**lowly** [1] - 140:16
**loyal** [1] - 138:16
**lunch** [1] - 141:14
**luncheon** [1] - 142:10
**lying** [1] - 86:20

## M

**Macdan** [1] - 15:8
**mail** [7] - 56:15, 56:20, 56:23, 56:25, 57:3, 57:15, 155:2
**mailed** [2] - 56:17, 56:22
**mails** [5] - 57:8, 57:9, 57:13, 82:8, 82:12
**main** [3] - 57:15, 151:10, 151:13
**man** [1] - 63:21
**MANAGEMENT** [1] - 1:19
**manager** [9] - 59:14, 64:2, 64:3, 108:7, 110:2, 127:17, 127:18, 146:5
**managers** [1] - 24:12
**MARC** [1] - 1:25
**Marc** [5] - 72:17, 72:20, 80:20, 80:23, 160:24
**March** [2] - 146:25, 147:19
**Marcus** [1] - 3:17
**MARINAZZO** [1] - 166:24
**Marinazzo** [3] - 2:23, 166:7, 166:23
**marriage** [1] - 166:17

**matter** [3] - 6:15, 6:19, 166:19
**matters** [1] - 12:13
**mean** [39] - 10:22, 11:10, 14:5, 19:9, 25:16, 25:17, 25:18, 28:9, 30:15, 33:3, 33:4, 35:25, 37:11, 41:20, 46:5, 66:18, 67:2, 77:2, 79:14, 85:14, 85:16, 89:8, 89:9, 95:15, 96:3, 100:18, 104:11, 106:11, 112:17, 135:19, 137:6, 143:11, 143:17, 146:7, 148:3, 148:4, 149:14, 157:21, 157:23
**means** [1] - 88:12
**meant** [1] - 105:22
**medication** [1] - 8:9
**medications** [1] - 113:6
**meet** [4] - 17:6, 17:25, 107:18, 112:10
**meeting** [11] - 110:20, 110:22, 111:5, 111:8, 111:9, 112:21, 113:12, 114:8, 114:10, 114:11, 114:13
**Melissa** [12] - 29:18, 29:22, 29:23, 32:16, 32:17, 42:13, 75:21, 92:23, 122:21, 122:24, 138:21
**member** [2] - 1:9, 1:12
**memory** [2] - 132:12, 153:11
**mentor** [1] - 60:8
**Mercedes** [1] - 84:3
**Merckling** [5] - 72:17, 72:20, 80:21, 80:23, 160:25
**MERCKLING** [1] - 1:25
**messed** [1] - 101:14
**met** [15] - 8:24, 17:8, 17:11, 17:14, 18:2, 19:11, 59:10, 70:2, 78:16, 101:10, 105:17, 111:3, 111:13, 112:10, 114:5
**Mgt** [1] - 3:10
**Michael** [9] - 52:11, 52:12, 52:14, 52:16, 52:17, 80:14, 80:15, 80:18

**MICHAEL** [1] - 2:2
**Michael's** [2] - 52:21, 80:18
**million** [3] - 96:8, 116:21, 117:4
**millions** [3] - 86:24, 87:3, 117:8
**MILMAN** [1] - 3:15
**mind** [2] - 61:19, 143:12
**minute** [2] - 18:23, 135:22
**minutes** [4] - 73:21, 141:15, 142:7, 150:9
**missing** [7] - 26:18, 36:3, 36:17, 93:17, 95:21, 122:4, 125:7
**misspoke** [1] - 71:25
**mistaken** [4] - 43:16, 72:7, 91:9, 120:17
**mistakenly** [1] - 77:17
**moment** [2] - 55:12, 135:8
**money** [56] - 26:17, 35:7, 35:12, 35:15, 36:3, 36:17, 43:14, 43:25, 59:6, 60:25, 67:14, 67:18, 67:21, 68:10, 68:11, 68:15, 68:20, 68:22, 68:25, 69:7, 69:12, 69:16, 69:19, 71:5, 84:21, 86:22, 89:5, 89:23, 90:17, 90:19, 90:20, 90:21, 93:17, 94:25, 95:4, 95:8, 95:14, 95:17, 95:20, 97:3, 97:10, 100:13, 104:8, 105:5, 115:11, 116:12, 117:7, 117:9, 117:10, 117:16, 122:3, 122:7, 122:11, 133:2, 133:7, 133:21
**monitor** [1] - 42:5
**month** [5] - 24:6, 77:16, 77:17, 78:6
**monthly** [2] - 90:5, 97:2
**months** [13] - 9:12, 10:4, 26:8, 30:8, 53:21, 53:23, 54:20, 59:19, 76:13, 77:16, 78:14
**Morgan** [1] - 32:8
**morning** [3] - 7:23, 123:22, 147:14
**mostly** [3] - 51:17, 56:6, 75:11

**MOTIONS** [1] - 165:9
**MOTOR** [2] - 1:7, 1:10
**Motor** [12] - 3:8, 3:16, 11:22, 11:24, 17:3, 45:15, 126:19, 126:24, 153:7, 153:20, 153:25, 161:24
**motorcycles** [1] - 84:15
**Motors** [51] - 18:12, 18:13, 18:18, 18:20, 19:18, 19:25, 20:25, 21:17, 27:10, 27:17, 38:25, 40:5, 40:12, 41:14, 42:17, 43:12, 44:13, 44:16, 46:9, 46:15, 50:4, 51:13, 56:3, 57:14, 57:18, 58:22, 68:23, 75:4, 75:8, 83:9, 84:18, 84:22, 85:2, 87:7, 91:6, 92:17, 92:21, 95:25, 96:13, 96:14, 96:17, 115:13, 117:4, 125:18, 132:21, 134:10, 134:18, 134:23, 135:2, 148:15, 152:21
**MOTORS** [6] - 1:5, 2:5, 2:6, 2:7, 2:8, 2:9
**move** [3] - 66:7, 76:15, 141:4
**moved** [1] - 80:6
**MR** [76] - 6:23, 6:24, 7:2, 7:22, 13:16, 13:25, 24:19, 24:23, 25:4, 36:8, 45:5, 47:9, 51:5, 62:2, 62:7, 62:17, 62:21, 70:24, 73:16, 73:19, 73:22, 73:23, 73:25, 74:6, 75:5, 88:15, 88:17, 90:6, 99:7, 99:10, 99:12, 99:14, 99:16, 99:19, 103:8, 119:5, 119:8, 119:13, 120:4, 120:18, 120:25, 121:6, 135:17, 135:22, 136:3, 140:9, 140:12, 140:15, 140:17, 140:19, 140:21, 140:23, 141:4, 141:6, 141:10, 141:16, 141:17, 141:22, 142:3, 142:5, 142:9,

142:16, 143:19, 157:9, 159:16, 160:17, 160:19, 160:22, 162:8, 162:11, 162:16, 162:21, 162:23, 163:5, 163:11, 165:4
**MS** [3] - 7:4, 162:14, 163:7
**must** [3] - 50:6, 153:9, 153:12
**mutual** [7] - 17:12, 17:15, 17:20, 17:22, 78:8, 78:16, 79:2

## N

**name** [42] - 7:13, 7:24, 9:3, 9:4, 9:5, 9:6, 9:10, 9:16, 10:5, 10:8, 17:12, 18:17, 28:6, 28:11, 29:6, 29:7, 52:13, 52:19, 52:23, 73:4, 79:2, 79:4, 80:12, 80:16, 80:22, 105:3, 105:12, 126:9, 126:15, 126:19, 132:5, 132:6, 144:9, 145:22, 145:23, 145:24, 145:25, 148:8, 148:9, 152:21, 163:12
**named** [5] - 16:19, 18:21, 52:10, 80:9, 80:14
**names** [15] - 76:11, 92:15, 92:19, 101:21, 101:23, 102:6, 102:8, 103:3, 103:6, 103:7, 103:10, 104:25, 105:21, 126:23, 130:22
**NASSAU** [2] - 164:5, 166:5
**natural** [1] - 41:9
**Neck** [1] - 73:5
**need** [11] - 29:4, 56:18, 73:21, 79:19, 83:4, 99:12, 141:3, 154:16, 159:16, 163:12
**netting** [1] - 96:17
**never** [36] - 9:6, 10:10, 19:7, 19:9, 19:11, 25:24, 28:2, 28:3, 41:15, 48:6, 59:20, 60:9, 68:21, 68:24, 69:3, 69:6, 69:9,

73:12, 77:20, 85:11, 85:17, 86:18, 91:17, 98:20, 98:24, 100:7, 101:10, 108:12, 108:22, 117:25, 119:13, 144:6, 146:17, 152:23, 156:23, 158:9
**NEW** [3] - 1:3, 164:4, 166:3
**New** [13] - 2:24, 3:4, 3:11, 3:17, 7:18, 8:21, 12:2, 17:2, 118:5, 118:18, 164:22, 166:8
**news** [1] - 119:23
**newspaper** [2] - 119:19
**newspapers** [1] - 120:6
**next** [2] - 36:13, 126:4
**Next** [6] - 103:13, 103:17, 104:18, 105:8, 105:10, 120:17
**nice** [2] - 21:18, 63:21
**night** [1] - 22:6
**nighttime** [1] - 22:3
**nine** [1] - 10:4
**Nissan** [1] - 52:4, 108:17, 158:24, 159:4, 159:5, 159:7
**No.1:23-cv-6188** [1] - 1:21
**nobody** [1] - 129:24
**non** [1] - 84:9
**non-high** [1] - 84:9
**none** [2] - 61:7, 118:15
**None** [5] - 165:7, 165:8, 165:9, 165:14, 165:17
**North** [143] - 9:13, 11:22, 11:24, 17:2, 18:4, 19:23, 20:4, 20:6, 20:25, 21:16, 21:24, 22:10, 23:25, 24:8, 24:9, 24:15, 25:12, 25:23, 27:10, 27:16, 27:24, 28:17, 28:23, 28:24, 28:25, 32:19, 33:15, 34:2, 34:17, 34:20, 35:3, 35:7, 40:5, 40:12, 40:14, 41:13, 42:16, 43:12, 44:4, 44:8, 44:13, 44:15, 44:21, 45:15, 46:9, 46:15, 48:8, 48:18, 50:4, 51:2, 51:12, 56:3,

57:14, 57:18, 58:2, 58:6, 58:22, 61:8, 64:9, 64:19, 65:2, 66:2, 66:15, 67:5, 67:15, 67:21, 67:23, 68:4, 68:15, 75:4, 75:8, 83:8, 83:15, 83:17, 84:17, 84:22, 85:2, 86:10, 87:7, 89:6, 89:23, 90:3, 90:8, 90:15, 91:6, 92:16, 92:20, 94:25, 95:25, 96:12, 96:14, 96:16, 105:5, 112:3, 115:13, 117:4, 121:10, 123:25, 124:3, 124:11, 124:12, 124:16, 124:22, 124:23, 125:3, 125:18, 126:19, 126:23, 129:8, 131:22, 132:21, 133:6, 134:10, 134:15, 134:18, 134:23, 135:2, 135:16, 136:8, 136:12, 144:20, 148:14, 150:24, 151:6, 151:14, 152:5, 152:12, 152:16, 152:21, 153:2, 153:7, 153:19, 153:24, 154:22, 155:8, 155:19, 155:25, 156:15, 159:22, 160:2, 160:6, 160:10, 160:14
**Northern** [1] - 16:17
**NORTHSHORE** [2] - 1:7, 1:10
**Northshore** [1] - 3:8
**Notary** [3] - 2:24, 164:22, 166:7
**Noted** [1] - 163:14
**nothing** [21] - 18:19, 35:2, 38:16, 38:18, 48:22, 53:23, 56:21, 56:24, 60:24, 68:2, 70:11, 73:5, 89:15, 90:9, 96:11, 97:21, 108:22, 109:11, 152:25, 159:14, 161:4
**November** [2] - 48:19, 132:23
**number** [16] - 77:3, 77:6, 77:9, 77:14, 79:8, 79:21, 80:5,

81:18, 116:6, 116:8, 125:15, 125:16, 125:18, 125:25, 126:11, 150:8
**numbers** [3] - 100:17, 121:4, 121:5
**NY** [1] - 4:4
**NYC** [1] - 2:3

## O

**o'clock** [2] - 123:21, 147:13
**O'Sullivan** [2] - 75:20, 92:24
**oath** [3] - 5:17, 6:12, 164:9
**objection** [15] - 24:19, 45:5, 47:9, 51:6, 62:2, 75:5, 88:15, 90:6, 119:5, 120:25, 135:17, 135:23, 143:19, 143:20, 160:17
**objections** [2] - 5:9, 6:19
**obtain** [2] - 84:21, 90:14
**obtained** [5] - 86:5, 86:10, 87:2, 125:17, 152:7
**occasion** [3] - 135:15, 146:22, 147:7
**occurred** [1] - 74:4
**Odessa** [1] - 103:25
**OF** [10] - 1:3, 2:4, 2:6, 2:7, 2:8, 164:4, 164:5, 166:3, 166:5
**office** [9] - 32:23, 49:24, 50:3, 106:20, 108:10, 122:17, 122:20, 123:3, 123:14
**officer** [1] - 5:16
**often** [5] - 24:4, 30:10, 34:8, 41:23, 79:16
**once** [15] - 21:19, 24:5, 31:9, 49:12, 56:20, 68:10, 77:18, 79:18, 83:11, 88:25, 106:12, 108:9, 109:4, 111:3, 138:21
**one** [51] - 14:16, 16:12, 16:13, 16:25, 17:11, 17:18, 19:22, 31:18, 33:17, 36:21, 40:8, 45:2, 48:9, 53:14, 55:17, 55:23, 58:9, 58:23, 62:24, 70:18, 70:21, 76:24,

77:3, 78:7, 78:15, 80:24, 82:3, 92:8, 96:4, 101:7, 110:17, 120:13, 120:15, 120:18, 126:18, 127:8, 128:20, 137:7, 137:8, 137:9, 145:2, 148:20, 151:18, 156:11, 157:24, 158:20, 161:6, 162:22, 162:24, 163:3
**oOo** [1] - 5:21
**open** [9] - 17:8, 24:8, 24:9, 30:22, 37:12, 129:19, 130:6, 132:3, 141:7
**opened** [21] - 30:16, 30:17, 30:19, 30:23, 31:3, 31:9, 31:11, 31:16, 44:16, 58:21, 126:6, 126:17, 129:9, 129:14, 130:3, 130:18, 131:2, 131:15, 131:21, 132:16, 135:9
**opens** [1] - 131:7
**operated** [1] - 44:17
**operating** [10] - 24:15, 25:3, 25:12, 25:23, 25:25, 26:5, 26:23, 42:21, 51:13, 66:5
**operation** [1] - 50:25
**operations** [9] - 42:25, 46:2, 46:8, 48:18, 48:25, 58:12, 58:21, 66:15, 132:22
**opinion** [1] - 120:10
**opposite** [1] - 138:10
**order** [4] - 162:21, 162:23, 163:3, 163:10
**Order** [1] - 2:23
**ordering** [1] - 162:19
**otherwise** [1] - 88:13
**outcome** [1] - 166:18
**outside** [1] - 146:7
**outsider** [1] - 139:23
**Ovington** [1] - 4:4
**own** [8] - 18:5, 33:15, 33:18, 33:19, 150:19, 153:4, 153:6, 153:25
**owned** [4] - 16:24, 24:16, 71:20, 118:16
**owner** [23] - 21:12, 27:24, 27:25, 28:4, 31:25, 34:7, 39:7, 39:16, 39:21, 45:11,

84:17, 95:2, 127:15, 128:20, 128:25, 129:7, 139:2, 139:9, 139:10, 140:3, 140:5, 146:3, 146:13
**owners** [15] - 21:8, 23:4, 31:19, 40:14, 45:3, 71:24, 123:17, 128:7, 128:11, 138:25, 146:12, 148:14, 148:16, 148:19, 154:22
**ownership** [2] - 96:2, 151:14
**owning** [1] - 38:8
**owns** [1] - 145:20

## P

**p.m** [1] - 163:14
**PA** [1] - 3:23
**PAGE** [3] - 165:3, 165:13, 165:16
**pages** [4] - 9:14, 9:23, 9:24, 40:21
**paid** [13] - 11:5, 33:25, 34:3, 34:9, 67:13, 67:20, 71:8, 71:11, 90:4, 90:8, 90:10, 91:2, 91:6
**Pakistan** [3] - 14:25, 15:2, 41:11
**pandemic** [8] - 84:18, 84:19, 84:22, 87:17, 87:23, 89:4, 89:5, 89:13
**Pandemic** [10] - 84:24, 85:7, 86:5, 86:9, 86:25, 87:6, 87:25, 88:4, 88:8, 89:17
**paper** [17] - 23:11, 97:19, 97:20, 97:25, 98:2, 98:7, 98:9, 98:13, 98:19, 98:21, 98:24, 99:6, 100:12, 100:16, 129:21
**papers** [15] - 9:18, 23:12, 52:18, 55:9, 94:18, 95:5, 99:24, 123:13, 123:14, 129:23, 129:24, 129:25, 130:10, 132:11, 135:6
**paperwork** [12] - 22:13, 23:7, 25:8, 26:24, 28:2, 28:4, 28:6, 28:10, 42:20, 43:6, 106:12, 131:9
**part** [6] - 23:24, 64:8, 64:18, 109:9,

130:20, 152:20
**part-time** [1] - 23:24
**participating** [1] - 6:5
**parties** [3] - 5:4, 6:17, 166:16
**partner** [22] - 11:13, 40:10, 41:19, 41:22, 49:4, 49:10, 49:16, 63:25, 70:9, 91:10, 91:19, 93:8, 93:15, 100:8, 107:24, 107:25, 121:19, 127:10, 127:11, 127:12, 132:6
**Partners** [1] - 73:8
**PARTNERS** [1] - 2:10
**partners** [22] - 10:23, 11:11, 11:12, 11:16, 11:21, 27:15, 28:25, 40:8, 50:25, 51:14, 55:24, 56:3, 56:9, 56:16, 59:25, 63:24, 66:11, 106:9, 124:17, 127:8, 128:10
**party** [1] - 163:13
**passed** [10] - 25:20, 25:21, 25:22, 33:2, 36:22, 69:14, 69:15, 87:23, 89:2, 157:23
**pause** [1] - 36:12
**pay** [9] - 10:20, 10:24, 11:4, 11:9, 11:11, 43:11, 90:2, 90:14, 96:8
**Pay** [5] - 37:10, 37:11, 37:15, 149:12, 149:17
**paying** [1] - 11:2
**peace** [4] - 59:22, 112:11, 112:13, 113:14
**penalty** [1] - 6:16
**Pennsylvania** [1] - 83:23
**people** [37] - 19:11, 52:24, 53:17, 75:13, 75:17, 75:18, 76:16, 83:19, 83:22, 89:5, 94:22, 97:11, 101:11, 101:21, 102:4, 102:14, 102:22, 103:10, 103:19, 104:2, 104:7, 104:16, 104:20, 105:20, 117:19, 117:20, 117:21, 118:23, 119:9, 119:11, 119:17, 119:20,

121:18, 122:8, 137:8, 148:6, 156:6
**per** [2] - 96:2, 96:14
**percent** [3] - 68:6, 90:24, 128:3
**perjury** [1] - 6:16
**person** [7] - 6:13, 51:23, 63:19, 74:24, 92:22, 117:23, 144:2
**personal** [6] - 45:24, 90:22, 124:17, 142:20, 143:10, 143:15
**personally** [17] - 45:13, 45:20, 86:12, 86:15, 86:16, 88:21, 109:13, 120:3, 124:4, 125:4, 142:24, 143:2, 143:8, 143:9, 143:13, 144:6, 152:24
**Philadelphia** [1] - 3:23
**phone** [13] - 50:17, 52:24, 53:17, 56:5, 76:17, 76:20, 76:24, 77:3, 77:9, 81:18, 81:19, 111:2, 111:19
**phones** [2] - 76:22, 77:18
**physically** [1] - 6:7
**pick** [1] - 106:16
**picked** [3] - 106:13, 148:11, 151:22
**picking** [1] - 155:18
**Picklimo@yahoo. com** [1] - 57:6
**piece** [5] - 97:19, 97:20, 98:7, 98:8, 98:13
**pilot** [1] - 15:10
**pilot's** [1] - 15:12
**place** [20] - 18:5, 22:25, 24:12, 26:2, 26:6, 37:18, 64:5, 71:24, 93:11, 93:13, 95:7, 101:13, 110:16, 110:21, 111:6, 114:15, 142:11, 142:14, 147:19, 149:11
**placed** [1] - 27:11
**Plaintiff** [2] - 2:22, 7:8
**plaintiff** [2] - 19:22, 20:15
**PLAINTIFF'S** [1] - 165:13
**plaintiffs** [8] - 19:18, 19:25, 20:13, 39:5, 39:22, 71:19, 72:3,

161:6
**Plaintiffs** [3] - 1:20, 3:7, 3:15
**plan** [14] - 26:19, 29:5, 93:18, 101:14, 102:21, 102:24, 103:12, 103:14, 103:24, 120:13, 124:6, 125:5, 152:12, 152:15
**plans** [1] - 152:4
**platform** [1] - 6:4
**PLLC** [1] - 3:9
**plus** [3] - 102:16, 114:25, 125:6
**point** [8] - 57:23, 67:12, 87:22, 112:24, 114:19, 125:25, 132:7, 136:7
**police** [2] - 136:8, 146:24
**position** [1] - 114:21
**positions** [3] - 76:3, 76:5, 76:6
**Positive** [5] - 37:10, 37:11, 37:15, 149:12, 149:17
**possible** [3] - 147:2, 147:3, 147:10
**posted** [1] - 126:3
**Power** [9] - 26:3, 33:8, 70:12, 70:14, 91:22, 157:11, 157:21, 158:4, 158:13
**preliminary** [1] - 154:17
**PREMIER** [1] - 2:9
**Premiere** [6] - 21:14, 43:24, 44:10, 44:12, 92:4, 123:12
**preparation** [2] - 55:8, 74:9
**prepare** [2] - 74:15, 74:25
**preparing** [1] - 53:20
**PRESENT** [1] - 4:7
**present** [2] - 6:7, 153:10
**press** [1] - 77:19
**previous** [1] - 14:4
**private** [2] - 15:10, 15:12
**Pro** [1] - 3:3
**problem** [2] - 102:5, 115:8
**problems** [5] - 26:12, 26:19, 43:3, 49:6, 146:23
**proceedings** [1] - 161:12

**process** [1] - 43:10
**profit** [3] - 34:11, 34:12, 96:6
**profits** [1] - 90:5
**promises** [1] - 65:18
**proof** [5] - 21:9, 21:11, 21:20, 23:3, 23:6
**proposed** [1] - 108:17
**protect** [1] - 103:9
**prove** [1] - 123:16
**provide** [1] - 145:7
**provided** [3] - 21:23, 123:11, 152:4
**providers** [1] - 152:15
**Public** [3] - 2:24, 164:22, 166:8
**pulled** [11] - 46:13, 58:15, 60:14, 63:7, 65:25, 67:8, 95:11, 100:20, 101:2, 109:15, 109:21
**pulling** [1] - 64:18
**purchase** [1] - 91:25
**purpose** [4] - 113:11, 114:7, 114:9, 114:14
**purposes** [1] - 149:22
**pursuant** [1] - 2:22
**pursued** [1] - 118:8
**put** [14] - 12:25, 43:13, 43:14, 51:6, 58:10, 67:23, 68:4, 68:11, 90:17, 90:19, 90:20, 91:11, 91:15, 163:12
**puts** [1] - 150:9
**putting** [3] - 54:4, 112:14, 112:25

**Q**

**quadrupe** [1] - 113:7
**quadruple** [1] - 30:2
**Quan** [2] - 32:22, 93:2
**questioned** [2] - 82:4, 85:17
**questions** [11] - 8:3, 8:11, 8:15, 24:22, 54:10, 160:18, 162:9, 162:12, 162:13, 162:15, 162:17

**R**

**reaches** [1] - 145:6
**read** [22] - 9:9, 14:3, 20:21, 20:23, 20:24, 24:23, 40:18, 40:22, 40:24, 54:17, 119:18, 119:22, 120:5, 137:2, 137:5,

137:12, 137:15, 139:13, 141:8, 147:15, 149:5, 164:8
**reading** [1] - 9:17
**ready** [2] - 36:12, 131:9
**real** [3] - 21:24, 123:14, 123:15
**reality** [1] - 123:25
**really** [4] - 26:13, 81:25, 95:4, 113:6
**Realty** [3] - 3:9, 40:2, 72:9
**REALTY** [1] - 1:17
**reason** [9] - 8:4, 8:13, 48:20, 80:21, 81:14, 81:17, 82:17, 93:6, 114:23
**receive** [5] - 11:8, 15:3, 43:8, 84:24, 151:5
**received** [7] - 9:11, 10:11, 28:2, 28:3, 40:19, 94:17, 160:25
**receiving** [2] - 68:10, 68:11
**recently** [2] - 58:17, 82:20
**recess** [2] - 74:2, 142:10
**reconvene** [1] - 73:24
**record** [10] - 6:22, 7:13, 13:21, 51:7, 91:5, 142:14, 162:19, 164:12, 164:13, 166:13
**recordings** [1] - 160:14
**records** [6] - 91:8, 159:22, 160:2, 160:10
**recovered** [1] - 87:23
**regard** [3] - 38:13, 77:8, 94:23
**regarding** [3] - 50:25, 136:13, 148:2
**regular** [4] - 97:19, 98:2, 128:13, 163:3
**related** [1] - 166:16
**relating** [1] - 135:14
**relationship** [3] - 156:25, 157:4, 157:5
**release** [3] - 28:12, 28:13, 28:15
**Relief** [10] - 84:25, 85:7, 86:5, 86:9, 86:25, 87:6, 87:25, 88:5, 88:9, 89:18
**remember** [72] - 21:23, 30:16, 32:19,

33:22, 35:5, 37:20,
38:3, 38:17, 43:22,
46:10, 46:11, 48:11,
48:14, 54:6, 54:7,
54:10, 54:15, 54:22,
54:24, 55:3, 55:11,
55:13, 58:4, 65:4,
66:3, 74:10, 76:11,
77:25, 80:12, 80:19,
81:20, 82:10, 84:23,
86:19, 86:20, 86:21,
87:10, 87:11, 87:15,
87:17, 88:20, 89:6,
89:20, 90:18, 93:14,
95:20, 95:23, 96:15,
96:18, 100:24,
100:25, 105:2,
105:7, 105:12,
105:15, 116:10,
126:2, 126:15,
126:17, 129:23,
134:11, 145:9,
147:12, 147:20,
147:21, 148:12,
149:7, 149:8,
151:15, 151:17,
151:20, 155:15
**remembering** [1] -
126:14
**remotely** [1] - 6:10
**remove** [2] - 22:20,
147:12
**removed** [2] - 22:5,
23:18
**removing** [3] - 22:17,
147:8, 147:14
**reopened** [1] - 61:21
**rep** [4] - 129:19,
131:4, 131:5, 131:7
**repeat** [1] - 14:2
**rephrase** [2] - 8:6,
62:6
**report** [2] - 135:20,
135:24
**reporter** [3] - 13:23,
14:3, 141:8
**REPORTER** [4] - 6:2,
7:12, 7:15, 162:18
**reporting** [1] - 6:9
**reports** [9] - 135:13,
136:11, 136:20,
137:5, 137:12,
137:15, 138:9,
139:12, 148:21
**request** [1] - 153:18
**requested** [1] - 141:9
**reserved** [1] - 5:11
**reside** [1] - 9:13
**resolved** [2] - 65:11,
65:16

**respect** [1] - 110:13
**respected** [3] - 60:11,
65:24, 110:10
**respective** [1] - 5:4
**rest** [1] - 30:8
**restaurant** [8] - 78:9,
78:17, 111:14,
111:20, 111:22,
112:22, 113:12,
114:2
**returned** [5] - 64:23,
65:15, 65:17, 112:3,
134:13
**returns** [11] - 27:12,
27:17, 40:5, 40:12,
67:24, 68:5, 128:20,
153:19, 153:25,
154:6, 154:9
**reviewed** [1] - 74:9
**rid** [1] - 16:15
**ring** [2] - 72:21, 80:16
**ripped** [1] - 99:24
**ROBERT** [1] - 1:6
**Robert** [4] - 3:16,
18:22, 69:2, 69:4
**role** [1] - 34:16
**RONNEBURGER** [4] -
4:5, 7:4, 162:14,
163:7
**Ronneburger** [1] - 7:5
**room** [2] - 6:8, 100:8
**ROSLYN** [1] - 2:7
**roughly** [2] - 125:8,
130:19
**ROUTE** [1] - 1:18
**Route** [3] - 3:9, 72:13,
72:15
**RULINGS** [1] - 165:8
**run** [4] - 24:12, 63:15,
63:16, 84:3
**running** [1] - 26:2
**Russ** [1] - 163:5
**RUSSELL** [1] - 3:12
**Russell** [7] - 6:24,
10:17, 62:23, 74:20,
82:15, 136:4, 140:18

## S

**S-A-L-E-E-M** [1] - 79:5
**safe** [7] - 106:18,
106:22, 106:23,
107:2, 107:4, 107:6,
107:7
**sale** [3] - 83:21, 83:25,
84:2
**Saleem** [1] - 79:4
**sales** [7] - 29:4, 75:18,
76:6, 84:6, 84:8,
84:9, 99:6

**SALES** [1] - 1:5
**Sales** [4] - 3:16, 71:15,
71:16, 71:17
**salespeople** [2] -
75:14, 76:2
**Sarah** [27] - 17:25,
21:5, 21:13, 24:11,
36:5, 36:16, 40:13,
44:7, 49:7, 59:16,
75:12, 75:16, 79:6,
82:8, 82:18, 83:8,
83:10, 95:11,
111:16, 111:22,
112:12, 114:3,
130:12, 138:25,
139:9, 148:15,
154:21
**SARAH** [1] - 1:24
**sat** [3] - 104:6, 104:11,
110:17
**saw** [8] - 46:25, 98:24,
99:3, 102:16,
106:11, 106:13,
136:23, 148:9
**school** [2] - 14:24,
15:9
**schooling** [1] - 15:6
**Se** [1] - 3:3
**sealing** [1] - 5:5
**second** [7] - 13:20,
16:15, 41:6, 52:6,
53:14, 113:24, 114:3
**section** [2] - 149:4,
149:6
**security** [4] - 36:25,
37:5, 37:7, 149:22
**see** [19] - 9:16, 10:5,
17:4, 20:3, 30:15,
44:23, 48:14, 52:3,
52:22, 70:21, 70:25,
71:3, 76:10, 76:16,
88:21, 119:19,
123:9, 125:24, 127:9
**seeing** [1] - 154:13
**seem** [1] - 117:12
**sell** [6] - 84:14,
117:15, 144:23,
145:18, 159:7
**selling** [2] - 108:17,
146:8
**sent** [1] - 50:6
**separately** [2] -
110:23, 110:24
**services** [1] - 163:3
**set** [2] - 166:11,
166:21
**seven** [1] - 64:16
**shake** [2] - 110:18,
111:13
**shall** [1] - 5:11

**SHANKS** [38] - 3:7,
3:12, 6:24, 13:16,
24:19, 25:4, 36:8,
45:5, 47:9, 51:5,
62:2, 62:17, 70:24,
75:5, 88:15, 90:6,
99:7, 99:12, 99:16,
103:8, 119:5,
119:13, 120:4,
120:25, 135:17,
135:22, 140:9,
140:15, 140:19,
140:23, 141:6,
142:5, 143:19,
157:9, 160:17,
160:22, 162:11,
162:21
**shanks** [7] - 10:18,
10:21, 10:24, 11:3,
11:6, 99:11, 99:15
**Shanks** [2] - 6:25,
51:5
**shape** [4] - 45:2, 89:3,
113:3, 115:2
**shook** [2] - 111:10,
112:7
**Shore** [140] - 9:13,
11:22, 11:24, 17:3,
18:4, 19:23, 20:5,
20:6, 20:25, 21:17,
21:24, 22:10, 23:25,
24:8, 24:9, 24:15,
25:12, 25:23, 27:10,
27:17, 27:24, 28:18,
28:23, 28:24, 28:25,
32:20, 33:15, 34:2,
34:17, 34:21, 35:3,
35:7, 40:5, 40:12,
40:14, 41:14, 42:16,
43:12, 44:4, 44:8,
44:13, 44:16, 44:21,
45:15, 46:9, 46:15,
48:8, 48:18, 50:4,
51:2, 51:13, 56:3,
57:14, 57:18, 58:2,
58:6, 58:22, 61:8,
64:9, 64:19, 65:2,
66:2, 66:15, 67:5,
67:15, 67:21, 67:23,
68:4, 68:15, 75:4,
75:8, 83:9, 83:15,
83:17, 84:18, 84:22,
85:2, 86:10, 87:7,
89:6, 89:23, 90:3,
90:8, 90:15, 91:6,
92:16, 92:21, 94:25,
95:25, 96:12, 96:14,
96:16, 105:5, 112:3,
115:13, 117:4,
121:10, 124:3,

124:11, 124:12,
124:16, 124:22,
124:23, 125:18,
126:19, 126:23,
129:8, 131:23,
132:21, 133:6,
134:10, 134:15,
134:18, 134:23,
135:2, 135:16,
136:8, 136:12,
144:20, 148:14,
150:24, 151:6,
151:14, 152:5,
152:12, 152:16,
152:21, 153:7,
153:19, 153:24,
154:22, 155:8,
155:19, 155:25,
156:15, 159:22,
160:2, 160:6,
160:10, 160:14
**Shore's** [3] - 124:2,
125:3, 153:2
**short** [2] - 15:19, 74:2
**shortly** [1] - 158:20
**show** [4] - 21:11, 23:3,
42:8, 97:14
**showed** [6] - 21:14,
22:12, 23:12, 46:12,
47:3, 96:22
**showing** [4] - 95:5,
96:24, 97:10, 100:12
**shut** [3] - 12:12,
61:18, 65:3
**side** [1] - 20:5
**sign** [16] - 40:4, 40:8,
40:9, 40:10, 124:8,
129:20, 130:10,
130:13, 131:10,
132:8, 132:11,
135:6, 143:25,
146:6, 146:11,
152:10
**signed** [11] - 5:15,
5:18, 47:25, 48:2,
92:12, 129:22,
130:11, 145:11,
145:12, 152:11
**Signed** [1] - 164:20
**signing** [2] - 44:21,
146:2
**silently** [2] - 104:6,
104:12
**simply** [1] - 131:14
**sit** [3] - 87:5, 117:2,
154:4
**sitting** [2] - 78:9,
78:18
**situation** [3] - 12:18,
12:23, 158:17

**six** [3] - 26:8, 30:8, 59:19
**SMITHTOWN** [1] - 2:8
**so-called** [1] - 148:20
**sold** [5] - 29:9, 29:10, 98:9, 124:20, 125:2
**someone** [5] - 52:10, 53:14, 80:14, 100:3, 143:24
**sometimes** [5] - 36:12, 51:2, 56:4, 143:6, 150:20
**somewhere** [3] - 24:10, 78:9, 107:18
**son** [1] - 157:2
**son-in-law** [1] - 157:2
**sorry** [15] - 16:7, 28:8, 34:19, 36:11, 43:21, 53:16, 55:6, 64:15, 71:10, 71:25, 72:19, 76:19, 144:11, 159:19
**sort** [1] - 145:16
**sound** [1] - 147:4
**speaking** [6] - 41:4, 56:7, 82:6, 93:15, 134:5, 162:17
**specific** [1] - 121:4
**split** [2] - 163:5, 163:8
**spoken** [8] - 19:7, 19:14, 70:2, 70:5, 77:23, 78:3, 104:3, 161:17
**ss** [2] - 164:4, 166:4
**standing** [1] - 22:4
**start** [3] - 77:13, 94:15, 97:13
**started** [12] - 22:16, 25:11, 43:3, 94:6, 94:8, 94:19, 100:11, 100:18, 100:19, 101:5, 101:12
**state** [1] - 7:12
**State** [3] - 2:24, 164:22, 166:8
**STATE** [2] - 164:4, 166:3
**STATES** [1] - 1:2
**States** [2] - 15:7, 161:2
**status** [1] - 134:25
**Ste** [2] - 3:11, 3:22
**steal** [3] - 35:6, 95:18, 117:7
**stealing** [6] - 95:14, 101:3, 101:25, 104:8, 106:6, 109:16
**still** [13] - 9:17, 12:3, 26:22, 27:25, 28:6, 28:11, 42:19, 43:7,

49:8, 67:4, 67:23, 116:4, 154:8
**STIPULATED** [3] - 5:2, 5:8, 5:13
**stock** [3] - 31:6, 31:7, 31:10
**stockholder** [1] - 39:21
**stole** [4] - 105:5, 115:12, 115:23, 116:12
**stop** [4] - 25:14, 25:17, 62:22, 67:17
**stopped** [18] - 15:15, 25:23, 25:24, 30:5, 48:25, 50:5, 58:22, 58:23, 67:13, 68:10, 68:15, 93:4, 93:7, 93:11, 113:8, 113:9, 132:22
**stopping** [2] - 138:24, 139:2
**store** [2] - 30:18, 92:3
**stores** [4] - 33:24, 39:12, 39:13, 89:10
**strangers** [1] - 102:15
**Street** [4] - 3:9, 3:22, 39:25, 72:9
**street** [6] - 39:6, 102:13, 102:15, 105:21, 105:23, 159:10
**STREET** [1] - 1:17
**stress** [1] - 115:21
**strike** [1] - 141:5
**stuff** [5] - 32:11, 33:9, 100:5, 102:22, 108:4
**subpoena** [1] - 160:25
**subscribed** [1] - 164:20
**substantive** [1] - 78:22
**Success** [1] - 3:17
**sued** [2] - 13:10, 13:15
**Suffern** [2] - 7:18, 8:21
**suggest** [4] - 48:17, 146:21, 146:25, 147:9
**suggesting** [1] - 83:7
**suggestion** [1] - 29:3
**suggestions** [1] - 126:16
**suing** [7] - 52:14, 53:13, 80:24, 94:18, 94:20, 94:21, 101:12
**Suite** [1] - 3:17
**Sullivan** [2] - 29:21, 32:18
**sum** [1] - 87:15

**SUNRISE** [3] - 1:7, 1:12, 2:5
**Sunrise** [7] - 3:4, 3:7, 18:8, 38:14, 38:22, 68:20, 71:23
**Superb** [9] - 3:15, 18:12, 18:13, 18:18, 18:20, 19:18, 19:25, 38:25, 68:23
**SUPERB** [1] - 1:5
**supposed** [5] - 27:9, 28:11, 28:14, 59:7, 150:25
**surgery** [10] - 17:9, 23:20, 23:22, 29:23, 29:25, 30:6, 64:11, 64:13, 113:3, 116:9
**swearing** [1] - 6:20
**switched** [2] - 80:4, 80:5
**sworn** [4] - 5:15, 5:18, 7:9, 166:12
**Syosset** [1] - 32:10
**SYOSSET** [1] - 2:4
**system** [7] - 37:9, 37:18, 50:17, 149:11, 149:17, 149:21, 149:24

**T**

**Tax** [3] - 125:16, 125:17, 125:24
**tax** [14] - 27:11, 27:17, 40:4, 40:12, 67:24, 68:5, 128:20, 152:20, 153:2, 153:6, 153:19, 153:25, 154:6, 154:8
**TEAM** [1] - 1:5
**Team** [4] - 3:16, 71:15, 71:16, 71:17
**telephone** [8] - 51:3, 51:15, 55:24, 79:7, 79:8, 79:17, 79:21, 160:10
**ten** [1] - 21:22
**tenants** [1] - 44:18
**term** [1] - 155:10
**testified** [2] - 7:10, 149:13
**testify** [2] - 120:4, 161:11
**testimony** [6] - 6:15, 121:2, 141:9, 164:9, 164:12, 166:14
**text** [6] - 56:9, 56:10, 82:17, 82:23, 83:2, 83:5
**texting** [2] - 37:17,

82:18
**texts** [1] - 56:12
**THE** [11] - 6:2, 7:12, 7:14, 7:15, 7:17, 13:24, 141:19, 141:25, 159:18, 162:10, 162:18
**theft** [1] - 120:22
**thinking** [1] - 20:3
**Thomas** [2] - 72:22, 72:23
**THOMAS** [1] - 2:2
**Thomasson** [7] - 7:24, 24:20, 36:9, 47:11, 51:9, 99:7, 140:9, 140:24, 162:25
**THOMASSON** [33] - 1:24, 3:3, 6:23, 7:22, 13:25, 24:23, 62:7, 62:21, 73:19, 73:23, 88:17, 99:10, 99:14, 99:19, 119:8, 120:18, 121:6, 136:3, 140:12, 140:17, 140:21, 141:4, 141:10, 141:17, 141:22, 142:3, 142:9, 142:16, 159:16, 160:19, 162:8, 162:23, 165:4
**Thomasson's** [1] - 13:19
**thorough** [1] - 160:21
**thousand** [9] - 9:24, 116:13, 116:15
**three** [9] - 14:9, 14:10, 20:18, 27:15, 28:20, 111:24, 112:6, 112:7, 112:22
**Timed** [1] - 78:17
**timeframe** [2] - 51:8, 75:6
**timing** [1] - 30:21
**title** [1] - 117:15
**titles** [18] - 22:24, 29:10, 36:18, 59:7, 59:11, 63:20, 65:18, 93:18, 106:14, 106:17, 107:3, 107:13, 107:20, 108:5, 113:17, 113:18, 117:14, 125:6
**today** [12] - 8:3, 8:10, 8:15, 9:5, 9:7, 58:6, 87:5, 99:6, 117:3, 129:4, 134:14, 134:23
**together** [7] - 16:22,

60:3, 81:10, 83:22, 85:19, 113:22, 147:13
**token** [13] - 149:20, 149:23, 150:4, 150:6, 150:7, 150:11, 150:13, 150:14, 150:16, 150:20, 150:21, 150:22
**tokens** [1] - 150:23
**TONY** [1] - 4:8
**Tony** [8] - 19:2, 20:7, 20:10, 41:13, 41:16, 101:8, 101:10, 120:9
**took** [44] - 14:8, 26:15, 26:16, 32:25, 34:11, 34:13, 35:12, 35:19, 35:23, 36:16, 36:22, 44:2, 46:6, 46:21, 57:25, 59:6, 64:4, 64:25, 65:8, 91:22, 92:3, 93:23, 106:14, 107:13, 107:19, 108:4, 110:21, 111:6, 113:19, 117:3, 117:9, 121:25, 122:7, 124:10, 124:11, 124:15, 130:19, 132:20, 132:25, 133:22, 134:12, 135:15, 142:11, 143:7
**top** [2] - 24:17, 52:20
**touched** [1] - 98:20
**Towers** [1] - 9:14
**training** [1] - 122:24
**tranny** [1] - 14:7
**transactions** [3] - 37:19, 37:21, 150:12
**transcript** [3] - 162:20, 164:8, 164:11
**transmission** [1] - 13:2
**travel** [1] - 16:6
**trial** [2] - 5:12, 6:3
**Trial** [1] - 2:21
**trouble** [2] - 118:2, 118:5
**true** [10] - 84:10, 104:9, 133:12, 137:17, 137:22, 137:23, 138:5, 164:11, 164:14, 166:13
**trust** [4] - 27:3, 70:22, 127:16, 133:19
**trusted** [5] - 33:20, 66:21, 86:2, 107:25,

158:2
**truth** [1] - 141:2
**trying** [6] - 63:10, 87:9, 104:14, 159:6, 159:19, 160:21
**turn** [1] - 154:5
**twice** [2] - 24:6, 79:18
**two** [16] - 14:25, 15:4, 32:18, 64:25, 65:3, 65:8, 103:19, 105:24, 112:5, 125:8, 130:20, 130:21, 137:7, 150:9, 163:8
**type** [14] - 12:24, 13:3, 14:15, 36:3, 36:24, 37:4, 37:7, 37:17, 38:17, 39:20, 84:25, 98:10, 98:11, 149:10
**types** [4] - 14:18, 15:24, 84:5, 84:12
**typically** [3] - 144:8, 144:13, 145:22

**U**

**UAA** [1] - 21:14
**UAE** [5] - 43:23, 44:10, 44:12, 92:4, 123:11
**UEA** [1] - 2:9
**under** [11] - 6:15, 28:6, 28:11, 29:6, 42:16, 42:24, 44:10, 85:20, 117:17, 126:9, 164:9
**Uniondale** [1] - 4:4
**UNITED** [1] - 1:2
**United** [2] - 15:7, 161:2
**up** [35] - 15:21, 20:14, 25:13, 27:18, 30:16, 30:17, 30:19, 31:9, 31:16, 33:5, 33:6, 37:12, 67:7, 68:7, 79:13, 101:14, 106:13, 106:16, 112:23, 122:18, 126:17, 126:19, 126:25, 129:9, 129:14, 130:17, 130:18, 130:21, 131:7, 132:3, 140:20, 141:3, 147:8, 148:11, 160:23
**Urdu** [1] - 41:11
**Urrutia** [12] - 3:16, 18:22, 19:2, 19:3, 19:17, 19:24, 20:10, 69:2, 69:5, 101:8, 101:10, 120:9

**URRUTIA** [2] - 1:6, 4:8
**Urrutia's** [1] - 19:15

**V**

**value** [1] - 35:19
**various** [1] - 39:5
**Vehicles** [1] - 161:25
**verbally** [1] - 6:14
**Verizon** [4] - 79:24, 80:2, 80:3, 80:7
**video** [4] - 50:20, 57:25, 58:9, 160:14
**videoconference** [1] - 2:17
**videos** [2] - 58:5, 58:10

**W**

**wait** [3] - 18:23, 98:15, 135:22
**waiting** [11] - 43:5, 49:3, 49:8, 66:11, 66:16, 66:23, 66:24, 67:4, 134:4, 134:8
**waive** [1] - 6:19
**waived** [1] - 5:7
**wall** [1] - 126:3
**Wantagh** [1] - 3:4
**wants** [1] - 115:8
**warehouse** [1] - 50:6
**warrant** [1] - 145:5
**warranties** [6] - 144:24, 145:3, 145:7, 145:8, 145:18, 146:9
**warranty** [9] - 144:19, 144:22, 144:23, 145:6, 145:15, 145:17, 146:6, 146:14, 146:18
**watch** [3] - 108:8, 108:12, 110:6
**watched** [1] - 29:14
**watching** [2] - 29:13, 117:21
**ways** [2] - 117:8, 117:11
**week** [10] - 21:22, 24:5, 59:2, 65:6, 79:18, 79:19, 107:17, 125:8, 130:20, 130:21
**weekly** [1] - 42:4
**weeks** [6] - 23:17, 64:25, 65:3, 65:8, 112:5, 112:6
**WEIR** [1] - 3:21
**Wendy** [5] - 32:22,

33:22, 92:25, 93:5
**WHEREOF** [1] - 166:20
**whole** [1] - 40:23
**Widener** [1] - 3:22
**wife** [6] - 59:12, 60:23, 64:2, 69:25, 108:5, 111:22
**wise** [1] - 56:19
**wish** [1] - 117:17
**withdrawn** [3] - 20:11, 64:6, 94:24
**Withdrawn** [1] - 155:5
**WITNESS** [9] - 7:14, 7:17, 13:24, 141:19, 141:25, 159:18, 162:10, 165:3, 166:20
**witness** [6] - 6:13, 6:20, 7:7, 99:17, 166:10, 166:14
**woman** [1] - 148:7
**word** [1] - 120:18
**words** [2] - 145:4, 153:19
**works** [5] - 129:17, 130:8, 131:20, 146:19, 150:6
**world** [1] - 119:7
**write** [10] - 61:15, 98:6, 112:17, 136:15, 137:19, 138:11, 138:12, 138:14, 138:19, 139:24
**writing** [5] - 98:25, 99:4, 110:15, 128:21, 154:25
**written** [1] - 153:8
**wrongdoing** [1] - 121:9
**wrote** [9] - 61:8, 99:22, 137:10, 137:18, 138:9, 138:12, 140:5, 148:5, 148:9

**Y**

**year** [9] - 16:16, 16:22, 23:15, 26:9, 30:9, 64:7, 96:2, 96:14, 100:16
**yearly** [1] - 40:7
**years** [26] - 14:6, 14:25, 15:4, 17:4, 24:8, 24:15, 24:17, 24:25, 25:11, 27:5, 27:16, 38:8, 43:4, 51:12, 64:16, 75:7,

77:22, 77:24, 78:4, 79:12, 79:14, 80:3, 80:4, 104:23, 104:24, 151:19
**YORK** [3] - 1:3, 164:4, 166:3
**York** [13] - 2:25, 3:4, 3:11, 3:17, 7:19, 8:22, 12:2, 17:2, 118:6, 118:18, 164:22, 166:9
**yourself** [6] - 85:2, 118:2, 120:22, 121:18, 121:21, 121:22

**Z**

**ZIZMOR** [1] - 3:7
**Zoom** [2] - 2:17, 6:4