1                                                    1

2    UNITED STATES DISTRICT COURT

3    EASTERN DISTRICT OF NEW YORK
     ------------------------------------------x
4    SUPERB MOTORS INC., TEAM AUTO SALES LLC,
     ROBERT ANTHONY URRUTIA, 189 SUNRISE HIGHWAY
5    AUTO LLC, NORTHSHORE MOTOR LEASING, LLC,
     BRIAN CHABRIER, JOSHUA AARONSON, JORY BARON,
6    ASAD KHAN, IRIS BARON REPRESENTATIVE OF THE
     ESTATE OF DAVID BARON, 1581 HYLAN BLVD AUTO
7    LLC, 1580 HYLAN BLVD AUTO LLC, 1591 HYLAN
     BLVD AUTO LLC, 1632 HYLAN BLVD AUTO LLC,
8    1239 HYLAN BLVD AUTO LLC, 2519 HYLAN BLVD
     AUTO LLC, 76 FISK STREET REALTY LLC, 446
9    ROUTE 23 AUTO LLC and ISLAND AUTO
     MANAGEMENT, LLC,
10                            Plaintiffs,  Case No.
                  - against -              2:23-cv-6188
11                                         (JMW) COUNTY
     ANTHONY DEO, SARAH DEO, HARRY THOMASSON,
12   DWIGHT BLANKENSHIP, MARC MERCKLING, MICHAEL
     LAURIE, THOMAS JONES, CPA, CAR BUYERS NYC
13   INC., GOLD COAST CARS OF SYOSSET LLC, GOLD
     COAST CARS OF SUNRISE LLC, GOLD COAST MOTORS
14   AUTOMOTIVE GROUP LLC, GOLD COAST MOTORS OF
     LIC LLC, GOLD COAST MOTORS OF ROSLYN LLC,
15   GOLD COAST MOTORS OF SMITHTOWN LLC, UEA
     PREMIER MOTORS CORP., DLA CAPITAL PARTNERS
16   INC., JONES, LITTLE & CO., CPA'S LLP,
     FLUSHING BANK, LIBERTAS FUNDING LLC, J.P.
17   MORGAN CHASE BANK, N.A., 189 SUNRISE HWY
     AUTO LLC, and NORTHSHORE MOTOR LEASING, LLC,
18                            Defendants.
     ------------------------------------------x
19                   333 Earle Ovington Boulevard
                     Uniondale, New York
20
                     January 8, 2026
21                   10:00 a.m.

22            Deposition of Plaintiff, ROBERT

23       ANTHONY URRUTIA, pursuant to Court Order

24       and Notice, before Diana Mitchell, a

25       Notary Public of the State of New York.

*Rich Moffett Court Reporting, Inc.*

2

A P P E A R A N C E S:

SAGE LEGAL LLC

Attorneys for Plaintiffs Superb Motors,

Inc., Team Auto Sales, LLC and Robert

Anthony Urrutia

     18211 Jamaica Avenue,

     Jamaica, New York 11423-2327

BY:  EMANUEL KATAEV, ESQ.


CYRULI SHANKS & ZIZMOR LLP

Attorneys for Plaintiffs 189 Sunrise Highway

Auto LLC, Northshore Motor Leasing, LLC,

Brian Chabrier, Joshua Aaronson, Jory Baron,

Asad Khan, Iris Baron Representative of the

Estate of David Baron, all Hylan Blvd Auto

LLCs, 76 Fisk Street Realty LLC, 446 Route

23 Auto LLC and Island Auto Management, LLC

     420 Lexington Avenue, Suite 2320

     New York, New York 10170-0002

BY:  JEFFREY RUDERMAN, ESQ.

        (via Zoom)

*Rich Moffett Court Reporting, Inc.*

```
 1                                                      3
 2    A P P E A R A N C E S (Cont'd):
 3    HARRY R. THOMASSON, ESQ.
 4    Pro Se Defendant
 5          3280 Sunrise Highway
 6          Wantagh, New York 11793
 7
 8    CULLEN & DYKMAN, LLP
 9    Attorneys for Defendant Flushing Bank
10          333 Earle Ovington Boulevard
11          Uniondale, New York 11553
12    BY:   ARIEL RONNEBURGER, ESQ.
13
14    WEIR, LLP
15    Attorneys for Defendant Libertas
16    Funding, LLC
17          The Widener Building
18          1339 Chestnut Street, Suite 500
19          Philadelphia, Pennsylvania 19107
20    BY:   JEFFREY CIANCIULLI, ESQ.
21              (via Zoom)
22
23    ALSO PRESENT:
          ANTHONY DEO
24        SARAH DEO
          ALIVIA COONEY, Paralegal
25
```

*Rich Moffett Court Reporting, Inc.*

4

IT IS HEREBY STIPULATED AND
AGREED by and between the attorneys
for the respective parties herein,
that the filing, sealing and
certification of the within
deposition be waived.

IT IS FURTHER STIPULATED AND
AGREED that all objections, except
as to the form of the question,
shall be reserved to the time of
the            trial.

IT IS FURTHER STIPULATED AND
AGREED that the within deposition
may be sworn to and signed before
any officer authorized to
administer an oath with the same
force and effect as if signed and
sworn to before the Court.


- oOo -

```
 1                                            5
 2    R O B E R T   A N T H O N Y   U R R U T I A,
 3          called as a witness, having been duly
 4          sworn by a Notary Public, was examined
 5          and testified as follows:
 6                    THE COURT REPORTER:  Please
 7          state your full name for the
 8          record.
 9                    THE WITNESS:  My name is
10          Robert Anthony Urrutia.
11                    THE COURT REPORTER:  Please
12          state your address for the record.
13                    THE WITNESS:  My address is
14          Estancia Del Sol, La Garita, Costa
15          Rica.
16               *              *              *
17    EXAMINATION BY
18    MR. THOMASSON:
19          Q     Good morning, Mr. Urrutia.
20    My name is Harry Thomasson.  I'm taking
21    your deposition this morning.
22                    Have you taken any
23    medications or drugs of any type that
24    would impact your ability to understand
25    my questions this morning?
```

*Rich Moffett Court Reporting, Inc.*

6

A    None.

Q    Is there any reason that you wouldn't be able to understand my questions this morning?

A    None.

Q    If I ask you any question that you don't understand, please let me know, I'm happy to rephrase it, all right?

A    Okay.

Q    Mr. Urrutia, where did you go to high school?

A    Emerson Junior-Senior High School in New Jersey.

Q    Did you go to college?

A    No.  I went one year but didn't finish it.

Q    Where was that one year of college?

A    Fairleigh Dickinson University.

Q    Do you have any professional licenses of any type?

A    No.

7

Q       Do you have any professional training of any type?

A       NADA School for Automotive.

Q       Do you know what that stands for, NADA?

A       National Association of Dealers, or something like that.  I don't know that.

Q       And that training consisted of what?

A       Running dealerships, fixed operations, sales.

Q       How long ago did you take that?

A       Probably 20 years ago.

Q       Was that a one-time course?

A       Yeah, takes about a week or ten days.

Q       Where did you go to take that?

A       I forgot which state it's in.

Q       But it was another state?

A       Yeah.

Q       Do you have any problems with

*Rich Moffett Court Reporting, Inc.*

```
1                                    8
2    your memory at all, sir?
3         A     No.
4         Q     Please be sure to speak up so
5    we can all hear, okay?
6              MS. S. DEO:  Yes, thank you.
7              THE WITNESS:  Sure.
8         Q     When did you first meet
9    Anthony Deo?
10        A     I believe it was February of
11   '22.
12        Q     So that would be about --
13        A     Nine months before.
14        Q     -- nine months before you
15   entered into a contract with him?
16        A     Correct.  I had nothing to do
17   with that, though.
18        Q     What were the circumstances
19   under which you met Mr. Deo?
20        A     I was introduced to him.  I
21   believe he was looking to get a partner
22   in a dealership he was looking to buy or
23   invest in.
24        Q     Do you know what dealership
25   that was?
```

1                                                  9

2          A       Yes, Baron Nissan.

3          Q       And did you two do any

4    business over Baron Nissan?

5          A       No.

6          Q       When was the next time that

7    you met him?

8          A       In November, early November.

9          Q       Who reached out to who in

10   early November of '22?

11         A       A friend of mine, Michael

12   Morgan, from the car business introduced

13   me to him.  He knew I was looking for

14   somebody to potentially run Superb Motors

15   as I had just finished my partnership

16   with somebody else, and I was in between

17   whether I wanted to keep it open or -- or

18   -- or close it, and he told me he knew

19   somebody that was a good car guy.

20         Q       Why were you considering

21   closing Superb in November of '22?

22         A       I initially opened to open a

23   dealership specifically for the Caribbean

24   community.  I had somebody that I had

25   been doing business with for a long time

*Rich Moffett Court Reporting, Inc.*

10

that had a radio station and promised,
you know, to bring a lot of people in and
advertise on the radio station, about
$100,000, $120,000 worth of advertising,
and I had worked with him while I was at
Plaza, and they did bring a lot of people
in.

So you know, we started off,
but as time went on it, you know, wasn't
doing great, and I had other dealerships
that I was -- I was opening.  I did think
there was a better -- there was more
opportunity by expanding outside of just
the Caribbean community, so you know,
with the right person I thought the
dealership had a lot of potential.

Q    What dealerships, in November
of '22, did you have?

A    I had a Mitsubishi dealership
in Connecticut, and I had a Volkswagon
dealership in Freehold, New Jersey, and I
was about to open a Nissan dealership in
Massachusetts.

Q    Did you end up opening the

*Rich Moffett Court Reporting, Inc.*

```
1                                    11
2      Massachusetts store?
3             A       Yes.
4             Q       The Mitsubishi dealership in
5      Connecticut was in Hartford; is that
6      right?
7             A       Correct.
8             Q       Are any of those three stores
9      still operating?
10            A       No.
11            Q       Do you at this time have any
12     dealership that you're operating?
13            A       No.
14            Q       How long was the store in
15     Massachusetts open?
16            A       About from December of '22
17     until, I think, December of '24.
18            Q       About two years?
19            A       Correct.
20            Q       Did you and Anthony Deo do
21     any business over the dealership in
22     Massachusetts?
23            A       No.
24            Q       Did you and Anthony Deo do
25     any business over the dealership in
```

*Rich Moffett Court Reporting, Inc.*

1                                          12

2       Connecticut?

3            A       No.

4            Q       And did you and Anthony Deo

5       do any business over the dealership in

6       New Jersey?

7            A       No.  By that I mean you mean

8       was he involved in any of them?

9            Q       Right.

10           A       Correct, no.

11           Q       Now, there were discussions

12      about him possibly purchasing one or more

13      of those dealerships, weren't there?

14           A       One, the Mitsubishi store.

15           Q       That would be in Connecticut?

16           A       Correct.

17           Q       Do you remember when that

18      discussion began?

19           A       April of '23.

20           Q       Was that discussion ongoing

21      through and including July of '23, if you

22      know?

23           A       Yeah, we kept discussing it,

24      I would say it got more serious in July

25      of 2023.

13

Q      Now, at some point in time
Sarah Deo was working at Superb, right?

A      Yes, from the beginning, as
far as I know.  Well, right after she had
the baby.  I'm sorry.  Probably she was
involved in it December, January, so
pretty much from the beginning.

Q      She had the baby.  If she had
the baby in January of '23, would that
help refresh your memory as to when she
began?

A      No, but I mean, I can look at
payroll records I'm sure.

Q      Do you think that she worked
at Superb while she was still pregnant?

A      I don't know.  I -- I believe
so.  I think she was running the BDC.

Q      What does that stand for?

A      Business Development Center.

Q      That was with your knowledge
and approval?

A      Yes.

Q      What was Anthony Deo doing at
Superb?

*Rich Moffett Court Reporting, Inc.*

14

```
1
2       A       Initially just kind of
3    getting things started, bringing people
4    in.  As of February he became the general
5    manager.
6       Q       That was with your knowledge
7    and approval?
8       A       Yes.
9       Q       Do you know Dwight
10   Blankenship?
11      A       I do.
12      Q       Who is Dwight Blankenship to
13   you?
14      A       He was one of Anthony's guys,
15   he brought him in.  As far as I knew, he
16   was one of his security guys and was
17   going to be helping in the dealership
18   with logistics and whatever Anthony
19   needed him to do.
20      Q       What other guys did Anthony
21   bring in?
22      A       Marc Merckling, same thing.
23   I know he brought in a couple of F&I
24   guys, I don't remember their names, and a
25   couple of salespeople.  One in particular
```

*Rich Moffett Court Reporting, Inc.*

1                                                    15

2       that I, you know, a couple of standouts,

3       Jeremy and Kevin that I know he brought

4       in, and but mostly I know their names

5       because of this -- this case.

6            Q       Anyone else that he brought

7       in that you can think of?

8            A       Not that I know their names.

9            Q       Okay.

10                   Have you and I ever spoken

11      before today?

12           A       No, not directly, no.

13           Q       And we don't know each other

14      at all, do we?

15           A       No.

16           Q       Do you know whether or not

17      there were any services that I provided

18      to Superb Motors?

19           A       I know there's checks, so I'm

20      sure you did.

21           Q       What do you know about those

22      services?

23           A       I have no idea.  You know, I

24      guess Anthony hired you, and I know he

25      had counsel, but there's checks, so I'm

16

assuming you did something for him for Superb.

Q    Do you know that there was a lawsuit that I was involved in?

A    No.  I've heard about it through the case, but no, because I have counsel, and any lawsuit that happened in any of my dealerships my counsel would handle.

Q    So at the time that I was handling the lawsuit for Superb Motors, you didn't know about that lawsuit?

A    I'm sure I did.

Q    Okay.

Was there anything else that you know today that I did for Superb?

A    I mean, other than the checks that I saw, I don't know that you did anything for Superb, other than whatever Anthony asked you to.

Q    I agree.  By the way, to the best of my knowledge, I think I only did that one lawsuit.

When you met Anthony Deo in

```
 1                                              17
 2    November of 2022, what were you two
 3    discussing?
 4          A      A partnership in -- in Superb
 5    Motors and the two dealerships that he
 6    was involved in, Northshore and Sunrise.
 7          Q      Did those talks just take
 8    place between you and he?
 9          A      No, it was a gentleman there,
10    Michael Laurie, and I think Bruce Novicky
11    was there, and maybe James as well.
12          Q      James who?
13          A      I forget.  I can't pronounce
14    his last name, Skircoski, or something
15    like that.
16          Q      Was James one of your guys or
17    one of Anthony's guys?
18          A      One of my guys.
19          Q      You know what I mean when I
20    say that, right?
21          A      Yeah, he worked for me.
22          Q      Right.
23                 In other words, who brought
24    them to the dealership is what I mean?
25          A      Yeah, he worked for me.
```

*Rich Moffett Court Reporting, Inc.*

```
1                                    18
2          Q      Yeah.
3          A      He was the VP for the group,
4   and Bruce was the COO for the group.
5          Q      Are any of those three
6   locations of yours in Massachusetts,
7   Connecticut and New Jersey, if you know,
8   still operating a car dealership?
9          A      Yeah, the -- the
10  Massachusetts store.
11         Q      Do you know who owns or is
12  operating that store today?
13         A      I know it -- I remember his
14  first name.  Jave is the guy who bought
15  it from me.
16         Q      So you sold at that point?
17         A      Yes.
18         Q      Was he someone that you knew
19  at the time that you sold it to him?
20         A      No.
21         Q      Do you know if there is a
22  dealership still operating at the
23  Hartford location?
24         A      No.  I do know there isn't.
25         Q      Do you know what is operating
```

*Rich Moffett Court Reporting, Inc.*

1                                              19

2    at the Hartford location?

3            A       No, I know the location was

4    sold.

5            Q       Do you know who it was sold

6    to?

7            A       No idea.

8            Q       Are you in touch with the

9    person who now owns that property?

10           A       No, only the old owner.

11           Q       Who is the old owner?

12           A       Mark Crowley.

13           Q       Are you still in touch with

14   Mr. Crowley?

15           A       Yes.

16           Q       Why are you still in touch

17   with Mr. Crowley?

18           A       'Cause he's holding the

19   vehicles there for me until this is all

20   over.

21           Q       How many vehicles are there?

22           A       I believe 13, a total of 13.

23           Q       Are they still there?

24           A       Yes.

25           Q       How long have they been

```
 1                                          20

 2   there?

 3        A       From when we put them there

 4   back in October of '23, I believe.

 5        Q       Did you know that we offered

 6   to have those cars sold and the money put

 7   in escrow?

 8        A       I've never heard that offer.

 9        Q       Okay, so --

10        A       I actually believe I asked

11   for that offer and it didn't -- didn't

12   come about, so...

13        Q       Since then do you know that

14   we offered that as well?

15        A       No. I know you mentioned it

16   in one of your --

17        Q       I'm sorry?

18        A       I know you mentioned in one

19   of your letters where it was in

20   discussions about the mediation or

21   something, but I never heard you had made

22   that offer to me.

23               MR. KATAEV:  Quick pause for

24        two things.

25               Is that your phone making
```

*Rich Moffett Court Reporting, Inc.*

```
1                                              21
2      noise?
3              MR. THOMASSON:  I did want to
4      know if it is mine.
5              THE WITNESS:  Might be my
6      watch.
7              MR. KATAEV:  Second, we have
8      Cianciulli is counsel for Libertas,
9      he's joining virtually.
10             Third, Mr. Ruderman, and,
11     Mr. Cianciulli, do you hear both
12     the witness and Mr. Thomasson
13     speaking, or do we need to bring
14     the mic closer?
15             MR. CIANCIULLI:  I can hear
16     you, but I didn't hear them
17     speaking yet.  I'll let you know if
18     it doesn't work.
19             MR. RUDERMAN:  I can hear
20     Mr. Thomasson very clearly, but I
21     can hear Mr. Urrutia pretty well
22     mostly.
23             MR. KATAEV:  Okay, so we'll
24     leave everything alone.
25             Go ahead.
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                      22
 2              MR. THOMASSON:  I'm glad I'm
 3         not the only one who has trouble
 4         with that last name.
 5              MR. CIANCIULLI:  Which one,
 6         mine, or the witness's name?
 7              MR. THOMASSON:  Well, that
 8         one, too, that one, too.
 9              MR. CIANCIULLI:  I'll just
10         call him Tony then.
11              MR. THOMASSON:  Could you
12         read back the last question,
13         please?
14              (Record read.)
15    BY MR. THOMASSON:
16         Q    We initially made that offer
17    in one of the mediations that we
18    attended, and then we were told that
19    there would be no further negotiations
20    that day, so I just want to let you know
21    that.
22         A    I don't know how we can reach
23    out to that mediator, because he didn't
24    bring that offer to me.
25         Q    All I can tell you is if
```

*Rich Moffett Court Reporting, Inc.*

you're interested in that, let your

counsel know and we'll work something

out, okay?

         A       I believe I have asked the

court several times in our -- in our

letters to the court, so I...

         Q       Well, things can change, and

that is something that changed, and

that's something that we're able and

willing to discuss.

         A       All the cars, correct?

         Q       What cars are you referring

to?

         A       The ones I have and the ones

Deo has as well, right?

         Q       Well, I don't know where all

this is going to head.  There would be,

I'm sure, an exchange of lists, and we'll

figure something out.

         A       Okay.

         Q       Now, what security exists at

the Hartford lot at this time regarding

those cars?

         A       Whatever -- wherever the new

```
1                                        24
2     owner is I'm sure has security or
3     cameras, or we send somebody there all
4     the time to go look.
5          Q      Do you know that or not?
6          A      I don't know that.  I -- I've
7     lost control of all my stores, as you
8     know, so you know, he's -- he's been
9     gracious enough to let me hold the
10    vehicles there until this is all
11    resolved.
12         Q      The new owner has been
13    gracious enough?
14         A      Correct.
15         Q      You haven't spoken to the new
16    owner yourself?
17         A      No, that's through the old
18    owner, Mark Crowley.
19         Q      Are those cars insured at
20    this time?
21         A      Yes, they're insured by
22    Nissan.  Cars are still on floor plan, so
23    if they're on floor plan they're insured,
24    and I believe we provided the
25    certificates from NMAC that they're
```

```
 1                                           25
 2    insuring the vehicles.
 3          Q       How long have they been on a
 4    floor plan with Nissan?
 5          A       From September 8th and
 6    September 15th of 2023.
 7          Q       What floor plan were they on
 8    before that?
 9          A       Nissan.  I had to pay them
10    off once Anthony took them off the lot,
11    so I paid them off.  When I got them
12    back, I put them back on it.
13          Q       What floor plan were they on
14    before September of 2023?
15          A       Nissan.  Nissan and -- and my
16    -- a few of them might have been on
17    NextGear or something, I believe 13 or
18    something might have been on NextGear,
19    but I'd have to check the records.
20          Q       Do you still maintain your
21    DMV licenses for any of your four lots?
22          A       No.
23          Q       So how can you have a floor
24    plan at this time with Nissan?
25          A       The cars were floored, so
```

*Rich Moffett Court Reporting, Inc.*

26

Nissan kept flooring them.  It's not my floor plan, it's Nissan's.  They took the cars.  They have an interest in them, they file UCCs.  When you put them on floor plan, they hold the interest on them, and you're waiting to see what happens with this case, to see if they get back some of the -- the money.

Q    Are you being sued by Nissan at all?

A    And I'm suing -- I'm suing them as well, so...

Q    How many such lawsuits exist?

A    Just Nissan.  As far as any other lawsuits that I know, we've settled.  Anything left behind from this mess with any customers, as far as I know, I don't have any others, but there might be.  I have no idea.

Q    So you have one lawsuit going on with Nissan?

A    Yeah.  That I -- that I know about.  As you know I live in Costa Rica, so I haven't been served with anything,

27

and I haven't really heard of anything.

Q    That lawsuit that you're speaking of with Nissan you were served with?

A    Yes.

Q    Where is that lawsuit?

A    In Connecticut.  We consolidated lawsuits from all the states into one with all the attorneys agreed, and we moved it all to Connecticut.

Q    So there was more than one lawsuit, but now they were combined into one in Connecticut?

A    It would have been one for each state, right, for -- for...

Q    I understand.

And so at some point in time Nissan was suing you in New Jersey?

A    New Jersey.  Each of the dealerships, yes, would have been sued, but...

Q    Were you sued in New York?

A    No, because I -- I paid off those -- those floor plan lines.

*Rich Moffett Court Reporting, Inc.*

```
 1                                        28
 2          Q      So you were sued in
 3    Connecticut?
 4          A      In Connecticut, Massachusetts
 5    and New Jersey.
 6          Q      I see.
 7                 And those three lawsuits you
 8    have been served with and are now
 9    combined into one; is that correct?
10          A      Correct, yes.
11          Q      I understand.
12                 Have you ever spoken with law
13    enforcement about this situation?
14          A      Absolutely.
15          Q      Could you please tell me each
16    agency that you spoke with?
17          A      Nassau County Police
18    Department, the FBI, and I might have --
19    I think I even contacted the internal
20    affairs.
21          Q      Internal Affairs of Nassau
22    County?
23          A      Correct.
24          Q      Why did you contact Internal
25    Affairs of Nassau County?
```

29

     A     Well, there was a police

officer involved.

     Q     Would that be

Mr. Blankenship?

     A     Correct.

     Q     So you went to internal

affairs about Mr. Blankenship; is that

right?

     A     Correct.

     Q     What is it you told them that

he did wrong?

     A     What was going on at the time

he was working for Anthony Deo and what

Anthony Deo did.  I don't think it went

very far after that, because then I spoke

to the FBI, and that's where I focused my

attention.

     Q     What did you tell the FBI

that Mr. Blankenship did wrong?

     A     Basically, to me, this is a

gang, you know.  This isn't -- I am not

the only one suing them.  This is three,

I think, you have going on, plus you have

another dealership now, so that would be

30

a fourth.

So to me, it's your business, right, and it's a gang that kind of coordinates everything, you being the facilitator. You know you have an accounting department that creates, or an accountant, that creates fake financials, you have muscle and guys that handle logistics. So I told them basically the operation that you were running, and that was it.

Q    Do you think that I'm the one that's running that?

A    No, I think you're the facilitator. You're the one who handles all the legal stuff to make sure that it takes years and years before anybody is able to get any kind of justice, so I think you're part of the criminal gang, yes.

Q    Okay.

But I'll go back to my original question. Please tell me what it is you think Mr. Blankenship did

```
 1                                              31
 2     wrong.
 3          A     Well, he was, let's see, he
 4     handled the cash, he was getting 65,000 a
 5     year, even though you say he only does
 6     menial work, but he was handling the
 7     cash, moving the inventory.
 8                    When floor plan -- him and
 9     Marc would handle the floor plans.  I
10     mean, he was involved in moving the cash
11     and depositing it into fake bank accounts
12     that existed, so...
13          Q     So you think Mr. Blankenship
14     was stealing cash from Superb; is that
15     right?
16          A     I don't think so, I'm certain
17     there was -- there was cash stolen, and
18     his name appears on some of the deposit
19     slips of cash that never made it into my
20     bank accounts, so yes, I do believe it.
21          Q     Were there any bank accounts
22     that Mr. Deo opened up after he joined
23     Superb that you didn't know he was
24     opening?
25          A     Yeah, the Flushing.
```

*Rich Moffett Court Reporting, Inc.*

                                                    32

    Q      Were there any bank accounts
that Mr. Deo opened up after he joined
Superb that you did know he was opening?

    A      Any bank accounts?

    Q      Related to Superb that you
did know he was opening.

    A      For Superb, no, he was -- he
wasn't allowed to do anything for Superb.
The only thing I didn't put into the
operating agreement is that he had to ask
me permission to go to the bathroom.
Everything else was pretty much he was
not allowed to do anything but run the
business as a general manager.  If he
became the general manager of the store,
he could choose a different general
manager.

    Q      When you executed those
agreements, did you have an attorney that
prepared them?

    A      Yes.

    Q      Did that attorney speak at
all to Mr. Deo, if you know?

    A      I don't remember but we

*Rich Moffett Court Reporting, Inc.*

                                                              33
exchanged emails.

        Q       Did Mr. Deo have any attorney
handling those agreements, that you know
of?

        A       I have no idea.  I would
assume he had attorneys if he owned two
dealerships, right?

        Q       I understand.

                So Mr. Blankenship took money
from Superb in the form of cash; is that
right?

        A       Cash, checks.

        Q       So cash and checks he took
for himself?

        A       I don't -- I don't know.  He
took for the organization that -- that
you guys have.

        Q       I see.

                What else did he do, other
than taking money, that he did
wrongfully?

        A       Moved cars without
authorization to the lots out in Long
Island.

```
 1                                    34
 2         Q      Okay, let's stop there.
 3                Who would he have needed to
 4    get authorization to move cars from?
 5         A      To that lot, from me, but I
 6    guess Anthony Deo gave him the
 7    authorization to move the cars for the
 8    grand opening.
 9         Q      Was that Anthony Deo giving
10    him authorization to move cars while
11    Anthony Deo was the general manager?
12         A      Yes.
13         Q      And Anthony Deo's
14    authorization to work as general manager
15    consisted of him being authorized to do
16    what?
17         A      To run the day-to-day
18    operations.
19         Q      Do you know whether or not
20    between November of '22 and August 1st of
21    '23, do you know if Anthony Deo was
22    applying for any DMV licenses?
23         A      Yes, at my suggestion.
24         Q      So you had no idea he was
25    doing that?
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                    35
 2          A        Absolutely.  I -- I suggested
 3    it.
 4          Q        What is it that you suggested
 5    to him?
 6          A        That he get licenses.  He
 7    told me Josh Aaronson was holding the
 8    licenses hostage, and I told him, "You
 9    should get your own licenses."  At which
10    point he asked me to get the licenses
11    with him.  I said, "Why would you want to
12    do that?  You're going through all of
13    this, what if we don't work out?"  At
14    this point I knew him for two months.
15    "You want to find yourself in the same
16    position?  I think you should get the
17    license yourself."
18          Q        Is that what he did?
19          A        Yes.
20          Q        Do you know if he did get
21    one?
22          A        Yes.  Fraudulently, from what
23    I understand.
24          Q        What's that?
25          A        I guess fraudulently, because
```

*Rich Moffett Court Reporting, Inc.*

36

he checked off that he wasn't a felon on it, so technically, he shouldn't have got one, but yes.

Q       I see.

        But he got one, right?

A       Yes.

Q       And he kept you informed of that?

A       He told me on July 10th, I believe, as he was looking for me to get him another million and a half dollar floor plan line that miraculously that the license had come through, even though he had lied in February.

        THE WITNESS:  Actually, is there a way we can check with DMV when that license actually came through?

        MR. KATAEV:  We'll talk about it after.

A       Now that I think about it, it's very miraculous how the day he wanted me to sign the applications for another million and a half floor plan

1                                                    37

2    line, he checked and they were live, so I

3    would like to know when -- when they

4    actually were live.

5                   MR. KATAEV:  Objection.

6         Q        And what did "live" mean?

7         A        That all of it's on the

8    dealership licenses that we could use.

9         Q        And in your experience, does

10   it typically take longer than from

11   February to July 10th to get those

12   licenses?

13        A        It usually doesn't take that

14   long.  It takes two months, three months.

15        Q        So it took about two months

16   longer than it typically does if those

17   licenses were available on July 10th; is

18   that right?

19        A        Correct.

20        Q        Were you a part of that

21   application for the DMV license?

22        A        Nope.  Nope.

23        Q        Did you ask to see any of the

24   paperwork?

25        A        Nope.

1                                                    38

2          Q       Was it okay with you that he

3    was applying for it?

4          A       Sure.

5          Q       Were there any occasions

6    during 2023, prior to August 1st, in

7    which you asked him for any money?

8          A       I'm sorry, repeat that

9    question.

10         Q       Were there any occasions

11   during 2023, prior to August 1st of 2023,

12   in which you asked him for any money?

13         A       Several times.

14         Q       What did you ask him for

15   money for?

16         A       To put money in, 'cause he

17   double floored some cars and he needed to

18   put the money in because we were -- the

19   money wasn't covered in the bank account,

20   which was part of our deal is that

21   anything that needed to be put into the

22   bank, he would have to put in.

23         Q       Is that in writing?

24         A       We might have a text, but at

25   the end of the day, he put money in

*Rich Moffett Court Reporting, Inc.*

39

for -- for his own cars.  It was cars

that he double floored, so I didn't ask

him to put money in for me, I asked him

to put money in because he floored cars

on his floor plan line and on mine, and

he had to pay one of them off because I

paid them off originally, so...

     Q    Did he have any access to

your floor plan?

     A    I mean, through -- through

the office he had access in the sense he

could buy cars, put them on my floor plan

line, if that's what you're asking.

     Q    Did that happen?

     A    Yeah, he put many cars.

     Q    But for him to do that,

somebody in the office, that was one of

your guys, would have been who he would

have been doing it with, right?

     A    Under his direction, yes.

     Q    Under his direction one of

your guys was the one who was actually

doing the floor planning; is that right?

     A    Flooring, correct.

*Rich Moffett Court Reporting, Inc.*

```
 1                                          40
 2          Q      Who would that be?
 3          A      Before or -- I mean, before
 4   April or after?  Before April it would
 5   been Alysia or Bruce.  After it would
 6   have been Kendra.
 7          Q      What is Alysia's full name?
 8          A      Alysia Cayer.
 9          Q      C-A-Y-E-R?
10          A      Correct.
11                 MR. KATAEV:  Just for the
12          record, I think you should spell
13          the first name.  Can you spell the
14          first name?
15                 THE WITNESS:  A-L-Y-S-I-A, I
16          believe, Alysia.
17          Q      And she worked at Superb
18   until about April of '23?
19          A      March 27th, I believe.
20          Q      What happened on March 27th
21   of '23?
22          A      She was let go.
23          Q      Who fired her?
24          A      Bruce Novicky.
25          Q      For what?
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                        41
 2        A      We had some issues with the
 3   accounting department falling way behind,
 4   and a lot of issues between Alysia and
 5   Anthony.
 6               So after -- after several
 7   months of battling and battling, she was
 8   let go of. A lot on Anthony's own
 9   request.
10        Q      Anthony requested that she be
11   fired?
12        A      Oh, he -- he -- for months he
13   was telling me the accounting department
14   was messing up everything at Superb, and
15   we, between buying a new store in
16   December, taking him on as a partner and
17   changing our deal management system, he
18   was overwhelmed and she was falling
19   behind, so the head butting and the
20   fighting, she -- she was, you know, she
21   was definitely had battles with Anthony,
22   and the choice was made to replace her
23   and just put office managers in all the
24   stores rather than one central CFO.
25        Q      So Alysia was your CFO --
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                            42
 2          A       Correct.
 3          Q       -- at Superb?
 4          A       At all the stores.  She was
 5   the team CFO.
 6          Q       She was just CFO at all of
 7   the stores?
 8                  MR. KATAEV:  I'm sorry,
 9          please let Mr. Thomasson ask the
10          full question and then answer it.
11          Just slow down.
12                  THE WITNESS:  Okay.
13          Q       Alysia was the CFO for all
14   four of your stores in March of '23?
15          A       Correct.
16          Q       And who had hired Alysia
17   originally?
18          A       Bruce.
19          Q       Do you know when that was?
20          A       I think February of '22,
21   February or March of '22.  Right around
22   when I moved to Costa Rica.
23          Q       So Mr. Deo did not hire
24   Alysia?
25          A       No.
```

43

Q    And he did not fire Alysia, correct?

A    No, no, he was -- but he did influence the decision.

Q    Because he said that there were problems in the accounting department; is that right?

A    He said it and sent a text, a very strange text, saying not to mind the text because we had already discussed it, that she was going to be let go, and he sent a very strange text telling me that, you know, not to mind his -- his email, that it was done to serve our -- our purpose or something about firing her, to which I didn't react very well to.

Q    Would that be with a text, or could it have been an email?

A    An email was sent to Alysia. A text was sent to me --

Q    Okay.

A    -- warning me that he sent the email.  Sorry.

Q    The email that was sent to

```
1                                          44

2      Alysia, had you seen it by the time you

3      got the text from Mr. Deo?

4             A      No, no, I was on vacation.

5             Q      Was that email, in fact, sent

6      to you?

7             A      Yeah.

8             Q      Was it sent to you at the

9      same time it was sent to Alysia?

10            A      I believe so.  I think I was

11     copied on it.  You were copied on it as

12     well.

13            Q      Right.

14            A      You and Mr. Jones, the

15     forensic team.

16            Q      Right, I understand.

17            A      You don't recall?

18            Q      Yes, I've seen it

19     subsequently.  I did.

20                   Did you know that he included

21     me on that because he wanted her to know

22     that it was also going to an attorney?

23            A      Oh, absolutely, which is why

24     I got so angry when he told me that it

25     was just because it was something to help
```

*Rich Moffett Court Reporting, Inc.*

```
1                                              45

2    fire Alysia and not be a problem.

3         Q      You wouldn't have any idea

4    when I saw that email, would you?

5         A      No.

6         Q      So --

7         A      I would imagine as an

8    attorney an email like that you would

9    look at pretty quickly.

10        Q      Or speak with the client

11   about it, right?

12        A      One or the other.

13        Q      Right.

14               But you don't know when I saw

15   it, do you --

16        A      How would I know that?

17        Q      -- for the first time?

18        A      Right.

19               MR. KATAEV:  Objection.

20          Asked and answered.

21        Q      Do you know how long Mr. Deo

22   has done business with Thomas Jones?

23        A      I've seen, I guess, from the

24   Libertas discovery that he -- it was

25   right around COVID that he started to do
```

46

his taxes and do his accounting.

    Q    Do you know when Mr. Deo first began doing any business with me?

    A    I could only say I know it was before -- before March '23, but I haven't really looked that far back.  It doesn't really involve me, so...

    Q    I understand.

    Do you know what it is that I did for Mr. Deo prior to Mr. Deo joining Superb?

    A    No.

    Q    What is it that I did to harm you, Mr. Urrutia?

    A    You facilitated this whole crime, as you have for the Aaronsons, as you have for the new dealership, Cherrywood or whatever, and I'm sure the one you have open now will probably end up there as well.  And now I believe there's another lawsuit with a Mr. Hakim, which was $100,000 Mr. Deo initially gave me, which I believe you represented him in that as well.  So to me, again, you

47

guys are a really well-put-together gang, and you're the facilitator.

Q    Are you saying that in these lawsuits Mr. Deo should not have counsel?

A    No, I'm saying that you -- you make it easy for him to rip people off, and then you just, you know, lie for him in court, and -- and you know, submit your motions to delay and waste as much money of the people you left practically broke behind.  I think you're just part of the gang.

Q    What I've done wrong to you is through my legal representation of Mr. Deo; is that correct?

A    I believe you have, as an officer of the court, a duty, and I believe you're just -- what you're doing is not part of that duty.  You have in many motions said stuff that I -- I'm -- I'm actually baffled at, but...

Q    Would that include my assertion that the Deos are the owners of Northshore and 189 Sunrise, do you think

48

2    that assertion is false?

3        A       I absolutely think it's

4    false.

5        Q       So you have firsthand

6    knowledge of the ownership structure at

7    189 Sunrise and Northshore; is that

8    correct?

9        A       Well, I see how he --

10       Q       That's a yes-or-no question,

11   Mr. Urrutia.

12       A       Do I have firsthand

13   knowledge?  I've looked into this case

14   because of the harm it's caused me, and I

15   know he, Mr. Deo, can't own a dealership,

16   especially going back to 2020 when he was

17   still on probation, right, because you

18   can't own a dealership without a license.

19               I don't know if you looked

20   into the law.  See, I do know the law,

21   and he can't own a dealership, and he

22   says he owns it from 2020.  He can't.

23               After his probation is over

24   he can submit an application, and he

25   needs to be approved, but based on the

*Rich Moffett Court Reporting, Inc.*

49

fact that it was wire fraud, I doubt very
much he would get it.  And you have to be
listed on the license.  So do I think he
was an owner, no.                I also
have not seen anything showing me a stock
certificate, minutes, anything showing
that he owns those -- those businesses.
So I mean, yeah, I think you have -- I
mean, you are an attorney.

     Q      So have you ever seen any of
the exhibits attached to that complaint?

     A      I have seen all of them.

     Q      You have seen this compliant
before?

     A      Yes.

     Q      When did you first see it?

     A      I read it cover to cover.

     Q      You have read it cover to
cover?

     A      Absolutely.

     Q      The complaint that was served
on you this morning?

     A      Yes.

     Q      So when did you first see

50

that complaint?

    A    Probably a day or two after you -- you filed it.

    Q    Day or two after I filed it?

    A    Uh-huh.

    Q    It was also left at an address for you in New Jersey, can you tell me if you ever received it there?

    MR. KATAEV:  Wait, he didn't answer with an answer.  He said "Uh-huh."

    Just to clarify, "Uh-huh" means what?

    THE WITNESS:  Yes.

    A    You served -- I believe in October I sold that house because of all of this was in July of '24, so you couldn't have served me, because I don't live there anymore.  I don't have a residence in the United States.  I had to sell my house so I could pay the bills for the damage that you've caused.

    Q    So you have already seen this complaint; is that right?

```
1                                           51
2          A      Yes, cover to cover.
3          Q      Okay.
4                 So then you saw Exhibit A to
5     that complaint, which is obtaining the
6     EIN number by Sarah Deo?
7          A      Yes.
8          Q      Did you see that?
9          A      Yes.  I had my general
10    manager obtain all the EIN managers for
11    my businesses.  That's not ownership.
12         Q      Okay, I didn't ask you
13    whether or not it was ownership, I asked
14    you if you saw Exhibit A.
15         A      I did.
16         Q      Did you see that?
17         A      Yes.
18         Q      Did you see that the Deos, in
19    Exhibit B, held the lease for Northshore?
20         A      I did.
21         Q      Who typically holds the lease
22    at a dealership, would it be the owner?
23                MR. KATAEV:  Objection.
24         A      Typically, but it doesn't
25    have to be.
```

*Rich Moffett Court Reporting, Inc.*

1                                            52

2          Q      Right, but it typically is,

3    wouldn't you say?

4                 MR. KATAEV:  Objection.

5          Argumentative.

6          A      Yes.

7          Q      Did you see that the Deos

8    opened up the bank accounts --

9          A      I did.

10         Q      -- for Northshore?

11                Did you see that?

12         A      I did.

13         Q      You have to let me finish,

14   okay?

15         A      Okay.

16                I did.

17         Q      Who typically opens up the

18   bank accounts for a dealership, would

19   that be the owner?

20                MR. KATAEV:  Objection.

21         Relevance.

22         A      I had my CFO open up my bank

23   account for the dealerships as we went

24   forward.  I started with one dealership,

25   and I -- and then I had my CFO open the

*Rich Moffett Court Reporting, Inc.*

53

bank accounts after that.

Q    What is it that the CFO had to show the bank to open that bank account?

A    Usually the -- the filing receipt and the EIN number.

Q    Which would be provided to your CFO by you, the owner, right?

A    Correct.

Q    Did you see the checks that were paid to purchase 189 Sunrise?

A    I did.

Q    What do you think that was for?

A    Maybe a down payment on a -- on a purchase of a dealership.

Q    But you don't have any firsthand knowledge yourself, do you?

A    I don't.

Q    Right.

After money was paid for the purchase of Sunrise, the Sunrise lease was assigned to Anthony Deo, did you see that?

```
 1                                              54
 2         A      I did.
 3         Q      What were your thoughts on
 4    Exhibit G where Josh Aaronson approved
 5    Anthony Deo as owner on tax returns?
 6               MR. KATAEV:  Objection.
 7         Relevance.
 8         A      That Josh was trying to get
 9    Anthony to take over the liabilities of
10    the dealerships.
11         Q      Generally speaking, when
12    you're listed as the owner on tax
13    returns, wouldn't that make you the
14    owner?
15               MR. KATAEV:  Objection.
16         Argumentative.
17         A      No, absolutely not.
18         Q      Absolutely not?
19         A      No.  You -- you -- you've
20    heard of minutes and -- and stock
21    certificates, right, and operating
22    agreements that switch over ownership,
23    especially if there's one initially.  I
24    mean, there is -- there is all that stuff
25    as we started to do with Mr. Deo when we
```

*Rich Moffett Court Reporting, Inc.*

55

were doing the Superb deal, right, we
gave a cross purchase subject to an
operating agreement.  We never exchanged
stock certificates, we never signed the
operating agreement, but I mean, there's
a process that you go through to become
the owner.  I didn't see any of that in
that complaint.

Q      And have you seen any of that
for anyone other than Mr. Deo since?

A      What do you mean?

Q      Well, have you seen any
minutes ever regarding Northshore
ownership?

A      I -- I only saw the operating
agreements, the initial -- the original
operating agreements, and I've seen the
ones he submitted to Flushing Bank for --
for opening that account.

Q      Who showed you operating
agreements for Northshore Motors?

A      Which one?  The original one
or the fake one?

Q      Any.  Any operating

```
1                                          56
2    agreements for Northshore.
3         A     I've seen them throughout the
4    case.  I've read every page of this case.
5         Q     Who showed you the operating
6    agreements for Northshore?
7         A     I saw them in the original
8    case filed by Island Auto Group.  They're
9    a part of the exhibits.
10        Q     Have you seen any other
11   operating agreements?
12        A     Yeah, the ones he submitted
13   to Flushing Bank.
14        Q     How did you see those, did
15   you get them from Flushing Bank?
16        A     Yes.
17        Q     Have you seen any stock
18   certificates for Northshore Motors?
19        A     Only the ones that were part
20   of this case.
21        Q     Did you see that the stock
22   certificate is dated for January of 2018,
23   and the stock book was purchased some
24   months after that, did you see that?
25        A     I did see that.
```

```
 1                                        57
 2          Q      Did you find that as odd?
 3          A      I didn't really think that
 4    much about it.  I have my own problems
 5    with my case.
 6          Q      So you just didn't think
 7    about that?
 8          A      No, not really.
 9          Q      Wouldn't that suggest to you
10    that there's something about that stock
11    certificate that's not honest?
12          A      Not really.
13          MR. KATAEV:  Objection.
14          Argumentative.
15          A      If I get a company and I get
16    a book with all the stock certificates, I
17    don't immediately assign them, and you
18    know, especially if I got the book.
19                 Now, if I am going to sell it
20    to somebody or I am going to make -- then
21    you have to, right, when you finalize a
22    deal, you do the stock certificates, you
23    date them and you sign them.  But before
24    that it's...
25          Q      But at a bare minimum, you
```

*Rich Moffett Court Reporting, Inc.*

2  couldn't have a stock certificate signed

3  before you obtained the stock book,

4  wouldn't you agree?

5          MR. KATAEV:  Objection.

6      Argumentative.

7      A     I haven't thought about it

8  all that much because I never had to.  As

9  I got a book, I never really assigned

10 stock certificates.  I got the company, I

11 got the stock certificates, and when I

12 made some kind of transaction, I did it.

13 You know, I -- I would then assign them

14 and put dates on them, but I didn't think

15 about it all that much.

16     Q     Do you think it's lawful to

17 backdate stock certificates?

18          MR. KATAEV:  Objection.

19      Assumes facts not in evidence.

20     A     I have no idea.  I have no

21 idea if it's lawful or not.  I know I

22 haven't seen any stock certificates

23 assigned to Anthony Deo from any of the

24 companies.

25     Q     Did you ask for them in

59

1  November of '22?

2      A      Absolutely.

3      Q      Did you get them?

4      A      No.

5      Q      And you went forward without

6  getting them; is that right?

7      A      We at the time went forward

8  and became the general manager in

9  expectation that he would get a license

10  and then we would finish our deal because

11  then we could actually run dealerships.

12          Those dealerships were

13  shuttered, shutdown, correct?  So how

14  could I get my -- my other part of the

15  deal, which is two dealerships that

16  were -- supposedly were profitable and

17  making money.

18      Q      So you knew at the time you

19  entered into the contracts that those two

20  dealerships were shuttered?

21      A      No, I found out in January --

22  I'm sorry.  End of December or beginning

23  of January, I was told that he couldn't

24  sell cars because Josh was holding the

60

license hostage.  I only found out the
dealerships were shuttered through this
case because he's mentioned it several
times, which again brings up the point,
how did you sell me or give me 25 percent
of two dealerships that were shuttered?

Q       What diligence did you
conduct in November of '22 looking into
Mr. Deo?

A       Ran his name, but nothing
came up at the time.

Q       Did you do anything else?

A       No, not really.  He came
referred by a friend, and I knew he was
with Baron for several years, so you
know, I wasn't -- I -- I -- I learned a
lot from that.  I would have gone deeper.
I would have, at this point after what I
been through, hired a private
investigator, even if it was the Pope.

Q       Did he pay you some money in
November of '22?

A       He did.

Q       How much money?

```
 1                                         61
 2        A       $500,000.
 3        Q       Did he pay you any money
 4   after November of '22?
 5        A       No.
 6        Q       You reviewed the tax returns
 7   that consist of Exhibit H on that
 8   complaint; is that right?
 9        A       I saw them, I didn't review
10   them.
11        Q       Did you know that those tax
12   returns indicate as approved by Joshua
13   Aaronson that Mr. Deo was 99 percent
14   owner of Northshore and Sarah Deo was 1
15   percent owner of Northshore, did you know
16   that?
17                MR. KATAEV:  Objection.
18        Document speaks for itself.
19        A       I saw that's what it says,
20   yes.
21        Q       When did you first see that,
22   right after it was filed?
23        A       Yeah.
24        Q       In or about September of '24,
25   you read every page of this complaint and
```

*Rich Moffett Court Reporting, Inc.*

62

exhibit?

        A       Yeah.

                MR. THOMASSON:  I am going to

        mark an exhibit.  It's been marked

        as Exhibit J previously for other

        matters throughout this case

        including from that complaint.

        Mark this as Defendants' Exhibit J.

                (Defendants' Exhibit J, Email

        Chain, marked for identification.)

                MR. KATAEV:  Off the record.

                (Discussion off the record.)

        Q       If you could please take a

moment, Mr. Urrutia, and look at that

document.

                MR. KATAEV:  Let the record

        reflect that I am going to share

        Exhibit J on the screen, which is

        docket entry 12 in the state court

        action filed by Mr. Deo.

                Is this it?

                MR. THOMASSON:  Yes.

                MR. KATAEV:  Any particular

        page you want me to go to?

1                                        63

2              MR. THOMASSON:  I'd rather go

3         back to the front, because I think

4         it's in reverse order

5         chronologically.

6              MR. KATAEV:  So starting on

7         page 3 going into page 4, the email

8         at 1:52 p.m.

9         A    Okay.

10        Q    Have you seen these emails,

11   Mr. Urrutia?

12        A    Yes.

13        Q    Did you first see them in

14   March of '23?

15        A    Yes.

16        Q    Did you and Anthony have any

17   discussions about this email in March of

18   '23?

19        A    Yes.

20        Q    What is it that you and

21   Anthony Deo discussed in March of '23

22   regarding these emails?

23        A    This is where he sent me the

24   text stating not to, I don't remember the

25   exact wording, but not to be upset at the

*Rich Moffett Court Reporting, Inc.*

64

email he had sent.  It was only to serve our purpose with Alysia.

And when I looked at the email, I called him and I sent him a text back and I spoke to him, and I said, "I don't like the way you're going about this.  I don't like the drama.  There's no need for this, and I didn't like even the insinuation of a forensic team."

He basically told me I didn't even really need to send any of this stuff, but yet I sent him everything the next day.

Q     All of these items were given to Mr. Deo after he sent this email?

A     Every one of them, 2,000 plus pages, and I don't know, 200 emails --

Q     And that was --

A     -- for all my dealerships, by the way.

I'm sorry.  I meant to finish that.

Q     Why did you send him information about all of your

65

2  dealerships?

3      A      To make sure that there was

4  no doubt.  I don't even like the

5  insinuation that anybody is doing

6  anything wrong in regards to accounting

7  from my dealerships.

8      Q      But that being said, in March

9  of 2023, you already told us that, in

10  fact, there were problems with the

11  accounting at your dealerships, right?

12  That's a yes-or-no question.

13      A      Yes.

14      Q      You've already told us that,

15  right?

16      A      Yes, accounting --

17      Q      These documents --

18          MR. KATAEV:  Let him finish

19      answering the question.

20      A      Yeah, the problems were we

21  were delayed because we were on a new

22  system and we had new stores.  Not -- not

23  these kinds of problems.  These insinuate

24  something completely different.

25      Q      How would he know what the

66

```
1
2    problem was if he just got there?
3         A       What do you mean?
4         Q       Is it -- well --
5         A       He got there.
6         Q       He, obviously, at this point
7    thought that there problems in the
8    accounting department, didn't he?
9                 MR. KATAEV:  Objection.
10        Assumes facts not in evidence.
11                You can answer.
12        A       No, so he got there, he went
13   through the changeovers of the management
14   system with us, which delayed us getting
15   deals into the office, everything.  It
16   was all delays based on how much new
17   stuff we were taking on, including him
18   who did not make this easy in his store.
19   He didn't send deals the way he was
20   supposed to.  He didn't deposit money
21   when he was supposed to, and he made it
22   as difficult as possible for the
23   accounting departments to actually close
24   out a month, and we have plenty of emails
25   and texts about it, so...
```

*Rich Moffett Court Reporting, Inc.*

67

Q      So there were problems in the accounting department in March of 2023; is that right?

A      Yes.

Q      And Mr. Deo sent requests to look for information regarding the accounts in the accounting department pertaining to Superb, right?

A      Correct.

Q      And you were so concerned about this that you sent him documentation for all of your dealerships; is that right?

A      I wasn't concerned.  I was bothered by the way he went about it.

Q      And did you, in fact, put in writing that you were bothered by this?

A      I, yeah, actually, there's a text.  I believe it's in the record.

Q      Do you still have your texts that you exchanged with Mr. Deo?

A      They're in the record, yes, I gave all of my texts.

Q      You're saying that these

68

```
 1
 2    texts are on the record here today in
 3    this deposition someplace?
 4         A      I was told I couldn't bring
 5    any -- any -- this was you questioning
 6    me, I couldn't bring anything, or I would
 7    have been happy to.
 8               MR. KATAEV:  If it helps, the
 9          texts are in docket entry 38.
10         Q      These texts between you and
11    Anthony Deo, you used the word
12    "bothered."
13         A      Might not have been exactly
14    that word, but I told him I didn't like
15    what he wrote, and I didn't like the
16    drama.
17         Q      What is it you don't like
18    about these emails?
19         A      Do you need a forensic team
20    to look into all this stuff?  And -- and
21    this was to further our whatever with
22    Alysia when he already knew she was --
23    she was being let go.  Why would you send
24    this?
25               And again to my point, I
```

69

never heard anything.  Did you find
anything in -- in the 2,000 plus pages,
or did Mr. Jones, because I never heard
anything afterwards?

Q     So I'm just curious,
Mr. Urrutia, could it be that since there
were problems in the accounting
department he wanted to put something on
the record in case it turned out that it
was Ms. Cayer who was, in fact, causing
problems in the accounting department, do
you know if that happened?

MR. KATAEV:  Objection.
Speculation.

A     Repeat that again.

Q     I'm asking you if you know
whether or not he was trying to create a
written record in case it turned out that
Ms. Cayer was doing something wrongful
herself.  Do you know if he was doing
that, yes or no?

A     No.

MR. KATAEV:  Same objection.

Q     Did you ever discuss that

with Mr. Deo?

A     The discussion was he wanted
to make sure she didn't come back at us
because we let her go.  I said, "The
decision is already made, why do I need
anything else?"  And -- and honestly, you
-- you said initially I didn't send you
anything in these papers, now you said I
sent you a data dump.

So I think now looking back,
one thing is then, now is now, this was a
seed for him to drop knowing she was
leaving so he could continue to do what
he did from April forward, which is take
every dollar that came into Superb.  I
think this was a very intentional email,
just like the text was.  And it was so
you could sit here and say that there was
problems in the accounting department,
and I'm very glad I sent you every
schedule, every bank statement and every
piece of paper that we had going back to
the day Deo came into the business to
that very day.

```
1                                      71

2    MO          MR. THOMASSON:  So I move to

3          strike as nonresponsive.

4                   MR. KATAEV:  Objection.

5                   Please proceed.

6          Q      Would you agree, Mr. Urrutia,

7    that Anthony Deo said to you, in sum and

8    substance, that these emails were somehow

9    to protect Superb?

10                  MR. KATAEV:  Objection.

11         Asked and answered.

12                  You may answer.

13         A      That's not what he said in

14   the email -- in the text.

15         Q      You said he made you think

16   that it was in case Cayer came back at

17   you, were those your words?

18         A      To further our -- our -- I

19   don't remember the word.

20         Q      Interests?

21         A      Not interests.  To further

22   our case or cause with Cayer, you know,

23   we can look it up.

24         Q      But you appeared to be

25   concerned that for some reason she might
```

*Rich Moffett Court Reporting, Inc.*

72

proceed legally against Superb, was that

your impression from what he said?

            MR. KATAEV:  Objection.

        Calls for the state of mind of

        another person.

            You can answer.

    A      Not my impression at all.  I

was -- I was angry that he even sent it

because it was unnecessary at that point.

    Q      So when he told you that it

was to further the cause regarding Cayer,

what did you think he meant?

    A      I didn't know, because a

decision was already made and that's why

I got angry, because the question was

forensic and his team with his attorney

and his accountant on it.  What --

what -- what is that?

    Q      Did he ever tell you that he

thought she was doing something she

shouldn't be doing?

    A      No, he told me she had the

grosses wrong.  He told me it was 3,000 a

car, and then when by the time we

*Rich Moffett Court Reporting, Inc.*

73

finished the month, it was $1,200 a car.
I'm, like, "Where's the money, Anthony?
You been telling me all month."  And that
is all in the texts.

If you look at it, we sold
nine cars, we sold ten cars, if you did
the math  throughout the month, we sold
70 cars, and then the month of -- the
month it would be 40 months and the
grosses would be off by $2,000, and then
he told me it was her fault.  As a matter
of fact, in the accounting department, I
think in January or February, I had to
make an entry for $120,000 that I said,
"Okay, you're telling me it's a mistake,
we're going to set it to the side.  I'm
not going to hit the statement for this
loss.  When we find the money, we'll put
it back on.  I'm going to credit you the
$120,000 as if it exists, even though I
don't know where it could be."  And you
know, it never came about, never
addressed again once she was gone.

Q    So Anthony Deo had full

1                                                    74

2      access to the accounts at Superb; is that

3      what you're saying?

4           A      As far as bank accounts?

5           Q      Yes.

6           A      He can see them.

7           Q      And did he have full access

8      to take money out of those accounts?

9           A      No, he was not allowed.  Very

10     specifically.

11          Q      So Anthony Deo never took any

12     money out of the account; is that

13     correct?

14               MR. KATAEV:  Objection.

15          A      No, he did take money out of

16     the account, he wrote checks that he

17     wasn't authorized to write.

18          Q      Was he authorized to write

19     any checks?

20          A      None, and yet he did, and the

21     funny thing is he did them in the last

22     three weeks of July just as he knew he

23     was leaving.  He never wrote a check

24     before that, because then that would have

25     sent a red flag off.

```
1                                      75
2          Q     So the August 2nd lockout he
3    knew was coming?
4          A     No, he had planned.  He took
5    my cars, he took the money.  There was
6    nothing left at Superb.  He knew he was
7    leaving.  He didn't know it was coming.
8    He knew he was leaving.
9          Q     That's your assumption,
10   right?
11               MR. KATAEV:  Objection.
12         Argumentative.
13         A     No.
14         Q     That's the conclusion you
15   drew?
16         A     That's the conclusion 100 of
17   100.  If a business's entire inventory is
18   taken out, money is stolen, he signed an
19   ACH form that he was not authorized to do
20   in April as well to take money to pay his
21   debt for these other stores that had been
22   shuttered.  I mean, any -- any reason.  I
23   got an eight year old that would tell you
24   he's leaving, he's up, he's out, because
25   there's no way I'm coming back as the
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                        76

 2    owner and seeing that and keeping him

 3    there, right.

 4              So I mean, any logical person

 5    would have said he's done, he's out.

 6    Plus, he was doing the grand opening in

 7    July, right, so he's got his new group of

 8    dealerships, so I'm sure...

 9         Q    All right.

10              Did you know about the grand

11    opening?

12         A    No.

13         Q    You never received any texts

14    or anything that would say that?

15         A    No.

16         Q    And Anthony Deo was writing

17    checks off of Superb accounts?

18         A    Correct.

19         Q    Totalling how much money?

20         A    About 206,000, I believe.

21         Q    These were checks that he

22    wrote and signed presented against Superb

23    accounts; is that right?

24         A    Correct.

25         Q    In order to secure these
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                          77
 2    accounts, did you have any security on
 3    these accounts?
 4          A      What do you mean did I have
 5    security?
 6          Q      Did you have Positive Pay on
 7    the account?
 8          A      No, we didn't install
 9    Positive Pay until August 9th, when a
10    $238,000 ACH came in for NESNA to pay
11    some of his debt for Northshore and
12    Sunrise, and I realized that the problem
13    was much bigger than I even knew.
14          Q      Did you have a token system
15    on those accounts?
16          A      Yes.
17          Q      Who had the tokens?
18          A      Anthony had a token, Bruce
19    had a token, I had a token, and a couple
20    of the office managers had tokens.
21          Q      So in order for checks that
22    Anthony Deo wrote to be presented against
23    the account, someone would have to
24    approve those checks through a token,
25    wouldn't they?
```

*Rich Moffett Court Reporting, Inc.*

```
1                                               78
2          A      No, that is -- that is what
3     your Positive Pay is, which wasn't
4     installed until after Anthony left.
5          Q      What would the tokens be used
6     for, as you understood it, on those
7     accounts?
8          A      To log into the account, and
9     different people had different
10    authorizations.  If you logged in with my
11    token, I had one authorization, somebody
12    else with a different token had a
13    different authorization.  There is an
14    admin and there's everybody else.
15         Q      What were the different
16    levels of authorizations, that you can
17    recall, on those tokens?
18         A      View only, and you know,
19    wires of a certain amount had to be
20    approved by two different people, stuff
21    like that.
22         Q      And what was the level of
23    authorization on Anthony Deo's token?
24         A      View only.
25         Q      So he couldn't use his token
```

*Rich Moffett Court Reporting, Inc.*

79

to authorize something that he was not

allowed to authorize because he didn't

have any authorization through the token,

right?

        MR. KATAEV:  Objection to

   form.  Argumentative.

        You can answer.

   A     Yeah, I didn't say he

authorized anything, but he wrote checks.

   Q     The checks that he wrote,

where would he get those checks from, do

you know?

   A     The office.

   Q     And who gave him the checks,

do you know?

   A     Kendra.

   Q     And who hired Kendra?

   A     I did.  Well, Bruce did.

   Q     All right.

        So Kendra was one of your

people, right?

   A     Correct.

   Q     And when did Kendra tell you

that Anthony was writing checks?

*Rich Moffett Court Reporting, Inc.*

```
 1                                              80
 2         A       She didn't.  She -- she, as a
 3   general manager, if he came and said,
 4   Write or print a check, she would print a
 5   check.  Now, typically, those checks
 6   would go up to Bruce.  Bruce would sign
 7   them, and you know, in this case, she
 8   asked -- he asked her to print the checks
 9   and he signed them.
10         Q       When was the first check he
11   wrote, do you know what month?
12         A       July.
13         Q       July of '23?
14         A       '23.
15         Q       When was the last check that
16   he wrote?
17         A       July.
18         Q       Of '23 --
19         A       Correct.
20         Q       -- as he was exiting?
21                 Do you know how many checks
22   he wrote?
23         A       I can tell you a total.  I
24   don't know exactly how many.
25         Q       Well, did he sign ten checks?
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                        81
 2         A      No, maybe more.  About 30
 3    checks maybe.
 4         Q      About 30 checks?
 5         A      They're in the record,
 6    though.
 7         Q      Uh-huh.
 8                Kendra never told you
 9    about --
10         A      No.
11         Q      Kendra never asked you for
12    any authorization?
13         A      She just cut the check.
14         Q      Did Bruce Novicky know about
15    those checks?
16         A      Bruce Novicky knew about the
17    checks he signed, but the checks that Deo
18    signed, no, we don't, we don't.  You
19    write a lot of checks in the car
20    business.  Every time you write a check
21    you don't call up and say, I'm writing or
22    printing a check, I'm printing a check.
23    The typical way the business runs, right,
24    is a general manager who runs the
25    operation will say, Write it, you know,
```

1                                                    82

2       print this check, or make this payment.

3       She will write -- print the check, and

4       whoever signs then gets the check and

5       signs them.

6                   In this case, that would be

7       Bruce that was allowed to sign them, but

8       in this case, Anthony Deo signed the

9       checks to nobody's knowledge but his own,

10      I guess.

11           Q      Did you ever write checks off

12      of Superb's account?

13           A      Nope.

14           Q      Did you ever transfer money

15      out of Superb's accounts?

16           A      No.  Personally, no, but I

17      had money transferred to -- or I

18      authorized or told somebody to transfer

19      money.

20           Q      Where were you transferring

21      money to?

22           A      Different places, myself,

23      my -- my consulting company.  To pay

24      different bills.

25           Q      Did you ever utilize money

                                                          83

from Superb to go towards any of your

other stores?

          A      No.  I mean, to pay -- to pay

a store that gave Superb money, yeah,

payback, but other than that, no.

                 I mean, if we sold -- if we

sold a car to Superb, then Superb paid

the store for the car.

          Q      I understand.

                 Now, you ended up suffering

financial difficulty at all three of your

other stores, right?

          A      Correct.

          Q      Why did you suffer financial

difficulties at those stores?

          A      Well, at the time this was

well over 5 and a half million dollars in

losses from Deo's scheme, so Nissan, when

all of this happened, Nissan lowered my

floor plan lines to -- that's what they

do to stop you from flooring anymore cars

until I pay off the demand letters that I

received.  You remember those over $2

million that I had to pay, so they lower

*Rich Moffett Court Reporting, Inc.*

84

your lines, so they never raise them
again.

So as time went, all of a
sudden, they -- they went -- we went over
the lines, not for any other reason that
they had been lowered, and they forgot to
put them back up again.  So what happens
is they send out a letter to all the
manufacturers saying you're -- you're --
our lines were suspended, which based on
your dealer agreement, you have 30 days
to cure or you can get a termination
letter.

So the number was pretty
substantial because they don't do it all
the time, they do it every few months.
They'll run your lines to see at what
percentage you're running.

They called me and told me I
was millions of dollars over my line.  So
we started to dump inventory, lose tons
of money in inventory, and we were
already very, very tight based on what
Deo left behind.  I couldn't survive it.

*Rich Moffett Court Reporting, Inc.*

1                                                    85

2      It just, at the end of the day, we

3      figured out that they -- they made the

4      mistake, which is why they have

5      counterclaims.

6                  If you read the lawsuit, I

7      know you said that, you know, I stole $20

8      million, but the truth is I -- I couldn't

9      pay the -- the floor plan line because I

10     lost a ton of money trying to cover

11     from -- trying to recover from this

12     mistake that they made.

13          Q      When did you first hear from

14     NMAC that there were problems with your

15     floor plan?

16          A      In what sense?

17          Q      Any sense.

18          A      That caused this -- this last

19     part or -- or back with Deo?

20          Q      When did NMAC first begin

21     lowering your limits?

22          A      Right after I called them to

23     tell them I had a problem with Anthony

24     Deo, he had stolen a bunch of cars.

25          Q      How many cars did Anthony Deo

*Rich Moffett Court Reporting, Inc.*

1                                                      86

2      steal?

3          A       I mean, there's been a lot of

4      numbers that's been thrown around.

5      There's 104, 102, there's 92, I think

6      there's 94, there's 89, 83, 36.  A lot of

7      different numbers that changed over time.

8          Q       Right now today, can you tell

9      me how many cars Anthony Deo stole?

10                 MR. KATAEV:  Objection to

11         form.

12         A       Well, there's 43 cars we

13     still can't figure out what happened to,

14     and there's the 30-something cars

15     involved in the injunction.

16         Q       The 30 some-odd cars involved

17     in the injunction are known, right?

18         A       Yeah, so 43 cars.

19         Q       Forty-three cars are how many

20     you say are currently missing; is that

21     right?

22         A       Uh-huh.

23         Q       Is that correct?

24         A       Yes.

25         Q       You have to answer verbally.

1                                                    87

2          A       Yes.

3          Q       And you don't know where any

4     of those 43 cars are; is that correct?

5          A       Oh, I know what happened to

6     them.  I don't know where they are.

7          Q       What is it you say happened

8     to them?

9          A       Well, I don't remember the

10    exact number.  It's in the teens, I

11    believe.  Cars wholesaled for cash by

12    Marc Merckling to wholesalers.  There's a

13    few other cars that we were never able to

14    recover that were sold, and they were

15    fraudulent deals, and I was never able to

16    recover.  There's others I just know, but

17    again, all this information is on the

18    record.

19         Q       Did you have security at

20    Superb?

21         A       Yeah, there was, yeah.  Yeah,

22    there was a fence and an alarm.

23         Q       Were there cameras?

24         A       Yeah, I believe so.

25         Q       Who has those videotapes?

*Rich Moffett Court Reporting, Inc.*

```
 1                                      88
 2        A      I'm sure the landlord does at
 3   this point.
 4        Q      So those cameras weren't
 5   saved to computers?
 6        A      I don't think so.  I don't --
 7   I don't remember how they were saved.  I
 8   don't know if we had a company that
 9   monitored it or if they were, you know,
10   recorded.
11        Q      Are you telling me that the
12   videotapes from 2023 are currently
13   missing?
14             MR. KATAEV:  Objection.  It
15         assumes facts not in evidence.
16        A      I have no idea where they
17   would be.
18        Q      You have no idea where the
19   videotapes from Superb went?
20        A      Uh-huh.
21             MR. KATAEV:  You have to
22         answer.
23        Q      Is that correct?
24        A      Correct.
25        Q      Did you still have possession
```

```
 1                                            89
 2      or the ability to see those videotapes as
 3      of August 2, 2023?
 4           A      Yes.
 5           Q      Do you recall how long after
 6      the lockout you no longer had the ability
 7      to possess those videotapes?
 8                  MR. KATAEV:  Objection.
 9      Vague.    You could answer.
10           A      No, no idea.
11           Q      Could it have been weeks?
12                  MR. KATAEV:  Objection.
13      Speculative.
14           A      I have no idea.
15           Q      Could it have been months?
16                  MR. KATAEV:  Same objection.
17           A      I have no idea.
18                  MR. THOMASSON:  No,
19           Mr. Kataev, the way the rules read,
20           you're not supposed to be making
21           these objections on the record.
22           I'm curious, does this mean you're
23           planning on not producing Mr.
24           Urrutia again?
25                  MR. KATAEV:  I'll refer you
```

*Rich Moffett Court Reporting, Inc.*

90

to Rule 30 about what you're
allowed to do at depositions, and
I'm not sure what you mean by
producing him again.

MR. THOMASSON:  All
objections are preserved until the
time of trial, and it's as if you
want to put these objections on the
record now for the purpose of not
having Mr. Urrutia show up when we
have a trial.

THE WITNESS:  I will be here
whenever I'm called at any point.

MR. KATAEV:  There's no
question.

Q       Sure.

If I had to send you a
subpoena to make sure you're here, where
would I send it to, Mr. Urrutia?

A       Costa Rica or my attorney.

Q       You're authorizing your
attorney now to accept a subpoena on your
behalf?

MR. KATAEV:  Objection.

```
 1                                          91

 2          A       Absolutely.

 3          Q       Okay, thank you, I appreciate

 4     that.

 5                  MR. THOMASSON:  Did you get

 6          that?

 7                  (Record read.)

 8                  MR. THOMASSON:  I have

 9     Exhibit K that I am going to be

10     showing Mr. Urrutia.

11                  (Defendants' Exhibit K,

12     Superb Motors Inc. Statement of

13     Profit and Loss, January 1, 2023

14     through May 31, 2023, marked for

15     identification.)

16                  MR. KATAEV:  Off the record.

17                  (Discussion off the record.)

18          Q       Do you see that document,

19     Mr. Urrutia?  I see that you're reviewing

20     it, do you see that?

21          A       Yes.

22          Q       Have you ever seen this

23     before?

24          A       Yes.

25          Q       When did you first see it, do
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                           92
 2   you know?
 3        A      When you submitted it, or
 4   Mr. Deo submitted it, to the court back
 5   in 2023.
 6        Q      Do you believe that this
 7   document is accurate?
 8        A      No, it's absolutely false.
 9        Q      Do you know where the numbers
10   came from for this document?
11        A      Yes, Anthony Deo sent an
12   email to Mr. Jones asking him to inflate
13   the profits by $4 million.
14        Q      Is that email in writing?
15        A      Yes, it is, it's part of
16   discovery.
17        Q      You're saying that Mr. Deo in
18   that email utilized the word "inflated"?
19        A      He said to add, I don't
20   remember the exact word, but can you
21   create, create I think is the word he
22   used, a P&L with exactly the amount he
23   wanted added to income and exactly the
24   amount he wanted added to the expenses.
25        Q      Do you know why he wanted
```

*Rich Moffett Court Reporting, Inc.*

93

those numbers added, without any

assumptions, do you know yourself why he

added those numbers?

A    I don't think I need an

assumption.  I mean, obviously, it's

fraud.  You're saying you submitted it to

the court.

Q    These numbers that you say

are fraudulent, you don't know where he

came up with these numbers from?

A    No, because again, Mr. Jones,

who's doing the statements, had my P&L, I

mean, my P&L, my journals, my trial

balances, and I certainly from my

business would not authorize somebody to

put an extra $4 million in gross that

isn't true.  So no, I have no idea why he

would.

Q    Are these numbers accurate,

other than as far as income goes?

MR. KATAEV:  Objection.

Q    Are any of these numbers

correct, if you know?

A    Maybe some of the -- maybe

94

the advertising, the sales.  I haven't
looked at those.  I looked at the total
gross profit, and I saw the expenses, and
it was exactly what Mr. Deo asked him to
add to the P&L.  Other than I didn't -- I
didn't look at every single line, but I
did have an accounting firm take a look
at the actual accounting in the DMS
system and -- and try to figure out how
an accounting firm could do this, and
they couldn't figure it out either.

    Q    I see.

          What accounting firm was
that?

    A    I forget the name.  I'll --
I'll have Emanuel send it to you.

    Q    So the first time that you
saw this was when it was submitted in
2003 to a court; is that right?

    A    Yeah, you submitted it.

          MR. KATAEV:  2023.

    A    '23, yes.

    Q    What did I say?

    A    2023.

*Rich Moffett Court Reporting, Inc.*

```
1                                              95

2              You said 2003.

3         Q    I'm sorry.  I see.

4              Are you aware at all of what

5    I know about these numbers?

6              MR. KATAEV:  Objection.

7         Q    Do you have any firsthand

8    knowledge of what I know about these

9    numbers?

10             MR. KATAEV:  Objection.

11        A    No, I have no idea what you

12   would know about the numbers.

13        Q    Are you under the assumption,

14   Mr. Urrutia, that I participated in the

15   creation of this document?

16             MR. KATAEV:  Objection to

17        form.

18             THE WITNESS:  I can answer

19        it, right?

20             MR. KATAEV:  Yes.

21        A    I don't know how you

22   participated, but I know you've seen my

23   response, and I know you've seen what I

24   have written, and this has been submitted

25   to the court multiple times at this point
```

*Rich Moffett Court Reporting, Inc.*

96

so -- and there's been no objection -- I
mean no response to my -- what I said the
truth is.  You haven't -- you haven't
contested it, yet you keep submitting it
as true and accurate, so all I know is,
again, you're a facilitator.

Q       I see.

Did you object to the EIN
number that's attached to the complaint
at all, Mr. Urrutia --

MR. KATAEV:  Objection.
Argumentative.

A       I don't know what you're --

Q       -- the EIN number that Sarah
Deo obtained?

A       Did I object to it?

Q       Yeah, did you have a problem
with that document?

A       Why?  It doesn't pertain to
me.

Q       Oh, well, this doesn't have
anything to do with me, Mr. Urrutia.  I
never saw the document when it was first
created.  I had nothing to do with its

*Rich Moffett Court Reporting, Inc.*

1                                                    97

2    creation.

3           A      Again, I think --

4                  MR. KATAEV:  He didn't ask a

5           question.  Wait for a question.

6                  MR. THOMASSON:  I have

7           another exhibit.

8                  (Defendants' Exhibit L, Email

9           Chain with attached, marked for

10          identification.)

11                 MR. KATAEV:  Let the record

12          reflect document entry 14 is up on

13          the screen.  Docket entry for the

14          prior exhibit is 13, I believe.

15                 Yes.

16                 Any particular page,

17          Mr. Thomasson?

18                 MR. THOMASSON:  We're going

19          to start at the beginning for this

20          one.

21                 MR. KATAEV:  Page 2.

22          Q      Did you, in April of 2023,

23    receive this email?

24          A      Yes.

25          Q      Doesn't this email say under

*Rich Moffett Court Reporting, Inc.*

98

```
1
2    the subject line, "Account opening
3    information," do you see that?
4         A      Yes.
5         Q      So were you aware in April of
6    2023 that Mr. Deo was opening up an
7    account at Flushing Bank?
8         A      He was not opening up an
9    account for Superb.  I was opening up an
10   account for Superb.
11        Q      Do you see where it says,
12   "For corporations we will need the
13   certificate of incorporation and filing
14   receipt"?
15        A      Yes.
16        Q      Do you see that?
17        A      Uh-huh, they were already
18   added.
19        Q      Did you at any time provide
20   that information to Anthony Deo?
21        A      I didn't.  I believe Bruce
22   eventually did.
23        Q      Was that at your direction?
24        A      I believe so.
25        Q      That was provided to Mr. Deo
```

1                                                      99
2    for the purposes of opening up some
3    account; is that right?
4                   MR. KATAEV:  Objection to
5         form.
6         A     His -- his claim is that he
7    had somebody in his pocket in Flushing
8    Bank, and that I was having a hard time
9    because I was opening up a commercial
10   account and it was taking a while, and he
11   had somebody in his pocket that could get
12   it done very quickly.  So if I could send
13   him the paperwork, which the guy I was
14   working with, Mr. Weinstein, asked me if
15   he could share it, and I told him he
16   could, and he sent this email saying he
17   still hadn't sent it over, so I asked
18   Bruce to share the filing certificate,
19   and I believe that was it.  Maybe there's
20   another piece of paper.  That was it.  So
21   he could expedite the opening of the
22   account for Superb.
23        Q     Was there, in fact, an
24   account for Superb that was opened at
25   that time?

100

         A      I didn't know there was, but
yes, there was by Anthony Deo.

         Q      So you did want an account
opened; is that right?  Yes or no?

         A      For Superb.

         Q      Yes.

         A      For myself.

         Q      And was an account for Superb
opened?

         A      Not authorized by me, yes.

         Q      Please turn to page number 3,
it's actually page 5.  Do you see that?

         A      Yes.

         Q      Up above there was a Jonathan
Abbott that was sending an email to Bruce
Novicky, do you see that?

         A      I do.

         Q      It says, "New store documents
needed," do you see that?

         A      I do.

         Q      What new store was that?

         A      That was for Gold Coast
Motors of Syosset, I believe.

         Q      Did you have any knowledge

*Rich Moffett Court Reporting, Inc.*

```
1                                           101

2       then of where Gold Coast Motors of

3       Syosset was going to be opening?

4               A       I did.

5               Q       Where?

6               A       At the old Northshore.

7               Q       That was okay with you?

8               A       Yes.

9               Q       You knew about it in realtime

10      as all of this was going on, right?

11              A       Yes.

12              Q       Mr. Deo didn't hide any of

13      that from you, did he?

14              A       No, there was a discussion.

15              Q       Were there any discussions

16      about moving any cars to Northshore?

17              A       No.

18              Q       Never once in writing or

19      verbally did you have a discussion with

20      Mr. Anthony Deo about cars going to

21      Northshore; is that what you're saying?

22              A       Be more specific, because he

23      was authorized to move cars to go get

24      them fixed there, and if we opened, the

25      second half of what would have been our
```

*Rich Moffett Court Reporting, Inc.*

102

agreement from December, then we would

have maybe moved some cars from Superb's

inventory and bought other cars and kind

of started to work with the inventory

between the three stores, right, because

the deal that we had made was Superb and

two other stores, which he hadn't

delivered as of that point.

So did we have discussions

about moving cars, sharing inventory,

yes.  Was there discussions about at this

time or for this grand opening him moving

cars, no, he was not authorized to move

any cars, other than to service them.

And from what I know, at this

point he had no mechanics there, so no,

he wouldn't have had any authority to

move any cars there.

Q    How do you know there were no

mechanics at Northshore?

A    Because I saw the payroll

records, and -- and a lot of people that

were going back and forth, because he was

using my employees, were telling -- told

*Rich Moffett Court Reporting, Inc.*

103

me there was no mechanics at that place.

Q    How did you see the payroll records at Northshore?

A    I'll take a look.  I don't recall, but I know that -- I know there was -- oh, the mechanic, I believe, might have been on our payroll at some point, and then he was let go or something. I'll look at it.  I can't remember exactly, but I have a lot of information on this.

Q    So it could have been payroll records given to you by a mechanic that you saw?

MR. KATAEV:  Objection.

A    No, no, somebody gave me the information that there was no mechanic there as of May of '23.  He was fired.

MR. KATAEV:  Speculation with that objection.

Q    You don't know who this person is?

A    I don't recall but I'll find out.

```
 1                                         104
 2          Q      You don't know their name?
 3          A      I don't remember.
 4          Q      Did they give you records?
 5          A      I don't remember how I found
 6     out there was no mechanic there.  It
 7     might have been one of the people that he
 8     had signed a loyalty agreement with that
 9     was now going to be working for him that
10     told me there was no mechanic there.
11          Q      Would that be your only
12     knowledge of the status of mechanics at
13     Northshore?
14          A      Yeah.
15          Q      Someone told you there
16     weren't any?
17          A      Right.
18          Q      On the same page that you're
19     on, that's number 4, at this point
20     numbered 4 at the bottom, in the middle
21     again Jonathan Abbott is exchanging
22     envelopes in this instance with both
23     Bruce Novicky and you regarding setting
24     up a line floor plan for Gold Coast, was
25     that something that you and Anthony Deo
```

*Rich Moffett Court Reporting, Inc.*

had discussed doing?

    A    Yes.

    Q    And you were going to assist in setting up a line at Gold Coast?

    A    Yes.

    Q    Did you ever set up a line floor plan at Gold Coast?

    A    No.

    Q    Was there an understanding that if you had set up a line at Gold Coast that you were going to become an owner at Gold Coast?

    A    Yes.

    Q    You agree with me now you never set up that line, right?

    A    No, we started the process. I went on vacation with my family, and getting on a plane coming back is when I got the phone call about what Mr. Deo had done, so that never materialized. Because at that point in the two weeks I was away, he had double floored in the beginning or in the middle of July, he had double floored at the end of July,

106

and by August 3rd, which you were present
at for the lockout with all of the theft
of cars, and obviously, I was -- wasn't
going to open a line of credit or become
partners with a thief, so...

Q    So you would say at this time
that Gold Coast belongs to Mr. Deo and
not you; is that correct?

MR. KATAEV:  Objection.

A    Well, it depends on how you
want to look at it.  Legally or the way
Anthony Deo seems to think that you get
ownership of a dealership?

Q    I'm just asking you,
Mr. Urrutia.

A    And I'm telling you how I
view it.

Q    Do you consider yourself an
owner of Gold Coast today?

A    No.

Q    Okay.

Now, as far as the next
document here, if you could turn to the
official business certificate?  When did

*Rich Moffett Court Reporting, Inc.*

107

you first see this document, do you know?

          A      With this paperwork, I think
what is -- the date's on here, right?
July 20th.

          Q      So you were given this
document regarding Gold Coast Motors of
Syosset before the lockout; is that
correct?

          A      Correct, but it was -- it was
part of what was required for the
application.

          Q      On the next page, which
happens to have -- that's after the
official business certificate, the next
page happens to have the number 2 at the
bottom.  Was Bruce Novicky your guy, so
to speak?

          A      Yeah, he was the chief
operating officer.

          Q      Are you still in touch with
Mr. Novicky?

          A      No.

          Q      When was the last time you
spoke to Mr. Novicky?

108

          A      July of last year.

          Q      Have you and Mr. Novicky had
any falling out?

          A      I mean, the business shut
down, so yeah, to a certain degree we
did.

          Q      Did you have any arguments
with Mr. Novicky?

          A      No, it was pretty -- pretty
clean cut.

          Q      Do you believe he's upset
with you?

          A      He's not upset with me, I'm
upset with him.

          Q      What are you upset with
Mr. Novicky about?

          A      I feel he could have told me
sooner that he was leaving.  I mean, he
didn't rob me or anything, so I'm not --
I'm not upset at that.  I'm upset at, you
know, the notice he gave me of leaving.

          Q      In July of 2025, is that when
he left you?

          A      No, July of '24.

1                                              109

2          Q      You said last year, we're now

3    a couple of days into the new year.

4          A      Oh, sorry, sorry.

5          Q      That's why I said that.

6                 So in July of '24,

7    Mr. Novicky left you.  What stores did

8    you still have operating in July of '24?

9          A      All three of them, the Mitsu

10   store, the Volkswagon store and the

11   Nissan store.

12         Q      Did it hurt the operation of

13   those stores when he left?

14         A      Absolutely.

15         Q      How?

16         A      There was nobody to run it.

17         Q      And when did those three

18   stores close after he left?

19         A      We -- we did asset purchase

20   agreements for all three of them, which

21   took three or four months.  One closed,

22   two did not close, and I would say they

23   were all closed by December '24, January

24   the latest.

25         Q      Did anyone else leave your

```
1                                                110

2      employ at those stores at or about the

3      time that Mr. Novicky left?

4           A      James.

5           Q      That's the gentleman whose

6      last name you have trouble pronouncing?

7           A      I can't pronounce it.  Yes, I

8      can spell it for you.  I think I have it

9      in my phone, if you want.

10               MR. THOMASSON:  I need to

11          take a brief break for just a

12          moment.

13               MR. KATAEV:  Okay.

14               (Recess taken.)

15          Q      Are you on page 2 at the

16     bottom of Exhibit L, Mr. Urrutia?

17          A      I am.

18               MR. KATAEV:  Same exhibit?

19               MR. THOMASSON:  Same exhibit.

20          Q      Do you see here that

21     Mr. Abbott was talking with Bruce Novicky

22     in an email that did not also include you

23     on this email, do you see that?

24          A      Yes.

25          Q      Did you authorize him to
```

*Rich Moffett Court Reporting, Inc.*

111

contact and discuss floor planning lines

for Gold Coast on your behalf?

  A  Yeah, discuss them, yeah.

  Q  That's all that was going on

here.  You don't have any problem with

this email, do you?

  A  On July 18th I was on a plane

to Europe, so that's why I wasn't copied

on it, and he had authorization to talk

about it and let me know what was said.

  Q  Then on the next page there

is an exchange again between Mr. Abbott

and Bruce Novicky that you are copied on,

and you were aware of this at the time,

weren't you?

  A  Yes.

  Q  At that time were, in fact,

financials of any type sent over for

this, do you know?

  A  I'm pretty -- I mean, I don't

know, but probably, but probably.

  Q  That was with your knowledge

and approval, right?

  A  Correct.

1                                              112

2          Q       On the next page is a text,

3     and is this the reference you made to

4     being told on July 10th that that license

5     had come through?

6          A       Correct.

7          Q       As a matter of fact, other

8     than from this text, you don't know when

9     that license was approved, do you?

10         A       He told me that we were alive

11    that day, so I don't know when it was

12    approved, no.

13         Q       Do you have any reason to

14    believe it was before that day?

15         A       With everything that's gone

16    on, I don't trust anything Deo says.

17         Q       That being said, do you have

18    any specific knowledge that this is

19    false?

20         A       No, that's what I just asked

21    Mr. Emanuel to maybe subpoena when it was

22    approved.

23         Q       The next page after that is

24    an exchange between Bruce Novicky and

25    Mr. Deo again regarding this same deal,

*Rich Moffett Court Reporting, Inc.*

```
 1                                              113
 2   isn't it?
 3        A      Yup.
 4        Q      The next page after that is
 5   another exchange between Bruce Novicky
 6   and Anthony Deo?
 7        A      Yup.
 8        Q      All of this was known and
 9   authorized by you, wasn't it, for them to
10   be communicating about this?
11        A      Yeah, he was the chief
12   operating officer.
13             MR. KATAEV:  We're done with
14        this exhibit?
15             MR. THOMASSON:  We're done
16        with Exhibit L.
17        Q      There is a token system that
18   you had at Superb for security on your
19   accounts, right?
20             MR. KATAEV:  Objection.
21        Asked and answered.
22             MR. THOMASSON:  It's a
23        preliminary question, Mr. Kataev.
24             MR. KATAEV:  I'm not going to
25        instruct him not to answer.
```

114

Go ahead.

A       It's for logging on and assignment of authority with those tokens.

Q       And it's for security, isn't it?

A       Yeah, obviously.

Q       Please be sure to keep your voice up.

A       Obviously.

Q       After the lockout, there was then a Positive Pay system that was applied, correct?

A       Correct.

Q       After the lockout, was that the first time you ever learned of the existence of Positive Pay?

A       I knew about Positive Pay in my roles as general manager in other stores, but I never applied it in -- within our stores, so I knew about Positive Pay.

Q       Until after the lockout?

A       After the lockout, correct.

*Rich Moffett Court Reporting, Inc.*

```
1                                          115
2            Q      But there was also a texting
3    system that was utilized at Superb,
4    wasn't there?
5            A      I mean, we texted each other.
6                   I don't know exactly what
7    you're talking about.
8            Q      Was there a texting system
9    that applied to the accounts at Superb?
10           A      I don't know.  I don't -- I
11   don't use the system.  That's why I hire
12   people to run stores.
13           Q      So as you sit here today, are
14   you telling me that you do not know
15   whether or not there was a texting system
16   to secure Superb's bank accounts prior to
17   the lockout in 2023?
18           A      There was -- to secure, no,
19   there was nothing in place to secure
20   the -- the bank accounts.  It was
21   strictly the people that have tokens
22   could access, and based on whatever the
23   token, whoever -- whatever the token is,
24   the authorizations we give people.
25           Q      As you sit here today, when I
```

```
 1                                      116
 2    bring up the words a texting system that
 3    applied to the accounts, you have never
 4    heard of that before today; is that
 5    correct?
 6         A     Correct.
 7               MR. THOMASSON:  This next
 8         Exhibit is Exhibit V.
 9               (Defendants' Exhibit V, Text
10         Messages, marked for
11         identification.)
12         Q     Would it be fair to say that
13    you saw this text during or about
14    September of 2024?
15         A     Yes, with Jory.
16         Q     When it was attached to the
17    complaint that you read from cover to
18    cover?
19         A     Correct.
20         Q     Do you know who this person
21    is?
22         A     I do now.
23         Q     Who is that person?
24         A     He worked for Mr. Deo two
25    years before I ever met Mr. Deo.  Mr. Deo
```

*Rich Moffett Court Reporting, Inc.*

117

hired him in February at Superb, and
everybody knew him as Kevin.  I only
found out that he even worked for Superb
when I -- I couldn't imagine where you
were going with this when I first read
the complaint, but then I found out all
this information.

He worked for him, Deo paid
him out of his Car Buyers' account.  He
paid him in payroll out of the -- the
Northshore account, and then he hired him
in February at Superb.

I never met him.  I don't
know who he is, and I've never spoken to
him, so...

Q    Do you have any idea when he
worked at Superb?

A    February of '23, I guess the
end or close to the end, but I know he
worked for Mr. Deo before that.

Q    And what is it you mean when
you say that he worked until "the end or
close to the end"?

A    Well, everybody got let go

```
 1                                        118

 2      once the shutdown took place, so I don't

 3      know if he was there at the end or if he

 4      left before.  Again, I have never met him

 5      or spoken to him, so...

 6           Q      When was the shutdown?

 7           A      August 3rd.

 8           Q      You closed Superb on August

 9      3rd?

10           A      Oh, I'm sorry.  I apologize.

11      The -- that was the lockout.  The

12      shutdown, I think, was November -- no,

13      end of October, beginning of November.

14                 MR. KATAEV:  Of?

15                 THE WITNESS:  Of '23.

16           Q      So you have never spoken with

17      Kevin?

18           A      I did after -- after your

19      complaint.

20           Q      When did you speak with him?

21           A      I don't know the month or the

22      date.

23           Q      What year did you speak with

24      him?

25           A      Last year.
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                              119
 2          Q       Last year being 2025?
 3          A       Correct.
 4          Q       Who contacted who for that
 5     conversation?
 6          A       I don't remember.  I believe
 7     I might have -- I might have -- I might
 8     have reached out to him or had somebody
 9     reach out to him.
10          Q       And he ended up speaking with
11     you?
12          A       Briefly.
13          Q       How many times did you two
14     speak?
15          A       Once.
16          Q       What is it that was
17     discussed?
18          A       Whether I even ever met him.
19          Q       That was the discussion?
20          A       That was it, and what
21     happened and why did he send this.
22          Q       So who said what to whom, can
23     you tell me the conversation?
24          A       He told me that Anthony owed
25     him a lot of money, and that he had done
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                      120

 2      this with Josh -- to him, and blamed

 3      Josh, and now he owed him a lot of money

 4      at Superb, and he had done it to him

 5      again, and it caused him a lot of

 6      financial problems.

 7                  I said, "Have I ever met you

 8      before?  Have I ever spoken to you?"  He

 9      said, "No."  I said, "Thank you, that's

10      all I wanted to know."

11          Q      Did you ask him how he found

12      out about this?

13          A      About what?

14          Q      Well, he seems to be

15      indicating that he thinks Anthony Deo did

16      something wrong.  How would a salesman

17      know that, do you know?

18                  MR. KATAEV:  Objection.

19          A      About Jeremy, they're

20      friends.  Anthony Deo took his car in,

21      didn't pay it off, floored it, so I had

22      to pay it off, and he took $10,000 in

23      cash from a kid, so -- and they were

24      friends, so he didn't take that well, and

25      I know about Jeremy because I had to pay
```

*Rich Moffett Court Reporting, Inc.*

```
                                                    121
 1
 2    off the debt.

 3          Q       Who is Jeremy?

 4          A       He was a salesman.

 5          Q       Kevin and Jeremy were

 6    salesmen?

 7          A       I believe so.

 8          Q       What is it you understand

 9    about this $10,000?

10          A       Jeremy had a car.  I'd say

11    the car was worth $40,000, he owed 50, he

12    couldn't afford the payment anymore.

13    Anthony asked him for $10,000, and with

14    the car he would pay off his -- his loan

15    and take the car so he didn't continue

16    having to make the big payment, and

17    Anthony floored the car, never paid off

18    the car and kept his $10,000.

19          Q       And you have firsthand

20    knowledge of that?

21          A       That's what I was told.

22          Q       Who told you that?

23          A       Bruce, after he interviewed

24    Jeremy and after we had to pay off the

25    car.
```

1                                                    122

2          Q       Do you know when Bruce

3     interviewed Jeremy?

4          A       Sometime at the end of '23.

5          Q       Would that be before or after

6     this text, if you know?

7          A       Way before.  Probably I had

8     to pay off the car -- the records will

9     show when I paid off the car, but I think

10    it was maybe a month where Jeremy was --

11    you know, he's a kid, he didn't have the

12    money to make the payment.  He had given

13    $10,000 to Anthony, so it was either --

14    either I let him suffer and pay the car,

15    or I ended up paying off the cars on the

16    floor plan and helped him payoff the car,

17    but I didn't give him back the $10,000.

18    I couldn't help him.

19         Q       What floor plan did you have

20    at Superb?

21         A       NMAC.  Occasionally they

22    would use NextGear but not in the sense

23    of it was a Superb floor plan.  I had a

24    NextGear account that was for wholesale,

25    so I would buy cars, put them on the

123

account, but I could move the cars to

Superb, and they had cars and used those

cars for retail to sell, and then I would

just ship them when they were sold. But

really the -- the only floor plan line at

Superb, I believe, was NMAC.

        Q      Are the four dealerships

we've discussed today the only

dealerships you have ever had an interest

in?

        A      Yeah, I believe so.

        Q      What was the first one you

opened?

        A      Volkswagen.

        Q      Of New Jersey?

        A      Yes.

        Q      Was that roughly 25 years

ago?

        A      Twenty-five years ago?  No,

this was 2020, during COVID.

        Q      Didn't you tell me earlier

that you took a dealership course 20 or

25 years ago?

        A      Yeah, I was a general

```
1                                    124

2    manager.  It was a general manager course

3    for NADA, 1992.

4         Q      When was the first time you

5    worked for a dealership?

6         A      1992.

7         Q      And then sometime in the

8    early 2000s you took a GM course because

9    you had been getting promoted?

10        A      Correct.

11        Q      I understand.

12               The first dealership you ever

13   owned or operated was in 2020?

14        A      Correct.

15        Q      And that was New Jersey?

16        A      New Jersey, yes.

17        Q      What was the next dealership

18   that you opened?

19        A      Mitsubishi in Hartford.

20        Q      When did you open that?

21        A      March of '21.

22        Q      What was the next dealership

23   that you opened?

24        A      Superb.

25        Q      When did you open that?
```

```
1                                              125
2          A      June or July of '21.
3          Q      And then the last one you
4   opened was Massachusetts?
5          A      December of '22.
6          Q      I see.
7                 Did you have any partners at
8   Superb?
9          A      At Superb, Bobby Clark.
10  Prior to -- to Anthony Deo, Bobby Clark,
11  and I bought him out.
12         Q      When did you buy out Bobby
13  Clark?
14         A      October of '22.
15         Q      So when you were dealing with
16  Mr. Deo in November of '22, you owned
17  Superb 100 percent?
18         A      Yes.
19         Q      So there wouldn't have been
20  any need to disclose anyone else as a
21  potential owner of Superb at that time
22  because you owned it by yourself, right?
23         A      Correct, yes.
24         Q      Make sure you let me finish,
25  okay?
```

1                                           126

2              Did you ever have any

3    partners in New Jersey?

4         A     Yes.

5         Q     Who did you have for partners

6    in New Jersey?

7         A     Orloff Sorenson.

8         Q     Was that the only partner you

9    ever had in New Jersey?

10        A     Yes, I had -- I had an

11   agreement with a partner, with a -- with

12   a -- who was going to be a partner on

13   paper.  But on paper as a partner, only

14   one.

15             MR. KATAEV:  Objection to

16             relevance on this line of

17             questioning.

18        Q     That would have been the

19   individual that you almost made a

20   partner.  What was that person's name?

21        A     Alex.

22        Q     Alex what?

23        A     Alex Kikirov, K-I-K-I-R-O-V.

24        Q     Alex did or did not become a

25   partner in New Jersey?

*Rich Moffett Court Reporting, Inc.*

```
1                                    127
2        A       No, he did not become a
3   partner.
4        Q       And the other gentleman, what
5   was his name that did become a partner?
6        A       I recall Orloff Sorenson.
7        Q       From when to when was Orloff
8   a partner?
9        A       August 2020 to March of --
10  March -- February or March of '21.
11       Q       That wasn't a very long
12  period of time.  Did something happen?
13       A       He was -- he was not a car
14  guy, and you know, he just really wasn't
15  involved, and I, when I got my new
16  dealership, the Mitsubishi dealership,
17  you know, he had the Mitsubishi
18  dealership was his originally.  He was a
19  small partner in it, and he had a lot of
20  debt that he had assumed from his
21  previous partner.  So I assumed the debt,
22  and part of that was he gave up his
23  shares in Volkswagen and he walked away,
24  and I paid off his debt at the Mitsubishi
25  store.  He was retired.  He was in oil
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                              128

 2   before or something like that.

 3        Q       So did he buy his way into

 4   New Jersey with you?

 5        A       No.

 6                MR. KATAEV:  Objection to

 7        form.

 8        Q       So he didn't give you any

 9   money to become your partner in New

10   Jersey?

11        A       No.

12        Q       Did you give him any money

13   when he left the business?

14        A       I assumed his debt.

15        Q       In return for also getting

16   the Mitsubishi dealership in Hartford?

17        A       Correct.

18        Q       Was there paperwork that

19   reflected this?

20        A       Yeah, yeah.

21        Q       Were there any lawsuits

22   associated with those two dealerships?

23                MR. KATAEV:  Objection.

24        Relevance.

25        A       In what way, after, before?
```

129

I don't understand.

Q       Well, after Mr. Orloff and
you started doing business out of New
Jersey and Connecticut, did you and
Mr. Orloff wind up in any litigation
together?

A       No.

Q       Did you have any other
partners up in Connecticut?

A       No.

Q       Did you have any partners in
Massachusetts?

A       Oh, yes, actually.  Did Alex
ever become a partner in that?  No.
Actually, I think I'm 100 percent store
owner.

Q       When you just now asked
yourself out loud if Alex ever became a
partner in that, would that be the same
Alex --

A       Yes.

Q       -- that became a partner in
New Jersey?

MR. KATAEV:  Could I take the

*Rich Moffett Court Reporting, Inc.*

```
 1                                        130

 2        exhibit down?

 3             MR. THOMASSON:  Yes, we can

 4        take down Exhibit V.

 5        Q      Now, the wrongdoing, the harm

 6   that you think I have caused you is in my

 7   representation of Anthony Deo; is that

 8   correct?

 9        A      No, it's being part of the

10   gang.

11        Q      All right.

12             What else did I do that you

13   have firsthand knowledge of to you, sir?

14             MR. KATAEV:  Objection.

15        Asked and answered.

16        A      Would you like to go through

17   the whole case, all the different things

18   that I believe you -- the lies you've

19   written down?

20        Q      Well, not related to my

21   representation of Anthony Deo, did I do

22   anything else to you is what I'm trying

23   to get at?

24             MR. KATAEV:  Objection to

25        form.
```

*Rich Moffett Court Reporting, Inc.*

```
1                                            131
2         A      Sir, the whole game plan of
3    the gang you're with is to rip off people
4    and commit fraud, and you're part of
5    everything, you know, you're just one arm
6    of it.
7         Q      I'm just asking you what you
8    have knowledge of that I have done wrong
9    to you and --
10        A      Your question --
11        Q      -- I am asking for anything
12   other than through my representation of
13   Mr. Deo, is there anything that I did to
14   you at Superb, that you know of today,
15   that you can tell me I did to you at
16   Superb?  Did I take any cars from you,
17   sir; are you alleging that?
18        A      You cost me my business by
19   being part of the whole organization that
20   does what you do.
21        Q      Through my representation of
22   Mr. Deo; is that right?
23        A      Whatever part of your -- just
24   like you have managers and general
25   managers, you're one part of it, right?
```

```
 1                                          132
 2   So --
 3        Q       Okay.
 4        A       -- so Anthony or Sarah and
 5   Harry could be the brains, you got your
 6   logistics, you got your counsel that
 7   takes care of making sure, you know, this
 8   gets dragged on forever, and you break
 9   people, and then you have your accountant
10   that lied and provides financials and
11   stuff to banks so that they can use our
12   corporations to steal.
13              So I mean, it's all together.
14   It's not -- it's not -- I don't know.  I
15   -- I -- I -- I don't see it as, you know,
16   separate.  I think you are all one -- one
17   big gang.
18              I mean, you have three
19   lawsuits for the same thing within three
20   years.  You have another one probably
21   coming in, you have Regal House Auto or
22   whatever it is you have open.  You just
23   got another lawsuit for the $100,000 that
24   he initially gave me that he never --
25   that he never gave back to the guy,
```

133

right?  And I mean, this just seems to be
what you do.  I sell cars, you defraud
people.  Your crew.  Your crew.

Q       So I am going to ask you some
very specific questions about that,
Mr. Urrutia, and I would love if you
could answer them directly for me.

Prior to December of 2022,
are you aware of any litigation that I
was a part of that you think I was doing
something wrong in prior to December of
2022?  What litigation can you tell me
that I represented anyone in that I
represented wrongfully?

MR. KATAEV:  Objection to
form.     You could answer.

A       Well, weren't you
representing him for the Island Auto
Group at that point?

Q       No, I am talking about
anything started in court --

A       Oh.

Q       -- associated with you and
the Aaronson group.  Before that date,

*Rich Moffett Court Reporting, Inc.*

134

can you tell me anything I did as an
attorney that you think I did wrongfully
to harm anyone, that you know of?

     A     I haven't looked further
back.

     Q     So my wrongdoing as an
attorney began with my representation of
the Deos involving the first lawsuit that
was commenced in December of 2022; is
that right?

     A     Correct.

     Q     And merely by representing
them you think I'm doing it wrongfully;
is that your position?

          MR. KATAEV:  Objection.
Argumentative.

     A     No.

     Q     Okay.

     A     I think you're -- you're
doing it corruptly.

     Q     You think I'm being dishonest
in what I'm doing in these lawsuits?

     A     Absolutely.

     Q     So I have been dishonest in

*Rich Moffett Court Reporting, Inc.*

```
 1                                        135
 2   these lawsuits.  What else am I doing
 3   wrong, other than dishonest?
 4        A     I know most of the money that
 5   you have received through Car Buyers came
 6   from my stores, and you have received
 7   quite a bit of money.
 8        Q     Just a moment.  I received
 9   money from Car Buyers?
10        A     Uh-huh.
11              MR. KATAEV:  Answer verbally.
12        Q     Is that a yes?
13        A     Yes.  I'm sorry.
14        Q     What money are you talking
15   about?
16        A     Checks made out to you.
17        Q     From who?
18        A     From Car Buyers.
19        Q     Car Buyers wrote me checks?
20        A     Correct.
21        Q     What Car Buyers?
22        A     Anthony Deo's Car Buyers
23   Company.
24        Q     A company --
25        A     Yeah.
```

1                                                      136

2          Q       -- gave me checks, not Car

3    Buyers?

4          A       Car Buyers.  Car Buyers is --

5    is the name of the company, right?

6          Q       Okay, you're talking about

7    the name of the company that would have

8    given me checks; is that right?

9          A       Correct, yes.

10         Q       And it's your position that I

11   know where the money comes from when they

12   give me a check; is that your position?

13         A       No, my position is you know

14   exactly what they're doing, and if the

15   money came from there, you know exactly

16   what they're doing, then you know that

17   the money came from me.

18         Q       How would I know what they're

19   doing?  Are you saying that I'm involved

20   in the operation of car dealerships?

21         A       No, I'm saying you're

22   involved in the operation that Anthony

23   Deo and Marc Merckling and Blankenship

24   and Jones are all involved in, which is

25   defrauding car dealerships and people.

```
1                                        137
2          Q      And you think there have been
3     discussions about that?
4          A      I would assume there would
5     be.
6                 MR. KATAEV:  Objection to
7          form.
8          Q      But you have no firsthand
9     knowledge of that; is that correct?
10                MR. KATAEV:  Objection.
11         Argumentative.
12         Q      Is that correct?
13         A      Correct.
14         Q      Thank you.
15                Is there anything else that
16    you haven't already stated that you think
17    I have been doing wrong?
18         A      I mean, again --
19         Q      Is there anything else that
20    you haven't already told us?
21         A      No.
22         Q      I didn't have any access to
23    your bank accounts at Superb, did I?
24         A      No, that -- that isn't your
25    job, right?  You facilitate.  Somebody
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                      138

 2   else handles the money.

 3        Q    I am just asking you if I had

 4   access to your bank accounts?

 5        A    No.  Neither did Deo

 6   technically, but...

 7        Q    Okay.

 8             Do you know if there was any

 9   way that the checks he wrote were

10   approved by Bruce Novicky?

11             MR. KATAEV:  Objection.

12        A    I have no idea.  I think he

13   signed them, though, so that alone he --

14   he is not allowed to do.

15        Q    If they were approved by

16   Bruce Novicky, would you agree that those

17   checks were authorized?

18             MR. KATAEV:  Objection.

19        Speculation and argumentative.

20        A    He couldn't approve Anthony

21   Deo signing a check, and Bruce Novicky

22   didn't know you existed before August

23   3rd, and you got those checks before

24   August 3rd, so no, Bruce Novicky would

25   not have approved those checks.
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                           139
 2        Q     But I didn't ask you whether
 3   or not Bruce Novicky would have approved
 4   those checks, I asked you if Bruce
 5   Novicky did approve those checks.  Would
 6   that mean that those checks were
 7   authorized?
 8              MR. KATAEV:  Objection.
 9        Speculation.  Argumentative.
10        Q     The way your system was
11   setup, did Bruce Novicky have the ability
12   to authorize checks?  Let me ask you
13   that.
14        A     Bruce Novicky signed checks,
15   that's how he approved them, by his
16   signature.  He couldn't tell somebody
17   that didn't have authority to sign the
18   checks to authorize anything.  Either he
19   signed them or they weren't approved.
20        Q     What authority did Bruce
21   Novicky have in your businesses?
22        A     He was my chief operating
23   officer.  I trusted him.  So he had
24   authority to sign checks.  As a matter of
25   fact, we went through great lengths to
```

*Rich Moffett Court Reporting, Inc.*

140

make sure that all the checks from Superb

got taken all the way to Hartford to be

signed, or he took the ride all the way

to Superb to sign the checks.

     Q    And as chief operating

officer, was Bruce Novicky above Anthony

Deo?

     A    Absolutely.

     Q    And you trusted Bruce and you

authorized Bruce to operate all four

stores; is that right?

     A    Correct.

     Q    What is it that you claim

that Marc Merckling took from Superb?

     A    Cash.  He sold cars for cash

that were never receipted.  He moved

inventory without authority.  He

manipulated floor plans.  He was listed

as a general manager in the DMS system

and with the audit companies.  He was

part of the -- the -- the gang.

     Q    I understand.

     And you have firsthand

knowledge of the cash that he took?

*Rich Moffett Court Reporting, Inc.*

1                                          141

2          A        Absolutely.

3          Q        Can you please tell me what

4    cash Marc Merckling took?

5          A        There are certain deposit

6    slips of cash that he took to the illegal

7    bank accounts that he opened with

8    Flushing that had written on them from

9    the teller, and again, he deposited most

10   of the money, so his handwriting is on

11   most of the deposit slips, but it's

12   specifically written on there who

13   delivered the cash, and that is Marc

14   Merckling.

15         Q        This was a bank account that

16   you authorized the Superb incorporation

17   documents to go to that bank, right?

18              MR. KATAEV:  Objection.

19         Assumes facts not in evidence.

20         A        No, I supplied them.

21         Q        You supplied them yourself?

22         A        To David Weinstein, correct.

23         Q        At that bank; is that

24   correct?

25         A        Yes.

*Rich Moffett Court Reporting, Inc.*

1                                        142

2          Q      Did you at any point in time

3    get told that the account was open?

4          A      No.

5          Q      And --

6          A      I found out the account was

7    opened in August when I opened the drawer

8    and I found a bunch of statements.  I was

9    trying at that point to open the account

10   again, which I left off, back in April.

11   I didn't want to open it anymore because

12   it was taking too long and I had my

13   accounts with Chase.

14                In August when I came back

15   and all of this was going on, I said they

16   had most of my stuff, let me try to

17   reopen it because I didn't know what else

18   was out there from Deo.  So I called up

19   David Weinstein again, I said, "Okay,

20   let's reopen these bank accounts," and he

21   started again through the whole process,

22   and all of a sudden, I open the drawer,

23   and there's bank statements in there

24   already for Superb bank accounts already.

25         Q      And you knew that there was

*Rich Moffett Court Reporting, Inc.*

143

an attempt to open the account, but you never knew that it was opened; is that right?

A    Correct, yes.

Q    Do you now know when that account was opened?

A    Yeah.

Q    When was it opened?

A    April 4, 2023.

Q    Just about at the time that an account was attempted to be opened, it was opened, is that right, according to the emails --

A    Correct.

Q    -- that were being exchanged, they were in April of 2023, right?

A    Correct.

Q    That account was, in fact, opened in April of 2023?

A    Correct.

Q    And you didn't find out about it for April, May, June, July, for approximately five months; is that right?

A    Yes.

```
 1                                    144

 2        Q      Have you told me everything

 3   that Marc Merckling has done wrong?

 4             MR. KATAEV:  Objection.

 5        A      Again, he's part of your

 6   whole organization.  I'm just -- I think

 7   I mentioned the parts that he was in

 8   charge of, but what he's done wrong, he's

 9   put me in the position I'm in, right?

10        Q      I'm just asking if you have

11   told me everything, yes or no, that Marc

12   Merckling has done wrong.

13        A      I believe.  I think it covers

14   it, right?

15        Q      How many cars are you not

16   able to keep track of at this point that

17   you blame Anthony Deo for these cars

18   disappearing?

19             MR. KATAEV:  Objection.

20        Asked and answered.

21        A      Let me just clarify

22   something.  Anthony Deo was running the

23   stores.  I had run the stores for 30

24   years, right?  Anthony Deo ran the

25   stores, so it's not me not keeping track
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                        145
 2   of him.
 3               And you're supposed to walk
 4   into a store, hit a couple of buttons,
 5   and you get an accounting on your DMS
 6   system, and it tells you what cars should
 7   be there or shouldn't be there.
 8               The store was just so being
 9   run into the ground and nobody cared to
10   clean up the inventory, so it showed that
11   there was 102 cars missing.
12               As we started to find cars
13   and figure out what happened, we started
14   to deduct numbers, and it came up that
15   there's 43 cars that I can't figure out
16   what happened to them.
17               Well, let me rephrase that.
18   That I can't get.
19               There's a certain amount that
20   I remember, 13 or 16, again, it's in the
21   record, that I know he sold to
22   wholesalers for cash and pocketed the
23   money.
24       Q       How do you know that?
25       A       Because it never made it into
```

```
 1                                      146
 2    the account, and we have a -- and we have
 3    a declaration from the wholesaler.
 4           Q      Who is the wholesaler?
 5           A      Orgad I believe his last name
 6    is.
 7           Q      Could you spell that, please?
 8           A      O-R-G-A-D, I believe.
 9           Q      And this Mr. Orgad operates
10    his wholesaler where?
11           A      I think Brooklyn.
12           Q      What does the declaration
13    say?
14           A      That everything changed after
15    Deo got there, because he used to buy
16    cars from us before.  After that, he
17    started to ask for cash, and by July he
18    knew something was up because the -- they
19    were just dumping him into for low
20    prices, but it had to be cash, and they
21    didn't want to give receipts.  And I
22    think he ended up being -- he saw
23    that them clearing the lot, and he was
24    invited to the grand opening where he saw
25    all of the Superb cars.
```

147

Q        How many cars does Mr. Orgad
indicate to you that Anthony Deo sold for
cash wholesale?

A        It's in the record.  I don't
know, 16, 18.  I don't remember.

Q        And is that 16 or 18 part of
the 43?

A        Correct.

Q        I see.

Now, the other 59 cars, 43
and 59 add up to 102, there were 102 cars
at the lockout that were alleged to have
been stolen by Deo, did you know that?

A        Yes.

Q        Those other 59 cars have you
accounted for, other than through Anthony
Deo?

A        Yes, within the first week we
accounted for 13 of them.  Before the
hearing in September, we accounted for
another 12, so by the time -- oh, after
the hearing, I'm sorry, for another 12.
We found them in shops.  We found them in
different places.  I mean, by the time we

*Rich Moffett Court Reporting, Inc.*

148

got to the February 20th hearing, there
was 43 cars that I never was able to
account for.

Q       So when on August 2, 2023,
the night of the so-called lockout, when
it was reported to the police that 102
cars had been stolen by Anthony Deo, you
could tell us now for sure that that
number was inaccurate; is that right?

A       That's right.

MR. KATAEV:  Objection.

Q       And the accurate number, in
your mind now, is 43, is that correct,
that are unaccounted for?

A       Oh, unaccounted for, 43, yes.

Q       Sixteen to eighteen of the
forty-three cars, you believe, were sold
at auction for cash?

A       Not at auction, to a
wholesaler.

Q       Okay.

Do you know anything about
the other roughly 25 cars?

A       It's in the record what I

```
 1                                        149
 2   know.  I couldn't remember it off the top
 3   of my head, but yes, we found some other
 4   information on other cars, but I can't --
 5   it was never really able to be verified,
 6   and I would need Anthony to -- to verify
 7   some of the information.  Shows, like,
 8   the cars that were sold and out of state.
 9   I don't -- I don't remember.  It's all in
10   the record.  We went car by car
11   painstakingly, so...
12        Q      Could anyone, other than
13   Anthony Deo, have done this?  I didn't
14   ask you whether or not you believe
15   somebody else had done this, I am asking
16   you could anyone else have done this, if
17   you know?
18              MR. KATAEV:  Objection.
19        Speculation.
20        A      No.  Again, I've been a
21   general manager all my life, and the way
22   it was done and what was done, it had to
23   be the person in charge or in control of
24   a store.
25        Q      That was there, and that was
```

```
 1                                    150
 2   Bruce Novicky; is that right?
 3        A      No, that was Anthony Deo.
 4   Bruce Novicky was in charge of the group,
 5   and he reported to Bruce Novicky, but he
 6   didn't run the day-to-day operations.
 7        Q      Did Bruce Novicky monitor the
 8   day-to-day operations of the store?
 9        A      If I asked him to.  If
10   something was wrong at the store, if I
11   thought it needed some help, like we did
12   in March before the CFO was let go, Bruce
13   Novicky went in and helped, but usually
14   we would get a statement, and if the
15   statement's numbers were not good or --
16   then Bruce Novicky would go in and try to
17   help.
18              But as soon as the CFO left,
19   all of a sudden, it's, you know, Superb
20   was doing great, so we didn't -- we
21   didn't really pay a lot of attention,
22   especially having a brand new store
23   opened, and you know, with Jones's help,
24   he was able to lull me into thinking that
25   everything was good at Superb.
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                      151
 2          Q      So you were monitoring
 3    Superb's accounts, at least monthly, in
 4    2023; is that correct?
 5          A      Me personally?
 6          Q      Yes.
 7          A      No.
 8          Q      How often were you examining
 9    your own bank accounts and records for
10    the dealership in 2023?
11          A      I -- I read statements.  I
12    don't look at the bank statements.
13          Q      All right, and the statements
14    you were getting, you were getting from
15    where?
16          A      I was getting them from the
17    office manager, the accounting
18    department.
19          Q      And what would that person's
20    name be?
21          A      Kendra.
22          Q      And was Kendra the person you
23    were getting statements from throughout
24    2023 at Superb?
25          A      Yes, she was working with
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                          152
 2   Mr. Jones to finalize the statements.
 3         Q       Who hired Kendra originally?
 4   Was she one of your people or one of
 5   Anthony's?
 6               MR. KATAEV:  Objection.
 7         Asked and answered.
 8         A       One of my people.
 9         Q       How often would Kendra send
10   you statements?
11         A       It wasn't Kendra.  She would
12   give them to Bruce Novicky, and Bruce
13   Novicky would send them to me.
14         Q       How often would Bruce Novicky
15   send you statements?
16         A       At the end of every month.
17         Q       Would that be every month in
18   September of 2023 that you received
19   statements from Bruce Novicky?
20         A       That's only one month.  Every
21   month of September of '23?
22         Q       I'm sorry --
23         A       Okay.
24         Q       -- I misspoke.  Withdrawn.
25               Did you receive statements
```

*Rich Moffett Court Reporting, Inc.*

153

from Bruce Novicky for Superb Motors

every month in 2023?

    A    For all my other stores, yes.

For Superb, after June, I believe, maybe

we were able to put together one more

statement, and then we -- we couldn't

even put the numbers together.  It was --

it was such a disaster.

    Q    So as of July 1, 2023, you

had seen statements for Superb Motors

prepared by Kendra and given to you by

Bruce Novicky for every one of the

previous six months that year; is that

right?

    A    No, prepared by Jones with

Kendra assisting.  Given to Bruce Novicky

and then given to me.

    Q    Was the exhibit before you a

profit and loss statement from Thomas

Jones one of those statements?

    A    No.

    Q    That's not what you're

talking about, is it?

    A    No, that is not a factory

154

statement.

Q       Right.

A       This is a fake fraud
statement submitted by Mr. Jones.

Q       I understand.

But you did receive
statements from Bruce Novicky every
month, January through June of 2023; is
that right?

A       Correct, yes.

Q       And do you now believe that
there is anything on those statements
that are incorrect?

A       Everything after April is
incorrect.

Q       So January, February, March
and April statements you believe to be
correct; is that right?

A       No, January, February and
March are correct.  April, May, June, and
I mean, I don't think we ever produced a
July, but if there was a July, those were
all incorrect.

Q       And it's your position that

155

that's because of Thomas Jones, right?

A    Correct.  Well, Thomas Jones --

        MR. KATAEV:  Objection.

A    -- and Deo.

Q    But Thomas Jones was preparing these statements based on what Kendra gave him, wasn't he?

        MR. KATAEV:  Objection.  Assumes facts not in evidence.

A    No.  So Kendra would give him the deals, and she inputs the information, and then Thomas Jones would look at it and tell her what entries to make on the statement.  So whatever Kendra ended up with after she did all of her accounting and everything, Thomas Jones would then go in and tell her what entries to make.  And there's a couple of emails from Deo making sure to tell Thomas Jones to make sure that those statements show a profit, no matter what.

        And when you go back, there's deals that cancelled that were never

156

taken out of the statements.  So they
were counted as profit, meanwhile, they
never existed.  There was hundreds of
thousands of dollars of cash from April
through July that never made one dollar
into the operating account, they all went
to the Flushing account.

I am sorry, I didn't mean to
point at you.

The Flushing account.  Not
one penny from April 1st through July --
I'm sorry, August 3rd, ever made it into
the operating account, but they were
accounted for in those statements as --
as profit, because they were counted as
COD's, they were counted as down
payments, but yet they never made it into
the account.  They were pushed off into a
schedule as a receivable.

And then in June he finally
made the entry of 700 and something
thousand dollars on the statement for
Superb.

Q     And that $700,000 entry

157

you're saying is inaccurate?

    A    Well, no, it's accurate, they didn't -- didn't choose to put it in until June before...

    Q    Okay, I understand.

    Who had signatory powers on the Flushing account, do you know?

    A    Anthony Deo and maybe Sarah, I believe.

    Q    Wasn't there an occasion when you and Anthony discussed Anthony buying all of Superb?

    A    I don't -- I don't believe we ever discussed buying all of Superb. We discussed him becoming 49 percent partner in Hartford.

    Q    And you believe that that was beginning around June; is that what you testified to?

    A    No, that began in April, and it didn't become a serious conversation until the end of June, beginning of July.

    Q    And at that time did you ask him for any money towards that purchase?

*Rich Moffett Court Reporting, Inc.*

158

     A      No, we -- we came up with a
number of what it would cost.  He agreed.
He told me he had some funding, because
he put up the houses that, I guess, he's
-- he was sued for renting that he told
me he owned and that Michael Laurie had
gotten him money from some hedge fund, a
substantial amount of money, and that he
wanted to buy in as -- as partner.  And
you know, he gave me the whole how he was
going to blow it up, and how great he was
going to do and all of that stuff.

          I was in the process of
buying a -- a building for my dealership
up in Massachusetts, and Anthony Deo
said, "I have my term sheet, I'll have
the money next week."  So I said, "Okay,
then we're going.  You know, when I get
back from my vacation, we'll talk about
the terms, and we'll finalize it."  And
that was the extent of the conversation.

     Q      Did you at any time in July
of 2023 ask Anthony Deo for money?

     A      From where?  What date?  I'm

*Rich Moffett Court Reporting, Inc.*

159

sorry.

Q      At any time in July of 2023,
did you ask Anthony Deo for money?

A      Anthony Deo told me he was --
he was getting the money for the
purchase, and I again, I told him, I
believe it's in the text, that I was
buying a building.  He said he would have
the money to me by next week.  I said,
"Are you sure?  'Cause if you do, then I
won't sell stocks and whatever I need to
buy the building."  And he says,
"Absolutely, 100 percent."

Q      How much money was that?

A      I don't remember.  500,000, I
believe.  I don't know.  I don't remember
the exact amount.

Q      So you and Anthony Deo were
discussing Anthony Deo giving you
$500,000 in July of 2023, yes or no?

A      Yes.

Q      Did Anthony Deo give you
$500,000 in November of 2022 before
contracts were signed?

*Rich Moffett Court Reporting, Inc.*

```
1                                          160

2          A      Yes.

3          Q      Did you know what the value

4    of Superb Motors was in or about November

5    of 2022?

6          A      I -- I wouldn't know.  I

7    didn't put a value on it at that time.

8    If the store had $450,000 worth of

9    advertising from my previous partner,

10   even though the statement shows a loss,

11   that was after salaries and after I gave

12   him 150,000 to buy him out, which is part

13   of the statement.  I would -- I had to

14   write down about, I don't know, 5,

15   $600,000 worth of the inventory and pay

16   down my NESNA advance to become partners

17   with Anthony Deo.  So I believe I put in

18   more than twice as much as he did to

19   become partners.  The idea wasn't so much

20   -- and I put $300,000 of working capital

21   in, too.

22                So the 500,000 wasn't so much

23   a value of the business.  I saw a value

24   in him running it and making it

25   successful, and on the two dealerships
```

*Rich Moffett Court Reporting, Inc.*

161

that he said he had that were successful.

So I really wasn't looking to value it as

much as I was looking to clear the way to

figure out how to become partners and

grow something good together based on the

fact that I thought he was a good car

guy.

      Q    Did you know that there were

difficulties between he and Josh

Aaronson?

      A    Oh, yeah, absolutely.  He

came crying and -- of the abuse, and you

know, his pregnant wife, and you know, I

felt for him, to be quite honest with

you.  He's quite the con man, he's very

good at it.

      Q    Uh-huh.

      Are you saying that his wife

wasn't pregnant?

      A    Oh, no, she was pregnant.  I

didn't see it, I just, I remember texting

her because I don't think I ever really

met Sarah.  I knew she was there, we

communicated via emails and texts, but I

```
1                                              162

2   never really met Sarah.

3          Q      So were you, for lack of a

4   better term, an absentee owner?

5          A      Oh, yeah, I lived in Costa

6   Rica.

7          Q      How long have you been living

8   in Costa Rica?

9          A      Since March of '22, way

10  before I met Deo.

11         Q      You purchased something down

12  there, did you?

13         A      Yes.

14         Q      And you have been a resident

15  of Costa Rica since March of 2022?

16         A      Correct, permanent.  Well

17  documented with Mr. Deo.  Even before we

18  closed our deal, and I know you -- you

19  claim I fled there, but I -- I've lived

20  there before I ever met Anthony Deo.

21         Q      Have you represented to any

22  of the courts that you lived in New

23  Jersey, if you know?

24         A      I believe, 'cause I did, I

25  owned a house there that I had to sell to
```

*Rich Moffett Court Reporting, Inc.*

```
1                                          163
2    cover the cost of this fraud, but yeah, I
3    -- I did.  I'm -- I'm a resident of the
4    United States as well, or was a resident
5    of the United States.
6         Q     Were there any monies paid at
7    Superb to Anthony Deo that were
8    authorized?  Was he on payroll?
9         A     Yes.
10        Q     Were the payroll checks
11   authorized?
12        A     Yes.
13        Q     Was Sarah Deo ever on
14   payroll?
15        A     Yes.
16        Q     Were those payroll checks
17   authorized?
18        A     Yes.
19        Q     Were there any other monies
20   paid to them, that you know of, that were
21   authorized?
22        A     Yes, he was to receive 10,000
23   a month in the beginning until, I don't
24   know, February.  We changed the deal
25   where if the store was profitable, he was
```

*Rich Moffett Court Reporting, Inc.*

164

able to get a -- a perk car for every car
that we sold, but it was only if the
store was profitable.

Q    And was that modification
during or about February of 2023 in
writing?

A    No.

Q    That was a handshake deal
between you and Mr. Deo?

A    Yeah.  I remember we hadn't
closed the deal.  I'm the -- the owner,
so I wrote him checks, as we agreed, and
I got my money, as we agreed.  There
wasn't a contract because we hadn't
really finalized our -- our original
agreement, right.

Q    When Anthony Deo gave you
$500,000 and executed some contracts
during or about November and early
December of 2022, did you reveal those
contracts and that purchase money to your
floor plan providers?

A    Did I reveal that he was a
partner?

165

Q     Yes.

A     I didn't because he wasn't
yet, and I did tell him NESNA, who's part
of Nissan, that we were -- we were going
to become partners, because they came
after.  They already knew.  They came
asking because he had taken an advance in
November, even though the stores were
shuttered from them, and they were
concerned of how he was going to pay it
back.  I discussed with them that maybe I
could talk to him to see how he could
arrange how he would pay that loan back,
because again, at this point I think that
he's going to be my partner and he's
actually a good guy.

         They asked me not to mention
it because they didn't want him to get
mad, and they went behind his back to
tell me about this loan, and I found out
later in April he took it upon himself to
sign an ACH form, unauthorized, to take
the money out of the Superb account to
pay back his debt, so I think they were

1                                                      166

2      pretty aware.

3          Q      So since November of 2022, is

4      it your position that Anthony Deo never

5      became an owner of Superb, is that your

6      position?

7          A      Well, if --

8          Q      That's a yes-or-no question.

9          A      Yeah, he never became a

10     partner.

11         Q      Okay.

12                And he never owned 49 percent

13     of Superb; is that correct?

14         A      He never finalized the deal,

15     no.

16         Q      So from your standpoint, it's

17     your position since November of 2022 that

18     Anthony Deo never became a 49 percent

19     owner; is that correct?

20         A      Correct.  I believe I --

21     sorry.

22         Q      Did you at any point in time

23     ask Anthony Deo for $500,000 to help your

24     New Jersey operation?

25         A      To help my New Jersey

```
 1                                              167

 2    operation, no.

 3         Q      Did you ever ask him for

 4    $500,000 related in any way to your New

 5    Jersey dealership?

 6         A      No.

 7         Q      In November of 2022, did you

 8    have any understanding that you were

 9    going to be supplying floor plans to

10    Anthony Deo?

11         A      For which, for the new

12    stores?

13         Q      Yes.

14         A      Yeah, if he finalized the

15    deal, yeah.

16         Q      Did you ever actually supply

17    any floor plans to any of those stores,

18    yes or no?

19         A      For the two, on the

20    Northshore and Sunrise, they were closed,

21    no.

22         Q      Did you, during or about

23    November of 2022, take $800,000 from

24    Nissan for Superb or any of your other

25    stores?
```

*Rich Moffett Court Reporting, Inc.*

168

    A       From when?  I'm sorry.

    Q       During or about November of
2022, did you take $800,000 from Nissan
to assist Superb or any of your other
stores?

    A       I took an $850,000 working
capital loan from my new store, which is
Nissan, which was part of the deal when
we closed, and I never took anything
from -- for Superb.  On the contrary, I
paid down a very -- a very big advance
that I had taken a year before by over
$300,000, which is part of the agreement
that we had.

    Q       You paid down an advance that
you had gotten from Nissan?

    A       NESNA it's called really.

    Q       Right.

            When you got the advance from
NESNA, that was before November of 2022,
right?

    A       Like a year before.

    Q       Yes, in November of 2022?

    A       In November of '22 I think I

169

still had a balance of 981,000, and for

Anthony to come in, I had to pay it down

to 650 as per our agreement.

Q      The $850,000 that you took,

you took from what company?

A      From -- from NMAC.

Q      From NMAC?

A      Yes.

Q      Did you tell Anthony Deo

about that?

A      Why would I?  He had nothing

to do with it.

Q      Well, it could impact the

value of one or more of your businesses,

couldn't it?

MR. KATAEV:  Objection.

A      What does that have to do

with Superb?

Q      I don't know.  I'm asking you

did it have anything to do with --

A      No, nothing, other than --

the only thing they shared was an

aggregate floor plan line that was

cross-collateralized.  The loan that I

170

had for Nissan had nothing to do with Superb.

Q     The NMAC $850,000 loan was not in any cross-collateralized through Superb?

A     No, it was strictly the -- for the Nissan store in Pittsfield.

Q     Massachusetts, yes?

A     Pittsfield, Massachusetts, yes.

Q     And the Pittsfield, Massachusetts floor plan was not in any way cross-collateralized with Superb?

A     Yeah, all their stores were cross-collateralized.  That's why the damage was so bad when he screwed me up in Superb because it affected all of my stores.

Q     Your offer to get floor plans for the stores, do you know when you made that?

A     As part of our agreement, I believe it might even be in a text or an email, that I would give him $2 million,

*Rich Moffett Court Reporting, Inc.*

171

which I already had with NextGear.  I
would just shift that floor plan line,
and I would get another floor plan line
as well once we finalized the deals.

Q    Do you remember when that
was?

A    Probably in November,
December of 2022.

Q    So that was from the get-go
you were promising floor plans to Anthony
Deo; is that right?

A    Yeah.

Q    And that's because he needed
floor plans?

A    He needed it because Josh
Aaronson had shut the floor plan lines
for Northshore and Sunrise.  Again, I
thought he was open and he needed floor
plan lines to sell cars.  I didn't know
his debt issues with DMV.

Q    When he was asking for floor
plans from you, you thought he had
already had floor plans?

A    No, I knew that they were

172

Josh's.  His problem was that Josh was withdrawing the floor plan lines so he couldn't get any, so he came to me to see if I could get him any.  So if finalized, the deal part of my responsibility was to help him get floor plan lines for the two stores.

Q      And you knew that if you finalized the deal?

A      Yeah.

Q      Who floored vehicles with Superb, floor plans?

A      Mostly Kendra but under Deo.

Q      But it was Kendra that did most of the flooring?

A      Uh-huh.

Q      But that's not all of the flooring, so who else floored vehicles for that store, did Bruce Novicky?

A      I mean, he could, but I don't think he did.  I think because Anthony was buying all the cars, he was doing all the buying for that store.  Initially it was Bruce, because we were supplying

173

basically all the inventory for him.  We

didn't have a buyer, so we would supply

the inventory from the other stores, but

it was Anthony Deo's starting in November

of 2022, Anthony started to buy cars, and

he had authority to just put the cars on

our floor plan.

    Q    Which Kendra would do for

him?

    A    Well, if he bought a car he

had listed on as a buyer if you buy the

car, and as the buyer, they automatically

will put it on the floor plan.  I don't

think -- I don't think -- I didn't think

she had to do anything, I think it

automatically goes on.  If you take cars

in, then somebody has to put it on floor

plan.

    Q    How many cars did Anthony Deo

purchase starting in November of 2022 and

ending on or about the night of the

lockout, how many cars did he buy,

roughly, for Superb in that time, do you

know?

```
1                                        174

2           A       Hundreds.  I wouldn't know

3     exactly the number, but if --

4           Q       Could it have been 500?

5           A       I mean, he was what's --

6     what's that, 7 months if he was selling

7     40 cars a month, 300, 400 --

8           Q       Okay.

9           A       -- maybe less.

10          Q       So you think in the time that

11    Anthony Deo was with Superb, which was

12    roughly the beginning of December through

13    the end of July; would that be fair to

14    say?

15          A       Correct.

16          Q       So that's eight months?

17          A       Uh-huh.

18                  MR. KATAEV:  Verbal.

19          A       Yes.

20                  I'm sorry.

21          Q       In those 8 months you think

22    he bought 3 or 400 cars; is that correct?

23          A       Maybe less, because we had

24    trade-ins and he bought some cars from

25    other stores, so a couple of hundred, I
```

*Rich Moffett Court Reporting, Inc.*

175

1
2        would think.
3            Q      So he bought 2 to 300 cars;
4        is that correct?
5            A      I would assume.  It sounds
6        like it could be.
7            Q      Do you know how many of those
8        cars were sold by Superb, one-way or
9        another, to whomever?
10           A      No, 150 cars, 200, 250 cars.
11       Something.  Something like that.
12           Q      So most of those cars were,
13       in fact, sold by Superb; is that right?
14           A      Correct.
15           Q      And as to those cars, do you
16       know of anything that Anthony Deo did
17       wrong?
18           A      Yeah, he bought a bunch of
19       gray market cars.
20           Q      How many of those did he buy?
21           A      I have no idea, but it's a
22       good amount I had to pay off afterwards.
23           Q      What's a good amount, a
24       dozen?
25           A      I don't know, 40, 50 cars.  I

```
1                                        176

2   don't know.

3       Q      So 40 or 50 cars are what you

4   call gray market cars, right?

5       A      Correct.

6       Q      What do you mean when you say

7   "gray market"?

8       A      Cars are not built in the US,

9   they're built in either Mexico or Canada.

10      Q      And what is it that is wrong

11  with that?

12      A      The banks don't finance them.

13  There is -- there's strictly in our

14  dealer agreement they don't finance gray

15  market cars.

16      Q      Was Anthony Deo a part of

17  that dealer agreement?

18             MR. KATAEV:  Objection.

19      A      No, but it's, you know, he's

20  been doing this for a long time, he -- he

21  should know that.

22      Q      And was that something you

23  have discussed with him?

24      A      I did after -- after the bank

25  started to call us and wanting us to buy
```

*Rich Moffett Court Reporting, Inc.*

177

back those cars because they didn't

finance gray market cars.  Did I discuss

it before, no, it's -- any decent car guy

would know that, I guess.

Q    Was there anything else about

the 200 to 300 cars that Superb purchased

under Anthony Deo that he did wrong with

those cars?

A    I mean, other than sell them

to customers, not deliver them, overbook

them, yeah.

Q    Okay.

There were customers at

Superb who bought a car they never got?

A    Yes.

Q    So then what happened?

A    I had to pay all -- all of it

off.

Q    So they never did get those

cars?

A    Yeah, there was a few of

those, otherwise, that I --

Q    How many is "a few"?

A    I don't know.  Again, we have

```
 1                                             178
 2      it in our complaint.  We can -- I can get
 3      you those.  All you got to do is read the
 4      complaint.
 5              Q       Was it more than ten?
 6              A       I don't know.  I don't
 7      remember the exact number.
 8              Q       More than 20?
 9              A       Again, I don't -- I don't
10      know the exact number.
11              Q       Could it have been more than
12      30?
13              A       I don't know the exact
14      number.
15              Q       Could it have been more than
16      100 that didn't get delivered?
17              A       Oh, no, no, no, definitely --
18      definitely not.  That didn't get
19      delivered, no, there was maybe --
20              Q       I think you said a few?
21              A       Yeah, maybe 10, 10 cars, 15
22      cars that didn't get delivered.
23              Q       Do you know the names of
24      any --
25              A       I don't.
```

1                                              179

2          Q      -- of those people?

3          A      No, I have a good memory but

4    not that good.

5          Q      Where are the file jackets

6    for those cars now?

7          A      In storage.

8          Q      Are all of the records for

9    Superb in storage?

10         A      I believe so.

11         Q      Where is that storage?

12         A      Hartford.

13         Q      Do you have records for all

14   of your cars stored in Hartford,

15   Connecticut?

16         A      Different storage places.

17         Q      The Superb storage place is

18   in Hartford, Connecticut?

19         A      Yes.

20         Q      Where is the New Jersey

21   storage?

22         A      I don't know.

23         Q      Who would know?

24         A      Probably in New Jersey.

25         Q      Who would know?

```
1                                              180
2          A      I believe -- I believe it's
3     one of my -- one of my guys that used to
4     handle the inventory, handle all the
5     storage of the ROs and --
6          Q      Records of the dealership?
7          A      Correct.
8          Q      Who is that?
9          A      Frank Messina.
10         Q      Is Frank still on payroll
11    with you?
12         A      No, the stores are closed.
13         Q      Do you know where the records
14    are for the Massachusetts store?
15         A      Probably near Massachusetts.
16         Q      Who would know about that?
17         A      Frank Messina.
18         Q      What about the Hartford
19    store, where are those records, do you
20    know?
21         A      I think I just told you, in
22    Hartford.
23         Q      Why didn't you leave the
24    Superb records in New York?
25         A      'Cause I, at the time, I had
```

181

dealerships, so I moved everything to a store so I didn't have -- have to go get a storage facility.  I could move them into my dealerships.

Q    So Anthony Deo you blame for your difficulty with all of your dealerships; is that right?

A    The collapse of them, yeah.

Q    Was there any mismanagement at any of those stores?

A    Before Anthony Deo, no.

Q    Well, you said there was trouble in the accounting department at least through the end of March of 2023, right?

A    Trouble in -- in trying to take -- to finalize, catchup, not any other kinds of trouble, just overwhelming, put it that way.  We grew quickly, and we changed dealer management systems, but other than that, it wasn't mismanagement.

Q    And all three of the other stores were profitable during the whole

```
1                                          182

2       time you had them; is that right?

3            A      Well, not after -- not after

4       the Deo situation.

5            Q      Do you allege that Anthony

6       Deo took money that was rightfully

7       Superb's?

8            A      Oh, I guarantee it.

9            Q      How much?

10           A      Let's see, 500,000 ACH money

11      from NESNA, about 300,000 in cash,

12      500,000 that went into the Flushing

13      account from customers, another 2 plus,

14      $250,000 worth of checks from Chase.

15      Obviously, the cars that I paid for that

16      he claims are not mine, but in -- in

17      total, the losses exceed 5 million, but

18      he pocketed about 2 and a half million,

19      but he needed to create this -- this, you

20      know, the money in the banks so he could

21      hide what he was stealing.

22                  So the banks also, the bank

23      accounts always looked healthy because he

24      was generating fake deals to put money

25      into the bank, so we never dropped below
```

183

a number that would make me

uncomfortable, and while he was pocketing

all the deposits and cash.

Q    How did he create fake deals?

A    How did he create fake deals?

Q    Yes, was he creating fake

documents for you?

A    From what I understand,

customers would come in, and you know,

have an intent of buying a car, they

would do the credit applications, they'd

do the whole deal, then he'd tell them

the car was in the shop, he'd deliver it

to them.  He'd submit the deal to the

bank, one week, two weeks, three weeks,

the customer's calling, Well, this

happened, this happened.  By the time he

left, some of those cars were sitting in

shops that you -- you wouldn't deliver,

and customers never got the car, and I

had to refund them the money, and I had

to pay off the loans that the banks had

put on those cars.

Q    How many cars were sitting in

184

shops undelivered when Anthony Deo left?

A       I am -- I am assuming 10, 12.
I don't know the exact number.

Q       And there was nothing wrong
with those cars when they were sitting in
the shops?

A       No, they were in shops
because there was stuff wrong with them.

Q       And you think he should have
delivered those cars notwithstanding that
there were things wrong with them?

A       No, but in some of those
cases the customers said they didn't want
the car anymore and he never cancelled
the deal.  He left the loans for me to
pay after he left, and the customers
continued to get bills.  So as soon as I
found out all of the issues that we were
having with gray market cars, I paid them
off.  I paid anything off that anybody
called that had a problem, so...

Q       What happened to those 10 or
12 cars that were in shops?

A       We eventually picked some of

185

them up.  I believe one didn't get picked

up because it had a crazy bill on it or

something.  I don't remember the details

of it.  But if they were in shops, for

the most part, we picked them up.

Q      Was there a repair shop at

Superb?

A      No.

Q      So when cars needed work at

Superb, they had to be sent out; is that

right?

A      Correct.

Q      Who had authority to send

cars out to get work done, did Bruce

Novicky?

A      No, Anthony -- I mean Bruce

could have if he wanted to.

Q      If he wanted to.  Whether or

not he did it...

A      Yeah.

Q      Did Anthony Deo have

authority to do that?

A      Yes.

Q      Did anyone else there have

```
1                                          186

2     authority to send cars out to get the

3     work done?

4          A      Just the manager.

5          Q      Who was the manager?

6          A      Really should be Anthony, but

7     Anthony could assign that to, let's say,

8     the other manager, Eugene Lowe.

9          Q      Did Eugene send any cars, if

10    you know?

11         A      You got to ask Anthony.  I

12    wasn't there.

13         Q      You don't know if Eugene sent

14    any of these cars?

15         A      I don't.

16         Q      How do you know then that it

17    was Anthony that sent those 10 or 12 cars

18    to the shops, could it have been Eugene?

19         A      I don't think so, but in the

20    February 20th hearing, I believe both

21    Merckling and Blankenship said that they

22    were taking cars to shops for windows,

23    for tires, so at somebody's direction.  I

24    don't know who it was, but mostly

25    Anthony.
```

```
1                                       187
2          Q      As far as you know,
3    Blankenship and Merckling were performing
4    services for Superb; is that right?
5          A      I never said they didn't.
6    They said it's menial.
7          Q      They were driving cars to and
8    from shops; is that a fair way of putting
9    it?
10         A      Yeah.
11         Q      Did Superb have a tow truck?
12         A      No.
13         Q      Or a flatbed?
14         A      We bought two flatbeds, which
15   were part of the injunction, right,
16   because he kept those as well.  But we
17   bought two flatbeds to do just that, move
18   cars in between dealerships, and instead,
19   Anthony made it part of the pain he
20   caused.
21         Q      Those two flatbeds were at
22   Northshore, did you know that?
23         A      They were at Northshore,
24   yeah, he picked them up for me.
25         Q      Right, and when NMAC came and
```

```
 1                                              188
 2     wanted to do an audit at Northshore
 3     because of whatever you reported to NMAC,
 4     do you know whether or not Anthony Deo
 5     cooperated with that audit?
 6          A       Initially I believe the first
 7     audit he did, and after that he didn't.
 8          Q       How would you know that he
 9     did or didn't cooperate with an audit
10     from NMAC, did you speak to somebody from
11     NMAC?
12          A       Bruce, I believe, did.
13          Q       So Bruce told you that
14     Anthony was not cooperating with NMAC
15     audits; is that correct?
16          A       I believe that's what --
17     yeah, I believe he did.
18          Q       Bruce also told you that he
19     did cooperate with at least one audit,
20     right?
21          A       Initially, yes.
22          Q       Do you know how many he
23     cooperated with?
24          A       I don't.
25          Q       Do you know if the audit took
```

*Rich Moffett Court Reporting, Inc.*

189

place at Northshore and 189 Sunrise, if you know?

A     Both, yes.

Q     So he cooperated with at least two audits, right?

A     Uh-huh.

Q     Is that right?

A     Correct.

Q     How many do you say that he didn't cooperate with, do you know?

A     I don't know.

Q     That's not something you know?

A     No, I don't know.

Q     Okay, Bruce Novicky would know?

A     Probably, yeah.

Q     Was Bruce Novicky authorized to deal with the floor plans?

A     Yes.

Q     Was Anthony Deo authorized to floor plan cars?

A     When he bought cars, yeah.  I mean...

                                                     190

1

2          Q       Well, it would have happened

3   automatically, you said, right, when he

4   bought cars?

5          A       So if he buys it, it gets

6   floored.  It's his authority, right.

7          Q       But if it's a trade-in, could

8   he put it on the floor plan, or would

9   somebody else have to do that?

10          A       I mean, it's not something a

11   general manager usually does, that's

12   usually given to the office, and the

13   office does that because they have to

14   stock it in, they have to make a folder,

15   they have to have keys.

16          Q       Do you know whether or not he

17   floor planned any cars?

18          A       He -- he asked Kendra to

19   floor plan cars.

20          Q       What access did Anthony have

21   to directly deal with the floor plan

22   companies, do you know?

23          A       I don't know.

24          Q       Did he have any

25   authorization, that you know of today, to

1                                              191

2       deal with the floor plan companies

3       directly?

4            A      I don't know.

5            Q      Did you authorize him to deal

6       with the floor plan companies directly?

7            A      No, it was never something

8       that would have been part of his job.

9                  MR. THOMASSON:  Forgive me, I

10            have to take another quick break.

11                  MR. KATAEV:  Before you go,

12            we're going to stop at 1:15 for

13            lunch, right?

14                  MR. THOMASSON:  All right,

15            let's just break now.

16                  (Luncheon recess was taken at

17            1:05 p.m.)

18

19

20

21

22

23

24

25

1                                                    192

2

3

4

5

6

7

8

9

10

11

12

13

14        A F T E R N O O N    S E S S I O N

15             (Time noted:  2:15 p.m.)

16   R O B E R T    A N T H O N Y    U R R U T I A,

17        resumed and testified as follows:

18   CONTINUED EXAMINATION

19   BY MR. THOMASSON:

20        Q     Mr. Urrutia, you said

21   something this morning that I am not

22   positive about, so I have to revisit it,

23   and I want to understand something, at

24   some point this morning did you tell me

25   that Superb, at least during the time

193

that Mr. Deo was there, made about $1,200

per car, did you say something about

that?

        A        No, it's, you know, I was

just using numbers, but he would tell me

that we were averaging 3,000 a car, and

it had ended up being 1,200.  This is not

the specific number, it's the point I'm

trying to make is that if you do 50 cars

at 3,000, it's 150, at 1,200, it's 70.

It's a very big difference for

projections for the month, right.

        Q        And it's your position that

he gave you incorrect information on what

the dealership was making per car; is

that right?

        A        Correct.

        Q        Do you now know what the

dealership was making per car roughly?

        A        Until it closed, yeah.

        Q        What was that?

        A        I don't remember the exact

number.  It was losing money per car.

When we bought back all the cars?  The

194

reality or what the statement was

showing, because there's two very big

differences, right?

Q        Well, I am just wondering,

when did Anthony Deo take over operations

at Superb Motors?

A        Probably right around the

middle of November, but officially

December 1st.

Q        Was it official from December

1st?

A        Yeah.

Q        That was per your knowledge

and authorization?

A        Yes.

Q        Was he there, to the best of

your knowledge, beginning December 1st

through the end of July with regularity?

A        No, not every day.  He was --

he was still bouncing between that store

and the other two stores.

Q        And you knew that?

A        Yes.

Q        Were the dealerships'

```
 1                                    195
 2    expenses being met during the time he was
 3    there?
 4          A      What do you mean, "being
 5    met"?
 6          Q      Was the monthly rent being
 7    paid?
 8          A      Yeah.
 9          Q      Were the utilities being
10    paid?
11          A      Yes.
12          Q      Was the insurance being paid?
13          A      Yes.
14          Q      Was data processing being
15    paid?
16          A      Yes.
17          Q      Were the floor plans being
18    paid?
19          A      Yes.
20          Q      Was marketing being paid?
21          A      Marketing consisted of the
22    radio station with the Caribbean company.
23    I mean, we had some marketing, but the
24    majority of it was based on the Caribbean
25    market prior to Anthony.
```

```
 1                                        196
 2              When Anthony came in, he
 3    started to do his own marketing.  He
 4    wanted to do Car Gurus, and he was fine
 5    to do all of that stuff.
 6         Q      Was the marketing being paid?
 7         A      Yes.
 8         Q      Was payroll being paid?
 9         A      Yes.
10         Q      How much did the monthly
11    expenses add up to?
12         A      I don't remember.  It was
13    probably in the high -- high 100s, low
14    200s.
15         Q      So give or take about
16    $200,000 a month in overhead?
17         A      Right, correct.
18         Q      And it was being paid the
19    whole time he was there?
20         A      Yes.
21         Q      Did he ever put money into
22    Superb, other than the $500,000 he gave
23    up in November?
24         A      He put money in when he
25    double floored cars, and then he put
```

197

money in again, right, for the first

time, which was February, and then he put

money in again in July and took it right

back out.  Again, double flooring of

cars, so it's really his liability.  Some

he created from his other dealerships,

not that it was a Superb expense, but we,

because it was my floor plan, we paid off

the cars and then asked him to reimburse

us the money that we paid off.

Q        You made the decision to pay

off cars on the floor plans?

MR. KATAEV:  Objection to

form.

A        I had to, it's my floor plan.

Q        Did you pay for all of them?

A        For all the cars?

Q        Yeah, that were on floor

plans.

A        Yeah, up until the very end,

Superb, all the cars got paid.

Q        During that year, again, you

might have told me but it's hard to keep

track of everything while I'm actually

198

also concentrating on the next question,
was it NMAC only for 2023 that provided
floor plans for Superb?

A       For Superb itself, only NMAC.
The official, but I used others, yeah.

Q       In 2023?

A       Correct.

Q       You used other floor plan
providers for your other dealerships; is
that right?

A       To buy -- buy more cars, and
the -- really the one they say used the
most was Superb, because they were used
cars, so I was -- we were outpacing the
sales between all the stores, again,
because it was an aggregate.  So if
Superb had 2 million and Volkswagen had 2
million but Volkswagen was only selling 1
million, I could use the other million at
Superb.  So it was an aggregate.

        I also had another line for
my wholesale which I used, and it was
mostly for Superb because they had the
majority of the used car, you know,

199

expense.  They had more expensive cars, more cars.

Q      So other than NMAC, were there other floor plan providers that you could obtain cars on for Superb?

A      No.  Well, NextGear and NMAC, but they wouldn't have been Superb's is what I'm trying to say.  I could obtain the cars, yes, yeah.

Q      Right, but I asked you just for Superb, it was only NMAC?

A      Only NMAC, yes.

Q      How long had Superb been floor planning with NMAC?

A      Early '21, I believe.

Q      Now, during or about December of 2022, there was a review that you received from NMAC regarding the floor plan for 2022, didn't you?

A      Yeah, it was from -- it was in November actually, just before we closed on the Pittsfield.

Q      And would that have been also just before you closed with Anthony on

```
 1                                          200

 2   those contracts?

 3        A     Yeah, it would have been --

 4   it would have been in November.  Yeah,

 5   November.

 6        Q     Did you give him that NMAC

 7   review before he closed on those

 8   contracts?

 9        A     No.

10        Q     Was that NMAC review

11   positive?

12        A     No, it showed I was -- had a

13   guide, and I had to bring everything up

14   to guide to be able to close on the

15   Pittsfield store.

16        Q     I see.

17              Who supplied the numbers to

18   NMAC for that review?

19        A     It would have been Alysia.

20        Q     Alysia Cayer?

21        A     Uh-huh.

22        Q     Is that right?

23        A     Correct.

24        Q     Did she supply, to the best

25   of your knowledge, correct numbers to
```

*Rich Moffett Court Reporting, Inc.*

```
201
```

1

2      NMAC for that review?

3            A      No, there was a lot of money

4      that she didn't account for that was

5      coming in as receivables.  1.4 million to

6      be exact.  That was an ERC receivable.

7            Q      Do you know if that also

8      happened for the profit and loss

9      statement that was produced and that we

10     looked at earlier from Thomas Jones, do

11     you know if Thomas Jones discovered she

12     did that again for that statement, if you

13     know?

14           A      No, I don't know.

15           Q      Did you file tax returns for

16     Superb Motors?

17           A      I did.

18           Q      Were they timely filed at all

19     times?

20           A      Yes.

21           Q      So there was a tax return

22     filed for 2023, yes?

23           A      Yes.

24           Q      And there was a tax return

25     filed for 2022?

```
1                                          202

2          A      Correct.

3          Q      Now, that would be both state

4    and federal, right?

5          A      Correct.

6          Q      Did you ever give those tax

7    returns to Anthony Deo?

8          A      Why would I?

9          Q      I didn't ask you that --

10         A      No.

11         Q      -- I asked you if you ever

12   gave them to Anthony Deo.

13         A      No.

14         Q      Didn't Anthony Deo ask you

15   for the tax returns?

16         A      I don't believe he did.  He

17   asked me for financial statements.

18         Q      And were there discussions

19   between you and Anthony Deo for working

20   capital?

21         A      Several times.

22         Q      Did you ever apply to Ally

23   for a floor plan?

24         A      I think when we first opened

25   Superb I did, I applied to Ally for a
```

*Rich Moffett Court Reporting, Inc.*

                                               203

floor plan.

        Q      That would have been
somewhere in the vicinity of 2021?

        A      '21, correct.

        Q      Was there any time or
occasion that Joshua Aaronson asked you
to help him with floor plans?

        A      I never spoke to Josh
Aaronson about any business or knew him
before August 14th of 2023.  Never met
him, never spoke to him.  Just the only
reason we even know each other at this
point and talked is because of what
happened.

        Q      Who initiated the
conversation on August 14th of 2023?

        A      Josh called me while I was on
my -- on the phone with my attorney.

        Q      What attorney were you on the
phone with?

        A      Emanuel.

        Q      As of August 14th of 2023,
how long had Mr. Kataev been your
attorney?

*Rich Moffett Court Reporting, Inc.*

```
1                                        204
2          A      I don't know how many years.
3     Probably, I mean, he was my labor
4     attorney since I opened, so 2020.
5          Q      I see.
6                 Have you been paying all of
7     your own legal fees for these lawsuits?
8                 MR. KATAEV:  Objection to
9          relevance.
10         A      What I've been able to pay.
11    I mean, I owe Mr. Kataev quite a bit of
12    money.
13         Q      Has anyone else been paying
14    your legal fees?
15         A      No.
16         Q      Do you have any expectation
17    of anyone else paying your legal fees?
18         A      No.
19                MR. KATAEV:  Same objection
20         for this line of questioning.
21         Q      Do you have any idea how many
22    cars were sold by Superb between December
23    1, 2022, and July 31, 2023, do you know
24    how many cars were sold by Superb?
25         A      If I looked at a statement I
```

1                                                    205

2      could tell you.  It wasn't what the

3      statement said.  There was a lot of cars

4      that were cancelled that weren't taken

5      off the statement, but I've done the

6      accounting at this point, but roughly, I

7      don't know, an average of 45 a month, so

8      do the math for -- for those months.

9                   What the statement says, by

10     the way, is not what actually was sold.

11          Q     So when you tell me 45 a

12     month, is that a real number that you

13     think Superb averaged during those, what

14     is it, 8 months?

15          A     No, because it was a lot of

16     deals that were supposed to be unwound

17     that cancelled that he left on the

18     statement to inflate profits.

19          Q     So the number of car deals

20     per month at Superb during those 8 months

21     was less than 45 a month; is that what

22     you're saying?

23          A     Once you back out the unwound

24     deals, yes.

25          Q     Do you know how many fewer

*Rich Moffett Court Reporting, Inc.*

206

cars per month Superb actually sold?

     A     On average, maybe, if you
average them out, seven or eight less for
the year, but the majority of that --
those unwound deals were between April
and July, so those four months, the
average would have been much less than
what we actually showed.

     Q     Well, if it was seven or
eight deals that got unwound for the
year --

     A     No, average per month we
said.

     Q     Per month were unwound, but
that was for the year, so on average,
instead of 45 cars per month, Superb
actually only sold about 38 a month; is
that right?

     A     Yeah, 37, 38.

     Q     Do you have any idea what the
average was per car that Superb was
making on those, let's round it to 40
cars a month, do you have any idea what
Superb was grossing on 40 cars a month?

207

```
 1                                              207
 2           A       Including the fraud or what
 3      they were showing?
 4           Q       I am just asking you for
 5      whatever Superb actually took in per car
 6      on average for 40 cars a month, what was
 7      Superb grossing?
 8           A       Negative -- negative 125,000.
 9           Q       Per car?
10           A       No, no, I'm sorry, divided by
11      38 cars.  Each car was about a negative
12      $3,000, I guess.
13           Q       So Superb made no money from
14      December 1, 2022, through and including
15      July 31, 2023; is that correct?
16           A       That's correct, yes.
17           Q       Superb only lost money during
18      that time; is that right?
19           A       Yes.
20           Q       So how was the $200,000 in
21      overhead getting paid every month?
22           A       From cars that were being
23      fraudulently booked through the banks and
24      creating false profits, and you know,
25      they started to unwind a few months
```

*Rich Moffett Court Reporting, Inc.*

```
1                                        208
2    later.  It really all came down to April
3    to July.                  December to
4    March we were covering the way we
5    normally would.  We had -- we had
6    operating capital.  There's a guide for
7    each store.  The manufacturer requires
8    you to have $500,000 in working cap, and
9    every time they do a review or an audit,
10   which is when you're talking about, they
11   look at your guide to see if you're
12   within guide or out of guide, so we kind
13   of burned through that $500,000 through
14   March.  So the next audit was actually in
15   March, and it said we had gone under
16   guide.
17        Q     And the $500,000 that you
18   burned through between December 1st and
19   March, was that the $500,000 that Anthony
20   Deo gave you?
21        A     No, I put in $300,000.  The
22   $500,000 Anthony Deo gave me he lost in
23   profits between December and February.
24        Q     Well, I'm not asking for
25   that.                  Where did the money
```

```
1                                          209
2    go that he gave you, did it go right into
3    the business?
4         A      Yeah, well, $300,000 went in
5    as a loan for me.  He gave it to me.  I
6    owned the business, right, he gave it to
7    me, and I put it back into the business
8    as an operating capital.
9         Q      $300,000 it was?
10        A      Correct.
11        Q      What did you do with the
12   other $200,000?
13        A      I don't remember.
14        Q      But you kept it for yourself?
15        A      Yeah, I believe -- well, I
16   had to -- I had to write down the
17   inventory at 6,700,000, I don't remember
18   the exact amount, and I had to pay down
19   the NESNA loan, so that was another
20   300,000 something.  So I didn't keep it,
21   I used it to pay down the debt of the
22   store as agreed with Anthony for him to
23   go into a store that wasn't carrying the
24   overage of all the cars from COVID.  You
25   do remember that, right, that people were
```

*Rich Moffett Court Reporting, Inc.*

210

paying $25,000 for a $17,000 car because there was no inventory?

Well, Anthony came in, that was towards the tail end of that, I took all those hits, I took all those losses, because it wouldn't have been fair for Anthony to take them, right?  So I took the money, and I bought down all the inventory so he had a fair shot at selling cars and making money.  Does that explain it for you?

Q     Were there any legitimate deals during that time?

A     I'm sure there was.  I mean, we do have clients.

Q     Did the number of leads grow at all when Anthony and Sarah came into that business?

MR. KATAEV:  Objection. Relevance.

A     Well, they grew compared to the couple of prior months.  When -- when I was partners with Bobby Clark, we had a lot of leads coming in, because he had

211

120,000 of marketing going into radio.
Most of those clients were Caribbean, of
Caribbean descent, and we had a ton of
calls and we had a ton of leads, more
than we did after Anthony.  But the few
months prior while we were, you know,
negotiating how Bobby Clark would be --
get out of the business, we really
weren't marketing, we really -- we really
were deciding what we did with the
business.

     Q    Is it possible that when
Sarah began working on leads for Superb,
that there was an average of about 100 a
month, is that possible, when they first
came in?

     A    It's possible.

     Q    Do you know if the leads went
up to $4,000 a month, if you know?

     A    I have no idea.  I know he
generated a lot of leads based on the way
he advertised.

     Q    I think I may have asked you,
but again, I just can't remember --

*Rich Moffett Court Reporting, Inc.*

1                                          212

2          A       No worries.

3          Q       -- seeing the forest from the

4    trees sometimes in the middle of these

5    moments.  Did Anthony Deo put any money,

6    other than the $500,000, into Superb?

7                  MR. KATAEV:  Objection.

8          Asked and answered.

9          A       As I said, to cover previous,

10   I guess, deficiencies he created by

11   double flooring.

12         Q       For whatever reason, did

13   Anthony Deo put money into Superb, other

14   than the 500,000?

15         A       So I am going to repeat

16   myself.

17         Q       Is that a yes?  It's a

18   yes-or-no question.

19         A       He gave us back the money

20   that we put in for him, so no, I guess

21   the answer is no.  He was paying me back

22   money that we laid out for him.

23         Q       Well, you're talking about

24   nets here, I'm talking about did Anthony

25   Deo cause money to go from some account

213

that he controlled back into Superb, yes
or no?

        MR. KATAEV:  Objection.

    Q    And then I'll ask more
questions about that if the answer is
yes.

        MR. KATAEV:  Objection.
Asked and answered.

    A    So --

    Q    Is that yes?

    A    -- two times he put in some
money, yes.

    Q    Do you know how much?

    A    One was 75,000, he took it
right back out.  I mean within, I think,
the same day, so that was one time.  And
the other time, probably around the same,
70 something, if I could remember.  I'm
not 100 percent sure, but I think it was,
like, 70 something thousand.

    Q    Did he write any checks to
himself at Superb?

    A    No, Northshore Motor Leasing
through -- to the Flushing Bank account,

```
 1                                          214
 2    which was opened against a TRO, from what
 3    I found out afterwards.  So he wrote
 4    himself a check, and he would cash it
 5    through the Flushing Bank account.
 6         Q     The Flushing Bank account
 7    that was opened you believe was opened in
 8    violation of a TRO?
 9         A     Oh, yeah.
10         Q     Okay, I understand.
11               What TRO was that?
12         A     Gianelli, I believe, right?
13    And December 14th, '22, to June of '23,
14    and the bank accounts were open in March.
15    That seems to fall into that timeframe.
16         Q     Do you possess the titles and
17    keys to the injuncted cars?
18               MR. KATAEV:  Objection.
19         Relevance.
20         A     I don't know.  I might.  I
21    don't know if -- I think the ones that
22    are leftover maybe NMAC, or they might
23    have sent it to me.  I don't know.  They
24    did send me titles to the ones I sold.
25    They might have sent me some, if not all,
```

*Rich Moffett Court Reporting, Inc.*

```
1                                    215
2    of the titles of the ones that are
3    injuncted.
4         Q     So those titles are in whose
5    name at this time?
6         A     Superb.
7         Q     Did Anthony Deo give you any
8    tax returns in November of 2022 that
9    showed that he was the owner of
10   Northshore Motors?
11        A     No, he gave me a financial
12   statement.
13        Q     Have you since seen those tax
14   returns?
15        A     Yes.
16        Q     Did he show you any tax
17   returns in November of 2022 that
18   indicated he was the owner of 189
19   Sunrise?
20        A     No.
21        Q     Have you since seen any of
22   those tax returns?
23        A     Yes.
24        Q     And you are aware that those
25   tax returns were filed indicating that
```

*Rich Moffett Court Reporting, Inc.*

216

Anthony Deo is 99 percent owner of both of those companies, did you know that?

    A    I know this case well, so yes.

    Q    So you spoke with the FBI and with the Nassau County Police about this case, right?

        MR. KATAEV:  Objection. Asked and answered.

    A    Yes.

    Q    Were there any other law enforcement agencies that you spoke to besides those two?

        MR. KATAEV:  Objection. Asked and answered.

    A    Internal affairs.

    Q    That's part of Nassau Police Department, right?

    A    Then that's it.  I mean, I guess, district attorney's office.

    Q    When was the last time you spoke to anybody in connection with law enforcement regarding all of this?

    A    November of '24.

*Rich Moffett Court Reporting, Inc.*

```
1                                         217
2        Q      So just after the complaint
3   sitting there was filed was the last time
4   you spoke to law enforcement; is that
5   right?
6        A      Correct.
7        Q      Have you reached out to law
8   enforcement since then, since November of
9   '24?
10              MR. KATAEV:  Objection.
11   Vague.
12        A      As far as what?
13        Q      Have you contacted law
14   enforcement since then to discuss this
15   case?
16              MR. KATAEV:  Objection.
17   Vague.
18        A      Yes.
19        Q      But you haven't spoken with
20   them since November of '24, right?
21        A      Correct, I reached out to
22   them and communicated with them, but
23   that's it.
24        Q      You left messages or
25   something that weren't returned; is that
```

218

it?

　　　A　　Oh, no, asked for more
updates and gave them updates.

　　　Q　　So you have spoken with law
enforcement?

　　　A　　I've communicated with them,
yes.  I haven't spoken to them.  Emails.
I thought you meant came in and spoke to
them.

　　　Q　　I understand.

　　　A　　I've updated them.  They
don't really talk back.

　　　Q　　So you have sent information
to law enforcement since November of
2024; is that right?

　　　A　　Oh, yes.

　　　Q　　But you have not heard back
from law enforcement since November of
'24; is that correct?

　　　A　　I've heard back from them
just, "Thank you for the information."

　　　Q　　All right, just a perfunctory
thank you.  There's been no substantive
communications from law enforcement to

```
1                                          219

2      you since November of 2024, correct?

3            A      Correct.

4                   MR. KATAEV:  Objection to the

5            line of questioning.

6            Q      So have you told me

7      everything you think that Anthony Deo has

8      done wrong to you today so far, right,

9      that you know of?

10           A      Well, the group, yes.

11           Q      And you have told me

12     everything that you think I've done wrong

13     to you so far today; is that right?

14                  MR. KATAEV:  Objection to

15           this line of questioning.

16           A      We didn't get into specifics,

17     but everything that I've gone through,

18     yes, I think you're all responsible for

19     it.

20           Q      Are there more specifics that

21     you think I have done wrong that you

22     haven't already mentioned?

23           A      I think it's pretty clear in

24     the record all the things that I think

25     the group has done.
```

1                                          220

2           Q       I'm not asking you that.

3    Have you told me today with as much

4    specificity as you can as to what I have

5    done to you wrong?

6                   MR. KATAEV:  Objection.

7           Asked and answered.

8           A       You are part of the group,

9    and you have knowingly helped them in --

10   and communicated and lied, and I mean, I

11   don't know what else you want me to tell

12   you.  You have a job -- you have a job in

13   the organization, right?

14          Q       Okay.

15          A       And yours, you performed and

16   everybody else has performed their job in

17   this criminal organization that you guys

18   run.

19          Q       You think I have been

20   dishonest in the way I have conducted

21   these cases?

22          A       1,000 percent.

23                  MR. KATAEV:  Objection.

24          Q       Is there anything else with

25   specificity that I have done to you

*Rich Moffett Court Reporting, Inc.*

```
 1                                    221

 2   besides that?

 3              MR. KATAEV:  Objection.

 4        Asked and answered.

 5        A      You -- you -- you helped the

 6   group do everything that was done to me.

 7   You have a specific role and a job, and

 8   you've done it, and everybody else has

 9   done their job in their role to get us

10   where we are today.

11              And you have done it not just

12   to me, you've done it to Josh, you've

13   done it to another dealership, and now

14   you have another open dealership, I'm

15   sure in a few months that will be the

16   case, and if not, I know what you put

17   that poor guy, the landlord, through.

18   You have another case with him accusing

19   him of stuff.  I know that the house that

20   you supposedly owned, you did something

21   to that poor lady for a half a million

22   dollars' worth of rent.  Not you, that

23   one not you specifically, but just I know

24   there is a lot of stuff that seems to be

25   -- be what's done.
```

```
 1                                   222
 2        Q      What I am trying to figure
 3   out here is are there any specifics that
 4   you know that I did outside of these
 5   legal cases to harm you?  That's all I'm
 6   asking.
 7        A      You facilitated knowingly
 8   what -- what has been going on.
 9        Q      And you have firsthand
10   knowledge that I knew what Anthony Deo
11   was doing at Superb; is that your
12   position?
13        A      You were -- you were in the
14   dealership, you had an office in my
15   dealership that I didn't know anything
16   about, right?
17        Q      Do you know when that
18   started?
19        A      So you were there for the day
20   to day.
21               Sometime in July.
22        Q      Right, about two weeks before
23   the August 2nd lockout, I was given an
24   office at Superb; is that what you're
25   talking about?
```

*Rich Moffett Court Reporting, Inc.*

223

    A      Do you know when most of the
damage was done?  It was all setup
between April and June, and when
everything was really -- the big damage
was done was all in July.  You were
present at that dealership when most of
the damage was done on the way out the
door.

    Q      So during those two weeks,
you had security footage of when I would
be coming and going from that dealership,
correct --

    A      No.

    Q      -- at that time?

    A      I -- I -- I didn't say I had
security footage.  I just said I know you
were there, everybody saw you there,
people, salespeople.

    Q      Weren't there cameras that
you said were filming on that property?

    A      Yes.

           MR. KATAEV:  Objection.
    Asked and answered.

    A      I said I haven't seen them.

```
1                                    224
2         Q      But you know right now that
3    in July of 2023 there was camera footage
4    that would have shown exactly how many
5    times I was in and out of that office, do
6    you still have that footage?
7         A      I don't have that footage.
8              MR. KATAEV:  Objection.
9         Asked and answered.
10         Q      You don't have that footage;
11    is that right?
12         A      Correct.
13         Q      Why is it you don't have that
14    footage?
15              MR. KATAEV:  Objection.
16         A      I have enough testimony of
17    what this case is about, which is
18    stealing of the cars, moving to
19    Northshore, emptying the lots.  I then
20    got -- I wasn't looking for somebody who
21    came in and broke into a car.  I knew it
22    was going on because I had a lot of
23    people working there who saw you, who saw
24    what was going on, who saw the lots being
25    emptied who can testify, every single
```

*Rich Moffett Court Reporting, Inc.*

225

one, can testify who handled the money,

who had access, who took the money to the

bank.  So I need to go look at it on

camera?

      Q    Do you have anyone who has

told you that I took money to a bank?

      A    Again --

      Q    That's a yes-or-no question,

Mr. Urrutia.  Did anyone tell you I was

taking money to a bank?

      A    No, that was Marc.

      Q    Did anyone tell you that I

was modifying cars?

      MR. KATAEV:  Can you please

      let him finish the answer to his

      question?

      Q    Yes or no?

      A    No.

      Q    Has anyone told you that I

was taking money out of your bank

accounts?

      A    No.

      Q    You don't take the position

that I was doing any of those things, do

```
 1                                      226

 2    you?

 3              MR. KATAEV:  Objection.

 4         Q    You just say I was helping

 5    Anthony Deo somehow, right?

 6              MR. KATAEV:  Objection.

 7         A    Again --

 8         Q    That's a yes-or-no question

 9    as well.

10         A    I think I clarified this is a

11    scheme, and you did your part in the

12    scheme.

13         Q    Okay, so --

14         A    There are plenty of checks of

15    my money that went to you.

16         Q    What's "plenty"?  How much is

17    "plenty"?

18         A    I would say, I don't know, an

19    average 10 to 15,000 a month for several

20    months.

21         Q    Ten to fifteen thousand a

22    month for several months I got from

23    Superb Motors; that's your position?

24         A    Not from Superb, from Car

25    Buyers, and every dollar that went into
```

227

that account came from Superb.  The money

went from Superb in the Flushing Bank

account and from the Flushing Bank

account directly to Car Buyers and then

to you and DLA Capital and everybody

else.  I mean, I have the checks, they're

signed, this isn't me.

    Q    Do you think that I know

where the money was coming from that went

into Car Buyers?

           MR. KATAEV:  Objection.

    Q    That's a yes-or-no question.

Do you think I knew --

    A    Again --

    Q    You don't know, do you?

    A    I don't know how many times I

have to --

    Q    You don't know if I knew

where the money was coming from from Car

Buyers, do you?

    A    No, I don't know.

    Q    Do you know if I was doing

any work for Car Buyers?

    A    I don't know.  I know you

*Rich Moffett Court Reporting, Inc.*

```
 1                                       228
 2    received a lot of money from them.
 3         Q      And that was all prior to
 4    August 1st of 2023; is that right?
 5         A      Yes.
 6         Q      To the best of your
 7    knowledge, did I sell any cars at Superb?
 8         A      No.
 9         Q      Was I involved in any way
10    with car sales at Superb?
11         A      No.
12              MR. THOMASSON:  I am going to
13         take a brief break here for two
14         minutes.  I have to speak with
15         Mr. Deo.
16              MR. KATAEV:  Off the record.
17              (Recess taken.)
18              MR. THOMASSON:  I won't be
19         much longer.
20              MR. KATAEV:  Take all the
21         time you need.
22    BY MR. THOMASSON:
23         Q      Can you please tell me,
24    Mr. Urrutia, how Michael Laurie harmed
25    you?
```

*Rich Moffett Court Reporting, Inc.*

229

A      Michael Laurie was there from the first day.  He probably --

Q      From the first day of what?

A      That I met Anthony Deo, first day.  And he was there, I think, at every meeting.  Maybe he missed one of the times I met Anthony, and maybe I met Anthony all in all, I don't know, seven to ten times, and he was always there. Anthony Deo barely spoke, Laurie did 80 percent of the speaking.  He was his concierge, you know.  He advised him, and he was, like, a silent partner.

As a matter of fact, I think in several texts it said that he was the one that is going to get him the 500,000. Michael Laurie introduced, I think, Anthony to Flushing Bank.  Michael Laurie raised the first hundred thousand. Michael Laurie is all over the place, and actually, Michael Laurie had a lot of communications, especially in the beginning with us, as far as he was going to be helping, you know, bring this all

230

together because he had a vested interest
and that he was Anthony Deo's partner,
and Anthony said he didn't do anything
without Michael Laurie.

           Again, it surprised me
because in the beginning I would -- I
would have a meeting and Michael Laurie,
who I didn't even know, was coming to the
first meeting, would pretty much handle
the whole meeting, 80 percent of it.  It
was me and Michael Laurie, and I'm
saying, you know, "I am partnering with
you, right?"  Again, he held his role, I
think he's part of the brains of the
organization that you guys have, and I
think he's -- I think he's been convicted
for stuff like this before too, or at
least was involved in stuff like this
with the banks before.  So you know, I
think he's very, very involved in all of
it.

     Q     Have you now told me
everything you know that Michael Laurie
did to harm you?

231

MR. KATAEV:  Objection.

You can answer.

A       Again, it's everything that
you all have done, right.

Q       I'm just asking you if there
is any specific thing that you haven't
yet told me, is there any specific thing
that you have not yet told me that
Michael Laurie did to harm you?  That's a
yes-or-no question.

A       I guess I have told you
everything.

Q       Is it true that you have told
me everything that you can think of with
regard to all of the so-called Deo
defendants and the harm that they have
caused you, have you told me all of that
today?

MR. KATAEV:  Objection.

A       I mean, there's a lot more in
the record.  I have answered the
questions you have asked me.

Q       Is there any harm that any of
us have caused you that you have not

*Rich Moffett Court Reporting, Inc.*

```
 1                                        232
 2    already told us about?  That's a
 3    yes-or-no question.
 4         A      I would say no.  I would have
 5    to go through 27 volumes that this case
 6    is to remember every single thing that
 7    I -- I know you've done.  I don't know if
 8    I mentioned all of them at this
 9    particular case.
10         Q      But all that you can think of
11    you did already tell me about today; is
12    that right?
13         A      What I can think of, yes.
14    Yes, there's probably a lot more.
15              MR. THOMASSON:  Okay, I have
16         nothing else to add at this time.
17              MS. RONNEBURGER:  I have some
18         questions for Mr. Urrutia.
19              I think it's probably easiest
20         to share the exhibits if I do the
21         same thing, Emanuel.
22              MR. KATAEV:  Are you asking
23         me to just jump on the Zoom here?
24              MS. RONNEBURGER:  I am trying
25         to do it here.
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                           233
 2              MR. KATAEV:  I'm happy to do
 3         it if you need me to.
 4              Jeff Ruderman, Jeff
 5         Cianciulli, will you have any
 6         questions for the witness?
 7              Okay, I guess not.
 8         *              *              *
 9    EXAMINATION BY
10    MS. RONNEBURGER:
11         Q    Good afternoon, Mr. Urrutia.
12         A    Good afternoon.
13         Q    How are you?
14         A    I'm good.  How are you?
15         Q    My name is Ariel Ronneburger.
16    I am from the law firm Cullen & Dykman,
17    and we represent Flushing Bank in this
18    action.  I have a few questions to ask
19    you today about your claims against
20    Flushing Bank.
21              You had testified earlier
22    that you were working with David
23    Weinstein at Flushing Bank on an
24    application for an account; is that
25    correct?
```

*Rich Moffett Court Reporting, Inc.*

```
1                                        234

2         A      Correct.

3         Q      Did you ever speak to David

4    Weinstein about Anthony Deo?

5         A      I did.

6         Q      What did you say?

7         A      He asked me if he could share

8    information with Rob Puccio for the

9    Superb account, and I told him he could.

10        Q      And who is Rob Puccio, if you

11   know?

12        A      He's a VP, one of the VPs,

13   and the person that was working with

14   Anthony Deo.

15        Q      At Flushing Bank?

16        A      Yes, at Flushing Bank.

17               MS. RONNEBURGER:  I am going

18          to mark, I guess this is

19          Defendants' Exhibit W, because you

20          had through V, but I wasn't sure

21          where you ended.

22               MR. KATAEV:  No, his exhibits

23          were references to the exhibits in

24          his complaint.

25               MS. RONNEBURGER:  Let's make
```

*Rich Moffett Court Reporting, Inc.*

```
1                                          235

2         this Flushing 1.

3                   (Flushing Exhibit 1, Text

4         Messages, marked for

5         identification.)

6                   MR. KATAEV:  Let's proceed.

7         Q      Mr. Urrutia, have you ever

8   seen this text?

9         A      Yes.

10        Q      Is it the one you were just

11  referencing that we discussed, you said

12  you spoke to him and --

13        A      Yes.

14        Q      Did you ever identify Anthony

15  Deo as your partner to David Weinstein?

16        A      I did.

17        Q      Why?

18        A      Because we -- that was the

19  plan from December.  We never finalized

20  our deal, but we were working towards

21  opening up those two stores and being

22  partners.

23        Q      But according to this text

24  message, you represented to David

25  Weinstein of Flushing that Anthony Deo
```

236

was your partner?

    A    And I understand that, and I don't think I said he wasn't, but he wasn't 100 percent owner of Superb, correct?

    Q    Correct.

    A    So I don't, if you open the account at 4951, I have no issues. You still would have had to ask me about the majority, correct, so nobody asked me, and it was opened as 100 percent without ever asking me. I knew nothing about this account. I started the opening of the account with David Weinstein.

    Q    So did you ever send David Weinstein any documents?

    A    Everything.

    Q    Did you personally send David Weinstein documents?

    A    Bruce Novicky did. I might have. But I did have Bruce Novicky send my tax returns, my tax returns for all my businesses, all the operating agreements for all the stores. We sent them

```
 1                                         237
 2    everything.
 3         Q      Have you seen those emails?
 4         A      Yeah, I've seen everything,
 5    including your discovery, which is
 6    substantial.
 7         Q      You believe that you produced
 8    an operating agreement from Superb to
 9    Flushing Bank?
10         A      I produced, I believe, just
11    the -- the filing receipt, and there's
12    one other piece of paper.  Oh, the filing
13    receipt and the EIN.
14         Q      What documents do you believe
15    that you gave to David Weinstein?
16         A      I mean, everything he asked
17    me for to open an account.  I don't
18    remember exactly, because some were LLCs
19    and some were S corporations, so they
20    required different types of documents,
21    but in all of those documents, the only
22    name that appeared was mine.
23         Q      But you personally may not
24    have provided him with these documents?
25         A      No, but I was copied on the
```

*Rich Moffett Court Reporting, Inc.*

```
1                                              238

2    email.

3              MS. RONNEBURGER:  I am going

4         to mark as Flushing 2 this

5         document.

6              (Flushing Exhibit 2, Email

7         Chain, marked for identification.)

8              MS. RONNEBURGER:  I just want

9         to confirm, Flushing Exhibit 1 was

10        produced as Superb 000497 through

11        498.  Flushing 2 was 000491 to

12        000492.

13        Q    Have you seen these emails,

14   Mr. Urrutia?

15        A    I have.

16        Q    Are you copied on these

17   emails?

18        A    These emails, no.

19        Q    What are these emails?

20        A    I think it was request for

21   additional paperwork.

22        Q    It was sent to who?

23        A    To Bruce.

24        Q    And they are from Leslie

25   Cusano at Flushing Bank?
```

*Rich Moffett Court Reporting, Inc.*

239

    A       Correct.

    Q       A moment ago you told me you
were copied on the emails between
Flushing Bank where they were providing
documentation; is that correct?

    A       This is a request, I was
copied where we actually sent the
documentation, where the tax returns were
attached.

RQ          MS. RONNEBURGER:  I would ask
            to the extent those were not
            produced, that you produce them.

                We'll double-check, but to the
            extent his actual emails from his
            Gmail were not produced, we would
            ask to see them.

                MR. KATAEV:  Sure.  You'll
            follow up in writing?

RQ          MS. RONNEBURGER:  Yes.

                On Flushing 1, this text cuts
            off mid text.  It says, "I wanted
            to follow up with you in more
            detail about our call yesterday.  I
            sent you an email.  The details are

*Rich Moffett Court Reporting, Inc.*

```
1                                    240
2            there.  I also wanted to tell you
3            that you should open a," and then
4            it stops.  We'll follow up in
5            writing, but if you could produce
6            the substance of that email.
7                    MR. KATAEV:  Sure.
8                    MS. RONNEBURGER:  Thank you.
9       A       For which one?
10      Q       It was Flushing 1.  It just
11  cut off mid text.
12                   MS. RONNEBURGER:  I am going
13           to mark this as Flushing 3.  This
14           particular document was produced as
15           Deo 0000487 through 89.
16                   (Flushing Exhibit 3, Email
17           Chain, marked for identification.)
18      Q       I will just give you a couple
19  of moments.
20                   Mr. Urrutia, do you recognize
21  this email?
22      A       I do.
23      Q       On March 30, 2023, you told
24  Robert Deo that you had already started
25  the process a few days ago with Dave
```

```
 1                                    241
 2    Weinstein from the bank, you know him
 3    well; is that correct?
 4              MR. KATAEV:  You said Robert
 5         Deo.
 6              MS. RONNEBURGER:  I'm sorry,
 7         Anthony Deo.
 8         A     Yes, I did.
 9         Q     That process refers to the
10    application process we just spoke about?
11         A     Yeah, opening of the
12    accounts.
13         Q     Did you actually complete an
14    application, if you know?
15         A     I know we were very close.  I
16    know it was taking a long time.  I chose
17    at the end not to, but I don't know if we
18    submitted everything.  But around then we
19    started again in August where they were
20    going to actually come out with the
21    dealerships, and the day of or the day
22    before is when I opened the drawer and
23    found all the statements.
24         Q     You knew Dave Weinstein
25    previous to this process?
```

242

```
 1
 2      A      I knew -- I knew -- not
 3   before.  Michael Morgan is a good friend
 4   from the car business, and he introduced
 5   me to him, and he said he was wonderful,
 6   that he had a great relationship with
 7   him, so that's where I knew him well,
 8   because Mike Morgan has a great
 9   relationship with him.
10      Q      But you didn't know him well
11   personally?
12      A      No, no.
13          MS. RONNEBURGER:  I am going
14       to turn to what Mr. Thomasson had
15       marked as Exhibit L previously.
16          MR. THOMASSON:  Are we on the
17       first page of that Exhibit?
18          MS. RONNEBURGER:  Yes.
19      Q      It's an email from Anthony
20   Deo sent Monday, April 3, 2023, at 11:45
21   a.m. to Bruce Novicky and to you,
22   Mr. Urrutia.  Do you recall this email?
23      A      I do.
24      Q      In this email it states David
25   Weinstein didn't have any of the
```

243

information for Superb to send over to
Rob.  Previously you had testified that
either you or someone on your behalf had
provided information to Mr. Weinstein,
correct?

     A    Correct.

     Q    Did this surprise you to see
Mr. Deo say this?

     A    It did.

     Q    Did you reach out to
Mr. Weinstein and ask why he didn't have
this information?

     A    I believe he might have sent
me an email and asked me if it was okay
to share again, not just a text, but I
think it was also an email.  And at this
point, I think at some point Anthony Deo
said that he knew people in the bank and
had them in his pocket and could rush it
because I'm going to be opening up a
commercial account, takes forever, you
know, they want, you know, your DNA, your
everything.  And he says, "Well, I know I
have somebody in my pocket, the

*Rich Moffett Court Reporting, Inc.*

244

underwriter and the VP.  You know I can get it done quickly."  And you know, that was a conversation.

I know at some point Bruce called me, he says, "You know Anthony says he still hasn't gotten the information."  I said, "Just send it to him."  But again, it's a filing receipt and some other pieces.  I know it was two pieces of paper.  It isn't -- I know there is a Know Your Customer, right, especially with the amounts of money we're talking about.  Going through the accounts, I mean, I didn't think that was something that was created, which is Anthony opening an account as 100 percent owner without me knowing and having full control of.

Q    Well, to that point you have stated that you didn't know Anthony was opening an account; however, did you, in response to these emails from Anthony, forward him the information he was asking for?

```
1                                    245
2         A     I didn't, but I think Bruce
3   might have.
4         Q     Why was Anthony, Mr. Deo,
5   provided with that information?
6         A     Because we thought he could
7   maybe move the opening of the accounts
8   along just because.
9         Q     Did you ever open an account
10  with Flushing Bank?
11        A     I didn't.
12        Q     But you understood Mr. Deo to
13  be working on opening an account with
14  Flushing Bank?
15        A     I did.
16        Q     Did you ever follow up with
17  him on that?
18        A     No, because I chose not to.
19        Q     Why?
20        A     So we were with Chase Bank,
21  and at one point I was buying another
22  dealership, and an investor came in and
23  gave us money, and they froze the
24  account, I mean, for, like, a few days,
25  which in a car dealership, if you could
```

246

imagine.

Q        I understand.

A        So they had questions about the investor.  Turned out the investor was a Chase customer, and I was upset because it caused my dealerships a lot of problems.  I'm like, "Dude, we got to move another account."  Because Chase, you know, is -- is -- is very strict in a lot of this stuff, and that caused a lot of issues.  So that's the reason I chose to even look at another bank.

I told Mike Morgan, Mike is like, "You should try Flushing.  We have a great relationship, they're phenomenal.  They do all of my business."  And so that's when I reached out to Dave and I said, "Listen, you know I want to open all the bank accounts."  I resolved the issue with Chase, and then I chose not to open the accounts and stay with Chase.

Q        Did you convey that to Mr. Deo?

A        I don't think so.

247

Q      Did you tell him not to open an account with Flushing Bank?

A      Bruce told him we weren't opening accounts anymore.

Q      Do you know when Bruce told him that?

A      I believe, like, right at the very beginning of April.

Q      If you know, would that have been a written communication --

A      Would that be --

Q      -- or spoken, if you know?

A      I'm not 100 percent sure, but I think I have seen an email or some communication where it says don't, you know, what I told Bruce, you know, maybe even David, you know, we're not going to go forward with opening the accounts.  It might have been David actually I told that to.

Q      Did you at any point, upon learning of the opening of the Flushing account, reach out to Flushing Bank?

A      I did, the very day.

```
1                                    248
2        Q      Do you know what date about
3   that was?
4        A      The 9th, August 9th, I
5   believe.
6        Q      Who did you reach out to?
7        A      Dave Weinstein.
8        Q      What did he say?
9        A      He forwarded me everything he
10  had on the accounts within minutes.  I
11  called him, I told him what happened.
12  He -- you could tell he was thrown off by
13  it, because we were working on opening
14  accounts, including Superb, and I was,
15  I'm like, "You're making me go through
16  all these circles."  Meaning, while you
17  didn't tell me there was a Superb account
18  opened, and he, like, stuttered.  I said,
19  "I need everything that you have on that
20  account."  And he did, he sent me
21  everything.  He sent me the signature
22  cards, he sent me the -- all of the
23  statements.  I got them from -- I believe
24  I have them in an email directly from
25  him.
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                    249
 2          Q      If you know, did Flushing
 3     Bank take any action on those accounts
 4     after that?
 5          A      Yeah, they started, you know.
 6     I only know what you sent in discovery
 7     what internally happened.  Within a
 8     couple of days it seemed like David was,
 9     like, you know, didn't -- I mean,
10     obviously, it created a lot of issues for
11     him, and all of a sudden, he didn't want
12     to talk anymore.  But you know, after
13     that it was all discovery.
14          Q      Did you reach out to Mr. Deo
15     at that time?
16          A      No, I stopped talking to Deo
17     on the 3rd, after what I saw he left
18     behind, you know.
19          Q      August 3rd?
20          A      August 3rd is when I found
21     out, yeah, that he had robbed us blind.
22          Q      2023?
23          A      Yeah, yeah.
24          Q      Do you currently have any
25     accounts with Flushing Bank?
```

```
 1                                          250
 2          A      I don't.
 3                 MS. RONNEBURGER:  Flushing 4.
 4                 (Flushing Exhibit 4, Text
 5          Message, marked for
 6          identification.)
 7                 MS. RONNEBURGER:  Just for
 8          the record, this was produced as
 9          Superb 000122.
10          A      Okay.
11          Q      Mr. Urrutia, have you seen
12   this text message?
13          A      I have.
14          Q      If you know, who was this
15   text message directed to?
16          A      This was Anthony Deo sending
17   it to Bruce Novicky.
18          Q      In this email, and I think
19   you spoke about it before, the text, it
20   says, "I have my personal banker ready to
21   open the Superb accounts with Flushing
22   Bank.  He will get me a 500,000k line,
23   also."  Did you ever ask Mr. Deo anything
24   about this representation?
25          A      That he could get the
```

*Rich Moffett Court Reporting, Inc.*

251

```
 1
 2   500,000, no.  He might have spoken to
 3   Bruce, but not me.
 4        Q     Did you tell him he could not
 5   open an account for Superb Motors?
 6        A     No, I didn't.  I didn't tell
 7   him he could.
 8        Q     Well, here he stated to Bruce
 9   Novicky, "I have my personal banker ready
10   to open the accounts for Flushing.  He
11   will get me a 500k line, also."
12        A     Okay.
13        Q     Did this raise any concern
14   for you?
15        A     No, David Weinstein was
16   offering me the same thing.  He told me
17   if I wanted a $500,000 line of credit,
18   that he could get me one.
19        Q     But you did not tell Mr. Deo
20   he could not do this?
21        A     I didn't ask him to open a
22   500,000 line, nor did I open -- ask him
23   to open a bank account.
24        Q     When did you first become
25   aware of this text message, if you know?
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                        252

 2         A       Sometime in April probably.

 3         Q       April 2023?

 4         A       Yeah, Bruce -- I don't know

 5    that I saw the text as much as he called

 6    me.  Bruce called me and said, "Hey,

 7    Anthony says he's got people at the bank

 8    that can move it along, and he can get us

 9    a $500,000 line."  So I might have said,

10    "If you can get them, then send them

11    the," what do you call, "the receipt."

12    Whatever, filing receipt, the whatever,

13    the paperwork.

14            Again, all of that would have

15    been if he could get it done with David

16    is a bank, he knows all of the

17    information from my dealerships.  It

18    wasn't, "Open a bank account for Anthony

19    Deo at 100 percent ownership," you

20    understand.  It's not -- it's not --

21    nowhere is it even close to being said

22    anywhere to go ahead and open the account

23    and be 100 percent owner.

24         Q       But you did not object to

25    Mr. Deo speaking to Flushing Bank
```

*Rich Moffett Court Reporting, Inc.*

```
1                                           253

2    directly?

3         A       To ask to rush the process,

4    yes.

5         Q       Did you ask to be copied on

6    those communications?

7         A       No.

8         Q       Would you generally ask to be

9    copied on communications?

10        A       Bruce would normally copy me

11   on anything important.

12        Q       So if Bruce, as we spoke

13   about, would copy you on providing

14   information to the bank, you did not ask

15   Mr. Deo to copy you on providing

16   information to the bank?

17        A       No, at that time Bruce and

18   Anthony were really working more together

19   than me.  I -- I got more involved

20   towards the end of the month as we

21   started to figure out where these

22   dealerships were going to end up, but I

23   mean, Bruce was my chief operating

24   officer, and you know, anything that he

25   thought he needed to check, he did.  But
```

```
 1                                        254
 2    some stuff, simple stuff, he didn't
 3    always communicate it until the decision
 4    was made.  Right, "Hey, we got a bank
 5    account ready to go."
 6                  "Oh, okay, open it.  Oh, you
 7    know what, don't open it," right, or,
 8    "I'm taking a $500,000 loan."
 9                  "Okay, send me the
10    paperwork," or, "Take the loan.  Don't
11    take the loan."
12        Q     Do you know if Bruce ever had
13    any communications with Anthony Deo about
14    the account at this time?
15        A     I didn't think it was to this
16    extent, right.  It wasn't anything --
17    anything further than this.  It wasn't,
18    Go ahead open it.  Go ahead take the
19    loan, you know.
20                  And certainly, Anthony never
21    communicated to him or me that he did
22    open it.  That would be the next part of
23    it, okay.  So we're trying to open an
24    account, Anthony has somebody that can
25    help him move it along.  At some point,
```

*Rich Moffett Court Reporting, Inc.*

255

"Hey, the accounts are open."  Where is
that email?  Where is that text?  It
never happened.

    Q    Before you said you stopped
opening these accounts because you
resolved the issue with Chase Bank.  You
may have said this.  I'm sorry.  Do you
know when about you resolved that issue
with Chase Bank?

    A    Probably towards the very end
of March.  The transaction, you know,
three days again in dealerships shutting
down a bank account is a little
nerve-wracking, so I wanted to have
almost a second option.

        But then, you know, last
minute it was starting to get difficult,
it was starting to be a process.  I said
just -- just let it go.

        And -- and on top of that, we
decided not to buy the dealership that we
were going to buy, so I gave back the
money to the investor.  I'm -- I moved on
with life.

```
 1                                       256

 2          Q      Well, you resolved it in

 3   March 2023?

 4          A      Yeah.

 5          Q      This text is dated March

 6   31st.

 7          A      Yeah, between March and

 8   April.  There is an APA.  I was going to

 9   buy Route 22 Nissan, I have an APA.  You

10   know, last minute I decided not to.  We

11   were -- we were in -- in the middle of a

12   purchase and somebody else came in with,

13   I guess, a better offer, and I saw the

14   opportunity to actually back out of the

15   deal because I -- I thought we were

16   taking on too much.

17          Q      And you believe it was

18   conveyed to Anthony at this time that you

19   no longer needed the Flushing Bank

20   account?

21          A      I believe Bruce did, yes.

22          Q      In April or March of 2023?

23          A      Correct.

24          Q      But you still continued to

25   provide him with information after that
```

*Rich Moffett Court Reporting, Inc.*

257

time, or that was previous to that?

    A    No, the last information that was sent to Anthony was probably around the 2nd or the 3rd, which was that paper which -- which David already had.

    Q    That was prior to the issue being resolved with Chase?

    A    I'm sorry?

    Q    That was before the issue was resolved with Chase?

    A    I don't remember if the issue was resolved before or after. It was around the same time. But again, I -- I wanted a second option because, you know, I ran very large dealerships, and we always had two banks, you know, just in case. There was -- opening up a commercial bank account is not an easy thing.

    And as a matter of fact, it surprised me a lot to see how quickly and easily he was able to open it by just sending a quick text to Rob Puccio and saying, "Hey, I need to open a bank

*Rich Moffett Court Reporting, Inc.*

258

account for Superb Motors," showing himself as a 100 percent CEO when he just provided you with a personal financial statement mentioning no ownership, nothing about Superb, all these other assets that don't exist, the $10 million in homes or 3 million in mortgages, and in no mention in that BFS of any -- any ownership for Superb.

But he sent one email to Rob Puccio to if he could open the account, and within a couple of days he had an account opened.  I had been working on it for over a week.

Q    Is this email you're referring to you saw in discovery, or is this something you saw previous to this action?

A    It's both.  Yeah, it is in the discovery actually.

Q    But did you see any communications between Anthony Deo and Rob Puccio during the timeframe of March 2023 to April 2023?

```
 1                                      259

 2      A      Yes.

 3      Q      What were those

 4  communications?

 5      A      Anthony Deo telling Rob

 6  Puccio that he needed the account from

 7  Superb opened, and later on he said, "I

 8  need two more accounts, a credit card

 9  account and a distribution account,"

10  which I guess they finally opened them in

11  July, thank goodness, because if not I

12  would have lost all my credit card money

13  going into any bank account as well.

14      Q      But were you copied on any

15  communications with Mr. Deo sending

16  information to Flushing Bank?

17      A      No.  I only saw that through

18  discovery.

19             Honestly, your discovery --

20      Q      Did you -- I'm sorry.

21      A      -- your discovery was

22  phenomenal.  You sent me a lot of stuff I

23  didn't know that could help me put a lot

24  of this stuff together.

25      Q      In this text message, this is
```

*Rich Moffett Court Reporting, Inc.*

260

something you spoke about, it says, "Bro,
this guy and the credit underwriter are
in my pocket.  Get me the info and 2021
taxes and I'll bring it home."  Now, I
understand this was not sent to you, but
if you know, who was he referring to,
"this guy"?

          A     I -- I -- I mean, this guy, I
would understand from everything I saw in
discovery, but this is an assumption,
would be Rob Puccio.  I don't know who
the underwriter would be, but obviously,
he got a $500,000 loan, and all due
respect, with all your discovery, on
March 31st, at this same time you
internally communicated that Anthony Deo
is being sued for millions of dollars for
representing that he owns another
dealership.  The guy says, "I'm going to
look deeper into this," which if he did,
he would have known there's a TRO and
that he shouldn't have been able to open
bank accounts for Northshore and Sunrise,
even less get a $500,000 loan in that

```
1                                            261

2     company name, and yet you did.  There was

3     no problem, it continued.  At that point

4     you still had $400,000 of that money

5     sitting in the account that I'm sure

6     you've lost at this point, you could have

7     recouped it, but nothing, it just

8     continued.  So obviously, he did have

9     some really good relationships in the

10    bank, because again, I was ready to leave

11    Chase because with a long-standing

12    relationship with them, they switched me

13    off in a heartbeat because something came

14    up that they didn't like, right, from an

15    investor, not even me.  So it was just

16    very...

17          Q     So knowing all of this, what

18    you just said about Anthony Deo, you

19    allowed him to communicate with the bank

20    to open up an account on behalf of your

21    company?

22          A     I didn't know that.

23          MR. KATAEV:  Objection.

24          A     I didn't find this out until

25    after August.  I thought Anthony Deo was
```

*Rich Moffett Court Reporting, Inc.*

262

a nice guy, honestly.  I was moving
forward as soon as he got his license to
go finish our deal and become partners
with him.

I knew nothing about Anthony
Deo's criminal activity, and please, read
all my emails -- I mean my texts, which
are on the record.  The guy is a
sweetheart.  You meet him, you'd swear
he's the nicest guy.  He's the con man
charisma guy of the group, but I didn't
find out Anthony Deo was who he was until
he robbed me blind.

And I've been in the car
business for 39 years, 30-something
years, never been in court once, nothing.
I ran the biggest dealerships in the
Northeast, and in four months he
dismantled my business and everything I
ever worked for.  That's how good he is.

Now he's done it to somebody
else, but I didn't find this out until
after the fact, just so we're clear.

        Q      When did you learn that

```
 1                                           263
 2      Anthony Deo made this representation that
 3      he believed that he had these people at
 4      Flushing Bank on his side?
 5              A       In his pocket?
 6              Q       Yes.
 7                      MR. KATAEV:  Objection.
 8              Asked and answered.
 9              A       Probably, again, he told it
10      to Bruce.  Bruce called me and said,
11      "Listen, Anthony says he can get this
12      thing opened up," and I said, "Okay, get
13      it done."  I mean...
14              Q       You didn't ask Anthony about
15      it personally?
16              A       No.
17              Q       You didn't have any
18      discussions with him?
19              A       No.  To open a bank account,
20      no, I did not.
21              Q       Did you have any direct
22      conversations with Mr. Deo about the
23      Flushing Bank account, or was it all
24      through Bruce?
25              A       It was Bruce, and again, it
```

*Rich Moffett Court Reporting, Inc.*

```
1                                          264

2    was just help of what we had started.

3              MS. RONNEBURGER:  I don't

4         have anything else.

5              MR. KATAEV:  I have one quick

6         line of questioning I'd like to

7         clear up, Mr. Urrutia.

8              *            *            *

9    EXAMINATION BY

10   MR. KATAEV:

11        Q      Mr. Urrutia, who were the

12   only people that you know of at Flushing

13   that could have opened the bank account?

14        A      Myself and Bruce.

15        Q      Who were the only people that

16   worked for Flushing Bank that could have

17   opened the bank account for Superb?

18              MS. RONNEBURGER:  Objection.

19        It's speculation.

20              MR. KATAEV:  He can answer.

21        A      Honestly, I thought David

22   Weinstein, and then Rob Puccio, it seemed

23   like he had a higher title, right,

24   because I think David Weinstein says

25   Branch VP, and I think Puccio has a
```

*Rich Moffett Court Reporting, Inc.*

265

higher title, so I assumed that he was a little bit higher.  That was it.  But I thought one of those two was going to get the account opened.

Q        Focusing on David Weinstein, did you have direct communications with him at any point about opening an account for Superb with Flushing?

A        Yes.

Q        In your communications with David Weinstein, did you tell him who owned Superb?

A        Yes.

Q        What did you tell him?

A        That I owned Superb, and then later on I told him that Deo was -- was my partner.

Q        Did you specify percentages?

A        No, but everything that -- that he had only showed me that he was 100 percent, because Deo was never on the taxes, Deo was never added to stock certificates.  There's no operating agreement.  There is nothing, other than

266

the original cross-purchase agreement.

Q      Moving to Rob Puccio, did you have any communications with Mr. Puccio?

A      No, I never spoke to him.

Q      To your knowledge, is there anyway that Mr. Puccio could have known that you are an owner of Superb?

A      Yes, when David Weinstein sent him an email telling him that he was opening the Superb account -- that he was opening up all my other accounts and that he could help open the Superb account, but he mentioned that as a partner.  I don't remember the exact wording, but that we were -- we were partners on the Superb account.

Q      Are you referring to that as an email communication?

A      Yes, email communication.

Q      And to your knowledge and your memory, who was on that email communication?

A      It was David Weinstein and Robert Puccio.

```
 1                                        267
 2         Q      Were you on that email?
 3         A      No.
 4         Q      In that email communication,
 5    did David Weinstein tell Rob Puccio who
 6    the owners of Superb were or who the
 7    owners of Superb was?
 8                MS. RONNEBURGER:  Objection.
 9         If he knows.
10         Q      In the email that you
11    reviewed, did David Weinstein tell Rob
12    Puccio who the owner of Superb was or who
13    the owners of Superb were?
14         A      I believe he put it almost as
15    we were partners.  That was, if I
16    remember the exact -- I can't tell you
17    the exact wording, but that we were
18    partners.
19         Q      Why are you saying that
20    Flushing committed wrongdoing against you
21    and Superb in this case?
22         A      Because they opened a bank
23    account as a 100 percent owner for
24    somebody that, other than a filing
25    certificate that I had sent and having
```

*Rich Moffett Court Reporting, Inc.*

268

all the -- all the evidence -- evidence

that I was the owner of Superb, they

opened an account without ever telling

me.

    Q    To your knowledge and belief,

did Robert Puccio know that you were an

owner of Superb?

    A    100 percent.

    MR. KATAEV:  I have no

    further questions.

    MS. RONNEBURGER:  I have one

    question.

    *         *         *

FURTHER EXAMINATION BY

MS. RONNEBURGER:

    Q    In one of the documents we

looked at it specifically stated that

David Weinstein did not have any

documents from Flushing Bank, so why do

you believe that David Weinstein knew

that you were an owner of Superb Motors?

    A    I told him.  He had asked me

about this $500,000 loan that, I guess,

you guys, or Flushing Bank, was giving

*Rich Moffett Court Reporting, Inc.*

269

out like candy, and I sent him my tax
returns, personal, where Superb is
listed.  I sent them the tax returns for
Superb.  I sent them the tax returns for
my other businesses, and you -- you've
given them to me in discovery.

        Q       But you did, as you
testified, identify Mr. Deo as your
partner in Superb Motors to David
Weinstein in a text message; is that
correct?

        A       Yes.

        Q       And you just stated you never
clarified the percentages of ownership;
is that correct?

        A       It --

        Q       Yes or no?

        A       Yes.

                MS. RONNEBURGER:  I have no
        further questions.

                MR. THOMASSON:  I have a
        follow up.

                *               *               *

*Rich Moffett Court Reporting, Inc.*

```
 1                                          270

 2    FURTHER EXAMINATION BY

 3    MR. THOMASSON:

 4         Q     Do you know if Anthony Deo

 5    was informed at any time by anyone that

 6    you had informed Flushing Bank that he

 7    was your partner?

 8         A     I'm sorry, I didn't

 9    understand the question.

10               MR. KATAEV:  Please repeat

11         that.

12         Q     You told Flushing Bank that

13    Anthony Deo was your partner, correct?

14         A     Yes.

15         Q     Do you know if Anthony Deo

16    was told that you told Flushing Bank he

17    was your partner?

18               MR. KATAEV:  Objection to

19         form.

20         A     I don't know that.

21         Q     You don't know if he was or

22    he wasn't?

23         A     If he was told?

24         Q     Yes.  For example, would it

25    have been in an email that you told
```

*Rich Moffett Court Reporting, Inc.*

```
1                                          271
2    Flushing Bank that he was your partner,
3    was Anthony Deo on that email, if you
4    know?
5         A    No, I didn't have that
6    communication.  It was David Weinstein,
7    and again, this was from Flushing
8    discovery, told Puccio that I had -- I
9    had okayed the opening of -- I don't
10   remember the exact wording.  For Anthony
11   to help open the account or something,
12   that he was my partner, and he was
13   opening up the other three accounts, and
14   -- and after that I stopped, and the
15   account was opened and the other ones
16   were not, and I was never notified,
17   nobody ever told me.
18        Q    And you did at that time
19   consider Anthony Deo to be your partner?
20   When you told the bank that he was your
21   partner, did you consider him to be your
22   partner?
23             MR. KATAEV:  Objection.
24        A    I -- I thought we soon would
25   be closing on the Sunrise and Northshore.
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                    272
 2    I was waiting for the license, and I went
 3    into this partnership with Anthony in
 4    good faith.  I did want him to be my
 5    partner from what I knew.
 6          Q      So --
 7          A      But we never did.
 8          Q      All right, but I just want to
 9    understand, because it's not clear on the
10    record.  I want to make sure it is.
11                 When you told Flushing Bank
12    that he was your partner, did you
13    consider him to be your partner at that
14    time?
15                 MR. KATAEV:  Objection.
16          Speculation.  Calls for a
17          conclusion.
18          A      Not yet.
19          Q      Not yet?
20          A      Not yet.  Again, we were
21    opening an account.
22          Q      When you told Flushing Bank
23    that he was your partner, what did you
24    mean?
25          A      He was -- he was, I mean,
```

*Rich Moffett Court Reporting, Inc.*

273

that was the idea, in that he was going

to be my partner, right.

     Q      That he was going to be a

part owner of Superb; is that right?

     A      Yes.

     Q      So when you told Flushing

Bank that he was your partner, were you

trying to suggest though Flushing Bank he

was a part owner of Superb?

          MR. KATAEV:  Objection.

     A      No, I was just trying to use

the person that he knew to see if he

could help us move along the opening of

the account.

     Q      But he was not your partner

at the time that you told Flushing Bank

he was your partner?

          MR. KATAEV:  Objection.

     A      No, we never finalized an

operating agreement.  I -- we never

transferred stock certificates, and we

never got operating agreements from him.

          MR. THOMASSON:  I have

          nothing else at this time.

```
 1                                    274
 2          MR. KATAEV:  Jeff Ruderman,
 3     Jeff Cianciulli, any questions for
 4     the witness?  Speak now or forever
 5     hold your peace.
 6          MR. RUDERMAN:  None for me.
 7          MR. CIANCIULLI:  I have no
 8     questions.
 9          MR. KATAEV:  Thank you.
10          (Time noted:  3:37 p.m.)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1                                                          275

2                  A C K N O W L E D G M E N T

3

4    STATE OF NEW YORK    )
                          :ss
5    COUNTY OF            )

6

7              I, ROBERT ANTHONY URRUTIA, hereby

8         certify that I have read the

9         transcript of my testimony taken under

10        oath in my deposition of

11        January 8, 2026; that the transcript

12        is a true, complete and correct record

13        of my testimony, and that the answers

14        on the record as given by me are true

15        and correct.

16

17

18                        _____

19                        ROBERT ANTHONY URRUTIA

20

21

22   Signed and subscribed to before
     me, this           day
23   of                , 2026.

24

25   _____
     Notary Public, State of New York

*Rich Moffett Court Reporting, Inc.*

```
 1                                                  276

 2      ---------------I N D E X---------------------

 3      WITNESS          EXAMINATION BY            PAGE

 4      R.A. URRUTIA   MR. THOMASSON           5, 270

 5                     MS. RONNEBURGER      233, 268

 6                     MR. KATAEV               264

 7      MOTION:  PAGE:   71

 8      ---------------DOCUMENT REQUEST--------------

 9      PAGE:    239  Emails from Mr. Urrutia's

10                    Gmail account

11               239  Complete text from Flushing

12                    Exhibit 1

13      -----------------EXHIBITS--------------------

14      DEFENDANTS'                          FOR I.D.

15          J      Email Chain                    62

16          K      Superb Motors Inc. Statement

17                 of Profit and Loss,

18                 January 1, 2023 through

19                 May 31, 2023                    91

20          L      Email Chain with attached      97

21          V      Text Messages                 116

22      FLUSHING                             FOR I.D.

23          1      Text Messages                 235

24          2      Email Chain                   238

25          3      Email Chain                   240
```

*Rich Moffett Court Reporting, Inc.*

277

-----------I N D E X (Cont'd)----------------

----------EXHIBITS (Continued)-------------

FLUSHING                              FOR I.D.

    4      Text Message                 250


         (Counsel retained exhibits.)

*Rich Moffett Court Reporting, Inc.*

```
 1                                            278

 2                   C E R T I F I C A T E

 3

    STATE OF NEW YORK  )
 4                     ) ss.:
    COUNTY OF NASSAU   )

 5

 6             I, Diana Mitchell, a Notary

 7         Public within and for the State of New

 8         York, do hereby certify:

 9             That ROBERT ANTHONY URRUTIA, the

10         witness whose deposition is

11         hereinbefore set forth, was duly sworn

12         by me and that such deposition is a

13         true record of the testimony given by

14         such witness.

15             I further certify that I am not

16         related to any of the parties to this

17         action by blood or marriage; and that I

18         am in no way interested in the outcome

19         of this matter.

20             IN WITNESS WHEREOF, I have

21         hereunto set my hand this 14th day of

22         January, 2026.

23

24                     Diana Mitchell
                 - - - - - - - - - - - - - - - - - - - - -
25                     DIANA MITCHELL
```

*Rich Moffett Court Reporting, Inc.*

## $

**$1,200** [2] - 73:2, 193:2
**$10** [1] - 258:7
**$10,000** [6] - 120:22, 121:9, 121:13, 121:18, 122:13, 122:17
**$100,000** [3] - 10:5, 46:23, 132:23
**$120,000** [3] - 10:5, 73:15, 73:21
**$17,000** [1] - 210:2
**$2,000** [1] - 73:11
**$20** [1] - 85:7
**$200,000** [3] - 196:16, 207:20, 209:12
**$238,000** [1] - 77:10
**$25,000** [1] - 210:2
**$250,000** [1] - 182:14
**$3,000** [1] - 207:12
**$300,000** [5] - 160:20, 168:14, 208:21, 209:4, 209:9
**$4,000** [1] - 211:20
**$40,000** [1] - 121:11
**$400,000** [1] - 261:4
**$450,000** [1] - 160:8
**$500,000** [19] - 61:2, 159:21, 159:24, 164:19, 166:23, 167:4, 196:22, 208:8, 208:13, 208:17, 208:19, 208:22, 212:6, 251:17, 252:9, 254:8, 260:14, 260:25, 268:24
**$600,000** [1] - 160:15
**$700,000** [1] - 156:25
**$800,000** [2] - 167:23, 168:4
**$850,000** [3] - 168:7, 169:5, 170:4

## '

**'21** [5] - 124:21, 125:2, 127:10, 199:16, 203:5
**'22** [18] - 8:11, 9:10, 9:21, 10:19, 11:16, 34:20, 42:20, 42:21, 59:2, 60:9, 60:23, 61:4, 125:5, 125:14, 125:16, 162:9, 168:25, 214:13
**'23** [22] - 12:19, 12:21, 13:10, 20:4, 34:21,

40:18, 40:21, 42:14, 46:6, 63:14, 63:18, 63:21, 80:13, 80:14, 80:18, 94:23, 103:19, 117:19, 118:15, 122:4, 152:21, 214:13
**'24** [11] - 11:17, 50:18, 61:24, 108:25, 109:6, 109:8, 109:23, 216:25, 217:9, 217:20, 218:20

## 0

**0000487** [1] - 240:15
**000122** [1] - 250:9
**000491** [1] - 238:11
**000492** [1] - 238:12
**000497** [1] - 238:10

## 1

**1** [14] - 61:14, 91:13, 153:10, 198:19, 204:23, 207:14, 235:2, 235:3, 238:9, 239:21, 240:10, 276:12, 276:18, 276:23
**1,000** [1] - 220:22
**1,200** [2] - 193:8, 193:11
**1.4** [1] - 201:5
**10** [6] - 178:21, 184:3, 184:23, 186:17, 226:19
**10,000** [1] - 163:22
**100** [18] - 75:16, 75:17, 125:17, 129:16, 159:14, 178:16, 211:15, 213:20, 236:5, 236:12, 244:17, 247:14, 252:19, 252:23, 258:3, 265:22, 267:23, 268:9
**100s** [1] - 196:13
**10170-0002** [1] - 2:20
**102** [5] - 86:5, 145:11, 147:12, 148:7
**104** [1] - 86:5
**10:00** [1] - 1:21
**10th** [4] - 36:10, 37:11, 37:17, 112:4
**11423-2327** [1] - 2:8
**11553** [1] - 3:11
**116** [1] - 276:21
**11793** [1] - 3:6

**11:45** [1] - 242:20
**12** [6] - 62:20, 147:22, 147:23, 184:3, 184:24, 186:17
**120,000** [1] - 211:2
**1239** [1] - 1:8
**125,000** [1] - 207:8
**13** [6] - 19:22, 25:17, 97:14, 145:20, 147:20
**1339** [1] - 3:18
**14** [1] - 97:12
**14th** [5] - 203:11, 203:17, 203:23, 214:13, 278:21
**15** [1] - 178:21
**15,000** [1] - 226:19
**150** [2] - 175:10, 193:11
**150,000** [1] - 160:12
**1580** [1] - 1:7
**1581** [1] - 1:6
**1591** [1] - 1:7
**15th** [1] - 25:6
**16** [3] - 145:20, 147:6, 147:7
**1632** [1] - 1:7
**18** [2] - 147:6, 147:7
**18211** [1] - 2:7
**189** [8] - 1:4, 1:17, 2:12, 47:25, 48:7, 53:12, 189:2, 215:18
**18th** [1] - 111:8
**19107** [1] - 3:19
**1992** [2] - 124:3, 124:6
**1:05** [1] - 191:17
**1:15** [1] - 191:12
**1:52** [1] - 63:8
**1st** [9] - 34:20, 38:6, 38:11, 156:12, 194:10, 194:12, 194:18, 208:18, 228:4

## 2

**2** [16] - 83:24, 89:3, 97:21, 107:16, 110:15, 148:5, 170:25, 175:3, 182:13, 182:18, 198:18, 238:4, 238:6, 238:11, 276:24
**2,000** [2] - 64:17, 69:3
**20** [3] - 7:16, 123:23, 178:8
**200** [3] - 64:18, 175:10, 177:7
**2000s** [1] - 124:8

**2003** [2] - 94:20, 95:2
**200s** [1] - 196:14
**2018** [1] - 56:22
**2020** [6] - 48:16, 48:22, 123:21, 124:13, 127:9, 204:4
**2021** [2] - 203:4, 260:4
**2022** [25] - 17:2, 133:9, 133:13, 134:10, 159:24, 160:5, 162:15, 164:21, 166:3, 166:17, 167:7, 167:23, 168:4, 168:21, 168:24, 171:9, 173:6, 173:21, 199:18, 199:20, 201:25, 204:23, 207:14, 215:8, 215:17
**2023** [54] - 12:25, 25:6, 25:14, 38:6, 38:11, 65:9, 67:3, 88:12, 89:3, 91:13, 91:14, 92:5, 94:22, 94:25, 97:22, 98:6, 115:17, 143:10, 143:17, 143:20, 148:5, 151:4, 151:10, 151:24, 152:18, 153:3, 153:10, 154:9, 158:24, 159:3, 159:21, 164:6, 181:15, 198:3, 198:7, 201:22, 203:11, 203:17, 203:23, 204:23, 207:15, 224:3, 228:4, 240:23, 242:20, 249:22, 252:3, 256:3, 256:22, 258:25, 276:18, 276:19
**2024** [3] - 116:14, 218:16, 219:2
**2025** [2] - 108:23, 119:2
**2026** [4] - 1:20, 275:11, 275:23, 278:22
**206,000** [1] - 76:20
**20th** [3] - 107:5, 148:2, 186:20
**22** [1] - 256:9
**23** [2] - 1:9, 2:18
**2320** [1] - 2:19
**233** [1] - 276:5
**235** [1] - 276:23
**238** [1] - 276:24

## 3

**239** [2] - 276:9, 276:11
**240** [1] - 276:25
**25** [4] - 60:6, 123:18, 123:24, 148:24
**250** [2] - 175:10, 277:5
**2519** [1] - 1:8
**264** [1] - 276:6
**268** [1] - 276:5
**27** [1] - 232:5
**270** [1] - 276:4
**27th** [2] - 40:19, 40:20
**2:15** [1] - 192:15
**2:23-cv-6188** [1] - 1:10
**2nd** [3] - 75:2, 222:23, 257:5

## 3

**3** [8] - 63:7, 100:12, 174:22, 240:13, 240:16, 242:20, 258:8, 276:25
**3,000** [3] - 72:24, 193:7, 193:11
**30** [8] - 81:2, 81:4, 84:12, 86:16, 90:2, 144:23, 178:12, 240:23
**30-something** [2] - 86:14, 262:16
**300** [3] - 174:7, 175:3, 177:7
**300,000** [2] - 182:11, 209:20
**31** [4] - 91:14, 204:23, 207:15, 276:19
**31st** [2] - 256:6, 260:16
**3280** [1] - 3:5
**333** [2] - 1:19, 3:10
**36** [1] - 86:6
**37** [1] - 206:20
**38** [4] - 68:9, 206:18, 206:20, 207:11
**39** [1] - 262:16
**3:37** [1] - 274:10
**3rd** [10] - 106:2, 118:7, 118:9, 138:23, 138:24, 156:13, 249:17, 249:19, 249:20, 257:5

## 4

**4** [9] - 63:7, 92:13, 93:17, 104:19, 104:20, 143:10, 250:3, 250:4, 277:5
**40** [7] - 73:10, 174:7, 175:25, 176:3,

206:23, 206:25, 207:6
**400** [2] - 174:7, 174:22
**420** [1] - 2:19
**43** [9] - 86:12, 86:18, 87:4, 145:15, 147:8, 147:11, 148:3, 148:14, 148:16
**446** [2] - 1:8, 2:17
**45** [4] - 205:7, 205:11, 205:21, 206:17
**49** [3] - 157:16, 166:12, 166:18
**4951** [1] - 236:9
**498** [1] - 238:11

## 5

**5** [5] - 83:18, 100:13, 160:14, 182:17, 276:4
**50** [4] - 121:11, 175:25, 176:3, 193:10
**500** [2] - 3:18, 174:4
**500,000** [8] - 159:16, 160:22, 182:10, 182:12, 212:14, 229:17, 251:2, 251:22
**500,000k** [1] - 250:22
**500k** [1] - 251:11
**59** [3] - 147:11, 147:12, 147:16

## 6

**6** [1] - 209:17
**62** [1] - 276:15
**65,000** [1] - 31:4
**650** [1] - 169:4

## 7

**7** [1] - 174:6
**70** [4] - 73:9, 193:11, 213:19, 213:21
**700** [1] - 156:22
**700,000** [1] - 209:17
**71** [1] - 276:7
**75,000** [1] - 213:15
**76** [2] - 1:8, 2:17

## 8

**8** [5] - 1:20, 174:21, 205:14, 205:20, 275:11
**80** [2] - 229:11, 230:11
**83** [1] - 86:6

**89** [2] - 86:6, 240:15
**8th** [1] - 25:5

## 9

**91** [1] - 276:19
**92** [1] - 86:5
**94** [1] - 86:6
**97** [1] - 276:20
**981,000** [1] - 169:2
**99** [2] - 61:13, 216:2
**9th** [3] - 77:9, 248:4

## A

**a.m** [2] - 1:21, 242:21
**AARONSON** [1] - 1:5
**Aaronson** [9] - 2:14, 35:7, 54:4, 61:13, 133:25, 161:11, 171:17, 203:7, 203:10
**Aaronsons** [1] - 46:17
**Abbott** [4] - 100:16, 104:21, 110:21, 111:13
**ability** [4] - 5:24, 89:2, 89:6, 139:11
**able** [15] - 6:4, 23:10, 30:19, 87:13, 87:15, 144:16, 148:3, 149:5, 150:24, 153:6, 164:2, 200:14, 204:10, 257:23, 260:23
**absentee** [1] - 162:4
**absolutely** [15] - 28:14, 35:2, 44:23, 48:3, 49:21, 54:17, 54:18, 59:3, 91:2, 92:8, 109:14, 134:24, 140:9, 141:2, 161:12
**Absolutely** [1] - 159:14
**abuse** [1] - 161:13
**accept** [1] - 90:23
**access** [7] - 39:9, 39:12, 74:2, 74:7, 115:22, 137:22, 138:4, 190:20, 225:3
**according** [2] - 143:13, 235:23
**Account** [1] - 98:2
**account** [101] - 38:19, 52:23, 53:5, 55:20, 74:12, 74:16, 77:7, 77:23, 78:8, 82:12, 98:7, 98:9, 98:10, 99:3, 99:10, 99:22,

99:24, 100:4, 100:9, 117:10, 117:12, 122:24, 123:2, 141:15, 142:3, 142:6, 142:9, 143:2, 143:7, 143:12, 143:19, 146:2, 148:4, 156:7, 156:8, 156:11, 156:14, 156:19, 157:8, 165:24, 182:13, 201:4, 212:25, 213:25, 214:5, 214:6, 227:2, 227:4, 227:5, 233:24, 234:9, 236:9, 236:14, 236:15, 237:17, 243:22, 244:17, 244:22, 245:9, 245:13, 245:24, 246:9, 247:3, 247:24, 248:17, 248:20, 251:5, 251:23, 252:18, 252:22, 254:5, 254:14, 254:24, 255:14, 256:20, 257:19, 258:2, 258:12, 258:14, 259:6, 259:9, 259:13, 261:5, 261:20, 263:19, 263:23, 264:13, 264:17, 265:5, 265:8, 266:11, 266:13, 266:17, 267:23, 268:4, 271:11, 271:15, 272:21, 273:15, 276:10
**accountant** [3] - 30:8, 72:18, 132:9
**accounted** [4] - 147:17, 147:20, 147:21, 156:15
**accounting** [25] - 30:7, 41:3, 41:13, 43:7, 46:2, 65:6, 65:11, 65:16, 66:8, 66:23, 67:3, 67:8, 69:8, 69:12, 70:20, 73:13, 94:8, 94:9, 94:11, 94:14, 145:5, 151:17, 155:18, 181:14, 205:6
**accounts** [54] - 31:11, 31:20, 31:21, 32:2, 32:5, 52:8, 52:18, 53:2, 67:8, 74:2, 74:4, 74:8, 76:17, 76:23, 77:2, 77:3,

77:15, 78:7, 82:15, 113:19, 115:9, 115:16, 115:20, 116:3, 137:23, 138:4, 141:7, 142:13, 142:20, 142:24, 151:3, 151:9, 182:23, 214:14, 225:22, 241:12, 244:15, 245:7, 246:20, 246:22, 247:5, 247:19, 248:10, 248:14, 249:3, 249:25, 250:21, 251:10, 255:2, 255:6, 259:8, 260:24, 266:12, 271:13
**accurate** [5] - 92:7, 93:20, 96:6, 148:13, 157:3
**accusing** [1] - 221:18
**ACH** [4] - 75:19, 77:10, 165:23, 182:10
**action** [5] - 62:21, 233:18, 249:3, 258:19, 278:17
**activity** [1] - 262:7
**actual** [2] - 94:9, 239:15
**add** [5] - 92:19, 94:6, 147:12, 196:11, 232:16
**added** [6] - 92:23, 92:24, 93:2, 93:4, 98:18, 265:23
**additional** [1] - 238:21
**address** [3] - 5:12, 5:13, 50:8
**addressed** [1] - 73:24
**admin** [1] - 78:14
**administer** [1] - 4:17
**advance** [5] - 160:16, 165:8, 168:12, 168:16, 168:20
**advertise** [1] - 10:4
**advertised** [1] - 211:23
**advertising** [3] - 10:5, 94:2, 160:9
**advised** [1] - 229:13
**affairs** [3] - 28:20, 29:8, 216:17
**Affairs** [2] - 28:21, 28:25
**affected** [1] - 170:18
**afford** [1] - 121:12
**afternoon** [2] -

233:11, 233:12
**afterwards** [3] - 69:5, 175:22, 214:3
**agencies** [1] - 216:13
**agency** [1] - 28:16
**aggregate** [3] - 169:24, 198:17, 198:21
**ago** [7] - 7:14, 7:16, 123:19, 123:20, 123:24, 239:3, 240:25
**agree** [5] - 16:22, 58:4, 71:6, 105:15, 138:16
**AGREED** [3] - 4:3, 4:9, 4:14
**agreed** [5] - 27:10, 158:3, 164:13, 164:14, 209:22
**agreement** [17] - 32:11, 55:4, 55:6, 84:12, 102:2, 104:8, 126:11, 164:17, 168:14, 169:4, 170:23, 176:14, 176:17, 237:8, 265:25, 266:2, 273:21
**agreements** [12] - 32:20, 33:4, 54:22, 55:17, 55:18, 55:22, 56:2, 56:6, 56:11, 109:20, 236:24, 273:23
**ahead** [5] - 21:25, 114:2, 252:22, 254:18
**alarm** [1] - 87:22
**Alex** [7] - 126:21, 126:22, 126:23, 126:24, 129:14, 129:19, 129:21
**alive** [1] - 112:10
**ALIVIA** [1] - 3:24
**allege** [1] - 182:5
**alleged** [1] - 147:13
**alleging** [1] - 131:17
**allowed** [8] - 32:9, 32:14, 74:9, 79:3, 82:7, 90:3, 138:14, 261:19
**Ally** [2] - 202:22, 202:25
**almost** [3] - 126:19, 255:16, 267:14
**alone** [2] - 21:24, 138:13
**ALSO** [1] - 3:23
**Alysia** [17] - 40:5,

40:8, 40:16, 41:4, 41:25, 42:13, 42:16, 42:24, 43:2, 43:20, 44:2, 44:9, 45:2, 64:3, 68:22, 200:19, 200:20
**ALYSIA** [1] - 40:15
**Alysia's** [1] - 40:7
**amount** [9] - 78:19, 92:22, 92:24, 145:19, 158:9, 159:18, 175:22, 175:23, 209:18
**amounts** [1] - 244:13
**AND** [3] - 4:2, 4:8, 4:13
**angry** [3] - 44:24, 72:9, 72:16
**answer** [20] - 42:10, 50:11, 66:11, 71:12, 72:7, 79:8, 86:25, 88:22, 89:9, 95:18, 113:25, 133:8, 133:17, 135:11, 212:21, 213:6, 225:16, 231:3, 264:20
**answered** [16] - 45:20, 71:11, 113:21, 130:15, 144:20, 152:7, 212:8, 213:9, 216:10, 216:16, 220:7, 221:4, 223:24, 224:9, 231:22, 263:8
**answering** [1] - 65:19
**answers** [1] - 275:13
**ANTHONY** [7] - 1:4, 1:11, 1:23, 3:23, 275:7, 275:19, 278:9
**Anthony** [187] - 2:6, 5:10, 8:9, 11:20, 11:24, 12:4, 13:24, 14:18, 14:20, 15:24, 16:21, 16:25, 25:10, 29:14, 29:15, 34:6, 34:9, 34:11, 34:13, 34:21, 41:5, 41:10, 41:21, 53:24, 54:5, 54:9, 58:23, 63:16, 63:21, 68:11, 71:7, 73:3, 73:25, 74:11, 76:16, 77:18, 77:22, 78:4, 78:23, 79:25, 82:8, 85:23, 85:25, 86:9, 92:11, 98:20, 100:3, 101:20, 104:25, 106:13, 113:6, 119:24, 120:15, 120:20,

121:13, 121:17, 122:13, 125:10, 130:7, 130:21, 132:4, 135:22, 136:22, 138:20, 140:7, 144:17, 144:22, 144:24, 147:3, 147:17, 148:8, 149:6, 149:13, 150:3, 157:9, 157:12, 158:16, 158:24, 159:4, 159:5, 159:19, 159:20, 159:23, 160:17, 162:20, 163:7, 164:18, 166:4, 166:18, 166:23, 167:10, 169:3, 169:10, 171:11, 172:22, 173:5, 173:6, 173:20, 174:11, 175:16, 176:16, 177:8, 181:6, 181:12, 182:5, 184:2, 185:17, 185:22, 186:6, 186:7, 186:11, 186:17, 186:25, 187:19, 188:4, 188:14, 189:22, 190:20, 194:6, 195:25, 196:2, 199:25, 202:7, 202:12, 202:14, 202:19, 208:19, 208:22, 209:22, 210:4, 210:8, 210:18, 211:6, 212:5, 212:13, 212:24, 215:7, 216:2, 219:7, 222:10, 226:5, 229:5, 229:8, 229:9, 229:11, 229:19, 230:3, 230:4, 234:4, 234:14, 235:14, 235:25, 241:7, 242:19, 243:18, 244:6, 244:17, 244:21, 244:23, 245:4, 250:16, 252:7, 252:18, 253:18, 254:13, 254:20, 254:24, 256:18, 257:4, 258:23, 259:5, 260:17, 261:18, 261:25, 262:6, 262:13, 263:2, 263:11, 263:14,

270:4, 270:13, 270:15, 271:3, 271:10, 271:19, 272:3
**Anthony's** [4] - 14:14, 17:17, 41:8, 152:5
**anyway** [1] - 266:7
**APA** [2] - 256:8, 256:9
**apologize** [1] - 118:10
**appeared** [2] - 71:24, 237:22
**application** [6] - 37:21, 48:24, 107:12, 233:24, 241:10, 241:14
**applications** [2] - 36:24, 183:12
**applied** [5] - 114:14, 114:21, 115:9, 116:3, 202:25
**apply** [1] - 202:22
**applying** [2] - 34:22, 38:3
**appreciate** [1] - 91:3
**approval** [3] - 13:22, 14:7, 111:24
**approve** [3] - 77:24, 138:20, 139:5
**approved** [13] - 48:25, 54:4, 61:12, 78:20, 112:9, 112:12, 112:22, 138:10, 138:15, 138:25, 139:3, 139:15, 139:19
**April** [30] - 12:19, 40:4, 40:18, 70:15, 75:20, 97:22, 98:5, 142:10, 143:10, 143:17, 143:20, 143:23, 154:15, 154:18, 154:21, 156:5, 156:12, 157:21, 165:22, 206:6, 208:2, 223:4, 242:20, 247:9, 252:2, 252:3, 256:8, 256:22, 258:25
**argumentative** [11] - 52:5, 54:16, 57:14, 58:6, 75:12, 79:7, 96:13, 134:17, 137:11, 138:19, 139:9
**arguments** [1] - 108:8
**Ariel** [1] - 233:15
**ARIEL** [1] - 3:12
**arm** [1] - 131:5
**arrange** [1] - 165:14
**Asad** [1] - 2:15

**ASAD** [1] - 1:6
**assertion** [2] - 47:24, 48:2
**asset** [1] - 109:19
**assets** [1] - 258:7
**assign** [3] - 57:17, 58:13, 186:7
**assigned** [3] - 53:24, 58:9, 58:23
**assignment** [1] - 114:4
**assist** [2] - 105:4, 168:5
**assisting** [1] - 153:17
**associated** [2] - 128:22, 133:24
**Association** [1] - 7:7
**assume** [3] - 33:7, 137:4, 175:5
**assumed** [4] - 127:20, 127:21, 128:14, 265:2
**assumes** [5] - 58:19, 66:10, 88:15, 141:19, 155:11
**assuming** [2] - 16:2, 184:3
**assumption** [4] - 75:9, 93:6, 95:13, 260:11
**assumptions** [1] - 93:3
**attached** [6] - 49:12, 96:10, 97:9, 116:16, 239:10, 276:20
**attempt** [1] - 143:2
**attempted** [1] - 143:12
**attended** [1] - 22:18
**attention** [2] - 29:18, 150:21
**attorney** [15] - 32:20, 32:23, 33:3, 44:22, 45:8, 49:10, 72:17, 90:21, 90:23, 134:3, 134:8, 203:19, 203:20, 203:25, 204:4
**attorney's** [1] - 216:21
**attorneys** [3] - 4:3, 27:10, 33:7
**Attorneys** [4] - 2:4, 2:12, 3:9, 3:15
**auction** [2] - 148:19, 148:20
**audit** [9] - 140:21, 188:2, 188:5, 188:7, 188:9, 188:19, 188:25, 208:9, 208:14
**audits** [2] - 188:15, 189:6

**August** [26] - 34:20, 38:6, 38:11, 75:2, 77:9, 89:3, 106:2, 118:7, 118:8, 127:9, 138:22, 138:24, 142:7, 142:14, 148:5, 156:13, 203:11, 203:17, 203:23, 222:23, 228:4, 241:19, 248:4, 249:19, 249:20, 261:25
**authority** [11] - 102:18, 114:4, 139:17, 139:20, 139:24, 140:18, 173:7, 185:14, 185:23, 186:2, 190:6
**authorization** [13] - 33:24, 34:4, 34:7, 34:10, 34:14, 78:11, 78:13, 78:23, 79:4, 81:12, 111:10, 190:25, 194:15
**authorizations** [3] - 78:10, 78:16, 115:24
**authorize** [7] - 79:2, 79:3, 93:16, 110:25, 139:12, 139:18, 191:5
**authorized** [21] - 4:16, 34:15, 74:17, 74:18, 75:19, 79:10, 82:18, 100:11, 101:23, 102:14, 113:9, 138:17, 139:7, 140:11, 141:16, 163:8, 163:11, 163:17, 163:21, 189:19, 189:22
**authorizing** [1] - 90:22
**Auto** [8] - 2:5, 2:13, 2:16, 2:18, 56:8, 132:21, 133:19
**AUTO** [11] - 1:4, 1:5, 1:6, 1:7, 1:7, 1:8, 1:8, 1:9, 1:17
**automatically** [3] - 173:13, 173:17, 190:3
**AUTOMOTIVE** [1] - 1:14
**Automotive** [1] - 7:4
**available** [1] - 37:17
**Avenue** [2] - 2:7, 2:19
**average** [10] - 205:7, 206:3, 206:4, 206:8, 206:13, 206:16, 206:22, 207:6, 211:15, 226:19

**averaged** [1] - 205:13
**averaging** [1] - 193:7
**aware** [7] - 95:4, 98:5, 111:15, 133:10, 166:2, 215:24, 251:25

# B

**baby** [3] - 13:6, 13:9, 13:10
**backdate** [1] - 58:17
**bad** [1] - 170:17
**baffled** [1] - 47:22
**balance** [1] - 169:2
**balances** [1] - 93:15
**Bank** [47] - 3:9, 55:19, 56:13, 56:15, 98:7, 99:8, 213:25, 214:5, 214:6, 227:3, 227:4, 229:19, 233:17, 233:20, 233:23, 234:15, 234:16, 237:9, 238:25, 239:5, 245:10, 245:14, 245:20, 247:3, 247:24, 249:3, 249:25, 250:22, 252:25, 255:7, 255:10, 256:19, 259:16, 263:4, 263:23, 264:16, 268:20, 268:25, 270:6, 270:12, 270:16, 271:2, 272:11, 272:22, 273:8, 273:9, 273:17
**bank** [60] - 31:11, 31:20, 31:21, 32:2, 32:5, 38:19, 38:22, 52:8, 52:18, 52:22, 53:2, 53:4, 70:22, 74:4, 115:16, 115:20, 137:23, 138:4, 141:7, 141:15, 141:17, 141:23, 142:20, 142:23, 142:24, 151:9, 151:12, 176:24, 182:22, 182:25, 183:16, 214:14, 225:4, 225:7, 225:11, 225:21, 241:2, 243:19, 246:13, 246:20, 251:23, 252:7, 252:16, 252:18, 253:14, 253:16, 254:4,

255:14, 257:19, 257:25, 259:13, 260:24, 261:10, 261:19, 263:19, 264:13, 264:17, 267:22, 271:20
**BANK** [2] - 1:16, 1:17
**banker** [2] - 250:20, 251:9
**banks** [8] - 132:11, 176:12, 182:20, 182:22, 183:23, 207:23, 230:20, 257:17
**bare** [1] - 57:25
**barely** [1] - 229:11
**BARON** [3] - 1:5, 1:6, 1:6
**Baron** [6] - 2:14, 2:15, 2:16, 9:2, 9:4, 60:16
**based** [9] - 48:25, 66:16, 84:11, 84:24, 115:22, 155:8, 161:6, 195:24, 211:22
**bathroom** [1] - 32:12
**battles** [1] - 41:21
**battling** [2] - 41:7
**BDC** [1] - 13:18
**became** [8] - 14:4, 32:16, 59:9, 129:19, 129:23, 166:5, 166:9, 166:18
**become** [15] - 55:7, 105:12, 106:5, 126:24, 127:2, 127:5, 128:9, 129:15, 157:22, 160:16, 160:19, 161:5, 165:6, 251:24, 262:4
**becoming** [1] - 157:16
**before..** [1] - 157:5
**began** [6] - 12:18, 13:12, 46:4, 134:8, 157:21, 211:14
**begin** [1] - 85:20
**beginning** [1] - 13:4, 13:8, 59:23, 97:19, 105:24, 118:13, 157:19, 157:23, 163:23, 174:12, 194:18, 229:24, 230:7, 247:9
**behalf** [4] - 90:24, 111:3, 243:4, 261:20
**behind** [7] - 26:17, 41:3, 41:19, 47:12, 84:25, 165:20, 249:18

**belief** [1] - 268:6
**belongs** [1] - 106:8
**below** [1] - 182:25
**best** [4] - 16:23, 194:17, 200:24, 228:6
**better** [3] - 10:13, 162:4, 256:13
**between** [25] - 4:3, 9:16, 17:8, 34:20, 41:4, 41:15, 68:10, 102:6, 111:13, 112:24, 113:5, 161:10, 164:10, 187:18, 194:21, 198:16, 202:19, 204:22, 206:6, 208:18, 208:23, 223:4, 239:4, 256:7, 258:23
**BFS** [1] - 258:9
**big** [9] - 121:16, 132:17, 168:12, 193:12, 194:3, 223:5
**bigger** [1] - 77:13
**biggest** [1] - 262:18
**bill** [1] - 185:3
**bills** [3] - 50:22, 82:24, 184:18
**bit** [3] - 135:7, 204:11, 265:3
**blame** [2] - 144:17, 181:6
**blamed** [1] - 120:2
**Blankenship** [11] - 14:10, 14:12, 29:5, 29:8, 29:20, 30:25, 31:13, 33:10, 136:23, 186:21, 187:3
**BLANKENSHIP** [1] - 1:12
**blind** [2] - 249:21, 262:14
**blood** [1] - 278:17
**blow** [1] - 158:12
**Blvd** [1] - 2:16
**BLVD** [6] - 1:6, 1:7, 1:7, 1:8
**Bobby** [5] - 125:9, 125:10, 125:12, 210:24, 211:8
**book** [5] - 56:23, 57:16, 57:18, 58:3, 58:9
**booked** [1] - 207:23
**bothered** [3] - 67:16, 67:18, 68:12
**bottom** [3] - 104:20, 107:17, 110:16

**bought** [15] - 18:14, 102:4, 125:11, 173:11, 174:22, 174:24, 175:3, 175:18, 177:15, 187:14, 187:17, 189:24, 190:4, 193:25, 210:9
**Boulevard** [2] - 1:19, 3:10
**bouncing** [1] - 194:21
**brains** [2] - 132:5, 230:15
**Branch** [1] - 264:25
**brand** [1] - 150:22
**break** [5] - 110:11, 132:8, 191:10, 191:15, 228:13
**Brian** [1] - 2:14
**BRIAN** [1] - 1:5
**brief** [2] - 110:11, 228:13
**briefly** [1] - 119:12
**bring** [11] - 10:3, 10:7, 14:21, 21:13, 22:24, 68:4, 68:6, 116:2, 200:13, 229:25, 260:5
**bringing** [1] - 14:3
**brings** [1] - 60:5
**Bro** [1] - 260:2
**broke** [2] - 47:12, 224:21
**Brooklyn** [1] - 146:11
**brought** [5] - 14:15, 14:23, 15:3, 15:6, 17:23
**Bruce** [83] - 17:10, 18:4, 40:5, 40:24, 42:18, 77:18, 79:19, 80:6, 81:14, 81:16, 82:7, 98:21, 99:18, 100:16, 104:23, 107:17, 110:21, 111:14, 112:24, 113:5, 121:23, 122:2, 138:10, 138:16, 138:21, 138:24, 139:3, 139:4, 139:11, 139:14, 139:20, 140:7, 140:10, 140:11, 150:2, 150:4, 150:5, 150:7, 150:12, 150:16, 152:12, 152:14, 152:19, 153:2, 153:13, 153:17, 154:8, 172:20, 172:25, 185:15,

185:17, 188:12, 188:13, 188:18, 189:16, 189:19, 236:21, 236:22, 238:23, 242:21, 244:5, 245:2, 247:4, 247:6, 247:17, 250:17, 251:3, 251:8, 252:4, 252:6, 253:10, 253:12, 253:17, 253:23, 254:12, 256:21, 263:10, 263:24, 263:25, 264:14
**building** [3] - 158:15, 159:9, 159:13
**Building** [1] - 3:17
**built** [2] - 176:8, 176:9
**bunch** [3] - 85:24, 142:8, 175:18
**burned** [2] - 208:13, 208:18
**business** [33] - 9:4, 9:12, 9:25, 11:21, 11:25, 12:5, 13:20, 30:3, 32:15, 45:22, 46:4, 70:24, 81:20, 81:23, 93:16, 106:25, 107:15, 108:5, 128:13, 129:4, 131:18, 160:23, 203:10, 209:3, 209:6, 209:7, 210:19, 211:9, 211:12, 242:4, 246:17, 262:16, 262:20
**business's** [1] - 75:17
**businesses** [6] - 49:8, 51:11, 139:21, 169:15, 236:24, 269:6
**but..** [3] - 27:22, 47:22, 138:6
**butting** [1] - 41:19
**buttons** [1] - 145:4
**buy** [19] - 8:22, 39:13, 122:25, 125:12, 128:3, 146:15, 158:10, 159:13, 160:12, 173:6, 173:12, 173:23, 175:20, 176:25, 198:12, 255:22, 255:23, 256:9
**buyer** [3] - 173:3, 173:12, 173:13
**BUYERS** [1] - 1:12
**Buyers** [14] - 135:5, 135:9, 135:18,

135:19, 135:21, 135:22, 136:3, 136:4, 226:25, 227:5, 227:11, 227:21, 227:24
**Buyers'** [1] - 117:10
**buying** [9] - 41:15, 157:12, 157:15, 158:15, 159:9, 172:23, 172:24, 183:11, 245:21
**buys** [1] - 190:5
**BY** [13] - 2:9, 2:21, 3:12, 3:20, 5:17, 22:15, 192:19, 228:22, 233:9, 264:9, 268:15, 270:2, 276:3

# C

**camera** [2] - 224:3, 225:5
**cameras** [4] - 24:3, 87:23, 88:4, 223:20
**Canada** [1] - 176:9
**cancelled** [4] - 155:25, 184:15, 205:4, 205:17
**candy** [1] - 269:2
**cap** [1] - 208:8
**Capital** [1] - 227:6
**capital** [5] - 160:20, 168:8, 202:20, 208:6, 209:8
**CAPITAL** [1] - 1:15
**Car** [15] - 117:10, 135:5, 135:9, 135:18, 135:19, 135:21, 135:22, 136:2, 136:4, 196:4, 226:24, 227:5, 227:11, 227:20, 227:24
**CAR** [1] - 1:12
**car** [54] - 9:12, 9:19, 18:8, 72:25, 73:2, 81:19, 83:8, 83:9, 120:20, 121:10, 121:11, 121:14, 121:15, 121:17, 121:18, 121:25, 122:8, 122:9, 122:14, 122:16, 127:13, 136:4, 136:20, 136:25, 149:10, 161:7, 164:2, 173:11, 173:13, 177:4, 177:15, 183:11,

183:14, 183:21, 184:15, 193:3, 193:7, 193:16, 193:20, 193:24, 198:25, 205:19, 206:22, 207:5, 207:9, 207:11, 210:2, 224:21, 228:10, 242:4, 245:25, 262:15
**card** [2] - 259:8, 259:12
**cards** [1] - 248:22
**care** [1] - 132:7
**cared** [1] - 145:9
**Caribbean** [6] - 9:23, 10:15, 195:22, 195:24, 211:3, 211:4
**carrying** [1] - 209:23
**cars** [154] - 20:6, 23:12, 23:13, 23:24, 24:19, 24:22, 25:25, 26:4, 33:23, 34:4, 34:7, 34:10, 38:17, 39:2, 39:5, 39:13, 39:16, 59:25, 73:7, 73:9, 75:5, 83:22, 85:24, 85:25, 86:9, 86:12, 86:14, 86:16, 86:18, 86:19, 87:4, 87:11, 87:13, 101:16, 101:20, 101:23, 102:3, 102:4, 102:11, 102:14, 102:15, 102:19, 106:4, 122:15, 122:25, 123:2, 123:3, 123:4, 131:16, 133:3, 140:16, 144:15, 144:17, 145:6, 145:11, 145:12, 145:15, 146:16, 146:25, 147:2, 147:11, 147:12, 147:16, 148:3, 148:8, 148:18, 148:24, 149:4, 149:8, 171:20, 172:23, 173:6, 173:7, 173:17, 173:20, 173:23, 174:7, 174:22, 174:24, 175:3, 175:8, 175:10, 175:12, 175:15, 175:19, 175:25, 176:3, 176:4, 176:8, 176:15, 177:2, 177:3, 177:7, 177:9,

177:21, 178:21, 178:22, 179:6, 179:14, 182:15, 183:19, 183:24, 183:25, 184:6, 184:11, 184:20, 184:24, 185:10, 185:15, 186:2, 186:9, 186:14, 186:17, 186:22, 187:7, 187:18, 189:23, 189:24, 190:4, 190:17, 190:19, 193:10, 193:25, 196:25, 197:6, 197:10, 197:13, 197:18, 197:22, 198:12, 198:15, 199:2, 199:3, 199:6, 199:10, 204:22, 204:24, 205:3, 206:2, 206:17, 206:24, 206:25, 207:6, 207:11, 207:22, 209:24, 210:11, 214:17, 224:18, 225:14, 228:7
**CARS** [2] - 1:13, 1:13
**case** [29] - 15:5, 16:7, 26:8, 48:13, 56:4, 56:8, 56:20, 57:5, 60:4, 62:7, 69:10, 69:19, 71:16, 71:22, 80:7, 82:6, 82:8, 130:17, 216:4, 216:8, 217:15, 221:16, 221:18, 224:17, 232:5, 232:9, 257:18, 267:21
**Case** [1] - 1:10
**cases** [3] - 184:14, 220:21, 222:5
**cash** [26] - 31:4, 31:7, 31:10, 31:14, 31:17, 31:19, 33:11, 33:13, 33:14, 87:11, 120:23, 140:16, 140:25, 141:4, 141:6, 141:13, 145:22, 146:17, 146:20, 147:4, 148:19, 156:5, 182:11, 183:4, 214:4
**catchup** [1] - 181:18
**caused** [10] - 48:14, 50:23, 85:18, 120:5, 130:6, 187:20,

231:18, 231:25, 246:7, 246:11
**causing** [1] - 69:11
**Cayer** [7] - 40:8, 69:11, 69:20, 71:16, 71:22, 72:12, 200:20
**CAYER** [1] - 40:9
**Center** [1] - 13:20
**central** [1] - 41:24
**CEO** [1] - 258:3
**certain** [5] - 31:16, 78:19, 108:6, 141:5, 145:19
**certainly** [2] - 93:15, 254:20
**certificate** [9] - 49:7, 56:22, 57:11, 58:2, 98:13, 99:18, 106:25, 107:15, 267:25
**certificates** [12] - 24:25, 54:21, 55:5, 56:18, 57:16, 57:22, 58:10, 58:11, 58:17, 58:22, 265:24, 273:22
**certification** [1] - 4:6
**certify** [3] - 275:8, 278:8, 278:15
**CFO** [11] - 41:24, 41:25, 42:5, 42:6, 42:13, 52:22, 52:25, 53:3, 53:9, 150:12, 150:18
**Chabrier** [1] - 2:14
**CHABRIER** [1] - 1:5
**Chain** [8] - 62:11, 97:9, 238:7, 240:17, 276:15, 276:20, 276:24, 276:25
**change** [1] - 23:8
**changed** [5] - 23:9, 86:7, 146:14, 163:24, 181:21
**changeovers** [1] - 66:13
**changing** [1] - 41:17
**charge** [3] - 144:8, 149:23, 150:4
**charisma** [1] - 262:12
**CHASE** [1] - 1:17
**Chase** [12] - 142:13, 182:14, 245:20, 246:6, 246:9, 246:21, 246:22, 255:7, 255:10, 257:8, 257:11, 261:11
**check** [19] - 25:19, 36:17, 74:23, 80:4,

80:5, 80:10, 80:15, 81:13, 81:20, 81:22, 82:2, 82:3, 82:4, 136:12, 138:21, 214:4, 239:14, 253:25
**checked** [2] - 36:2, 37:2
**checks** [53] - 15:19, 15:25, 16:18, 33:13, 33:14, 53:11, 74:16, 74:19, 76:17, 76:21, 77:21, 77:24, 79:10, 79:11, 79:12, 79:15, 79:25, 80:5, 80:8, 80:21, 80:25, 81:3, 81:4, 81:15, 81:17, 81:19, 82:9, 82:11, 135:16, 135:19, 136:2, 136:8, 138:9, 138:17, 138:23, 138:25, 139:4, 139:5, 139:6, 139:12, 139:14, 139:18, 139:24, 140:2, 140:5, 163:10, 163:16, 164:13, 182:14, 213:22, 226:14, 227:7
**Cherrywood** [1] - 46:19
**Chestnut** [1] - 3:18
**chief** [5] - 107:19, 113:11, 139:22, 140:6, 253:23
**choice** [1] - 41:22
**choose** [2] - 32:17, 157:4
**chose** [4] - 241:16, 245:18, 246:12, 246:21
**chronologically** [1] - 63:5
**CIANCIULLI** [5] - 3:20, 21:15, 22:5, 22:9, 274:7
**Cianciulli** [4] - 21:8, 21:11, 233:5, 274:3
**circles** [1] - 248:16
**circumstances** [1] - 8:18
**claim** [3] - 99:6, 140:14, 162:19
**claims** [2] - 182:16, 233:19
**clarified** [2] - 226:10, 269:15
**clarify** [2] - 50:13, 144:21

**Clark** [5] - 125:9, 125:10, 125:13, 210:24, 211:8
**clean** [2] - 108:11, 145:10
**clear** [5] - 161:4, 219:23, 262:24, 264:7, 272:9
**clearing** [1] - 146:23
**clearly** [1] - 21:20
**client** [1] - 45:10
**clients** [2] - 210:16, 211:3
**close** [9] - 9:18, 66:23, 109:18, 109:22, 117:20, 117:24, 200:14, 241:15, 252:21
**closed** [12] - 109:21, 109:23, 118:8, 162:18, 164:12, 167:20, 168:10, 180:12, 193:21, 199:23, 199:25, 200:7
**closer** [1] - 21:14
**closing** [2] - 9:21, 271:25
**CO** [1] - 1:16
**Coast** [11] - 100:23, 101:2, 104:24, 105:5, 105:8, 105:12, 105:13, 106:8, 106:20, 107:7, 111:3
**COAST** [6] - 1:13, 1:13, 1:14, 1:14, 1:15
**COD's** [1] - 156:17
**collapse** [1] - 181:9
**collateralized** [4] - 169:25, 170:5, 170:14, 170:16
**college** [2] - 6:16, 6:20
**combined** [2] - 27:13, 28:9
**coming** [11] - 75:3, 75:7, 75:25, 105:19, 132:21, 201:5, 210:25, 223:12, 227:10, 227:20, 230:9
**commenced** [1] - 134:10
**commercial** [3] - 99:9, 243:22, 257:19
**commit** [1] - 131:4
**committed** [1] - 267:20
**communicate** [2] -

254:3, 261:19
**communicated** [6] - 161:25, 217:22, 218:7, 220:10, 254:21, 260:17
**communicating** [1] - 113:10
**communication** [7] - 247:11, 247:16, 266:19, 266:20, 266:23, 267:4, 271:6
**communications** [11] - 218:25, 229:23, 253:6, 253:9, 254:13, 258:23, 259:4, 259:15, 265:7, 265:11, 266:4
**community** [2] - 9:24, 10:15
**companies** [6] - 58:24, 140:21, 190:22, 191:2, 191:6, 216:3
**Company** [1] - 135:23
**company** [11] - 57:15, 58:10, 82:23, 88:8, 135:24, 136:5, 136:7, 169:6, 195:22, 261:2, 261:21
**compared** [1] - 210:22
**complaint** [17] - 49:12, 49:22, 50:2, 50:25, 51:5, 55:9, 61:8, 61:25, 62:8, 96:10, 116:17, 117:7, 118:19, 178:2, 178:4, 217:2, 234:24
**Complete** [1] - 276:11
**complete** [2] - 241:13, 275:12
**completely** [1] - 65:24
**compliant** [1] - 49:14
**computers** [1] - 88:5
**con** [2] - 161:16, 262:11
**concentrating** [1] - 198:2
**concern** [1] - 251:13
**concerned** [4] - 67:11, 67:15, 71:25, 165:11
**concierge** [1] - 229:13
**conclusion** [3] - 75:14, 75:16, 272:17
**conduct** [1] - 60:9
**conducted** [1] - 220:20
**confirm** [1] - 238:9
**Connecticut** [14] - 10:21, 11:5, 12:2,

12:15, 18:7, 27:8, 27:11, 27:14, 28:3, 28:4, 129:5, 129:10, 179:15, 179:18
**connection** [1] - 216:23
**consider** [4] - 106:19, 271:19, 271:21, 272:13
**considering** [1] - 9:20
**consist** [1] - 61:7
**consisted** [3] - 7:10, 34:15, 195:21
**consolidated** [1] - 27:9
**consulting** [1] - 82:23
**Cont'd** [1] - 3:2
**contact** [2] - 28:24, 111:2
**contacted** [3] - 28:19, 119:4, 217:13
**contested** [1] - 96:5
**continue** [2] - 70:14, 121:15
**continued** [4] - 184:18, 256:24, 261:3, 261:8
**Continued** [1] - 277:3
**CONTINUED** [1] - 192:18
**contract** [2] - 8:15, 164:15
**contracts** [6] - 59:20, 159:25, 164:19, 164:22, 200:2, 200:8
**contrary** [1] - 168:11
**control** [3] - 24:7, 149:23, 244:19
**controlled** [1] - 213:2
**conversation** [6] - 119:5, 119:23, 157:22, 158:22, 203:17, 244:4
**conversations** [1] - 263:22
**convey** [1] - 246:23
**conveyed** [1] - 256:18
**convicted** [1] - 230:17
**COO** [1] - 18:4
**COONEY** [1] - 3:24
**cooperate** [3] - 188:9, 188:19, 189:11
**cooperated** [3] - 188:5, 188:23, 189:5
**cooperating** [1] - 188:14
**coordinates** [1] - 30:5
**copied** [11] - 44:11, 111:9, 111:14, 237:25, 238:16,

239:4, 239:8, 253:5, 253:9, 259:14
**copy** [2] - 253:10, 253:13, 253:15
**CORP** [1] - 1:15
**corporations** [3] - 98:12, 132:12, 237:19
**correct** [118] - 8:16, 11:7, 11:19, 12:10, 12:16, 23:12, 24:14, 28:9, 28:10, 28:23, 29:6, 29:10, 37:19, 39:25, 40:10, 42:2, 42:15, 43:3, 47:16, 48:8, 53:10, 59:14, 67:10, 74:13, 76:18, 76:24, 79:23, 80:19, 83:14, 86:23, 87:4, 88:23, 88:24, 93:24, 106:9, 107:9, 107:10, 111:25, 112:6, 114:14, 114:15, 114:25, 116:5, 116:6, 116:19, 119:3, 124:10, 124:14, 125:23, 128:17, 130:8, 134:12, 135:20, 136:9, 137:9, 137:12, 137:13, 140:13, 141:22, 141:24, 143:5, 143:15, 143:18, 143:21, 147:9, 148:14, 151:4, 154:11, 154:19, 154:21, 155:3, 162:16, 166:13, 166:19, 166:20, 174:15, 174:22, 175:4, 175:14, 176:5, 180:7, 185:13, 188:15, 189:9, 193:18, 196:17, 198:8, 200:23, 200:25, 202:2, 202:5, 203:5, 207:15, 207:16, 209:10, 217:6, 217:21, 218:20, 219:2, 219:3, 223:13, 224:12, 233:25, 234:2, 236:6, 236:7, 236:11, 239:2, 239:6, 241:3, 243:6, 243:7, 256:23, 269:12, 269:16, 270:13, 275:12,

275:15
**corruptly** [1] - 134:21
**cost** [3] - 131:18, 158:3, 163:2
**Costa** [7] - 5:14, 26:24, 42:22, 90:21, 162:5, 162:8, 162:15
**counsel** [7] - 15:25, 16:8, 16:9, 21:8, 23:3, 47:5, 132:6
**Counsel** [1] - 277:8
**counted** [2] - 156:3, 156:16, 156:17
**counterclaims** [1] - 85:5
**COUNTY** [2] - 275:5, 278:4
**County** [4] - 28:17, 28:22, 28:25, 216:7
**couple** [12] - 14:23, 14:25, 15:2, 77:19, 109:3, 145:4, 155:20, 174:25, 210:23, 240:18, 249:8, 258:13
**course** [4] - 7:17, 123:23, 124:2, 124:8
**court** [11] - 23:6, 23:7, 47:9, 47:18, 62:20, 92:4, 93:8, 94:20, 95:25, 133:22, 262:17
**Court** [2] - 1:23, 4:19
**COURT** [3] - 1:2, 5:6, 5:11
**courts** [1] - 162:22
**cover** [11] - 49:18, 49:19, 49:20, 51:2, 85:10, 116:17, 116:18, 163:2, 212:9
**covered** [1] - 38:19
**covering** [1] - 208:4
**covers** [1] - 144:13
**COVID** [3] - 45:25, 123:21, 209:24
**CPA** [1] - 1:12
**CPA'S** [1] - 1:16
**crazy** [1] - 185:3
**create** [6] - 69:18, 92:21, 182:19, 183:5, 183:6
**created** [5] - 96:25, 197:7, 212:10, 244:16, 249:10
**creates** [2] - 30:7, 30:8
**creating** [2] - 183:7, 207:24
**creation** [2] - 95:15, 97:2
**credit** [7] - 73:20,

106:5, 183:12, 251:17, 259:8, 259:12, 260:3
**crew** [2] - 133:4
**crime** [1] - 46:17
**criminal** [3] - 30:20, 220:17, 262:7
**cross** [6] - 55:3, 169:25, 170:5, 170:14, 170:16, 266:2
**cross-collateralized** [4] - 169:25, 170:5, 170:14, 170:16
**cross-purchase** [1] - 266:2
**Crowley** [4] - 19:12, 19:14, 19:17, 24:18
**crying** [1] - 161:13
**Cullen** [1] - 233:16
**CULLEN** [1] - 3:8
**cure** [1] - 84:13
**curious** [2] - 69:6, 89:22
**Cusano** [1] - 238:25
**Customer** [1] - 244:12
**customer** [1] - 246:6
**customer's** [1] - 183:17
**customers** [8] - 26:18, 177:11, 177:14, 182:13, 183:10, 183:21, 184:14, 184:17
**cut** [3] - 81:13, 108:11, 240:11
**cuts** [1] - 239:21
**CYRULI** [1] - 2:11

### D

**damage** [5] - 50:23, 170:17, 223:3, 223:5, 223:8
**data** [2] - 70:10, 195:14
**date** [5] - 57:23, 118:22, 133:25, 158:25, 248:2
**date's** [1] - 107:4
**dated** [2] - 56:22, 256:5
**dates** [1] - 58:14
**Dave** [4] - 240:25, 241:24, 246:18, 248:7
**DAVID** [1] - 1:6
**David** [30] - 2:16, 141:22, 142:19, 233:22, 234:3,

235:15, 235:24, 236:15, 236:16, 236:19, 237:15, 242:24, 247:18, 247:20, 249:8, 251:15, 252:15, 257:6, 264:21, 264:24, 265:6, 265:12, 266:9, 266:24, 267:5, 267:11, 268:19, 268:21, 269:10, 271:6
**day-to-day** [3] - 34:17, 150:6, 150:8
**days** [8] - 7:19, 84:12, 109:3, 240:25, 245:24, 249:8, 255:13, 258:13
**deal** [27] - 38:20, 41:17, 55:2, 57:22, 59:11, 59:16, 102:7, 112:25, 162:18, 163:24, 164:9, 164:12, 166:14, 167:15, 168:9, 172:6, 172:10, 183:13, 183:15, 184:16, 189:20, 190:21, 191:2, 191:5, 235:20, 256:15, 262:4
**dealer** [4] - 84:12, 176:14, 176:17, 181:21
**Dealers** [1] - 7:8
**dealership** [52] - 8:22, 8:24, 9:23, 10:17, 10:20, 10:22, 10:23, 11:4, 11:12, 11:21, 11:25, 12:5, 14:17, 17:24, 18:8, 18:22, 29:25, 37:8, 46:18, 48:15, 48:18, 48:21, 51:22, 52:18, 52:24, 53:17, 106:14, 123:23, 124:5, 124:12, 124:17, 124:22, 127:16, 127:18, 128:16, 151:10, 158:15, 167:5, 180:6, 193:16, 193:20, 221:13, 221:14, 222:14, 222:15, 223:7, 223:12, 245:22, 245:25, 255:22, 260:20
**dealerships** [41] - 7:12, 10:11, 10:18,

12:13, 16:9, 17:5, 27:21, 33:8, 52:23, 54:10, 59:12, 59:13, 59:16, 59:21, 60:3, 60:7, 64:20, 65:2, 65:7, 65:11, 67:14, 76:8, 123:8, 123:10, 128:22, 136:20, 136:25, 160:25, 181:2, 181:5, 181:8, 187:18, 197:7, 198:10, 241:21, 246:7, 252:17, 253:22, 255:13, 257:16, 262:18
**dealerships'** [1] - 194:25
**dealing** [1] - 125:15
**deals** [15] - 66:15, 66:19, 87:15, 155:13, 155:25, 171:5, 182:24, 183:5, 183:6, 205:16, 205:19, 205:24, 206:6, 206:11, 210:14
**debt** [10] - 75:21, 77:11, 121:2, 127:20, 127:21, 127:24, 128:14, 165:25, 171:21, 209:21
**December** [25] - 11:16, 11:17, 13:7, 41:16, 59:23, 102:2, 109:23, 125:5, 133:9, 133:12, 134:10, 164:21, 171:9, 174:12, 194:10, 194:11, 194:18, 199:17, 204:22, 207:14, 208:3, 208:18, 208:23, 214:13, 235:19
**decent** [1] - 177:4
**decided** [2] - 255:22, 256:10
**deciding** [1] - 211:11
**decision** [5] - 43:5, 70:6, 72:15, 197:12, 254:3
**declaration** [2] - 146:3, 146:12
**deduct** [1] - 145:14
**deeper** [2] - 60:18, 260:21
**Defendant** [3] - 3:4, 3:9, 3:15
**Defendants** [1] - 1:18

**defendants** [1] - 231:17
**Defendants'** [6] - 62:9, 62:10, 91:11, 97:8, 116:9, 234:19
**DEFENDANTS'** [1] - 276:14
**deficiencies** [1] - 212:10
**definitely** [3] - 41:21, 178:17, 178:18
**defraud** [1] - 133:3
**defrauding** [1] - 136:25
**degree** [1] - 108:6
**Del** [1] - 5:14
**delay** [1] - 47:10
**delayed** [2] - 65:21, 66:14
**delays** [1] - 66:16
**deliver** [3] - 177:11, 183:14, 183:20
**delivered** [6] - 102:9, 141:13, 178:16, 178:19, 178:22, 184:11
**demand** [1] - 83:23
**Deo** [203] - 8:9, 8:19, 11:20, 11:24, 12:4, 13:3, 13:24, 16:25, 23:16, 29:14, 29:15, 31:22, 32:3, 32:24, 33:3, 34:6, 34:9, 34:11, 34:21, 42:23, 44:3, 45:21, 46:3, 46:11, 46:23, 47:5, 47:16, 48:15, 51:6, 53:24, 54:5, 54:25, 55:11, 58:23, 60:10, 61:13, 61:14, 62:21, 63:21, 64:16, 67:6, 67:22, 68:11, 70:2, 70:24, 71:7, 73:25, 74:11, 76:16, 77:22, 81:17, 82:8, 84:25, 85:19, 85:24, 85:25, 86:9, 92:4, 92:11, 92:17, 94:5, 96:16, 98:6, 98:20, 98:25, 100:3, 101:12, 101:20, 104:25, 105:20, 106:8, 106:13, 112:16, 112:25, 113:6, 116:24, 116:25, 117:9, 117:21, 120:15, 120:20, 125:10, 125:16, 130:7, 130:21, 131:13, 131:22,

136:23, 138:5, 138:21, 140:8, 142:18, 144:17, 144:22, 144:24, 146:15, 147:3, 147:14, 147:18, 148:8, 149:13, 150:3, 155:6, 155:21, 157:9, 158:16, 158:24, 159:4, 159:5, 159:19, 159:20, 159:23, 160:17, 162:10, 162:17, 162:20, 163:7, 163:13, 164:10, 164:18, 166:4, 166:18, 166:23, 167:10, 169:10, 171:12, 172:14, 173:20, 174:11, 175:16, 176:16, 177:8, 181:6, 181:12, 182:4, 182:6, 184:2, 185:22, 188:4, 189:22, 193:2, 194:6, 202:7, 202:12, 202:14, 202:19, 208:20, 208:22, 212:5, 212:13, 212:25, 215:7, 216:2, 219:7, 222:10, 226:5, 228:15, 229:5, 229:11, 231:16, 234:4, 234:14, 235:15, 235:25, 240:15, 240:24, 241:5, 241:7, 242:20, 243:9, 243:18, 245:4, 245:12, 246:24, 249:14, 249:16, 250:16, 250:23, 251:19, 252:19, 252:25, 253:15, 254:13, 258:23, 259:5, 259:15, 260:17, 261:18, 261:25, 262:13, 263:2, 263:22, 265:17, 265:22, 265:23, 269:9, 270:4, 270:13, 270:15, 271:3, 271:19
**DEO** [5] - 1:11, 3:23, 3:24, 8:6
**Deo's** [7] - 34:13, 78:23, 83:19,

135:22, 173:5, 230:3, 262:7
**Deos** [4] - 47:24, 51:18, 52:7, 134:9
**Department** [2] - 28:18, 216:19
**department** [13] - 30:7, 41:3, 41:13, 43:8, 66:8, 67:3, 67:8, 69:9, 69:12, 70:20, 73:13, 151:18, 181:14
**departments** [1] - 66:23
**deposit** [4] - 31:18, 66:20, 141:5, 141:11
**deposited** [1] - 141:9
**depositing** [1] - 31:11
**Deposition** [1] - 1:22
**deposition** [7] - 4:7, 4:14, 5:21, 68:3, 275:10, 278:10, 278:12
**depositions** [1] - 90:3
**deposits** [1] - 183:4
**descent** [1] - 211:4
**detail** [1] - 239:24
**details** [2] - 185:4, 239:25
**Development** [1] - 13:20
**DIANA** [1] - 278:25
**Diana** [3] - 1:24, 278:6, 278:24
**Dickinson** [1] - 6:21
**difference** [1] - 193:12
**differences** [1] - 194:4
**different** [15] - 32:17, 65:24, 78:9, 78:12, 78:13, 78:15, 78:20, 82:22, 82:24, 86:7, 130:17, 147:25, 179:16, 237:20
**difficult** [2] - 66:22, 255:18
**difficulties** [2] - 83:16, 161:10
**difficulty** [2] - 83:12, 181:7
**diligence** [1] - 60:8
**direct** [2] - 263:21, 265:7
**directed** [1] - 250:15
**direction** [4] - 39:21, 39:22, 98:23, 186:23
**directly** [8] - 15:12, 133:8, 190:21, 191:3, 191:6, 227:5, 248:24, 253:2
**disappearing** [1] -

144:18
**disaster** [1] - 153:9
**disclose** [1] - 125:20
**discovered** [1] - 201:11
**discovery** [14] - 45:24, 92:16, 237:5, 249:6, 249:13, 258:17, 258:21, 259:18, 259:19, 259:21, 260:11, 260:15, 269:7, 271:8
**discuss** [6] - 23:11, 69:25, 111:2, 111:4, 177:3, 217:14
**discussed** [11] - 43:11, 63:21, 105:2, 119:17, 123:9, 157:12, 157:15, 157:16, 165:12, 176:23, 235:11
**discussing** [3] - 12:23, 17:3, 159:20
**Discussion** [2] - 62:13, 91:17
**discussion** [6] - 12:18, 12:20, 70:3, 101:14, 101:19, 119:19
**discussions** [9] - 12:11, 20:20, 63:17, 101:15, 102:10, 102:12, 137:3, 202:18, 263:18
**dishonest** [4] - 134:22, 134:25, 135:3, 220:20
**dismantled** [1] - 262:20
**distribution** [1] - 259:9
**district** [1] - 216:21
**DISTRICT** [2] - 1:2, 1:3
**divided** [1] - 207:10
**DLA** [2] - 1:15, 227:6
**DMS** [3] - 94:9, 140:20, 145:5
**DMV** [5] - 25:21, 34:22, 36:17, 37:21, 171:21
**DNA** [1] - 243:23
**docket** [3] - 62:20, 68:9, 97:13
**DOCUMENT** [1] - 276:8
**document** [14] - 61:18, 62:16, 91:18, 92:7, 92:10, 95:15, 96:19, 96:24, 97:12, 106:24, 107:2,

107:7, 238:5, 240:14
**documentation** [3] - 67:13, 239:6, 239:9
**documented** [1] - 162:17
**documents** [12] - 65:17, 100:19, 141:17, 183:8, 236:17, 236:20, 237:14, 237:20, 237:21, 237:24, 268:17, 268:20
**dollar** [4] - 36:12, 70:16, 156:6, 226:25
**dollars** [5] - 83:18, 84:21, 156:5, 156:23, 260:18
**dollars'** [1] - 221:22
**done** [44] - 43:15, 45:22, 47:14, 76:5, 99:12, 105:21, 113:13, 113:15, 119:25, 120:4, 131:8, 144:3, 144:8, 144:12, 149:13, 149:15, 149:16, 149:22, 185:15, 186:3, 205:5, 219:8, 219:12, 219:21, 219:25, 220:5, 220:25, 221:6, 221:8, 221:9, 221:11, 221:12, 221:13, 221:25, 223:3, 223:6, 223:8, 231:5, 232:7, 244:3, 252:15, 262:22, 263:13
**door** [1] - 223:9
**double** [8] - 38:17, 39:3, 105:23, 105:25, 196:25, 197:5, 212:11, 239:14
**double-check** [1] - 239:14
**doubt** [2] - 49:2, 65:4
**down** [19] - 42:11, 53:16, 108:6, 130:2, 130:4, 130:19, 156:17, 160:14, 160:16, 162:11, 168:12, 168:16, 169:3, 208:2, 209:16, 209:18, 209:21, 210:9, 255:14
**dozen** [1] - 175:24
**dragged** [1] - 132:8
**drama** [2] - 64:8,

68:16
**drawer** [3] - 142:7, 142:22, 241:22
**drew** [1] - 75:15
**driving** [1] - 187:7
**drop** [1] - 70:13
**dropped** [1] - 182:25
**drugs** [1] - 5:23
**Dude** [1] - 246:8
**due** [1] - 260:14
**duly** [2] - 5:3, 278:11
**dump** [2] - 70:10, 84:22
**dumping** [1] - 146:19
**during** [19] - 38:6, 38:11, 116:13, 123:21, 164:6, 164:20, 167:22, 168:3, 181:25, 192:25, 195:2, 197:23, 199:17, 205:13, 205:20, 207:17, 210:14, 223:10, 258:24
**duty** [2] - 47:18, 47:20
**DWIGHT** [1] - 1:12
**Dwight** [2] - 14:9, 14:12
**Dykman** [1] - 233:16
**DYKMAN** [1] - 3:8

# E

**Earle** [2] - 1:19, 3:10
**early** [5] - 9:8, 9:10, 124:8, 164:20, 199:16
**easiest** [1] - 232:19
**easily** [1] - 257:23
**EASTERN** [1] - 1:3
**easy** [3] - 47:7, 66:18, 257:19
**effect** [1] - 4:18
**eight** [4] - 75:23, 174:16, 206:4, 206:11
**eighteen** [1] - 148:17
**EIN** [6] - 51:6, 51:10, 53:7, 96:9, 96:15, 237:13
**either** [6] - 94:12, 122:13, 122:14, 139:18, 176:9, 243:4
**email** [50] - 43:14, 43:19, 43:20, 43:24, 43:25, 44:5, 45:4, 45:8, 63:7, 63:17, 64:2, 64:5, 64:16, 70:17, 71:14, 92:12, 92:14, 92:18, 97:23,

97:25, 99:16, 100:16, 110:22, 110:23, 111:7, 170:25, 238:2, 239:25, 240:6, 240:21, 242:19, 242:22, 242:24, 243:15, 243:17, 247:15, 248:24, 250:18, 255:3, 258:11, 258:16, 266:10, 266:19, 266:20, 266:22, 267:2, 267:4, 267:10, 270:25, 271:3
**Email** [8] - 62:10, 97:8, 238:6, 240:16, 276:15, 276:20, 276:24, 276:25
**Emails** [1] - 276:9
**emails** [20] - 33:2, 63:10, 63:22, 64:18, 66:24, 68:18, 71:8, 143:14, 155:21, 161:25, 218:8, 237:3, 238:13, 238:17, 238:18, 238:19, 239:4, 239:15, 244:23, 262:8
**EMANUEL** [1] - 2:9
**Emanuel** [4] - 94:17, 112:21, 203:22, 232:21
**Emerson** [1] - 6:14
**employ** [1] - 110:2
**employees** [1] - 102:25
**emptied** [1] - 224:25
**emptying** [1] - 224:19
**end** [24] - 10:25, 38:25, 46:20, 59:23, 85:2, 105:25, 117:20, 117:23, 117:24, 118:3, 118:13, 122:4, 152:16, 157:23, 174:13, 181:15, 194:19, 197:21, 210:5, 241:17, 253:20, 253:22, 255:11
**ended** [7] - 83:11, 119:10, 122:15, 146:22, 155:17, 193:8, 234:21
**ending** [1] - 173:22
**enforcement** [10] - 28:13, 216:13,

216:24, 217:4, 217:8, 217:14, 218:6, 218:15, 218:19, 218:25
**entered** [2] - 8:15, 59:20
**entire** [1] - 75:17
**entries** [2] - 155:15, 155:20
**entry** [7] - 62:20, 68:9, 73:15, 97:12, 97:13, 156:22, 156:25
**envelopes** [1] - 104:22
**ERC** [1] - 201:6
**escrow** [1] - 20:7
**especially** [6] - 48:16, 54:23, 57:18, 150:22, 229:23, 244:13
**ESQ** [5] - 2:9, 2:21, 3:3, 3:12, 3:20
**Estancia** [1] - 5:14
**ESTATE** [1] - 1:6
**Estate** [1] - 2:16
**Eugene** [4] - 186:8, 186:9, 186:13, 186:18
**Europe** [1] - 111:9
**eventually** [2] - 98:22, 184:25
**evidence** [7] - 58:19, 66:10, 88:15, 141:19, 155:11, 268:2
**exact** [15] - 63:25, 87:10, 92:20, 159:18, 178:7, 178:10, 178:13, 184:4, 193:23, 201:6, 209:18, 266:15, 267:16, 267:17, 271:10
**exactly** [12] - 68:13, 80:24, 92:22, 92:23, 94:5, 103:11, 115:6, 136:14, 136:15, 174:3, 224:4, 237:18
**EXAMINATION** [7] - 5:17, 192:18, 233:9, 264:9, 268:15, 270:2, 276:3
**examined** [1] - 5:4
**examining** [1] - 151:8
**example** [1] - 270:24
**exceed** [1] - 182:17
**except** [1] - 4:9
**exchange** [4] - 23:19, 111:13, 112:24, 113:5
**exchanged** [4] - 33:2,

55:4, 67:22, 143:16
**exchanging** [1] - 104:21
**executed** [2] - 32:19, 164:19
**exhibit** [9] - 62:2, 62:5, 97:7, 97:14, 110:18, 110:19, 113:14, 130:2, 153:19
**Exhibit** [27] - 51:4, 51:14, 51:19, 54:4, 61:7, 62:6, 62:9, 62:10, 62:19, 91:9, 91:11, 97:8, 110:16, 113:16, 116:8, 116:9, 130:4, 234:19, 235:3, 238:6, 238:9, 240:16, 242:15, 242:17, 250:4, 276:12
**EXHIBITS** [2] - 276:13, 277:3
**exhibits** [6] - 49:12, 56:9, 232:20, 234:22, 234:23, 277:8
**exist** [2] - 26:14, 258:7
**existed** [3] - 31:12, 138:22, 156:4
**existence** [1] - 114:18
**exists** [2] - 23:22, 73:21
**exiting** [1] - 80:20
**expanding** [1] - 10:14
**expectation** [2] - 59:10, 204:16
**expedite** [1] - 99:21
**expense** [2] - 197:8, 199:2
**expenses** [4] - 92:24, 94:4, 195:2, 196:11
**expensive** [1] - 199:2
**experience** [1] - 37:9
**explain** [1] - 210:12
**extent** [4] - 158:22, 239:12, 239:15, 254:16
**extra** [1] - 93:17

## F

**F&I** [1] - 14:23
**facilitate** [1] - 137:25
**facilitated** [2] - 46:16, 222:7
**facilitator** [4] - 30:6, 30:16, 47:3, 96:7
**facility** [1] - 181:4

**fact** [16] - 44:5, 49:2, 65:10, 67:17, 69:11, 73:13, 99:23, 111:18, 112:7, 139:25, 143:19, 161:7, 175:13, 229:15, 257:21, 262:24
**factory** [1] - 153:25
**facts** [5] - 58:19, 66:10, 88:15, 141:19, 155:11
**fair** [5] - 116:12, 174:13, 187:8, 210:7, 210:10
**Fairleigh** [1] - 6:21
**faith** [1] - 272:4
**fake** [8] - 30:8, 31:11, 55:24, 154:4, 182:24, 183:5, 183:6, 183:7
**fall** [1] - 214:15
**falling** [3] - 41:3, 41:18, 108:4
**false** [5] - 48:2, 48:4, 92:8, 112:19, 207:24
**family** [1] - 105:18
**far** [14] - 13:5, 14:15, 26:15, 26:18, 29:16, 46:7, 74:4, 93:21, 106:23, 187:2, 217:12, 219:8, 219:13, 229:24
**fault** [1] - 73:12
**FBI** [4] - 28:18, 29:17, 29:19, 216:6
**February** [19] - 8:10, 14:4, 36:15, 37:11, 42:20, 42:21, 73:14, 117:2, 117:13, 117:19, 127:10, 148:2, 154:17, 154:20, 163:24, 164:6, 186:20, 197:3, 208:23
**federal** [1] - 202:4
**fees** [3] - 204:7, 204:14, 204:17
**felon** [1] - 36:2
**felt** [1] - 161:15
**fence** [1] - 87:22
**few** [12] - 25:16, 84:17, 87:13, 177:22, 177:24, 178:20, 207:25, 211:6, 221:15, 233:18, 240:25, 245:24
**fewer** [1] - 205:25
**fifteen** [1] - 226:21
**fighting** [1] - 41:20

**figure** [9] - 23:20, 86:13, 94:10, 94:12, 145:13, 145:15, 161:5, 222:2, 253:21
**figured** [1] - 85:3
**file** [3] - 26:5, 179:5, 201:15
**filed** [10] - 50:4, 50:5, 56:8, 61:22, 62:21, 201:18, 201:22, 201:25, 215:25, 217:3
**filing** [9] - 4:5, 53:6, 98:13, 99:18, 237:11, 237:12, 244:9, 252:12, 267:24
**filming** [1] - 223:21
**finalize** [4] - 57:21, 152:2, 158:21, 181:18
**finalized** [8] - 164:16, 166:14, 167:14, 171:5, 172:5, 172:10, 235:19, 273:20
**finally** [2] - 156:21, 259:10
**finance** [3] - 176:12, 176:14, 177:3
**financial** [6] - 83:12, 83:15, 120:6, 202:17, 215:11, 258:4
**financials** [3] - 30:8, 111:19, 132:10
**fine** [1] - 196:4
**finish** [6] - 6:18, 52:13, 59:11, 64:22, 65:18, 125:24, 225:16, 262:4
**finished** [2] - 9:15, 73:2
**fire** [2] - 43:2, 45:2
**fired** [3] - 40:23, 41:11, 103:19
**firing** [1] - 43:16
**firm** [4] - 94:8, 94:11, 94:14, 233:16
**first** [35] - 8:8, 18:14, 40:13, 40:14, 45:17, 46:4, 49:17, 49:25, 61:21, 63:13, 80:10, 85:13, 85:20, 91:25, 94:18, 96:24, 107:2, 114:17, 117:6, 123:13, 124:4, 124:12, 134:9, 147:19, 188:6, 197:2, 202:24,

211:16, 229:3, 229:4, 229:5, 229:20, 230:10, 242:17, 251:24
**firsthand** [9] - 48:5, 48:12, 53:19, 95:7, 121:19, 130:13, 137:8, 140:24, 222:9
**FISK** [1] - 1:8
**Fisk** [1] - 2:17
**five** [2] - 123:20, 143:24
**fixed** [2] - 7:12, 101:24
**flag** [1] - 74:25
**flatbed** [1] - 187:13
**flatbeds** [3] - 187:14, 187:17, 187:21
**fled** [1] - 162:19
**floor** [69] - 24:22, 24:23, 25:4, 25:7, 25:13, 25:23, 26:3, 26:6, 27:25, 31:8, 31:9, 36:13, 36:25, 39:6, 39:10, 39:13, 39:24, 83:21, 85:9, 85:15, 104:24, 105:8, 111:2, 122:16, 122:19, 122:23, 123:6, 140:19, 164:23, 167:9, 167:17, 169:24, 170:13, 170:20, 171:3, 171:4, 171:11, 171:15, 171:17, 171:19, 171:22, 171:24, 172:3, 172:7, 172:13, 173:8, 173:14, 173:18, 189:20, 189:23, 190:8, 190:17, 190:19, 190:21, 191:2, 191:6, 195:17, 197:9, 197:13, 197:16, 197:19, 198:4, 198:9, 199:5, 199:15, 199:19, 202:23, 203:2, 203:8
**floored** [12] - 25:25, 38:17, 39:3, 39:5, 105:23, 105:25, 120:21, 121:17, 172:12, 172:19, 190:6, 196:25
**flooring** [7] - 26:2, 39:25, 83:22, 172:16, 172:19, 197:5, 212:11
**Flushing** [71] - 3:9,

31:25, 55:19, 56:13, 56:15, 98:7, 99:7, 141:8, 156:8, 156:11, 157:8, 182:12, 213:25, 214:5, 214:6, 227:3, 227:4, 229:19, 233:17, 233:20, 233:23, 234:15, 234:16, 235:2, 235:3, 235:25, 237:9, 238:4, 238:6, 238:9, 238:11, 238:25, 239:5, 239:21, 240:10, 240:13, 240:16, 245:10, 245:14, 246:15, 247:3, 247:23, 247:24, 249:2, 249:25, 250:3, 250:4, 250:21, 251:10, 252:25, 256:19, 259:16, 263:4, 263:23, 264:12, 264:16, 265:9, 267:20, 268:20, 268:25, 270:6, 270:12, 270:16, 271:2, 271:7, 272:11, 272:22, 273:7, 273:9, 273:17, 276:11

**FLUSHING** [3] - 1:16, 276:22, 277:4
**focused** [1] - 29:17
**focusing** [1] - 265:6
**folder** [1] - 190:14
**follow** [5] - 239:19, 239:23, 240:4, 245:16, 269:23
**follows** [2] - 5:5, 192:17
**footage** [7] - 223:11, 223:17, 224:3, 224:6, 224:7, 224:10, 224:14
**FOR** [3] - 276:14, 276:22, 277:4
**for..** [1] - 27:16
**force** [1] - 4:18
**forensic** [4] - 44:15, 64:10, 68:19, 72:17
**forest** [1] - 212:3
**forever** [3] - 132:8, 243:22, 274:4
**forget** [2] - 17:13, 94:16
**forgive** [1] - 191:9
**forgot** [2] - 7:22, 84:7

**form** [14] - 4:10, 33:11, 75:19, 79:7, 86:11, 95:17, 99:5, 128:7, 130:25, 133:17, 137:7, 165:23, 197:15, 270:19
**forth** [1] - 102:24, 278:11
**forty** [1] - 86:19, 148:18
**forty-three** [2] - 86:19, 148:18
**forward** [7] - 52:24, 59:6, 59:8, 70:15, 244:24, 247:19, 262:3
**forwarded** [1] - 248:9
**four** [9] - 25:21, 42:14, 109:21, 123:8, 140:11, 206:7, 262:19
**fourth** [1] - 30:2
**Frank** [3] - 180:9, 180:10, 180:17
**fraud** [6] - 49:2, 93:7, 131:4, 154:4, 163:2, 207:2
**fraudulent** [2] - 87:15, 93:10
**fraudulently** [3] - 35:22, 35:25, 207:23
**Freehold** [1] - 10:22
**friend** [3] - 9:11, 60:15, 242:3
**friends** [2] - 120:20, 120:24
**front** [1] - 63:3
**froze** [1] - 245:23
**full** [6] - 5:7, 40:7, 42:10, 73:25, 74:7, 244:18
**fund** [1] - 158:8
**FUNDING** [1] - 1:16
**Funding** [1] - 3:16
**funding** [1] - 158:4
**funny** [1] - 74:21
**FURTHER** [4] - 4:8, 4:13, 268:15, 270:2

## G

**game** [1] - 131:2
**gang** [9] - 29:22, 30:4, 30:20, 47:2, 47:13, 130:10, 131:3, 132:17, 140:22
**Garita** [1] - 5:14
**general** [7] - 14:4, 32:15, 32:16, 32:17, 34:11, 34:14, 51:9,

59:9, 80:3, 81:24, 114:20, 123:25, 124:2, 131:24, 140:20, 149:21, 190:11
**generally** [2] - 54:11, 253:8
**generated** [1] - 211:22
**generating** [1] - 182:24
**gentleman** [3] - 17:9, 110:5, 127:4
**get-go** [1] - 171:10
**Gianelli** [1] - 214:12
**given** [13] - 64:15, 103:14, 107:6, 122:12, 136:8, 153:12, 153:17, 153:18, 190:12, 222:23, 269:7, 275:14, 278:13
**glad** [2] - 22:2, 70:21
**GM** [1] - 124:8
**Gmail** [2] - 239:16, 276:10
**GOLD** [6] - 1:13, 1:13, 1:14, 1:14, 1:15
**Gold** [11] - 100:23, 101:2, 104:24, 105:5, 105:8, 105:11, 105:13, 106:8, 106:20, 107:7, 111:3
**goodness** [1] - 259:11
**gracious** [2] - 24:9, 24:13
**grand** [5] - 34:8, 76:6, 76:10, 102:13, 146:24
**gray** [6] - 175:19, 176:4, 176:7, 176:14, 177:3, 184:20
**great** [7] - 10:11, 139:25, 150:20, 158:12, 242:6, 242:8, 246:16
**grew** [2] - 181:20, 210:22
**gross** [2] - 93:17, 94:4
**grosses** [2] - 72:24, 73:11
**grossing** [2] - 206:25, 207:7
**ground** [1] - 145:9
**group** [10] - 18:3, 18:4, 76:7, 133:25, 150:4, 219:15, 219:25, 220:8, 221:6, 262:12

**GROUP** [1] - 1:14
**Group** [2] - 56:8, 133:20
**grow** [2] - 161:6, 210:17
**guarantee** [1] - 182:8
**guess** [18] - 15:24, 34:6, 35:25, 45:23, 82:10, 117:19, 158:5, 177:5, 207:12, 212:10, 212:20, 216:21, 231:12, 233:7, 234:18, 256:13, 259:10, 268:24
**guide** [7] - 200:13, 200:14, 208:6, 208:11, 208:12, 208:16
**Gurus** [1] - 196:4
**guy** [18] - 9:19, 18:14, 99:13, 107:17, 127:14, 132:25, 161:8, 165:17, 177:4, 221:17, 260:3, 260:8, 260:9, 260:20, 262:2, 262:9, 262:11, 262:12
**guys** [16] - 14:14, 14:16, 14:20, 14:24, 17:16, 17:17, 17:18, 30:9, 33:18, 39:19, 39:23, 47:2, 180:3, 220:17, 230:16, 268:25

## H

**Hakim** [1] - 46:22
**half** [6] - 36:12, 36:25, 83:18, 101:25, 182:18, 221:21
**hand** [1] - 278:21
**handle** [6] - 16:10, 30:9, 31:9, 180:4, 230:10
**handled** [2] - 31:4, 225:2
**handles** [2] - 30:16, 138:2
**handling** [3] - 16:12, 31:6, 33:4
**handshake** [1] - 164:9
**handwriting** [1] - 141:10
**happy** [3] - 6:9, 68:7, 233:2
**hard** [2] - 99:8, 197:24
**harm** [9] - 46:14,

48:14, 130:5, 134:4, 222:5, 230:25, 231:10, 231:17, 231:24
**harmed** [1] - 228:24
**HARRY** [2] - 1:11, 3:3
**Harry** [2] - 5:20, 132:5
**Hartford** [13] - 11:5, 18:23, 19:2, 23:23, 124:19, 128:16, 140:3, 157:17, 179:12, 179:14, 179:18, 180:18, 180:22
**head** [3] - 23:18, 41:19, 149:3
**healthy** [1] - 182:23
**hear** [7] - 8:5, 21:11, 21:15, 21:16, 21:19, 21:21, 85:13
**heard** [10] - 16:6, 20:8, 20:21, 27:2, 54:20, 69:2, 69:4, 116:4, 218:18, 218:21
**hearing** [4] - 147:21, 147:23, 148:2, 186:20
**heartbeat** [1] - 261:13
**hedge** [1] - 158:8
**held** [2] - 51:19, 230:14
**help** [16] - 13:11, 44:25, 122:18, 150:11, 150:17, 150:23, 166:23, 166:25, 172:7, 203:8, 254:25, 259:23, 264:2, 266:13, 271:11, 273:14
**helped** [4] - 122:16, 150:13, 220:9, 221:5
**helping** [3] - 14:17, 226:4, 229:25
**helps** [1] - 68:8
**hereby** [2] - 275:7, 278:8
**HEREBY** [1] - 4:2
**herein** [1] - 4:4
**hereinbefore** [1] - 278:11
**hereunto** [1] - 278:21
**herself** [1] - 69:21
**hide** [2] - 101:12, 182:21
**high** [3] - 6:13, 196:13
**High** [1] - 6:14
**higher** [3] - 264:23, 265:2, 265:3
**HIGHWAY** [1] - 1:4

**Highway** [2] - 2:12, 3:5
**himself** [5] - 33:15, 165:22, 213:23, 214:4, 258:3
**hire** [2] - 42:23, 115:11
**hired** [7] - 15:24, 42:16, 60:20, 79:18, 117:2, 117:12, 152:3
**hit** [2] - 73:18, 145:4
**hits** [1] - 210:6
**hold** [3] - 24:9, 26:6, 274:5
**holding** [3] - 19:18, 35:7, 59:25
**holds** [1] - 51:21
**home** [1] - 260:5
**homes** [1] - 258:8
**honest** [2] - 57:11, 161:15
**honestly** [4] - 70:7, 259:19, 262:2, 264:21
**hostage** [2] - 35:8, 60:2
**House** [1] - 132:21
**house** [4] - 50:17, 50:22, 162:25, 221:19
**houses** [1] - 158:5
**hundred** [2] - 174:25, 229:20
**hundreds** [2] - 156:4, 174:2
**hurt** [1] - 109:12
**HWY** [1] - 1:17
**Hylan** [1] - 2:16
**HYLAN** [6] - 1:6, 1:7, 1:7, 1:8

## I

**I..** [1] - 23:7
**I.D** [3] - 276:14, 276:22, 277:4
**idea** [24] - 15:23, 19:7, 26:20, 33:6, 34:24, 45:3, 58:20, 58:21, 88:16, 88:18, 89:10, 89:14, 89:17, 93:18, 95:11, 117:17, 138:12, 160:19, 175:21, 204:21, 206:21, 206:24, 211:21, 273:2
**identification** [8] - 62:11, 91:15, 97:10, 116:11, 235:5, 238:7, 240:17, 250:6

**identify** [2] - 235:14, 269:9
**illegal** [1] - 141:6
**imagine** [3] - 45:7, 117:5, 246:2
**immediately** [1] - 57:17
**impact** [2] - 5:24, 169:14
**important** [1] - 253:11
**impression** [2] - 72:3, 72:8
**IN** [1] - 278:20
**inaccurate** [2] - 148:10, 157:2
**Inc** [2] - 2:5, 91:12, 276:16
**INC** [3] - 1:4, 1:13, 1:16
**include** [2] - 47:23, 110:22
**included** [1] - 44:20
**including** [7] - 12:21, 62:8, 66:17, 207:2, 207:14, 237:5, 248:14
**income** [2] - 92:23, 93:21
**incorporation** [2] - 98:13, 141:16
**incorrect** [4] - 154:14, 154:16, 154:24, 193:15
**indicate** [2] - 61:12, 147:3
**indicated** [1] - 215:18
**indicating** [2] - 120:15, 215:25
**individual** [1] - 126:19
**inflate** [2] - 92:12, 205:18
**inflated** [1] - 92:18
**influence** [1] - 43:5
**info** [1] - 260:4
**information** [27] - 64:25, 67:7, 87:17, 98:3, 98:20, 103:11, 103:18, 117:8, 149:4, 149:7, 155:14, 193:15, 218:14, 218:22, 234:8, 243:2, 243:5, 243:13, 244:8, 244:24, 245:5, 252:17, 253:14, 253:16, 256:25, 257:3, 259:16
**informed** [3] - 36:8, 270:5, 270:6
**initial** [1] - 55:17

**initiated** [1] - 203:16
**injuncted** [1] - 214:17, 215:3
**injunction** [3] - 86:15, 86:17, 187:15
**inputs** [1] - 155:13
**insinuate** [1] - 65:23
**insinuation** [2] - 64:10, 65:5
**install** [1] - 77:8
**installed** [1] - 78:4
**instance** [1] - 104:22
**instead** [2] - 187:18, 206:17
**instruct** [1] - 113:25
**insurance** [1] - 195:12
**insured** [3] - 24:19, 24:21, 24:23
**insuring** [1] - 25:2
**intent** [1] - 183:11
**intentional** [1] - 70:17
**interest** [4] - 26:4, 26:6, 123:10, 230:2
**interested** [2] - 23:2, 278:18
**interests** [2] - 71:20, 71:21
**internal** [4] - 28:19, 28:21, 29:7, 216:17
**Internal** [1] - 28:24
**internally** [4] - 249:7, 260:17
**interviewed** [2] - 121:23, 122:3
**introduced** [4] - 8:20, 9:12, 229:18, 242:4
**inventory** [16] - 31:7, 75:17, 84:22, 84:23, 102:4, 102:5, 102:11, 140:18, 145:10, 160:15, 173:2, 173:4, 180:4, 209:17, 210:3, 210:10
**invest** [1] - 8:23
**investigator** [1] - 60:21
**investor** [5] - 245:22, 246:5, 255:24, 261:15
**invited** [1] - 146:24
**involve** [1] - 46:8
**involved** [12] - 12:8, 13:7, 16:5, 17:6, 29:3, 31:10, 86:15, 86:16, 127:15, 136:19, 136:22, 136:24, 228:9, 230:19, 230:21, 253:19

**involving** [1] - 134:9
**Iris** [1] - 2:15
**IRIS** [1] - 1:6
**IS** [3] - 4:2, 4:8, 4:13
**Island** [4] - 2:18, 33:25, 56:8, 133:19
**ISLAND** [1] - 1:9
**issue** [6] - 246:21, 255:7, 255:9, 257:7, 257:10, 257:12
**issues** [7] - 41:2, 41:4, 171:21, 184:19, 236:9, 246:12, 249:10
**IT** [3] - 4:2, 4:8, 4:13
**it's..** [1] - 57:24
**it..** [1] - 185:20
**items** [2] - 64:15
**itself** [2] - 61:18, 198:5

## J

**J.P** [1] - 1:16
**jackets** [1] - 179:5
**Jamaica** [2] - 2:7, 2:8
**James** [4] - 17:11, 17:12, 17:16, 110:4
**January** [15] - 1:20, 13:7, 13:10, 56:22, 59:22, 59:24, 73:14, 91:13, 109:23, 154:9, 154:17, 154:20, 275:11, 276:18, 278:22
**Jave** [1] - 18:14
**Jeff** [4] - 233:4, 274:2, 274:3
**JEFFREY** [2] - 2:21, 3:20
**Jeremy** [9] - 15:3, 120:19, 120:25, 121:3, 121:5, 121:10, 121:24, 122:3, 122:10
**Jersey** [25] - 6:15, 10:22, 12:6, 18:7, 27:19, 27:20, 28:5, 50:8, 123:16, 124:15, 124:16, 126:3, 126:6, 126:9, 126:25, 128:4, 128:10, 129:5, 129:24, 162:23, 166:24, 166:25, 167:5, 179:20, 179:24
**JMW)COUNTY** [1] - 1:11
**job** [2] - 137:25, 191:8, 220:12, 220:16,

221:7, 221:9
**joined** [2] - 31:22, 32:3
**joining** [2] - 21:9, 46:11
**Jonathan** [2] - 100:15, 104:21
**JONES** [2] - 1:12, 1:16
**Jones** [18] - 44:14, 45:22, 69:4, 92:12, 93:12, 136:24, 152:2, 153:16, 153:21, 154:5, 155:2, 155:4, 155:7, 155:14, 155:19, 155:22, 201:10, 201:11
**Jones's** [1] - 150:23
**Jory** [2] - 2:14, 116:15
**JORY** [1] - 1:5
**Josh** [12] - 35:7, 54:4, 54:8, 59:25, 120:2, 120:3, 161:10, 171:16, 172:2, 203:9, 203:18, 221:12
**Josh's** [1] - 172:2
**JOSHUA** [1] - 1:5
**Joshua** [3] - 2:14, 61:12, 203:7
**journals** [1] - 93:14
**July** [44] - 12:21, 12:24, 36:10, 37:11, 37:17, 50:18, 74:22, 76:7, 80:12, 80:13, 80:17, 105:24, 105:25, 107:5, 108:2, 108:23, 108:25, 109:6, 109:8, 111:8, 112:4, 125:2, 143:23, 146:17, 153:10, 154:23, 156:6, 156:12, 157:23, 158:23, 159:3, 159:21, 174:13, 194:19, 197:4, 204:23, 206:7, 207:15, 208:3, 222:21, 223:6, 224:3, 259:11
**jump** [1] - 232:23
**June** [11] - 125:2, 143:23, 153:5, 154:9, 154:21, 156:21, 157:5, 157:19, 157:23, 214:13, 223:4
**Junior** [1] - 6:14
**Junior-Senior** [1] -

6:14
**justice** [1] - 30:19

# K

**K-I-K-I-R-O-V** - 126:23
**KATAEV** [141] - 2:9, 20:23, 21:7, 21:23, 36:20, 37:5, 40:11, 42:8, 45:19, 50:10, 51:23, 52:4, 52:20, 54:6, 54:15, 57:13, 58:5, 58:18, 61:17, 62:12, 62:17, 62:24, 63:6, 65:18, 66:9, 68:8, 69:14, 69:24, 71:4, 71:10, 72:4, 74:14, 75:11, 79:6, 86:10, 88:14, 88:21, 89:8, 89:12, 89:16, 89:25, 90:15, 90:25, 91:16, 93:22, 94:22, 95:6, 95:10, 95:16, 95:20, 96:12, 97:4, 97:11, 97:21, 99:4, 103:16, 103:20, 106:10, 110:13, 110:18, 113:13, 113:20, 113:24, 118:14, 120:18, 126:15, 128:6, 128:23, 129:25, 130:14, 130:24, 133:16, 134:16, 135:11, 137:6, 137:10, 138:11, 138:18, 139:8, 141:18, 144:4, 144:19, 148:12, 149:18, 152:6, 155:5, 155:10, 169:17, 174:18, 176:18, 191:11, 197:14, 204:8, 204:19, 210:20, 212:7, 213:4, 213:8, 214:18, 216:9, 216:15, 217:10, 217:16, 219:4, 219:14, 220:6, 220:23, 221:3, 223:23, 224:8, 224:15, 225:15, 226:3, 226:6, 227:12, 228:16, 228:20, 231:2, 231:20, 232:22, 233:2, 234:22, 235:6, 239:18, 240:7, 241:4,

261:23, 263:7, 264:5, 264:10, 264:20, 268:10, 270:10, 270:18, 271:23, 272:15, 273:11, 273:19, 274:2, 274:9, 276:6
**Kataev** [4] - 89:19, 113:23, 203:24, 204:11
**keep** [6] - 9:17, 96:5, 114:9, 144:16, 197:24, 209:20
**keeping** [2] - 76:2, 144:25
**Kendra** [21] - 40:6, 79:17, 79:18, 79:21, 79:24, 81:8, 81:11, 151:21, 151:22, 152:3, 152:9, 152:11, 153:12, 153:17, 155:9, 155:12, 155:17, 172:14, 172:15, 173:9, 190:18
**kept** [6] - 12:23, 26:2, 36:8, 121:18, 187:16, 209:14
**Kevin** [4] - 15:3, 117:3, 118:17, 121:5
**keys** [2] - 190:15, 214:17
**Khan** [2] - 2:15
**KHAN** [1] - 1:6
**kid** [2] - 120:23, 122:11
**Kikirov** [1] - 126:23
**kind** [6] - 14:2, 30:4, 30:19, 58:12, 102:4, 208:12
**kinds** [2] - 65:23, 181:19
**knowing** [3] - 70:13, 244:18, 261:17
**knowingly** [2] - 220:9, 222:7
**knowledge** [25] - 13:21, 14:6, 16:23, 48:6, 48:13, 53:19, 82:9, 95:8, 100:25, 104:12, 111:23, 112:18, 121:20, 130:13, 131:8, 137:9, 140:25, 194:14, 194:18, 200:25, 222:10, 228:7, 266:6, 266:21, 268:6
**known** [4] - 86:17, 113:8, 260:22, 266:7

**knows** [2] - 252:16, 267:9

# L

**labor** [1] - 204:3
**lack** [1] - 162:3
**lady** [1] - 221:21
**laid** [1] - 212:22
**landlord** [2] - 88:2, 221:17
**large** [1] - 257:16
**last** [19] - 17:14, 22:4, 22:12, 74:21, 80:15, 85:18, 107:24, 108:2, 109:2, 110:6, 118:25, 119:2, 125:3, 146:5, 216:22, 217:3, 255:17, 256:10, 257:3
**latest** [1] - 109:24
**LAURIE** [1] - 1:12
**Laurie** [14] - 17:10, 158:7, 228:24, 229:2, 229:11, 229:18, 229:19, 229:21, 229:22, 230:5, 230:8, 230:12, 230:24, 231:10
**law** [13] - 28:12, 48:20, 216:12, 216:23, 217:4, 217:7, 217:13, 218:5, 218:15, 218:19, 218:25, 233:16
**lawful** [2] - 58:16, 58:21
**lawsuit** [13] - 16:5, 16:8, 16:12, 16:13, 16:24, 26:21, 27:3, 27:7, 27:13, 46:22, 85:6, 132:23, 134:9
**lawsuits** [10] - 26:14, 26:16, 27:9, 28:7, 47:5, 128:21, 132:19, 134:23, 135:2, 204:7
**leads** [6] - 210:17, 210:25, 211:5, 211:14, 211:19, 211:22
**learn** [1] - 262:25
**learned** [2] - 60:17, 114:17
**learning** [1] - 247:23
**lease** [3] - 51:19, 51:21, 53:23
**LEASING** [2] - 1:5,

1:17
**Leasing** [2] - 2:13, 213:24
**least** [6] - 151:3, 181:15, 188:19, 189:6, 192:25, 230:19
**leave** [4] - 21:24, 109:25, 180:23, 261:10
**leaving** [7] - 70:14, 74:23, 75:7, 75:8, 75:24, 108:19, 108:22
**left** [22] - 26:17, 47:11, 50:7, 75:6, 78:4, 84:25, 108:24, 109:7, 109:13, 109:18, 110:3, 118:4, 128:13, 142:10, 150:18, 183:19, 184:2, 184:16, 184:17, 205:17, 217:24, 249:17
**leftover** [1] - 214:22
**legal** [6] - 30:17, 47:15, 204:7, 204:14, 204:17, 222:5
**LEGAL** [1] - 2:3
**legally** [2] - 72:2, 106:12
**legitimate** [1] - 210:13
**lengths** [1] - 139:25
**Leslie** [1] - 238:24
**less** [6] - 174:9, 174:23, 205:21, 206:4, 206:8, 260:25
**letter** [2] - 84:9, 84:14
**letters** [3] - 20:19, 23:7, 83:23
**level** [1] - 78:22
**levels** [1] - 78:16
**Lexington** [1] - 2:19
**liabilities** [1] - 54:9
**liability** [1] - 197:6
**Libertas** [3] - 3:15, 21:8, 45:24
**LIBERTAS** [1] - 1:16
**LIC** [1] - 1:14
**license** [12] - 35:17, 36:14, 36:18, 37:21, 48:18, 49:4, 59:10, 60:2, 112:4, 112:9, 262:3, 272:2
**licenses** [10] - 6:24, 25:21, 34:22, 35:6, 35:8, 35:9, 35:10, 37:8, 37:12, 37:17

**lie** [1] - 47:8
**lied** [3] - 36:15, 132:10, 220:10
**lies** [1] - 130:18
**life** [2] - 149:21, 255:25
**limits** [1] - 85:21
**line** [29] - 36:13, 37:2, 39:6, 39:14, 84:21, 85:9, 94:7, 98:2, 104:24, 105:5, 105:7, 105:11, 105:16, 106:5, 123:6, 126:16, 169:24, 171:3, 171:4, 198:22, 204:20, 219:5, 219:15, 250:22, 251:11, 251:17, 251:22, 252:9, 264:6
**lines** [11] - 27:25, 83:21, 84:2, 84:6, 84:11, 84:18, 111:2, 171:17, 171:20, 172:3, 172:7
**listed** [5] - 49:4, 54:12, 140:19, 173:12, 269:4
**Listen** [1] - 246:19, 263:11
**lists** [1] - 23:19
**litigation** [3] - 129:6, 133:10, 133:13
**LITTLE** [1] - 1:16
**live** [5] - 26:24, 37:2, 37:4, 37:6, 50:20
**lived** [3] - 162:5, 162:19, 162:22
**living** [1] - 162:7
**LLC** [29] - 1:4, 1:5, 1:7, 1:7, 1:8, 1:8, 1:9, 1:9, 1:13, 1:13, 1:14, 1:14, 1:15, 1:16, 1:17, 2:3, 2:5, 2:13, 2:17, 2:18, 3:16
**LLCs** [2] - 2:17, 237:18
**LLP** [4] - 1:16, 2:11, 3:8, 3:14
**loan** [15] - 121:14, 165:14, 165:21, 168:8, 169:25, 170:4, 209:5, 209:19, 254:8, 254:10, 254:11, 254:19, 260:14, 260:25, 268:24
**loans** [2] - 183:23, 184:16

# M

**location** [3] - 18:23, 19:2, 19:3
**locations** [1] - 18:6
**lockout** [14] - 75:2, 89:6, 106:3, 107:8, 114:12, 114:16, 114:24, 114:25, 115:17, 118:11, 147:13, 148:6, 173:23, 222:23
**log** [1] - 78:8
**logged** [1] - 78:10
**logging** [1] - 114:3
**logical** [1] - 76:4
**logistics** [3] - 14:18, 30:10, 132:6
**long-standing** [1] - 261:11
**look** [19] - 13:13, 24:4, 45:9, 62:15, 67:7, 68:20, 71:23, 73:6, 94:7, 94:8, 103:5, 103:10, 106:12, 151:12, 155:15, 208:11, 225:4, 246:13, 260:21
**looked** [11] - 46:7, 48:13, 48:19, 64:4, 94:3, 134:5, 182:23, 201:10, 204:25, 268:18
**looking** [9] - 8:21, 8:22, 9:13, 36:11, 60:9, 70:11, 161:3, 161:4, 224:20
**lose** [1] - 84:22
**losing** [1] - 193:24
**Loss** [2] - 91:13, 276:17
**loss** [4] - 73:19, 153:20, 160:10, 201:8
**losses** [3] - 83:19, 182:17, 210:6
**lost** [6] - 24:7, 85:10, 207:17, 208:22, 259:12, 261:6
**loud** [1] - 129:19
**love** [1] - 133:7
**low** [2] - 146:19, 196:13
**Lowe** [1] - 186:8
**lower** [1] - 83:25
**lowered** [2] - 83:20, 84:7
**lowering** [1] - 85:21
**loyalty** [1] - 104:8
**lull** [1] - 150:24
**lunch** [1] - 191:13
**Luncheon** [1] - 191:16

---

# M

**mad** [1] - 165:20
**maintain** [1] - 25:20
**majority** [4] - 195:24, 198:25, 206:5, 236:11
**man** [2] - 161:16, 262:11
**MANAGEMENT** [1] - 1:9
**Management** [1] - 2:18
**management** [3] - 41:17, 66:13, 181:21
**manager** [20] - 14:5, 32:15, 32:16, 32:18, 34:11, 34:14, 51:10, 59:9, 80:3, 81:24, 114:20, 124:2, 140:20, 149:21, 151:17, 186:4, 186:5, 186:8, 190:11
**managers** [5] - 41:23, 51:10, 77:20, 131:24, 131:25
**manipulated** [1] - 140:19
**manufacturer** [1] - 208:7
**manufacturers** [1] - 84:10
**MARC** [1] - 1:12
**Marc** [10] - 14:22, 31:9, 87:12, 136:23, 140:15, 141:4, 141:13, 144:3, 144:11, 225:12
**March** [33] - 40:19, 40:20, 42:14, 42:21, 46:6, 63:14, 63:17, 63:21, 65:8, 67:3, 124:21, 127:9, 127:10, 150:12, 154:17, 154:21, 162:9, 162:15, 181:15, 208:4, 208:14, 208:15, 208:19, 214:14, 240:23, 255:12, 256:3, 256:5, 256:7, 256:22, 258:24, 260:16
**Mark** [1] - 24:18
**mark** [6] - 19:12, 62:5, 62:9, 234:18, 238:4, 240:13
**marked** [10] - 62:5, 62:11, 91:14, 97:9, 116:10, 235:4,

---

238:7, 240:17, 242:15, 250:5
**market** [7] - 175:19, 176:4, 176:7, 176:15, 177:3, 184:20, 195:25
**marketing** [7] - 195:20, 195:21, 195:23, 196:3, 196:6, 211:2, 211:10
**marriage** [1] - 278:17
**Massachusetts** [15] - 10:24, 11:2, 11:15, 11:22, 18:6, 18:10, 28:4, 125:4, 129:13, 158:16, 170:9, 170:10, 170:13, 180:14, 180:15
**materialized** [1] - 105:21
**math** [2] - 73:8, 205:8
**matter** [7] - 73:12, 112:7, 139:24, 155:23, 229:15, 257:21, 278:19
**matters** [1] - 62:7
**mean** [65] - 12:7, 13:13, 16:18, 17:19, 17:24, 31:10, 37:6, 39:11, 40:3, 49:9, 49:10, 54:24, 55:6, 55:12, 66:3, 75:22, 76:4, 77:4, 83:4, 83:7, 86:3, 89:22, 90:4, 93:6, 93:14, 96:3, 108:5, 108:19, 111:21, 115:5, 117:22, 132:13, 132:18, 133:2, 137:18, 139:6, 147:25, 154:22, 156:9, 172:21, 174:5, 176:6, 177:10, 185:17, 190:10, 195:4, 195:23, 204:3, 204:11, 210:15, 213:16, 216:20, 220:10, 227:7, 231:21, 237:16, 244:15, 245:24, 249:9, 253:23, 260:9, 262:8, 272:24, 272:25
**mean..** [2] - 189:25, 263:13
**meaning** [1] - 248:16
**means** [1] - 50:14
**meant** [3] - 64:22, 72:13, 218:9

---

**meanwhile** [1] - 156:3
**mechanic** [5] - 103:7, 103:14, 103:18, 104:6, 104:10
**mechanics** [4] - 102:17, 102:21, 103:2, 104:12
**mediation** [1] - 20:20
**mediations** [1] - 22:17
**mediator** [1] - 22:23
**medications** [1] - 5:23
**meet** [2] - 8:8, 262:10
**meeting** [4] - 229:7, 230:8, 230:10, 230:11
**memory** [4] - 8:2, 13:11, 179:3, 266:22
**menial** [2] - 31:6, 187:6
**mention** [2] - 165:18, 258:9
**mentioned** [7] - 20:15, 20:18, 60:4, 144:7, 219:22, 232:8, 266:14
**mentioning** [1] - 258:5
**Merckling** [10] - 14:22, 87:12, 136:23, 140:15, 141:4, 141:14, 144:3, 144:12, 186:21, 187:3
**MERCKLING** [1] - 1:12
**merely** [1] - 134:13
**mess** [1] - 26:18
**message** [6] - 235:24, 250:12, 250:15, 251:25, 259:25, 269:11
**Message** [2] - 250:5, 277:5
**messages** [1] - 217:24
**Messages** [4] - 116:10, 235:4, 276:21, 276:23
**Messina** [2] - 180:9, 180:17
**messing** [1] - 41:14
**met** [18] - 8:19, 9:7, 16:25, 116:25, 117:14, 118:4, 119:18, 120:7, 161:24, 162:2, 162:10, 162:20, 195:2, 195:5, 203:11, 229:5, 229:8
**Mexico** [1] - 176:9
**mic** [1] - 21:14
**Michael** [15] - 9:11,

---

meanwhile [1] - 156:3
17:10, 158:7, 228:24, 229:2, 229:18, 229:19, 229:21, 229:22, 230:5, 230:8, 230:12, 230:24, 231:10, 242:3
**MICHAEL** [1] - 1:12
**mid** [2] - 239:22, 240:11
**middle** [5] - 104:20, 105:24, 194:9, 212:4, 256:11
**might** [24] - 21:5, 25:16, 25:18, 26:20, 28:18, 38:24, 68:13, 71:25, 103:7, 104:7, 119:7, 170:24, 197:24, 214:20, 214:22, 214:25, 236:21, 243:14, 245:3, 247:20, 251:2, 252:9
**Mike** [3] - 242:8, 246:14
**million** [18] - 36:12, 36:25, 83:18, 83:25, 85:8, 92:13, 93:17, 170:25, 182:17, 182:18, 198:18, 198:19, 198:20, 201:5, 221:21, 258:7, 258:8
**millions** [2] - 84:21, 260:18
**mind** [4] - 43:10, 43:14, 72:5, 148:14
**mine** [6] - 9:11, 21:4, 22:6, 39:6, 182:16, 237:22
**minimum** [1] - 57:25
**minute** [2] - 255:18, 256:10
**minutes** [5] - 49:7, 54:20, 55:14, 228:14, 248:10
**miraculous** [1] - 36:23
**miraculously** [1] - 36:13
**mismanagement** [2] - 181:10, 181:23
**missed** [1] - 229:7
**missing** [3] - 86:20, 88:13, 145:11
**misspoke** [1] - 152:24
**mistake** [3] - 73:16, 85:4, 85:12
**MITCHELL** [1] - 278:25
**Mitchell** [3] - 1:24,

278:6, 278:24
**Mitsu** [1] - 109:9
**Mitsubishi** [8] - 10:20, 11:4, 12:14, 124:19, 127:16, 127:17, 127:24, 128:16
**MO** [1] - 71:2
**modification** [1] - 164:5
**modifying** [1] - 225:14
**moment** [4] - 62:15, 110:12, 135:8, 239:3
**moments** [2] - 212:5, 240:19
**Monday** [1] - 242:20
**money** [103] - 20:6, 26:9, 33:10, 33:21, 38:7, 38:12, 38:15, 38:16, 38:18, 38:19, 38:25, 39:4, 39:5, 47:11, 53:22, 59:18, 60:22, 60:25, 61:3, 66:20, 73:3, 73:19, 74:8, 74:12, 74:15, 75:5, 75:18, 75:20, 76:19, 82:14, 82:17, 82:19, 82:21, 82:25, 83:5, 84:23, 85:10, 119:25, 120:3, 122:12, 128:9, 128:12, 135:4, 135:7, 135:9, 135:14, 136:11, 136:15, 136:17, 138:2, 141:10, 145:23, 157:25, 158:8, 158:9, 158:18, 158:24, 159:4, 159:6, 159:10, 159:15, 164:14, 164:22, 165:24, 182:6, 182:10, 182:20, 182:24, 183:22, 193:24, 196:21, 196:24, 197:2, 197:4, 197:11, 201:3, 204:12, 207:13, 207:17, 208:25, 210:9, 210:11, 212:5, 212:13, 212:19, 212:22, 212:25, 213:13, 225:2, 225:3, 225:7, 225:11, 225:21, 226:15, 227:2, 227:10, 227:20, 228:2, 244:13, 245:23, 255:24,

259:12, 261:4
**monies** [2] - 163:6, 163:19
**monitor** [1] - 150:7
**monitored** [1] - 88:9
**monitoring** [1] - 151:2
**month** [37] - 66:24, 73:2, 73:4, 73:8, 73:9, 73:10, 80:11, 118:21, 122:10, 152:16, 152:17, 152:20, 152:21, 153:3, 154:9, 163:23, 174:7, 193:13, 196:16, 205:7, 205:12, 205:20, 205:21, 206:2, 206:13, 206:15, 206:17, 206:18, 206:24, 206:25, 207:6, 207:21, 211:16, 211:20, 226:19, 226:22, 253:20
**monthly** [3] - 151:3, 195:6, 196:10
**months** [29] - 8:13, 8:14, 35:14, 37:14, 37:15, 41:7, 41:12, 56:24, 73:10, 84:17, 89:15, 109:21, 143:24, 153:14, 174:6, 174:16, 174:21, 205:8, 205:14, 205:20, 206:7, 207:25, 210:23, 211:7, 221:15, 226:20, 226:22, 262:19
**MORGAN** [1] - 1:17
**Morgan** [4] - 9:12, 242:3, 242:8, 246:14
**morning** [7] - 5:19, 5:21, 5:25, 6:5, 49:23, 192:21, 192:24
**mortgages** [1] - 258:8
**most** [11] - 135:4, 141:9, 141:11, 142:16, 172:16, 175:12, 185:6, 198:14, 211:3, 223:2, 223:7
**mostly** [5] - 15:4, 21:22, 172:14, 186:24, 198:24
**MOTION** [1] - 276:7
**motions** [2] - 47:10, 47:21
**MOTOR** [2] - 1:5, 1:17

**Motor** [2] - 2:13, 213:24
**MOTORS** [6] - 1:4, 1:13, 1:14, 1:14, 1:15, 1:15
**Motors** [23] - 2:4, 9:14, 15:18, 16:12, 17:5, 55:22, 56:18, 91:12, 100:24, 101:2, 107:7, 153:2, 153:11, 160:4, 194:7, 201:16, 215:10, 226:23, 251:5, 258:2, 268:22, 269:10, 276:16
**move** [15] - 34:4, 34:7, 34:10, 71:2, 101:23, 102:14, 102:19, 123:2, 181:4, 187:17, 245:7, 246:9, 252:8, 254:25, 273:14
**moved** [7] - 27:11, 33:23, 42:22, 102:3, 140:17, 181:2, 255:24
**moving** [8] - 31:7, 31:10, 101:16, 102:11, 102:13, 224:18, 262:2, 266:3
**MR** [180] - 5:18, 20:23, 21:3, 21:7, 21:15, 21:19, 21:23, 22:2, 22:5, 22:7, 22:9, 22:11, 22:15, 36:20, 37:5, 40:11, 42:8, 45:19, 50:10, 51:23, 52:4, 52:20, 54:6, 54:15, 57:13, 58:5, 58:18, 61:17, 62:4, 62:12, 62:17, 62:23, 62:24, 63:2, 63:6, 65:18, 66:9, 68:8, 69:14, 69:24, 71:2, 71:4, 71:10, 72:4, 74:14, 75:11, 79:6, 86:10, 88:14, 88:21, 89:8, 89:12, 89:16, 89:18, 89:25, 90:6, 90:15, 90:25, 91:5, 91:8, 91:16, 93:22, 94:22, 95:6, 95:10, 95:16, 95:20, 96:12, 97:4, 97:6, 97:11, 97:18, 97:21, 99:4, 103:16, 103:20, 106:10, 110:10, 110:13, 110:18, 110:19, 113:13,

113:15, 113:20, 113:22, 113:24, 116:7, 118:14, 120:18, 126:15, 128:6, 128:23, 129:25, 130:3, 130:14, 130:24, 133:16, 134:16, 135:11, 137:6, 137:10, 138:11, 138:18, 139:8, 141:18, 144:4, 144:19, 148:12, 149:18, 152:6, 155:5, 155:10, 169:17, 174:18, 176:18, 191:9, 191:11, 191:14, 192:19, 197:14, 204:8, 204:19, 210:20, 212:7, 213:4, 213:8, 214:18, 216:9, 216:15, 217:10, 217:16, 219:4, 219:14, 220:6, 220:23, 221:3, 223:23, 224:8, 224:15, 225:15, 226:3, 226:6, 227:12, 228:12, 228:16, 228:18, 228:20, 228:22, 231:2, 231:20, 232:15, 232:22, 233:2, 234:22, 235:6, 239:18, 240:7, 241:4, 242:16, 261:23, 263:7, 264:5, 264:10, 264:20, 268:10, 269:22, 270:3, 270:10, 270:18, 271:23, 272:15, 273:11, 273:19, 273:24, 274:2, 274:6, 274:7, 274:9, 276:4, 276:6
**MS** [24] - 8:6, 232:17, 232:24, 233:10, 234:17, 234:25, 238:3, 238:8, 239:11, 239:20, 240:8, 240:12, 241:6, 242:13, 242:18, 250:3, 250:7, 264:3, 264:18, 267:8, 268:12, 268:16, 269:20, 276:5
**multiple** [1] - 95:25

**muscle** [1] - 30:9

# N

**N.A** [1] - 1:17
**NADA** [3] - 7:4, 7:6, 124:3
**name** [25] - 5:7, 5:9, 5:20, 17:14, 18:14, 22:4, 22:6, 31:18, 40:7, 40:13, 40:14, 60:11, 94:16, 104:2, 110:6, 126:20, 127:5, 136:5, 136:7, 146:5, 151:20, 215:5, 233:15, 237:22, 261:2
**names** [4] - 14:24, 15:4, 15:8, 178:23
**NASSAU** [1] - 278:4
**Nassau** [5] - 28:17, 28:21, 28:25, 216:7, 216:18
**National** [1] - 7:7
**near** [1] - 180:15
**need** [17] - 21:13, 64:9, 64:12, 68:19, 70:6, 93:5, 98:12, 110:10, 125:20, 149:6, 159:12, 225:4, 228:21, 233:3, 248:19, 257:25, 259:8
**needed** [14] - 14:19, 34:3, 38:17, 38:21, 100:20, 150:11, 171:14, 171:16, 171:19, 182:19, 185:10, 253:25, 256:19, 259:6
**needs** [1] - 48:25
**negative** [3] - 207:8, 207:11
**negotiating** [1] - 211:8
**negotiations** [1] - 22:19
**nerve** [1] - 255:15
**nerve-wracking** [1] - 255:15
**NESNA** [7] - 77:10, 160:16, 165:4, 168:18, 168:21, 182:11, 209:19
**nets** [1] - 212:24
**never** [71] - 20:8, 20:21, 31:19, 55:4, 55:5, 58:8, 58:9, 69:2, 69:4, 73:23, 74:11, 74:23, 76:13, 81:8, 81:11, 84:2,

87:13, 87:15, 96:24, 101:18, 105:16, 105:21, 114:21, 116:3, 117:14, 117:15, 118:4, 118:16, 121:17, 132:24, 132:25, 140:17, 143:3, 145:25, 148:3, 149:5, 155:25, 156:4, 156:6, 156:18, 162:2, 166:4, 166:9, 166:12, 166:14, 166:18, 168:10, 177:15, 177:20, 182:25, 183:21, 184:15, 187:5, 191:7, 203:9, 203:11, 203:12, 235:19, 254:20, 255:4, 262:17, 265:22, 265:23, 266:5, 269:14, 271:16, 272:7, 273:20, 273:21, 273:23

**new** [15] - 23:25, 24:12, 24:15, 41:15, 46:18, 65:21, 65:22, 66:16, 76:7, 100:22, 109:3, 127:15, 150:22, 167:11, 168:8

**New** [37] - 1:19, 1:25, 2:8, 2:20, 3:6, 3:11, 6:15, 10:22, 12:6, 18:7, 27:19, 27:20, 27:23, 28:5, 50:8, 100:19, 123:16, 124:15, 124:16, 126:3, 126:6, 126:9, 126:25, 128:4, 128:9, 129:4, 129:24, 162:22, 166:24, 166:25, 167:4, 179:20, 179:24, 180:24, 275:25, 278:7

**NEW** [3] - 1:3, 275:4, 278:3

**next** [17] - 9:6, 64:14, 106:23, 107:13, 107:15, 111:12, 112:2, 112:23, 113:4, 116:7, 124:17, 124:22, 158:18, 159:10, 198:2, 208:14, 254:22

**NextGear** [6] - 25:17, 25:18, 122:22, 122:24, 171:2, 199:7

**nice** [1] - 262:2

**nicest** [1] - 262:11

**night** [2] - 148:6, 173:22

**nine** [3] - 8:13, 8:14, 73:7

**Nissan** [26] - 9:2, 9:4, 10:23, 24:22, 25:4, 25:9, 25:15, 25:24, 26:2, 26:10, 26:15, 26:22, 27:4, 27:19, 83:19, 83:20, 109:11, 165:5, 167:24, 168:4, 168:9, 168:17, 170:2, 170:8, 256:9

**Nissan's** [1] - 26:3

**NMAC** [26] - 24:25, 85:14, 85:20, 122:21, 123:7, 169:7, 169:8, 170:4, 187:25, 188:3, 188:10, 188:11, 188:14, 198:3, 198:5, 199:4, 199:7, 199:12, 199:13, 199:15, 199:19, 200:6, 200:10, 200:18, 201:2, 214:22

**nobody** [4] - 109:16, 145:9, 236:11, 271:17

**nobody's** [1] - 82:9

**noise** [1] - 21:2

**none** [4] - 6:2, 6:6, 74:20, 274:6

**nonresponsive** [1] - 71:3

**normally** [2] - 208:5, 253:10

**Northeast** [1] - 262:19

**NORTHSHORE** [2] - 1:5, 1:17

**Northshore** [32] - 2:13, 17:6, 47:25, 48:7, 51:19, 52:10, 55:14, 55:22, 56:2, 56:6, 56:18, 61:14, 61:15, 77:11, 101:6, 101:16, 101:21, 102:21, 103:4, 104:13, 117:12, 167:20, 171:18, 187:22, 187:23, 188:2, 189:2, 213:24, 215:10,

224:19, 260:24, 271:25

**Notary** [4] - 1:25, 5:4, 275:25, 278:6

**noted** [2] - 192:15, 274:10

**nothing** [17] - 8:16, 60:11, 75:6, 96:25, 115:19, 169:12, 169:22, 170:2, 184:5, 232:16, 236:13, 258:6, 261:7, 262:6, 262:17, 265:25, 273:25

**notice** [1] - 108:22

**Notice** [1] - 1:24

**notified** [1] - 271:16

**notwithstanding** [1] - 184:11

**November** [42] - 9:8, 9:10, 9:21, 10:18, 17:2, 34:20, 59:2, 60:9, 60:23, 61:4, 118:12, 118:13, 125:16, 159:24, 160:4, 164:20, 165:9, 166:3, 166:17, 167:7, 167:23, 168:3, 168:21, 168:24, 168:25, 171:8, 173:5, 173:21, 194:9, 196:23, 199:22, 200:4, 200:5, 215:8, 215:17, 216:25, 217:8, 217:20, 218:15, 218:19, 219:2

**Novicky** [51] - 17:10, 40:24, 81:14, 81:16, 100:17, 104:23, 107:17, 107:22, 107:25, 108:3, 108:9, 108:17, 109:7, 110:3, 110:21, 111:14, 112:24, 113:5, 138:10, 138:16, 138:21, 138:24, 139:3, 139:5, 139:11, 139:14, 139:21, 140:7, 150:2, 150:4, 150:5, 150:7, 150:13, 150:16, 152:12, 152:13, 152:14, 152:19, 153:2, 153:13, 153:17,

154:8, 172:20, 185:16, 189:16, 189:19, 236:21, 236:22, 242:21, 250:17, 251:9

**nowhere** [1] - 252:21

**number** [23] - 51:6, 53:7, 84:15, 87:10, 96:10, 96:15, 100:12, 104:19, 107:16, 148:10, 148:13, 158:3, 174:3, 178:7, 178:10, 178:14, 183:2, 184:4, 193:9, 193:24, 205:12, 205:19, 210:17

**numbered** [1] - 104:20

**numbers** [18] - 86:4, 86:7, 92:9, 93:2, 93:4, 93:9, 93:11, 93:20, 93:23, 95:5, 95:9, 95:12, 145:14, 150:15, 153:8, 193:6, 200:17, 200:25

**NYC** [1] - 1:12

## O

**oath** [2] - 4:17, 275:10

**object** [3] - 96:9, 96:17, 252:24

**objection** [91] - 37:5, 45:19, 51:23, 52:4, 52:20, 54:6, 54:15, 57:13, 58:5, 58:18, 61:17, 66:9, 69:14, 69:24, 71:4, 71:10, 72:4, 74:14, 75:11, 79:6, 86:10, 88:14, 89:8, 89:12, 89:16, 90:25, 93:22, 95:6, 95:10, 95:16, 96:2, 96:12, 99:4, 103:16, 103:21, 106:10, 113:20, 120:18, 126:15, 128:6, 128:23, 130:14, 130:24, 133:16, 134:16, 137:6, 138:11, 138:18, 139:8, 141:18, 144:4, 144:19, 148:12, 149:18, 152:6, 155:5, 155:10, 169:17, 176:18, 197:14, 204:8, 204:19, 210:20, 212:7, 213:4, 213:8,

214:18, 216:9, 216:15, 217:10, 217:16, 219:4, 219:14, 220:6, 220:23, 221:3, 224:8, 224:15, 226:6, 227:12, 231:2, 231:20, 261:23, 263:7, 264:18, 267:8, 270:18, 271:23, 272:15, 273:11, 273:19

**Objection** [3] - 137:10, 223:23, 226:3

**objections** [4] - 4:9, 89:21, 90:7, 90:9

**obtain** [3] - 51:10, 199:6, 199:9

**obtained** [2] - 58:3, 96:16

**obtaining** [1] - 51:5

**obviously** [9] - 66:6, 93:6, 106:4, 114:8, 114:11, 182:15, 249:10, 260:13, 261:8

**occasion** [2] - 157:11, 203:7

**occasionally** [1] - 122:21

**occasions** [2] - 38:5, 38:10

**October** [4] - 20:4, 50:17, 118:13, 125:14

**odd** [2] - 57:2, 86:16

**OF** [12] - 1:3, 1:6, 1:6, 1:13, 1:13, 1:14, 1:14, 1:15, 275:4, 275:5, 278:3, 278:4

**offer** [7] - 20:8, 20:11, 20:22, 22:16, 22:24, 170:20, 256:13

**offered** [2] - 20:5, 20:14

**offering** [1] - 251:16

**office** [13] - 39:12, 39:18, 41:23, 66:15, 77:20, 79:14, 151:17, 190:12, 190:13, 216:21, 222:14, 222:24, 224:5

**officer** [8] - 4:16, 29:3, 47:18, 107:20, 113:12, 139:23, 140:7, 253:24

**official** [4] - 106:25,

107:15, 194:11, 198:6
**officially** [1] - 194:9
**often** [3] - 151:8, 152:9, 152:14
**oil** [1] - 127:25
**okayed** [1] - 271:9
**old** [5] - 19:10, 19:11, 24:17, 75:23, 101:6
**once** [8] - 25:10, 73:24, 101:18, 118:2, 119:15, 171:5, 205:23, 262:17
**one** [92] - 6:17, 6:19, 7:17, 12:12, 12:14, 14:14, 14:16, 14:25, 16:24, 17:16, 17:17, 17:18, 20:16, 20:18, 22:3, 22:5, 22:8, 22:17, 26:21, 27:10, 27:12, 27:14, 27:15, 28:9, 29:23, 30:13, 30:16, 35:21, 36:4, 36:6, 39:7, 39:18, 39:22, 39:23, 41:24, 45:12, 46:20, 52:24, 54:23, 55:23, 55:24, 64:17, 70:12, 78:11, 79:21, 97:20, 104:7, 109:21, 123:13, 125:3, 126:14, 131:5, 131:25, 132:16, 132:20, 152:4, 152:8, 152:20, 153:6, 153:13, 153:21, 156:6, 156:12, 169:15, 175:8, 180:3, 183:16, 185:2, 188:19, 198:13, 213:15, 213:17, 221:23, 225:2, 229:7, 229:17, 234:12, 235:10, 237:12, 240:9, 245:21, 251:18, 258:11, 264:5, 265:4, 268:12, 268:17
**one-time** [1] - 7:17
**one-way** [1] - 175:8
**ones** [9] - 23:15, 55:19, 56:12, 56:19, 214:21, 214:24, 215:2, 271:15
**ongoing** [1] - 12:20
**oOo** [1] - 4:21
**Open** [1] - 252:18
**open** [48] - 9:17, 9:22,

10:23, 11:15, 46:20, 52:22, 52:25, 53:4, 106:5, 124:20, 124:25, 132:22, 142:3, 142:9, 142:11, 142:22, 143:2, 171:19, 214:14, 221:14, 236:8, 237:17, 240:3, 245:9, 246:19, 246:22, 247:2, 250:21, 251:5, 251:10, 251:21, 251:22, 251:23, 252:22, 254:6, 254:7, 254:18, 254:22, 254:23, 255:2, 257:23, 257:25, 258:12, 260:23, 261:20, 263:19, 266:13, 271:11
**opened** [40] - 9:22, 31:22, 32:3, 52:8, 99:24, 100:5, 100:10, 101:24, 123:14, 124:18, 124:23, 125:4, 141:7, 142:7, 143:3, 143:7, 143:9, 143:12, 143:13, 143:20, 150:23, 202:24, 204:4, 214:2, 214:7, 236:12, 241:22, 248:18, 258:14, 259:7, 259:10, 263:12, 264:13, 264:17, 265:5, 267:22, 268:4, 271:15
**opening** [40] - 10:12, 10:25, 31:24, 32:4, 32:7, 34:8, 55:20, 76:6, 76:11, 98:2, 98:6, 98:8, 98:9, 99:2, 99:9, 99:21, 101:3, 102:13, 146:24, 235:21, 236:14, 241:11, 243:21, 244:17, 244:22, 245:7, 245:13, 247:5, 247:19, 247:23, 248:13, 255:6, 257:18, 265:8, 266:11, 266:12, 271:9, 271:13, 272:21, 273:14
**opens** [1] - 52:17
**operate** [1] - 140:11

**operated** [1] - 124:13
**operates** [1] - 146:9
**operating** [31] - 11:9, 11:12, 18:8, 18:12, 18:22, 18:25, 32:11, 54:21, 55:4, 55:6, 55:16, 55:18, 55:21, 55:25, 56:5, 56:11, 107:20, 109:8, 113:12, 139:22, 140:6, 156:7, 156:14, 208:6, 209:8, 236:24, 237:8, 253:23, 265:24, 273:21, 273:23
**operation** [7] - 30:11, 81:25, 109:12, 136:20, 136:22, 166:24, 167:2
**operations** [5] - 7:13, 34:18, 150:6, 150:8, 194:6
**opportunity** [2] - 10:14, 256:14
**option** [2] - 255:16, 257:15
**Order** [1] - 1:23
**order** [3] - 63:4, 76:25, 77:21
**Orgad** [3] - 146:5, 146:9, 147:2
**ORGAD** [1] - 146:8
**organization** [6] - 33:17, 131:19, 144:6, 220:13, 220:17, 230:16
**original** [6] - 30:24, 55:17, 55:23, 56:7, 164:16, 266:2
**originally** [4] - 39:8, 42:17, 127:18, 152:3
**Orloff** [5] - 126:7, 127:6, 127:7, 129:3, 129:6
**otherwise** [1] - 177:23
**outcome** [1] - 278:18
**outpacing** [1] - 198:15
**outside** [2] - 10:14, 222:4
**overage** [1] - 209:24
**overbook** [1] - 177:11
**overhead** [2] - 196:16, 207:21
**overwhelmed** [1] - 41:18
**overwhelming** [1] - 181:20
**Ovington** [2] - 1:19, 3:10

**owe** [1] - 204:11
**owed** [3] - 119:24, 120:3, 121:11
**own** [11] - 35:9, 39:2, 41:8, 48:15, 48:18, 48:21, 57:4, 82:9, 151:9, 196:3, 204:7
**owned** [11] - 33:7, 124:13, 125:16, 125:22, 158:7, 162:25, 166:12, 209:6, 221:20, 265:13, 265:16
**owner** [39] - 19:10, 19:11, 24:2, 24:12, 24:16, 24:18, 49:5, 51:22, 52:19, 53:9, 54:5, 54:12, 54:14, 55:8, 61:14, 61:15, 76:2, 105:13, 106:20, 125:21, 129:17, 162:4, 164:12, 166:5, 166:19, 215:9, 215:18, 216:2, 236:5, 244:18, 252:23, 266:8, 267:12, 267:23, 268:3, 268:8, 268:22, 273:5, 273:10
**owners** [4] - 47:24, 267:6, 267:7, 267:13
**ownership** [10] - 48:6, 51:11, 51:13, 54:22, 55:15, 106:14, 252:19, 258:5, 258:10, 269:15
**owns** [5] - 18:11, 19:9, 48:22, 49:8, 260:19

## P

**P&L** [4] - 92:22, 93:13, 93:14, 94:6
**p.m** [4] - 63:8, 191:17, 192:15, 274:10
**page** [18] - 56:4, 61:25, 62:25, 63:7, 97:16, 97:21, 100:12, 100:13, 104:18, 107:13, 107:16, 110:15, 111:12, 112:2, 112:23, 113:4, 242:17
**PAGE** [3] - 276:3, 276:7, 276:9
**pages** [2] - 64:18, 69:3
**paid** [31] - 25:11,

27:24, 39:8, 53:12, 53:22, 83:8, 117:9, 117:11, 121:17, 122:9, 127:24, 163:6, 163:20, 168:12, 168:16, 182:15, 184:20, 184:21, 195:7, 195:10, 195:12, 195:15, 195:18, 195:20, 196:6, 196:8, 196:18, 197:9, 197:11, 197:22, 207:21
**pain** [1] - 187:19
**painstakingly** [1] - 149:11
**paper** [7] - 70:23, 99:20, 126:13, 237:12, 244:11, 257:5
**papers** [1] - 70:9
**paperwork** [7] - 37:24, 99:13, 107:3, 128:18, 238:21, 252:13, 254:10
**Paralegal** [1] - 3:24
**part** [39] - 30:20, 37:20, 38:20, 47:12, 47:20, 56:9, 56:19, 59:15, 85:19, 92:15, 107:11, 127:22, 130:9, 131:4, 131:19, 131:23, 131:25, 133:11, 140:22, 144:5, 147:7, 160:12, 165:4, 168:9, 168:14, 170:23, 172:6, 176:16, 185:6, 187:15, 187:19, 191:8, 216:18, 220:8, 226:11, 230:15, 254:22, 273:5, 273:10
**participated** [2] - 95:14, 95:22
**particular** [5] - 14:25, 62:24, 97:16, 232:9, 240:14
**parties** [2] - 4:4, 278:16
**partner** [46] - 8:21, 41:16, 126:8, 126:11, 126:12, 126:13, 126:20, 126:25, 127:3, 127:5, 127:8, 127:19, 127:21,

128:9, 129:15, 129:20, 129:23, 157:16, 158:10, 160:9, 164:25, 165:16, 166:10, 229:14, 230:3, 235:15, 236:2, 265:18, 266:14, 269:10, 270:7, 270:13, 270:17, 271:2, 271:12, 271:19, 271:21, 271:22, 272:5, 272:12, 272:13, 272:23, 273:3, 273:8, 273:16, 273:18
**partnering** [1] - 230:13
**partners** [16] - 106:6, 125:7, 126:3, 126:5, 129:10, 129:12, 160:16, 160:19, 161:5, 165:6, 210:24, 235:22, 262:4, 266:16, 267:15, 267:18
**PARTNERS** [1] - 1:15
**partnership** [3] - 9:15, 17:4, 272:3
**parts** [1] - 144:7
**pause** [1] - 20:23
**Pay** [7] - 77:6, 77:9, 78:3, 114:13, 114:18, 114:19, 114:23
**pay** [35] - 25:9, 39:7, 50:22, 60:22, 61:3, 75:20, 77:10, 82:23, 83:4, 83:23, 83:25, 85:9, 120:21, 120:22, 120:25, 121:14, 121:24, 122:8, 122:14, 150:21, 160:15, 165:11, 165:14, 165:25, 169:3, 175:22, 177:18, 183:23, 184:17, 197:12, 197:17, 204:10, 209:18, 209:21
**payback** [1] - 83:6
**paying** [6] - 122:15, 204:6, 204:13, 204:17, 210:2, 212:21
**payment** [5] - 53:16, 82:2, 121:12, 121:16, 122:12

**payments** [1] - 156:18
**payoff** [1] - 122:16
**payroll** [12] - 13:14, 102:22, 103:3, 103:8, 103:13, 117:11, 163:8, 163:10, 163:14, 163:16, 180:10, 196:8
**peace** [1] - 274:5
**Pennsylvania** [1] - 3:19
**penny** [1] - 156:12
**people** [28] - 10:3, 10:7, 14:3, 47:7, 47:11, 78:9, 78:20, 79:22, 102:23, 104:7, 115:12, 115:21, 115:24, 131:3, 132:9, 133:4, 136:25, 152:4, 152:8, 179:2, 209:25, 223:19, 224:23, 243:19, 252:7, 263:3, 264:12, 264:15
**per** [14] - 169:4, 193:3, 193:16, 193:20, 193:24, 194:14, 205:20, 206:2, 206:13, 206:15, 206:17, 206:22, 207:5, 207:9
**percent** [24] - 60:6, 61:13, 61:15, 125:17, 129:16, 157:16, 159:14, 166:12, 166:18, 213:20, 216:2, 220:22, 229:12, 230:11, 236:5, 236:12, 244:17, 247:14, 252:19, 252:23, 258:3, 265:22, 267:23, 268:9
**percentage** [1] - 84:19
**percentages** [2] - 265:19, 269:15
**performed** [2] - 220:15, 220:16
**performing** [1] - 187:3
**perfunctory** [1] - 218:23
**period** [1] - 127:12
**perk** [1] - 164:2
**permanent** [1] - 162:16
**permission** [1] - 32:12
**person** [11] - 10:16,

19:9, 72:6, 76:4, 103:23, 116:20, 116:23, 149:23, 151:22, 234:13, 273:13
**person's** [2] - 126:20, 151:19
**personal** [4] - 250:20, 251:9, 258:4, 269:3
**personally** [6] - 82:16, 151:5, 236:19, 237:23, 242:11, 263:15
**pertain** [1] - 96:20
**pertaining** [1] - 67:9
**phenomenal** [2] - 246:16, 259:22
**Philadelphia** [1] - 3:19
**phone** [5] - 20:25, 105:20, 110:9, 203:19, 203:21
**picked** [4] - 184:25, 185:2, 185:6, 187:24
**piece** [3] - 70:23, 99:20, 237:12
**pieces** [2] - 244:10, 244:11
**Pittsfield** [4] - 170:8, 170:12, 199:23, 200:15
**pittsfield** [1] - 170:10
**place** [7] - 17:8, 103:2, 115:19, 118:2, 179:17, 189:2, 229:21
**places** [3] - 82:22, 147:25, 179:16
**Plaintiff** [1] - 1:22
**Plaintiffs** [3] - 1:10, 2:4, 2:12
**plan** [51] - 24:22, 24:23, 25:4, 25:7, 25:13, 25:24, 26:3, 26:6, 27:25, 31:8, 36:13, 36:25, 39:6, 39:10, 39:13, 83:21, 85:9, 85:15, 104:24, 105:8, 122:16, 122:19, 122:23, 123:6, 131:2, 164:23, 169:24, 170:13, 171:3, 171:4, 171:17, 171:20, 172:3, 172:7, 173:8, 173:14, 173:19, 189:23, 190:8, 190:19, 190:21, 191:2, 191:6, 197:9, 197:16, 198:9,

199:5, 199:20, 202:23, 203:2, 235:19
**plane** [2] - 105:19, 111:8
**planned** [2] - 75:4, 190:17
**planning** [4] - 39:24, 89:23, 111:2, 199:15
**plans** [16] - 31:9, 140:19, 167:9, 167:17, 170:20, 171:11, 171:15, 171:23, 171:24, 172:13, 189:20, 195:17, 197:13, 197:20, 198:4, 203:8
**Plaza** [1] - 10:7
**plenty** [4] - 66:24, 226:14, 226:16, 226:17
**plus** [5] - 29:24, 64:17, 69:3, 76:6, 182:13
**pocket** [6] - 99:7, 99:11, 243:20, 243:25, 260:4, 263:5
**pocketed** [2] - 145:22, 182:18
**pocketing** [1] - 183:3
**point** [39] - 13:2, 18:16, 27:18, 35:10, 35:14, 60:5, 60:19, 66:6, 68:25, 72:10, 88:3, 90:14, 95:25, 102:9, 102:17, 103:8, 104:19, 105:22, 133:20, 142:2, 142:9, 144:16, 156:10, 165:15, 166:22, 192:24, 193:9, 203:14, 205:6, 243:18, 244:5, 244:20, 245:21, 247:22, 254:25, 261:3, 261:6, 265:8
**Police** [3] - 28:17, 216:7, 216:18
**police** [2] - 29:2, 148:7
**poor** [2] - 221:17, 221:21
**Pope** [1] - 60:21
**position** [14] - 35:16, 134:15, 136:10, 136:12, 136:13, 144:9, 154:25, 166:4, 166:6, 166:17, 193:14, 222:12, 225:24, 226:23

**Positive** [7] - 77:6, 77:9, 78:3, 114:13, 114:18, 114:19, 114:23
**positive** [2] - 192:22, 200:11
**possess** [2] - 89:7, 214:16
**possession** [1] - 88:25
**possible** [4] - 66:22, 211:13, 211:16, 211:18
**possibly** [1] - 12:12
**potential** [2] - 10:17, 125:21
**potentially** [1] - 9:14
**powers** [1] - 157:7
**practically** [1] - 47:11
**pregnant** [4] - 13:16, 161:14, 161:20, 161:21
**preliminary** [1] - 113:23
**PREMIER** [1] - 1:15
**prepared** [3] - 32:21, 153:12, 153:16
**preparing** [1] - 155:8
**present** [2] - 106:2, 223:7
**PRESENT** [1] - 3:23
**presented** [2] - 76:22, 77:22
**preserved** [1] - 90:7
**pretty** [11] - 13:8, 21:21, 32:13, 45:9, 84:15, 108:10, 111:21, 166:2, 219:23, 230:10
**previous** [7] - 127:21, 153:14, 160:9, 212:9, 241:25, 257:2, 258:18
**previously** [3] - 62:6, 242:15, 243:3
**prices** [1] - 146:20
**print** [5] - 80:4, 80:8, 82:2, 82:3
**printing** [2] - 81:22
**private** [1] - 60:20
**pro** [1] - 3:4
**probation** [2] - 48:17, 48:23
**problem** [9] - 45:2, 66:2, 77:12, 85:23, 96:18, 111:6, 172:2, 184:22, 261:3
**problems** [14] - 7:25, 43:7, 57:4, 65:10, 65:20, 65:23, 66:7,

67:2, 69:8, 69:12, 70:20, 85:14, 120:6, 246:8
**proceed** [3] - 71:5, 72:2, 235:6
**process** [10] - 55:7, 105:17, 142:21, 158:14, 240:25, 241:9, 241:10, 241:25, 253:3, 255:19
**processing** [1] - 195:14
**produce** [2] - 239:13, 240:5
**produced** [9] - 154:22, 201:9, 237:7, 237:10, 238:10, 239:13, 239:16, 240:14, 250:8
**producing** [2] - 89:23, 90:5
**professional** [2] - 6:23, 7:2
**Profit** [2] - 91:13, 276:17
**profit** [6] - 94:4, 153:20, 155:23, 156:3, 156:16, 201:8
**profitable** [4] - 59:17, 163:25, 164:4, 181:25
**profits** [4] - 92:13, 205:18, 207:24, 208:23
**projections** [1] - 193:13
**promised** [1] - 10:2
**promising** [1] - 171:11
**promoted** [1] - 124:9
**pronounce** [2] - 17:13, 110:7
**pronouncing** [1] - 110:6
**property** [2] - 19:9, 223:21
**protect** [1] - 71:9
**provide** [2] - 98:19, 256:25
**provided** [9] - 15:17, 24:24, 53:8, 98:25, 198:3, 237:24, 243:5, 245:5, 258:4
**providers** [3] - 164:23, 198:10, 199:5
**provides** [1] - 132:10
**providing** [3] - 239:5, 253:13, 253:15
**Public** [4] - 1:25, 5:4, 275:25, 278:7

**Puccio** [17] - 234:8, 234:10, 257:24, 258:12, 258:24, 259:6, 260:12, 264:22, 264:25, 266:3, 266:4, 266:7, 266:25, 267:5, 267:12, 268:7, 271:8
**purchase** [11] - 53:12, 53:17, 53:23, 55:3, 109:19, 157:25, 159:7, 164:22, 173:21, 256:12, 266:2
**purchased** [3] - 56:23, 162:11, 177:7
**purchasing** [1] - 12:12
**purpose** [3] - 43:16, 64:3, 90:10
**purposes** [1] - 99:2
**pursuant** [1] - 1:23
**pushed** [1] - 156:19
**put** [52] - 20:3, 20:6, 25:12, 26:5, 32:10, 38:16, 38:18, 38:21, 38:22, 38:25, 39:4, 39:5, 39:13, 39:16, 41:23, 47:2, 58:14, 67:17, 69:9, 73:19, 84:8, 90:9, 93:17, 122:25, 144:9, 153:6, 153:8, 157:4, 158:5, 160:7, 160:17, 160:20, 173:7, 173:14, 173:18, 181:20, 182:24, 183:24, 190:8, 196:21, 196:24, 196:25, 197:3, 208:21, 209:7, 212:5, 212:13, 212:20, 213:12, 221:16, 259:23, 267:14
**putting** [1] - 187:8

## Q

**questioning** [6] - 68:5, 126:17, 204:20, 219:5, 219:15, 264:6
**questions** [13] - 5:25, 6:5, 133:6, 213:6, 231:23, 232:18, 233:6, 233:18, 246:4, 268:11, 269:21, 274:3, 274:8
**quick** [4] - 20:23, 191:10, 257:24, 264:5

**quickly** [5] - 45:9, 99:12, 181:21, 244:3, 257:22
**quite** [4] - 135:7, 161:15, 161:16, 204:11

## R

**R.A** [1] - 276:4
**radio** [4] - 10:2, 10:4, 195:22, 211:2
**raise** [2] - 84:2, 251:13
**raised** [1] - 229:20
**ran** [4] - 60:11, 144:24, 257:16, 262:18
**rather** [2] - 41:24, 63:2
**reach** [6] - 22:22, 119:9, 243:11, 247:24, 248:6, 249:14
**reached** [5] - 9:9, 119:8, 217:7, 217:21, 246:18
**react** [1] - 43:17
**read** [15] - 22:12, 22:14, 49:18, 49:19, 56:4, 61:25, 85:6, 89:19, 91:7, 116:17, 117:6, 151:11, 178:3, 262:7, 275:8
**ready** [4] - 250:20, 251:9, 254:5, 261:10
**real** [1] - 205:12
**reality** [1] - 194:2
**realized** [1] - 77:12
**really** [30] - 27:2, 46:7, 46:8, 47:2, 57:3, 57:8, 57:12, 58:9, 60:14, 64:12, 123:6, 127:14, 149:5, 150:21, 161:3, 161:23, 162:2, 164:16, 168:18, 186:6, 197:6, 198:13, 208:2, 211:9, 211:10, 218:13, 223:5, 253:18, 261:9
**realtime** [1] - 101:9
**Realty** [1] - 2:17
**REALTY** [1] - 1:8
**reason** [8] - 6:3, 71:25, 75:22, 84:6, 112:13, 203:13, 212:12, 246:12
**receipt** [7] - 53:7, 98:14, 237:11, 237:13, 244:9,

252:11, 252:12
**receipted** [1] - 140:17
**receipts** [1] - 146:21
**receivable** [2] - 156:20, 201:6
**receivables** [1] - 201:5
**receive** [4] - 97:23, 152:25, 154:7, 163:22
**received** [9] - 50:9, 76:13, 83:24, 135:5, 135:6, 135:8, 152:18, 199:19, 228:2
**recess** [3] - 110:14, 191:16, 228:17
**recognize** [1] - 240:20
**record** [31] - 5:8, 5:12, 40:12, 62:12, 62:13, 62:17, 67:20, 67:23, 68:2, 69:10, 69:19, 81:5, 87:18, 89:21, 90:10, 91:16, 91:17, 97:11, 145:21, 147:5, 148:25, 149:10, 219:24, 228:16, 231:22, 250:8, 262:9, 272:10, 275:12, 275:14, 278:13
**Record** [2] - 22:14, 91:7
**recorded** [1] - 88:10
**records** [14] - 13:14, 25:19, 102:23, 103:4, 103:14, 104:4, 122:8, 151:9, 179:8, 179:13, 180:6, 180:13, 180:19, 180:24
**recouped** [1] - 261:7
**recover** [3] - 85:11, 87:14, 87:16
**red** [1] - 74:25
**refer** [1] - 89:25
**reference** [1] - 112:3
**references** [1] - 234:23
**referencing** [1] - 235:11
**referred** [1] - 60:15
**referring** [4] - 23:13, 258:17, 260:7, 266:18
**refers** [1] - 241:9
**reflect** [2] - 62:18, 97:12
**reflected** [1] - 128:19
**refresh** [1] - 13:11
**refund** [1] - 183:22

**Regal** [1] - 132:21
**regard** [1] - 231:16
**regarding** [10] - 23:23, 55:14, 63:22, 67:7, 72:12, 104:23, 107:7, 112:25, 199:19, 216:24
**regards** [1] - 65:6
**regularity** [1] - 194:19
**reimburse** [1] - 197:10
**related** [4] - 32:6, 130:20, 167:4, 278:16
**relationship** [4] - 242:6, 242:9, 246:16, 261:12
**relationships** [1] - 261:9
**relevance** [7] - 52:21, 54:7, 126:16, 128:24, 204:9, 210:21, 214:19
**remember** [38] - 12:17, 14:24, 18:13, 32:25, 63:24, 71:19, 83:24, 87:9, 88:7, 92:20, 103:10, 104:3, 104:5, 119:6, 145:20, 147:6, 149:2, 149:9, 159:16, 159:17, 161:22, 164:11, 171:6, 178:7, 185:4, 193:23, 196:12, 209:13, 209:17, 209:25, 211:25, 213:19, 232:6, 237:18, 257:12, 266:15, 267:16, 271:10
**rent** [2] - 195:6, 221:22
**renting** [1] - 158:6
**reopen** [2] - 142:17, 142:20
**repair** [1] - 185:7
**repeat** [4] - 38:8, 69:16, 212:15, 270:10
**rephrase** [2] - 6:9, 145:17
**replace** [1] - 41:22
**reported** [3] - 148:7, 150:5, 188:3
**REPORTER** [2] - 5:6, 5:11
**represent** [1] - 233:17
**representation** [8] - 47:15, 130:7, 130:21, 131:12,

131:21, 134:8, 250:24, 263:2
**REPRESENTATIVE** [1] - 1:6
**Representative** [1] - 2:15
**represented** [5] - 46:24, 133:14, 133:15, 162:21, 235:24
**representing** [3] - 133:19, 134:13, 260:19
**request** [3] - 41:9, 238:20, 239:7
**REQUEST** [1] - 276:8
**requested** [1] - 41:10
**requests** [1] - 67:6
**required** [2] - 107:11, 237:20
**requires** [1] - 208:7
**reserved** [1] - 4:11
**residence** [1] - 50:21
**resident** [3] - 162:14, 163:3, 163:4
**resolved** [8] - 24:11, 246:20, 255:7, 255:9, 256:2, 257:8, 257:11, 257:13
**respect** [1] - 260:15
**respective** [1] - 4:4
**response** [3] - 95:23, 96:3, 244:23
**responsibility** [1] - 172:6
**responsible** [1] - 219:18
**resumed** [1] - 192:17
**retail** [1] - 123:4
**retained** [1] - 277:8
**retired** [1] - 127:25
**return** [3] - 128:15, 201:21, 201:24
**returned** [1] - 217:25
**returns** [18] - 54:5, 54:13, 61:6, 61:12, 201:15, 202:7, 202:15, 215:8, 215:14, 215:17, 215:22, 215:25, 236:23, 239:9, 269:3, 269:4, 269:5
**reveal** [2] - 164:21, 164:24
**reverse** [1] - 63:4
**review** [7] - 61:9, 199:18, 200:7, 200:10, 200:18, 201:2, 208:9
**reviewed** [2] - 61:6,

267:11
**reviewing** [1] - 91:19
**revisit** [1] - 192:22
**Rica** [7] - 5:15, 26:24, 42:22, 90:21, 162:6, 162:8, 162:15
**ride** [1] - 140:4
**rightfully** [1] - 182:6
**rip** [2] - 47:7, 131:3
**rob** [1] - 108:20
**Rob** [12] - 234:8, 234:10, 243:3, 257:24, 258:11, 258:24, 259:5, 260:12, 264:22, 266:3, 267:5, 267:11
**robbed** [2] - 249:21, 262:14
**Robert** [6] - 2:5, 5:10, 240:24, 241:4, 266:25, 268:7
**ROBERT** [5] - 1:4, 1:22, 275:7, 275:19, 278:9
**role** [3] - 221:7, 221:9, 230:14
**roles** [1] - 114:20
**RONNEBURGER** [24] - 3:12, 232:17, 232:24, 233:10, 234:17, 234:25, 238:3, 238:8, 239:11, 239:20, 240:8, 240:12, 241:6, 242:13, 242:18, 250:3, 250:7, 264:3, 264:18, 267:8, 268:12, 268:16, 269:20, 276:5
**Ronneburger** [1] - 233:15
**ROs** [1] - 180:5
**ROSLYN** [1] - 1:14
**roughly** [6] - 123:18, 148:24, 173:24, 174:12, 193:20, 205:6
**round** [1] - 206:23
**Route** [2] - 2:17, 256:9
**ROUTE** [1] - 1:9
**RQ** [2] - 239:11, 239:20
**Ruderman** [3] - 21:10, 233:4, 274:2
**RUDERMAN** [3] - 2:21, 21:19, 274:6
**Rule** [1] - 90:2
**rules** [1] - 89:19
**run** [11] - 9:14, 32:14,

34:17, 59:12, 84:18, 109:16, 115:12, 144:23, 145:9, 150:6, 220:18
**running** [7] - 7:12, 13:18, 30:11, 30:14, 84:19, 144:22, 160:24
**runs** [2] - 81:23, 81:24
**rush** [2] - 243:20, 253:3

**S**

**SAGE** [1] - 2:3
**salaries** [1] - 160:11
**Sales** [1] - 2:5
**sales** [4] - 7:13, 94:2, 198:16, 228:10
**SALES** [1] - 1:4
**salesman** [2] - 120:16, 121:4
**salesmen** [1] - 121:6
**salespeople** [2] - 14:25, 223:19
**Sarah** [11] - 13:3, 51:6, 61:14, 96:15, 132:4, 157:9, 161:24, 162:2, 163:13, 210:18, 211:14
**SARAH** [2] - 1:11, 3:24
**saved** [2] - 88:5, 88:7
**saw** [16] - 16:19, 45:4, 45:14, 51:4, 51:14, 55:16, 56:7, 61:9, 61:19, 94:4, 94:19, 96:24, 102:22, 103:15, 116:13, 146:22, 146:24, 160:23, 223:18, 224:23, 224:24, 249:17, 252:5, 256:13, 258:17, 258:18, 259:17, 260:10
**schedule** [2] - 70:22, 156:20
**scheme** [3] - 83:19, 226:11, 226:12
**school** [1] - 6:13
**School** [2] - 6:15, 7:4
**screen** [2] - 62:19, 97:13
**screwed** [1] - 170:17
**Se** [1] - 3:4
**sealing** [1] - 4:5
**second** [4] - 21:7, 101:25, 255:16, 257:15

**secure** [4] - 76:25, 115:16, 115:18, 115:19
**security** [10] - 14:16, 23:22, 24:2, 77:2, 77:5, 87:19, 113:18, 114:6, 223:11, 223:17
**see** [60] - 26:7, 26:8, 28:6, 31:3, 33:19, 36:5, 37:23, 48:9, 48:20, 49:17, 49:25, 51:8, 51:16, 51:18, 52:7, 52:11, 53:11, 53:24, 55:8, 56:14, 56:21, 56:24, 56:25, 61:21, 63:13, 74:6, 84:18, 89:2, 91:18, 91:19, 91:20, 91:25, 94:13, 95:3, 96:8, 98:3, 98:11, 98:16, 100:13, 100:17, 100:20, 103:3, 107:2, 110:20, 110:23, 125:6, 132:15, 147:10, 161:22, 165:13, 172:4, 182:10, 200:16, 204:5, 208:11, 239:17, 243:8, 257:22, 258:22, 273:13
**seed** [1] - 70:13
**seeing** [2] - 76:2, 212:3
**sell** [11] - 50:22, 57:19, 59:25, 60:6, 123:4, 133:3, 159:12, 162:25, 171:20, 177:10, 228:7
**selling** [3] - 174:6, 198:19, 210:11
**send** [26] - 24:3, 64:12, 64:24, 66:19, 68:23, 70:8, 84:9, 90:18, 90:20, 94:17, 99:12, 119:21, 152:9, 152:13, 152:15, 185:14, 186:2, 186:9, 214:24, 236:16, 236:19, 236:22, 243:2, 244:8, 252:10, 254:9
**sending** [4] - 100:16, 250:16, 257:24, 259:15
**Senior** [1] - 6:14
**sense** [4] - 39:12, 85:16, 85:17, 122:22

**sent** [49] - 43:9, 43:13, 43:20, 43:21, 43:23, 43:25, 44:5, 44:8, 44:9, 63:23, 64:2, 64:5, 64:13, 64:16, 67:6, 67:12, 70:10, 70:21, 72:9, 74:25, 92:11, 99:16, 99:17, 111:19, 185:11, 186:13, 186:17, 214:23, 214:25, 218:14, 236:25, 238:22, 239:8, 239:25, 242:20, 243:14, 248:20, 248:21, 248:22, 249:6, 257:4, 258:11, 259:22, 260:6, 266:10, 267:25, 269:2, 269:4, 269:5
**separate** [1] - 132:16
**September** [8] - 25:5, 25:6, 25:14, 61:24, 116:14, 147:21, 152:18, 152:21
**serious** [2] - 12:24, 157:22
**serve** [2] - 43:15, 64:2
**served** [6] - 26:25, 27:4, 28:8, 49:22, 50:16, 50:19
**service** [1] - 102:15
**services** [3] - 15:17, 15:22, 187:4
**set** [6] - 73:17, 105:7, 105:11, 105:16, 278:11, 278:21
**setting** [2] - 104:23, 105:5
**settled** [1] - 26:17
**setup** [2] - 139:11, 223:3
**seven** [3] - 206:4, 206:10, 229:9
**several** [7] - 23:6, 38:13, 41:6, 60:4, 60:16, 202:21, 226:19, 226:22, 229:16
**shall** [1] - 4:11
**SHANKS** [1] - 2:11
**share** [6] - 62:18, 99:15, 99:18, 232:20, 234:7, 243:16
**shared** [1] - 169:23
**shares** [1] - 127:23
**sharing** [1] - 102:11
**sheet** [1] - 158:17

**shift** [1] - 171:3
**ship** [1] - 123:5
**shop** [2] - 183:14, 185:7
**shops** [10] - 147:24, 183:20, 184:2, 184:7, 184:8, 184:24, 185:5, 186:18, 186:22, 187:8
**shot** [1] - 210:10
**show** [5] - 53:4, 90:11, 122:9, 155:23, 215:16
**showed** [7] - 55:21, 56:5, 145:10, 200:12, 206:9, 215:9, 265:21
**showing** [6] - 49:6, 49:7, 91:10, 194:3, 207:3, 258:2
**shown** [1] - 224:4
**shows** [2] - 149:7, 160:10
**shut** [2] - 108:5, 171:17
**shutdown** [4] - 59:14, 118:2, 118:6, 118:12
**shuttered** [6] - 59:14, 59:21, 60:3, 60:7, 75:22, 165:10
**shutting** [1] - 255:13
**side** [2] - 73:17, 263:4
**sign** [9] - 36:24, 57:23, 80:6, 80:25, 82:7, 139:17, 139:24, 140:5, 165:23
**signatory** [1] - 157:7
**signature** [2] - 139:16, 248:21
**signed** [17] - 4:15, 4:18, 55:5, 58:2, 75:18, 76:22, 80:9, 81:17, 81:18, 82:8, 104:8, 138:13, 139:14, 139:19, 140:4, 159:25, 227:8
**Signed** [1] - 275:22
**signing** [1] - 138:21
**signs** [2] - 82:4, 82:5
**silent** [1] - 229:14
**simple** [1] - 254:2
**single** [3] - 94:7, 224:25, 232:6
**sit** [3] - 70:19, 115:13, 115:25
**sitting** [5] - 183:19, 183:25, 184:6, 217:3, 261:5
**situation** [2] - 28:13,

182:4
**six** [1] - 153:14
**sixteen** [1] - 148:17
**Skircoski** [1] - 17:14
**slips** [3] - 31:19, 141:6, 141:11
**slow** [1] - 42:11
**small** [1] - 127:19
**SMITHTOWN** [1] - 1:15
**so-called** [2] - 148:6, 231:16
**so..** [11] - 20:12, 26:13, 31:12, 39:8, 46:8, 66:25, 106:6, 117:16, 118:5, 149:11, 184:22
**Sol** [1] - 5:14
**sold** [27] - 18:16, 18:19, 19:4, 19:5, 20:6, 50:17, 73:6, 73:7, 73:8, 83:7, 83:8, 87:14, 123:5, 140:16, 145:21, 147:3, 148:18, 149:8, 164:3, 175:8, 175:13, 204:22, 204:24, 205:10, 206:2, 206:18, 214:24
**some-odd** [1] - 86:16
**someone** [4] - 18:18, 77:23, 104:15, 243:4
**someplace** [1] - 68:3
**sometime** [4] - 122:4, 124:7, 222:21, 252:2
**sometimes** [1] - 212:4
**somewhere** [1] - 203:4
**soon** [4] - 150:18, 184:18, 262:3, 271:24
**sooner** [1] - 108:19
**Sorenson** [2] - 126:7, 127:6
**sorry** [26] - 13:6, 20:17, 38:8, 42:8, 43:24, 59:23, 64:22, 95:3, 109:4, 118:10, 135:13, 147:23, 152:22, 156:9, 156:13, 159:2, 166:21, 168:2, 174:20, 207:10, 241:6, 255:8, 257:9, 259:20, 270:8
**sounds** [1] - 175:5
**speaking** [7] - 21:13, 21:17, 27:4, 54:11, 119:10, 229:12,

252:25
**speaks** [1] - 61:18
**specific** [7] - 101:22, 112:18, 133:6, 193:9, 221:7, 231:7, 231:8
**specifically** [5] - 9:23, 74:10, 141:12, 221:23, 268:18
**specificity** [2] - 220:4, 220:25
**specifics** [3] - 219:16, 219:20, 222:3
**specify** [1] - 265:19
**speculation** [7] - 69:15, 103:20, 138:19, 139:9, 149:19, 264:19, 272:16
**speculative** [1] - 89:13
**spell** [4] - 40:12, 40:13, 110:8, 146:7
**spoken** [12] - 15:10, 24:15, 28:12, 117:15, 118:5, 118:16, 120:8, 217:19, 218:5, 218:8, 247:13, 251:2
**ss** [2] - 275:4, 278:4
**stand** [1] - 13:19
**standing** [1] - 261:11
**standouts** [1] - 15:2
**standpoint** [1] - 166:16
**stands** [1] - 7:5
**start** [1] - 97:19
**started** [25] - 10:9, 14:3, 45:25, 52:24, 54:25, 84:22, 102:5, 105:17, 129:4, 133:22, 142:21, 145:12, 145:13, 146:17, 173:6, 176:25, 196:3, 207:25, 222:18, 236:14, 240:24, 241:19, 249:5, 253:21, 264:2
**starting** [5] - 63:6, 173:5, 173:21, 255:18, 255:19
**State** [3] - 1:25, 275:25, 278:7
**STATE** [2] - 275:4, 278:3
**state** [9] - 5:7, 5:12, 7:22, 7:23, 27:16, 62:20, 72:5, 149:8, 202:3
**statement** [23] - 70:22,

73:18, 91:12, 150:14, 153:7, 153:20, 154:2, 154:5, 155:16, 156:23, 160:10, 160:13, 194:2, 201:9, 201:12, 204:25, 205:3, 205:5, 205:9, 205:18, 215:12, 258:5, 276:16
**statement's** [1] - 150:15
**statements** [24] - 93:13, 142:8, 142:23, 151:11, 151:12, 151:13, 151:23, 152:2, 152:10, 152:15, 152:19, 152:25, 153:11, 153:21, 154:8, 154:13, 154:18, 155:8, 155:23, 156:2, 156:15, 202:17, 241:23, 248:23
**STATES** [1] - 1:2
**states** [2] - 27:9, 242:24
**States** [3] - 50:21, 163:4, 163:5
**stating** [1] - 63:24
**station** [3] - 10:2, 10:4, 195:22
**status** [1] - 104:12
**stay** [1] - 246:22
**steal** [2] - 86:2, 132:12
**stealing** [3] - 31:14, 182:21, 224:18
**still** [24] - 11:9, 13:16, 18:8, 18:22, 19:13, 19:16, 19:23, 24:22, 25:20, 48:17, 67:21, 86:13, 88:25, 99:17, 107:21, 109:8, 169:2, 180:10, 194:21, 224:6, 236:10, 244:7, 256:24, 261:4
**STIPULATED** [3] - 4:2, 4:8, 4:13
**stock** [18] - 49:6, 54:20, 55:5, 56:17, 56:21, 56:23, 57:10, 57:16, 57:22, 58:2, 58:3, 58:10, 58:11, 58:17, 58:22, 190:14, 265:23, 273:22
**stocks** [1] - 159:12

**stole** [2] - 85:7, 86:9
**stolen** [5] - 31:17, 75:18, 85:24, 147:14, 148:8
**stop** [3] - 34:2, 83:22, 191:12
**stopped** [3] - 249:16, 255:5, 271:14
**stops** [1] - 240:4
**storage** [8] - 179:7, 179:9, 179:11, 179:16, 179:17, 179:21, 180:5, 181:4
**store** [38] - 11:2, 11:14, 12:14, 18:10, 18:12, 32:16, 41:15, 66:18, 83:5, 83:9, 100:19, 100:22, 109:10, 109:11, 127:25, 129:16, 145:4, 145:8, 149:24, 150:8, 150:10, 150:22, 160:8, 163:25, 164:4, 168:8, 170:8, 172:20, 172:24, 180:14, 180:19, 181:3, 194:21, 200:15, 208:7, 209:22, 209:23
**stored** [1] - 179:14
**stores** [44] - 11:8, 24:7, 41:24, 42:4, 42:7, 42:14, 65:22, 75:21, 83:3, 83:13, 83:16, 102:6, 102:8, 109:7, 109:13, 109:18, 110:2, 114:21, 114:22, 115:12, 135:6, 140:12, 144:23, 144:25, 153:4, 165:9, 167:12, 167:17, 167:25, 168:6, 170:15, 170:19, 170:21, 172:8, 173:4, 174:25, 180:12, 181:11, 181:25, 194:22, 198:16, 235:21, 236:25
**strange** [2] - 43:10, 43:13
**STREET** [1] - 1:8
**Street** [2] - 2:17, 3:18
**strict** [1] - 246:10
**strictly** [3] - 115:21, 170:7, 176:13
**strike** [1] - 71:3
**structure** [1] - 48:6

**stuff** [21] - 30:17, 47:21, 54:24, 64:13, 66:17, 68:20, 78:20, 132:11, 142:16, 158:13, 184:9, 196:5, 221:19, 221:24, 230:18, 230:19, 246:11, 254:2, 259:22, 259:24
**stuttered** [1] - 248:18
**subject** [2] - 55:3, 98:2
**submit** [3] - 47:9, 48:24, 183:15
**submitted** [10] - 55:19, 56:12, 92:3, 92:4, 93:7, 94:19, 94:21, 95:24, 154:5, 241:18
**submitting** [1] - 96:5
**subpoena** [3] - 90:19, 90:23, 112:21
**subscribed** [1] - 275:22
**subsequently** [1] - 44:19
**substance** [2] - 71:8, 240:6
**substantial** [3] - 84:16, 158:9, 237:6
**substantive** [1] - 218:24
**successful** [2] - 160:25, 161:2
**sudden** [4] - 84:5, 142:22, 150:19, 249:11
**sued** [6] - 26:10, 27:21, 27:23, 28:2, 158:6, 260:18
**suffer** [2] - 83:15, 122:14
**suffering** [1] - 83:11
**suggest** [2] - 57:9, 273:9
**suggested** [2] - 35:2, 35:4
**suggestion** [1] - 34:23
**suing** [4] - 26:12, 27:19, 29:23
**Suite** [2] - 2:19, 3:18
**sum** [1] - 71:7
**Sunrise** [15] - 2:12, 3:5, 17:6, 47:25, 48:7, 53:12, 53:23, 77:12, 167:20, 171:18, 189:2, 215:19, 260:24, 271:25

**SUNRISE** [3] - 1:4, 1:13, 1:17
**Superb** [187] - 2:4, 9:14, 9:21, 13:3, 13:16, 13:25, 15:18, 16:3, 16:12, 16:17, 16:20, 17:4, 31:14, 31:23, 32:4, 32:6, 32:8, 32:9, 33:11, 40:17, 41:14, 42:3, 46:12, 55:2, 67:9, 70:16, 71:9, 72:2, 74:2, 75:6, 76:17, 76:22, 83:2, 83:5, 83:8, 87:20, 88:19, 91:12, 98:9, 98:10, 99:22, 99:24, 100:6, 100:9, 102:7, 113:18, 115:3, 115:9, 117:2, 117:4, 117:13, 117:18, 118:8, 120:4, 122:20, 122:23, 123:3, 123:7, 124:24, 125:8, 125:9, 125:17, 125:21, 131:14, 131:16, 137:23, 140:2, 140:5, 140:15, 141:16, 142:24, 146:25, 150:19, 150:25, 151:24, 153:2, 153:5, 153:11, 156:24, 157:13, 157:15, 160:4, 163:7, 165:24, 166:5, 166:13, 167:24, 168:5, 168:11, 169:19, 170:3, 170:6, 170:14, 170:18, 172:13, 173:24, 174:11, 175:8, 175:13, 177:7, 177:15, 179:9, 179:17, 180:24, 185:8, 185:11, 187:4, 187:11, 192:25, 194:7, 196:22, 197:8, 197:22, 198:4, 198:5, 198:14, 198:18, 198:21, 198:24, 199:6, 199:12, 199:14, 201:16, 202:25, 204:22, 204:24, 205:13, 205:20, 206:2, 206:17, 206:22, 206:25,

207:5, 207:7, 207:13, 207:17, 211:14, 212:6, 212:13, 213:2, 213:23, 215:6, 222:11, 222:24, 226:23, 226:24, 227:2, 227:3, 228:7, 228:10, 234:9, 236:5, 237:8, 238:10, 243:2, 248:14, 248:17, 250:9, 250:21, 251:5, 258:2, 258:6, 258:10, 259:7, 264:17, 265:9, 265:13, 265:16, 266:8, 266:11, 266:13, 266:17, 267:6, 267:7, 267:12, 267:13, 267:21, 268:3, 268:8, 268:22, 269:3, 269:5, 269:10, 273:5, 273:10, 276:16
**SUPERB** [1] - 1:4
**Superb's** [7] - 82:12, 82:15, 102:3, 115:16, 151:3, 182:7, 199:8
**supplied** [3] - 141:20, 141:21, 200:17
**supply** [3] - 167:16, 173:3, 200:24
**supplying** [2] - 167:9, 172:25
**supposed** [5] - 66:20, 66:21, 89:20, 145:3, 205:16
**supposedly** [2] - 59:17, 221:20
**sure..** [1] - 76:8
**surprise** [1] - 243:8
**surprised** [2] - 230:6, 257:22
**survive** [1] - 84:25
**suspended** [1] - 84:11
**swear** [1] - 262:10
**sweetheart** [1] - 262:10
**switch** [1] - 54:22
**switched** [1] - 261:12
**sworn** [4] - 4:15, 4:19, 5:4, 278:11
**Syosset** [3] - 100:24, 101:3, 107:8
**SYOSSET** [1] - 1:13
**system** [15] - 41:17, 65:22, 66:14, 77:14,

94:10, 113:17, 114:13, 115:3, 115:8, 115:11, 115:15, 116:2, 139:10, 140:20, 145:6
**systems** [1] - 181:22

---

**T**

**tail** [1] - 210:5
**talks** [1] - 17:7
**tax** [20] - 54:5, 54:12, 61:6, 61:11, 201:15, 201:21, 201:24, 202:6, 202:15, 215:8, 215:13, 215:16, 215:22, 215:25, 236:23, 239:9, 269:2, 269:4, 269:5
**taxes** [3] - 46:2, 260:5, 265:23
**TEAM** [1] - 1:4
**team** [5] - 42:5, 44:15, 64:10, 68:19, 72:17
**Team** [1] - 2:5
**technically** [2] - 36:3, 138:6
**teens** [1] - 87:10
**teller** [1] - 141:9
**ten** [6] - 7:19, 73:7, 80:25, 178:5, 226:21, 229:10
**term** [2] - 158:17, 162:4
**termination** [1] - 84:13
**terms** [1] - 158:21
**testified** [5] - 5:5, 157:20, 192:17, 233:21, 243:3, 269:9
**testify** [2] - 224:25, 225:2
**testimony** [4] - 224:16, 275:9, 275:13, 278:13
**Text** [6] - 116:9, 235:3, 250:4, 276:21, 276:23, 277:5
**text** [36] - 38:24, 43:9, 43:10, 43:11, 43:13, 43:18, 43:21, 44:3, 63:24, 64:5, 67:20, 70:18, 71:14, 112:2, 112:8, 116:13, 122:6, 159:8, 170:24, 235:8, 235:23, 239:21, 239:22, 240:11,

243:16, 250:12, 250:15, 250:19, 251:25, 252:5, 255:3, 256:5, 257:24, 259:25, 269:11, 276:11
**texted** [1] - 115:5
**texting** [5] - 115:2, 115:8, 115:15, 116:2, 161:22
**texts** [11] - 66:25, 67:21, 67:24, 68:2, 68:9, 68:10, 73:5, 76:13, 161:25, 229:16, 262:8
**THE** [14] - 1:6, 5:6, 5:9, 5:11, 5:13, 8:7, 21:5, 36:16, 40:15, 42:12, 50:15, 90:13, 95:18, 118:15
**theft** [1] - 106:3
**thief** [1] - 106:6
**thinking** [1] - 150:24
**thinks** [1] - 120:15
**third** [1] - 21:10
**Thomas** [10] - 45:22, 153:20, 155:2, 155:3, 155:7, 155:14, 155:18, 155:22, 201:10, 201:11
**THOMAS** [1] - 1:12
**Thomasson** [6] - 5:20, 21:12, 21:20, 42:9, 97:17, 242:14
**THOMASSON** [36] - 1:11, 3:3, 5:18, 21:3, 22:2, 22:7, 22:11, 22:15, 62:4, 62:23, 63:2, 71:2, 89:18, 90:6, 91:5, 91:8, 97:6, 97:18, 110:10, 110:19, 113:15, 113:22, 116:7, 130:3, 191:9, 191:14, 192:19, 228:12, 228:18, 228:22, 232:15, 242:16, 269:22, 270:3, 273:24, 276:5
**thoughts** [1] - 54:3
**thousand** [4] - 156:23, 213:21, 226:21, 229:20
**thousands** [1] - 156:5
**three** [20] - 11:8, 18:5, 28:7, 29:23, 37:14, 74:22, 83:12, 86:19, 102:6, 109:9, 109:17, 109:20,

109:21, 132:18, 132:19, 148:18, 181:24, 183:16, 255:13, 271:13
**throughout** [4] - 56:3, 62:7, 73:8, 151:23
**thrown** [2] - 86:4, 248:12
**tight** [1] - 84:24
**timeframe** [2] - 214:15, 258:24
**timely** [1] - 201:18
**tires** [1] - 186:23
**title** [2] - 264:23, 265:2
**titles** [4] - 214:16, 214:24, 215:2, 215:4
**today** [19] - 15:11, 16:17, 18:12, 68:2, 86:8, 106:20, 115:13, 115:25, 116:4, 123:9, 131:14, 190:25, 219:8, 219:13, 220:3, 221:10, 231:19, 232:11, 233:19
**together** [9] - 47:2, 129:7, 132:13, 153:6, 153:8, 161:6, 230:2, 253:18, 259:24
**token** [13] - 77:14, 77:18, 77:19, 77:24, 78:11, 78:12, 78:23, 78:25, 79:4, 113:17, 115:23
**tokens** [6] - 77:17, 77:20, 78:5, 78:17, 114:5, 115:21
**ton** [3] - 85:10, 211:4, 211:5
**tons** [1] - 84:22
**Tony** [1] - 22:10
**took** [35] - 25:10, 26:3, 33:10, 33:14, 33:17, 37:15, 74:11, 75:4, 75:5, 109:21, 118:2, 120:20, 120:22, 123:23, 124:8, 140:4, 140:15, 140:25, 141:4, 141:6, 165:22, 168:7, 168:10, 169:5, 169:6, 182:6, 188:25, 197:4, 207:5, 210:5, 210:6, 210:8, 213:15, 225:3, 225:7
**top** [2] - 149:2, 255:21
**total** [4] - 19:22,

80:23, 94:3, 182:17
**totalling** [1] - 76:19
**touch** [4] - 19:8, 19:13, 19:16, 107:21
**tow** [1] - 187:11
**towards** [6] - 83:2, 157:25, 210:5, 235:20, 253:20, 255:11
**track** [3] - 144:16, 144:25, 197:25
**trade** [2] - 174:24, 190:7
**trade-in** [1] - 190:7
**trade-ins** [1] - 174:24
**training** [2] - 7:3, 7:10
**transaction** [2] - 58:12, 255:12
**transcript** [2] - 275:9, 275:11
**transfer** [2] - 82:14, 82:18
**transferred** [2] - 82:17, 273:22
**transferring** [1] - 82:20
**trees** [1] - 212:4
**trial** [4] - 4:12, 90:8, 90:12, 93:14
**TRO** [4] - 214:2, 214:8, 214:11, 260:22
**trouble** [5] - 22:3, 110:6, 181:14, 181:17, 181:19
**truck** [1] - 187:11
**true** [6] - 93:18, 96:6, 231:14, 275:12, 275:14, 278:13
**trust** [1] - 112:16
**trusted** [2] - 139:23, 140:10
**truth** [2] - 85:8, 96:4
**try** [4] - 94:10, 142:16, 150:16, 246:15
**trying** [14] - 54:8, 69:18, 85:10, 85:11, 130:22, 142:9, 181:17, 193:10, 199:9, 222:2, 232:24, 254:23, 273:9, 273:12
**turn** [3] - 100:12, 106:24, 242:14
**turned** [3] - 69:10, 69:19, 246:5
**twenty** [1] - 123:20
**twenty-five** [1] - 123:20
**twice** [1] - 160:18

**two** [41] - 9:3, 11:18, 17:2, 17:5, 20:24, 33:7, 35:14, 37:14, 37:15, 50:3, 50:5, 59:16, 59:20, 60:7, 78:20, 102:8, 105:22, 109:22, 116:24, 119:13, 128:22, 160:25, 167:19, 172:7, 183:16, 187:14, 187:17, 187:21, 189:6, 194:3, 194:22, 213:12, 216:14, 222:22, 223:10, 228:13, 235:21, 244:10, 257:17, 259:8, 265:4
**type** [4] - 5:23, 6:24, 7:3, 111:19
**types** [1] - 237:20
**typical** [1] - 81:23
**typically** [7] - 37:10, 37:16, 51:21, 51:24, 52:2, 52:17, 80:5

## U

**UCCs** [1] - 26:5
**UEA** [1] - 1:15
**unaccounted** [2] - 148:15, 148:16
**unauthorized** [1] - 165:23
**uncomfortable** [1] - 183:3
**undelivered** [1] - 184:2
**under** [9] - 8:19, 39:21, 39:22, 95:13, 97:25, 172:14, 177:8, 208:15, 275:9
**understood** [2] - 78:6, 245:12
**underwriter** [3] - 244:2, 260:3, 260:13
**Uniondale** [2] - 1:19, 3:11
**UNITED** [1] - 1:2
**United** [3] - 50:21, 163:4, 163:5
**University** [1] - 6:22
**unnecessary** [1] - 72:10
**unwind** [1] - 207:25
**unwound** [2] - 205:16, 205:23, 206:6, 206:11, 206:15
**up** [75] - 8:4, 10:25, 31:22, 32:3, 41:14,

46:21, 52:8, 52:17, 52:22, 60:5, 60:12, 71:23, 75:24, 80:6, 81:21, 83:11, 84:8, 90:11, 93:11, 97:12, 98:6, 98:8, 98:9, 99:2, 99:9, 100:15, 104:24, 105:5, 105:7, 105:11, 105:16, 114:10, 116:2, 119:10, 122:15, 127:22, 129:6, 129:10, 142:18, 145:10, 145:14, 146:18, 146:22, 147:12, 155:17, 158:2, 158:5, 158:12, 158:16, 170:17, 185:2, 185:3, 185:6, 187:24, 193:8, 196:11, 196:23, 197:21, 200:13, 211:20, 235:21, 239:19, 239:23, 240:4, 243:21, 245:16, 253:22, 257:18, 261:14, 261:20, 263:12, 264:7, 266:12, 269:23, 271:13
**updated** [1] - 218:12
**updates** [2] - 218:4
**upset** [8] - 63:25, 108:12, 108:14, 108:15, 108:16, 108:21, 246:6
**Urrutia** [34] - 2:6, 5:10, 5:19, 6:12, 21:21, 46:15, 48:11, 62:15, 63:11, 69:7, 71:6, 89:24, 90:11, 90:20, 91:10, 91:19, 95:14, 96:11, 96:23, 106:16, 110:16, 133:7, 192:20, 225:10, 228:24, 232:18, 233:11, 235:7, 238:14, 240:20, 242:22, 250:11, 264:7, 264:11
**URRUTIA** [6] - 1:4, 1:23, 275:7, 275:19, 276:4, 278:9
**Urrutia's** [1] - 276:9
**US** [1] - 176:8
**utilities** [1] - 195:9
**utilize** [1] - 82:25
**utilized** [2] - 92:18,

115:3

## V

**vacation** [3] - 44:4, 105:18, 158:20
**vague** [3] - 89:9, 217:11, 217:17
**value** [6] - 160:3, 160:7, 160:23, 161:3, 169:15
**vehicles** [6] - 19:19, 19:21, 24:10, 25:2, 172:12, 172:19
**verbal** [1] - 174:18
**verbally** [3] - 86:25, 101:19, 135:11
**verified** [1] - 149:5
**verify** [1] - 149:6
**very..** [1] - 261:16
**vested** [1] - 230:2
**via** [3] - 2:22, 3:21, 161:25
**vicinity** [1] - 203:4
**videotapes** [5] - 87:25, 88:12, 88:19, 89:2, 89:7
**view** [3] - 78:18, 78:24, 106:18
**violation** [1] - 214:8
**virtually** [1] - 21:9
**voice** [1] - 114:10
**Volkswagen** [4] - 123:15, 127:23, 198:18, 198:19
**Volkswagon** [2] - 10:21, 109:10
**volumes** [1] - 232:5
**VP** [4] - 18:3, 234:12, 244:2, 264:25
**VPs** [1] - 234:12

## W

**wait** [2] - 50:10, 97:5
**waiting** [2] - 26:7, 272:2
**waived** [1] - 4:7
**walk** [1] - 145:3
**walked** [1] - 127:23
**Wantagh** [1] - 3:6
**warning** [1] - 43:23
**waste** [1] - 47:10
**watch** [1] - 21:6
**week** [6] - 7:18, 147:19, 158:18, 159:10, 183:16, 258:15
**weeks** [7] - 74:22, 89:11, 105:22,

183:16, 222:22, 223:10

**Weinstein** [30] - 99:14, 141:22, 142:19, 233:23, 234:4, 235:15, 235:25, 236:15, 236:17, 236:20, 237:15, 241:2, 241:24, 242:25, 243:5, 243:12, 248:7, 251:15, 264:22, 264:24, 265:6, 265:12, 266:9, 266:24, 267:5, 267:11, 268:19, 268:21, 269:11, 271:6

**WEIR** [1] - 3:14

**well-put-together** [1] - 47:2

**WHEREOF** [1] - 278:20

**whole** [11] - 46:16, 130:17, 131:2, 131:19, 142:21, 144:6, 158:11, 181:25, 183:13, 196:19, 230:11

**wholesale** [3] - 122:24, 147:4, 198:23

**wholesaled** [1] - 87:11

**wholesaler** [4] - 146:3, 146:4, 146:10, 148:21

**wholesalers** [2] - 87:12, 145:22

**Widener** [1] - 3:17

**wife** [2] - 161:14, 161:19

**willing** [1] - 23:11

**wind** [1] - 129:6

**windows** [1] - 186:22

**wire** [1] - 49:2

**wires** [1] - 78:19

**withdrawing** [1] - 172:3

**withdrawn** [1] - 152:24

**witness** [6] - 5:3, 21:12, 233:6, 274:4, 278:10, 278:14

**WITNESS** [13] - 5:9, 5:13, 8:7, 21:5, 36:16, 40:15, 42:12, 50:15, 90:13, 95:18, 118:15, 276:3, 278:20

**witness's** [1] - 22:6

**wonderful** [1] - 242:5

**wondering** [1] - 194:5

**word** [6] - 68:11, 68:14, 71:19, 92:18, 92:20, 92:21

**wording** [4] - 63:25, 266:15, 267:17, 271:10

**words** [3] - 17:23, 71:17, 116:2

**worries** [1] - 212:2

**worth** [6] - 10:5, 121:11, 160:8, 160:15, 182:14, 221:22

**wracking** [1] - 255:15

**write** [9] - 74:17, 74:18, 81:19, 81:20, 82:3, 82:11, 160:14, 209:16, 213:22

**Write** [2] - 80:4, 81:25

**writing** [10] - 38:23, 67:18, 76:16, 79:25, 81:21, 92:14, 101:18, 164:7, 239:19, 240:5

**written** [6] - 69:19, 95:24, 130:19, 141:8, 141:12, 247:11

**wrongdoing** [3] - 130:5, 134:7, 267:20

**wrongful** [1] - 69:20

**wrongfully** [4] - 33:22, 133:15, 134:3, 134:14

**wrote** [14] - 68:15, 74:16, 74:23, 76:22, 77:22, 79:10, 79:11, 80:11, 80:16, 80:22, 135:19, 138:9, 164:13, 214:3

## X

**X(Cont'd** [1] - 277:2

## Y

**year** [17] - 6:17, 6:19, 31:5, 75:23, 108:2, 109:2, 109:3, 118:23, 118:25, 119:2, 153:14, 168:13, 168:23, 197:23, 206:5, 206:12, 206:16

**years** [14] - 7:16, 11:18, 30:18, 60:16, 116:25, 123:18,

123:20, 123:24, 132:20, 144:24, 204:2, 262:16, 262:17

**yes-or-no** [9] - 48:10, 65:12, 166:8, 212:18, 225:9, 226:8, 227:13, 231:11, 232:3

**yesterday** [1] - 239:24

**YORK** [3] - 1:3, 275:4, 278:3

**York** [11] - 1:19, 1:25, 2:8, 2:20, 3:6, 3:11, 27:23, 180:24, 275:25, 278:8

**yourself** [10] - 24:16, 35:15, 35:17, 53:19, 93:3, 106:19, 125:22, 129:19, 141:21, 209:14

**yup** [2] - 113:3, 113:7

## Z

**ZIZMOR** [1] - 2:11

**Zoom** [3] - 2:22, 3:21, 232:23