# CYRULI SHANKS
### CYRULI SHANKS & ZIZMOR LLP

Jeffrey C. Ruderman<br>
email: jruderman@cszlaw.com<br>
Admitted NY, NJ and CT

February 5, 2026

Via ECF

Hon. James M. Wicks, U.S.M.J.
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 1020
Central Islip, NY 11722

  Re: Superb Motors Inc. et. al. v. Deo, et. al., Case No. 2:23-cv-6188 (JMW)

Dear Magistrate Judge Wicks:

  This firm represents the "Island Auto Plaintiffs", being all Plaintiffs in the above referenced matter <u>other than</u> the "Superb Plaintiffs" (being Superb Motors Inc., Team Auto Sales LLC, and Robert Anthony Urrutia) (and together with the Island Auto Plaintiffs, "Plaintiffs"). We write this letter along with the Superb Plaintiffs respectfully requesting leave to respond to the opposition to Plaintiffs' motion for sanctions (ECF No. [397]) and Plaintiffs' motion to compel (ECF No. [398]) filed yesterday by Defendant Harry Thomasson ("Thomasson") and Richard Benjamin ("Benjamin"), attorney for the Deo Defendants.

  In Thomasson's opposition he raises arguments beyond the motion. He further makes arguments which misstate Plaintiffs' legal and factual positions.

  Benjamin's opposition omits or misstates material facts concerning prior occasions and circumstances which led to the filling of the motion.

  Plaintiffs have not had an opportunity to address these legally or factually inaccurate statements.

  As such, Plaintiffs respectfully request leave to submit a response to that opposition by Monday, February 9, 2026.

  We thank the Court for its consideration in this regard.

ATTORNEYS AT LAW<br>
420 LEXINGTON AVENUE, NEW YORK, NEW YORK 10170<br>
TEL: (212) 661-6800 • FAX: (212) 661-5350

# CYRULI SHANKS
CYRULI SHANKS & ZIZMOR LLP

Respectfully yours,

CYRULI SHANKS & ZIZMOR LLP

_____/s/_____
Jeffrey Ruderman, Esq.
420 Lexington Avenue, Suite 2320
New York, NY 10170-0002
(212) 661-6800 (office)
(347) 379-4622 (direct dial)
(212) 661-5350 (facsimile)
jruderman@cszlaw.com

*Attorneys for Remaining Plaintiffs*

By:  */s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorneys for Defendant*
*Superb Motors Inc.*
*Team Auto Sales LLC, &*
*Robert Anthony Urrutia*

cc:   All counsel via ECF