11/19/23, 9:16 AM Case 2:23-cv-06188-JMW Document 410-2 Filed 02/09/26 Page 1 of 1 PageID #:
FW: 189 Sunrise Hwy Auto LLC/Anthony Deo - tonyu814@gmail.com
10375

**Subject:** Re: 189 Sunrise Hwy Auto LLC/Anthony Deo

Mr. Shanks, I will forward you my wiring instructions after dinner tonight.

HARRY R. THOMASSON, Esquire.

3280 Sunrise Highway

Box 112

Wantagh, NY 11793

516-557-5459

If you receive this message in error, please destroy same and notify sender. This office does not give tax advice.

On Fri, Nov 18, 2022 at 6:27 PM, Russell Shanks <rshanks@cszlaw.com> wrote:

> Mr. Thomasson,
>
> As indicated below, our client has agreed to wire the funds in question to you on Monday to hold in escrow. Pl
>
> Upon confirmation of same, please contact me to attempt to resolve all outstanding issues.
>
> **Russell J. Shanks, Esq.**
>
> CYRULI SHANKS
>
> 420 Lexington Avenue, Suite 2320
>
> New York, New York 10170
>
> (212) 661-6800 (phone)
>
> (212) 661-5350 (facsimile)
>
> PLEASE NOTE MY NEW EMAIL ADDRESS: rshanks@cszlaw.com
>
> ---
>
> **From:** Russell Shanks
> **Sent:** Friday, November 18, 2022 6:14 PM
> **To:** 'emarx@pdcn.org' <emarx@pdcn.org>
> **Subject:** 189 Sunrise Hwy Auto LLC/Anthony Deo
>
> Detective Marx,
>
> Confirming our telephone conversation, our client is prepared to wire the funds drawn on the account of 189 S