# Sage Legal LLC

**18211 Jamaica Avenue • Jamaica, NY 11423-2327 • (718) 412-2421 • emanuel@sagelegal.nyc**

**VIA ECF**  February 12, 2026
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. James M. Wicks, U.S.M.J.
100 Federal Plaza, Courtroom 1020
Central Islip, NY 11722-4438

      *Re:*    **Superb Motors Inc.,** *et al.* **v. Deo,** *et al.*
             **Case No.: 2:23-cv-6188 (JMW)**

Dear Judge Wicks:

    This firm together with Cyruli Shanks & Zizmor LLP represents the Plaintiffs in this case, who write jointly with Defendants Anthony Deo ("Deo"), Flushing Bank ("Flushing"), and Libertas Funding LLC ("Libertas")[1] in accordance with this Court's Order today requiring the submission of a joint letter apprising the Court as to any remaining issues as well as the time left of Mr. Deo's deposition, and to confirm that the deposition will continue in-person at the Central Islip Courthouse, Courtroom 1020, tomorrow, February 13, 2026, at 9:15 AM, with a court reporter the Plaintiffs will procure.

    First, the parties regrettably were not able to resolve the issues raised with the Court concerning Deo's refusal to answer questions, two of which have been marked for a ruling, of which Plaintiffs will produce a rough transcript for the Court's review upon receipt from the court reporter.

    Second, there remains three (3) hours and fifty-six (56) minutes to Deo's examination by the Island Auto Group ("IAG") Plaintiffs. In addition, Flushing and Libertas each wish to depose Deo thereafter.

    Third, in light of the remaining issues, the parties will appear at 9:00 AM tomorrow with a court reporter as directed by the Court to obtain rulings on the issues raised and to otherwise complete Deo's deposition. As discussed with the Court during the telephonic conference today, counsel for IAG Plaintiffs must conclude the deposition by 1:30 PM in order to make it back to New Jersey where he resides in time to observe the Sabbath. This should be doable given that the deposition can begin at 9:15 AM until 1:15 PM.

    The parties thank this Court for its time and attention to this case.

---

[1] These are the only parties present for Deo's deposition. As reflected in this Court's Order dated today, Bonnie Walker, Esq. appeared on behalf of Deo. Defendant Harry R. Thomasson, Esq. was not present for today's deposition.

Dated: Jamaica, New York　　　　　　　　Respectfully submitted,
　　　　February 12, 2026　　　　　　　　**SAGE LEGAL LLC**
　　　　　　　　　　　　　　　　　　　　By:  _/s/ Emanuel Kataev, Esq._

Dated: New York, New York　　　　　　　**CYRULI SHANKS & ZIZMOR LLP**
　　　　February 12, 2026　　　　　　　　　　　/s_____
　　　　　　　　　　　　　　　　　　　　Jeffrey Ruderman, Esq.

**VIA ECF**
All counsel of record　　　　　　　　　　_Attorneys for Plaintiffs_