**THE LINDEN LAW GROUP, P.C.**
250 Park Avenue, 7th Floor
New York, New York 10177
(212) 655-9536

---

February 13, 2025

<u>**Via ECF**</u>

Honorable James M. Wicks
U.S. District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

    Re:    *Superb Motors, Inc., et al. v. Anthony Deo, et al.*
             Case No. 2:23-cv-6188 (JW)

Dear Judge Wicks:

    On behalf of the Deo Defendants, I must respectfully request an adjournment of the 2/24/26 oral argument on the Motions at ECF Nos: #392 and 398 as I am at an out of state business trip the week of February 23, 2026.

    I have advised and conferred with Plaintiffs' counsel who has said that March 9 or March 12 is good for them, which I can do too.

    Thanking the Court for its consideration in this matter.

                                   Very truly yours,

                                   *Jeffrey Benjamin*

                                   Jeffrey Benjamin, Esq.