UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SUPERB MOTORS INC., et al.,                :

                Plaintiffs,          :

      - against -                :

ANTHONY DEO, et al.,                       :

                Defendants.          :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No: 23-cv-6188 (JMW)

NOTICE OF APPEARANCE

      PLEASE TAKE NOTICE, that Bonnie H. Walker, Esq., an attorney admitted to practice in New York State and before the bar of this Court, hereby appears in the within action on behalf of Defendants Anthony Deo and Sarah Deo.

Dated:  New York, New York
        February 21, 2026

                                      By: /s/ Bonnie H. Walker
                                      Bonnie H. Walker, Esq.
                                      THE LAW OFFICE OF BONNIE H. WALKER
                                      110 Seaman Avenue, #9H
                                      New York, New York 10034
                                      (646) 284 7230
                                      bonnie.walker@bhwlegal.net

                                      *Of Counsel to Jeffrey Benjamin, Esq.,*
                                      *Attorneys for Defendants Anthony Deo and Sarah Deo*

TO:  ALL COUNSEL OF RECORD VIA ECF