# Harry R. Thomasson, Esq.

3280 Sunrise Highway, Box 112     Admitted:
Wantagh, New York  11793     Massachusetts
Tel. 516-557-5459     New York
hrtatty@verizon.net

February 23, 2026

VIA ECF ONLY

Honorable James M. Wicks
U.S. Federal District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY  11722

       Re: *Superb Motors, Inc., et al. v. Anthony Deo, et al.*
            Case No. 2:23-cv-6188 (JW)

Your Honor:

      I am writing to move on consent of the moving parties to extend the dates applicable to the outstanding Motion to Dismiss Defendants' Counterclaims.  In response to the Plaintiffs' letter motion for a pre motion conference regarding dismissal of Defendants' Counterclaims (at ECF docket #399), this Court issued a scheduling order on February 3, 2026 (immediately after ECF docket #402), ordering (*inter alia*) that opposition to the Motion to Dismiss is due February 23, 2026, with replies due on March 2, 2026.

      After conferring with Plaintiffs'/moving attorneys on this matter (Mr. Ruderman and Mr. Kataev), they consent to moving the opposition date for all opposing Defendants one (1) week from February 23, 2026, until March 2, 2026, with replies due on March 11, 2026.

      Accordingly, I hereby move on consent to extending the date for Defendants' opposition to the Motion to Dismiss until March 2, 2026, and also extending the date for replies until March 11, 2026.  The reason for the within request is to accommodate the attorneys' schedules opposing the Motion to Dismiss, including my own medical visits, Mr. Benjamin being away on business, and also storm accommodations.

      Awaiting the Court's decision, I remain,

                                      Very truly yours,

                                      *Harry R. Thomasson*

                                      Harry R. Thomasson, Esq.