UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SUPERB MOTORS INC., TEAM AUTO SALES LLC, ROBERT ANTHONY URRUTIA, 189 SUNRISE HWY AUTO LLC, NORTHSHORE MOTOR LEASING, LLC, BRIAN CHABRIER, JOSHUA AARONSON, JORY BARON, ASAD KHAN, IRIS BARON REPRESENTATIVE OF THE ESTATE OF DAVID BARON, 1581 HYLAN BLVD AUTO LLC, 1580 HYLAN BLVD AUTO LLC, 1591 HYLAN BLVD AUTO LLC, 1632 HYLAN BLVD AUTO LLC, 1239 HYLAN BLVD AUTO LLC, 2519 HYLAN BLVD AUTO LLC, 76 FISK STREET REALTY LLC, 446 ROUTE 23 AUTO LLC and ISLAND AUTO MANAGEMENT, LLC,

Case No.: 2:23-cv-6188 (JMW)

**SUPPLEMENTAL DECLARATION OF EMANUEL KATAEV, ESQ. IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL THE TESTIMONY OF DEFENDANT DWIGHT BLANKENSHIP**

                          Plaintiffs,

        -against-

ANTHONY DEO, SARAH DEO, HARRY THOMASSON, DWIGHT BLANKENSHIP, MARC MERCKLING, MICHAEL LAURIE, THOMAS JONES, CPA, CAR BUYERS NYC INC., GOLD COAST CARS OF SYOSSET LLC, GOLD COAST CARS OF SUNRISE LLC, GOLD COAST MOTORS AUTOMOTIVE GROUP LLC, GOLD COAST MOTORS OF LIC LLC, GOLD COAST MOTORS OF ROSLYN LLC, GOLD COAST MOTORS OF SMITHTOWN LLC, UEA PREMIER MOTORS CORP., DLA CAPITAL PARTNERS INC., JONES, LITTLE & CO., CPA'S LLP, FLUSHING BANK, LIBERTAS FUNDING LLC, J.P. MORGAN CHASE BANK, N.A., 189 SUNRISE HWY AUTO LLC, and NORTHSHORE MOTOR LEASING, LLC,

                          Defendants.
------------------------------------------------------------------X

       Emanuel Kataev, Esq., declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

1. I am admitted to practice before this Court and am a member of Sage Legal LLC, attorneys for the Plaintiffs Superb Motors Inc. ("Superb"), Team Auto Sales LLC ("Team"), and Robert Anthony Urrutia ("Urrutia") in this case.

2. As such, I am familiar with all the facts and circumstances heretofore had herein based upon my personal knowledge and a review of the file maintained by this office.

3. Together with Cyruli Shanks & Zizmor LLP, our firms represent the Plaintiffs in this case.

4. Plaintiffs submit this declaration pursuant to this Court's Orders dated February 20, 2026 and February 24, 2026.

5. Preliminarily, your undersigned apologizes for failing to meet the original deadline.

6. The reason for my failure to timely submit the requested emails was because I was traveling and was unable to find a flight back to New York; my travails led me from out of the country to Charlotte, North Carolina, to Washington, D.C., and I was then only able to get home late last night by being fortunate enough to rent the last available vehicle out of IAD – a twelve (12) passenger van – whereupon I was compelled by the unwritten rules of being a good Samaritan to bring along three (3) other stranded travelers seeking a ride to Newark on the way home.

7. I therefore respectfully submit there was good cause and excusable neglect warranting an extension of time pursuant to Rule 6(b)(1)(B) of the Federal Rules of Civil Procedure, which I thank this honorable Court for granting *sua sponte*.

8. In any event, a true and accurate copy of the first and second portions of the rough transcript, as set forth in my original declaration at ¶¶ 6 and 7, is annexed hereto as **Exhibit "A."**

9. A true and accurate copy of the third portion of the rough transcript, as set forth in my original declaration at ¶ 8, is annexed hereto as **Exhibit "B."**

I declare under penalty of perjury that the foregoing is true and correct.   Executed on February 24, 2026.

               */s/ Emanuel Kataev, Esq.*
               Emanuel Kataev, Esq.