# Emanuel Kataev

| | |
|---|---|
| **From:** | Ruthayn Shalom <ruthaynshalom@gmail.com> |
| **Sent:** | Wednesday, February 18, 2026 6:15 PM |
| **To:** | Emanuel Kataev |
| **Subject:** | Re: Requested testimony |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

**Caution: This email originates from outside of the sagelegalllc.com. Do not click links or open attachments unless you recognize the sender and know the content is safe**

Here you go!
Thanks for your understanding. This makes grandbaby number 4
If you still need a completed rough draft let me know and I'll get it to you asap


BY MR. KATAEV:

3    Q   Mr. Blankenship, are you ready?

4    A   Yes, sir.

5    Q   On that day on August 3rd when you

6  arrived, did you have any understanding or concern

7  that you were going to be brought into this lawsuit?

8    A   No.

9    Q   On that day did you seek legal advice from

10  anybody?

11    A   I didn't think I was getting involved in a

12  case.

13    Q   In other words you did not seek legal

14  advice from anybody, correct?

15    A   No.

16    Q   In connection with your conversations with

17  Mr. Thommason, Merckling and Deo, you were not

18  looking for any legal advice, right?

19    A   In what?  I don't understand.

20    Q   At all, for anything.

21    A   I don't understand at all anything.  I

22  don't understand that.

23    Q   I'll rephrase.  I'm going to set the

24  scene, okay?

25        You arrive from Northshore to Superb

                              70

1          D. Blankenship

2  after Mr. Deo was already removed from the

3  dealership, correct?

4    A   Yes.

5    Q   When you arrived, Mr. Thommason and

6  Mr. Deo and Mr. Merckling were standing on the

7  sidewalk outside of the dealership, correct?

8    A   Yes.

9    Q   You approached them and had a conversation

10  which will be the subject of a ruling on March 2nd,

11  but during that conversation without saying what

12  happened during the conversation, you did not seek

13  legal advice from Mr. Thommason about anything at

                              2

14  all, correct?

15    A   I didn't say anything.

16    Q   Okay.  Did you seek legal advice from

17  Mr. Thommason about anything?

18    A   I didn't know I needed it.

19    Q   In other words you did not ask for legal

20  advice?

21    A   No.

22    Q   After Mr. Deo was removed from the

23  dealership, did you learn about the allegations

24  levied by Mr. Uruttia against Mr. Deo?

25    A   Just what I have been shown in the court

71

1         D. Blankenship

2  papers.

3    Q   When were you first shown those court

4  papers?

5    A   I guess after I was named in it.

6    Q   Some time after August 17th of 2023,

7  correct?

8    A   Yes.

9    Q   Do you recall who showed it to you?

10    A   No, I don't recall.

11    Q   After you reviewed those papers, were

12  there any red flags that went off in your mind about

13  Mr. Deo?

14      MR. THOMASSON:  Objection to form.  Can

15   you rephrase that?

16      MR. KATAEV:  I'm not rephrasing.  He can

17   answer as asked.

18   A   Can you repeat that, please?

19      MR. KATAEV:  Read it back.

20  (Whereupon, the referred to question was read back

21       by the reporter.)

22      MR. THOMASSON:  Objection as to form.  Can

23   you rephrase that, please?

24      MR. KATAEV:  I'm not rephrasing it.

25   Please answer as asked.

                        72

1         D. Blankenship

2      MR. THOMASSON:  I'm asking the witness not

3   to answer this question as asked.  I'm asking

4   you to rephrase the question.  It's an

5   objection as to form.

6      MR. RUDERMAN:  An objection as to form

7   means you just object as to form.  You cannot

8   direct the witness not to answer based on

9   objection to form.

4

10      You want to call the judge again?

11      MR. KATAEV:  I'm going to call the judge.

12      I'm not going to put up with this.

13      MR. THOMASSON:  You can answer the

14      question, Mr. Blankenship, if you understand

15      it.

16      MR. KATAEV:  Not if you understand it.

17      Don't coach him.  You can answer the question.

18      Please answer the question.

19      A   Repeat the question, please.

20      MR. KATAEV:  Read it back, please.

21  (Whereupon, the referred to question was read back

22          by the reporter.)

23      A   Not that I'm aware of, no.

24      Q   After this incident occurred, did Mr. Deo

25  offer you anymore opportunities to work for him?

On Wed, Feb 18, 2026 at 5:48 PM Emanuel Kataev <emanuel@sagelegal.nyc> wrote:

Oh, sorry for the confusion.  I would need the rough by tomorrow so if you can't do so for understandably wonderful reasons (mazal tov!), please send the testimony in a separate email that I referenced below.

Thanks and congrats again!

5