# CYRULI SHANKS
### CYRULI SHANKS & ZIZMOR LLP

Jeffrey C. Ruderman
email: jruderman@cszlaw.com
Admitted NY, NJ and CT

February 27, 2026

**VIA ECF**
Hon. James M. Wicks, U.S.M.J.
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 1020
Central Islip, NY 11722

   Re: Superb Motors Inc. et. al. v. Deo, et. al., Case No. 2:23-cv-6188 (JMW)

Dear Magistrate Judge Wicks:

  This firm represents the "Island Auto Plaintiffs", being all Plaintiffs in the above referenced matter other than the "Superb Plaintiffs" (being Superb Motors Inc., Team Auto Sales LLC, and Robert Anthony Urrutia) (and together with the Island Auto Plaintiffs, "Plaintiffs"). Plaintiffs write this letter to respectfully request a two week extension of time to submit the affidavit or declaration setting forth the basis for costs and attorney's fees for attendance at the scheduled deposition of Michael Laurie, with the appropriate supporting documentation, as provided in the Court's February 19, 2026 Order on motion for sanctions (ECF Doc. 416), currently due to be filed today, February 27, 2026. The only objection to this request was from Jeffrey Benjamin, Esq., the attorney for the Deo Defendants, who claims that there is no good cause.

  Between covering our other matters, as well as conducting two depositions this week in this matter, including today, preparation for oral argument on Monday before this Court, and two more depositions in this matter next week, we have been unable to prepare the declaration or gather the supporting documents. As such, Plaintiffs respectfully request until Friday, March 13, 2026 to submit the declaration and supporting papers, with any opposition to be filed by March 20, 2026.

  Consistent with ¶ 1(D) of this Court's Individual Practice Rules, Plaintiffs respectfully submit that: (i) the original date by which to submit the declaration and supporting documents is currently February 27, 2026; (ii-iii) there have been no previous requests for an extension of this deadline; (iv) an extension of time is necessary to prepare the declaration and gather the supporting documents; and (v) the only objection to this request was from Jeffrey Benjamin, Esq., the attorney for the Deo Defendants, who claims that there is no good cause. For the foregoing reasons, Plaintiffs respectfully submit that sufficient good cause exists to warrant this Court's exercise of discretion in favor of granting the extension. See Fed. R. Civ. P. 6(b)(1)(A).

  We thank the Court for its consideration in this regard.

# CYRULI SHANKS
### CYRULI SHANKS & ZIZMOR LLP

                                                Respectfully yours,

                                                */s/ Jeffrey C. Ruderman*
cc:    All counsel via ECF              Jeffrey C. Ruderman