# THE LINDEN LAW GROUP, P.C.
**250 Park Avenue, 7th Floor**
**New York, New York 10177**
**(212) 655-9536**

February 27, 2026

**<u>Via ECF</u>**

Honorable James M. Wicks
U.S. District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

      Re:    *Superb Motors, Inc., et al. v. Anthony Deo, et al.*
                Case No. 2:23-cv-6188 (JW)

Dear Judge Wicks:

      I represent the Deo Defendants. As I indicated to the Court and the parties previously, I was away on a business matter out of state this week returning Monday.

      Knowing that fact, Plaintiffs' counsel waited until the last moment and *today* asks for more time to submit its fee petition to the Court as a result of the Court's issuance of sanctions against me.

      I object to that request, there is no good cause for this request as Plaintiffs' counsel has known of the depositions in this case, presumably their work own schedule, and its timeline for its fee petition since February 19, 2026. And only today, counsel comes to Court at the 13th hour asking for an extension. The request is untimely at best, and in tactical bad-faith at worst.

                                                                  Very truly yours,

                                                                   *Jeffrey Benjamin*

                                                                  Jeffrey Benjamin, Esq.