UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SUPERB MOTORS INC., TEAM AUTO SALES LLC, ROBERT ANTHONY URRUTIA, 189 SUNRISE HWY AUTO LLC, NORTHSHORE MOTOR LEASING, LLC, BRIAN CHABRIER, JOSHUA AARONSON, JORY BARON, ASAD KHAN, IRIS BARON REPRESENTATIVE OF THE ESTATE OF DAVID BARON, 1581 HYLAN BLVD AUTO LLC, 1580 HYLAN BLVD AUTO LLC, 1591 HYLAN BLVD AUTO LLC, 1632 HYLAN BLVD AUTO LLC, 1239 HYLAN BLVD AUTO LLC, 2519 HYLAN BLVD AUTO LLC, 76 FISK STREET REALTY LLC, 446 ROUTE 23 AUTO LLC and ISLAND AUTO MANAGEMENT, LLC,

Case No.: 2:23-cv-6188 (JMW)

**DECLARATION IN SUPPORT**

                        Plaintiffs,

    -against-

ANTHONY DEO, SARAH DEO, HARRY THOMASSON, DWIGHT BLANKENSHIP, MARC MERCKLING, MICHAEL LAURIE, THOMAS JONES, CPA, CAR BUYERS NYC INC., GOLD COAST CARS OF SYOSSET LLC, GOLD COAST CARS OF SUNRISE LLC, GOLD COAST MOTORS AUTOMOTIVE GROUP LLC, GOLD COAST MOTORS OF LIC LLC, GOLD COAST MOTORS OF ROSLYN LLC, GOLD COAST MOTORS OF SMITHTOWN LLC, UEA PREMIER MOTORS CORP., DLA CAPITAL PARTNERS INC., JONES, LITTLE & CO., CPA'S LLP, FLUSHING BANK, LIBERTAS FUNDING LLC, J.P. MORGAN CHASE BANK, N.A., 189 SUNRISE HWY AUTO LLC, and NORTHSHORE MOTOR LEASING, LLC

                        Defendants.
------------------------------------------------------------------X

      Jeffrey C. Ruderman, Esq. declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

1. I am admitted to practice before this Court and am a partner in Cyruli Shanks & Zizmor LLP, attorneys for the "IAG Plaintiffs", being all Plaintiffs in the above referenced matter <u>other than</u> the "Superb Plaintiffs" (being Superb Motors Inc., Team Auto Sales LLC, and Robert Anthony Urrutia).

2. As such, I am familiar with all the facts and circumstances heretofore had herein based upon my personal knowledge and a review of the file maintained by this office.

3. I am admitted to practice law in New York since 1991, New Jersey since 1992 and Connecticut since 1990. I am also admitted to practice in the Eastern and Southern Districts of New York, the District of New Jersey and the Second Circuit.

4. I have been practicing law since being admitted to practice in 1990 and have been practicing litigation since 1992. I am primarily responsible for representing the IAG Plaintiffs in this matter and they are currently being billed at the rate of $545.00 per hour for my services. Based upon my knowledge and experience this a reasonable hourly rate.

5. In connection with the instant Order on motion for sanctions (ECF Doc 416), annexed hereto as Exhibit A is a redacted list of time entries for the IAG Plaintiffs showing my time in connection with the scheduling and appearance at the January 29, 2026 deposition of Defendant Michael Laurie, at which he did not appear, as well as my time in preparation, review and revision of the various filings in connection with the motion for sanctions, totaling 5.2 hours, for a total charge of $2,834.00.

6. Annexed hereto as Exhibit B is the invoice from Veritext, the court reporting company engaged for Mr. Laurie's January 29, 2026 deposition. The invoice amount is $685.00. The deposition was virtual. Annexed hereto as Exhibit C is a copy of the transcript in which Mr.

Laurie's failure to appear was marked. The transcript reflects that at 8:30 am the record was opened and it ended at 8:38 am.

7. IAG Plaintiffs respectfully request that this Court enter an Order for fees and expenses in the total amount of $3,519.00.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 2, 2026.

*/s/ Jeffrey C. Ruderman, Esq.*
Jeffrey C. Ruderman, Esq.
