Case 2:23-cv-06188-JMW     Document 427-1     Filed 03/02/26     Page 1 of 2 PageID #: 10632

EXHIBIT "A"

Detail Fee Transaction File List
CYRULI SHANKS & ZIZMOR LLP

| Client | Trans Date | Tkpr | H P | Tcode/ Task Code | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| **Client ID 86038.055 Island Auto Group** | | | | | | | | | |
| ▮▮▮ | ▮▮▮ | ▮ | ▮ | ▮ | ▮▮▮ | ▮▮ | ▮▮▮▮▮▮ | | ▮▮ |
| 86038.055 | 01/27/2026 | 6 | P | 34 | 545.00 | 0.30 | 163.50 | Correspondence with all counsel re: scheduling of depositions. | 565 |
| ▮▮▮ | ▮▮▮ | ▮ | ▮ | ▮ | ▮▮▮ | ▮▮ | ▮▮▮▮▮▮ | | ▮▮ |
| 86038.055 | 01/28/2026 | 6 | P | 34 | 545.00 | 0.40 | 218.00 | Correspondence with all counsel and with co-counsel re: scheduling depositions | 586 |
| 86038.055 | 01/29/2026 | 6 | P | 10 | 545.00 | 0.30 | 163.50 | Continued deposition of M. Laurie. | 551 |
| 86038.055 | 01/29/2026 | 6 | P | 6 | 545.00 | 1.60 | 872.00 | Review, revision and legal research re: Rule 37 motion for sanctions. | 587 |
| 86038.055 | 01/29/2026 | 6 | P | 34 | 545.00 | 0.20 | 109.00 | Correspondence with all counsel re: M. Laurie's failure to appear at deposition. | 591 |
| ▮▮▮ | ▮▮▮ | ▮ | ▮ | ▮ | ▮▮▮ | ▮▮ | ▮▮▮▮▮▮ | | ▮▮ |
| 86038.055 | 02/04/2026 | 6 | P | 6 | 545.00 | 0.30 | 163.50 | Review of opposition to motion for Rule 37 sanctions, consultation with co-counsel. | 588 |
| 86038.055 | 02/08/2026 | 6 | P | 6 | 545.00 | 0.60 | 327.00 | Review, revision and legal research re: reply on Rule 37 motion for sanctions. | 589 |
| 86038.055 | 02/09/2026 | 6 | P | 6 | 545.00 | 1.20 | 654.00 | Review and revision of reply letter for Rule 37 sanctions and to compel testimony. | 567 |
| ▮▮▮ | ▮▮▮ | ▮ | ▮ | ▮ | ▮▮▮ | ▮▮ | ▮▮▮▮▮▮ | | 569 |
| 86038.055 | 02/09/2026 | 6 | P | 6 | 545.00 | 0.30 | 163.50 | Review and revision re: reply on Rule 37 motion for sanctions. | 590 |
| **Total for Client ID 86038.055** | | | | | Billable | 27.10 | 14,769.50 | Island Auto Group Anthony Deo | |
| | | | | | **GRAND TOTALS** | | | | |
| | | | | | Billable | 27.10 | 14,769.50 | | |