EXHIBIT "B"

**Veritext, LLC - Northeast Region**

Tel. (516) 608-2400 Email: billing-li@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Jeffrey Ruderman | Invoice #: | 8971908 |
|---|---|---|---|
| | Cyruli Shanks & Zizmor LLP | Invoice Date: | 1/29/2026 |
| | 420 Lexington Ave. | Balance Due: | $685.00 |
| | Suite 2320 | | |
| | New York, NY, 10170 | | |

| **Case: Superb Motors Inc, Et Al. v. Deo, Anthony, Et Al. (2:23cv6188JMW)** | **Proceeding Type: EUO/Statement** |
|---|---|

Job #: 7813062    |    Job Date: 1/29/2026    |    Delivery: Normal

| Location: | New York, NY |
|---|---|
| Billing Atty: | Jeffrey Ruderman |
| Scheduling Atty: | Jeffrey Ruderman | Cyruli Shanks & Zizmor LLP |

| Witness: Statement | Amount |
|---|---|
| Statement on Record/Cert of Non-Appearance (CNA) | $355.00 |
| Professional Attendance | $95.00 |
| Logistics, Processing & Electronic Files | $60.00 |
| Virtual Services | $175.00 |

| Notes: | Invoice Total: | $685.00 |
|---|---|---|
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $685.00 |

TERMS:   Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

**Invoice #:  8971908**
**Invoice Date:   1/29/2026**
**Balance Due:   $685.00**

Pay by Credit Card: www.veritext.com

66482