EXHIBIT "C"

```
                                                              Page 1
 1
 2   UNITED STATES DISTRICT COURT
     EASTERN DISTRICT OF NEW YORK
 3   Civil Action No. 2:23-cv-6188-JMW
 4   - - - - - - - - - - - - - - - - - - x
     SUPERB MOTORS INC., et al.,
 5
                       Plaintiff,
 6
            - against -
 7
     ANTHONY DEO, et al.,
 8
                       Defendants.
 9
10   - - - - - - - - - - - - - - - - - - x
11
12
13          REMOTE STATEMENT FOR THE RECORD
14            Thursday, January 29, 2026
15
16
17
18
19
20
21
22   REPORTED BY:
23   SARA KILLIAN, RPR, RCR, NJ CCR
24
25
```

Page 2

1
2
3
4
5               **January 29, 2026**
6                  **8:30 a.m.**
7
8
9        Statement for the record, with
10   participants appearing via videoconference,
11   before Sara K. Killian, a Registered
12   Professional Reporter, Realtime Certified
13   Reporter and Notary Public.
14
15
16
17
18
19
20
21
22
23
24
25

```
                                                        Page 3
 1
 2   A P P E A R A N C E S :
 3
 4   SAGE LEGAL LLC
 5   Attorneys for Plaintiffs
 6   18211 Jamaica Avenue
 7   Jamaica, New York  11423
 8   BY: EMANUEL KATAEV, ESQ.
 9
10
11   CYRULI SHANKS & ZIZMOR LLP
12   Attorneys for Plaintiffs
13   420 Lexington Avenue, Suite 2320
14   New York, New York  10170
15   BY: JEFFREY RUDERMAN, ESQ.
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
 1
 2            MR. KATAEV:  Good morning,
 3   Madam Court Reporter and Mr. Ruderman.
 4   We're the only individuals present in
 5   the virtual meeting for today's
 6   deposition.  We are placing certain
 7   items on the record to present to the
 8   court at an appropriate time.
 9            Pursuant to a December 19th,
10   2025 order of the court in this case,
11   the parties were required to comply
12   with the deposition schedule set forth
13   in ECF docket entry 363.
14            As applicable here, the
15   deposition of Defendant Michael Laurie
16   was supposed to take place in person at
17   the office of the counsel for Flushing
18   Bank.
19            The parties had previously
20   conducted Mr. Laurie's deposition out
21   of turn on Tuesday.  We learned at that
22   deposition through the testimony of
23   Mr. Laurie that, one, he is out of the
24   country this week in Trinidad and not
25   in the United States; two, he was not
```

Page 5

```
 1
 2        available to be deposed for the entire
 3        day on Tuesday; three, we therefore
 4        agreed to continue his deposition
 5        today; four, he was unaware that he was
 6        required to appear for his deposition
 7        in person pursuant to the December 19,
 8        2025 order; and five, at 7:59 a.m. this
 9        morning, Defendant Harry R. Thompson,
10        Esquire, who has been disqualified as
11        counsel for Laurie, emailed us as
12        follows:
13                Dear counselors, then again
14        Dear counsel, good morning.  A short
15        time ago I received a text from Michael
16        Laurie that reads as follows:  "Good
17        morning, Harry.  The location that I'm
18        in at -- withdrawn.
19                Good morning, Harry.  Location
20        that I'm at has terrible service and
21        we've had rainstorms.  The internet is
22        terrible here.  I will not have enough
23        signal to participate this morning.
24        Please inform the attorney we'll
25        reschedule for when I return to the US.
```

```
                                              Page 6
 1
 2              The rest of the email contains
 3      Mr. Thomas's signature block.
 4              Notably, Mr. Benjamin, who
 5      represents Laurie because Mr. Thompson
 6      has been disqualified, failed to appear
 7      on Tuesday and wrote to us thereafter,
 8      confirming that he will not be
 9      appearing today and will not appear for
10      any deposition of the Deo defendants
11      except for Anthony Deo and Sara Deo.
12              Based on this conduct, which is
13      in violation of this Court's order,
14      Plaintiffs will be seeking relief from
15      the Court for sanctions that are
16      appropriate in light of Mr. Laurie's
17      failure to appear and failure to be
18      aware of his requirement to appear in
19      person at a deposition.
20              We'll be seeking, amongst other
21      things, the striking of his answer,
22      payment of attorneys' fees and any bust
23      fee issued to us by the court reporter.
24              Mr. Ruderman, did I accurately
25      reflect the proceedings and was there
```

                                                    Page 7

1
2        anything else that I missed?
3              MR. RUDERMAN:  I don't think
4        you missed anything.
5              I will note for the record that
6        I did go online right now to the
7        Weather Channel website just to see
8        what the weather was like in Trinidad
9        today.  It says it's 84 degrees with a
10       41 percent chance of rain.  It says
11       overcast with showers at times, with
12       winds at five to ten miles per hour.
13       It does not indicate there's torrential
14       storms or anything along those lines.
15             MR. KATAEV:  Thank you.
16             We can go off the record.
17             (Time noted: 8:38 a.m.)
18
19
20
21
22
23
24
25

```
                                                         Page 8

 1
 2                      CERTIFICATION
 3             I, SARA K. KILLIAN, RPR, RCR,
 4    CCR, do hereby certify that I am not
 5    related to any of the parties to this
 6    action by blood or marriage, and that
 7    I am in no way interested in the
 8    outcome of this matter.
 9             IN WITNESS WHEREOF, I have
10    hereunto set my hand this 29th day of
11    January, 2026.
12
13
14    _____
15       SARA K. KILLIAN, RPR, RCR, CCR
16
17
18
19
20
21
22
23
24
25
```

[& - fee] Page 1

| & | 8:38 7:17 | c | defendant 4:15 5:9 |
|---|---|---|---|
| & 3:11 | **a** | c 3:2 | defendants 1:8 6:10 |
| **1** | a.m. 2:6 5:8 7:17 | case 4:10 | degrees 7:9 |
| 10170 3:14 | accurately 6:24 | ccr 1:23 8:4,15 | deo 1:7 6:10,11 6:11 |
| 11423 3:7 | action 1:3 8:6 | certain 4:6 | deposed 5:2 |
| 18211 3:6 | ago 5:15 | certification 8:2 | deposition 4:6 4:12,15,20,22 5:4,6 6:10,19 |
| 19 5:7 | agreed 5:4 | certified 2:12 | disqualified 5:10 6:6 |
| 19th 4:9 | al 1:4,7 | certify 8:4 | district 1:2,2 |
| **2** | answer 6:21 | chance 7:10 | docket 4:13 |
| 2025 4:10 5:8 | anthony 1:7 6:11 | channel 7:7 | **e** |
| 2026 1:14 2:5 8:11 | appear 5:6 6:6 6:9,17,18 | civil 1:3 | e 3:2,2 |
| 2320 3:13 | appearing 2:10 6:9 | comply 4:11 | eastern 1:2 |
| 29 1:14 2:5 | applicable 4:14 | conduct 6:12 | ecf 4:13 |
| 29th 8:10 | appropriate 4:8 6:16 | conducted 4:20 | email 6:2 |
| 2:23 1:3 | attorney 5:24 | confirming 6:8 | emailed 5:11 |
| **3** | attorneys 3:5 3:12 6:22 | contains 6:2 | emanuel 3:8 |
| 363 4:13 | available 5:2 | continue 5:4 | entire 5:2 |
| **4** | avenue 3:6,13 | counsel 4:17 5:11,14 | entry 4:13 |
| 41 7:10 | aware 6:18 | counselors 5:13 | esq 3:8,15 |
| 420 3:13 | **b** | country 4:24 | esquire 5:10 |
| 4268 8:13 | bank 4:18 | court 1:2 4:3,8 4:10 6:15,23 | et 1:4,7 |
| **6** | based 6:12 | court's 6:13 | except 6:11 |
| 6188 1:3 | benjamin 6:4 | cv 1:3 | **f** |
| **7** | block 6:3 | cyruli 3:11 | failed 6:6 |
| 7:59 5:8 | blood 8:6 | **d** | failure 6:17,17 |
| **8** | bust 6:22 | day 5:3 8:10 | fee 6:23 |
| 84 7:9 | | dear 5:13,14 | |
| 8:30 2:6 | | december 4:9 5:7 | |

**[fees - reporter]**                                                                 Page 2

**fees** 6:22
**five** 5:8 7:12
**flushing** 4:17
**follows** 5:12,16
**forth** 4:12
**four** 5:5

**g**
**go** 7:6,16
**good** 4:2 5:14 5:16,19

**h**
**hand** 8:10
**harry** 5:9,17,19
**hereunto** 8:10
**hour** 7:12

**i**
**indicate** 7:13
**individuals** 4:4
**inform** 5:24
**interested** 8:7
**internet** 5:21
**issued** 6:23
**items** 4:7

**j**
**jamaica** 3:6,7
**january** 1:14 2:5 8:11
**jeffrey** 3:15
**jmw** 1:3

**k**
**k** 2:11 8:3,15
**kataev** 3:8 4:2 7:15
**killian** 1:23 2:11 8:3,15

**l**
**laurie** 4:15,23 5:11,16 6:5
**laurie's** 4:20 6:16
**learned** 4:21
**legal** 3:4
**lexington** 3:13
**light** 6:16
**lines** 7:14
**llc** 3:4
**llp** 3:11
**location** 5:17 5:19

**m**
**madam** 4:3
**marriage** 8:6
**matter** 8:8
**meeting** 4:5
**michael** 4:15 5:15
**miles** 7:12
**missed** 7:2,4
**morning** 4:2 5:9,14,17,19,23

**motors** 1:4

**n**
**n** 3:2
**new** 1:2 3:7,14 3:14
**nj** 1:23
**notably** 6:4
**notary** 2:13
**note** 7:5
**noted** 7:17

**o**
**office** 4:17
**online** 7:6
**order** 4:10 5:8 6:13
**outcome** 8:8
**overcast** 7:11

**p**
**p** 3:2,2
**participants** 2:10
**participate** 5:23
**parties** 4:11,19 8:5
**payment** 6:22
**percent** 7:10
**person** 4:16 5:7 6:19
**place** 4:16
**placing** 4:6

**plaintiff** 1:5
**plaintiffs** 3:5 3:12 6:14
**please** 5:24
**present** 4:4,7
**previously** 4:19
**proceedings** 6:25
**professional** 2:12
**public** 2:13
**pursuant** 4:9 5:7

**r**
**r** 3:2 5:9
**rain** 7:10
**rainstorms** 5:21
**rcr** 1:23 8:3,15
**reads** 5:16
**realtime** 2:12
**received** 5:15
**record** 1:13 2:9 4:7 7:5,16
**reflect** 6:25
**registered** 2:11
**related** 8:5
**relief** 6:14
**remote** 1:13
**reported** 1:22
**reporter** 2:12 2:13 4:3 6:23

**[represents - zizmor]**  Page 3

| | | |
|---|---|---|
| **represents**  6:5<br>**required**  4:11<br>  5:6<br>**requirement**<br>  6:18<br>**reschedule**<br>  5:25<br>**rest**  6:2<br>**return**  5:25<br>**right**  7:6<br>**rpr**  1:23 8:3,15<br>**ruderman**  3:15<br>  4:3 6:24 7:3 | **states**  1:2 4:25<br>**storms**  7:14<br>**striking**  6:21<br>**suite**  3:13<br>**superb**  1:4<br>**supposed**  4:16 | **two**  4:25 |
| | **t** | **u** |
| | **take**  4:16<br>**ten**  7:12<br>**terrible**  5:20,22<br>**testimony**  4:22<br>**text**  5:15<br>**thank**  7:15<br>**things**  6:21<br>**think**  7:3<br>**thomas's**  6:3<br>**thompson**  5:9<br>  6:5<br>**three**  5:3<br>**thursday**  1:14<br>**time**  4:8 5:15<br>  7:17<br>**times**  7:11<br>**today**  5:5 6:9<br>  7:9<br>**today's**  4:5<br>**torrential**  7:13<br>**trinidad**  4:24<br>  7:8<br>**tuesday**  4:21<br>  5:3 6:7<br>**turn**  4:21 | **unaware**  5:5<br>**united**  1:2 4:25 |
| **s** | | **v** |
| **s**  3:2<br>**sage**  3:4<br>**sanctions**  6:15<br>**sara**  1:23 2:11<br>  6:11 8:3,15<br>**says**  7:9,10<br>**schedule**  4:12<br>**see**  7:7<br>**seeking**  6:14,20<br>**service**  5:20<br>**set**  4:12 8:10<br>**shanks**  3:11<br>**short**  5:14<br>**showers**  7:11<br>**signal**  5:23<br>**signature**  6:3<br>  8:13<br>**statement**  1:13<br>  2:9 | | **videoconfere...**<br>  2:10<br>**violation**  6:13<br>**virtual**  4:5 |
| | | **w** |
| | | **way**  8:7<br>**we've**  5:21<br>**weather**  7:7,8<br>**website**  7:7<br>**week**  4:24<br>**whereof**  8:9<br>**winds**  7:12<br>**withdrawn**<br>  5:18<br>**witness**  8:9<br>**wrote**  6:7 |
| | | **x** |
| | | **x**  1:4,10 |
| | | **y** |
| | | **york**  1:2 3:7,14<br>  3:14 |
| | | **z** |
| | | **zizmor**  3:11 |