| _Date_ | _Client_ | _Rate_ | _x_ | _Description_ | _Time (Hourly)_ | _Amount_ |
|---|---|---|---|---|---|---|
| Monday, January 26, 2026 | Superb | $350.00 | x | Correspondence with co-counsel regarding virtual deposition link; conduct virtual meeting with client to prepare for deposition of Michael Laurie; correspondence with client regarding exhibits for deposition; correspondence with client and co-counsel regarding deposition outline for Laurie. | 4.1 | $ 1,435.00 |
| Tuesday, January 27, 2026 | Superb | $350.00 | x | Correspondence with client regarding virtual deposition link; correspondence with all counsel of record regarding attendance at deposition; conduct deposition of Laurie; conduct virtual meet-and-confer following deposition of Laurie; extensive correspondence with all counsel of record regarding continued Laurie deposition and dates for other witnesses; forward same to client via email; correspondence with all counsel of record regarding link for continued deposition of Laurie and Benjamin's confirmation he will not attend. | 2.5 | $ 875.00 |
| Wednesday, January 28, 2026 | Superb | $350.00 | x | Correspondence with all counsel of record regarding depositions and Benjamin's failure to meet-and-confer; correspondence with Ruderman and Benjamin regarding depositions; forward same to client via email; correspondence with all counsel of record regarding link for deposition of Laurie; correspondence with client and co-counsel regarding strategy related to Laurie deposition; conduct virtual meeting with client to further prepare for Laurie deposition; review numerous other lawsuits filed against Laurie for fraud in connection with same. | 1.9 | $ 665.00 |
| Thursday, January 29, 2026 | Superb | $350.00 | x | Correspondence with all counsel of record regarding Laurie's inability to appear; forward same to client via email; appear for deposition and place status of events on the record, including failure of Thomasson and Benjamin to appear; correspondence with co-counsel regarding rough transcript for same; calendar and conduct virtual meeting with client and co-counsel regarding failure of Laurie to appear; draft letter motion for Rule 37 sanctions; submit same to client and co-counsel via email; correspondence with co-counsel and client regarding revisions to same; review revisions and further revise letter motion for Rule 37 sanctions; submit further revised draft to client and co-counsel via email with correspondence regarding same; finalize and file letter motion for Rule 37 sanctions with Court via ECF; review ECF bounce from Court with Order regarding deadline to oppose motions; review and accept calendared deadlines. | 3.2 | $ 1,120.00 |
| Wednesday, February 4, 2026 | Superb | $350.00 | x | Review ECF bounce from Thomasson with opposition to Rule 37 motion for sanctions; discussion with co-counsel and client regarding seeking leave to file reply. | 0.4 | $ 140.00 |
| Thursday, February 5, 2026 | Superb | $350.00 | x | Review ECF bounce from co-counsel with letter motion for leave to file reply; review ECF bounce from Court with USMJ Order granting same; correspondence with co-counsel regarding same; review and accept calendared deadline regarding same. | 0.1 | $ 35.00 |
| Sunday, February 8, 2026 | Superb | $350.00 | x | Draft reply letter in further support of Rule 37 motion for sanctions; submit same to client and co-counsel via email with correspondence regarding same. | 1.3 | $ 455.00 |
| Monday, February 9, 2026 | Superb | $350.00 | x | Correspondence with client and co-counsel regarding revisions to reply letter; review and further revise reply letter; submit same to client and co-counsel via email with correspondence regarding same; finalize and file reply letter in further support of Rule 37 motion for sanctions. | 0.9 | $ 315.00 |
| Wednesday, February 18, 2026 | Superb | $350.00 | x | Correspondence with all counsel of record regarding scheduling deposition for Laurie. | 0.1 | $ 35.00 |
| Thursday, February 19, 2026 | Superb | $350.00 | x | Review ECF bounce from Court with USMJ Order granting motion for sanctions in part; review and accept calendared deadlines regarding same; discussion with client regarding same. | 0.3 | $ 105.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Monday, February 23, 2026 | Superb | $350.00 | x | Correspondence with co-counsel regarding preparation for Laurie deposition; correspondence with client regarding same; correspondence with court reporter and co-counsel regarding continued deposition of Laurie. | 0.1 | $ 35.00 |
| Tuesday, February 24, 2026 | Superb | $350.00 | x | Correspondence with court reporter and co-counsel regarding continued deposition of Laurie; forward same to client via email. | 0.1 | $ 35.00 |
| Thursday, February 26, 2026 | Superb | $350.00 | x | Correspondence with court reporter and co-counsel regarding continued deposition of Laurie; correspondence with all counsel of record regarding link for continued deposition of Laurie; prepare for continued Laurie deposition. | 0.9 | $ 315.00 |
| Friday, February 27, 2026 | Superb | $350.00 | x | Correspondence with court reporter and co-counsel regarding continued deposition of Laurie; conduct continued deposition of Laurie in-person; correspondence with co-counsel regarding draft letter motion for extension of time; forward same to client via email; review and revise same; submit same to co-counsel via email with correspondence regarding same; correspondence with all counsel of record regarding same; correspondence with court reporter and co-counsel regarding Laurie deposition exhibits; correspondence with co-counsel regarding further revised letter motion for extension of time; finalize and file letter motion for extension of time with Court via ECF. | 3.5 | $ 1,225.00 |
| Monday, March 2, 2026 | Superb | $350.00 | x | Conduct motion hearing on, *inter alia*, letter motion for extension of time; draft declaration and compile billing records in support of motion for attorneys' fees; correspondence with client and co-counsel regarding same. | 1.1 | $ 385.00 |
| **TOTALS** | | | | | 20.5 | $ 7,175.00 |