# THE LINDEN LAW GROUP, P.C.
**250 Park Avenue, 7th Floor**
**New York, New York 10177**
**(212) 655-9536**

---

March 5, 2026

<u>**Via ECF**</u>

Honorable James M. Wicks
U.S. District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

      Re:   *Superb Motors, Inc., et al. v. Anthony Deo, et al.*
               Case No. 2:23-cv-6188 (JW)

Dear Judge Wicks:

      On behalf of the Deo Defendants, I write to request an extension of time, or otherwise grant leave to file a cross-motion, for me to move the Court to reconsider the Order of FRCP 16 sanctions against Michael Laurie and I on February 18, 2026.

      The reason I was not able to timely file this request was, as I indicated to the parties and the Court previously, my absence from New York and my practice on a business trip from February 21, 2026 through March 2, 2026. And then this week, I was called away to assist my elderly father in Connecticut, for whom I am the sole caregiver, for his sudden and ongoing medical issue. I originally believed I could get this motion out when I returned but could not.

      I am proposing to the Court to make this [cross]-motion by the same date the Court set for my opposition to the Plaintiffs' submission of legal fees i.e. by March 13, 2026.

      The Court's consideration of this request is appreciated.

                                      Very truly yours,

                                      *Jeffrey Benjamin*

                                      Jeffrey Benjamin, Esq.