# CYRULI SHANKS
### CYRULI SHANKS & ZIZMOR LLP

Jeffrey C. Ruderman<br>
email: jruderman@cszlaw.com<br>
Admitted NY, NJ and CT

March 13, 2026

Via ECF

Hon. James M. Wicks, U.S.M.J.
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 1020
Central Islip, NY 11722

    Re:    Superb Motors Inc. et. al. v. Deo, et. al., Case No. 2:23-cv-6188 (JMW)

Dear Magistrate Judge Wicks:

    This firm represents the "Island Auto Plaintiffs", being all Plaintiffs in the above referenced matter <u>other than</u> the "Superb Plaintiffs" (being Superb Motors Inc., Team Auto Sales LLC, and Robert Anthony Urrutia) (and together with the Island Auto Plaintiffs, "Plaintiffs"). We write this letter along with the Superb Plaintiffs in compliance with the Court's Text Order, dated March 2, 2026, to advise the Court if the Plaintiffs will stipulate to the filing of Defendant Harry Thomasson's ("Thomasson") and the Deo Defendants' proposed First Amended Answer and Counterclaims (collectively the "Amended Answers").

    On March 9, 2026 Thomasson and the Deo Defendants each provided Plaintiffs with their red lined proposed Amended Answers. After a review of the Amended Answers, Plaintiffs stipulate to the filing of the Amended Answers subject to Plaintiffs' full reservation of rights to seek leave in accordance with this Court's Individual Part Rules to move to dismiss some or all of the counterclaims raised therein.

    We thank the Court for its consideration in this regard.

Respectfully yours,<br><br>
<u>/s/ Jeffrey C. Ruderman</u><br>
Jeffrey C. Ruderman

cc:    All counsel via ECF