UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

--------------------------------------------------------------------X

SUPERB MOTORS INC., TEAM AUTO SALES LLC, ROBERT ANTHONY URRUTIA, 189 SUNRISE HWY AUTO LLC, NORTHSHORE MOTOR LEASING, LLC, BRIAN CHABRIER, JOSHUA AARONSON, JORY BARON, ASAD KHAN, IRIS BARON REPRESENTATIVE OF THE ESTATE OF DAVID BARON, 1581 HYLAN BLVD AUTO LLC, 1580 HYLAN BLVD AUTO LLC, 1591 HYLAN BLVD AUTO LLC, 1632 HYLAN BLVD AUTO LLC, 1239 HYLAN BLVD AUTO LLC, 2519 HYLAN BLVD AUTO LLC, 76 FISK STREET REALTY LLC, 446 ROUTE 23 AUTO LLC and ISLAND AUTO MANAGEMENT, LLC,

Plaintiffs,

-against-

ANTHONY DEO, SARAH DEO, HARRY THOMASSON, DWIGHT BLANKENSHIP, MARC MERCKLING, MICHAEL LAURIE, THOMAS JONES, CPA, CAR BUYERS NYC INC., GOLD COAST CARS OF SYOSSET LLC, GOLD COAST CARS OF SUNRISE LLC, GOLD COAST MOTORS AUTOMOTIVE GROUP LLC, GOLD COAST MOTORS OF LIC LLC, GOLD COAST MOTORS OF ROSLYN LLC, GOLD COAST MOTORS OF SMITHTOWN LLC, UEA PREMIER MOTORS CORP., DLA CAPITAL PARTNERS INC., JONES, LITTLE & CO., CPA'S LLP, FLUSHING BANK, LIBERTAS FUNDING LLC, J.P. MORGAN CHASE BANK, N.A., 189 SUNRISE HWY AUTO LLC, and NORTHSHORE MOTOR LEASING, LLC

Defendants.

--------------------------------------------------------------------X

Case No.: **2:23-cv-6188 (JMW)**

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that, upon the reading and filing of Plaintiffs' Memorandum of Law in Support of their Motion for Reconsideration, Plaintiffs Superb Motors Inc. ("Superb"), Team Auto Sales LLC ("Team"), Robert Anthony Urrutia ("Urrutia") (Superb, Team, and Urrutia collectively hereinafter the "Superb Plaintiffs"), and Plaintiffs 189 Sunrise Hwy Auto LLC, Northshore Motor Leasing, LLC, Brian Chabrier, Joshua Aaronson, Jory Baron, Asad Khan, Iris Baron Representative of the Estate of David Baron, 1581 Hylan Blvd Auto LLC, 1580 Hylan Blvd Auto LLC, 1591 Hylan Blvd Auto LLC, 1632 Hylan Blvd Auto LLC, 1239 Hylan Blvd Auto LLC, 2519 Hylan Blvd Auto LLC, 76 Fisk Street Realty LLC, 446 Route 23 Auto LLC and Island Auto Management, LLC (collectively "IAG Plaintiffs") (Superb Plaintiffs and IAG Plaintiffs collectively hereinafter the "Plaintiffs"), by and through the undersigned counsel, will move this Court before the Honorable James M. Wicks, U.S.M.J. ("Judge Wicks") as soon as counsel may be heard, for an Order pursuant to Rule 59(e) of the Federal Rules of Civil Procedure (hereinafter referred to as "Rules" or "Rule") and Local Civil Rule 6.3, for reconsideration of this Court's Order dated March 4, 2026, denying Plaintiffs' motion to compel testimony of Defendants Anthony Deo and Harry R. Thomasson, Esq. concerning all communications between them pursuant to the crime-fraud exception to privilege (ECF 398), and for such other and further relief as this Court deems just, equitable, and proper.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Par. 3(E) of Judge Wicks' Individual Practices and Rules, this motion may be made without a pre-motion conference.

**PLEASE TAKE FURTHER NOTICE**, pursuant to Local Civil Rule 6.1, Defendants' opposition papers are due on Wednesday, April 1, 2026 and Plaintiffs' reply papers in further support are due on Wednesday, April 8, 2026, unless otherwise ordered by this Court.

Dated: New York, New York
     March 18, 2026

Respectfully submitted,

**CYRULI SHANKS & ZIZMOR LLP**

By:    /s/ Jeffrey C. Ruderman, Esq.
       Attorneys for IAG Plaintiffs
       420 Lexington Ave., Suite 2320
       New York, NY 10170
       (212) 661-6800

Dated: Lake Success, New York
     March 18, 2026

**SAGE LEGAL LLC**

By:    /s/ Emanuel Kataev, Esq.
       Attorneys for Superb Plaintiffs
       18211 Jamaica Avenue
       Jamaica, NY 11423-2327
       (718) 412-2421