UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

SUPERB MOTORS INC., TEAM AUTO SALES LLC, ROBERT ANTHONY URRUTIA, 189 SUNRISE HWY AUTO LLC, NORTHSHORE MOTOR LEASING, LLC, BRIAN CHABRIER, JOSHUA AARONSON, JORY BARON, ASAD KHAN, IRIS BARON REPRESENTATIVE OF THE ESTATE OF DAVID BARON, 1581 HYLAN BLVD AUTO LLC, 1580 HYLAN BLVD AUTO LLC, 1591 HYLAN BLVD AUTO LLC, 1632 HYLAN BLVD AUTO LLC, 1239 HYLAN BLVD AUTO LLC, 2519 HYLAN BLVD AUTO LLC, 76 FISK STREET REALTY LLC, 446 ROUTE 23 AUTO LLC and ISLAND AUTO MANAGEMENT, LLC,

Plaintiffs,

-against-

ANTHONY DEO, SARAH DEO, HARRY THOMASSON, DWIGHT BLANKENSHIP, MARC MERCKLING, MICHAEL LAURIE, THOMAS JONES, CPA, CAR BUYERS NYC INC., GOLD COAST CARS OF SYOSSET LLC, GOLD COAST CARS OF SUNRISE LLC, GOLD COAST MOTORS AUTOMOTIVE GROUP LLC, GOLD COAST MOTORS OF LIC LLC, GOLD COAST MOTORS OF ROSLYN LLC, GOLD COAST MOTORS OF SMITHTOWN LLC, UEA PREMIER MOTORS CORP., DLA CAPITAL PARTNERS INC., JONES, LITTLE & CO., CPA'S LLP, FLUSHING BANK, LIBERTAS FUNDING LLC, J.P. MORGAN CHASE BANK, N.A., 189 SUNRISE HWY AUTO LLC, and NORTHSHORE MOTOR LEASING, LLC

Defendants.

------------------------------------------------------------------------X

Case No.: 2:23-cv-6188 (JMW)

**DECLARATION IN SUPPORT**

Jeffrey C. Ruderman, Esq. declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

1.      I am admitted to practice before this Court and am a partner in Cyruli Shanks & Zizmor LLP, attorneys for the "IAG Plaintiffs", being all Plaintiffs in the above referenced matter other than the "Superb Plaintiffs" (being Superb Motors Inc., Team Auto Sales LLC, and Robert Anthony Urrutia).

2.      As such, I am familiar with all the facts and circumstances heretofore had herein based upon my personal knowledge and a review of the file maintained by this office.

3.      Annexed hereto as Exhibit "A" is a true and accurate copy of the deposition transcript of the deposition of Anthony Deo ("Deo") conducted in Court on February 13, 2026.

4.      Annexed hereto as Exhibit "B" is a true and accurate copy of the deposition transcript of the deposition of Harry Thomasson conducted on March 4, 2026.

5.      Annexed hereto as Exhibit "C" is a true and accurate copy of the deposition transcript of the deposition of Michael Buccino ("Buccino") conducted on February 26, 2026.

6.      Annexed hereto as Exhibit "D" is a true and accurate copy of the signed ordered to show cause with temporary restraints issued by Hon. Sharon M. Gianelli, J.S.C., of the Supreme Court of the State of New York, Nassau County, dated December 13, 2022.

7.      Annexed hereto as Exhibit "E" is a true and accurate copy of an e-mail and attachment produced by Flushing Bank in this action.

8.      Annexed hereto as Exhibit "F" is a true and accurate copy of the loan application to Flushing Bank by Deo on behalf of Northshore Motor Leasing LLC ("Northshore") produced by Flushing Bank in this action.

9.      Annexed hereto as Exhibit "G" is a true and accurate copy of an e-mail produced by Flushing Bank in this action.

2

10.   Annexed hereto as Exhibit "H" is a true and accurate copy of a letter produced by Flushing Bank in this action.

11.   Annexed hereto as Exhibit "I" is a true and accurate copy of an e-mail and attachments produced by Flushing Bank in this action.

12.   Annexed hereto as Exhibit "J" is a true and accurate copy of an e-mail produced by Flushing Bank in this action.

13.   Annexed hereto as Exhibit "K" is a true and accurate copy of a filed UCC-1 Lien Financing Statement produced by Flushing Bank in this action.

14.   Annexed hereto as Exhibit "L" is a true and accurate copy of an e-mail produced by Flushing Bank in this action.

15.   Annexed hereto as Exhibit "M" is a true and accurate copy of Northshore bank statements produced by Flushing Bank in this action.

16.   Annexed hereto as Exhibit "N" is a true and accurate copy of a Car Buyers NYC Inc. bank statement produced by Bank of America in response to a subpoena and identified by Deo at his deposition.

17.   Annexed hereto as Exhibit "O" is a true and accurate copy of Deo's March 1, 2023 Statement of Financial Condition produced by Flushing Bank in this action.

18.   Annexed hereto as Exhibit "P" is a true and accurate copy of the New York City Department of Finance, Office of the City Register recording cover page and recorded and signed order issued by Hon.  Lucinda Suarez, J.S.C. of the Supreme Court of the state of New York, Bronx County, dated September 21, 2007, a publicly available document obtained from ACRIS.

3

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 18, 2026.

/s/ Jeffrey C. Ruderman, Esq.
Jeffrey C. Ruderman, Esq.