EXHIBIT "D"

*SMG*

MOTION SEQUENCE #____1____

ORIGINAL RETURN DATE____1/9/23____

RELIEF____OTRO____

At a Commercial Part 8 of the Supreme Court of the State of New York, County of Nassau, held at the Courthouse 100 Supreme Court Drive, Mineola, New York, on the 13 day of Dec., 2022.

PRESENT: Hon Aaron M Gianelli

-------------------------------------------------------x

BRIAN CHABRIER, INDIVIDUALLY AND AS A MEMBER OF NORTHSHORE MOTOR LEASING, LLC, SUING ON BEHALF OF HIMSELF AND ALL OTHER MEMBERS OF NORTHSHORE MOTOR LEASING, LLC SIMILARLY SITUATED AND IN THE RIGHT OF NORTHSHORE MOTOR LEASING, LLC; JOSHUA AARONSON, AS A MEMBER OF 189 SUNRISE HWY AUTO, LLC, SUING ON BEHALF OF HIMSELF AND ALL OTHER MEMBERS OF 189 SUNRISE HWY AUTO, LLC SIMILARLY SITUATED, JORY BARON, 1581 HYLAN BLVD AUTO LLC, 1580 HYLAN BLVD AUTO LLC, 1591 HYLAN BLVD AUTO LLC, 1632 HYLAN BLVD AUTO LLC, 1239 HYLAN BLVD AUTO LLC, 2519 HYLAN BLVD AUTO LLC, 76 FISK STREET REALTY LLC, 446 ROUTE 23 AUTO LLC, ISLAND AUTO MANAGEMENT, LLC,

Index No. 617224/2022

                                    Plaintiffs,

            -against-

ANTHONY DEO, NORTHSHORE MOTOR LEASING, LLC, 189 SUNRISE HWY AUTO, LLC, LIBERTAS FUNDING, LLC, HARRY R. THOMASSON, ESQ.,

                                    Defendants.

ORDER TO SHOW CAUSE WITH TEMPORARY RESTRAINTS

-------------------------------------------------------x

On reading and filing the Affidavit of Brian Chabrier, sworn to the 6th day of December, 2022, the Affidavit of Joshua Aaronson, sworn to the 6th day of December, 2022, the affidavit of Daniel O'Sullivan sworn to the 30th day of November, 2022, the affidavit of Trayvon Whitehead sworn to the 6th day of December, the Summons and Complaint dated December 6, 2022 and all exhibits annexed thereto and upon all the proceedings and pleadings heretofore had herein, let

NYSCEF DOC. NO. 42

defendants Anthony Deo, Northshore Motor Leasing, LLC, 189 Sunrise Hwy Auto, LLC and their member, managers, officers and directors and all parties interested in Northshore Motor Leasing, LLC ("Northshore") and 189 Sunrise Hwy Auto, LLC ("Sunrise") and Harry R. Thomasson, Esq. and Libertas Funding, LLC,. show cause *IN PERSON* before this Court at a Commercial Part 8, to be held at the Courthouse, 100 Supreme Court Drive, Mineola, New York, on the 9th day of January, 2022, at 9:30 o'clock in the forenoon or as soon thereafter as counsel can be heard, why an order should not be entered herein:

(a) directing defendant Anthony Deo, ("Deo") to return to Northshore a Maserati demonstration vehicle, being used by his son (b) directing Deo to return all the Dealerships' "dealer" license plates, (c) directing Deo to return all other license plates designated to be issued for vehicles upon sale or lease to a consumer, (d) directing Deo to pay off all existing loans on customers' trade-in vehicles, (e) directing Deo to deliver to Plaintiffs all unsold vehicles owned by Northshore and Sunrise (f) requiring Deo to account for all receipts and expenditures of the Dealerships, (g) directing Deo to turn over the books and records of the Dealerships for inspection and review, (h) directing Deo to return all DMV documents, including, without limitation, registration information for registration/title that were not completed;

and enjoining and restraining Deo from:

(i) taking any action to sell, lease, transfer, pledge or otherwise encumber the assets of Northshore and Sunrise including, but not limited to any motor vehicles, (j) concealing, transferring, altering, modifying, destroying or disposing in any manner of any assets of Northshore and Sunrise, (k) removing any funds of Northshore and Sunrise from its bank accounts or other location in which funds are located, (l) using the assets of Northshore and Sunrise to pay for the costs of defending this action, (m) concealing, transferring, secreting, altering, modifying, destroying or disposing in any manner any evidence pertaining to the claims

INDEX NO. 617224/2022
RECEIVED NYSCEF: 12/14/2022

asserted in the Summons with Notice, including, without limitation, all books and records of Northshore and Sunrise, and (n) using any license issued in the name of Brian Chabrier, Joshua Aaronson or Jory Baron to conduct any business of Northshore and Sunrise, including, but limited to, the purchase, sale or lease of any motor vehicle, acceptance of any trade of a motor vehicle, or register with the motor vehicle department of any state or issue any temporary or permanent license plate,

enjoining and restraining Libertas Funding, LLC ("Libertas") from enforcing any rights against the assets of the Dealerships, and

enjoining and restraining Harry R. Thomasson, Esq. ("Thomasson") from disbursing the proceeds from Libertas which were deposited into his attorney IOLA account, and it is

FURTHER ORDERED that pending a hearing and determination of this motion, that Deo, or anyone acting on his behalf, be enjoined and restrained from:

(a) taking any action to sell, lease, transfer, pledge or otherwise encumber the assets of Northshore and Sunrise including, but not limited to any motor vehicles, (b) concealing, transferring, altering, modifying, destroying or disposing in any manner of any assets of Northshore and Sunrise, (c) removing any funds of Northshore and Sunrise from its bank accounts or other location in which funds are located, (d) using the assets of Northshore and Sunrise to pay for the costs of defending this action, (e) concealing, transferring, secreting, altering, modifying, destroying or disposing in any manner any evidence pertaining to the claims asserted in the Summons with Notice, including, without limitation, all books and records of Northshore and Sunrise, and (f) using any license issued in the name of Brian Chabrier, Joshua Aaronson or Jory Baron to conduct any business of Northshore and Sunrise, including, but limited to, the purchase, sale or lease of any motor vehicle, acceptance of any trade of a motor vehicle, or register with the

JSC

Case 2:23-cv-06188-JMW    Document 437-4    Filed 03/18/26    Page 5 of 5 PageID #: 11780

motor vehicle department of any state or issue any temporary or permanent license plate,

Libertas Funding, LLC ("Libertas") be enjoined and restrained from enforcing any rights against the assets of the Dealerships, and

Harry R. Thomasson, Esq. ("Thomasson") be enjoined and restrained from disbursing the proceeds from Libertas which were deposited into his attorney IOLA account; and it is

FURTHER ORDERED, that service of a copy of this order and all the papers upon which it is based upon (i) Anthony Deo by delivery to his attorney, Harry Thomasson, Esq. at 3280 Sunrise Highway, Wantagh, New York 11793, (ii) upon Harry Thomasson, Esq. at 3280 Sunrise Highway, Wantagh, New York 11793 and (iii) upon Libertas Funding, LLC, all by Federal Express, at 411 West Putnam Avenue, Suite 220, Greenwich, Connecticut 06830; on or before 12 | 16 , 2022 be deemed good and sufficient service.

_____
J.S.C.

HON. SHARON M.J. GIANELLI
J.S.C.