EXHIBIT "E"

**From:** Michael Laurie <mlaurie@dlacapital.com>
**Sent:** Monday, February 27, 2023 11:41 AM EST
**To:** Puccio, Robert <RPuccio@flushingbank.com>
**Subject:** [EXTERNAL] - Northshore UCC
**Attachment(s):** "UCC.readout.pdf"

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

*DLA Capital Partners Inc.*

Michael Laurie

Principal
 T: 646-849-5135
C: 917-687-3858
E: MLaurie@DLACapital.com

125 Froehlich Farm Blvd
Woodbury New York  11797

Here's my Calendly link to make finding a time easy:

https://calendly.com/mlaurie/30min

**FLUSHING00142**

Case 2:23-cv-06188-JMW    Document 437-5    Filed 03/18/26    Page 3 of 4 PageID #: 11783

**View First Page(s)**    **Back**

Filing histories 1 to 5.

**Uniform Commercial Code**
Document Search

---

**e-Filing**
NYS Standard Debtor Search
**Filing Number/Date Search**
Other Debtor Search Options
**Secured Party Search**

---

Contact Us
FAQs

---

Search Home
NYS Department of State Home Page
**New York State Home Page**

### 1.
| | |
|---|---|
| **Debtor Names:** | **189 SUNRISE HWY AUTO LLC**    55 OAK DRIVE, ROSLYN, NY 11576, USA |
| **Secured Party Names:** | **CAPITAL ONE, NATIONAL ASSOCIATION**    **LOAN ADMINISTRATION DEPT., 275 BROADHOLLOW ROAD, MELVILLE, NY 11747, USA** |

| File no. | File Date | Lapse Date | Filing Type | Pages | Image |
|---|---|---|---|---|---|
| 201410030558364 | 10/03/2014 | 10/03/2019 | Financing Statement | 1 | View |
| 201702025137023 | 02/02/2017 | 10/03/2019 | Termination | 1 | View |

### 2.
| | |
|---|---|
| **Debtor Names:** | **189 SUNRISE HWY AUTO LLC**    55 OAK DRIVE, ROSLYN, NY 11576-2323, USA |
| **Secured Party Names:** | **CAPITAL ONE, NATIONAL ASSOCIATION**    **LOAN ADMINISTRATION DEPT., 275 BROAD HOLLOW ROAD, MELVILLE, NY 11747, USA** |

| File no. | File Date | Lapse Date | Filing Type | Pages | Image |
|---|---|---|---|---|---|
| 201503060109722 | 03/06/2015 | 03/06/2020 | Financing Statement | 1 | View |
| 201702025137059 | 02/02/2017 | 03/06/2020 | Termination | 1 | View |

### 3.
| | |
|---|---|
| **Debtor Names:** | **189 SUNRISE HWY AUTO LLC**    **189 SUNRISE HWY, AMITYVILLE, NY 11701, USA** |
| **Secured Party Names:** | **ALLY FINANCIAL**    **3104 UNIONVILLE RD, CRANBERRY TWP, PA 16066, USA** |
| | **ALLY FINANCIAL**    **2000 WESTINGHOUSE DRIVE, SUITE 300, CRANBERRY TOWNSHIP, PA 16066, USA** |



| File no. | File Date | Lapse Date | Filing Type | Pages | Image |
|---|---|---|---|---|---|
| 201611098444725 | 11/09/2016 | 11/09/2021 | Financing Statement | 1 | View |
| 202004158156442 | 04/15/2020 | 11/09/2021 | Financing Statement Amendment | 1 | View |
| 202105198228613 | 05/19/2021 | 11/09/2026 | Continuation | 1 | View |
| 202302248083905 | 02/24/2023 | 11/09/2026 | Termination | 1 | NA * |

### 4.
| | |
|---|---|
| **Debtor Names:** | **189 SUNRISE HWY AUTO LLC**    **189 SUNRISE HWY, AMITYVILLE, NY 11701, USA** |
| | **SUNRISE AUTO OUTLET**    **189 SUNRISE HWY, AMITYVILLE, NY 11701, USA** |
| **Secured Party Names:** | **NEXTGEAR CAPITAL, INC.**    **11799 NORTH COLLEGE AVENUE, CARMEL, IN 46032, USA** |

| File no. | File Date | Lapse Date | Filing Type | Pages | Image |
|---|---|---|---|---|---|
| 202211096739846 | 11/09/2022 | 11/09/2027 | Financing Statement | 1 | NA * |

### 5.
| | |
|---|---|
| **Debtor Names:** | **NORTHSHORE MOTOR LEASING LLC**    **180 MICHAEL DRIVE, SYOSSET, NY 11791, USA** |
| | **189 SUNRISE HWY AUTO LLC**    **189 SUNRISE HWY, AMITYVILLE, NY 11701, USA** |
| **Secured Party Names:** | **C T CORPORATION SYSTEM, AS REPRESENTATIVE**    **330 N BRAND BLVD, SUITE 700; ATTN: SPRS, GLENDALE, CA 91203, USA** |

| File no. | File Date | Lapse Date | Filing Type | Pages | Image |
|---|---|---|---|---|---|
| 202211176786119 | 11/17/2022 | 11/17/2027 | Financing Statement | 1 | NA * |

**View First Page(s)**    **Back**

FLUSHING00143

**Uniform Commercial Code**
Document Search

---

**e-Filing**
NYS Standard
Debtor Search
**Filing
Number/Date
Search**
Other Debtor
Search Options
**Secured Party
Search**

---

Contact Us
FAQs

---

Search Home
NYS Department
of State Home
Page
**New York State
Home Page**

# New York State Department of State
## Uniform Commercial Code
### Filing Data Report

Please note that this record report has been generated by an independent searcher, using the Department of State's Uniform Commercial Code On-Line Database. This report lists filing records on file as of February 17, 2023, 11:59 PM. However, the information contained in this report is NOT an official record of the Department of State and may contain filings filed after this date.

---

### Name of Debtor Organizaton Searched:

### BEGINS WITH  NORTHSHORE  *All Filings

---

Your name selection(s) has returned 6 filing histories.

[ View First Page(s) ]  [ Back ]

Filing histories 1 to 6.



**1.**

| Debtor Names: | NORTHSHORE MOTOR LEASING LLC | 180 MICHAEL DR, SYOSSET, NY 11791, USA |
|---|---|---|
| Secured Party Names: | ALLY FINANCIAL | 3104 UNIONVILLE RD, CRANBERRY TWP, PA 16066, USA |
| | ALLY FINANCIAL | 2000 WESTINGHOUSE DRIVE, SUITE 300, CRANBERRY TOWNSHIP, PA 16066, USA |

| File no. | File Date | Lapse Date | Filing Type | Pages | Image |
|---|---|---|---|---|---|
| 201808298396199 | 08/29/2018 | 08/29/2023 | Financing Statement | 1 | View |
| 202004078143450 | 04/07/2020 | 08/29/2023 | Financing Statement Amendment | 1 | View |
| 202302248083880 | 02/24/2023 | 08/29/2023 | Termination | 1 | NA * |

**2.**

| Debtor Names: | NORTHSHORE MOTOR LEASING LLC | 180 MICHAEL DRIVE, SYOSSET, NY 11791, USA |
|---|---|---|
| Secured Party Names: | REYNA CAPITAL CORPORATION | P.O. BOX 1474, DAYTON, OH 45401, USA |

| File no. | File Date | Lapse Date | Filing Type | Pages | Image |
|---|---|---|---|---|---|
| 201907245947599 | 07/24/2019 | 07/24/2024 | Financing Statement | 1 | View |

**3.**

| Debtor Names: | NORTHSHORE MOTOR LEASING LLC | 180 MICHAEL DRIVE, SYOSSET, NY 11791, USA |
|---|---|---|
| Secured Party Names: | REYNA CAPITAL CORPORATION | P.O. BOX 1474, DAYTON, OH 45401, USA |

| File no. | File Date | Lapse Date | Filing Type | Pages | Image |
|---|---|---|---|---|---|
| 202011107949168 | 11/10/2020 | 11/10/2025 | Financing Statement | 1 | View |

**4.**

| Debtor Names: | NORTHSHORE MOTOR LEASING LLC | 180 MICHAEL DRIVE, SYOSSET, NY 11791, USA |
|---|---|---|
| Secured Party Names: | REYNA CAPITAL CORPORATION | P.O. BOX 1474, DAYTON, OH 45401, USA |

| File no. | File Date | Lapse Date | Filing Type | Pages | Image |
|---|---|---|---|---|---|

FLUSHING00144