# EXHIBIT "G"

**From:** DiGeronimo, Shane <SDiGeronimo@flushingbank.com>
**Sent:** Friday, March 31, 2023 9:57 AM EDT
**To:** Codispodo, Stephen <SCodispodo@flushingbank.com>
**Subject:** 189 Sunrise Hwy Auto LLC #2396

Good morning Stephen,

I was running searches on Anthony Deo and when I checked the e-Court, he has a court hearing today, 3/31/23. I've attached screenshots below from the Summons + Complaint from 12/6/22 and am still reading into the case to see if any further action has occurred.

### DEO TAKES AND USES DEALERSHIP ASSETS FOR HIS OWN PURPOSES

82. Deo has been treating the Dealerships and their assets as his own.

83. Deo has personally taken over $230,000.00 in customers' cash deposits, rather than deposit the money in Northshore's account.

84. Despite Deo having no signatory authority on Northshore's bank accounts, he has been issuing and signing checks from its accounts to pay for his personal expenses, among other things.

85. Deo had issued a $60,000.00 check from Northshore to Car Buyers NYC, Inc., a corporation formed and owned by Deo.

86. Deo uses an American Express card issued in the name of Sunrise, which he obtained without authority or approval, to pay for personal expenses.

87. Deo did not terminate $303,043.12 of lender financing for consumers who canceled their purchases.

88. Upon information and belief, Deo personally took those loan proceeds.

89. Deo's son continues to drive, for his personal use, a luxury vehicle, specifically a Maserati, valued at almost $80,000 and paid for by IAG.

### THIRD CAUSE OF ACTION DERIVATIVELY ON BEHALF OF NORTHSHORE AGAINST DEO

122. Plaintiffs repeat, reiterate and reallege each and every allegation contained in the preceding paragraphs as though fully set forth herein.

123. Defendant Deo has exercised dominion or a right of ownership over the assets of Northshore without authorization and refused their return to Northshore, which has superior rights to the assets, despite due demand.

124. Defendant Deo has converted the assets for their own use.

125. By reason of the foregoing, Plaintiff Northshore demands judgment against defendant Deo for a sum of $10,000,000.00.

**Shane DiGeronimo**
Credit Administrator
Flushing Bank
220 RXR Plaza
Uniondale NY, 11556
Office:516-283-1858
Sdigeronimo@Flushingbank.com

FLUSHING03765