EXHIBIT "H"

# Harry R. Thomasson, Esq.

3280 Sunrise Highway, Suite 112
Wantagh, New York  11793
Tel. 516-557-5459
hrtatty@verizon.net

Admitted:

Massachusetts

New York

March 31, 2023

To Whom It May Concern

Re:    Anthony Deo, NorthShore Motor Leasing, LLC, and
189 Sunrise Highway Auto, LLC

Dear Sirs/Madams:

Please be advised that this office represents Anthony Deo, NorthShore Motor Leasing, LLC, and 189 Sunrise Highway Auto, LLC, with respect to a (specious) lawsuit brought against them by former business partners in Nassau County (New York) Supreme Court.

The lawsuit is currently the subject of a Motion to Dismiss brought on behalf of my clients that is fully submitted to the Court and for which a decision is expected in less than sixty (60) days.  We fully expect any cloud created by this lawsuit to be resolved imminently (and there really is not *any* cloud created, absolutely *nothing* has been proven with respect to this lawsuit other than my above referenced clients' documentation that already disproves the former business partners' claims, likely leading to a dismissal of the action within the next two months).

I remain available to discuss the within on behalf of my clients anytime.  Feel free to reach me as needed at my above listed contact information.  I remain,

Very truly yours,

Harry R. Thomasson

FLUSHING03835