EXHIBIT "J"

**From:** Puccio, Robert
**Sent:** Tuesday, April 04, 2023 12:27 PM EDT
**To:** Clemens, Thomas <TClemens@flushingbank.com>
**Subject:** 189 Sunrise and Northshore Motor
**Attachment(s):** "Jones Aff Executed.pdf","letter from harry.pdf"

Hi Tom,

As per our discussion, I made it clear that if 189 Sunrise and Northshore would like an increase we would have to do a conventional full underwriting.  I mentioned that RE would be a lot easier also.

Attached is what the client's attorney sent me.  They said that even Citrin Cooperman opined and verified that the claims against Northshore's owners are wrong.

Thanks
Rob


*"The highest compliment I can receive is a referral to your family, friends and business associates."*

**Robert V. Puccio**
Vice President
Business Banking Group
Flushing Bank
99 Park Avenue – Suite 820
New York, NY 10016
Phone: 646-923-9539
Cellular: 516-707-8922
Email: rpuccio@flushingbank.com
www.FlushingBank.com

Robert V. Puccio

**FLUSHING04572**