EXHIBIT "K"

# iLien Cover Page

Date Printed:  03/22/2023

Debtor:
NORTHSHORE MOTOR LEASING LLC
180 Michael Drive
Syosset, NY  11791

bill code:  500209
loan num:  500209
REF3:
REF4:
Ref5:
Ref6:
Ref7:
Law Firm Bill Code:

iLien File #:  86581068
Order Confirmation #:  91982564

UserID:  323849
UserName:  ROSEMARIE MILLER
Number of Collateral Pages Attached:  0

Transaction Type:  Original
Jurisdiction:  NY, Secretary of State

FLUSHING01163

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER** [optional]
Name: Wolters Kluwer Lien Solutions Phone: 800-331-3282 Fax: 818-662-4141

**B. SEND ACKNOWLEDGMENT TO:** (Name and Address)  7775 - FLUSHING SAVINGS BAN

Lien Solutions
P.O. Box 29071
Glendale, CA  91209-9071

91982564

NYNY

File with: Secretary of State, NY

**Lien Solutions**
Representation of filing

**This filing is Completed**
File Number : 202303215396571
File Date   : 21-Mar-2023

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only <u>one</u> debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| NORTHSHORE MOTOR LEASING LLC | | | |

OR

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 180 Michael Drive | Syosset | NY | 11791 | USA |

| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | LLC | NY | ☒ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only <u>one</u> debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |

OR

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only <u>one</u> secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Flushing Bank | | | |

OR

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 220 RXR Plaza | Uniondale | NY | 11556 | USA |

4. This FINANCING STATEMENT covers the following collateral:

All personal property and fixtures in which the Debtor has or shall have an interest, now or hereafter existing or acquired, and wherever located, tangible or intangible, including but not limited to all present and hereafter existing or acquired accounts, accounts receivable, contract rights, general intangibles, equipment, goods, inventory (raw materials, components, work-in process, finished merchandise and packing and shipping materials), personal property made available to the Debtor by the Bank (or its agent or bailee) pursuant to a trust receipt or other security agreement the effect of which is to continue the Bank's security interest therein, money instruments, documents, chattel paper, securities, deposits, credits, claims and demands against the Bank, and all proceeds, products, returns, additions accessions and substitutions of and to any of the foregoing.

| 5. ALTERNATIVE DESIGNATION [if applicable]: | ☐ LESSEE/LESSOR | ☐ CONSIGNEE/CONSIGNOR | ☐ BAILEE/BAILOR | ☐ SELLER/BUYER | ☐ AG. LIEN | ☐ NON-UCC FILING |
|---|---|---|---|---|---|---|

| 6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.   Attach Addendum   [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]   [optional] | ☐ All Debtors | ☐ Debtor 1 | ☐ Debtor 2 |
|---|---|---|---|---|

8. OPTIONAL FILER REFERENCE DATA
91982564          500209                                              500209

FILING OFFICE COPY - UCC FINANCING STATEMENT (FORM UCC1)  (REV. 05/22/02)

Prepared by Lien Solutions, P.O. Box 29071,
Glendale, CA 91209-9071 Tel (800) 331-3282

**FLUSHING01164**