EXHIBIT "L"

**From:** Puccio, Robert <RPuccio@flushingbank.com>
**Sent:** Monday, March 13, 2023 11:01 AM EDT
**To:** Clemens, Thomas <TClemens@flushingbank.com>; Codispodo, Stephen <SCodispodo@flushingbank.com>
**Subject:** Northshore Motors Leasing, Numerated LOC $500 M application
**Attachment(s):** "Pfs - Mar.pdf","Personal FS.pdf"

Tom/Stephen,

Good morning.  Crazy weekend!

Attached you will find a signed PFS and CPA prepared Net Worth Statement for Anthony Deo, owner of North Shore Motors Leasing.  As I spoke with Tom briefly about last week, the funds from the LOC are going to be used primarily for "small and cosmetic" improvements to the showroom at the dealership.  These improvements are to things like, flooring, lighting, windows etc.  They also may look to make improvements to their auto repairs divisions, Gold Coast Motors of Syosset, which currently is a passthrough entity to North Shore with not much activity.  They do not do a lot of auto repairs currently.  They would also use the LOC for other growth opportunities which would need to be financed short term.

Please let me know if you would like to discuss further or have any questions.

Thanks
Rob


*"The highest compliment I can receive is a referral to your family, friends and business associates."*

**Robert V. Puccio**
Vice President
Business Banking Group
Flushing Bank
99 Park Avenue – Suite 820
New York, NY 10016
Phone: 646-923-9539
Cellular: 516-707-8922
Email: rpuccio@flushingbank.com
www.FlushingBank.com

in Robert V. Puccio

FLUSHING00196