EXHIBIT "N"



**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

CAR BUYERS NYC INC.
180 MICHAEL DR
SYOSSET, NY  11791-5328

BANK OF AMERICA
**Preferred Rewards**
For Business

**Customer service information**

  1.888.BUSINESS (1.888.287.4637)

✉  bankofamerica.com

✉  Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

## Your Business Advantage Relationship Banking Preferred Rewards for Bus Gold

for November 1, 2022 to November 30, 2022                     Account number: ▌▌▌▌▌▌▌▌

**CAR BUYERS NYC INC.**

### Account summary

| | | | |
|---|---|---|---|
| Beginning balance on November 1, 2022 | $69,253.42 | # of deposits/credits: 3 | |
| Deposits and other credits | 843,000.00 | # of withdrawals/debits: 28 | |
| Withdrawals and other debits | -860,616.44 | # of items-previous cycle[1]: 6 | |
| Checks | -30,800.00 | # of days in cycle: 30 | |
| Service fees | -180.00 | Average ledger balance: $104,973.77 | |
| **Ending balance on November 30, 2022** | **$20,656.98** | [1]*Includes checks paid, deposited items and other debits* | |

 Important information about a trending payment scam

- **We will never** call and ask you to send money using Zelle® to yourself or anyone else.
- **We will never** contact you via phone or text to ask for a security code.
- If anyone reaches out to you and asks you to send money or provide a code, it is likely a scam. Bank of America will not do this.

Learn more about trending scams at **bofa.com/helpprotectyourself**

Zelle and the Zelle related marks are wholly owned by Early Warning Services, LLC and are used herein under license.                     SSM-08-22-0187.B  |  4956677

PULL: E   CYCLE: 60   SPEC: E   DELIVERY: E   TYPE:   IMAGE: I   BC: NY                     Page 1 of 8



**EXHIBIT**

**DEO 48A**

CAR BUYERS NYC INC.   |   Account #███████████   |   November 1, 2022 to November 30, 2022

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2022 Bank of America Corporation

**Bank of America, N.A. Member FDIC and** **Equal Housing Lender**



**Your checking account**

CAR BUYERS NYC INC.   |   Account # ▓▓▓▓▓▓▓▓   |   November 1, 2022 to November 30, 2022

## Deposits and other credits

| Date | Description | Amount |
|---|---|---|
| 11/22/22 | NY TLR transfer | 723,000.00 |
| 11/29/22 | Online Banking transfer from CHK 9486 Confirmation# 4374335203 | 90,000.00 |
| 11/30/22 | Online Banking transfer from CHK 6406 Confirmation# 4983551301 | 30,000.00 |
| **Total deposits and other credits** | | **$843,000.00** |

## Withdrawals and other debits

| Date | Description | Amount |
|---|---|---|
| 11/09/22 | Online Banking transfer to CHK 6406 Confirmation# 1800821123 | -5,000.00 |
| 11/09/22 | AMERICAN EXPRESS DES:ACH PMT    ID:M3574  INDN:Sara Deo        CO ID:1133133497 CCD | -50,000.00 |
| 11/10/22 | CITI CARD ONLINE DES:PAYMENT    ID:420902363362203  INDN:ANTHONY DEO        CO ID:CITICTP    WEB | -371.42 |
| 11/14/22 | Online Banking transfer to CHK 6406 Confirmation# 1817315335 | -700.00 |
| 11/22/22 | WIRE TYPE:WIRE OUT DATE:221122 TIME:1607 ET TRN:2022112200449396 SERVICE REF:519029 BNF:DLA CAPITAL PARTNERS INC ID:6796577047 BNF BK: CITIBANK, N.A. ID:0008 PMT DET:AQ46897AQ POP Servi ces | -15,000.00 |
| 11/22/22 | WIRE TYPE:WIRE OUT DATE:221122 TIME:1608 ET TRN:2022112200450511 SERVICE REF:519346 BNF:STAR PERFORMANCE CONSULTIN ID:661316338 BNF BK:JPMORGAN CHASE BANK, N. ID:0002 PMT DET:W36 EFA957 POP Goods purchase of superb and mi//tsu pr | -300,000.00 |
| 11/22/22 | AMERICAN EXPRESS DES:ACH PMT    ID:M0236  INDN:Sara Deo        CO ID:1133133497 CCD | -5,000.00 |
| 11/23/22 | Online Banking transfer to CHK 6406 Confirmation# 4224598023 | -1,100.00 |
| 11/25/22 | Online Banking transfer to CHK 6406 Confirmation# 5040064170 | -35,000.00 |
| 11/25/22 | WIRE TYPE:WIRE OUT DATE:221125 TIME:1510 ET TRN:2022112500658642 SERVICE REF:014705 BNF:189 SUNRISE HWY AUTO LLC ID:1504779528 BNF BK: SIGNATURE BANK ID:026013576 PMT DET:AYK8FHSMF POP Operating expenses | -30,000.00 |
| 11/28/22 | WIRE TYPE:WIRE OUT DATE:221128 TIME:1029 ET TRN:2022112800407914 SERVICE REF:457868 BNF:JUN WANG AND ASSOCIATES P. ID:829903738 BNF BK:JPMORGAN CHASE BANK, N. ID:0002 PMT DET:29H FJWM9M POP Goods | -173,000.00 |
| 11/28/22 | WIRE TYPE:WIRE OUT DATE:221128 TIME:1039 ET TRN:2022112800412531 SERVICE REF:463714 BNF:JUN WANG AND ASSOCIATES P. ID:829903738 BNF BK:JPMORGAN CHASE BANK, N. ID:0002 PMT DET:MWU DUTBZQ POP Goods | -40,000.00 |

*continued on the next page*



## Take your security to the next level

Check your security meter level and watch it rise as you take action to help protect against fraud.

**See it in the Mobile Banking app and Online Banking.**
Scan this code or visit **bofa.com/SecurityCenter** to learn more.

When you use the QRC feature certain information is collected from your mobile device for business purposes. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.                    SSM-01-22-2466.B  I  4016001

CAR BUYERS NYC INC.   |   Account # ██████████   |   November 1, 2022 to November 30, 2022

## Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|--------|
| 11/29/22 | WIRE TYPE:WIRE OUT DATE:221129 TIME:1605 ET TRN:2022112900477215 SERVICE REF:515641 BNF:STAR PERFORMANCE CONSULTIN ID:661316338 BNF BK:JPMORGAN CHASE BANK, N. ID:0002 PMT DET:PMA 7DBX28 POP Goods purchase of mitsu project | -200,000.00 |
| 11/29/22 | FAY SERVICING   DES:ACH PMTS   ID:0000229785   INDN:SARA RAHMAN        CO ID:9412277737 WEB | -5,325.44 |
| 11/29/22 | CONT FINANCE      DES:PAYBYPHONE ID:043000095202674   INDN:deo sara        CO ID:9044036525 TEL | -10.00 |

Card account # XXXX XXXX XXXX 3423

| Date | Description | Amount |
|------|-------------|--------|
| 11/01/22 | CHECKCARD  1031 Jackpocket I 0000000000 646-755-7070 NY 24445002305000723136959 RECURRING CKCD 7800 XXXXXXXXXXXX3423 XXXX XXXX XXXX 3423 | -54.79 |
| 11/07/22 | CHECKCARD  1106 Jackpocket I 0000000000 646-755-7070 NY 24445002311000630263062 RECURRING CKCD 7800 XXXXXXXXXXXX3423 XXXX XXXX XXXX 3423 | -54.79 |

**Subtotal for card account # XXXX XXXX XXXX 3423**                                    **-$109.58**
**Total withdrawals and other debits**                                              **-$860,616.44**

## Checks

| Date | Check # | Amount | | Date | Check # | Amount |
|------|---------|--------|---|------|---------|--------|
| 11/30/22 | 1028 | -20,000.00 | | 11/28/22 | 1032 | -500.00 |
| 11/25/22 | 1030* | -300.00 | | 11/29/22 | 1032* | -5,000.00 |
| 11/21/22 | 1031 | -5,000.00 | | | | |
| | | | | **Total checks** | | **-$30,800.00** |
| | | | | **Total # of checks** | | **5** |

*   *There is a gap in sequential check numbers*

## Service fees

The Monthly Fee on your primary Business Advantage Relationship Banking account was waived for the statement period ending 10/31/22. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

✓    $15,000+ combined average monthly balance in linked business accounts has been met

✓    Become a member of Preferred Rewards for Business has been met

 For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|------|------------------------|--------|
| 11/22/22 | Wire Transfer Fee | -30.00 |
| 11/22/22 | Wire Transfer Fee | -30.00 |
| 11/25/22 | Wire Transfer Fee | -30.00 |
| 11/28/22 | Wire Transfer Fee | -30.00 |
| 11/28/22 | Wire Transfer Fee | -30.00 |
| 11/29/22 | Wire Transfer Fee | -30.00 |

**Total service fees**                                                              **-$180.00**

*Note your Ending Balance already reflects the subtraction of Service Fees.*



**Your checking account**

CAR BUYERS NYC INC.   |   Account #████████   |   November 1, 2022 to November 30, 2022

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 11/01 | 69,198.63 | 11/14 | 13,072.42 | 11/25 | 344,582.42 |
| 11/07 | 69,143.84 | 11/21 | 8,072.42 | 11/28 | 131,022.42 |
| 11/09 | 14,143.84 | 11/22 | 411,012.42 | 11/29 | 10,656.98 |
| 11/10 | 13,772.42 | 11/23 | 409,912.42 | 11/30 | 20,656.98 |

CAR BUYERS NYC INC.   |   Account #　　　　　　   |   November 1, 2022 - November 30, 2022

This page intentionally left blank

CAR BUYERS NYC INC.   |   Account #　　　　　　   |   November 1, 2022 - November 30, 2022

# BANK OF AMERICA

CAR BUYERS NYC INC.  |  Account # ▮▮▮▮▮▮▮▮  |  November 1, 2022 to November 30, 2022

## Check images

**Account number:** ▮▮▮▮▮▮▮▮

Check number: 1028  |  Amount: $20,000.00



Check number: 1030  |  Amount: $300.00



Check number: 1031  |  Amount: $5,000.00



Check number: 1032  |  Amount: $500.00



Check number: 1032  |  Amount: $5,000.00



This page intentionally left blank