EXHIBIT "O"



ANTHONY DEO

STATEMENT OF FINANCIAL CONDITION

MARCH 1, 2023

FLUSHING00187

**EXHIBIT**

DEO 48



Jones, Little & Co.
CERTIFIED PUBLIC ACCOUNTANTS, LLP

Thomas Jones, CPA
Roy Little, CPA
Kathleen Galway, CPA
Lori LaPonte, CPA
www.jonesandlittle.com

## Independent Accountants' Compilation Report

Anthony Deo
Old Westbury, New York

Anthony Deo is responsible for the accompanying statement of financial condition as of March 1, 2023 in accordance with accounting principles generally accepted in the United States of America. The financial statement is intended to present the assets of Anthony Deo at estimated current values and his liabilities at their estimated current amounts. We have performed a compilation engagement in accordance with Statements on Standards for Accounting and Review Services promulgated by the Accounting and Review Services Committee of the AICPA. We did not audit or review the financial statement nor were we required to perform any procedures to verify the accuracy or completeness of the information provided by Anthony Deo. We do not express an opinion, a conclusion, nor provide any assurance on this personal financial statement.

Anthony Deo has elected to omit substantially all the disclosures required by accounting principles generally accepted in the United States of America. If the omitted disclosures were included in the statement of financial condition, they might influence the user's conclusions about the financial condition of Anthony Deo. Accordingly, the financial statement is not designed for those who are not informed about such matters.

*Jones, Little + Co, CPA's, LLP*

East Islip, New York

86 West Main Street, Suite 2
East Islip, NY 11730-2323
(631) 277-8500 • Fax (631) 277-8502

5225 Nesconset Highway, Suite 50
Port Jefferson Station, NY 11776-2060
(631) 473-9500 • Fax (631) 473-1259

186 W. Montauk Highway, Suite D3
Hampton Bays, NY 11946-2347
(631) 728-4020 • Fax (631) 728-4649

FLUSHING00188

STATEMENT OF FINANCIAL CONDITION

March 1, 2023

## ASSETS

| | | |
|---|---|---:|
| Cash in Bank | $ | 657,000 |
| | | |
| Notes Receivable: | | |
| North Shore Motors Leasing LLC | | 1,275,000 |
| Sunrise Auto Outlet LLC | | 296,000 |
| | | |
| Closely-Held Entities: | | |
| Gold Coast Motors of Syosset LLC (100% Interest) | | 250,000 |
| Gold Coast Motors of Sunrise LLC (100% Interest) | | 200,000 |
| North Shore Motors Leasing LLC (100% Interest) | | 650,000 |
| Sunrise Auto Outlet LLC (100% Interest) | | 180,000 |
| | | |
| Real Estate: | | |
| Residence - Dix Hills, NY | | 1,498,000 |
| Residence - Bronx, NY | | 1,280,000 |
| Residence - Old Westbury, NY | | 5,295,000 |
| Residence - International | | 1,250,000 |
| | | |
| Automobiles | | 135,000 |
| | | |
| TOTAL ASSETS | $ | 12,966,000 |

## LIABILITIES AND NET WORTH

| | | |
|---|---|---:|
| Mortgage Payables: | | |
| Residence - Dix Hills, NY | $ | 789,000 |
| Residence - Bronx, NY | | 479,000 |
| Residence - Old Westbury, NY | | 2,250,000 |
| | | |
| Accounts Payable - Household | | 26,000 |
| | | |
| Total Liabilities | | 3,544,000 |
| | | |
| ESTIMATED INCOME TAXES, on the Differences Between the Estimated Current Values of Assets and the Estimated Current Amounts of Liabilities and their Tax Bases | | 247,000 |
| | | |
| NET WORTH | | 9,175,000 |
| | | |
| TOTAL LIABILITIES AND NET WORTH | $ | 12,966,000 |

- See Independent Accountants' Compilation Report -

FLUSHING00189