EXHIBIT "P"

**NYC DEPARTMENT OF FINANCE**
**OFFICE OF THE CITY REGISTER**

This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document.



2007082201031001002EA429

| RECORDING AND ENDORSEMENT COVER PAGE | | PAGE 1 OF 5 |
|---|---|---|
| Document ID: 2007082201031001 | Document Date: 08-17-2007 | Preparation Date: 10-12-2007 |

Document Type: COURT ORDER
Document Page Count: 3

| PRESENTER: | RETURN TO: |
|---|---|
| JODY LEIGHT, ESQ. | JODY LEIGHT, ESQ. |
| 350 BROADWAY - SUITE 701 | 350 BROADWAY - SUITE 701 |
| NEW YORK, NY 10013 | NEW YORK, NY 10013 |
| 917-667-3140 | 917-667-3140 |
| JLEIGHTESQ@JUSTICE.COM | JLEIGHTESQ@JUSTICE.COM |

**PROPERTY DATA**

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| BRONX | 4572 | 44 | Entire Lot | 3011 MATTHEWS AVENUE |

Property Type: DWELLING ONLY - 4 FAMILY

**CROSS REFERENCE DATA**

CRFN: 2005000381708

**PARTIES**

| PARTY 1/GRANTOR: | PARTY 2/GRANTEE: |
|---|---|
| MOTILAL DEO | 3011 MATTHEWS INC. |
| 3011 MATTHEWS AVENUE | 92-63 218TH STREET |
| BRONX, NY 10467 | QUEENS VILLAGE, NY 11428 |

x  Additional Parties Listed on Continuation Page

**FEES AND TAXES**

| Mortgage | | | Filing Fee: | | |
|---|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | | $ | 0.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | | |
| Exemption: | | | | $ | 0.00 |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | | |
| City (Additional): | $ | 0.00 | | $ | 0.00 |
| Spec (Additional): | $ | 0.00 | | | |
| TASF: | $ | 0.00 | | | |
| MTA: | $ | 0.00 | | | |
| NYCTA: | $ | 0.00 | | | |
| Additional MRT: | $ | 0.00 | | | |
| TOTAL: | $ | 0.00 | | | |
| Recording Fee: | $ | 52.00 | | | |
| Affidavit Fee: | $ | 0.00 | | | |

**RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK**

Recorded/Filed    10-19-2007 10:31
City Register File No.(CRFN):
**2007000530003**

*City Register Official Signature*

**EXHIBIT**
DEO 48A

**NYC DEPARTMENT OF FINANCE**
**OFFICE OF THE CITY REGISTER**



2007082201031001002CA6A9

| RECORDING AND ENDORSEMENT COVER PAGE (CONTINUATION) | | PAGE 2 OF 5 |
|---|---|---|
| Document ID: 2007082201031001 | Document Date: 08-17-2007 | Preparation Date: 10-12-2007 |
| Document Type: COURT ORDER | | |

**PARTIES**
**PARTY 2/GRANTEE:**
ANTHONY D. DEO
9263 218TH STREET
QUEENS VILLAGE, NY 11428

**ANII**

## NEW YORK SUPREME COURT - COUNTY OF BRONX

### PART 19

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX:

-----------------------------------------------------------------X

**MOTILAL DEO**

- against -

**3011 MATTHEWS INC., ET AL.**

-----------------------------------------------------------------X

| | | |
|---|---|---|
| Case Disposed | ☐ |
| Settle Order | ☐ |
| Schedule Appearance | ☐ |

Index Nº. **20595/2006**

Hon. **LUCINDO SUAREZ**,

Justice.

Re 3011 Matthews Ave. Bronx, NY 10467
**BLOCK 4572, LOT 44**

The following papers numbered 1 to _____ read on this motion,
Noticed on _____ and duly submitted as No. _____ on the Motion Calendar of _____

| | PAPERS NUMBERED | |
|---|---|---|
| Notice of Motion - Order to Show Cause - Exhibits and Affidavits Annexed | | |
| Answering Affidavit and Exhibits | | |
| Replying Affidavit and Exhibits | | |
| _____ Affidavits and Exhibits | | |
| Pleadings - Exhibit | | |
| Stipulation(s) - Referee's Report - Minutes | | |
| Filed Papers | | |
| Memoranda of Law | | |

Upon the foregoing papers this motion is granted as stated in the annexed AMENDED DECISION AND ORDER.

STATE OF NEW YORK, COUNTY OF BRONX,
SS. I, HECTOR L. DIAZ, COUNTY CLERK AND
CLERK OF THE SUPREME COURT, BRONX
COUNTY, DO HEREBY CERTIFY ON

TRANSCRIPT THEREFROM AND OF THE
WHOLE OF SUCH ORIGINAL. IN WITNESS
WHEREOF, I HAVE HEREUNTO SET MY
HAND AND AFFIXED MY OFFICIAL SEAL.

2007 OCT 11  P 1: 36

001085

THAT I HAVE COMPARED THIS COPY
WITH THE ORIGINAL FILED IN MY OFFICE ON
**OCT 11 2007**

AND THAT THE SAME IS A CORRECT

COUNTY CLERK AND CLERK OF THE
SUPREME COURT, BRONX COUNTY
FACSIMILE SIGNATURE USED PURSUANT
TO SEC. 952 COUNTY LAW, FEE PAID

Dated: **09/21/2007**

Hon. _____

**LUCINDO SUAREZ, J.S.C.**

Filed On - 10/11/2007 11:58:29 AM Bronx County Clerk

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX: IAS PART 19
------------------------------------------------------------------X
MOTILAL DEO,

                                        Plaintiff,

                    -against-

3011 MATTHEWS INC., ANTHONY DERRICK
DEO, Individually and as president of 3011
MATTHEWS, INC., THE REGISTER OF THE
CITY OF NEW YORK, OCWEN LOAN
SERVICING, LLC, JOHN DOE and JANE DOE,

                                        Defendants.
------------------------------------------------------------------X

AMENDED DECISION AND ORDER

Index No. 20595/2006

Re: Premises 3011 Matthews Avenue,
Bronx, New York 10467,
**Block 4572, Lot 44**

PRESENT: Hon. Lucindo Suarez

Upon the notice of motion dated June 3, 2007, the affirmation and exhibits in support thereof and plaintiff memorandum of law; there being no opposition to plaintiff's motion; and due deliberation; the court finds:

Plaintiff's motion, insofar as it seeks summary judgment, was referred to the undersigned by order of the court (Hon. Alison Y. Tuitt, J.S.C.) entered July 11, 2007. Plaintiff brings this action pursuant to RPL § 329 to have a deed dated January 31, 2005 purporting to transfer property located at 3011 Matthews Avenue, Bronx, New York 10467, Block 4572, Lot 44 from plaintiff to defendant 3011 Matthews Inc., a/k/a 3011 Matthews, Inc., canceled of record; and pursuant to RPAPL Article 15 for a declaration that plaintiff is the owner of the property and for ancillary relief. Defendants 3011 Matthews Inc., a/k/a 3011 Matthews, Inc. and Anthony Derrick Deo have failed to respond to the motion. Plaintiff has established, prima facie, that he purchased the property in 2004, duly recorded a deed from his grantor and never transferred title to defendants 3011 Matthews Inc., a/k/a 3011 Matthews, Inc. or Anthony Derrick Deo. Plaintiff has also established, prima facie, that his

signature on the quitclaim deed dated January 31, 2005, purporting to transfer his title to the premises to defendant 3011 Matthews Inc. a/k/a 3011 Matthews, Inc., was forged.

Accordingly, it is

ORDERED, that the motion of plaintiff for summary judgment is granted, on default; and it is further

ORDERED, that the quitclaim deed dated January 31, 2005 signed by Motilal Deo as grantor is hereby canceled as of record; and it is further

ORDERED, that upon service of a copy of this order with notice of entry upon the New York City Register, said New York City Register is directed to cancel the quitclaim deed dated January 31, 2005 purporting to "remise, release and quitclaim" the interest of Motilal Deo in the premises 3011 Matthews Avenue, Bronx, New York 10467, Block 4572, Lot 44 to 3011 Matthews Inc. a/k/a 3011 Matthews, Inc.; and it is further

ORDERED, that plaintiff is declared to be the owner of record of the premises 3011 Matthews Avenue, Bronx, New York 10467, Block 4572, Lot 44 and may file a deed so declaring, subject to the filed liens of the mortgagees; and it is further

ORDERED, that upon filing of a note of issue, the matter shall be placed upon the appropriate calendar for assessment of damages, including punitive damages, if at all, as prayed for in the complaint.

This constitutes the decision and order of the court.

Dated: September 21, 2007

Lucindo Suarez, J.S.C.

2