# Sage Legal LLC

**18211 Jamaica Avenue ● Jamaica, NY 11423-2327 ● (718) 412-2421 ● emanuel@sagelegal.nyc**

**VIA ECF**                                                              March 19, 2026
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. James M. Wicks, U.S.M.J.
100 Federal Plaza, Courtroom 1020
Central Islip, NY 11722-4438

> *Re:*    **Superb Motors Inc.,** *et al.* **v. Deo,** *et al.*
> **Case No.: 2:23-cv-6188 (JMW)**

Dear Judge Wicks:

This firm together with Cyruli Shanks & Zizmor LLP represents the Plaintiffs in this case, who write jointly with the Deo Defendants, including Defendant Harry R. Thomasson, Esq., to respectfully request a conference following their participation in a virtual CAMP Conference before the Second Circuit to discuss how the parties wish to proceed in light of their settlement discussions concerning an indicative ruling pursuant to Rule 12.1(b) of the Federal Rules of Appellate Procedure, in connection with a potential settlement as to certain issues in this case. The parties were authorized by the mediator to disclose these discussions. The relevant parties are available tomorrow, March 20, 2026, between 3:30 PM and 5:00 PM, or at another time the Court is next available.

The parties thank this Court for its time and attention to this case.

Dated: Jamaica, New York                       Respectfully submitted,
       March 19, 2026
                                                **SAGE LEGAL LLC**
                                                By:  */s/ Emanuel Kataev, Esq.*

Dated: New York, New York
       March 19, 2026                           **CYRULI SHANKS & ZIZMOR LLP**
                                                _____/s_____
                                                Jeffrey Ruderman, Esq.

                                                *Attorneys for Plaintiffs*

**VIA ECF**
All counsel of record