# THE LINDEN LAW GROUP, P.C.

**250 Park Avenue, 7th Floor**
**New York, New York 10177**
**(212) 655-9536**

March 23, 2026

**Via ECF**

Honorable James M. Wicks
U.S. District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

   Re: *Superb Motors, Inc., et al. v. Anthony Deo, et al.*
     Case No. 2:23-cv-6188 (JW)

Dear Judge Wicks:

  I write on behalf of pro se Defendant Harry Thomasson. By order as to ECF #432, Mr. Thomasson was to file his Answer and Amended Counterclaims by today.

  I have just been advised that Mr. Thomasson has just been admitted to the hospital for an unexpected and emergency medical condition.

  While I have not spoken to him yet, I would ask for a 1 week extension for him, with the caveat that he may need more time once he emerges from the hospital.

    Very truly yours,

    *Jeffrey Benjamin*

    Jeffrey Benjamin, Esq.