# THE LINDEN LAW GROUP, P.C.

**250 Park Avenue, 7th Floor**
**New York, New York 10177**
**(212) 655-9536**

March 23, 2026

**Via ECF**

Honorable James M. Wicks
U.S. District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

      Re:    *Superb Motors, Inc., et al. v. Anthony Deo, et al.*
              Case No. 2:23-cv-6188 (JW)

Dear Judge Wicks:

On behalf of the Deo Defendants, I write to request a three (3) week extension of time to oppose the Plaintiffs' current motion to reconsider. The reason for the request is the need for the Deo Defendants' new incoming counsel to review the motion in this matter.

Both Plaintiffs' counsel (movants) consented.

The current deadline for our opposition is April 1, so my request to the court is to April 22 for the Deos' opposition.

Very truly yours,

*Jeffrey Benjamin*

Jeffrey Benjamin, Esq.