# THE LINDEN LAW GROUP, P.C.

**250 Park Avenue, 7th Floor**
**New York, New York 10177**
**(212) 655-9536**

March 23, 2026

**<u>Via ECF</u>**

Honorable James M. Wicks
U.S. District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

> Re:  *Superb Motors, Inc., et al. v. Anthony Deo, et al.*
>      Case No. 2:23-cv-6188 (JW)

Dear Judge Wicks:

On behalf of the Deo Defendants, and as a result of the court's order as to witness Michael Laurie's prior non-appearance, I hereby inform the court that as directed by each of the certain Defendants, new incoming counsel for the Deo Defendants, Nipun Marwaha, Esq. will not be appearing at the continued depositions of Michael Laurie, Marc Merckling or Dwight Blankenship. These certain Defendants have waived their counsel's appearance at the balance of their respective depositions.

Very truly yours,

*Jeffrey Benjamin*

Jeffrey Benjamin, Esq.