AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

EASTERN _____ **District of** _____ NEW YORK

SUPERB MOTORS, INC., et al.

Plaintiff (s),

V.

Anthony Deo, Sara Deo, et al.

Defendant (s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:23-cv-6188 (JMW)

Notice is hereby given that, subject to approval by the court, __All Deo Defendants__ substitutes

(Party (s) Name)

Nipun Marwaha, Esq. _____, State Bar No. __5518618__ as counsel of record in

(Name of New Attorney)

place of __Jeffrey Benjamin, Esq. Bonnie Walker Esq. and The Linden Law Group PC__ .

(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: MARWAHA LAW GROUP, PLLC.

Address: 1539 Franklin Ave Suite 201, Mineola, NY 11501

Telephone: (516) 988-8866        Facsimile _____

E-Mail (Optional): nipun@marwahalaw.com

I consent to the above substitution.

Date: 3/23/2026 _____

_____
(Signature of Party (s))

I consent to being substituted.

Date: 3/23/2026 _____

_____
(Signature of Former Attorney (s))
The Linden Law Group PC

I consent to the above substitution.

Date: 3/23/2026 _____

_____
(Signature of New Attorney)
Marwaha Law Group, PLLC

The substitution of attorney is hereby approved and so ORDERED.

Date: _____                _____
                                              Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]