AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| SUPERB MOTORS, INC., et al. | ) |
| *Plaintiff* | ) |
| v. | )   Case No.   2:23-cv-6188(JMW) |
| ANTHONY DEO, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ALL DEO DEFENDANTS                                                                                          .

Date:     03/24/2026

*Attorney's signature*

Nipun Marwaha - 5518618
*Printed name and bar number*

1539 Franklin Ave, Suite 201
Mineola, New York 11501

*Address*

nipun@marwahalaw.com
*E-mail address*

(516) 988-8866
*Telephone number*

*FAX number*