AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

EASTERN _____ District of _____ NEW YORK

| SUPERB MOTORS, INC., et al. | |
| Plaintiff (s), | **CONSENT ORDER GRANTING** |
| V. | **SUBSTITUTION OF ATTORNEY** |
| Anthony Deo, Sara Deo, et al. | |
| Defendant (s), | CASE NUMBER:  2:23-cv-6188 (JMW) |

Notice is hereby given that, subject to approval by the court, _All Deo Defendants_ substitutes
(Party (s) Name)

_Nipun Marwaha, Esq._ , State Bar No. _5518618_ as counsel of record in
(Name of New Attorney)

place of _Jeffrey Benjamin, Esq. Bonnie Walker Esq. and The Linden Law Group PC_ .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: _MARWAHA LAW GROUP, PLLC._
Address: _1539 Franklin Ave Suite 201, Mineola, NY 11501_
Telephone: _(516) 988-8866_ Facsimile _____
E-Mail (Optional): _nipun@marwahalaw.com_

I consent to the above substitution.

Date: _3/23/2026_

(Signature of Party (s))

I consent to being substituted.

Date: _3/23/2026_

The Linden Law Group PC
(Signature of Former Attorney (s))

I consent to the above substitution.

Date: _3/23/2026_

Marwaha Law Group, PLLC
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _3/25/2025_

James M. Wicks
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]