UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

SUPERB MOTORS INC., TEAM AUTO SALES LLC, ROBERT ANTHONY URRUTIA, 189 SUNRISE HWY AUTO LLC, NORTHSHORE MOTOR LEASING, LLC, BRIAN CHABRIER, JOSHUA AARONSON, JORY BARON, ASAD KHAN, IRIS BARON REPRESENTATIVE OF THE ESTATE OF DAVID BARON, 1581 HYLAN BLVD AUTO LLC, 1580 HYLAN BLVD AUTO LLC, 1591 HYLAN BLVD AUTO LLC, 1632 HYLAN BLVD AUTO LLC, 1239 HYLAN BLVD AUTO LLC, 2519 HYLAN BLVD AUTO LLC, 76 FISK STREET REALTY LLC, 446 ROUTE 23 AUTO LLC and ISLAND AUTO MANAGEMENT, LLC,

**Case No.: 2:23-cv-6188 (JMW)**

**<u>NOTICE OF MOTION</u>**

Plaintiffs,

-against-

ANTHONY DEO, SARAH DEO, HARRY THOMASSON, DWIGHT BLANKENSHIP, MARC MERCKLING, MICHAEL LAURIE, THOMAS JONES, CPA, CAR BUYERS NYC INC., GOLD COAST CARS OF SYOSSET LLC, GOLD COAST CARS OF SUNRISE LLC, GOLD COAST MOTORS AUTOMOTIVE GROUP LLC, GOLD COAST MOTORS OF LIC LLC, GOLD COAST MOTORS OF ROSLYN LLC, GOLD COAST MOTORS OF SMITHTOWN LLC, UEA PREMIER MOTORS CORP., DLA CAPITAL PARTNERS INC., JONES, LITTLE & CO., CPA'S LLP,  FLUSHING BANK, LIBERTAS FUNDING LLC, J.P. MORGAN CHASE BANK, N.A., 189 SUNRISE HWY AUTO LLC, and NORTHSHORE MOTOR LEASING, LLC,

Defendants.

----------------------------------------------------------------X

**PLEASE TAKE NOTICE** that, upon the reading and filing of Plaintiffs' Memorandum of Law in Support of their Motion for Entry of Judgment in connection with Defendant Michael Laurie ("Laurie") and Jeffrey Benjamin, Esq.'s ("Benjamin") failure to pay attorneys' fees ordered to be paid in this Court's March 18, 2026 Order (ECF Docket Entry 434), Plaintiffs, by and through their respective counsel, Sage Legal LLC and Cyruli Shanks & Zizmor LLP, hereby respectfully move this Court, before the Hon. James M. Wicks, U.S.M.J. ("Judge Wicks"), in the United States Courthouse, Eastern District of New York, located at 100 Federal Plaza, Courtroom 1010, Central Islip, NY 11722, on a date and time to be set by the Court, as soon as counsel may be heard, for an Order pursuant to Rules 54(b) and 58 of the Federal Rules of Civil Procedure (hereinafter referred to as "Rules" or "Rule"), 28 U.S.C. § 1927, and this Court's inherent powers as follows:

(i) for a judgment in favor of Plaintiffs 189 Sunrise Hwy Auto LLC, Northshore Motor Leasing, LLC, 1581 Hylan Blvd Auto LLC, 1580 Hylan Blvd Auto LLC, 1591 Hylan Blvd Auto LLC, 1632 Hylan Blvd Auto LLC, 1239 Hylan Blvd Auto LLC, 2519 Hylan Blvd Auto LLC, 76 Fisk Street Realty LLC, 446 Route 23 Auto LLC, Island Auto Management, LLC, Brian Chabrier, Joshua Aaronson, Asad Khan, Iris Baron Representative of the Estate of David Baron, and Jory Baron, against Laurie and Benjamin, in the amount of $3,519.00 in addition to pre-judgment interest and post-judgment interest at the statutory rate compounded as provided under 28 U.S.C. § 1961, commencing March 18, 2026;

(ii) for a judgment in favor of Plaintiffs Superb Motors Inc, Team Auto Sales LLC, and Robert Anthony Urrutia, against Laurie and Benjamin in the amount of $6,125.00 in addition to pre-judgment interest and post-judgment interest at the statutory rate compounded as provided under 28 U.S.C. § 1961, commencing March 18, 2026;

2

(iii) awarding $500.00 per day as a sanction against Laurie and Benjamin commencing April 1, 2026 until fully paid; and

(iv) for such other and further relief as the Court may deem just, equitable, and proper.

**PLEASE TAKE FURTHER NOTICE**, that pursuant to ¶ 3(A) of Judge Wicks' Individual Practice Rules, this motion may be made without a pre-motion conference.

**PLEASE TAKE FURTHER NOTICE**, pursuant to Local Civil Rule 6.1, Defendants' opposition papers are due on Thursday, April 9, 2026, and Plaintiff's reply papers, if any, shall be served and filed on or before Thursday, April 16, 2026.

Dated: Jamaica, New York
   March 26, 2026

Respectfully submitted,
**SAGE LEGAL LLC**
 */s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorneys for Plaintiffs*
*Superb Motors Inc.,*
*Team Auto Sales LLC, and*
*Robert Anthony Urrutia*

**CYRULI SHANKS & ZIZMOR LLP**
   /s
Jeffrey Ruderman, Esq.
420 Lexington Avenue, Suite 2320
New York, NY 10170-0002
(212) 661-6800 (office)
(347) 379-4622 (direct dial)
(212) 661-5350 (facsimile)
jruderman@cszlaw.com

*Attorneys for Remaining Plaintiffs*

**VIA ECF**
All counsel of record

3