UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
SUPERB MOTORS INC., TEAM AUTO SALES LLC, ROBERT ANTHONY URRUTIA, 189 SUNRISE HWY AUTO LLC, NORTHSHORE MOTOR LEASING, LLC, BRIAN CHABRIER, JOSHUA AARONSON, JORY BARON, ASAD KHAN, IRIS BARON REPRESENTATIVE OF THE ESTATE OF DAVID BARON, 1581 HYLAN BLVD AUTO LLC, 1580 HYLAN BLVD AUTO LLC, 1591 HYLAN BLVD AUTO LLC, 1632 HYLAN BLVD AUTO LLC, 1239 HYLAN BLVD AUTO LLC, 2519 HYLAN BLVD AUTO LLC, 76 FISK STREET REALTY LLC, 446 ROUTE 23 AUTO LLC and ISLAND AUTO MANAGEMENT, LLC,

Plaintiffs,

-against-

ANTHONY DEO, SARAH DEO, HARRY THOMASSON, DWIGHT BLANKENSHIP, MARC MERCKLING, MICHAEL LAURIE, THOMAS JONES, CPA, CAR BUYERS NYC INC., GOLD COAST CARS OF SYOSSET LLC, GOLD COAST CARS OF SUNRISE LLC, GOLD COAST MOTORS AUTOMOTIVE GROUP LLC, GOLD COAST MOTORS OF LIC LLC, GOLD COAST MOTORS OF ROSLYN LLC, GOLD COAST MOTORS OF SMITHTOWN LLC, UEA PREMIER MOTORS CORP., DLA CAPITAL PARTNERS INC., JONES, LITTLE & CO., CPA'S LLP, FLUSHING BANK, LIBERTAS FUNDING LLC, J.P. MORGAN CHASE BANK, N.A., 189 SUNRISE HWY AUTO LLC, and NORTHSHORE MOTOR LEASING, LLC,

Defendants.
-------------------------------------------------------------------X

Case No.: 2:23-cv-6188 (JMW)

**DECLARATION OF EMANUEL KATAEV, ESQ. IN SUPPORT OF PLAINTIFFS' MOTION FOR ENTRY OF JUDGMENT IN CONNECTION WITH DEFENDANT MICHAEL LAURIE AND JEFFREY BENJAMIN, ESQ.'S FAILURE TO PAY ATTORNEYS' FEES AND COSTS AS ORDERED BY THIS COURT IN ITS MARCH 18, 2026 <u>ORDER</u>**

Emanuel Kataev, Esq., declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

1.      I am admitted to practice before this Court and am a member of Sage Legal LLC, attorneys for the Plaintiffs Superb Motors Inc. ("Superb"), Team Auto Sales LLC ("Team"), and Robert Anthony Urrutia ("Urrutia") in this case.  As such, I am familiar with all the facts and circumstances heretofore had herein based upon my personal knowledge and a review of the file maintained by this office.

2.      I respectfully submit this declaration in support of Plaintiffs' motion for entry of judgment in connection with Defendant Michael Laurie ("Laurie") and Jeffrey Benjamin, Esq.'s failure to pay attorneys' fees and costs as ordered by this court in its March 18, 2026 order.

3.      A true and accurate copy of Laurie's deposition transcript dated February 27, 2026 is annexed hereto as **Exhibit "A."**

I declare under penalty of perjury that the foregoing is true and correct.   Executed on March 2, 2026.

/s/ Emanuel Kataev, Esq.
Emanuel Kataev, Esq.