# CYRULI SHANKS
## CYRULI SHANKS & ZIZMOR LLP

Jeffrey C. Ruderman
email: jruderman@cszlaw.com
Admitted NY, NJ and CT

March 28, 2026

**VIA ECF**
Hon. James M. Wicks, U.S.M.J.
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 1020
Central Islip, NY 11722

      Re:    Superb Motors Inc. et. al. v. Deo, et. al., Case No. 2:23-cv-6188 (JMW)

Dear Judge Wicks:

This firm represents the "Island Auto Plaintiffs", being all Plaintiffs in the above referenced matter <u>other than</u> the "Superb Plaintiffs" (being Superb Motors Inc., Team Auto Sales LLC, and Robert Anthony Urrutia) (and together with the Island Auto Plaintiffs, "Plaintiffs"). We write this letter after conferring with all parties on at least two (2) occasions to respectfully request an extension of time to complete discovery, or to permit the remaining discovery timely commenced before the March 31, 2026 discovery deadline to be completed after the closure of discovery.

We first note that Defendant Harry Thomasson ("Thomasson") was admitted to the hospital on an emergency basis for more than a week, which has impeded our ability to complete the deposition of Defendant Michael Laurie and to conduct the deposition of Defendant Sara Deo. Plaintiffs did, however, complete the depositions of: (i) Thomasson on March 4, 2026; (ii) non-party Wendy Kwun on March 5, 2026; (iii) Flushing Bank's corporate representative on Tuesday, March 24, 2026 (having started same on February 26, 2026); (iv) Laurie on February 27, 2026 (although not completed);[1] (v) non-party-former-Defendant Thomas Jones on Wednesday, March 25, 2026; and (vi) Defendants Marc Merckling and Dwight Blankenship because Thomasson was released from the hospital.

The parties have also scheduled the non-party deposition of Daniel O'Sullivan (the former controller for Northshore Motor Leasing LLC and 189 Sunrise Hwy Auto LLC) for Monday, March 30, 2026.  The only party depositions we have not held or scheduled are of defendant Sara Deo, who, despite repeated requests to her attorney, has not provided available dates, and the deposition of an additional 30(b)(6) witness from Flushing.

---

[1] Laurie's and Buccino's depositions were not completed on February 26, 2026 and February 27, 2026, at their respective requests, for personal emergent situations.

ATTORNEYS AT LAW
420 LEXINGTON AVENUE, NEW YORK, NEW YORK 10170
TEL: (212) 661-6800 • FAX: (212) 661-5350

# CYRULI SHANKS

### CYRULI SHANKS & ZIZMOR LLP

The reason Plaintiffs seek an additional deposition of Flushing Bank is because Buccino was unfamiliar with significant functions of Flushing as concerned the department that handled the transactions with the Plaintiffs, but identified other individuals who would have knowledge concerning questions asked.

In addition, Chase Bank ("Chase"), Louis Beria ("Beria"), Ron Das ("Das") both subpoenaed non-parties, have not yet been deposed. It is Plaintiffs' understanding that Chase's counsel had accepted service of the subpoena and Thomasson was coordinating the deposition date. Beria and Das have not responded to the subpoena (or objected to same) and a motion to compel will be required.[2]

Currently, (i) all discovery is to be completed by March 31, 2026; (ii) last date in first steps of summary judgment motion practice is April 30, 2026; (iii) joint pretrial Order is due on May 29, 2026; (iv) in-person final pretrial conference is on June 8, 2026; and (v) jury selection and trial is to begin on July 6, 2026. See Text Only Order dated February 22, 2026.

Completing discovery and conducting the remaining depositions cannot be completed within the current time frame provided, as the parties met-and-conferred twice but were unable to find mutually available dates. Further, Plaintiffs respectfully submit that their numerous efforts to secure the Deo Defendants' cooperation to provide dates for the remaining witnesses, while painstaking, was mostly unfruitful. Together with Thomasson's hospitalization and Jeffrey Benjamin, Esq.'s withdrawal and substitution of new counsel unfamiliar with the case, these present extraordinary circumstances warranting relief to Plaintiffs, who have been diligent in proceeding with discovery, as is evidenced by the fact eight (8) additional depositions were taken this month alone.

As such, an extension of the discovery deadline is respectfully requested jointly by all parties, all of whom agreed to join in the request during the parties' meet-and-confers.

Consistent with ¶ 1(D) of this Court's Individual Practice Rules, Plaintiffs respectfully submit that: (i) the original date by which to complete discovery is currently March 31, 2026; (ii-iii) there have been at least four (4) previous requests for an extension of this deadline, all of which were granted on consent or jointly; (iv) an extension of time is necessary to complete the depositions and final remaining discovery as outlined above; and (v) all parties join in this request.

---

[2] Plaintiffs also subpoenaed numerous non-parties for documents and records which remain outstanding. Plaintiffs intend on moving to compel those non-parties to comply with the subpoenas.

# CYRULI SHANKS

### CYRULI SHANKS & ZIZMOR LLP

The parties joining in this letter propose the following extended dates: (i) all discovery to be completed by April 30, 2026, except Thomasson and the Deo Defendants, who consent to no more than a two (2) week extension of time; (ii) last date in first steps of summary judgment motion practice is May 31, 2026; (iii) joint pretrial Order due on June 15, 2026 unless any party seeks summary judgment; and (iv) in-person final pretrial conference to remain on June 8, 2026 or on a date to be selected by the Court. To the extent that no party moves for summary judgment, the parties agree to begin trial on July 6, 2026.

For the foregoing reasons, the parties respectfully submit that sufficient good cause exists to warrant this Court's exercise of discretion in favor of granting an extension of time to complete discovery until April 30, 2026. See Fed. R. Civ. P. 6(b)(1)(A).

We thank the Court for its consideration in this regard.

Respectfully yours,

*/s/ Jeffrey C. Ruderman*
Jeffrey C. Ruderman

cc:     All counsel via ECF

ATTORNEYS AT LAW
420 LEXINGTON AVENUE, NEW YORK, NEW YORK 10170
TEL: (212) 661-6800 • FAX: (212) 661-5350