

**MARWAHA**
LAW GROUP, PLLC

Nipun Marwaha, Esq.
Nipun@MarwahaLaw.com
Admitted NY, EDNY, SDNY

March 28, 2026

**VIA ECF**
Hon. James M. Wicks, U.S.M.J.
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 1020
Central Islip, NY 11722

Re:   <u>Superb Motors, Inc., et al. v. Anthony Deo, et al.</u>
Case No. 2-23-cv-6188 (JMW)

Dear Judge Wicks,

As the Honorable Court is aware, the undersigned and his firm, the Marwaha Law Group, PLLC, filed their Notice of Appearance with this Court on March 24, 2026, (ECF 443), and were officially substituted in as counsel for "All Deo Defendants" on March 25, 2026. (ECF 444).

We are requesting, pursuant to the Court's Order on September 29, 2023, (ECF 55), and subsequent Minute Order on May 9, 2025, (ECF 267), for leave to move the "Injuncted Deo Vehicles" from the previously approved "Deo Lot" located in Hicksville to the Deo Lot located at 869 Route 109, West Babylon, NY 11704 as the "Hicksville Lot" is no longer usable by the Deo Defendants.

The Parties and the Court are aware that there was an attempted assault on Defendant Anthony Deo at the "Hicksville Lot" by the then ownership of the lot. After the attack, the lot was transferred to new ownership. For the months following, despite good faith efforts by the Deo Defendants, the relationship with the ownership of the "Hicksville Lot" has deteriorated such that the Deo Defendants have moved their operations to the above mentioned West Babylon address and are required to remove the "Injuncted Deo Vehicles" from the "Hicksville Lot" by the end of this month.

In accordance with the abovementioned Court Orders regarding the security of the aforementioned vehicles, the new Deo Lot in West Babylon is objectively more secure than the "Hicksville Lot". It is controlled and maintained entirely by the Deo Defendants whereas the "Hicksville Lot" was a shared location. Further, the West Babylon Lot is fully illuminated and fenced in with reinforced iron fences and gates under the sole control of the Deo Defendants. All necessary Court approved insurance policies are still in effect.

On behalf of the Deo Defendants and prior counsel, the undersigned apologizes for the last-minute request. Based on information provided to the undersigned by his predecessors, the expectations and intentions were that the need to move the vehicles would have been removed by

Page 2

either; (1) a different resolution and or extension of the negotiations that were being done with the new ownership of the "Hicksville Lot"; and/or, (2) finding a resolution during the mediation held by the 2nd Circuit Court of Appeals on March 19, 2026. As is made obvious by the existence of this letter, those diligent and good faith attempts were not successful.

Upon learning of the need to move the vehicles and the requirement that any move must be approved by this Court, the undersigned immediately compiled the information necessary to make the instant request and filed as soon as practicable.

We thank the Court for its time and consideration of this matter.

Respectfully Submitted,

Nipun Marwaha
Managing Partner
Marwaha Law Group, PLLC