UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

SUPERB MOTORS INC., TEAM AUTO SALES LLC, ROBERT ANTHONY URRUTIA, 189 SUNRISE HWY AUTO LLC, NORTHSHORE MOTOR LEASING, LLC, BRIAN CHABRIER, JOSHUA AARONSON, JORY BARON, ASAD KHAN, IRIS BARON REPRESENTATIVE OF THE ESTATE OF DAVID BARON, 1581 HYLAN BLVD AUTO LLC, 1580 HYLAN BLVD AUTO LLC, 1591 HYLAN BLVD AUTO LLC, 1632 HYLAN BLVD AUTO LLC, 1239 HYLAN BLVD AUTO LLC, 2519 HYLAN BLVD AUTO LLC, 76 FISK STREET REALTY LLC, 446 ROUTE 23 AUTO LLC and ISLAND AUTO MANAGEMENT, LLC,

Plaintiffs,

-against-

ANTHONY DEO, SARAH DEO, HARRY THOMASSON, DWIGHT BLANKENSHIP, MARC MERCKLING, MICHAEL LAURIE, THOMAS JONES, CPA, CAR BUYERS NYC INC., GOLD COAST CARS OF SYOSSET LLC, GOLD COAST CARS OF SUNRISE LLC, GOLD COAST MOTORS AUTOMOTIVE GROUP LLC, GOLD COAST MOTORS OF LIC LLC, GOLD COAST MOTORS OF ROSLYN LLC, GOLD COAST MOTORS OF SMITHTOWN LLC, UEA PREMIER MOTORS CORP., DLA CAPITAL PARTNERS INC., JONES, LITTLE & CO., CPA'S LLP,  FLUSHING BANK, LIBERTAS FUNDING LLC, J.P. MORGAN CHASE BANK, N.A., 189 SUNRISE HWY AUTO LLC, and NORTHSHORE MOTOR LEASING, LLC,

Defendants.

-----------------------------------------------------------------------X

**Case No.: 2:23-cv-6188 (JMW)**

<u>**NOTICE OF DEPOSITION**</u>

NOTICE OF DEPOSITION

PLEASE TAKE NOTICE, that on December 30, 2025 at 9:00 AM, the deposition of FLUSHING BANK. c/o Cullen and Dykman LLP, 333 Earle Ovington Boulevard, Suite 2, Uniondale, New York 11553, will be taken pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, at the offices of Cyruli Shanks & Zizmor, LLP., 420 Lexington Avenue, Suite 2320, New York, New York 10170 or video conference service.

Pursuant to Rule 30(b)(6), FLUHING BANK shall designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on its behalf. Such designation is to be made no less than five (5) days prior to the deposition.

The deposition will be taken before a notary public, court reporter or other officer authorized by law to administer oaths, will be taken upon oral examination, and will continue from day to day until completed.

Dated: December 10, 2025

Respectfully Submitted,

**CYRULI SHANKS & ZIZMOR LLP**

_____

Russell Shanks, Esq.
Jeffrey C. Ruderman, Esq.
420 Lexington Avenue, Suite 2320
New York, NY 10170-0002
(212) 661-6800 (office)
(212) 661-5350 (facsimile)
rshanks@cszlaw.com
jruderman@cszlaw.com
*Attorneys for Plaintiffs*
*189 Sunrise Hwy Auto LLC,*
*Northshore Motor Leasing, LLC,*
*1581 Hylan Blvd Auto LLC,*
*1580 Hylan Blvd Auto LLC,*

*1591 Hylan Blvd Auto LLC,*
*1632 Hylan Blvd Auto LLC,*
*1239 Hylan Blvd Auto LLC,*
*2519 Hylan Blvd Auto LLC,*
*76 Fisk Street Realty LLC,*
*446 Route 23 Auto LLC,*
*Island Auto Management, LLC,*
*Brian Chabrier,*
*Joshua Aaronson,*
*Jory Baron, Asad Khan and*
*Iris Baron representative of the*
*Estate of David Baron*