# In the Matter of

Case No. 2:23-cv-6188 (JMW)

SUPERB MOTORS INC., et al.

v.

DEO, et al.

---

## Examination of Anthony D. Deo

*Monday, January 12, 2026*

---

## CONDENSED



The Little Reporting Company

469 Seventh Avenue
12th Floor
New York, NY 10018
tel: 646-650-5055
www.littlereporting.com

SUPERB MOTORS INC., et al. v. DEO, et al.
Anthony Deo  ---  January 12, 2026

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
SUPERB MOTORS INC., TEAM AUTO SALES LLC,
ROBERT ANTHONY URRUTIA, 189 SUNRISE HWY AUTO
LLC, NORTHSHORE MOTOR LEASING, LLC, BRIAN
CHABRIER, JOSHUA AARONSON, JORY BARON, ASAD
KHAN, IRIS BARON REPRESENTATIVE OF THE ESTATE
OF DAVID BARON, 1581 HYLAN BLVD AUTO LLC, 1580
HYLAN BLVD AUTO LLC, 1591 HYLAN BLVD AUTO LLC,
1632 HYLAN BLVD AUTO LLC, 1239 HYLAN BLVD AUTO
LLC, 2519 HYLAN BLVD AUTO LLC, 76 FISK STREET
REALTY LLC, 446 ROUTE 23 AUTO LLC and ISLAND
AUTO MANAGEMENT, LLC,

          Plaintiffs,
                         Case No.
                         2:23-cv-6188 (JMW)
          -against-
ANTHONY DEO, SARAH DEO, HARRY THOMASSON,
DWIGHT BLANKENSHIP, MARC MERCKLING, MICHAEL
LAURIE, THOMAS JONES, CPA, CAR BUYERS NYC
INC., GOLD COAST CARS OF SYOSSET LLC, GOLD
COAST CARS OF SUNRISE LLC, GOLD COAST MOTORS
AUTOMOTIVE GROUP LLC, GOLD COAST MOTORS OF LIC
LLC, GOLD COAST MOTORS OF ROSLYN LLC, GOLD
COAST MOTORS OF SMITHTOWN LLC, UEA PREMIER
MOTORS CORP., DLA CAPITAL PARTNERS INC.,
JONES, LITTLE & CO., CPA'S LLP, FLUSHING BANK,
LIBERTAS FUNDING LLC, J.P. MORGAN CHASE BANK,
N.A., 189 SUNRISE HWY AUTO LLC, and NORTHSHORE
MOTOR LEASING, LLC,
          Defendants.
- - - - - - - - - - - - - - - - - - x
                   333 Earle Ovington Boulevard
                   Second Floor
                   Uniondale, New York 11553
                   January 12, 2026
                   10:03 a.m.

(C A P T I O N   C O N T I N U E D)

(C O N T I N U E D   C A P T I O N)

VIDEORECORDED EXAMINATION BEFORE TRIAL of ANTHONY D. DEO, the Defendant herein, taken by EMANUEL KATAEV, in the above-entitled action, held at the above time and place, pursuant to Notice and Order, taken before DEVORA HACKNER, a Stenographic Reporter and Notary Public within and for the State of New York.

A P P E A R A N C E S:

SAGE LEGAL LLC
     Attorneys for Plaintiffs
     SUPERB MOTORS INC., TEAM AUTO SALES
     LLC, ROBERT ANTHONY URRUTIA
     18211 Jamaica Avenue
     Jamaica, New York 11423
     718-412-2421
BY:  EMANUEL KATAEV, ESQ.
     emanuel@sagelegal.nyc

CYRULI SHANKS & ZIZMOR LLP
     Attorneys for Plaintiffs
     189 SUNRISE HWY AUTO LLC, NORTHSHORE
     MOTOR LEASING, LLC, BRIAN CHABRIER,
     JOSHUA AARONSON, JORY BARON, 1581
     HYLAN BLVD AUTO LLC, 1580 HYLAN BLVD
     AUTO LLC, 1591 HYLAN BLVD AUTO LLC,
     1632 HYLAN BLVD AUTO LLC, 1239 HYLAN
     BLVD AUTO LLC, 2519 HYLAN BLVD AUTO
     LLC, 76 FISK STREET REALTY LLC, 446
     ROUTE 23 AUTO LLC, and ISLAND AUTO
     MANAGEMENT, LLC
     420 Lexington Avenue
     Suite 2320
     New York, New York 10170
     212-661-6800
BY:  JEFFREY RUDERMAN, ESQ.
     jruderman@cszlaw.com

THE LINDEN LAW GROUP, P.C.
     Attorneys for Defendants
     ANTHONY DEO, SARAH DEO, DWIGHT
     BLANKENSHIP, MARC MERCKLING, MICHAEL
     LAURIE, GOLD COAST CARS OF SYOSSET
     LLC, GOLD COAST CARS OF SUNRISE LLC,
     GOLD COAST MOTORS AUTOMOTIVE GROUP
     LLC, GOLD COAST MOTORS OF LIC LLC,
     GOLD COAST MOTORS OF ROSLYN LLC, and
     GOLD COAST MOTORS OF SMITHTOWN LLC
     250 Park Avenue
     7th Floor
     New York, New York 10017
     212-537-6612
BY:  JEFFREY BENJAMIN, ESQ.
     jbenjamin@nyfraudlaw.com

HARRY R. THOMASSON, JR.
     Attorney for Defendant
     HARRY THOMASSON
     3280 Sunrise Highway
     Suite Box 112
     Wantagh, New York 11793
     516-557-5459
BY:  HARRY R. THOMASSON, JR., ESQ.
     hrtatty@verizon.net

CULLEN AND DYKMAN LLP
     Attorneys for Defendant
     FLUSHING BANK
     333 Earle Ovington Boulevard
     Second Floor
     Uniondale, New York 11553
     516-357-3700
BY:  ARIEL E. RONNEBURGER, ESQ.
     aronneburger@cullenllp.com

WEIR LLP
     Attorneys for Defendant
     LIBERTAS FUNDING LLC
     1339 Chestnut Street
     Suite 500
     Philadelphia, Pennsylvania 19107
     215-665-8181
BY:  JEFFREY S. CIANCIULLI, ESQ.
     jcianciulli@weirlawllp.com

ALSO PRESENT:
ANDREW GEDACHT, Videographer
ROBERT ANTHONY URRUTIA
SARAH DEO
ALIVIA COONEY, Paralegal
     Sage Legal LLC

TAMMY ARONBAYEV, Paralegal
     Sage Legal LLC

1 (Pages 1 to 4)

SUPERB MOTORS INC., et al. v. DEO, et al.
Anthony Deo   ---   January 12, 2026

5

FEDERAL STIPULATIONS

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties herein, that filing and sealing be and the same are hereby waived.

IT IS FURTHER STIPULATED AND AGREED that all objections, except as to the form of the question, shall be reserved to the time of the trial.

IT IS FURTHER STIPULATED AND AGREED that the within deposition may be signed and sworn to before any officer authorized to administer an oath, with the same force and effect as if signed and sworn to before the Court.

6

A. D. DEO
THE STENOGRAPHER: Jeffrey Benjamin, are you going to be ordering a copy of the deposition?
MR. BENJAMIN: Yes.
MR. KATAEV: We're splitting.
THE STENOGRAPHER: So you're paying for both?
MR. KATAEV: Yes.
Mr. Cianciulli, will you be ordering a copy of the transcript?
MR. CIANCIULLI: The answer is I don't know just yet. I'll let you know by the end of the deposition.
THE STENOGRAPHER: You're ordering --
MS. RONNEBURGER: We will be ordering.
THE VIDEOGRAPHER: We are now on the record. Today's date is January 12, 2026. The time

7

A. D. DEO
now is 10:03 a.m.
Please note that the microphones are sensitive and may pick up whispering and private conversations. Please mute your phones at this time.
Audio and video recording will continue to take place unless all parties agree to go off the record.
We are taking the deposition of Anthony Deo in the matter of Super Motors Inc., et al. V. Anthony Deo, et al., pending in United States District Court, Eastern District of New York, Case No. 223-CV-6188 JMW.
We are located at the offices of Cullen and Dykman, located at 333 Earle Ovington Boulevard, Uniondale, New York.
My name is Andrew Gedacht, and I am the legal video specialist with Little Reporting.

8

A. D. DEO
The court reporter is Devora Hackner, also with Little Reporting.
All appearances will be present on the stenographic record.
Will the court reporter please swear in the witness.
A N T H O N Y  D.  D E O, the witness herein, having been first duly sworn by a Notary Public of the State of New York, was examined and testified as follows:
THE STENOGRAPHER: State your name like it's on your driver's license for the record.
THE WITNESS: It's Anthony D. Deo.
THE STENOGRAPHER: Thank you. And your address, please.
THE WITNESS: 3 Hunting Lane, Old Westbury, New York 11568.

2 (Pages 5 to 8)

SUPERB MOTORS INC., et al. v. DEO, et al.
Anthony Deo   ---   January 12, 2026

9

A. D. DEO

EXAMINATION
BY MR. KATAEV:
Q. Good morning, Mr. Deo.
A. Good morning.
Q. Before I begin the deposition, I want to confirm with your counsel that we're going to use the -- use and agree to the usual federal stipulations.
MR. KATAEV: For the record, those are filing, sealing and certification is waived. Objections except as to form are reserved for trial. And examination -- this examination may be sworn to before any notary public.
Counsel, do you agree to these usual federal stips?
MR. BENJAMIN: Yes, agreed.
MR. KATAEV: Okay.
THE VIDEOGRAPHER: Counsel, your microphone.
Q. When you introduced yourself just now, you announced that you are

10

A. D. DEO

Anthony D. Deo, correct?
A. Yes.
Q. And the "D" stands for Derrick, correct?
A. Yes.
Q. D-E-R-R-I-C-K?
A. Yes.
Q. Okay. Mr. Deo, my name is Emanuel Kataev, as you know. I am the attorney for the plaintiff, Superb Motors Inc., Team Auto Sales LLC, and Robert Anthony Urrutia.
From here on in, I will be referring to Superb Motors Inc. as Superb, unless otherwise stated. Okay?
A. Okay.
Q. I will be referring to Team Auto Sales LLC as Team, unless otherwise stated. Okay?
A. Okay.
Q. And I'll be referring to Plaintiff Robert Anthony Urrutia as Tony, unless otherwise stated. Understood?

11

A. D. DEO

A. Tony. Okay.
Q. We are conducting your deposition today and I expect it will last the entire day. Besides me, there are other attorneys here who will be seeking to depose you. Those are the attorneys for the Island Auto Group plaintiffs next to me, Mr. Ruderman. And I've spoken to Ms. Ronneburger, the attorney representing Defendant Flushing Bank. She will also be seeking to depose you. And I don't know whether counsel for Libertas will be seeking to depose you, but I want to notify you now that we're going to reserve the right to seek an additional day.
To the extent you disagree with this, or your counsel disagrees with this, we want to meet and confer now on the subject.
Will you agree to come for another day, to the extent that my deposition lasts the whole day?

12

A. D. DEO

MR. BENJAMIN: No.
MR. KATAEV: Okay. There's -- every party is entitled to seven hours. So we're one party. This is another party. And that's another party. And I don't know if Libertas wants to. But they're all entitled to seven hours each.
So what is your basis for refusing to produce your witness for another day?
MR. BENJAMIN: We haven't even started this deposition yet. So let's see how it goes and -- but at this point, there's no reason I see to go beyond the seven hours yet. At the end of today, maybe we'll revisit the issue. But that's it.
MR. KATAEV: Okay. That's agreeable. We'll meet and confer on this after the deposition is done for the day.

3 (Pages 9 to 12)

SUPERB MOTORS INC., et al. v. DEO, et al.
Anthony Deo  ---  January 12, 2026

13

A. D. DEO

Q. Okay. Mr. Deo, I will be asking you and you will be answering questions today about yourself, Superb, Team, Tony, Island Auto Group, our claims against you and your gang, and other related subjects. Do you understand that?

A. Do I understand, yes.

Q. Your testimony today is subject to the same oath and same penalty of perjury as if you were testifying in court. Do you understand that?

A. Yes.

Q. Have you ever been deposed before?

A. No.

Q. This is your first time doing a deposition?

A. Yeah.

Q. I want to go over some of the ground rules that you should know so that we can have an efficient and effective deposition today. First, keep your voice loud and clear for the

14

A. D. DEO

court reporter.

Second, answer in words. No body gestures, no mumbling, no uh-huh, no uh-uh. Say yes or no.

Do you understand that?

A. Yes.

Q. Third, allow me to complete my question before you answer, and I'll give you the same courtesy. The court reporter can't write down what both of us are saying at the same time.

Do you understand that?

A. Yes.

Q. Fourth, if you don't understand the question, tell me and I will rephrase it. If you answer it, I will assume that you understood the question.

Do you understand that?

A. Yes.

Q. We're looking for your best recollection of events today. We're going to go over things that occurred, brief work, sometimes five years ago.

15

A. D. DEO

While I don't want you to guess at answers, even if your memory is not crystal clear, I'm still entitled to your best recollection.

Do you understand that?

A. Yes.

Q. In terms of breaks, you could take a break at any time for any reason. I just have a rule that if there's a question pending, you have to answer that question before we take the break.

Do you understand that?

A. I do. Could I tell you something about the breaks? Is that okay?

Q. Sure.

A. I just want to tell you that I -- because of my diabetes and my high blood pressure, I take certain medication that makes me drink a lot and I have to use the bathroom a lot.

Q. Sure.

A. Is that okay?

16

A. D. DEO

Q. If you need to use the bathroom, we could take a break.

A. I also have lower back pain, so if you see me trying to crack my back, it's because my back really hurts.

Q. Understood.

A. So it's hard to sit for a long time.

Q. Okay. In terms of the first thing, anytime you need a break, tell us. I want to ask the court reporter to time all the breaks, 'cause I'm entitled to seven hours of testimonial time, not including breaks.

As far as your back, if you need to stand during the deposition, I really have no objection, but we need to tell the videographer.

A. Okay.

Q. Do you understand all of these ground rules?

A. I do.

Q. All right. Is there any reason you cannot participate in today's

4 (Pages 13 to 16)