UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

                                      Case No. 2:23-cv-6188  (JMW)

SUPERB MOTORS, INC., TEAM AUTO SALES LLC.,
ROBERT ANTHONY URRUTIA, 189 SUNRISE
HIGHWAY AUTO LLC., NORTHSHORE MOTOR
LEASING, LLC., BRIAN CHABRIER, JOSHUA
AARONSON, JORY BARON, ASAD KHAN, IRIS
BARON REPRESENTATIVE OF THE ESTATE  OF
DAVID BARON, 1581 HYLAN BLVD AUTO LLC,
1580 HYLAN BLVD AUTO LLC, 1591 HYLAN BLVD
AUTO LLC, 1632 HYLAN BLVD AUTO LLC, 1239
HYLAN BLVD AUTO LLC, 2519 HYLAN BLVD
AUTO LLC, 76 FISK STREET REALTY LLC, 446
ROUTE 23 AUTO LLC, and ISLAND AUTO
MANAGEMENT, LLC,

                  Plaintiffs,

     -against-

ANTHONY DEO, SARA DEO, HARRY THOMASSON,
DWIGHT BLAKENSHIP, MARC MERCKLING,
MICHAEL LAURIE, THOMAS JONES, CPA, CAR BUYERS
NYC INC., GOLD COAST CARS OF SYOSSET LLC,
GOLD COAST CARS OF SUNRISE LLC, GOLD COAST
MOTORS AUTOMOTIVE GROUP LLC, GOLD COAST
MOTORS OF LIC LLC, GOLD COAST MOTORS OF
ROSLYN LLC, GOLD COAST MOTORS OF
SMITHTOWN LLC, UEA PREMIER MOTORS CORP.,
DLA CAPITAL PARTNERS INC., JONES LITTLE & CO.,
CPA'S LLP, FLUSHING BANK, LIBERTAS FUNDING,
LLC, J.P. MORGAN CHASE BANK, N.A., 189 SUNRISE
HWY AUTO LLC, and NORTHSHORE MOTOR LEASING, LLC

                  Defendants.

-----------------------------------------------------------------------X

**ANSWER WITH AFFIRMATIVE DEFENSES AND AMENDED COUNTERCLAIMS TO PLAINTIFFS' THIRD AMENDED COMPLAINT**

NOW COMES Defendant, HARRY THOMASSON, *pro se,* and responds to the

Plaintiffs' Third Amended Complaint, as follows:

1

<u>ANSWER</u>

1. Defendant denies each of the allegations contained in Complaint paragraph 1 and its footnote.

2. Defendant denies each of the allegations contained in Complaint paragraph 2.

3. Defendant denies each of the allegations contained in Complaint paragraph 3.

4. Defendant denies each of the allegations contained in Complaint paragraph 4.

5. Defendant denies each of the allegations contained in Complaint paragraph 5.

6. Defendant denies each of the allegations contained in Complaint paragraph 6.

7. Defendant denies each of the allegations contained in Complaint paragraph 7.

8. Defendant denies each of the allegations contained in Complaint paragraph 8.

9. Defendant admits each of the allegations contained in Complaint paragraph 9.

10. Defendant admits each of the allegations contained in Complaint paragraph 10.

11. Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 11.

12. Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 12.

13. Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 13.

14. Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 14.

15. Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 15.

16. Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 16.

17. Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 17.

18. Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 18.

19. Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 19.

20. Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 20.

21. Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 21.

22. Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 22.

23. Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 23.

24. Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 24.

25. Paragraph 25 of the Complaint does not call for any response.

26. Paragraph 26 of the Complaint does not call for any response.

27. Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 27.

28. Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 28.

29. Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 29.

30. Defendant admits each of the allegations contained in Complaint paragraph 30, but denies each of the allegations contained in its footnote.

31. Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 31.

32. Defendant admits that he is an attorney at law, but denies each of the remaining allegations in Complaint paragraph 32.

33. Defendant denies that Dwight Blakenship works for the Deos, but admits the remainder of Complaint paragraph 33.

34. Defendant denies that Marc Merkling works for the Deos, but admits the remainder of Complaint paragraph 34.

35. Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 35.

36. Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 36.

37. Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 37.

38. Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 38.

39. Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 39.

40. Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 40.

41. Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 41.

42. Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 42.

43. Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 43.

44. Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 44.

45. Paragraph 45 of the Complaint does not call for any response.

46. Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 46.

47. Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 47.

48. Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 48.

49. Defendant denies that this Court has original jurisdiction over the instant matter to the extent that jurisdiction is based upon false allegations of RICO.

50. Defendant denies that this Court has supplemental jurisdiction over state claims since the underlying allegations of RICO violations are false.

51. Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 51.

52. Defendant denies each of the allegations contained in Complaint paragraph 52.

53. Defendant denies each of the allegations contained in Complaint paragraph 53.

54. Defendant denies each of the allegations contained in Complaint paragraph 54.

55. Defendant denies each of the allegations contained in Complaint paragraph 55.

56. Defendant denies each of the allegations contained in Complaint paragraph 56.

57. Defendant denies each of the allegations contained in Complaint paragraph 57.

58. Defendant denies each of the allegations contained in Complaint paragraph 58.

59. Defendant denies each of the allegations contained in Complaint paragraph 59.

60. Defendant denies each of the allegations contained in Complaint paragraph 60.

61. Defendant denies each of the allegations contained in Complaint paragraph 61.

62. Defendant denies each of the allegations contained in Complaint paragraph 62.

63. Defendant denies each of the allegations contained in Complaint paragraph 63.

64. Defendant denies each of the allegations contained in Complaint paragraph 64.

65. Defendant denies each of the allegations contained in Complaint paragraph 65.

66. Defendant denies each of the allegations contained in Complaint paragraph 66.

67. Defendant denies each of the allegations contained in Complaint paragraph 67.

68. Defendant denies each of the allegations contained in Complaint paragraph 68.

69. Defendant denies each of the allegations contained in Complaint paragraph 69.

70. Defendant admits each of the allegations contained in Complaint paragraph 70.

71. Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 71.

72. Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 72.

73. Defendant denies each of the allegations contained in Complaint paragraph 73.

74. Defendant denies each of the allegations contained in Complaint paragraph 74.

75. Defendant denies each of the allegations contained in Complaint paragraph 75.

76. Defendant denies each of the allegations contained in Complaint paragraph 76.

77. Defendant denies each of the allegations contained in Complaint paragraph 77.

78. Defendant denies each of the allegations contained in Complaint paragraph 78.

79. Defendant admits each of the allegations contained in Complaint paragraph 79, but denies each of the allegations contained in its footnote.

80. Defendant admits each of the allegations contained in Complaint paragraph 80, but denies each of the allegations contained in its footnote.

81. The laws for operating a used car dealership in the State of New York speak for themselves.

82. The laws for operating a used car dealership in the State of New York speak for themselves.

83. Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 83.

84. Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 84.

85. Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 85.

86. Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 86.

87.  The laws for operating a used car dealership in the State of New York speak for themselves.

88. Defendant denies each of the allegations contained in Complaint paragraph 88.

89. Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 89.

90. Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 90.

91. Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 91.

92. Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 92.

93. Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 93.

94. Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 94.

95. Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 95.

96. Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 96.

97. Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 97.

98. Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 98.

99. Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 99.

100. Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 100.

101. Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 101.

102. Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 102.

103. Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 103.

104. Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 104.

105. Defendant denies each of the allegations contained in Complaint paragraph 105.

106. Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 106.

107. Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 107.

108. Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 108.

109. Defendant denies each of the allegations contained in Complaint paragraph 109.

110. Defendant denies each of the allegations contained in Complaint paragraph 110.

9

111.    Defendant denies each of the allegations contained in Complaint paragraph 111.

112.    Defendant denies each of the allegations contained in Complaint paragraph 112.

113.    Defendant denies each of the allegations contained in Complaint paragraph 113.

114.    Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 114.

115.    Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 115.

116.    Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 116.

117.    Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 117.

118.    Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 118.

119.    Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 119.

120.    Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 120.

121.    Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 121.

122.    Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 122.

123.    Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 123.

124. Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 124.

125. Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 125.

126. Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 126.

127. Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 127.

128. Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 128.

129. Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 129.

130. Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 130.

131. Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 131.

132. Defendant denies each of the allegations contained in Complaint paragraph 132.

133. Defendant denies each of the allegations contained in Complaint paragraph 133.

134. Defendant denies each of the allegations contained in Complaint paragraph 134.

135. Defendant denies each of the allegations contained in Complaint paragraph 135.

136. Defendant denies each of the allegations contained in Complaint paragraph 136.

137. Defendant denies each of the allegations contained in Complaint paragraph 137.

138. Defendant denies each of the allegations contained in Complaint paragraph 138.

139.    Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 139.

140.    Defendant denies each of the allegations contained in Complaint paragraph 140.

141.    Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 141.

142.    Defendant denies each of the allegations contained in Complaint paragraph 142.

143.    Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 143.

144.    Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 144.

145.    Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 145.

146.    Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 146.

147.    Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 147.

148.    Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 148.

149.    Defendant denies each of the allegations contained in Complaint paragraph 149.

150.    Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 150.

151.    Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 151.

152.    Defendant denies each of the allegations contained in Complaint paragraph 152.

153.    Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 153.

154.    Defendant denies each of the allegations contained in Complaint paragraph 154.

155.    Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 155.

156.    Defendant denies each of the allegations contained in Complaint paragraph 156.

157.    Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 157.

158.    Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 158.

159.    Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 159.

160.    Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 160.

161.    Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 161.

162.    Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 162.

163.    Defendant denies each of the allegations contained in Complaint paragraph 163.

164.    Defendant denies each of the allegations contained in Complaint paragraph 164.

165.    Defendant denies each of the allegations contained in Complaint paragraph 165.

166.   Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 166.

167.   Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 167.

168.   Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 168.

169.   Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 169.

170.   Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 170.

171.   Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 171.

172.   Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 172.

173.   Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 173.

174.   Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 174.

175.   Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 175.

176.   Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 176.

177. Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 177.

178. Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 178.

179. Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 179.

180. Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 180.

181. Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 181.

182. Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 182.

183. Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 183.

184. Defendant denies each of the allegations contained in Complaint paragraph 184.

185. Defendant denies each of the allegations contained in Complaint paragraph 185.

186. Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 186.

187. Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 187.

188. Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 188.

189. Defendant denies each of the allegations contained in Complaint paragraph 189.

190.    Defendant denies each of the allegations contained in Complaint paragraph 190.

191.    Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 191.

192.    Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 192.

193.    Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 193.

194.    Defendant denies each of the allegations contained in Complaint paragraph 194.

195.    Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 195.

196.    Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 196.

197.    Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 197.

198.    Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 198.

199.    Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 199.

200.    Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 200.

201.    Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 201.

202.    Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 202.

203.    Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 203.

204.    Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 204.

205.    Defendant denies each of the allegations contained in Complaint paragraph 205.

206.    Defendant denies each of the allegations contained in Complaint paragraph 206.

207.    Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 207.

208.    Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 208.

209.    Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 209.

210.    Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 210.

211.    Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 211.

212.    Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 212.

213.    Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 213.

214. Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 214.

215. Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 215.

216. Defendant denies each of the allegations contained in Complaint paragraph 216.

217. Defendant denies each of the allegations contained in Complaint paragraph 217.

218. Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 218.

219. Defendant denies each of the allegations contained in Complaint paragraph 219.

220. Defendant denies each of the allegations contained in Complaint paragraph 220.

221. Defendant denies each of the allegations contained in Complaint paragraph 221.

222. Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 222.

223. Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 223.

224. Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 224.

225. Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 225.

226. Defendant denies each of the allegations contained in Complaint paragraph 226.

227. Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 227.

228. Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 228.

229. Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 229.

230. Defendant denies each of the allegations contained in Complaint paragraph 230.

231. Defendant denies each of the allegations contained in Complaint paragraph 231.

232. Defendant denies each of the allegations contained in Complaint paragraph 232.

233. Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 233.

234. Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 234.

235. Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 235.

236. Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 236.

237. Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 237.

238. Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 238.

239. Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 239.

240. Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 240.

241.    Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 241.

242.    Defendant denies each of the allegations contained in Complaint paragraph 242.

243.    Defendant denies each of the allegations contained in Complaint paragraph 243.

244.    Defendant denies each of the allegations contained in Complaint paragraph 244.

245.    Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 245.

246.    Defendant denies each of the allegations contained in Complaint paragraph 246.

247.    Defendant denies each of the allegations contained in Complaint paragraph 247.

248.    Defendant denies each of the allegations contained in Complaint paragraph 248.

249.    Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 249.

250.    Defendant denies each of the allegations contained in Complaint paragraph 250.

251.    Defendant denies each of the allegations contained in Complaint paragraph 251.

252.    Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 252.

253.    Defendant denies each of the allegations contained in Complaint paragraph 253.

254.    Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 254.

255.    Defendant denies each of the allegations contained in Complaint paragraph 255.

256.    Defendant denies each of the allegations contained in Complaint paragraph 256.

257.    Defendant denies each of the allegations contained in Complaint paragraph 257.

258.    Defendant denies each of the allegations contained in Complaint paragraph 258.

259.    Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 259.

260.    Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 260.

261.    Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 261.

262.    Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 262.

263.    Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 263.

264.    Defendant denies each of the allegations contained in Complaint paragraph 264.

265.    Defendant denies each of the allegations contained in Complaint paragraph 265.

266.    Defendant denies each of the allegations contained in Complaint paragraph 266.

267.    Defendant denies each of the allegations contained in Complaint paragraph 267.

268.    Defendant denies each of the allegations contained in Complaint paragraph 268.

269.    Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 269.

270.    Defendant denies each of the allegations contained in Complaint paragraph 270.

271.    Defendant denies each of the allegations contained in Complaint paragraph 271.

272.    Defendant denies each of the allegations contained in Complaint paragraph 272.

273.    Defendant denies each of the allegations contained in Complaint paragraph 273.

274.    Defendant denies each of the allegations contained in Complaint paragraph 274.

275.    Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 275.

276.    Defendant denies each of the allegations contained in Complaint paragraph 276.

277.    Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 277.

278.    Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 278.

279.    Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 279.

280.    Defendant denies each of the allegations contained in Complaint paragraph 280.

281.    Defendant denies each of the allegations contained in Complaint paragraph 281.

282.    Defendant denies each of the allegations contained in Complaint paragraph 282.

283.    Defendant denies each of the allegations contained in Complaint paragraph 283.

284.    Defendant denies each of the allegations contained in Complaint paragraph 284.

285.    Defendant denies each of the allegations contained in Complaint paragraph 285.

286.    Defendant denies each of the allegations contained in Complaint paragraph 286.

287.    Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 287.

288.    Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 288.

289.    Defendant denies knowledge or information sufficient to admit or deny each of the allegations contained in Complaint paragraph 289.

290.    Defendant denies each of the allegations contained in Complaint paragraph 290.

291.    Defendant denies each of the allegations contained in Complaint paragraph 291.

292.    Defendant denies each of the allegations contained in Complaint paragraph 292.

293.    Defendant denies each of the allegations contained in Complaint paragraph 293.

294.    Defendant denies each of the allegations contained in Complaint paragraph 294.

295.    Defendant denies each of the allegations contained in Complaint paragraph 295.

296.    Defendant denies each of the allegations contained in Complaint paragraph 296.

297.    Defendant denies each of the allegations contained in Complaint paragraph 297.

298.    Defendant denies each of the allegations contained in Complaint paragraph 298.

299.    Defendant denies each of the allegations contained in Complaint paragraph 299.

300.    Defendant denies each of the allegations contained in Complaint paragraph 300.

301.    Defendant denies each of the allegations contained in Complaint paragraph 301.

302.    Defendant denies each of the allegations contained in Complaint paragraph 302.

303.    Defendant denies each of the allegations contained in Complaint paragraph 303.

304.    Defendant denies each of the allegations contained in Complaint paragraph 304.

305.    Defendant denies each of the allegations contained in Complaint paragraph 305.

306.    Defendant denies each of the allegations contained in Complaint paragraph 306.

307.    Defendant denies each of the allegations contained in Complaint paragraph 307.

308.    Defendant denies each of the allegations contained in Complaint paragraph 308.

309.    Defendant denies each of the allegations contained in Complaint paragraph 309.

310.    Defendant denies each of the allegations contained in Complaint paragraph 310.

311.    Defendant denies each of the allegations contained in Complaint paragraph 311.

312.    Defendant denies each of the allegations contained in Complaint paragraph 312.

313.    Defendant denies each of the allegations contained in Complaint paragraph 313.

314.   Defendant denies each of the allegations contained in Complaint paragraph 314.

315.   Defendant denies each of the allegations contained in Complaint paragraph 315.

316.   Defendant denies each of the allegations contained in Complaint paragraph 316.

317.   Defendant denies each of the allegations contained in Complaint paragraph 317.

318.   Defendant denies each of the allegations contained in Complaint paragraph 318.

319.   Defendant denies each of the allegations contained in Complaint paragraph 319.

320.   Defendant denies each of the allegations contained in Complaint paragraph 320.

321.   Defendant denies each of the allegations contained in Complaint paragraph 321.

322.   Defendant denies each of the allegations contained in Complaint paragraph 322.

323.   Defendant denies each of the allegations contained in Complaint paragraph 323.

324.   Defendant denies each of the allegations contained in Complaint paragraph 324.

325.   Defendant denies each of the allegations contained in Complaint paragraph 325.

326.   Defendant denies each of the allegations contained in Complaint paragraph 326.

327.   Defendant denies each of the allegations contained in Complaint paragraph 327.

328.   Defendant denies each of the allegations contained in Complaint paragraph 328.

329.   Defendant denies each of the allegations contained in Complaint paragraph 329.

330.   Defendant denies each of the allegations contained in Complaint paragraph 330.

331.   Defendant denies each of the allegations contained in Complaint paragraph 331.

332.   Defendant denies each of the allegations contained in Complaint paragraph 332.

333.   Defendant denies each of the allegations contained in Complaint paragraph 333.

334.   Defendant denies each of the allegations contained in Complaint paragraph 334.

335.   Defendant denies each of the allegations contained in Complaint paragraph 335.

336.   Defendant denies each of the allegations contained in Complaint paragraph 336.

337.   Defendant denies each of the allegations contained in Complaint paragraph 337

338.   Defendant denies each of the allegations contained in Complaint paragraph 338

339.   Defendant denies each of the allegations contained in Complaint paragraph 339

340.   Defendant denies each of the allegations contained in Complaint paragraph 340

341.   Defendant denies each of the allegations contained in Complaint paragraph 341

342.   Defendant denies each of the allegations contained in Complaint paragraph 342

343.   Defendant denies each of the allegations contained in Complaint paragraph 343

344.   Defendant denies each of the allegations contained in Complaint paragraph 344

345.   Defendant denies each of the allegations contained in Complaint paragraph 345

346.   Defendant denies each of the allegations contained in Complaint paragraph 346

347.   Defendant denies each of the allegations contained in Complaint paragraph 347

348.   Defendant denies each of the allegations contained in Complaint paragraph 348

349.   Defendant denies each of the allegations contained in Complaint paragraph 349

350.   Defendant denies each of the allegations contained in Complaint paragraph 350

351.   Defendant denies each of the allegations contained in Complaint paragraph 351

352.   Defendant denies each of the allegations contained in Complaint paragraph 352

353.   Defendant denies each of the allegations contained in Complaint paragraph 353

354.   Defendant denies each of the allegations contained in Complaint paragraph 354

355.   Defendant denies each of the allegations contained in Complaint paragraph 355

356.   Defendant denies each of the allegations contained in Complaint paragraph 356

357.   Defendant denies each of the allegations contained in Complaint paragraph 357

358.   Defendant denies each of the allegations contained in Complaint paragraph 358

359.   Defendant denies each of the allegations contained in Complaint paragraph 359

360.    Defendant denies each of the allegations contained in Complaint paragraph 360

361.    Defendant denies each of the allegations contained in Complaint paragraph 361

362.    Defendant denies each of the allegations contained in Complaint paragraph 362

363.    Defendant denies each of the allegations contained in Complaint paragraph 363

364.    Defendant denies each of the allegations contained in Complaint paragraph 364

365.    Defendant denies each of the allegations contained in Complaint paragraph 365

366.    Defendant denies each of the allegations contained in Complaint paragraph 366

367.    Defendant denies each of the allegations contained in Complaint paragraph 367

368.    Defendant denies each of the allegations contained in Complaint paragraph 368

369.    Defendant denies each of the allegations contained in Complaint paragraph 369

370.    Defendant denies each of the allegations contained in Complaint paragraph 370

371.    Defendant denies each of the allegations contained in Complaint paragraph 371

372.    Defendant denies each of the allegations contained in Complaint paragraph 372

373.    Defendant denies each of the allegations contained in Complaint paragraph 373

374.    Defendant denies each of the allegations contained in Complaint paragraph 374

375.    Defendant denies each of the allegations contained in Complaint paragraph 375

376.    Defendant denies each of the allegations contained in Complaint paragraph 376

377.    Defendant denies each of the allegations contained in Complaint paragraph 377

378.    Defendant denies each of the allegations contained in Complaint paragraph 378

379.    Defendant denies each of the allegations contained in Complaint paragraph 379

380.    Defendant denies each of the allegations contained in Complaint paragraph 380

381.    Defendant denies each of the allegations contained in Complaint paragraph 381

382.    Defendant denies each of the allegations contained in Complaint paragraph 382

383. Defendant denies each of the allegations contained in Complaint paragraph 383

384. Defendant denies each of the allegations contained in Complaint paragraph 384

385. Defendant denies each of the allegations contained in Complaint paragraph 385

386. Defendant denies each of the allegations contained in Complaint paragraph 386

387. Defendant denies each of the allegations contained in Complaint paragraph 387

388. Defendant denies each of the allegations contained in Complaint paragraph 388

389. Defendant denies each of the allegations contained in Complaint paragraph 389

390. Defendant denies each of the allegations contained in Complaint paragraph 390

391. Defendant denies each of the allegations contained in Complaint paragraph 391

392. Defendant denies each of the allegations contained in Complaint paragraph 392

393. Defendant denies each of the allegations contained in Complaint paragraph 393

394. Defendant denies each of the allegations contained in Complaint paragraph 394

395. Defendant denies each of the allegations contained in Complaint paragraph 395

396. Defendant denies each of the allegations contained in Complaint paragraph 396

397. Defendant denies each of the allegations contained in Complaint paragraph 397

398. Defendant denies each of the allegations contained in Complaint paragraph 398

399. Defendant denies each of the allegations contained in Complaint paragraph 399

400. Defendant denies each of the allegations contained in Complaint paragraph 400

401. Defendant denies each of the allegations contained in Complaint paragraph 401

402. Defendant denies each of the allegations contained in Complaint paragraph 402

403. Defendant denies each of the allegations contained in Complaint paragraph 403

404. Defendant denies each of the allegations contained in Complaint paragraph 404

405. Defendant denies each of the allegations contained in Complaint paragraph 405

406.    Defendant denies each of the allegations contained in Complaint paragraph 406

407.    Defendant denies each of the allegations contained in Complaint paragraph 407

408.    Defendant denies each of the allegations contained in Complaint paragraph 408

409.    Defendant denies each of the allegations contained in Complaint paragraph 409

410.    Defendant denies each of the allegations contained in Complaint paragraph 410

411.    Defendant denies each of the allegations contained in Complaint paragraph 411

412.    Defendant denies each of the allegations contained in Complaint paragraph 412

413.    Defendant denies each of the allegations contained in Complaint paragraph 413

414.    Defendant denies each of the allegations contained in Complaint paragraph 414

415.    Defendant denies each of the allegations contained in Complaint paragraph 415

416.    Defendant denies each of the allegations contained in Complaint paragraph 416

417.    Defendant denies each of the allegations contained in Complaint paragraph 417

418.    Defendant denies each of the allegations contained in Complaint paragraph 418

419.    Defendant denies each of the allegations contained in Complaint paragraph 419

420.    Defendant denies each of the allegations contained in Complaint paragraph 420

421.    Defendant denies each of the allegations contained in Complaint paragraph 421

422.    Defendant denies each of the allegations contained in Complaint paragraph 422

423.    Defendant denies each of the allegations contained in Complaint paragraph 423

424.    Defendant denies each of the allegations contained in Complaint paragraph 424

425.    Defendant denies each of the allegations contained in Complaint paragraph 425

426.    Defendant denies each of the allegations contained in Complaint paragraph 426

427.    Defendant denies each of the allegations contained in Complaint paragraph 427

428.    Defendant denies each of the allegations contained in Complaint paragraph 428

429.    Defendant denies each of the allegations contained in Complaint paragraph 429

430.    Defendant denies each of the allegations contained in Complaint paragraph 430

431.    Defendant denies each of the allegations contained in Complaint paragraph 431

432.    Defendant denies each of the allegations contained in Complaint paragraph 432

433.    Defendant denies each of the allegations contained in Complaint paragraph 433

434.    Defendant denies each of the allegations contained in Complaint paragraph 434

435.    Defendant denies each of the allegations contained in Complaint paragraph 435

436.    Defendant denies each of the allegations contained in Complaint paragraph 436

437.    Defendant denies each of the allegations contained in Complaint paragraph 437

438.    Defendant denies each of the allegations contained in Complaint paragraph 438

439.    Defendant denies each of the allegations contained in Complaint paragraph 439

440.    Defendant denies each of the allegations contained in Complaint paragraph 440

441.    Defendant denies each of the allegations contained in Complaint paragraph 441

442.    Defendant denies each of the allegations contained in Complaint paragraph 442

443.    Defendant denies each of the allegations contained in Complaint paragraph 443

444.    Defendant denies each of the allegations contained in Complaint paragraph 444

445.    Defendant denies each of the allegations contained in Complaint paragraph 445

446.    Defendant denies each of the allegations contained in Complaint paragraph 446

447.    Defendant denies each of the allegations contained in Complaint paragraph 447

448.    Defendant denies each of the allegations contained in Complaint paragraph 448

449.    Defendant denies each of the allegations contained in Complaint paragraph 449

450.    Defendant denies each of the allegations contained in Complaint paragraph 450

451.    Defendant denies each of the allegations contained in Complaint paragraph 451

452.   Defendant denies each of the allegations contained in Complaint paragraph 452

453.   Defendant denies each of the allegations contained in Complaint paragraph 453

454.   Defendant denies each of the allegations contained in Complaint paragraph 454

455.   Defendant denies each of the allegations contained in Complaint paragraph 455

456.   Defendant denies each of the allegations contained in Complaint paragraph 456

457.   Defendant denies each of the allegations contained in Complaint paragraph 457

458.   Defendant denies each of the allegations contained in Complaint paragraph 458

459.   Defendant denies each of the allegations contained in Complaint paragraph 459

460.   Defendant denies each of the allegations contained in Complaint paragraph 460

461.   Defendant denies each of the allegations contained in Complaint paragraph 461

462.   Defendant denies each of the allegations contained in Complaint paragraph 462

463.   Defendant denies each of the allegations contained in Complaint paragraph 463

464.   Defendant denies each of the allegations contained in Complaint paragraph 464

465.   Defendant denies each of the allegations contained in Complaint paragraph 465

466.   Defendant denies each of the allegations contained in Complaint paragraph 466

467.   Defendant denies each of the allegations contained in Complaint paragraph 467

468.   Defendant denies each of the allegations contained in Complaint paragraph 468

469.   Defendant denies each of the allegations contained in Complaint paragraph 469

470.   Defendant denies each of the allegations contained in Complaint paragraph 470

471.   Defendant denies each of the allegations contained in Complaint paragraph 471

472.   Defendant denies each of the allegations contained in Complaint paragraph 472

473.   Defendant denies each of the allegations contained in Complaint paragraph 473

474.   Defendant denies each of the allegations contained in Complaint paragraph 474

475.    Defendant denies each of the allegations contained in Complaint paragraph 475

476.    Defendant denies each of the allegations contained in Complaint paragraph 476

477.    Defendant denies each of the allegations contained in Complaint paragraph 477

478.    Defendant denies each of the allegations contained in Complaint paragraph 478

479.    Defendant denies each of the allegations contained in Complaint paragraph 479

480.    Defendant denies each of the allegations contained in Complaint paragraph 480

481.    Defendant denies each of the allegations contained in Complaint paragraph 481

482.    Defendant denies each of the allegations contained in Complaint paragraph 482

483.    Defendant denies each of the allegations contained in Complaint paragraph 483

484.    Defendant denies each of the allegations contained in Complaint paragraph 484

485.    Defendant denies each of the allegations contained in Complaint paragraph 485

486.    Defendant denies each of the allegations contained in Complaint paragraph 486

487.    Defendant denies each of the allegations contained in Complaint paragraph 487

488.    Defendant denies each of the allegations contained in Complaint paragraph 488

489.    Defendant denies each of the allegations contained in Complaint paragraph 489

490.    Defendant denies each of the allegations contained in Complaint paragraph 490

491.    Defendant denies each of the allegations contained in Complaint paragraph 491

492.    Defendant denies each of the allegations contained in Complaint paragraph 492

493.    Defendant denies each of the allegations contained in Complaint paragraph 493

494.    Defendant denies each of the allegations contained in Complaint paragraph 494

495.    Defendant denies each of the allegations contained in Complaint paragraph 495

496.    Defendant denies each of the allegations contained in Complaint paragraph 496

497.    Defendant denies each of the allegations contained in Complaint paragraph 497

498.    Defendant denies each of the allegations contained in Complaint paragraph 498

499.    Defendant denies each of the allegations contained in Complaint paragraph 499

500.    Defendant denies each of the allegations contained in Complaint paragraph 500

501.    Defendant denies each of the allegations contained in Complaint paragraph 501

502.    Defendant denies each of the allegations contained in Complaint paragraph 502

503.    Defendant denies each of the allegations contained in Complaint paragraph 503

504.    Defendant denies each of the allegations contained in Complaint paragraph 504

505.    Defendant denies each of the allegations contained in Complaint paragraph 505

506.    Defendant denies each of the allegations contained in Complaint paragraph 506

507.    Defendant denies each of the allegations contained in Complaint paragraph 507

508.    Defendant denies each of the allegations contained in Complaint paragraph 508

509.    Defendant denies each of the allegations contained in Complaint paragraph 509

510.    Defendant denies each of the allegations contained in Complaint paragraph 510

511.    Defendant denies each of the allegations contained in Complaint paragraph 511

512.    Defendant denies each of the allegations contained in Complaint paragraph 512

513.    Defendant denies each of the allegations contained in Complaint paragraph 513

514.    Defendant denies each of the allegations contained in Complaint paragraph 514

515.    Defendant denies each of the allegations contained in Complaint paragraph 515

516.    Defendant denies each of the allegations contained in Complaint paragraph 516

517.    Defendant denies each of the allegations contained in Complaint paragraph 517

518.    Defendant denies each of the allegations contained in Complaint paragraph 518

519.    Defendant denies each of the allegations contained in Complaint paragraph 519

520.    Defendant denies each of the allegations contained in Complaint paragraph 520

521. Defendant denies each of the allegations contained in Complaint paragraph 521

522. Defendant denies each of the allegations contained in Complaint paragraph 522

523. Defendant denies each of the allegations contained in Complaint paragraph 523

524. Defendant denies each of the allegations contained in Complaint paragraph 524

525. Defendant denies each of the allegations contained in Complaint paragraph 525

526. Defendant denies each of the allegations contained in Complaint paragraph 526

527. Defendant denies each of the allegations contained in Complaint paragraph 527

528. Defendant denies each of the allegations contained in Complaint paragraph 528

529. Defendant denies each of the allegations contained in Complaint paragraph 529

530. Defendant denies each of the allegations contained in Complaint paragraph 530

531. Defendant denies each of the allegations contained in Complaint paragraph 531

532. Defendant denies each of the allegations contained in Complaint paragraph 532

533. Defendant denies each of the allegations contained in Complaint paragraph 533

534. Defendant denies each of the allegations contained in Complaint paragraph 534

535. Defendant denies each of the allegations contained in Complaint paragraph 535

536. Defendant denies each of the allegations contained in Complaint paragraph 536

537. Defendant denies each of the allegations contained in Complaint paragraph 537

538. Defendant denies each of the allegations contained in Complaint paragraph 538

539. Defendant denies each of the allegations contained in Complaint paragraph 539

540. Defendant denies each of the allegations contained in Complaint paragraph 540

541. Defendant denies each of the allegations contained in Complaint paragraph 541

542. Defendant denies each of the allegations contained in Complaint paragraph 542

543. Defendant denies each of the allegations contained in Complaint paragraph 543

544. Defendant denies each of the allegations contained in Complaint paragraph 544

545. Defendant denies each of the allegations contained in Complaint paragraph 545

546. Defendant denies each of the allegations contained in Complaint paragraph 546

547. Defendant denies each of the allegations contained in Complaint paragraph 547

548. Defendant denies each of the allegations contained in Complaint paragraph 548

549. Defendant denies each of the allegations contained in Complaint paragraph 549

550. Defendant denies each of the allegations contained in Complaint paragraph 550

551. Defendant denies each of the allegations contained in Complaint paragraph 551

552. Defendant denies each of the allegations contained in Complaint paragraph 552

553. Defendant denies each of the allegations contained in Complaint paragraph 553

554. Defendant denies each of the allegations contained in Complaint paragraph 554

555. Defendant denies each of the allegations contained in Complaint paragraph 555

556. Defendant denies each of the allegations contained in Complaint paragraph 556

557. Defendant denies each of the allegations contained in Complaint paragraph 557

558. Defendant denies each of the allegations contained in Complaint paragraph 558

559. Defendant denies each of the allegations contained in Complaint paragraph 559

560. Defendant denies each of the allegations contained in Complaint paragraph 560

561. Defendant denies each of the allegations contained in Complaint paragraph 561

562. Defendant denies each of the allegations contained in Complaint paragraph 562

563. Defendant denies each of the allegations contained in Complaint paragraph 563

564. Defendant denies each of the allegations contained in Complaint paragraph 564

565. Defendant denies each of the allegations contained in Complaint paragraph 565

566. Defendant denies each of the allegations contained in Complaint paragraph 566

567.    Defendant denies each of the allegations contained in Complaint paragraph 567

568.    Defendant denies each of the allegations contained in Complaint paragraph 568

569.    Defendant denies each of the allegations contained in Complaint paragraph 569

570.    Defendant denies each of the allegations contained in Complaint paragraph 570

571.    Defendant denies each of the allegations contained in Complaint paragraph 571

572.    Defendant denies each of the allegations contained in Complaint paragraph 572

573.    Defendant denies each of the allegations contained in Complaint paragraph 573

574.    Defendant denies each of the allegations contained in Complaint paragraph 574

575.    Defendant denies each of the allegations contained in Complaint paragraph 575

576.    Defendant denies each of the allegations contained in Complaint paragraph 576

577.    Defendant denies each of the allegations contained in Complaint paragraph 577

578.    Defendant denies each of the allegations contained in Complaint paragraph 578

579.    Defendant denies each of the allegations contained in Complaint paragraph 579

580.    Defendant denies each of the allegations contained in Complaint paragraph 580

581.    Defendant denies each of the allegations contained in Complaint paragraph 581

582.    Defendant denies each of the allegations contained in Complaint paragraph 582

583.    Defendant denies each of the allegations contained in Complaint paragraph 583

584.    Defendant denies each of the allegations contained in Complaint paragraph 584

585.    Defendant denies each of the allegations contained in Complaint paragraph 585

586.    Defendant denies each of the allegations contained in Complaint paragraph 586

587.    Defendant denies each of the allegations contained in Complaint paragraph 587

588.    Defendant denies each of the allegations contained in Complaint paragraph 588

589.    Defendant denies each of the allegations contained in Complaint paragraph 589

590.     Defendant denies each of the allegations contained in Complaint paragraph 590

591.     Defendant denies each of the allegations contained in Complaint paragraph 591

592.     Defendant denies each of the allegations contained in Complaint paragraph 592

593.     Defendant denies each of the allegations contained in Complaint paragraph 593

594.     Defendant denies each of the allegations contained in Complaint paragraph 594

595.     Defendant denies each of the allegations contained in Complaint paragraph 595

596.     Defendant denies each of the allegations contained in Complaint paragraph 596

597.     Defendant denies each of the allegations contained in Complaint paragraph 597

598.     Defendant denies each of the allegations contained in Complaint paragraph 598

599.     Defendant denies each of the allegations contained in Complaint paragraph 599

600.     Defendant denies each of the allegations contained in Complaint paragraph 600

601.     Defendant denies each of the allegations contained in Complaint paragraph 601

602.     Defendant denies each of the allegations contained in Complaint paragraph 602

603.     Defendant denies each of the allegations contained in Complaint paragraph 603

604.     Defendant denies each of the allegations contained in Complaint paragraph 604

605.     Defendant denies each of the allegations contained in Complaint paragraph 605

606.     Defendant denies each of the allegations contained in Complaint paragraph 606

607.     Defendant denies each of the allegations contained in Complaint paragraph 607

608.     Defendant denies each of the allegations contained in Complaint paragraph 608

609.     Defendant denies each of the allegations contained in Complaint paragraph 609

610.     Defendant denies each of the allegations contained in Complaint paragraph 610

611.     Defendant denies each of the allegations contained in Complaint paragraph 611

612.     Defendant denies each of the allegations contained in Complaint paragraph 612

613.    Defendant denies each of the allegations contained in Complaint paragraph 613

614.    Defendant denies each of the allegations contained in Complaint paragraph 614

615.    Defendant denies each of the allegations contained in Complaint paragraph 615

616.    Defendant denies each of the allegations contained in Complaint paragraph 616

617.    Defendant denies each of the allegations contained in Complaint paragraph 617

618.    Defendant denies each of the allegations contained in Complaint paragraph 618

619.    Defendant denies each of the allegations contained in Complaint paragraph 619

620.    Defendant denies each of the allegations contained in Complaint paragraph 620

621.    Defendant denies each of the allegations contained in Complaint paragraph 621

622.    Defendant denies each of the allegations contained in Complaint paragraph 622

623.    Defendant denies each of the allegations contained in Complaint paragraph 623

624.    Defendant denies each of the allegations contained in Complaint paragraph 624

625.    Defendant denies each of the allegations contained in Complaint paragraph 625

626.    Defendant denies each of the allegations contained in Complaint paragraph 626

627.    Defendant denies each of the allegations contained in Complaint paragraph 627

628.    Defendant denies each of the allegations contained in Complaint paragraph 628

629.    Defendant denies each of the allegations contained in Complaint paragraph 629

630.    Defendant denies each of the allegations contained in Complaint paragraph 630

631.    Defendant denies each of the allegations contained in Complaint paragraph 631

632.    Defendant denies each of the allegations contained in Complaint paragraph 632

633.    Defendant denies each of the allegations contained in Complaint paragraph 633

634.    Defendant denies each of the allegations contained in Complaint paragraph 634

635.    Defendant denies each of the allegations contained in Complaint paragraph 635

636.     Defendant denies each of the allegations contained in Complaint paragraph 636

637.     Defendant denies each of the allegations contained in Complaint paragraph 637

638.     Defendant denies each of the allegations contained in Complaint paragraph 638

639.     Defendant denies each of the allegations contained in Complaint paragraph 639

640.     Defendant denies each of the allegations contained in Complaint paragraph 640

641.     Defendant denies each of the allegations contained in Complaint paragraph 641

642.     Defendant denies each of the allegations contained in Complaint paragraph 642

643.     Defendant denies each of the allegations contained in Complaint paragraph 643

644.     Defendant denies each of the allegations contained in Complaint paragraph 644

645.     Defendant denies each of the allegations contained in Complaint paragraph 645

646.     Defendant denies each of the allegations contained in Complaint paragraph 646

647.     Defendant denies each of the allegations contained in Complaint paragraph 647

648.     Defendant denies each of the allegations contained in Complaint paragraph 648

649.     Defendant denies each of the allegations contained in Complaint paragraph 649

650.     Defendant denies each of the allegations contained in Complaint paragraph 650

651.     Defendant denies each of the allegations contained in Complaint paragraph 651

652.     Defendant denies each of the allegations contained in Complaint paragraph 652

653.     Defendant denies each of the allegations contained in Complaint paragraph 653

654.     Defendant denies each of the allegations contained in Complaint paragraph 654

655.     Defendant denies each of the allegations contained in Complaint paragraph 655

656.     Defendant denies each of the allegations contained in Complaint paragraph 656

657.     Defendant denies each of the allegations contained in Complaint paragraph 657

658.     Defendant denies each of the allegations contained in Complaint paragraph 658

659. Defendant denies each of the allegations contained in Complaint paragraph 659

660. Defendant denies each of the allegations contained in Complaint paragraph 660

661. Defendant denies each of the allegations contained in Complaint paragraph 661

662. Defendant denies each of the allegations contained in Complaint paragraph 662

663. Defendant denies each of the allegations contained in Complaint paragraph 663

664. Defendant denies each of the allegations contained in Complaint paragraph 664

665. Defendant denies each of the allegations contained in Complaint paragraph 665

666. Defendant denies each of the allegations contained in Complaint paragraph 666

667. Defendant denies each of the allegations contained in Complaint paragraph 667

668. Defendant denies each of the allegations contained in Complaint paragraph 668

669. Defendant denies each of the allegations contained in Complaint paragraph 669

670. Defendant denies each of the allegations contained in Complaint paragraph 670

671. Defendant denies each of the allegations contained in Complaint paragraph 671

672. Defendant denies each of the allegations contained in Complaint paragraph 672

673. Defendant denies each of the allegations contained in Complaint paragraph 673

674. Defendant denies each of the allegations contained in Complaint paragraph 674

675. Defendant denies each of the allegations contained in Complaint paragraph 675

676. Defendant denies each of the allegations contained in Complaint paragraph 676

677. Defendant denies each of the allegations contained in Complaint paragraph 677

678. Defendant denies each of the allegations contained in Complaint paragraph 678

679. Defendant denies each of the allegations contained in Complaint paragraph 679

680. Defendant denies each of the allegations contained in Complaint paragraph 680

681. Defendant denies each of the allegations contained in Complaint paragraph 681

682.    Defendant denies each of the allegations contained in Complaint paragraph 682

683.    Defendant denies each of the allegations contained in Complaint paragraph 683

684.    Defendant denies each of the allegations contained in Complaint paragraph 684

685.    Defendant denies each of the allegations contained in Complaint paragraph 685

686.    Defendant denies each of the allegations contained in Complaint paragraph 686

687.    Defendant denies each of the allegations contained in Complaint paragraph 687

688.    Defendant denies each of the allegations contained in Complaint paragraph 688

689.    Defendant denies each of the allegations contained in Complaint paragraph 689

690.    Defendant denies each of the allegations contained in Complaint paragraph 690

691.    Defendant denies each of the allegations contained in Complaint paragraph 691

692.    Defendant denies each of the allegations contained in Complaint paragraph 692

693.    Defendant denies each of the allegations contained in Complaint paragraph 693

694.    Defendant denies each of the allegations contained in Complaint paragraph 694

695.    Defendant denies each of the allegations contained in Complaint paragraph 695

696.    Defendant denies each of the allegations contained in Complaint paragraph 696

697.    Defendant denies each of the allegations contained in Complaint paragraph 697

698.    Defendant denies each of the allegations contained in Complaint paragraph 698

699.    Defendant denies each of the allegations contained in Complaint paragraph 699

700.    Defendant denies each of the allegations contained in Complaint paragraph 700

701.    Defendant denies each of the allegations contained in Complaint paragraph 701

702.    Defendant denies each of the allegations contained in Complaint paragraph 702

703.    Defendant denies each of the allegations contained in Complaint paragraph 703

704.    Defendant denies each of the allegations contained in Complaint paragraph 704

705.     Defendant denies each of the allegations contained in Complaint paragraph 705

706.     Defendant denies each of the allegations contained in Complaint paragraph 706

707.     Defendant denies each of the allegations contained in Complaint paragraph 707

708.     Defendant denies each of the allegations contained in Complaint paragraph 708

709.     Defendant denies each of the allegations contained in Complaint paragraph 709

710.     Defendant denies each of the allegations contained in Complaint paragraph 710

711.     Defendant denies each of the allegations contained in Complaint paragraph 711

712.     Defendant denies each of the allegations contained in Complaint paragraph 712

713.     Defendant denies each of the allegations contained in Complaint paragraph 713

714.     Defendant denies each of the allegations contained in Complaint paragraph 714

715.     Defendant denies each of the allegations contained in Complaint paragraph 715

716.     Defendant denies each of the allegations contained in Complaint paragraph 716

717.     Defendant denies each of the allegations contained in Complaint paragraph 717

718.     Defendant denies each of the allegations contained in Complaint paragraph 718

719.     Defendant denies each of the allegations contained in Complaint paragraph 719

720.     Defendant denies each of the allegations contained in Complaint paragraph 720

721.     Defendant denies each of the allegations contained in Complaint paragraph 721

722.     Defendant denies each of the allegations contained in Complaint paragraph 722

723.     Defendant denies each of the allegations contained in Complaint paragraph 723

724.     Defendant denies each of the allegations contained in Complaint paragraph 724

725.     Defendant denies each of the allegations contained in Complaint paragraph 725

726.     Defendant denies each of the allegations contained in Complaint paragraph 726

727.     Defendant denies each of the allegations contained in Complaint paragraph 727

728.    Defendant denies each of the allegations contained in Complaint paragraph 728

729.    Defendant denies each of the allegations contained in Complaint paragraph 729

730.    Defendant denies each of the allegations contained in Complaint paragraph 730

731.    Defendant repeats, realleges, and restates each of the preceding paragraphs in response to the allegations contained in paragraph 731 of the Complaint as if each of the preceding paragraphs are specifically rewritten here.

732.    Defendant denies each of the allegations contained in Complaint paragraph 732

733.    Defendant denies each of the allegations contained in Complaint paragraph 733

734.    Defendant denies each of the allegations contained in Complaint paragraph 734

735.    Defendant denies each of the allegations contained in Complaint paragraph 735

736.    Defendant denies each of the allegations contained in Complaint paragraph 736

737.    Defendant denies each of the allegations contained in Complaint paragraph 737

738.    Defendant denies each of the allegations contained in Complaint paragraph 738

739.    Defendant denies each of the allegations contained in Complaint paragraph 739

740.    Defendant denies each of the allegations contained in Complaint paragraph 740

741.    Defendant denies each of the allegations contained in Complaint paragraph 741

742.    Defendant denies each of the allegations contained in Complaint paragraph 742

743.    Defendant denies each of the allegations contained in Complaint paragraph 743

744.    Defendant denies each of the allegations contained in Complaint paragraph 744

745.    Defendant denies each of the allegations contained in Complaint paragraph 745

746.    Defendant denies each of the allegations contained in Complaint paragraph 746

747.    Defendant denies each of the allegations contained in Complaint paragraph 747

748.    Defendant denies each of the allegations contained in Complaint paragraph 748

749.    Defendant denies each of the allegations contained in Complaint paragraph 749

750.    Defendant denies each of the allegations contained in Complaint paragraph 750

751.    Defendant denies each of the allegations contained in Complaint paragraph 751

752.    Defendant denies each of the allegations contained in Complaint paragraph 752

753.    Defendant denies each of the allegations contained in Complaint paragraph 753

754.    Defendant denies each of the allegations contained in Complaint paragraph 754

755.    Defendant denies each of the allegations contained in Complaint paragraph 755

756.    Defendant denies each of the allegations contained in Complaint paragraph 756

757.    Defendant denies each of the allegations contained in Complaint paragraph 757

758.    Defendant denies each of the allegations contained in Complaint paragraph 758

759.    Defendant denies each of the allegations contained in Complaint paragraph 759

760.    Defendant denies each of the allegations contained in Complaint paragraph 760

761.    Defendant denies each of the allegations contained in Complaint paragraph 761

762.    Defendant denies each of the allegations contained in Complaint paragraph 762

763.    Defendant denies each of the allegations contained in Complaint paragraph 763

764.    Defendant denies each of the allegations contained in Complaint paragraph 764

765.    Defendant denies each of the allegations contained in Complaint paragraph 765

766.    Defendant denies each of the allegations contained in Complaint paragraph 766

767.    Defendant denies each of the allegations contained in Complaint paragraph 767

768.    Defendant denies each of the allegations contained in Complaint paragraph 768

769.    Defendant denies each of the allegations contained in Complaint paragraph 769

770.    Defendant denies each of the allegations contained in Complaint paragraph 770

771.    Defendant denies each of the allegations contained in Complaint paragraph 771

772.    Defendant denies each of the allegations contained in Complaint paragraph 772

773.    Defendant denies each of the allegations contained in Complaint paragraph 773

774.    Defendant denies each of the allegations contained in Complaint paragraph 774

775.    Defendant denies each of the allegations contained in Complaint paragraph 775

776.    Defendant denies each of the allegations contained in Complaint paragraph 776

777.    Defendant denies each of the allegations contained in Complaint paragraph 777

778.    Defendant denies each of the allegations contained in Complaint paragraph 778

779.    Defendant denies each of the allegations contained in Complaint paragraph 779

780.    Defendant denies each of the allegations contained in Complaint paragraph 780

781.    Defendant denies each of the allegations contained in Complaint paragraph 781

782.    Defendant denies each of the allegations contained in Complaint paragraph 782

783.    Defendant denies each of the allegations contained in Complaint paragraph 783

784.    Defendant denies each of the allegations contained in Complaint paragraph 784

785.    Defendant repeats, realleges, and restates each of the preceding paragraphs in response to the allegations contained in paragraph 785 of the Complaint as if each of the preceding paragraphs are specifically rewritten here.

786.    Defendant denies each of the allegations contained in Complaint paragraph 786

787.    Defendant denies each of the allegations contained in Complaint paragraph 787

788.    Defendant denies each of the allegations contained in Complaint paragraph 788

789.    Defendant denies each of the allegations contained in Complaint paragraph 789

790.    Defendant denies each of the allegations contained in Complaint paragraph 790

791.    Defendant denies each of the allegations contained in Complaint paragraph 791

792.    Defendant denies each of the allegations contained in Complaint paragraph 792

793.    Defendant denies each of the allegations contained in Complaint paragraph 793

794.    Defendant denies each of the allegations contained in Complaint paragraph 794

795.    Defendant denies each of the allegations contained in Complaint paragraph 795

796.    Defendant denies each of the allegations contained in Complaint paragraph 796

797.    Defendant repeats, realleges, and restates each of the preceding paragraphs in response to the allegations contained in paragraph 797 of the Complaint as if each of the preceding paragraphs are specifically rewritten here.

798.    Defendant denies each of the allegations contained in Complaint paragraph 798

799.    Defendant denies each of the allegations contained in Complaint paragraph 799

800.    Defendant denies each of the allegations contained in Complaint paragraph 800

801.    Defendant denies each of the allegations contained in Complaint paragraph 801

802.    Defendant denies each of the allegations contained in Complaint paragraph 802

803.    Defendant denies each of the allegations contained in Complaint paragraph 803

804.    Defendant denies each of the allegations contained in Complaint paragraph 804

805.    Defendant denies each of the allegations contained in Complaint paragraph 805

806.    Defendant repeats, realleges, and restates each of the preceding paragraphs in response to the allegations contained in paragraph 806 of the Complaint as if each of the preceding paragraphs are specifically rewritten here.

807.    Defendant denies each of the allegations contained in Complaint paragraph 807

808.    Defendant denies each of the allegations contained in Complaint paragraph 808

809.    Defendant denies each of the allegations contained in Complaint paragraph 809

810.    Defendant denies each of the allegations contained in Complaint paragraph 810

811.    Defendant denies each of the allegations contained in Complaint paragraph 811

812. Defendant denies each of the allegations contained in Complaint paragraph 812

813. Defendant repeats, realleges, and restates each of the preceding paragraphs in response to the allegations contained in paragraph 813 of the Complaint as if each of the preceding paragraphs are specifically rewritten here.

814. Defendant denies each of the allegations contained in Complaint paragraph 814

815. Defendant denies each of the allegations contained in Complaint paragraph 815

816. Defendant denies each of the allegations contained in Complaint paragraph 816

817. Defendant denies each of the allegations contained in Complaint paragraph 817

818. Defendant repeats, realleges, and restates each of the preceding paragraphs in response to the allegations contained in paragraph 818 of the Complaint as if each of the preceding paragraphs are specifically rewritten here.

819. Defendant denies each of the allegations contained in Complaint paragraph 819

820. Defendant denies each of the allegations contained in Complaint paragraph 820

821. Defendant repeats, realleges, and restates each of the preceding paragraphs in response to the allegations contained in paragraph 821 of the Complaint as if each of the preceding paragraphs are specifically rewritten here.

822. Defendant denies each of the allegations contained in Complaint paragraph 822

823. Defendant denies each of the allegations contained in Complaint paragraph 823

824. Defendant denies each of the allegations contained in Complaint paragraph 824

825. Defendant denies each of the allegations contained in Complaint paragraph 825

826. Defendant denies each of the allegations contained in Complaint paragraph 826

827. Defendant denies each of the allegations contained in Complaint paragraph 827

828. Defendant denies each of the allegations contained in Complaint paragraph 828

829. Defendant repeats, realleges, and restates each of the preceding paragraphs in response to the allegations contained in paragraph 829 of the Complaint as if each of the preceding paragraphs are specifically rewritten here.

830. Defendant denies each of the allegations contained in Complaint paragraph 830

831. Defendant denies each of the allegations contained in Complaint paragraph 831

832. Defendant denies each of the allegations contained in Complaint paragraph 832

833. Defendant denies each of the allegations contained in Complaint paragraph 833

834. Defendant denies each of the allegations contained in Complaint paragraph 834

835. Defendant denies each of the allegations contained in Complaint paragraph 835

836. Defendant denies each of the allegations contained in Complaint paragraph 836

837. Defendant repeats, realleges, and restates each of the preceding paragraphs in response to the allegations contained in paragraph 837 of the Complaint as if each of the preceding paragraphs are specifically rewritten here.

838. Defendant denies each of the allegations contained in Complaint paragraph 838

839. Defendant denies each of the allegations contained in Complaint paragraph 839

840. Defendant denies each of the allegations contained in Complaint paragraph 840

841. Defendant denies each of the allegations contained in Complaint paragraph 841

842. Defendant denies each of the allegations contained in Complaint paragraph 842

843. Defendant denies each of the allegations contained in Complaint paragraph 843

844. Defendant denies each of the allegations contained in Complaint paragraph 844

845. Defendant denies each of the allegations contained in Complaint paragraph 845

846. Defendant denies each of the allegations contained in Complaint paragraph 846

847. Defendant denies each of the allegations contained in Complaint paragraph 847

848.    Defendant repeats, realleges, and restates each of the preceding paragraphs in response to the allegations contained in paragraph 848 of the Complaint as if each of the preceding paragraphs are specifically rewritten here.

849.    Defendant denies each of the allegations contained in Complaint paragraph 849

850.    Defendant denies each of the allegations contained in Complaint paragraph 850

851.    Defendant denies each of the allegations contained in Complaint paragraph 851

852.    Defendant denies each of the allegations contained in Complaint paragraph 852

853.    Defendant denies each of the allegations contained in Complaint paragraph 853

854.    Defendant denies each of the allegations contained in Complaint paragraph 854

855.    Defendant denies each of the allegations contained in Complaint paragraph 855

856.    Defendant denies each of the allegations contained in Complaint paragraph 856

857.    Defendant denies each of the allegations contained in Complaint paragraph 857

858.    Defendant denies each of the allegations contained in Complaint paragraph 858

859.    Defendant denies each of the allegations contained in Complaint paragraph 859

860.    Defendant repeats, realleges, and restates each of the preceding paragraphs in response to the allegations contained in paragraph 860 of the Complaint as if each of the preceding paragraphs are specifically rewritten here.

861.    Defendant denies each of the allegations contained in Complaint paragraph 861

862.    Defendant denies each of the allegations contained in Complaint paragraph 862

863.    Defendant denies each of the allegations contained in Complaint paragraph 863

864.    Defendant denies each of the allegations contained in Complaint paragraph 864

865.    Defendant denies each of the allegations contained in Complaint paragraph 865

866.    Defendant denies each of the allegations contained in Complaint paragraph 866

867.    Defendant denies each of the allegations contained in Complaint paragraph 867

868.    Defendant denies each of the allegations contained in Complaint paragraph 868

869.    Defendant denies each of the allegations contained in Complaint paragraph 869

870.    Defendant denies each of the allegations contained in Complaint paragraph 870

871.    There is no paragraph with this number in the Complaint.

872.    There is no paragraph with this number in the Complaint.

873.    There is no paragraph with this number in the Complaint.

874.    There is no paragraph with this number in the Complaint.

875.    There is no paragraph with this number in the Complaint.

876.    There is no paragraph with this number in the Complaint.

877.    There is no paragraph with this number in the Complaint.

878.    There is no paragraph with this number in the Complaint.

879.    There is no paragraph with this number in the Complaint.

880.    There is no paragraph with this number in the Complaint.

881.    There is no paragraph with this number in the Complaint.

882.    There is no paragraph with this number in the Complaint.

883.    There is no paragraph with this number in the Complaint.

884.    There is no paragraph with this number in the Complaint.

885.    There is no paragraph with this number in the Complaint.

886.    There is no paragraph with this number in the Complaint.

887.    There is no paragraph with this number in the Complaint.

888.    There is no paragraph with this number in the Complaint.

889.    There is no paragraph with this number in the Complaint.

890. There is no paragraph with this number in the Complaint.

891. There is no paragraph with this number in the Complaint.

892. There is no paragraph with this number in the Complaint.

893. There is no paragraph with this number in the Complaint.

894. There is no paragraph with this number in the Complaint.

895. There is no paragraph with this number in the Complaint.

896. There is no paragraph with this number in the Complaint.

897. There is no paragraph with this number in the Complaint.

898. There is no paragraph with this number in the Complaint.

899. There is no paragraph with this number in the Complaint.

900. There is no paragraph with this number in the Complaint.

901. There is no paragraph with this number in the Complaint.

902. There is no paragraph with this number in the Complaint.

903. There is no paragraph with this number in the Complaint.

904. There is no paragraph with this number in the Complaint.

905. There is no paragraph with this number in the Complaint.

906. There is no paragraph with this number in the Complaint.

907. There is no paragraph with this number in the Complaint.

908. There is no paragraph with this number in the Complaint.

909. There is no paragraph with this number in the Complaint.

910. There is no paragraph with this number in the Complaint.

911. There is no paragraph with this number in the Complaint.

912. There is no paragraph with this number in the Complaint.

913.     There is no paragraph with this number in the Complaint.

914.     There is no paragraph with this number in the Complaint.

915.     There is no paragraph with this number in the Complaint.

916.     There is no paragraph with this number in the Complaint.

917.     There is no paragraph with this number in the Complaint.

918.     There is no paragraph with this number in the Complaint.

919.     There is no paragraph with this number in the Complaint.

920.     There is no paragraph with this number in the Complaint.

921.     There is no paragraph with this number in the Complaint.

922.     There is no paragraph with this number in the Complaint.

923.     There is no paragraph with this number in the Complaint.

924.     There is no paragraph with this number in the Complaint.

925.     There is no paragraph with this number in the Complaint.

926.     There is no paragraph with this number in the Complaint.

927.     There is no paragraph with this number in the Complaint.

928.     There is no paragraph with this number in the Complaint.

929.     There is no paragraph with this number in the Complaint.

930.     There is no paragraph with this number in the Complaint.

931.     There is no paragraph with this number in the Complaint.

932.     There is no paragraph with this number in the Complaint.

933.     There is no paragraph with this number in the Complaint.

934.     There is no paragraph with this number in the Complaint.

935.     There is no paragraph with this number in the Complaint.

936. There is no paragraph with this number in the Complaint.

937. There is no paragraph with this number in the Complaint.

938. There is no paragraph with this number in the Complaint.

939. There is no paragraph with this number in the Complaint.

940. There is no paragraph with this number in the Complaint.

941. There is no paragraph with this number in the Complaint.

942. There is no paragraph with this number in the Complaint.

943. There is no paragraph with this number in the Complaint.

944. There is no paragraph with this number in the Complaint.

945. There is no paragraph with this number in the Complaint.

946. There is no paragraph with this number in the Complaint.

947. There is no paragraph with this number in the Complaint.

948. There is no paragraph with this number in the Complaint.

949. There is no paragraph with this number in the Complaint.

950. There is no paragraph with this number in the Complaint.

951. Defendant repeats, realleges, and restates each of the preceding paragraphs in response to the allegations contained in paragraph 951 of the Complaint as if each of the preceding paragraphs are specifically rewritten here.

952. Defendant denies each of the allegations contained in Complaint paragraph 952

953. Defendant denies each of the allegations contained in Complaint paragraph 953

954. Defendant denies each of the allegations contained in Complaint paragraph 954

955. Defendant denies each of the allegations contained in Complaint paragraph 955

956. Defendant denies each of the allegations contained in Complaint paragraph 956

52

957.    Defendant denies each of the allegations contained in Complaint paragraph 957

958.    Defendant repeats, realleges, and restates each of the preceding paragraphs in response to the allegations contained in paragraph 958 of the Complaint as if each of the preceding paragraphs are specifically rewritten here.

959.    Defendant denies each of the allegations contained in Complaint paragraph 959

960.    Defendant denies each of the allegations contained in Complaint paragraph 960

961.    Defendant denies each of the allegations contained in Complaint paragraph 961

962.    Defendant repeats, realleges, and restates each of the preceding paragraphs in response to the allegations contained in paragraph 962 of the Complaint as if each of the preceding paragraphs are specifically rewritten here.

963.    Defendant denies each of the allegations contained in Complaint paragraph 963

964.    Defendant denies each of the allegations contained in Complaint paragraph 964

965.    Defendant denies each of the allegations contained in Complaint paragraph 965

966.    Defendant repeats, realleges, and restates each of the preceding paragraphs in response to the allegations contained in paragraph 966 of the Complaint as if each of the preceding paragraphs are specifically rewritten here.

967.    Defendant denies each of the allegations contained in Complaint paragraph 967

968.    Defendant denies each of the allegations contained in Complaint paragraph 968

969.    Defendant denies each of the allegations contained in Complaint paragraph 969

970.    There is no paragraph with this number in the Complaint.

971.    There is no paragraph with this number in the Complaint.

972.    There is no paragraph with this number in the Complaint.

973.    There is no paragraph with this number in the Complaint.

974.     There is no paragraph with this number in the Complaint.

975.     There is no paragraph with this number in the Complaint.

976.     There is no paragraph with this number in the Complaint.

977.     There is no paragraph with this number in the Complaint.

978.     There is no paragraph with this number in the Complaint.

979.     There is no paragraph with this number in the Complaint.

980.     There is no paragraph with this number in the Complaint.

981.     There is no paragraph with this number in the Complaint.

982.     There is no paragraph with this number in the Complaint.

983.     There is no paragraph with this number in the Complaint.

984.     There is no paragraph with this number in the Complaint.

985.     There is no paragraph with this number in the Complaint.

986.     There is no paragraph with this number in the Complaint.

987.     There is no paragraph with this number in the Complaint.

988.     There is no paragraph with this number in the Complaint.

989.     There is no paragraph with this number in the Complaint.

990.     There is no paragraph with this number in the Complaint.

991.     There is no paragraph with this number in the Complaint.

992.     There is no paragraph with this number in the Complaint.

993.     There is no paragraph with this number in the Complaint.

994.     Defendant repeats, realleges, and restates each of the preceding paragraphs in response to the allegations contained in paragraph 994 of the Complaint as if each of the preceding paragraphs are specifically rewritten here.

54

995.   Defendant denies each of the allegations contained in Complaint paragraph 995

996.   Defendant denies each of the allegations contained in Complaint paragraph 996

997.   Defendant denies each of the allegations contained in Complaint paragraph 997

998.   Defendant repeats, realleges, and restates each of the preceding paragraphs in response to the allegations contained in paragraph 998 of the Complaint as if each of the preceding paragraphs are specifically rewritten here.

999.   Defendant denies each of the allegations contained in Complaint paragraph 999

1000.   Defendant denies each of the allegations contained in Complaint paragraph 1000

1001.   Defendant denies each of the allegations contained in Complaint paragraph 1001

1002.   Defendant repeats, realleges, and restates each of the preceding paragraphs in response to the allegations contained in paragraph 1002 of the Complaint as if each of the preceding paragraphs are specifically rewritten here.

1003.   Defendant denies each of the allegations contained in Complaint paragraph 1003

1004.   Defendant denies each of the allegations contained in Complaint paragraph 1004

1005.   Defendant repeats, realleges, and restates each of the preceding paragraphs in response to the allegations contained in paragraph 1005 of the Complaint as if each of the preceding paragraphs are specifically rewritten here.

1006.   Defendant denies each of the allegations contained in Complaint paragraph 1005

1007.   Defendant denies each of the allegations contained in Complaint paragraph 1006

1008.   Defendant denies each of the allegations contained in Complaint paragraph 1007

1009.   Defendant repeats, realleges, and restates each of the preceding paragraphs in response to the allegations contained in paragraph 1009 of the Complaint as if each of the preceding paragraphs are specifically rewritten here.

1010. Defendant denies each of the allegations contained in Complaint paragraph 1010

1011. Defendant denies each of the allegations contained in Complaint paragraph 1011

1012. Defendant denies each of the allegations contained in Complaint paragraph 1012

1013. Defendant denies each of the allegations contained in Complaint paragraph 1013

1014. Defendant denies each of the allegations contained in Complaint paragraph 1014

1015. Defendant denies each of the allegations contained in Complaint paragraph 1015

1016. Defendant denies each of the allegations contained in Complaint paragraph 1016

1017. Defendant repeats, realleges, and restates each of the preceding paragraphs in response to the allegations contained in paragraph 1017 of the Complaint as if each of the preceding paragraphs are specifically rewritten here.

1018. Defendant denies each of the allegations contained in Complaint paragraph 1018

1019. Defendant denies each of the allegations contained in Complaint paragraph 1019

1020. Defendant denies each of the allegations contained in Complaint paragraph 1020

1021. Defendant denies each of the allegations contained in Complaint paragraph 1021

1022. Defendant repeats, realleges, and restates each of the preceding paragraphs in response to the allegations contained in paragraph 1022 of the Complaint as if each of the preceding paragraphs are specifically rewritten here.

1023. Defendant denies each of the allegations contained in Complaint paragraph 1023

1024. Defendant denies each of the allegations contained in Complaint paragraph 1024

1025. Defendant repeats, realleges, and restates each of the preceding paragraphs in response to the allegations contained in paragraph 1025 of the Complaint as if each of the preceding paragraphs are specifically rewritten here.

1026. Defendant denies each of the allegations contained in Complaint paragraph 1026

1027. Defendant denies each of the allegations contained in Complaint paragraph 1027

1028. There is no paragraph with this number in the Complaint.

1029. There is no paragraph with this number in the Complaint.

1030. There is no paragraph with this number in the Complaint.

1031. There is no paragraph with this number in the Complaint.

1032. There is no paragraph with this number in the Complaint.

1033. There is no paragraph with this number in the Complaint.

1034. There is no paragraph with this number in the Complaint.

1035. There is no paragraph with this number in the Complaint.

1036. There is no paragraph with this number in the Complaint.

1037. There is no paragraph with this number in the Complaint.

1038. There is no paragraph with this number in the Complaint.

1039. There is no paragraph with this number in the Complaint.

1040. There is no paragraph with this number in the Complaint.

1041. There is no paragraph with this number in the Complaint.

1042. There is no paragraph with this number in the Complaint.

1043. There is no paragraph with this number in the Complaint.

1044. There is no paragraph with this number in the Complaint.

1045. There is no paragraph with this number in the Complaint.

1046. There is no paragraph with this number in the Complaint.

1047. There is no paragraph with this number in the Complaint.

1048. There is no paragraph with this number in the Complaint.

1049. There is no paragraph with this number in the Complaint.

1050.   There is no paragraph with this number in the Complaint.

1051.   There is no paragraph with this number in the Complaint.

1052.   There is no paragraph with this number in the Complaint.

1053.   There is no paragraph with this number in the Complaint.

1054.   There is no paragraph with this number in the Complaint.

1055.   There is no paragraph with this number in the Complaint.

1056.   There is no paragraph with this number in the Complaint.

1057.   There is no paragraph with this number in the Complaint.

1058.   There is no paragraph with this number in the Complaint.

1059.   There is no paragraph with this number in the Complaint.

1060.   There is no paragraph with this number in the Complaint.

1061.   There is no paragraph with this number in the Complaint.

1062.   There is no paragraph with this number in the Complaint.

1063.   There is no paragraph with this number in the Complaint.

1064.   There is no paragraph with this number in the Complaint.

1065.   There is no paragraph with this number in the Complaint.

1066.   There is no paragraph with this number in the Complaint.

1067.   There is no paragraph with this number in the Complaint.

1068.   There is no paragraph with this number in the Complaint.

1069.   There is no paragraph with this number in the Complaint.

1070.   There is no paragraph with this number in the Complaint.

1071.   There is no paragraph with this number in the Complaint.

1072.   There is no paragraph with this number in the Complaint.

1073. There is no paragraph with this number in the Complaint.

1074. There is no paragraph with this number in the Complaint.

1075. There is no paragraph with this number in the Complaint.

1076. There is no paragraph with this number in the Complaint.

1077. There is no paragraph with this number in the Complaint.

1078. There is no paragraph with this number in the Complaint.

1079. There is no paragraph with this number in the Complaint.

1080. There is no paragraph with this number in the Complaint.

1081. There is no paragraph with this number in the Complaint.

1082. Defendant repeats, realleges, and restates each of the preceding paragraphs in response to the allegations contained in paragraph 1082 of the Complaint as if each of the preceding paragraphs are specifically rewritten here.

1083. Defendant denies each of the allegations contained in Complaint paragraph 1083

1084. Defendant denies each of the allegations contained in Complaint paragraph 1084

1085. Defendant denies each of the allegations contained in Complaint paragraph 1085

1086. Defendant denies each of the allegations contained in Complaint paragraph 1086

1087. Defendant repeats, realleges, and restates each of the preceding paragraphs in response to the allegations contained in paragraph 1087 of the Complaint as if each of the preceding paragraphs are specifically rewritten here.

1088. Defendant denies each of the allegations contained in Complaint paragraph 1088

1089. Defendant denies each of the allegations contained in Complaint paragraph 1089

1090. Defendant denies each of the allegations contained in Complaint paragraph 1090

1091. Defendant denies each of the allegations contained in Complaint paragraph 1091

1092. Defendant repeats, realleges, and restates each of the preceding paragraphs in response to the allegations contained in paragraph 1092 of the Complaint as if each of the preceding paragraphs are specifically rewritten here.

1093. Defendant denies each of the allegations contained in Complaint paragraph 1093

1094. Defendant denies each of the allegations contained in Complaint paragraph 1094

1095. Defendant denies each of the allegations contained in Complaint paragraph 1095

1096. Defendant repeats, realleges, and restates each of the preceding paragraphs in response to the allegations contained in paragraph 1096 of the Complaint as if each of the preceding paragraphs are specifically rewritten here.

1097. Defendant denies each of the allegations contained in Complaint paragraph 1097

1098. Defendant denies each of the allegations contained in Complaint paragraph 1098

1099. Defendant denies each of the allegations contained in Complaint paragraph 1099

1100. Defendant repeats, realleges, and restates each of the preceding paragraphs in response to the allegations contained in paragraph 1100 of the Complaint as if each of the preceding paragraphs are specifically rewritten here.

1101. Defendant denies each of the allegations contained in Complaint paragraph 1101

1102. Defendant denies each of the allegations contained in Complaint paragraph 1102

1103. Defendant denies each of the allegations contained in Complaint paragraph 1103

Defendant denies each of the allegations contained in each of the footnotes of the Complaint.

DEFENDANT DEMANDS A TRIAL BY JURY ON ALL CHARGES SO TRIABLE.

WHEREFORE, Defendant demands Judgment in his favor on all counts against him; that this Court dismiss all Counts herein and award all costs, interest, attorney fees, damages, punitive

damages, consequential damages, actual damages, and such other and further relief as this Court determines is just and proper for a Complaint with no basis in fact or law against undersigned.

AFFIRMATIVE DEFENSES

FIRST AFFIRMATIVE DEFENSE

The Complaint fails to state a claim upon which relief may be granted as to Defendant.

SECOND AFFIRMATIVE DEFENSE

The causes of action are barred by the doctrine of laches.

THIRD AFFIRMATIVE DEFENSE

The causes of action are barred in their entirety or in part by the applicable statute of limitations.

FOURTH AFFIRMATIVE DEFENSE

The causes of action are barred by the doctrines of equitable estoppel and res judicata.

FIFTH AFFIRMATIVE DEFENSE

Plaintiffs failed to allege any damages sustained as a result of the incidents alleged in the Complaint.

SIXTH AFFIRMATIVE DEFENSE

Defendant owed no legal duty to the Plaintiffs, and thus the claims against undersigned Defendant should be dismissed.

SEVENTH AFFIRMATIVE DEFENSE

There can be no breach of fiduciary duty because Plaintiffs ratified or consented to the actions of all Defendants.

EIGHTH AFFIRMATIVE DEFENSE

Plaintiffs' case fails due to unclean hands.

61

NINTH AFFIRMATIVE DEFENSE

No joint venture existed.

TENTH AFFIRMATIVE DEFENSE

Defendants did not have a fiduciary relationship with Plaintiffs.

ELEVENTH AFFIRMATIVE DEFENSE

Plaintiffs' case fails on the basis of their own fraudulent conduct.

TWELFTH AFFIRMATIVE DEFENSE

There is no valid contract between Plaintiffs and Defendant due to vagueness, indefiniteness, or lack of mutual assent.

THIRTEENTH AFFIRMATIVE DEFENSE

Any damages suffered by Plaintiffs were due, in whole or in part, to their own wrongful conduct.

FOURTEENTH AFFIRMATIVE DEFENSE

Plaintiff has failed to allege damages causally related to the actions of undersigned Defendant.

FIFTEENTH AFFIRMATIVE DEFENSE

The Complaint fails to allege any viable cause of action against Defendants.

SIXTEENTH AFFIRMATIVE DEFENSE

Any damages allegedly suffered by Defendants in whole or in part were due to persons over which Defendants have no supervision or control.

SEVENTEENTH AFFIRMATIVE DEFENSE

The Plaintiffs lack privity with undersigned Defendant and thus cannot maintain the causes of action against undersigned.

## EIGHTEENTH AFFIRMATIVE DEFENSE

The alleged contract between Plaintiffs and Defendants is not specified sufficiently, and there is no contract between Plaintiffs and undersigned Defendant.

## NINETEENTH AFFIRMATIVE DEFENSE

The alleged contracts between Plaintiffs and any Defendant were based on one or more material misrepresentations by the Plaintiffs.

## TWENTIETH AFFIRMATIVE DEFENSE

The statute of frauds renders the any alleged verbal agreements between any Plaintiffs and any Defendants unenforceable.

## TWENTY-FIRST AFFIRMATIVE DEFENSE

Plaintiffs failed to join one or more indispensable parties.

## TWENTY-SECOND AFFIRMATIVE DEFENSE

Plaintiffs' case fails based upon accord and satisfaction.

## TWENTY-THIRD AFFIRMATIVE DEFENSE

Plaintiffs lack any enforceable rights under contract or common law.

## TWENTY-FOURTH AFFIRMATIVE DEFENSE

Plaintiffs fail to allege with sufficient specificity the allegations of fraud and/or RICO violations.

## TWENTY-FIFTH AFFIRMATIVE DEFENSE

Plaintiffs failed to allege and/or cannot prove one or more provisions of any statutory cause(s) of action.

## TWENTY-SIXTH AFFIRMATIVE DEFENSE

Plaintiffs have no standing to sue any Defendants.

## TWENTY-SEVENTH AFFIRMATIVE DEFENSE

Defendant suffered damages caused by Plaintiffs  which he is entitled to recover, and which also serves as an off-set to any damages Plaintiffs may recover.

## TWENTY-EIGHTH AFFIRMATIVE DEFENSE

Plaintiffs' case fails based upon the law of the case.

## TWENTY-NINTH AFFIRMATIVE DEFENSE

Defendant specifically asserts the defense of impossibility against the assertions made by Plaintiffs against undersigned.

## AMENDED COUNTERCLAIMS

## JURISDICTION AND VENUE

1. Jurisdiction for the instant action arises from the Counterclaims set forth herein stemming from a false complaint filed by Plaintiffs in the above captioned action in the Federal District Court for the Eastern District of New York.  This action has jurisdiction before this Court due to Plaintiffs' underlying RICO claims, which, though false in all respects, give this Court jurisdiction pursuant to 28 U.S.C. § 1331, which is a federal law.  Further, the Court has supplemental jurisdiction over the instant counterclaims given that the state law counterclaims arise from the same case or controversy as the underlying action and the counterclaims arise from the common nucleus and operative facts as the underlying Federal claims brought by the Plaintiffs in their (false) allegations of RICO claims.

2. This Court has venue for the within action as all wrongs committed by the Plaintiffs stem from written, false allegations in their repeated Complaints in this action, as filed and published by and through this Federal District Court in and for the Eastern

64

District of New York. As such, the wrongdoings were all committed not just in the Eastern District of New York, but also through this Federal District Court in the false, defamatory, libelous, and fraudulent allegations set forth by the Plaintiffs in each and every allegation set forth in their various documents filed in this and other actions, including documents filed in various related state Court actions, as well as through the spreading of verbal and documentary lies and false allegations of criminal conduct by undersigned by the Defendants in Counterclaim, as more fully set forth, infra. Venue is also proper due to 28 U.S.C. § 1391(b)(2) because the everts set forth in the instant counterclaims all took place in the Eastern District of New York, and the Defendants in Counterclaims have all subjected themselves to the venue (and jurisdiction) of this Court.

## PARTIES

3. Plaintiff in Counterclaim, Harry Thomasson, (hereinafter, "Thomasson"), is an individual who, at all times relevant hereto, was and is a resident of Long Island, State of New York. At various times relevant hereto Thomasson worked as an attorney for and with Anthony and Sara Deo and/or various businesses owned and operated by the Deos on Long Island, New York, only (hereinafter, the "Deos").

4. Defendant in Counterclaim, Robert Anthony Urrutia (hereinafter, "Urrutia") is an individual who, at all times relevant hereto, was and is a resident of the country of Costa Rica. At all times relevant hereto, Urrutia owned and/or operated one or more automobile businesses inside and outside of the State of New York with one or more partners. Urrutia resides in Costa Rica for the purposes of 1) living a lifestyle of wealth desired by Urrutia and his family (there is a lower cost of living in Costa

Rica), 2) to avoid paying creditors, and 3) upon information and belief, Urrutia fled the country having stolen in excess of twenty million dollars from various businesses, including his own, and from various other businesses, including Nissan Motor Acceptance Corp., he is or is expected to become a wanted man by one or more law enforcement agencies.  At various times relevant hereto, Urrutia always maintained one or more apartments and/or houses and/or residences in the Greater New York City area (within 75 miles of Manhattan) to serve as his U.S. residence when he is in the United States, notably 327 Lakewood Terrace, Newton, New Jersey, 07860. Urrutia is countersued herein both individually and on behalf of his businesses known as Superb Motors Inc. and Team Auto Sales LLC, as the false claims filed in various documents in this and various related state Court actions, as well as false statements made to various individuals working in the automobile industry in and around Long Island, New York, as well as false statements made to various individuals in the law enforcement industries in and around Long Island, New York, including but not limited to various individuals working in the Nassau and/or Suffolk County District Attorneys' offices as well as the police departments in and for Nassau and/or Suffolk Counties, as well as various individuals working in and for the Federal Bureau of Investigation (hereinafter, "F.B.I.") and the United States Attorneys' Office in and through the United States Department of Justice  are, were, and continue to be advanced wrongfully and in violation of all counts of this Counterclaim by this Defendant in Counterclaim both individually and on behalf of the named corporations.

66

5. Defendant in Counterclaim, Brian Chabrier (hereinafter, "Chabrier") is an individual who, at all times relevant hereto, was and is a resident of Nassau County, State of New York.  At all times relevant hereto, Chabrier owned and/or operated one or more automobile businesses in the State of New York in the greater New York City area. At all times relevant hereto, Chabrier had disclosed and/or undisclosed partners in the ownership and/or operation of said automobile businesses.  Chabrier is countersued herein both individually and on behalf of each of the businesses in which he holds a corporate interest/ownership known as 1581 Hylan Blvd Auto LLC, 1580 Hylan Blvd Auto LLC, 1591 Hylan Blvd Auto LLC, 1632 Hylan Blvd Auto LLC, 1239 Hylan Blvd Auto LLC, 2519 Hylan Blvd Auto LLC, 76 Fisk Street Realty LLC, 446 Route 23 Auto LLC and Island Auto Management, LLC, as the false claims filed in various documents in this and various related state Court actions, as well as false statements made to various individuals working in the automobile industry in and around Long Island, New York, as well as false statements made to various individuals in the law enforcement industries in and around Long Island, New York, including but not limited to various individuals working in the Nassau and/or Suffolk County District Attorneys' offices as well as the police departments in and for Nassau and/or Suffolk Counties, as well as various individuals working in and for the Federal Bureau of Investigation (hereinafter, "F.B.I.") and the United States Attorneys' Office in and through the United States Department of Justice  are, were, and continue to be advanced wrongfully and in violation of all counts of this Counterclaim  by this Defendant in Counterclaim both individually and on behalf of the named corporations in which he holds an ownership interest.

67

6. Defendant in Counterclaim, Joshua Aaronson (hereinafter, "Josh Aaronson" or "Josh" or "Aaronson"), is an individual who, at all times relevant hereto, was and is a resident of Nassau County, State of New York.  At all times relevant hereto, Josh owned and/or operated one or more automobile businesses in the State of New York in the greater New York City area.  At all times relevant hereto, Aaronson had disclosed and/or undisclosed partners in the ownership and/or operation of said automobile businesses.  Aaronson is countersued herein both individually and on behalf of each of the businesses in which he holds a corporate interest/ownership known as 1581 Hylan Blvd Auto LLC, 1580 Hylan Blvd Auto LLC, 1591 Hylan Blvd Auto LLC, 1632 Hylan Blvd Auto LLC, 1239 Hylan Blvd Auto LLC, 2519 Hylan Blvd Auto LLC, 76 Fisk Street Realty LLC, 446 Route 23 Auto LLC and Island Auto Management, LLC, as the false claims filed in various documents in this and various related state Court actions, as well as false statements made to various individuals working in the automobile industry in and around Long Island, New York, as well as false statements made to various individuals in the law enforcement industries in and around Long Island, New York, including but not limited to various individuals working in the Nassau and/or Suffolk County District Attorneys' offices as well as the police departments in and for Nassau and/or Suffolk Counties, as well as various individuals working in and for the Federal Bureau of Investigation (hereinafter, "F.B.I.") and the United States Attorneys' Office in and through the United States Department of Justice  are, were, and continue to be advanced wrongfully and in violation of all counts of this Counterclaim  by this Defendant in Counterclaim both

68

individually and on behalf of the named corporations in which he holds an ownership interest.

7. Defendant in Counterclaim, Jory Baron (hereinafter, "Jory Baron") is an individual who, at all times relevant hereto, was and is a resident of Long Island, State of New York.  At all times relevant hereto, Jory Baron owned and/or operated one or more automobile businesses in the State of New York in the greater New York City area. At all times relevant hereto, Jory Baron had disclosed and/or undisclosed partners in the ownership and/or operation of said automobile businesses.  Jory Baron is countersued herein both individually and on behalf of each of the businesses in which he holds a corporate interest/ownership known as 1581 Hylan Blvd Auto LLC, 1580 Hylan Blvd Auto LLC, 1591 Hylan Blvd Auto LLC, 1632 Hylan Blvd Auto LLC, 1239 Hylan Blvd Auto LLC, 2519 Hylan Blvd Auto LLC, 76 Fisk Street Realty LLC, 446 Route 23 Auto LLC and Island Auto Management, LLC, as the false claims filed in various documents in this and various related state Court actions, as well as false statements made to various individuals working in the automobile industry in and around Long Island, New York, as well as false statements made to various individuals in the law enforcement industries in and around Long Island, New York, including but not limited to various individuals working in the Nassau and/or Suffolk County District Attorneys' offices as well as the police departments in and for Nassau and/or Suffolk Counties, as well as various individuals working in and for the Federal Bureau of Investigation (hereinafter, "F.B.I.") and the United States Attorneys' Office in and through the United States Department of Justice  are, were, and continue to be advanced wrongfully and in violation of all counts of this Counterclaim   by this

Defendant in Counterclaim both individually and on behalf of the named corporations in which he holds an ownership interest.

8. Defendant in Counterclaim, Asad Khan (hereinafter, "Khan") is an individual who, at all times relevant hereto, was and is a resident of Nassau County, State of New York. At all times relevant hereto, Khan owned and/or operated one or more automobile businesses in the State of New York in the greater New York City area.  At all times relevant hereto, Khan had disclosed and/or undisclosed partners in the ownership and/or operation of said automobile businesses.  Khan is countersued herein both individually and on behalf of each of the businesses in which he holds a corporate interest/ownership known as 1581 Hylan Blvd Auto LLC, 1580 Hylan Blvd Auto LLC, 1591 Hylan Blvd Auto LLC, 1632 Hylan Blvd Auto LLC, 1239 Hylan Blvd Auto LLC, 2519 Hylan Blvd Auto LLC, 76 Fisk Street Realty LLC, 446 Route 23 Auto LLC and Island Auto Management, LLC, as the false claims filed in various documents in this and various related state Court actions, as well as false statements made to various individuals working in the automobile industry in and around Long Island, New York, as well as false statements made to various individuals in the law enforcement industries in and around Long Island, New York, including but not limited to various individuals working in the Nassau and/or Suffolk County District Attorneys' offices as well as the police departments in and for Nassau and/or Suffolk Counties, as well as various individuals working in and for the Federal Bureau of Investigation (hereinafter, "F.B.I.") and the United States Attorneys' Office in and through the United States Department of Justice  are, were, and continue to be advanced wrongfully and in violation of all counts of this Counterclaim  by this

70

Defendant in Counterclaim both individually and on behalf of the named corporations in which he holds an ownership interest.

9. Defendant in Counterclaim, Iris Baron (hereinafter, "Iris") is an individual who, at all times relevant hereto, was and is a resident of Nassau County, State of New York.  At all times relevant hereto, Iris Baron was the wife of David Baron during his lifetime. Iris Baron is the representative of the Estate of David Baron since his death; she is sued both individually and on behalf of the Estate of David Baron as the false claims filed in various documents in this and various related state Court actions, as well as false statements made to various individuals working in the automobile industry in and around Long Island, New York, as well as false statements made to various individuals in the law enforcement industries in and around Long Island, New York, including but not limited to various individuals working in the Nassau and/or Suffolk County District Attorneys' offices as well as the police departments in and for Nassau and/or Suffolk Counties, as well as various individuals working in and for the Federal Bureau of Investigation (hereinafter, "F.B.I.") and the United States Attorneys' Office in and through the United States Department of Justice  are, were, and continue to be advanced wrongfully and in violation of all counts of this Counterclaim  by this Defendant in Counterclaim both individually and on behalf of the Estate of David Baron.

FACTS COMMON TO ALL COUNTS

10. The within Defendants in Counterclaims make various false statements both in writing and verbally throughout the law enforcement, court, and automobile

industries in and around Long Island, New York, for the sole purpose of harming the reputations and businesses of each of the Deo parties herein, including undersigned.

11. The various false statements made by the Defendants in Counterclaims include, but are not limited to, false statements accusing each of the Deo parties herein, including undersigned, of stealing money, stealing automobiles, and stealing corporations worth millions of dollars.

12. The entirety of the false claims made by the Defendants in Counterclaim throughout the law enforcement, court, and automobile industries in and around Long Island, New York, against the Deo parties from the instant action are contingent upon the Defendants in Counterclaim proving several of the Aaronson parties (namely Joshua Aaronson, Asad Khan, Brian Chabrier, Raymond Phelan and the Estate of David Baron) are and remain the owners of two corporations, NorthShore Motor Leasing, LLC, and 189 Sunrise Hwy Auto LLC (hereinafter, "NorthShore" and "189 Sunrise").

13. In fact, the Defendants in Counterclaim are not the owners of NorthShore (ever) and 189 Sunrise (since it was purchased in February, 2021 by the Deos). At all relevant times, NorthShore was formed, owned, and operated by the Deos; at all relevant times since February 2021, 189 Sunrise was owned and operated by Anthony Deo.

14. The Defendants in Counterclaim provided the Floor Plans to the Deos for NorthShore since it began operations in 2018, and for 189 Sunrise since the Deos obtained and operated that business in February 2021.

15. Throughout the relationship between the Deos and the Defendants in Counterclaim, there were disagreements and contentiousness, typically caused by and through the

72

Defendants in Counterclaim without the Deos understanding the reasons for the disagreements and contentiousness.

16. During November 2022, the Aaronson Defendants in Counterclaim left both NorthShore and 189 Sunrise, turned off and removed all Floor Plans, took all hard corporate assets of both corporations including, but not limited to, all files, dealer jackets, warranty files, video files, most (but not all) computers, customer lists, and shut the Deos out of all corporate software and bank accounts, wrongfully and for the sole purpose of harming and shuttering NorthShore and 189 Sunrise which, at that time, were merely competitors of the Defendants in Counterclaim; there was and remains no lawful, valid reason for such actions.

17. In fact, the Aaronson Defendants in Counterclaim left the businesses due to having been caught by the Deos attempting to steal the businesses from the Deos.  In retaliation for their failed theft, the Aaronson Defendants in Counterclaim knowingly and intentionally ruined the Deos' businesses, since at the point that the Defendants in Counterclaim ruined both businesses, the Deos and their businesses had become nothing more than competitors to the Aaronson Defendants in Counterclaim.

18. In addition, the Urrutia Defendants in Counterclaim utilized the false allegations by the Aaronson Defendants in Counterclaim against the Deo Defendants to cover-up their own failings and thefts in operating the Team Auto dealerships in New York (Superb Motors, Inc.) and elsewhere (in New Jersey, Massachusetts, and Hartford, Connecticut).

19. Specifically, the Urrutia/Team Auto Defendants in Counterclaim mismanaged their own dealerships into the ground, ruining same by treating their corporate interests in

dealerships in Long Island, New Jersey, Massachusetts, and Connecticut as shell games by and through which the Urrutia/Team Auto Defendants in Counterclaim moved money between those dealerships and took money for themselves whenever needed or desired.

20. At all relevant times, the only Urrutia/Team Auto dealership through which the Deo parties herein, including undersigned, had any interest or performed any work for or at is the dealership known as Superb Motors, Inc., a/k/a/ Superb Motors.  At no time did any Deo party herein, including undersigned, have any contact, interest, or relationship in any way with the Urrutia/Team Auto dealerships located in New Jersey, Connecticut, and/or Massachusetts.

21. Nonetheless, the Urrutia/Team Auto Defendants in Counterclaim have falsely alleged and repeatedly alleged throughout the law enforcement (Nassau and Suffolk County police departments, Nassau and Suffolk County district attorneys' offices, FBI, and U.S. Justice Department), court (the EDNY Federal District Court and Nassau Supreme Court), and automobile industries (upon information and belief, various floor plan lenders, wholesalers including, but not limited to Nethanel Orgad, and generally throughout the local industry) that the Deo parties, including undersigned, stole 102 automobiles (which they now admit was always false), money, and even the corporations known as 189 Sunrise and NorthShore Motors.

In addition, all of the Defendants in Counterclaim banded together and acted in conspiracy to support each other's various false allegations against the Deo parties herein, including undersigned, to leverage the Deo parties, to ruin each of our reputations in our various businesses, and to spread lies to support their own false

74

allegations made in each of the Court actions that the Defendants in Counterclaim brought against each of the Deo parties, including undersigned.The within and other relevant facts are contained in the Amended Complaint filed by the Deos in the action styled as *Deo, et al. v. Baron, et al.*, case number 2:24-cv-6903 NJC/JMW), filed by the Deos on January 31, 2025 at ECF document number 67, which, along with all Exhibits thereto (A-Z),  are incorporated herein by reference.  This Complaint was subsequently remanded to the Nassau (NY) Supreme Court, with the same caption, but now containing the docket number 615683/2024 t all times relevant hereto, the Defendants in Counterclaim acted wrongfully, illegally, and without any basis in law or fact, and also in concert, in conspiracy, and in agreement in carrying out a plan (hereinafter, the "Plan") to ruin the Deo parties herein, including undersigned.

22. The Plan includes, but is not limited to, making false criminal and false civil allegations against all of the Deo parties, including undersigned, both in writing and verbally, involving false allegations of theft of money, automobiles, and corporate interests of Superb Motors, 189 Sunrise and NorthShore to: a) the Nassau County, New York, police department; b) the Nassau County, New York, district attorneys' office; c) the Suffolk County, New York, police department; d) the Suffolk County, New York, district attorneys' office; e) the F.B.I.; f) the U.S. Attorneys' Office in and for the U.S. Department of Justice; g) one or more federal grand juries; h) one or more local automobile wholesalers, including but not limited to Nethanel Orgad; i) various local automobile industry floor plan providers, including, but not limited to, Nissan Motor Acceptance Company LLC ("NMAC"), NextGear Capital, Inc., and Ally Financial, Inc. ("Ally"), j) various banks and lenders involved in the local

75

automobile banking and loaning industries including, but not limited to, Flushing Bank, Libertas Funding LLC, J.P. Morgan Chase Bank, N.A. ("Chase"); k) various local accountants that provide services to the local automobile industry including, but not limited to, Citrin Cooperman, Jones Little & Co., CPA's LLP, and Richards, Witt & Charles, LLP; and l) other unknown individuals in the local automobile industry.

23. At all relevant times, the Defendants in Counterclaim acted in conspiracy to ruin the Deo Defendants, including undersigned, by making and perpetuating the false allegations of criminal and civil thefts of money and cars and corporate interests, and to wrongfully leverage the Deo Defendants by and through also filing these false allegations throughout the actions brought to date by the Defendants in Counterclaim including, but not limited to, the instant EDNY action as well as various state actions involving the within Defendants in Counterclaim in the Nassau (NY) Supreme Court, to utilize the Defendants in Counterclaim's tremendous wealth (the Defendants in Counterclaim, along with their corporate holdings, are quite simply, Billionaires) to knowingly, intentionally, and in conspiracy with each other discourage, harm, ruin, and overwhelm the Deo parties and undersigned without any basis in law or fact for doing so.

24. In particular, the Plan was also designed to specifically harm undersigned Plaintiff in Counterclaim, interfere with his business with the Deo parties, and interfere and harm his reputation, interfere with his business generally, all by making false allegations against the Plaintiff in Counterclaim by and through each allegation against the Plaintiff in Counterclaim with malice aforethought by and through the various written

and verbal communications set forth at paragraph 22, supra, and by publishing these false allegations in each instance set forth in paragraph 22, supra.

25. At all times relevant hereto, each of the allegations made by the Defendants in Counterclaim by and through the various written and verbal communications set forth at paragraph 22, supra, and by publishing these false allegations in each instance set forth in paragraph 22, supra,  were false, knowingly false, intentionally false, defamatory, libelous, slanderous, were at least made negligently, and caused and continue to cause undersigned harm and economic loss.

26. Even if such allegations against the Deo co-Defendants by and through the various written and verbal communications set forth at paragraph 22, supra, and by publishing these false allegations in each instance set forth in paragraph 22, supra,  were true, and it is specifically and vigorously advanced that such allegations of wrongdoing by undersigned's co-Defendants are false, the allegations advanced against undersigned are and remain false, and are knowingly false to each of the Defendants in Counterclaim.

27. The allegations of criminal wrongdoing by undersigned advanced by each of the Defendants in Counterclaim by and through the various written and verbal communications set forth at paragraph 22, supra, and by publishing these false allegations in each instance set forth in paragraph 22, supra constitute defamation *per se* by virtue of being entirely false, outrageous, shocking, and knowingly advanced to harm undersigned, who has been and continues to be harmed in an on-going basis by such false allegations; all documents filed by the Defendants in Counterclaim by and through their attorneys in each of the related various state and Federal actions the

Complaints filed by the Defendants in Counterclaim against undersigned constitute frauds upon the Court all to advance the Plan and the sinister greediness of the Defendants in Counterclaim.

28. Undersigned Plaintiff in Counterclaims has no contract with any of the Defendants in Counterclaim, and never did.

29. Undersigned Plaintiff in Counterclaims has no privity with any of the Defendants in Counterclaim, and never did.

30. Undersigned Plaintiff in Counterclaims does not represent any of the Defendants in Counterclaim, and never did (with the exception of brief representation of Superb Motors, for approximately one month, in a state action).

31. Undersigned Plaintiff in Counterclaims has not even met any of the Defendants in Counterclaim, and never did.

32. Undersigned Plaintiff in Counterclaims does not work with any of the Defendants in Counterclaim, and never did.

33. Undersigned Plaintiff in Counterclaims does not work for any of the Defendants in Counterclaim, and never did.

34. Undersigned Plaintiff in Counterclaims does not perform any services for any of the Defendants in Counterclaim, and never did.

35. Undersigned Plaintiff in Counterclaims does not take any money from any of the Defendants in Counterclaim, and never did.

36. Undersigned Plaintiff in Counterclaims does not steal anything of value from the Defendants in Counterclaim, and never did.

37. Undersigned Plaintiff in Counterclaims does not engage in any conspiracy against any of the Defendants in Counterclaim, and never did.

38. Undersigned Plaintiff in Counterclaims does not engage in an RICO violations against any of the Defendants in Counterclaim, and never did.

39. Undersigned Plaintiff in Counterclaims does not sell cars for any of the Defendants in Counterclaim, and never did.

40. Undersigned Plaintiff in Counterclaims does not deal with any contracts of any kind, especially car sales, for any of the Defendants in Counterclaim, and never did.

41. Undersigned Plaintiff in Counterclaims does not handle any money belonging to the Defendants in Counterclaim, and never did.

42. Undersigned Plaintiff in Counterclaims has no personal or business relations with any of the Defendants in Counterclaim, and never did.

43. Undersigned Plaintiff in Counterclaims does not get paid by any of the Defendants in Counterclaim, and never did.

44. Undersigned Plaintiff in Counterclaims is not an employee of any of the Defendants in Counterclaim, and never was.

45. Undersigned Plaintiff in Counterclaims does not commit crimes against any of the Defendants in Counterclaim, and never did.

46. Each of the allegations made by the Defendants in Counterclaim against undersigned by and through the various written and verbal communications set forth at paragraph 22, supra, and by publishing these false allegations in each instance set forth in paragraph 22, supra, and in each of the documents filed in this and previous actions by the Defendants in Counterclaim are false, and are at least partially contingent upon

79

being the owners of NorthShore and 189 Sunrise (after February 2021), which they are not.

47. However, even if it later determined that the Defendants in Counterclaim ever owned NorthShore or owned 189 Sunrise after February 2021, the within Counterclaims remain entirely true and accurate against each of the Defendants in Counterclaim.

48. The Defendants in Counterclaim are jointly and severally liable for the within harms and wrongdoings to Plaintiff in Counterclaim.

49. The within and other harms to Plaintiff in Counterclaim are ongoing, daily and forevermore, given that the harms constitute false, defamatory statements that were knowingly, intentionally, and wrongfully published by the Defendants in Counterclaim by and through the various written and verbal communications set forth at paragraph 22, supra, and by publishing these false allegations in each instance set forth in paragraph 22, supra,.

AS AND FOR COUNTERCLAIM I AGAINST ALL<br>DEFENDANTS IN COUNTERCLAIM:<br>DEFAMATION <i>PER SE</i>

50. Plaintiff in Counterclaim repeats, restates, and realleges each of the preceding paragraphs as if specifically rewritten here.

51. The allegations of criminal wrongdoing against Plaintiff in Counterclaim by Defendants in Counterclaim pursuant to their Plan are outrageous, shocking, intentional, knowing, wrongful, fraudulent, and published repeatedly through the Complaints in the instant and prior actions.

80

52. Publishing to third parties for the world to see through this Court such allegations constitute Defamation *per se* by each of the Defendants in Counterclaim, jointly and severally.

53. At all relevant times, the false allegations of criminal theft, conspiracy, and RICO violations by and through the various written and verbal communications set forth at paragraph 22, supra, and by publishing these false allegations in each instance set forth in paragraph 22, supra, were designed and intended by the Defendants in Counterclaim to cause undersigned Plaintiff in Counterclaim harm, which they have succeeded in causing.

54. Such harm is on-going, constitutes extreme emotional distress, harm to undersigned's personal and professional reputation, and intentional interference with undersigned's business relations.

55. Such harm is the direct and proximate result of Defendants in Counterclaims' false allegations against undersigned by and through the various written and verbal communications set forth at paragraph 22, supra, and by publishing these false allegations in each instance set forth in paragraph 22, supra, which was a part of their Plan since November 2022.

WHEREFORE, as a direct and proximate result of the harms set forth herein, undersigned Plaintiff in Counterclaim has been and continues to be harmed in an on-going manner, resulting in financial damages, professional and personal harm to undersigned's reputation, extreme emotional distress, lost sleep, worry, and anxiety; demand is herein made for actual damages, punitive damages, consequential damages, and such other and further relief as to this Court and a jury may award; demand is herein

made for damages that exceed the jurisdictional limits of this Court in an amount to be determined at trial but not less than ten million ($10,000,000.00) dollars in actual and consequential damages, plus an amount to be determined at trial for punitive damages but not less than fifty million ($50,000,000.00) dollars, plus such other and further relief as to this Court deems necessary and just.

AS AND FOR COUNTERCLAIM II AGAINST ALL<br>DEFENDANTS IN COUNTERCLAIM:<br>LIBEL

56. Plaintiff in Counterclaim repeats, restates, and realleges each of the preceding paragraphs as if specifically rewritten here.

57. The allegations of criminal wrongdoing against Plaintiff in Counterclaim by Defendants in Counterclaim pursuant to their Plan are outrageous, shocking, intentional, knowing, wrongful, fraudulent, and published repeatedly through the Complaints in the instant and prior actions.

58. Indeed, all allegations made to date by the Defendants in Counterclaim against the Plaintiff in Counterclaim and published to the world by and through the various written and verbal communications set forth at paragraph 22, supra, and by publishing these false allegations in each instance set forth in paragraph 22, supra,  and by and through the documents filed in this and prior actions pursuant to their Plan are false, outrageous, defamatory, shocking, intentional, knowing, wrongful, and fraudulent.

59. Publishing to third parties for the world to see by and through the various written and verbal communications set forth at paragraph 22, supra, and by publishing these false allegations in each instance set forth in paragraph 22, supra,  and through this Court and other related state actions in Nassau Supreme Court through various document

82

filings constitutes Libel by each of the Defendants in Counterclaim, jointly and severally.

60. At all relevant times, the false allegations of criminal theft, conspiracy, and RICO violations were designed and intended by the Defendants in Counterclaim to cause undersigned Plaintiff in Counterclaim harm, which they have succeeded in causing.

61. Such harm is on-going, constitutes extreme emotional distress, harm to undersigned's personal and professional reputation, and intentional interference with undersigned's business relations.

62. Such harm is the direct and proximate result of Defendants in Counterclaims' false allegations against undersigned by and through the various written and verbal communications set forth at paragraph 22, supra, and by publishing these false allegations in each instance set forth in paragraph 22, supra, which was a part of their Plan since November, 2022.

WHEREFORE, as a direct and proximate result of the harms set forth herein, undersigned Plaintiff in Counterclaim has been and continues to be harmed in an on-going manner, resulting in financial damages, professional and personal harm to undersigned's reputation, extreme emotional distress, lost sleep, worry, and anxiety; demand is herein made for actual damages, punitive damages, consequential damages, and such other and further relief as to this Court and a jury may award; demand is herein made for damages that exceed the jurisdictional limits of this Court in an amount to be determined at trial but not less than ten million ($10,000,000.00) dollars in actual and consequential damages, plus an amount to be determined at trial for punitive damages but

83

not less than fifty million ($50,000,000.00) dollars, plus such other and further relief as to this Court deems necessary and just.

Dated:   March 9, 2026                                   Respectfully submitted,


                                                         /S/ *Harry R. Thomasson*

                                                         _____
                                                         Harry R. Thomasson, *Pro Se*
                                                         3280 Sunrise Highway, Box 112
                                                         Wantagh, New York  11793
                                                         Tel.  516-557-5459
                                              Email:  hrtatty@verizon.net