# Sage Legal LLC

**1981 Marcus Avenue ● Suite C129 ● New Hyde Park, NY 11042-1017 ● (718) 412-2421 ● emanuel@sagelegal.nyc**

March 30, 2026

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. James M. Wicks, U.S.M.J.
100 Federal Plaza, Courtroom 1020
Central Islip, NY 11722-4438

> **Re:** **Superb Motors Inc,** *et al.* **v. Deo,** *et al.*
> **Case No.: 2:23-cv-6188 (JMW)**

Dear Judge Wicks:

This office represents Plaintiffs Superb Motors Inc. ("Superb"), Team Auto Sales LLC ("Team"), and Robert Anthony Urrutia ("Urrutia") (Superb, Team, and Urrutia collectively hereinafter the "Superb Plaintiffs") in the above-referenced case.  We write this letter along with the IAG Plaintiffs, being all Plaintiffs in the above referenced matter <u>other than</u> the "Superb Plaintiffs" (and together with the Island Auto Plaintiffs, "Plaintiffs") to respectfully request an extension of time of two (2) weeks to file a response to the Deo Defendants' answer with counterclaims.

Rule 6 provides that "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time … with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires."  <u>See</u> Fed. R. Civ. P. 6(b)(1)(A).

Consistent with ¶ 1(D) of this Court's Individual Practice Rules, Plaintiffs respectfully submit that: (i) the original date the Plaintiffs have to file a response to the Deo Defendants' answer with counterclaims is today; (ii-iii) there have been no previous requests for an extension of this deadline; (iv) an extension of time is warranted because Defendant Harry R. Thomasson, Esq.'s answer with counterclaims was filed today such that the response to those counterclaims is due two (2) weeks from today and counsel for the Plaintiffs were engaged in a deposition today as well as several depositions last week such that they need additional time to prepare a response to both sets of counterclaims; and (v) Plaintiffs did not have an opportunity to seek the Deo Defendants' and Thomasson's consent.

For the foregoing reasons, the Plaintiffs respectfully submit that sufficient good cause exists for this Court's exercise of discretion in favor of granting the requested extension of time.

Plaintiffs thank this Court for its time and attention to this case.

Hon. James M. Wicks, U.S.M.J.
United States District Court
Eastern District of New York
March 30, 2026
P a g e | 2

Dated: Jamaica, New York
      March 30, 2026

Respectfully submitted,

**SAGE LEGAL LLC**

By:   */s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
1981 Marcus Avenue, Suite C129
New Hyde Park, NY 11042-1017
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorneys for Plaintiffs*
*Superb Motors Inc.*
*Team Auto Sales LLC, and*
*Robert Anthony Urrutia*

**CYRULI SHANKS & ZIZMOR LLP**

        /s
Jeffrey Ruderman, Esq.
420 Lexington Avenue, Suite 2320
New York, NY 10170-0002
(212) 661-6800 (office)
(347) 379-4622 (direct dial)
(212) 661-5350 (facsimile)
jruderman@cszlaw.com

*Attorneys for Remaining Plaintiffs*

**VIA ECF**
All counsel of record

2