## Emanuel Kataev

| | |
|---|---|
| **From:** | Jeffrey Benjamin <jbenjamin@nyfraudlaw.com> |
| **Sent:** | Monday, March 23, 2026 2:31 PM |
| **To:** | Emanuel Kataev |
| **Cc:** | hrtatty@verizon.net; jruderman@cszlaw.com |
| **Subject:** | Re: Activity in Case 2:23-cv-06188-JMW Superb Motors Inc. et al v. Deo et al Order on Motion for Hearing |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

> **Caution: This email originates from outside of the sagelegalllc.com. Do not click links or open attachments unless you recognize the sender and know the content is safe**

First, get me you and Jeff's combined proposal if it is not what you sent. I will not go back and forth until you two have a unified proposal.

-----Original Message-----
From: "Emanuel Kataev" <emanuel@sagelegal.nyc>
Sent: Monday, March 23, 2026 9:27am
To: "Jeffrey Benjamin" <jbenjamin@nyfraudlaw.com>
Cc: "hrtatty@verizon.net" <hrtatty@verizon.net>, "jruderman@cszlaw.com" <jruderman@cszlaw.com>
Subject: Re: Activity in Case 2:23-cv-06188-JMW Superb Motors Inc. et al v. Deo et al Order on Motion for Hearing

Do you have revisions to my letter? Because I don't find your statements below to be helpful given judge wicks request for a letter.
Sent from my iPhone

1



# Emanuel Kat

ADMITTED IN NEW YORK,
NEW JERSEY,
AND CONNECTICUT

☎ (718) 412-2421 (office)
(718) 489-4155 (facsimile)
(917) 807-7819 (cellular)

✉ emanuel@sagelegal.nyc

◎ 1411 Broadway, 29th Floor
New York, NY 10018-1976

◎ 173 54th Street
Brooklyn, NY 11220-2505

◎ 45 Glen C
Greenvale

◎ 1981 Marc
New Hyde

---

**From:** Jeffrey Benjamin <jbenjamin@nyfraudlaw.com>
**Sent:** Monday, March 23, 2026 9:26:11 AM
**To:** Emanuel Kataev <emanuel@sagelegal.nyc>
**Cc:** hrtatty@verizon.net <hrtatty@verizon.net>; jruderman@cszlaw.com <jruderman@cszlaw.com>
**Subject:** RE: Activity in Case 2:23-cv-06188-JMW Superb Motors Inc. et al v. Deo et al Order on Motion for Hearing

> Caution: This email originates from outside of the sagelegalllc.com. Do not click links or open attachments unless you recognize the sender and know the content is safe

---

Again there is no settlement in principle. ████████████████
████████████████

We have not discussed the multiple conditions to what you propose here. We are happy to do so with Judge Wicks.

_____

*Jeffrey Benjamin, Esq.*
THE LINDEN LAW GROUP, P.C.
250 Park Avenue, 7th Floor
New York, New York 10177
(212) 655-9536

***CONFIDENTIAL***  This e-mail and any related replies and attachments are sent by an attorney and may contain confidential information that is legally privileged.  If you are not the intended recipient, or responsible to deliver it, you are hereby notified that any disclosure, copying, distribution or other use of any information contained herein or attached hereto is STRICTLY PROHIBITED.  If you have received this transmission in error, please notify us immediately by reply e-mail, or by calling (212) 655-9536 and destroy the original transmission without reading or saving same.

-----Original Message-----
From: "Emanuel Kataev" <emanuel@sagelegal.nyc>
Sent: Sunday, March 22, 2026 1:00am
To: "jbenjamin@nyfraudlaw.com" <jbenjamin@nyfraudlaw.com>, "hrtatty@verizon.net" <hrtatty@verizon.net>
Cc: "jruderman@cszlaw.com" <jruderman@cszlaw.com>
Subject: RE: Activity in Case 2:23-cv-06188-JMW Superb Motors Inc. et al v. Deo et al Order on Motion for Hearing

Counselors:

Attached is a draft joint confidential letter, which Jeff Ruderman has not yet reviewed, that I would like to submit to the Court.  Please review and let me know whether we may submit this letter jointly.  Also, kindly confirm that the Deo Defendants have not emailed any *ex parte* letters to the Court.

Thanks,



# Emanuel Kat

ADMITTED IN NEW YORK,
NEW JERSEY,
AND CONNECTICUT

📞 (718) 412-2421 (office)
(718) 489-4155 (facsimile)
(917) 807-7819 (cellular)

📧 emanuel@sagelegal.nyc

📍 1411 Broadway, 29th Floor
New York, NY 10018-1976

📍 173 54th Street
Brooklyn, NY 11220-2505

📍 45 Glen C
Greenvale

📍 1981 Marc
New Hyde

From: ecf_bounces@nyed.uscourts.gov <ecf_bounces@nyed.uscourts.gov>
Sent: Friday, March 20, 2026 9:47 AM
To: nobody@nyed.uscourts.gov
Subject: Activity in Case 2:23-cv-06188-JMW Superb Motors Inc. et al v. Deo et al Order on Motion for Hearing

Caution: This email originates from outside of the sagelegalllc.com. Do not click links or open attachments unless you recognize the sender and know the content is safe

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mailbox is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each

document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**
**Eastern District of New York**

**Notice of Electronic Filing**

The following transaction was entered on 3/20/2026 at 9:46 AM EDT and filed on 3/20/2026
**Case Name:**          Superb Motors Inc. et al v. Deo et al
**Case Number:**       2:23-cv-06188-JMW
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**ORDER denying [438] Motion for Hearing. The motion for a hearing is denied with *leave to renew*. The renewed application should specify the relief sought from the Court and any other necessary information. To the extent that any information is confidential as the parties represent that this is "in connection with a potential settlement as to certain issues in this case", the parties may submit *ex parte* statements to the Chambers email at wicks_chambers@nyed.uscourts.gov. So Ordered by Magistrate Judge James M. Wicks on 3/20/2026. (JAF)**

**2:23-cv-06188-JMW Notice has been electronically mailed to:**

Russell J. Shanks      Rshanks@cszlaw.com, jruderman@cszlaw.com, sshanks@cszlaw.com

Peter Seiden      pseiden@milbermakris.com

Thomas Baylis      tbaylis@cullenanddykman.com

Jeffrey C. Ruderman      jruderman@cszlaw.com, rshanks@cszlaw.com

Bonnie Heather Walker      bonnie.walker@bhwlegal.net, bhwalker3@yahoo.com

Jeffrey Benjamin      jbenjamin@nyfraudlaw.com

Ariel E. Ronneburger      aronneburger@cullenanddykman.com, aronneburger@gmail.com

Emanuel Kataev      emanuel@sagelegal.nyc, 4119461420@filings.docketbird.com, alivia@sagelegal.nyc, ekesq2014@recap.email

Nicholas Alexander Savino      nsavino@zeklaw.com, 1740836420@filings.docketbird.com, nicholasasavino@gmail.com

Bonnie Rae Golub      bgolub@wgpllp.com, imarciniszyn@weirpartners.com

John Anthony Lentinello      jlentinello@milbermakris.com, john.lentinello@gmail.com

Anthony Carmine Valenziano      avalenziano@shermanatlas.com

Nicole Marie Koster      nicole.koster17@stjohns.edu

5

Steven James Shanks      sshanks@cszlaw.com, Jruderman@cszlaw.com, rshanks@cszlaw.com

Brooke Suarez    bsuarez@riker.com

Harry Thomasson    hrtatty@verizon.net

**2:23-cv-06188-JMW Notice will not be electronically mailed to:**