**Emanuel Kataev**

| | |
|---|---|
| **From:** | Emanuel Kataev |
| **Sent:** | Friday, April 3, 2026 6:14 PM |
| **To:** | Nipun Marwaha |
| **Cc:** | Harry Thomasson; Jeffrey Ruderman |
| **Subject:** | Re: Activity in Case 2:23-cv-06188-JMW Superb Motors Inc. et al v. Deo et al Order on Motion for Extension of Time to Answer |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Hopefully you're not driving the missing A6.

Sent from my iPhone



**Emanuel Kat**

ADMITTED IN NEW YORK,
NEW JERSEY,
AND CONNECTICUT

📞 (718) 412-2421 (office)
(718) 489-4155 (facsimile)
(917) 807-7819 (cellular)

✉ emanuel@sagelegal.nyc

📍 1411 Broadway, 29th Floor
New York, NY 10018-1976

📍 173 54th Street
Brooklyn, NY 11220-2505

📍 45 Glen C
Greenvale

📍 1981 Marc
New Hyde

**From:** Nipun Marwaha <nipun@marwahalaw.com>
**Sent:** Friday, April 3, 2026 6:13:05 PM

1

**To:** Emanuel Kataev <emanuel@sagelegal.nyc>
**Cc:** Harry Thomasson <hrtatty@verizon.net>; Jeffrey Ruderman <jruderman@cszlaw.com>
**Subject:** Re: Activity in Case 2:23-cv-06188-JMW Superb Motors Inc. et al v. Deo et al Order on Motion for Extension of Time to Answer

**Caution: This email originates from outside of the sagelegalllc.com. Do not click links or open attachments unless you recognize the sender and know the content is safe**

Will send you a comprehensive email Monday.

Have a Happy Easter.


Sincerely,

Nipun Marwaha, Esq.
Founding Partner
Marwaha Law Group, PLLC

4940 Merrick Road, Suite 179
Massapequa Park, NY, 11762
(516) 503-4624
Nipun@MarwahaLaw.com

This electronic mail is intended only for the use of the persons to whom it is addressed. It may contain legally privileged and confidential information. If you are not the person to whom this electronic mail is addressed, you are hereby notified that any distribution, copying or other dissemination of this electronic mail is strictly prohibited. If you have received this electronic mail in error, please immediately notify us by return electronic mail or telephone and delete this electronic mail from your system. Thank you for your cooperation.


On Fri, Apr 3, 2026 at 4:39 PM Emanuel Kataev <emanuel@sagelegal.nyc> wrote:



via GIPHY

---

**From:** Nipun Marwaha <nipun@marwahalaw.com>
**Sent:** Wednesday, April 1, 2026 3:59 PM
**To:** Emanuel Kataev <emanuel@sagelegal.nyc>
**Cc:** Harry Thomasson <hrtatty@verizon.net>; Jeffrey Ruderman <jruderman@cszlaw.com>
**Subject:** Re: Activity in Case 2:23-cv-06188-JMW Superb Motors Inc. et al v. Deo et al Order on Motion for Extension of Time to Answer

**Caution: This email originates from outside of the sagelegalllc.com. Do not click links or open attachments unless you recognize the sender and know the content is safe**

---

Mr. Kataev,

I disagree with version of events.  I will get back to you when I have something substantive to move this conversation forward.

Sincerely,

Nipun Marwaha, Esq.

3

Founding Partner
Marwaha Law Group, PLLC
(516) 503-4624
Nipun@MarwahaLaw.com

This electronic mail is intended only for the use of the persons to whom it is addressed. It may contain legally privileged and confidential information. If you are not the person to whom this electronic mail is addressed, you are hereby notified that any distribution, copying or other dissemination of
this electronic mail is strictly prohibited. If you have received this electronic mail in error, please immediately notify us by return electronic mail or telephone and delete this electronic mail from your system. Thank you for your cooperation.

On Wed, Apr 1, 2026 at 3:40 PM Emanuel Kataev <emanuel@sagelegal.nyc> wrote:

I welcomed the redlines from your predecessor a long time ago, who ignored me, but notwithstanding the same, invite them once more.  Your client will lose these vehicles one way or another.

4



**Emanuel Ka**

ADMITTED IN NEW YORK,
NEW JERSEY,
AND CONNECTICUT

(718) 412-2421 (office)
(718) 489-4155 (facsimile)
(917) 807-7819 (cellular)

emanuel@sagelegal.nyc

1411 Broadway, 29th Floor
New York, NY 10018-1976

173 54th Street
Brooklyn, NY 11220-2505

45 Glen
Greenva

1981 Ma
New Hyo

**From:** Nipun Marwaha <nipun@marwahalaw.com>
**Sent:** Wednesday, April 1, 2026 3:38 PM
**To:** Emanuel Kataev <emanuel@sagelegal.nyc>
**Cc:** Harry Thomasson <hrtatty@verizon.net>; Jeffrey Ruderman <jruderman@cszlaw.com>
**Subject:** Re: Activity in Case 2:23-cv-06188-JMW Superb Motors Inc. et al v. Deo et al Order on Motion for Extension of Time to Answer

**Caution: This email originates from outside of the sagelegalllc.com. Do not click links or open attachments unless you recognize the sender and know the content is safe**

This is definitely not what was agreed upon.

In my files that I am receiving from my clients is a redlined draft of your document changing substantive parts of this document.

I will review this with my client and get back to you on what if any wording we think is appropriate for you to then accept or suggest changes to.

Sincerely,

Nipun Marwaha, Esq.
Founding Partner
Marwaha Law Group, PLLC

4940 Merrick Road, Suite 179
Massapequa Park, NY, 11762
(516) 503-4624
Nipun@MarwahaLaw.com

This electronic mail is intended only for the use of the persons to whom it is addressed. It may contain legally privileged and confidential information. If you are not the person to whom this electronic mail is addressed, you are hereby notified that any distribution, copying or other dissemination of this electronic mail is strictly prohibited. If you have received this electronic mail in error, please immediately notify us by return electronic mail or telephone and delete this electronic mail from your system. Thank you for your cooperation.

On Wed, Apr 1, 2026 at 10:04 AM Emanuel Kataev <emanuel@sagelegal.nyc> wrote:

See attached and review the Court's Order dated March 20, 2026, which I attach for your convenience.

This is what we agreed to at the CAMP conference.

Thanks,

6



**Emanuel Ka**

ADMITTED IN NEW YORK,
NEW JERSEY,
AND CONNECTICUT

(718) 412-2421 (office)
(718) 489-4155 (facsimile)
(917) 807-7819 (cellular)

emanuel@sagelegal.nyc

1411 Broadway, 29th Floor
New York, NY 10018-1976

173 54th Street
Brooklyn, NY 11220-2505

45 Gler
Greenva

1981 M
New Hy

---

**From:** Nipun Marwaha <nipun@marwahalaw.com>
**Sent:** Wednesday, April 1, 2026 9:56 AM
**To:** Emanuel Kataev <emanuel@sagelegal.nyc>
**Cc:** Harry Thomasson <hrtatty@verizon.net>; Ronneburger, Ariel <aronneburger@cullenllp.com>; Jeffrey Ruderman <jruderman@cszlaw.com>; Verbonitz, Susan <sverbonitz@weirlawllp.com>; Cianciulli, Jeffrey <jcianciulli@weirlawllp.com>
**Subject:** Re: Activity in Case 2:23-cv-06188-JMW Superb Motors Inc. et al v. Deo et al Order on Motion for Extension of Time to Answer

**Caution: This email originates from outside of the sagelegalllc.com. Do not click links or open attachments unless you recognize the sender and know the content is safe**

Mr. Kataev,

Unfortunately, I am not available to discuss this matter today.  Please feel free to send me an email about this proposed settlement and I will discuss it with my clients.

Thank you for letting me know that your clients are not willing to consent to the moving of the vehicles.

To close the circle on the last item we discussed, we will not be consenting to an extension of your time to file responses to counter claims.

Thank you or your time and consideration of this matter,

Nipun Marwaha, Esq.
Founding Partner
Marwaha Law Group, PLLC
Nipun@MarwahaLaw.com

This electronic mail is intended only for the use of the persons to whom it is addressed. It may contain legally privileged and confidential information. If you are not the person to whom this electronic mail is addressed, you are hereby notified that any distribution, copying or other dissemination of this electronic mail is strictly prohibited. If you have received this electronic mail in error, please immediately notify us by return electronic mail or telephone and delete this electronic mail from your system. Thank you for your cooperation.

On Wed, Apr 1, 2026 at 12:24 AM Emanuel Kataev <emanuel@sagelegal.nyc> wrote:

Nipun:

I discussed your request with my client.  We don't consent to moving the vehicles.  However, I would like to speak with you tomorrow about a settlement in principle we reached at the CAMP conference.  If you are amenable to

doing so, please text me tomorrow after 10:00 AM and I will contact you during a break in a mediation I have in another case to discuss.


Thanks,



**Emanuel Ka**

ADMITTED IN NEW YORK, NEW JERSEY, AND CONNECTICUT

📞 (718) 412-2421 (office)
(718) 489-4155 (facsimile)
(917) 807-7819 (cellular)

✉ emanuel@sagelegal.nyc

📍 1411 Broadway, 29th Floor
New York, NY 10018-1976

📍 45 Gle
Green

📍 173 54th Street
Brooklyn, NY 11220-2505

📍 1981 N
New H

**From:** Nipun Marwaha <nipun@marwahalaw.com>
**Sent:** Tuesday, March 31, 2026 4:37 PM
**To:** Emanuel Kataev <emanuel@sagelegal.nyc>; Harry Thomasson <hrtatty@verizon.net>; Ronneburger, Ariel <aronneburger@cullenllp.com>
**Cc:** Jeffrey Ruderman <jruderman@cszlaw.com>

**Subject:** Re: Activity in Case 2:23-cv-06188-JMW Superb Motors Inc. et al v. Deo et al Order on Motion for Extension of Time to Answer

Caution: This email originates from outside of the sagelegalllc.com. Do not click links or open attachments unless you recognize the sender and know the content is safe

Circling back on the above

Regarding Sara Deo - She is available on the 8th the 9th and the 14th

Regarding Michael Laurie - He is available for the remaining time on the 9th and 13th

Have your clients advised you on the consent question? On the phone you said no, but that you would ask them to see if they would be amenable. I figure this saves your client several if not over a dozen hours of billable motion practice that is completely unnecessary.

Additionally please CC any lawyers that need to depose the above parties but have not been added to this chain.

Sincerely,

Nipun Marwaha, Esq.
Founding Partner
Marwaha Law Group, PLLC

4940 Merrick Road, Suite 179
Massapequa Park, NY, 11762
(516) 503-4624
Nipun@MarwahaLaw.com

This electronic mail is intended only for the use of the persons to whom it is addressed. It may contain legally privileged and confidential information. If you are not the person to whom this electronic mail is addressed, you are hereby notified that any distribution, copying or other dissemination of this electronic mail is strictly prohibited. If you have received this electronic mail in

error, please immediately notify us by return electronic mail or telephone and delete this electronic mail from your system. Thank you for your cooperation.

On Tue, Mar 31, 2026 at 1:22 PM Nipun Marwaha <nipun@marwahalaw.com> wrote:

Good afternoon,

To memorialize our telephone conversation from earlier today.  I will talk to my client about consenting to your request.  However, I would like to offer the opportunity to clear multiple pending items off the docket, which I am sure the Court would appreciate.  Will you consent to allowing the "Deo Vehicles" to be moved from HIcksville to West Babylon so which will lead to them being even more secure?

Regarding Sara Deo - She is available on the 8th the 9th and the 14th.

Regarding Mr. Laurie - I reached out to him this morning and he will get back to me with his availability shortly.

Sincerely,

Nipun Marwaha, Esq.
Founding Partner
Marwaha Law Group, PLLC
Nipun@MarwahaLaw.com

This electronic mail is intended only for the use of the persons to whom it is addressed. It may contain legally privileged and confidential information. If you are not the person to whom this electronic mail is addressed, you are hereby notified that any distribution, copying or other dissemination of this electronic mail is strictly prohibited. If you have received this electronic mail in error, please immediately notify us by return electronic mail or telephone and delete this electronic mail from your system. Thank you for your cooperation.

On Tue, Mar 31, 2026 at 10:44 AM Emanuel Kataev <emanuel@sagelegal.nyc> wrote:

Nipun. Will you consent? Can we also get dates for Laurie and Sara Deo? Thanks,

11

Sent from my iPhone



**ADMITTED IN NEW YORK,**
**NEW JERSEY,**
**AND CONNECTICUT**

(718) 412-2421 (office)
(718) 489-4155 (facsimile)
(917) 807-7819 (cellular)

1411 Broadway, 29th Floor
New York, NY 10018-1976

45 G
Gree

emanuel@sagelegal.nyc

173 54th Street
Brooklyn, NY 11220-2505

1981
New

**From:** ecf_bounces@nyed.uscourts.gov <ecf_bounces@nyed.uscourts.gov>
**Sent:** Tuesday, March 31, 2026 10:41:29 AM
**To:** nobody@nyed.uscourts.gov <nobody@nyed.uscourts.gov>
**Subject:** Activity in Case 2:23-cv-06188-JMW Superb Motors Inc. et al v. Deo et al Order on Motion for Extension of Time to Answer

**Caution: This email originates from outside of the sagelegalllc.com. Do not click links or open attachments unless you recognize the sender and know the content is safe**

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mailbox is unattended.**

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## Eastern District of New York

## Notice of Electronic Filing

The following transaction was entered on 3/31/2026 at 10:41 AM EDT and filed on 3/31/2026

| | |
|---|---|
| **Case Name:** | Superb Motors Inc. et al v. Deo et al |
| **Case Number:** | 2:23-cv-06188-JMW |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**ORDER denying [456] Motion for Extension of Time to Answer. Plaintiffs' application for an extension of time to file an answer is denied with *leave to renew* for failure to establish good cause as required by both Federal Rules 6 and 16. *See* Fed. R. Civ. P. 16(b)(4) ("A schedule may be modified only for good cause and with the judge's consent."); *see also* Fed. R. Civ. P. 6(b)(1) (good cause required). In addition, counsel fails to comply with the undersigned's Individual Practice Rules, which states "[a]ll requests for adjournments of a Court conference, <u>extensions of time</u>, or requests to appear remotely by either telephone or video, absent an emergency, <u>shall be made in writing at least two (2) business days prior to the scheduled date or deadline</u>." (*See* Rule 1(D).) Accordingly, the application is denied with leave to renew. So Ordered by Magistrate Judge James M. Wicks on 3/31/2026. (JAF)**

**2:23-cv-06188-JMW Notice has been electronically mailed to:**

Russell J. Shanks   Rshanks@cszlaw.com, jruderman@cszlaw.com, sshanks@cszlaw.com

Peter Seiden   pseiden@milbermakris.com

Thomas Baylis     tbaylis@cullenanddykman.com

Jeffrey C. Ruderman     jruderman@cszlaw.com, rshanks@cszlaw.com

Ariel E. Ronneburger     aronneburger@cullenanddykman.com, aronneburger@gmail.com

Emanuel Kataev     emanuel@sagelegal.nyc, 4119461420@filings.docketbird.com, alivia@sagelegal.nyc, ekesq2014@recap.email

Nicholas Alexander Savino     nsavino@zeklaw.com, 1740836420@filings.docketbird.com, nicholasasavino@gmail.com

Bonnie Rae Golub     bgolub@wgpllp.com, imarciniszyn@weirpartners.com

John Anthony Lentinello     jlentinello@milbermakris.com, john.lentinello@gmail.com

Nipun Marwaha     nipun@marwahalaw.com

Anthony Carmine Valenziano     avalenziano@shermanatlas.com

Nicole Marie Koster     nicole.koster17@stjohns.edu

Steven James Shanks     sshanks@cszlaw.com, Jruderman@cszlaw.com, rshanks@cszlaw.com

Brooke Suarez     bsuarez@riker.com

Harry Thomasson     hrtatty@verizon.net

**2:23-cv-06188-JMW Notice will not be electronically mailed to:**

Northshore Motor Leasing, LLC