# EXHIBIT A

EXHIBIT A

New York State Department of Motor Vehicles

WHOLESALE CERTIFICATE OF SALE RECEIPT

☐ Salvage
MV-907A No. _____

No. EW34736562023

SU1090

## VEHICLE INFORMATION:

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|------------------|-----------|-----------|------------------------|
| 2019 | LA/RO | RANGE ROVER VELAR | SUV | BK | N/A | 4217 | G | 4 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|---|---|---|
| S A L Y A 2 E X 8 K A 7 9 1 0 1 4   0 | | N/A |

## DEALER INFORMATION

SUPERB MOTORS INC, 215 NORTHERN BLVD, GREAT NECK, NY, 11021, Nassau

| PURCHASER INFORMATION | Date of Sale |
|---|---|
| TEAM AUTO SALES LLC, 4360 US RT 9, FREEHOLD, NJ, 07728 | 08-03-2023 |

| PRIOR OWNER INFORMATION | Date of Purchase |
|---|---|
| SALIBA INVSTMNT LLC, 1721 N OLDEN AVE, EWING, NJ, 08638, Out Of State Transfer Document | 04-05-2023 |

## ODOMETER DISCLOSURE STATEMENT

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

| | ODOMETER READING |
|---|---|

■ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

| 0 | 0 | 3 | 1 | 0 | 5 | 1 |
|---|---|---|---|---|---|---|

(no tenths)

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. WARNING: ODOMETER DISCREPANCY."

Check your odometer reading at: verifiny.com/check     Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

## DEALER CERTIFICATION

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full | Date | Seller's Facility No. |
|---|---|---|---|
| *[signature]* | SUPERB MOTORS INC | 8.3.23 | 7128150 |

## PURCHASER CONFIRMATION

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full | Date | Purchaser's Facility No. |
|---|---|---|---|
| *[signature]* Andrew Powell | TEAM AUTO SALES LLC | 8.3.23 | 077164 |

The authenticity of this document can be verified at verifiny.com/check

### Any change or Alteration voids this receipt

Customer copy

Page 1 of 2

Exhibit A - 1

New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE

### No. EW34736562023

| VEHICLE TRANSFER HISTORY | | | | | |
|---|---|---|---|---|---|
| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
| SUPERB MOTORS INC | TEAM AUTO SALES LLC | 7128150 | 08 / 03 / 2023 | EMV50 | Yes |
| SALIBA INVSTMNT LLC | SUPERB MOTORS INC | | 04 / 05 / 2023 | OSTD | No |

*Any change or Alteration voids this receipt*

Customer copy

Page 2 of 2

Exhibit A - 2

New York State Department of Motor Vehicles

**WHOLESALE CERTIFICATE OF SALE RECEIPT**

☐ Salvage
MV-907A No. _____

No. EW34763462023

*SU 0959BB*

## VEHICLE INFORMATION:

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|------------------|-----------|-----------|------------------------|
| 2016 | MASER | QUA | 4DSD | GY | N/A | 4101 | G | 6 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|---|---|---|
| Z A M 5 6 R R A X G 1 1 8 7 6 2 4  0 | | N/A |

## DEALER INFORMATION

SUPERB MOTORS INC, 215 NORTHERN BLVD, GREAT NECK, NY, 11021, Nassau

| PURCHASER INFORMATION | Date of Sale |
|---|---|
| TEAM AUTO SALES LLC, 4360 US RT 9, FREEHOLD, NJ, 07728 | 08-04-2023 |

| PRIOR OWNER INFORMATION | Date of Purchase |
|---|---|
| BIG TREE AUTO, 113 ELMVIEW AV UNITC, HAMBURG, NY, 14075, ERIE<br>Electronic MV-50 Number (EW30509042023) | 02-17-2023 |

## ODOMETER DISCLOSURE STATEMENT

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

■ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

| ODOMETER READING | | | | | | |
|---|---|---|---|---|---|---|
| 0 | 0 | 7 | 3 | 2 | 7 | 8 |

(no tenths)

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. WARNING: ODOMETER DISCREPANCY."

Check your odometer reading at: verifiny.com/check     Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

## DEALER CERTIFICATION

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full | Date | Seller's Facility No. |
|---|---|---|---|
| *[signature]* | SUPERB MOTORS INC | 8/4/23 | 7128150 |

## PURCHASER CONFIRMATION

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full | Date | Purchaser's Facility No. |
|---|---|---|---|
| *Andrea Powell* | TEAM AUTO SALES LLC | 8/4/23 | D7716U |

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*

Customer copy

Page 1 of 2

Exhibit A - 3

New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE

### No. EW34763462023

| VEHICLE TRANSFER HISTORY | | | | | |
|---|---|---|---|---|---|
| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
| SUPERB MOTORS INC | TEAM AUTO SALES LLC | 7128150 | 08 / 04 / 2023 | EMV50 | Yes |
| BIG TREE AUTO BROKERS | SUPERB MOTORS INC | 7096175 | 02 / 17 / 2023 | EMV50 | No |
| WEST HERR AUTO EXCHANGE INC | BIG TREE AUTO BROKERS | 7097327 | 02 / 08 / 2023 | EMV50 | No |
| WEST HERR HONDA OF LOCKPORT | WEST HERR AUTO EXCHANGE INC | 7104597 | 02 / 06 / 2023 | EMV50 | No |
| ABUBAKAR NAHID | WEST HERR HONDA OFLOCKPORT | | 02 / 01 / 2023 | NYST | No |
| AJR AUTOMOTIVE | Abubakar Nahid | 7115667 | 12 / 30 / 2022 | EMV50 | No |
| NBT Bank NA | AJR AUTOMOTIVE | | 11 / 15 / 2022 | REPO | No |

*Any change or Alteration voids this receipt*

Customer copy

Page 2 of 2

Exhibit A - 4

New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE RECEIPT

☐ Salvage
MV-907A No. _____

No. EW34764162023

SU1031

**VEHICLE INFORMATION:**

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|------------------|-----------|-----------|------------------------|
| 2019 | MASER | GHIBLI | SEDN | BK | N/A | 3990 | G | 6 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|---|---|---|
| Z A M 5 7 Y T L X K 1 3 1 6 4 6 9   0 | | N/A |

**DEALER INFORMATION**

SUPERB MOTORS INC, 215 NORTHERN BLVD, GREAT NECK, NY, 11021, Nassau

| **PURCHASER INFORMATION** | Date of Sale |
|---|---|
| TEAM AUTO SALES LLC, 4360 US RT 9, FREEHOLD, NJ, 07728 | 08-04-2023 |
| **PRIOR OWNER INFORMATION** | Date of Purchase |
| JP MORGAN CHASE BANK, PO BOX 901098, FORT WORTH, TX, 76101, Out Of State Title (1505075808) | 03-09-2023 |

**ODOMETER DISCLOSURE STATEMENT**

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

■ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

| ODOMETER READING | | | | | | |
|---|---|---|---|---|---|---|
| 0 | 0 | 4 | 5 | 7 | 1 | 7 |
| (no tenths) | | | | | | |

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. WARNING: ODOMETER DISCREPANCY."

Check your odometer reading at:   | verifiny.com/check |   Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

**DEALER CERTIFICATION**

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full | Date | Seller's Facility No. |
|---|---|---|---|
| *[signature]* | SUPERB MOTORS INC | 8/4/23 | 7128150 |

**PURCHASER CONFIRMATION**

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full | Date | Purchaser's Facility No. |
|---|---|---|---|
| *[signature] Andrea Powell* | TEAM AUTO SALES LLC | 8/4/23 | 077164 |

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*

Customer copy

Page 1 of 2

Exhibit A - 5

New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE

### No. EW34764162023

**VEHICLE TRANSFER HISTORY**

| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
|---|---|---|---|---|---|
| SUPERB MOTORS INC | TEAM AUTO SALES LLC | 7128150 | 08 / 04 / 2023 | EMV50 | Yes |
| JP MORGAN CHASE BANK | SUPERB MOTORS INC | | 03 / 09 / 2023 | OOST | No |

*Any change or Alteration voids this receipt*

Customer copy

Page 2 of 2

Exhibit A - 6

☐ Salvage
MV-907A No. _____

**New York State Department of Motor Vehicles**
**WHOLESALE CERTIFICATE OF SALE RECEIPT**

No. EW34764482023

5U1101

## VEHICLE INFORMATION:

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|------------------|-----------|-----------|------------------------|
| 2018 | ME/BE | CLA | SEDN | RD | N/A | 3188 | G | 4 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|---|---|---|
| W D D S J 4 G B 7 J N 5 0 8 4 3 3 | 0 | N/A |

## DEALER INFORMATION

SUPERB MOTORS INC, 215 NORTHERN BLVD, GREAT NECK, NY, 11021, Nassau

## PURCHASER INFORMATION

TEAM AUTO SALES LLC, 4360 US RT 9, FREEHOLD, NJ, 07728

Date of Sale
08-04-2023

## PRIOR OWNER INFORMATION

LANCASTER CAR, 1072 LANCASTER RD, MANHEIM, PA, 17545,
Out Of State Title (77841533202)

Date of Purchase
04-20-2023

## ODOMETER DISCLOSURE STATEMENT

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

☑ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. **WARNING:** ODOMETER DISCREPANCY."

| ODOMETER READING | | | | | | |
|---|---|---|---|---|---|---|
| 0 | 0 | 7 | 8 | 1 | 2 | 7 |
| | | (no tenths) | | | | |

Check your odometer reading at: verifiny.com/check    Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

## DEALER CERTIFICATION

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full | Date | Seller's Facility No. |
|---|---|---|---|
| *[signature]* | SUPERB MOTORS INC | 8/4/23 | 7128150 |

## PURCHASER CONFIRMATION

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full | Date | Purchaser's Facility No. |
|---|---|---|---|
| *Andrea Powell* | TEAM AUTO SALES LLC | 8/4/23 | 077164 |

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*

Customer copy

Page 1 of 2

Exhibit A - 7

New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE

### No. EW34764482023

| VEHICLE TRANSFER HISTORY | | | | | |
|---|---|---|---|---|---|
| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
| SUPERB MOTORS INC | TEAM AUTO SALES LLC | 7128150 | 08 / 04 / 2023 | EMV50 | Yes |
| LANCASTER CAR | SUPERB MOTORS INC | | 04 / 20 / 2023 | OOST | No |

*Any change or Alteration voids this receipt*

Customer copy

Page 2 of 2

Exhibit A - 8

**New York State Department of Motor Vehicles**
## WHOLESALE CERTIFICATE OF SALE RECEIPT

☐ Salvage
MV-907A No. _____

No. EW34763242023

SU1269

**VEHICLE INFORMATION:**

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|-------------------|-----------|-----------|------------------------|
| 2018 | JEEP | WRANGLER UNLIMITED | SUV | WH | N/A | 4439 | G | 4 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|-------------------------------|---------|--------------------------------|
| 1 C 4 H J X F N 5 J W 3 3 1 8 4 5   0 | | N/A |

**DEALER INFORMATION**

SUPERB MOTORS INC, 215 NORTHERN BLVD, GREAT NECK, NY, 11021, Nassau

| PURCHASER INFORMATION | Date of Sale |
|-----------------------|--------------|
| TEAM AUTO SALES LLC, 4360 US RT 9, FREEHOLD, NJ, 07728 | 08-04-2023 |

| PRIOR OWNER INFORMATION | Date of Purchase |
|-------------------------|------------------|
| R HOLLNSHED AUTO SLS, 1182 N MILITARY TRL, W PALM BCH, FL, 33409, Out Of State Transfer Document | 06-23-2023 |

**ODOMETER DISCLOSURE STATEMENT**

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

■ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. WARNING: ODOMETER DISCREPANCY."

| ODOMETER READING | | | | | | |
|---|---|---|---|---|---|---|
| 0 | 0 | 5 | 1 | 9 | 9 | 4 |
| (no tenths) | | | | | | |

Check your odometer reading at:   verifiny.com/check    Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

**DEALER CERTIFICATION**

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full | Date | Seller's Facility No. |
|----------------------------------------------------------|--------------------|------|----------------------|
| *[signature]* | SUPERB MOTORS INC | 8.4.23 | 7128150 |

**PURCHASER CONFIRMATION**

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full | Date | Purchaser's Facility No. |
|-------------------------------|--------------------|------|--------------------------|
| Andrea Powell | TEAM AUTO SALES LLC | 8.4.23 | 077164 |

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*

Customer copy

Page 1 of 2

Exhibit A - 9

New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE

### No. EW34763242023

**VEHICLE TRANSFER HISTORY**

| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
|---|---|---|---|---|---|
| SUPERB MOTORS INC | TEAM AUTO SALES LLC | 7128150 | 08 / 04 / 2023 | EMV50 | Yes |
| R HOLLNSHED AUTO SLS | SUPERB MOTORS INC | | 06 / 23 / 2023 | OSTD | No |

*Any change or Alteration voids this receipt*

Customer copy

Page 2 of 2

Exhibit A - 10

New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE RECEIPT

☐ Salvage
MV-907A No. _____

No. EW34763892023

SU1297

### VEHICLE INFORMATION:

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|------------------|-----------|-----------|------------------------|
| 2017 | BMW | X1 | SUV | BL | N/A | 3697 | G | 4 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|---|---|---|
| W B X H T 3 C 3 X H 5 F 8 1 5 6 2 | 0 | N/A |

### DEALER INFORMATION

SUPERB MOTORS INC, 215 NORTHERN BLVD, GREAT NECK, NY, 11021, Nassau

### PURCHASER INFORMATION

TEAM AUTO SALES LLC, 4360 US RT 9, FREEHOLD, NJ, 07728

Date of Sale

08-04-2023

### PRIOR OWNER INFORMATION

team auto sales llc, 4360 us rt 9, freehold, NJ, 07728,
Out Of State Transfer Document

Date of Purchase

06-30-2023

### ODOMETER DISCLOSURE STATEMENT

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

■ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

| ODOMETER READING |
|---|
| 0 0 6 2 6 6 1 |
| (no tenths) |

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. **WARNING:** ODOMETER DISCREPANCY."

Check your odometer reading at: verifiny.com/check    Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

### DEALER CERTIFICATION

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full | Date | Seller's Facility No. |
|---|---|---|---|
| *[signature]* | SUPERB MOTORS INC | 8/4/23 | 7128150 |

### PURCHASER CONFIRMATION

Additional odometer history for this vehicle, If available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full | Date | Purchaser's Facility No. |
|---|---|---|---|
| *Andrea Powell* | TEAM AUTO SALES LLC | 8/4/23 | D77164 |

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*

Customer copy

Page 1 of 2

Exhibit A - 11

New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE

### No. EW34763892023

| VEHICLE TRANSFER HISTORY | | | | | |
|---|---|---|---|---|---|
| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
| SUPERB MOTORS INC | TEAM AUTO SALES LLC | 7128150 | 08 / 04 / 2023 | EMV50 | Yes |
| team auto sales llc | SUPERB MOTORS INC | | 06 / 30 / 2023 | OSTD | No |

*Any change or Alteration voids this receipt*

Customer copy

Page 2 of 2

Exhibit A - 12