# EXHIBIT B

EXHIBIT B

4/12/26, 4:46 PM    CARFAX Vehicle History Report for this 2020 AUDI SQ5 3.0T QUATTRO PREMIUM PLUS: WA1B4AFY8L2087049

> Looks like this dealer serviced the car in order to prepare it for sale. That's a good thing!

| 06/02/2023 | 40,894 | Vehicle Manufacturer | **Listed as a fleet/lease vehicle**<br>- Vehicle sold |
|---|---|---|---|
| 06/04/2023 | | Superb Motors. Inc<br>Great Neck, NY<br>516-821-2280<br>superbmotorgroup.com/<br>⭐ **3.4 / 5.0** 5 Verified Reviews | **Vehicle offered for sale** |
| 08/07/2023 | 40,930 | Auto Auction | **Vehicle sold**<br>- Listed as a dealer vehicle |

> Millions of used vehicles are bought and sold at auction every year.

| 08/12/2023 | | Jeff Belzer Roseville CDJR<br>Saint Paul, MN<br>651-633-3500<br>jeffbelzerrosevillecdjr.com<br>⭐ **4.7 / 5.0** 471 Verified Reviews<br>❤️ **2,621** Customer Favorites | **Vehicle offered for sale** |
|---|---|---|---|
| 08/18/2023 | | Jeff Belzer Roseville CDJR<br>Saint Paul, MN<br>651-633-3500<br>jeffbelzerrosevillecdjr.com<br>⭐ **4.7 / 5.0** 471 Verified Reviews<br>❤️ **2,621** Customer Favorites | **Vehicle serviced**<br>- Air filter checked<br>- Air filter replaced<br>- Brakes checked<br>- Cabin air filter replaced/cleaned<br>- Carpet protection installed<br>- Four tires balanced<br>- Four tires mounted<br>- Four tires replaced<br>- Front brake pads replaced<br>- Front brake rotor(s) replaced<br>- Oil and filter changed<br>- Safety inspection performed<br>- Tire(s) replaced<br>- Vehicle washed/detailed |

> Looks like this dealer serviced the car in order to prepare it for sale. That's a good thing!

| 08/22/2023 | | Jeff Belzer's<br>Lakeville, MN<br>952-469-4444<br>jeffbelzer.com<br>⭐ **4.4 / 5.0** 303 Verified Reviews<br>❤️ **212** Customer Favorites | **Vehicle serviced** |
|---|---|---|---|
| 09/14/2023 | 41,104 | North Dakota<br>Motor Vehicle Dept. | **Vehicle purchase reported** |
| 11/16/2023 | | North Dakota<br>Motor Vehicle Dept.<br>Fargo, ND<br>Title #ND950290944 | **Registration issued or renewed**<br>- Loan or lien reported |
| 01/15/2024 | 52,066 | Red River Motorwerks<br>Moorhead, MN<br>218-284-1717<br>redrivermotorwerks.com/<br>⭐ **4.9 / 5.0** 109 Verified Reviews<br>❤️ **42** Customer Favorites | **Vehicle serviced**<br>- Oil and filter changed |

https://www.carfaxonline.com/vhr/WA1B4AFY8L2087049

Exhibit B - 1

|  |  |  |  |
|---|---|---|---|
|  |  |  | - Water pump replaced<br>- Vehicle washed/detailed |
| 05/06/2022 | 42,192 | Land Rover Cherry Hill<br>Cherry Hill, NJ<br>856-663-2800<br>landrovercherryhill.com/<br>⭐ 4.6 / 5.0 435 Verified Reviews<br>❤️ 5,841 Customer Favorites | **Vehicle serviced**<br>- Maintenance inspection completed<br>- Computer(s) checked<br>- Vehicle washed/detailed |
| 08/17/2022 |  | New Jersey<br>Motor Vehicle Dept.<br>Voorhees, NJ | **Registration issued or renewed**<br>- Vehicle color noted as Red |
| 02/13/2023 | 57,645 | Land Rover Cherry Hill<br>Cherry Hill, NJ<br>856-663-2800<br>landrovercherryhill.com/<br>⭐ 4.6 / 5.0 435 Verified Reviews<br>❤️ 5,841 Customer Favorites | **Vehicle serviced**<br>- Maintenance inspection completed<br>- Alignment checked<br>- Brake pad sensor(s) replaced<br>- Vehicle washed/detailed |
| 05/23/2023 |  | Online Listing | **Vehicle offered for sale** |
| 05/25/2023 | 63,139 | Jaguar Land Rover Main Line<br>Wayne, PA<br>610-520-2000<br>lrjagmainline.com<br>⭐ 4.5 / 5.0 121 Verified Reviews<br>❤️ 76 Customer Favorites | **Vehicle offered for sale** |
| 05/25/2023 |  | Pennsylvania<br>Motor Vehicle Dept.<br>Wayne, PA<br>Title #8595981001 JA | **Title issued or updated**<br>- Dealer took title of this vehicle while it was in inventory |
| 06/26/2023 | 63,487 | Auto Auction | **Vehicle sold**<br>- Listed as a dealer vehicle |
| 07/02/2023 |  | Superb Motors. Inc<br>Great Neck, NY<br>516-821-2280<br>superbmotorgroup.com/<br>⭐ 3.4 / 5.0 5 Verified Reviews | **Vehicle offered for sale** |
| 08/07/2023 | 63,549 | Auto Auction | **Vehicle sold**<br>- Listed as a dealer vehicle |
| 09/25/2023 | 63,644 | Jaguar Land Rover Huntington<br>Huntington, NY<br>631-427-2222<br>landroverhuntington.com<br>⭐ 4.3 / 5.0 123 Verified Reviews<br>❤️ 1 Customer Favorite | **Vehicle serviced**<br>- Maintenance inspection completed |
| 10/21/2023 | 63,920 | Fafama Auto Sales<br>Milford, MA<br>508-381-6070<br>fafama.com/<br>⭐ 4.1 / 5.0 14 Verified Reviews | **Vehicle offered for sale** |
| 11/22/2023 |  | Land Rover Jaguar Norwood<br>Norwood, MA<br>781-619-9000<br>jakekaplans.com/<br>⭐ 4.6 / 5.0 326 Verified Reviews<br>❤️ 884 Customer Favorites | **Vehicle serviced**<br>- Key(s) (re) programmed |

👤 **Owner 3**
Purchased: 2024

Personal Vehicle
5,107 mi/yr

Exhibit B - 2

| 10/07/2022 | | Service Facility | 🔧 | **Vehicle reconditioned** |
|---|---|---|---|---|
| 10/25/2022 | 42,493 | Fetzer Tire Corp<br>Southport, CT<br>203-255-5771<br>fetzertire.com/<br>⭐ **5.0 / 5.0** 343 Verified Reviews<br>❤️ **1,413** Customer Favorites | 🔧 | **Vehicle serviced**<br>- Four wheel alignment performed<br>- Tires rotated |
| 05/22/2023 | | Online Listing | | **Vehicle offered for sale** |
| 05/26/2023 | 45,410 | Vehicle Manufacturer | | **Listed as a fleet/lease vehicle**<br>- Vehicle sold |
| 05/28/2023 | | Superb Motors. Inc<br>Great Neck, NY<br>516-821-2280<br>superbmotorgroup.com/<br>⭐ **3.4 / 5.0** 5 Verified Reviews | | **Vehicle offered for sale** |
| 08/07/2023 | 46,700 | Auto Auction | | **Vehicle sold**<br>- Listed as a dealer vehicle |

> Millions of used vehicles are bought and sold at auction every year.

| 08/10/2023 | | Automax Preowned<br>Marlborough, MA<br>508-370-9600<br>https://automaxpreowned.com<br>⭐ **3.6 / 5.0** 45 Verified Reviews | | **Vehicle offered for sale** |
|---|---|---|---|---|
| 08/19/2023 | | Automax Framingham<br>Framingham, MA<br>508-370-9600<br>automaxpreowned.com/<br>⭐ **3.2 / 5.0** 75 Verified Reviews<br>❤️ **2** Customer Favorites | | **Vehicle offered for sale** |
| 08/26/2023 | 46,701 | Automax Framingham<br>Framingham, MA<br>508-370-9600<br>automaxpreowned.com<br>⭐ **3.2 / 5.0** 75 Verified Reviews<br>❤️ **2** Customer Favorites | 🔧 | **Vehicle serviced**<br>- Battery/charging system checked<br>- Brakes checked<br>- Oil and filter changed<br>- Safety inspection performed<br>- Tire(s) replaced |

> Looks like this dealer serviced the car in order to prepare it for sale. That's a good thing!

| 10/27/2023 | 46,702 | Automax Framingham<br>Framingham, MA<br>508-370-9600<br>automaxpreowned.com<br>⭐ **3.2 / 5.0** 75 Verified Reviews<br>❤️ **2** Customer Favorites | | **Vehicle sold** |
|---|---|---|---|---|
| 10/27/2023 | | Massachusetts<br>Motor Vehicle Dept. | | **Vehicle purchase reported** |
| 10/31/2023 | | Massachusetts<br>Motor Vehicle Dept.<br>Westford, MA<br>Title #CH218950 | | **Registration issued or renewed**<br>- Loan or lien reported<br>- Vehicle color noted as Gray |

Exhibit B - 3

4/12/26, 5:38 PM

CARFAX Vehicle History Report for this 2021 GMC SIERRA 1500 ELEVATION: 3GTU9CET8MG352840

Motor Vehicle Dept.
Akron, OH
Title #1814405519

| 07/02/2023 | | Superb Motors. Inc<br>Great Neck, NY<br>516-821-2280<br>superbmotorgroup.com/<br>⭐ 3.4 / 5.0 5 Verified Reviews | Vehicle offered for sale |
|---|---|---|---|
| 08/07/2023 | 24,685 | Auto Auction | **Vehicle sold**<br>- Listed as a dealer vehicle |
| 08/23/2023 | | Stuckey Buick GMC<br>Altoona, PA<br>814-943-6181<br>stuckeyautomotive.com/ | Vehicle offered for sale |
| 08/24/2023 | | Pennsylvania<br>Motor Vehicle Dept.<br>Hollidaysburg, PA<br>Title #8628773901 ST | **Title issued or updated**<br>- Dealer took title of this vehicle while it was in<br>  inventory |

👤 **Owner 2**
Purchased: 2023

🦊
CAR FOX

> **Low mileage!** This owner drove less than the industry average of 15,000 miles per year.

Personal Vehicle
3,477 mi/yr

| Date | Mileage | Source | | Comments |
|---|---|---|---|---|
| 08/26/2023 | 24,709 | Pennsylvania<br>Motor Vehicle Dept. | | **Vehicle purchase reported** |
| 09/06/2023 | | Pennsylvania<br>Motor Vehicle Dept.<br>Duncansville, PA<br>Title #8628773902 SC | | **Title issued or updated**<br>- New owner reported<br>- Loan or lien reported |
| 09/14/2023 | | Service Facility | 🔧 | **Vehicle reconditioned** |
| 01/02/2024 | 27,431 | Zeigler Chevy<br>Claysburg, PA<br>814-239-2125<br>zeiglerchevy.com<br>⭐ 4.9 / 5.0 276 Verified Reviews<br>❤️ 1,077 Customer Favorites | 🔧 | **Vehicle serviced**<br>- Radio/sound system (re) programmed |
| 03/18/2024 | 27,536 | Zeigler Chevy<br>Claysburg, PA<br>814-239-2125<br>zeiglerchevy.com<br>⭐ 4.9 / 5.0 276 Verified Reviews<br>❤️ 1,077 Customer Favorites | 🔧 | **Vehicle serviced**<br>- Brakes checked<br>- Drive belts checked<br>- EGR valve replaced<br>- Engine checked<br>- Fluids checked<br>- Front brake pads replaced<br>- Oil and filter changed |
| 06/01/2024 | | Damage Report | | **Damage reported: minor damage**<br>- Damage to front |

**Damage Severity Scale**

▨▨▨

Minor          Moderate          Severe

Exhibit B - 4

4/12/26, 4:52 PM                    CARFAX Vehicle History Report for this 2017 JEEP CHEROKEE LIMITED: 1C4PJMDB3HW512178

Sykesville, MD
Title #49565468

| Date | Mileage | Dealer/Source | | Event |
|---|---|---|---|---|
| 10/28/2021 | 59,825 | Century Dodge Jeep Chrysler<br>Mount Airy, MD<br>301-829-1440<br>centurydodgechryslerjeepmaryland.com/<br>⭐ 4.7 / 5.0 414 Verified Reviews | 🔧 | **Vehicle serviced**<br>- Engine/powertrain computer/module reprogrammed<br>- PCM reprogrammed<br>- Transmission computer/module reprogrammed |
| 02/18/2022 | 62,186 | Century Dodge Jeep Chrysler<br>Mount Airy, MD<br>301-829-1440<br>centurydodgechryslerjeepmaryland.com/<br>⭐ 4.7 / 5.0 414 Verified Reviews | 🔧 | **Vehicle serviced**<br>- Maintenance inspection completed<br>- Thermostat replaced |
| 07/01/2022 | 63,983 | Century Dodge Jeep Chrysler<br>Mount Airy, MD<br>301-829-1440<br>centurydodgechryslerjeepmaryland.com/<br>⭐ 4.7 / 5.0 414 Verified Reviews | 🔧 | **Vehicle serviced**<br>- Transmission checked |
| 11/04/2022 | 65,151 | Arizona<br>Motor Vehicle Dept.<br>Tolleson, AZ<br>Title #A010357397 | | **Title issued or updated**<br>- Dealer took title of this vehicle while it was in inventory |
| 12/27/2022 | 65,158 | Carvana<br>Fort Myers, FL<br>800-333-4554<br>carvana.com/ | | **Vehicle offered for sale** |
| 01/06/2023 | | Carvana<br>Boise, ID<br>800-333-4554<br>carvana.com/ | | **Vehicle offered for sale** |
| 07/10/2023 | 65,243 | Auto Auction | | **Vehicle sold**<br>- Listed as a dealer vehicle |

> Millions of used vehicles are bought and sold at auction every year.

| Date | Mileage | Dealer/Source | | Event |
|---|---|---|---|---|
| 07/12/2023 | | Virginia<br>Motor Vehicle Dept. | | **Vehicle purchase reported** |
| 07/19/2023 | | Superb Motors. Inc<br>Great Neck, NY<br>516-821-2280<br>superbmotorgroup.com/<br>⭐ 3.4 / 5.0 5 Verified Reviews | | **Vehicle offered for sale** |
| 08/07/2023 | 65,246 | Auto Auction | | **Vehicle sold**<br>- Listed as a fleet/lease vehicle |
| 09/23/2023 | | Westlake Financial<br>Los Angeles, CA<br>888-739-9192<br>westlakefinancial.com | | **Loan or lien reported** |
| 10/03/2023 | | Virginia<br>Motor Vehicle Dept.<br>Atlanta, GA | | **Title issued or updated**<br>- Dealer took title of this vehicle while it was in inventory |
| 10/31/2023 | | New York<br>Motor Vehicle Dept.<br>Yonkers, NY | | **Registration issued or renewed**<br>- Titled or registered as personal vehicle<br>- Passed safety inspection |

Exhibit B - 5

4/12/26, 4:52 PM                    CARFAX Vehicle History Report for this 2019 AUDI Q7 QUATTRO PREMIUM PLUS 45 TFSI: WA1LHAF72KD040991



**CARFAX HAS THE MOST ACCIDENT & DAMAGE INFORMATION**

Damage Location

Minor damage is usually cosmetic, including dents or scratches to the vehicle body.

| Date | Mileage | Source | Details |
|---|---|---|---|
| 10/26/2021 | 25,468 | New Country Audi Greenwich, CT 203-661-1800 newcountryaudi.com ⭐ 4.6 / 5.0 170 Verified Reviews ❤️ 147 Customer Favorites | **Vehicle serviced** - Drivability/performance checked - Oil and filter changed - Wheel bearing(s)/hub(s) replaced - Vehicle washed/detailed |
| 02/18/2022 | 30,492 | New Country Audi Greenwich, CT 203-661-1800 newcountryaudi.com ⭐ 4.6 / 5.0 170 Verified Reviews ❤️ 147 Customer Favorites | **Vehicle serviced** |
| 04/12/2022 | 33,049 | New York Inspection Station | **Passed safety inspection** - Passed emissions inspection |
| 05/27/2023 | | Online Listing | **Vehicle offered for sale** |
| 06/02/2023 | 47,289 | Vehicle Manufacturer | **Listed as a fleet/lease vehicle** - Vehicle sold |
| 06/04/2023 | | Superb Motors. Inc Great Neck, NY 516-821-2280 superbmotorgroup.com/ ⭐ 3.4 / 5.0 5 Verified Reviews | **Vehicle offered for sale** |
| 08/07/2023 | 47,298 | Auto Auction | **Vehicle sold** - Listed as a dealer vehicle |

Millions of used vehicles are bought and sold at auction every year.

| Date | Mileage | Source | Details |
|---|---|---|---|
| 09/25/2023 | | South Carolina Motor Vehicle Dept. | **Vehicle purchase reported** |
| 10/11/2023 | | Elliot Remington Auto Studio Charleston, SC 843-779-9533 elliotremington.com ⭐ 4.8 / 5.0 5 Verified Reviews | **Vehicle serviced** - Glass protection applied - Paint protection applied - Vehicle washed/detailed |
| 10/11/2023 | | Ceramic Pro Certified Installer ceramicpro.com | **Paint protection installed** - Wheel protective coating applied - Glass protective coating applied |

https://www.carfaxonline.com/vhr/WA1LHAF72KD040991                                                                        4/8

Exhibit B - 6

4/12/26, 5:26 PM          CARFAX Vehicle History Report for this 2018 MERCEDES-BENZ C-CLASS C 300 4MATIC: 55SWF4KB7JU273873

2019Update Audio 20 contr
- Status: Remedy Available

Click here or call 1-800-367-6372 to locate an authorized Mercedes-Benz dealer near you to obtain more information about this recall

⊖  **Learn more about this recall**

**Description:** Daimler AG, (DAG ), the manufacturer of Mercedes-Benz vehicles, has determined that on certain C-Class and GLC vehicles (205 and 253 platforms) equipped with Audio 20 head units and automatic child seat recognition the status of the passenger side airbags might be displayed incorrectly in the center console.In such case, the user might not be informed correctly about the actual activation status of the passenger side airbags. As a consequence, the user might not be able to react properly to a potential false passenger classification which could increase the risk of injury for the passenger in case of a crash.As a precautionary measure an authorized Mercedes-Benz dealer will update the head unit software in the affected vehicles.

In such case, the user might not be informed correctly about the actual activation status of the passenger side airbags. As a consequence, the user might not be able to react properly to a potential false passenger classification which could increase the risk of injury for the passenger in case of a crash.

**Remedy:** As a precautionary measure an authorized Mercedes-Benz dealer will update the head unit software in the affected vehicles.

| Date | Mileage | Location | Details |
|---|---|---|---|
| 07/08/2019 | 11,487 | New York Inspection Station | **Passed safety inspection** - Emissions inspection performed |
| 06/23/2020 | | New York Motor Vehicle Dept. Staten Island, NY | **Registration issued or renewed** - Passed safety inspection |
| 07/27/2020 | 19,221 | New York Inspection Station | **Passed safety inspection** - Passed emissions inspection |
| 07/30/2021 | 28,248 | New York Inspection Station | **Passed safety inspection** - Passed emissions inspection |
| 07/14/2022 | | New York Motor Vehicle Dept. Staten Island, NY | **Registration issued or renewed** - Passed safety inspection |
| 07/29/2022 | 37,743 | New York Inspection Station | **Passed safety inspection** - Passed emissions inspection |
| 12/13/2022 | 40,739 | Online Listing | **Vehicle offered for sale** |
| 12/13/2022 | | Auto Auction | **Vehicle sold** |

Millions of used vehicles are bought and sold at auction every year.

| Date | Mileage | Location | Details |
|---|---|---|---|
| 01/02/2023 | 40,848 | Auto Auction | **Vehicle sold** - Listed as a dealer vehicle |
| 01/10/2023 | | North Shore Motors Syosset, NY 516-226-1400 northshoremotors1.com/ ★ 2.1 / 5.0 26 Verified Reviews | **Vehicle offered for sale** |
| 03/16/2023 | | Superb Motors. Inc Great Neck, NY 516-821-2280 superbmotorgroup.com/ ★ 3.4 / 5.0 5 Verified Reviews | **Vehicle offered for sale** |
| 08/07/2023 | 40,900 | Auto Auction | **Vehicle sold** - Listed as a dealer vehicle |

👤 **Owner 2**
   Purchased: 2023

Personal Vehicle

Exhibit B - 7

4/12/26, 5:07 PM                                        CARFAX Vehicle History Report for this 2017 LEXUS RX 350: 2T2ZZMCA6HC073637

⭐ 4.8 / 5.0 315 Verified Reviews
❤️ 362 Customer Favorites

| Date | Mileage | Source | Comments |
|---|---|---|---|
| 05/26/2023 | | Superb Motors. Inc<br>Great Neck, NY<br>516-821-2280<br>superbmotorgroup.com/<br>⭐ 3.4 / 5.0 5 Verified Reviews | **Vehicle offered for sale** |
| 08/07/2023 | 59,832 | Auto Auction | **Vehicle sold**<br>- Listed as a dealer vehicle |
| 08/13/2023 | | Bob Brown Buick GMC<br>Ankeny, IA<br>515-289-5900<br>bobbrownbuickgmc.com/<br>⭐ 4.7 / 5.0 648 Verified Reviews<br>❤️ 7,620 Customer Favorites | **Vehicle offered for sale** |
| 08/24/2023 | 59,846 | Bob Brown Pre-Owned<br>Des Moines, IA<br>515-564-1430<br>https://bobbrownmerlehay.com/<br>⭐ 4.3 / 5.0 35 Verified Reviews | **Vehicle serviced**<br>- Pre-delivery inspection completed<br>- Recommended maintenance performed |
| 09/23/2023 | | Iowa<br>Motor Vehicle Dept.<br>Ankeny, IA<br>Title #77BD82537 | **Dealer took title of this vehicle while it was in inventory**<br>- Title or registration issued<br>- Vehicle color noted as Black |
| 10/10/2023 | 59,900 | Missouri<br>Motor Vehicle Dept. | **Vehicle purchase reported** |
| 10/25/2023 | 59,937 | Missouri<br>Inspection Station<br>Saint Louis, MO | **Safety inspection performed**<br>- Emissions inspection performed |
| 10/27/2023 | | Missouri<br>Motor Vehicle Dept.<br>Saint Louis, MO<br>Title #UDE70358 | **Title issued or updated**<br>- Dealer took title of this vehicle while it was in inventory |

👤 **Owner 3**
Purchased: 2024

**Low mileage!** This owner drove less than the industry average of 15,000 miles per year.

Personal Vehicle
10,287 mi/yr

| Date | Mileage | Source | Comments |
|---|---|---|---|
| 01/05/2024 | 62,700 | Missouri<br>Motor Vehicle Dept. | **Vehicle purchase reported** |
| 01/08/2024 | 62,737 | Missouri<br>Inspection Station<br>Saint Louis, MO | **Passed safety inspection**<br>- Passed emissions inspection |
| 01/11/2024 | | Missouri<br>Motor Vehicle Dept.<br>Ballwin, MO<br>Title #UHE05453 | **Title issued or updated**<br>- Registration issued or renewed<br>- New owner reported |
| 07/08/2025 | 78,201 | Missouri<br>Inspection Station<br>Ballwin, MO | **Safety inspection performed**<br>- Passed emissions inspection |
| 07/16/2025 | | Missouri<br>Motor Vehicle Dept.<br>Ballwin, MO<br>Title #UHE05453 | **Registration issued or renewed** |

Have Questions? Consumers, please visit our Help Center at www.carfax.com. Dealers or Subscribers, please visit our Help Center at www.carfaxonline.com.

Exhibit B - 8

4/12/26, 5:00 PM                          CARFAX Vehicle History Report for this **2020 BMW X3 M40I: 5UXTY9C06LLE59513**

|  |  |  |  |
|---|---|---|---|
| | | Rochelle Park, NJ<br>201-843-7901<br>parkavebmw.com<br>⭐ 4.6 / 5.0 548 Verified Reviews<br>❤️ 618 Customer Favorites | |
| 05/05/2023 | | Vehicle Manufacturer | **Lease vehicle returned to dealer** |
| 05/06/2023 | | Park Ave Acura<br>Rochelle Park, NJ<br>201-587-9000<br>parkaveacura.com/<br>⭐ 4.7 / 5.0 1,030 Verified Reviews<br>❤️ 9,184 Customer Favorites | **Vehicle offered for sale** |
| 05/12/2023 | | New Jersey<br>Motor Vehicle Dept.<br>Rochelle Park, NJ<br>Title #DA20231320602 | **Dealer took registration of this vehicle**<br>- Title issued or updated<br>- Dealer took title of this vehicle while it was in<br>  inventory<br>- Vehicle color noted as Silver |
| 05/15/2023 | 54,223 | Auto Auction | **Vehicle sold**<br>- Listed as a dealer vehicle |

> Millions of used vehicles are bought and sold at auction every year.

|  |  |  |  |
|---|---|---|---|
| 05/25/2023 | | Superb Motors. Inc<br>Great Neck, NY<br>516-821-2280<br>superbmotorgroup.com/<br>⭐ 3.4 / 5.0 5 Verified Reviews | **Vehicle offered for sale** |
| 08/07/2023 | 54,234 | Auto Auction | **Vehicle sold**<br>- Listed as a dealer vehicle |
| 08/10/2023 | | Illinois<br>Motor Vehicle Dept. | **Vehicle purchase reported** |
| 08/11/2023 | | Huntley Ford<br>Huntley, IL<br>847-669-6060<br>fordhuntley.com/<br>⭐ 4.0 / 5.0 562 Verified Reviews<br>❤️ 4,800 Customer Favorites | **Vehicle offered for sale** |
| 08/18/2023 | | Huntley Ford<br>Huntley, IL<br>847-669-6060<br>https://fordhuntley.com/<br>⭐ 4.0 / 5.0 562 Verified Reviews<br>❤️ 4,800 Customer Favorites | 🔧 **Vehicle serviced**<br>- Pre-delivery inspection completed<br>- Four tires replaced<br>- Oil and filter changed |

> Looks like this dealer serviced the car in order to prepare it for sale. That's a good thing!

|  |  |  |  |
|---|---|---|---|
| 03/02/2024 | | Illinois<br>Motor Vehicle Dept. | **Vehicle purchase reported** |
| 04/12/2024 | | Illinois<br>Motor Vehicle Dept.<br>Huntley, IL<br>Title #241034051040 | **Title issued or updated**<br>- Dealer took title of this vehicle while it was in<br>  inventory<br>- Vehicle color noted as Silver |
| 04/18/2024 | | Illinois<br>Motor Vehicle Dept.<br>Chicago, IL | **Registration issued or renewed** |

https://www.carfaxonline.com/vhr/5UXTY9C06LLE59513                                                          4/7

Exhibit B - 9

| Date | Mileage | Source | | Comments |
|------|---------|--------|---|----------|
| 07/13/2023 | | Online Listing | | Vehicle offered for sale |
| 07/19/2023 | | Superb Motors. Inc<br>Great Neck, NY<br>516-821-2280<br>superbmotorgroup.com/<br>⭐ 3.4 / 5.0 5 Verified Reviews | | Vehicle offered for sale |
| 08/07/2023 | 48,070 | Auto Auction | | Vehicle sold<br>- Listed as a dealer vehicle |
| 08/14/2023 | 48,071 | Service Facility<br>Shrewsbury, MA<br>⭐ 4.8 / 5.0 56 Verified Reviews<br>❤ 3 Customer Favorites | 🔧 | Vehicle serviced<br>- Vehicle washed/detailed |

Looks like this dealer serviced the car in order to prepare it for sale. That's a good thing!

| Date | Mileage | Source | | Comments |
|------|---------|--------|---|----------|
| 08/15/2023 | | Foley Motorsports<br>Shrewsbury, MA<br>508-842-9300<br>foleymotorsports.com/<br>⭐ 4.8 / 5.0 56 Verified Reviews<br>❤ 3 Customer Favorites | | Vehicle offered for sale |

👤 **Owner 2**
Purchased: 2023

**Low mileage!** This owner drove less than the industry average of 15,000 miles per year.

Personal Vehicle
7,825 mi/yr

| Date | Mileage | Source | | Comments |
|------|---------|--------|---|----------|
| 11/24/2023 | 48,347 | Massachusetts<br>Motor Vehicle Dept. | | Vehicle purchase reported |
| 11/27/2023 | | Massachusetts<br>Motor Vehicle Dept.<br>Worcester, MA<br>Title #CH331676 | | Registration issued or renewed<br>- Loan or lien reported<br>- Vehicle color noted as Blue |
| 11/29/2023 | 48,402 | Jake Kaplan's Jaguar Land Rover Warwick<br>Warwick, RI<br>401-461-2000<br>jakekaplansjaguar.com/<br>⭐ 4.6 / 5.0 150 Verified Reviews<br>❤ 575 Customer Favorites | 🔧 | Vehicle serviced<br>- Maintenance inspection completed |
| 11/30/2023 | | Service Facility<br>Shrewsbury, MA<br>⭐ 4.8 / 5.0 56 Verified Reviews<br>❤ 3 Customer Favorites | 🔧 | Vehicle serviced<br>- Air filter replaced<br>- Alignment performed<br>- Cabin air filter replaced/cleaned<br>- Fluids checked<br>- Maintenance reminder reset<br>- Oil and filter changed<br>- Tire condition and pressure checked<br>- Tire(s) balanced<br>- Vehicle washed/detailed |
| 12/05/2023 | 48,479 | Massachusetts<br>Inspection Station<br>Shrewsbury, MA | | Passed safety inspection<br>- Passed emissions inspection |
| 12/11/2023 | | Massachusetts<br>Motor Vehicle Dept.<br>Worcester, MA<br>Title #CH331676 | | Title issued or updated<br>- New owner reported<br>- Loan or lien reported<br>- Vehicle color noted as Blue |

Exhibit B - 10

4/12/26, 5:29 PM    CARFAX Vehicle History Report for this 2020 CADILLAC ESCALADE ESV LUXURY: 1GYS4HKJ1LR164384

| Date | Mileage | Source | | Detail |
|---|---|---|---|---|
| | | Inspection Station | | - Passed emissions inspection |
| 05/04/2022 | 51,834 | New York Inspection Station | | **Passed safety inspection** <br> - Passed emissions inspection |
| 08/03/2022 | | Damage Report | ⚠️ | **Accident reported with another motor vehicle** |
| 08/08/2022 | 63,765 | New York Inspection Station | | **Passed safety inspection** <br> - Passed emissions inspection |
| 08/22/2022 | | New York Motor Vehicle Dept. Long Island City, NY | | **Registration issued or renewed** <br> - Titled or registered as taxi <br> - Passed safety inspection |
| 12/16/2022 | 70,433 | New York Inspection Station | | **Passed safety inspection** <br> - Failed emissions inspection |
| 12/29/2022 | | New York Inspection Station | | **Passed safety inspection** <br> - Failed emissions inspection |
| 12/29/2022 | 71,777 | Service Facility | 🔧 | **Vehicle serviced** <br> - Fluids checked <br> - Oil and filter changed |
| 12/29/2022 | 71,800 | New York Inspection Station | | **Passed emissions inspection** |
| 01/09/2023 | 71,974 | Empire Buick Cadillac GMC of Long Island City Woodside, NY 718-786-3535 https://shopempirebuickgmcoflic.com/ <br> ⭐ 4.4 / 5.0 308 Verified Reviews <br> ❤️ 4,528 Customer Favorites | 🔧 | **Vehicle serviced** <br> - Maintenance inspection completed <br> - Catalytic converter replaced <br> - Drivability/performance checked <br> - Engine mount(s) replaced |
| 01/13/2023 | | Service Facility | 🔧 | **Vehicle serviced** <br> - Catalytic converter replaced <br> - Engine mount(s) replaced |
| 01/16/2023 | 72,051 | New York Inspection Station | | **Passed safety inspection** <br> - Passed emissions inspection |
| 03/04/2023 | 76,626 | Service Facility | 🔧 | **Vehicle serviced** <br> - Fluids checked <br> - Oil and filter changed |
| 04/18/2023 | 81,856 | Service Facility | 🔧 | **Vehicle serviced** <br> - Drive belt(s) replaced <br> - Serpentine belt replaced <br> - Starter replaced <br> - Water pump replaced |
| 05/31/2023 | 84,759 | Service Facility | 🔧 | **Vehicle serviced** <br> - Fluids checked <br> - Oil and filter changed |
| 05/31/2023 | | New York Inspection Station | | **Passed safety inspection** <br> - Passed emissions inspection |
| 07/02/2023 | 85,202 | Superb Motors. Inc Great Neck, NY 516-821-2280 superbmotorgroup.com/ <br> ⭐ 3.4 / 5.0 5 Verified Reviews | | **Vehicle offered for sale** |
| 08/11/2023 | | Ohio Motor Vehicle Dept. | | **Vehicle purchase reported** |
| 08/11/2023 | | New York Motor Vehicle Dept. Middletown, OH | | **Registration issued or renewed** <br> - Passed safety inspection |

https://www.carfaxonline.com/vhr/1GYS4HKJ1LR164384

4/8

Exhibit B - 11

4/12/26, 4:55 PM    CARFAX Vehicle History Report for this 2019 JEEP CHEROKEE LATITUDE PLUS: 1C4PJMLB0KD429828

Millions of used vehicles are bought and sold at auction every year.

| Date | Mileage | Source | Comments |
|---|---|---|---|
| 07/07/2023 | | Fleet Management Co. Manheim, PA | **Lease vehicle sold** |
| 07/10/2023 | 74,834 | Auto Auction | **Vehicle sold** - Listed as a dealer vehicle |
| 07/19/2023 | | Superb Motors. Inc Great Neck, NY 516-821-2280 superbmotorgroup.com/ ⭐ 3.4 / 5.0 5 Verified Reviews | **Vehicle offered for sale** |
| 08/14/2023 | 74,835 | Auto Auction | **Vehicle sold** - Listed as a dealer vehicle |
| 08/21/2023 | 74,839 | Maness Motors LLC Rocky Mount, NC 252-371-1650 manessmotors.com | **Vehicle serviced** - Pre-delivery inspection completed - Brakes checked |
| 09/25/2023 | 74,896 | Auto Auction | **Vehicle sold** - Listed as a fleet/lease vehicle |
| 10/02/2023 | 74,900 | Toyota of Roanoke Rapids Roanoke Rapids, NC 252-537-6161 https://toyotaofroanokerapids.com/ ⭐ 4.8 / 5.0 131 Verified Reviews ❤ 148 Customer Favorites | **Vehicle offered for sale** |
| 10/03/2023 | | Virginia Motor Vehicle Dept. | **Vehicle purchase reported** |
| 10/05/2023 | | Virginia Motor Vehicle Dept. Atlanta, GA | **Title issued or updated** - Dealer took title of this vehicle while it was in inventory |
| 10/11/2023 | | Toyota of Roanoke Rapids Roanoke Rapids, NC 252-537-6161 https://toyotaofroanokerapids.com/ ⭐ 4.8 / 5.0 131 Verified Reviews ❤ 148 Customer Favorites | **Vehicle serviced** - Pre-delivery inspection completed - Air filter replaced - Cabin air filter replaced/cleaned - Oil and filter changed - Safety inspection performed - Tire condition and pressure checked - Tires rotated - Vehicle washed/detailed |

Looks like this dealer serviced the car in order to prepare it for sale. That's a good thing!

| Date | Mileage | Source | Comments |
|---|---|---|---|
| 01/25/2024 | 74,950 | Toyota of Roanoke Rapids Roanoke Rapids, NC 252-537-6161 https://toyotaofroanokerapids.com/ ⭐ 4.8 / 5.0 131 Verified Reviews ❤ 148 Customer Favorites | **Vehicle sold** |

👤 **Owner 2**
Purchased: 2024                                   Personal Vehicle

| Date | Mileage | Source | Comments |
|---|---|---|---|
| 01/31/2024 | | North Carolina | **Registration issued or renewed** |

Exhibit B - 12

4/12/26, 4:53 PM                    CARFAX Vehicle History Report for this 2016 BMW 4 SERIES 435I: WBA3T3C51G5A41943

| 10/14/2022 | | Damage Report | **Accident reported: minor damage with another motor vehicle**<br>- Damage to left side<br>- Damage to left front |
|---|---|---|---|

**Damage Severity Scale**

Minor | Moderate | Severe

**Damage Location**

FRONT

LEFT | RIGHT

REAR

> Minor damage is usually cosmetic, including dents or scratches to the vehicle body.

**CARFAX HAS THE MOST ACCIDENT & DAMAGE INFORMATION**

| 06/27/2023 | | Online Listing | **Vehicle offered for sale** |
|---|---|---|---|
| 06/28/2023 | | Florida<br>Motor Vehicle Dept.<br>Jacksonville, FL<br>Title #0130032300 | **Registration issued or renewed**<br>- Titled or registered as personal vehicle<br>- Vehicle color noted as White |
| 07/10/2023 | | Auto Auction | **Vehicle sold**<br>- Listed as a dealer vehicle |
| 07/11/2023 | 75,813 | New Jersey<br>Motor Vehicle Dept.<br>Rutherford, NJ<br>Title #DA20231922052 | **Dealer took registration of this vehicle**<br>- Title issued or updated<br>- Dealer took title of this vehicle while it was in inventory<br>- Vehicle color noted as White |
| 07/16/2023 | | Virginia<br>Motor Vehicle Dept. | **Vehicle purchase reported** |
| 07/19/2023 | 75,848 | Superb Motors. Inc<br>Great Neck, NY<br>516-821-2280<br>superbmotorgroup.com/<br>★ 3.4 / 5.0 5 Verified Reviews | **Vehicle offered for sale** |
| 08/14/2023 | 75,852 | Auto Auction | **Vehicle sold**<br>- Listed as a fleet/lease vehicle |
| 08/19/2023 | | Central Chrysler Dodge Jeep Ram<br>Yonkers, NY<br>914-961-5400<br>centralavenuechryslerjeep.com<br>★ 4.7 / 5.0 347 Verified Reviews<br>♥ 1,662 Customer Favorites | **Vehicle sold** |
| 08/21/2023 | 75,888 | New York<br>Inspection Station | **Passed safety inspection**<br>- Passed emissions inspection |

https://www.carfaxonline.com/vhr/WBA3T3C51G5A41943

5/8

Exhibit B - 13

CARFAX Vehicle History Report for this 2019 JEEP GRAND CHEROKEE OVERLAND: 1C4RJFCG8KC788432

| Date | Mileage | Location | Service |
|---|---|---|---|
| 09/30/2019 | | Island Chrysler Dodge Jeep Ram<br>Staten Island, NY<br>718-727-6300<br>myislandcdjr.com/<br>★ 4.2 / 5.0 437 Verified Reviews<br>♥ 3,186 Customer Favorites | **Vehicle serviced**<br>- Emissions or safety inspection performed |
| 10/22/2019 | | New York<br>Motor Vehicle Dept.<br>Fort Worth, TX | **Title issued or updated**<br>- First owner reported<br>- Loan or lien reported |
| 11/08/2020 | 11,800 | New York<br>Inspection Station | **Passed safety inspection**<br>- Emissions inspection performed |
| 12/08/2020 | | New York<br>Motor Vehicle Dept.<br>Forest Hills, NY | **Registration issued or renewed**<br>- Passed safety inspection |
| 11/26/2021 | 24,571 | New York<br>Inspection Station | **Passed safety inspection**<br>- Passed emissions inspection |
| 07/14/2022 | 31,828 | Team Mitsubishi Hartford<br>Hartford, CT<br>★ 4.4 / 5.0 74 Verified Reviews | **Vehicle offered for sale** |
| 07/31/2022 | | Volkswagen of Freehold<br>Freehold, NJ<br>★ 3.7 / 5.0 94 Verified Reviews | **Vehicle offered for sale** |
| 08/13/2022 | | Volkswagen of Freehold<br>Freehold, NJ<br>732-414-8989<br>vwoffreehold.com/<br>★ 3.7 / 5.0 94 Verified Reviews | **Vehicle serviced**<br>- Pre-delivery inspection completed |

Looks like this dealer serviced the car in order to prepare it for sale. That's a good thing!

| Date | Mileage | Location | Service |
|---|---|---|---|
| 09/22/2022 | 31,829 | Volkswagen of Freehold<br>Freehold, NJ<br>732-414-8989<br>vwoffreehold.com/<br>★ 3.7 / 5.0 94 Verified Reviews | **Vehicle sold** |
| 09/23/2022 | 31,850 | New York<br>Inspection Station | **Passed safety inspection**<br>- Passed emissions inspection |
| 09/28/2022 | | Superb Motors. Inc<br>Great Neck, NY<br>★ 3.4 / 5.0 5 Verified Reviews | **Vehicle offered for sale** |
| 11/23/2022 | | Volkswagen of Freehold<br>Freehold, NJ<br>732-414-8989<br>vwoffreehold.com/<br>★ 3.7 / 5.0 94 Verified Reviews | **Vehicle offered for sale** |
| 05/13/2023 | | Superb Motors. Inc<br>Great Neck, NY<br>516-821-2280<br>superbmotorgroup.com/<br>★ 3.4 / 5.0 5 Verified Reviews | **Vehicle offered for sale** |
| 08/14/2023 | 36,645 | Auto Auction | **Vehicle sold**<br>- Listed as a dealer vehicle |

Exhibit B - 14

4/12/26, 4:57 PM                    CARFAX Vehicle History Report for this 2019 AUDI Q7 QUATTRO PREMIUM PLUS 45 TFSI: WA1LHAF75KD026082

| Date | Mileage | Source | Comments |
|---|---|---|---|
| 05/22/2023 | | Online Listing | **Vehicle offered for sale** |
| 05/26/2023 | 37,938 | Vehicle Manufacturer | **Listed as a fleet/lease vehicle**<br>- Vehicle sold |
| 05/28/2023 | | Superb Motors. Inc<br>Great Neck, NY<br>516-821-2280<br>superbmotorgroup.com/<br>⭐ 3.4 / 5.0 5 Verified Reviews | **Vehicle offered for sale** |
| 08/14/2023 | 37,955 | Auto Auction | **Vehicle sold**<br>- Listed as a dealer vehicle |

> Millions of used vehicles are bought and sold at auction every year.

| Date | Mileage | Source | Comments |
|---|---|---|---|
| 09/11/2023 | 38,105 | Mazda of South Charlotte<br>Pineville, NC<br>980-224-4225<br>mazdaofsouthcharlotte.com<br>⭐ 4.8 / 5.0 1,212 Verified Reviews<br>❤ 16,085 Customer Favorites | **Vehicle serviced**<br>- Maintenance inspection completed<br>- Brakes checked<br>- Front brake pads replaced<br>- Front brake rotor(s) replaced |

👤 **Owner 2**
Purchased: 2023

> **Low mileage!** This owner drove less than the industry average of 15,000 miles per year.

Personal Vehicle
14,136 mi/yr

| Date | Mileage | Source | Comments |
|---|---|---|---|
| 11/08/2023 | 39,128 | North Carolina<br>Motor Vehicle Dept.<br>Charlotte, NC | **Odometer reading reported** |
| 11/21/2023 | | North Carolina<br>Motor Vehicle Dept.<br>Charlotte, NC<br>Title #777262233252207 | **Registration issued or renewed**<br>- Title or registration issued<br>- New owner reported<br>- Loan or lien reported |
| 05/01/2024 | 48,631 | AAA Car Care Center<br>Charlotte, NC<br>704-816-1690<br>aaa.com/autorepair/<br>⭐ 4.7 / 5.0 327 Verified Reviews<br>❤ 61 Customer Favorites | **Vehicle serviced**<br>- Battery/charging system checked<br>- Oil and filter changed<br>- Tire condition and pressure checked<br>- Tires rotated |
| 11/25/2024 | 53,872 | AAA Car Care Center<br>Charlotte, NC<br>704-816-1690<br>aaa.com/autorepair/<br>⭐ 4.7 / 5.0 327 Verified Reviews<br>❤ 61 Customer Favorites | **Vehicle serviced**<br>- Battery/charging system checked<br>- Emissions inspection performed<br>- Oil and filter changed<br>- Tire condition and pressure checked<br>- Tires rotated |
| 11/27/2024 | | North Carolina<br>Motor Vehicle Dept.<br>Charlotte, NC<br>Title #777262233252207 | **Registration issued or renewed**<br>- Loan or lien reported |
| 02/04/2025 | | Damage Report | **Damage reported: minor damage** |

**Damage Severity Scale**

Minor        Moderate        Severe

Exhibit B - 15

4/12/26, 5:11 PM          CARFAX Vehicle History Report for this 2021 CADILLAC ESCALADE ESV PREMIUM LUXURY: 1GYS4KKL8MR234494

> Millions of used vehicles are bought and sold at auction every year.

| Date | Mileage | Dealer | Activity |
|---|---|---|---|
| 03/14/2023 | | Online Listing | **Vehicle offered for sale** |
| 03/14/2023 | 31,330 | Lindsay Cadillac Co<br>Alexandria, VA<br>888-387-8440<br>lindsaycadillac.com/<br>★ 4.8 / 5.0 1,101 Verified Reviews<br>♥ 7,708 Customer Favorites | **Vehicle serviced**<br>- Maintenance inspection completed<br>- Brakes checked<br>- Drive belt idler pulley replaced<br>- Idler pulley replaced<br>- Oil and filter changed<br>- Serpentine belt replaced<br>- Tires rotated<br>- Vehicle washed/detailed |
| 03/31/2023 | 31,727 | Superb Motors. Inc<br>Great Neck, NY<br>516-821-2280<br>superbmotorgroup.com/<br>★ 3.4 / 5.0 5 Verified Reviews | **Vehicle offered for sale** |
| 08/14/2023 | 34,224 | Auto Auction | **Vehicle sold**<br>- Listed as a dealer vehicle |
| 08/16/2023 | | Bourne's Auto Center<br>★ 4.2 / 5.0 173 Verified Reviews<br>♥ 255 Customer Favorites | **Vehicle offered for sale** |
| 08/29/2023 | | Bourne's Auto Center<br>South Easton, MA<br>508-230-5885<br>bournes.com<br>★ 4.2 / 5.0 173 Verified Reviews<br>♥ 255 Customer Favorites | **Vehicle serviced**<br>- Pre-delivery inspection completed<br>- Engine oil/fluid leak checked<br>- Fluids checked<br>- Lights checked<br>- Oil and filter changed<br>- Tire condition and pressure checked<br>- Tire pressure monitoring system reset |

> Looks like this dealer serviced the car in order to prepare it for sale. That's a good thing!

| Date | Mileage | Dealer | Activity |
|---|---|---|---|
| 12/28/2023 | 34,226 | Bourne's Auto Center<br>South Easton, MA<br>508-230-5885<br>bournes.com<br>★ 4.2 / 5.0 173 Verified Reviews<br>♥ 255 Customer Favorites | **Vehicle serviced** |
| 02/01/2024 | 34,228 | Bourne's Auto Center<br>South Easton, MA<br>508-230-5885<br>bournes.com<br>★ 4.2 / 5.0 173 Verified Reviews<br>♥ 255 Customer Favorites | **Vehicle serviced**<br>- Headlight(s) replaced |
| 02/16/2024 | 34,230 | Bourne's Auto Center<br>★ 4.2 / 5.0 173 Verified Reviews<br>♥ 255 Customer Favorites | **Vehicle sold** |
| 02/16/2024 | | Auto Auction | **Vehicle sold** |
| 03/05/2024 | 34,278 | Audi Dallas<br>Dallas, TX<br>214-561-1800<br>audidallas.com/<br>★ 4.0 / 5.0 43 Verified Reviews<br>♥ 2,687 Customer Favorites | **Vehicle offered for sale** |

https://www.carfaxonline.com/vhr/1GYS4KKL8MR234494                                3/8

Exhibit B - 16

CARFAX Vehicle History Report for this 2019 AUDI Q7 QUATTRO PREMIUM PLUS 55 TFSI: WA1LAAF73KD009818

- Tire condition and pressure checked

| 06/26/2021 | 30,791 | Valvoline Instant Oil Change<br>Mount Kisco, NY<br>914-666-9147<br>vioc.com<br>⭐ 4.8 / 5.0 161 Verified Reviews<br>❤️ 109 Customer Favorites | | **Vehicle serviced**<br>- Oil and filter changed |
|---|---|---|---|---|
| 08/16/2021 | 33,945 | Mohegan Lake Motors<br>Mohegan Lake, NY<br>914-528-8076<br>moheganlakemotors.com<br>⭐ 4.5 / 5.0 92 Verified Reviews | | **Vehicle serviced**<br>- Maintenance inspection completed<br>- Cabin air filter replaced/cleaned<br>- Four wheel alignment performed |
| 09/17/2021 | | New York<br>Motor Vehicle Dept.<br>Katonah, NY | | **Registration issued or renewed**<br>- Titled or registered as personal lease vehicle<br>- Passed safety inspection |
| 04/12/2022 | | Damage Report | | **Damage reported: minor damage** |

**Damage Severity Scale**

Minor    Moderate    Severe

Minor damage is usually cosmetic, including dents or scratches to the vehicle body.

| 04/23/2022 | 40,968 | New York<br>Inspection Station | | **Passed safety inspection**<br>- Passed emissions inspection |
|---|---|---|---|---|
| 03/21/2023 | 54,885 | Valvoline Instant Oil Change<br>Mount Kisco, NY<br>914-666-9147<br>vioc.com<br>⭐ 4.8 / 5.0 161 Verified Reviews<br>❤️ 109 Customer Favorites | | **Vehicle serviced**<br>- Oil and filter changed |
| 04/03/2023 | | New York<br>Motor Vehicle Dept.<br>Katonah, NY | | **Registration issued or renewed**<br>- Titled or registered as personal lease vehicle<br>- Passed safety inspection |
| 04/24/2023 | | Online Listing | | **Vehicle offered for sale** |
| 05/08/2023 | 55,715 | Auto Auction | | **Vehicle sold**<br>- Listed as a dealer vehicle |

Millions of used vehicles are bought and sold at auction every year.

| 05/14/2023 | | Superb Motors. Inc<br>Great Neck, NY<br>516-821-2280<br>superbmotorgroup.com/<br>⭐ 3.4 / 5.0 5 Verified Reviews | | **Vehicle offered for sale** |
|---|---|---|---|---|
| 08/21/2023 | 60,175 | Auto Auction | | **Vehicle sold**<br>- Listed as a dealer vehicle |
| 09/12/2023 | | NY Luxury Motors<br>Elmont, NY<br>516-673-4784<br>nyluxurymotors.com<br>⭐ 1.8 / 5.0 10 Verified Reviews | | **Vehicle offered for sale** |

Exhibit B - 17





**Damage Location**

## CARFAX HAS THE MOST ACCIDENT & DAMAGE INFORMATION



Minor damage is usually cosmetic, including dents or scratches to the vehicle body.

| 05/27/2023 | | Online Listing | Vehicle offered for sale |
|---|---|---|---|
| 06/02/2023 | 49,208 | Vehicle Manufacturer | Listed as a fleet/lease vehicle<br>- Vehicle sold |
| 06/04/2023 | | Superb Motors. Inc<br>Great Neck, NY<br>516-821-2280<br>superbmotorgroup.com/<br>⭐ 3.4 / 5.0 5 Verified Reviews | Vehicle offered for sale |
| 08/21/2023 | 49,225 | Auto Auction | Vehicle sold<br>- Listed as a dealer vehicle |

Millions of used vehicles are bought and sold at auction every year.

| 08/24/2023 | | Virginia<br>Motor Vehicle Dept. | Vehicle purchase reported |
|---|---|---|---|
| 08/31/2023 | | Auto Haus<br>Yorktown, VA<br>⭐ 4.8 / 5.0 650 Verified Reviews<br>❤ 135 Customer Favorites | Vehicle serviced<br>- Pre-delivery inspection completed<br>- Maintenance inspection completed<br>- Brakes checked<br>- Front brake pads replaced<br>- Front brake rotor(s) replaced<br>- Emissions or safety inspection performed<br>- Rear brake pads replaced<br>- Rear brake rotor(s) replaced<br>- Tire condition and pressure checked<br>- Two tires replaced |
| 08/31/2023 | 49,232 | Virginia<br>Inspection Station | Passed safety inspection |
| 09/13/2023 | | Damage Report | Damage reported: minor damage |

**Damage Severity Scale**

Minor     Moderate     Severe

| 10/28/2023 | 50,145 | North Carolina<br>Motor Vehicle Dept.<br>Edenton, NC | Odometer reading reported |
|---|---|---|---|

Exhibit B - 18