# EXHIBIT C

EXHIBIT C

| TYPE OF SALE | New York State Department of Motor Vehicles |
|---|---|
| ☐ WHOLESALE OR ☐ RETAIL: ☐ New ☒ Used ☐ Demo ☐ Salvage | **RETAIL CERTIFICATE OF SALE** |

**VEHICLE INFORMATION:**    No. 62512165    SU1148

| Year | Make | Model | Body Type | Color | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|---|---|---|---|---|---|---|---|---|
| 2016 | Porsche | PANAMERA | Sedan | BK | 4244 | G | 8 | 5 |

| Vehicle Identification Number | Lien(s) | Inspection Certificate Number | Date of Inspection | Inspection Station Number |
|---|---|---|---|---|
| WP0AF2A74GL082172 | Lo | NA | NA | NA |

| Plate/Permit Number | Number of Dealer Plate Loaned | Lease Buyout (Insp. Not Required) | Selling Price |
|---|---|---|---|
| NA | NA | ☐ | $ NA |

**DEALER INFORMATION** (Print Name and Address)

Superb Motors inc 215 Northern Blvd Great Neck NY 11021

**PURCHASER INFORMATION** (Print Name and Address)    Date of Sale

Team Auto Sales LLC 4360 US Rt 9 Freehold NJ 07728    6/13/23

**PRIOR OWNER INFORMATION** (Print Name and Address Source of Ownership)    Date of Purchase

German Stars MTR inc 210 W Center st Beebe AK 72012    4/28/23

**ODOMETER DISCLOSURE STATEMENT**

Federal and state laws require that you state the mileage of the vehicle described on this certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage may result in fines and/or imprisonment.

The odometer on the vehicle described above has:  ☐ 5 digits  ☒ 6 digits, not including tenths

☒ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. WARNING: ODOMETER DISCREPANCY."

| ODOMETER READING |
|---|
| 3 5 6 3 3 |
| (no tenths) |

**DEALER CERTIFICATION:**

*I certify:* The vehicle described above was sold to the purchaser on the date indicated. At the time of delivery the purchaser was entitled to register the vehicle. This vehicle complied with equipment requirements of the Commissioner's Regulations. At the time of delivery, such equipment was in condition and repair to render satisfactory and adequate service on the public highway under normal use. Equipment certification does not apply to a vehicle sold as new, wholesale, or salvage. All New York State and local taxes due as a result of this sale have been collected from the purchaser. False statements made herein are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - (SIGN full name) | PRINT full name of dealer or authorized rep | Date | Dealer Facility No |
|---|---|---|---|
| | Superb Motors inc | 6/13/23 | 7128150 |
| PURCHASER - (SIGN full name) | PRINT full name of purchaser | Date | Selling Dealer NYS Sales Tax No. |
| | Team Auto Sales LLC | 6/13/23 | 862372229 |

PART 2 — DEALER COPY

MV-50 (03/04)    **ANY CHANGE OR ALTERATION VOIDS THIS CERTIFICATE**

NON TRANSFERABLE (watermark)

Exhibit C - 1

☐ Salvage
MV-907A No. _____

New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE RECEIPT

### No. EW37175412023

**VEHICLE INFORMATION:**

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|------------------|-----------|-----------|------------------------|
| 2016 | PORSC | PANAMERA | SEDN | BK | N/A | 4244 | G | 8 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|---|---|---|
| W P 0 A F 2 A 7 4 G L 0 8 2 1 7 2 0 | | N/A |

**DEALER INFORMATION**

SUPERB MOTORS INC, 215 NORTHERN BLVD, GREAT NECK, NY, 11021, Nassau

**PURCHASER INFORMATION**

| | Date of Sale |
|---|---|
| TEAM MITSUBISHI HARTFORD, 398-412 NEW PARK AVE, HARTFORD, CT, 06106 | 11-09-2023 |

**PRIOR OWNER INFORMATION**

| | Date of Purchase |
|---|---|
| GERMAN STARS MTR INC, 210 WEST CENTER ST, BEEBE, AR, 72012, Out Of State Title (761014050795) | 04-28-2023 |

**ODOMETER DISCLOSURE STATEMENT**

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

■ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. WARNING: ODOMETER DISCREPANCY."

| ODOMETER READING | | | | | | |
|---|---|---|---|---|---|---|
| 0 | 0. | 3 | 5 | 6 | 3 | 3 |
| | | (no tenths) | | | | |

Check your odometer reading at: **verifiny.com/check**    Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

**DEALER CERTIFICATION**

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full | Date | Seller's Facility No. |
|---|---|---|---|
| | SUPERB MOTORS INC | | 7128150 |

**PURCHASER CONFIRMATION**

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full | Date | Purchaser's Facility No. |
|---|---|---|---|
| | TEAM MITSUBISHI HARTFORD | | |

The authenticity of this document can be verified at verifiny.com/check

### Any change or Alteration voids this receipt

Customer copy

Page 1 of 2

Exhibit C - 2

New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE

### No. EW37175412023

**VEHICLE TRANSFER HISTORY**

| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
|---|---|---|---|---|---|
| SUPERB MOTORS INC | TEAM MITSUBISHI HARTFORD | 7128150 | 11 / 09 / 2023 | EMV50 | Yes |
| GERMAN STARS MTR INC | SUPERB MOTORS INC | | 04 / 28 / 2023 | OOST | No |

*Any change or Alteration voids this receipt*

Customer copy

Page 2 of 2

Exhibit C - 3

Case 2:23-cv-06188-JMW    Document 112-8    Filed 11/25/23    Page 40 of 69 PageID #: 2553

New York State Department of Motor Vehicles

## RETAIL CERTIFICATE OF SALE

**TYPE OF SALE**
□ WHOLESALE *OR* □ RETAIL:
□ New ☑ Used □ Demo □ Salvage

No. 62512165

541065

**VEHICLE INFORMATION:**

| Year | Make | Model | Body Type | Color | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|-------|------------------|-----------|-----------|------------------------|
| 2019 | LAND ROVER | Range Rover | SUV | Blue | 5254 | G | 8 | 5 |

| Vehicle Identification Number | Lien(s) | Inspection Certificate Number | Date of Inspection | Inspection Station Number |
|---|---|---|---|---|
| SALGS2RE3KA519794L0 | | NA | NA | ND |

| Plate/Permit Number | Number of Dealer Plate Loaned | □ Lease Buyout (Insp Not Required) | Selling Price |
|---|---|---|---|
| NA | | | $ NA |

**DEALER INFORMATION** *(Print Name and Address)*

SUPERB MOTORS INC 215 Northern Blvd Great Neck NY 11021

**PURCHASER INFORMATION** *(Print Name and Address)*

Team Auto Sales LLC 4360 US RT 9 Freehold NJ 07728

Date of Sale: 6/9/23

**PRIOR OWNER INFORMATION** *(Print Name and Address Source of Ownership)*

GERMAN STARS MTR INC 210 W. Center St Beebe AK 72012

Date of Purchase: 3-24-23

## ODOMETER DISCLOSURE STATEMENT

Federal and state laws require that you state the mileage of the vehicle described on this certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage may result in fines and/or imprisonment.

The odometer on the vehicle described above has: □ 5 digits ☑ 6 digits, not including tenths

☑ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

□ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

□ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. WARNING: ODOMETER DISCREPANCY."

ODOMETER READING: 59276 (no tenths)

## DEALER CERTIFICATION:

*I certify:* The vehicle described above was sold to the purchaser on the date indicated. At the time of delivery the purchaser was entitled to register the vehicle. This vehicle complied with equipment requirements of the Commissioner's Regulations. At the time of delivery, such equipment was in condition and repair to render satisfactory and adequate service on the public highway under normal use. Equipment certification does not apply to a vehicle sold as new, wholesale, or salvage. All New York State and local taxes due as a result of this sale have been collected from the purchaser. False statements made herein are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law

| DEALER (or authorized representative) - (SIGN full name) | PRINT full name of dealer or authorized rep | Date | Dealer Facility No. |
|---|---|---|---|
| *(signature)* | SUPERB MOTORS INC | 4/9/23 | 7128150 |

| PURCHASER - (SIGN full name) | PRINT full name of purchaser | Date | Selling Dealer NYS Sales Tax No. |
|---|---|---|---|
| *(signature)* | Team Auto Sales LLC | 6/9/23 | 862372229 |

PART 2 — DEALER COPY

*ANY CHANGE OR ALTERATION VOIDS THIS CERTIFICATE*

MV-50 (03/04)

COPY — NON TRANSFERABLE

Exhibit C - 4

☐ Salvage
MV-907A No. _____

**New York State Department of Motor Vehicles**
## WHOLESALE CERTIFICATE OF SALE RECEIPT

### No. EW37369772023

**VEHICLE INFORMATION:**

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|------------------|-----------|-----------|------------------------|
| 2019 | LA/RO | RANGE ROVER | SUV | BL | N/A | 5254 | G | 8 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|---|---|---|
| S A L G S 2 R E 3 K A 5 1 9 7 9 4   0 | | N/A |

**DEALER INFORMATION**

SUPERB MOTORS INC, 215 NORTHERN BLVD, GREAT NECK, NY, 11021, Nassau

**PURCHASER INFORMATION**

| | Date of Sale |
|---|---|
| TEAM MITSUBISHI HARTFORD, 398-412 NEW PARK AVE, HARTFORD, CT, 06106 | 11-17-2023 |

**PRIOR OWNER INFORMATION**

| | Date of Purchase |
|---|---|
| GERMAN STARS MTR INC, 210 W CENTER ST, BEEBE, AR, 72012, Out Of State Title (761013959746) | 03-24-2023 |

**ODOMETER DISCLOSURE STATEMENT**

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

☑ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. WARNING: ODOMETER DISCREPANCY."

| ODOMETER READING | | | | | | |
|---|---|---|---|---|---|---|
| 0 | 0 | 5 | 9 | 2 | 7 | 6 |
| (no tenths) | | | | | | |

Check your odometer reading at: | verifiny.com/check |   Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

**DEALER CERTIFICATION**

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full | Date | Seller's Facility No. |
|---|---|---|---|
| | SUPERB MOTORS INC | | 7128150 |

**PURCHASER CONFIRMATION**

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full | Date | Purchaser's Facility No. |
|---|---|---|---|
| | TEAM MITSUBISHI HARTFORD | | |

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*

Customer copy

Page 1 of 2

Exhibit C - 5

New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE

### No. EW37369772023

| VEHICLE TRANSFER HISTORY | | | | | |
|---|---|---|---|---|---|
| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
| SUPERB MOTORS INC | TEAM MITSUBISHI HARTFORD | 7128150 | 11 / 17 / 2023 | EMV50 | Yes |
| GERMAN STARS MTR INC | SUPERB MOTORS INC | | 03 / 24 / 2023 | OOST | No |

*Any change or Alteration voids this receipt*

Customer copy

Page 2 of 2

Exhibit C - 6

Case 2:23-cv-06188-JMW    Document 112-8    Filed 11/25/23    Page 9 of 69 PageID #: 2522

**New York State Department of Motor Vehicles**

## RETAIL CERTIFICATE OF SALE

**TYPE OF SALE**
☐ WHOLESALE *OR* ☐ RETAIL:
☐ New ☒ Used ☐ Demo ☐ Salvage

SY0882 No. 62512171

**VEHICLE INFORMATION:**

| Year | Make | Model | Body Type | Color | Weight (Unladen) | Fuel Type: | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|-------|------------------|------------|-----------|------------------------|
| 2017 | BMW | 230XI | Coupe | BK | 3483 | G | 4 | 5 |

| Vehicle Identification Number | Lien(s) | Inspection Certificate Number | Date of Inspection | Inspection Station Number |
|---|---|---|---|---|
| WBA2H9C36HV986948 | Lo | NA | NA | NA |

| Plate/Permit Number | Number of Dealer Plate Loaned | ☐ Lease Buyout (Insp. Not Required) | Selling Price $ |
|---|---|---|---|
| NA | NA | | NA |

**DEALER INFORMATION** (Print Name and Address)

Superb Motors Inc 215 Northern Blvd Great Neck NY 11021

**PURCHASER INFORMATION** (Print Name and Address)

Team Auto Sales LLC 4360 US RT 9 Freehold NJ 07728    Date of Sale 6/14/23

**PRIOR OWNER INFORMATION** (Print Name and Address Source of Ownership)

Team Auto Sales LLC 4360 US RT 9 Freehold NJ 07728    Date of Purchase 12-9-22

### ODOMETER DISCLOSURE STATEMENT

Federal and state laws require that you state the mileage of the vehicle described on this certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage may result in fines and/or imprisonment.

The odometer on the vehicle described above has: ☐ 5 digits ☒ 6 digits, not including tenths

☒ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. **WARNING: ODOMETER DISCREPANCY."**

**ODOMETER READING**
2 8 5 3 2
(no tenths)

### DEALER CERTIFICATION:

*I certify:* The vehicle described above was sold to the purchaser on the date indicated. At the time of delivery the purchaser was entitled to register the vehicle. This vehicle complied with equipment requirements of the Commissioner's Regulations. At the time of delivery, such equipment was in condition and repair to render satisfactory and adequate service on the public highway under normal use. Equipment certification does not apply to a vehicle sold as new, wholesale, or salvage. All New York State and local taxes due as a result of this sale have been collected from the purchaser. False statements made herein are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - (SIGN full name) | PRINT full name of dealer or authorized rep. | Date | Dealer Facility No. |
|---|---|---|---|
| [signature] | Superb Motors Inc | 6/14/23 | 7128150 |

| PURCHASER - (SIGN full name) | PRINT full name of purchaser | Date | Selling Dealer NYS Sales Tax No. |
|---|---|---|---|
| [signature] | Team Auto Sales LLC | 6/14/23 | 862372229 |

**PART 2 — DEALER COPY**

MV-50 (03/04)

**ANY CHANGE OR ALTERATION VOIDS THIS CERTIFICATE**

NON TRANSFERABLE

Exhibit C - 7

New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE RECEIPT

☐ Salvage
MV-907A No. _____

### No. EW37455752023

**VEHICLE INFORMATION:**

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|------------------|-----------|-----------|------------------------|
| 2017 | BMW | 230XI | COUP | BK | N/A | 3483 | G | 4 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|---|---|---|
| W B A 2 H 9 C 3 6 H V 9 8 6 9 4 8  0 | | N/A |

**DEALER INFORMATION**

SUPERB MOTORS INC, 215 NORTHERN BLVD, GREAT NECK, NY, 11021, Nassau

| **PURCHASER INFORMATION** | Date of Sale |
|---|---|
| TEAM MITSUBISHI HARTFORD, 398-412 NEW PARK AVE, HARTFORD, CT, 06106 | 11-21-2023 |

| **PRIOR OWNER INFORMATION** | Date of Purchase |
|---|---|
| TEAM AUTO SALES LLC, 4360 US RT 9, FREEHOLD, NJ, 07728, Out Of State Transfer Document | 12-09-2022 |

**ODOMETER DISCLOSURE STATEMENT**

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

■ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

| ODOMETER READING |
|---|
| 0 \| 0 \| 2 \| 8 \| 5 \| 3 \| 2 |
| (no tenths) |

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. WARNING: ODOMETER DISCREPANCY."

Check your odometer reading at: | verifiny.com/check | Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

**DEALER CERTIFICATION**

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full | Date | Seller's Facility No. |
|---|---|---|---|
| | SUPERB MOTORS INC | | 7128150 |

**PURCHASER CONFIRMATION**

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full | Date | Purchaser's Facility No. |
|---|---|---|---|
| | TEAM MITSUBISHI HARTFORD | | |

The authenticity of this document can be verified at verifiny.com/check

### *Any change or Alteration voids this receipt*

Customer copy                                                                 Page 1 of 2

Exhibit C - 8

New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE

### No. EW37455752023

| VEHICLE TRANSFER HISTORY | | | | | |
|---|---|---|---|---|---|
| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
| SUPERB MOTORS INC | TEAM MITSUBISHI HARTFORD | 7128150 | 11 / 21 / 2023 | EMV50 | Yes |
| TEAM AUTO SALES LLC | SUPERB MOTORS INC | | 12 / 09 / 2022 | OSTD | No |

*Any change or Alteration voids this receipt*

Customer copy

Page 2 of 2

Exhibit C - 9

Case 2:23-cv-06188-JMW   Document 112-8   Filed 11/25/23   Page 27 of 69 PageID #: 2540

New York State Department of Motor Vehicles

**RETAIL CERTIFICATE OF SALE**

**TYPE OF SALE**
☐ WHOLESALE *OR* ☐ RETAIL:
☐ New ☒ Used ☐ Demo ☐ Salvage

**VEHICLE INFORMATION:**   No. 62512171   SU1006

| Year | Make | Model | Body Type | Color | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|-------|------------------|-----------|-----------|------------------------|
| 2018 | MEIBE | L55 | CONV | WH | 3897 | G | 8 | 5 |

Vehicle Identification Number: WDDTK7DA4JF052861   Lien(s): LO   Inspection Certificate Number: NA   Date of Inspection: NA   Inspection Station Number: NA

Plate/Permit Number: NA   Number of Dealer Plate Loaned: NA   ☐ Lease Buyout (Insp. Not Required)   Selling Price $ NA

**DEALER INFORMATION** (Print Name and Address)
Superb Motors Inc 215 Northern Blvd Great Neck NY 11021

**PURCHASER INFORMATION** (Print Name and Address)
Team Auto Sales LLC 4360 US RT 9 Freehold NJ 07728   Date of Sale 6/9/23

**PRIOR OWNER INFORMATION** (Print Name and Address Source of Ownership)
H&H Auto Sales Inc 115 S 2 St Unit 10 Bayshore NY 11706   Date of Purchase 3/14/23

**ODOMETER DISCLOSURE STATEMENT**

Federal and state laws require that you state the mileage of the vehicle described on this certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage may result in fines and/or imprisonment.

The odometer on the vehicle described above has:   ☐ 5 digits ☒ 6 digits, not including tenths

☒ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. WARNING: ODOMETER DISCREPANCY."

ODOMETER READING: 4 8 9 1 4 (no tenths)

**DEALER CERTIFICATION:**

I certify: The vehicle described above was sold to the purchaser on the date indicated. At the time of delivery the purchaser was entitled to register the vehicle. This vehicle complied with equipment requirements of the Commissioner's Regulations. At the time of delivery, such equipment was in condition and repair to render satisfactory and adequate service on the public highway under normal use. Equipment certification does not apply to a vehicle sold as new, wholesale, or salvage. All New York State and local taxes due as a result of this sale have been collected from the purchaser. False statements made herein are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| | | | |
|---|---|---|---|
| DEALER (or authorized representative) - (SIGN full name) | PRINT full name of dealer or authorized rep. Superb Motors Inc | Date 6/9/23 | Dealer Facility No. 7128150 |
| PURCHASER - (SIGN full name) | PRINT full name of purchaser Team Auto Sales LLC | Date 6/9/23 | Selling Dealer NYS Sales Tax No. 862372229 |

**PART 2 — DEALER COPY**

MV-50 (03/04)

**ANY CHANGE OR ALTERATION VOIDS THIS CERTIFICATE**

NON TRANSFERABLE
COPY

Exhibit C - 10

New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE RECEIPT

☐ Salvage
MV-907A No. _____

### No. EW37370202023

**VEHICLE INFORMATION:**

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|------------------|-----------|-----------|------------------------|
| 2018 | ME/BE | L55 | CONV | WH | N/A | 3897 | G | 8 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|---|---|---|
| W D D J K 7 D A 4 J F 0 5 2 8 6 1 | 0 | N/A |

### DEALER INFORMATION

SUPERB MOTORS INC, 215 NORTHERN BLVD, GREAT NECK, NY, 11021, Nassau

### PURCHASER INFORMATION

| | Date of Sale |
|---|---|
| TEAM MITSUBISHI HARTFORD, 398-412 NEW PARK AVE, HARTFORD, CT, 06106 | 11-17-2023 |

### PRIOR OWNER INFORMATION

| | Date of Purchase |
|---|---|
| H&H AUTO SALES INC, 115 S 2 ST UNIT 10, BAYSHORE, NY, 11706, NASS<br>Electronic MV-50 Number (EW31122742023) | 03-14-2023 |

### ODOMETER DISCLOSURE STATEMENT

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

■ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

| ODOMETER READING | | | | | | |
|---|---|---|---|---|---|---|
| 0 | 0 | 4 | 8 | 9 | 1 | 4 |
| (no tenths) | | | | | | |

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. WARNING: ODOMETER DISCREPANCY."

Check your odometer reading at: | verifiny.com/check | Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

### DEALER CERTIFICATION

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full<br><br>SUPERB MOTORS INC | Date | Seller's Facility No.<br><br>7128150 |
|---|---|---|---|

### PURCHASER CONFIRMATION

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full<br><br>TEAM MITSUBISHI HARTFORD | Date | Purchaser's Facility No. |
|---|---|---|---|

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*

Customer copy

Page 1 of 2

Exhibit C - 11

New York State Department of Motor Vehicles
**WHOLESALE CERTIFICATE OF SALE**

No. EW37370202023

| VEHICLE TRANSFER HISTORY | | | | | |
|---|---|---|---|---|---|
| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
| SUPERB MOTORS INC | TEAM MITSUBISHI HARTFORD | 7128150 | 11 / 17 / 2023 | EMV50 | Yes |
| H&H AUTO SALES INC | SUPERB MOTORS INC | 7109019 | 03 / 14 / 2023 | EMV50 | No |
| CITIZENS BANK | H&H AUTO SALES INC | | 02 / 24 / 2023 | NYST | No |
| MERCEDES BENZ OF NEW ROCHELLE | CAPITAL AUTO SALES INC | 7099081 | 02 / 18 / 2022 | EMV50 | Yes |
| DAIMLER TRUST | MERCEDES BENZ OF NEWROCHELLE | | 01 / 15 / 2022 | NYST | No |

*Any change or Alteration voids this receipt*

Customer copy

Page 2 of 2

Exhibit C - 12

Case 2:23-cv-06188-JMW   Document 112-8   Filed 11/25/23   Page 31 of 69 PageID #: 2544

**New York State Department of Motor Vehicles**
**RETAIL CERTIFICATE OF SALE**

TYPE OF SALE
☐ WHOLESALE *OR* ☐ RETAIL:
☐ New ☑ Used ☐ Demo ☐ Salvage

No. 62512170    SU1025

**VEHICLE INFORMATION:**

| Year | Make | Model | Body Type | Color | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|---|---|---|---|---|---|---|---|---|
| 2017 | BMW | 440 | 4DSD | BK | 3568 | G | 6 | 5 |

Vehicle Identification Number: WBA4E5C59HG188797   Lien(s): LO

Inspection Certificate Number: —   Date of Inspection: —   Inspection Station Number:

Plate/Permit Number: —   Number of Dealer Plate Loaned: —   ☐ Lease Buyout (Insp. Not Required)   Selling Price $ —

**DEALER INFORMATION** (Print Name and Address)
Superb Motors Inc  215 Northern Blvd Great Neck 11021

**PURCHASER INFORMATION** (Print Name and Address)
Team Auto Sales LLC 4360 US RT9 Freehold NJ 07728   Date of Sale 6.15.23

**PRIOR OWNER INFORMATION** (Print Name and Address Source of Ownership)
German Stars Motor Inc 218 W Center St beebee AR 72012   Date of Purchase 3.10.23

**ODOMETER DISCLOSURE STATEMENT**

Federal and state laws require that you state the mileage of the vehicle described on this certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage may result in fines and/or imprisonment.

The odometer on the vehicle described above has: ☐ 5 digits ☑ 6 digits, not including tenths

☑ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. WARNING: ODOMETER DISCREPANCY."

ODOMETER READING: 46423 (no tenths)

**DEALER CERTIFICATION:**
I certify: The vehicle described above was sold to the purchaser on the date indicated. At the time of delivery the purchaser was entitled to register the vehicle. This vehicle complied with equipment requirements of the Commissioner's Regulations. At the time of delivery, such equipment was in condition and repair to render satisfactory and adequate service on the public highway under normal use. Equipment certification does not apply to a vehicle sold as new, wholesale, or salvage. All New York State and local taxes due as a result of this sale have been collected from the purchaser. False statements made herein are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

DEALER (or authorized representative) - (SIGN full name)   PRINT full name of dealer or authorized rep: Superb Motors Inc   Date 6.15.23   Dealer Facility No 7128150

PURCHASER - (SIGN full name)   PRINT full name of purchaser: Team Auto Sales LLC   Date 6.15.23   Selling Dealer NYS Sales Tax No. 86237229

PART 2 — DEALER COPY

*ANY CHANGE OR ALTERATION VOIDS THIS CERTIFICATE*

MV-50 (03/04)

NON TRANSFERABLE

Exhibit C - 13

☐ Salvage
MV-907A No. _____

**New York State Department of Motor Vehicles**
**WHOLESALE CERTIFICATE OF SALE RECEIPT**

**No. EW37175932023**

## VEHICLE INFORMATION:

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|------------------|-----------|-----------|------------------------|
| 2017 | BMW | 440XI | SEDN | BK | N/A | 3885 | G | 6 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|---|---|---|
| W B A 4 E 5 C 5 9 H G 1 8 8 7 9 7   0 | | N/A |

## DEALER INFORMATION

SUPERB MOTORS INC, 215 NORTHERN BLVD, GREAT NECK, NY, 11021, Nassau

| PURCHASER INFORMATION | Date of Sale |
|---|---|
| TEAM MITSUBISHI HARTFORD, 398-412 NEW PARK AVE, HARTFORD, CT, 06106 | 11-09-2023 |

| PRIOR OWNER INFORMATION | Date of Purchase |
|---|---|
| GERMAN STARS MTR INC, 210 W CENTER ST, BEEBE, AR, 72012, Out Of State Title (761013936308) | 03-10-2023 |

## ODOMETER DISCLOSURE STATEMENT

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

☑ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. WARNING: ODOMETER DISCREPANCY."

| ODOMETER READING |
|---|
| 0 . 0 4 6 4 2 3 |
| (no tenths) |

Check your odometer reading at: | verifiny.com/check | Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

## DEALER CERTIFICATION

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full | Date | Seller's Facility No. |
|---|---|---|---|
| | SUPERB MOTORS INC | | 7128150 |

## PURCHASER CONFIRMATION

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full | Date | Purchaser's Facility No. |
|---|---|---|---|
| | TEAM MITSUBISHI HARTFORD | | |

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*

Customer copy

Page 1 of 2

Exhibit C - 14

New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE

### No. EW37175932023

| VEHICLE TRANSFER HISTORY | | | | | |
|---|---|---|---|---|---|
| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
| SUPERB MOTORS INC | TEAM MITSUBISHI HARTFORD | 7128150 | 11 / 09 / 2023 | EMV50 | Yes |
| GERMAN STARS MTR INC | SUPERB MOTORS INC | | 03 / 10 / 2023 | OOST | No |

*Any change or Alteration voids this receipt*

Customer copy

Page 2 of 2

Exhibit C - 15

Case 2:23-cv-06188-JMW    Document 112-8    Filed 11/25/23    Page 49 of 69 PageID #: 2562

| TYPE OF SALE | New York State Department of Motor Vehicles |
|---|---|
| ☐ WHOLESALE *OR* ☐ RETAIL: ☐ New ☑ Used ☐ Demo ☐ Salvage | **RETAIL CERTIFICATE OF SALE** |

**VEHICLE INFORMATION:**          No. 62512173    SU1204

| Year | Make | Model | Body Type | Color | Weight (Unladen) | Fuel Type: | Cylinders | Adult Seating Capacity |
|---|---|---|---|---|---|---|---|---|
| 2019 | BMW | 5 Series | 4DSD | WH | 3797 | G | 4 | 5 |

| Vehicle Identification Number | Lien(s) | Inspection Certificate Number | Date of Inspection | Inspection Station Number |
|---|---|---|---|---|
| WBAJB1C53KB375171 LO | | NA | NA | NA |

| Plate/Permit Number | Number of Dealer Plate Loaned | ☐ Lease Buyout (Insp. Not Required) | Selling Price $ |
|---|---|---|---|
| NA | NA | | NA |

**DEALER INFORMATION** (Print Name and Address)

Superb Motors INC 215 Northern Blvd Great Neck NY 11021

**PURCHASER INFORMATION** (Print Name and Address)        Date of Sale

Team Auto Sales LLC 4360 US RT 9 Freehold NJ 07728    7-19-23

**PRIOR OWNER INFORMATION** (Print Name and Address Source of Ownership)    Date of Purchase

H&H Auto Sales INC 115 S 2 St Unit 10 Bayshore NY 11706    6-5-23

**ODOMETER DISCLOSURE STATEMENT**

Federal and state laws require that you state the mileage of the vehicle described on this certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage may result in fines and/or imprisonment.

The odometer on the vehicle described above has:    ☐ 5 digits  ☑ 6 digits, not including tenths

☑ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. WARNING: ODOMETER DISCREPANCY."

ODOMETER READING: 6 3 6 8 0 (no tenths)

**DEALER CERTIFICATION:**

*I certify:* The vehicle described above was sold to the purchaser on the date indicated. At the time of delivery the purchaser was entitled to register the vehicle. This vehicle complied with equipment requirements of the Commissioner's Regulations. At the time of delivery, such equipment was in condition and repair to render satisfactory and adequate service on the public highway under normal use Equipment certification does not apply to a vehicle sold as new, wholesale, or salvage. All New York State and local taxes due as a result of this sale have been collected from the purchaser. False statements made herein are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - (SIGN full name) | PRINT full name of dealer or authorized rep. | Date | Dealer Facility No. |
|---|---|---|---|
| *[signature]* | Superb Motors INC | 7-19-23 | 7128150 |

| PURCHASER - (SIGN full name) | PRINT full name of purchaser | Date | Selling Dealer NYS Sales Tax No. |
|---|---|---|---|
| *[signature]* | Team Auto Sales, LLC | 7-19-23 | 862372229 |

**PART 2 — DEALER COPY**

MV-50 (03/04)          **ANY CHANGE OR ALTERATION VOIDS THIS CERTIFICATE**

NON TRANSFERABLE

Exhibit C - 16

☐ Salvage
MV-907A No. _____

**New York State Department of Motor Vehicles**
## WHOLESALE CERTIFICATE OF SALE RECEIPT

### No. EW37174722023

**VEHICLE INFORMATION:**

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|------------------|-----------|-----------|------------------------|
| 2019 | BMW | N/A | 4DSD | WH | N/A | 3797 | G | 4 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|---|---|---|
| W B A J B 1 C 5 3 K B 3 7 5 1 7 1   0 | | N/A |

**DEALER INFORMATION**

SUPERB MOTORS INC, 215 NORTHERN BLVD, GREAT NECK, NY, 11021, Nassau

**PURCHASER INFORMATION**

TEAM MITSUBISHI HARTFORD, 398-412 NEW PARK AVE, HARTFORD, CT, 06106

Date of Sale
11-09-2023

**PRIOR OWNER INFORMATION**

H&H AUTO SALES INC, 115 S 2 ST UNIT 10, BAYSHORE, NY, 11706, NASS
Electronic MV-50 Number (EW33254312023)

Date of Purchase
06-05-2023

## ODOMETER DISCLOSURE STATEMENT

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

☑ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. WARNING: ODOMETER DISCREPANCY."

| ODOMETER READING | | | | | | |
|---|---|---|---|---|---|---|
| 0 | 0 | 6 | 3 | 6 | 8 | 0 |

(no tenths)

Check your odometer reading at: **verifiny.com/check**   Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

**DEALER CERTIFICATION**

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full | Date | Seller's Facility No. |
|---|---|---|---|
| | SUPERB MOTORS INC | | 7128150 |

**PURCHASER CONFIRMATION**

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full | Date | Purchaser's Facility No. |
|---|---|---|---|
| | TEAM MITSUBISHI HARTFORD | | |

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*

Customer copy

Page 1 of 2

Exhibit C - 17

New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE

### No. EW37174722023

| VEHICLE TRANSFER HISTORY | | | | | |
|---|---|---|---|---|---|
| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
| SUPERB MOTORS INC | TEAM MITSUBISHI HARTFORD | 7128150 | 11 / 09 / 2023 | EMV50 | Yes |
| H&H AUTO SALES INC | SUPERB MOTORS INC | 7109019 | 06 / 05 / 2023 | EMV50 | No |
| SANTANDER CONSUMER | H&H AUTO SALES INC | | 04 / 28 / 2023 | NYST | No |

*Any change or Alteration voids this receipt*

Customer copy

Page 2 of 2

Exhibit C - 18

Case 2:23-cv-06188-JMW    Document 112-8    Filed 11/25/23    Page 4 of 69 PageID #: 2517

☐ WHOLESALE *OR* ☐ RETAIL:
☐ New ☒ Used ☐ Demo ☐ Salvage          **RETAIL CERTIFICATE OF SALE**

**VEHICLE INFORMATION:**    SUD461A    No. 62512164

| Year | Make | Model | Body Type | Color | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|-------|------------------|-----------|-----------|------------------------|
| 2012 | JEEP | LBY | SUBN | Blue | 40LD | G | 6 | 5 |

| Vehicle Identification Number | Lien(s) | Inspection Certificate Number | Date of Inspection | Inspection Station Number |
|---|---|---|---|---|
| 1C4PTMAK9CW133196 | 0 | Na | Na | Na |

| Plate/Permit Number | Number of Dealer Plate Loaned | ☐ Lease Buyout (Insp. Not Required) | Selling Price $ Na |
|---|---|---|---|
| Na | Na | | |

**DEALER INFORMATION** *(Print Name and Address)*
Superb Motors inc  215 Northern Blvd  Great Neck NY 11021

**PURCHASER INFORMATION** *(Print Name and Address)*
Team Auto Sales LLC 4360 US RT 9 Freehad NJ 07728       Date of Sale 3/23/23

**PRIOR OWNER INFORMATION** *(Print Name and Address Source of Ownership)*
David Levy 14740 70th Rd Flushing Ny 11367      Date of Purchase 4-28-22

**ODOMETER DISCLOSURE STATEMENT**

Federal and state laws require that you state the mileage of the vehicle described on this certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage may result in fines and/or imprisonment.

The odometer on the vehicle described above has: ☐ 5 digits ☒ 6 digits, not including tenths

☒ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. WARNING: ODOMETER DISCREPANCY."

ODOMETER READING 126000 (no tenths)

**DEALER CERTIFICATION:**

*I certify:* The vehicle described above was sold to the purchaser on the date indicated. At the time of delivery the purchaser was entitled to register the vehicle. This vehicle complied with equipment requirements of the Commissioner's Regulations. At the time of delivery, such equipment was in condition and repair to render satisfactory and adequate service on the public highway under normal use. Equipment certification does not apply to a vehicle sold as new, wholesale, or salvage. All New York State and local taxes due as a result of this sale have been collected from the purchaser. False statements made herein are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - (SIGN full name) | PRINT full name of dealer or authorized rep | Date | Dealer Facility No. |
|---|---|---|---|
| *[signature]* | Superb Motors inc | 3/23/23 | 7128150 |

| PURCHASER - (SIGN full name) | PRINT full name of purchaser | Date | Selling Dealer NYS Sales Tax No. |
|---|---|---|---|
| *[signature]* | Team Auto Sales LLC | 3/23/23 | 862372229 |

PART 2 — DEALER COPY

**ANY CHANGE OR ALTERATION VOIDS THIS CERTIFICATE**

MV-50 (03/04)

NON TRANSFERABLE / COPY

Exhibit C - 19

Case 2:23-cv-06188-JMW   Document 158-2   Filed 03/25/24   Page 104 of 115 PageID #: 3493

☐ Salvage
MV-907A No. _____

**New York State Department of Motor Vehicles**
## WHOLESALE CERTIFICATE OF SALE RECEIPT

### No. EW36316282023

**VEHICLE INFORMATION:**

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|------------------|-----------|-----------|------------------------|
| 2012 | JEEP | LBY | SUBN | BL | N/A | 4060 | G | 6 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|---|---|---|
| 1 C 4 P J M A K 9 C W 1 3 3 1 9 6 | 0 | N/A |

**DEALER INFORMATION**

SUPERB MOTORS INC, 215 NORTHERN BLVD, GREAT NECK, NY, 11021, Nassau

| PURCHASER INFORMATION | Date of Sale |
|---|---|
| VOLKSWAGEN OF FREEHOLD, 4360 US RT 9, FREEHOLD, NJ, 07728 | 10-05-2023 |

| PRIOR OWNER INFORMATION | Date of Purchase |
|---|---|
| DAVID LEVY, 14740 70TH RD, FLUSHING, NY, 11367, Out Of State Title (146418904) | 04-28-2022 |

**ODOMETER DISCLOSURE STATEMENT**

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

■ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

| ODOMETER READING | | | | | | |
|---|---|---|---|---|---|---|
| 0 | 1 | 2 | 6 | 0 | 0 | 0 |
| | | | (no tenths) | | | |

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. WARNING: ODOMETER DISCREPANCY."

Check your odometer reading at: verifiny.com/check    Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

---

**DEALER CERTIFICATION**

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full | Date | Seller's Facility No. |
|---|---|---|---|
| | SUPERB MOTORS INC | | 7128150 |

---

**PURCHASER CONFIRMATION**

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full | Date | Purchaser's Facility No. |
|---|---|---|---|
| | VOLKSWAGEN OF FREEHOLD | | |

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*

Customer copy                                    Page 1 of 2

Exhibit C - 20

New York State Department of Motor Vehicles
WHOLESALE CERTIFICATE OF SALE

No. EW36316282023

| VEHICLE TRANSFER HISTORY | | | | | |
|---|---|---|---|---|---|
| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
| SUPERB MOTORS INC | VOLKSWAGEN OF FREEHOLD | 7128150 | 10 / 05 / 2023 | EMV50 | Yes |
| DAVID LEVY | SUPERB MOTORS INC | | 04 / 28 / 2022 | OOST | No |

*Any change or Alteration voids this receipt*

Customer copy

Page 2 of 2

Exhibit C - 21

**TYPE OF SALE**
☐ WHOLESALE *OR* ☐ RETAIL:
☐ New ☑ Used ☐ Demo ☐ Salvage

New York State Department of Motor Vehicles
**RETAIL CERTIFICATE OF SALE**

No. 62512167    SU1060

**VEHICLE INFORMATION:**

| Year | Make | Model | Body Type | Color | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|-------|------------------|-----------|-----------|------------------------|
| 2020 | ME BE | GT53 | 4DSD | GY | 4470 | G | 6 | 5 |

| Vehicle Identification Number | Lien(s) | Inspection Certificate Number | Date of Inspection | Inspection Station Number |
|------|------|------|------|------|
| W1K7X6BB7LA016406 | LO | NA | NA | NA |

| Plate/Permit Number | Number of Dealer Plate Loaned | Lease Buyout (Insp. Not Required) | Selling Price |
|------|------|------|------|
| NA | NA | ☐ | $ NA |

**DEALER INFORMATION** (Print Name and Address)

Superb Motors Inc. 215 Northern Blvd Great Neck NY 11021

**PURCHASER INFORMATION** (Print Name and Address)

Team Auto Sales LLC 4360 US RT 9 Freehold NJ 07728    Date of Sale 6/9/23

**PRIOR OWNER INFORMATION** (Print Name and Address Source of Ownership)

Daimler Trust P.O. Box 685 Roanoke Tx 76242    Date of Purchase 3/23/23

**ODOMETER DISCLOSURE STATEMENT**

Federal and state laws require that you state the mileage of the vehicle described on this certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage may result in fines and/or imprisonment.

The odometer on the vehicle described above has ☐ 5 digits ☑ 6 digits, not including tenths

☑ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. WARNING: ODOMETER DISCREPANCY."

| ODOMETER READING |
|------|
| 4 1 1 4 7 (no tenths) |

**DEALER CERTIFICATION:**

I certify: The vehicle described above was sold to the purchaser on the date indicated. At the time of delivery the purchaser was entitled to register the vehicle. This vehicle complied with equipment requirements of the Commissioner's Regulations. At the time of delivery, such equipment was in condition and repair to render satisfactory and adequate service on the public highway under normal use. Equipment certification does not apply to a vehicle sold as new, wholesale, or salvage. All New York State and local taxes due as a result of this sale have been collected from the purchaser. False statements made herein are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - (SIGN full name) | PRINT full name of dealer or authorized rep | Date | Dealer Facility No |
|------|------|------|------|
| | Superb Motors Inc | 6/9/23 | 7128150 |

| PURCHASER - (SIGN full name) | PRINT full name of purchaser | Date | Selling Dealer NYS Sales Tax No |
|------|------|------|------|
| | Team Auto Sales LLC | 6/9/23 | 862372229 |

PART 2 — DEALER COPY

ANY CHANGE OR ALTERATION VOIDS THIS CERTIFICATE

MV-50 (03/04)

NON TRANSFERABLE COPY

Exhibit C - 22

☐ Salvage
MV-907A No. _____

New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE RECEIPT

### No. EW36315942023

**VEHICLE INFORMATION:**

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|------------------|-----------|-----------|------------------------|
| 2020 | ME/BE | GT53 | 4DSD | GY | N/A | 4470 | G | 6 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|---|---|---|
| W 1 K 7 X 6 B B 7 L A 0 1 6 4 0 6   0 | | N/A |

**DEALER INFORMATION**

SUPERB MOTORS INC, 215 NORTHERN BLVD, GREAT NECK, NY, 11021, Nassau

**PURCHASER INFORMATION** | Date of Sale

VOLKSWAGEN OF FREEHOLD, 4360 US RT 9, FREEHOLD, NJ, 07728 | 10-05-2023

**PRIOR OWNER INFORMATION** | Date of Purchase

DAIMLER TRUST , PO BOX 685, ROANOKE, TX, 76262, NYS Title (413140T) | 03-23-2023

**ODOMETER DISCLOSURE STATEMENT**

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

■ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. WARNING: ODOMETER DISCREPANCY."

| ODOMETER READING |
|---|
| 0 0 4 1 1 4 7 |
| (no tenths) |

Check your odometer reading at: **verifiny.com/check**   Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

**DEALER CERTIFICATION**

I certify that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full | Date | Seller's Facility No. |
|---|---|---|---|
| | SUPERB MOTORS INC | | 7128150 |

**PURCHASER CONFIRMATION**

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full | Date | Purchaser's Facility No. |
|---|---|---|---|
| | VOLKSWAGEN OF FREEHOLD | | |

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*

Customer copy

Page 1 of 2

Exhibit C - 23

Case 2:23-cv-06188-JMW   Document 158-2   Filed 03/25/24   Page 78 of 115 PageID #: 3467

New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE

### No. EW36315942023

| VEHICLE TRANSFER HISTORY | | | | | |
|---|---|---|---|---|---|
| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
| SUPERB MOTORS INC | VOLKSWAGEN OF FREEHOLD | 7128150 | 10 / 05 / 2023 | EMV50 | Yes |
| DAIMLER TRUST | SUPERB MOTORS INC | | 03 / 23 / 2023 | NYST | No |
| MERCEDES BENZ OF WAPPINGERS FALLS | DAIMLER TRUST | 7120288 | 01 / 13 / 2020 | EMV50 | No |
| MBENZ USA LLC | MERCEDES BENZ OFWAPPINGERS FALLS | | 12 / 31 / 2019 | MCO | No |

*Any change or Alteration voids this receipt*

Customer copy

Page 2 of 2

Exhibit C - 24

Case 2:23-cv-06188-JMW   Document 112-8   Filed 11/25/23   Page 20 of 69 PageID #: 2533

New York State Department of Motor Vehicles

## RETAIL CERTIFICATE OF SALE

**TYPE OF SALE**
☐ WHOLESALE *OR* ☐ RETAIL:
☐ New ,☑ Used ☐ Demo ☐ Salvage

**VEHICLE INFORMATION:**   No. 62512177   SU0912

| Year | Make | Model | Body Type | Color | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|---|---|---|---|---|---|---|---|---|
| 2019 | Maserati | GHI | 4DSD | BK | 4565 | G | 6 | 5 |

| Vehicle Identification Number | Lien(s) | Inspection Certificate Number | Date of Inspection | Inspection Station Number |
|---|---|---|---|---|
| ZAM57YTA4K1314330 | Lo | NA | NA | NA |

| Plate/Permit Number | Number of Dealer Plate Loaned | ☐ Lease Buyout (Insp. Not Required) | Selling Price $ NA |
|---|---|---|---|
| NA | NA | | |

**DEALER INFORMATION** *(Print Name and Address)*

Superb Motors INC 215 Northern Blvd Great Neck NY 11021

**PURCHASER INFORMATION** *(Print Name and Address)*   |   Date of Sale 6/9/23

Team Auto Sales LLC 4360 US RT 9 Freehold NJ 07728

**PRIOR OWNER INFORMATION** *(Print Name and Address Source of Ownership)*   |   Date of Purchase 3/27/23

Sunrise Auto Outlet 189 Sunrise Hwy Amityville NY 11701

### ODOMETER DISCLOSURE STATEMENT

Federal and state laws require that you state the mileage of the vehicle described on this certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage may result in fines and/or imprisonment.

The odometer on the vehicle described above has:   ☐ 5 digits  ☑ 6 digits, not including tenths

☑ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. WARNING: ODOMETER DISCREPANCY."

**ODOMETER READING:** 4 0 4 2 1 (no tenths)

### DEALER CERTIFICATION:

I certify: The vehicle described above was sold to the purchaser on the date indicated. At the time of delivery the purchaser was entitled to register the vehicle. This vehicle complied with equipment requirements of the Commissioner's Regulations. At the time of delivery, such equipment was in condition and repair to render satisfactory and adequate service on the public highway under normal use. Equipment certification does not apply to a vehicle sold as new, wholesale, or salvage. All New York State and local taxes due as a result of this sale have been collected from the purchaser. False statements made herein are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - (SIGN full name) | PRINT full name of dealer or authorized rep | Date | Dealer Facility No. |
|---|---|---|---|
| *[signature]* | Superb Motors inc | 6/9/23 | 7128150 |

| PURCHASER - (SIGN full name) | PRINT full name of purchaser | Date | Selling Dealer NYS Sales Tax No. |
|---|---|---|---|
| *[signature]* | Team Auto Sales LLC | 6/9/23 | 6237 2229 |

**PART 2 — DEALER COPY**

MV-50 (03/04)

*ANY CHANGE OR ALTERATION VOIDS THIS CERTIFICATE*

COPY/ NON TRANSFERABLE

Exhibit C - 25

☐ Salvage
MV-907A No. _____

**New York State Department of Motor Vehicles**
**WHOLESALE CERTIFICATE OF SALE RECEIPT**

**No. EW37370592023**

**VEHICLE INFORMATION:**

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|------------------|-----------|-----------|------------------------|
| 2019 | MASER | GHI | 4DSD | BK | N/A | 4565 | G | 6 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|---|---|---|
| Z A M 5 7 Y T A 4 K 1 3 1 4 3 3 0   0 | | N/A |

**DEALER INFORMATION**

SUPERB MOTORS INC, 215 NORTHERN BLVD, GREAT NECK, NY, 11021, Nassau

| PURCHASER INFORMATION | Date of Sale |
|---|---|
| TEAM MITSUBISHI HARTFORD, 398-412 NEW PARK AVE, HARTFORD, CT, 06106 | 11-17-2023 |

| PRIOR OWNER INFORMATION | Date of Purchase |
|---|---|
| SUNRISE AUTO OUTLET, 189 SUNRISE HWY, AMITYVILLE, NY, 11701, SUFF  Electronic MV-50 Number (EW31449342023) | 03-27-2023 |

**ODOMETER DISCLOSURE STATEMENT**

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

☑ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

| ODOMETER READING | | | | | | |
|---|---|---|---|---|---|---|
| 0 | 0 | 4 | 0 | 4 | 2 | 1 |
| | | | (no tenths) | | | |

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. WARNING: ODOMETER DISCREPANCY."

Check your odometer reading at:  verifiny.com/check    Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

**DEALER CERTIFICATION**

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full | Date | Seller's Facility No. |
|---|---|---|---|
| | SUPERB MOTORS INC | | 7128150 |

**PURCHASER CONFIRMATION**

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full | Date | Purchaser's Facility No. |
|---|---|---|---|
| | TEAM MITSUBISHI HARTFORD | | |

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*

Customer copy

Page 1 of 2

Exhibit C - 26

Case 2:23-cv-06188-JMW   Document 158-2   Filed 03/25/24   Page 102 of 115 PageID #: 3491

New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE

### No. EW37370592023

**VEHICLE TRANSFER HISTORY**

| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
|---|---|---|---|---|---|
| SUPERB MOTORS INC | TEAM MITSUBISHI HARTFORD | 7128150 | 11 / 17 / 2023 | EMV50 | Yes |
| SUNRISE AUTO OUTLET | SUPERB MOTORS INC | 7118449 | 03 / 27 / 2023 | EMV50 | No |
| ROYAL COAST AUTOMOBILE GROUP INC | SUNRISE AUTO OUTLET | 7121983 | 03 / 27 / 2023 | EMV50 | No |
| FERRARI MASERATI OF LONG ISLAND | ROYAL COAST AUTOMOBILE GROUP INC | 7128886 | 12 / 14 / 2022 | EMV50 | No |
| A PLUS PAINTING & ST | FERRARI MASERATI OFLONG ISLAND | | 11 / 29 / 2022 | NYST | No |
| FERRARI MASERATI OF LONG ISLAND | A PLUS PAINTING AND STUCCO CORP | 7103526 | 08 / 23 / 2019 | EMV50 | No |
| GOLD COAST ALFA ROME GOLD COAST MASERATI | FERRARI MASERATI OF LONG ISLAND | 7118766 | 08 / 23 / 2019 | EMV50 | No |
| GOLD COAST MASERATI | GOLD COAST MASERATI | | 07 / 01 / 2019 | NYST | No |
| GOLD COAST MASERATI | GOLD COAST MASERATI | 7118766 | 10 / 22 / 2018 | PMV50 | Yes |
| MNA, INC. | GOLD COAST MASERATI | | 09 / 25 / 2018 | MCO | No |

*Any change or Alteration voids this receipt*

Customer copy

Page 2 of 2

Exhibit C - 27