# EXHIBIT D

EXHIBIT D

SU1324

**SUPPLEMENTAL ASSIGNMENT OF OWNERSHIP AND/OR BILL OF SALE**
Q-1 REV. 11-18

STATE OF CONNECTICUT
**DEPARTMENT OF MOTOR VEHICLES**

**INSTRUCTIONS FOR A VEHICLE:**

1. Complete Sections 1, 2, 3 and the *SIGNATURE AND CERTIFICATION BY SELLER(S) SECTION.*
2. This form can be used as a **BILL OF SALE** or to assign ownership when the assignment areas on the back of a **TITLE** are filled.
3. This form must be accompanied by the most recent **TITLE** issued for the vehicle.

**WARNING: Federal law requires that you state the mileage in connection with a transfer of ownership. Failure to complete the Odometer Disclosure Statement or providing a false statement may result in fines and/or imprisonment.**

**ASSIGNMENT OF OWNERSHIP**

SELLER(S): The undersigned seller(s) hereby state(s) the vehicle described on this title was transferred to the buyer(s) specified below. BUYER(S): Do not sign below until all sections have been completed and signed by seller(s). Signing below indicates you are aware of the CONDITION STATEMENT and ODOMETER DISCLOSURE STATEMENT made by seller(s).

| | | |
|---|---|---|
| **SECTION 1** Vehicle Information | **TITLE NUMBER** BM723862 | **ISSUED BY THE STATE OF:** New Jersey |
| | **MAKE / MODEL** mercedes Benz | **YEAR** 2019 **VEHICLE IDENTIFICATION NUMBER** WDD7X8KB7KA001866 |

Was this vehicle at the time of sale in condition for legal operation on the highway(s) of this state? *(Only Dealers must respond to this question)* ☐ YES ☐ NO

I state that, to the best of my knowledge and belief, the odometer reading specified below reflects the actual mileage, unless one of the following statements is checked:

**ODOMETER READING** *(No tenths)*   ☐ I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits. *(The odometer started at zero again.)*

▼ 69382

☐ I hereby certify that the odometer reading is not actual mileage. **WARNING: ODOMETER DISCREPANCY**

| | | |
|---|---|---|
| **SECTION 2** Buyer(s) | **NAME OF BUYER** *(Please print)* Superb Motors Inc. | **CHECK ONE IF CO-OWNED** ☐ AND ☐ OR **NAME OF CO-BUYER** *(Please print)* | **DEALER'S LIC. NO.** *(If dealer)* |
| | **ADDRESS OF BUYER(S)** 215 Northern BlVD Great Neck, NY 11021 | | |
| | **SIGNATURE OF BUYER(S)** *(Or authorized official)* X | **SIGNATURE OF CO-BUYER** *(Authorized official)* | **DATE SIGNED** 11 7 23 |
| **SECTION 3** Seller(s) | **NAME OF SELLER(S)** *(Please print)* TEAM MITSUBISHI HARTFORD | | **DATE SOLD** 11 7 23 |
| | **ADDRESS OF SELLER(S)** *(Please print)* 398-412 NEW PARK AVE HARTFORD CT 06106 | | **DEALER'S LIC. NO.** *(If dealer)* N2754 |

**SIGNATURE AND CERTIFICATION BY SELLER(S)**

I (we) declare under penalty of false statement that the information furnished above is true and complete to the best of my (our) knowledge and belief. The owner (seller) of this motor vehicle described above hereby transfers to the buyer the described motor vehicle in consideration of the amount (selling price) entered below, receipt hereby acknowledged.

| **SIGNATURE OF SELLER(S)** *(Or authorized official)* | **PRINTED NAME OF SELLER(S)** *(Authorized official)* | **SELLING PRICE** | **DATE SIGNED** |
|---|---|---|---|
| X | Aliyah Bennett | $69,804.00 | 11 7 23 |

Exhibit D - 1

☐ Salvage
MV-907A No. _____

**New York State Department of Motor Vehicles**
**WHOLESALE CERTIFICATE OF SALE RECEIPT**

No. EW36315002023

### VEHICLE INFORMATION:

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|------------------|-----------|-----------|------------------------|
| 2019 | ME/BE | GT63C4S | SEDN | WH | N/A | 4634 | G | 8 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|---|---|---|
| W D D 7 X 8 K B 7 K A 0 0 1 8 6 6 | 0 | N/A |

### DEALER INFORMATION

SUPERB MOTORS INC, 215 NORTHERN BLVD, GREAT NECK, NY, 11021, Nassau

### PURCHASER INFORMATION

| | Date of Sale |
|---|---|
| VOLKSWAGEN OF FREEHOLD, 4360 US RT 9, FREEHOLD, NJ, 07728 | 10-05-2023 |

### PRIOR OWNER INFORMATION

| | Date of Purchase |
|---|---|
| TEAM AUTO SALES LLC, 4360 US RT 9, FREEHOLD, NJ, 07728, Out Of State Transfer Document | 07-17-2023 |

### ODOMETER DISCLOSURE STATEMENT

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

■ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. **WARNING:** ODOMETER DISCREPANCY."

| ODOMETER READING | | | | | | |
|---|---|---|---|---|---|---|
| 0 | 0 | 6 | 9 | 3 | 8 | 2 |
| | | (no tenths) | | | | |

Check your odometer reading at: | verifiny.com/check | Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

### DEALER CERTIFICATION

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full | Date | Seller's Facility No. |
|---|---|---|---|
| | SUPERB MOTORS INC | | 7128150 |

### PURCHASER CONFIRMATION

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full | Date | Purchaser's Facility No. |
|---|---|---|---|
| | VOLKSWAGEN OF FREEHOLD | | |

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*

Customer copy

Page 1 of 2

Exhibit D - 2

New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE

### No. EW36315002023

#### VEHICLE TRANSFER HISTORY

| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
|---|---|---|---|---|---|
| SUPERB MOTORS INC | VOLKSWAGEN OF FREEHOLD | 7128150 | 10 / 05 / 2023 | EMV50 | Yes |
| TEAM AUTO SALES LLC | SUPERB MOTORS INC | | 07 / 17 / 2023 | OSTD | No |
| MERCEDES BENZ OF WHITE PLAINS | DAIMLER TRUST | 2600155 | 10 / 02 / 2019 | EMV50 | No |
| MBUSA | MERCEDES BENZ OFWHITE PLAINS | | 03 / 27 / 2019 | MCO | No |

*Any change or Alteration voids this receipt*

Customer copy

Page 2 of 2

Exhibit D - 3

**SUPPLEMENTAL ASSIGNMENT OF OWNERSHIP AND/OR BILL OF SALE**
Q-1 REV. 11-18

SU0461A

**STATE OF CONNECTICUT**
**DEPARTMENT OF MOTOR VEHICLES**

**INSTRUCTIONS FOR A VEHICLE:**

1. Complete Sections 1, 2, 3 and the *SIGNATURE AND CERTIFICATION BY SELLER(S) SECTION.*
2. This form can be used as a **BILL OF SALE** or to assign ownership when the assignment areas on the back of a **TITLE** are filled.
3. This form must be accompanied by the most recent **TITLE** issued for the vehicle.

**WARNING: Federal law requires that you state the mileage in connection with a transfer of ownership. Failure to complete the Odometer Disclosure Statement or providing a false statement may result in fines and/or imprisonment.**

**ASSIGNMENT OF OWNERSHIP**

SELLER(S): The undersigned seller(s) hereby state(s) the vehicle described on this title was transferred to the buyer(s) specified below. BUYER(S): Do not sign below until all sections have been completed and signed by seller(s). Signing below indicates you are aware of the CONDITION STATEMENT and ODOMETER DISCLOSURE STATEMENT made by seller(s).

| | |
|---|---|
| **TITLE NUMBER** 146418904 | **ISSUED BY THE STATE OF:** Florida |

| | | |
|---|---|---|
| **MAKE / MODEL** Jeep Liberty | **YEAR** 2012 | **VEHICLE IDENTIFICATION NUMBER** 1C4PJMAKACW133196 |

**SECTION 1** Vehicle Information

Was this vehicle at the time of sale in condition for legal operation on the highway(s) of this state? *(Only Dealers must respond to this question)* [ ] YES [ ] NO

I state that, to the best of my knowledge and belief, the odometer reading specified below reflects the actual mileage, unless one of the following statements is checked:

**ODOMETER READING** *(No tenths)*  126,000

[ ] I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits. *(The odometer started at zero again.)*

[ ] I hereby certify that the odometer reading is not actual mileage. WARNING: ODOMETER DISCREPANCY

**SECTION 2** Buyer(s)

| | | |
|---|---|---|
| **NAME OF BUYER** *(Please print)* Superb Motors Inc. | **CHECK ONE IF CO-OWNED** [ ] AND [ ] OR | **NAME OF CO-BUYER** *(Please print)* |
| **ADDRESS OF BUYER(S)** 215 Northern Blvd Great Neck, NY 11021 | | **DEALER'S LIC. NO.** *(If dealer)* |
| **SIGNATURE OF BUYER(S)** *(Or authorized official)* X | **SIGNATURE OF CO-BUYER** *(Authorized official)* | **DATE SIGNED** 11/3/2023 |

**SECTION 3** Seller(s)

| | |
|---|---|
| **NAME OF SELLER(S)** *(Please print)* TEAM MITSUBISHI HARTFORD | **DATE SOLD** 11/3/2023 |
| **ADDRESS OF SELLER(S)** *(Please print)* 398-412 NEW PARK AVE HARTFORD CT 06106 | **DEALER'S LIC. NO.** *(If dealer)* N2754 |

**SIGNATURE AND CERTIFICATION BY SELLER(S)**

I (we) declare under penalty of false statement that the information furnished above is true and complete to the best of my (our) knowledge and belief. The owner (seller) of this motor vehicle described above hereby transfers to the buyer the described motor vehicle in consideration of the amount (selling price) entered below, receipt hereby acknowledged.

| | | | |
|---|---|---|---|
| **SIGNATURE OF SELLER(S)** *(Or authorized official)* X | **PRINTED NAME OF SELLER(S)** *(Authorized official)* Aliyah Bennett | **SELLING PRICE** $3,568.19 | **DATE SIGNED** 11/3/2023 |

Exhibit D - 4

New York State Department of Motor Vehicles

## WHOLESALE CERTIFICATE OF SALE RECEIPT

☐ Salvage
MV-907A No. _____

### No. EW36316282023

**VEHICLE INFORMATION:**

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|------------------|-----------|-----------|------------------------|
| 2012 | JEEP | LBY | SUBN | BL | N/A | 4060 | G | 6 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|---|---|---|
| 1 C 4 P J M A K 9 C W 1 3 3 1 9 6   0 | | N/A |

### DEALER INFORMATION

SUPERB MOTORS INC, 215 NORTHERN BLVD, GREAT NECK, NY, 11021, Nassau

| PURCHASER INFORMATION | Date of Sale |
|---|---|
| VOLKSWAGEN OF FREEHOLD, 4360 US RT 9, FREEHOLD, NJ, 07728 | 10-05-2023 |

| PRIOR OWNER INFORMATION | Date of Purchase |
|---|---|
| DAVID LEVY, 14740 70TH RD, FLUSHING, NY, 11367, Out Of State Title (146418904). | 04-28-2022 |

### ODOMETER DISCLOSURE STATEMENT

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

☑ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. WARNING: ODOMETER DISCREPANCY."

| ODOMETER READING | | | | | | |
|---|---|---|---|---|---|---|
| 0 | 1 | 2 | 6 | 0 | 0 | 0 |
| | | | (no tenths) | | | |

Check your odometer reading at: | verifiny.com/check | Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

### DEALER CERTIFICATION

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full | Date | Seller's Facility No. |
|---|---|---|---|
| | SUPERB MOTORS INC | | 7128150 |

### PURCHASER CONFIRMATION

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full | Date | Purchaser's Facility No. |
|---|---|---|---|
| | VOLKSWAGEN OF FREEHOLD | | |

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*

Customer copy

Page 1 of 2

Exhibit D - 5

New York State Department of Motor Vehicles
WHOLESALE CERTIFICATE OF SALE

No. EW36316282023

| VEHICLE TRANSFER HISTORY | | | | | |
|---|---|---|---|---|---|
| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
| SUPERB MOTORS INC | VOLKSWAGEN OF FREEHOLD | 7128150 | 10 / 05 / 2023 | EMV50 | Yes |
| DAVID LEVY | SUPERB MOTORS INC | | 04 / 28 / 2022 | OOST | No |

*Any change or Alteration voids this receipt*

Customer copy

Page 2 of 2

Exhibit D - 6

Case 2:23-cv-06188-JMW   Document 468-4   Filed 04/15/26   Page 8 of 68 PageID #: 12460

Exhibit D - 7

**SUPPLEMENTAL ASSIGNMENT OF OWNERSHIP AND/OR BILL OF SALE**
Q-1 REV. 11-18

SU1060

STATE OF CONNECTICUT
**DEPARTMENT OF MOTOR VEHICLES**

**INSTRUCTIONS FOR A VEHICLE:**

1. Complete Sections 1, 2, 3 and the *SIGNATURE AND CERTIFICATION BY SELLER(S) SECTION.*
2. This form can be used as a **BILL OF SALE** or to assign ownership when the assignment areas on the back of a **TITLE** are filled.
3. This form must be accompanied by the most recent **TITLE** issued for the vehicle.

**WARNING:  Federal law requires that you state the mileage in connection with a transfer of ownership.  Failure to complete the Odometer Disclosure Statement or providing a false statement may result in fines and/or imprisonment.**

**ASSIGNMENT OF OWNERSHIP**

SELLER(S):  The undersigned seller(s) hereby state(s) the vehicle described on this title was transferred to the buyer(s) specified below.  BUYER(S): Do not sign below until all sections have been completed and signed by seller(s).  Signing below indicates you are aware of the CONDITION STATEMENT and ODOMETER DISCLOSURE STATEMENT made by seller(s).

**SECTION 1**
Vehicle
Information

| TITLE NUMBER | | ISSUED BY THE STATE OF: |
|---|---|---|
| 413140T | | New York |

| MAKE / MODEL | YEAR | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|
| Mercedes-Benz | 2020 | W1K7X6BB7LA016406 |

Was this vehicle at the time of sale in condition for legal operation on the highway(s) of this state? *(Only Dealers must respond to this question)* ☐ YES ☐ NO

I state that, to the best of my knowledge and belief, the odometer reading specified below reflects the actual mileage, unless one of the following statements is checked:

ODOMETER READING *(No tenths)*
▼
**4 1 1 4 7**

☐ I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.  *(The odometer started at zero again.)*

☐ I hereby certify that the odometer reading is not actual mileage.  WARNING: ODOMETER DISCREPANCY

**SECTION 2**
Buyer(s)

| NAME OF BUYER *(Please print)* | CHECK ONE IF CO-OWNED | NAME OF CO-BUYER *(Please print)* | |
|---|---|---|---|
| Superb Motors Inc. | ☐ AND  ☐ OR | | |

| ADDRESS OF BUYER(S) | | | DEALER'S LIC. NO. *(If dealer)* |
|---|---|---|---|
| 215 Northern Blvd Great Neck NY 11021 | | | |

| SIGNATURE OF BUYER(S) *(Or authorized official)* | SIGNATURE OF CO-BUYER *(Authorized official)* | DATE SIGNED |
|---|---|---|
| X | | 11/2/23 |

**SECTION 3**
Seller(s)

| NAME OF SELLER(S) *(Please print)* | DATE SOLD |
|---|---|
| TEAM MITSUBISHI HARTFORD | 11/2/23 |

| ADDRESS OF SELLER(S) *(Please print)* | DEALER'S LIC. NO. *(If dealer)* |
|---|---|
| 398-412 NEW PARK AVE HARTFORD CT 06106 | N2754 |

**SIGNATURE AND CERTIFICATION BY SELLER(S)**

I (we) declare under penalty of false statement that the information furnished above is true and complete to the best of my (our) knowledge and belief.  The owner (seller) of this motor vehicle described above hereby transfers to the buyer the described motor vehicle in consideration of the amount (selling price) entered below, receipt hereby acknowledged.

| SIGNATURE OF SELLER(S) *(Or authorized official)* | PRINTED NAME OF SELLER(S) *(Authorized official)* | SELLING PRICE | DATE SIGNED |
|---|---|---|---|
| X AB | Aliyah Bennett | $ 67,561.00 | 11/2/23 |

☐ Salvage
MV-907A No. _____

New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE RECEIPT

### No. EW36315942023

**VEHICLE INFORMATION:**

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|------------------|-----------|-----------|------------------------|
| 2020 | ME/BE | GT53 | 4DSD | GY | N/A | 4470 | G | 6 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|---|---|---|
| W 1 K 7 X 6 B B 7 L A 0 1 6 4 0 6   0 | | N/A |

**DEALER INFORMATION**

SUPERB MOTORS INC, 215 NORTHERN BLVD, GREAT NECK, NY, 11021, Nassau

| **PURCHASER INFORMATION** | Date of Sale |
|---|---|
| VOLKSWAGEN OF FREEHOLD, 4360 US RT 9, FREEHOLD, NJ, 07728 | 10-05-2023 |

| **PRIOR OWNER INFORMATION** | Date of Purchase |
|---|---|
| DAIMLER TRUST , PO BOX 685, ROANOKE, TX, 76262, NYS Title (413140T) | 03-23-2023 |

**ODOMETER DISCLOSURE STATEMENT**

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

■ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

| ODOMETER READING | | | | | | |
|---|---|---|---|---|---|---|
| 0 | 0 | 4 | 1 | 1 | 4 | 7 |

(no tenths)

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. WARNING: ODOMETER DISCREPANCY."

Check your odometer reading at: | verifiny.com/check | Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

**DEALER CERTIFICATION**

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full | Date | Seller's Facility No. |
|---|---|---|---|
| | SUPERB MOTORS INC | | 7128150 |

**PURCHASER CONFIRMATION**

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full | Date | Purchaser's Facility No. |
|---|---|---|---|
| | VOLKSWAGEN OF FREEHOLD | | |

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*

Customer copy

Page 1 of 2

Exhibit D - 8

New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE

### No. EW36315942023

| VEHICLE TRANSFER HISTORY | | | | | | |
|---|---|---|---|---|---|---|
| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
| SUPERB MOTORS INC | VOLKSWAGEN OF FREEHOLD | 7128150 | 10 / 05 / 2023 | EMV50 | Yes |
| DAIMLER TRUST | SUPERB MOTORS INC | | 03 / 23 / 2023 | NYST | No |
| MERCEDES BENZ OF WAPPINGERS FALLS | DAIMLER TRUST | 7120288 | 01 / 13 / 2020 | EMV50 | No |
| MBENZ USA LLC | MERCEDES BENZ OFWAPPINGERS FALLS | | 12 / 31 / 2019 | MCO | No |

*Any change or Alteration voids this receipt*

Customer copy

Page 2 of 2

Exhibit D - 9

**SUPPLEMENTAL ASSIGNMENT OF OWNERSHIP AND/OR BILL OF SALE**
Q-1 REV. 11-18

SY1336

STATE OF CONNECTICUT
DEPARTMENT OF MOTOR VEHICLES

**INSTRUCTIONS FOR A VEHICLE:**

1. Complete Sections 1, 2, 3 and the *SIGNATURE AND CERTIFICATION BY SELLER(S) SECTION.*
2. This form can be used as a **BILL OF SALE** or to assign ownership when the assignment areas on the back of a **TITLE** are filled.
3. This form must be accompanied by the most recent **TITLE** issued for the vehicle.

**WARNING:** Federal law requires that you state the mileage in connection with a transfer of ownership. Failure to complete the Odometer Disclosure Statement or providing a false statement may result in fines and/or imprisonment.

### ASSIGNMENT OF OWNERSHIP

SELLER(S): The undersigned seller(s) hereby state(s) the vehicle described on this title was transferred to the buyer(s) specified below. BUYER(S): Do not sign below until all sections have been completed and signed by seller(s). Signing below indicates you are aware of the CONDITION STATEMENT and ODOMETER DISCLOSURE STATEMENT made by seller(s).

| | TITLE NUMBER | | ISSUED BY THE STATE OF: |
|---|---|---|---|
| | 761014253688 | | Arkansas |
| | **MAKE / MODEL** | **YEAR** | **VEHICLE IDENTIFICATION NUMBER** |
| **SECTION 1** Vehicle Information | Lexus NX | 2018 | JTJBARBZ9J2171144 |

Was this vehicle at the time of sale in condition for legal operation on the highway(s) of this state? *(Only Dealers must respond to this question)* ☐ YES ☐ NO

I state that, to the best of my knowledge and belief, the odometer reading specified below reflects the actual mileage, unless one of the following statements is checked:

**ODOMETER READING** *(No tenths)*

▼ 74248

☐ I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits. *(The odometer started at zero again.)*

☐ I hereby certify that the odometer reading is not actual mileage. WARNING: ODOMETER DISCREPANCY

| | NAME OF BUYER *(Please print)* | CHECK ONE IF CO-OWNED | NAME OF CO-BUYER *(Please print)* | |
|---|---|---|---|---|
| **SECTION 2** Buyer(s) | Superb Motors Inc. | ☐ AND ☐ OR | | |
| | **ADDRESS OF BUYER(S)** 215 Northern BIVD Great Neck, NY 11021 | | | **DEALER'S LIC. NO.** *(If dealer)* |
| | **SIGNATURE OF BUYER(S)** *(Or authorized official)* X | **SIGNATURE OF CO-BUYER** *(Authorized official)* | | **DATE SIGNED** 11\|7\|23 |
| **SECTION 3** Seller(s) | **NAME OF SELLER(S)** *(Please print)* | | | **DATE SOLD** 11\|7\|23 |
| | **ADDRESS OF SELLER(S)** *(Please print)* | TEAM MITSUBISHI HARTFORD 398-412 NEW PARK AVE HARTFORD CT 06106 | | **DEALER'S LIC. NO.** *(If dealer)* N2754 |

### SIGNATURE AND CERTIFICATION BY SELLER(S)

I (we) declare under penalty of false statement that the information furnished above is true and complete to the best of my (our) knowledge and belief. The owner (seller) of this motor vehicle described above hereby transfers to the buyer the described motor vehicle in consideration of the amount (selling price) entered below, receipt hereby acknowledged.

| SIGNATURE OF SELLER(S) *(Or authorized official)* X ✗ | PRINTED NAME OF SELLER(S) *(Authorized official)* Aliyah Bennett | SELLING PRICE $27,401.00 | DATE SIGNED 11\|7\|23 |
|---|---|---|---|

Exhibit D - 10

☐ Salvage
MV-907A No. _____

New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE RECEIPT

### No. EW36314012023

**VEHICLE INFORMATION:**

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|------------------|-----------|-----------|------------------------|
| 2018 | LEXUS | NX | SUV | WH | N/A | 4050 | G | 4 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|---|---|---|
| J T J B A R B Z 9 J 2 1 7 1 1 4 4 | 0 | N/A |

**DEALER INFORMATION**

SUPERB MOTORS INC, 215 NORTHERN BLVD, GREAT NECK, NY, 11021, Nassau

**PURCHASER INFORMATION** | Date of Sale

VW OF FREEHOLD, 4360 US RT 9, FREEHOLD, NJ, 07728 | 10-05-2023

**PRIOR OWNER INFORMATION** | Date of Purchase

JAWZ AUTO IMPORTS, 11412 N SAGINAW RD, CLIO, MI, 48420,
Out Of State Title (761014253688) | 07-06-2023

**ODOMETER DISCLOSURE STATEMENT**

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

☑ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. WARNING: ODOMETER DISCREPANCY."

| ODOMETER READING |
|---|
| 0 0 7 4 2 4 8 |
| (no tenths) |

Check your odometer reading at: | verifiny.com/check | Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

**DEALER CERTIFICATION**

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full | Date | Seller's Facility No. |
|---|---|---|---|
| | SUPERB MOTORS INC | | 7128150 |

**PURCHASER CONFIRMATION**

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full | Date | Purchaser's Facility No. |
|---|---|---|---|
| | VW OF FREEHOLD | | |

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*

Customer copy

Page 1 of 2

Exhibit D - 11

New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE

### No. EW36314012023

### VEHICLE TRANSFER HISTORY

| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
|---|---|---|---|---|---|
| SUPERB MOTORS INC | VW OF FREEHOLD | 7128150 | 10 / 05 / 2023 | EMV50 | Yes |
| JAWZ AUTO IMPORTS | SUPERB MOTORS INC | | 07 / 06 / 2023 | OOST | No |

*Any change or Alteration voids this receipt*

Customer copy

Page 2 of 2

Exhibit D - 12

Exhibit D - 13

SU1050A

**SUPPLEMENTAL ASSIGNMENT OF OWNERSHIP AND/OR BILL OF SALE**
Q-1 REV. 11-18

STATE OF CONNECTICUT
**DEPARTMENT OF MOTOR VEHICLES**

**INSTRUCTIONS FOR A VEHICLE:**

1. Complete Sections 1, 2, 3 and the *SIGNATURE AND CERTIFICATION BY SELLER(S) SECTION.*
2. This form can be used as a **BILL OF SALE** or to assign ownership when the assignment areas on the back of a **TITLE** are filled.
3. This form must be accompanied by the most recent **TITLE** issued for the vehicle.

**WARNING:** Federal law requires that you state the mileage in connection with a transfer of ownership. Failure to complete the Odometer Disclosure Statement or providing a false statement may result in fines and/or imprisonment.

| ASSIGNMENT OF OWNERSHIP | |
|---|---|

SELLER(S): The undersigned seller(s) hereby state(s) the vehicle described on this title was transferred to the buyer(s) specified below. BUYER(S): Do not sign below until all sections have been completed and signed by seller(s). Signing below indicates you are aware of the CONDITION STATEMENT and ODOMETER DISCLOSURE STATEMENT made by seller(s).

**SECTION 1**
Vehicle
Information

| TITLE NUMBER | ISSUED BY THE STATE OF: |
|---|---|
| 405748F | New York |

| MAKE / MODEL | YEAR | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|
| Land Rover Range rover | 2019 | SALYB2EX4KA782114 |

Was this vehicle at the time of sale in condition for legal operation on the highway(s) of this state? *(Only Dealers must respond to this question)* ☐ YES ☐ NO

I state that, to the best of my knowledge and belief, the odometer reading specified below reflects the actual mileage, unless one of the following statements is checked:

ODOMETER READING *(No tenths)*

60993

☐ I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits. *(The odometer started at zero again.)*

☐ I hereby certify that the odometer reading is not actual mileage. WARNING: ODOMETER DISCREPANCY

**SECTION 2**
Buyer(s)

| NAME OF BUYER *(Please print)* | CHECK ONE IF CO-OWNED | NAME OF CO-BUYER *(Please print)* | |
|---|---|---|---|
| Superb motors Inc. | ☐ AND  ☐ OR | | |

| ADDRESS OF BUYER(S) | | | DEALER'S LIC. NO. *(If dealer)* |
|---|---|---|---|
| 215 Northern BIvd Great Neck NY 11021 | | | |

| SIGNATURE OF BUYER(S) *(Or authorized official)* | SIGNATURE OF CO-BUYER *(Authorized official)* | DATE SIGNED |
|---|---|---|
| X | | 11|2|2023 |

**SECTION 3**
Seller(s)

| NAME OF SELLER(S) *(Please print)* | DATE SOLD |
|---|---|
| TEAM MITSUBISHI HARTFORD | 11|2|2023 |

| ADDRESS OF SELLER(S) *(Please print)* | DEALER'S LIC. NO. *(If dealer)* |
|---|---|
| 398-412 NEW PARK AVE HARTFORD CT 06106 | N2754 |

| SIGNATURE AND CERTIFICATION BY SELLER(S) | |
|---|---|

I (we) declare under penalty of false statement that the information furnished above is true and complete to the best of my (our) knowledge and belief. The owner (seller) of this motor vehicle described above hereby transfers to the buyer the described motor vehicle in consideration of the amount (selling price) entered below, receipt hereby acknowledged.

| SIGNATURE OF SELLER(S) *(Or authorized official)* | PRINTED NAME OF SELLER(S) *(Authorized official)* | SELLING PRICE | DATE SIGNED |
|---|---|---|---|
| X | Aliyah Bennett | $ 31,430.00 | 11|2|2023 |

☐ Salvage
MV-907A No. _____

New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE RECEIPT

### No. EW36315612023

**VEHICLE INFORMATION:**

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|------------------|-----------|-----------|------------------------|
| 2019 | LA/RO | RANGE ROVER VELAR | SUBN | GY | N/A | 4217 | G | 4 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|-------------------------------|---------|--------------------------------|
| S A L Y B 2 E X 4 K A 7 8 2 1 1 4 | 0 | N/A |

**DEALER INFORMATION**

SUPERB MOTORS INC, 215 NORTHERN BLVD, GREAT NECK, NY, 11021, Nassau

| PURCHASER INFORMATION | Date of Sale |
|------------------------|--------------|
| VOLKSWAGEN OF FREEHOLD, 4360 US RT 9, FREEHOLD, NJ, 07728 | 10-05-2023 |

| PRIOR OWNER INFORMATION | Date of Purchase |
|--------------------------|------------------|
| EG BETANCES BETANCES , 3615 WILLETT AVE 3, BRONX, NY, 10467, NYS Title (405748F) | 04-11-2023 |

**ODOMETER DISCLOSURE STATEMENT**

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

■ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

| ODOMETER READING | | | | | | |
|---|---|---|---|---|---|---|
| 0 | 0 | 6 | 0 | 9 | 9 | 3 |

(no tenths)

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. WARNING: ODOMETER DISCREPANCY."

Check your odometer reading at: | verifiny.com/check | Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

---

**DEALER CERTIFICATION**

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full | Date | Seller's Facility No. |
|----------------------------------------------------------|--------------------|------|------------------------|
| | SUPERB MOTORS INC | | 7128150 |

**PURCHASER CONFIRMATION**

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full | Date | Purchaser's Facility No. |
|-------------------------------|--------------------|------|--------------------------|
| | VOLKSWAGEN OF FREEHOLD | | |

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*

Customer copy

Page 1 of 2

Exhibit D - 14

New York State Department of Motor Vehicles
### WHOLESALE CERTIFICATE OF SALE

### No. EW36315612023

| VEHICLE TRANSFER HISTORY | | | | | |
|---|---|---|---|---|---|
| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
| SUPERB MOTORS INC | VOLKSWAGEN OF FREEHOLD | 7128150 | 10 / 05 / 2023 | EMV50 | Yes |
| EG BETANCES BETANCES | SUPERB MOTORS INC | | 04 / 11 / 2023 | NYST | No |
| SUPERB MOTORS INC | estefani betances betances g | 7128150 | 02 / 04 / 2023 | EMV50 | No |
| TEAM AUTO SALES LLC | SUPERB MOTORS INC | | 12 / 02 / 2022 | OSTD | No |

*Any change or Alteration voids this receipt*

Customer copy

Page 2 of 2

Exhibit D - 15

Case 2:23-cv-06188-JMW   Document 468-4   Filed 04/15/26   Page 17 of 68 PageID #: 12469

Exhibit D - 16

**SUPPLEMENTAL ASSIGNMENT OF OWNERSHIP AND/OR BILL OF SALE**
Q-1 REV. 11-18

SU1032

STATE OF CONNECTICUT
DEPARTMENT OF MOTOR VEHICLES

**INSTRUCTIONS FOR A VEHICLE:**

1. Complete Sections 1, 2, 3 and the *SIGNATURE AND CERTIFICATION BY SELLER(S) SECTION.*
2. This form can be used as a **BILL OF SALE** or to assign ownership when the assignment areas on the back of a **TITLE** are filled.
3. This form must be accompanied by the most recent **TITLE** issued for the vehicle.

**WARNING:** Federal law requires that you state the mileage in connection with a transfer of ownership. Failure to complete the Odometer Disclosure Statement or providing a false statement may result in fines and/or imprisonment.

**ASSIGNMENT OF OWNERSHIP**

SELLER(S): The undersigned seller(s) hereby state(s) the vehicle described on this title was transferred to the buyer(s) specified below. BUYER(S): Do not sign below until all sections have been completed and signed by seller(s). Signing below indicates you are aware of the CONDITION STATEMENT and ODOMETER DISCLOSURE STATEMENT made by seller(s).

| | | |
|---|---|---|
| **SECTION 1** Vehicle Information | **TITLE NUMBER** 2516512647 | **ISSUED BY THE STATE OF:** Virginia |
| | **MAKE / MODEL** Mercedes Benz | **YEAR** 2016    **VEHICLE IDENTIFICATION NUMBER** 55SWF4KB5GU101091 |

Was this vehicle at the time of sale in condition for legal operation on the highway(s) of this state? *(Only Dealers must respond to this question)* ☐ YES ☐ NO

I state that, to the best of my knowledge and belief, the odometer reading specified below reflects the actual mileage, unless one of the following statements is checked:

ODOMETER READING *(No tenths)*

6 9 3 0 3

☐ I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits. *(The odometer started at zero again.)*

☐ I hereby certify that the odometer reading is not actual mileage. WARNING: ODOMETER DISCREPANCY

**SECTION 2** Buyer(s)

| **NAME OF BUYER** *(Please print)* Superb Motors Inc. | **CHECK ONE IF CO-OWNED** ☐ AND ☐ OR | **NAME OF CO-BUYER** *(Please print)* | |
|---|---|---|---|
| **ADDRESS OF BUYER(S)** 215 Northern Blvd Great Neck, NY 11021 | | | **DEALER'S LIC. NO.** *(If dealer)* |
| **SIGNATURE OF BUYER(S)** *(Or authorized official)* X | **SIGNATURE OF CO-BUYER** *(Authorized official)* | | **DATE SIGNED** 11 2 2023 |

**SECTION 3** Seller(s)

| **NAME OF SELLER(S)** *(Please print)* TEAM MITSUBISHI HARTFORD | **DATE SOLD** 11 2 2023 |
|---|---|
| **ADDRESS OF SELLER(S)** *(Please print)* 388-412 NEW PARK AVE HARTFORD CT 06106 | **DEALER'S LIC. NO.** *(If dealer)* NZ754 |

**SIGNATURE AND CERTIFICATION BY SELLER(S)**

I (we) declare under penalty of false statement that the information furnished above is true and complete to the best of my (our) knowledge and belief. The owner (seller) of this motor vehicle described above hereby transfers to the buyer the described motor vehicle in consideration of the amount (selling price) entered below, receipt hereby acknowledged.

| **SIGNATURE OF SELLER(S)** *(Or authorized official)* X AWB | **PRINTED NAME OF SELLER(S)** *(Authorized official)* Aliyah Bennett | **SELLING PRICE** $ 19,468.00 | **DATE SIGNED** 11 2 2023 |
|---|---|---|---|

☐ Salvage
MV-907A No. _____

New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE RECEIPT

### No. EW36316112023

**VEHICLE INFORMATION:**

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|------------------|-----------|-----------|------------------------|
| 2016 | ME/BE | C30 | 4DSD | GY | N/A | 3493 | G | 4 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|---|---|---|
| 5 5 S W F 4 K B 5 G U 1 0 1 0 9 1   0 | | N/A |

**DEALER INFORMATION**

SUPERB MOTORS INC, 215 NORTHERN BLVD, GREAT NECK, NY, 11021, Nassau

| PURCHASER INFORMATION | Date of Sale |
|---|---|
| VOLKSWAGEN OF FREEHOLD, 4360 US RT 9, FREEHOLD, NJ, 07728 | 10-05-2023 |

| PRIOR OWNER INFORMATION | Date of Purchase |
|---|---|
| H&H AUTO SALES INC, 115 S 2 ST UNIT 10, BAYSHORE, NY, 11706, NASS<br>Electronic MV-50 Number (EW31000312023) | 03-09-2023 |

**ODOMETER DISCLOSURE STATEMENT**

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

■ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

| ODOMETER READING | | | | | | |
|---|---|---|---|---|---|---|
| 0 | 0 | 6 | 9 | 3 | 0 | 3 |
| | | | (no tenths) | | | |

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. WARNING: ODOMETER DISCREPANCY."

Check your odometer reading at:  verifiny.com/check    Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

---

**DEALER CERTIFICATION**

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full | Date | Seller's Facility No. |
|---|---|---|---|
| | SUPERB MOTORS INC | | 7128150 |

---

**PURCHASER CONFIRMATION**

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full | Date | Purchaser's Facility No. |
|---|---|---|---|
| | VOLKSWAGEN OF FREEHOLD | | |

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*

Customer copy

Page 1 of 2

Exhibit D - 17

New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE

### No. EW36316112023

VEHICLE TRANSFER HISTORY

| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
|---|---|---|---|---|---|
| SUPERB MOTORS INC | VOLKSWAGEN OF FREEHOLD | 7128150 | 10 / 05 / 2023 | EMV50 | Yes |
| H&H AUTO SALES INC | SUPERB MOTORS INC | 7109019 | 03 / 09 / 2023 | EMV50 | No |
| Bethpage FEC | H&H AUTO SALES INC | | 02 / 22 / 2022 | OOST | No |
| KING OF JAMAICA AUTO INC | javier segura ashon | 7112250 | 05 / 02 / 2019 | EMV50 | No |
| daimler trust | KING OF JAMAICAAUTO INC | | 03 / 17 / 2019 | NYST | No |

*Any change or Alteration voids this receipt*

Customer copy

Page 2 of 2

Exhibit D - 18

Exhibit D - 19

**SUPPLEMENTAL ASSIGNMENT OF OWNERSHIP AND/OR BILL OF SALE**
Q-1 REV. 11-18

SYI335

STATE OF CONNECTICUT
DEPARTMENT OF MOTOR VEHICLES

**INSTRUCTIONS FOR A VEHICLE:**

1. Complete Sections 1, 2, 3 and the *SIGNATURE AND CERTIFICATION BY SELLER(S) SECTION.*
2. This form can be used as a **BILL OF SALE** or to assign ownership when the assignment areas on the back of a **TITLE** are filled.
3. This form must be accompanied by the most recent **TITLE** issued for the vehicle.

**WARNING:** Federal law requires that you state the mileage in connection with a transfer of ownership. Failure to complete the Odometer Disclosure Statement or providing a false statement may result in fines and/or imprisonment.

**ASSIGNMENT OF OWNERSHIP**

SELLER(S): The undersigned seller(s) hereby state(s) the vehicle described on this title was transferred to the buyer(s) specified below. BUYER(S): Do not sign below until all sections have been completed and signed by seller(s). Signing below indicates you are aware of the CONDITION STATEMENT and ODOMETER DISCLOSURE STATEMENT made by seller(s).

| SECTION 1 Vehicle Information | TITLE NUMBER 513570P | | ISSUED BY THE STATE OF: New York |
|---|---|---|---|
| | MAKE / MODEL Land rover Range rover | YEAR 2018 | VEHICLE IDENTIFICATION NUMBER SALWR2RV8JA189351 |

Was this vehicle at the time of sale in condition for legal operation on the highway(s) of this state? *(Only Dealers must respond to this question)* ☐ YES ☐ NO

I state that, to the best of my knowledge and belief, the odometer reading specified below reflects the actual mileage, unless one of the following statements is checked:

ODOMETER READING *(No tenths)*
▼
7 2 9 8 3

☐ I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits. *(The odometer started at zero again.)*

☐ I hereby certify that the odometer reading is not actual mileage. WARNING: ODOMETER DISCREPANCY

| SECTION 2 Buyer(s) | NAME OF BUYER *(Please print)* Superb motors Inc. | CHECK ONE IF CO-OWNED ☐ AND ☐ OR | NAME OF CO-BUYER *(Please print)* | |
|---|---|---|---|---|
| | ADDRESS OF BUYER(S) 215 Northern Blvd Great Neck NY 11021 | | | DEALER'S LIC. NO. *(If dealer)* |
| | SIGNATURE OF BUYER(S) *(Or authorized official)* X | | SIGNATURE OF CO-BUYER *(Authorized official)* | DATE SIGNED 11 \ 6 \ 23 |

| SECTION 3 Seller(s) | NAME OF SELLER(S) *(Please print)* | | DATE SOLD 11 \ 6 \ 23 |
|---|---|---|---|
| | ADDRESS OF SELLER(S) *(Please print)* | TEAM MITSUBISHI HARTFORD 398-412 NEW PARK AVE HARTFORD CT 06106 | DEALER'S LIC. NO. *(If dealer)* N2754 |

**SIGNATURE AND CERTIFICATION BY SELLER(S)**

I (we) declare under penalty of false statement that the information furnished above is true and complete to the best of my (our) knowledge and belief. The owner (seller) of this motor vehicle described above hereby transfers to the buyer the described motor vehicle in consideration of the amount (selling price) entered below, receipt hereby acknowledged.

| SIGNATURE OF SELLER(S) *(Or authorized official)* X | PRINTED NAME OF SELLER(S) *(Authorized official)* Aliyah Bennett | SELLING PRICE $36,904.00 | DATE SIGNED 11 \ 6 \ 23 |
|---|---|---|---|

☐ Salvage
MV-907A No. _____

New York State Department of Motor Vehicles
**WHOLESALE CERTIFICATE OF SALE RECEIPT**

### No. EW36314572023

**VEHICLE INFORMATION:**

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|------------------|-----------|-----------|------------------------|
| 2018 | LA/RO | RANGE ROVER | SUBN | WH | N/A | 4839 | G | 6 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|---|---|---|
| S A L W R 2 R V 8 J A 1 8 9 3 5 1 | 0 | N/A |

**DEALER INFORMATION**

SUPERB MOTORS INC, 215 NORTHERN BLVD, GREAT NECK, NY, 11021, Nassau

**PURCHASER INFORMATION**

VW OF FREEHOLD, 4360 US RT 9, FREEHOLD, NJ, 07728

| Date of Sale |
|---|
| 10-05-2023 |

**PRIOR OWNER INFORMATION**

ALANS AUTOS LLC, 445 BROOK AVE, DEER PARK, NY, 11729, SUFF
Electronic MV-50 Number (EW34217972023)

| Date of Purchase |
|---|
| 07-13-2023 |

**ODOMETER DISCLOSURE STATEMENT**

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

☑ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. WARNING: ODOMETER DISCREPANCY."

| | ODOMETER READING | | | | | | |
|---|---|---|---|---|---|---|---|
| | 0 | 0 | 7 | 2 | 9 | 8 | 3 |
| | | | | (no tenths) | | | |

Check your odometer reading at: | verifiny.com/check | Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

**DEALER CERTIFICATION**

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full | Date | Seller's Facility No. |
|---|---|---|---|
| | SUPERB MOTORS INC | | 7128150 |

**PURCHASER CONFIRMATION**

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full | Date | Purchaser's Facility No. |
|---|---|---|---|
| | VW OF FREEHOLD | | |

The authenticity of this document can be verified at verifiny.com/check

### *Any change or Alteration voids this receipt*

Exhibit D - 20

New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE

### No. EW36314572023

VEHICLE TRANSFER HISTORY

| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
|---|---|---|---|---|---|
| SUPERB MOTORS INC | VW OF FREEHOLD | 7128150 | 10 / 05 / 2023 | EMV50 | Yes |
| ALANS AUTOS LLC | SUPERB MOTORS INC | 7061641 | 07 / 13 / 2023 | EMV50 | No |
| RALLYE MOTORS | ALANS AUTOS LLC | 7089181 | 06 / 29 / 2023 | EMV50 | No |
| THOMAS FLOOD | RALLYE MOTORS | | 06 / 05 / 2023 | NYST | No |

*Any change or Alteration voids this receipt*

Customer copy

Page 2 of 2

Exhibit D - 21

4/12/26, 5:23 PM                CARFAX Vehicle History Report for this 2018 LAND ROVER RANGE ROVER SPORT HSE: SALWR2RV8JA189351

|            |        |                                                                                                                          |                                                                                                                                                                                                                                                                                                                                                            |
|------------|--------|--------------------------------------------------------------------------------------------------------------------------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |        |                                                                                                                          | - Vehicle washed/detailed                                                                                                                                                                                                                                                                                                                                  |
| 10/04/2021 |        | Service Facility<br>⭐ 4.3 / 5.0 405 Verified Reviews                                                                     | **Inspection performed**<br>- Alignment checked<br>- Tire checked                                                                                                                                                                                                                                                                                          |
| 10/20/2021 |        | New York<br>Motor Vehicle Dept.<br>Breezy Point, NY                                                                      | **Registration issued or renewed**<br>- Passed safety inspection                                                                                                                                                                                                                                                                                           |
| 10/26/2021 | 51,444 | New York<br>Inspection Station                                                                                           | **Passed safety inspection**<br>- Passed emissions inspection                                                                                                                                                                                                                                                                                              |
| 01/27/2022 | 54,781 | Jaguar Land Rover of Freeport<br>Freeport, NY<br>516-771-9700<br>landroverfreeport.com/<br>⭐ 4.5 / 5.0 288 Verified Reviews<br>❤ 814 Customer Favorites | **Vehicle serviced**<br>- Alignment performed<br>- Brakes checked<br>- Brake rotor(s) replaced<br>- Four wheel alignment performed<br>- Front brake pads replaced<br>- Front brake rotor(s) replaced<br>- Oil and filter changed<br>- Rear brake pads replaced<br>- Rear brake rotor(s) replaced<br>- Tire condition and pressure checked<br>- Vehicle washed/detailed |
| 02/16/2022 | 55,407 | Jaguar Land Rover of Freeport<br>Freeport, NY<br>516-771-9700<br>landroverfreeport.com/<br>⭐ 4.5 / 5.0 288 Verified Reviews<br>❤ 814 Customer Favorites | **Vehicle serviced**<br>- Maintenance inspection completed<br>- Antifreeze/coolant flushed/changed<br>- Oil and filter changed<br>- Water pump gasket replaced<br>- Water pump replaced<br>- Vehicle washed/detailed                                                                                                                                        |
| 03/21/2022 |        | New York<br>Motor Vehicle Dept.<br>Breezy Point, NY                                                                      | **Title issued or updated**<br>- Loan or lien reported<br>- Owner purchased from leasing company                                                                                                                                                                                                                                                           |
| 05/13/2022 | 58,853 | Jaguar Land Rover of Freeport<br>Freeport, NY<br>516-771-9700<br>landroverfreeport.com/<br>⭐ 4.5 / 5.0 288 Verified Reviews<br>❤ 814 Customer Favorites | **Vehicle serviced**<br>- Maintenance inspection completed<br>- Oil and filter changed<br>- Vehicle washed/detailed                                                                                                                                                                                                                                        |
| 07/28/2022 | 61,712 | Jaguar Land Rover Glen Cove<br>Glen Cove, NY<br>516-674-8500<br>jlrlongisland.com<br>⭐ 4.4 / 5.0 145 Verified Reviews<br>❤ 3 Customer Favorites | **Vehicle serviced**<br>- Maintenance inspection completed                                                                                                                                                                                                                                                                                                 |
| 12/06/2022 | 65,784 | New York<br>Inspection Station                                                                                           | **Passed safety inspection**<br>- Passed emissions inspection                                                                                                                                                                                                                                                                                              |
| 02/28/2023 | 68,911 | Jaguar Land Rover Glen Cove<br>Glen Cove, NY<br>516-674-8500<br>jlrlongisland.com<br>⭐ 4.4 / 5.0 145 Verified Reviews<br>❤ 3 Customer Favorites | **Vehicle serviced**<br>- Maintenance inspection completed<br>- Evaporative emissions vent purge valve replaced                                                                                                                                                                                                                                            |
| 06/10/2023 | 72,918 | Rallye Motors<br>Roslyn, NY<br>516-625-1600<br>rallyemotors.com/<br>⭐ 4.8 / 5.0 1,306 Verified Reviews<br>❤ 18,576 Customer Favorites | Vehicle offered for sale                                                                                                                                                                                                                                                                                                                                    |
| 06/18/2023 |        | New York<br>Motor Vehicle Dept.<br>Long Beach, NY                                                                        | **Registration updated when owner moved the vehicle to a new location**                                                                                                                                                                                                                                                                                    |

Exhibit D - 22

4/12/26, 5:23 PM                    CARFAX Vehicle History Report for this 2018 LAND ROVER RANGE ROVER SPORT HSE: SALWR2RV8JA189351

| 06/29/2023 | 72,928 | Rallye Motors<br>Roslyn, NY<br>516-625-1600<br>rallyemotors.com/<br>⭐ 4.8 / 5.0 1,306 Verified Reviews<br>❤️ 18,576 Customer Favorites | Vehicle sold |
| 07/10/2023 | 72,983 | Auto Auction | Vehicle sold<br>- Listed as a dealer vehicle |

> Millions of used vehicles are bought and sold at auction every year.

| 10/31/2023 | 74,986 | Team Mitsubishi Hartford<br>Hartford, CT<br>860-898-9656<br>teammitsubishihartford.com/<br>⭐ 4.4 / 5.0 74 Verified Reviews | Vehicle offered for sale |
| 06/19/2025 | 74,990 | Auto Direct LLC<br>Windsor Locks, CT<br>860-386-0777<br>autodirectct.com/<br>⭐ 4.4 / 5.0 8 Verified Reviews | Vehicle offered for sale |
| 10/06/2025 | 75,992 | Connecticut<br>Inspection Station<br>Windsor Locks, CT | Passed emissions inspection |

👤 **Owner 2**
Purchased: 2025                                                                 Personal Vehicle

| Date | Mileage | Source | Comments |
|------|---------|--------|----------|
| 10/06/2025 | 75,996 | Connecticut<br>Motor Vehicle Dept.<br>Enfield, CT<br>Title #AA6751963 | **Title issued or updated**<br>- Title or registration issued<br>- New owner reported<br>- Vehicle color noted as White |
| 02/17/2026 | 78,625 | Town and Country Auto<br>East Windsor, CT<br>860-623-1967<br>⭐ 4.9 / 5.0 7 Verified Reviews | **Vehicle serviced**<br>- Upper control arm(s) replaced |

Have Questions? Consumers, please visit our Help Center at www.carfax.com. Dealers or Subscribers, please visit our Help Center at www.carfaxonline.com.

**CARFAX**  Glossary

**First Owner**
When the first owner(s) obtains a title from a Department of Motor Vehicles as proof of ownership.

**New Owner Reported**
When a vehicle is sold to a new owner, the Title must be transferred to the new owner(s) at a Department of Motor Vehicles.

**Ownership History**
CARFAX defines an owner as an individual or business that possesses and uses a vehicle. Not all title transactions represent changes in ownership. To provide estimated number of owners, CARFAX proprietary technology analyzes all the events in a vehicle history. Estimated ownership is available for vehicles manufactured after 1991 and titled solely in the US including Puerto Rico. Dealers sometimes opt to take ownership of a vehicle and are required to in the following states: Maine, Massachusetts, New Jersey, Ohio, Oklahoma, Pennsylvania and South Dakota. Please consider this as you review a vehicle's estimated ownership history.

**Title Issued**
A state issues a title to provide a vehicle owner with proof of ownership. Each title has a unique number. Each title or registration record on a CARFAX report does not necessarily indicate a change in ownership. In Canada, a registration and bill of sale are used as proof of ownership.

Follow Us:    facebook.com/CARFAX     @CARFAXinc     About CARFAX

CARFAX DEPENDS ON ITS SOURCES FOR THE ACCURACY AND RELIABILITY OF ITS INFORMATION. THEREFORE, NO RESPONSIBILITY IS ASSUMED BY CARFAX OR ITS AGENTS FOR ERRORS OR OMISSIONS IN THIS REPORT. CARFAX FURTHER EXPRESSLY DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

https://www.carfaxonline.com/vhr/SALWR2RV8JA189351                                                                                    4/6

Exhibit D - 23

Case 2:23-cv-06188-JMW   Document 468-4   Filed 04/15/26   Page 25 of 68 PageID #: 12477

Exhibit D - 24

**SUPPLEMENTAL ASSIGNMENT OF OWNERSHIP AND/OR BILL OF SALE**
Q-1 REV. 11-18

SU1326

STATE OF CONNECTICUT
**DEPARTMENT OF MOTOR VEHICLES**

**INSTRUCTIONS FOR A VEHICLE:**

1. Complete Sections 1, 2, 3 and the *SIGNATURE AND CERTIFICATION BY SELLER(S) SECTION.*
2. This form can be used as a **BILL OF SALE** or to assign ownership when the assignment areas on the back of a **TITLE** are filled.
3. This form must be accompanied by the most recent **TITLE** issued for the vehicle.

**WARNING:** Federal law requires that you state the mileage in connection with a transfer of ownership. Failure to complete the Odometer Disclosure Statement or providing a false statement may result in fines and/or imprisonment.

**ASSIGNMENT OF OWNERSHIP**

SELLER(S): The undersigned seller(s) hereby state(s) the vehicle described on this title was transferred to the buyer(s) specified below. BUYER(S): Do not sign below until all sections have been completed and signed by seller(s). Signing below indicates you are aware of the CONDITION STATEMENT and ODOMETER DISCLOSURE STATEMENT made by seller(s).

**SECTION 1**
Vehicle
Information

| TITLE NUMBER | ISSUED BY THE STATE OF: |
|---|---|
| 1814400714 | OHIO |

| MAKE / MODEL | YEAR | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|
| DODGE CHARGER | 2021 | 2C3CDXHG1MH505823 |

Was this vehicle at the time of sale in condition for legal operation on the highway(s) of this state? *(Only Dealers must respond to this question)* ☐ YES ☐ NO

I state that, to the best of my knowledge and belief, the odometer reading specified below reflects the actual mileage, unless one of the following statements is checked:

ODOMETER READING *(No tenths)*

▼

| 4 5 1 0 4 |

☐ I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits. *(The odometer started at zero again.)*

☐ I hereby certify that the odometer reading is not actual mileage. WARNING: ODOMETER DISCREPANCY

**SECTION 2**
Buyer(s)

| NAME OF BUYER *(Please print)* | CHECK ONE IF CO-OWNED | NAME OF CO-BUYER *(Please print)* | |
|---|---|---|---|
| Superb Motors Inc. | ☐ AND   ☐ OR | | |

| ADDRESS OF BUYER(S) | | | DEALER'S LIC. NO. *(If dealer)* |
|---|---|---|---|
| 215 Northern Blvd Great Neck, NY 11021 | | | |

| SIGNATURE OF BUYER(S) *(Or authorized official)* | SIGNATURE OF CO-BUYER *(Authorized official)* | DATE SIGNED |
|---|---|---|
| X | | 11 6 23 |

**SECTION 3**
Seller(s)

| NAME OF SELLER(S) *(Please print)* | | DATE SOLD |
|---|---|---|
| | TEAM MITSUBISHI HARTFORD | 11 6 23 |

| ADDRESS OF SELLER(S) *(Please print)* | 398-412 NEW PARK AVE | DEALER'S LIC. NO. *(If dealer)* |
|---|---|---|
| | HARTFORD CT 06106 | N2754 |

**SIGNATURE AND CERTIFICATION BY SELLER(S)**

I (we) declare under penalty of false statement that the information furnished above is true and complete to the best of my (our) knowledge and belief. The owner (seller) of this motor vehicle described above hereby transfers to the buyer the described motor vehicle in consideration of the amount (selling price) entered below, receipt hereby acknowledged.

| SIGNATURE OF SELLER(S) *(Or authorized official)* | PRINTED NAME OF SELLER(S) *(Authorized official)* | SELLING PRICE | DATE SIGNED |
|---|---|---|---|
| X DNB | Aliyah Bennett | $ 29,999.00 | 11 6 23 |

☐ Salvage
MV-907A No. _____

New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE RECEIPT

### No. EW36314792023

**VEHICLE INFORMATION:**

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|-------------------|-----------|-----------|------------------------|
| 2021 | DODGE | CHARGER | SEDN | WH | N/A | 4073 | F | 6 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|---|---|---|
| 2 C 3 C D X H G 1 M H 5 0 5 8 2 3 0 | | N/A |

**DEALER INFORMATION**

SUPERB MOTORS INC, 215 NORTHERN BLVD, GREAT NECK, NY, 11021, Nassau

**PURCHASER INFORMATION**

VOLKSWAGEN OF FREEHOLD, 4360 US RT 9, FREEHOLD, NJ, 07728

| | Date of Sale |
|---|---|
| | 10-05-2023 |

**PRIOR OWNER INFORMATION**

STE-MARIE AUTO LTEE, 846 N CLVND MASS RD, BATH, OH, 44333,
Out Of State Title (1814400714)

| | Date of Purchase |
|---|---|
| | 07-14-2023 |

**ODOMETER DISCLOSURE STATEMENT**

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

☑ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. WARNING: ODOMETER DISCREPANCY."

| ODOMETER READING | | | | | | |
|---|---|---|---|---|---|---|
| 0 | 0 | 4 | 5 | 1 | 0 | 4 |

(no tenths)

Check your odometer reading at: | verifiny.com/check | Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

**DEALER CERTIFICATION**

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full | Date | Seller's Facility No. |
|---|---|---|---|
| | SUPERB MOTORS INC | | 7128150 |

**PURCHASER CONFIRMATION**

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full | Date | Purchaser's Facility No. |
|---|---|---|---|
| | VOLKSWAGEN OF FREEHOLD | | |

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*

Customer copy

Page 1 of 2

Exhibit D - 25

New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE

### No. EW36314792023

VEHICLE TRANSFER HISTORY

| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
|---|---|---|---|---|---|
| SUPERB MOTORS INC | VOLKSWAGEN OF FREEHOLD | 7128150 | 10 / 05 / 2023 | EMV50 | Yes |
| STE-MARIE AUTO LTEE | SUPERB MOTORS INC | | 07 / 14 / 2023 | OOST | No |

*Any change or Alteration voids this receipt*

Customer copy

Page 2 of 2

Exhibit D - 26

4/12/26, 4:51 PM

CARFAX Vehicle History Report for this 2021 DODGE CHARGER GT: 2C3CDXHG1MH505823

| Date | Mileage | Source | Detail |
|---|---|---|---|
| | | Ministry of Transportation | - Registered as corporate fleet vehicle<br>- Vehicle color noted as White |
| 04/11/2023 | 45,022 | Fleet/Lease Company | **Vehicle sold**<br>- Odometer reported as 72,456 kilometers |
| 04/17/2023 | | Ste-Marie GM<br>Saint-Remi, QC<br>450-454-4614<br>en.stemarieautomobiles.com/<br>♥ 4 Customer Favorites | **Vehicle offered for sale** |
| 05/17/2023 | | US Dept of Transportation<br>Champlain-Rouses Point, NY | **Vehicle imported and declared to meet US highway safety specifications**<br>- Bond released on 07/11/2023 |
| 05/18/2023 | | Quebec<br>Motor Vehicle Dept. | **Registration issued or renewed**<br>- New owner reported<br>- Vehicle previously registered in Ontario |
| 06/22/2023 | 45,103 | Ohio<br>Motor Vehicle Dept. | **Vehicle purchase reported** |
| 06/24/2023 | | Ohio<br>Motor Vehicle Dept.<br>Akron, OH<br>Title #1814400714 | **Title issued or updated**<br>- New owner reported |
| 06/28/2023 | | Online Listing | **Vehicle offered for sale** |
| 07/10/2023 | 45,104 | Auto Auction | **Vehicle sold**<br>- Listed as a fleet/lease vehicle |

Millions of used vehicles are bought and sold at auction every year.

| Date | Mileage | Source | Detail |
|---|---|---|---|
| 07/19/2023 | | Superb Motors. Inc<br>Great Neck, NY<br>516-821-2280<br>superbmotorgroup.com/<br>★ 3.4 / 5.0 5 Verified Reviews | **Vehicle offered for sale** |
| 10/31/2023 | 45,136 | Team Mitsubishi Hartford<br>Hartford, CT<br>860-898-9656<br>teammitsubishihartford.com/<br>★ 4.4 / 5.0 74 Verified Reviews | **Vehicle offered for sale** |
| 03/21/2024 | | FCA US LLC | **Manufacturer Safety recall issued**<br>- NHTSA #24V-198<br>- Recall #19B 2018-2021 LD LX SABIC INFLATOR<br>- Status: Remedy Available<br><br>Click here for a copy of the owner letter for this Recall or call 1- 800-853-1403 if you have any questions or need additional information on this recall.<br><br>⊖ **Learn more about this recall** |

**Description:** FCA US will conduct a voluntary safety recall on all affected vehicles to replace both SABIC modules.

Material being propelled into an occupied vehicle may cause injury.

**Remedy:** FCA US will conduct a voluntary safety recall on all affected vehicles to replace both SABIC modules.

| Date | Mileage | Source | Detail |
|---|---|---|---|
| 06/18/2025 | 45,138 | Road Ready Used Cars, Inc.<br>Ansonia, CT<br>203-371-6957<br>roadreadyusedcars.com<br>★ 4.0 / 5.0 117 Verified Reviews<br>♥ 49 Customer Favorites | **Vehicle offered for sale** |

https://www.carfaxonline.com/vhr/2C3CDXHG1MH505823

3/5

Exhibit D - 27

4/12/26, 4:51 PM    CARFAX Vehicle History Report for this 2021 DODGE CHARGER GT: 2C3CDXHG1MH505823

| 06/19/2025 | | Road Ready Used Cars, Inc.<br>Ansonia, CT<br>203-371-6957<br>roadreadyusedcars.com<br>⭐ 4.0 / 5.0 117 Verified Reviews<br>❤️ 49 Customer Favorites | 🔧 | Vehicle serviced |
|---|---|---|---|---|
| 06/24/2025 | 45,175 | Connecticut<br>Inspection Station<br>Ansonia, CT | | Passed emissions inspection |
| 08/20/2025 | | Road Ready Used Cars, Inc.<br>Ansonia, CT<br>203-371-6957<br>roadreadyusedcars.com<br>⭐ 4.0 / 5.0 117 Verified Reviews<br>❤️ 49 Customer Favorites | | Vehicle sold |
| 09/11/2025 | | New York<br>Motor Vehicle Dept.<br>Carmel, NY | | Registration issued or renewed<br>- Passed safety inspection |
| 09/18/2025 | 46,818 | New York<br>Inspection Station | | Passed safety inspection<br>- Passed emissions inspection |
| 10/27/2025 | | New York<br>Motor Vehicle Dept.<br>Carmel, NY | | Title issued or updated<br>- New owner reported |

Have Questions? Consumers, please visit our Help Center at www.carfax.com. Dealers or Subscribers, please visit our Help Center at www.carfaxonline.com.

**CARFAX** Glossary

**First Owner**
When the first owner(s) obtains a title from a Department of Motor Vehicles as proof of ownership.

**Fleet Vehicle**
Vehicle was registered or sold to a company that manages vehicle fleets.

**Manufacturer Recall**
Automobile manufacturers issue recall notices to inform vehicle owners of a safety defect or failure to meet minimum federal safety or emissions standards. Manufacturer recalls are repaired at no cost to the customer.

**New Owner Reported**
When a vehicle is sold to a new owner, the Title must be transferred to the new owner(s) at a Department of Motor Vehicles.

**Ownership History**
CARFAX defines an owner as an individual or business that possesses and uses a vehicle. Not all title transactions represent changes in ownership. To provide estimated number of owners, CARFAX proprietary technology analyzes all the events in a vehicle history. Estimated ownership is available for vehicles manufactured after 1991 and titled solely in the US including Puerto Rico. Dealers sometimes opt to take ownership of a vehicle and are required to in the following states: Maine, Massachusetts, New Jersey, Ohio, Oklahoma, Pennsylvania and South Dakota. Please consider this as you review a vehicle's estimated ownership history.

**Title Issued**
A state issues a title to provide a vehicle owner with proof of ownership. Each title has a unique number. Each title or registration record on a CARFAX report does not necessarily indicate a change in ownership. In Canada, a registration and bill of sale are used as proof of ownership.

Follow Us:     facebook.com/CARFAX     @CARFAXinc     About CARFAX

CARFAX DEPENDS ON ITS SOURCES FOR THE ACCURACY AND RELIABILITY OF ITS INFORMATION. THEREFORE, NO RESPONSIBILITY IS ASSUMED BY CARFAX OR ITS AGENTS FOR ERRORS OR OMISSIONS IN THIS REPORT. CARFAX FURTHER EXPRESSLY DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

© 2026 CARFAX, Inc., part of S&P Global. All rights reserved.
4/12/26 3:51:26 PM (CDT)

I have reviewed and received a copy of the CARFAX Vehicle History Report for this 2021 DODGE CHARGER vehicle (VIN: 2C3CDXHG1MH505823), which is based on information supplied to CARFAX and available as of 4/12/26 at 4:51 PM (EDT).

| Customer Signature | | Date | Dealer Signature | | Date |
|---|---|---|---|---|---|

Exhibit D - 28

Exhibit D - 29

**SUPPLEMENTAL ASSIGNMENT OF OWNERSHIP AND/OR BILL OF SALE**
Q-1 REV. 11-18

**SY1333**

STATE OF CONNECTICUT
**DEPARTMENT OF MOTOR VEHICLES**

**INSTRUCTIONS FOR A VEHICLE:**

1. Complete Sections 1, 2, 3 and the *SIGNATURE AND CERTIFICATION BY SELLER(S) SECTION.*
2. This form can be used as a **BILL OF SALE** or to assign ownership when the assignment areas on the back of a **TITLE** are filled.
3. This form must be accompanied by the most recent **TITLE** issued for the vehicle.

**WARNING:** Federal law requires that you state the mileage in connection with a transfer of ownership. Failure to complete the Odometer Disclosure Statement or providing a false statement may result in fines and/or imprisonment.

**ASSIGNMENT OF OWNERSHIP**

SELLER(S): The undersigned seller(s) hereby state(s) the vehicle described on this title was transferred to the buyer(s) specified below. BUYER(S): Do not sign below until all sections have been completed and signed by seller(s). Signing below indicates you are aware of the CONDITION STATEMENT and ODOMETER DISCLOSURE STATEMENT made by seller(s).

**SECTION 1** — Vehicle Information

| TITLE NUMBER | ISSUED BY THE STATE OF: |
|---|---|
| 82436021103 | Pennsylvania |

| MAKE / MODEL | YEAR | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|
| MASERATI LEVANTE | 2017 | ZN661XUAXHX252844 |

Was this vehicle at the time of sale in condition for legal operation on the highway(s) of this state? *(Only Dealers must respond to this question)* ☐ YES ☐ NO

I state that, to the best of my knowledge and belief, the odometer reading specified below reflects the actual mileage, unless one of the following statements is checked:

ODOMETER READING *(No tenths)*

**3 3 1 4 8**

☐ I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits. *(The odometer started at zero again.)*

☐ I hereby certify that the odometer reading is not actual mileage. WARNING: ODOMETER DISCREPANCY

**SECTION 2** — Buyer(s)

| NAME OF BUYER (Please print) | CHECK ONE IF CO-OWNED | NAME OF CO-BUYER (Please print) |
|---|---|---|
| Superb Motors Inc. | ☐ AND  ☐ OR | |

| ADDRESS OF BUYER(S) | DEALER'S LIC. NO. (If dealer) |
|---|---|
| 215 Northern Blvd Great Neck, NY 11021 | |

| SIGNATURE OF BUYER(S) (Or authorized official) | SIGNATURE OF CO-BUYER (Authorized official) | DATE SIGNED |
|---|---|---|
| X | | 11/2/23 |

**SECTION 3** — Seller(s)

| NAME OF SELLER(S) (Please print) | DATE SOLD |
|---|---|
| TEAM MITSUBISHI HARTFORD | 11/2/23 |

| ADDRESS OF SELLER(S) (Please print) | DEALER'S LIC. NO. (If dealer) |
|---|---|
| 398-412 NEW PARK AVE  HARTFORD CT 06106 | N2754 |

**SIGNATURE AND CERTIFICATION BY SELLER(S)**

I (we) declare under penalty of false statement that the information furnished above is true and complete to the best of my (our) knowledge and belief. The owner (seller) of this motor vehicle described above hereby transfers to the buyer the described motor vehicle in consideration of the amount (selling price) entered below, receipt hereby acknowledged.

| SIGNATURE OF SELLER(S) (Or authorized official) | PRINTED NAME OF SELLER(S) (Authorized official) | SELLING PRICE | DATE SIGNED |
|---|---|---|---|
| X DW3 | Aliyah Bennett | $31,779.00 | 11/2/23 |

☐ Salvage
MV-907A No. _____

New York State Department of Motor Vehicles
**WHOLESALE CERTIFICATE OF SALE RECEIPT**

No. EW36314682023

### VEHICLE INFORMATION:

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|------------------|-----------|-----------|------------------------|
| 2017 | MASER | LEVANTE | SUV | WH | N/A | 4649 | G | 6 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|---|---|---|
| Z N 6 6 1 X U A X H X 2 5 2 8 4 4    0 | | N/A |

### DEALER INFORMATION

SUPERB MOTORS INC, 215 NORTHERN BLVD, GREAT NECK, NY, 11021, Nassau

### PURCHASER INFORMATION

VW OF FREEHOLD, 4360 US RT 9, FREEHOLD, NJ, 07728

Date of Sale

10-05-2023

### PRIOR OWNER INFORMATION

FIRST NATL BANK PA, 275 1/2 LARK ST, ALBANY, NY, 12210,
Out Of State Title (82436021103)

Date of Purchase

07-24-2023

### ODOMETER DISCLOSURE STATEMENT

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

☑ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. WARNING: ODOMETER DISCREPANCY."

| ODOMETER READING |
|---|
| 0  0  3  3  1  4  8 |
| (no tenths) |

Check your odometer reading at: | verifiny.com/check | Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

### DEALER CERTIFICATION

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full SUPERB MOTORS INC | Date | Seller's Facility No. 7128150 |
|---|---|---|---|

### PURCHASER CONFIRMATION

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full VW OF FREEHOLD | Date | Purchaser's Facility No. |
|---|---|---|---|

The authenticity of this document can be verified at verifiny.com/check

**Any change or Alteration voids this receipt**

Customer copy

Page 1 of 2

Exhibit D - 30

New York State Department of Motor Vehicles
WHOLESALE CERTIFICATE OF SALE

No. EW36314682023

VEHICLE TRANSFER HISTORY

| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
|---|---|---|---|---|---|
| SUPERB MOTORS INC | VW OF FREEHOLD | 7128150 | 10 / 05 / 2023 | EMV50 | Yes |
| FIRST NATL BANK PA | SUPERB MOTORS INC | | 07 / 24 / 2023 | OOST | No |

*Any change or Alteration voids this receipt*

Customer copy

Page 2 of 2

Exhibit D - 31

4/12/26, 5:22 PM                    CARFAX Vehicle History Report for this 2017 MASERATI LEVANTE: ZN661XUAXHX252844

| Date | Mileage | Source | | Comments |
|---|---|---|---|---|
| 03/08/2022 | 22,962 | Inspection Station | | Passed emissions inspection |
| 05/05/2022 | 25,269 | Valvoline Instant Oil Change<br>Pittsburgh, PA<br>412-734-0322<br>vioc.com<br>★ 4.7 / 5.0 298 Verified Reviews<br>♥ 253 Customer Favorites | 🔧 | Vehicle serviced<br>- Tire condition and pressure checked |
| 07/13/2022 | 29,068 | Rohrich European Motors<br>Wexford, PA<br>412-344-6010<br>rohricheuropeanmotors.com<br>★ 4.6 / 5.0 26 Verified Reviews<br>♥ 1 Customer Favorite | 🔧 | Vehicle serviced |
| 02/16/2023 | | Pennsylvania<br>Motor Vehicle Dept.<br>Bethel Park, PA<br>Title #8243602102 WO | | Title issued or updated<br>- Registration updated when owner moved the vehicle to a new location |
| 06/13/2023 | 33,148 | Pennsylvania<br>Motor Vehicle Dept.<br>Albany, NY<br>Title #8243602103 FI | | Title issued or updated<br>- Titled or registered as lease vehicle |

Two states? Vehicle leasing companies often title a car in one state but register it to be driven in another.

| 07/01/2023 | | Online Listing | | Vehicle offered for sale |
| 07/10/2023 | | Auto Auction | | Vehicle sold<br>- Listed as a fleet/lease vehicle |

Millions of used vehicles are bought and sold at auction every year.

| 07/19/2023 | | Superb Motors. Inc<br>Great Neck, NY<br>516-821-2280<br>superbmotorgroup.com/<br>★ 3.4 / 5.0 5 Verified Reviews | | Vehicle offered for sale |
| 10/31/2023 | 33,166 | Team Mitsubishi Hartford<br>Hartford, CT<br>860-898-9656<br>teammitsubishihartford.com/<br>★ 4.4 / 5.0 74 Verified Reviews | | Vehicle offered for sale |
| 06/20/2025 | 33,256 | Online Listing | | Vehicle offered for sale |
| 10/31/2025 | 33,312 | Online Listing | | Vehicle offered for sale |
| 11/05/2025 | | Auto Auction | | Vehicle sold |
| 11/13/2025 | | EM Motorcars<br>Metuchen, NJ<br>908-300-8919<br>emmotorcars.com/<br>★ 3.5 / 5.0 24 Verified Reviews | | Vehicle offered for sale |

👤 **Owner 3**
Purchased: 2025                                                                      Personal Vehicle

| Date | Mileage | Source | Comments |
|---|---|---|---|
| 12/14/2025 | 33,315 | Massachusetts | Vehicle purchase reported |

Exhibit D - 32

4/12/26, 5:22 PM

Motor Vehicle Dept.

| 12/22/2025 | 33,762 | Boch Exotics<br>Norwood, MA<br>781-769-8800<br>https://bochexotics.com/<br>⭐ 4.4 / 5.0 16 Verified Reviews<br>❤️ 1 Customer Favorite | 🔧 | Vehicle serviced<br>- Wheel locks removed |
|---|---|---|---|---|
| 12/22/2025 | | Massachusetts<br>Motor Vehicle Dept.<br>Everett, MA<br>Title #CM056352 | | Registration issued or renewed<br>- New owner reported<br>- Loan or lien reported<br>- Vehicle color noted as White |
| 12/23/2025 | | Sega Auto Sales<br>Malden, MA<br>781-324-2334<br>segaautosales.com/<br>⭐ 5.0 / 5.0 7 Verified Reviews | 🔧 | Vehicle serviced<br>- Brake caliper(s) replaced<br>- Brake pads replaced<br>- Fluids checked<br>- Front brake pads replaced<br>- Oil and filter changed<br>- Rear brake pads replaced |
| 12/23/2025 | 33,795 | Massachusetts<br>Inspection Station<br>Everett, MA | | Passed safety inspection<br>- Passed emissions inspection |
| 01/05/2026 | | Massachusetts<br>Motor Vehicle Dept.<br>Everett, MA<br>Title #CM056352 | | Title issued or updated<br>- Loan or lien reported<br>- Vehicle color noted as White |



 Avoid financial headaches. Make sure the loan has been paid off if you're buying from a private seller. Learn More

| 04/10/2026 | | Service Facility | 🔧 | Vehicle serviced |
|---|---|---|---|---|

Have Questions? Consumers, please visit our Help Center at www.carfax.com. Dealers or Subscribers, please visit our Help Center at www.carfaxonline.com.

## CARFAX Glossary

**First Owner**
When the first owner(s) obtains a title from a Department of Motor Vehicles as proof of ownership.

**Lease**
When someone leases a car from a dealer, the dealer actually sells the vehicle to a leasing company. The leasing company then collects payments for the vehicle from the new owner for 24, 36, 48 or more months. A leasing company can be an independent car dealer or a car manufacturer.

**New Owner Reported**
When a vehicle is sold to a new owner, the Title must be transferred to the new owner(s) at a Department of Motor Vehicles.

**Ownership History**
CARFAX defines an owner as an individual or business that possesses and uses a vehicle. Not all title transactions represent changes in ownership. To provide estimated number of owners, CARFAX proprietary technology analyzes all the events in a vehicle history. Estimated ownership is available for vehicles manufactured after 1991 and titled solely in the US including Puerto Rico. Dealers sometimes opt to take ownership of a vehicle and are required to in the following states: Maine, Massachusetts, New Jersey, Ohio, Oklahoma, Pennsylvania and South Dakota. Please consider this as you review a vehicle's estimated ownership history.

**Title Issued**
A state issues a title to provide a vehicle owner with proof of ownership. Each title has a unique number. Each title or registration record on a CARFAX report does not necessarily indicate a change in ownership. In Canada, a registration and bill of sale are used as proof of ownership.

Follow Us:    facebook.com/CARFAX     @CARFAXinc     About CARFAX

CARFAX DEPENDS ON ITS SOURCES FOR THE ACCURACY AND RELIABILITY OF ITS INFORMATION. THEREFORE, NO RESPONSIBILITY IS ASSUMED BY CARFAX OR ITS AGENTS FOR ERRORS OR OMISSIONS IN THIS REPORT. CARFAX FURTHER EXPRESSLY DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

© 2026 CARFAX, Inc., part of S&P Global. All rights reserved.
4/12/26 4:21:41 PM (CDT)

I have reviewed and received a copy of the CARFAX Vehicle History Report for this 2017 MASERATI LEVANTE vehicle (VIN: ZN661XUAXHX252844), which is based on information supplied to CARFAX and available as of 4/12/26 at 5:21 PM (EDT).

https://www.carfaxonline.com/vhr/ZN661XUAXHX252844

Exhibit D - 33

**SUPPLEMENTAL ASSIGNMENT OF OWNERSHIP AND/OR BILL OF SALE**
Q-1 REV. 11-18

SU1302

STATE OF CONNECTICUT
**DEPARTMENT OF MOTOR VEHICLES**

**INSTRUCTIONS FOR A VEHICLE:**

1. Complete Sections 1, 2, 3 and the *SIGNATURE AND CERTIFICATION BY SELLER(S) SECTION.*
2. This form can be used as a **BILL OF SALE** or to assign ownership when the assignment areas on the back of a **TITLE** are filled.
3. This form must be accompanied by the most recent **TITLE** issued for the vehicle.

**WARNING: Federal law requires that you state the mileage in connection with a transfer of ownership. Failure to complete the Odometer Disclosure Statement or providing a false statement may result in fines and/or imprisonment.**

**ASSIGNMENT OF OWNERSHIP**

SELLER(S): The undersigned seller(s) hereby state(s) the vehicle described on this title was transferred to the buyer(s) specified below. BUYER(S): Do not sign below until all sections have been completed and signed by seller(s). Signing below indicates you are aware of the CONDITION STATEMENT and ODOMETER DISCLOSURE STATEMENT made by seller(s).

**SECTION 1**
Vehicle Information

| TITLE NUMBER | | ISSUED BY THE STATE OF: |
|---|---|---|
| BM698604 | | New Jersey |
| MAKE / MODEL | YEAR | VEHICLE IDENTIFICATION NUMBER |
| Bmw X3 | 2017 | 5UXWX9C50H0T046666 |

Was this vehicle at the time of sale in condition for legal operation on the highway(s) of this state? *(Only Dealers must respond to this question)* ☐ YES ☐ NO

I state that, to the best of my knowledge and belief, the odometer reading specified below reflects the actual mileage, unless one of the following statements is checked:

ODOMETER READING *(No tenths)*
▼
76764

☐ I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits. *(The odometer started at zero again.)*

☐ I hereby certify that the odometer reading is not actual mileage. WARNING: ODOMETER DISCREPANCY

**SECTION 2**
Buyer(s)

| NAME OF BUYER *(Please print)* | CHECK ONE IF CO-OWNED | NAME OF CO-BUYER *(Please print)* | |
|---|---|---|---|
| Superb Motors Inc. | ☐ AND   ☐ OR | | |
| ADDRESS OF BUYER(S) | | | DEALER'S LIC. NO. *(If dealer)* |
| 215 Northern Blvd Great Neck, NY 11021 | | | |
| SIGNATURE OF BUYER(S) *(Or authorized official)* | SIGNATURE OF CO-BUYER *(Authorized official)* | | DATE SIGNED |
| X | | | 11/2/23 |

**SECTION 3**
Seller(s)

| NAME OF SELLER(S) *(Please print)* | | DATE SOLD |
|---|---|---|
| | TEAM MITSUBISHI HARTFORD | 11/2/23 |
| ADDRESS OF SELLER(S) *(Please print)* | 398-412 NEW PARK AVE HARTFORD CT 06106 | |
| | | DEALER'S LIC. NO. *(If dealer)* |
| | | N2754 |

**SIGNATURE AND CERTIFICATION BY SELLER(S)**

I (we) declare under penalty of false statement that the information furnished above is true and complete to the best of my (our) knowledge and belief. The owner (seller) of this motor vehicle described above hereby transfers to the buyer the described motor vehicle in consideration of the amount (selling price) entered below, receipt hereby acknowledged.

| SIGNATURE OF SELLER(S) *(Or authorized official)* | PRINTED NAME OF SELLER(S) *(Authorized official)* | SELLING PRICE | DATE SIGNED |
|---|---|---|---|
| X AB | Aliyah Bennett | $19,246.00 | 11/2/23 |

☐ Salvage
MV-907A No. _____

**New York State Department of Motor Vehicles**
## WHOLESALE CERTIFICATE OF SALE RECEIPT

### No. EW36315182023

**VEHICLE INFORMATION:**

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|------------------|-----------|-----------|------------------------|
| 2017 | BMW | X3 | SUV | BK | N/A | 4150 | G | 4 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|-------------------------------|---------|---------------------------------|
| 5 U X W X 9 C 5 0 H 0 T 0 4 6 6 6   0 | | N/A |

**DEALER INFORMATION**

SUPERB MOTORS INC, 215 NORTHERN BLVD, GREAT NECK, NY, 11021, Nassau

**PURCHASER INFORMATION**

VOLKSWAGEN OF FREEHOLD, 4360 US RT 9, FREEHOLD, NJ, 07728

Date of Sale: 10-05-2023

**PRIOR OWNER INFORMATION**

AUTO LNDRS LIQ CTR, 1051 N BLK HORSE PK, WILLIAMSTOWN, NJ, 08094,
Out Of State Title (DA20231651113)

Date of Purchase: 06-30-2023

**ODOMETER DISCLOSURE STATEMENT**

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

■ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. WARNING: ODOMETER DISCREPANCY."

ODOMETER READING

| 0 | 0 | 7 | 6 | 7 | 6 | 4 |
|---|---|---|---|---|---|---|

(no tenths)

Check your odometer reading at: | verifiny.com/check | Processing States with questions about this oMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

**DEALER CERTIFICATION**

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full | Date | Seller's Facility No. |
|---|---|---|---|
| | SUPERB MOTORS INC | | 7128150 |

**PURCHASER CONFIRMATION**

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full | Date | Purchaser's Facility No. |
|---|---|---|---|
| | VOLKSWAGEN OF FREEHOLD | | |

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*

Customer copy

Page 1 of 2

Exhibit D - 35

Case 2:23-cv-06188-JMW   Document 158-2   Filed 03/25/24   Page 46 of 115 PageID #: 3435

New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE

### No. EW36315182023

### VEHICLE TRANSFER HISTORY

| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
|---|---|---|---|---|---|
| SUPERB MOTORS INC | VOLKSWAGEN OF FREEHOLD | 7128150 | 10 / 05 / 2023 | EMV50 | Yes |
| AUTO LNDRS LIQ CTR | SUPERB MOTORS INC | | 06 / 30 / 2023 | OOST | No |

*Any change or Alteration voids this receipt*

Customer copy

Page 2 of 2

Exhibit D - 36

4/12/26, 5:46 PM

CARFAX Vehicle History Report for this 2017 BMW X3 XDRIVE28I: 5UXWX9C50H0T04666

| | | Motor Vehicle Dept.<br>Newtown Square, PA<br>Title #7862436702 AU | - Titled or registered as lease vehicle |
| --- | --- | --- | --- |
| 09/27/2022 | | New Jersey<br>Motor Vehicle Dept.<br>Medford, NJ | **Registration issued or renewed**<br>- Vehicle color noted as Black |

👤 **Owner 3**
Purchased: 2022

Personal Vehicle

| Date | Mileage | Source | Comments |
| --- | --- | --- | --- |
| 09/27/2022 | 68,784 | New Jersey<br>Motor Vehicle Dept.<br>Medford, NJ<br>Title #GD20222701965 | **Title issued or updated**<br>- New owner reported<br>- Loan or lien reported<br>- Vehicle color noted as Black |
| 10/05/2022 | 69,097 | New Jersey<br>Inspection Station | **Passed emissions inspection** |
| 06/12/2023 | | Online Listing | **Vehicle offered for sale** |
| 06/14/2023 | 76,764 | New Jersey<br>Motor Vehicle Dept.<br>Williamstown, NJ<br>Title #DA20231651113 | **Dealer took registration of this vehicle**<br>- Title issued or updated<br>- Dealer took title of this vehicle while it was in inventory<br>- Vehicle color noted as Black |
| 06/26/2023 | | Auto Auction | **Vehicle sold**<br>- Listed as a fleet/lease vehicle |

> Millions of used vehicles are bought and sold at auction every year.

| 07/02/2023 | | Superb Motors. Inc<br>Great Neck, NY<br>516-821-2280<br>superbmotorgroup.com/<br>⭐ 3.4 / 5.0 5 Verified Reviews | **Vehicle offered for sale** |
| --- | --- | --- | --- |
| 11/02/2023 | 76,772 | Team Mitsubishi Hartford<br>Hartford, CT<br>860-898-9656<br>teammitsubishihartford.com/<br>⭐ 4.4 / 5.0 74 Verified Reviews | **Vehicle offered for sale** |
| 06/14/2025 | | Auto Auction | **Vehicle sold** |
| 06/26/2025 | 76,774 | Serpentini Chevrolet of Tallmadge<br>Tallmadge, OH<br>234-542-8305<br>serpentinitallmadge.com/<br>⭐ 4.3 / 5.0 767 Verified Reviews<br>❤️ 8,931 Customer Favorites | **Vehicle offered for sale** |
| 07/31/2025 | | Serpentini Chevrolet of Tallmadge<br>Tallmadge, OH<br>234-542-8305<br>serpentinitallmadge.com<br>⭐ 4.3 / 5.0 767 Verified Reviews<br>❤️ 8,931 Customer Favorites | **Vehicle serviced**<br>- Pre-delivery inspection completed<br>- Electrical system checked<br>- Oil and filter changed<br>- Tires rotated<br>- Vehicle washed/detailed |

> Looks like this dealer serviced the car in order to prepare it for sale. That's a good thing!

| 08/01/2025 | 76,794 | BMW of Akron<br>Akron, OH | **Vehicle serviced**<br>- Maintenance inspection completed |
| --- | --- | --- | --- |

https://www.carfaxonline.com/vhr/5UXWX9C50H0T04666

6/9

Exhibit D - 37

4/12/26, 5:46 PM

CARFAX Vehicle History Report for this 2017 BMW X3 XDRIVE28I: 5UXWX9C50H0T04666

330-762-0791
bmwakron.com/used-cars-akron-oh.html

⭐ 4.6 / 5.0 150 Verified Reviews
❤️ 11 Customer Favorites

- Computer(s) checked
- Wiring repaired

---

👤 **Owner 4**
Purchased: 2025                                                                 Personal Vehicle

| Date | Mileage | Source | | Comments |
|------|---------|--------|---|----------|
| 08/25/2025 | 76,812 | Ohio<br>Motor Vehicle Dept. | | **Vehicle purchase reported** |
| 08/26/2025 | | Serpentini Chevrolet of Tallmadge<br>Tallmadge, OH<br>234-542-8305<br>serpentinitallmadge.com<br>⭐ 4.3 / 5.0 767 Verified Reviews<br>❤️ 8,931 Customer Favorites | 🔧 | **Vehicle serviced**<br>- Tire condition and pressure checked<br>- Tire pressure sensor reprogrammed<br>- Tire(s) replaced |
| 09/19/2025 | | Ohio<br>Motor Vehicle Dept.<br>Mogadore, OH<br>Title #7709936965 | | **Title issued or updated**<br>- New owner reported<br>- Loan or lien reported |

Avoid financial headaches. Make sure the loan has been paid off if you're buying from a private seller. Learn More

| 09/24/2025 | 78,000 | Ohio<br>Inspection Station | | **Passed emissions inspection** |

Have Questions? Consumers, please visit our Help Center at www.carfax.com. Dealers or Subscribers, please visit our Help Center at www.carfaxonline.com.

---

**CARFAX** Glossary

**Damage Indicator**
Damage can be a result of many different types of events. Examples include contact with objects (other cars, trees, traffic signs, road debris, etc), vandalism, or weather-related events. Not every damage event is reported to CARFAX. As details about the damage event become available, those additional details are added to the CARFAX Vehicle History Report. CARFAX recommends that you have this vehicle inspected by a qualified mechanic.

- This CARFAX Vehicle History Report is based only on information supplied to CARFAX and available as of 4/12/26 at 4:45:39 PM (CDT). Other information about this vehicle, including problems, may not have been reported to CARFAX. Use this report as one important tool, along with a vehicle inspection and test drive, to make a better decision about your next used car.

**Damage Severity**
Damage events result in one of the following severity levels:

- Minor: Generally, minor damage is cosmetic (including dents or scratches), may only require reconditioning, and typically does not compromise a vehicle's operation and/or safety.
- Moderate: Moderate damage may affect multiple components of the vehicle and may impair the vehicle's operation and/or safety.
- Severe: Severe damage usually affects multiple components of the vehicle and is likely to compromise the vehicle's operation and/or safety.

CARFAX recommends getting a pre-purchase inspection at a certified collision repair facility.

**First Owner**
When the first owner(s) obtains a title from a Department of Motor Vehicles as proof of ownership.

**Fleet Vehicle**
Vehicle was registered or sold to a company that manages vehicle fleets.

**Lease**
When someone leases a car from a dealer, the dealer actually sells the vehicle to a leasing company. The leasing company then collects payments for the vehicle from the new owner for 24, 36, 48 or more months. A leasing company can be an independent car dealer or a car manufacturer.

**New Owner Reported**
When a vehicle is sold to a new owner, the Title must be transferred to the new owner(s) at a Department of Motor Vehicles.

**Ownership History**
CARFAX defines an owner as an individual or business that possesses and uses a vehicle. Not all title transactions represent changes in ownership. To provide estimated number of owners, CARFAX proprietary technology analyzes all the events in a vehicle history. Estimated ownership is available for vehicles manufactured after 1991 and titled solely in the US including Puerto Rico. Dealers sometimes opt to take ownership of a vehicle and are required to in the following states: Maine, Massachusetts, New Jersey, Ohio, Oklahoma, Pennsylvania and South Dakota. Please consider this as you review a vehicle's estimated ownership history.

https://www.carfaxonline.com/vhr/5UXWX9C50H0T04666

7/9

Exhibit D - 38

Exhibit D - 39

**SUPPLEMENTAL ASSIGNMENT OF OWNERSHIP AND/OR BILL OF SALE**
Q-1 REV. 11-18

SU1126A

STATE OF CONNECTICUT
**DEPARTMENT OF MOTOR VEHICLES**

**INSTRUCTIONS FOR A VEHICLE:**

1. Complete Sections 1, 2, 3 and the *SIGNATURE AND CERTIFICATION BY SELLER(S) SECTION.*
2. This form can be used as a **BILL OF SALE** or to assign ownership when the assignment areas on the back of a **TITLE** are filled.
3. This form must be accompanied by the most recent **TITLE** issued for the vehicle.

**WARNING:** Federal law requires that you state the mileage in connection with a transfer of ownership. **Failure to** complete the Odometer Disclosure Statement or providing a false statement may result in fines and/or imprisonment.

## ASSIGNMENT OF OWNERSHIP

SELLER(S): The undersigned seller(s) hereby state(s) the vehicle described on this title was transferred to the buyer(s) specified below. BUYER(S): Do not sign below until all sections have been completed and signed by seller(s). Signing below indicates you are aware of the CONDITION STATEMENT and ODOMETER DISCLOSURE STATEMENT made by seller(s).

**SECTION 1**
Vehicle Information

| TITLE NUMBER | ISSUED BY THE STATE OF: |
|---|---|
| 310123A | NY |

| MAKE / MODEL | YEAR | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|
| DODGE Durango | 2018 | IC4RDHDG7JC438967 |

Was this vehicle at the time of sale in condition for legal operation on the highway(s) of this state? *(Only Dealers must respond to this question)* ☐ YES ☐ NO

I state that, to the best of my knowledge and belief, the odometer reading specified below reflects the actual mileage, unless one of the following statements is checked:

ODOMETER READING *(No tenths)*
▼
5 7 5 3 1

☐ I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits. *(The odometer started at zero again.)*

☐ I hereby certify that the odometer reading is not actual mileage. WARNING: ODOMETER DISCREPANCY

**SECTION 2**
Buyer(s)

| NAME OF BUYER *(Please print)* | CHECK ONE IF CO-OWNED | NAME OF CO-BUYER *(Please print)* |
|---|---|---|
| Superb Motors Inc. | ☐ AND  ☐ OR | |

| ADDRESS OF BUYER(S) | | DEALER'S LIC. NO. *(If dealer)* |
|---|---|---|
| 215 Northern BIvd Great neck ny, 11021 | | |

| SIGNATURE OF BUYER(S) *(Or authorized official)* | SIGNATURE OF CO-BUYER *(Authorized official)* | DATE SIGNED |
|---|---|---|
| X | | 11/2/23 |

**SECTION 3**
Seller(s)

| NAME OF SELLER(S) *(Please print)* | DATE SOLD |
|---|---|
| | 11/2/23 |

| ADDRESS OF SELLER(S) *(Please print)* | DEALER'S LIC. NO. *(If dealer)* |
|---|---|
| TEAM MITSUBISHI HARTFORD 398-412 NEW PARK AVE HARTFORD CT 06106 | N2754 |

## SIGNATURE AND CERTIFICATION BY SELLER(S)

I (we) declare under penalty of false statement that the information furnished above is true and complete to the best of my (our) knowledge and belief. The owner (seller) of this motor vehicle described above hereby transfers to the buyer the described motor vehicle in consideration of the amount (selling price) entered below, receipt hereby acknowledged.

| SIGNATURE OF SELLER(S) *(Or authorized official)* | PRINTED NAME OF SELLER(S) *(Authorized official)* | SELLING PRICE | DATE SIGNED |
|---|---|---|---|
| X AB | Aliyah Bennett | $28,769.00 | 11/2/23 |

Case 2:23-cv-06188-JMW   Document 158-2   Filed 03/25/24   Page 60 of 115 PageID #: 3449

☐ Salvage
MV-907A No. _____

**New York State Department of Motor Vehicles**
## WHOLESALE CERTIFICATE OF SALE RECEIPT

### No. EW36315482023

**VEHICLE INFORMATION:**

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|------------------|-----------|-----------|------------------------|
| 2018 | DODGE | DUR | SUBN | RD | N/A | 4680 | G | 6 | 5 |

Vehicle Identification Number: 1 C 4 R D H D G 7 J C 4 3 8 9 6 7 0

Lien(s)

Dealer/Transporter Plate Loaned: N/A

**DEALER INFORMATION**

SUPERB MOTORS INC, 215 NORTHERN BLVD, GREAT NECK, NY, 11021, Nassau

**PURCHASER INFORMATION**

VOLKSWAGEN OF FREEHOLD, 4360 US RT 9, FREEHOLD, NJ, 07728

Date of Sale: 10-05-2023

**PRIOR OWNER INFORMATION**

CHARLES BASTIEN , 21 PROSPECT ST, UNIONVILLE, NY, 10988, NYS Title (310123A)

Date of Purchase: 06-16-2023

**ODOMETER DISCLOSURE STATEMENT**

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

☑ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. WARNING: ODOMETER DISCREPANCY."

| ODOMETER READING |
|---|
| 0 0 5 7 5 3 1 |
| (no tenths) |

Check your odometer reading at: verifiny.com/check

Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

**DEALER CERTIFICATION**

I certify that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full | Date | Seller's Facility No. |
|---|---|---|---|
| | SUPERB MOTORS INC | | 7128150 |

**PURCHASER CONFIRMATION**

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full | Date | Purchaser's Facility No. |
|---|---|---|---|
| | VOLKSWAGEN OF FREEHOLD | | |

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*

Customer copy

Page 1 of 2

Exhibit D - 40

New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE

### No. EW36315482023

**VEHICLE TRANSFER HISTORY**

| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
|--------|-----------|------------------|---------------|---------------|---------------|
| SUPERB MOTORS INC | VOLKSWAGEN OF FREEHOLD | 7128150 | 10 / 05 / 2023 | EMV50 | Yes |
| CHARLES BASTIEN | SUPERB MOTORS INC | | 06 / 16 / 2023 | NYST | No |
| LUXURY MOTOR CLUB | CHARLES BASTIEN | 7076617 | 10 / 22 / 2020 | EMV50 | Yes |
| CHRYSLER CAPITAL | LUXURY MOTOR CLUB | | 09 / 30 / 2020 | OOST | No |

*Any change or Alteration voids this receipt*

Customer copy

Page 2 of 2

Exhibit D - 41

4/12/26, 5:50 PM                    CARFAX Vehicle History Report for this 2018 DODGE DURANGO GT: 1C4RDHDG7JC438967



| Date | Mileage | Location | Details |
|---|---|---|---|
| | | Inspection Station | - Passed emissions inspection |
| 03/21/2022 | 49,521 | Pep Boys<br>Jamaica, NY<br>718-206-3131<br>pepboys.com<br>⭐ 4.4 / 5.0 365 Verified Reviews<br>❤️ 74 Customer Favorites | **Vehicle serviced**<br>- Maintenance inspection completed<br>- Oil and filter changed<br>- Tires rotated |
| 06/13/2022 | | Damage Report | **Damage reported: minor damage**<br>- Damage to right front |

**Damage Severity Scale**

| Minor | Moderate | Severe |

**Damage Location**
FRONT
LEFT        RIGHT
REAR

**CARFAX HAS THE MOST ACCIDENT & DAMAGE INFORMATION**

| Date | Mileage | Location | Details |
|---|---|---|---|
| 09/30/2022 | | Pep Boys<br>Jamaica, NY<br>718-206-3131<br>pepboys.com<br>⭐ 4.4 / 5.0 365 Verified Reviews<br>❤️ 74 Customer Favorites | **Vehicle serviced**<br>- Maintenance inspection completed<br>- Oil and filter changed<br>- Tires rotated |
| 10/14/2022 | 49,701 | New York<br>Inspection Station | **Passed safety inspection**<br>- Passed emissions inspection |
| 02/25/2023 | | Pep Boys<br>Jamaica, NY<br>718-206-3131<br>pepboys.com<br>⭐ 4.4 / 5.0 365 Verified Reviews<br>❤️ 74 Customer Favorites | **Vehicle serviced**<br>- Maintenance inspection completed<br>- Alignment checked<br>- Battery/charging system checked<br>- Brakes checked<br>- Fuel system cleaned/serviced<br>- Oil and filter changed<br>- Tires rotated |
| 06/20/2023 | 57,531 | Superb Motors. Inc<br>Great Neck, NY<br>516-821-2280<br>superbmotorgroup.com/<br>⭐ 3.4 / 5.0 5 Verified Reviews | **Vehicle offered for sale** |
| 10/31/2023 | 58,774 | Team Mitsubishi Hartford<br>Hartford, CT<br>860-898-9656<br>teammitsubishihartford.com/<br>⭐ 4.4 / 5.0 74 Verified Reviews | **Vehicle offered for sale** |
| 06/25/2025 | | Montana<br>Motor Vehicle Dept. | **Vehicle purchase reported** |
| 06/26/2025 | | Online Listing | **Vehicle offered for sale** |

https://www.carfaxonline.com/vhr/1C4RDHDG7JC438967                                          6/9

Exhibit D - 42

4/12/26, 5:50 PM                    CARFAX Vehicle History Report for this 2018 DODGE DURANGO GT: 1C4RDHDG7JC438967

| 06/27/2025 | | Auto Auction | | Vehicle sold |
| 06/27/2025 | | Andy Mohr Nissan<br>Indianapolis, IN<br>317-298-2000<br>andymohr-nissan.com<br>⭐ 4.3 / 5.0 187 Verified Reviews<br>❤ 737 Customer Favorites | | Vehicle offered for sale |

| 07/01/2025 | | Andy Mohr Nissan<br>Indianapolis, IN<br>317-298-2000<br>andymohr-nissan.com<br>⭐ 4.3 / 5.0 187 Verified Reviews<br>❤ 737 Customer Favorites | 🔧 | Vehicle serviced<br>- A/C system serviced<br>- Air filter replaced<br>- Brakes checked<br>- Brake pads replaced<br>- Brake rotor(s) resurfaced<br>- Cabin air filter replaced/cleaned<br>- Drive belts checked<br>- Front brake pads replaced<br>- Front brake rotor(s) replaced<br>- Oil and filter changed<br>- Rear brake pads replaced<br>- Rear brake rotor(s) replaced<br>- Serpentine belt replaced |

Looks like this dealer serviced the car in order to prepare it for sale. That's a good thing!

👤 **Owner 3**
Purchased: 2025                                                                                    Personal Vehicle

| Date | Mileage | Source | Comments |
|------|---------|--------|----------|
| 07/17/2025 | 58,778 | Montana<br>Motor Vehicle Dept.<br>Helena, MT<br>Title #AB0572093 | **Title or registration issued**<br>- New owner reported<br>- Vehicle color noted as Maroon |
| 08/09/2025 | 58,779 | Andy Mohr Nissan<br>Indianapolis, IN<br>317-298-2000<br>andymohr-nissan.com<br>⭐ 4.3 / 5.0 187 Verified Reviews<br>❤ 737 Customer Favorites | **Vehicle sold** |

👤 **Owner 4**
Purchased: 2025                                                                                    Personal Vehicle

| Date | Mileage | Source | Comments |
|------|---------|--------|----------|
| 08/09/2025 | | Indiana<br>Motor Vehicle Dept. | **Vehicle purchase reported** |
| 08/22/2025 | | Indiana<br>Motor Vehicle Dept.<br>Indianapolis, IN<br>Title #25814207000091 | **Title issued or updated**<br>- New owner reported<br>- Loan or lien reported |
| 10/04/2025 | | Indiana<br>Motor Vehicle Dept.<br>Indianapolis, IN<br>Title #25814207000091 | **Registration issued or renewed**<br>- Vehicle color noted as Maroon |
| 11/16/2025 | 71,417 | Jiffy Lube<br>Indianapolis, IN<br>317-247-4812<br>jiffylube.com/ | **Vehicle serviced**<br>- Fluids checked<br>- Oil and filter changed |

Have Questions? Consumers, please visit our Help Center at www.carfax.com. Dealers or Subscribers, please visit our Help Center at www.carfaxonline.com.

https://www.carfaxonline.com/vhr/1C4RDHDG7JC438967

7/9

Exhibit D - 43

**SUPPLEMENTAL ASSIGNMENT OF OWNERSHIP AND/OR BILL OF SALE**
Q-1 REV. 11-18

541325

STATE OF CONNECTICUT
**DEPARTMENT OF MOTOR VEHICLES**

**INSTRUCTIONS FOR A VEHICLE:**

1. Complete Sections 1, 2, 3 and the *SIGNATURE AND CERTIFICATION BY SELLER(S) SECTION.*
2. This form can be used as a **BILL OF SALE** or to assign ownership when the assignment areas on the back of a **TITLE** are filled.
3. This form must be accompanied by the most recent **TITLE** issued for the vehicle.

**WARNING:** Federal law requires that you state the mileage in connection with a transfer of ownership. Failure to complete the Odometer Disclosure Statement or providing a false statement may result in fines and/or imprisonment.

**ASSIGNMENT OF OWNERSHIP**

SELLER(S): The undersigned seller(s) hereby state(s) the vehicle described on this title was transferred to the buyer(s) specified below.  BUYER(S): Do not sign below until all sections have been completed and signed by seller(s).  Signing below indicates you are aware of the CONDITION STATEMENT and ODOMETER DISCLOSURE STATEMENT made by seller(s).

| SECTION 1 Vehicle Information | TITLE NUMBER 1814405754 | | | ISSUED BY THE STATE OF: OHIO | |
|---|---|---|---|---|---|
| | MAKE / MODEL DODGE CHARGER | | YEAR 2021 | VEHICLE IDENTIFICATION NUMBER 2C3CDXHG6MH531592 | |

Was this vehicle at the time of sale in condition for legal operation on the highway(s) of this state? *(Only Dealers must respond to this question)* ☐ YES ☐ NO

I state that, to the best of my knowledge and belief, the odometer reading specified below reflects the actual mileage, unless one of the following statements is checked:

ODOMETER READING *(No tenths)*

**45130**

☐ I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits. *(The odometer started at zero again.)*

☐ I hereby certify that the odometer reading is not actual mileage. WARNING: ODOMETER DISCREPANCY

| SECTION 2 Buyer(s) | NAME OF BUYER *(Please print)* Superio motors Inc. | CHECK ONE IF CO-OWNED ☐ AND ☐ OR | NAME OF CO-BUYER *(Please print)* | |
|---|---|---|---|---|
| | ADDRESS OF BUYER(S) 215 Northern Blvd Great Neck, NY 11021 | | | DEALER'S LIC. NO. *(If dealer)* |
| | SIGNATURE OF BUYER(S) *(Or authorized official)* X | | SIGNATURE OF CO-BUYER *(Authorized official)* | DATE SIGNED 11/9/23 |

| SECTION 3 Seller(s) | NAME OF SELLER(S) *(Please print)* TEAM MITSUBISHI HARTFORD | DATE SOLD 11/9/23 |
|---|---|---|
| | ADDRESS OF SELLER(S) *(Please print)* 398-412 NEW PARK AVE HARTFORD CT 06106 | DEALER'S LIC. NO. *(If dealer)* N2754 |

**SIGNATURE AND CERTIFICATION BY SELLER(S)**

I (we) declare under penalty of false statement that the information furnished above is true and complete to the best of my (our) knowledge and belief. The owner (seller) of this motor vehicle described above hereby transfers to the buyer the described motor vehicle in consideration of the amount (selling price) entered below, receipt hereby acknowledged.

| SIGNATURE OF SELLER(S) *(Or authorized official)* X OWB | PRINTED NAME OF SELLER(S) *(Authorized official)* Aliyah Bennett | SELLING PRICE $27,789.00 | DATE SIGNED 11/9/23 |
|---|---|---|---|

Exhibit D - 44

☐ Salvage
MV-907A No. _____

New York State Department of Motor Vehicles
**WHOLESALE CERTIFICATE OF SALE RECEIPT**

No. EW36314932023

**VEHICLE INFORMATION:**

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|------------------|-----------|-----------|------------------------|
| 2021 | DODGE | CHARGER | SEDN | WH | N/A | 4073 | F | 6 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|---|---|---|
| 2 C 3 C D X H G 6 M H 5 3 1 5 9 2   0 | | N/A |

**DEALER INFORMATION**

SUPERB MOTORS INC, 215 NORTHERN BLVD, GREAT NECK, NY, 11021, Nassau

**PURCHASER INFORMATION**

VOLKSWAGEN OF FREEHOLD, 4360 US RT 9, FREEHOLD, NJ, 07728

Date of Sale

10-05-2023

**PRIOR OWNER INFORMATION**

STE-MARIE AUTO LTEE, 846 N CLVND MASS RD, BATH, OH, 44333,
Out Of State Title (1814405754)

Date of Purchase

07-14-2023

**ODOMETER DISCLOSURE STATEMENT**

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

☑ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. WARNING: ODOMETER DISCREPANCY."

| ODOMETER READING |
|---|
| 0  0  4  5  1  3  0 |
| (no tenths) |

Check your odometer reading at: | verifiny.com/check | Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

**DEALER CERTIFICATION**

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full | Date | Seller's Facility No. |
|---|---|---|---|
| | SUPERB MOTORS INC | | 7128150 |

**PURCHASER CONFIRMATION**

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full | Date | Purchaser's Facility No. |
|---|---|---|---|
| | VOLKSWAGEN OF FREEHOLD | | |

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*

Customer copy

Page 1 of 2

Exhibit D - 45

New York State Department of Motor Vehicles
WHOLESALE CERTIFICATE OF SALE

No. EW36314932023

| VEHICLE TRANSFER HISTORY | | | | | |
|---|---|---|---|---|---|
| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
| SUPERB MOTORS INC | VOLKSWAGEN OF FREEHOLD | 7128150 | 10 / 05 / 2023 | EMV50 | Yes |
| STE-MARIE AUTO LTEE | SUPERB MOTORS INC | | 07 / 14 / 2023 | OOST | No |

*Any change or Alteration voids this receipt*

Customer copy

Page 2 of 2

Exhibit D - 46

4/12/26, 4:48 PM

CARFAX Vehicle History Report for this 2021 DODGE CHARGER GT: 2C3CDXHG6MH531592

London, ON

| Date | Odometer | Source | Event |
|---|---|---|---|
| 01/01/2023 | | Ontario<br>Ministry of Transportation<br>London, ON | **Registration issued or renewed**<br>- Registered as corporate fleet vehicle<br>- Vehicle color noted as White |
| 04/11/2023 | 45,079 | Fleet/Lease Company | **Vehicle sold**<br>- Odometer reported as 72,548 kilometers |
| 04/17/2023 | | Ste-Marie GM<br>Saint-Remi, QC<br>450-454-4614<br>en.stemarieautomobiles.com/<br>❤️ 4 Customer Favorites | **Vehicle offered for sale** |
| 05/01/2023 | | Quebec<br>Motor Vehicle Dept. | **Registration issued or renewed**<br>- New owner reported<br>- Vehicle previously registered in Ontario |
| 06/24/2023 | 45,128 | Ohio<br>Motor Vehicle Dept. | **Vehicle purchase reported** |
| 06/28/2023 | | Online Listing | **Vehicle offered for sale** |
| 06/29/2023 | | Ohio<br>Motor Vehicle Dept.<br>Akron, OH<br>Title #1814405754 | **Title issued or updated**<br>- New owner reported |
| 07/10/2023 | 45,130 | Auto Auction | **Vehicle sold**<br>- Listed as a fleet/lease vehicle |

Millions of used vehicles are bought and sold at auction every year.

| Date | Odometer | Source | Event |
|---|---|---|---|
| 07/19/2023 | | Superb Motors. Inc<br>Great Neck, NY<br>516-821-2280<br>superbmotorgroup.com/<br>⭐ 3.4 / 5.0 5 Verified Reviews | **Vehicle offered for sale** |
| 10/31/2023 | 45,151 | Team Mitsubishi Hartford<br>Hartford, CT<br>860-898-9656<br>teammitsubishihartford.com/<br>⭐ 4.4 / 5.0 74 Verified Reviews | **Vehicle offered for sale** |
| 03/21/2024 | | FCA US LLC | **Manufacturer Safety recall issued**<br>- NHTSA #24V-198<br>- Recall #19B 2018-2021 LD LX SABIC INFLATOR<br>- Status: Remedy Available<br><br>Click here for a copy of the owner letter for this Recall or call 1- 800-853-1403 if you have any questions or need additional information on this recall.<br><br>⊖ **Learn more about this recall** |

**Description:** FCA US will conduct a voluntary safety recall on all affected vehicles to replace both SABIC modules. Material being propelled into an occupied vehicle may cause injury.

**Remedy:** FCA US will conduct a voluntary safety recall on all affected vehicles to replace both SABIC modules.

| Date | Odometer | Source | Event |
|---|---|---|---|
| 06/30/2025 | 45,153 | Shepard Chrysler Dodge Jeep<br>Rockland, ME<br>207-594-2154<br>shepardcars.com<br>⭐ 4.9 / 5.0 72 Verified Reviews<br>❤️ 30 Customer Favorites | **Vehicle serviced**<br>- Brakes checked<br>- Front brake pads replaced<br>- Emissions or safety inspection performed<br>- Oil and filter changed<br>- Rear brake pads replaced |
| 07/03/2025 | | Shepard Toyota | **Vehicle offered for sale** |

https://www.carfaxonline.com/vhr/2C3CDXHG6MH531592

3/6

Exhibit D - 47

4/12/26, 4:48 PM

CARFAX Vehicle History Report for this 2021 DODGE CHARGER GT: 2C3CDXHG6MH531592

Rockland, ME
207-594-8424
shepardcars.com
⭐ 4.6 / 5.0 64 Verified Reviews

| Date | Mileage | Location | Service |
|------|---------|----------|---------|
| 08/05/2025 | | Maine<br>Motor Vehicle Dept. | **Vehicle purchase reported** |
| 08/06/2025 | | Maine<br>Motor Vehicle Dept.<br>Warren, ME | **Registration issued or renewed**<br>- Vehicle color noted as White |
| 08/28/2025 | 46,213 | Shepard Chrysler Dodge Jeep<br>Rockland, ME<br>207-594-2154<br>shepardcars.com<br>⭐ 4.9 / 5.0 72 Verified Reviews<br>❤️ 30 Customer Favorites | **Vehicle serviced**<br>- A/C system checked |
| 08/28/2025 | | Maine<br>Motor Vehicle Dept.<br>Warren, ME | **Title issued or updated**<br>- New owner reported |
| 10/23/2025 | 50,893 | Prompto 10 Minute Oil Change<br>Rockland, ME<br>207-594-8884<br>promptooil.com<br>⭐ 4.8 / 5.0 59 Verified Reviews | **Vehicle serviced**<br>- Oil and filter changed |
| 11/10/2025 | | Maine<br>Motor Vehicle Dept. | **Loan or lien released** |
| 12/16/2025 | 55,054 | VIP Tires & Service<br>Rockland, ME<br>207-596-0889<br>vipauto.com/<br>⭐ 4.4 / 5.0 107 Verified Reviews<br>❤️ 140 Customer Favorites | **Vehicle serviced**<br>- Maintenance inspection completed<br>- Alignment checked<br>- Alignment performed<br>- Tie rod end(s) replaced<br>- Tie rod(s) replaced<br>- Tire condition and pressure checked<br>- Tire(s) balanced<br>- Tire(s) replaced |
| 01/08/2026 | 56,442 | Prompto 10 Minute Oil Change<br>Rockland, ME<br>207-594-8884<br>promptooil.com<br>⭐ 4.8 / 5.0 59 Verified Reviews | **Vehicle serviced**<br>- Oil and filter changed |
| 03/17/2026 | 61,795 | Prompto 10 Minute Oil Change<br>Rockland, ME<br>207-594-8884<br>promptooil.com<br>⭐ 4.8 / 5.0 59 Verified Reviews | **Vehicle serviced**<br>- Oil and filter changed |
| 04/08/2026 | 63,665 | VIP Tires & Service<br>Rockland, ME<br>207-596-0889<br>vipauto.com/<br>⭐ 4.4 / 5.0 107 Verified Reviews<br>❤️ 140 Customer Favorites | **Vehicle serviced**<br>- Maintenance inspection completed<br>- Alignment checked<br>- Tire repaired |

Have Questions? Consumers, please visit our Help Center at www.carfax.com. Dealers or Subscribers, please visit our Help Center at www.carfaxonline.com.

**CARFAX** Glossary

**First Owner**
When the first owner(s) obtains a title from a Department of Motor Vehicles as proof of ownership.

**Fleet Vehicle**
Vehicle was registered or sold to a company that manages vehicle fleets.

https://www.carfaxonline.com/vhr/2C3CDXHG6MH531592

4/6

Exhibit D - 48

**SUPPLEMENTAL ASSIGNMENT OF OWNERSHIP AND/OR BILL OF SALE**
Q-1 REV. 11-18

SU1303

STATE OF CONNECTICUT
**DEPARTMENT OF MOTOR VEHICLES**

**INSTRUCTIONS FOR A VEHICLE:**

1. Complete Sections 1, 2, 3 and the *SIGNATURE AND CERTIFICATION BY SELLER(S) SECTION.*
2. This form can be used as a **BILL OF SALE** or to assign ownership when the assignment areas on the back of a **TITLE** are filled.
3. This form must be accompanied by the most recent **TITLE** issued for the vehicle.

**WARNING:** Federal law requires that you state the mileage in connection with a transfer of ownership. **Failure to complete the Odometer Disclosure Statement or providing a false statement may result in fines and/or imprisonment.**

## ASSIGNMENT OF OWNERSHIP

**SELLER(S):** The undersigned seller(s) hereby state(s) the vehicle described on this title was transferred to the buyer(s) specified below. **BUYER(S):** Do not sign below until all sections have been completed and signed by seller(s). Signing below indicates you are aware of the **CONDITION STATEMENT** and **ODOMETER DISCLOSURE STATEMENT** made by seller(s).

**SECTION 1**
Vehicle Information

| TITLE NUMBER | | ISSUED BY THE STATE OF: |
|---|---|---|
| BM705828 | | New Jersey |

| MAKE / MODEL | YEAR | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|
| FORD MUSTANG | 2019 | 1FATP8UH1K5152260 |

Was this vehicle at the time of sale in condition for legal operation on the highway(s) of this state? *(Only Dealers must respond to this question)* ☐ YES ☐ NO

I state that, to the best of my knowledge and belief, the odometer reading specified below reflects the actual mileage, unless one of the following statements is checked:

**ODOMETER READING** *(No tenths)*

| 4 | 5 | 5 | 3 | 9 |

☐ I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits. *(The odometer started at zero again.)*

☐ I hereby certify that the odometer reading is not actual mileage. **WARNING: ODOMETER DISCREPANCY**

**SECTION 2**
Buyer(s)

NAME OF BUYER *(Please print)*
Superb Motors Inc.

CHECK ONE IF CO-OWNED ☐ AND ☐ OR

NAME OF CO-BUYER *(Please print)*

ADDRESS OF BUYER(S)
215 Northern Blvd Great Neck, NY 11021

DEALER'S LIC. NO. *(If dealer)*

SIGNATURE OF BUYER(S) *(Or authorized official)*
X

SIGNATURE OF CO-BUYER *(Authorized official)*

DATE SIGNED
11/2/2023

**SECTION 3**
Seller(s)

NAME OF SELLER(S) *(Please print)*

DATE SOLD
11/2/2023

ADDRESS OF SELLER(S) *(Please print)*
TEAM MITSUBISHI HARTFORD
398-412 NEW PARK AVE
HARTFORD CT 06106

DEALER'S LIC. NO. *(If dealer)*
N2754

## SIGNATURE AND CERTIFICATION BY SELLER(S)

I (we) declare under penalty of false statement that the information furnished above is true and complete to the best of my (our) knowledge and belief. The owner (seller) of this motor vehicle described above hereby transfers to the buyer the described motor vehicle in consideration of the amount (selling price) entered below, receipt hereby acknowledged.

| SIGNATURE OF SELLER(S) *(Or authorized official)* | PRINTED NAME OF SELLER(S) *(Authorized official)* | SELLING PRICE | DATE SIGNED |
|---|---|---|---|
| X AB | Aliyah Bennett | $25,402.00 | 11/2/2023 |

Exhibit D - 49

☐ Salvage
MV-907A No. _____

**New York State Department of Motor Vehicles**
## WHOLESALE CERTIFICATE OF SALE RECEIPT
### No. EW36315112023

**VEHICLE INFORMATION:**

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|------------------|-----------|-----------|------------------------|
| 2019 | FORD | MUS | CONV | OR | N/A | 3605 | G | 4 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|-------------------------------|---------|----------------------------------|
| 1 F A T P 8 U H 1 K 5 1 5 2 2 6 0 0 | | N/A |

**DEALER INFORMATION**

SUPERB MOTORS INC, 215 NORTHERN BLVD, GREAT NECK, NY, 11021, Nassau

**PURCHASER INFORMATION**

VOLKSWAGEN OF FREEHOLD, 4360 US RT 9, FREEHOLD, NJ, 07728

Date of Sale

10-05-2023

**PRIOR OWNER INFORMATION**

ALGO LLC, 122 CROSS KEYS RD, BERLIN, NJ, 08009,
Out Of State Title (DA20231721115)

Date of Purchase

06-30-2023

**ODOMETER DISCLOSURE STATEMENT**

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

■ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. WARNING: ODOMETER DISCREPANCY."

| ODOMETER READING | | | | | | |
|---|---|---|---|---|---|---|
| 0 | 0 | 4 | 5 | 5 | 3 | 9 |

(no tenths)

Check your odometer reading at: | verifiny.com/check | Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

**DEALER CERTIFICATION**

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full | Date | Seller's Facility No. |
|---|---|---|---|
| | SUPERB MOTORS INC | | 7128150 |

**PURCHASER CONFIRMATION**

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full | Date | Purchaser's Facility No. |
|---|---|---|---|
| | VOLKSWAGEN OF FREEHOLD | | |

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*

Customer copy

Page 1 of 2

Exhibit D - 50

New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE

### No. EW36315112023

| VEHICLE TRANSFER HISTORY | | | | | |
|---|---|---|---|---|---|
| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
| SUPERB MOTORS INC | VOLKSWAGEN OF FREEHOLD | 7128150 | 10 / 05 / 2023 | EMV50 | Yes |
| ALGO LLC | SUPERB MOTORS INC | | 06 / 30 / 2023 | OOST | No |
| PREMIER FORD LINCOLN | ANTHONY BELLO LEONARDO | 6240988 | 04 / 25 / 2023 | EMV50 | No |
| CAB EAST LLC | PREMIER FORD LINCOLN | | 04 / 15 / 2023 | NYST | No |
| PREMIER FORD LINCOLN | CAB EAST LLC | 6240988 | 11 / 21 / 2019 | EMV50 | No |
| FMCC | PREMIER FORD LINCOLN | | 12 / 10 / 2018 | MCO | No |

*Any change or Alteration voids this receipt*

Exhibit D - 51

4/12/26, 5:48 PM                    CARFAX Vehicle History Report for this 2019 FORD MUSTANG ECOBOOST: 1FATP8UH1K5152260

| 07/02/2023 | | Superb Motors. Inc<br>Great Neck, NY<br>516-821-2280<br>superbmotorgroup.com/<br>⭐ 3.4 / 5.0 5 Verified Reviews | **Vehicle offered for sale** |
|---|---|---|---|
| 10/31/2023 | 45,569 | Team Mitsubishi Hartford<br>Hartford, CT<br>860-898-9656<br>teammitsubishihartford.com/<br>⭐ 4.4 / 5.0 74 Verified Reviews | **Vehicle offered for sale** |
| 06/14/2025 | | Auto Auction | **Vehicle sold** |
| 06/18/2025 | 45,570 | Ira Ford Auburn<br>Auburn, MA<br>508-832-6261<br>irafordauburn.com<br>⭐ 4.3 / 5.0 158 Verified Reviews<br>❤️ 14 Customer Favorites | **Vehicle offered for sale** |
| 06/18/2025 | | Ira Ford Auburn<br>Auburn, MA<br>508-832-6261<br>irafordauburn.com<br>⭐ 4.3 / 5.0 158 Verified Reviews<br>❤️ 14 Customer Favorites | **Vehicle serviced**<br>- Pre-delivery inspection completed<br>- Air filter replaced<br>- Brakes checked<br>- Cabin air filter replaced/cleaned<br>- Four tires balanced<br>- Four tires mounted<br>- Four tires replaced<br>- Front brake pads replaced<br>- Front brake rotor(s) replaced<br>- Key(s) (re) programmed<br>- Oil and filter changed<br>- Rear brake pads replaced<br>- Rear brake rotor(s) replaced<br>- Wheel bearing(s)/hub(s) replaced<br>- Wiper(s) replaced |

> Looks like this dealer serviced the car in order to prepare it for sale. That's a good thing!

| 06/27/2025 | | Ford Blue Advantage Certified Dealer<br>Auburn, MA<br><br>Ford Blue Advantage Blue Certified | **Offered for sale as a Ford Blue Advantage Blue certified used vehicle** |
|---|---|---|---|
| 06/27/2025 | 45,573 | Ira Ford Auburn<br>Auburn, MA<br>508-832-6261<br>irafordauburn.com<br>⭐ 4.3 / 5.0 158 Verified Reviews<br>❤️ 14 Customer Favorites | **Vehicle serviced**<br>- Front wheel bearing(s)/hub(s) replaced<br>- One wheel replaced<br>- Spindle replaced |
| 07/17/2025 | 45,638 | Ira Ford Auburn<br>Auburn, MA<br>508-832-6261<br>irafordauburn.com<br>⭐ 4.3 / 5.0 158 Verified Reviews<br>❤️ 14 Customer Favorites | **Odometer reading reported** |

👤 **Owner 3**
Purchased: 2025                                                                          Personal Vehicle

| Date | Mileage | Source | | Comments |
|---|---|---|---|---|

Exhibit D - 52

4/12/26, 5:48 PM                    CARFAX Vehicle History Report for this 2019 FORD MUSTANG ECOBOOST: 1FATP8UH1K5152260

| Date | Mileage | Source | | Event |
|------|---------|--------|---|-------|
| 07/19/2025 | 45,645 | Massachusetts Motor Vehicle Dept. | | **Vehicle purchase reported** |
| 07/23/2025 | | Ford Blue Advantage Certified Dealer Auburn, MA | | **Sold as a Ford Blue Advantage Blue certified used vehicle** |
| 07/24/2025 | | Massachusetts Motor Vehicle Dept. Waltham, MA Title #CL320602 | | **Registration issued or renewed** - New owner reported - Vehicle color noted as Orange |
| 07/31/2025 | 45,646 | Ira Ford Auburn Auburn, MA 508-832-6261 irafordauburn.com ⭐ 4.3 / 5.0 158 Verified Reviews ❤ 14 Customer Favorites | 🔧 | **Vehicle serviced** |
| 08/07/2025 | | Massachusetts Motor Vehicle Dept. Waltham, MA Title #CL320602 | | **Title issued or updated** - Vehicle color noted as Orange |
| 08/09/2025 | 46,105 | Massachusetts Inspection Station Auburn, MA | | **Passed safety inspection** - Passed emissions inspection |
| 08/20/2025 | 46,109 | Ira Ford Auburn Auburn, MA 508-832-6261 irafordauburn.com ⭐ 4.3 / 5.0 158 Verified Reviews ❤ 14 Customer Favorites | 🔧 | **Vehicle serviced** - Maintenance inspection completed - Four tires balanced - Emissions or safety inspection performed |
| 09/08/2025 | | Ford Motor Company | | **Manufacturer Safety recall issued** - NHTSA #25V572 - Recall #25S89 REAR-VIEW CAMERA INSPECTION - Status: Remedy Available<br><br>Locate an authorized Ford or Lincoln dealer or call 866-436-7332 to obtain more information<br><br>⊖ Learn more about this recall |

**Description:** ON YOUR VEHICLE, THE REAR VIEW CAMERA COULD DISPLAY A BLANK OR DISTORTED IMAGE ON THE CENTER DISPLAY SCREEN WHEN THE VEHICLE IS IN REVERSE. YOU MAY ALSO RECEIVE A MESSAGE THAT THE REAR VIEW CAMERA IS UNAVAILABLE ON THE CENTER DISPLAY SCREEN.

A REAR VIEW CAMERA THAT DISPLAYS A BLANK OR DISTORTED IMAGE WHILE IN REVERSE CAN REDUCE OR DISTORT THE DRIVERS VIEW OF WHAT IS BEHIND THE VEHICLE, INCREASING THE RISK OF A CRASH.

**Remedy:** PARTS ARE NOW AVAILABLE TO REPAIR YOUR VEHICLE, IF NEEDED. FORD MOTOR COMPANY HAS AUTHORIZED YOUR DEALER TO INSPECT THE REAR VIEW CAMERA OPERATION AND REPLACE THE CAMERA IF NECESSARY, FREE OF CHARGE.

| Date | Mileage | Source | | Event |
|------|---------|--------|---|-------|
| 10/16/2025 | 46,110 | Ira Ford Auburn Auburn, MA 508-832-6261 irafordauburn.com ⭐ 4.3 / 5.0 158 Verified Reviews ❤ 14 Customer Favorites | 🔧 | **Vehicle serviced** - Maintenance inspection completed - Windshield repaired |
| 12/22/2025 | | Ford Motor Company | | **Manufacturer Customer Satisfaction issued** - Program #25N15 2015-19 XCARLINE COMPANION PROGRAM FOR 25S89 |

Exhibit D - 53

CARFAX Vehicle History Report for this 2019 FORD MUSTANG ECOBOOST: 1FATP8UH1K5152260

Locate an authorized Ford or Lincoln dealer or call 866-436-7332 to obtain more information

| 03/01/2026 | Massachusetts Motor Vehicle Dept. Waltham, MA Title #CL320602 | **Registration issued or renewed** - Vehicle color noted as Orange |

Have Questions? Consumers, please visit our Help Center at www.carfax.com. Dealers or Subscribers, please visit our Help Center at www.carfaxonline.com.

## CARFAX Glossary

**First Owner**
When the first owner(s) obtains a title from a Department of Motor Vehicles as proof of ownership.

**Ford or Lincoln Mercury Recall**
The Ford Motor Company provides CARFAX with Field Service Action and recall information regarding safety, compliance and emissions programs announced since 2000 for a specific vehicle. For complete information regarding programs or concerns about this vehicle, please contact a local Ford or Lincoln Mercury Dealer.

**Manufacturer Recall**
Automobile manufacturers issue recall notices to inform vehicle owners of a safety defect or failure to meet minimum federal safety or emissions standards. Manufacturer recalls are repaired at no cost to the customer.

**New Owner Reported**
When a vehicle is sold to a new owner, the Title must be transferred to the new owner(s) at a Department of Motor Vehicles.

**Ownership History**
CARFAX defines an owner as an individual or business that possesses and uses a vehicle. Not all title transactions represent changes in ownership. To provide estimated number of owners, CARFAX proprietary technology analyzes all the events in a vehicle history. Estimated ownership is available for vehicles manufactured after 1991 and titled solely in the US including Puerto Rico. Dealers sometimes opt to take ownership of a vehicle and are required to in the following states: Maine, Massachusetts, New Jersey, Ohio, Oklahoma, Pennsylvania and South Dakota. Please consider this as you review a vehicle's estimated ownership history.

**Title Issued**
A state issues a title to provide a vehicle owner with proof of ownership. Each title has a unique number. Each title or registration record on a CARFAX report does not necessarily indicate a change in ownership. In Canada, a registration and bill of sale are used as proof of ownership.

Follow Us:  facebook.com/CARFAX     @CARFAXinc     About CARFAX

CARFAX DEPENDS ON ITS SOURCES FOR THE ACCURACY AND RELIABILITY OF ITS INFORMATION. THEREFORE, NO RESPONSIBILITY IS ASSUMED BY CARFAX OR ITS AGENTS FOR ERRORS OR OMISSIONS IN THIS REPORT. CARFAX FURTHER EXPRESSLY DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

© 2026 CARFAX, Inc., part of S&P Global. All rights reserved.
4/12/26 4:48:24 PM (CDT)

I have reviewed and received a copy of the CARFAX Vehicle History Report for this 2019 FORD MUSTANG vehicle (VIN: 1FATP8UH1K5152260), which is based on information supplied to CARFAX and available as of 4/12/26 at 5:48 PM (EDT).

| Customer Signature | Date | Dealer Signature | Date |

Exhibit D - 54

Exhibit D - 55

**SUPPLEMENTAL ASSIGNMENT OF OWNERSHIP AND/OR BILL OF SALE**
Q-1 REV. 11-18

SU12262

STATE OF CONNECTICUT
**DEPARTMENT OF MOTOR VEHICLES**

**INSTRUCTIONS FOR A VEHICLE:**

1. Complete Sections 1, 2, 3 and the *SIGNATURE AND CERTIFICATION BY SELLER(S) SECTION.*
2. This form can be used as a **BILL OF SALE** or to assign ownership when the assignment areas on the back of a **TITLE** are filled.
3. This form must be accompanied by the most recent **TITLE** issued for the vehicle.

**WARNING:** Federal law requires that you state the mileage in connection with a transfer of ownership. Failure to complete the Odometer Disclosure Statement or providing a false statement may result in fines and/or imprisonment.

**ASSIGNMENT OF OWNERSHIP**

**SELLER(S):** The undersigned seller(s) hereby state(s) the vehicle described on this title was transferred to the buyer(s) specified below. BUYER(S): Do not sign below until all sections have been completed and signed by seller(s). Signing below indicates you are aware of the CONDITION STATEMENT and ODOMETER DISCLOSURE STATEMENT made by seller(s).

| | | | | |
|---|---|---|---|---|
| **SECTION 1** Vehicle Information | **TITLE NUMBER** 52035955670 | | **ISSUED BY THE STATE OF:** OHIO | |
| | **MAKE / MODEL** Alfa Romeo Giulia | **YEAR** 2018 | **VEHICLE IDENTIFICATION NUMBER** ZARFAEDN3J7575105 | |

Was this vehicle at the time of sale in condition for legal operation on the highway(s) of this state? *(Only Dealers must respond to this question)* ☐ YES ☐ NO

I state that, to the best of my knowledge and belief, the odometer reading specified below reflects the actual mileage, unless one of the following statements is checked:

**ODOMETER READING** *(No tenths)*   54975

☐ I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits. *(The odometer started at zero again.)*

☐ I hereby certify that the odometer reading is not actual mileage. WARNING: ODOMETER DISCREPANCY

| | | | | |
|---|---|---|---|---|
| **SECTION 2** Buyer(s) | **NAME OF BUYER** *(Please print)* Superb Motors Inc. | **CHECK ONE IF CO-OWNED** ☐ AND ☐ OR | **NAME OF CO-BUYER** *(Please print)* | |
| | **ADDRESS OF BUYER(S)** 215 Northern Blvd Great Neck, NY 11021 | | | **DEALER'S LIC. NO.** *(If dealer)* |
| | **SIGNATURE OF BUYER(S)** *(Or authorized official)* X | | **SIGNATURE OF CO-BUYER** *(Authorized official)* | **DATE SIGNED** 11/2/23 |
| **SECTION 3** Seller(s) | **NAME OF SELLER(S)** *(Please print)* | | | **DATE SOLD** 11/2/23 |
| | **ADDRESS OF SELLER(S)** *(Please print)* TEAM MITSUBISHI HARTFORD 398-412 NEW PARK AVE HARTFORD CT 06106 | | | **DEALER'S LIC. NO.** *(If dealer)* N2754 |

**SIGNATURE AND CERTIFICATION BY SELLER(S)**

I (we) declare under penalty of false statement that the information furnished above is true and complete to the best of my (our) knowledge and belief. The owner (seller) of this motor vehicle described above hereby transfers to the buyer the described motor vehicle in consideration of the amount (selling price) entered below, receipt hereby acknowledged.

| **SIGNATURE OF SELLER(S)** *(Or authorized official)* X | **PRINTED NAME OF SELLER(S)** *(Authorized official)* Aliyah Bennett | **SELLING PRICE** $22,333.00 | **DATE SIGNED** 11/2/23 |
|---|---|---|---|

□ Salvage
MV-907A No. _____

New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE RECEIPT

### No. EW36315262023

**VEHICLE INFORMATION:**

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|------------------|-----------|-----------|------------------------|
| 2018 | AL/RO | GIULIA | SEDN | BK | N/A | 3632 | G | 4 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|---|---|---|
| Z A R F A E D N 3 J 7 5 7 5 1 0 5 0 | | N/A |

**DEALER INFORMATION**

SUPERB MOTORS INC, 215 NORTHERN BLVD, GREAT NECK, NY, 11021, Nassau

**PURCHASER INFORMATION**

| | Date of Sale |
|---|---|
| VOLKSWAGEN OF FREEHOLD, 4360 US RT 9, FREEHOLD, NJ, 07728 | 10-05-2023 |

**PRIOR OWNER INFORMATION**

| | Date of Purchase |
|---|---|
| german stars mtr llc, 900 broad st, wadsworth, OH, 44281, Out Of State Title (5203595670) | 06-23-2023 |

**ODOMETER DISCLOSURE STATEMENT**

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

■ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

□ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

□ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. WARNING: ODOMETER DISCREPANCY."

| ODOMETER READING | | | | | | |
|---|---|---|---|---|---|---|
| 0 | 0 | 5 | 4 | 9 | 7 | 5 |
| (no tenths) | | | | | | |

Check your odometer reading at: | verifiny.com/check | Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

**DEALER CERTIFICATION**

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full | Date | Seller's Facility No. |
|---|---|---|---|
| | SUPERB MOTORS INC | | 7128150 |

**PURCHASER CONFIRMATION**

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full | Date | Purchaser's Facility No. |
|---|---|---|---|
| | VOLKSWAGEN OF FREEHOLD | | |

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*

Customer copy

Page 1 of 2

Exhibit D - 56

Case 2:23-cv-06188-JMW   Document 158-2   Filed 03/25/24   Page 58 of 115 PageID #: 3447

New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE

### No. EW36315262023

**VEHICLE TRANSFER HISTORY**

| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
|--------|-----------|------------------|---------------|---------------|---------------|
| SUPERB MOTORS INC | VOLKSWAGEN OF FREEHOLD | 7128150 | 10 / 05 / 2023 | EMV50 | Yes |
| german stars mtr llc | SUPERB MOTORS INC | | 06 / 23 / 2023 | OOST | No |
| ALANS AUTOS LLC | FAIRLESS MOTORS | 7061641 | 09 / 01 / 2021 | EMV50 | Yes |
| AUTOMOTIVE AVENUES | ALANS AUTOS LLC | | 09 / 01 / 2021 | OOST | No |

*Any change or Alteration voids this receipt*

Customer copy

Page 2 of 2

Exhibit D - 57

4/12/26, 5:50 PM

CARFAX Vehicle History Report for this 2018 ALFA ROMEO GIULIA SPORT: ZARFAEDN3J7575105

| Date | Mileage | Source | Comments |
|---|---|---|---|
| | | Motor Vehicle Dept.<br>Wadsworth, OH<br>Title #5203572615 | - Dealer took title of this vehicle while it was in inventory |
| 04/24/2023 | 54,931 | Auto Auction | Vehicle sold<br>- Listed as a dealer vehicle |
| 04/29/2023 | | Autoshow LLC<br>Somerset, NJ<br>856-319-4642<br>autoshowus.com/<br>⭐ 3.5 / 5.0 13 Verified Reviews | Vehicle offered for sale |
| 06/05/2023 | | Ohio<br>Motor Vehicle Dept.<br>Wadsworth, OH<br>Title #5203595670 | Title issued or updated<br>- Dealer took title of this vehicle while it was in inventory<br>- Duplicate title issued |
| 06/19/2023 | 54,975 | Auto Auction | Vehicle sold<br>- Listed as a dealer vehicle |
| 06/25/2023 | | Superb Motors. Inc<br>Great Neck, NY<br>516-821-2280<br>superbmotorgroup.com/<br>⭐ 3.4 / 5.0 5 Verified Reviews | Vehicle offered for sale |
| 07/07/2023 | | Team Mitsubishi Hartford<br>Hartford, CT<br>860-898-9656<br>teammitsubishihartford.com/<br>⭐ 4.4 / 5.0 74 Verified Reviews | Vehicle serviced<br>- Maintenance inspection completed |
| 08/01/2023 | 55,445 | New York<br>Inspection Station | Passed safety inspection<br>- Failed emissions inspection |
| 10/31/2023 | 55,653 | Team Mitsubishi Hartford<br>Hartford, CT<br>860-898-9656<br>teammitsubishihartford.com/<br>⭐ 4.4 / 5.0 74 Verified Reviews | Vehicle offered for sale |
| 06/26/2025 | 55,654 | Somersworth Nissan<br>Somersworth, NH<br>603-692-5200<br>somersworthnissan.com<br>⭐ 4.6 / 5.0 361 Verified Reviews<br>❤️ 230 Customer Favorites | Vehicle serviced<br>- Pre-delivery inspection completed<br>- Maintenance inspection completed<br>- Oil and filter changed |
| 08/01/2025 | | New Hampshire<br>Inspection Station<br>Strafford County | Failed emissions inspection |
| 08/01/2025 | 55,656 | Somersworth Nissan<br>Somersworth, NH<br>603-692-5200<br>somersworthnissan.com<br>⭐ 4.6 / 5.0 361 Verified Reviews<br>❤️ 230 Customer Favorites | Vehicle serviced<br>- Emissions or safety inspection performed |

👤 Owner 3
Purchased: 2025

Personal Vehicle

| Date | Mileage | Source | Comments |
|---|---|---|---|
| 08/01/2025 | | Maine<br>Motor Vehicle Dept. | Vehicle purchase reported |
| 09/02/2025 | 55,676 | Maine<br>Motor Vehicle Dept.<br>Lewiston, ME | Title issued or updated<br>- New owner reported |

https://www.carfaxonline.com/vhr/ZARFAEDN3J7575105

6/9

Exhibit D - 58

4/12/26, 5:50 PM                    CARFAX Vehicle History Report for this 2018 ALFA ROMEO GIULIA SPORT: ZARFAEDN3J7575105

| 09/12/2025 | 55,771 | Herb Chambers Exotics<br>Wayland, MA<br>508-358-3500<br>herbchambersexotics.com/<br>♥ 1 Customer Favorite |  | **Vehicle serviced** |
|---|---|---|---|---|
| 09/13/2025 | | New Hampshire<br>Inspection Station<br>Strafford County | | **Failed emissions inspection**<br>- Passed emissions inspection |
| 09/15/2025 | | Maine<br>Motor Vehicle Dept.<br>Lewiston, ME | | **Registration issued or renewed**<br>- Vehicle color noted as Black |
| 09/16/2025 | | FCA US LLC | | **Manufacturer Safety recall issued**<br>- NHTSA #25V-586<br>- Recall #93C 2017-2019 ALFA ROMEO GIULIA, 2018-2019 ALFA ROMEO<br>- Status: Remedy Not Yet Available<br><br>⊖ **Learn more about this recall** |

**Description:** FCA US will conduct a voluntary safety recall on all affected vehicles. The remedy is currently under development. Fuel starvation to the engine may result in an unexpected LOMP, which can cause a vehicle crash without prior warning.

**Remedy:** FCA US will conduct a voluntary safety recall on all affected vehicles. The remedy is currently under development.

| 09/29/2025 | | Somersworth Nissan<br>Somersworth, NH<br>603-692-5200<br>somersworthnissan.com<br>⭐ 4.6 / 5.0 361 Verified Reviews<br>♥ 230 Customer Favorites |  | **Vehicle serviced**<br>- Maintenance inspection completed<br>- Recommended maintenance performed<br>- Battery replaced<br>- Rear brake pads replaced<br>- Rear brake rotor(s) replaced<br>- Window tint installed |

Have Questions? Consumers, please visit our Help Center at www.carfax.com. Dealers or Subscribers, please visit our Help Center at www.carfaxonline.com.

 **Glossary**

**Accident Indicator**
CARFAX receives information about accidents in all 50 states, the District of Columbia and Canada.

Not every accident is reported to CARFAX. As details about the accident become available, those additional details are added to the CARFAX Vehicle History Report. CARFAX recommends that you have this vehicle inspected by a qualified mechanic.

- According to the National Safety Council, Injury Facts, 2021 edition, 5% of the 276 million registered vehicles in the U.S. were involved in an accident in 2019. Over 77% of these were considered minor or moderate.
- This CARFAX Vehicle History Report is based only on information supplied to CARFAX and available as of 4/12/26 at 4:49:43 PM (CDT). Other information about this vehicle, including problems, may not have been reported to CARFAX. Use this report as one important tool, along with a vehicle inspection and test drive, to make a better decision about your next used car.

**Damage Severity**
Damage events result in one of the following severity levels:

- Minor: Generally, minor damage is cosmetic (including dents or scratches), may only require reconditioning, and typically does not compromise a vehicle's operation and/or safety.
- Moderate: Moderate damage may affect multiple components of the vehicle and may impair the vehicle's operation and/or safety.
- Severe: Severe damage usually affects multiple components of the vehicle and is likely to compromise the vehicle's operation and/or safety.

CARFAX recommends getting a pre-purchase inspection at a certified collision repair facility.

**Failed Emissions Inspection**
The emissions check performed during a vehicle inspection indicated the vehicle was emitting more than allowable emissions standards and/or had missing or modified parts. Repeated failed emissions records can indicate engine problems and CARFAX recommends you have the vehicle inspected.

**First Owner**
When the first owner(s) obtains a title from a Department of Motor Vehicles as proof of ownership.

**Lease**
When someone leases a car from a dealer, the dealer actually sells the vehicle to a leasing company. The leasing company then collects payments for the vehicle from the new owner for 24, 36, 48 or more months. A leasing company can be an independent car dealer or a car manufacturer.

**Manufacturer Recall**
Automobile manufacturers issue recall notices to inform vehicle owners of a safety defect or failure to meet minimum federal safety or emissions standards. Manufacturer recalls are repaired at no cost to the customer.

**New Owner Reported**

https://www.carfaxonline.com/vhr/ZARFAEDN3J7575105

7/9

Exhibit D - 59

**SUPPLEMENTAL ASSIGNMENT OF OWNERSHIP AND/OR BILL OF SALE**
Q-1 REV. 11-18

SU1260

STATE OF CONNECTICUT
**DEPARTMENT OF MOTOR VEHICLES**

**INSTRUCTIONS FOR A VEHICLE:**

1. Complete Sections 1, 2, 3 and the *SIGNATURE AND CERTIFICATION BY SELLER(S) SECTION.*
2. This form can be used as a **BILL OF SALE** or to assign ownership when the assignment areas on the back of a **TITLE** are filled.
3. This form must be accompanied by the most recent **TITLE** issued for the vehicle.

**WARNING:** Federal law requires that you state the mileage in connection with a transfer of ownership. Failure to complete the Odometer Disclosure Statement or providing a false statement may result in fines and/or imprisonment.

## ASSIGNMENT OF OWNERSHIP

SELLER(S): The undersigned seller(s) hereby state(s) the vehicle described on this title was transferred to the buyer(s) specified below. BUYER(S): Do not sign below until all sections have been completed and signed by seller(s). Signing below indicates you are aware of the CONDITION STATEMENT and ODOMETER DISCLOSURE STATEMENT made by seller(s).

**SECTION 1** Vehicle Information

| TITLE NUMBER | ISSUED BY THE STATE OF: |
|---|---|
| 761014162958 | Arkansas |

| MAKE / MODEL | YEAR | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|
| BMW X1 | 2019 | WBXHT3C59K5L90009 |

Was this vehicle at the time of sale in condition for legal operation on the highway(s) of this state? *(Only Dealers must respond to this question)* ☐ YES ☐ NO

I state that, to the best of my knowledge and belief, the odometer reading specified below reflects the actual mileage, unless one of the following statements is checked:

**ODOMETER READING** *(No tenths)*  | 6 0 1 2 1

☐ I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits. *(The odometer started at zero again.)*

☐ I hereby certify that the odometer reading is not actual mileage. WARNING: ODOMETER DISCREPANCY

**SECTION 2** Buyer(s)

| NAME OF BUYER *(Please print)* | CHECK ONE IF CO-OWNED | NAME OF CO-BUYER *(Please print)* | |
|---|---|---|---|
| Superb Motors Inc. | ☐ AND  ☐ OR | | |

| ADDRESS OF BUYER(S) | | DEALER'S LIC. NO. *(If dealer)* |
|---|---|---|
| 215 Northern Blvd Great Neck, NY 11021 | | |

| SIGNATURE OF BUYER(S) *(Or authorized official)* | SIGNATURE OF CO-BUYER *(Authorized official)* | DATE SIGNED |
|---|---|---|
| X | | 11 2 2023 |

**SECTION 3** Seller(s)

| NAME OF SELLER(S) *(Please print)* | DATE SOLD |
|---|---|
| TEAM MITSUBISHI HARTFORD | 11 2 2023 |

| ADDRESS OF SELLER(S) *(Please print)* | DEALER'S LIC. NO. *(If dealer)* |
|---|---|
| 398-412 NEW PARK AVE HARTFORD CT 06106 | N2754 |

## SIGNATURE AND CERTIFICATION BY SELLER(S)

I (we) declare under penalty of false statement that the information furnished above is true and complete to the best of my (our) knowledge and belief. The owner (seller) of this motor vehicle described above hereby transfers to the buyer the described motor vehicle in consideration of the amount (selling price) entered below, receipt hereby acknowledged.

| SIGNATURE OF SELLER(S) *(Or authorized official)* | PRINTED NAME OF SELLER(S) *(Authorized official)* | SELLING PRICE | DATE SIGNED |
|---|---|---|---|
| X AB | Aliyah Bennett | $20,245.00 | 11 2 2023 |

Exhibit D - 60

☐ Salvage
MV-907A No. _____

**New York State Department of Motor Vehicles**
**WHOLESALE CERTIFICATE OF SALE RECEIPT**

**No. EW36315352023**

**VEHICLE INFORMATION:**

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|------------------|-----------|-----------|------------------------|
| 2019 | BMW | X1 | SUV | BK | N/A | 3697 | G | 4 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|---|---|---|
| W B X H T 3 C 5 9 K 5 L 9 0 0 0 9  0 | | N/A |

**DEALER INFORMATION**

SUPERB MOTORS INC, 215 NORTHERN BLVD, GREAT NECK, NY, 11021, Nassau

**PURCHASER INFORMATION**

VOLKSWAGEN OF FREEHOLD, 4360 US RT 9, FREEHOLD, NJ, 07728

Date of Sale
10-05-2023

**PRIOR OWNER INFORMATION**

GERMAN STARS MTR INC, 210 W CENTER ST, BEEBE, AR, 72012,
Out Of State Title (761014162958)

Date of Purchase
06-23-2013

**ODOMETER DISCLOSURE STATEMENT**

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

☑ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. WARNING: ODOMETER DISCREPANCY."

| ODOMETER READING | | | | | | |
|---|---|---|---|---|---|---|
| 0 | 0 | 6 | 0 | 1 | 2 | 1 |
| | | | (no tenths) | | | |

Check your odometer reading at: | verifiny.com/check | Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

**DEALER CERTIFICATION**

I certify that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full | Date | Seller's Facility No. |
|---|---|---|---|
| | SUPERB MOTORS INC | | 7128150 |

**PURCHASER CONFIRMATION**

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full | Date | Purchaser's Facility No. |
|---|---|---|---|
| | VOLKSWAGEN OF FREEHOLD | | |

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*

Customer copy

Page 1 of 2

Exhibit D - 61

New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE

### No. EW36315352023

| VEHICLE TRANSFER HISTORY | | | | | |
|---|---|---|---|---|---|
| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
| SUPERB MOTORS INC | VOLKSWAGEN OF FREEHOLD | 7128150 | 10 / 05 / 2023 | EMV50 | Yes |
| GERMAN STARS MTR INC | SUPERB MOTORS INC | | 06 / 23 / 2013 | OOST | No |

*Any change or Alteration voids this receipt*

Customer copy

Exhibit D - 62

4/12/26, 5:49 PM

CARFAX Vehicle History Report for this 2019 BMW X1 XDRIVE28I: WBXHT3C59K5L90009

⭐ 4.5 / 5.0 11 Verified Reviews
❤️ 5 Customer Favorites

| Date | Mileage | Source | Event |
|---|---|---|---|
| 08/03/2022 | 51,573 | Ontario<br>Ministry of Transportation | **Registration issued or renewed**<br>- Registered as personal vehicle<br>- Vehicle color noted as Black<br>- Odometer reported as 82,999 kilometers |
| 04/19/2023 | 59,974 | BMW Markham<br>Markham, ON<br>905-477-2212<br>bmwmarkham.com/<br>❤️ 4 Customer Favorites | **Vehicle serviced**<br>- Brakes checked<br>- Safety inspection performed<br>- Vehicle washed/detailed<br>- Odometer reported as 96,519 kilometers |
| 05/03/2023 | | Online Listing | **Vehicle offered for sale** |
| 05/03/2023 | | Ontario<br>Ministry of Transportation | **Passed Ontario safety standards inspection**<br>- Vehicle color noted as Black |
| 05/10/2023 | | US Dept of Transportation<br>Buffalo-Niagara Falls, NY | **Vehicle imported and declared to meet US highway safety specifications**<br>- Bond released on 06/23/2023 |
| 05/17/2023 | | Ontario<br>Ministry of Transportation | **Passed Ontario safety standards inspection**<br>- Vehicle color noted as Black |
| 05/26/2023 | 60,113 | Arkansas<br>Motor Vehicle Dept.<br>Beebe, AR<br>Title #761014162958 | **Vehicle purchase reported**<br>- Title issued or updated<br>- Vehicle color noted as Black |
| 06/19/2023 | 60,121 | Auto Auction | **Vehicle sold**<br>- Listed as a dealer vehicle |

Millions of used vehicles are bought and sold at auction every year.

| Date | Mileage | Source | Event |
|---|---|---|---|
| 06/25/2023 | | Superb Motors. Inc<br>Great Neck, NY<br>516-821-2280<br>superbmotorgroup.com/<br>⭐ 3.4 / 5.0 5 Verified Reviews | **Vehicle offered for sale** |
| 10/31/2023 | 60,182 | Team Mitsubishi Hartford<br>Hartford, CT<br>860-898-9656<br>teammitsubishihartford.com/<br>⭐ 4.4 / 5.0 74 Verified Reviews | **Vehicle offered for sale** |
| 04/01/2024 | | Fleet Management Co.<br>Des Plaines, IL | **Lease vehicle sold** |
| 06/14/2025 | | Auto Auction | **Vehicle sold** |
| 06/14/2025 | | Wile Hyundai<br>Columbia, CT<br>860-228-2300<br>wilehyundai.com<br>⭐ 4.7 / 5.0 93 Verified Reviews<br>❤️ 1 Customer Favorite | **Vehicle offered for sale** |
| 08/01/2025 | 60,209 | Meineke Car Care Center<br>Willimantic, CT<br>860-786-7853<br>meineke.com<br>⭐ 4.5 / 5.0 182 Verified Reviews<br>❤️ 1,291 Customer Favorites | **Vehicle serviced**<br>- Emissions inspection performed |
| 08/01/2025 | | Connecticut<br>Inspection Station | **Passed emissions inspection** |

Exhibit D - 63

4/12/26, 5:49 PM

CARFAX Vehicle History Report for this 2019 BMW X1 XDRIVE28I: WBXHT3C59K5L90009



Willimantic, CT

| 09/09/2025 | 60,227 | Wile Hyundai<br>Columbia, CT<br>860-228-2300<br>wilehyundai.com<br>★ 4.7 / 5.0 93 Verified Reviews<br>♥ 1 Customer Favorite | Vehicle sold |

**Owner 2**
Purchased: 2025

Personal Vehicle

| Date | Mileage | Source | Comments |
|------|---------|--------|----------|
| 09/09/2025 | | Connecticut<br>Motor Vehicle Dept.<br>Windham, CT<br>Title #AA6701358 | **Title issued or updated**<br>- Title or registration issued<br>- New owner reported<br>- Loan or lien reported<br>- Vehicle color noted as Black |

Avoid financial headaches. Make sure the loan has been paid off if you're buying from a private seller. Learn More

| 02/19/2026 | | Damage Report | **Damage reported: minor damage**<br>- Damage to right side |

**Damage Severity Scale**

Minor    Moderate    Severe

**Damage Location**

FRONT

LEFT    RIGHT

REAR

**CARFAX HAS THE MOST ACCIDENT & DAMAGE INFORMATION**

Minor damage is usually cosmetic, including dents or scratches to the vehicle body.

Have Questions? Consumers, please visit our Help Center at www.carfax.com. Dealers or Subscribers, please visit our Help Center at www.carfaxonline.com.

**CARFAX** Glossary

**Damage Indicator**
Damage can be a result of many different types of events. Examples include contact with objects (other cars, trees, traffic signs, road debris, etc), vandalism, or weather-related events. Not every damage event is reported to CARFAX. As details about the damage event become available, those additional details are added to the CARFAX Vehicle History Report. CARFAX recommends that you have this vehicle inspected by a qualified mechanic.

- This CARFAX Vehicle History Report is based only on information supplied to CARFAX and available as of 4/12/26 at 4:49:05 PM (CDT). Other information about this vehicle, including problems, may not have been reported to CARFAX. Use this report as one important tool, along with a vehicle inspection and test drive, to make a better decision about your next used car.

**Damage Severity**

Exhibit D - 64

**SUPPLEMENTAL ASSIGNMENT OF OWNERSHIP AND/OR BILL OF SALE**
Q-1 REV. 11-18

*SU1349*

**STATE OF CONNECTICUT
DEPARTMENT OF MOTOR VEHICLES**

**INSTRUCTIONS FOR A VEHICLE:**

1. Complete Sections 1, 2, 3 and the *SIGNATURE AND CERTIFICATION BY SELLER(S) SECTION.*
2. This form can be used as a **BILL OF SALE** or to assign ownership when the assignment areas on the back of a **TITLE** are filled.
3. This form must be accompanied by the most recent **TITLE** issued for the vehicle.

**WARNING:** Federal law requires that you state the mileage in connection with a transfer of ownership. Failure to complete the Odometer Disclosure Statement or providing a false statement may result in fines and/or imprisonment.

## ASSIGNMENT OF OWNERSHIP

**SELLER(S):** The undersigned seller(s) hereby state(s) the vehicle described on this title was transferred to the buyer(s) specified below. **BUYER(S):** Do not sign below until all sections have been completed and signed by seller(s). Signing below indicates you are aware of the CONDITION STATEMENT and ODOMETER DISCLOSURE STATEMENT made by seller(s).

| SECTION 1 Vehicle Information | TITLE NUMBER | | ISSUED BY THE STATE OF: | |
|---|---|---|---|---|
| | MAKE / MODEL Ford F-150 | YEAR 2016 | VEHICLE IDENTIFICATION NUMBER IFTEWIEFIGFB67420 | |

Was this vehicle at the time of sale in condition for legal operation on the highway(s) of this state? *(Only Dealers must respond to this question)* ☐ YES ☐ NO

I state that, to the best of my knowledge and belief, the odometer reading specified below reflects the actual mileage, unless one of the following statements is checked:

ODOMETER READING *(No tenths)* ▼ | 1 7 0 7 8 6

☐ I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits. *(The odometer started at zero again.)*

☐ I hereby certify that the odometer reading is not actual mileage. WARNING: ODOMETER DISCREPANCY

| SECTION 2 Buyer(s) | NAME OF BUYER *(Please print)* Superb Motors Inc. | CHECK ONE IF CO-OWNED ☐ AND ☐ OR | NAME OF CO-BUYER *(Please print)* | |
|---|---|---|---|---|
| | ADDRESS OF BUYER(S) 215 Northern Blvd Great Neck, NY 11021 | | | DEALER'S LIC. NO. *(If dealer)* |
| | SIGNATURE OF BUYER(S) *(Or authorized official)* X | | SIGNATURE OF CO-BUYER *(Authorized official)* | DATE SIGNED |

| SECTION 3 Seller(s) | NAME OF SELLER(S) *(Please print)* | | DATE SOLD |
|---|---|---|---|
| | ADDRESS OF SELLER(S) *(Please print)* | TEAM MITSUBISHI HARTFORD 398-412 NEW PARK AVE HARTFORD CT 06106 | DEALER'S LIC. NO. *(If dealer)* N2754 |

## SIGNATURE AND CERTIFICATION BY SELLER(S)

I (we) declare under penalty of false statement that the information furnished above is true and complete to the best of my (our) knowledge and belief. The owner (seller) of this motor vehicle described above hereby transfers to the buyer the described motor vehicle in consideration of the amount (selling price) entered below, receipt hereby acknowledged.

| SIGNATURE OF SELLER(S) *(Or authorized official)* X DNB | PRINTED NAME OF SELLER(S) *(Authorized official)* Aliyah Bennett | SELLING PRICE $16,612.82 | DATE SIGNED |
|---|---|---|---|

Exhibit D - 65

☐ Salvage
MV-907A No. _____

New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE RECEIPT

### No. EW19666442021

**VEHICLE INFORMATION:**

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|------------------|-----------|-----------|------------------------|
| 2016 | FORD | F150 | PICK | RD | N/A | 4709 | G | 8 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|-------------------------------|---------|----------------------------------|
| 1 F T E W 1 E F 1 G F B 6 7 4 2 0 0 | | N/A |

**DEALER INFORMATION**

GLOBAL MOTORS, 115 MAIN STREET, BINGHAMTON, NY, 13905, Broome

| **PURCHASER INFORMATION** | Date of Sale |
|---------------------------|--------------|
| A I AUTO SALES LLC, 45-55 TICHENOR ST, NEWARK, NJ, 07102 | 11-02-2021 |

| **PRIOR OWNER INFORMATION** | Date of Purchase |
|-----------------------------|------------------|
| KEYBANK NA, 4315 PICKETT RD, SAINT JOSEPH, MO, 64503, Out Of State Title (796873) | 05-14-2021 |

**ODOMETER DISCLOSURE STATEMENT**
Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

☑ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

| ODOMETER READING |
|------------------|
| 0 1 0 5 6 3 0 |
| (no tenths) |

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. **WARNING:** ODOMETER DISCREPANCY."

Check your odometer reading at: | verifiny.com/check | Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

**DEALER CERTIFICATION**

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full | Date | Seller's Facility No. |
|-----------------------------------------------------------|--------------------|------|-----------------------|
| | GLOBAL MOTORS | | 7116279 |

**PURCHASER CONFIRMATION**

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full | Date | Purchaser's Facility No. |
|-------------------------------|--------------------|------|--------------------------|
| | A I AUTO SALES LLC | | |

The authenticity of this document can be verified at verifiny.com/check

## Any change or Alteration voids this receipt

Exhibit D - 66

New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE

### No. EW19666442021

| VEHICLE TRANSFER HISTORY | | | | | |
|---|---|---|---|---|---|
| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
| GLOBAL MOTORS | A I AUTO SALES LLC | 7116279 | 11 / 02 / 2021 | EMV50 | Yes |
| KEYBANK NA | GLOBAL MOTORS | | 05 / 14 / 2021 | OOST | No |

*Any change or Alteration voids this receipt*

Exhibit D - 67