# EXHIBIT E

EXHIBIT E

Exhibit E - 1

**SUPPLEMENTAL ASSIGNMENT OF OWNERSHIP AND/OR BILL OF SALE**
Q-1 REV. 11-18

STATE OF CONNECTICUT
**DEPARTMENT OF MOTOR VEHICLES**

**INSTRUCTIONS FOR A VEHICLE:**

1. Complete Sections 1, 2, 3 and the *SIGNATURE AND CERTIFICATION BY SELLER(S) SECTION.*
2. This form can be used as a **BILL OF SALE** or to assign ownership when the assignment areas on the back of a **TITLE** are filled.
3. This form must be accompanied by the most recent **TITLE** issued for the vehicle.

**WARNING:** Federal law requires that you state the mileage in connection with a transfer of ownership. Failure to complete the Odometer Disclosure Statement or providing a false statement may result in fines and/or imprisonment.

**ASSIGNMENT OF OWNERSHIP**

SELLER(S): The undersigned seller(s) hereby state(s) the vehicle described on this title was transferred to the buyer(s) specified below. BUYER(S): Do not sign below until all sections have been completed and signed by seller(s). Signing below indicates you are aware of the CONDITION STATEMENT and ODOMETER DISCLOSURE STATEMENT made by seller(s).

**SECTION 1**
Vehicle Information

| TITLE NUMBER | ISSUED BY THE STATE OF: |
|---|---|
| 3886284 | Florida |

| MAKE / MODEL | YEAR | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|
| Land rover Range rover | 2019 | SALGW2SE6KA533297 |

Was this vehicle at the time of sale in condition for legal operation on the highway(s) of this state? *(Only Dealers must respond to this question)*  ☐ YES  ☐ NO

I state that, to the best of my knowledge and belief, the odometer reading specified below reflects the actual mileage, unless one of the following statements is checked:

ODOMETER READING *(No tenths)* ▼

| 5 | 5 | 2 | 4 | 6 |
|---|---|---|---|---|

☐ I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits. *(The odometer started at zero again.)*

☐ I hereby certify that the odometer reading is not actual mileage. WARNING: ODOMETER DISCREPANCY

**SECTION 2**
Buyer(s)

NAME OF BUYER *(Please print)*
Superb Motors inc.

CHECK ONE IF CO-OWNED  ☐ AND  ☐ OR

NAME OF CO-BUYER *(Please print)*

ADDRESS OF BUYER(S)
215 Northern BIVD Great Neck, NY 11021

DEALER'S LIC. NO. *(If dealer)*

SIGNATURE OF BUYER(S) *(Or authorized official)*
X

SIGNATURE OF CO-BUYER *(Authorized official)*

DATE SIGNED
11/21/23

**SECTION 3**
Seller(s)

NAME OF SELLER(S) *(Please print)*

DATE SOLD
11/21/23

ADDRESS OF SELLER(S) *(Please print)*
TEAM MITSUBISHI HARTFORD
398-412 NEW PARK AVE
HARTFORD CT 06106

DEALER'S LIC. NO. *(If dealer)*
N2754

**SIGNATURE AND CERTIFICATION BY SELLER(S)**

I (we) declare under penalty of false statement that the information furnished above is true and complete to the best of my (our) knowledge and belief. The owner (seller) of this motor vehicle described above hereby transfers to the buyer the described motor vehicle in consideration of the amount (selling price) entered below, receipt hereby acknowledged.

| SIGNATURE OF SELLER(S) *(Or authorized official)* | PRINTED NAME OF SELLER(S) *(Authorized official)* | SELLING PRICE | DATE SIGNED |
|---|---|---|---|
| X DNB | Aliyah Bennett | $ | 11/21/23 |

☐ Salvage
MV-907A No. _____

**New York State Department of Motor Vehicles**
## WHOLESALE CERTIFICATE OF SALE RECEIPT

### No. EW37455592023

**VEHICLE INFORMATION:**

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|------------------|-----------|-----------|------------------------|
| 2019 | LA/RO | RANGE ROVER | SUBN | GY | N/A | 5545 | G | 8 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|---|---|---|
| S A L G W 2 S E 6 K A 5 3 3 2 9 7  0 | | N/A |

**DEALER INFORMATION**

SUPERB MOTORS INC, 215 NORTHERN BLVD, GREAT NECK, NY, 11021, Nassau

| PURCHASER INFORMATION | Date of Sale |
|---|---|
| TEAM MITSUBISHI HARTFORD, 398-412 NEW PARK AVE, HARTFORD, CT, 06106 | 11-21-2023 |

| PRIOR OWNER INFORMATION | Date of Purchase |
|---|---|
| ADCOCK BROTHERS INC, 200 HARRISON AVE, PANAMA CITY, FL, 32401, Out Of State Transfer Document | 04-28-2023 |

**ODOMETER DISCLOSURE STATEMENT**
Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

☑ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

| ODOMETER READING |
|---|
| 0  0  5  5  2  4  6 |
| (no tenths) |

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. **WARNING:** ODOMETER DISCREPANCY."

Check your odometer reading at: **verifiny.com/check**    Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

**DEALER CERTIFICATION**

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full | Date | Seller's Facility No. |
|---|---|---|---|
| | SUPERB MOTORS INC | | 7128150 |

**PURCHASER CONFIRMATION**

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full | Date | Purchaser's Facility No. |
|---|---|---|---|
| | TEAM MITSUBISHI HARTFORD | | |

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*

Customer copy

Page 1 of 2

Exhibit E - 2

New York State Department of Motor Vehicles
WHOLESALE CERTIFICATE OF SALE

No. EW37455592023

VEHICLE TRANSFER HISTORY

| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
|---|---|---|---|---|---|
| SUPERB MOTORS INC | TEAM MITSUBISHI HARTFORD | 7128150 | 11 / 21 / 2023 | EMV50 | Yes |
| ADCOCK BROTHERS INC | SUPERB MOTORS INC | | 04 / 28 / 2023 | OSTD | No |
| LUCIANO AUTO SALES | ADCOCK BROTHERS INC | 7039229 | 04 / 19 / 2023 | EMV50 | Yes |
| PIEHLER MOTOR SPORTS LLC | LUCIANO AUTO SALES | 7107728 | 04 / 18 / 2023 | EMV50 | No |
| BROTHERS INTERNATNL | PIEHLER MOTOR SPORTSLLC | | 04 / 14 / 2023 | NYST | No |
| PIEHLER MOTOR SPORTS LLC | BROTHERS INTERNATNL FOOD CORP | 7107728 | 12 / 31 / 2018 | EMV50 | No |
| JLRNA | PIEHLER MOTOR SPORTSLLC | | 12 / 27 / 2018 | MCO | No |

*Any change or Alteration voids this receipt*

Customer copy

Page 2 of 2

Exhibit E - 3

Case 2:23-cv-06188-JMW   Document 468-5   Filed 04/15/26   Page 5 of 39 PageID #: 12525

Exhibit E - 4

## SUPPLEMENTAL ASSIGNMENT OF OWNERSHIP AND/OR BILL OF SALE
Q-1 REV. 11-18

**STATE OF CONNECTICUT**
**DEPARTMENT OF MOTOR VEHICLES**

### INSTRUCTIONS FOR A VEHICLE:

1. Complete Sections 1, 2, 3 and the *SIGNATURE AND CERTIFICATION BY SELLER(S) SECTION.*
2. This form can be used as a **BILL OF SALE** or to assign ownership when the assignment areas on the back of a **TITLE** are filled.
3. This form must be accompanied by the most recent **TITLE** issued for the vehicle.

**WARNING:** Federal law requires that you state the mileage in connection with a transfer of ownership. Failure to complete the Odometer Disclosure Statement or providing a false statement may result in fines and/or imprisonment.

### ASSIGNMENT OF OWNERSHIP

**SELLER(S):** The undersigned seller(s) hereby state(s) the vehicle described on this title was transferred to the buyer(s) specified below. **BUYER(S):** Do not sign below until all sections have been completed and signed by seller(s). Signing below indicates you are aware of the CONDITION STATEMENT and ODOMETER DISCLOSURE STATEMENT made by seller(s).

**SECTION 1 — Vehicle Information**

| TITLE NUMBER | ISSUED BY THE STATE OF: |
|---|---|
| 692427C | New York |

| MAKE / MODEL | YEAR | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|
| Chevrolet Suburban | 2023 | 1GNSKBKD9PRA86675 |

Was this vehicle at the time of sale in condition for legal operation on the highway(s) of this state? (Only Dealers must respond to this question) ☐ YES ☐ NO

I state that, to the best of my knowledge and belief, the odometer reading specified below reflects the actual mileage, unless one of the following statements is checked:

**ODOMETER READING** (No tenths): 22254

☐ I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits. *(The odometer started at zero again.)*

☐ I hereby certify that the odometer reading is not actual mileage. **WARNING: ODOMETER DISCREPANCY**

**SECTION 2 — Buyer(s)**

| NAME OF BUYER (Please print) | CHECK ONE IF CO-OWNED | NAME OF CO-BUYER (Please print) |
|---|---|---|
| Superb Motors Inc. | ☐ AND  ☐ OR | |

| ADDRESS OF BUYER(S) | DEALER'S LIC. NO. (If dealer) |
|---|---|
| 215 Northern Blvd, Great Neck, NY, 11021 | |

| SIGNATURE OF BUYER(S) (Or authorized official) | SIGNATURE OF CO-BUYER (Authorized official) | DATE SIGNED |
|---|---|---|
| X | | 11|21|23 |

**SECTION 3 — Seller(s)**

| NAME OF SELLER(S) (Please print) | DATE SOLD |
|---|---|
| | 11|21|23 |

| ADDRESS OF SELLER(S) (Please print) | DEALER'S LIC. NO. (If dealer) |
|---|---|
| TEAM MITSUBISHI HARTFORD  398-412 NEW PARK AVE  HARTFORD CT 06106 | N2754 |

### SIGNATURE AND CERTIFICATION BY SELLER(S)

I (we) declare under penalty of false statement that the information furnished above is true and complete to the best of my (our) knowledge and belief. The owner (seller) of this motor vehicle described above hereby transfers to the buyer the described motor vehicle in consideration of the amount (selling price) entered below, receipt hereby acknowledged.

| SIGNATURE OF SELLER(S) (Or authorized official) | PRINTED NAME OF SELLER(S) (Authorized official) | SELLING PRICE | DATE SIGNED |
|---|---|---|---|
| X | Alijan Bennett | $ | 11|21|23 |

☐ Salvage
MV-907A No. _____

**New York State Department of Motor Vehicles**
## WHOLESALE CERTIFICATE OF SALE RECEIPT

### No. EW37455512023

### VEHICLE INFORMATION:

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|---|---|---|---|---|---|---|---|---|---|
| 2023 | CHEVR | SUB | SUBN | BK | N/A | 5936 | G | 8 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|---|---|---|
| 1 G N S K B K D 9 P R 1 4 8 6 7 5 | 0 | N/A |

### DEALER INFORMATION

SUPERB MOTORS INC, 215 NORTHERN BLVD, GREAT NECK, NY, 11021, Nassau

### PURCHASER INFORMATION

TEAM MITSUBISHI HARTFORD, 398-412 NEW PARK AVE, HARTFORD, CT, 06106

Date of Sale
11-21-2023

### PRIOR OWNER INFORMATION

JAXWAY FINAN CON INC , 1360 BRITTANY WAY, PROSPER, TX, 75063, NYS Title (692427C)

Date of Purchase
06-30-2023

### ODOMETER DISCLOSURE STATEMENT

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

☑ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. WARNING: ODOMETER DISCREPANCY."

| ODOMETER READING | | | | | | |
|---|---|---|---|---|---|---|
| 0 | 0 | 2 | 2 | 2 | 5 | 4 |
| (no tenths) | | | | | | |

Check your odometer reading at: | verifiny.com/check | Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

### DEALER CERTIFICATION

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full | Date | Seller's Facility No. |
|---|---|---|---|
| | SUPERB MOTORS INC | | 7128150 |

### PURCHASER CONFIRMATION

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full | Date | Purchaser's Facility No. |
|---|---|---|---|
| | TEAM MITSUBISHI HARTFORD | | |

The authenticity of this document can be verified at verifiny.com/check

## Any change or Alteration voids this receipt

Customer copy                                                                Page 1 of 2

Exhibit E - 5

New York State Department of Motor Vehicles
WHOLESALE CERTIFICATE OF SALE

No. EW37455512023

| VEHICLE TRANSFER HISTORY | | | | | |
|---|---|---|---|---|---|
| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
| SUPERB MOTORS INC | TEAM MITSUBISHI HARTFORD | 7128150 | 11 / 21 / 2023 | EMV50 | Yes |
| JAXWAY FINAN CON INC | SUPERB MOTORS INC | | 06 / 30 / 2023 | NYST | No |

*Any change or Alteration voids this receipt*

Customer copy

Page 2 of 2

Exhibit E - 6

**SUPPLEMENTAL ASSIGNMENT OF OWNERSHIP AND/OR BILL OF SALE**
Q-1 REV. 11-18

SU0912

STATE OF CONNECTICUT
**DEPARTMENT OF MOTOR VEHICLES**

**INSTRUCTIONS FOR A VEHICLE:**

1. Complete Sections 1, 2, 3 and the *SIGNATURE AND CERTIFICATION BY SELLER(S) SECTION.*
2. This form can be used as a **BILL OF SALE** or to assign ownership when the assignment areas on the back of a **TITLE** are filled.
3. This form must be accompanied by the most recent **TITLE** issued for the vehicle.

**WARNING:** Federal law requires that you state the mileage in connection with a transfer of ownership. Failure to complete the Odometer Disclosure Statement or providing a false statement may result in fines and/or imprisonment.

**ASSIGNMENT OF OWNERSHIP**

SELLER(S): The undersigned seller(s) hereby state(s) the vehicle described on this title was transferred to the buyer(s) specified below. BUYER(S): Do not sign below until all sections have been completed and signed by seller(s). Signing below indicates you are aware of the CONDITION STATEMENT and ODOMETER DISCLOSURE STATEMENT made by seller(s).

**SECTION 1 — Vehicle Information**

| | |
|---|---|
| TITLE NUMBER: 076871D | ISSUED BY THE STATE OF: New York |
| MAKE / MODEL: MASERATI GHIBLI | YEAR: 2019 | VEHICLE IDENTIFICATION NUMBER: ZAM57YTA4K1314330 |

Was this vehicle at the time of sale in condition for legal operation on the highway(s) of this state? *(Only Dealers must respond to this question)* ☐ YES ☐ NO

I state that, to the best of my knowledge and belief, the odometer reading specified below reflects the actual mileage, unless one of the following statements is checked:

ODOMETER READING *(No tenths)*: 40421

☐ I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits. *(The odometer started at zero again.)*

☐ I hereby certify that the odometer reading is not actual mileage. WARNING: ODOMETER DISCREPANCY

**SECTION 2 — Buyer(s)**

NAME OF BUYER *(Please print)*: Superb Motors Inc.

CHECK ONE IF CO-OWNED ☐ AND ☐ OR

NAME OF CO-BUYER *(Please print)*:

ADDRESS OF BUYER(S): 215 Northern Blvd Great Neck, NY 11021

DEALER'S LIC. NO. *(If dealer)*:

SIGNATURE OF BUYER(S) *(Or authorized official)*: X

SIGNATURE OF CO-BUYER *(Authorized official)*:

DATE SIGNED: 11/17/23

**SECTION 3 — Seller(s)**

NAME OF SELLER(S) *(Please print)*: TEAM MITSUBISHI HARTFORD

ADDRESS OF SELLER(S) *(Please print)*: 396-412 NEW PARK AVE HARTFORD CT 06106

DATE SOLD: 11/17/23

DEALER'S LIC. NO. *(If dealer)*: N2754

**SIGNATURE AND CERTIFICATION BY SELLER(S)**

I (we) declare under penalty of false statement that the information furnished above is true and complete to the best of my (our) knowledge and belief. The owner (seller) of this motor vehicle described above hereby transfers to the buyer the described motor vehicle in consideration of the amount (selling price) entered below, receipt hereby acknowledged.

SIGNATURE OF SELLER(S) *(Or authorized official)*: X

PRINTED NAME OF SELLER(S) *(Authorized official)*: Aliyah Bonnett

SELLING PRICE: $30,889.00

DATE SIGNED: 11/17/23

Exhibit E - 7

☐ Salvage
MV-907A No. _____

New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE RECEIPT

### No. EW37370592023

**VEHICLE INFORMATION:**

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|------------------|-----------|-----------|------------------------|
| 2019 | MASER | GHI | 4DSD | BK | N/A | 4565 | G | 6 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|-------------------------------|---------|----------------------------------|
| Z A M 5 7 Y T A 4 K 1 3 1 4 3 3 0  0 | | N/A |

**DEALER INFORMATION**

SUPERB MOTORS INC, 215 NORTHERN BLVD, GREAT NECK, NY, 11021, Nassau

| PURCHASER INFORMATION | Date of Sale |
|-----------------------|--------------|
| TEAM MITSUBISHI HARTFORD, 398-412 NEW PARK AVE, HARTFORD, CT, 06106 | 11-17-2023 |

| PRIOR OWNER INFORMATION | Date of Purchase |
|-------------------------|------------------|
| SUNRISE AUTO OUTLET, 189 SUNRISE HWY, AMITYVILLE, NY, 11701, SUFF<br>Electronic MV-50 Number (EW31449342023) | 03-27-2023 |

**ODOMETER DISCLOSURE STATEMENT**

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

☑ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. WARNING: ODOMETER DISCREPANCY."

| ODOMETER READING | | | | | | |
|---|---|---|---|---|---|---|
| 0 | 0 | 4 | 0 | 4 | 2 | 1 |

(no tenths)

Check your odometer reading at: | verifiny.com/check | Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

**DEALER CERTIFICATION**

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full | Date | Seller's Facility No. |
|-----------------------------------------------------------|--------------------|------|------------------------|
| | SUPERB MOTORS INC | | 7128150 |

**PURCHASER CONFIRMATION**

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full | Date | Purchaser's Facility No. |
|-------------------------------|--------------------|------|--------------------------|
| | TEAM MITSUBISHI HARTFORD | | |

The authenticity of this document can be verified at verifiny.com/check

### *Any change or Alteration voids this receipt*

Customer copy

Page 1 of 2

Exhibit E - 8

New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE

### No. EW37370592023

| VEHICLE TRANSFER HISTORY | | | | | | |
|---|---|---|---|---|---|---|
| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
| SUPERB MOTORS INC | TEAM MITSUBISHI HARTFORD | 7128150 | 11 / 17 / 2023 | EMV50 | Yes |
| SUNRISE AUTO OUTLET | SUPERB MOTORS INC | 7118449 | 03 / 27 / 2023 | EMV50 | No |
| ROYAL COAST AUTOMOBILE GROUP INC | SUNRISE AUTO OUTLET | 7121983 | 03 / 27 / 2023 | EMV50 | No |
| FERRARI MASERATI OF LONG ISLAND | ROYAL COAST AUTOMOBILE GROUP INC | 7128886 | 12 / 14 / 2022 | EMV50 | No |
| A PLUS PAINTING & ST | FERRARI MASERATI OFLONG ISLAND | | 11 / 29 / 2022 | NYST | No |
| FERRARI MASERATI OF LONG ISLAND | A PLUS PAINTING AND STUCCO CORP | 7103526 | 08 / 23 / 2019 | EMV50 | No |
| GOLD COAST ALFA ROME GOLD COAST MASERATI | FERRARI MASERATI OF LONG ISLAND | 7118766 | 08 / 23 / 2019 | EMV50 | No |
| GOLD COAST MASERATI | GOLD COAST MASERATI | | 07 / 01 / 2019 | NYST | No |
| GOLD COAST MASERATI | GOLD COAST MASERATI | 7118766 | 10 / 22 / 2018 | PMV50 | Yes |
| MNA, INC. | GOLD COAST MASERATI | | 09 / 25 / 2018 | MCO | No |

*Any change or Alteration voids this receipt*

Customer copy

Page 2 of 2

Exhibit E - 9

Exhibit E - 10

**SUPPLEMENTAL ASSIGNMENT OF OWNERSHIP AND/OR BILL OF SALE**
Q-1 REV. 11-18

**SU0882**

STATE OF CONNECTICUT
**DEPARTMENT OF MOTOR VEHICLES**

**INSTRUCTIONS FOR A VEHICLE:**

1. Complete Sections 1, 2, 3 and the *SIGNATURE AND CERTIFICATION BY SELLER(S) SECTION.*
2. This form can be used as a **BILL OF SALE** or to assign ownership when the assignment areas on the back of a **TITLE** are filled.
3. This form must be accompanied by the most recent **TITLE** issued for the vehicle.

**WARNING:** Federal law requires that you state the mileage in connection with a transfer of ownership. Failure to complete the Odometer Disclosure Statement or providing a false statement may result in fines and/or imprisonment.

**ASSIGNMENT OF OWNERSHIP**

SELLER(S): The undersigned seller(s) hereby state(s) the vehicle described on this title was transferred to the buyer(s) specified below. BUYER(S): Do not sign below until all sections have been completed and signed by seller(s). Signing below indicates you are aware of the CONDITION STATEMENT and ODOMETER DISCLOSURE STATEMENT made by seller(s).

| TITLE NUMBER | | ISSUED BY THE STATE OF: | |
|---|---|---|---|

**SECTION 1**
Vehicle Information

| MAKE / MODEL | YEAR | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|
| BMW | 2017 | WBA2H9C36HV986948 |

Was this vehicle at the time of sale in condition for legal operation on the highway(s) of this state? *(Only Dealers must respond to this question)* ☐ YES ☐ NO

I state that, to the best of my knowledge and belief, the odometer reading specified below reflects the actual mileage, unless one of the following statements is checked:

ODOMETER READING *(No tenths)*

| 2 | 8 | 5 | 3 | 2 |
|---|---|---|---|---|

☐ I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits. *(The odometer started at zero again.)*

☐ I hereby certify that the odometer reading is not actual mileage. WARNING: ODOMETER DISCREPANCY

**SECTION 2**
Buyer(s)

NAME OF BUYER *(Please print)*
Superb Motors Inc.

CHECK ONE IF CO-OWNED ☐ AND ☐ OR

NAME OF CO-BUYER *(Please print)*

ADDRESS OF BUYER(S)
215 Northern Blvd Great Neck, NY 11021

DEALER'S LIC. NO. *(If dealer)*

SIGNATURE OF BUYER(S) *(Or authorized official)*
X

SIGNATURE OF CO-BUYER *(Authorized official)*

DATE SIGNED

**SECTION 3**
Seller(s)

NAME OF SELLER(S) *(Please print)*
TEAM MITSUBISHI HARTFORD

DATE SOLD

ADDRESS OF SELLER(S) *(Please print)*
398-412 NEW PARK AVE
HARTFORD CT 06106

DEALER'S LIC. NO. *(If dealer)*
NZ754

**SIGNATURE AND CERTIFICATION BY SELLER(S)**

I (we) declare under penalty of false statement that the information furnished above is true and complete to the best of my (our) knowledge and belief. The owner (seller) of this motor vehicle described above hereby transfers to the buyer the described motor vehicle in consideration of the amount (selling price) entered below, receipt hereby acknowledged.

| SIGNATURE OF SELLER(S) *(Or authorized official)* | PRINTED NAME OF SELLER(S) *(Authorized official)* | SELLING PRICE | DATE SIGNED |
|---|---|---|---|
| X | Aliyah Bennett | $ | |

Case 2:23-cv-06188-JMW   Document 158-2   Filed 03/25/24   Page 96 of 115 PageID #: 3485

New York State Department of Motor Vehicles

☐ Salvage
MV-907A No. _____

# WHOLESALE CERTIFICATE OF SALE RECEIPT

## No. EW37455752023

### VEHICLE INFORMATION:

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|------------------|-----------|-----------|------------------------|
| 2017 | BMW | 230XI | COUP | BK | N/A | 3483 | G | 4 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|-------------------------------|---------|----------------------------------|
| W B A 2 H 9 C 3 6 H V 9 8 6 9 4 8 | 0 | N/A |

### DEALER INFORMATION

SUPERB MOTORS INC, 215 NORTHERN BLVD, GREAT NECK, NY, 11021, Nassau

### PURCHASER INFORMATION

TEAM MITSUBISHI HARTFORD, 398-412 NEW PARK AVE, HARTFORD, CT, 06106

**Date of Sale** 11-21-2023

### PRIOR OWNER INFORMATION

TEAM AUTO SALES LLC, 4360 US RT 9, FREEHOLD, NJ, 07728,
Out Of State Transfer Document

**Date of Purchase** 12-09-2022

### ODOMETER DISCLOSURE STATEMENT

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

■ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. WARNING: ODOMETER DISCREPANCY."

| ODOMETER READING | | | | | | |
|---|---|---|---|---|---|---|
| 0 | 0 | 2 | 8 | 5 | 3 | 2 |

(no tenths)

Check your odometer reading at: | verifiny.com/check | Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

### DEALER CERTIFICATION

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full | Date | Seller's Facility No. |
|-----------------------------------------------------------|--------------------|----- |------------------------|
| | SUPERB MOTORS INC | | 7128150 |

### PURCHASER CONFIRMATION

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full | Date | Purchaser's Facility No. |
|-------------------------------|--------------------|----- |--------------------------|
| | TEAM MITSUBISHI HARTFORD | | |

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*

Customer copy

Page 1 of 2

Exhibit E - 11

Case 2:23-cv-06188-JMW   Document 158-2   Filed 03/25/24   Page 98 of 115 PageID #: 3487

New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE

### No. EW37455752023

**VEHICLE TRANSFER HISTORY**

| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
|---|---|---|---|---|---|
| SUPERB MOTORS INC | TEAM MITSUBISHI HARTFORD | 7128150 | 11 / 21 / 2023 | EMV50 | Yes |
| TEAM AUTO SALES LLC | SUPERB MOTORS INC | | 12 / 09 / 2022 | OSTD | No |

*Any change or Alteration voids this receipt*

Customer copy                                                        Page 2 of 2

Exhibit E - 12

Case 2:23-cv-06188-JMW   Document 468-5   Filed 04/15/26   Page 14 of 39 PageID #: 12534

Exhibit E - 13

**SUPPLEMENTAL ASSIGNMENT OF OWNERSHIP AND/OR BILL OF SALE**
Q-1 REV. 11-18

SU1006

STATE OF CONNECTICUT
DEPARTMENT OF MOTOR VEHICLES

**INSTRUCTIONS FOR A VEHICLE:**

1. Complete Sections 1, 2, 3 and the *SIGNATURE AND CERTIFICATION BY SELLER(S) SECTION.*
2. This form can be used as a **BILL OF SALE** or to assign ownership when the assignment areas on the back of a **TITLE** are filled.
3. This form must be accompanied by the most recent **TITLE** issued for the vehicle.

**WARNING:** Federal law requires that you state the mileage in connection with a transfer of ownership. Failure to complete the Odometer Disclosure Statement or providing a false statement may result in fines and/or imprisonment.

**ASSIGNMENT OF OWNERSHIP**

SELLER(S): The undersigned seller(s) hereby state(s) the vehicle described on this title was transferred to the buyer(s) specified below. BUYER(S): Do not sign below until all sections have been completed and signed by seller(s). Signing below indicates you are aware of the CONDITION STATEMENT and ODOMETER DISCLOSURE STATEMENT made by seller(s).

**SECTION 1** Vehicle Information

TITLE NUMBER: 059439m
ISSUED BY THE STATE OF: NEW YORK
MAKE / MODEL: Mercedes Benz
YEAR: 2018
VEHICLE IDENTIFICATION NUMBER: WDDJK7DA4JF052861

Was this vehicle at the time of sale in condition for legal operation on the highway(s) of this state? (Only Dealers must respond to this question) ☐ YES ☐ NO

I state that, to the best of my knowledge and belief, the odometer reading specified below reflects the actual mileage, unless one of the following statements is checked:

ODOMETER READING (No tenths): 48914

☐ I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits. *(The odometer started at zero again.)*
☐ I hereby certify that the odometer reading is not actual mileage. WARNING: ODOMETER DISCREPANCY

**SECTION 2** Buyer(s)

NAME OF BUYER: Superb Motors Inc.
CHECK ONE IF CO-OWNED ☐ AND ☐ OR
NAME OF CO-BUYER:
ADDRESS OF BUYER(S): 215 Northern BLVD, GREAT NECK, NY 11021
DEALER'S LIC. NO. (If dealer):
SIGNATURE OF BUYER(S): X
SIGNATURE OF CO-BUYER:
DATE SIGNED: 11/17/23

**SECTION 3** Seller(s)

NAME OF SELLER(S): TEAM MITSUBISHI HARTFORD
ADDRESS OF SELLER(S): 398-442 NEW PARK AVE HARTFORD CT 06106
DATE SOLD: 11/17/23
DEALER'S LIC. NO. (If dealer): N2754

**SIGNATURE AND CERTIFICATION BY SELLER(S)**

I (we) declare under penalty of false statement that the information furnished above is true and complete to the best of my (our) knowledge and belief. The owner (seller) of this motor vehicle described above hereby transfers to the buyer the described motor vehicle in consideration of the amount (selling price) entered below, receipt hereby acknowledged.

SIGNATURE OF SELLER(S): X
PRINTED NAME OF SELLER(S): Aliyah Bennett
SELLING PRICE: $53,959.00
DATE SIGNED: 11/17/23

| □ | Salvage MV-907A No. _____ | New York State Department of Motor Vehicles |
|---|---|---|

### WHOLESALE CERTIFICATE OF SALE RECEIPT

### No. EW37370202023

**VEHICLE INFORMATION:**

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|---|---|---|---|---|---|---|---|---|---|
| 2018 | ME/BE | L55 | CONV | WH | N/A | 3897 | G | 8 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|---|---|---|
| W D D J K 7 D A 4 J F 0 5 2 8 6 1 | 0 | N/A |

**DEALER INFORMATION**

SUPERB MOTORS INC, 215 NORTHERN BLVD, GREAT NECK, NY, 11021, Nassau

| PURCHASER INFORMATION | Date of Sale |
|---|---|
| TEAM MITSUBISHI HARTFORD, 398-412 NEW PARK AVE, HARTFORD, CT, 06106 | 11-17-2023 |

| PRIOR OWNER INFORMATION | Date of Purchase |
|---|---|
| H&H AUTO SALES INC, 115 S 2 ST UNIT 10, BAYSHORE, NY, 11706, NASS Electronic MV-50 Number (EW31122742023) | 03-14-2023 |

**ODOMETER DISCLOSURE STATEMENT**

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

■ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

□ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

| ODOMETER READING |
|---|
| 0 0 4 8 9 1 4 |
| (no tenths) |

□ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. **WARNING:** ODOMETER DISCREPANCY."

Check your odometer reading at: | verifiny.com/check | Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

**DEALER CERTIFICATION**

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full | Date | Seller's Facility No. |
|---|---|---|---|
| | SUPERB MOTORS INC | | 7128150 |

**PURCHASER CONFIRMATION**

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full | Date | Purchaser's Facility No. |
|---|---|---|---|
| | TEAM MITSUBISHI HARTFORD | | |

The authenticity of this document can be verified at verifiny.com/check

### *Any change or Alteration voids this receipt*

Customer copy

Page 1 of 2

Exhibit E - 14

New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE

### No. EW37370202023

| VEHICLE TRANSFER HISTORY | | | | | |
|---|---|---|---|---|---|
| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
| SUPERB MOTORS INC | TEAM MITSUBISHI HARTFORD | 7128150 | 11 / 17 / 2023 | EMV50 | Yes |
| H&H AUTO SALES INC | SUPERB MOTORS INC | 7109019 | 03 / 14 / 2023 | EMV50 | No |
| CITIZENS BANK | H&H AUTO SALES INC | | 02 / 24 / 2023 | NYST | No |
| MERCEDES BENZ OF NEW ROCHELLE | CAPITAL AUTO SALES INC | 7099081 | 02 / 18 / 2022 | EMV50 | Yes |
| DAIMLER TRUST | MERCEDES BENZ OF NEWROCHELLE | | 01 / 15 / 2022 | NYST | No |

*Any change or Alteration voids this receipt*

Customer copy                                                    Page 2 of 2

Exhibit E - 15

Exhibit E - 16

**SUPPLEMENTAL ASSIGNMENT OF OWNERSHIP AND/OR BILL OF SALE**
Q-1 REV. 11-18

**SU1025**

STATE OF CONNECTICUT
**DEPARTMENT OF MOTOR VEHICLES**

**INSTRUCTIONS FOR A VEHICLE:**

1. Complete Sections 1, 2, 3 and the *SIGNATURE AND CERTIFICATION BY SELLER(S) SECTION.*
2. This form can be used as a **BILL OF SALE** or to assign ownership when the assignment areas on the back of a **TITLE** are filled.
3. This form must be accompanied by the most recent **TITLE** issued for the vehicle.

**WARNING:** Federal law requires that you state the mileage in connection with a transfer of ownership. Failure to complete the Odometer Disclosure Statement or providing a false statement may result in fines and/or imprisonment.

**ASSIGNMENT OF OWNERSHIP**

SELLER(S):  The undersigned seller(s) hereby state(s) the vehicle described on this title was transferred to the buyer(s) specified below.  BUYER(S): Do not sign below until all sections have been completed and signed by seller(s).  Signing below indicates you are aware of the CONDITION STATEMENT and ODOMETER DISCLOSURE STATEMENT made by seller(s).

**SECTION 1**
Vehicle Information

| TITLE NUMBER | | ISSUED BY THE STATE OF: |
|---|---|---|
| 7610139 36308 | | Arkansas |
| MAKE / MODEL | YEAR | VEHICLE IDENTIFICATION NUMBER |
| BMW | 2017 | WBA4E5C59HG188797 |

Was this vehicle at the time of sale in condition for legal operation on the highway(s) of this state? *(Only Dealers must respond to this question)* ☐ YES ☐ NO

I state that, to the best of my knowledge and belief, the odometer reading specified below reflects the actual mileage, unless one of the following statements is checked:

ODOMETER READING (No tenths)

**4 6 , 4 2 3**

☐ I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.  *(The odometer started at zero again.)*

☐ I hereby certify that the odometer reading is not actual mileage.  WARNING: ODOMETER DISCREPANCY

**SECTION 2**
Buyer(s)

| NAME OF BUYER (Please print) | CHECK ONE IF CO-OWNED | NAME OF CO-BUYER (Please print) | |
|---|---|---|---|
| Superb Motors Inc. | ☐ AND ☐ OR | | |
| ADDRESS OF BUYER(S) | | | DEALER'S LIC. NO. (If dealer) |
| 215 Northern BIVD Great Neck, NY 11021 | | | |
| SIGNATURE OF BUYER(S) (Or authorized official) X | SIGNATURE OF CO-BUYER (Authorized official) | | DATE SIGNED 11\9\23 |

**SECTION 3**
Seller(s)

| NAME OF SELLER(S) (Please print) | | DATE SOLD 11\9\23 |
|---|---|---|
| ADDRESS OF SELLER(S) (Please print) | TEAM MITSUBISHI HARTFORD 398-412 NEW PARK AVE HARTFORD CT 06106 | DEALER'S LIC. NO. (If dealer) N2754 |

**SIGNATURE AND CERTIFICATION BY SELLER(S)**

I (we) declare under penalty of false statement that the information furnished above is true and complete to the best of my (our) knowledge and belief.  The owner (seller) of this motor vehicle described above hereby transfers to the buyer the described motor vehicle in consideration of the amount (selling price) entered below, receipt hereby acknowledged.

| SIGNATURE OF SELLER(S) (Or authorized official) X | PRINTED NAME OF SELLER(S) (Authorized official) Aliyah Bennett | SELLING PRICE $ 30,962.00 | DATE SIGNED 11\9\23 |
|---|---|---|---|

Case 2:23-cv-06188-JMW   Document 158-2   Filed 03/25/24   Page 88 of 115 PageID #: 3477

☐ Salvage
MV-907A No. _____

**New York State Department of Motor Vehicles**
## WHOLESALE CERTIFICATE OF SALE RECEIPT

### No. EW37175932023

**VEHICLE INFORMATION:**

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|------------------|-----------|-----------|------------------------|
| 2017 | BMW | 440XI | SEDN | BK | N/A | 3885 | G | 6 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|---|---|---|
| W B A 4 E 5 C 5 9 H G 1 8 8 7 9 7   0 | | N/A |

**DEALER INFORMATION**

SUPERB MOTORS INC, 215 NORTHERN BLVD, GREAT NECK, NY, 11021, Nassau

| **PURCHASER INFORMATION** | Date of Sale |
|---|---|
| TEAM MITSUBISHI HARTFORD, 398-412 NEW PARK AVE, HARTFORD, CT, 06106 | 11-09-2023 |

| **PRIOR OWNER INFORMATION** | Date of Purchase |
|---|---|
| GERMAN STARS MTR INC, 210 W CENTER ST, BEEBE, AR, 72012, Out Of State Title (761013936308) | 03-10-2023 |

**ODOMETER DISCLOSURE STATEMENT**

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

■ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. **WARNING:** ODOMETER DISCREPANCY."

| ODOMETER READING | | | | | | |
|---|---|---|---|---|---|---|
| 0 | 0 | 4 | 6 | 4 | 2 | 3 |
| | | (no tenths) | | | | |

Check your odometer reading at: | verifiny.com/check | Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

**DEALER CERTIFICATION**

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full | Date | Seller's Facility No. |
|---|---|---|---|
| | SUPERB MOTORS INC | | 7128150 |

**PURCHASER CONFIRMATION**

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full | Date | Purchaser's Facility No. |
|---|---|---|---|
| | TEAM MITSUBISHI HARTFORD | | |

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*

Customer copy

Page 1 of 2

Exhibit E - 17

New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE

### No. EW37175932023

| VEHICLE TRANSFER HISTORY | | | | | |
|---|---|---|---|---|---|
| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
| SUPERB MOTORS INC | TEAM MITSUBISHI HARTFORD | 7128150 | 11 / 09 / 2023 | EMV50 | Yes |
| GERMAN STARS MTR INC | SUPERB MOTORS INC | | 03 / 10 / 2023 | OOST | No |

*Any change or Alteration voids this receipt*

Customer copy

Page 2 of 2

Exhibit E - 18

Exhibit E - 19

**SUPPLEMENTAL ASSIGNMENT OF OWNERSHIP AND/OR BILL OF SALE**
Q-1 REV. 11-18

SU1065

STATE OF CONNECTICUT
**DEPARTMENT OF MOTOR VEHICLES**

**INSTRUCTIONS FOR A VEHICLE:**

1. Complete Sections 1, 2, 3 and the *SIGNATURE AND CERTIFICATION BY SELLER(S) SECTION.*
2. This form can be used as a **BILL OF SALE** or to assign ownership when the assignment areas on the back of a **TITLE** are filled.
3. This form must be accompanied by the most recent **TITLE** issued for the vehicle.

**WARNING:** Federal law requires that you state the mileage in connection with a transfer of ownership. Failure to complete the Odometer Disclosure Statement or providing a false statement may result in fines and/or imprisonment.

**ASSIGNMENT OF OWNERSHIP**

SELLER(S): The undersigned seller(s) hereby state(s) the vehicle described on this title was transferred to the buyer(s) specified below. BUYER(S): Do not sign below until all sections have been completed and signed by seller(s). Signing below indicates you are aware of the CONDITION STATEMENT and ODOMETER DISCLOSURE STATEMENT made by seller(s).

**SECTION 1**
Vehicle Information

| TITLE NUMBER | ISSUED BY THE STATE OF: |
|---|---|
| 761013959746 | Arkansas |

| MAKE / MODEL | YEAR | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|
| Landrover Rangerover | 2019 | SALGS2RE3KA519794 |

Was this vehicle at the time of sale in condition for legal operation on the highway(s) of this state? *(Only Dealers must respond to this question)* ☐ YES ☐ NO

I state that, to the best of my knowledge and belief, the odometer reading specified below reflects the actual mileage, unless one of the following statements is checked:

ODOMETER READING *(No tenths)*

| 5 | 9 | 2 | 7 | 6 |

☐ I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits. *(The odometer started at zero again.)*

☐ I hereby certify that the odometer reading is not actual mileage. WARNING: ODOMETER DISCREPANCY

**SECTION 2**
Buyer(s)

| NAME OF BUYER *(Please print)* | CHECK ONE IF CO-OWNED | NAME OF CO-BUYER *(Please print)* | |
|---|---|---|---|
| Superb Motors Inc. | ☐ AND ☐ OR | | |

| ADDRESS OF BUYER(S) | | DEALER'S LIC. NO. *(If dealer)* |
|---|---|---|
| 215 Northern Blvd Great Neck, NY 11021 | | |

| SIGNATURE OF BUYER(S) *(Or authorized official)* | SIGNATURE OF CO-BUYER *(Authorized official)* | DATE SIGNED |
|---|---|---|
| X | | 11/17/23 |

**SECTION 3**
Seller(s)

| NAME OF SELLER(S) *(Please print)* | DATE SOLD |
|---|---|
| TEAM MITSUBISHI HARTFORD | 11/17/23 |

| ADDRESS OF SELLER(S) *(Please print)* | DEALER'S LIC. NO. *(If dealer)* |
|---|---|
| 398-412 NEW PARK AVE<br>HARTFORD CT 06106 | N2754 |

**SIGNATURE AND CERTIFICATION BY SELLER(S)**

I (we) declare under penalty of false statement that the information furnished above is true and complete to the best of my (our) knowledge and belief. The owner (seller) of this motor vehicle described above hereby transfers to the buyer the described motor vehicle in consideration of the amount (selling price) entered below, receipt hereby acknowledged.

| SIGNATURE OF SELLER(S) *(Or authorized official)* | PRINTED NAME OF SELLER(S) *(Authorized official)* | SELLING PRICE | DATE SIGNED |
|---|---|---|---|
| X | Aliyah Bennett | $ 59,667.00 | 11/17/23 |

☐ Salvage
MV-907A No. _____

New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE RECEIPT

### No. EW37369772023

**VEHICLE INFORMATION:**

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|------------------|-----------|-----------|------------------------|
| 2019 | LA/RO | RANGE ROVER | SUV | BL | N/A | 5254 | G | 8 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|---|---|---|
| S A L G S 2 R E 3 K A 5 1 9 7 9 4  0 | | N/A |

**DEALER INFORMATION**

SUPERB MOTORS INC, 215 NORTHERN BLVD, GREAT NECK, NY, 11021, Nassau

**PURCHASER INFORMATION**

TEAM MITSUBISHI HARTFORD, 398-412 NEW PARK AVE, HARTFORD, CT, 06106

Date of Sale

11-17-2023

**PRIOR OWNER INFORMATION**

GERMAN STARS MTR INC, 210 W CENTER ST, BEEBE, AR, 72012,
Out Of State Title (761013959746)

Date of Purchase

03-24-2023

**ODOMETER DISCLOSURE STATEMENT**

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

■ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. WARNING: ODOMETER DISCREPANCY."

| ODOMETER READING | | | | | | |
|---|---|---|---|---|---|---|
| 0 | 0 | 5 | 9 | 2 | 7 | 6 |
| (no tenths) | | | | | | |

Check your odometer reading at: | verifiny.com/check | Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

**DEALER CERTIFICATION**

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full | Date | Seller's Facility No. |
|---|---|---|---|
| | SUPERB MOTORS INC | | 7128150 |

**PURCHASER CONFIRMATION**

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full | Date | Purchaser's Facility No. |
|---|---|---|---|
| | TEAM MITSUBISHI HARTFORD | | |

The authenticity of this document can be verified at verifiny.com/check

## Any change or Alteration voids this receipt

Customer copy

Page 1 of 2

Exhibit E - 20

Case 2:23-cv-06188-JMW   Document 158-2   Filed 03/25/24   Page 82 of 115 PageID #: 3471

New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE

### No. EW37369772023

| VEHICLE TRANSFER HISTORY | | | | | |
|---|---|---|---|---|---|
| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
| SUPERB MOTORS INC | TEAM MITSUBISHI HARTFORD | 7128150 | 11 / 17 / 2023 | EMV50 | Yes |
| GERMAN STARS MTR INC | SUPERB MOTORS INC | | 03 / 24 / 2023 | OOST | No |

*Any change or Alteration voids this receipt*

Customer copy

Page 2 of 2

Exhibit E - 21

SU1209

**SUPPLEMENTAL ASSIGNMENT OF OWNERSHIP AND/OR BILL OF SALE**
Q-1 REV. 11-18

STATE OF CONNECTICUT
**DEPARTMENT OF MOTOR VEHICLES**

**INSTRUCTIONS FOR A VEHICLE:**

1. Complete Sections 1, 2, 3 and the *SIGNATURE AND CERTIFICATION BY SELLER(S) SECTION.*
2. This form can be used as a **BILL OF SALE** or to assign ownership when the assignment areas on the back of a **TITLE** are filled.
3. This form must be accompanied by the most recent **TITLE** issued for the vehicle.

**WARNING:** Federal law requires that you state the mileage in connection with a transfer of ownership. Failure to complete the Odometer Disclosure Statement or providing a false statement may result in fines and/or imprisonment.

**ASSIGNMENT OF OWNERSHIP**

SELLER(S): The undersigned seller(s) hereby state(s) the vehicle described on this title was transferred to the buyer(s) specified below. BUYER(S): Do not sign below until all sections have been completed and signed by seller(s). Signing below indicates you are aware of the CONDITION STATEMENT and ODOMETER DISCLOSURE STATEMENT made by seller(s).

| | | |
|---|---|---|
| TITLE NUMBER: 75A65AY | ISSUED BY THE STATE OF: New York | |

**SECTION 1 — Vehicle Information**

| MAKE / MODEL: Bmw 5series | YEAR: 2019 | VEHICLE IDENTIFICATION NUMBER: WBAJB1C53KB375171 |
|---|---|---|

Was this vehicle at the time of sale in condition for legal operation on the highway(s) of this state? *(Only Dealers must respond to this question)* ☐ YES ☐ NO

I state that, to the best of my knowledge and belief, the odometer reading specified below reflects the actual mileage, unless one of the following statements is checked:

ODOMETER READING *(No tenths)*: 63680

☐ I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits. *(The odometer started at zero again.)*

☐ I hereby certify that the odometer reading is not actual mileage. WARNING: ODOMETER DISCREPANCY

**SECTION 2 — Buyer(s)**

| NAME OF BUYER *(Please print)*: Superb motors Inc. | CHECK ONE IF CO-OWNED: ☐ AND ☐ OR | NAME OF CO-BUYER *(Please print)*: |
|---|---|---|
| ADDRESS OF BUYER(S): 215 Northern Blvd Great Neck, NY 11021 | | DEALER'S LIC. NO. *(If dealer)*: |
| SIGNATURE OF BUYER(S) *(Or authorized official)*: X | SIGNATURE OF CO-BUYER *(Authorized official)*: | DATE SIGNED: 11/9/2023 |

**SECTION 3 — Seller(s)**

| NAME OF SELLER(S) *(Please print)*: TEAM MITSUBISHI HARTFORD | DATE SOLD: 11/9/2023 |
|---|---|
| ADDRESS OF SELLER(S) *(Please print)*: 398-412 NEW PARK AVE HARTFORD CT 06106 | DEALER'S LIC. NO. *(If dealer)*: N2754 |

**SIGNATURE AND CERTIFICATION BY SELLER(S)**

I (we) declare under penalty of false statement that the information furnished above is true and complete to the best of my (our) knowledge and belief. The owner (seller) of this motor vehicle described above hereby transfers to the buyer the described motor vehicle in consideration of the amount (selling price) entered below, receipt hereby acknowledged.

| SIGNATURE OF SELLER(S) *(Or authorized official)*: X DB | PRINTED NAME OF SELLER(S) *(Authorized official)*: Atiyah Bennett | SELLING PRICE: $29,998.00 | DATE SIGNED: 11/9/2023 |
|---|---|---|---|

Exhibit E - 22

New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE RECEIPT

☐ Salvage
MV-907A No. _____

### No. EW37174722023

**VEHICLE INFORMATION:**

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|------------------|-----------|-----------|------------------------|
| 2019 | BMW | N/A | 4DSD | WH | N/A | 3797 | G | 4 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|---|---|---|
| W B A J B 1 C 5 3 K B 3 7 5 1 1 7 1 | 0 | N/A |

**DEALER INFORMATION**

SUPERB MOTORS INC, 215 NORTHERN BLVD, GREAT NECK, NY, 11021, Nassau

| PURCHASER INFORMATION | Date of Sale |
|---|---|
| TEAM MITSUBISHI HARTFORD, 398-412 NEW PARK AVE, HARTFORD, CT, 06106 | 11-09-2023 |

| PRIOR OWNER INFORMATION | Date of Purchase |
|---|---|
| H&H AUTO SALES INC, 115 S 2 ST UNIT 10, BAYSHORE, NY, 11706, NASS Electronic MV-50 Number (EW33254312023) | 06-05-2023 |

## ODOMETER DISCLOSURE STATEMENT

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

☑ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. WARNING: ODOMETER DISCREPANCY."

| ODOMETER READING | | | | | | |
|---|---|---|---|---|---|---|
| 0 | 0 | 6 | 3 | 6 | 8 | 0 |

(no tenths)

Check your odometer reading at: **verifiny.com/check**    Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

### DEALER CERTIFICATION

I certify that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full | Date | Seller's Facility No. |
|---|---|---|---|
| | SUPERB MOTORS INC | | 7128150 |

### PURCHASER CONFIRMATION

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full | Date | Purchaser's Facility No. |
|---|---|---|---|
| | TEAM MITSUBISHI HARTFORD | | |

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*

Customer copy

Page 1 of 2

Exhibit E - 23

New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE

### No. EW37174722023

| VEHICLE TRANSFER HISTORY | | | | | |
|---|---|---|---|---|---|
| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
| SUPERB MOTORS INC | TEAM MITSUBISHI HARTFORD | 7128150 | 11 / 09 / 2023 | EMV50 | Yes |
| H&H AUTO SALES INC | SUPERB MOTORS INC | 7109019 | 06 / 05 / 2023 | EMV50 | No |
| SANTANDER CONSUMER | H&H AUTO SALES INC | | 04 / 28 / 2023 | NYST | No |

*Any change or Alteration voids this receipt*

Customer copy

Page 2 of 2

Exhibit E - 24

Case 2:23-cv-06188-JMW   Document 468-5   Filed 04/15/26   Page 26 of 39 PageID #: 12546

Exhibit E - 25

**SUPPLEMENTAL ASSIGNMENT OF OWNERSHIP AND/OR BILL OF SALE**
Q-1 REV. 11-18

SU1148

STATE OF CONNECTICUT
**DEPARTMENT OF MOTOR VEHICLES**

**INSTRUCTIONS FOR A VEHICLE:**

1. Complete Sections 1, 2, 3 and the *SIGNATURE AND CERTIFICATION BY SELLER(S) SECTION.*
2. This form can be used as a **BILL OF SALE** or to assign ownership when the assignment areas on the back of a **TITLE** are filled.
3. This form must be accompanied by the most recent **TITLE** issued for the vehicle.

**WARNING: Federal law requires that you state the mileage in connection with a transfer of ownership. Failure to complete the Odometer Disclosure Statement or providing a false statement may result in fines and/or imprisonment.**

## ASSIGNMENT OF OWNERSHIP

SELLER(S): The undersigned seller(s) hereby state(s) the vehicle described on this title was transferred to the buyer(s) specified below.  BUYER(S): Do not sign below until all sections have been completed and signed by seller(s).  Signing below indicates you are aware of the CONDITION STATEMENT and ODOMETER DISCLOSURE STATEMENT made by seller(s).

**SECTION 1**
**Vehicle Information**

| TITLE NUMBER | | ISSUED BY THE STATE OF: |
|---|---|---|
| 761014050795 | | Arkansas |

| MAKE / MODEL | YEAR | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|
| Porsche Panamera | 2016 | WP0AF2A74GL082172 |

Was this vehicle at the time of sale in condition for legal operation on the highway(s) of this state? *(Only Dealers must respond to this question)* ☐ YES ☐ NO

I state that, to the best of my knowledge and belief, the odometer reading specified below reflects the actual mileage, unless one of the following statements is checked:

ODOMETER READING *(No tenths)*

**3 5 6 3 3**

☐ I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits. *(The odometer started at zero again.)*

☐ I hereby certify that the odometer reading is not actual mileage.  WARNING: ODOMETER DISCREPANCY

**SECTION 2**
**Buyer(s)**

| NAME OF BUYER *(Please print)* | CHECK ONE IF CO-OWNED | NAME OF CO-BUYER *(Please print)* |
|---|---|---|
| Superb Motors | ☐ AND ☐ OR | |

| ADDRESS OF BUYER(S) | | DEALER'S LIC. NO. *(If dealer)* |
|---|---|---|
| 215 Northern Blvd Great Neck, NY 11021 | | |

| SIGNATURE OF BUYER(S) *(Or authorized official)* | SIGNATURE OF CO-BUYER *(Authorized official)* | DATE SIGNED |
|---|---|---|
| X | | 11 9 23 |

**SECTION 3**
**Seller(s)**

| NAME OF SELLER(S) *(Please print)* | | DATE SOLD |
|---|---|---|
| TEAM MITSUBISHI HARTFORD | | 11 9 23 |

| ADDRESS OF SELLER(S) *(Please print)* | | DEALER'S LIC. NO. *(If dealer)* |
|---|---|---|
| 398-412 NEW PARK AVE HARTFORD CT 06106 | | N2754 |

## SIGNATURE AND CERTIFICATION BY SELLER(S)

I (we) declare under penalty of false statement that the information furnished above is true and complete to the best of my (our) knowledge and belief. The owner (seller) of this motor vehicle described above hereby transfers to the buyer the described motor vehicle in consideration of the amount (selling price) entered below, receipt hereby acknowledged.

| SIGNATURE OF SELLER(S) *(Or authorized official)* | PRINTED NAME OF SELLER(S) *(Authorized official)* | SELLING PRICE | DATE SIGNED |
|---|---|---|---|
| X | Aliyah Bennett | $49,889.00 | 11 9 23 |

☐ Salvage
MV-907A No. _____

**New York State Department of Motor Vehicles**
## WHOLESALE CERTIFICATE OF SALE RECEIPT

### No. EW37175412023

**VEHICLE INFORMATION:**

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|------------------|-----------|-----------|------------------------|
| 2016 | PORSC | PANAMERA | SEDN | BK | N/A | 4244 | G | 8 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|---|---|---|
| W P 0 A F 2 A 7 4 G L 0 8 2 1 7 2    0 | | N/A |

**DEALER INFORMATION**

SUPERB MOTORS INC, 215 NORTHERN BLVD, GREAT NECK, NY, 11021, Nassau

**PURCHASER INFORMATION**

| | Date of Sale |
|---|---|
| TEAM MITSUBISHI HARTFORD, 398-412 NEW PARK AVE, HARTFORD, CT, 06106 | 11-09-2023 |

**PRIOR OWNER INFORMATION**

| | Date of Purchase |
|---|---|
| GERMAN STARS MTR INC, 210 WEST CENTER ST, BEEBE, AR, 72012, Out Of State Title (761014050795) | 04-28-2023 |

## ODOMETER DISCLOSURE STATEMENT

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

■ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. WARNING: ODOMETER DISCREPANCY."

| ODOMETER READING | | | | | | |
|---|---|---|---|---|---|---|
| 0 | 0. | 3 | 5 | 6 | 3 | 3 |
| (no tenths) | | | | | | |

Check your odometer reading at: **verifiny.com/check**    Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

### DEALER CERTIFICATION

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full | Date | Seller's Facility No. |
|---|---|---|---|
| | SUPERB MOTORS INC | | 7128150 |

### PURCHASER CONFIRMATION

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full | Date | Purchaser's Facility No. |
|---|---|---|---|
| | TEAM MITSUBISHI HARTFORD | | |

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*

Customer copy

Page 1 of 2

Exhibit E - 26

Case 2:23-cv-06188-JMW   Document 158-2   Filed 03/25/24   Page 70 of 115 PageID #: 3459

New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE

### No. EW37175412023

| VEHICLE TRANSFER HISTORY | | | | | |
|---|---|---|---|---|---|
| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
| SUPERB MOTORS INC | TEAM MITSUBISHI HARTFORD | 7128150 | 11 / 09 / 2023 | EMV50 | Yes |
| GERMAN STARS MTR INC | SUPERB MOTORS INC | | 04 / 28 / 2023 | OOST | No |

*Any change or Alteration voids this receipt*

Customer copy

Page 2 of 2

Exhibit E - 27

Exhibit E - 28

**SUPPLEMENTAL ASSIGNMENT OF OWNERSHIP AND/OR BILL OF SALE**
Q-1 REV. 11-18

**S41319**

STATE OF CONNECTICUT
**DEPARTMENT OF MOTOR VEHICLES**

**INSTRUCTIONS FOR A VEHICLE:**

1. Complete Sections 1, 2, 3 and the *SIGNATURE AND CERTIFICATION BY SELLER(S) SECTION*.
2. This form can be used as a **BILL OF SALE** or to assign ownership when the assignment areas on the back of a **TITLE** are filled.
3. This form must be accompanied by the most recent **TITLE** issued for the vehicle.

**WARNING:** Federal law requires that you state the mileage in connection with a transfer of ownership. Failure to complete the Odometer Disclosure Statement or providing a false statement may result in fines and/or imprisonment.

## ASSIGNMENT OF OWNERSHIP

**SELLER(S):** The undersigned seller(s) hereby state(s) the vehicle described on this title was transferred to the buyer(s) specified below. **BUYER(S):** Do not sign below until all sections have been completed and signed by seller(s). Signing below indicates you are aware of the CONDITION STATEMENT and ODOMETER DISCLOSURE STATEMENT made by seller(s).

| | | |
|---|---|---|
| **SECTION 1**<br>Vehicle Information | **TITLE NUMBER** 663609E | **ISSUED BY THE STATE OF:** New York |
| | **MAKE / MODEL** Alfa Romeo Stelvio   **YEAR** 2020 | **VEHICLE IDENTIFICATION NUMBER** ZASPAKBN5L7C91095 |

Was this vehicle at the time of sale in condition for legal operation on the highway(s) of this state? *(Only Dealers must respond to this question)* ☐ YES ☐ NO

I state that, to the best of my knowledge and belief, the odometer reading specified below reflects the actual mileage, unless one of the following statements is checked:

**ODOMETER READING** *(No tenths)* ▼
`3 0 3 5 7`

☐ I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits. *(The odometer started at zero again.)*

☐ I hereby certify that the odometer reading is not actual mileage. WARNING: ODOMETER DISCREPANCY

| | | | | |
|---|---|---|---|---|
| **SECTION 2**<br>Buyer(s) | **NAME OF BUYER** *(Please print)*<br>Superb Motors Inc. | **CHECK ONE IF CO-OWNED**<br>☐ AND  ☐ OR | **NAME OF CO-BUYER** *(Please print)* | |
| | **ADDRESS OF BUYER(S)**<br>215 Northern Blvd Great Neck, NY 11021 | | | **DEALER'S LIC. NO.** *(If dealer)* |
| | **SIGNATURE OF BUYER(S)** *(Or authorized official)*<br>X | **SIGNATURE OF CO-BUYER** *(Authorized official)* | | **DATE SIGNED**<br>11/9/23 |
| **SECTION 3**<br>Seller(s) | **NAME OF SELLER(S)** *(Please print)* | | | **DATE SOLD**<br>11/9/23 |
| | **ADDRESS OF SELLER(S)** *(Please print)* | TEAM MITSUBISHI HARTFORD<br>398-412 NEW PARK AVE<br>HARTFORD CT 06106 | | **DEALER'S LIC. NO.** *(If dealer)*<br>N2754 |

## SIGNATURE AND CERTIFICATION BY SELLER(S)

I (we) declare under penalty of false statement that the information furnished above is true and complete to the best of my (our) knowledge and belief. The owner (seller) of this motor vehicle described above hereby transfers to the buyer the described motor vehicle in consideration of the amount (selling price) entered below, receipt hereby acknowledged.

| **SIGNATURE OF SELLER(S)** *(Or authorized official)* | **PRINTED NAME OF SELLER(S)** *(Authorized official)* | **SELLING PRICE** | **DATE SIGNED** |
|---|---|---|---|
| X | Aliyan Bennett | $31,569.00 | 11/9/23 |

☐ Salvage
MV-907A No. _____

New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE RECEIPT

### No. EW37175582023

**VEHICLE INFORMATION:**

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|------------------|-----------|-----------|------------------------|
| 2020 | AL/RO | STELVIO | SUBN | GR | N/A | 3890 | G | 4 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|---|---|---|
| Z A S P A K B N 5 L 7 C 9 1 0 9 5 | 0 | N/A |

**DEALER INFORMATION**

SUPERB MOTORS INC, 215 NORTHERN BLVD, GREAT NECK, NY, 11021, Nassau

**PURCHASER INFORMATION**

| | Date of Sale |
|---|---|
| TEAM MITSUBISHI HARTFORD, 398-412 NEW PARK AVE, HARTFORD, CT, 06106 | 11-09-2023 |

**PRIOR OWNER INFORMATION**

| | Date of Purchase |
|---|---|
| TEAM AUTO SALES LLC, 4360 US HWY 9, FREEHOLD, NJ, 07728, Out Of State Transfer Document | 07-17-2023 |

**ODOMETER DISCLOSURE STATEMENT**

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

■ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. WARNING: ODOMETER DISCREPANCY."

| ODOMETER READING |
|---|
| 0 0 3 0 3 5 7 |
| (no tenths) |

Check your odometer reading at: **verifiny.com/check**    Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

**DEALER CERTIFICATION**

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full | Date | Seller's Facility No. |
|---|---|---|---|
| | SUPERB MOTORS INC | | 7128150 |

**PURCHASER CONFIRMATION**

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full | Date | Purchaser's Facility No. |
|---|---|---|---|
| | TEAM MITSUBISHI HARTFORD | | |

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*

Customer copy

Page 1 of 2

Exhibit E - 29

Case 2:23-cv-06188-JMW    Document 158-2    Filed 03/25/24    Page 10 of 115 PageID #: 3399

New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE
### No. EW37175582023

### VEHICLE TRANSFER HISTORY

| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
|---|---|---|---|---|---|
| SUPERB MOTORS INC | TEAM MITSUBISHI HARTFORD | 7128150 | 11 / 09 / 2023 | EMV50 | Yes |
| TEAM AUTO SALES LLC | SUPERB MOTORS INC | | 07 / 17 / 2023 | OSTD | No |
| ROYAL COAST AUTOMOBILE GROUP INC | TEAM AUTO SALES LLC | 7121983 | 07 / 17 / 2023 | EMV50 | Yes |
| GOLD COAST ALFA ROME GOLD COAST MASERATI | ROYAL COAST AUTOMOBILE GROUP INC | 7118766 | 07 / 17 / 2023 | EMV50 | No |
| CCAP AUTO LEASE LTD | GOLD COAST ALFA ROMEGOLD COAST MASERATI | | 04 / 08 / 2023 | NYST | No |
| WESTBURY FIAT LLC | CCAP AUTO LEASE LTD | 7111673 | 08 / 12 / 2020 | EMV50 | No |
| FCA US LLC | WESTBURY FIAT LLC | | 07 / 29 / 2020 | MCO | No |

*Any change or Alteration voids this receipt*

Customer copy

Page 2 of 2

Exhibit E - 30

Case 2:23-cv-06188-JMW   Document 468-5   Filed 04/15/26   Page 32 of 39 PageID #: 12552

**SUPPLEMENTAL ASSIGNMENT OF OWNERSHIP AND/OR BILL OF SALE**
Q-1 REV. 11-18

SY1323

STATE OF CONNECTICUT
**DEPARTMENT OF MOTOR VEHICLES**

**INSTRUCTIONS FOR A VEHICLE:**

1. Complete Sections 1, 2, 3 and the *SIGNATURE AND CERTIFICATION BY SELLER(S) SECTION.*
2. This form can be used as a **BILL OF SALE** or to assign ownership when the assignment areas on the back of a **TITLE** are filled.
3. This form must be accompanied by the most recent **TITLE** issued for the vehicle.

**WARNING: Federal law requires that you state the mileage in connection with a transfer of ownership. Failure to complete the Odometer Disclosure Statement or providing a false statement may result in fines and/or imprisonment.**

**ASSIGNMENT OF OWNERSHIP**

SELLER(S): The undersigned seller(s) hereby state(s) the vehicle described on this title was transferred to the buyer(s) specified below. BUYER(S): Do not sign below until all sections have been completed and signed by seller(s). Signing below indicates you are aware of the CONDITION STATEMENT and ODOMETER DISCLOSURE STATEMENT made by seller(s).

| | | | |
|---|---|---|---|
| **SECTION 1**<br>Vehicle<br>Information | **TITLE NUMBER**<br>1630860Z | | **ISSUED BY THE STATE OF:**<br>New York |
| | **MAKE / MODEL**<br>Infiniti QX60 | **YEAR**<br>2020 | **VEHICLE IDENTIFICATION NUMBER**<br>5N1DL0MM6LC528999 |

Was this vehicle at the time of sale in condition for legal operation on the highway(s) of this state? *(Only Dealers must respond to this question)* ☐ YES ☐ NO

I state that, to the best of my knowledge and belief, the odometer reading specified below reflects the actual mileage, unless one of the following statements is checked:

**ODOMETER READING** *(No tenths)*  ▼

5 1 2 4 9

☐ I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits. *(The odometer started at zero again.)*

☐ I hereby certify that the odometer reading is not actual mileage. **WARNING: ODOMETER DISCREPANCY**

| | | | |
|---|---|---|---|
| **SECTION 2**<br>Buyer(s) | **NAME OF BUYER** *(Please print)*<br>Superb Motors Inc. | **CHECK ONE IF CO-OWNED**<br>☐ AND ☐ OR | **NAME OF CO-BUYER** *(Please print)* |
| | **ADDRESS OF BUYER(S)**<br>215 Northern Blvd Great Neck, NY 11021 | | **DEALER'S LIC. NO.** *(If dealer)* |
| | **SIGNATURE OF BUYER(S)** *(Or authorized official)*<br>X | **SIGNATURE OF CO-BUYER** *(Authorized official)* | **DATE SIGNED**<br>11 9 23 |
| **SECTION 3**<br>Seller(s) | **NAME OF SELLER(S)** *(Please print)* | | **DATE SOLD**<br>11 9 23 |
| | **ADDRESS OF SELLER(S)** *(Please print)*<br>TEAM MITSUBISHI HARTFORD<br>398-412 NEW PARK AVE<br>HARTFORD CT 06106 | | **DEALER'S LIC. NO.** *(If dealer)*<br>N2754 |

**SIGNATURE AND CERTIFICATION BY SELLER(S)**

I (we) declare under penalty of false statement that the information furnished above is true and complete to the best of my (our) knowledge and belief. The owner (seller) of this motor vehicle described above hereby transfers to the buyer the described motor vehicle in consideration of the amount (selling price) entered below, receipt hereby acknowledged.

| **SIGNATURE OF SELLER(S)** *(Or authorized official)* | **PRINTED NAME OF SELLER(S)** *(Authorized official)* | **SELLING PRICE** | **DATE SIGNED** |
|---|---|---|---|
| X | Aliyah Bennett | $28,699.00 | 11 9 23 |

Exhibit E - 31

☐ Salvage
MV-907A No. _____

**New York State Department of Motor Vehicles**
**WHOLESALE CERTIFICATE OF SALE RECEIPT**

**No. EW37176502023**

**VEHICLE INFORMATION:**

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|------------------|-----------|-----------|------------------------|
| 2020 | INFIN | QX60 | SUV | BL | N/A | 4422 | G | 6 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|---|---|---|
| 5 N 1 D L 0 M M 6 L C 5 2 8 9 9 9 0 | | N/A |

**DEALER INFORMATION**

SUPERB MOTORS INC, 215 NORTHERN BLVD, GREAT NECK, NY, 11021, Nassau

**PURCHASER INFORMATION**

TEAM MITSUBISHI HARTFORD, 398-412 NEW PARK AVE, HARTFORD, CT, 06106

Date of Sale

11-09-2023

**PRIOR OWNER INFORMATION**

TEAM AUTO SALES LLC, 4360 US RT 9, FREEHOLD, NJ, 07728,
Out Of State Transfer Document

Date of Purchase

07-14-2023

**ODOMETER DISCLOSURE STATEMENT**

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

■ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. WARNING: ODOMETER DISCREPANCY."

| ODOMETER READING | | | | | | |
|---|---|---|---|---|---|---|
| 0 | 0 | 5 | 1 | 2 | 4 | 9 |

(no tenths)

Check your odometer reading at: | verifiny.com/check | Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

**DEALER CERTIFICATION**

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full | Date | Seller's Facility No. |
|---|---|---|---|
| | SUPERB MOTORS INC | | 7128150 |

**PURCHASER CONFIRMATION**

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full | Date | Purchaser's Facility No. |
|---|---|---|---|
| | TEAM MITSUBISHI HARTFORD | | |

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*

Customer copy

Page 1 of 2

Exhibit E - 32

Case 2:23-cv-06188-JMW   Document 158-2   Filed 03/25/24   Page 14 of 115 PageID #: 3403

New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE

### No. EW37176502023

### VEHICLE TRANSFER HISTORY

| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
|---|---|---|---|---|---|
| SUPERB MOTORS INC | TEAM MITSUBISHI HARTFORD | 7128150 | 11 / 09 / 2023 | EMV50 | Yes |
| TEAM AUTO SALES LLC | SUPERB MOTORS INC | | 07 / 14 / 2023 | OSTD | No |
| INFINITI OF MASSAPEQUA LTD | NISSAN INFINITI LT NILT INC TRUSTEE | 7049251 | 01 / 08 / 2020 | EMV50 | No |
| NISSAN NORTH AMERICA | INFINITI OFMASSAPEQUA LTD | | 12 / 29 / 2019 | MCO | No |

*Any change or Alteration voids this receipt*

Customer copy

Page 2 of 2

Exhibit E - 33

Case 2:23-cv-06188-JMW   Document 468-5   Filed 04/15/26   Page 35 of 39 PageID #: 12555

**SUPPLEMENTAL ASSIGNMENT OF OWNERSHIP AND/OR BILL OF SALE**
Q-1 REV. 11-18

SU0798B

STATE OF CONNECTICUT
**DEPARTMENT OF MOTOR VEHICLES**

**INSTRUCTIONS FOR A VEHICLE:**

1. Complete Sections 1, 2, 3 and the *SIGNATURE AND CERTIFICATION BY SELLER(S) SECTION.*
2. This form can be used as a **BILL OF SALE** or to assign ownership when the assignment areas on the back of a **TITLE** are filled.
3. This form must be accompanied by the most recent **TITLE** issued for the vehicle.

**WARNING: Federal law requires that you state the mileage in connection with a transfer of ownership. Failure to complete the Odometer Disclosure Statement or providing a false statement may result in fines and/or imprisonment.**

**ASSIGNMENT OF OWNERSHIP**

SELLER(S): The undersigned seller(s) hereby state(s) the vehicle described on this title was transferred to the buyer(s) specified below. BUYER(S): Do not sign below until all sections have been completed and signed by seller(s). Signing below indicates you are aware of the CONDITION STATEMENT and ODOMETER DISCLOSURE STATEMENT made by seller(s).

| TITLE NUMBER | ISSUED BY THE STATE OF: |
|---|---|

**SECTION 1**
Vehicle Information

| MAKE / MODEL | YEAR | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|
| Mercedes Benz | 2009 | WDBUF56X99B373460 |

Was this vehicle at the time of sale in condition for legal operation on the highway(s) of this state? *(Only Dealers must respond to this question)* ☐ YES ☐ NO

I state that, to the best of my knowledge and belief, the odometer reading specified below reflects the actual mileage, unless one of the following statements is checked:

ODOMETER READING *(No tenths)*
▼
| 1 | 1 | 0 | 3 | 1 | 5 |

☐ I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits. *(The odometer started at zero again.)*

☐ I hereby certify that the odometer reading is not actual mileage. WARNING: ODOMETER DISCREPANCY

**SECTION 2**
Buyer(s)

| NAME OF BUYER *(Please print)* | CHECK ONE IF CO-OWNED | NAME OF CO-BUYER *(Please print)* |
|---|---|---|
| Superb Motors Inc. | ☐ AND ☐ OR | |

ADDRESS OF BUYER(S)
215 Northern Blvd Great Neck, NY 11021

DEALER'S LIC. NO. *(If dealer)*

| SIGNATURE OF BUYER(S) *(Or authorized official)* X | SIGNATURE OF CO-BUYER *(Authorized official)* | DATE SIGNED |
|---|---|---|

**SECTION 3**
Seller(s)

| NAME OF SELLER(S) *(Please print)* | DATE SOLD |
|---|---|
| TEAM MITSUBISHI HARTFORD | |

ADDRESS OF SELLER(S) *(Please print)*
398-412 NEW PARK AVE
HARTFORD CT 06106

DEALER'S LIC. NO. *(If dealer)*
N2754

**SIGNATURE AND CERTIFICATION BY SELLER(S)**

I (we) declare under penalty of false statement that the information furnished above is true and complete to the best of my (our) knowledge and belief. The owner (seller) of this motor vehicle described above hereby transfers to the buyer the described motor vehicle in consideration of the amount (selling price) entered below, receipt hereby acknowledged.

| SIGNATURE OF SELLER(S) *(Or authorized official)* X | PRINTED NAME OF SELLER(S) *(Authorized official)* Aliyah Bennett | SELLING PRICE $6,804.00 | DATE SIGNED |
|---|---|---|---|

Exhibit E - 34

CARFAX Vehicle History Report for this 2009 MERCEDES-BENZ E-CLASS E 350: WDBUF56X99B373460

## CARFAX HAS THE MOST ACCIDENT & DAMAGE INFORMATION

**Damage Severity Scale**

Minor    Moderate    Severe

**Damage Location**

FRONT

LEFT        RIGHT

REAR

| Date | Mileage | Source | | Details |
|------|---------|--------|---|---------|
| 09/29/2022 | 107,145 | Dave Muller Automotive & Trailer<br>Ewing, NJ<br>609-454-8600<br>mullercustoms.com<br>★ 5.0 / 5.0 315 Verified Reviews<br>♥ 1,659 Customer Favorites | 🔧 | **Vehicle serviced**<br>- Four wheel alignment performed |
| 04/28/2023 | 123,309 | Damage Report | ⚠ | **SALVAGE TITLE DISCLOSED BY SELLER**<br>- **REBUILT TITLE DISCLOSED BY SELLER**<br>- **Total loss disclosed by seller**<br>- Vehicle offered for sale<br>- Airbag deployment disclosed by seller |
| 07/14/2023 | 110,315 | Superb Motors. Inc<br>Great Neck, NY<br>516-821-2280<br>superbmotorgroup.com/<br>★ 3.4 / 5.0 5 Verified Reviews | | **Vehicle offered for sale**<br><br>**MILEAGE INCONSISTENCY** |



The mileage reported here conflicts with this vehicle's odometer history. Ask a mechanic or the seller to confirm the actual mileage - this entry may just be a clerical error.

| Date | Mileage | Source | | Details |
|------|---------|--------|---|---------|
| 07/17/2023 | | Florida<br>Motor Vehicle Dept.<br>Opa Locka, FL<br>Title #0102189799 | ⚠ | **REBUILT TITLE ISSUED**<br>- Titled or registered as personal vehicle<br>- Vehicle color noted as Black |
| 11/07/2023 | | Team Mitsubishi Hartford<br>Hartford, CT<br>860-898-9656<br>teammitsubishihartford.com/<br>★ 4.4 / 5.0 74 Verified Reviews | | **Vehicle offered for sale** |

Have Questions? Consumers, please visit our Help Center at www.carfax.com. Dealers or Subscribers, please visit our Help Center at www.carfaxonline.com.

## CARFAX Glossary

**Accident Indicator**
CARFAX receives information about accidents in all 50 states, the District of Columbia and Canada.

Not every accident is reported to CARFAX. As details about the accident become available, those additional details are added to the CARFAX Vehicle History Report. CARFAX recommends that you have this vehicle inspected by a qualified mechanic.

- According to the National Safety Council, Injury Facts, 2021 edition, 5% of the 276 million registered vehicles in the U.S. were involved in an accident in 2019. Over 77% of these were considered minor or moderate.

Exhibit E - 35

Exhibit E - 36

**SUPPLEMENTAL ASSIGNMENT OF OWNERSHIP AND/OR BILL OF SALE**
Q-1 REV. 11-18

SU876

STATE OF CONNECTICUT
**DEPARTMENT OF MOTOR VEHICLES**

**INSTRUCTIONS FOR A VEHICLE:**

1. Complete Sections 1, 2, 3 and the *SIGNATURE AND CERTIFICATION BY SELLER(S) SECTION.*
2. This form can be used as a **BILL OF SALE** or to assign ownership when the assignment areas on the back of a **TITLE** are filled.
3. This form must be accompanied by the most recent **TITLE** issued for the vehicle.

**WARNING: Federal law requires that you state the mileage in connection with a transfer of ownership. Failure to complete the Odometer Disclosure Statement or providing a false statement may result in fines and/or imprisonment.**

## ASSIGNMENT OF OWNERSHIP

SELLER(S): The undersigned seller(s) hereby state(s) the vehicle described on this title was transferred to the buyer(s) specified below. BUYER(S): Do not sign below until all sections have been completed and signed by seller(s). Signing below indicates you are aware of the CONDITION STATEMENT and ODOMETER DISCLOSURE STATEMENT made by seller(s).

| | TITLE NUMBER | | ISSUED BY THE STATE OF: | |
|---|---|---|---|---|

**SECTION 1**
Vehicle Information

| MAKE / MODEL | YEAR | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|
| Ford Super Duty F350 | 2008 | 1FDWX37R38ED27725 |

Was this vehicle at the time of sale in condition for legal operation on the highway(s) of this state? *(Only Dealers must respond to this question)* ☐ YES ☐ NO

I state that, to the best of my knowledge and belief, the odometer reading specified below reflects the actual mileage, unless one of the following statements is checked:

**ODOMETER READING** *(No tenths)*

▼

| 1 | 6 | 3 | 0 | 0 | 0 |
|---|---|---|---|---|---|

☐ I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits. *(The odometer started at zero again.)*

☐ I hereby certify that the odometer reading is not actual mileage. WARNING: ODOMETER DISCREPANCY

**SECTION 2**
Buyer(s)

| NAME OF BUYER *(Please print)* | CHECK ONE IF CO-OWNED | NAME OF CO-BUYER *(Please print)* | |
|---|---|---|---|
| Superb Motors Inc. | ☐ AND   ☐ OR | | |

| ADDRESS OF BUYER(S) | | DEALER'S LIC. NO. *(If dealer)* |
|---|---|---|
| 215 Northern Blvd Great Neck NY 11021 | | |

| SIGNATURE OF BUYER(S) *(Or authorized official)* | SIGNATURE OF CO-BUYER *(Authorized official)* | DATE SIGNED |
|---|---|---|
| X | | |

**SECTION 3**
Seller(s)

| NAME OF SELLER(S) *(Please print)* | DATE SOLD |
|---|---|
| | |

| ADDRESS OF SELLER(S) *(Please print)* | DEALER'S LIC. NO. *(If dealer)* |
|---|---|
| TEAM MITSUBISHI HARTFORD 398-412 NEW PARK AVE HARTFORD CT 06106 | N2754 |

## SIGNATURE AND CERTIFICATION BY SELLER(S)

I (we) declare under penalty of false statement that the information furnished above is true and complete to the best of my (our) knowledge and belief. The owner (seller) of this motor vehicle described above hereby transfers to the buyer the described motor vehicle in consideration of the amount (selling price) entered below, receipt hereby acknowledged.

| SIGNATURE OF SELLER(S) *(Or authorized official)* | PRINTED NAME OF SELLER(S) *(Authorized official)* | SELLING PRICE | DATE SIGNED |
|---|---|---|---|
| X | Aliyah Bennett | $9,554.00 | |

CARFAX Vehicle History Report for this 2008 FORD F350 SUPER DUTY: 1FDWX37R38ED27725

- Listed as a dealer vehicle



Millions of used vehicles are bought and sold at auction every year.

**Owner 3**
Purchased: 2019



**Low mileage!** This owner drove less than the industry average of 15,000 miles per year.

Personal Vehicle
7,853 mi/yr

| Date | Mileage | Source | | Comments |
|---|---|---|---|---|
| 11/13/2019 | 129,225 | Connecticut Motor Vehicle Dept. Ridgefield, CT Title #AA3038865 | | **Title or registration issued** - New owner reported - Loan or lien reported - Vehicle color noted as Red |
| 09/26/2020 | 136,169 | Healey Brothers Ford Lincoln Goshen, NY 845-291-1998 healeybrothersfordonline.com ⭐ **4.7 / 5.0** 844 Verified Reviews ❤️ **9,557** Customer Favorites | 🔧 | **Vehicle serviced** - Maintenance inspection completed - Oil and filter changed |
| 11/23/2020 | 137,315 | Ingersoll Auto of Danbury Danbury, CT 203-730-5766 ingersollauto.com ⭐ **4.7 / 5.0** 422 Verified Reviews ❤️ **64** Customer Favorites | 🔧 | **Vehicle serviced** - Maintenance inspection completed |

**Owner 4**
Purchased: 2021



**Low mileage!** This owner drove less than the industry average of 15,000 miles per year.

Personal Vehicle
13,128 mi/yr

| Date | Mileage | Source | | Comments |
|---|---|---|---|---|
| 06/26/2021 | | Connecticut Motor Vehicle Dept. Danbury, CT | | **Title or registration issued** - New owner reported - Vehicle color noted as Red |
| 08/05/2021 | 144,123 | Connecticut Motor Vehicle Dept. Danbury, CT Title #AA4068196 | | **Title or registration issued** - Vehicle color noted as Red |
| 11/07/2021 | 148,285 | Minit Lube Danbury, CT 203-792-4340 ⭐ **4.8 / 5.0** 293 Verified Reviews ❤️ **79** Customer Favorites | 🔧 | **Vehicle serviced** - Oil and filter changed |
| 03/25/2022 | 153,450 | Minit Lube Danbury, CT 203-792-4340 ⭐ **4.8 / 5.0** 293 Verified Reviews ❤️ **79** Customer Favorites | 🔧 | **Vehicle serviced** - Oil and filter changed |
| 08/16/2022 | 159,558 | Minit Lube Danbury, CT 203-792-4340 ⭐ **4.8 / 5.0** 293 Verified Reviews ❤️ **79** Customer Favorites | 🔧 | **Vehicle serviced** - Oil and filter changed |
| 03/07/2023 | 164,949 | Online Listing | | **Vehicle offered for sale** |
| 11/07/2023 | | Team Mitsubishi Hartford | | **Vehicle offered for sale** |

Exhibit E - 37

4/12/26, 5:33 PM          CARFAX Vehicle History Report for this 2008 FORD F350 SUPER DUTY: 1FDWX37R38ED27725

Hartford, CT
860-898-9656
teammitsubishihartford.com/
⭐ 4.4 / 5.0 74 Verified Reviews

**Owner 5**
Purchased: 2025                                                                    Personal Vehicle

| Date | Mileage | Source | Comments |
|------|---------|--------|----------|
| 08/19/2025 | | Connecticut Motor Vehicle Dept. Danbury, CT Title #AA6662514 | **Title issued or updated**<br>- New owner reported<br>- Registration updated when owner moved the vehicle to a new location<br>- Vehicle color noted as Red |

Have Questions? Consumers, please visit our Help Center at www.carfax.com. Dealers or Subscribers, please visit our Help Center at www.carfaxonline.com.

**CARFAX Glossary**

**Commercial**
Vehicle was registered for business purposes.

**First Owner**
When the first owner(s) obtains a title from a Department of Motor Vehicles as proof of ownership.

**Ford or Lincoln Mercury Recall**
The Ford Motor Company provides CARFAX with Field Service Action and recall information regarding safety, compliance and emissions programs announced since 2000 for a specific vehicle. For complete information regarding programs or concerns about this vehicle, please contact a local Ford or Lincoln Mercury Dealer.

**New Owner Reported**
When a vehicle is sold to a new owner, the Title must be transferred to the new owner(s) at a Department of Motor Vehicles.

**Ownership History**
CARFAX defines an owner as an individual or business that possesses and uses a vehicle. Not all title transactions represent changes in ownership. To provide estimated number of owners, CARFAX proprietary technology analyzes all the events in a vehicle history. Estimated ownership is available for vehicles manufactured after 1991 and titled solely in the US including Puerto Rico. Dealers sometimes opt to take ownership of a vehicle and are required to in the following states: Maine, Massachusetts, New Jersey, Ohio, Oklahoma, Pennsylvania and South Dakota. Please consider this as you review a vehicle's estimated ownership history.

**Service Campaign**
Automobile manufacturers issue a service campaign to address product technical issues that may not be related to safety or emissions standards. These issues are typically customer satisfaction initiatives.

**Title Issued**
A state issues a title to provide a vehicle owner with proof of ownership. Each title has a unique number. Each title or registration record on a CARFAX report does not necessarily indicate a change in ownership. In Canada, a registration and bill of sale are used as proof of ownership.

Follow Us:    **facebook.com/CARFAX**    **@CARFAXinc**    **About CARFAX**

CARFAX DEPENDS ON ITS SOURCES FOR THE ACCURACY AND RELIABILITY OF ITS INFORMATION. THEREFORE, NO RESPONSIBILITY IS ASSUMED BY CARFAX OR ITS AGENTS FOR ERRORS OR OMISSIONS IN THIS REPORT. CARFAX FURTHER EXPRESSLY DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

© 2026 CARFAX, Inc., part of S&P Global. All rights reserved.
4/12/26 4:29:10 PM (CDT)

I have reviewed and received a copy of the CARFAX Vehicle History Report for this 2008 FORD F SERIES TRUCK vehicle (VIN: 1FDWX37R38ED27725), which is based on information supplied to CARFAX and available as of 4/12/26 at 5:29 PM (EDT).

| Customer Signature | Date | Dealer Signature | Date |
|--------------------|------|------------------|------|

Exhibit E - 38