# EXHIBIT F

EXHIBIT F

Case 2:23-cv-06188-JMW  Document 468-6  Filed 04/15/26  Page 2 of 6 PageID #: 12561

Exhibit F - 1

**SUPPLEMENTAL ASSIGNMENT OF OWNERSHIP AND/OR BILL OF SALE**
Q-1 REV. 11-18

SY1318

STATE OF CONNECTICUT
**DEPARTMENT OF MOTOR VEHICLES**

**INSTRUCTIONS FOR A VEHICLE:**

1. Complete Sections 1, 2, 3 and the *SIGNATURE AND CERTIFICATION BY SELLER(S) SECTION.*
2. This form can be used as a **BILL OF SALE** or to assign ownership when the assignment areas on the back of a **TITLE** are filled.
3. This form must be accompanied by the most recent **TITLE** issued for the vehicle.

**WARNING:** Federal law requires that you state the mileage in connection with a transfer of ownership. Failure to complete the Odometer Disclosure Statement or providing a false statement may result in fines and/or imprisonment.

**ASSIGNMENT OF OWNERSHIP**

SELLER(S): The undersigned seller(s) hereby state(s) the vehicle described on this title was transferred to the buyer(s) specified below. BUYER(S): Do not sign below until all sections have been completed and signed by seller(s). Signing below indicates you are aware of the CONDITION STATEMENT and ODOMETER DISCLOSURE STATEMENT made by seller(s).

**SECTION 1**
Vehicle Information

| TITLE NUMBER | ISSUED BY THE STATE OF: |
|---|---|
| 761014260998 | Arkansas |

| MAKE / MODEL | YEAR | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|
| BMW XI | 2019 | WBXHT3C57K5L90705 |

Was this vehicle at the time of sale in condition for legal operation on the highway(s) of this state? *(Only Dealers must respond to this question)* ☐ YES ☐ NO

I state that, to the best of my knowledge and belief, the odometer reading specified below reflects the actual mileage, unless one of the following statements is checked:

ODOMETER READING *(No tenths)*
▼
4 9 4 1 6

☐ I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits. *(The odometer started at zero again.)*

☐ I hereby certify that the odometer reading is not actual mileage. WARNING: ODOMETER DISCREPANCY

**SECTION 2**
Buyer(s)

| NAME OF BUYER *(Please print)* | CHECK ONE IF CO-OWNED | NAME OF CO-BUYER *(Please print)* |
|---|---|---|
| Superb Motors Inc. | ☐ AND ☐ OR | |

| ADDRESS OF BUYER(S) | | DEALER'S LIC. NO. *(If dealer)* |
|---|---|---|
| 215 Northern Blvd Great Neck, NY 11021 | | |

| SIGNATURE OF BUYER(S) *(Or authorized official)* | SIGNATURE OF CO-BUYER *(Authorized official)* | DATE SIGNED |
|---|---|---|
| X | X | 11/9/23 |

**SECTION 3**
Seller(s)

| NAME OF SELLER(S) *(Please print)* | DATE SOLD |
|---|---|
| TEAM MITSUBISHI HARTFORD | 11/9/23 |

| ADDRESS OF SELLER(S) *(Please print)* | DEALER'S LIC. NO. *(If dealer)* |
|---|---|
| 398-412 NEW PARK AVE HARTFORD CT 06106 | N2754 |

**SIGNATURE AND CERTIFICATION BY SELLER(S)**

I (we) declare under penalty of false statement that the information furnished above is true and complete to the best of my (our) knowledge and belief. The owner (seller) of this motor vehicle described above hereby transfers to the buyer the described motor vehicle in consideration of the amount (selling price) entered below, receipt hereby acknowledged.

| SIGNATURE OF SELLER(S) *(Or authorized official)* | PRINTED NAME OF SELLER(S) *(Authorized official)* | SELLING PRICE | DATE SIGNED |
|---|---|---|---|
| X DMS | Aliyah Bennett | $27,997.00 | 11/9/23 |

☐ Salvage
MV-907A No. _____

**New York State Department of Motor Vehicles**
**WHOLESALE CERTIFICATE OF SALE RECEIPT**

No. EW37173932023

**VEHICLE INFORMATION:**

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|------------------|-----------|-----------|------------------------|
| 2019 | BMW | X1 | SUV | WH | N/A | 3697 | G | 4 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|---|---|---|
| W B X H T 3 C 5 7 K 5 L 9 0 7 0 5 | 1 | N/A |

**DEALER INFORMATION**

SUPERB MOTORS INC, 215 NORTHERN BLVD, GREAT NECK, NY, 11021, Nassau

**PURCHASER INFORMATION** | Date of Sale

TEAM MITSUBISHI HARTFORD, 398-412 NEW PARK AVE, HARTFORD, CT, 06106 | 11-09-2023

**PRIOR OWNER INFORMATION** | Date of Purchase

TEAM AUTO SALES LLC, 4360 US HWY 9, FREEHOLD, NJ, 07728,
Out Of State Transfer Document | 07-14-2023

**ODOMETER DISCLOSURE STATEMENT**

Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

☑ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. WARNING: ODOMETER DISCREPANCY."

| ODOMETER READING |
|---|
| 0 0 4 9 4 1 6 |
| (no tenths) |

Check your odometer reading at: verifiny.com/check | Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

**DEALER CERTIFICATION**

*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full | Date | Seller's Facility No. |
|---|---|---|---|
| | SUPERB MOTORS INC | | 7128150 |

**PURCHASER CONFIRMATION**

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full | Date | Purchaser's Facility No. |
|---|---|---|---|
| | TEAM MITSUBISHI HARTFORD | | |

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*

Customer copy

Page 1 of 2

Exhibit F - 2

New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE

### No. EW37173932023

**VEHICLE TRANSFER HISTORY**

| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
|---|---|---|---|---|---|
| SUPERB MOTORS INC | TEAM MITSUBISHI HARTFORD | 7128150 | 11 / 09 / 2023 | EMV50 | Yes |
| TEAM AUTO SALES LLC | SUPERB MOTORS INC | | 07 / 14 / 2023 | OSTD | No |

*Any change or Alteration voids this receipt*

Customer copy

Page 2 of 2

Exhibit F - 3

4/12/26, 4:47 PM                    CARFAX Vehicle History Report for this 2019 BMW X1 XDRIVE28I: WBXHT3C57K5L90705

**Odometer Brands**
Not Actual Mileage | Exceeds Mechanical Limits

✅ **Guaranteed**
No Problem



**GUARANTEED** - None of these title problems were reported by a U.S. state Department of Motor Vehicles (DMV). If you find that any of these title problems were reported by a DMV and not included in this report, you may qualify.
View Terms | View Certificate

**CARFAX** **Detailed History**

| Date | Mileage | Source | Comments |
|---|---|---|---|
| 08/28/2019 | | Quebec Motor Vehicle Dept. | **Registration issued or renewed**<br>- First owner reported<br>- Registered as commercial vehicle |
| 11/04/2019 | 1,801 | Quebec Motor Vehicle Dept. | **Registration issued or renewed**<br>- New owner reported<br>- Odometer reported as 2,898 kilometers |
| 01/15/2020 | | Quebec Motor Vehicle Dept. | **Registration issued or renewed** |
| 01/06/2021 | | Quebec Motor Vehicle Dept. | **Registration issued or renewed** |
| 03/23/2023 | | Quebec Motor Vehicle Dept. | **Registration issued or renewed**<br>- New owner reported |
| 05/18/2023 | 49,403 | Quebec Motor Vehicle Dept. | **Registration issued or renewed**<br>- Odometer reported as 79,506 kilometers |
| 05/23/2023 | | Online Listing | **Vehicle offered for sale** |
| 05/30/2023 | | Ontario Ministry of Transportation | **Registration issued or renewed**<br>- Passed safety inspection<br>- Vehicle previously registered in Quebec<br>- Vehicle color noted as White |
| 05/31/2023 | | US Dept of Transportation Buffalo-Niagara Falls, NY | **Vehicle imported and declared to meet US highway safety specifications**<br>- Bond released on 06/26/2023 |
| 06/12/2023 | | Ontario Ministry of Transportation | **Passed Ontario safety standards inspection**<br>- Vehicle color noted as White |
| 06/19/2023 | 49,408 | Arkansas Motor Vehicle Dept. Beebe, AR Title #761014260998 | **Vehicle purchase reported**<br>- Title issued or updated<br>- Vehicle color noted as White |
| 07/10/2023 | 49,416 | Auto Auction | **Vehicle sold**<br>- Listed as a dealer vehicle |



Millions of used vehicles are bought and sold at auction every year.

| Date | Mileage | Source | Comments |
|---|---|---|---|
| 07/19/2023 | | Superb Motors. Inc Great Neck, NY 516-821-2280 superbmotorgroup.com/ ⭐ 3.4 / 5.0 5 Verified Reviews | **Vehicle offered for sale** |
| 10/31/2023 | 49,421 | Team Mitsubishi Hartford Hartford, CT 860-898-9656 teammitsubishihartford.com/ ⭐ 4.4 / 5.0 74 Verified Reviews | **Vehicle offered for sale** |

Exhibit F - 4



Hmm, we haven't received any information on this car since October 2023. Before you buy, ask the seller for recent service or repair records.

Have Questions? Consumers, please visit our Help Center at www.carfax.com. Dealers or Subscribers, please visit our Help Center at www.carfaxonline.com.

## CARFAX Glossary

**Commercial**
Vehicle was registered for business purposes.

**First Owner**
When the first owner(s) obtains a title from a Department of Motor Vehicles as proof of ownership.

**New Owner Reported**
When a vehicle is sold to a new owner, the Title must be transferred to the new owner(s) at a Department of Motor Vehicles.

**Ownership History**
CARFAX defines an owner as an individual or business that possesses and uses a vehicle. Not all title transactions represent changes in ownership. To provide estimated number of owners, CARFAX proprietary technology analyzes all the events in a vehicle history. Estimated ownership is available for vehicles manufactured after 1991 and titled solely in the US including Puerto Rico. Dealers sometimes opt to take ownership of a vehicle and are required to in the following states: Maine, Massachusetts, New Jersey, Ohio, Oklahoma, Pennsylvania and South Dakota. Please consider this as you review a vehicle's estimated ownership history.

**Title Issued**
A state issues a title to provide a vehicle owner with proof of ownership. Each title has a unique number. Each title or registration record on a CARFAX report does not necessarily indicate a change in ownership. In Canada, a registration and bill of sale are used as proof of ownership.

Follow Us:   facebook.com/CARFAX     @CARFAXinc     About CARFAX

CARFAX DEPENDS ON ITS SOURCES FOR THE ACCURACY AND RELIABILITY OF ITS INFORMATION. THEREFORE, NO RESPONSIBILITY IS ASSUMED BY CARFAX OR ITS AGENTS FOR ERRORS OR OMISSIONS IN THIS REPORT. CARFAX FURTHER EXPRESSLY DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

© 2026 CARFAX, Inc., part of S&P Global. All rights reserved.
4/12/26 3:47:01 PM (CDT)

I have reviewed and received a copy of the CARFAX Vehicle History Report for this 2019 BMW X SERIES vehicle (VIN: WBXHT3C57K5L90705), which is based on information supplied to CARFAX and available as of 4/12/26 at 4:47 PM (EDT).

| Customer Signature | Date | Dealer Signature | Date |
|---|---|---|---|

Exhibit F - 5