# EXHIBIT G

EXHIBIT G



Top View of Abandoned Mitsubishi of Hartford Lot on April 5, 2026



Side View of Vehicles in Abandoned Mitsubishi of Hartford Lot on April 5, 2026

Exhibit G - 1



Photo of 2019 BMW X1 in Abandoned Mitsubishi of Hartford Lot



Close Up Photo of 2019 BMW X1 Vehicle Identification Number (VIN)

Exhibit G - 2