# Sage Legal LLC

**18211 Jamaica Avenue • Jamaica, NY 11423-2327 • (718) 412-2421 • emanuel@sagelegal.nyc**

<u>VIA ECF</u>                                                                                    April 14, 2026

United States District Court
Eastern District of New York
<u>Attn</u>: Hon. James M. Wicks, U.S.M.J.
100 Federal Plaza, Courtroom 1020
Central Islip, NY 11722-4438

> *Re:*    **Superb Motors Inc.,** *et al.* **v. Deo,** *et al.*
> **Case No.: 2:23-cv-6188 (JMW)**

Dear Judge Wicks:

This firm represents Plaintiffs Superb Motors Inc, Team Auto Sales LLC, and Robert Anthony Urrutia (collectively hereinafter the "Superb Plaintiffs") in the above-referenced case.

The Superb Plaintiffs write jointly with the Deo Defendants, including Defendant Harry R. Thomasson, Esq. ("Thomasson"), consistent with this Court's January 26, 2026 Order to file a joint status report within a week of the state court decision informing the Court as to the outcome of the motion for reconsideration filed Thomasson on behalf of Defendant Anthony Deo ("Deo") in <u>Urrutia v. Deo</u>, Index No. 618608/2023 (Nassau County Supreme Court).

On April 13, 2026, the Hon. Jerome C. Murphy, J.S.C. issued a decision & Order <u>denying</u> Deo's motion for reconsideration. <u>See Id.</u>, NYSCEF Docket Entry <u>164</u>. On April 14, 2026, Deo noticed an appeal of the decision. <u>See Id.</u>, NYSCEF Docket Entry <u>166</u>.

The Superb Plaintiffs respectfully request a decision on their pending motion to vacate the injunction. <u>See</u> ECF Docket Entry <u>340</u>. The Deo Defendants, including Thomasson, collectively and respectfully request that the Court stays its decision pending the outcome of the Noticed Appeal. The Superb Plaintiffs respectfully submit that the Deo Defendants' by-the-by request for a stay without any authority in support of such a request and absent a formal motion as required by Local Civil Rule 7.1 should be rejected.

The parties thank this Court for its time and attention to this case.

Dated: Jamaica, New York                         Respectfully submitted,
            April 14, 2026

                                                                **SAGE LEGAL LLC**
                                                                By:    */s/ Emanuel Kataev, Esq.*
                                                                Emanuel Kataev, Esq.
                                                                18211 Jamaica Avenue
                                                                Jamaica, NY 11423-2327
                                                                (718) 412-2421 (office)
                                                                (917) 807-7819 (cellular)
                                                                (718) 489-4155 (facsimile)
                                                                emanuel@sagelegal.nyc

*Attorneys for Plaintiffs*
*Superb Motors Inc,*
*Team Auto Sales LLC, and*
*Robert Anthony Urrutia*

**VIA ECF**
All counsel of record

2