**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SUPERB MOTORS, INC., ET AL., | CIVIL ACTION NO.: 2:23-cv-06188 |
| Plaintiffs, | |
| vs. | **NOTICE OF APPEARANCE OF NICHOLAS M. GAUNCE, ESQ.** |
| ANTHONY DEO, ET AL., | |
| Defendants. | |

**TO:** Clerk, United States District Court

**PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance on behalf of Non-Parties, NextGear Capital Inc. and Vincent Fallacaro, in the above matter, and the undersigned requests that all ECF Notices in this case be directed to: ngaunce@eckertseamans.com.

**ECKERT SEAMANS CHERIN & MELLOTT, LLC**
*Attorneys for Non-Parties, NextGear Capital, Inc. and Vincent Fallacaro*

By: */s/ Nicholas M. Gaunce*
     Nichlas M. Gaunce

Dated: April 16, 2026

## CERTIFICATE OF SERVICE

I, Nicholas M. Gaunce, Esq., hereby certify that, on this 16th day of April, 2026, I served a true and correct copy of the foregoing electronically via ECF upon all counsel of record.

By:     */s/ Nicholas M. Gaunce*
        Nicholas M. Gaunce

Dated: April 16, 2026