UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

-----------------------------------------x

SUPERB MOTORS, INC., TEAM AUTO SALES LLC, ROBERT ANTHONY URRITIA, 189 SUNRISE HIGHWAY AUTO, LLC, NORTHSHORE MOTOR LEASING, LLC, BRIAN CHABRIER, JOSHUA AARONSON, JORY BARON, ASAD KHAN, IRIS BARON REPRESENTATIVE OF THE ESTATE OF DAVID BARON, 1581 HYLAN BLVD AUTO LLC, 1580 HYLAN BLVD AUTO LLC, 1591 HYLAN BLVD AUTO, LLC, 1632 HYLAN BLVD AUTO LLC, 1239 HYLAN BLVD AUTO LLC, 2519 HYLAN BLVD AUTO LLC, 76 FISK STREET REALTY LLC, 446 ROUTE 23 AUTO LLC and ISLAND AUTO MANAGEMENT, LLC,

                    Plaintiffs,

                              Index No. 2:23-cv-6188

         -against-

ANTHONY DEO, Sara DEO, HARRY THOMASSON, DWIGHT BLANKENSHIP, MARC MERCKLING, MICHAEL LAURIE, THOMAS JONES, CPA, CAR BUYERS NYC INC., GOLD COAST CARS OF SYOSSET LLC, GOLD COAST CARS OF SUNRISE LLC, GOLD COAST MOTORS AUTOMOTIVE GROUP LLC GOLD COAST MOTORS OF LIC, LLC GOLD COAST MOTORS OF ROSLYN, LLC, GOLD COAST MOTORS OF SMITHTOWN, LLC UEA PREMIER MOTORS CORP., DLA CAPITAL PARTNERS INC., JONES, LITTLE & CO., CPA'S LLP, J.P. MORGAN CHASE BANK, N.A., 189 SUNRISE HWY AUTO LLC AND NORTHSHORE MOTOR LEASING, LLC,

                    Defendants.

-----------------------------------------x

                    March 5, 2026
                    9:33 a.m.
                    Via Zoom

### Rich Moffett Court Reporting, Inc.

*170 Old Country Road Suite 407*
*Mineola, New York  11501*
*(516) 280-4664*

Examination Before Trial of

WENDY KWUN, pursuant to Order,

before Nancy Laskaris, a Notary

Public of the State of New York.

3

A P P E A R A N C E S:

SAGE LEGAL LLC
Attorneys for Plaintiffs
Superb Motors, Inc., Team Auto Sales, LLC
Robert Anthony Urrutia
        18211 Jamaica Avenue
        Jamaica, New York 11423
BY:   EMANUEL KATAEV, ESQ.


CYRULI SHANKS & ZIZMOR, LLP
Attorneys for Defendants
189 Sunrise Highway Auto, LLC, Northshore
Motor Leasing, LLC, Brian Chabrier, Joshua
Aaronson, Jory Baron, Asad Khan, Iris
Baron Representative of the Estate of
David Baron, All Hylan Blvd Auto LLCs,
76 Fisk Street Realty, LLC, 446 Route
23 Auto LLC and Island Auto Management, LLC
        420 Lexington Avenue - Suite 2320
        New York, New York 10170
BY:   RUSSELL SHANKS, ESQ.


THE LINDEN LAW GROUP, PC
Attorneys for Defendants, Anthony and
Sara Deo, Dwight Blankenship, Marc
Merckling, Michael Laurie, Car Buyers
NYC, Inc., Gold Coast Cars of Syosset
LLC, Gold Coast Cars of Sunrise LLC,
Gold Coast Motors Automotive Group LLC,
Gold Coast Motors of LIC LLC, Gold
Coast Motors of Roslyn LLC, Gold Coast
Motors of Smithtown LLC, UEA Premier
Motors Corp.
        250 Park Avenue - 7th Floor
        New York, New York 10177
BY:   JEFFREY BENJAMIN, ESQ.

4

A P P E A R A N C E S (Continued):

HARRY R. THOMASSON, ESQ.
Pro Se Defendant
        3280 Sunrise Highway
        Wantagh, New York 11793


CULLEN & DYKMAN, LLP
Attorneys for Defendant Flushing Bank
        333 Earle Ovington Boulevard
        Uniondale, New York 11553
BY:   ARIEL RONNEBURGER, ESQ.


ALSO PRESENT:
        Anthony Deo
        Sarah Deo
        Anthony Sara

5

FEDERAL STIPULATIONS

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties herein, that the filing, sealing and certification of the within deposition be waived.

IT IS FURTHER STIPULATED AND AGREED that all objections, except as to the form of the question, shall be reserved to the time of the trial.

IT IS FURTHER STIPULATED AND AGREED that the within deposition may be sworn to and signed before any officer authorized to administer an oath with the same force and effect as if signed and sworn to before the Court.

- oOo -

6

THE REPORTER:  This Deposition of WENDY KWUN is being conducted remotely by using a Zoom platform.

The attorneys participating in the examination acknowledge that I am not physically present in the deposition room and that I will be reporting this deposition remotely.

They further acknowledge that in lieu of an oath being administered in person, the witness will verbally declare that her testimony in this matter is under penalty of perjury.

The parties and their counsel consent to this arrangement and waive any objections to this manner of swearing in the witness.

Counsels, please indicate your agreement on the record.

MR. THOMASSON:  Agreed.

MR. KATAEV:  Agreed.

MS. RONNEBURGER:  Agreed.

MR. BENJAMIN:  Agreed.

7

MR. SHANKS:  Agreed.

W E N D Y  K W U N, the Witness herein, having been first duly sworn by a Notary Public in and of the State of New York, was examined and testified as follows:

(Defendant's Exhibit H, E-mails and tax returns, were marked for identification, as of this date.)

*          *          *

EXAMINATION BY

MR. THOMASSON:

Q     Please state your name for the record.

A     Wendy Kwun.

Q     Please state your address for the record.

A     671 4th Place, Garden City, New York 11530.

Q     Good morning, Ms. Kwun.  My name is Harry Thomasson.  I'll be taking your deposition today and asking you some questions.

8

You're aware that you're going to be answering some questions today?

A      Yes.

Q      Ms. Kwun, if I ask you something that you don't understand, please tell me and I'll be happy to rephrase it.  I want to be sure that you understand the question before you answer it.

Okay?

A      Yes.

Q      You have to be sure to always answer verbally and not nod your head or make grunts because the stenographer can only take down words.

Is that okay?

A      That's okay.

Q      I want you to understand that you are under oath today just as if you were in a courtroom and giving trial testimony, so I ask you to please be aware that you're under oath and you're going to give honest testimony.

9

Are you going to do that?

A     Yes.

Q     Now, if you answer a question, it's going to presumed for all purposes by the attonies and parties in this case that you understood it.

So, again, let me stress, if you don't understand something, please let know, I'm happy to rephrase it.

Okay?

A     Yes.

Q     Ms. Kwun, where were you born?

A     I was born in Hong Kong.

Q     Are you married?

A     Yes, I am.

Q     Where was your husband born?

A     He was born in China.

Q     Do you each still have relatives over there?

A     Yes, we do.

Q     Now how long have you been in the United States?

A     Let me think, I came to the

10

United States in 1980 so you guys can do the math.

Q       Have you been in the United States continuously since then, at least as a resident?

A       Yes, as a resident.

Q       Do you periodically go to China to visit?

A       For vacations, yes.

Q       Where did you go to college?

A       I went to Baruch College.

Q       Could you spell that, please?

A       B-A-R-U-C-H.

Q       Thank you.

A       And Adelphi University.

Q       Did you receive a degree from either of those two schools?

A       No.

Q       What was your course of study in each of those two schools?

A       I don't remember.

Q       Have you ever taken any accounting courses?

A       Yes, I have.

11

Q Have you ever taken any finance courses?

A I don't remember.

Q Have you ever taken any business courses?

A I don't remember.

Q When did you go to those two schools?

A In the '80s, 1980's and, I believe, around 2000.

Q Which one did you go to around 2000?

A Adelphi.

Q Since you went to Adelphi around 2000, have you had any other education?

A No.

Q Have you taken any continuing education courses of any type?

A I don't remember.

Q Have you taken any training since 2000?

A I don't understand your question, what type of training?

*Rich Moffett Court Reporting, Inc.*

12

Q    Well, you've been in the car industry for a number of years; is that fair to say?

A    Yes.

Q    Have you had any training in that industry?

A    I don't remember.

Q    Did you have any education in the automobile industry?

A    Not that I recall.

Q    What year was the first year you worked in the car industry?

A    Sometime in 1986.

Q    Have you been in the car industry since 1986?

A    I did take a break for a couple of years and I don't remember the years.

Q    Was that before or after 2000?

A    It was before.

Q    Your first job in the car industry in 1986 was for whom, where did you work?

13

A    1986, Bay Ridge Car World.

Q    Where was Bay Ridge Car World located?

A    Brooklyn, New York.

Q    Is your residence New York since you arrived in the United States around 1980?

A    Yes.

Q    You haven't lived in any other state?

A    No.

Q    Have you worked in any other state?

A    Not that I remember.

Q    Do you know who the owner of Bay Ridge Car World was when you worked there?

A    First name Heinz, last name is Popp.

Q    Can you spell that for me, please?

A    Heinz, like ketchup Heinz. Last name is Popp, P-O-P-P.

Q    Do you know if Heinz Popp is

14

related at all to the Baron or Aaronson families?

A       They are not related.

Q       What was your next job in the car industry after Bay Ridge?

A       After Bay Ridge Car World, it was Baron Auto Mall.

Q       Do you know when that was?

A       I don't remember the exact year.

Q       Was it in the 1980's?

A       It was sometime in the '90s.

Q       Sometime in the 1990's?

A       Yes.

Q       Did you work continuously at Bay Ridge Car Mall until you got a job at Baron, what did you say, Auto Mall?

A       If I remember, after Bay Ridge Car World, I took a couple years of break that I didn't work.  And then I worked for Baron Auto Mall in the 90's sometime.

Q       How long were you at Bay Ridge Car World?

*Rich Moffett Court Reporting, Inc.*

15

A        It was approximately 12, 15 years, I don't remember exactly.

Q        Then you took a couple of years off and went to work after that to Baron Auto Mall; is that right?

A        That's right.

Q        Who was the owner of Baron when you worked there?

A        It was Lester Wu, L-E-S-T-E-R, W-U, Vladimir Zanan, Z-A-N-A-N, Ron Baron, David Baron.

Q        Now, what is it you did during your 12 or 13 years at your first job?

A        At my first job, I was the motor vehicle clerk.  I did billing, I registered cars, I typed finance contracts, I stocked cars.

I applied for titles.  I post inventory cars, post bills, accounts payable, accounts receivable, parts statement, sales tax, payroll, financial statements.

Q        Anything else that comes to

16

mind?

A    That's all I can think of right now, I'm sure.

Q    Could there have been other duties that you're not thinking of after all these years?

A    It's possible.

Q    So you worked in those areas for 12 to 13 years, then took some time off, right?

A    That's how I remember it.

Q    Did you take time off to have children, by chance?

A    I want to say, I already had my two daughters and I just took some time off because I needed some time off.

Q    Then you went to work for -- did you say Baron Auto Mall, was that the name of it?

A    Baron Auto Mall, yes.

Q    What did you do at Baron Auto Mall?

A    The same as my previous job.

Q    How long did you work at

17

Baron Auto Mall?

A    I worked there for about two years.

Q    Then what did you do next?

A    Then I worked at Baron Daewoo.

Q    Could you repeat that, I didn't get the second word?

A    Baron Daewoo, it was a car brand, Deowoo.

Q    Could you spell that for me, please?

A    I think it was, D-A-E-W-O-O. It was a brand name, a car brand name that does not exist my more.

Q    How long did you work there?

A    I am doing my best with my memory here, but um...

Q    You don't have to be exact, approximately?

A    Approximately, okay. Approximately, I want to say about two or three years.

Q    So you spent a couple of

*Rich Moffett Court Reporting, Inc.*

18

years at Baron Auto Mall and a couple of years at Baron Daewoo; is that right?

A    That's how I remember it, yes.

Q    Who owned Baron Daewoo?

A    The same four owners that owned Baron Auto Mall.

Q    Where did you work next after Baron Daewoo?

A    As I remember, the Daewoo franchise went out of business, then that became Brooklyn Dodge.

Q    You began working for Brooklyn Dodge?

A    That's how I remember it, yes.

Q    Who owned Brooklyn Dodge?

A    I remember it as the same four owners.

Q    At this point, we are into the 2000's, aren't we?

A    I think so.

Q    What work did you do for Brooklyn Dodge?

19

A       Similar line of work as my previous jobs.

Q       Was that also true at Baron Daewoo?

A       Yes.

Q       How long did you work at Brooklyn Dodge?

A       Around 2008/2009.

Q       That was when you started or when you left?

A       That's when the dealership closed.

Q       I may have asked you this, but who were the owners of Brooklyn Dodge?

A       I remember it as a same four owners as my previous jobs.

Q       So it's the same four owners at Baron Auto Mall, Baron Daewoo and Brooklyn Dodge; is that right, as best you can recall?

A       Yes, that's how I remember it.

Q       Did you say Brooklyn Dodge

20

closed?

A       Yes.

Q       That was somewhere around 2009?

A       Somewhere around that.

Q       What did you do next?

A       I think I took a break.

Q       Now, Baron Daewoo closed because that brand went out of business, right?

A       That's how I remember it.

Q       But we still have Dodge, why did Brooklyn Dodge go out of business, do you know?

A       I don't remember.

Q       Did it have anything to do with finances?

A       I don't remember.

Q       Could it have just been the decision of the owners?

A       I don't remember.

Q       Where did you work after Brooklyn Dodge?

A       I remember -- best of my

21

memory, I worked for Ellen Kera and Company.

Q     Can you spell that please?

A     Kera, K-E-R-A, and Company.

Q     Was that an automobile dealership?

A     That was an accounting firm.

Q     Who were the owners of that accounting firm?

A     I remember Ellen Kera.

Q     What did you do at the accounting firm?

A     I was sent to car dealerships to assist office managers with their responsibilities, such as bank reconciliations, floor plan reconciliations, schedules, maintaining their schedules to the standards required by manufacturer.

Q     Anything else?

A     That's how I remember.

Q     So when you worked at Kera and Company, you were once again tied to the automobile industry?

*Rich Moffett Court Reporting, Inc.*

22

A       That's correct.

Q       If I understand your testimony correctly, you were only working, again, with clients in the automobile industry while you were at Kera and Company; is that correct?

A       I'm not sure if I understand what you're asking me.

Q       Well, you said that your work involved being sent to deal with automobile dealerships, right?

A       Yes.

Q       Were there clients in other industries that you also worked at and with while you were at Kera and Company, any other industry that you worked in?

A       As I remember, automotive dealership was part of it.  I believe I also was involved with reality, real estate companies, clients that owned real estate companies.

Q       Any other industries that you can think of that you dealt with while you were at Kera and Company?

23

A    I don't remember.  This is based off my recollection, these two that I remember.  There may be more, there may be not.  I don't know.  I don't remember.

Q    But, at the moment, those are the only two you can think of; is that right?

A    Sitting here today, yes, that's all I can remember.

Q    Do you remember what years you were at Kera and Company?

A    I don't remember.

Q    You left Brooklyn Dodge about 2009, right?

A    Um-hum.  Yes.

Q    Then you took some time off; is that right?

A    That's correct.

Q    Do you know how long you took off?

A    I don't remember.

Q    Was it more than a year or two?

A    I don't remember.

24

Q       Then you went to work for Kera and Company; is that right?

A       That's right.

Q       Do you know how many years you were at Kera and Company?

A       I don't remember.

Q       What was your next job after Kera and Company?

A       I went to work for Nissan of New Rochelle.

Q       Do you remember how long you were at Nissan of New Rochelle?

A       I don't remember.

Q       Was it more than a year?

A       I don't remember.

Q       How long did you work there?

A       I don't remember.

Q       Do you know what your duties were?

A       Same line of work.

Q       By that, you were doing the same things you were doing at Bay Ridge, Baron Auto Mall, Baron Daewoo and Brooklyn Dodge?

25

A       That's how I remember, yes.

Q       Who were the owners of Nissan of New Rochelle?

A       It was Teddy Basin (phonetic), I don't know how to spell his last name.  And Anthony Penerella (phonetic), I don't know how to spell his last name.

Q       When you were at Nissan of New Rochelle, were you dealing with anyone from the Baron or Aaronson families?

A       No.

Q       They weren't connected at all, that you know of, to Nissan of New Rochelle?

A       Not that I know of.

Q       How did you get that job?

A       A friend referred me.

Q       What is that friend's name?

A       Linda Herwinkle (phonetic).

Q       Are you still friends with Linda?

A       Yes, I am.

*Rich Moffett Court Reporting, Inc.*

26

Q      Does Linda work?

A      I believe she is.

Q      Do you know where she works?

A      I'm not sure.

Q      Did she ever work at Nissan of New Rochelle?

A      No.

Q      Does Linda work for any of the Baron or Aaronson families, that you know of?

A      I'm not sure.  She's a friend.

Q      Where did you work next after Nissan of New Rochelle?

A      Rockaway Nissan.

Q      Do you know when you worked at Rockaway Nissan?

A      I'm sorry, I don't remember the time line.

Q      Do you know how long you worked at Rockaway Nissan?

A      I don't remember.

Q      Who were the owners of Rockaway Nissan?

27

A       Patrick Dibre.

Q       Were there any other owners of Rockaway Nissan?

A       Not that I know.

Q       Where did you work next after Rockaway Nissan?

A       Island Hyundai.

Q       When did you go to work for Island, do you know?

A       Where, as far as location address?

Q       No, I'm sorry, I said when.

A       Around 2015.

Q       Who were the owners of Island Hyundai?

A       Josh Aaronson, Ron Baron, David Baron.

Q       Since you began working for the Baron and Aaronson families at Island Hyundai during or about 2015, have you been working for businesses owned by the Baron and/or Aaronson families ever since?

A       Can you repeat that question?

28

(Whereupon, the requested testimony was read back by the reporter.)

A      Yes.

Q      Do you remember how long you were at Island Hyundai?

A      I don't remember.  About six years.

Q      Where did you go to work next?

A      Island Chrysler Jeep Dodge.

Q      How long did you work there?

A      I'm still working there.

Q      What are your duties at Island Chrysler Jeep Dodge?

A      Similar line of work.

Q      Is it fair to say every time you've worked at a dealership, it's been in the same categories that you outlined to me a few minutes ago, you've been doing since the beginning of your work at dealerships?

A      I'm also responsible to make sure that we are in compliance with motor

29

vehicles, with all the agencies that has regulation over our businesses.

Q    Now, by that, you're talking about making sure that paperwork complies with applicable regulations, is that a fair way of saying it?

A    That is fair.

Q    By the way, I don't know if I asked this, who are the owners of Island Chrysler Jeep Dodge?

A    The same four owners as Island Hyundai.

Q    But that included David Baron at one point, right?

A    Yes.

Q    It obviously does not include David Baron anymore, right?

A    Mr. Baron has passed away.

Q    So do you know what happened with that ownership stake?

A    I understand it as the estate of David Baron.

Q    Okay.  The estate of David Baron has an interest, as far as you

*Rich Moffett Court Reporting, Inc.*

30

know, at Island Chrysler Jeep Dodge since his death; is that right?

A    That's how I understand it.

Q    Do you ever deal with tax returns at any of these dealerships?

A    I'm not an accountant so I do not do tax returns.

Q    That really wasn't my question, I didn't ask whether or not you prepared any tax returns, I'm asking if you ever deal with tax returns at these dealerships?

MR. SHANKS:  Objection as to form.  I guess she's having an issue with the word dealt with.

MR. THOMASSON:  I understand. I'll explain it differently, Russel.

Q    Are you ever a part of e-mail chains with tax returns attached to those e-mails since you have been at Island Chrysler Jeep Dodge?

A    So, our accountant will request documents and I will e-mail them

31

the documents that they are looking for.

Q    At one point, I think I remember you telling me earlier that you dealt with schedules while you've been at these dealerships, what kind of schedules are you talking about, is that income tax schedules?

A    Are you referring to what schedules are, is that your question? I'm sorry, I don't understand your question.

Q    Well, you mentioned something about, in your fairly detailed list of duties that you've had at these dealerships, I think you mentioned something about schedules; is that correct, yes or you mention that earlier?

A    I did mention schedules that I --

Q    What kind of schedules were you talking about?

A    I was referring to schedules on accounts that we keep track of inventory.  We keep track of customer

32

deposits, we keep track of accounts payable, accounts payables.

Those accounts are on schedules so that we can identify each and every transaction.

Q    So in your experiences with these dealerships, part of your duties, you, specifically, Wendy Kwun, part of your duties includes keeping track of all transactions; is that right?

A    It is my responsibility to make sure transactions are recorded based on the occurrences.

Q    Okay.  Since you went to work for Island Hyundai, your bosses have been Baron and Aaronson families; is that right?

A    And Marcello Sciarrano, S-C-I-A-R-R-A-N-O.

Q    I just want to make sure I understand your answer, did you indicate that your bosses are the Baron, Aaronson families and Mr. Sciarrano; is that right?

33

        A       That's how I understood it, yes.

        Q       Do you have an immediate supervisor, right now today?

        A       I report to the general managers and the operators.

        Q       So you don't have contact with the Baron or Aaronson families at all; is that right?

        A       Can you repeat that question?

        Q       Since you have been at Island Chrysler Jeep Dodge, do you report at all to the Aaronson or Baron families?

        A       I speak to Mr. Aaronson and I speak to Mr. Baron.

        Q       Which Baron is that again?

        A       Mr. Ron Baron.

        Q       Is Ron Baron, David Baron's brother?

        A       Yes.

        Q       What do you talk to the Aaronson and Baron families about if they are not your supervisors?

        A       I speak to them about the

34

weather, how are you, how is family, casual conversations.

Q      You never have any substantive conversations with them about work; is that what you're testimony is?

MR. BENJAMIN:  I have to object to something.

Ms. Kwun, you keep looking over at your counsel throughout this deposition, and I need to state something for the record.

It's been a number of times that you have done that.  Is there anyone else in the room with you other than Mr. Shanks?

THE WITNESS:  No.

MR. BENJAMIN:  Are you looking at Mr. Shanks periodically for answers when you want to answer something.

MR. SHANKS:  She's not looking at me.  First of all, it's a very small laptop, let me just put it forward so I'm in the

35

screen.  All right.  It's tight here.

MR. BENJAMIN:  Mr. Shanks, are you passing notes to Ms. Kwun while she's testifying?

MR. SHANKS:  No, absolutely not.  First of all, you're asking her background stuff, so stop being ridiculous.  This is insane.

MR. BENJAMIN:  There are a number of instances where she keeps looking to the left where you are.

MR. SHANKS:  Don't look at me.

MR. BENJAMIN:  Do not look at your counsel for answers.  Do not be coached by your counsel for answers.

MR. SHANKS:  Stop the nonsense.  I don't even know who you are.  Don't look at me.  Make it real simple, and now I'm in the picture.

Put that forward so I'm in

36

the picture.  I'm going to move this.

MR. BENJAMIN:  There is no need for you to look at your counsel during an answer.

MR. SHANKS:  Don't look at me.

THE WITNESS:  I'm not looking.  I was not looking.  I was looking at the window.

MR. BENJAMIN:  There were numbers of instances where you are looking at your counsel.  I don't know if there's notes being passed.

Focus on the question and answer the question.

THE WITNESS:  So I can only look at the screen.  I can't even rest my eyes, I can't look at the window.

MR. BENJAMIN:  I'm not --

THE WITNESS:  Understood.

MR. BENJAMIN:  If you look to your left, you're looking at your

37

counsel.  You cannot be coached by your counsel.

MR. SHANKS:  Stop the nonsense, he hasn't even asked a substantive question.  Go ahead. Just look straight ahead.

MR. THOMASSON:  For the record, I've seen it several times myself.  There's no question, you looked to your left but, okay, we'll move past that.

MR. SHANKS:  Look straight ahead.

Mr. THOMASSON:  Repeat the question.

(Whereupon, the requested testimony was read back by the reporter.)

A      That was with Ron Baron.

Q      Did you have any substantive conversations with any member of the Baron family since you have been at Island Chrysler Jeep Dodge?

A      What does it mean by

*Rich Moffett Court Reporting, Inc.*

38

substantive conversation?

Q    About work, do you talk about work with any member of the Baron family in the last 10 years?

A    Not with Mr. Baron.

Q    Any other member of the Baron family?

A    Not that I recall.

Q    Do you speak with Mr. Aaronson about work?

A    Yes, I do.

Q    What is your cellphone number?

A    646-330-9682.

Q    What carrier is that?

A    T-Mobile.

Q    How long have you had that phone number?

A    For a while.

Q    Have you had it since before you went to work at Island Chrysler Jeep Dodge?

A    I don't remember.

Q    Have you ever changed your

39

cellphone number?

A       I'm sure I have but I don't remember when.

Q       How long have you been with T-Mobile?

A       For a while.

Q       Do you know, more or less than five years, if you know?

A       I remember it to be more than five years.

Q       Would that be with the same phone number for more than five years?

A       I remember as such.

Q       Is that phone number in your name?

A       It's in my husband's and my name together.

Q       Do you have any other cellphone numbers?

A       I don't, no.

Q       Since you have been at Island Chrysler Jeep Dodge, have you had any other cellphone numbers provided to you through work?

40

A       No.

Q       If I had your cellphone records in front of me right now, what would they show me about how often you and Josh Aaronson communicate via telephone calls or texts?

A       I don't know because I never look at how many times I talk to him a day.

Q       But, is it typical that you speak with Josh Aaronson on one or more occasions on most days?

A       Sometimes yes, sometimes no.

Q       Would it be fair to say that you're in touch with Josh Aaronson every week?

A       Sometimes yes and sometimes no.

Q       What is the longest you have gone, not including vacations, I'm talking about when you and Mr. Aaronson are both working at and for these dealerships, what is the longest you have ever gone without speaking with Mr.

41

Aaronson?

A     I do not know.

Q     Have you gone a month without speaking with him?

A     I don't remember.

Q     When was the last time you spoke with Mr. Aaronson?

A     Yesterday.

Q     What did you speak about?

A     I was applying for a utility account for electricity and needed his approval to proceed.

Q     Why did you need his approval?

A     The account will be under his name.

Q     That utility account is for a dealership?

A     It's for a building.

Q     Is that building part of Island Chrysler Jeep Dodge's headquarters?

A     No.

Q     What building is it for?

42

A        It's a building that we have on Long Island.

Q        Who do you mean when you say, "we?"

A        Mr. Aaronson owns that building.

Q        This building is part of an auto dealership, is that the case?

A        It is an empty building.

Q        Is it a commercial building or residential building?

A        It's a commercial building.

Q        Is it going to be used for something, anything do to with the auto industry?

A        I don't know.

Q        I'm sorry, what did you say?

A        I don't know.

Q        Who asked you to apply for the utilities on that building?

A        Josh.

Q        Do you know who owns the building?

A        Josh.

43

Q      Did you speak with Josh last week?

A      I believe so.

Q      Did you speak with Josh at all this week other than yesterday about a utility?

A      I don't remember.  I mean, I may have.

Q      Have you taken any drugs or alcohol in the last 24 hours that would impact your ability to remember and give truthful answers today?

A      No.

Q      Do you have any memory shortcomings or any health issues with your memory?

A      Not that I know of.

Q      Do you also text with Josh Aaronson?

A      Yes, I do.

Q      What do you text with Josh Aaronson about?

A      Questions, such as the utility account applications, letting him

44

know about the appointment dates, letting him know about the deposits required.

Q    What do you mean when you say you text with Josh Aaronson about the deposits requires?

A    Security deposits for the PSE&G Long Island utility account for the building.

Q    Do you delete your texts that you have with Josh Aaronson?

A    Can you ask that question again?

Q    Do you delete your texts that you have with Josh Aaronson?

A    No, I don't.

Q    Do you have any idea how far back your text stream with Josh Aaronson goes?

A    I have no idea.

MR. THOMASSON:  I'll be calling for the production of Wendy Kwun's text screen with Josh Aaronson.  I'll put that in writing.

*Rich Moffett Court Reporting, Inc.*

45

Q    Are there any other topics you can recall that you text with Josh Aaronson about?

A    Sitting here right now, no.

Q    How long have you been texting with Josh Aaronson?

A    I don't understand your question, how long.

Q    Have you been texting with Josh Aaronson since you went to work at Island Chrysler Jeep Dodge?

A    (No response.)

Q    If I had your phone records in front of me right now, would it show that you have been texting with him since you went to work there?

A    I don't remember what's on my phone in the text message, so...

Q    I didn't ask what was in the text, I'm just asking --

A    But you asked how long, I said I don't remember.

Q    Did you begin texting with Josh Aaronson at the time that you first

46

went to work at Island Chrysler Jeep Dodge?

A    I would assume so.

Q    Did you begin speaking with Josh Aaronson on the telephone from the time that you went to work at Island Chrysler Jeep Dodge?

A    I believe so.

Q    Do you also have verbal conversations from time to time with Josh Aaronson?

A    Verbal, like in-person conversation, verbal conversations?

Q    Yes.

A    Yes.

Q    How often do you see Josh Aaronson?

A    Not very often.

Q    What does that mean to you, once a month?

A    Well, when you say often. The definition of often is often.  So I don't know, can you rephrase your question?

*Rich Moffett Court Reporting, Inc.*

47

Q        Sure.  Do you typically see Josh Aaronson each month?

A        Sometimes yes, sometimes no.

Q        Are there also occasions where you'll see him each week?

A        It's possible.

Q        Are there times when you see him every day?

A        I don't remember seeing him every day.

Q        Do you ever have meetings with Josh Aaronson?

A        Yes.

Q        What are those meetings about?

A        Sitting here today, I don't remember.

Q        You're telling me that you don't know what you discuss with Josh Aaronson in you meetings, is that what you said?

MR. SHANKS:  Objection to form.  It's a very broad question. Meetings over 13 years.  What do

48

you want her to answer?  Ask her specific.

Q       I'm asking, what is it you talk about in these meetings, the weather, is that what you're talking about?

A       I don't remember the meetings.

Q       You remember you had meetings but you don't know what you talked with Josh Aaronson about; is that right?

A       Over the last 11 years, meetings that we've had, I don't remember, unless you are a little bit more specific --

Q       Well, I'm --

A       I'm trying to remember.

MR. SHANKS:  Don't talk over each other when Mr. Thomasson has a question pending.

A       I'm not understanding the question.  It's very general, what are you meetings about.

MR. SHANKS:  I believe that

49

is his question and he will tell you if it's not.

In general, what do you speak to Josh Aaronson about?

Q      Yes, I would like you to answer that.

A      In general, what do we speak about.  Okay, how is the accounting office performing, do we have any motor vehicle issues, do we have any funding issues, just to name a few topics that we would talk about.

Q      Well, please tell me any other topics you can remember, please?

A      You asked what I can remember, okay.  If we have any issues concerned that he should know about, that's basically the meetings.

Talking about day-to-day operations, if there's any concerns, open issues, open items.

Q      What are open items, what does that mean?

A      Do we have any age inventory.

50

Q      What other open items are there that you talk about with Josh Aaronson?

A      That's how I remember.  We talk about every day, you know, if there's anything that I should to bring to his attention.  Usually if there's any problems.

Q      So if there's problems at a dealership, Josh Aaronson wants you to bring it to his attention; is that fair to say?

A      That is fair to say.

Q      When you encounter problems at dealerships, do you bring it to Josh Aronson's attention, do you follow your orders?

A      I would first report them to the general managers, then Marcello Sciarrano.  And when I get to speak to Mr. Aaronson, I bring him up to date with that as well.

Q      Do you always follow that procedure?

51

A        That is the chain of command.

Q        You follow it?

A        I follow instructions.

Q        Your instruction is go to the GM, then Mr. Sciarrano, then Mr. Aaronson; is that correct?

A        If that is what the situation requires.

Q        What do you mean when you say what a given situation could require?

A        When a problem is resolved with the general manager, there is no need to go further up to Mr. Sciarrano nor Mr. Aaronson.

Q        Okay.  But if the problem is not solved with the general manager, then do you go above the general managers head to     Mr. Sciarrano and or Mr. Aaronson?

A        That is the order we follow here at the Island dealership, yes.

Q        Who is it that gave you that order, is that form Mr. Aaronson?

A        That's from Mr. Sciarrano.

52

Q        How often do you speak to Mr. Sciarrano?

A        Almost everyday.

Q        You understand in the Island Auto Group that Mr. Sciarrano and Mr. Aaronson are partners?

A        That's how I understand it.

Q        In your time at Island Chrysler Jeep Dodge, do you ever have occasion where you do work that involves other dealerships?

A        What do you mean by involve other dealerships, can you be a little more specific?

Q        You've identified Mr. Baron, Mr. Aaronson and Mr. Sciarrano and the estate of David Baron as being the owners of Island Chrysler Jeep Dodge; is that right?

A        That is how I understood it.

Q        Do you understand they own any other dealerships, that's a yes or no question?

A        Yes.

53

Q       What other dealerships do you understand they own?

A       To my understanding they own Island Subaru, Island KIA, we mentioned Island Hyundai already.  Island Mazda, Island Toyota, Island Volkswagon, Island Chevrolet.  Is that nine, sorry.  Do you have nine there?

Q       I'm not counting.

A       Oh.

Q       Since you went to work at Island Chrysler Jeep Dodge, are there any others owned by one of those four gentlemen since you have been there that you have not already told me about?

A       Wait.  Sorry.  Can you repeat that question, did they own together or individually?

Q       I'm asking for dealerships that they owned, that, you know, that they own, have an ownership interest in.

Since you have been working for Island Chrysler Jeep Dodge, are there any other dealerships that those four

54

gentleman have any interest in that you know about that you have not already told me about for the last 11 to 13 years?

A    Together or individually?

Q    Yes, together or individually, if you know of them having any interest in other dealerships, I'm interested in knowing if there were any others that you know of since you went to work for them?

A    Okay.  I misunderstood your question, I thought you only want to know the four of them owned the dealership together.  Sorry, okay.

So, we also have a Route 1 Chrysler Jeep Dodge, Rockaway Hyundai, North Shore Motors Leasing, 189 Sunrise Auto.

There may be more but I don't remember for now.

Q    So you have told me the names of dealerships that you can recall those four gentlemen having an interest in since you went to work for them; is that

55

correct?

A       That's correct.  That's what I remember.

Q       How do you know that they have ownership interests in those dealerships?

A       I have seen copies of tax returns.

Q       Why have you seen copies of tax returns?

A       I was given a copy of the tax return for records.

Q       You looked at them?

A       Briefly.

Q       Why?

A       Why, um, sometimes I'm asked to send a copy of the K-1s to the owners.

Q       Did you ever send any K-1s to Anthony or Sarah Deo?

A       Ask that question again.

Q       Have you ever sent any K-1s to Anthony or Sara Deo?

A       I don't remember sending them K-1s.

56

Q    At some point in time, did you do some work at or for North Sore Motors?

A    I was asked to go to North Shore and help Danny, Anthony, Sara, their title clerk at the time, Rebecca, with some processing issues.

Q    My question was, at some point in time, yes or no, did you do some work at or for North Shore.

From your answer, I guess that would mean yes, you did; is that right?

A    But I was not working for North Shore.

Q    I understand --

A    I help --

MR. SHANKS:  His question was at, not for.

THE WITNESS:  Oh, okay.

Q    In the course of working for Island Chrysler Jeep Dodge, you know about all of these dealerships because sometimes you have to do things that

57

involve dealerships other than Island Chrysler Jeep Dodge; is that right?

A    What does other things refer to?

Q    You told me about, I don't know, 12 or 13 dealerships a moment ago, that the four partners at Island Chrysler Jeep Dodge have interest in, right; isn't that what you told me?

A    Right.

Q    There are times when you do work for other dealerships, whatever that work may be, correct?

A    Yes.

Q    You have heard of an entity called Island Auto Group; is that correct?

A    Yes.

Q    What is that entity?

A    Island Auto Group of New York, LLC is the parent company that holds all the Island dealerships.

Q    How do you know that?

A    Because copies of the tax

*Rich Moffett Court Reporting, Inc.*

58

return that was given to me for records says that.

Q    Did you ever do any work for Island Auto Group?

A    Island Auto Group is the parent company holding, what work are you referring to?

Q    Any work, did you ever do anything, you, in the performance of your duties by Island Chrysler Jeep Dodge -- Withdrawn.

Do you get paid by Island Chrysler Jeep Dodge, is that the entity on your paycheck?

A    That is correct.

Q    Is that the only paycheck you have received since you went to work for Island Chrysler Jeep Dodge?

A    That is correct.

Q    You have not received any checks from any other entity in the last 11 to 13 years other than Island Chrysler Jeep Dodge checks; is that correct?

A    That's correct.

59

Q      It's a big business that these people have interest in and it's all in the car industry?

MR. SHANKS:  Objection as the form.  Compound question.

Q      You told me that they have interest in what, 12, 13, 14 dealerships; is that right?

A      You asked for the names that they have interest in and I gave you the names.

Q      That total number is 12, 13, 14 dealerships, somewhere around that are the dealerships that you know they had an interest in over the last 10, 12 years; is that right?

A      That is how I remember.

Q      Do you ever have to do anything that involves those other dealerships in the course of your work?

A      Yes.

Q      How many of those dealerships have you done work for while you have been at Island Chrysler Jeep Dodge?

*Rich Moffett Court Reporting, Inc.*

60

A    How many of these dealerships, I'm sorry, can you repeat that question?

Q    There are 12 to 14 dealerships over the last 10 to 12 years that the four owners of Island Chrysler Jeep Dodge have interest in, right?

A    Yes.

Q    How many of those dealerships have you ever done any work for, big or small, whatever it may be, but from time to time you have to do work for those other dealerships, right, you said that?

A    Yes.

Q    How many of them, all of them at one time or another, some of them?

A    I don't remember.  I'm asked to do something, follow directions, and I get things done.  So I don't ever count how many dealerships I have to work for.

Q    You follow directions and don't know if those directions ever had you do something for the other dealerships?

61

A        No, that's not what I'm saying.  I'm said I will follow the directions, the instructions.

If we need to, if I have to work at North Shore, if I have to work at Sunrise, if I have to work at Island KIA, I will fulfill those requests.

Q        How many of the dealerships have you fulfilled those requests for?

A        I don't remember.

Q        Do you have a title at work?

A        I do.

Q        What is that title?

A        Controller.

Q        How long have you had that title?

A        For a while.

Q        What is a while?

A        At least 20 years.

Q        So would that mean that you have had that title since you went to work at Island Chrysler Jeep Dodge?

A        Yes.

Q        In the Island Auto Group, are

62

there other controllers?

A    Yes.

Q    What are their names?

A    Michael Cordera and Frank Cordera.

Q    Are there any other controllers in the Island Auto Group that you know of?

A    At the Island dealership, if you want the controllers for the other dealership, that's part of the 12 or 13, I can give you those names too.

Q    Please?

A    There's Dan O'Sullivan, there's Kathy Perez, there's Maria Walker.

Q    Are there any other controllers that you haven't named that had you know of from the last 10 to 12 years at the Island Auto Group?

A    That's all I can remember for now.

Q    Okay.  Dan O'Sullivan, how long has he been a controller in the

63

Island Auto Group?

A       Dan O'Sullivan was a controller for North Shore Auto Leasing and 189 Sunrise.  I don't know how long he was a controller there.

Q       Was Dan O'Sullivan in the Island Auto Group when you went to work there?

A       I don't remember.

Q       Has Dan O'Sullivan worked anywhere other than North Shore or 189 Sunrise that you know by or through the Island Auto Group?

A       I don't remember.

Q       So you just told me that he is still working with you and you think he is still working --

MR. SHANKS:  Objection.  She did not testify that he's still working here.

Q       Is Dan O'Sullivan still in the Island Auto Group now?

A       No.

Q       How long has it been since

64

Dan O'Sullivan has been in the Island Auto Group?

A    Dan O'Sullivan worked at North Shore and Sunrise.  His last day was around November of 2022.

Q    Did something happen in November of 2022 that caused him to leave?

A    Dan O'Sullivan was asked to not return to work by Anthony and Sara Deo.

Q    Are you telling me that Dan O'Sullivan fired by Anthony and Sara Deo during or about November of 2022?

A    I said he was asked not to go to work, not to return to the office by Anthony and Sara Deo.

Q    How do you know that?

A    That's how I remember it.

Q    How did you find out?

A    I remember around that time, I was waiting for bank satisfaction of lien for some used car titles that I needed.

65

I asked Anthony Deo and reminded him since Dan O'Sullivan was not returning to the office for him to make sure to keep an eye out for the incoming mail so that when we do get those liens released, we have a satisfied title on a used car.

Q    How did you find out Dan O'Sullivan was not returning to the office?

A    I don't remember, but I want to say that's what Anthony told me.

Q    When someone is asked not to return to work, do you consider that to be a firing?

A    I would consider that as a termination.

Q    So was Dan O'Sullivan terminated as far as you know by Sara and Anthony Deo from North Shore Motors and 189 Sunrise?

A    That's how I remember.

Q    Was Dan O'Sullivan, if you know, offered any other position with the

66

Island Auto Group after those two businesses shut down?

A       No.

Q       But you told me that Dan O'Sullivan was a controller for Island Auto Group, right?

A       I said Dan O'Sullivan was a controller for North Shore Auto Leasing and 189 Sunrise.

Q       In your mind, they were part of the Island Auto Group, right?

A       In my mind, my understanding, your question was, if any one of the owners who owns Island Auto Group have an interest of any other entities, those were the two entities that Mr. Baron --

Q       Okay.  We'll clear this up. What are the entities that you understand since you have been at Island Chrysler Jeep Dodge, what are the entities in the Island Auto Group?

A       Under Island Auto Group LLC, Island Auto Group of New York LLC, we have Island Chrysler Jeep Dodge, we have

*Rich Moffett Court Reporting, Inc.*

67

Island Subaru, we have Island KWI, Island Toyota, Island Hyundai, Island Mazda, Island Volkswagon, Island Chevrolet, Island GMC.

Q     I counted eight, did you tell me that there's nine?

A     Yes.  So, sorry, let me do this again.  Island Chrysler, Island Subaru, Island KIA, Island Toyota, Island Mazda, Island Hyundai, Island Volkswagon, Island Chevrolet, Island GMC.  That's nine.

Q     You certainly know the names of those nine businesses, don't you, Ms. Kwun, right off the top of your head you fired that answer right out there, didn't you?

A     I'm sitting here in this office.

MR. SHANKS:  Objection.  Is that a question?

Q     You didn't even have to think about that one.  It takes you a minute to answer every question but that one, you

*Rich Moffett Court Reporting, Inc.*

68

sure know the names of those businesses.

Now, I'm wondering are there any other businesses since you went to work for Island Chrysler Jeep Dodge that had as a parent company Island Auto Group other than these nine that you just named?

A    We had two other Islands that are out of business, so they are no longer in business.

Q    What were their names?

A    Island Fiat and Island Mitsubishi.

Q    Any other dealerships that you know of since you went to work at Island Chrysler Jeep Dodge, other than these 11 that you just named that had as a parent company Island Auto Group?

A    Not that I know of.

Q    Do you know how Dan O'Sullivan came to work at 189 Sunrise and North Shore?

A    I do not know.

Q    Do you know how long Dan

69

O'Sullivan was working for either of those two businesses?

A     I met Dan O'Sullivan in the summer of 2021.

Q     Under what circumstances?

A     Josh asked me to go and assist Dan, Anthony, Sara, and their title clerk with processing issues.

Q     What do you mean when you say processing issues?

A     They were having problems with their motor vehicle compliance. They were having issues with inventory on their used cars.

They were -- they needed help with setting a process so that they can handle their day-to-day work, such as when a car is delivered, contracts need to be submitted to the bank for funding, inventory with cost posting, recording schedules on different accounts.

In other words, they did not know how to use their operating system and they needed help with that.

70

Q      How did you make the determination that they didn't know how to use the operating system?

A      They asked for help.

Q      Who asked?

A      I believe Dan and Anthony and Sara.

Q      Do you know if that was in writing?

A      I don't remember.

Q      Who did they ask?

A      They asked Josh.

Q      Josh came and gave you directions during the summer of 2021 to assist them?

A      Yes.

Q      Was there anything else Josh told you at that time that was going on at North Shore that needed your assistance?

A      I was asked to help Dan, Anthony, Sara, their title clerk Rebecca, how to process paperwork.

Q      Is there anything else they

71

asked you?

A      I don't remember if there were.

Q      Would you remember if there were other things, do you know or is that typical that you would remember something like that?

A      We're talking about five years later, so I don't recall.

Q      Have you -- I'm sorry, were you finished with your answer?

A      Yes.

Q      Do you have any memory at this time from the summer of 2021, at that time being told that there was theft taking place at North Shore Motors?

A      (Indicating.)

Q      You just shook your head no, you have to speak.

A      I understand.  I'm trying to remember.  I'm trying to remember.  I don't remember that being the case at that time.

Q      Since you have been at Island

72

Chrysler Jeep Dodge, are you aware, did you personally become aware of any accusations of theft at any of the dealerships owned or operated by the four partners that you told me about, have you at any time heard about theft at those dealerships?

A      Yes.

Q      What dealerships were you told there was theft on?

A      On or about August of 2022, Dan O'Sullivan sent me an e-mail with over one point million dollars in customer trade payoff checks that he was holding with the instructions of Anthony Deo.

Q      That's in an e-mail to you?

A      It was a scan he sent to me from his scanner located at North Shore.

Q      Was it common for Dan O'Sullivan to report to you?

A      It is not common.  I work with Dan O'Sullivan under the instructions of our general managers.

73

Q        With regard to Dan O'Sullivan's e-mail that indicated over one million dollars in checks were being held, what does that mean when you say being held, does that mean not deposited?

A        They were checks for customer's trade-in, payoff loans, that were supposed to be sent out to the customers lienholders.

Q        What happened with those checks after you were told, did they eventually get paid?

A        I called Mr. Aaronson to inform him that Danny had just informed me of these payoff checks that were held for          over -- some close to a year, months, and that these were deals that customers had paid, either deposits or finance contracts.

And the trade payoffs were supposed to have been released at the time of sale.

When they are being held, that means the checks were not paid to

74

the bank who still holds the customer's trade payoff.

Q     My question to you is, were those over one million dollars in checks to pay off liens eventually paid, yes or no?

A     At the time, North Shore's and Sunrise's bank account did not have enough money to honor those checks to be sent out or to be cashed.

So eventually they were paid by loans that Mr. Aaronson had lent to North Shore and Sunrise.

Q     When were they paid?

A     I don't remember exactly what date but they were eventually all paid.

Q     So let me see if I understand something, you went to work doing some things, helping with processing at North Shore Motors in the summer of 2021; is that correct?

A     In the summer of 2021, yes.

Q     When did you stop working on helping North Shore Motors with their

75

processing?

        A      I want to say that after the discovery of these payoff checks that were not sent, we found a huge cash flow problem at North Shore and Sunrise.

                We continued to discover sales tax payments that was submitted because they didn't have enough money in the bank account, were returned by the State.

                Payrolls that were processed, because they didn't have enough cash delayed the payment to employees.

                Ally payoff payments for retail post sale cars that Anthony and Sara sold but they didn't have enough money so therefore, those payments were returned.

                We have then discovered that there's a huge cash problem at North Shore and Sunrise.

                I called Mr. Aaronson, he was very unhappy, very upset.  He said to me that we have to make our customer whole.

76

So the instruction was, figure out how much and we will wire the money in as a loan to cover it, and Anthony and Sara would pay them back.

Q        Are you done with your answer?

A        Yes.

MR. THOMASSON:  I move to strike.  Nancy, could you please ask the last question again because I didn't get an answer to it.

(Whereupon, the requested testimony was read back by the reporter.)

Q        Month and year, Ms. Kwun, that's the answer to that question.

A        Around November of 2022.

Q        So, you were working helping North Shore from the summer of 2021 through November of 2022; is that correct, yes or no?

A        That's how I remember it.

Q        Did you have access to bank account records at North Shore from the

77

summer of 2021 through November of 2022?

A    Sorry, I missed that question.  Can you ask again?

(Whereupon, the requested testimony was read back by the reporter.)

Q    Yes or no question.

A    Yes, I did.

Q    How did you have access?

A    I was given my own access login to access North Shore and Sunrise's accounts.

Q    Who gave you that?

A    I remember it as Josh or Brian.

Q    You mean Josh Aaronson or Brian Chabrier; is that correct?

A    That's how I remember it.

Q    This access that you were given was to be able to sign in online to look at North Shore's bank account records; is that right?

A    And Sunrise's yes.

Q    What bank was that with?

78

A        JPMorgan Chase.

Q        You were given your own login credentials; that right?

A        Yes.

Q        How many accounts are we talking about?

A        Sorry, what were you asking.

Q        How many accounts, how many bank accounts, were you given access to at North Shore and Sunrise, one each?

A        I don't remember if they have a payroll account, if they have DMV account.  Whatever access, the full account access, all of their accounts.

Q        You had full account access for roughly a year and a half, beginning in the summer of 2021 to the accounts of North Shore and 189 Sunrise; is that correct?

A        That's correct.

Q        Who else had access?

A        I don't know, I'm not the account administrator.

Q        Who was?

79

A        Sorry.

Q        Who was the account administrator?

A        I believe it was Brian.

Q        How often would you access those accounts while you were there for a year and a half?

A        I looked at the bank account every day.

Q        With regard to the accounts, who did you report to regarding account issues?

A        I would e-mail Dan O'Sullivan and Anthony, and later on Sara.

Q        You didn't talk to Josh Aaronson or Brian Chabrier about account issues?

A        Not at that time.

Q        With regard to these accounts, you're telling me that with your oversight, these accounts were underfunded; is that right, yes or no?

A        I was not managing their accounts.  I log in to look at their

80

account balance and I would e-mail with Anthony and Dan to speak on their particular days cash position.

What do they have payoffs for, anything that they communicate with me.

Q       Were you also monitoring sales during that time?

A       I was not monitoring sales. I was monitoring the process behind the sales.  I was monitoring -- sorry.

Q       That's okay.  Go ahead, I thought you were done.

A       So I was not monitoring sales.  I was monitoring the process after a sale to make sure the deal's contract gets funded, registration for the vehicle is processed.

Q       So for a year and a half, you knew about the sales of that dealership through the monitoring of the process, correct, it's a yes or no question?

A       But, I'm sure if understanding your question, because you

81

asked if I monitor sales, and I said I don't monitor sales.

Q    But through your work with the process, you had knowledge of the daily car sales, correct?

A    So there's a report that we share that tells us what cars were sold and we would then follow the process on that sale.

Q    So if I understand you correctly, you, through the process that you were helping them with, saw the daily car sales every day for roughly a year and a half at those two dealerships; is that right?

A    I don't see them every day because they are not my full-time job.  I don't look at their sales every day.

I look at their bank account every day and I would e-mail Dan, Anthony and ask them maybe every day, every other day, every three days, to make sure they follow the process that I have shown them.

82

Q        If during that time money was being diverted out of those accounts elsewhere, would you have seen that, that's a yes or no question?

A        No.

Q        So if Dan O'Sullivan took a million dollars out of the account and deposited it into his own, you would not have known that during your time logging onto the accounts daily; is that right?

MR. SHANKS:  Objection as to form and that's a different question than your first one.

But, if you can answer it, answer it.

Q        It's yes or no question, would you know if someone was stealing money from that account, while you were looking at it everyday, yes or no?

A        If I were to just look at the bank transaction, the answer is no.  If there were checks written to people that they weren't supposed to, I wouldn't have known that.

83

Q        Why not?

A        Because I am not the controller for North Shore and Sunrise. I was there to assist them.

Q        That would have been Dan O'Sullivan who was the controller, right?

A        I believe he reports to the Anthony Deo, he monitors --

Q        I didn't ask you that, Ms. Kwun, I asked you who the controller was?

A        Dan O'Sullivan.

Q        He was for both North Shore and 189 Sunrise?

A        Sorry, what was the question?

Q        He was the controller for both North Shore and 189 Sunrise?

A        To my understanding, yes.

Q        Did you, in the course of a year and a half of work at North Shore and 189 Sunrise have an occasion to make any judgments on Dan O'Sullivan abilities as a controller, yes or no?

A        I don't understand the question.

*Rich Moffett Court Reporting, Inc.*

84

MR. THOMASSON:  Can you read back my question.

(Whereupon, the requested testimony was read back by the reporter.)

A      Yes.

Q      Did it seem as though he knew what he was doing as a controller?

A      My opinion was he needed help with the computer system and processes.

Q      That's what you were sent there to help with, right?

A      Yes.

Q      Do you know whether or not Dan O'Sullivan took any money out of that business?

A      I don't know.

Q      Do you know if anyone took any money out of that business wrongfully?

A      I was told --

Q      Of your own firsthand knowledge?

A      Of my own firsthand

85

knowledge -- can you repeat the question?

(Whereupon, the requested testimony was read back by the reporter.)

MR. SHANKS:  Objection as to form, unless you describe what you mean by your own personal knowledge?

MR. THOMASSON:  I'll ask the question a different way.

Q    Ms. Kwun, as of November of 2022, were you of the opinion that money was stolen from North Shore or 189 Sunrise?

A    It was my opinion that money was stolen from North Shore and Sunrise.

Q    Did you do anything at any time to look into who stole money at North Shore or 189 Sunrise?

A    I printed the deposit schedules.

MR. THOMASSON:  Nancy, can you reread the last question again, please.

86

(Whereupon, the requested testimony was read back by the reporter.)

Q      Did you look into it, Ms. Kwun?

A      I printed the deposit schedule.

Q      What does that mean?

A      A deposit schedule records when a customer gives North Shore or Sunrise a deposit, gets recorded.

When a customer purchases a vehicle, it records that same deposit.

The debit and credit entries, would you like me to tell you what those entries should be?

Q      Yes.

A      When a customer gives us a deposit towards a deal, it's a credit to a customer deposit account.

When a customer picks up the vehicle, it's delivery where we record the sales transaction, a debit would go into that deposit schedule.

*Rich Moffett Court Reporting, Inc.*

87

So in the accounting term, what we expect to see is when a deposit is recorded and a customer picks up delivery, we should have a debit and credit for the same amount.

I printed the deposit schedule because I wanted to know if there were deposits missing from deals that were delivered and I would see just debits without the credits, and that is what I saw.

Q    When did you do that?

A    Sometime in October.

Q    When you did that in October, how far back did the deals stretch that didn't have a credit on the deposit schedule?

A    I don't remember.

Q    Is a deposit schedule, in your experience, since you have been with Island Chrysler Jeep Dodge, something that gets printed daily?

A    I don't know if it was printed daily but it should be reviewed

88

once a month before the closing of the month.

Q        Okay.  Now, since your time at Island Chrysler Jeep Dodge, do you understand it is the practice of the Island Auto Group and the partners in their dealerships to review the deposit schedules at their dealerships monthly?

A        Can you repeat that, please?

Q        Since you have been at Island Chrysler Jeep Dodge, do the Island Auto Group partners review deposit schedules monthly?

A        The partners do not.  It is the controller's job and the general manager's job to review these schedules.

Q        Did you review any deposit schedules during your time at North Shore and 189 Sunrise?

A        I didn't.

Q        That would have been the job of Dan O'Sullivan?

A        That would have been the job of Dan O'Sullivan and Anthony Deo.

*Rich Moffett Court Reporting, Inc.*

89

Q        Do you know if Dan O'Sullivan did, in fact, review the deposit schedules monthly?

A        I want to say he had, he does, he did, and he does the review with their accountant from the CPA firm.

Q        Dan O'Sullivan does that monthly with the accountant from the CPA firm; is that what you just said?

A        I believe that's what he did.

Q        Do you know who the accounting firm was that Dan O'Sullivan dealt with?

A        He dealt with an accountant by the name of Tom Jones.  I believe he's from Joan and Little, I think that's the name.

Q        Do you know how the review of the monthly deposit schedules was done between Dan O'Sullivan and Jones and Little?

A        I don't know because I was not there.

                MR. SHANKS:  We've been going

90

for two hours, when it's a good time could we break for five minutes?

MR. THOMASSON:  Let's do that right now.  Let's come back at 11:35.

(Whereupon, at this time there was a pause in the proceeding.)

MR. THOMASSON:  Back on the record.

Q    Ms. Kwun, did you do anything to prepare for this deposition today?

A    I spoke to our attorneys, yes.

MR. SHANKS:  Don't disclose anything you spoke about with me. Wait for his next question.

THE WITNESS:  Okay.

Q    What are names of the attornies you spoke with?

A    Russell and Jeffrey.

Q    Would that be Russell Shanks and Jeffrey Ruderman?

91

A        Yes.

Q        When did you speak be with them?

A        I'm speaking to him now.

Q        But I asked if you spoke with anyone in preparation of this deposition and you identified your attorneys, when did you speak with them?

A        This week sometime.

Q        Was that in person or on the telephone?

A        In person with Russell, Jeffrey online.

Q        By online, you do you mean some sort of Zoom call or do you mean a phone call?

A        It was a Zoom call.

Q        Did you speak to anyone else in preparation for your deposition?

A        No.

Q        Have you ever discussed this case with anyone else?

A        No.

Q        Were you served with a

92

complaint naming you as a defendant during or September of 2024, it would have been a very thick document that you were served with naming you as a defendant, do you remember receiving such a document?

A     Not personally.

Q     Was it left at your home and someone brought it in?

A     It was a copy I saw that was sent to the business.

Q     Did you see that during or about September of 2024?

A     I don't remember the time, maybe it was about that.

Q     Did you have an understanding at any point in time that was a complaint naming you as a defendant, yes or no?

A     Yes.

Q     Did you read it?

A     I read some of it.  It was a very thick complaint.  I read some of it, not all.

Q     How many times have you read

93

it?

A    I don't remember, once.

Q    Did you discuss it with anyone?

A    I remember speaking to Marcello about it.

Q    What is it that you and he spoke about?

A    What it was and what is the next step.

Q    What did Marcello say to you?

A    I believe we forwarded to our attornies.

Q    He didn't say anything to you?

A    I don't remember the conversation.

Q    How long was the conversation?

A    How long ago or how long was the conversation?

Q    How long was the conversation between you and Marcello?

A    It couldn't have been more

94

than two minutes that I remember.

Q      Did you see in that complaint that there was a demand for a billion dollars?

A      I don't remember.

Q      Is that something that you would remember if you read it, being sued for a billion dollars?

A      I don't remember reading it in depth.  I looked it and that was it.

Q      Have you ever been sued before?

A      Not that I know of.

Q      Were you ever part of any kind of fraud that you remember?

A      No.

MR. SHANKS:  She's just grabbing a bottle of water.

(Pause.)

Q      Did you ever work for a company called Credit Forget It?

A      I --

MR. SHANKS:  Was your question at or with, I'm sorry?

*Rich Moffett Court Reporting, Inc.*

95

Q        Did you ever work at or with a company called Credit Forget It?

A        I was helping the two gentleman who was working at Credit Forget It.  And what I mean by helping, they asked me questions, bookkeeping questions, and I was helping them with that.

Q        What two gentlemen is that?

A        It was Mike Morgan and Damian Bullock, B-U-L-L-O-C-K.

Q        There was a 14 million dollar fine for fraud that that company was hit with, wasn't it, yes or no?

A        I don't know.

Q        You're not familiar with Credit Forget It having any issues with the State of New York involving fraud; is that your testimony today?

A        I have heard about it but I don't know about it.

Q        You were helping them when?

A        I don't remember the exact timeline.  I want to say sometime 20 -- I

96

don't remember.

Q    It was this century though, wasn't it?

A    It was this century.

Q    Was it in the 2000's or 2010's?

A    I want to say it was in the 2000's.

Q    That company was eventually put out of business from this, wasn't it?

A    I don't know that.

Q    Do you know a woman named Ellen Kera?

A    Yes.

Q    Who is Ellen Kera?

A    Ellen Kera is an accountant.

Q    Did you ever work with Ellen Kera?

A    Yes, I did.

Q    When did you work with Ellen Kera?

A    It was around 20 -- I don't remember, 2011, 2012 maybe.

Q    Was that someone you worked

97

with at Kera and Company?

A       Yes.

Q       Was that her business?

A       That was her business.

Q       What does Ellen Kera do now, do you know?

A       I think she's retired.

Q       Did she work for anyone after she worked with Kera and Company?

A       She worked at Citrin Cooperman.

Q       Why do you know that?

A       That's our accounting firm now.

Q       How long have they been your accounting firm now?

A       Since I started working here in 2015, that I remember.

Q       That would be the accounting firm for Island Auto Group; is that right?

A       That's correct.

Q       Did Citrin Cooperman do your taxes?

98

A    My personal?

Q    Yes.

A    No.

Q    Have they ever?

A    No.

Q    Have you ever held the title of CFO at any businesses in the Island Auto Group umbrella?

A    My official title is the controller, but I am one of the more experienced controllers.  Sometimes people on their own call me the CFO.

Q    Do you correct them?

A    I do.

Q    Always?

A    Sometimes, when I have the time.

Q    Does Baron Auto Mall have any trouble with the FBI and fraud, that you know of?

A    I don't know.

Q    Did you ever do any work with Baron Nissan?

A    I don't.

99

        Q        Is Baron Nissan in the Auto Group umbrella?

        A        Baron Nissan is not part of Island Auto Group LLC, but the owners have interest in Baron Nissan.

        Q        Is there any security on the accounts at 189 Sunrise and North Shore during the year and a half or so that you were working with those two companies?

        A        What do you mean by security, I don't understand the question.

        Q        Well, there can be tokens, there can be something call positive pay, there can be texting, there's different ways that companies put security on the accounts to make sure that there's no theft and that it's being properly monitored.

                Was there any security of that type on the Chase accounts at either North Shore or 189 Sunrise?

        A        I know of the positive pay on both North Shore and Sunrise's accounts.

        Q        How does positive pay work?

100

A        Positive pay is a fraud prevention feature offered by Chase to their customers.

What we do is we upload records of checks issued on the days, and the way it works is, Chase's system will recognize if the checks were the same presented as how it was uploaded.

And if it's not, the user on file will get an exception e-mail asking them to review and approve the transaction.

Q        Who was uploading checks during your time at North Shore and 189 Sunrise?

A        I don't know but I was not.

Q        If there is a problem with one of those checks, how does that system alert the people who are monitoring the account?

A        I believe they get an e-mail.

Q        Who would get the e-mails for North Shore and 189 Sunrise, to the best of your knowledge?

101

A    To the best of my knowledge, it's Dan O'Sullivan and Anthony Deo.

Q    How many times do you now know at any time that there were e-mail alerts on either the North Shore or 189 Chase accounts?

A    Sitting here today, I don't know because I don't have Anthony's e-mail, nor do I have Dan O'Sullivan's e-mail account.

Q    Would you consider it a serious matter if one of these alerts came in, it would mean that there's something fraudulent about a check, right?

A    It means that the match to the record is not the same.

Q    Do you think that's a serious matter?

A    It requires review and decisions.

Q    How many of those took place that you could tell us about now at any time involving North Shore's or 189

102

Sunrise's Chase accounts?

A     I wouldn't know that because I was not the one receiving those e-mails.

Q     You're sitting here telling us today that you're dealing with their bank accounts on a daily basis and if there was fraud taking place that the bank alerted someone about, no one would tell you; is that your testimony?

A     Can you repeat that question?

(Whereupon, the requested testimony was read back by the reporter.)

MR. THOMASSON:  I'm going to rephrase that.

Q     If Chase bank sent out alerts indicating a problem with not matching checks through the positive pay system, is that something that you have learned about during your year and a half there helping them with that exact process?

A     I believe my account setup does not, they do not include positive

103

pay notification to my e-mail.

Q      Did you ask for it to be done?

A      I didn't ask for it.

Q      Did anyone offer it?

A      I don't believe so.

Q      Were you aware while you were at North Shore and 189 Sunrise of the positive pay system in place on those accounts, yes or no?

A      I was aware of positive pay on those two accounts.

Q      Did you ever discuss positive pay with either Anthony or Dan O'Sullivan?

A      When Dan O'Sullivan goes on his vacation, he needed someone to cover his payroll and positive pay.

And during those times, I would e-mail Anthony Deo reminding him he needs to log in to his Chase account, review the checks and approve them, if they are the right checks.

Q      You would send e-mails to

104

Anthony Deo to keep an eye on the positive pay when Dan O'Sullivan was away?

A E-mails and text messages.

Q You used to text with Anthony Deo?

A Yes, I did.

Q Did you used to text with Dan O'Sullivan?

A I believe so.

Q Did you e-mail with both of those men?

A I did.

Q Is there anyone else at North Shore or 189 Sunrise that you texted and e-mailed with?

A Sara Deo.

Q Anyone else?

A Title clerks, bookkeepers.

Q Who was the title clerk?

A They had a few. I remember Rebecca and a Jennifer. There may be more.

Q Anyone other than the title

*Rich Moffett Court Reporting, Inc.*

105

clerks, Anthony, Sara and Dan O'Sullivan, that you texted and e-mailed with?

A    There was also a bookkeeper there for a short period of time, her name is Doris.

Q    Was there someone name Melissa Kayer at either of those two business?

A    Sorry, what's the name?

Q    Melissa Kayer -- I'm sorry, Melissa Beltray?

A    I don't remember Melissa working for those two stores during that time period.

Q    Melissa Beltray?

A    I don't remember her working for North Shore or Sunrise during that time period.

Q    I'm just confirming I've got the right name, did you know someone named Melissa Beltray at any time in the last 10 year?

A    Yes, I did.

Q    How do you know her?

*Rich Moffett Court Reporting, Inc.*

106

A    She was one of the office managers who worked at, that I know of, Best Auto. And, I believe, she also worked at North Shore.

Q    What is Best Auto?

A    Is it a used car dealership.

Q    Do you know who the owners are?

A    I don't.

Q    Could it be any of the owners of the Island Auto Group, if you know?

A    It's possible.

Q    Do you know if Best Auto is owned and operated by the Deo's, do you know that?

A    I don't believe so.

Q    Are you aware of any tax returns prepared by Citrin Cooperman for North Shore or 189 Sunrise?

A    I became aware sometime in October of 2022 or sometime in 2022.

Q    What is it that you became aware of?

A    There was a tax return filed.

*Rich Moffett Court Reporting, Inc.*

107

Q       Tax returns were filed for what companies are you talking about?

A       I became aware sometime in 2022, tax returns were filed for 189 Sunrise and, I believe, North Shore Motor.

Q       They were tax returns prepared by Citrin Cooperman that you became aware of?

A       Sorry, I think Citrin Cooperman did not file North Shore's, it was a different accounting firm by the name of Richards, Witt and Charles, who did the return for North Shore.

Q       Whose accounting firm was that?

A       Whose accounting firm was who?

Q       Was Richard, Witt and Charles the Deo's accounting firm or was that an accounting firm associated with Island Auto Group?

A       It was an accounting firm that filed North Shore's tax return.

*Rich Moffett Court Reporting, Inc.*

108

Q      Have you ever been aware of Richard, Witt and Charles working with Island Auto Group?

A      That isn't the accounting firm that we have at Island Auto Group of New York LLC.

Q      Do you know who hired Richard Witt and Charles to do the tax return or returns that you're talking about?

A      I do not know.

Q      So, there were some e-mail exchanges in August, September and October of 2022 that you were on involving tax returns for 189 Sunrise and North Shore, do you remember that?

A      I remember connecting the accountants.

Q      What do you mean when you say you connected the accountants?

A      I connected Tom Jones from Jones Little to the accountant, Ellen Kera.  And, I believe, there's another accountant by the name of Frank from Citrin Cooperman.

109

Q        Why did you do that?

A        They were discussing the tax returns for North Shore.

Q        Well, they weren't doing that until you connected them, right?

A        My understanding of Anthony and Sara Deo taking ownership, transferring ownership, one of the required actions were they needed to take over the tax returns.

So that's the reason why they were connected, because there were conditions, actions required before the ownership was to transfer.

Q        Who told you that?

A        I don't remember who told me but that was the understanding I have at the time.

Q        So you were involved in this transaction you're describing between the Deo's and Josh Aaronson, who were in on those negotiations; is that what you're telling us today?

A        I never said I was involved

110

with the negotiations.  I connected the accountant just so that they can process one of the four items and ownership would be transferred to Anthony and Sara.

Q    I'm asking you who told you that?

A    I don't remember when.

Q    Did the Deo's tell you that?

A    I don't remember but that was my understanding at that time.

Q    Do you remember seeing the e-mail chain where Josh Aaronson approved those tax returns?

A    I remember, and, again, it was one of the four actions that Anthony had to complete before ownership would be transferred.

MR. THOMASSON:  You didn't answer that answer, I move to strike.

(Whereupon, the requested testimony was read back by the reporter.)

Q    Yes or no?

111

A       Yes.

Q       Are you aware that Josh Aaronson approved those tax returns, yes or no?

A       Yes.

Q       Is it your position that Josh Aaronson approved those tax returns, yes or no?

A       Yes, but with conditions.

Q       I'm just asking you, yes or no, did he approve those tax returns, yes or no?

A       He approved the tax returns.

Q       Thank you.  Do you have any knowledge of those tax returns?

A       I'm not an accountant, I don't --

Q       Are you aware that those tax returns indicate that Anthony Deo is 99 percent owner of North Shore and Sunrise and Sara Deo is one percent owner of those two businesses, are you aware of that, yes or no?

A       I don't know what any of

112

those means.  I'm not an attorney.

Q     You don't know what an ownership interest is in a business; is that right?

A     I don't know what those percentages represent.

Q     So I'm asking you a question, I'm not asking if you know what they represent, I'm asking you to answer my question.

Do you know, yes or no, that those tax returns indicate that the Deos are the owners of North Shore and 189 Sunrise on those tax returns, do you know that, yes or no, did you know that that's what those tax returns said, yes or no?

A     Yes, I did know.

Q     Was there anything about those tax returns that to your knowledge today are inaccurate?

A     The tax returns was part of a total four actions that require --

MR. THOMASSON:  Objection.  I move to strike.  You're not

*Rich Moffett Court Reporting, Inc.*

113

answering my question.

Q      I know how much you want to tell me you're preplanned game plan.

MR. SHANKS:  Let her answer and then --

MR. THOMASSON:  I'm asking my question to be answered, Russell. She's barely answered even one today.

She has -- she takes a minute to answer and she doesn't know yes or no or where she worked or when. She has no idea --

MR. SHANKS:  Harry, take a chill pill.  Ask the question for whatever you want on the record.

MR. THOMASSON:  I will.  I want to go back and have my last question asked again.

(Whereupon, the requested testimony was read back by the reporter.)

Q      Yes or no, is there anything about those tax returns that you know

114

about today that indicate they are inaccurate, yes or no?

A    They are inaccurate because they do not own the percentages that they have on the tax returns.

Q    So a moment ago you told me you didn't know what those percentages meant and now you're telling me that you do know what those percentages meant.

Which one is it, Ms. Kwun, do you understand that those tax returns indicate that the Deos are the owners of those businesses, you told me yes, haven't you?

MR. SHANKS:  Objection as to form.  That calls for a legal conclusion, you're last question.

Q    All right.  We're going to do it this way.  Do you have an understanding, yes or no, whatever it is you understand, I'm just asking about the documents now.

Do you know that those tax returns indicate that the Deos are the

115

owners of North Shore and 189 Sunrise, do you know that that's what those tax returns indicate, yes or no?

    A    No, I do not.

    Q    Did you at the time know that those tax returns indicated that the Deos were the owners of 189 Sunrise and North Shore, did you know at that time that that's what they indicated?

    A    I do not.  Again, I'm not an accountant and I'm not an attorney.  I'm sorry, but I don't know.

    Q    I'm not asking you whether or not they are the owners of that business, Ms. Kwun, I'm asking you whether or not you know that those tax returns were prepared by Citrin Cooperman and indicate that the Deos are the owners of those two businesses.

    You have now said both yes and no, which one is it?

    A    I'm confused.  I'm confused.

    Q    What is it you're confused about?

116

          A       You're referring to the tax returns that Citrin Cooperman prepared. Can I see them?

          Q       Sure.

          A       Because I'm very confused.

               MR. SHANKS:  He is going to show them.

          Q       Ms. Kwun, do you see a document?

          A       Yes.

          Q       Do you see that it's an e-mail from Thomas Jones?

          A       Okay.  I do.

          Q       Do you see this is from October 5, 2022 and it's to you?

          A       From Tom Jones, yes.

          Q       Do you remember this e-mail?

          A       I remember now looking at it, yes.

          Q       What was this e-mail for?

          A       This is Tom Jones asking for Social Security number so he can amend the tax returns.

          Q       When you were receiving the

117

e-mail chain involving the tax returns for North Shore and 189 Sunrise, was there someone who authorized you to deal with this?

A       Yes.

Q       Who was that?

A       Josh.

Q       Was Josh in charge for the partners at North Shore and 189 Sunrise?

A       He's my boss that tells me what I have to do.

Q       Do you know if he spoke with any of his partners with regard to North Shore or 189 Sunrise?

A       I don't know that.

Q       When it came to North Shore and 189 Sunrise and what you were doing, you were always doing what Josh Aaronson told you to do; is that correct?

A       He asked me to help them with processes, yes.

Q       Did anyone else, other than Josh Aaronson, tell you what to do with North Shore or 189 Sunrise?

118

A        Anthony Deo would make his decision as to if there's a problem or question, he was the general manager that I report to along with Dan O'Sullivan.

Q        So Anthony Deo was your boss while you were working at 189 Sunrise and North Shore, yes or no?

A        No.

Q        Who was your boss while you worked at 189 Sunrise and North Shore, is that Josh Aaronson?

A        Yes.

Q        So you did, again, as far as who can tell you what to do while you worked at 189 Sunrise and North Shore, it was Josh Aaronson whose instructions you followed; is that correct?

A        His instructions was to assist Dan O'Sullivan, Anthony Deo, with -- pertaining to North Shore and --

Q        I didn't ask --

MR. SHANKS:  Calm down. Objection.  Harry, let her finish

*Rich Moffett Court Reporting, Inc.*

119

the answer and then you can say, I didn't ask that or ask her any follow up.

Just because you're speaking over one another. Go ahead.

(Whereupon, the requested testimony was read back by the reporter.)

MR. THOMASSON: I'll rephrase that.

Q    I just want to be clear, your boss while you worked at 189 Sunrise and North Shore was Josh Aaronson; is that right?

A    My boss is Josh Aaronson but the boss operator general manager for Sunrise North Shore Was Anthony Deo.

Q    If Anthony Deo and Josh Aaronson gave you different instructions, whose instructions would you follow?

A    I don't know.

Q    Did that ever happen?

A    I don't remember.

Q    Did Anthony Deo tell you what

120

to do while you worked there?

A    He would tell me what to do pertaining to North Shore and Sunrise.

Q    If he wanted you to do something that you think was improper, would you tell Josh Aaronson?

A    I'm not sure because I don't know.

Q    You don't know because it didn't happen; is that right?

A    Well, we when we discover the cash flow problem, I went to Josh Aaronson.

Q    If Anthony Deo gave you an improper instruction, you would go to Josh Aaronson, wouldn't you?

A    I would have if he did.

Q    But you don't have any memory, as you sit here today, of Anthony Deo telling you to do something that was improper; is that also true?

A    I don't remember if he asked me specifically to do something improper but...

121

Q       That's all I'm asking.  You have no memory today of him asking you to do something improper, that's what you just said, right?

A       But I do have memories of him removing funds from the business account of North Shore and Sunrise.

Q       And you immediately went to Josh Aaronson, didn't you?

A       I went to Josh Aaronson when Dan O'Sullivan e-mailed me the checks that they were holding, Dan and Anthony holding, payoff checks.

Q       But that's a different matter than Anthony Deo stealing funds from the account, so let's get into that, when did Anthony Deo steal money from that account?

A       When, sometime in 2022 August, September, Dan O'Sullivan e-mailed me a list of cash deposits that Anthony did not deposit to the business account.

Q       How many other times did that

122

happen?

A       I remember it to be that one time.

Q       What did you do when you found that out, did you tell somebody?

A       I printed the deposit schedule to find out if there were more deposits missing.

Q       Who did you speak to about it?

A       I believe I spoke to Anthony and Josh.

Q       You're telling us today that you have a memory that there was a list of things to do for Anthony to become the owner of North Shore and 189 Sunrise; is that correct, yes or no?

A       Yes.

Q       Why do you know that?

A       That's how I remember it.

Q       Good.  Why, were you part of those negotiations?

A       I was not.

Q       Were you a part of an e-mail

123

chain where this was written down?

A    No.

Q    Did Anthony Deo confide in you on a daily basis on his intended purchases in life?

A    I don't understand your question.

Q    Did Anthony Deo confide in you about anything?

A    About?

Q    Anything.

A    Anything, family, his son.

Q    He confided in you about family issues?

A    I'm trying to understand what you mean by confined.

Q    I'm not saying confined.  I'm saying confide.  I'll use a different word.

A    Please.

Q    Have you and Anthony Deo ever worked together anywhere other than North Shore and 189 Sunrise?

A    No.

124

Q       Have you and Anthony Deo ever had discussions about any business other than 189 Sunrise and North Shore?

A       He has expressed interest in taking over two used car outlets.

Q       He expressed that to you or you were present when he was discussing it with someone else?

A       He spoke to me about it in the conversation.

Q       What two outlets were they?

A       I believe it was Long Island Motors and New York Off Lease.

Q       Did anything ever happen that you know of after that discussion with regard to Anthony Deo obtaining ownership interest in either of those two businesses?

A       I don't know.

Q       Could you read this e-mail, please, Ms. Kwun?

A       "Good afternoon, Josh.  Below is an e-mail from Tom Jones, Anthony's CPA, requesting information to amend the

125

189 Sunrise 2021."

Q    You don't have to read it out loud, Ms. Kwun.

A    Oh, sorry.

Q    Can you refresh your memory of this e-mail, please?

A    Okay.  Got it.

Q    Do you see it?

A    Yes.

Q    Do you remember it?

A    Looking at it now, yes, I do.

Q    Can you please tell me why you're asking Josh if he approves of this request?

A    Because one of the many actions Anthony has to take in order to transfer the ownership was to take over the tax return.

Q    But how come you were asking Josh if he approved of this request, wasn't that between Anthony and Josh and the accountants, what role were you playing in the production of these tax returns?

126

A        If he approves, I would request the tax return and connect the accountants together.

Q        Did you do that?

A        As far as I can remember, this was the e-mail that the two accounting firms had connected.

Q        Did Josh end up approving the tax returns?

A        Yes.

Q        Do you know how Josh approved the tax returns, whether it was in writing, verbally, or both?

A        I want to say I remember that he approved this e-mail.

Q        Can you read this please, to yourself?

A        Okay.

Q        Is this the approval from Josh that you remember?

A        I mean do you want to look at the time, I don't remember was this e-mail first or after my e-mail.

Q        Do you see where it says sent

127

at the top, Thursday, October 6, 7:49 A.M., do you see that?

A    Yep.

Q    Here is Thursday, October 6, about an hour and a half earlier from you to Josh, "please let me know if you approve of this request," do you see that?

A    Yes.

Q    Was this Josh's response to you, is that what this is?

A    That's what I see.

Q    Is that how you remember it?

A    Looking at it today, that's how I remember it.

Q    That he approved the attached tax returns, right?

A    That's what I see.

Q    Can you see Exhibit H on your screen?

A    Yes.

Q    We can do this any way you want, I can go nice and slow.  So let me know when you realize that these are the

128

returns that were attached to those e-mails, meaning I'm going to eventually ask you are            these --

I'll ask you now, I want to know if these are the returns that were approved as far as you know and remember.

I'll scroll very slowly here.

A       This was a return filed by Tom Jones.

Q       I'm just asking you if you think that they were approved?

A       I don't know that.

Q       You don't know if these are the ones that were attached and approved, I'm making a representation to you that these are the tax returns that were attached to the e-mail chain that you just verified?

A       I believe the e-mail you sent, you showed me, was the tax returns -- I'm sorry, can I look at the other e-mail again.

I thought that e-mail was just asking for Social Security numbers.

129

So this was North Shore, we're talking about, and can I look at the e-mail you showed me before.

Q    Yes, I will.

A    Okay.

Q    Can you take a moment and please read this e-mail from October 5, just read this e-mail to yourself please.

A    Okay (perusing).

Q    Do you remember this e-mail?

A    Looking at it, yes.

Q    Is there anything about this e-mail that you have any memory of telling anyone on earth was incorrect?

A    This is Tom Jones who is the accountant for Anthony.

Q    Is there anything about this e-mail that you think is incorrect?

A    I don't know if this is correct or incorrect because I'm not an accountant.

Q    So then it would be fair to say that as you sit here today, there is nothing about this e-mail that you can

*Rich Moffett Court Reporting, Inc.*

130

tell me of your own knowledge that is incorrect; is that right?

A    I don't know if this is incorrect or correct.

Q    Do you remember this e-mail?

A    Looking at it, yes.

Q    Is there anything about this e-mail that you know is incorrect?

A    The message I wrote on here was my understanding at the time.

Q    I'm just asking you now as you read this, is there anything about this that is incorrect?

A    Today?

Q    Yes.

A    This would be incorrect today because there were three other things that Anthony did not do.

Q    Who told you there were things that Anthony had to do?

A    I don't remember by who, but it was my understanding there were four things that Anthony had to do.

Q    When was the last time you

131

were told about the four things that Anthony had to do?

A      Sometime ago.

Q      What time ago was that?

A      I don't remember, sometime in 2022.

Q      All this time you've remembered without being refreshed what those four things are; is that right?

A      That is correct.

Q      Why is it that there are so many things today you can't remember but you sure remember those details, why is that, was there something that happened that really left an impression upon you?

MR. SHANKS:  Objection as to form.  Compound question.

Q      Is there something about those four things that really left an impression upon you back in 2022?

A      Because those were the things that Anthony had to do in order for us to transfer the ownership to him.

Q      What do you mean when you say

132

us?

A       Josh, Marcello --

Q       The bosses?

A       My boss.

Q       Your bosses; is that right?

A       Um hum, yes.

Q       Are these the e-mails that you wanted to see?

A       Yes.  So this is 189 Sunrise's 2021 tax return and you showed me a tax return that was for North Shore.

Q       In this e-mail they make reference to Richards, Witt and Charles, do you see that?

A       This e-mail came from who, can I see a little on top?

Q       Tom Jones.

A       So Tom Jones sent this e-mail.  Okay.

Q       Do you see the reference to Richards, Witt and Charles?

A       Okay.  I do.

Q       I'm going to make a representation to you that that was an

133

accounting firm being used at the time by Josh Aaronson and/or one or more of the companies in the Island Auto Group.

Does that refresh your memory on who Richard, Witt and Charles performed accounting services for?

A     I don't remember such.

Q     Do you know what a K-1 is?

A     I've seen a K-1.

Q     I didn't ask you if you have seen a K-1, Ms. Kwun, I'm asking if you know what it is?

A     I'm not an accountant but to my understanding, that is owner distributions.

Q     Would that mean that a K-1 in your mind reflects who the owner is of a given company?

A     Again, I'm not an accountant, but that's my understanding, yes.

Q     Ms. Kwun, you remember the pandemic, don't you?

A     Yes, I do.

Q     I'm talking about the

134

pandemic we all faced involving Covid, do you remember that?

A       Yes, I do.

Q       Do you remember that there were relief funds available during Covid from the federal government?

A       Yes, I do.

Q       Were you involved at any time in 2020 or after in obtaining pandemic relief funds for any businesses?

A       Yes.

Q       What businesses did you obtain pandemic relief funds for?

A       Island Auto Group of New York LLC car dealerships.

Q       How many of the dealerships in the Island Auto Group did you obtain pandemic relief funds for?

A       It was all the Island dealerships under the umbrella of Island Auto Group of New York LLC at the time.

Q       At that time, did that list include the two dealerships under Island Auto Group, Fiat and Mitsubishi that have

*Rich Moffett Court Reporting, Inc.*

135

since gone out of business -- Withdrawn.

Do you know when Mitsubishi and Fiat went out of business?

A    As I remember, around 2018, 2019, was when Fiat went out.  Island Mitsubishi was part of the pandemic application for PPP.

Q    So including Mitsubishi, there were 10 dealerships under the Island Auto Group umbrella that you helped to obtain pandemic relief funds; is that right?

A    I don't remember it to be 10. I believe it was eight at that time under the Island Auto Group of New York.

Q    So what were the two that you have told me about that did not obtain pandemic relief funds?

A    Because they were not open for business yet, the other --

Q    I asked you which two it was?

A    Oh, it was Island Chevrolet and Island GMC.  I believe they were not in business at that time.

*Rich Moffett Court Reporting, Inc.*

136

Q        So the other eight dealerships open during 2020 and 2021 obtained pandemic relief funds that you know of, right?

A        Yes, that I know of.

Q        What role did you play in those dealerships obtaining pandemic relief funds?

A        Gather paperwork, supporting documents.

Q        Were you also forwarding that paperwork somewhere?

A        Forwarding to somewhere, someone -- can you repeat that question?

Q        When you gathered paperwork, did you just leave it sitting on your desk or did you do something with it?

A        I submitted the application.

Q        So you were gathering paperwork in connection with applications; is that right?

A        That's how I remember it, yes.

Q        Who prepared the

137

applications?

A        I believe I did.

Q        Do you have any memory of any pandemic relief work that you did for either North Shore or 189 Sunrise?

A        I was not involved with North Shore or 189 Sunrise's pandemic relief funds.

Q        So you prepared the applications, right?

A        For Island Auto Group of New York, yes.

Q        And you gathered all of the paperwork needed to go in with the applications; is that right?

A        Part of the application was to upload supporting documents.

Q        You were the one that gathered those documents, right?

A        Yes.

Q        What documents were they?

A        If I recall, they were payroll, quarterly returns, bills for employee benefits, income statements.  It

138

could be a few more but I don't remember.

Q    Did you have help in your preparation of these applications and supporting documents?

A    For Island Auto Group of New York, I had an HR person helping me gather payroll records.

Q    I'm sorry, could you repeat who that was again, please?

A    HR manager.

Q    What was the name of the HR manager that you spoke with to do that?

A    For Island Auto Group of New York, that was Lisa Giodano. (Phonetic.)

Q    Lisa Giodano, was she the only person who helped you with this?

A    I had a couple of my bookkeepers who made copies of employee benefit invoices.

Q    What are their names?

A    Sylvia Gonzalez.

Q    Anyone else, you said it was a couple?

A    Nancy Cinco.

139

Q      Any others?

A      Not that I can recall.

Q      So when you would get these applications put together, where would you send them?

A      I remember a portal that we log in, fill out the application, upload supporting documents.

Q      That portal was where, was that a government portal of some sort?

A      I believe it was through Chase.

Q      Well, that's who you got the relief from, right, Chase?

A      I believe the portal was through Chase.

Q      That would be the portal that you got the relief from was Chase, and that was the institution that you got relief from, you got money from Chase for pandemic relief, correct?

A      Yes.

Q      Did you get it from anybody else?

140

A        It was just Chase, I remember.

Q        They were the only people that you put an application in with?

A        For the dealership under Island Auto Group of New York.

Q        Is that a yes?

A        Yes.

Q        So there would not be any documents in my possession from Ally Bank and an application that was made with them, they just wouldn't be real documents, that would be something that someone faked?

A        With Ally, I believe they had one of our New Jersey dealership.

Q        Were there any applications made to Ally Bank for pandemic relief funds for any Island Auto Group dealerships that you can recall?

A        Come again.  What's the question?

            (Whereupon, the requested testimony was read back by the

*Rich Moffett Court Reporting, Inc.*

141

reporter.)

A        We have a dealership, Route 1 Chrysler Jeep Dodge, that a couple of, a few owners have interest in that store.

They are not part of Island Auto Group of New York but they are interest from a few owners.

Their application to the PPP loan was through Ally.  That is all I can recall.

MR. THOMASSON:  Can you read back the question.

(Whereupon, the requested testimony was read back by the reporter.)

A        Yes.  Route 1 Chrysler Jeep Dodge.

Q        Were there any applications made for any other Island Auto Group dealership for pandemic relief funds that you can recall, I'm talking about Island Auto Group dealerships now?

A        I don't recall.

Q        Do you have any memory that

142

Allied Bank disapproved any applications for pandemic relief funds that you know of?

A     Not that I know of.

Q     Do you know of any applications that were submitted to Ally Bank for pandemic relief funds that were withdrawn for any reason?

A     Not that I know of.

Q     How many of the pandemic relief funds that you were part of obtaining were forgiven?

A     I believe all of them.

Q     Was there a process to have those funds forgiven?

A     Yes.

Q     What was that process?

A     Again, through the Chase portal, you submit an application for forgiveness and you have to provide and upload supporting documents.

Q     Who did that?

A     I did it for Island Auto Group of New York and I did it for Route

143

1 Chrysler Jeep Dodge.

Q      Is Route 1 Chrysler Jeep Dodge the New Jersey dealership that you mentioned?

A      Yes.

MR. THOMASSON:  I would like to break for lunch.  If we all come back at 1:30, does that work?

MR. SHANKS:  It's okay here.

(Whereupon, at this time there was a pause in the proceeding.)

MR. THOMASSON:  Back on the record.

Q      Ms. Kwun, the dealerships that we were talking about under the IAG banner are all new car dealerships, aren't they?

A      Under Island Auto Group of New York Auto LLC, yes, all new car dealerships.

Q      What about used car dealerships, are the partners in IAG involved in any used car dealerships that

144

you know of?

        A       Yes.

        Q       Would that be the Baron Auto Group dealerships?

        A       Baron Auto Group dealerships, I don't know if that's what the name is.

        Q       Is there a name for the used car dealerships that they are a part of, if you know?

        A       Yes, I know of North Shore Auto Leasing, North Shore Motors Leasing, sorry.  189 Sunrise, New York Off Lease, Long Island Motors, Best Auto; that's all I remember.  There could be more.

        Q       Did you say Baron Nissan?

        A       Baron Nissan is a new car store.

        Q       Okay.  I understand.  Now, at some point in time, there was an issue between the parties over 735 thousand dollars that got moved during November of 2022, do you remember that incident, Ms. Kwun?

        A       Yes, I do.

145

Q        Did you have any role, Ms. Kwun, in moving 735 thousand dollars during November of 2022?

A        Yes.

Q        What role did you play in that regard?

A        I transferred the 735 thousand out of 189 Sunrise Auto into Baron Nissan.

Q        Who told you to do is that?

A        At the time, no one.  I did it.

Q        Why did you do it?

A        On the day that I saw that 735 thousand dollar wire transfer into 189, I did not know what that was for. But I do know that prior to that day, I had wire transfers in the millions of dollars into North Shore's and Sunrise's.

Therefore, until I knew what that was for, I wanted to just move it somewhere that we can, I can find out what it was for.

Q        You couldn't find out what it

146

was for if it remained in the account that it first appeared in at 189 Sunrise?

A    Not at that time because I start my day at 6 A.M. in the morning.

Q    So the only way you can find out where that money came from was by moving it, is that your testimony?

A    I moved the money because I didn't know what it was for and I wanted just to put it, move it into an account that I can find out what it was for. And I was going to move back the money when I do find out.

Q    So, what was it about the Baron Nissan account that's different from the 189 Sunrise account such that it would have allowed you to find out where the money came from?

A    Again, on that morning, I myself had sent millions of dollars wire transfer into 189 Sunrise and North Shore and so I made a decision to move that money into Baron Nissan until I find out what that was for.

*Rich Moffett Court Reporting, Inc.*

147

Q      Now, I'm going to tell you this once, I'm going to ask that question again and I'm going to have it read back to you.

I'm getting a direct answer to that question or I'm calling the judge right now.

MR. THOMASSON:  Nancy, would please read the last question.

I want an answer to that question, Ms. Kwun.

(Whereupon, the requested testimony was read back by the reporter.)

A      I'm not sure if I understand the question.

Q      What is it you don't understand about that question?

A      You're asking me what is the difference between the account?

Q      Yes.  You said you moved it so you could find out where it came from, how did moving it to Baron Nissan help you to determine where it came from?

148

A        I decided to move the money because I want to find out where the money came from.

Q        Right.  Why did moving the money help you in your mind to find out where it came from?

A        It gave me the control that the money is sitting in the account that I have --

Q        Was it sitting in an account at 189 Sunrise?

A        I don't know why it was in that account.

Q        But why did moving it help you to determine where it came from?

A        That was my decision for that morning.  I don't know why I did it.

Q        You're telling us now that you did this without any discussion whatsoever with Josh Aaronson; is that right?

A        That is correct.

Q        After you moved it, did you speak to Josh Aaronson?

149

A       After I moved it, I texted Josh and Marcello, my two bosses.

Q       Do you still have those texts?

A       I haven't looked for them, so I would imagine I do.

MR. THOMASSON:  I'm going to be calling for these texts.

Q       Any way, how did you know that money was in the account at 6 A.M. that morning?

A       I don't know if it was exactly 6 A.M., but it's around 6 o'clock.  How do I know, I logged into the account and that's what I saw.

Q       Why did you log into the account that day?

A       I do that every morning.

Q       When you moved this money, did you have any conversation that day with Josh Aaronson?

A       Yes, I did.

Q       Did you have any conversation that day with Marcello?

150

A        Yes, I did.

Q        Did you have any conversation that day about the money with anyone else?

A        Anthony Deo texted me and asked why I moved his money.

Q        Do you still have that text?

A        I would imagine so, still in my phone.

MR. THOMASSON:  We will call for the production of that.

Q        Did you, in fact, respond to Anthony Deo?

A        I responded to him that I was off that day and I took the day off to spend with my granddaughter.

Q        Is that what you told Josh and Marcello that day, that you were off and you wouldn't be able to discussion it?

A        That's not what I said.  I told Anthony I was off.

Q        Did you tell Josh or Marcello that you were off?

151

A    They knew I was off.

Q    But you still spoke with them about the money that day; is that right?

A    That's right.

Q    Did you speak with Anthony about the money that day?

A    I asked him to call Josh.

Q    So the answer is you did not talk to Anthony that day; is that right?

A    He texted me.  I didn't verbally speak to him but we communicated via text.

Q    So you texted with Anthony, Josh and Marcello that day about the 735 thousand dollars; is that right?

A    Yes.  That's correct.

Q    You spoke with only Josh and Marcello; is that right?

A    I don't remember if I spoke to him or it was just continuation of text messages.

Q    Who is him?

A    Josh or Marcello.

Q    What was it that you said to

152

them and what did they say to you?

A        I texted Marcello, told him that I received, I see 735 thousand dollars into the 189 Sunrise account and I don't know what that's for.

Q        Are you aware that Chase bank takes the position that David Baron is the person who logged in that morning, did you know that?

A        I did not know that but I logged in, so I do not know who -- why there's record for David Baron's login.

Q        Did you or anyone else use David Baron's credentials after he died?

A        I didn't is what I know.

Q        Do you know of anyone else who did?

A        I don't believe so but I don't know that for sure.

Q        David Baron was one of the applicants for the pandemic relief loan money, was he not?

A        Which application are you referring to?

153

Q    Was David Baron an applicant on any of the pandemic relief fund applications that you prepared?

A    I don't know if he was one of the applicants.

Q    Well, David Baron was the one who had to get forgiveness for one or more of those loans, didn't he, you can't get it relieved by someone that wasn't one of the original applicants, right?

MR. SHANKS:  Objection.  Two questions, which one do you want answered?

Q    Isn't it true, Ms. Kwun, that an applicant for the pandemic relief loans had to be the same person who requested forgiveness; is that right?

A    I believe so.

Q    You testified that all of these loans were forgiven, right?

A    Yes.

Q    It was on and after June of 2021 that these loans were forgiven, right?

154

         A       I don't remember when they were forgiven, but it was after the application was submitted and the approval processed and they were approved to be forgiven.

         Q       The forgiveness occurred after David Baron died; isn't that right?

         A       I believe so.

         Q       I noticed during the break you were speaking in a very friendly fashion with a Emmanuel Kataev, do you know him?

         A       Sorry?

         Q       You said, hello, Emmanuel, how are you today or something to that effect, do you know Emmanuel Kataev?

         A       Yes.

         Q       How long have you known him?

         A       I don't recall, a few years.

         Q       Two years.  Has he ever been your attorney?

         A       He represented Island Auto Group of New York.

         Q       Has he ever been your

155

attorney?

A    My personal attorney, no.

Q    Do you have a personal attorney?

A    I don't.

Q    Through the Island Auto Group, did he ever represent you?

A    Yes, on a case that was against the company; that's how I remember.

Q    What case was that?

A    It was an employee dispute.

Q    Do you remember when it was?

A    I don't remember.

Q    Do you know who the employee was?

A    Elizabeth Lancer.

Q    Was the Elizabeth Lancer case part of the lawsuit?

A    Sorry, I'm not an attorney, so I don't know how to classify a lawsuit.  But, Emmanuel worked with me on the deposition for Lancer.

Q    Okay.  Do you know when that

156

deposition was?

A    I don't remember.

Q    Were you deposed?

A    Yes, I was.

Q    So this is not the first time you have ever had a deposition?

A    It is not.

Q    How many times have you been deposed?

A    Maybe three times.

Q    Have you ever testified in court?

A    No, I have not.

Q    In connection with these cases that you're here today for, Ms. Kwun, have you had any discussions with law enforcement?

A    No.

Q    Did you ever speak to the FBI about any of these cases involving the Deos?

A    No.

Q    Did you ever speak to any police department about the Deos?

157

A        Not that I recall.

Q        Did you ever speak with any district attorney's office about the Deos?

A        Not that I know.

Q        Did you ever speak to the attorney general's office about the Deos?

A        Not that I know.

Q        Did you ever speak to anyone in the United States attorney's office about the Deos?

A        Not that I know of.

Q        Do you know anyone by the name of Michael Laurie?

A        I don't remember that name.

Q        Do you know anyone by the name Dwight Blankenship?

A        I don't remember.

Q        Do you know anyone by the name of Marc Merckling?

A        I know he worked for Anthony Deo.

Q        How do you know that?

A        During the days that I was at

158

North Shore, I have seen him around.  And when we were doing a physical inventory on cars, trying to locate them, Anthony referred him as someone who can help us find these cars.

Q    Did he help you find the cars?

A    Some, not all.

Q    When did you first learn my name?

A    I believe there was an e-mail, Anthony had e-mailed me sometime in 2021 that you were handling something for him.

It could have been an insurance claim.  I don't remember exactly.

Q    And I was handling something for Anthony Deo or I was handling something for North Shore Motors, there's a difference?

A    I don't remember exactly but the e-mail came from Anthony Deo.  It was pertaining to some business that I don't

159

remember what it was, business matters.

Q      So there was some business that I was doing that Anthony Deo brought to your attention; is that fair?

A      He forwarded an e-mail from you to him to me.

Q      And it had something to do with work that I was doing in some way for Anthony Deo; is that right?

A      That's how I remember.

Q      I mean it wasn't personal, right?

A      I don't remember.

Q      When was the next time you heard my name?

A      This was regarding the 735 thousand wire transfer.

Q      What is it you heard then?

A      That we were instructed to wire the money into your escrow account.

Q      Who instructed you to do that?

A      Our attorney, Russell, and Josh Aaronson.

*Rich Moffett Court Reporting, Inc.*

160

Q        Are you the one who sent that wire?

A        I initiated the wire and we have an internal control.  It was approved by Josh Aaronson.

Q        Until it's approved by Josh Aaronson, even if it's initiated, it won't go through; is that correct?

A        That is correct.  My transfers are different --

MR. SHANKS:  There is no question.

THE WITNESS:  Sorry.

Q        When you sent that money to my escrow account, what account did you send it from, what account did you wire the 735 thousand dollars to my account from?

A        I don't remember which account it was from, but I remember I initiated the wire transfer request.

Q        When initiating, due to your own internal controls, that's not going to send the wire until Josh then also as

161

a security measure approves; is that fair to say?

A     That's correct.

Q     If the applicant's signature was needed to get loan forgiveness on pandemic relief funds, how did you obtain David Baron's signature to obtain the loan forgiveness?

A     I don't know if David was on the application.  I don't remember if he was.

Q     If an application had more than one name on it, did all of the names on the application also have to sign the application for forgiveness?

A     If I remember correctly, the application would say if the percentage is over a certain percentage, then it requires signature information; that's how I remember it.

Q     I'm talking about the application for loan forgiveness, is that what you were talking about?

A     The application itself, like

162

you said earlier, had to match the forgiveness applications.

Q    Okay.  Did you know that Anthony Deo went to the police about that 735 thousand dollars, Ms. Kwun?

A    I have heard about it.

Q    Did you know about it at the time?

MR. SHANK:  One second.  I'm just going to instruct the Witness not to reveal any conversations she had with counsel.

Q    Did you know about it at the time that the 735 thousand dollars was still in IAG's possession somewhere, did you know about the police involvement then?

A    I've heard it from our attornies.

Q    I'm not interested in knowing what you discussed with them.  I'm interested in knowing, because you still didn't answer, did you first find out about police involvement when you and the

*Rich Moffett Court Reporting, Inc.*

163

IAG people still had that money, before it was transferred back to my IOLTA account is what I'm talking about?

A       Yes.

Q       Did Emmanuel Kataev assist you in any way with pandemic relief funds?

MR. KATAEV:  Objection to form.

Q       You may answer.

A       We were working with a law firm with information that we needed and Emmanuel at the time worked at this law firm.

Q       Was that Milman Labuda?

A       I believe so.

Q       Do I understand from your answer that Milman Labuda assisted you in obtaining pandemic relief funds that you've described in this deposition?

MR. KATAEV:  Objection to form.

A       They helped us understand the requirement of the PPP.

164

Q      Okay.  Did Milman Labuda also help you with the forgiveness applications?

MR. KATAEV:  Objection to form.

A      I don't remember if they helped us understand the forgiveness program.  I don't remember.

Q      I would like you to look at this e-mail here from Emmanuel Kataev dated April 4, 2020, if you could please read the body of this e-mail to yourself?

A      I'm having difficulty reading the e-mail because it's really tiny.

Q      Does that help?

A      Yes.

Q      Take a moment, if you could, and just read that to yourself.

A      (Perusing).  Can I look at the date on this e-mail.  Okay.

Q      Does this refresh your memory at all what Milman Labuda did to help with the initial applications?

A      Looking at this now, this

165

e-mail asked for us to upload documents to folders.

Q Does this e-mail help you refresh your memory what Milman Labuda did to help you with the pandemic applications?

MR. KATAEV: Objection to form.

A It reminds me what they informing us of how to submit the application. We did this submission ourself. I don't believe they did the submission for us.

Q Please look at this document, if you could?

A It's a manual application to the PPP loan.

Q From what entity, if you can tell?

A It says Sunrise Auto Outlet.

Q Do you know someone Tracy Lescius?

A Yes.

Q Who was that?

166

A      She was the office manager for Sunrise Auto Outlet, I believe, at the time.  But I don't remember if that was the time.

Q      Is that the d/b/a for 189 Sunrise Highway?

A      To my understanding, yes.

Q      You can see that this application lists David Baron, Asad Khan and someone named Yossef Boniel as the owner of that business, do you see that?

A      I do.

Q      Who is Yossef Boniel?

A      So, looking at this application, I don't believe this is 189 Sunrise.

Q      Then what do you think it is?

A      I believe this is Sunrise Auto, d/b/a Baron Emporium, I believe.

Q      Are you the one who prepared this?

A      No.

Q      Do you know who did?

A      The application says Tracy.

*Rich Moffett Court Reporting, Inc.*

167

Q    The application says the key contact at the dealership is Tracy, do you see that?

A    Yes.

Q    I'm asking you if you know who prepared it?

A    Looking at this application, I believe, it was Tracy.

Q    Who asked her to do it, do you know, was this at your direction?

A    No, I do not know.

Q    Did you submit it?

A    No, I did not.

Q    Who is Yossef Boniel?

A    He's one of the general managers.  I believe he's from Sunrise Auto Baron Emporium.

Q    So with respect to the Sunrise Auto Outlet, you can see that it was on this unsigned form, it nonetheless was prepared for David Baron to sign it, right, do you see that?

A    Looking at it, that's what it says.

168

Q        If this was ultimately submitted, would you agree with me that it would have to be David Baron who obtained the forgiveness?

A        I don't know that.

MR. SHANK:  Objection.  Calls for a legal conclusion.

MR. THOMASSON:  She said earlier it was.

MR. SHANK:  She answered your question anyway.

Q        Does it help you here on this next page that it indicates Sunrise Auto Outlet was at 22 Mineola Avenue in Roslyn, do you see that?

A        I do see that.

Q        Was that where Baron Auto Emporium was located?

A        That's what it says.

Q        I'm asking you if that's where Baron Auto Emporium?

A        That's how I understand it.

Q        Is it still there now?

A        No, they are not.

169

Q        Is there anything that you know of located at 22 Mineola Avenue that is related in any way to Island Auto Group?

A        This is a building Josh owns now.

Q        Is this the building that you had to obtain some electricity for, some utilities that you were talking about earlier in the deposition?

A        Yes.

Q        Do you know what is located in that building at this time?

A        At this time, it's nothing.

Q        Is there a plan for something?

A        Not that I know of.

Q        Do you know if Mr. Boniel still owns any part of any of the Baron or Aaronson dealerships?

A        I don't know.

Q        What is a supplement to the paycheck protection program, do you know?

A        I don't remember.  This is a

170

manual document, something, a form that is handwritten on.

Q Do you know whose handwriting this is?

A I don't know but it could be Deanna Jennings, it says --

MR. SHANK: If you don't know, you don't know. Don't speculate.

THE WITNESS: Sorry.

Q Is 161 Hillside Avenue still a part of any of the dealerships owned by the Aaronson or Baron people?

A I don't believe so.

Q When was it last operating, do you know?

A I do not know.

Q Do you know who this person right here is?

A I do not know.

Q Do you recognize this writing at the bottom of this as Josh Aaronson's handwriting?

A I don't know.

171

Q I have a whole series of applications here for paycheck protection program funds through Ally Bank, do you know of any that were obtained from Ally Bank for any of these dealerships?

A I do not know.

Q Did you make any applications to Ally Bank?

A I did the one for New Jersey, Route 1 Chrysler Jeep Dodge.

Q Was that approved?

A That was approved, to my recollection.

Q Was that also forgiven?

A I believe so.

Q Why was it necessary for money to be forgiven in the paycheck protection program?

MR. SHANK: Objection, to the extent it calls for a legal conclusion. You can answer if you can.

A That was how I understood the PPP program was, was to protect

*Rich Moffett Court Reporting, Inc.*

172

paychecks, workers, employees.

Q    But it was loans that you obtained, right?

A    Yes, to my understanding.

Q    What were the standards to have the loans forgiven?

A    That you kept your employees working during the pandemic and you kept their benefits.

Q    Was there any financial component to whether or not there would be forgiveness?

A    I don't remember.

Q    So you're telling me you obtained forgiveness for all of these dealerships, but you don't know whether or not there was a financial component to getting that forgiveness?

MR. SHANKS:  Objection to form as to what financial component means.

Q    Ms. Kwun, if a dealership was making a billion dollars a year and had somehow gotten pandemic relief loans,

173

would that dealership, based on your knowledge, be eligible for forgiveness?

A        Based on my knowledge, no.

Q        What is it that I just said that would disqualify a dealership from getting the forgiveness, assuming that they did keep their employees and benefits during the pandemic?

A        To my understanding, there are certain income qualifications and I don't remember exactly.  I think it was something to do with lost revenues.

Q        Were the dealerships still operating during the pandemic, if you know?

A        I remember that there were mandatory lock downs.  I don't remember how many days we were open or closed.

Q        Were these dealerships able to do business online?

A        I believe so.

Q        Were these dealerships doing business online during the pandemic?

A        Under guidelines and

174

restrictions that was out there issued by the state federal government, that I remember.

Q     Under those guidelines, they were allowed to do business online, weren't they?

A     I remember having restrictions with distance, that you have to be 30 feet apart from each other. That's how I remember.

Q     But with certain restrictions, they could still do online business, right?

A     As I remember, after the mandatory lock down, with guidance and guidelines.

Q     Do you remember that, in fact, the businesses after the mandatory lock down did reopen?

A     I remember we did but with a lot of different restrictions.

MR. THOMASSON:  I have no further questions.  Thank you, Ms. Kwun.

*Rich Moffett Court Reporting, Inc.*

175

THE WITNESS:  Thank you.

MR. SHANK:  Anyone else?

MR. BENJAMIN:  Yes, I have just a few follow ups.  This is Jeff Benjamin.  Then after I follow up, I want to take a brief break, and we'll come back and then conclude.  I only have a few follow ups.

              *              *              *

EXAMINATION BY

MR. BENJAMIN:

    Q    Ms. Kwun, my name is Jeff Benjamin.  I represent Anthony and Sara Deo and Mr. Blankenship, Michael Laurie and another individual defendants that were sued along with the Deos.

         I have a few follow-up questions for you after Mr. Thomasson.

         Today you are represented by Mr. Shanks, correct?

    A    Yes.

    Q    Had you ever been represented in this matter by anyone else?

176

A        Not that I know of.

Q        More specific, have you been represented by Mr. Kataev or the Sage law firm in this matter?

A        Not that I know of.

Q        Do you know if the IAG Defendants at any point in time in this matter were represented by Mr. Kataev?

A        I don't know that.

Q        Have you had conversations with Mr. Kataev in this case in particular?

A        I don't remember.  I don't believe so.

Q        Have you reviewed any documents before testifying today in advance of your testimony?

A        With our attornies.

Q        With or without your attornies, have you reviewed any documents in advance of your testimony?

A        Yes, with our attornies.

            MR. SHANKS:  Don't talk about any conversations you've had with

177

counsel.

MR. BENJAMIN:  I'm not asking for conversations --

MR. SHANKS:  I'm directing her, not you.

MR. BENJAMIN:  No, I'm just making specific questions --

MR. SHANKS:  I just wanted to make sure she understood.

Q     So, I asked you formerly about your conversations with Mr. Kataev, if you remember any of those, please feel free to elaborate.

I'm not asking for any conversation about your counsel in this case or counsel for IAG, correct, you understand?

A     I understand.

Q     What did you review in advance of this deposition today?

A     What did I review, communications, e-mails.

Q     Is that all?

A     Records, the documents that

178

our attorney asked me to research and search.

Q       Define those documents, what records did you review before testifying?

MR. SHANKS:  You can answer that.

A       What records, bank statements, general ledger entries, e-mails.  I think that's it.

Q       Did you produce those documents to your counsel to be produced in this case?

A       I gave the documents to my attornies.

Q       In terms of communications, you said e-mails and texts, what e-mails and texts were you referring to in the prior question?

A       E-mails with Dan O'Sullivan, e-mails with Anthony Deo, e-mails with Sara Deo, e-mails with the title clerk that worked at North Shore and Sunrise, e-mails with bookkeepers at North Shore and Sunrise.

179

MR. BENJAMIN:  So to the extent they have not been provided to date, I'm going to ask for all communications written in e-mails and texts from this Witness to any party in this matter or any third party related to the matter, to the extent that that's not be provided.

I will put it in writing.

Q    Did you review the pleadings in this matter, in other words, did you review the complaint by IAG Plaintiffs or Mr. Kataev's client against the Deo's in this case?

A    I reviewed that with our attornies.

Q    So you have a general understanding of what the Plaintiff's are suing the Deos for here, right?

A    I have a general idea.

Q    What is that general idea, what do you believe the Plaintiff's are suing the Deo's for?

A    That he owes us money, he

180

owes Island money.

Q    Do you know how much money?

A    I do not know.

Q    When you reviewed the records either before this deposition or during this case, did you come to an idea of what money Mr. or Ms. Deo owed the Plaintiffs in this matter?

A    I know the amount of wire transfer that was transferred into North Shore and Sunrise.

Q    What is that amount, can you give me a total amount?

A    I don't know the exact amount.  Approximately around five million dollars or more, less.

Q    Does that amount correspond with a certain number of cars, the value of a certain number of cars?

A    The money that was transferred in was to pay off trade-ins from customers.

Money that was transferred in was to pay for payroll for North Shore

181

and Sunrise employees.

Money was transferred in to cover the sales tax payment North Shore and Sunrise submitted but returned.

Money was transferred into cover Ally floor plan payments for cars that were sold retail and wholesale at North Shore Sunrise by Anthony and Sara Deo.

But the payments were returned because they did not have enough money in the bank account.

Q    You received insufficient funds from the bank from those payments?

A    We received e-mails notifying us the payments were returned.

Q    Okay.  Thank you.  Have you ever been convicted of a crime?

A    No.

Q    I think you answered this in Mr. Thomasson's question, you have testified before in a legal proceeding prior to today?

A    I'm not sure if testifying is

182

the same as a deposition, but I've been deposed before.

Q     How many times would you say you were deposed?

A     About three times.

Q     Tell me about those, what were the circumstances of say the first case where you were deposed?

MR. SHANKS:  Objection.
Asked and answered.

MR. BENJAMIN:  Not by me.

Q     Tell me about the first case, what were the circumstances of that case?

A     First case was an employee dispute.

Q     I think you named the plaintiff there, right, you said the name of that plaintiff?

A     I did, yes.  Elizabeth Lancer.

Q     Okay, and you gave testimony in that case, how about the second case, what was the second case about that you testified?

183

A        It was also an employment dispute.

Q        The name of that case was?

A        I remember the person involved name is Michael Rizzo, R-I-Z-Z-O.

Q        You're saying that was an employment case also?

A        Sorry, I'm not an attorney, so I believe it was a dispute between pay.

Q        The third case, what about the third case you testified you in, what was that case about?

A        This is the third case.

Q        Have you ever testified in any proceeding, be it a deposition, a trial, perhaps an arbitration or other examination for the Island Auto Group family of dealerships prior to today?

A        Not that I recall.

Q        Do you know the co-Plaintiff, Robert Urrutia, does that name sound familiar?

184

A    I remember seeing the name on some legal documents.

Q    Do you know Mr. Urrutia?

A    I don't know.

Q    Have you had any conversation with Mr. Urrutia prior to today?

A    No.

Q    Did you know, at any point in time, the relationship between Mr. Urrutia and Mr. Deo, if there was any?

A    I have heard that Anthony Deo after North Shore and Sunrise went to work with Tony, from what I heard.

Q    Did you have any transactions with Mr. Urrutia in that context with North Shore and 189 Sunrise?

A    No.

Q    Were you aware of any agreement between them, a formal agreement operating agreement between them?

A    I don't know.

Q    You knew who Melissa Beltray

185

was, did you know who she was?

        A       Yes, I do know Melissa.

        Q       Who is she?

        A       She was the office manager for one of the used car outlets, I believe it was Best Auto.

        Q       Did you say Best, B-E-S-T, Auto?

        A       Yes, Best Auto.

        Q       Did she have any function with you or the IAG Plaintiffs here?

        A       I believe Melissa may have worked for Anthony Deo at North Shore.

        Q       Did she work in any way with you at any point in time with IAG dealerships?

        A       I may have talked to her but I don't work with her.

        Q       What would be the reason why you talked to her at any point in time?

        A       So I have a few more years of experience than Melissa with our line of work.

                So if she had a question

186

about how to register a car with unique circumstances, she would call me and ask my opinion how to handle those situations.

Q    She needed your help with that from Best Auto; is that correct?

A    Once in a while she would call if she had a question.

Q    Were you aware of Melissa Beltray's function when it came to the operating agreement for North Shore Motors?

A    I don't.

Q    Were you aware at all of Ms. Beltray's indictment by the Nassau County District Attorney for any claim or prosecution?

A    I have heard it on the news.

Q    You didn't know from personal knowledge or dealing with her about that, did you?

A    No.

Q    You testified with Mr. Thomasson that it was not your belief

187

that Anthony and Sara Deo owned these used car dealerships, is that what your testimony was before?

A     Yes.

Q     You also testified that you had seen the tax returns and in particular the K-1 for the two dealerships, correct?

A     Yes.

Q     Those tax returns were given to Josh Aaronson for his approval, correct?

A     As I recall, the e-mail was just approving information that Tom Jones requested.

Q     Where did Tom Jones get his information to execute the tax returns?

A     I believe we shared tax returns from prior years.  I am not sure.

Q     You saw in the K-1, that Mr. Thomasson showed you, that Anthony was indicated as a 99 percent owner and Sara Deo was one percent owner do, do you remember that testimony?

188

A    That's what I saw on the screen.

Q    So when you saw that, as you sit here today, you disagreed with that indication of ownership; is that correct?

A    I disagree that they are the owners because that's one of the many things that they have to do before they can take over ownership.

Q    What do they have to do before they take over ownership?

A    To my understanding, they have the transfer the motor vehicle license into their names.

Sara and Anthony have to secure new floor plan lines from North Shore and Sunrise.

And the last thing, I believe, was to pay back Josh all the money, financial obligation, that he loaned to North Shore and Sunrise.

Q    So why, in your knowledge, did your boss Josh Aaronson approve tax returns with K-1s indicating in 2022 that

189

they were the owners?

A    I believe it was because this was the first thing, one of the four things that he had to do.

Q    Did you have a discussion with Josh about that indication of the ownership on the tax returns?

A    I don't remember if we had a conversation, but that was my understanding at that time.

Q    You're title now is controller, correct?

A    Correct.

Q    It was back then in 2021 and 2022, correct?

A    Correct.

Q    Did you have any function in preparing the tax returns, either for the CPA or otherwise?

A    I gathered information for the accountant to prepare tax returns.

Q    So it was you that gathered and prepared the documents for the tax returns for 189 Sunrise and North Shore

190

in that year, right?

A    No.

Q    Who did that?

A    Dan O'Sullivan and Anthony Deo.

Q    Let's go back a step, is it your testimony that Anthony Deo and Sara Deo were never owner of those dealerships?

A    I know that they were not at the time until the four action items are satisfied.

Q    Were those four action items satisfied?

A    No.

Q    So it's your testimony they were never the owner, correct?

A    They were not the owners, yes.

Q    I heard your testimony about your transfer of the 735 thousand, did you later learn why the 735 thousand was in the Sunrise account that you accessed?

A    To my understanding, Anthony

191

Deo went and applied for some loans.

That's how I understood it.

Q    So whose money was that at the time that you transferred it, whose money did you think it was first at the time you transferred it?

A    189 Sunrise.

Q    In other words, it belonged to your boss Josh Aaronson as principal of that business, is that your testimony?

A    It belongs to 189 Sunrise Auto Outlet.

Q    Right, so when you transferred that amount of money, did it occur to you that what you were doing might have been improper at that time?

A    Well, the day the wire transfer came in, prior to that, I had wire transferred millions of dollars into this 189 Sunrise account.

To my understanding, this is money that I didn't know why it was deposited and I made a decision to just transfer until I find out what this money

192

is about.

Q        Because at the moment that you saw that amount, you believed that it was not supposed to be in that account, correct?

A        I did not know what it was.

Q        You effected the wire transfer to Mr. Thomasson on November 21, 2022, does that jog with your memory?

A        Sounds about right, I initiated the wire transfer.

Q        You wired it from Island Chrysler DMV account?

A        I don't remember which account it came, from but I initiated the wire.

Q        So how did the money get into the Island -- and if it did and I suggest to you that we have a wire, how would it have gotten into the Island Chrysler DMV account ending in 0268, do you have any testimony on that?

A        I don't remember how the money was wired into DMV.  It is my

193

assumption that it was a transfer from Baron Nissan into Island's account.

Q    So what was the reason for that, moving it from Baron to Island Chrysler?

A    I don't remember.

Q    Do you remember putting in the message to recipient area, basically in the memo line in the wire transfer, "189 Sunrise Highway Auto/Anthony Deo"?

A    Hearing that from you, that is correct.

Q    At some point in time, did you learn that the 735 thousand was actually Anthony Deo's money?

A    I don't believe that the money was ever Anthony Deo's.  It was money that was deposited into 189 Sunrise.

Q    Okay.

A    It was not deposited into his personal account.

Q    Right.  But someone put on the memo line, Anthony Deo, do you know

194

why you would have put Anthony Deo on the memo line?

A    Because he was the general manager for that store at the time.

Q    Okay.  Thank you.  Did you ever review the counterclaims in this case that Mr. Deo has over against your boss Josh Aaronson or the IAG family?

A    I don't understand the question.

Q    You talked about that you reviewed the complaint that your boss had against the Deos, but did you ever review the counterclaim where he's counterclaiming against the IAG dealerships and Mr. Urrutia?

Do you know what I mean by counterclaim?

A    Can you explain that?

Q    It's a counter lawsuit, did you ever read about the claims that Anthony Deo had actually against IAG family dealerships or Mr. Urrutia?

A    I really don't remember.

195

Q       Are you aware of an FBI investigation into Baron Auto Mall at any time?

A       FBI, I don't recall.

Q       Were you ever involved in giving information to the FBI regarding specifically Baron Auto Mall?

A       No.

Q       Was it your function at any point in time to send out the K-1s to anybody for the two dealerships at issue, North Shore and 189 Sunrise?

A       Is it my function, I remember it as if someone asked me for a copy of the K-1 and if I have a copy of the tax return, then yes, I would.

Q       Would you have done that in 2022 for these dealerships at issue?

A       Which dealership are you referring to?

Q       You can start with 189 Sunrise?

A       Sorry, can you clarify K-1 for which tax year?

196

Q    We can start with 2021?

A    2021, I don't remember if 2021 was filed.

Q    We'll set that aside for a moment.

Are you aware of what Dealertrack is, the program Dealertrack?

A    Yes, I am aware.

Q    What is Dealertrack?

A    Dealertrack has multiple platforms, one platform is an F&I platform where our finance manager, sales manager, general manager, fill out credit applications for customers and submit the applications to the different lenders for approval.

Q    Is it fair to say that Dealertrack is F&I management software?

A    Yes, it's fair to say that.

Q    Who had access to Dealertrack for North Shore and Sunrise in November of 2022, if you know?

A    November of 2022, I don't remember.  I would imagine I had access

197

to Dealertrack.

Q     So why would you use Dealertrack at any point in time, what would be the reason?

A     At any given time, Dealertrack F&I portal platform is where we monitor contracts in transit for the funding process.

Q     Who had access to Dealertrack other than you?

A     For North Shore and Sunrise?

Q     Yes.

A     Anthony Deo, Sara Deo, Dan O'Sullivan, the title clerk at that time, I want to say either Jennifer or Rebecca, from the beginning of July -- I'm sorry, summer of 2021 is when I visited the dealership.

Q     At some point in time, was access to Dealertrack taken away from Anthony, to your knowledge?

A     I remember sometime later within the year 2022.

Q     Did that happen where access

198

was taken away from Anthony Deo?

A    I remember it to be late 2022.

Q    So why did that happen, to your knowledge, why was Anthony shut out of Dealertrack?

A    Because North Shore and Sunrise both had closed, went out of business.

Q    Was a there a DMV license that maintained for those two businesses?

A    My understanding, I know that there were DMV licenses active the summer of 2021 when I visited the two stores until, I believe, towards the end of 2022.

Q    Is there any reason why the license was not simply transferred to Anthony Deo at the time when he was going to operate business there?

A    He never completed the application for the transfer of licensee.

Q    Did you assist Anthony in renewing the DMV bond for North Shore, do

199

you remember that?

A    I remember sometime in the beginning of maybe 2022, his motor vehicle platform, Verify, was suspended due to an expired dealer bond.

Q    Did you assist him in renewing that bond?

A    I assisted him by reaching out to the Greater New York Auto Dealer Association.

Q    What was the purpose of you doing that for him?

A    He asked me to help reactivate his Verify portal because without it, he is not able to sell any cars or deliver any cars or be assigned any titles.

Q    Were you aware of payments that Anthony and Sara were paying to IAG at any point in time?

A    Yes, I was aware.

Q    I mean monthly payments, are you aware of monthly payments that they made at the time period?

200

A        In the summer of 2021?

Q        Yes.

A        Around mid 2022, there were no more payments.

Q        What were those payments for during the course of that time period?

A        They were fees.

Q        Fees for what?

A        To my understanding, the motor vehicle floor plan and also for me to assist him with their processes.

Q        Let's go back a step, how much was that monthly during that time period?

A        For a short time period, I remember it as 30 thousand from North Shore and 30 thousand dollars from Sunrise, 189 Sunrise.

Q        So they were paying for those two dealerships for, in part, your work, your hourly rate, what were they paying for you?

A        I really don't know what the fees were for exactly because I was not

201

part of those conversations.

Q      Was that pursuant to some agreement that the Deos had with the IAG Plaintiffs here?

A      I don't know that.

Q      You don't know the source of those payments and why the Deo's were making them to your company, do you?

A      My understanding was they were monthly fees.

Q      You testified earlier that those were, in part, fees that were to go to DMV every month?

A      I'm not sure what those fees entail.  I named just a couple of examples that I can think of.

Q      Were you aware in this case that the court ordered for the return of a certain number of cars to the Deos, are you aware of that order last year?

A      I'm not sure.  I don't remember.

Q      You were never aware of the requirements that the Plaintiffs in this

202

case return, I think, the number is 43 cars, to the Defendants in this matter?

MR. SHANKS: Objection as to form. Which Plaintiff were required to return -- I believe it was limited to Urrutia.

MR. BENJAMIN: So I'm asking her about her knowledge of that order in this case.

Q    Do you know anything about that order to return a number of cars, in general?

A    I'm not part of Tony, so I do not know.

Q    But, as you sit here today, you had no transactions yourself on behalf the IAG family, correct?

A    I don't.

MR. BENJAMIN: I'm going to take a quick break, I'd say 10 minutes and come back and then finish up. Okay. Let's take a 10 minute break.

(Whereupon, at this time

203

there was a pause in the proceeding.)

MR. BENJAMIN:  Back on the record.

Q      Just finishing up with the line of questioning here.  When it came to the transfer of 735 thousand, that came from a Chase bank account, correct?

A      The 735 went into Chase account, one of 189 Sunrise, yes.

Q      You had access to that account, correct?

A      Correct.

Q      You had your own login to that account?

A      Yes, I do.

Q      When I say login, were you able to get into that account back then simply by having login credentials, user name and password to use to login?

A      I used my own login, yes.

Q      To make a transfer or for access to the account, you didn't need what's called a token, do you know what a

204

token is?

A       I do.

Q       What is a token?

A       A token is this electronic device that gives you a code.  When you log into the Chase portal, it requires that you punch in the code from the token.

Q       Did you need a token to get into that account?

A       I have my own token.

Q       Who else had a token for that account?

A       I'm not sure.  I think Anthony has one, Dan O'Sullivan had one. I believe Brian has one, and I'm not sure if anyone else has one.

Q       So all the people that you named had access to the account and to make transactions in the account; is that correct, back then?

A       They have access to look at the bank accounts, see transactions and as far as transfer, internal transfers,

205

transaction.

Q    Would they be able to make external transfers?

A    External, outside of your profile checking account, no.

Q    But, you had access to making external transfers, correct?

A    External, with my own login, I have six, seven accounts.  I can transfer within those accounts.

Q    So when you transferred the 735, it was an internal transfer; is that correct?

A    It was a transfer, I transferred from 189 to Baron and Baron Nissan was one of the checking accounts I have access to.

MR. BENJAMIN:  Nancy, can you read that answer back.

(Whereupon, the requested testimony was read back by the reporter.)

Q    As Mr. Thomasson was asking you, one of the allegations here is that

206

someone used David Baron, who was deceased, his login credentials to get into the account, are you aware of that allegation?

A    I'm aware of the allegation.

Q    Do you know if that happened?

A    I don't know that it happened.

Q    To your knowledge, was somebody using David Baron's login credentials after his death?

A    Not that I know of.

Q    You had your own login credentials to access to the account?

A    Yes, I have my own.

Q    You used those for that, at least for that 735 thousand dollar transfer, correct?

A    That's correct.

Q    Did anybody have access to David Baron's login credentials after his death, to your knowledge?

A    I don't know that.

Q    Of the people that you

207

mentioned, I think Brian, maybe it was Asad, there were other people that were able to get into that account, correct?

A    I don't know that.  I know Brian, but I don't know about Asad.

Q    But you don't know specifically whether Brian or Asad or Josh or anybody used David Baron's login credentials, right, as you sit here today?

A    I think here today, if they have their own login, I don't know why they would use David's login.  So, my assumption is, I don't know anyone who used David's login.

Q    How about for the forgiveness of the government loans, did you need login credentials to get that forgiven, to your knowledge?

A    For which entity?

Q    Well, I think, you said testified earlier that IAG applied in general, didn't it, correct me if I'm wrong?

208

A        IAG, Island Auto Group of New York LLC, I had a login credential under my name to submit applications for the loan and for the forgiveness.

Q        That was separate and apart from David Baron's credentials?

A        That was my credential not David's.

Q        Positive pay, could you describe for me what the positive pay program is with Chase again?

A        It is a fraud prevention feature where we in the accounting office upload the checks that we have written for that day.

So accounting department office, we upload information, list of checks that we have written for that day.

We upload that to the Chase system.  What Chase does is when there's a check presented for payment, they will match it to the list that we upload.

If there is a mismatch, the user on file would receive an e-mail

*Rich Moffett Court Reporting, Inc.*

209

notification asking them to review and approve if the check should be paid.

Q    That was your function, to do that positive pay upload checks?

A    For Island Auto Group of New York.

Q    Did you ever do it for North Shore Motors or 189 Sunrise?

A    I did not upload checks for North Shore nor Sunrise.

Q    Are you aware of the fact that Anthony Deo had a Chase bank token himself as well for those two used car dealerships?

A    I believe he does.

Q    Do know who gave him that token?

A    I do not know.

Q    It wasn't you, as you sit here today, right?

A    Sitting here today, it was not me.

Q    Are you aware of an amount of money that Anthony and Sara put in as

210

capital investment into the two dealerships?

A    I do not know.

Q    How would you title Anthony and Sara at those two dealerships, what would you say their titles were as you knew those two businesses?

A    Anthony was the general manager, chief operating officer.  And Sara was a manager that's in charge of advertising and marketing.

Q    Do they get salaries for those functions?

A    I believe they do.

Q    Back then, did they get salaries when you were involved with them?

A    I remember they did.

Q    Did you have any function in paying them salaries?

A    Not normally, I was helping Anthony and Sara with their payroll processing when Dan O'Sullivan was on vacation.

211

Q       Tell me again, who Dan O'Sullivan was?

A       He was the controller for North Shore Motors Leasing and 189 Sunrise Auto.

Q       Did you have conversations with Dan O'Sullivan on the running of the business as both controllers, as two controllers?

A       We had conversation regarding funding issues, motor vehicle problems, and sometime in August, he scanned over one  million dollars of customer trade payoff checks that he and Anthony were holding.

Q       So other than you, in terms of positive pay, did you need a token for positive pay, by the way?

A       You do need a token to log into the bank account.

Q       Okay.  So that same token was used whether you were using wire transfers or positive pay uploads, right?

A       You need a token to log into

212

the bank account.

Q    Again my question is, was that the same token that you used for positive pay that you did for the general log in for making wire transfers?

A    Would be the token that you have to log in.

Q    In other words, you only have one token for both positive pay and general view or external or internal transfers, right?

A    I have two token, one for the bank account for Island Auto Group of New York and one token is North Shore, Sunrise and Baron Nissan.

MR. BENJAMIN:  Thank you very much.  I have nothing further.

MR. THOMASSON:  I have some follow ups.

Is there anyone else that wants to go before me, Emmanuel?

MR. KATAEV:  No, I'll just note for the record, we are getting seasick from this fishing

213

exhibition.

MR. THOMASSON: I move to strike.

MR. KATAEV: I'm not testifying.

\*                    \*                    \*

FURTHER EXAMINATION BY

MR. THOMASSON:

Q       Ms. Kwun, you testified in discussing matters with Mr. Benjamin, that you believe Anthony owes Island Auto Group money because of what took place at North Shore and 189 Sunrise; is that correct, yes or no?

A       Yes.

Q       You testified that you believe about five million dollars was wired into North Shore in order to address the shortfalls that you believe were caused by Anthony Deo; is that correct?

A       It was wired into North Shore and Sunrise, yes, to cover the shortfall.

Q       To cover shortfalls that you

214

believe were caused by Anthony Deo, right?

A    Yes, I believe so.

Q    Do you know what firsthand information is?

A    No, I don't.

Q    Let's say hypothetically that you're walking along the sidewalk and somebody gets hit by a car right in front of you, that means you saw it, you have firsthand information and you know what happened because you saw it.

Do you understand that?

A    I can understand that, yes.

Q    But, if on the other hand, you go home for dinner tonight and someone says to you, boy, I saw a terrible car accident, somebody got hit by a car, well, that's not firsthand information, that's secondhand information, at the very least.

Do you understand that, it's not of your own knowledge, do you understand?

215

A        Yes, I understand.

Q        You understand those differences?

A        I do.

Q        Okay.  Now, I would like you to tell me all firsthand information you have of wrongdoing by Anthony Deo at North Shore and 189 Sunrise.

I'm not interested in what you were told, I want to know what you saw?

A        I saw checks that Anthony was holding in his office that were made payable to different lenders for customer that traded in vehicles to North Shore and Sunrise.

Q        You walked into Anthony Deo's office and saw them sitting on his desk?

A        Yes.

Q        Did you discuss it with Anthony Deo?

A        I don't remember the conversation.

Q        I didn't ask you what the

216

conversation was, I said did you, yes or no, discuss those checks with Anthony Deo?

A    I believe I did.

Q    What other firsthand information do you have about wrongdoings by Anthony Deo with those two businesses?

A    Anthony and I had conversations about bounced returned New York State sales tax payments --

Q    That's number two.

MR. SHANKS:  Let her finish, she didn't finish her answer.

A    Ally floor plan payment due that he did not have money and he told me that he doesn't the money to cover those payments, trade payoffs.

Q    Did you discuss trade payoffs with Anthony Deo?

A    Yes.

Q    So Anthony Deo's job included making trade payoffs; is that right, he would be the one that would send the check or the money wherever it had to go,

*Rich Moffett Court Reporting, Inc.*

217

that was his job?

A    No.

Q    Whose job was it?

A    Dan O'Sullivan.

Q    Whose job was it to make the payments for checks that were being held on trades, who would send that money out for the trade payoffs?

A    The controller would, but when there's no money in the bank account, e-mail notification is sent to the general manager and we wait for instructions.

Q    So, there wasn't enough money in the accounts for what reason precisely, that you know of?

A    I did not know at the time why.

Q    But you must know now, it's been over three years, you had plenty of time to review all of this and figure out who took the money.

So tell me what the results of your investigation was, again, I'm

218

interested in your knowledge, not someone else?

A    To my knowledge, customer's deposits, cash, were never deposited into business.

Q    Okay.  It was Anthony Deo who took that cash, and you saw it, you have knowledge yourself that he took that cash; is that right?

MR. SHANKS:  Objection. Compound question.

Q    Did Anthony Deo take cash that you saw him take, Ms. Kwun, that's a yes or no question?

A    It is my understanding Marc transported cash from both of his dealerships.

Q    Well, I'm not asking about Mr. Merckling, I don't know if you understood my question or not, I'll try again.

Did you see Anthony Deo take cash from either one of those two businesses, yes or no?

219

A        I did not.

Q        Have you ever seen a single entry that you thought was improper with Anthony Deo taking money out of the accounts of North Shore or 189 Sunrise, did you see a single entry that you think was an improper removal of money by Anthony Deo, yes or no?

MR. SHANKS:  Objection.  I understand you're getting excited, but you're asking more than one question at a time.

MR. THOMASSON:  Well, she can answer that one.

MR. SHANKS:  Which one?

Q        Did you see Anthony Deo take money out of any account, any transaction that you saw and can confirm right now that Anthony Deo took wrongfully out of either account?

A        I saw him trying to register a car that hadn't be paid for --

Q        I'm not asking about registering cars, I'm talking about bank

220

accounts,    Ms. Kwun.

Can you right now tell me that you discovered any transaction by Anthony Deo involving those bank accounts at North Shore or 189 Sunrise that was an improper transaction, yes or no?

A    I don't remember.

Q    Are you aware right now, as you sit here today, of any transactions in those accounts that you think was an improper transaction regardless of who made it, right now, can you tell me any transaction in those accounts that was improper, I'm just looking for one?

A    Sitting here today, I recall seeing checks that Anthony made payable to his company that he signed from the account that he was not an authorized signer.

Q    With regard to that, when did you discover that information, in '21 or '22 or both?

A    Sometime in 2022.

Q    What exactly did you

221

immediately do about that?

A    I forwarded those checks to Dan O'Sullivan and Anthony and asked why those checks were written to Anthony.

Q    Did you get an answer?

A    I don't remember.

Q    What did you do next about those checks?

A    I don't remember what I did after.

Q    Do you have any knowledge right now of your own, not something somebody else said to you, as to why there was a five million dollar shortfall at North Shore and 189 Sunrise, do you know why?

A    I have been copied on e-mails from Sara Deo that customers are calling because their loans were not paid off.

Q    What else, anything else?

A    Ally floor plan audit, with a list of cars sold that were not paid off.

Q    So there were cars that were not paid off, who is it that was

222

responsible for paying those cars off, what individual would do that at the dealerships?

A        Dan O'Sullivan.

Q        Dan O'Sullivan would pay those cars off?

A        If he had the money.

Q        That's not what I'm asking you, I'm asking you why is five million dollars, is there a five million dollar shortfall from those accounts, do you know why there is a five million shortfall in those accounts, you I'm asking, not somebody else's opinion, I want to know what you found out?

A        I found out they were checks made, cut, never sent out to the lender of our customers who purchased cars.

Q        I'm not asking you that, I'm asking what didn't leave the account, I'm asking about what didn't come into the account.

Have you found out why there's a five million dollar shortfall

223

at these two accounts?

 A Because the funds were not deposited to the business.

 Q Okay.  Who is it that didn't deposit the money, I'm not asking you to guess, I'm asking what you know?

 A So deposits for the business usually get dropped in the safe in the showroom by the general manager, sales manager.

 Once they are dropped, the controller, Dan O'Sullivan, would take the cash, checks, out of the safe and have them deposited into the bank and record these accounting entries, credits to deposit accounts.

 Q Okay.  So you worked there and were in daily contact, I think you told me with Dan O'Sullivan, right?

 A I was not in daily contact with him.

 Q Over the course of the year and a half, you were helping them with their processes, right?

224

A    Correct.

Q    Would Dan O'Sullivan as controller know how many cars were sold each day?

A    He would know, yes.

Q    Would Dan O'Sullivan know how much money was supposed to come in each day for each car?

A    He should.

Q    If he knew the sales, he would know how much money should have come in, right?

A    He should.

Q    How many times did Dan O'Sullivan tell you that there were problems with money at North Shore or 189 Sunrise?

A    Not until August of 2022 when there were all these checks on hold. There are communications that would tell us what their bank balance was started on the day, what cars are to paid, what contracts should be funded.

Those e-mails are sent to Dan

225

O'Sullivan and Anthony Deo.

Q     You believe that there were checks written to Anthony Deo and/or his companies impermissibly between those two businesses?

A     I saw checks made payable to his company and I remember asking Dan and Anthony what they were for.

Q     How many of those checks were there?

A     I don't remember.

Q     When were those checks written?

A     I don't remember.

Q     How much did they total?

A     I don't have that total here today.

Q     Did I understand you tell Mr. Benjamin that 2021 and 2022 tax returns were not filed for North Shore and 189 Sunrise?

A     I don't know if they were or they were not.

Q     Do you know now based on the

226

exhibits that I showed you, that those tax returns were filed, showing that Anthony and Sara Deo were the owners of North Shore and 189 Sunrise, whether or not you agree with it, do you know that they were filed?

A    I don't know if they were filed.

Q    Do you know when they were getting prepared, if they were being prepared for the purpose of filing?

A    You showed me e-mails in October of 2022.

Q    I don't know what that means. I asked you, did you know that when those tax returns, showing Sara and Anthony Deo as the owners, were being prepared by Josh Aaronson's Citrin Cooperman group, did you know that they were prepared for the purpose of filing them?

A    I know today looking at these e-mails in October of 2022, that they were discussions about filing these tax returns.

227

Q      Do you now know that they were, in fact, filed?

A      No, I still don't know.

Q      Okay.  Well, I'm here to represent to you that they were filed. Do you belief that those returns were in some way, shape, or form, misleading the taxing authorities?

MR. SHANKS:  Objection.  We don't have to take your representation that they were filed, unless you filed them.

MR. THOMASSON:  Okay.  Good. Thank you.  I appreciate it.

Q      I'm here to tell you now, Ms. Kwun, that those -- hypothetically, if they were filed, are you telling me that you think that the taxing authorities were misled by those tax returns?

A      I don't know.  I'm not an accountant.

Q      Okay.  Now, the Deos paying 60 thousand dollars a month in fees, that

228

ended sometime around the summer of 2022; is that what you testified to Mr. Benjamin?

A        Sometime in 2022, yes.

Q        I think you said the summer of 2022 that they stopped; is that right?

A        Or it could be the spring of 2022, I don't remember.

Q        But, at some point, you became aware the Deos were paying IAG Group 60 thousand dollars a month for those two businesses and for various purposes, right?

A        Yes.

Q        How long had they been doing that, if you know?

A        About a year or so or shorter.

Q        Were they making those payments when you first started working at North Shore and 189 Sunrise.

MR. SHANKS:  Note my objection to form.  Working at.

MR. THOMASSON:  Withdrawn.

*Rich Moffett Court Reporting, Inc.*

229

Q        Were those payments being made, to the best of your knowledge, by the Deos when you first started performing work at or helping with the processes at North Shore and 189 Sunrise?

A        I believe it was a short time after.

Q        You think that it could have been for up to a year that they did that; is that right?

A        It's possible but I don't remember.

Q        Those payments were made to who?

A        They were made payable to Island Chrysler Jeep Dodge.

Q        Do you know who asked them be made payable to Island Chrysler Jeep Dodge, was that Josh's desire?

A        Who asked for the checks to be made payable, I don't remember.

Q        To the best of your knowledge, these payments began shortly after the death of David Baron; is that a

230

fair way of putting it, he died in June of 2021, would that help your memory at all as to when those monthly payments began?

A   It was towards the end of 2021, sometime in 2021, towards the end.

Q   Now, with regard to the token and positive pay system and getting onto the Chase portal, if you didn't use your credentials for a certain period of time, would they expire?

A   I'm not sure.

Q   Is it possible that credentials would expire if they went unused?

A   I don't know but it's possible.

Q   Do you know when the 60 thousand dollars in payments were being made, what accounts they were coming from, I think you said maybe 30 thousand from North Shore and 30 thousand from Sunrise; is that right?

A   That's how I remember it,

231

yes.

Q     Those payments were being made by Anthony Deo to Island Chrysler Jeep Dodge; is that right?

A     It was made by North Shore Motor and Sunrise Highway.

Q     This was a fee that you believe Anthony had to pay for some of the things that the Island Auto Group were providing to those dealerships; is that right?

A     That's my understanding.

Q     Did Anthony miss any of those payments, if you know?

A     The payments stopped sometime in the summer of 2022 because he didn't have money.

Q     You were told that by somebody?

A     The bank account reflects the balance were low.

Q     Did anyone from the Island Auto Group ever take money out of those accounts?

232

A        I don't understand what you mean by take money.

Q        Was money ever paid from those accounts to any of the partners that you've described earlier that are with Island Auto Group, David Baron, Asad Khan, Brian Chabrier, Josh Aaronson, were any of those people paid money from the North Shore or 189 Sunrise accounts, that you know of?

A        Not that I know.

Q        Was any money, other than the 60 thousand dollar payments, paid to any of the Island Auto Group dealerships that you know of?

A        North shore and Sunrise would pay Island dealerships for cars that they purchased.

Q        That they purchased from the Island Auto Group?

A        Sometimes.

Q        Was any other money paid that you know of to any of the Island Auto Group corporations from North Shore and

233

189 Sunrise?

A        To Island Auto Group, fees and for cars.  So no, not that I know of.

Q        During your time there, from the summer of 2021 until they closed North Shore and 189 Sunrise in November of 2022, you're telling me that you're certain that there was no money you saw going to any of the Island Auto Group partners, individuals; is that right, are you sure of that?

A        Not that I know of is what I said.  I never said I'm certain.

Q        But you were looking at the bank accounts every day, right; is that you what you testified to?

A        Yes, I do look at their bank accounts.

Q        So did Brian or Josh or Asad or David or anyone else take money from those accounts for any purpose that you ever saw?

A        I don't know.  Not that I saw.

234

Q      Not that you saw, and you saw the accounts at least from mid or summertime 2021 through November of 2022, right?

A      There are transactions in the hundreds per day, so not any of the transactions that I saw.  I didn't go into each check to see who they were payable to.

MR. THOMASSON:  Okay.  I have no further questions.  Thank you.

THE REPORTER:  Counsels, please state for the record if you will be ordering a copy of the transcript.

MR. SHANKS:  There are two sets of Plaintiffs.  We are splitting the bill.  It's the same way we've been doing it.

(Whereupon, the examination of this witness was concluded at 3:44 p.m.)

235

A C K N O W L E D G M E N T.


STATE OF NEW YORK )
                            :ss
COUNTY OF              )


I, WENDY KWUN, hereby certify that I have
        read the transcript of my testimony
        taken under oath in my Deposition
        of March 5, 2026; that the
        transcript is a true and complete
        record of my testimony, and that
        the answers on the record as given
        by me are true and correct.


        _____
                  WENDY KWUN


Subscribed and sworn to

Before me this _____day

of _____, 2026.


_____

NOTARY PUBLIC

                                                    236

------------------I N D E X--------------

WITNESS                    EXAMINATION BY    PAGE

WENDY KWUN                  MR. THOMASSON    7,213

                           MR. BENJAMIN     175

DIRECTIONS:  None

RULINGS:  None

MOTIONS:  None

-------------DOCUMENT REQUEST-----------

Texts with Josh Aaronson                    44

Text with Josh/Marcello                     149

Anthony Deo texts                           150

All emails Kwun to any related              178

party

------INFORMATION TO BE FURNISHED------

None

------------------EXHIBITS--------------

PLAINTIFF'S FOR I.D.                    PAGE

None

DEFENDANT'S FOR I.D.                    PAGE

H    emails tax returns                 7

*Rich Moffett Court Reporting, Inc.*

237

C E R T I F I C A T E

STATE OF NEW YORK    )

                     ) ss.:

COUNTY OF NASSAU     )


            I, Nancy Laskaris, a Notary

Public within and for the State of

New York, do hereby certify:

            That WENDY KWUN, the witness

whose deposition is hereinbefore

set forth, was duly sworn by me and

that such deposition is a true

record of the testimony given by

such witness.

            I further certify that I am not

related to any of the parties to this

action by blood or marriage; and that I

am in no way interested in the outcome

of this matter.

            IN WITNESS WHEREOF, I have

hereunto set my hand this 11th day

of March, 2026.

                    *Nancy Laskaris*
                    -------------------------
                    NANCY LASKARIS

238

**'**

**'21** [1] - 220:22
**'22** [1] - 220:23
**'80s** [1] - 11:10
**'90s** [1] - 14:13

**0**

**0268** [1] - 192:22

**1**

**1** [6] - 54:16, 141:3,
141:17, 143:2,
143:3, 171:11
**10** [9] - 38:5, 59:16,
60:6, 62:20, 105:23,
135:10, 135:14,
202:21, 202:23
**10170** [1] - 3:13
**10177** [1] - 3:22
**11** [4] - 48:13, 54:4,
58:23, 68:18
**11423** [1] - 3:5
**11530** [1] - 7:21
**11553** [1] - 4:8
**11793** [1] - 4:5
**11:35** [1] - 90:7
**11th** [1] - 237:22
**12** [11] - 15:2, 15:14,
16:10, 57:7, 59:8,
59:13, 59:16, 60:5,
60:6, 62:12, 62:20
**1239** [1] - 1:9
**13** [9] - 15:14, 16:10,
47:25, 54:4, 57:7,
58:23, 59:8, 59:13,
62:12
**14** [4] - 59:8, 59:14,
60:5, 95:13
**149** [1] - 236:13
**15** [1] - 15:2
**150** [1] - 236:14
**1580** [1] - 1:8
**1581** [1] - 1:8
**1591** [1] - 1:8
**161** [1] - 170:12
**1632** [1] - 1:9
**175** [1] - 236:5
**178** [1] - 236:15
**18211** [1] - 3:5
**189** [83] - 1:5, 1:19,
3:9, 54:18, 63:5,
63:12, 65:22, 66:10,
68:22, 78:19, 83:14,
83:17, 83:21, 85:14,
85:20, 88:20, 99:8,
99:22, 100:15,
100:24, 101:6,

101:25, 103:9,
104:16, 106:20,
107:5, 108:15,
112:14, 115:2,
115:8, 117:3,
117:10, 117:15,
117:18, 117:25,
118:7, 118:11,
118:16, 119:13,
122:17, 123:24,
124:4, 125:2,
132:10, 137:6,
137:8, 144:13,
145:9, 145:17,
146:3, 146:17,
146:22, 148:12,
152:5, 166:6,
166:16, 184:18,
189:25, 191:8,
191:12, 191:21,
193:11, 193:19,
195:13, 195:22,
200:19, 203:11,
205:16, 209:9,
211:5, 213:14,
215:9, 219:6, 220:6,
221:16, 224:17,
225:22, 226:5,
228:22, 229:6,
232:10, 233:2, 233:7
**1980** [2] - 10:2, 13:8
**1980's** [2] - 11:10,
14:12
**1986** [4] - 12:14,
12:16, 12:24, 13:2
**1990's** [1] - 14:14
**1:30** [1] - 143:9

**2**

**20** [3] - 61:20, 95:25,
96:23
**2000** [5] - 11:11,
11:13, 11:16, 11:23,
12:21
**2000's** [3] - 18:22,
96:6, 96:9
**2008/2009** [1] - 19:9
**2009** [2] - 20:5, 23:15
**2010's** [1] - 96:7
**2011** [1] - 96:24
**2012** [1] - 96:24
**2015** [3] - 27:14,
27:21, 97:19
**2018** [1] - 135:5
**2019** [1] - 135:6
**2020** [3] - 134:10,
136:3, 164:12
**2021** [26] - 69:5, 70:15,
71:15, 74:21, 74:23,

76:20, 77:2, 78:18,
125:2, 132:11,
136:3, 153:24,
158:14, 189:15,
196:2, 196:3, 196:4,
197:18, 198:15,
200:2, 225:20,
230:3, 230:7, 233:6,
234:4
**2022** [41] - 64:6, 64:8,
64:15, 72:12, 76:18,
76:21, 77:2, 85:13,
106:22, 107:5,
108:14, 116:16,
121:20, 131:7,
131:21, 144:23,
145:4, 188:25,
189:16, 192:10,
195:19, 196:23,
196:24, 197:24,
198:4, 198:17,
199:4, 200:4,
220:24, 224:19,
225:20, 226:14,
226:23, 228:2,
228:5, 228:7, 228:9,
231:17, 233:8, 234:4
**2024** [2] - 92:3, 92:14
**2026** [4] - 1:21,
235:10, 235:21,
237:23
**21** [1] - 192:9
**22** [2] - 168:15, 169:3
**23** [2] - 1:10, 3:12
**2320** [1] - 3:13
**24** [1] - 43:11
**250** [1] - 3:22
**2519** [1] - 1:9
**2:23-cv-6188** [1] - 1:12

**3**

**30** [5] - 174:10,
200:17, 200:18,
230:22, 230:23
**3280** [1] - 4:4
**333** [1] - 4:8
**3:44** [1] - 234:23

**4**

**4** [1] - 164:12
**420** [1] - 3:13
**43** [1] - 202:2
**44** [1] - 236:12
**446** [2] - 1:10, 3:12
**4th** [1] - 7:20

**5**

**5** [4] - 1:21, 116:16,
129:8, 235:10

**6**

**6** [6] - 127:2, 127:5,
146:5, 149:11,
149:14
**60** [4] - 227:25,
228:12, 230:19,
232:14
**646-330-9682** [1] -
38:15
**671** [1] - 7:20

**7**

**7** [1] - 236:24
**7,213** [1] - 236:4
**735** [17] - 144:21,
145:3, 145:8,
145:16, 151:15,
152:4, 159:17,
160:18, 162:6,
162:15, 190:22,
190:23, 193:15,
203:8, 203:10,
205:13, 206:18
**76** [2] - 1:10, 3:12
**7:49** [1] - 127:2
**7th** [1] - 3:22

**9**

**90's** [1] - 14:22
**99** [2] - 111:20, 187:23
**9:33** [1] - 1:22

**A**

**A.M** [4] - 127:3, 146:5,
149:11, 149:14
**a.m** [1] - 1:22
**Aaronson** [85] - 3:10,
14:2, 25:12, 26:10,
27:17, 27:20, 27:23,
32:17, 32:23, 33:9,
33:14, 33:15, 33:23,
38:11, 40:6, 40:12,
40:16, 40:22, 41:2,
41:8, 42:6, 43:20,
43:23, 44:5, 44:11,
44:15, 44:18, 44:24,
45:4, 45:7, 45:11,
45:25, 46:6, 46:12,
46:18, 47:3, 47:13,
47:21, 48:12, 49:5,
50:4, 50:11, 50:22,

51:7, 51:15, 51:20,
51:24, 52:7, 52:17,
73:14, 74:13, 75:23,
77:17, 79:17,
109:22, 110:13,
111:4, 111:8,
117:19, 117:24,
118:12, 118:17,
119:14, 119:16,
119:20, 120:7,
120:14, 120:17,
121:10, 121:11,
133:3, 148:21,
148:25, 149:22,
159:25, 160:6,
160:8, 169:21,
170:14, 187:12,
188:24, 191:10,
194:9, 232:8, 236:12
**AARONSON** [1] - 1:7
**Aaronson's** [2] -
170:23, 226:19
**abilities** [1] - 83:22
**ability** [1] - 43:12
**able** [7] - 77:21,
150:20, 173:20,
199:16, 203:19,
205:3, 207:4
**absolutely** [1] - 35:7
**access** [24] - 76:24,
77:10, 77:11, 77:12,
77:20, 78:10, 78:14,
78:15, 78:16, 78:22,
79:6, 196:21,
196:25, 197:10,
197:21, 197:25,
203:12, 203:24,
204:20, 204:23,
205:7, 205:18,
206:15, 206:21
**accessed** [1] - 190:24
**accident** [1] - 214:19
**account** [83] - 41:12,
41:16, 41:18, 43:25,
44:8, 74:9, 75:10,
76:25, 77:22, 78:13,
78:14, 78:15, 78:16,
78:24, 79:3, 79:9,
79:12, 79:17, 80:2,
81:20, 82:8, 82:19,
86:21, 100:21,
101:11, 102:24,
103:22, 121:7,
121:17, 121:19,
121:24, 146:2,
146:11, 146:16,
146:17, 147:21,
148:9, 148:11,
148:14, 149:11,
149:16, 149:18,

*Rich Moffett Court Reporting, Inc.*

152:5, 159:21, 160:16, 160:17, 160:18, 160:21, 163:4, 181:13, 190:24, 191:21, 192:5, 192:14, 192:16, 192:22, 193:3, 193:23, 203:9, 203:11, 203:13, 203:16, 203:19, 203:24, 204:11, 204:14, 204:20, 204:21, 205:6, 206:4, 206:15, 207:4, 211:21, 212:2, 212:14, 217:12, 219:18, 219:21, 220:19, 222:21, 222:23, 231:21

**accountant** [17] - 30:7, 30:24, 89:7, 89:9, 89:15, 96:17, 108:22, 108:24, 110:3, 111:17, 115:12, 129:17, 129:22, 133:14, 133:20, 189:22, 227:23

**accountants** [4] - 108:18, 108:20, 125:23, 126:4

**accounting** [23] - 10:24, 21:8, 21:10, 21:13, 49:9, 87:2, 89:13, 97:14, 97:17, 97:20, 107:13, 107:16, 107:18, 107:21, 107:22, 107:24, 108:5, 126:8, 133:2, 133:7, 208:14, 208:17, 223:16

**accounts** [51] - 15:21, 15:22, 31:24, 32:2, 32:3, 32:4, 69:22, 77:13, 78:6, 78:9, 78:10, 78:15, 78:18, 79:7, 79:11, 79:21, 79:22, 79:25, 82:3, 82:11, 99:8, 99:17, 99:21, 99:24, 101:7, 102:2, 102:8, 103:11, 103:13, 204:24, 205:10, 205:11, 205:17, 217:16, 219:6, 220:2, 220:5, 220:11, 220:14, 222:12, 222:14, 223:2, 223:17,

230:21, 231:25, 232:5, 232:10, 233:16, 233:19, 233:22, 234:3

**accusations** [1] - 72:4

**acknowledge** [2] - 6:6, 6:10

**action** [3] - 190:12, 190:14, 237:18

**actions** [5] - 109:10, 109:14, 110:16, 112:23, 125:17

**active** [1] - 198:14

**address** [3] - 7:18, 27:12, 213:20

**Adelphi** [2] - 10:16, 11:15

**adelphi** [1] - 11:14

**administer** [1] - 5:17

**administered** [1] - 6:12

**administrator** [2] - 78:24, 79:4

**advance** [3] - 176:18, 176:22, 177:21

**advertising** [1] - 210:12

**afternoon** [1] - 124:23

**age** [1] - 49:25

**agencies** [1] - 29:2

**ago** [6] - 28:21, 57:7, 93:21, 114:7, 131:4, 131:5

**agree** [2] - 168:3, 226:6

**AGREED** [3] - 5:4, 5:10, 5:15

**agreed** [5] - 6:22, 6:23, 6:24, 6:25, 7:2

**agreement** [6] - 6:21, 184:21, 184:22, 186:12, 201:4

**ahead** [5] - 37:6, 37:7, 37:14, 80:13, 119:6

**alcohol** [1] - 43:11

**alert** [1] - 100:20

**alerted** [1] - 102:10

**alerts** [3] - 101:6, 101:13, 102:18

**allegation** [2] - 206:5, 206:6

**allegations** [1] - 205:25

**Allied** [1] - 142:2

**allowed** [2] - 146:18, 174:6

**ally** [3] - 75:15, 216:15, 221:22

**Ally** [9] - 140:11, 140:16, 140:19,

141:10, 142:7, 171:4, 171:5, 171:9, 181:7

**almost** [1] - 52:4

**ALSO** [1] - 4:11

**amend** [2] - 116:23, 124:25

**amount** [9] - 87:6, 180:10, 180:13, 180:14, 180:16, 180:18, 191:15, 192:4, 209:24

**AND** [4] - 1:19, 5:3, 5:9, 5:14

**answer** [37] - 8:10, 8:15, 9:4, 32:22, 34:20, 36:6, 36:17, 48:2, 49:7, 56:12, 67:17, 67:25, 71:12, 76:7, 76:12, 76:17, 82:15, 82:16, 82:22, 110:20, 112:10, 113:5, 113:12, 119:2, 147:6, 147:11, 151:9, 162:24, 163:11, 163:19, 171:22, 178:6, 205:20, 216:14, 219:15, 221:6

**answered** [6] - 113:8, 113:9, 153:14, 168:11, 181:21, 182:11

**answering** [2] - 8:3, 113:2

**answers** [5] - 34:20, 35:17, 35:19, 43:13, 235:13

**ANTHONY** [2] - 1:5, 1:13

**Anthony** [138] - 3:4, 3:17, 4:11, 4:12, 25:7, 55:20, 55:23, 56:6, 64:11, 64:14, 64:18, 65:2, 65:13, 65:21, 69:8, 70:7, 70:23, 72:16, 75:16, 76:5, 79:15, 80:3, 81:21, 83:9, 88:25, 101:3, 103:15, 103:21, 104:2, 104:6, 105:2, 109:7, 110:5, 110:16, 111:20, 118:2, 118:6, 118:20, 119:18, 119:19, 119:25, 120:15, 120:20, 121:13, 121:16, 121:18,

121:23, 122:12, 122:16, 123:4, 123:9, 123:22, 124:2, 124:17, 125:17, 125:22, 129:17, 130:19, 130:21, 130:24, 131:3, 131:23, 150:6, 150:14, 150:23, 151:6, 151:10, 151:14, 157:22, 158:4, 158:13, 158:20, 158:24, 159:4, 159:10, 162:5, 175:15, 178:21, 181:9, 184:13, 185:14, 187:2, 187:22, 188:16, 190:5, 190:8, 190:25, 193:16, 193:18, 193:25, 194:2, 194:23, 197:14, 197:22, 198:2, 198:6, 198:20, 198:24, 199:20, 204:16, 209:13, 209:25, 210:5, 210:9, 210:23, 211:15, 213:12, 213:21, 214:2, 215:8, 215:13, 215:18, 215:22, 216:3, 216:8, 216:9, 216:20, 216:22, 218:7, 218:13, 218:23, 219:5, 219:9, 219:17, 219:20, 220:5, 220:17, 221:4, 221:5, 225:2, 225:4, 225:9, 226:4, 226:17, 231:4, 231:9, 231:14, 236:14

**Anthony's** [2] - 101:9, 124:24

**anyway** [1] - 168:12

**apart** [2] - 174:10, 208:6

**appeared** [1] - 146:3

**applicable** [1] - 29:6

**applicant** [2] - 153:2, 153:16

**applicant's** [1] - 161:5

**applicants** [3] - 152:22, 153:6, 153:11

**application** [25] -

135:8, 136:19, 137:17, 139:8, 140:5, 140:12, 141:9, 142:20, 152:24, 154:4, 161:11, 161:13, 161:15, 161:16, 161:18, 161:23, 161:25, 165:12, 165:17, 166:10, 166:16, 166:25, 167:2, 167:8, 198:23

**applications** [21] - 43:25, 136:22, 137:2, 137:11, 137:16, 138:4, 139:5, 140:18, 141:19, 142:2, 142:7, 153:4, 162:3, 164:4, 164:24, 165:7, 171:3, 171:8, 196:15, 196:16, 208:4

**applied** [3] - 15:20, 191:2, 207:23

**apply** [1] - 42:20

**applying** [1] - 41:11

**appointment** [1] - 44:2

**appreciate** [1] - 227:15

**approval** [6] - 41:13, 41:15, 126:20, 154:5, 187:12, 196:17

**approve** [6] - 100:12, 103:23, 111:12, 127:8, 188:24, 209:3

**approved** [16] - 110:13, 111:4, 111:8, 111:14, 125:21, 126:12, 126:16, 127:17, 128:7, 128:12, 128:15, 154:5, 160:6, 160:7, 171:12, 171:13

**approves** [3] - 125:14, 126:2, 161:2

**approving** [2] - 126:9, 187:15

**April** [1] - 164:12

**arbitration** [1] - 183:19

**area** [1] - 193:9

**areas** [1] - 16:9

**ARIEL** [1] - 4:9

**Aronson's** [1] - 50:17

**arrangement** [1] - 6:17

**arrived** [1] - 13:7
**Asad** [7] - 3:10, 166:10, 207:3, 207:6, 207:8, 232:7, 233:20
**ASAD** [1] - 1:7
**aside** [1] - 196:5
**assigned** [1] - 199:17
**assist** [9] - 21:15, 69:8, 70:16, 83:5, 118:20, 163:6, 198:24, 199:7, 200:12
**assistance** [1] - 70:21
**assisted** [2] - 163:19, 199:9
**associated** [1] - 107:22
**Association** [1] - 199:11
**assume** [1] - 46:4
**assuming** [1] - 173:7
**assumption** [2] - 193:2, 207:15
**attached** [5] - 30:21, 127:17, 128:2, 128:15, 128:18
**attention** [4] - 50:8, 50:12, 50:17, 159:5
**Attorney** [1] - 186:17
**attorney** [11] - 112:2, 115:12, 154:22, 155:2, 155:3, 155:5, 155:21, 157:8, 159:24, 178:2, 183:10
**attorney's** [2] - 157:4, 157:11
**Attorneys** [4] - 3:3, 3:9, 3:17, 4:7
**attorneys** [3] - 5:4, 6:5, 90:15
**attornies** [10] - 9:6, 90:22, 91:8, 93:14, 162:20, 176:19, 176:21, 176:23, 178:15, 179:17
**audit** [1] - 221:22
**August** [5] - 72:12, 108:13, 121:21, 211:13, 224:19
**authorities** [2] - 227:9, 227:20
**authorized** [3] - 5:17, 117:4, 220:19
**AUTO** [11] - 1:5, 1:6, 1:8, 1:8, 1:9, 1:9, 1:10, 1:10, 1:11, 1:19
**auto** [2] - 42:9, 42:15

**Auto** [112] - 3:4, 3:9, 3:11, 3:12, 14:8, 14:18, 14:22, 15:6, 16:19, 16:21, 16:22, 17:2, 18:2, 18:8, 19:20, 24:24, 52:6, 54:19, 57:17, 57:21, 58:5, 58:6, 61:25, 62:8, 62:21, 63:2, 63:4, 63:8, 63:14, 63:23, 64:3, 66:2, 66:7, 66:9, 66:12, 66:15, 66:22, 66:23, 66:24, 68:6, 68:19, 88:7, 88:12, 97:21, 98:9, 98:19, 99:2, 99:5, 106:4, 106:6, 106:12, 106:14, 107:23, 108:4, 108:6, 133:4, 134:15, 134:18, 134:22, 134:25, 135:11, 135:16, 137:12, 138:6, 138:14, 140:7, 140:20, 141:7, 141:20, 141:23, 142:24, 143:20, 143:21, 144:4, 144:6, 144:12, 144:14, 145:9, 154:23, 155:7, 165:21, 166:3, 166:20, 167:18, 167:20, 168:14, 168:18, 168:22, 169:4, 183:20, 185:7, 185:9, 185:10, 186:7, 191:13, 195:3, 195:8, 199:10, 208:2, 209:6, 211:6, 212:14, 213:12, 231:10, 231:24, 232:7, 232:15, 232:21, 232:24, 233:3, 233:10
**Auto/Anthony** [1] - 193:11
**automobile** [5] - 12:10, 21:6, 21:25, 22:6, 22:12
**Automotive** [1] - 3:19
**AUTOMOTIVE** [1] - 1:16
**automotive** [1] - 22:18
**available** [1] - 134:6
**Avenue** [6] - 3:5, 3:13, 3:22, 168:15, 169:3, 170:12

**aware** [34] - 8:2, 8:24, 72:2, 72:3, 103:8, 103:12, 106:18, 106:21, 106:24, 107:4, 107:10, 108:2, 111:3, 111:19, 111:23, 152:7, 184:20, 186:10, 186:15, 195:2, 196:7, 196:9, 199:19, 199:22, 199:24, 201:18, 201:21, 201:24, 206:4, 206:6, 209:12, 209:24, 220:9, 228:11

## B

**B-A-R-U-C-H** [1] - 10:14
**B-U-L-L-O-C-K** [1] - 95:12
**background** [1] - 35:9
**balance** [3] - 80:2, 224:22, 231:22
**bank** [34] - 21:16, 64:23, 69:20, 74:2, 74:9, 75:10, 76:24, 77:22, 77:25, 78:10, 79:9, 81:20, 82:22, 102:8, 102:10, 102:18, 152:7, 178:8, 181:13, 181:15, 203:9, 204:24, 209:13, 211:21, 212:2, 212:14, 217:11, 219:25, 220:5, 223:15, 224:22, 231:21, 233:16, 233:18
**Bank** [8] - 4:7, 140:11, 140:19, 142:2, 142:8, 171:4, 171:6, 171:9
**BANK** [1] - 1:19
**banner** [1] - 143:18
**barely** [1] - 113:9
**Baron** [93] - 3:10, 3:11, 3:11, 14:2, 14:8, 14:18, 14:22, 15:6, 15:8, 15:12, 16:19, 16:21, 16:22, 17:2, 17:6, 17:10, 18:2, 18:3, 18:6, 18:8, 18:10, 19:4, 19:20, 20:9, 24:24, 25:12, 26:10, 27:17, 27:18, 27:20, 27:23,

29:14, 29:18, 29:19, 29:23, 29:25, 32:17, 32:23, 33:9, 33:14, 33:16, 33:17, 33:18, 33:19, 33:23, 37:20, 37:23, 38:4, 38:6, 38:7, 52:16, 52:18, 66:17, 98:19, 98:24, 99:2, 99:4, 99:6, 144:4, 144:6, 144:16, 144:17, 145:10, 146:16, 146:24, 147:24, 152:8, 152:21, 153:2, 153:7, 154:8, 166:10, 166:20, 167:18, 167:22, 168:4, 168:18, 168:22, 169:20, 170:14, 193:3, 193:5, 195:3, 195:8, 205:16, 206:2, 212:16, 229:25, 232:7
**BARON** [3] - 1:7, 1:7, 1:8
**Baron's** [8] - 33:19, 152:13, 152:15, 161:8, 206:11, 206:22, 207:9, 208:7
**Baruch** [1] - 10:12
**based** [5] - 23:3, 32:13, 173:2, 173:4, 225:25
**Basin** [1] - 25:5
**basis** [2] - 102:8, 123:5
**Bay** [9] - 13:2, 13:3, 13:17, 14:6, 14:7, 14:17, 14:19, 14:24, 24:23
**BE** [1] - 236:17
**became** [6] - 18:13, 106:21, 106:23, 107:4, 107:10, 228:11
**become** [2] - 72:3, 122:16
**began** [4] - 18:14, 27:19, 229:24, 230:5
**begin** [2] - 45:24, 46:5
**beginning** [4] - 28:22, 78:17, 197:17, 199:4
**behalf** [1] - 202:18
**behind** [1] - 80:11
**belief** [2] - 186:25, 227:7
**belonged** [1] - 191:9
**belongs** [1] - 191:12
**below** [1] - 124:23

**Beltray** [4] - 105:12, 105:16, 105:22, 184:25
**Beltray's** [2] - 186:11, 186:16
**benefit** [1] - 138:20
**benefits** [3] - 137:25, 172:10, 173:9
**Benjamin** [5] - 175:6, 175:15, 213:11, 225:20, 228:4
**BENJAMIN** [23] - 3:23, 6:25, 34:7, 34:18, 35:4, 35:11, 35:16, 36:4, 36:12, 36:22, 36:24, 175:4, 175:13, 177:3, 177:7, 179:2, 182:12, 202:8, 202:20, 203:4, 205:19, 212:17, 236:5
**Best** [8] - 106:4, 106:6, 106:14, 144:14, 185:7, 185:8, 185:10, 186:7
**best** [7] - 17:18, 19:21, 20:25, 100:24, 101:2, 229:3, 229:23
**BEST** [1] - 185:8
**between** [12] - 5:4, 89:21, 93:24, 109:21, 125:22, 144:21, 147:21, 183:11, 184:10, 184:21, 184:22, 225:5
**big** [2] - 59:2, 60:11
**bill** [1] - 234:19
**billing** [1] - 15:17
**billion** [3] - 94:4, 94:9, 172:24
**bills** [2] - 15:21, 137:24
**bit** [1] - 48:15
**Blankenship** [3] - 3:17, 157:18, 175:16
**BLANKENSHIP** [1] - 1:14
**blood** [1] - 237:18
**Blvd** [1] - 3:11
**BLVD** [6] - 1:8, 1:8, 1:9, 1:9, 1:10
**body** [1] - 164:13
**bond** [3] - 198:25, 199:6, 199:8
**Boniel** [4] - 166:11, 166:14, 167:15, 169:19
**bookkeeper** [1] -

105:4

**bookkeepers** [3] - 104:20, 138:19, 178:24

**bookkeeping** [1] - 95:7

**born** [4] - 9:14, 9:15, 9:18, 9:19

**boss** [11] - 117:11, 118:6, 118:10, 119:13, 119:16, 119:17, 132:5, 188:24, 191:10, 194:9, 194:13

**bosses** [5] - 32:16, 32:23, 132:4, 132:6, 149:3

**bottle** [1] - 94:19

**bottom** [1] - 170:23

**Boulevard** [1] - 4:8

**bounced** [1] - 216:10

**boy** [1] - 214:18

**brand** [4] - 17:11, 17:15, 20:10

**break** [9] - 12:17, 14:21, 20:8, 90:3, 143:8, 154:10, 175:7, 202:21, 202:24

**BRIAN** [1] - 1:6

**Brian** [11] - 3:10, 77:16, 77:18, 79:5, 79:17, 204:17, 207:2, 207:6, 207:8, 232:8, 233:20

**brief** [1] - 175:7

**briefly** [1] - 55:15

**bring** [4] - 50:7, 50:12, 50:16, 50:22

**broad** [1] - 47:24

**Brooklyn** [13] - 13:5, 18:13, 18:15, 18:18, 18:25, 19:8, 19:15, 19:21, 19:25, 20:14, 20:24, 23:14, 24:25

**brother** [1] - 33:20

**brought** [2] - 92:10, 159:4

**building** [16] - 41:20, 41:21, 41:25, 42:2, 42:7, 42:8, 42:10, 42:11, 42:12, 42:13, 42:21, 42:24, 44:9, 169:6, 169:8, 169:14

**Bullock** [1] - 95:12

**business** [38] - 11:6, 18:12, 20:10, 20:14, 59:2, 68:10, 68:11, 84:17, 84:20, 92:12, 96:11, 97:4, 97:5,

105:9, 112:4, 115:15, 121:7, 121:23, 124:3, 135:2, 135:4, 135:21, 135:25, 158:25, 159:2, 159:3, 166:12, 173:21, 173:24, 174:6, 174:14, 191:11, 198:10, 198:21, 211:9, 218:6, 223:4, 223:8

**businesses** [21] - 27:22, 29:3, 66:3, 67:15, 68:2, 68:4, 69:3, 98:8, 111:23, 114:14, 115:20, 124:19, 134:11, 134:13, 174:19, 198:12, 210:8, 216:8, 218:25, 225:6, 228:13

**but..** [1] - 120:25

**BUYERS** [1] - 1:15

**Buyers** [1] - 3:18

**BY** [8] - 3:6, 3:14, 3:23, 4:9, 7:13, 175:12, 213:8, 236:3

## C

**calm** [1] - 118:24

**cannot** [1] - 37:2

**capital** [1] - 210:2

**CAPITAL** [1] - 1:18

**car** [32] - 12:2, 12:13, 12:15, 12:23, 14:6, 17:10, 17:15, 21:14, 59:4, 64:24, 65:8, 69:19, 81:6, 81:14, 106:7, 124:6, 134:16, 143:18, 143:21, 143:23, 143:25, 144:9, 144:17, 185:6, 186:2, 187:3, 209:14, 214:10, 214:19, 214:20, 219:23, 224:9

**Car** [8] - 3:18, 13:2, 13:3, 13:17, 14:7, 14:17, 14:20, 14:25

**CAR** [1] - 1:14

**carrier** [1] - 38:16

**cars** [27] - 15:18, 15:19, 15:21, 69:15, 75:16, 81:8, 158:4, 158:6, 158:8, 180:19, 180:20, 181:7, 199:17,

201:20, 202:3, 202:12, 219:25, 221:23, 221:24, 222:2, 222:7, 222:19, 224:4, 224:23, 232:18, 233:4

**Cars** [2] - 3:18, 3:19

**CARS** [2] - 1:15, 1:15

**case** [29] - 9:7, 42:9, 71:23, 91:23, 155:9, 155:12, 155:19, 176:12, 177:17, 178:13, 179:15, 180:7, 182:9, 182:13, 182:14, 182:15, 182:23, 182:24, 183:4, 183:9, 183:13, 183:14, 183:15, 183:16, 194:8, 201:18, 202:2, 202:10

**cases** [2] - 156:16, 156:21

**cash** [13] - 75:5, 75:13, 75:21, 80:4, 120:13, 121:22, 218:5, 218:8, 218:10, 218:13, 218:17, 218:24, 223:14

**cashed** [1] - 74:11

**casual** [1] - 34:3

**categories** [1] - 28:20

**caused** [3] - 64:8, 213:21, 214:2

**cellphone** [5] - 38:13, 39:2, 39:20, 39:24, 40:3

**century** [2] - 96:3, 96:5

**certain** [9] - 161:19, 173:11, 174:12, 180:19, 180:20, 201:20, 230:11, 233:9, 233:14

**certainly** [1] - 67:14

**certification** [1] - 5:7

**certify** [3] - 235:7, 237:9, 237:16

**CFO** [2] - 98:8, 98:13

**CHABRIER** [1] - 1:6

**Chabrier** [4] - 3:10, 77:18, 79:17, 232:8

**chain** [5] - 51:2, 110:13, 117:2, 123:2, 128:18

**chains** [1] - 30:21

**chance** [1] - 16:14

**changed** [1] - 38:25

**charge** [2] - 117:9, 210:11

**Charles** [7] - 107:14, 107:20, 108:3, 108:9, 132:14, 132:22, 133:6

**CHASE** [1] - 1:19

**Chase** [23] - 78:2, 99:21, 100:3, 101:7, 102:2, 102:18, 103:22, 139:13, 139:15, 139:17, 139:19, 139:21, 140:2, 142:19, 152:7, 203:9, 203:10, 204:7, 208:12, 208:20, 208:21, 209:13, 230:10

**Chase's** [1] - 100:7

**check** [5] - 101:15, 208:22, 209:3, 216:25, 234:9

**checking** [2] - 205:6, 205:17

**checks** [41] - 58:22, 58:24, 72:15, 73:4, 73:7, 73:12, 73:16, 73:25, 74:5, 74:10, 75:4, 82:23, 100:6, 100:8, 100:14, 100:19, 102:20, 103:23, 103:24, 121:12, 121:14, 208:15, 208:19, 209:5, 209:10, 211:15, 215:13, 216:3, 217:7, 220:17, 221:3, 221:5, 221:9, 222:17, 223:14, 224:20, 225:4, 225:7, 225:10, 225:13, 229:21

**Chevrolet** [4] - 53:8, 67:4, 67:12, 135:23

**chief** [1] - 210:10

**children** [1] - 16:14

**chill** [1] - 113:16

**China** [2] - 9:19, 10:9

**Chrysler** [48] - 28:12, 28:16, 29:11, 30:2, 30:23, 33:13, 37:24, 38:22, 39:23, 41:22, 45:12, 46:2, 46:8, 52:10, 52:19, 53:13, 53:24, 54:17, 56:23, 57:3, 57:8, 58:11, 58:14, 58:19, 58:23,

59:25, 60:7, 61:23, 66:20, 66:25, 67:9, 68:5, 68:17, 72:2, 87:22, 88:5, 88:12, 141:4, 141:17, 143:2, 143:3, 171:11, 192:14, 192:21, 193:6, 229:17, 229:19, 231:4

**Cinco** [1] - 138:25

**circumstances** [4] - 69:6, 182:8, 182:14, 186:3

**Citrin** [9] - 97:11, 97:24, 106:19, 107:9, 107:11, 108:25, 115:18, 116:3, 226:19

**City** [1] - 7:20

**claim** [2] - 158:17, 186:17

**claims** [1] - 194:22

**clarify** [1] - 195:24

**classify** [1] - 155:22

**clear** [2] - 66:18, 119:12

**clerk** [7] - 15:17, 56:7, 69:9, 70:23, 104:21, 178:22, 197:15

**clerks** [2] - 104:20, 105:2

**client** [1] - 179:14

**clients** [3] - 22:5, 22:14, 22:21

**close** [1] - 73:17

**closed** [6] - 19:13, 20:2, 20:9, 173:19, 198:9, 233:6

**closing** [1] - 88:2

**co** [1] - 183:23

**CO** [1] - 1:18

**co-Plaintiff** [1] - 183:23

**coached** [2] - 35:18, 37:2

**Coast** [6] - 3:18, 3:19, 3:19, 3:20, 3:20

**COAST** [6] - 1:15, 1:15, 1:16, 1:16, 1:17

**code** [2] - 204:6, 204:8

**college** [1] - 10:11

**College** [1] - 10:12

**coming** [1] - 230:21

**command** [1] - 51:2

**commercial** [2] - 42:11, 42:13

**common** [2] - 72:21, 72:23

communicate [2] - 40:6, 80:6
communicated [1] - 151:12
communications [4] - 177:23, 178:16, 179:5, 224:21
companies [7] - 22:21, 22:22, 99:10, 99:16, 107:3, 133:4, 225:5
company [13] - 57:22, 58:7, 68:6, 68:19, 94:22, 95:3, 95:14, 96:10, 133:19, 155:10, 201:9, 220:18, 225:8
Company [12] - 21:3, 21:5, 21:24, 22:7, 22:16, 22:25, 23:12, 24:3, 24:6, 24:9, 97:2, 97:10
complaint [6] - 92:2, 92:18, 92:23, 94:3, 179:13, 194:13
complete [2] - 110:17, 235:11
completed [1] - 198:22
compliance [2] - 28:25, 69:13
complies [1] - 29:5
component [3] - 172:12, 172:18, 172:21
compound [3] - 59:6, 131:18, 218:12
computer [1] - 84:11
concerned [1] - 49:18
concerns [1] - 49:21
conclude [1] - 175:9
concluded [1] - 234:22
conclusion [3] - 114:18, 168:8, 171:22
conditions [2] - 109:14, 111:10
conducted [1] - 6:3
confide [3] - 123:4, 123:9, 123:19
confided [1] - 123:14
confined [2] - 123:17, 123:18
confirm [1] - 219:19
confirming [1] - 105:20
confused [4] - 115:23, 115:24, 116:6
connect [1] - 126:3

connected [7] - 25:15, 108:20, 108:21, 109:6, 109:13, 110:2, 126:8
connecting [1] - 108:17
connection [2] - 136:21, 156:15
consent [1] - 6:17
consider [3] - 65:15, 65:17, 101:12
contact [4] - 33:8, 167:3, 223:19, 223:21
context [1] - 184:17
continuation [1] - 151:21
Continued [1] - 4:2
continued [1] - 75:7
continuing [1] - 11:19
continuously [2] - 10:5, 14:16
contract [1] - 80:18
contracts [5] - 15:19, 69:19, 73:20, 197:8, 224:24
control [2] - 148:8, 160:5
controller [18] - 61:15, 62:25, 63:4, 63:6, 66:6, 66:9, 83:4, 83:7, 83:11, 83:16, 83:23, 84:9, 98:11, 189:13, 211:4, 217:10, 223:13, 224:4
controller's [1] - 88:16
controllers [7] - 62:2, 62:8, 62:11, 62:19, 98:12, 211:9, 211:10
controls [1] - 160:24
conversation [16] - 38:2, 46:14, 93:18, 93:20, 93:22, 93:23, 124:11, 149:21, 149:24, 150:3, 177:16, 184:6, 189:10, 211:11, 215:24, 216:2
conversations [13] - 34:3, 34:5, 37:22, 46:11, 46:14, 162:12, 176:11, 176:25, 177:4, 177:12, 201:2, 211:7, 216:10
convicted [1] - 181:19
Cooperman [9] - 97:12, 97:24, 106:19, 107:9,

107:12, 108:25, 115:18, 116:3, 226:19
copied [1] - 221:18
copies [4] - 55:8, 55:10, 57:25, 138:19
copy [6] - 55:12, 55:18, 92:11, 195:15, 195:16, 234:15
Cordera [2] - 62:5, 62:6
CORP [1] - 1:18
Corp [1] - 3:21
corporations [1] - 232:25
correct [62] - 22:2, 22:7, 23:19, 31:18, 51:7, 55:2, 55:3, 57:14, 57:18, 58:16, 58:20, 58:24, 58:25, 74:22, 76:22, 77:18, 78:20, 78:21, 80:23, 81:6, 97:23, 98:14, 117:20, 118:18, 122:18, 129:21, 130:5, 131:11, 139:22, 148:23, 151:17, 160:9, 160:10, 161:4, 175:22, 177:17, 186:7, 187:9, 187:13, 188:6, 189:13, 189:14, 189:16, 189:17, 190:18, 192:6, 193:13, 202:18, 203:9, 203:13, 203:14, 204:22, 205:8, 205:14, 206:19, 206:20, 207:4, 207:24, 213:15, 213:22, 224:2, 235:14
correctly [3] - 22:4, 81:12, 161:17
correspond [1] - 180:18
cost [1] - 69:21
counsel [13] - 6:16, 34:10, 35:17, 35:18, 36:6, 36:14, 37:2, 37:3, 162:13, 177:2, 177:16, 177:17, 178:12
Counsels [1] - 234:13
counsels [1] - 6:20
count [1] - 60:20
counted [1] - 67:6
counter [1] - 194:21

counterclaim [2] - 194:15, 194:19
counterclaiming [1] - 194:16
counterclaims [1] - 194:7
counting [1] - 53:10
County [1] - 186:17
COUNTY [2] - 235:5, 237:5
couple [9] - 12:18, 14:20, 15:4, 17:25, 18:2, 138:18, 138:24, 141:4, 201:16
course [6] - 10:20, 56:22, 59:21, 83:19, 200:7, 223:23
courses [4] - 10:24, 11:3, 11:6, 11:20
Court [1] - 5:20
court [2] - 156:13, 201:19
COURT [1] - 1:2
courtroom [1] - 8:22
cover [7] - 76:4, 103:18, 181:4, 181:7, 213:24, 213:25, 216:17
Covid [2] - 134:2, 134:6
CPA [5] - 1:14, 89:7, 89:9, 124:25, 189:20
CPA'S [1] - 1:18
credential [2] - 208:3, 208:8
credentials [12] - 78:4, 152:15, 203:20, 206:3, 206:12, 206:15, 206:22, 207:10, 207:19, 208:7, 230:11, 230:15
credit [5] - 86:15, 86:20, 87:6, 87:17, 196:14
Credit [4] - 94:22, 95:3, 95:5, 95:18
credits [2] - 87:11, 223:16
crime [1] - 181:19
CULLEN [1] - 4:7
customer [11] - 31:25, 72:15, 75:25, 86:11, 86:13, 86:19, 86:21, 86:22, 87:4, 211:14, 215:15
customer's [3] - 73:8, 74:2, 218:4
customers [7] - 73:10,

73:19, 100:4, 180:23, 196:15, 221:19, 222:19
cut [1] - 222:18
CYRULI [1] - 3:8

**D**

D-A-E-W-O-O [1] - 17:14
d/b/a [2] - 166:6, 166:20
Daewoo [10] - 17:7, 17:10, 18:3, 18:6, 18:10, 18:11, 19:5, 19:20, 20:9, 24:24
daily [9] - 81:6, 81:13, 82:11, 87:23, 87:25, 102:8, 123:5, 223:19, 223:21
Damian [1] - 95:11
Dan [70] - 62:15, 62:24, 63:3, 63:7, 63:11, 63:22, 64:2, 64:4, 64:10, 64:13, 65:3, 65:9, 65:19, 65:24, 66:5, 66:8, 68:21, 68:25, 69:4, 69:8, 70:7, 70:22, 72:13, 72:21, 72:24, 73:2, 79:14, 80:3, 81:21, 82:7, 83:6, 83:12, 83:22, 84:16, 88:23, 88:25, 89:2, 89:8, 89:13, 89:21, 101:3, 101:10, 103:15, 103:17, 104:3, 104:9, 105:2, 118:5, 118:20, 121:12, 121:13, 121:21, 178:20, 190:5, 197:14, 204:16, 210:24, 211:2, 211:8, 217:5, 221:4, 222:5, 222:6, 223:13, 223:20, 224:3, 224:7, 224:15, 224:25, 225:8
Danny [2] - 56:6, 73:15
date [5] - 7:11, 50:22, 74:17, 164:21, 179:4
dated [1] - 164:12
dates [1] - 44:2
daughters [1] - 16:16
DAVID [1] - 1:8
David [29] - 3:11, 15:12, 27:18, 29:14, 29:18, 29:23, 29:24,

33:19, 52:18, 152:8, 152:13, 152:15, 152:21, 153:2, 153:7, 154:8, 161:8, 161:10, 166:10, 167:22, 168:4, 206:2, 206:11, 206:22, 207:9, 208:7, 229:25, 232:7, 233:21

**David's** [3] - 207:14, 207:16, 208:9

**day-to-day** [2] - 49:20, 69:18

**days** [6] - 40:13, 80:4, 81:23, 100:6, 157:25, 173:19

**deal** [5] - 22:11, 30:5, 30:12, 86:20, 117:4

**deal's** [1] - 80:17

**dealer** [1] - 199:6

**Dealer** [1] - 199:10

**dealership** [24] - 19:12, 21:7, 22:19, 28:19, 41:19, 42:9, 50:11, 51:22, 54:14, 62:10, 62:12, 80:21, 106:7, 140:6, 140:17, 141:3, 141:21, 143:4, 167:3, 172:23, 173:2, 173:6, 195:20, 197:19

**dealerships** [85] - 21:14, 22:12, 28:23, 30:6, 30:13, 31:6, 31:16, 32:8, 40:24, 50:16, 52:12, 52:14, 52:23, 53:2, 53:20, 53:25, 54:8, 54:23, 55:7, 56:24, 57:2, 57:7, 57:13, 57:23, 59:8, 59:14, 59:15, 59:21, 59:23, 60:3, 60:6, 60:10, 60:14, 60:21, 60:25, 61:9, 68:15, 72:5, 72:8, 72:10, 81:15, 88:8, 88:9, 134:16, 134:17, 134:21, 134:24, 135:10, 136:3, 136:8, 140:21, 141:23, 143:16, 143:18, 143:22, 143:24, 143:25, 144:5, 144:6, 144:9, 169:21, 170:13, 171:6, 172:17, 173:14, 173:20,

173:23, 183:21, 185:17, 187:3, 187:9, 190:10, 194:17, 194:24, 195:12, 195:19, 200:21, 209:15, 210:3, 210:6, 218:18, 222:4, 231:11, 232:15, 232:18

**Dealertrack** [12] - 196:8, 196:10, 196:11, 196:19, 196:21, 197:2, 197:4, 197:7, 197:10, 197:21, 198:7

**dealing** [3] - 25:11, 102:7, 186:21

**deals** [3] - 73:18, 87:9, 87:16

**dealt** [5] - 22:24, 30:16, 31:5, 89:14, 89:15

**Deanna** [1] - 170:7

**death** [4] - 30:3, 206:12, 206:23, 229:25

**debit** [3] - 86:15, 86:24, 87:5

**debits** [1] - 87:11

**deceased** [1] - 206:3

**decided** [1] - 148:2

**decision** [5] - 20:21, 118:3, 146:23, 148:17, 191:24

**decisions** [1] - 101:22

**declare** [1] - 6:13

**defendant** [3] - 92:2, 92:6, 92:19

**Defendant** [2] - 4:4, 4:7

**DEFENDANT'S** [1] - 236:23

**Defendant's** [1] - 7:8

**Defendants** [5] - 1:20, 3:9, 3:17, 176:8, 202:3

**defendants** [1] - 175:17

**define** [1] - 178:4

**definition** [1] - 46:23

**degree** [1] - 10:17

**delayed** [1] - 75:14

**delete** [2] - 44:10, 44:14

**deliver** [1] - 199:17

**delivered** [2] - 69:19, 87:10

**delivery** [2] - 86:23,

87:5

**demand** [1] - 94:4

**DEO** [2] - 1:13

**Deo** [90] - 3:17, 4:11, 4:12, 55:20, 55:23, 64:12, 64:14, 64:18, 65:2, 65:21, 72:17, 83:9, 88:25, 101:3, 103:21, 104:2, 104:7, 104:18, 109:8, 111:20, 111:22, 118:2, 118:6, 118:20, 119:18, 119:19, 119:25, 120:15, 120:21, 121:16, 121:18, 123:4, 123:9, 123:22, 124:2, 124:17, 150:6, 150:14, 157:23, 158:20, 158:24, 159:4, 159:10, 162:5, 175:16, 178:21, 178:22, 180:8, 181:10, 184:11, 184:13, 185:14, 187:2, 187:24, 190:6, 190:8, 190:9, 191:2, 193:11, 193:25, 194:2, 194:8, 194:23, 197:14, 198:2, 198:20, 209:13, 213:21, 214:2, 215:8, 215:22, 216:4, 216:8, 216:20, 218:7, 218:13, 218:23, 219:5, 219:9, 219:17, 219:20, 220:5, 221:19, 225:2, 225:4, 226:4, 226:17, 231:4, 236:14

**Deo's** [11] - 106:15, 107:21, 109:22, 110:9, 179:14, 179:24, 193:16, 193:18, 201:8, 215:18, 216:22

**Deos** [18] - 112:13, 114:13, 114:25, 115:7, 115:19, 156:22, 156:25, 157:5, 157:8, 157:12, 175:18, 179:20, 194:14, 201:4, 201:20, 227:24, 228:11,

229:4

**Deowoo** [1] - 17:11

**department** [2] - 156:25, 208:17

**deposed** [5] - 156:4, 156:10, 182:3, 182:5, 182:9

**deposit** [21] - 85:21, 86:7, 86:10, 86:12, 86:14, 86:20, 86:21, 86:25, 87:3, 87:7, 87:17, 87:20, 88:8, 88:13, 88:18, 89:3, 89:20, 121:23, 122:7, 223:6, 223:17

**deposited** [8] - 73:6, 82:9, 191:24, 193:19, 193:22, 218:5, 223:4, 223:15

**deposition** [20] - 5:8, 5:15, 6:8, 6:9, 7:24, 34:11, 90:14, 91:7, 91:20, 155:24, 156:2, 156:7, 163:21, 169:11, 177:21, 180:6, 182:2, 183:18, 237:11, 237:13

**Deposition** [2] - 6:2, 235:9

**deposits** [10] - 32:2, 44:3, 44:6, 44:7, 73:19, 87:9, 121:22, 122:9, 218:5, 223:8

**depth** [1] - 94:11

**describe** [2] - 85:7, 208:11

**described** [2] - 163:21, 232:6

**describing** [1] - 109:21

**desire** [1] - 229:20

**desk** [2] - 136:18, 215:19

**detailed** [1] - 31:14

**details** [1] - 131:14

**determination** [1] - 70:3

**determine** [2] - 147:25, 148:16

**device** [1] - 204:6

**Dibre** [1] - 27:2

**died** [3] - 152:15, 154:8, 230:2

**difference** [2] - 147:21, 158:22

**differences** [1] - 215:4

**different** [13] - 69:22, 82:13, 85:11, 99:15, 107:13, 119:20,

121:15, 123:19, 146:16, 160:11, 174:22, 196:16, 215:15

**differently** [1] - 30:18

**difficulty** [1] - 164:14

**dinner** [1] - 214:17

**direct** [1] - 147:6

**directing** [1] - 177:5

**direction** [1] - 167:11

**DIRECTIONS** [1] - 236:8

**directions** [5] - 60:19, 60:22, 60:23, 61:4, 70:15

**disagree** [1] - 188:7

**disagreed** [1] - 188:5

**disapproved** [1] - 142:2

**disclose** [1] - 90:17

**discover** [3] - 75:7, 120:12, 220:22

**discovered** [2] - 75:20, 220:4

**discovery** [1] - 75:4

**discuss** [6] - 47:20, 93:4, 103:14, 215:21, 216:3, 216:19

**discussed** [2] - 91:22, 162:22

**discussing** [3] - 109:3, 124:8, 213:11

**discussion** [4] - 124:16, 148:20, 150:20, 189:6

**discussions** [3] - 124:3, 156:17, 226:24

**dispute** [4] - 155:13, 182:16, 183:3, 183:11

**disqualify** [1] - 173:6

**distance** [1] - 174:9

**distributions** [1] - 133:16

**District** [1] - 186:17

**district** [1] - 157:4

**DISTRICT** [2] - 1:2, 1:3

**diverted** [1] - 82:3

**DLA** [1] - 1:18

**DMV** [8] - 78:13, 192:14, 192:21, 192:25, 198:11, 198:14, 198:25, 201:14

**DOCUMENT** [1] - 236:11

**document** [5] - 92:4, 92:7, 116:10,

165:15, 170:2
**documents** [21] - 30:25, 31:2, 114:23, 136:11, 137:18, 137:20, 137:22, 138:5, 139:9, 140:11, 140:14, 142:22, 165:2, 176:17, 176:22, 177:25, 178:4, 178:12, 178:14, 184:3, 189:24
**Dodge** [56] - 18:13, 18:15, 18:18, 18:25, 19:8, 19:16, 19:21, 19:25, 20:13, 20:14, 20:24, 23:14, 24:25, 28:12, 28:16, 29:11, 30:2, 30:23, 33:13, 37:24, 38:23, 39:23, 45:12, 46:3, 46:8, 52:10, 52:19, 53:13, 53:24, 54:17, 56:23, 57:3, 57:9, 58:12, 58:14, 58:19, 58:24, 59:25, 60:8, 61:23, 66:21, 66:25, 68:5, 68:17, 72:2, 87:22, 88:5, 88:12, 141:4, 141:18, 143:2, 143:4, 171:11, 229:17, 229:20, 231:5
**Dodge's** [1] - 41:22
**dollar** [7] - 95:13, 145:16, 206:18, 221:15, 222:11, 222:25, 232:14
**dollars** [25] - 72:14, 73:4, 74:5, 82:8, 94:5, 94:9, 144:22, 145:3, 145:20, 146:21, 151:16, 152:5, 160:18, 162:6, 162:15, 172:24, 180:17, 191:20, 200:18, 211:14, 213:18, 222:11, 227:25, 228:12, 230:20
**done** [9] - 34:14, 59:24, 60:11, 60:20, 76:6, 80:14, 89:20, 103:4, 195:18
**Doris** [1] - 105:6
**down** [6] - 8:17, 66:3, 118:24, 123:2, 174:16, 174:20
**downs** [1] - 173:18
**dropped** [2] - 223:9,

223:12
**drugs** [1] - 43:10
**due** [3] - 160:23, 199:6, 216:15
**duly** [2] - 7:5, 237:12
**during** [31] - 15:14, 27:21, 36:6, 64:15, 70:15, 80:9, 82:2, 82:10, 88:19, 92:3, 92:13, 99:9, 100:15, 102:22, 103:20, 105:14, 105:18, 134:6, 136:3, 144:22, 145:4, 154:10, 157:25, 172:9, 173:9, 173:15, 173:24, 180:6, 200:7, 200:14, 233:5
**duties** [7] - 16:6, 24:19, 28:15, 31:15, 32:8, 32:10, 58:11
**Dwight** [2] - 3:17, 157:18
**DWIGHT** [1] - 1:14
**DYKMAN** [1] - 4:7

## E

**e-mail** [58] - 30:20, 30:25, 72:13, 72:18, 73:3, 79:14, 80:2, 81:21, 100:11, 100:22, 101:5, 101:10, 101:11, 103:2, 103:21, 104:12, 108:12, 110:13, 116:13, 116:18, 116:21, 117:2, 122:25, 124:21, 124:24, 125:7, 126:7, 126:16, 126:24, 128:18, 128:20, 128:23, 128:24, 129:4, 129:8, 129:9, 129:11, 129:14, 129:19, 129:25, 130:6, 130:9, 132:13, 132:16, 132:20, 158:13, 158:24, 159:6, 164:11, 164:13, 164:15, 164:21, 165:2, 165:4, 187:14, 208:25, 217:12
**e-mailed** [5] - 104:17, 105:3, 121:12, 121:22, 158:13

**E-mails** [1] - 7:9
**e-mails** [22] - 30:22, 100:23, 102:5, 103:25, 104:5, 128:3, 132:8, 177:23, 178:10, 178:17, 178:20, 178:21, 178:22, 178:24, 179:5, 181:16, 221:18, 224:25, 226:13, 226:23
**Earle** [1] - 4:8
**earth** [1] - 129:15
**EASTERN** [1] - 1:3
**education** [3] - 11:17, 11:20, 12:9
**effect** [2] - 5:19, 154:17
**effected** [1] - 192:8
**eight** [3] - 67:6, 135:15, 136:2
**either** [14] - 10:18, 69:2, 73:19, 99:21, 101:6, 103:15, 105:8, 124:18, 137:6, 180:6, 189:19, 197:16, 218:24, 219:21
**elaborate** [1] - 177:14
**electricity** [2] - 41:12, 169:9
**electronic** [1] - 204:5
**eligible** [1] - 173:3
**Elizabeth** [3] - 155:18, 155:19, 182:20
**Ellen** [9] - 21:2, 21:11, 96:14, 96:16, 96:17, 96:18, 96:21, 97:6, 108:22
**elsewhere** [1] - 82:4
**emails** [2] - 236:15, 236:24
**EMANUEL** [1] - 3:6
**Emmanuel** [8] - 154:12, 154:15, 154:17, 155:23, 163:6, 163:14, 164:11, 212:22
**employee** [5] - 137:25, 138:19, 155:13, 155:16, 182:15
**employees** [5] - 75:14, 172:2, 172:8, 173:8, 181:2
**employment** [2] - 183:2, 183:9
**Emporium** [4] - 166:20, 167:18, 168:19, 168:22

**empty** [1] - 42:10
**encounter** [1] - 50:15
**end** [4] - 126:9, 198:16, 230:6, 230:7
**ended** [1] - 228:2
**ending** [1] - 192:22
**enforcement** [1] - 156:18
**entail** [1] - 201:16
**entities** [4] - 66:16, 66:17, 66:19, 66:21
**entity** [6] - 57:16, 57:20, 58:14, 58:22, 165:19, 207:21
**entries** [4] - 86:15, 86:17, 178:9, 223:16
**entry** [2] - 219:4, 219:7
**escrow** [2] - 159:21, 160:16
**ESQ** [5] - 3:6, 3:14, 3:23, 4:3, 4:9
**ESTATE** [1] - 1:7
**estate** [5] - 22:21, 22:22, 29:22, 29:24, 52:18
**Estate** [1] - 3:11
**eventually** [6] - 73:13, 74:6, 74:12, 74:17, 96:10, 128:3
**everyday** [2] - 52:4, 82:20
**exact** [5] - 14:10, 17:20, 95:24, 102:23, 180:15
**exactly** [8] - 15:3, 74:16, 149:14, 158:18, 158:23, 173:12, 200:25, 220:25
**examination** [3] - 6:6, 183:20, 234:21
**Examination** [1] - 2:3
**EXAMINATION** [4] - 7:13, 175:12, 213:8, 236:3
**examined** [1] - 7:7
**examples** [1] - 201:17
**except** [1] - 5:10
**exception** [1] - 100:11
**exchanges** [1] - 108:13
**excited** [1] - 219:11
**execute** [1] - 187:18
**Exhibit** [2] - 7:8, 127:20
**exhibition** [1] - 213:2
**exhibits** [1] - 226:2
**EXHIBITS** [1] - 236:19
**exist** [1] - 17:16

**expect** [1] - 87:3
**experience** [2] - 87:21, 185:23
**experienced** [1] - 98:12
**experiences** [1] - 32:7
**expire** [2] - 230:12, 230:15
**expired** [1] - 199:6
**explain** [2] - 30:18, 194:20
**expressed** [2] - 124:5, 124:7
**extent** [3] - 171:21, 179:3, 179:9
**external** [5] - 205:4, 205:5, 205:8, 205:9, 212:11
**eye** [2] - 65:5, 104:2
**eyes** [1] - 36:20

## F

**F&I** [3] - 196:12, 196:19, 197:7
**faced** [1] - 134:2
**fact** [5] - 89:3, 150:13, 174:19, 209:12, 227:3
**fair** [13] - 12:4, 28:18, 29:7, 29:8, 40:15, 50:12, 50:14, 129:23, 159:5, 161:2, 196:18, 196:20, 230:2
**fairly** [1] - 31:14
**faked** [1] - 140:15
**familiar** [2] - 95:17, 183:25
**families** [10] - 14:3, 25:13, 26:10, 27:20, 27:23, 32:17, 32:24, 33:9, 33:14, 33:23
**family** [10] - 34:2, 37:23, 38:4, 38:8, 123:13, 123:15, 183:21, 194:9, 194:24, 202:18
**far** [9] - 27:11, 29:25, 44:17, 65:20, 87:16, 118:14, 126:6, 128:7, 204:25
**fashion** [1] - 154:12
**FBI** [5] - 98:20, 156:20, 195:2, 195:5, 195:7
**feature** [2] - 100:3, 208:14
**FEDERAL** [1] - 5:2
**federal** [2] - 134:7,

174:3
**fee** [1] - 231:8
**fees** [8] - 200:8, 200:9, 200:25, 201:11, 201:13, 201:15, 227:25, 233:3
**feet** [1] - 174:10
**few** [11] - 28:21, 49:12, 104:22, 138:2, 141:5, 141:8, 154:20, 175:5, 175:9, 175:19, 185:22
**Fiat** [4] - 68:13, 134:25, 135:4, 135:6
**figure** [2] - 76:3, 217:22
**file** [3] - 100:11, 107:12, 208:25
**filed** [15] - 106:25, 107:2, 107:5, 107:25, 128:9, 196:4, 225:21, 226:3, 226:7, 226:9, 227:3, 227:6, 227:13, 227:18
**filing** [4] - 5:6, 226:12, 226:21, 226:24
**fill** [2] - 139:8, 196:14
**finance** [4] - 11:3, 15:18, 73:20, 196:13
**finances** [1] - 20:18
**financial** [5] - 15:23, 172:11, 172:18, 172:21, 188:21
**fine** [1] - 95:14
**finish** [4] - 118:25, 202:23, 216:13, 216:14
**finished** [1] - 71:12
**finishing** [1] - 203:6
**fired** [2] - 64:14, 67:17
**firing** [1] - 65:16
**firm** [20] - 21:8, 21:10, 21:13, 89:7, 89:10, 89:13, 97:14, 97:17, 97:21, 107:13, 107:16, 107:18, 107:21, 107:22, 107:24, 108:6, 133:2, 163:13, 163:15, 176:5
**firms** [1] - 126:8
**first** [23] - 7:5, 12:12, 12:23, 13:19, 15:14, 15:16, 34:23, 35:8, 45:25, 50:19, 82:14, 126:24, 146:3, 156:6, 158:10, 162:24, 182:8,

182:13, 182:15, 189:4, 191:6, 228:21, 229:4
**firsthand** [7] - 84:23, 84:25, 214:5, 214:12, 214:20, 215:7, 216:6
**fishing** [1] - 212:25
**Fisk** [1] - 3:12
**FISK** [1] - 1:10
**five** [12] - 39:9, 39:11, 39:13, 71:9, 90:3, 180:16, 213:18, 221:15, 222:10, 222:11, 222:13, 222:25
**floor** [6] - 21:17, 181:7, 188:17, 200:11, 216:15, 221:22
**Floor** [1] - 3:22
**flow** [2] - 75:5, 120:13
**Flushing** [1] - 4:7
**focus** [1] - 36:16
**folders** [1] - 165:3
**follow** [17] - 50:17, 50:24, 51:3, 51:4, 51:21, 60:19, 60:22, 61:3, 81:9, 81:24, 119:4, 119:21, 175:5, 175:6, 175:9, 175:19, 212:20
**follow-up** [1] - 175:19
**followed** [1] - 118:18
**follows** [1] - 7:7
**FOR** [2] - 236:20, 236:23
**force** [1] - 5:18
**Forget** [4] - 94:22, 95:3, 95:6, 95:18
**forgiven** [10] - 142:13, 142:16, 153:21, 153:24, 154:3, 154:6, 171:15, 171:18, 172:7, 207:19
**forgiveness** [19] - 142:21, 153:8, 153:18, 154:7, 161:6, 161:9, 161:16, 161:23, 162:3, 164:3, 164:8, 168:5, 172:13, 172:16, 172:19, 173:3, 173:7, 207:17, 208:5
**form** [19] - 5:11, 30:15, 47:24, 51:24, 59:6, 82:13, 85:7, 114:17, 131:18, 163:10,

163:23, 164:6, 165:9, 167:21, 170:2, 172:21, 202:5, 227:8, 228:24
**formal** [1] - 184:21
**formerly** [1] - 177:11
**forth** [1] - 237:12
**forward** [2] - 34:25, 35:25
**forwarded** [3] - 93:13, 159:6, 221:3
**forwarding** [2] - 136:12, 136:14
**four** [22] - 18:7, 18:20, 19:17, 19:19, 29:12, 53:14, 53:25, 54:14, 54:24, 57:8, 60:7, 72:5, 110:4, 110:16, 112:23, 130:23, 131:2, 131:10, 131:20, 189:4, 190:12, 190:14
**franchise** [1] - 18:12
**Frank** [2] - 62:5, 108:24
**fraud** [7] - 94:16, 95:14, 95:19, 98:20, 100:2, 102:9, 208:13
**fraudulent** [1] - 101:15
**free** [1] - 177:14
**friend** [2] - 25:20, 26:13
**friend's** [1] - 25:21
**friendly** [1] - 154:11
**friends** [1] - 25:23
**front** [3] - 40:4, 45:15, 214:10
**fulfill** [1] - 61:8
**fulfilled** [1] - 61:10
**full** [3] - 78:14, 78:16, 81:18
**full-time** [1] - 81:18
**function** [7] - 185:11, 186:11, 189:18, 195:10, 195:14, 209:4, 210:20
**functions** [1] - 210:14
**fund** [1] - 153:3
**funded** [2] - 80:18, 224:24
**funding** [4] - 49:11, 69:20, 197:9, 211:12
**funds** [23] - 121:7, 121:16, 134:6, 134:11, 134:14, 134:19, 135:12, 135:19, 136:4, 136:9, 137:9, 140:20, 141:21,

142:3, 142:8, 142:12, 142:16, 161:7, 163:8, 163:20, 171:4, 181:15, 223:3
**FURNISHED** [1] - 236:17
**FURTHER** [3] - 5:9, 5:14, 213:8

## G

**game** [1] - 113:4
**Garden** [1] - 7:20
**gather** [2] - 136:10, 138:8
**gathered** [5] - 136:16, 137:14, 137:20, 189:21, 189:23
**gathering** [1] - 136:20
**general** [26] - 33:6, 48:23, 49:4, 49:8, 50:20, 51:13, 51:17, 51:18, 72:25, 88:16, 118:4, 119:17, 167:16, 178:9, 179:18, 179:21, 179:22, 194:4, 196:14, 202:13, 207:24, 210:9, 212:5, 212:11, 217:13, 223:10
**general's** [1] - 157:8
**gentleman** [2] - 54:2, 95:5
**gentlemen** [3] - 53:15, 54:24, 95:10
**Giodano** [2] - 138:15, 138:16
**given** [12] - 51:11, 55:12, 58:2, 77:11, 77:21, 78:3, 78:10, 133:19, 187:11, 197:6, 235:13, 237:14
**GM** [1] - 51:6
**GMC** [3] - 67:5, 67:12, 135:24
**Gold** [6] - 3:18, 3:19, 3:19, 3:20, 3:20
**GOLD** [6] - 1:15, 1:15, 1:16, 1:16, 1:17
**Gonzalez** [1] - 138:22
**government** [4] - 134:7, 139:11, 174:3, 207:18
**grabbing** [1] - 94:19
**granddaughter** [1] - 150:17
**Greater** [1] - 199:10

**Group** [69] - 3:19, 52:6, 57:17, 57:21, 58:5, 58:6, 61:25, 62:8, 62:21, 63:2, 63:8, 63:14, 63:23, 64:3, 66:2, 66:7, 66:12, 66:15, 66:22, 66:23, 66:24, 68:6, 68:19, 88:7, 88:13, 97:21, 98:9, 99:3, 99:5, 106:12, 107:23, 108:4, 108:6, 133:4, 134:15, 134:18, 134:22, 134:25, 135:11, 135:16, 137:12, 138:6, 138:14, 140:7, 140:20, 141:7, 141:20, 141:23, 142:25, 143:20, 144:5, 144:6, 154:24, 155:8, 169:5, 183:20, 208:2, 209:6, 212:14, 213:13, 228:12, 231:10, 231:24, 232:7, 232:15, 232:21, 232:25, 233:3, 233:10
**GROUP** [2] - 1:16, 3:16
**group** [1] - 226:19
**grunts** [1] - 8:16
**guess** [3] - 30:15, 56:12, 223:7
**guidance** [1] - 174:16
**guidelines** [3] - 173:25, 174:5, 174:17
**guys** [1] - 10:2

## H

**half** [9] - 78:17, 79:8, 80:20, 81:15, 83:20, 99:9, 102:22, 127:6, 223:24
**hand** [2] - 214:16, 237:22
**handle** [2] - 69:18, 186:4
**handling** [3] - 158:14, 158:19, 158:20
**handwriting** [2] - 170:4, 170:24
**handwritten** [1] - 170:3
**happy** [2] - 8:8, 9:10

**harry** [2] - 113:15, 118:25
**HARRY** [2] - 1:13, 4:3
**Harry** [1] - 7:23
**head** [4] - 8:15, 51:18, 67:16, 71:19
**headquarters** [1] - 41:23
**health** [1] - 43:16
**heard** [11] - 57:16, 72:7, 95:21, 159:16, 159:19, 162:7, 162:19, 184:13, 184:15, 186:19, 190:21
**hearing** [1] - 193:12
**Heinz** [4] - 13:19, 13:23, 13:25
**held** [6] - 73:5, 73:6, 73:16, 73:24, 98:7, 217:7
**hello** [1] - 154:15
**help** [24] - 56:6, 56:18, 69:16, 69:25, 70:5, 70:22, 84:10, 84:13, 117:21, 138:3, 147:24, 148:6, 148:15, 158:5, 158:7, 164:3, 164:16, 164:23, 165:4, 165:6, 168:13, 186:6, 199:14, 230:3
**helped** [4] - 135:12, 138:17, 163:24, 164:8
**helping** [13] - 74:20, 74:25, 76:19, 81:13, 95:4, 95:6, 95:8, 95:23, 102:23, 138:7, 210:22, 223:24, 229:5
**HEREBY** [1] - 5:3
**hereby** [2] - 235:7, 237:9
**herein** [2] - 5:5, 7:4
**hereinbefore** [1] - 237:11
**hereunto** [1] - 237:22
**Herwinkle** [1] - 25:22
**HIGHWAY** [1] - 1:6
**Highway** [5] - 3:9, 4:4, 166:7, 193:11, 231:7
**Hillside** [1] - 170:12
**himself** [1] - 209:14
**hired** [1] - 108:8
**hit** [3] - 95:14, 214:10, 214:19
**hold** [1] - 224:20
**holding** [6] - 58:7,

72:16, 121:13, 121:14, 211:16, 215:14
**holds** [2] - 57:23, 74:2
**home** [2] - 92:9, 214:17
**honest** [1] - 8:25
**Hong** [1] - 9:15
**honor** [1] - 74:10
**hour** [1] - 127:6
**hourly** [1] - 200:22
**hours** [2] - 43:11, 90:2
**HR** [3] - 138:7, 138:11, 138:12
**huge** [2] - 75:5, 75:21
**hum** [2] - 23:16, 132:7
**hundreds** [1] - 234:7
**husband** [1] - 9:18
**husband's** [1] - 39:17
**HWY** [1] - 1:19
**HYLAN** [6] - 1:8, 1:8, 1:9, 1:9, 1:10
**Hylan** [1] - 3:11
**hypothetically** [2] - 214:8, 227:17
**Hyundai** [10] - 27:8, 27:16, 27:21, 28:7, 29:13, 32:16, 53:6, 54:17, 67:3, 67:11

## I

**I.D** [2] - 236:20, 236:23
**IAG** [17] - 143:17, 143:24, 163:2, 176:7, 177:17, 179:13, 185:12, 185:16, 194:9, 194:16, 194:23, 199:20, 201:4, 202:18, 207:23, 208:2, 228:11
**IAG's** [1] - 162:16
**idea** [6] - 44:17, 44:20, 113:14, 179:21, 179:22, 180:7
**identification** [1] - 7:10
**identified** [2] - 52:16, 91:8
**identify** [1] - 32:5
**imagine** [3] - 149:7, 150:9, 196:25
**immediate** [1] - 33:4
**immediately** [2] - 121:9, 221:2
**impact** [1] - 43:12
**impermissibly** [1] - 225:5

**impression** [2] - 131:16, 131:21
**improper** [11] - 120:6, 120:16, 120:22, 120:24, 121:4, 191:17, 219:4, 219:8, 220:7, 220:12, 220:15
**IN** [1] - 237:21
**in-person** [1] - 46:13
**inaccurate** [3] - 112:21, 114:3, 114:4
**Inc** [2] - 3:4, 3:18
**INC** [3] - 1:5, 1:15, 1:18
**incident** [1] - 144:23
**include** [3] - 29:17, 102:25, 134:24
**included** [2] - 29:14, 216:22
**includes** [1] - 32:10
**including** [2] - 40:21, 135:9
**income** [3] - 31:7, 137:25, 173:11
**incoming** [1] - 65:5
**incorrect** [8] - 129:15, 129:19, 129:21, 130:3, 130:5, 130:9, 130:14, 130:17
**Index** [1] - 1:12
**indicate** [9] - 6:20, 32:22, 111:20, 112:13, 114:2, 114:13, 114:25, 115:4, 115:18
**indicated** [4] - 73:3, 115:7, 115:10, 187:23
**indicates** [1] - 168:14
**indicating** [3] - 71:18, 102:19, 188:25
**indication** [2] - 188:6, 189:7
**indictment** [1] - 186:16
**individual** [2] - 175:17, 222:3
**individually** [3] - 53:19, 54:5, 54:7
**individuals** [1] - 233:11
**industries** [2] - 22:15, 22:23
**industry** [12] - 12:3, 12:7, 12:10, 12:13, 12:16, 12:24, 14:6, 21:25, 22:6, 22:17, 42:16, 59:4
**inform** [1] - 73:15

**information** [15] - 124:25, 161:20, 163:13, 187:15, 187:18, 189:21, 195:7, 208:18, 214:6, 214:12, 214:21, 214:22, 215:7, 216:7, 220:22
**INFORMATION** [1] - 236:17
**informed** [1] - 73:15
**informing** [1] - 165:11
**initial** [1] - 164:24
**initiated** [5] - 160:4, 160:8, 160:22, 192:12, 192:16
**initiating** [1] - 160:23
**insane** [1] - 35:10
**instances** [2] - 35:12, 36:13
**institution** [1] - 139:20
**instruct** [1] - 162:11
**instructed** [2] - 159:20, 159:22
**instruction** [3] - 51:5, 76:2, 120:16
**instructions** [9] - 51:4, 61:4, 72:16, 72:25, 118:17, 118:19, 119:20, 119:21, 217:14
**insufficient** [1] - 181:14
**insurance** [1] - 158:17
**intended** [1] - 123:5
**interest** [18] - 29:25, 53:22, 54:2, 54:8, 54:24, 57:9, 59:3, 59:8, 59:11, 59:16, 60:8, 66:16, 99:6, 112:4, 124:5, 124:18, 141:5, 141:8
**interested** [6] - 54:9, 162:21, 162:23, 215:10, 218:2, 237:19
**interests** [1] - 55:6
**internal** [5] - 160:5, 160:24, 204:25, 205:13, 212:11
**inventory** [6] - 15:21, 31:25, 49:25, 69:14, 69:21, 158:3
**investigation** [2] - 195:3, 217:25
**investment** [1] - 210:2
**invoices** [1] - 138:20
**involve** [2] - 52:13, 57:2
**involved** [10] - 22:11,

22:20, 109:20, 109:25, 134:9, 137:7, 143:25, 183:6, 195:6, 210:17
**involvement** [2] - 162:17, 162:25
**involves** [2] - 52:11, 59:20
**involving** [7] - 95:19, 101:25, 108:15, 117:2, 134:2, 156:21, 220:5
**IOLTA** [1] - 163:3
**Iris** [1] - 3:10
**IRIS** [1] - 1:7
**IS** [3] - 5:3, 5:9, 5:14
**island** [1] - 28:12
**ISLAND** [1] - 1:11
**Island** [153] - 3:12, 27:8, 27:10, 27:15, 27:20, 28:7, 28:16, 29:10, 29:13, 30:2, 30:22, 32:16, 33:12, 37:24, 38:22, 39:22, 41:22, 42:3, 44:8, 45:12, 46:2, 46:7, 51:22, 52:5, 52:9, 52:19, 53:5, 53:6, 53:7, 53:13, 53:24, 56:23, 57:2, 57:8, 57:17, 57:21, 57:23, 58:5, 58:6, 58:11, 58:13, 58:19, 58:23, 59:25, 60:7, 61:7, 61:23, 61:25, 62:8, 62:10, 62:21, 63:2, 63:8, 63:14, 63:23, 64:2, 66:2, 66:6, 66:12, 66:15, 66:20, 66:22, 66:23, 66:24, 66:25, 67:2, 67:3, 67:4, 67:5, 67:9, 67:10, 67:11, 67:12, 68:5, 68:6, 68:13, 68:17, 68:19, 71:25, 87:22, 88:5, 88:7, 88:11, 88:12, 97:21, 98:8, 99:5, 106:12, 107:22, 108:4, 108:6, 124:13, 133:4, 134:15, 134:18, 134:20, 134:21, 134:24, 135:6, 135:11, 135:16, 135:23, 135:24, 137:12, 138:6, 138:14, 140:7, 140:20, 141:6, 141:20, 141:22, 142:24,

143:20, 144:14, 154:23, 155:7, 169:4, 180:2, 183:20, 192:13, 192:19, 192:21, 193:5, 208:2, 209:6, 212:14, 213:12, 229:17, 229:19, 231:4, 231:10, 231:23, 232:7, 232:15, 232:18, 232:21, 232:24, 233:3, 233:10
**Island's** [1] - 193:3
**Islands** [1] - 68:9
**issue** [4] - 30:16, 144:20, 195:12, 195:19
**issued** [2] - 100:6, 174:2
**issues** [14] - 43:16, 49:11, 49:12, 49:17, 49:22, 56:8, 69:9, 69:11, 69:14, 79:13, 79:18, 95:18, 123:15, 211:12
**IT** [3] - 5:3, 5:9, 5:14
**items** [6] - 49:22, 49:23, 50:2, 110:4, 190:12, 190:14
**itself** [1] - 161:25

## J

**J.P** [1] - 1:18
**Jamaica** [2] - 3:5, 3:5
**Jeep** [44] - 28:12, 28:16, 29:11, 30:2, 30:23, 33:13, 37:24, 38:22, 39:23, 41:22, 45:12, 46:2, 46:8, 52:10, 52:19, 53:13, 53:24, 54:17, 56:23, 57:3, 57:9, 58:11, 58:14, 58:19, 58:24, 59:25, 60:8, 61:23, 66:21, 66:25, 68:5, 68:17, 72:2, 87:22, 88:5, 88:12, 141:4, 141:17, 143:2, 143:3, 171:11, 229:17, 229:19, 231:5
**Jeff** [2] - 175:6, 175:14
**JEFFREY** [1] - 3:23
**Jeffrey** [3] - 90:23, 90:25, 91:14
**Jennifer** [2] - 104:23, 197:16
**Jennings** [1] - 170:7

**Jersey** [3] - 140:17, 143:4, 171:10
**Joan** [1] - 89:17
**job** [17] - 12:23, 14:5, 14:17, 15:15, 15:16, 16:24, 24:8, 25:19, 81:18, 88:16, 88:17, 88:22, 88:24, 216:22, 217:2, 217:4, 217:6
**jobs** [2] - 19:3, 19:18
**jog** [1] - 192:10
**JONES** [2] - 1:14, 1:18
**Jones** [14] - 89:16, 89:21, 108:21, 108:22, 116:13, 116:17, 116:22, 124:24, 128:10, 129:16, 132:18, 132:19, 187:15, 187:17
**Jory** [1] - 3:10
**JORY** [1] - 1:7
**josh** [2] - 42:22, 42:25
**Josh** [91] - 27:17, 40:6, 40:12, 40:16, 43:2, 43:5, 43:19, 43:22, 44:5, 44:11, 44:15, 44:18, 44:23, 45:3, 45:7, 45:11, 45:25, 46:6, 46:11, 46:17, 47:3, 47:13, 47:20, 48:12, 49:5, 50:3, 50:11, 50:16, 69:7, 70:13, 70:14, 70:18, 77:15, 77:17, 79:16, 109:22, 110:13, 111:3, 111:7, 117:8, 117:9, 117:19, 117:24, 118:12, 118:17, 119:14, 119:16, 119:19, 120:7, 120:13, 120:17, 121:10, 121:11, 122:13, 124:23, 125:14, 125:21, 125:22, 126:9, 126:12, 126:21, 127:7, 132:3, 133:3, 148:21, 148:25, 149:3, 149:22, 150:18, 150:24, 151:8, 151:15, 151:18, 151:24, 159:25, 160:6, 160:7, 160:25, 169:6, 170:23, 187:12, 188:20, 188:24, 189:7,

191:10, 194:9, 207:9, 226:19, 232:8, 233:20, 236:12
**Josh's** [2] - 127:11, 229:20
**Josh/Marcello** [1] - 236:13
**JOSHUA** [1] - 1:6
**Joshua** [1] - 3:10
**JPMorgan** [1] - 78:2
**judge** [1] - 147:7
**judgments** [1] - 83:22
**July** [1] - 197:17
**June** [2] - 153:23, 230:2

## K

**K-1** [8] - 133:9, 133:10, 133:12, 133:17, 187:8, 187:21, 195:16, 195:24
**K-1s** [6] - 55:18, 55:19, 55:22, 55:25, 188:25, 195:11
**KATAEV** [8] - 3:6, 6:23, 163:9, 163:22, 164:5, 165:8, 212:23, 213:5
**Kataev** [8] - 154:12, 154:17, 163:6, 164:11, 176:4, 176:9, 176:12, 177:12
**Kataev's** [1] - 179:14
**Kathy** [1] - 62:16
**Kayer** [2] - 105:8, 105:11
**keep** [7] - 31:24, 31:25, 32:2, 34:9, 65:5, 104:2, 173:8
**keeping** [1] - 32:10
**keeps** [1] - 35:12
**kept** [2] - 172:8, 172:9
**KERA** [1] - 21:5
**Kera** [20] - 21:2, 21:5, 21:11, 21:23, 22:7, 22:16, 22:25, 23:12, 24:3, 24:6, 24:9, 96:14, 96:16, 96:17, 96:19, 96:22, 97:2, 97:6, 97:10, 108:23
**ketchup** [1] - 13:23
**key** [1] - 167:2
**Khan** [3] - 3:10, 166:10, 232:8
**KHAN** [1] - 1:7
**KIA** [3] - 53:5, 61:7,

67:10
**kind** [3] - 31:6, 31:21, 94:16
**knowing** [3] - 54:9, 162:21, 162:23
**knowledge** [26] - 81:5, 84:24, 85:2, 85:9, 100:25, 101:2, 111:16, 112:20, 130:2, 173:3, 173:4, 186:21, 188:23, 197:22, 198:6, 202:9, 206:10, 206:23, 207:20, 214:24, 218:2, 218:4, 218:9, 221:12, 229:3, 229:24
**known** [3] - 82:10, 82:25, 154:19
**Kong** [1] - 9:15
**KWI** [1] - 67:2
**KWUN** [6] - 2:4, 6:3, 235:7, 235:16, 236:4, 237:10
**Kwun** [35] - 7:17, 7:22, 8:6, 9:13, 32:9, 34:9, 35:5, 67:16, 76:16, 83:11, 85:12, 86:6, 90:13, 114:11, 115:16, 116:9, 124:22, 125:4, 133:12, 133:22, 143:16, 144:24, 145:3, 147:12, 153:15, 156:17, 162:6, 172:23, 174:25, 175:14, 213:10, 218:14, 220:2, 227:17, 236:15
**Kwun's** [1] - 44:23

## L

**Labuda** [5] - 163:16, 163:19, 164:2, 164:23, 165:5
**Lancer** [4] - 155:18, 155:19, 155:24, 182:21
**laptop** [1] - 34:24
**LASKARIS** [1] - 237:25
**Laskaris** [3] - 2:5, 237:7, 237:24
**last** [25] - 13:19, 13:24, 25:7, 25:9, 38:5, 41:7, 43:2, 43:11, 48:13, 54:4,

58:22, 59:16, 60:6, 62:20, 64:5, 76:11, 85:24, 105:23, 113:19, 114:18, 130:25, 147:10, 170:16, 188:19, 201:21
**late** [1] - 198:3
**Laurie** [3] - 3:18, 157:15, 175:16
**LAURIE** [1] - 1:14
**law** [4] - 156:18, 163:12, 163:14, 176:4
**LAW** [1] - 3:16
**lawsuit** [3] - 155:20, 155:23, 194:21
**learn** [3] - 158:10, 190:23, 193:15
**learned** [1] - 102:21
**Lease** [2] - 124:14, 144:13
**LEASING** [2] - 1:6, 1:20
**Leasing** [7] - 3:10, 54:18, 63:4, 66:9, 144:12, 211:5
**least** [5] - 10:5, 61:20, 206:18, 214:22, 234:3
**leave** [3] - 64:9, 136:17, 222:21
**ledger** [1] - 178:9
**left** [8] - 19:11, 23:14, 35:13, 36:25, 37:11, 92:9, 131:16, 131:20
**LEGAL** [1] - 3:3
**legal** [5] - 114:17, 168:8, 171:21, 181:23, 184:3
**lender** [1] - 222:18
**lenders** [2] - 196:16, 215:15
**lent** [1] - 74:13
**Lescius** [1] - 165:23
**less** [2] - 39:8, 180:17
**Lester** [1] - 15:10
**LESTER** [1] - 15:11
**letting** [2] - 43:25, 44:2
**Lexington** [1] - 3:13
**LIC** [2] - 1:16, 3:20
**license** [3] - 188:15, 198:11, 198:19
**licensee** [1] - 198:23
**licenses** [1] - 198:14
**lien** [1] - 64:24
**lienholders** [1] - 73:10
**liens** [2] - 65:6, 74:6
**lieu** [1] - 6:11

**life** [1] - 123:6
**limited** [1] - 202:7
**Linda** [4] - 25:22, 25:24, 26:2, 26:9
**LINDEN** [1] - 3:16
**line** [9] - 19:2, 24:21, 26:20, 28:17, 185:23, 193:10, 193:25, 194:3, 203:7
**lines** [1] - 188:17
**Lisa** [2] - 138:15, 138:16
**list** [7] - 31:14, 121:22, 122:15, 134:23, 208:18, 208:23, 221:23
**lists** [1] - 166:10
**LITTLE** [1] - 1:18
**lived** [1] - 13:10
**LLC** [42] - 1:5, 1:6, 1:6, 1:8, 1:8, 1:9, 1:9, 1:10, 1:10, 1:11, 1:15, 1:16, 1:16, 1:17, 1:17, 1:19, 1:20, 3:3, 3:4, 3:9, 3:10, 3:12, 3:12, 3:19, 3:19, 3:20, 3:20, 3:21, 57:22, 66:23, 66:24, 99:5, 108:7, 134:16, 134:22, 143:21, 208:3
**LLCs** [1] - 3:11
**LLP** [3] - 1:18, 3:8, 4:7
**loan** [8] - 76:4, 141:10, 152:22, 161:6, 161:9, 161:23, 165:18, 208:5
**loaned** [1] - 188:22
**loans** [12] - 73:8, 74:13, 153:9, 153:17, 153:21, 153:24, 172:3, 172:7, 172:25, 191:2, 207:18, 221:20
**locate** [1] - 158:4
**located** [5] - 13:4, 72:20, 168:19, 169:3, 169:13
**location** [1] - 27:11
**lock** [3] - 173:18, 174:16, 174:20
**log** [9] - 79:25, 103:22, 139:8, 149:17, 204:7, 211:20, 211:25, 212:6, 212:8
**logged** [3] - 149:15, 152:9, 152:12
**logging** [1] - 82:10

**login** [19] - 77:12, 78:3, 152:13, 203:15, 203:18, 203:20, 203:21, 203:22, 205:9, 206:3, 206:11, 206:14, 206:22, 207:9, 207:13, 207:14, 207:16, 207:19, 208:3
**longest** [2] - 40:20, 40:24
**look** [26] - 35:14, 35:16, 35:22, 36:5, 36:7, 36:19, 36:20, 36:24, 37:7, 37:13, 40:9, 77:22, 79:25, 81:19, 81:20, 82:21, 85:19, 86:5, 126:22, 128:22, 129:3, 164:10, 164:20, 165:15, 204:23, 233:18
**looked** [5] - 37:11, 55:14, 79:9, 94:11, 149:6
**looking** [23] - 31:2, 34:9, 34:19, 34:23, 35:13, 36:10, 36:11, 36:14, 36:25, 82:20, 116:19, 125:12, 127:15, 129:12, 130:7, 164:25, 166:15, 167:8, 167:24, 220:15, 226:22, 233:15
**lost** [1] - 173:13
**loud** [1] - 125:4
**low** [1] - 231:22
**lunch** [1] - 143:8

## M

**mail** [59] - 30:20, 30:25, 65:6, 72:13, 72:18, 73:3, 79:14, 80:2, 81:21, 100:11, 100:22, 101:5, 101:10, 101:11, 103:2, 103:21, 104:12, 108:12, 110:13, 116:13, 116:18, 116:21, 117:2, 122:25, 124:21, 124:24, 125:7, 126:7, 126:16, 126:24, 128:18, 128:20, 128:23, 128:24, 129:4, 129:8, 129:9,

129:11, 129:14, 129:19, 129:25, 130:6, 130:9, 132:13, 132:16, 132:20, 158:13, 158:24, 159:6, 164:11, 164:13, 164:15, 164:21, 165:2, 165:4, 187:14, 208:25, 217:12
**mailed** [5] - 104:17, 105:3, 121:12, 121:22, 158:13
**mails** [23] - 7:9, 30:22, 100:23, 102:5, 103:25, 104:5, 128:3, 132:8, 177:23, 178:10, 178:17, 178:20, 178:21, 178:22, 178:24, 179:5, 181:16, 221:18, 224:25, 226:13, 226:23
**maintained** [1] - 198:12
**maintaining** [1] - 21:18
**Mall** [16] - 14:8, 14:17, 14:18, 14:22, 15:6, 16:19, 16:21, 16:23, 17:2, 18:2, 18:8, 19:20, 24:24, 98:19, 195:3, 195:8
**MANAGEMENT** [1] - 1:11
**management** [1] - 196:19
**Management** [1] - 3:12
**manager** [17] - 51:13, 51:17, 118:4, 119:17, 138:11, 138:13, 166:2, 185:5, 194:5, 196:13, 196:14, 210:10, 210:11, 217:13, 223:10, 223:11
**manager's** [1] - 88:17
**managers** [7] - 21:15, 33:7, 50:20, 51:18, 72:25, 106:3, 167:17
**managing** [1] - 79:24
**mandatory** [3] - 173:18, 174:16, 174:19
**manner** [1] - 6:18
**manual** [2] - 165:17,

170:2
**manufacturer** [1] - 21:20
**MARC** [1] - 1:14
**Marc** [3] - 3:17, 157:21, 218:16
**Marcello** [14] - 32:19, 50:20, 93:7, 93:12, 93:24, 132:3, 149:3, 149:25, 150:19, 150:24, 151:15, 151:19, 151:24, 152:3
**March** [3] - 1:21, 235:10, 237:23
**Maria** [1] - 62:16
**marked** [1] - 7:10
**marketing** [1] - 210:12
**marriage** [1] - 237:18
**married** [1] - 9:16
**match** [3] - 101:17, 162:2, 208:23
**matching** [1] - 102:19
**math** [1] - 10:3
**matter** [13] - 6:14, 101:13, 101:20, 121:15, 175:25, 176:5, 176:9, 179:7, 179:8, 179:12, 180:9, 202:3, 237:20
**matters** [2] - 159:2, 213:11
**Mazda** [3] - 53:6, 67:3, 67:11
**mean** [30] - 37:25, 42:4, 43:8, 44:4, 46:20, 49:24, 51:10, 52:13, 56:13, 61:21, 69:10, 73:5, 73:6, 77:17, 85:8, 86:9, 91:15, 91:16, 95:6, 99:11, 101:14, 108:19, 123:17, 126:22, 131:25, 133:17, 159:12, 194:18, 199:23, 232:3
**meaning** [1] - 128:3
**means** [6] - 73:25, 101:17, 112:2, 172:22, 214:11, 226:15
**meant** [2] - 114:9, 114:10
**measure** [1] - 161:2
**meetings** [10] - 47:12, 47:15, 47:21, 47:25, 48:5, 48:9, 48:10, 48:14, 48:24, 49:19
**Melissa** [11] - 105:8,

105:11, 105:12, 105:13, 105:16, 105:22, 184:25, 185:3, 185:13, 185:23, 186:10
**member** [3] - 37:22, 38:4, 38:7
**memo** [3] - 193:10, 193:25, 194:3
**memories** [1] - 121:6
**memory** [17] - 17:19, 21:2, 43:15, 43:17, 71:14, 120:20, 121:3, 122:15, 125:6, 129:14, 133:5, 137:4, 141:25, 164:22, 165:5, 192:10, 230:3
**men** [1] - 104:13
**mention** [2] - 31:18, 31:19
**mentioned** [5] - 31:13, 31:16, 53:5, 143:5, 207:2
**Merckling** [3] - 3:18, 157:21, 218:20
**MERCKLING** [1] - 1:14
**message** [3] - 45:19, 130:10, 193:9
**messages** [2] - 104:5, 151:22
**met** [1] - 69:4
**MICHAEL** [1] - 1:14
**Michael** [5] - 3:18, 62:5, 157:15, 175:16, 183:6
**mid** [2] - 200:4, 234:3
**might** [1] - 191:17
**Mike** [1] - 95:11
**million** [13] - 72:14, 73:4, 74:5, 82:8, 95:13, 180:17, 211:14, 213:18, 221:15, 222:10, 222:11, 222:13, 222:25
**millions** [3] - 145:19, 146:21, 191:20
**Milman** [5] - 163:16, 163:19, 164:2, 164:23, 165:5
**mind** [5] - 16:2, 66:11, 66:13, 133:18, 148:6
**Mineola** [2] - 168:15, 169:3
**minute** [3] - 67:24, 113:11, 202:24
**minutes** [4] - 28:21, 90:4, 94:2, 202:22

**misleading** [1] - 227:8
**misled** [1] - 227:20
**mismatch** [1] - 208:24
**miss** [1] - 231:14
**missed** [1] - 77:3
**missing** [2] - 87:9, 122:9
**misunderstood** [1] - 54:12
**Mitsubishi** [5] - 68:14, 134:25, 135:3, 135:7, 135:9
**Mobile** [2] - 38:17, 39:6
**moment** [7] - 23:6, 57:7, 114:7, 129:7, 164:18, 192:3, 196:6
**money** [79] - 74:10, 75:9, 75:18, 76:4, 82:2, 82:19, 84:16, 84:20, 85:13, 85:16, 85:19, 121:18, 139:21, 146:7, 146:9, 146:13, 146:19, 146:24, 148:2, 148:4, 148:6, 148:9, 149:11, 149:20, 150:4, 150:7, 151:4, 151:7, 152:23, 159:21, 160:15, 163:2, 171:18, 179:25, 180:2, 180:3, 180:8, 180:21, 180:24, 181:3, 181:6, 181:13, 188:21, 191:4, 191:6, 191:15, 191:23, 191:25, 192:18, 192:25, 193:16, 193:18, 193:19, 209:25, 213:13, 216:16, 216:17, 216:25, 217:8, 217:11, 217:15, 217:23, 219:5, 219:8, 219:18, 222:8, 223:6, 224:8, 224:12, 224:17, 231:18, 231:24, 232:3, 232:4, 232:9, 232:13, 232:23, 233:9, 233:21
**monitor** [3] - 81:2, 81:3, 197:8
**monitored** [1] - 99:19
**monitoring** [8] - 80:8, 80:10, 80:11, 80:12, 80:15, 80:16, 80:22, 100:20

**monitors** [1] - 83:9
**month** [9] - 41:4, 46:21, 47:3, 76:16, 88:2, 88:3, 201:14, 227:25, 228:12
**monthly** [10] - 88:9, 88:14, 89:4, 89:9, 89:20, 199:23, 199:24, 200:14, 201:11, 230:4
**months** [1] - 73:18
**MORGAN** [1] - 1:19
**Morgan** [1] - 95:11
**morning** [7] - 7:22, 146:5, 146:20, 148:18, 149:12, 149:19, 152:9
**most** [1] - 40:13
**MOTIONS** [1] - 236:10
**motor** [8] - 15:17, 28:25, 49:10, 69:13, 188:14, 199:4, 200:11, 211:12
**MOTOR** [2] - 1:6, 1:19
**Motor** [3] - 3:10, 107:7, 231:7
**Motors** [19] - 3:4, 3:19, 3:20, 3:20, 3:21, 3:21, 54:18, 56:4, 65:21, 71:17, 74:21, 74:25, 124:14, 144:12, 144:14, 158:21, 186:13, 209:9, 211:5
**MOTORS** [6] - 1:5, 1:16, 1:16, 1:17, 1:17, 1:18
**move** [11] - 36:2, 37:12, 76:9, 110:20, 112:25, 145:22, 146:11, 146:13, 146:23, 148:2, 213:3
**moved** [7] - 144:22, 146:9, 147:22, 148:24, 149:2, 149:20, 150:7
**moving** [6] - 145:3, 146:8, 147:24, 148:5, 148:15, 193:5
**MR** [112] - 6:22, 6:23, 6:25, 7:2, 7:14, 30:14, 30:17, 34:7, 34:18, 34:22, 35:4, 35:7, 35:11, 35:14, 35:16, 35:20, 36:4, 36:7, 36:12, 36:22, 36:24, 37:4, 37:8, 37:13, 44:21, 47:23, 48:19, 48:25, 56:19, 59:5, 63:19, 67:21,

76:9, 82:12, 84:2, 85:6, 85:10, 85:23, 89:25, 90:5, 90:11, 90:17, 94:18, 94:24, 102:16, 110:19, 112:24, 113:5, 113:7, 113:15, 113:18, 114:16, 116:7, 118:24, 119:10, 131:17, 141:12, 143:7, 143:10, 147:9, 149:8, 150:11, 153:12, 160:12, 162:10, 163:9, 163:22, 164:5, 165:8, 168:7, 168:9, 168:11, 170:8, 171:20, 172:20, 174:23, 175:3, 175:4, 175:13, 176:24, 177:3, 177:5, 177:7, 177:9, 178:6, 179:2, 182:10, 182:12, 202:4, 202:8, 202:20, 203:4, 205:19, 212:17, 212:19, 212:23, 213:3, 213:5, 213:9, 216:13, 218:11, 219:10, 219:14, 219:16, 227:10, 227:14, 228:23, 228:25, 234:11, 234:17, 236:4, 236:5
**MS** [1] - 6:24
**multiple** [1] - 196:11
**must** [1] - 217:20

## N

**N.A** [1] - 1:19
**name** [41] - 7:15, 7:23, 13:19, 13:24, 16:20, 17:15, 25:7, 25:9, 25:21, 39:16, 39:18, 41:17, 49:12, 89:16, 89:18, 105:6, 105:7, 105:10, 105:21, 107:14, 108:24, 138:12, 144:7, 144:8, 157:15, 157:16, 157:18, 157:21, 158:11, 159:16, 161:14, 175:14, 182:18, 183:4, 183:6, 183:24, 184:2, 203:21, 208:4
**named** [9] - 62:19,

68:8, 68:18, 96:13, 105:22, 166:11, 182:17, 201:16, 204:20
**names** [12] - 54:22, 59:10, 59:12, 62:4, 62:13, 67:14, 68:2, 68:12, 90:21, 138:21, 161:14, 188:15
**naming** [3] - 92:2, 92:5, 92:19
**nancy** [3] - 76:10, 85:23, 205:19
**NANCY** [1] - 237:25
**Nancy** [5] - 2:5, 138:25, 147:9, 237:7, 237:24
**Nassau** [1] - 186:16
**NASSAU** [1] - 237:5
**necessary** [1] - 171:17
**need** [12] - 34:11, 36:5, 41:14, 51:14, 61:5, 69:19, 203:24, 204:10, 207:18, 211:18, 211:20, 211:25
**needed** [13] - 16:17, 41:12, 64:25, 69:16, 69:25, 70:20, 84:10, 103:18, 109:10, 137:15, 161:6, 163:13, 186:6
**needs** [1] - 103:22
**negotiations** [3] - 109:23, 110:2, 122:23
**never** [10] - 34:4, 40:8, 109:25, 190:9, 190:18, 198:22, 201:24, 218:5, 222:18, 233:14
**NEW** [3] - 1:3, 235:4, 237:3
**New** [45] - 2:6, 3:5, 3:13, 3:22, 4:5, 4:8, 7:6, 7:21, 13:5, 13:6, 24:11, 24:13, 25:4, 25:11, 25:16, 26:7, 26:15, 57:21, 66:24, 95:19, 108:7, 124:14, 134:15, 134:22, 135:16, 137:12, 138:6, 138:14, 140:7, 140:17, 141:7, 142:25, 143:4, 143:21, 144:13, 154:24, 171:10, 199:10, 208:2,

209:6, 212:14, 216:10, 237:9
**new** [4] - 143:18, 143:21, 144:17, 188:17
**news** [1] - 186:19
**next** [13] - 14:5, 17:5, 18:9, 20:7, 24:8, 26:14, 27:6, 28:11, 90:19, 93:11, 159:15, 168:14, 221:8
**nice** [1] - 127:24
**nine** [6] - 53:8, 53:9, 67:7, 67:13, 67:15, 68:7
**Nissan** [26] - 24:10, 24:13, 25:3, 25:10, 25:16, 26:6, 26:15, 26:16, 26:18, 26:22, 26:25, 27:4, 27:7, 98:24, 99:2, 99:4, 99:6, 144:16, 144:17, 145:10, 146:16, 146:24, 147:24, 193:3, 205:17, 212:16
**None** [5] - 236:8, 236:9, 236:10, 236:18, 236:22
**nonetheless** [1] - 167:21
**nonsense** [2] - 35:21, 37:5
**normally** [1] - 210:22
**North** [126] - 54:18, 56:3, 56:5, 56:11, 56:16, 61:6, 63:4, 63:12, 64:5, 65:21, 66:9, 68:23, 70:20, 71:17, 72:20, 74:8, 74:14, 74:20, 74:25, 75:6, 75:21, 76:20, 76:25, 77:12, 77:22, 78:11, 78:19, 83:4, 83:13, 83:17, 83:20, 85:14, 85:17, 85:20, 86:11, 88:19, 99:8, 99:22, 99:24, 100:15, 100:24, 101:6, 101:25, 103:9, 104:15, 105:18, 106:5, 106:20, 107:6, 107:12, 107:15, 107:25, 108:16, 109:4, 111:21, 112:14, 115:2, 115:8, 117:3, 117:10, 117:14,

117:17, 117:25, 118:8, 118:11, 118:16, 118:21, 119:14, 119:18, 120:4, 121:8, 122:17, 123:23, 124:4, 129:2, 132:12, 137:6, 137:7, 144:11, 144:12, 145:20, 146:22, 158:2, 158:21, 178:23, 178:24, 180:11, 180:25, 181:4, 181:9, 184:14, 184:18, 185:14, 186:12, 188:17, 188:22, 189:25, 195:13, 196:22, 197:12, 198:8, 198:25, 200:17, 209:8, 209:11, 211:5, 212:15, 213:14, 213:19, 213:23, 215:9, 215:16, 219:6, 220:6, 221:16, 224:17, 225:21, 226:5, 228:22, 229:6, 230:23, 231:6, 232:10, 232:17, 232:25, 233:7

**NORTHSHORE** [2] - 1:6, 1:19
**Northshore** [1] - 3:9
**NOTARY** [1] - 235:24
**Notary** [3] - 2:5, 7:5, 237:7
**note** [2] - 212:24, 228:23
**notes** [2] - 35:5, 36:15
**nothing** [3] - 129:25, 169:15, 212:18
**noticed** [1] - 154:10
**notification** [3] - 103:2, 209:2, 217:12
**notifying** [1] - 181:16
**November** [14] - 64:6, 64:8, 64:15, 76:18, 76:21, 77:2, 85:12, 144:22, 145:4, 192:9, 196:22, 196:24, 233:7, 234:4
**number** [16] - 12:3, 34:13, 35:12, 38:14, 38:19, 39:2, 39:13, 39:15, 59:13, 116:23, 180:19, 180:20, 201:20,

202:2, 202:12, 216:12
**numbers** [4] - 36:13, 39:20, 39:24, 128:25
**NYC** [2] - 1:15, 3:18

## O

**o'clock** [1] - 149:15
**O'Sullivan** [61] - 62:15, 62:24, 63:3, 63:7, 63:11, 63:22, 64:2, 64:4, 64:10, 64:14, 65:3, 65:10, 65:19, 65:24, 66:6, 66:8, 68:22, 69:2, 69:4, 72:13, 72:22, 72:24, 79:14, 82:7, 83:7, 83:12, 83:22, 84:16, 88:23, 88:25, 89:2, 89:8, 89:13, 89:21, 101:3, 103:16, 103:17, 104:3, 104:10, 105:2, 118:5, 118:20, 121:12, 121:21, 178:20, 190:5, 197:15, 204:16, 210:24, 211:3, 211:8, 217:5, 221:4, 222:5, 222:6, 223:13, 223:20, 224:3, 224:7, 224:16, 225:2
**O'Sullivan's** [2] - 73:3, 101:10
**oath** [5] - 5:18, 6:11, 8:21, 8:24, 235:9
**object** [1] - 34:8
**objection** [25] - 30:14, 47:23, 59:5, 63:19, 67:21, 82:12, 85:6, 112:24, 114:16, 118:25, 131:17, 153:12, 163:9, 163:22, 164:5, 165:8, 168:7, 171:20, 172:20, 182:10, 202:4, 218:11, 219:10, 227:10, 228:24
**objections** [2] - 5:10, 6:18
**obligation** [1] - 188:21
**obtain** [7] - 134:14, 134:18, 135:12, 135:18, 161:7, 161:8, 169:9
**obtained** [5] - 136:4, 168:5, 171:5, 172:4,

172:16
**obtaining** [5] - 124:17, 134:10, 136:8, 142:13, 163:20
**obviously** [1] - 29:17
**occasion** [2] - 52:11, 83:21
**occasions** [2] - 40:13, 47:5
**occur** [1] - 191:16
**occurred** [1] - 154:7
**occurrences** [1] - 32:14
**October** [10] - 87:14, 87:15, 106:22, 108:14, 116:16, 127:2, 127:5, 129:8, 226:14, 226:23
**OF** [12] - 1:3, 1:7, 1:15, 1:15, 1:16, 1:17, 1:17, 235:4, 235:5, 237:3, 237:5
**offer** [1] - 103:6
**offered** [2] - 65:25, 100:3
**office** [16] - 21:15, 49:10, 64:17, 65:4, 65:11, 67:20, 106:2, 157:4, 157:8, 157:11, 166:2, 185:5, 208:14, 208:18, 215:14, 215:19
**officer** [2] - 5:17, 210:10
**official** [1] - 98:10
**often** [8] - 40:5, 46:17, 46:19, 46:22, 46:23, 52:2, 79:6
**once** [7] - 21:24, 46:21, 88:2, 93:3, 147:3, 186:8, 223:12
**one** [68] - 11:12, 29:15, 31:3, 40:12, 53:14, 60:17, 66:14, 67:24, 67:25, 72:14, 73:4, 74:5, 78:11, 82:14, 98:11, 100:19, 101:13, 102:4, 102:10, 106:2, 109:9, 110:4, 110:16, 111:22, 113:9, 114:11, 115:22, 119:6, 122:3, 125:16, 133:3, 137:19, 140:17, 145:12, 152:21, 153:5, 153:7, 153:8, 153:11, 153:13,

160:2, 161:14, 162:10, 166:21, 167:16, 171:10, 185:6, 187:24, 188:8, 189:4, 196:12, 203:11, 204:16, 204:17, 204:18, 205:17, 205:25, 211:14, 212:10, 212:13, 212:15, 216:24, 218:24, 219:12, 219:15, 219:16, 220:15
**ones** [1] - 128:15
**online** [7] - 77:21, 91:14, 91:15, 173:21, 173:24, 174:6, 174:13
**oOo** [1] - 5:22
**open** [7] - 49:21, 49:22, 49:23, 50:2, 135:20, 136:3, 173:19
**operate** [1] - 198:21
**operated** [2] - 72:5, 106:15
**operating** [7] - 69:24, 70:4, 170:16, 173:15, 184:22, 186:12, 210:10
**operations** [1] - 49:21
**operator** [1] - 119:17
**operators** [1] - 33:7
**opinion** [5] - 84:10, 85:13, 85:16, 186:4, 222:15
**Order** [1] - 2:4
**order** [8] - 51:21, 51:24, 125:17, 131:23, 201:21, 202:10, 202:12, 213:19
**ordered** [1] - 201:19
**ordering** [1] - 234:15
**orders** [1] - 50:18
**original** [1] - 153:11
**otherwise** [1] - 189:20
**ourself** [1] - 165:13
**outcome** [1] - 237:19
**Outlet** [5] - 165:21, 166:3, 167:20, 168:15, 191:13
**outlets** [3] - 124:6, 124:12, 185:6
**outlined** [1] - 28:20
**outside** [1] - 205:5
**oversight** [1] - 79:22
**Ovington** [1] - 4:8
**owed** [1] - 180:8

**owes** [3] - 179:25, 180:2, 213:12
**own** [24] - 52:22, 53:3, 53:4, 53:18, 53:22, 77:11, 78:3, 82:9, 84:23, 84:25, 85:8, 98:13, 114:5, 130:2, 160:24, 203:15, 203:22, 204:12, 205:9, 206:14, 206:16, 207:13, 214:24, 221:13
**owned** [12] - 18:6, 18:8, 18:18, 22:21, 27:22, 53:14, 53:21, 54:14, 72:5, 106:15, 170:13, 187:2
**owner** [12] - 13:16, 15:8, 111:21, 111:22, 122:17, 133:15, 133:18, 166:12, 187:23, 187:24, 190:9, 190:18
**owners** [33] - 18:7, 18:20, 19:15, 19:18, 19:19, 20:21, 21:9, 25:3, 26:24, 27:3, 27:15, 29:10, 29:12, 52:18, 55:18, 60:7, 66:15, 99:5, 106:8, 106:11, 112:14, 114:13, 115:2, 115:8, 115:15, 115:19, 141:5, 141:8, 188:8, 189:2, 190:19, 226:4, 226:18
**ownership** [16] - 29:21, 53:22, 55:6, 109:8, 109:9, 109:15, 110:4, 110:17, 112:4, 124:17, 125:18, 131:24, 188:6, 188:10, 188:12, 189:8
**owns** [5] - 42:6, 42:23, 66:15, 169:6, 169:20

## P

**P-O-P-P** [1] - 13:24
**p.m** [1] - 234:23
**PAGE** [3] - 236:3, 236:20, 236:23
**page** [1] - 168:14
**paid** [18] - 58:13, 73:13, 73:19, 73:25, 74:6, 74:12, 74:15,

74:17, 209:3, 219:23, 221:20, 221:23, 221:25, 224:23, 232:4, 232:9, 232:14, 232:23

**pandemic** [30] - 133:23, 134:2, 134:10, 134:14, 134:19, 135:7, 135:12, 135:19, 136:4, 136:8, 137:5, 137:8, 139:22, 140:19, 141:21, 142:3, 142:8, 142:11, 152:22, 153:3, 153:16, 161:7, 163:7, 163:20, 165:6, 172:9, 172:25, 173:9, 173:15, 173:24

**paperwork** [7] - 29:5, 70:24, 136:10, 136:13, 136:16, 136:21, 137:15

**parent** [4] - 57:22, 58:7, 68:6, 68:19

**Park** [1] - 3:22

**part** [25] - 22:19, 30:20, 32:8, 32:9, 41:21, 42:8, 62:12, 66:11, 94:15, 99:4, 112:22, 122:22, 122:25, 135:7, 137:17, 141:6, 142:12, 144:9, 155:20, 169:20, 170:13, 200:21, 201:2, 201:13, 202:14

**participating** [1] - 6:5

**particular** [3] - 80:4, 176:13, 187:8

**parties** [5] - 5:5, 6:16, 9:6, 144:21, 237:17

**partners** [11] - 52:7, 57:8, 72:6, 88:7, 88:13, 88:15, 117:10, 117:14, 143:24, 232:5, 233:11

**PARTNERS** [1] - 1:18

**parts** [1] - 15:22

**party** [3] - 179:7, 179:8, 236:16

**passed** [2] - 29:19, 36:15

**passing** [1] - 35:5

**password** [1] - 203:21

**past** [1] - 37:12

**patrick** [1] - 27:2

**pause** [4] - 90:9, 94:20, 143:12, 203:2

**pay** [29] - 74:6, 76:5, 99:14, 99:23, 99:25, 100:2, 102:20, 103:2, 103:10, 103:12, 103:15, 103:19, 104:3, 180:22, 180:25, 183:12, 188:20, 208:10, 208:11, 209:5, 211:18, 211:19, 211:24, 212:5, 212:10, 222:6, 230:9, 231:9, 232:18

**payable** [9] - 15:22, 32:3, 215:15, 220:17, 225:7, 229:16, 229:19, 229:22, 234:10

**payables** [1] - 32:3

**paycheck** [5] - 58:15, 58:17, 169:24, 171:3, 171:18

**paychecks** [1] - 172:2

**paying** [7] - 199:20, 200:20, 200:22, 210:21, 222:2, 227:24, 228:11

**payment** [4] - 75:14, 181:4, 208:22, 216:15

**payments** [26] - 75:8, 75:15, 75:18, 181:7, 181:11, 181:15, 181:17, 199:19, 199:23, 199:24, 200:5, 200:6, 201:8, 216:11, 216:18, 217:7, 228:21, 229:2, 229:14, 229:24, 230:4, 230:20, 231:3, 231:15, 231:16, 232:14

**payoff** [8] - 72:15, 73:8, 73:16, 74:3, 75:4, 75:15, 121:14, 211:15

**payoffs** [6] - 73:21, 80:5, 216:18, 216:19, 216:23, 217:9

**payroll** [7] - 15:23, 78:13, 103:19, 137:24, 138:8, 180:25, 210:23

**payrolls** [1] - 75:12

**PC** [1] - 3:16

**penalty** [1] - 6:15

**pending** [1] - 48:21

**Penerella** [1] - 25:7

**people** [11] - 59:3, 82:23, 98:13, 100:20, 140:4, 163:2, 170:14, 204:19, 206:25, 207:3, 232:9

**per** [1] - 234:7

**percent** [4] - 111:21, 111:22, 187:23, 187:24

**percentage** [2] - 161:18, 161:19

**percentages** [4] - 112:7, 114:5, 114:8, 114:10

**Perez** [1] - 62:16

**performance** [1] - 58:10

**performed** [1] - 133:7

**performing** [2] - 49:10, 229:5

**perhaps** [1] - 183:19

**period** [8] - 105:5, 105:15, 105:19, 199:25, 200:7, 200:15, 200:16, 230:11

**periodically** [2] - 10:8, 34:19

**perjury** [1] - 6:15

**person** [10] - 6:12, 46:13, 91:11, 91:13, 138:7, 138:17, 152:9, 153:17, 170:19, 183:5

**personal** [7] - 85:8, 98:2, 155:3, 155:4, 159:12, 186:20, 193:23

**personally** [2] - 72:3, 92:8

**pertaining** [3] - 118:21, 120:4, 158:25

**perusing)** [2] - 129:10, 164:20

**phone** [7] - 38:19, 39:13, 39:15, 45:14, 45:19, 91:17, 150:10

**phonetic** [3] - 25:6, 25:8, 138:15

**phonetic)** [1] - 25:22

**physical** [1] - 158:3

**physically** [1] - 6:7

**picks** [2] - 86:22, 87:4

**picture** [2] - 35:24, 36:2

**pill** [1] - 113:16

**place** [5] - 71:17, 101:23, 102:9, 103:10, 213:13

**Place** [1] - 7:20

**plaintiff** [2] - 182:18, 182:19

**Plaintiff** [2] - 183:23, 202:5

**PLAINTIFF'S** [1] - 236:20

**Plaintiff's** [2] - 179:19, 179:23

**Plaintiffs** [8] - 1:11, 3:3, 179:13, 180:9, 185:12, 201:5, 201:25, 234:18

**plan** [8] - 21:17, 113:4, 169:16, 181:7, 188:17, 200:11, 216:15, 221:22

**platform** [5] - 6:4, 196:12, 196:13, 197:7, 199:5

**platforms** [1] - 196:12

**play** [2] - 136:7, 145:6

**playing** [1] - 125:24

**pleadings** [1] - 179:11

**plenty** [1] - 217:21

**point** [18] - 18:21, 29:15, 31:3, 56:2, 56:10, 72:14, 92:18, 144:20, 176:8, 184:9, 185:16, 185:21, 193:14, 195:11, 197:4, 197:20, 199:21, 228:10

**police** [4] - 156:25, 162:5, 162:17, 162:25

**Popp** [3] - 13:20, 13:24, 13:25

**portal** [10] - 139:7, 139:10, 139:11, 139:16, 139:18, 142:20, 197:7, 199:15, 204:7, 230:10

**position** [4] - 65:25, 80:4, 111:7, 152:8

**positive** [20] - 99:14, 99:23, 99:25, 100:2, 102:20, 102:25, 103:10, 103:12, 103:14, 103:19, 104:3, 208:10, 208:11, 209:5,

211:18, 211:19, 211:24, 212:5, 212:10, 230:9

**possession** [2] - 140:11, 162:16

**possible** [6] - 16:8, 47:7, 106:13, 229:12, 230:14, 230:18

**post** [3] - 15:20, 15:21, 75:16

**posting** [1] - 69:21

**PPP** [5] - 135:8, 141:9, 163:25, 165:18, 171:25

**practice** [1] - 88:6

**precisely** [1] - 217:17

**Premier** [1] - 3:21

**PREMIER** [1] - 1:17

**preparation** [3] - 91:7, 91:20, 138:4

**prepare** [2] - 90:14, 189:22

**prepared** [16] - 30:11, 106:19, 107:9, 115:18, 116:3, 136:25, 137:10, 153:4, 166:21, 167:7, 167:22, 189:24, 226:11, 226:12, 226:18, 226:20

**preparing** [1] - 189:19

**preplanned** [1] - 113:4

**PRESENT** [1] - 4:11

**present** [2] - 6:7, 124:8

**presented** [2] - 100:9, 208:22

**presumed** [1] - 9:5

**prevention** [2] - 100:3, 208:13

**previous** [3] - 16:24, 19:3, 19:18

**principal** [1] - 191:10

**printed** [6] - 85:21, 86:7, 87:7, 87:23, 87:25, 122:7

**Pro** [1] - 4:4

**problem** [8] - 51:12, 51:16, 75:6, 75:21, 100:18, 102:19, 118:3, 120:13

**problems** [6] - 50:9, 50:10, 50:15, 69:12, 211:12, 224:17

**procedure** [1] - 50:25

**proceed** [1] - 41:13

**proceeding** [5] - 90:10, 143:13,

181:23, 183:18, 203:3
**process** [14] - 69:17, 70:24, 80:11, 80:16, 80:22, 81:5, 81:9, 81:12, 81:24, 102:23, 110:3, 142:15, 142:18, 197:9
**processed** [3] - 75:12, 80:19, 154:5
**processes** [5] - 84:11, 117:22, 200:12, 223:25, 229:6
**processing** [6] - 56:8, 69:9, 69:11, 74:20, 75:2, 210:24
**produce** [1] - 178:11
**produced** [1] - 178:12
**production** [3] - 44:22, 125:24, 150:12
**profile** [1] - 205:6
**program** [7] - 164:9, 169:24, 171:4, 171:19, 171:25, 196:8, 208:12
**properly** [1] - 99:18
**prosecution** [1] - 186:18
**protect** [1] - 171:25
**protection** [3] - 169:24, 171:3, 171:19
**provide** [1] - 142:21
**provided** [3] - 39:24, 179:3, 179:9
**providing** [1] - 231:11
**PSE&G** [1] - 44:8
**PUBLIC** [1] - 235:24
**Public** [3] - 2:6, 7:6, 237:8
**punch** [1] - 204:8
**purchased** [3] - 222:19, 232:19, 232:20
**purchases** [2] - 86:13, 123:6
**purpose** [4] - 199:12, 226:12, 226:21, 233:22
**purposes** [2] - 9:6, 228:14
**pursuant** [2] - 2:4, 201:3
**put** [12] - 34:25, 35:25, 44:24, 96:11, 99:16, 139:5, 140:5, 146:11, 179:10, 193:24, 194:2,

209:25
**putting** [2] - 193:8, 230:2

**Q**

**qualifications** [1] - 173:11
**quarterly** [1] - 137:24
**questioning** [1] - 203:7
**questions** [10] - 7:25, 8:3, 43:24, 95:7, 95:8, 153:13, 174:24, 175:20, 177:8, 234:12
**quick** [1] - 202:21

**R**

**R-I-Z-Z-O** [1] - 183:7
**rate** [1] - 200:22
**reaching** [1] - 199:9
**reactivate** [1] - 199:15
**read** [35] - 28:3, 37:18, 76:14, 77:6, 84:2, 84:5, 85:4, 86:3, 92:21, 92:22, 92:23, 92:25, 94:8, 102:14, 110:23, 113:22, 119:8, 124:21, 125:3, 126:17, 129:8, 129:9, 130:13, 140:25, 141:12, 141:15, 147:4, 147:10, 147:14, 164:13, 164:19, 194:22, 205:20, 205:22, 235:8
**reading** [2] - 94:10, 164:14
**real** [4] - 22:20, 22:21, 35:23, 140:13
**reality** [1] - 22:20
**realize** [1] - 127:25
**really** [6] - 30:9, 131:16, 131:20, 164:15, 194:25, 200:24
**REALTY** [1] - 1:10
**Realty** [1] - 3:12
**reason** [7] - 109:12, 142:9, 185:20, 193:4, 197:5, 198:18, 217:16
**Rebecca** [4] - 56:7, 70:23, 104:23, 197:16
**receivable** [1] - 15:22

**receive** [2] - 10:17, 208:25
**received** [5] - 58:18, 58:21, 152:4, 181:14, 181:16
**receiving** [3] - 92:6, 102:4, 116:25
**recipient** [1] - 193:9
**recognize** [2] - 100:8, 170:22
**recollection** [2] - 23:3, 171:14
**reconciliations** [2] - 21:17, 21:18
**record** [18] - 6:21, 7:16, 7:19, 34:12, 37:9, 86:23, 90:12, 101:18, 113:17, 143:15, 152:13, 203:5, 212:24, 223:16, 234:14, 235:12, 235:13, 237:14
**recorded** [3] - 32:13, 86:12, 87:4
**recording** [1] - 69:21
**records** [14] - 40:4, 45:14, 55:13, 58:2, 76:25, 77:23, 86:10, 86:14, 100:6, 138:8, 177:25, 178:5, 178:8, 180:5
**refer** [1] - 57:4
**reference** [2] - 132:14, 132:21
**referred** [2] - 25:20, 158:5
**referring** [7] - 31:9, 31:23, 58:8, 116:2, 152:25, 178:18, 195:21
**reflects** [2] - 133:18, 231:21
**refresh** [4] - 125:6, 133:5, 164:22, 165:5
**refreshed** [1] - 131:9
**regard** [8] - 73:2, 79:11, 79:20, 117:14, 124:17, 145:7, 220:21, 230:8
**regarding** [4] - 79:12, 159:17, 195:7, 211:11
**regardless** [1] - 220:12
**register** [2] - 186:2, 219:22
**registered** [1] - 15:18
**registering** [1] - 219:25

**registration** [1] - 80:18
**regulation** [1] - 29:3
**regulations** [1] - 29:6
**related** [6] - 14:2, 14:4, 169:4, 179:8, 236:15, 237:17
**relationship** [1] - 184:10
**relatives** [1] - 9:21
**released** [2] - 65:7, 73:22
**relief** [26] - 134:6, 134:11, 134:14, 134:19, 135:12, 135:19, 136:4, 136:9, 137:5, 137:8, 139:15, 139:19, 139:21, 139:22, 140:19, 141:21, 142:3, 142:8, 142:12, 152:22, 153:3, 153:16, 161:7, 163:7, 163:20, 172:25
**relieved** [1] - 153:10
**remained** [1] - 146:2
**remember** [208] - 10:22, 11:4, 11:7, 11:21, 12:8, 12:18, 13:15, 14:10, 14:19, 15:3, 16:12, 18:4, 18:11, 18:16, 18:19, 19:17, 19:23, 20:12, 20:16, 20:19, 20:22, 20:25, 21:11, 21:22, 22:18, 23:2, 23:4, 23:5, 23:10, 23:11, 23:13, 23:22, 23:25, 24:7, 24:12, 24:14, 24:16, 24:18, 25:2, 26:19, 26:23, 28:6, 28:8, 31:4, 38:24, 39:4, 39:10, 39:14, 41:6, 43:8, 43:12, 45:18, 45:23, 47:10, 47:18, 48:8, 48:10, 48:15, 48:18, 49:15, 49:17, 50:5, 54:21, 55:4, 55:24, 59:18, 60:18, 61:11, 62:22, 63:10, 63:15, 64:20, 64:22, 65:12, 65:23, 70:11, 71:3, 71:5, 71:7, 71:22, 71:23, 74:16, 76:23, 77:15, 77:19, 78:12, 87:19, 92:6, 92:15, 93:3, 93:6, 93:17, 94:2, 94:6, 94:8, 94:10,

94:16, 95:24, 96:2, 96:24, 97:19, 104:22, 105:13, 105:17, 108:16, 108:17, 109:17, 110:8, 110:10, 110:12, 110:15, 116:18, 116:19, 119:24, 120:23, 122:3, 122:21, 125:11, 126:6, 126:15, 126:21, 126:23, 127:14, 127:16, 128:7, 129:11, 130:6, 130:22, 131:6, 131:13, 131:14, 133:8, 133:22, 134:3, 134:5, 135:5, 135:14, 136:23, 138:2, 139:7, 140:3, 144:15, 144:23, 151:20, 154:2, 155:11, 155:14, 155:15, 156:3, 157:16, 157:19, 158:17, 158:23, 159:2, 159:11, 159:14, 160:20, 160:21, 161:11, 161:17, 161:21, 164:7, 164:9, 166:4, 169:25, 172:14, 173:12, 173:17, 173:18, 174:4, 174:8, 174:11, 174:15, 174:18, 174:21, 176:14, 177:13, 183:5, 184:2, 187:25, 189:9, 192:15, 192:24, 193:7, 193:8, 194:25, 195:14, 196:3, 196:25, 197:23, 198:3, 199:2, 199:3, 200:17, 201:23, 210:19, 215:23, 220:8, 221:7, 221:10, 225:8, 225:12, 225:15, 228:9, 229:13, 229:22, 230:25
**remembered** [1] - 131:9
**reminded** [1] - 65:3
**reminding** [1] - 103:21
**reminds** [1] - 165:10
**remotely** [2] - 6:4, 6:9
**removal** [1] - 219:8

**removing** [1] - 121:7
**renewing** [2] - 198:25, 199:8
**reopen** [1] - 174:20
**repeat** [11] - 17:8, 27:25, 33:11, 37:15, 53:17, 60:3, 85:2, 88:10, 102:12, 136:15, 138:9
**rephrase** [5] - 8:9, 9:10, 46:24, 102:17, 119:10
**report** [7] - 33:6, 33:13, 50:19, 72:22, 79:12, 81:7, 118:5
**reporter** [15] - 28:4, 37:19, 76:15, 77:7, 84:6, 85:5, 86:4, 102:15, 110:24, 113:23, 119:9, 141:2, 141:16, 147:15, 205:23
**REPORTER** [2] - 6:2, 234:13
**reporting** [1] - 6:9
**reports** [1] - 83:8
**represent** [5] - 112:7, 112:10, 155:8, 175:15, 227:6
**representation** [3] - 128:16, 132:25, 227:12
**REPRESENTATIVE** [1] - 1:7
**Representative** [1] - 3:11
**represented** [5] - 154:23, 175:21, 175:24, 176:4, 176:9
**request** [6] - 30:25, 125:15, 125:21, 126:3, 127:8, 160:22
**REQUEST** [1] - 236:11
**requested** [17] - 28:2, 37:17, 76:13, 77:5, 84:4, 85:3, 86:2, 102:13, 110:22, 113:21, 119:7, 140:24, 141:14, 147:13, 153:18, 187:16, 205:21
**requesting** [1] - 124:25
**requests** [2] - 61:8, 61:10
**require** [2] - 51:11, 112:23
**required** [5] - 21:19, 44:3, 109:10, 109:14, 202:6

**requirement** [1] - 163:25
**requirements** [1] - 201:25
**requires** [5] - 44:6, 51:9, 101:21, 161:20, 204:7
**reread** [1] - 85:24
**research** [1] - 178:2
**reserved** [1] - 5:12
**residence** [1] - 13:6
**resident** [2] - 10:6, 10:7
**residential** [1] - 42:12
**resolved** [1] - 51:12
**respect** [1] - 167:19
**respective** [1] - 5:5
**respond** [1] - 150:13
**responded** [1] - 150:15
**response** [2] - 45:13, 127:11
**responsibilities** [1] - 21:16
**responsibility** [1] - 32:12
**responsible** [2] - 28:24, 222:2
**rest** [1] - 36:20
**restrictions** [4] - 174:2, 174:9, 174:13, 174:22
**results** [1] - 217:24
**retail** [2] - 75:16, 181:8
**retired** [1] - 97:8
**return** [19] - 55:13, 58:2, 64:11, 64:17, 65:15, 106:25, 107:15, 107:25, 108:9, 125:19, 126:3, 128:9, 132:11, 132:12, 195:17, 201:19, 202:2, 202:6, 202:12
**returned** [6] - 75:10, 75:19, 181:5, 181:12, 181:17, 216:10
**returning** [2] - 65:4, 65:10
**returns** [63] - 7:9, 30:6, 30:8, 30:11, 30:12, 30:21, 55:9, 55:11, 106:19, 107:2, 107:5, 107:8, 108:10, 108:15, 109:4, 109:11, 110:14, 111:4, 111:8, 111:12,

111:14, 111:16, 111:20, 112:13, 112:15, 112:17, 112:20, 112:22, 113:25, 114:6, 114:12, 114:25, 115:4, 115:7, 115:17, 116:3, 116:24, 117:2, 125:25, 126:10, 126:13, 127:18, 128:2, 128:6, 128:17, 128:21, 137:24, 187:7, 187:11, 187:18, 187:20, 188:25, 189:8, 189:19, 189:22, 189:25, 225:21, 226:3, 226:17, 226:25, 227:7, 227:21, 236:24
**reveal** [1] - 162:12
**revenues** [1] - 173:13
**review** [19] - 88:8, 88:13, 88:17, 88:18, 89:3, 89:6, 89:19, 100:12, 101:21, 103:23, 177:20, 177:22, 178:5, 179:11, 179:13, 194:7, 194:14, 209:2, 217:22
**reviewed** [6] - 87:25, 176:16, 176:21, 179:16, 180:5, 194:13
**Richard** [4] - 107:20, 108:3, 108:8, 133:6
**Richards** [3] - 107:14, 132:14, 132:22
**Ridge** [9] - 13:2, 13:3, 13:17, 14:6, 14:7, 14:17, 14:20, 14:25, 24:23
**ridiculous** [1] - 35:10
**Rizzo** [1] - 183:6
**ROBERT** [1] - 1:5
**Robert** [2] - 3:4, 183:24
**Rochelle** [7] - 24:11, 24:13, 25:4, 25:11, 25:17, 26:7, 26:15
**Rockaway** [7] - 26:16, 26:18, 26:22, 26:25, 27:4, 27:7, 54:17
**role** [4] - 125:23, 136:7, 145:2, 145:6
**Ron** [5] - 15:12, 27:17, 33:18, 33:19, 37:20

**RONNEBURGER** [2] - 4:9, 6:24
**room** [2] - 6:8, 34:15
**ROSLYN** [1] - 1:17
**Roslyn** [2] - 3:20, 168:16
**roughly** [2] - 78:17, 81:14
**Route** [6] - 3:12, 54:16, 141:3, 142:25, 143:3, 171:11
**ROUTE** [1] - 1:10
**route** [1] - 141:17
**Ruderman** [1] - 90:25
**RULINGS** [1] - 236:9
**running** [1] - 211:8
**Russel** [1] - 30:19
**RUSSELL** [1] - 3:14
**Russell** [5] - 90:23, 90:24, 91:13, 113:8, 159:24

## S

**S-C-I-A-R-R-A-N-O** [1] - 32:20
**safe** [2] - 223:9, 223:14
**Sage** [1] - 176:4
**SAGE** [1] - 3:3
**salaries** [3] - 210:13, 210:17, 210:21
**sale** [4] - 73:23, 75:16, 80:17, 81:10
**sales** [18] - 15:23, 75:8, 80:9, 80:10, 80:12, 80:16, 80:21, 81:2, 81:3, 81:6, 81:14, 81:19, 86:24, 181:4, 196:13, 216:11, 223:10, 224:11
**SALES** [1] - 1:5
**Sales** [1] - 3:4
**Sara** [36] - 1:13, 3:17, 4:12, 55:23, 56:6, 64:11, 64:14, 64:18, 65:20, 69:8, 70:8, 70:23, 75:17, 76:5, 79:15, 104:18, 105:2, 109:8, 110:5, 111:22, 175:15, 178:22, 181:9, 187:2, 187:24, 188:16, 190:8, 197:14, 199:20, 209:25, 210:6, 210:11, 210:23, 221:19, 226:4,

226:17
**Sarah** [2] - 4:12, 55:20
**satisfaction** [1] - 64:23
**satisfied** [3] - 65:7, 190:13, 190:15
**saw** [26] - 81:13, 87:12, 92:11, 145:15, 149:16, 187:21, 188:2, 188:4, 192:4, 214:11, 214:13, 214:18, 215:12, 215:13, 215:19, 218:8, 218:14, 219:19, 219:22, 225:7, 233:9, 233:23, 233:25, 234:2, 234:8
**scan** [1] - 72:19
**scanned** [1] - 211:13
**scanner** [1] - 72:20
**schedule** [7] - 86:8, 86:10, 86:25, 87:8, 87:18, 87:20, 122:8
**schedules** [19] - 21:18, 21:19, 31:5, 31:6, 31:8, 31:10, 31:17, 31:19, 31:21, 31:23, 32:5, 69:22, 85:22, 88:9, 88:13, 88:17, 88:19, 89:4, 89:20
**schools** [3] - 10:18, 10:21, 11:9
**Sciarrano** [10] - 32:19, 32:24, 50:21, 51:6, 51:14, 51:19, 51:25, 52:3, 52:6, 52:17
**screen** [5] - 35:2, 36:19, 44:23, 127:21, 188:3
**scroll** [1] - 128:8
**Se** [1] - 4:4
**sealing** [1] - 5:6
**search** [1] - 178:3
**seasick** [1] - 212:25
**second** [4] - 17:9, 162:10, 182:23, 182:24
**secondhand** [1] - 214:21
**secure** [1] - 188:17
**Security** [2] - 116:23, 128:25
**security** [6] - 44:7, 99:7, 99:11, 99:16, 99:20, 161:2
**see** [38] - 46:17, 47:2, 47:6, 47:8, 74:18,

81:17, 87:3, 87:10,
92:13, 94:3, 116:4,
116:9, 116:12,
116:15, 125:9,
126:25, 127:3,
127:8, 127:13,
127:19, 127:20,
132:9, 132:15,
132:17, 132:21,
152:4, 166:9,
166:12, 167:4,
167:20, 167:23,
168:16, 168:17,
204:24, 218:23,
219:7, 219:17, 234:9
**seeing** [4] - 47:10,
110:12, 184:2,
220:17
**seem** [1] - 84:8
**sell** [1] - 199:16
**send** [9] - 55:18,
55:19, 103:25,
139:6, 160:17,
160:25, 195:11,
216:24, 217:8
**sending** [1] - 55:24
**sent** [20] - 21:14,
22:11, 55:22, 72:13,
72:19, 73:9, 74:11,
75:5, 84:12, 92:12,
102:18, 126:25,
128:21, 132:19,
146:21, 160:2,
160:15, 217:12,
222:18, 224:25
**separate** [1] - 208:6
**September** [4] - 92:3,
92:14, 108:13,
121:21
**series** [1] - 171:2
**serious** [2] - 101:13,
101:19
**served** [2] - 91:25,
92:5
**services** [1] - 133:7
**set** [3] - 196:5, 237:12,
237:22
**sets** [1] - 234:18
**setting** [1] - 69:17
**setup** [1] - 102:24
**seven** [1] - 205:10
**several** [1] - 37:9
**shall** [1] - 5:12
**SHANK** [6] - 162:10,
168:7, 168:11,
170:8, 171:20, 175:3
**Shanks** [5] - 34:16,
34:19, 35:4, 90:24,
175:22
**SHANKS** [47] - 3:8,

3:14, 7:2, 30:14,
34:22, 35:7, 35:14,
35:20, 36:7, 37:4,
37:13, 47:23, 48:19,
48:25, 56:19, 59:5,
63:19, 67:21, 82:12,
85:6, 89:25, 90:17,
94:18, 94:24, 113:5,
113:15, 114:16,
116:7, 118:24,
131:17, 143:10,
153:12, 160:12,
172:20, 176:24,
177:5, 177:9, 178:6,
182:10, 202:4,
216:13, 218:11,
219:10, 219:16,
227:10, 228:23,
234:17
**shape** [1] - 227:8
**share** [1] - 81:8
**shared** [1] - 187:19
**shook** [1] - 71:19
**shore** [1] - 232:17
**Shore** [118] - 54:18,
56:6, 56:11, 56:16,
61:6, 63:4, 63:12,
64:5, 65:21, 66:9,
68:23, 70:20, 71:17,
72:20, 74:14, 74:21,
74:25, 75:6, 75:22,
76:20, 76:25, 77:12,
78:11, 78:19, 83:4,
83:13, 83:17, 83:20,
85:14, 85:17, 85:20,
86:11, 88:19, 99:8,
99:22, 99:24,
100:15, 100:24,
101:6, 103:9,
104:16, 105:18,
106:5, 106:20,
107:6, 107:15,
108:16, 109:4,
111:21, 112:14,
115:2, 115:9, 117:3,
117:10, 117:15,
117:17, 117:25,
118:8, 118:11,
118:16, 118:21,
119:14, 119:18,
120:4, 121:8,
122:17, 123:24,
124:4, 129:2,
132:12, 137:6,
137:8, 144:11,
144:12, 146:22,
158:2, 158:21,
178:23, 178:24,
180:12, 180:25,
181:4, 181:9,

184:14, 184:18,
185:14, 186:12,
188:18, 188:22,
189:25, 195:13,
196:22, 197:12,
198:8, 198:25,
200:18, 209:9,
209:11, 211:5,
212:15, 213:14,
213:19, 213:23,
215:9, 215:16,
219:6, 220:6,
221:16, 224:17,
225:21, 226:5,
228:22, 229:6,
230:23, 231:6,
232:10, 232:25,
233:7
**Shore's** [6] - 74:8,
77:22, 101:25,
107:12, 107:25,
145:20
**short** [3] - 105:5,
200:16, 229:7
**shortcomings** [1] -
43:16
**shorter** [1] - 228:19
**shortfall** [5] - 213:24,
221:15, 222:12,
222:14, 222:25
**shortfalls** [2] - 213:20,
213:25
**shortly** [1] - 229:24
**show** [3] - 40:5, 45:15,
116:8
**showed** [6] - 128:21,
129:4, 132:11,
187:22, 226:2,
226:13
**showing** [2] - 226:3,
226:17
**shown** [1] - 81:24
**showroom** [1] -
223:10
**shut** [2] - 66:3, 198:6
**sidewalk** [1] - 214:9
**sign** [3] - 77:21,
161:15, 167:22
**signature** [3] - 161:5,
161:8, 161:20
**signed** [3] - 5:16,
5:19, 220:18
**signer** [1] - 220:20
**similar** [2] - 19:2,
28:17
**simple** [1] - 35:23
**simply** [2] - 198:19,
203:20
**single** [2] - 219:3,
219:7

**sit** [7] - 120:20,
129:24, 188:5,
202:16, 207:10,
209:20, 220:10
**sitting** [12] - 23:9,
45:5, 47:17, 67:19,
101:8, 102:6,
136:17, 148:9,
148:11, 209:22,
215:19, 220:16
**situation** [2] - 51:8,
51:11
**situations** [1] - 186:5
**six** [2] - 28:8, 205:10
**slow** [1] - 127:24
**slowly** [1] - 128:8
**small** [2] - 34:24,
60:12
**SMITHTOWN** [1] -
1:17
**Smithtown** [1] - 3:21
**so..** [1] - 45:19
**Social** [2] - 116:23,
128:25
**software** [1] - 196:19
**sold** [5] - 75:17, 81:8,
181:8, 221:23, 224:4
**solved** [1] - 51:17
**someone** [21] - 65:14,
82:18, 92:10, 96:25,
102:10, 103:18,
105:7, 105:21,
117:4, 124:9,
136:15, 140:15,
153:10, 158:5,
165:22, 166:11,
193:24, 195:15,
206:2, 214:18, 218:2
**sometime** [21] - 12:14,
14:13, 14:14, 14:23,
87:14, 91:10, 95:25,
106:21, 106:22,
107:4, 121:20,
131:4, 131:6,
158:13, 197:23,
199:3, 211:13,
228:2, 228:5, 230:7,
231:16
**Sometime** [1] - 220:24
**sometimes** [11] -
40:14, 40:18, 47:4,
55:17, 56:25, 98:12,
98:17, 232:22
**somewhere** [7] - 20:4,
20:6, 59:14, 136:13,
136:14, 145:23,
162:16
**son** [1] - 123:13
**Sore** [1] - 56:3
**sorry** [31] - 26:19,

27:13, 31:11, 42:18,
53:8, 53:17, 54:15,
60:3, 67:8, 71:11,
77:3, 78:8, 79:2,
80:12, 83:15, 94:25,
105:10, 105:11,
107:11, 115:13,
125:5, 128:22,
138:9, 144:13,
154:14, 155:21,
160:14, 170:11,
183:10, 195:24,
197:17
**sort** [2] - 91:16,
139:11
**sound** [1] - 183:24
**sounds** [1] - 192:11
**source** [1] - 201:7
**speaking** [7] - 40:25,
41:5, 46:5, 91:5,
93:6, 119:5, 154:11
**specific** [5] - 48:3,
48:16, 52:15, 176:3,
177:8
**specifically** [4] - 32:9,
120:24, 195:8, 207:8
**speculate** [1] - 170:10
**spell** [6] - 10:13,
13:21, 17:12, 21:4,
25:6, 25:8
**spend** [1] - 150:17
**spent** [1] - 17:25
**splitting** [1] - 234:19
**spring** [1] - 228:8
**ss** [2] - 235:4, 237:4
**stake** [1] - 29:21
**standards** [2] - 21:19,
172:6
**start** [3] - 146:5,
195:22, 196:2
**started** [5] - 19:10,
97:18, 224:22,
228:21, 229:4
**state** [7] - 7:15, 7:18,
13:11, 13:14, 34:12,
174:3, 234:14
**State** [6] - 2:6, 7:6,
75:11, 95:19,
216:11, 237:8
**STATE** [2] - 235:4,
237:3
**statement** [1] - 15:23
**statements** [3] -
15:24, 137:25, 178:9
**STATES** [1] - 1:2
**States** [5] - 9:24, 10:2,
10:5, 13:7, 157:11
**steal** [1] - 121:18
**stealing** [2] - 82:18,
121:16

**stenographer** [1] - 8:16
**step** [3] - 93:11, 190:7, 200:13
**still** [22] - 9:20, 20:13, 25:23, 28:14, 63:17, 63:18, 63:20, 63:22, 74:2, 149:4, 150:8, 150:9, 151:3, 162:16, 162:23, 163:2, 168:24, 169:20, 170:12, 173:14, 174:13, 227:4
**STIPULATED** [3] - 5:3, 5:9, 5:14
**STIPULATIONS** [1] - 5:2
**stocked** [1] - 15:19
**stole** [1] - 85:19
**stolen** [2] - 85:14, 85:17
**stop** [4] - 35:9, 35:20, 37:4, 74:24
**stopped** [2] - 228:7, 231:16
**store** [3] - 141:5, 144:18, 194:5
**stores** [2] - 105:14, 198:15
**straight** [2] - 37:7, 37:13
**stream** [1] - 44:18
**Street** [1] - 3:12
**STREET** [1] - 1:10
**stress** [1] - 9:8
**stretch** [1] - 87:16
**strike** [4] - 76:10, 110:21, 112:25, 213:4
**study** [1] - 10:20
**stuff** [1] - 35:9
**Subaru** [3] - 53:5, 67:2, 67:10
**submission** [2] - 165:12, 165:14
**submit** [5] - 142:20, 165:11, 167:13, 196:15, 208:4
**submitted** [7] - 69:20, 75:8, 136:19, 142:7, 154:4, 168:3, 181:5
**Subscribed** [1] - 235:18
**substantive** [4] - 34:5, 37:6, 37:21, 38:2
**sued** [3] - 94:8, 94:12, 175:18
**suggest** [1] - 192:19
**suing** [2] - 179:20,

179:24
**Suite** [1] - 3:13
**summer** [15] - 69:5, 70:15, 71:15, 74:21, 74:23, 76:20, 77:2, 78:18, 197:18, 198:14, 200:2, 228:2, 228:6, 231:17, 233:6
**summertime** [1] - 234:4
**SUNRISE** [3] - 1:5, 1:15, 1:19
**Sunrise** [118] - 3:9, 3:19, 4:4, 54:18, 61:7, 63:5, 63:13, 64:5, 65:22, 66:10, 68:22, 74:14, 75:6, 75:22, 78:11, 78:19, 83:4, 83:14, 83:17, 83:21, 85:15, 85:17, 85:20, 86:12, 88:20, 99:8, 99:22, 100:16, 100:24, 103:9, 104:16, 105:18, 106:20, 107:6, 108:15, 111:21, 112:15, 115:2, 115:8, 117:3, 117:10, 117:15, 117:18, 117:25, 118:7, 118:11, 118:16, 119:13, 119:18, 120:4, 121:8, 122:17, 123:24, 124:4, 125:2, 137:6, 144:13, 145:9, 146:3, 146:17, 146:22, 148:12, 152:5, 165:21, 166:3, 166:7, 166:17, 166:19, 167:17, 167:20, 168:14, 178:23, 178:25, 180:12, 181:2, 181:5, 181:9, 184:14, 184:18, 188:18, 188:22, 189:25, 190:24, 191:8, 191:12, 191:21, 193:11, 193:20, 195:13, 195:23, 196:22, 197:12, 198:9, 200:19, 203:11, 209:9, 209:11, 211:6, 212:16, 213:14, 213:24, 215:9, 215:17,

219:6, 220:6, 221:16, 224:18, 225:22, 226:5, 228:22, 229:6, 230:24, 231:7, 232:10, 232:17, 233:2, 233:7
**Sunrise's** [8] - 74:9, 77:12, 77:24, 99:24, 102:2, 132:11, 137:8, 145:20
**superb** [1] - 3:4
**SUPERB** [1] - 1:5
**supervisor** [1] - 33:5
**supervisors** [1] - 33:24
**supplement** [1] - 169:23
**supporting** [5] - 136:10, 137:18, 138:5, 139:9, 142:22
**supposed** [5] - 73:9, 73:22, 82:24, 192:5, 224:8
**suspended** [1] - 199:5
**swearing** [1] - 6:19
**sworn** [5] - 5:16, 5:19, 7:5, 235:18, 237:12
**Sylvia** [1] - 138:22
**Syosset** [1] - 3:18
**SYOSSET** [1] - 1:15
**system** [9] - 69:24, 70:4, 84:11, 100:7, 100:19, 102:20, 103:10, 208:21, 230:9

## T

**T-Mobile** [2] - 38:17, 39:6
**tax** [74] - 7:9, 15:23, 30:5, 30:8, 30:11, 30:12, 30:21, 31:7, 55:8, 55:11, 55:12, 57:25, 75:8, 106:18, 106:25, 107:2, 107:5, 107:8, 107:25, 108:9, 108:15, 109:3, 109:11, 110:14, 111:4, 111:8, 111:12, 111:14, 111:16, 111:19, 112:13, 112:15, 112:17, 112:20, 112:22, 113:25, 114:6, 114:12, 114:24, 115:3, 115:7, 115:17,

116:2, 116:24, 117:2, 125:19, 125:24, 126:3, 126:10, 126:13, 127:18, 128:17, 128:21, 132:11, 132:12, 181:4, 187:7, 187:11, 187:18, 187:19, 188:24, 189:8, 189:19, 189:22, 189:24, 195:16, 195:25, 216:11, 225:20, 226:3, 226:17, 226:24, 227:20, 236:24
**taxes** [1] - 97:25
**taxing** [2] - 227:9, 227:19
**TEAM** [1] - 1:5
**Team** [1] - 3:4
**Teddy** [1] - 25:5
**telephone** [3] - 40:7, 46:6, 91:12
**term** [1] - 87:2
**terminated** [1] - 65:20
**termination** [1] - 65:18
**terms** [2] - 178:16, 211:17
**terrible** [1] - 214:19
**testified** [15] - 7:7, 153:20, 156:12, 181:23, 182:25, 183:14, 183:17, 186:24, 187:6, 201:12, 207:23, 213:10, 213:17, 228:3, 233:17
**testify** [1] - 63:20
**testifying** [5] - 35:6, 176:17, 178:5, 181:25, 213:6
**testimony** [36] - 6:14, 8:23, 8:25, 22:4, 28:3, 34:6, 37:18, 76:14, 77:6, 84:5, 85:4, 86:3, 95:20, 102:11, 102:14, 110:23, 113:22, 119:8, 140:25, 141:15, 146:8, 147:14, 176:18, 176:22, 182:22, 187:4, 187:25, 190:8, 190:17, 190:21, 191:11, 192:23, 205:22, 235:8, 235:12, 237:14

**Text** [1] - 236:13
**text** [14] - 43:19, 43:22, 44:5, 44:18, 44:23, 45:3, 45:19, 45:21, 104:5, 104:6, 104:9, 150:8, 151:13, 151:22
**texted** [7] - 104:16, 105:3, 149:2, 150:6, 151:11, 151:14, 152:3
**texting** [5] - 45:7, 45:10, 45:16, 45:24, 99:15
**texts** [9] - 40:7, 44:10, 44:14, 149:5, 149:9, 178:17, 178:18, 179:6, 236:14
**Texts** [1] - 236:12
**THE** [13] - 1:7, 3:16, 6:2, 34:17, 36:9, 36:18, 36:23, 56:21, 90:20, 160:14, 170:11, 175:2, 234:13
**theft** [5] - 71:16, 72:4, 72:7, 72:11, 99:18
**therefore** [2] - 75:18, 145:21
**thick** [2] - 92:4, 92:23
**thinking** [1] - 16:6
**third** [4] - 179:7, 183:13, 183:14, 183:16
**Thomas** [1] - 116:13
**THOMAS** [1] - 1:14
**THOMASSON** [36] - 1:13, 4:3, 6:22, 7:14, 30:17, 37:8, 37:15, 44:21, 76:9, 84:2, 85:10, 85:23, 90:5, 90:11, 102:16, 110:19, 112:24, 113:7, 113:18, 119:10, 141:12, 143:7, 143:14, 147:9, 149:8, 150:11, 168:9, 174:23, 212:19, 213:3, 213:9, 219:14, 227:14, 228:25, 234:11, 236:4
**Thomasson** [7] - 7:23, 48:20, 175:20, 186:25, 187:22, 192:9, 205:24
**Thomasson's** [1] - 181:22
**thousand** [23] -

*Rich Moffett Court Reporting, Inc.*

144:21, 145:3,
145:9, 145:16,
151:16, 152:4,
159:18, 160:18,
162:6, 162:15,
190:22, 190:23,
193:15, 200:17,
200:18, 203:8,
206:18, 227:25,
228:12, 230:20,
230:22, 230:23,
232:14
**three** [6] - 17:24,
81:23, 130:18,
156:11, 182:6,
217:21
**throughout** [1] - 34:10
**Thursday** [2] - 127:2,
127:5
**tied** [1] - 21:24
**tight** [1] - 35:2
**timeline** [1] - 95:25
**tiny** [1] - 164:15
**title** [17] - 56:7, 61:12,
61:14, 61:17, 61:22,
65:7, 69:9, 70:23,
98:7, 98:10, 104:20,
104:21, 104:25,
178:22, 189:12,
197:15, 210:5
**titles** [4] - 15:20,
64:24, 199:18, 210:7
**TO** [1] - 236:17
**today** [41] - 7:24, 8:4,
8:21, 23:9, 33:5,
43:13, 47:17, 90:14,
95:20, 101:8, 102:7,
109:24, 112:21,
113:10, 114:2,
120:20, 121:3,
122:14, 127:15,
129:24, 130:15,
130:17, 131:13,
154:16, 156:16,
175:21, 176:17,
177:21, 181:24,
183:21, 184:7,
188:5, 202:16,
207:11, 207:12,
209:21, 209:22,
220:10, 220:16,
225:18, 226:22
**together** [8] - 39:18,
53:18, 54:5, 54:6,
54:15, 123:23,
126:4, 139:5
**token** [20] - 203:25,
204:2, 204:4, 204:5,
204:9, 204:10,
204:12, 204:13,

209:13, 209:18,
211:18, 211:20,
211:22, 211:25,
212:4, 212:7,
212:10, 212:13,
212:15, 230:8
**tokens** [1] - 99:13
**Tom** [11] - 89:16,
108:21, 116:17,
116:22, 124:24,
128:10, 129:16,
132:18, 132:19,
187:15, 187:17
**tonight** [1] - 214:17
**Tony** [2] - 184:15,
202:14
**took** [17] - 14:20, 15:4,
16:10, 16:16, 20:8,
23:17, 23:20, 82:7,
84:16, 84:19,
101:23, 150:16,
213:13, 217:23,
218:8, 218:9, 219:20
**top** [3] - 67:16, 127:2,
132:17
**topics** [3] - 45:2,
49:12, 49:15
**total** [5] - 59:13,
112:23, 180:14,
225:16, 225:17
**touch** [1] - 40:16
**towards** [4] - 86:20,
198:16, 230:6, 230:7
**Toyota** [3] - 53:7,
67:3, 67:10
**track** [4] - 31:24,
31:25, 32:2, 32:10
**Tracy** [4] - 165:22,
166:25, 167:3, 167:9
**trade** [10] - 72:15,
73:8, 73:21, 74:3,
180:22, 211:14,
216:18, 216:19,
216:23, 217:9
**trade-in** [1] - 73:8
**trade-ins** [1] - 180:22
**traded** [1] - 215:16
**trades** [1] - 217:8
**training** [3] - 11:22,
11:25, 12:6
**transaction** [11] -
32:6, 82:22, 86:24,
100:13, 109:21,
205:2, 219:18,
220:4, 220:7,
220:12, 220:14
**transactions** [9] -
32:11, 32:13,
184:16, 202:17,
204:21, 204:24,

220:10, 234:6, 234:8
**transcript** [3] - 234:16,
235:8, 235:11
**transfer** [24] - 109:15,
125:18, 131:24,
145:16, 146:22,
159:18, 160:22,
180:11, 188:14,
190:22, 191:19,
191:25, 192:9,
192:12, 193:2,
193:10, 198:23,
203:8, 203:23,
204:25, 205:11,
205:13, 205:15,
206:19
**transferred** [16] -
110:5, 110:18,
145:8, 163:3,
180:11, 180:22,
180:24, 181:3,
181:6, 191:5, 191:7,
191:15, 191:20,
198:19, 205:12,
205:16
**transferring** [1] -
109:9
**transfers** [8] - 145:19,
160:11, 204:25,
205:4, 205:8,
211:24, 212:6,
212:12
**transit** [1] - 197:8
**transported** [1] -
218:17
**Trial** [1] - 2:3
**trial** [3] - 5:13, 8:22,
183:19
**trouble** [1] - 98:20
**true** [6] - 19:4, 120:22,
153:15, 235:11,
235:14, 237:13
**truthful** [1] - 43:13
**try** [1] - 218:21
**trying** [6] - 48:18,
71:21, 71:22,
123:16, 158:4,
219:22
**two** [52] - 10:18,
10:21, 11:8, 16:16,
17:3, 17:23, 23:3,
23:7, 23:24, 66:2,
66:17, 68:9, 69:3,
81:15, 90:2, 94:2,
95:4, 95:10, 99:10,
103:13, 105:8,
105:14, 111:23,
115:19, 124:6,
124:12, 124:18,
126:7, 134:24,

135:17, 135:22,
149:3, 153:12,
154:21, 187:8,
195:12, 198:12,
198:15, 200:21,
209:14, 210:2,
210:6, 210:8, 211:9,
212:13, 216:8,
216:12, 218:24,
223:2, 225:5,
228:13, 234:17
**type** [3] - 11:20, 11:25,
99:21
**typed** [1] - 15:18
**typical** [2] - 40:11,
71:7
**typically** [1] - 47:2

## U

**UEA** [2] - 1:17, 3:21
**ultimately** [1] - 168:2
**um-hum** [1] - 23:16
**um..** [1] - 17:19
**umbrella** [4] - 98:9,
99:3, 134:21, 135:11
**under** [17] - 6:14, 8:21,
8:24, 41:16, 66:23,
69:6, 72:24, 134:21,
134:24, 135:10,
135:15, 140:6,
143:17, 173:25,
174:5, 208:3, 235:9
**Under** [1] - 143:20
**underfunded** [1] -
79:23
**understood** [8] - 9:7,
33:2, 36:23, 52:21,
171:24, 177:10,
191:3, 218:21
**unhappy** [1] - 75:24
**Uniondale** [1] - 4:8
**unique** [1] - 186:2
**United** [5] - 9:24, 10:2,
10:4, 13:7, 157:11
**UNITED** [1] - 1:2
**University** [1] - 10:16
**unless** [3] - 48:15,
85:7, 227:13
**unsigned** [1] - 167:21
**unused** [1] - 230:16
**up** [12] - 50:22, 51:14,
66:18, 86:22, 87:4,
119:4, 126:9, 175:7,
175:19, 202:23,
203:6, 229:10
**upload** [11] - 100:5,
137:18, 139:8,
142:22, 165:2,
208:15, 208:18,

208:20, 208:23,
209:5, 209:10
**uploaded** [1] - 100:9
**uploading** [1] - 100:14
**uploads** [1] - 211:24
**ups** [3] - 175:5,
175:10, 212:20
**upset** [1] - 75:24
**URRITIA** [1] - 1:5
**Urrutia** [9] - 3:4,
183:24, 184:4,
184:7, 184:11,
184:17, 194:17,
194:24, 202:7
**user** [3] - 100:10,
203:20, 208:25
**utilities** [2] - 42:21,
169:10
**utility** [5] - 41:11,
41:18, 43:7, 43:25,
44:8

## V

**vacation** [2] - 103:18,
210:25
**vacations** [2] - 10:10,
40:21
**value** [1] - 180:19
**various** [1] - 228:13
**vehicle** [10] - 15:17,
49:11, 69:13, 80:19,
86:14, 86:23,
188:14, 199:5,
200:11, 211:12
**vehicles** [2] - 29:2,
215:16
**verbal** [3] - 46:10,
46:13, 46:14
**verbally** [4] - 6:13,
8:15, 126:14, 151:12
**verified** [1] - 128:19
**Verify** [2] - 199:5,
199:15
**Via** [1] - 1:22
**via** [2] - 40:6, 151:13
**view** [1] - 212:11
**visit** [1] - 10:9
**visited** [2] - 197:18,
198:15
**Vladimir** [1] - 15:11
**Volkswagon** [3] -
53:7, 67:4, 67:11

## W

**wait** [3] - 53:17, 90:19,
217:13
**waiting** [1] - 64:23
**waive** [1] - 6:18

**waived** [1] - 5:8
**walked** [1] - 215:18
**Walker** [1] - 62:17
**walking** [1] - 214:9
**Wantagh** [1] - 4:5
**wants** [2] - 50:11, 212:22
**water** [1] - 94:19
**ways** [1] - 99:16
**weather** [2] - 34:2, 48:6
**week** [5] - 40:17, 43:3, 43:6, 47:6, 91:10
**Wendy** [3] - 7:17, 32:9, 44:22
**WENDY** [6] - 2:4, 6:3, 235:7, 235:16, 236:4, 237:10
**whatsoever** [1] - 148:21
**WHEREOF** [1] - 237:21
**whole** [2] - 75:25, 171:2
**wholesale** [1] - 181:8
**window** [2] - 36:11, 36:21
**wire** [21] - 76:3, 145:16, 145:19, 146:21, 159:18, 159:21, 160:3, 160:4, 160:17, 160:22, 160:25, 180:10, 191:18, 191:20, 192:8, 192:12, 192:17, 192:20, 193:10, 211:23, 212:6
**wired** [4] - 192:13, 192:25, 213:19, 213:23
**Withdrawn** [2] - 58:12, 135:2
**withdrawn** [2] - 142:9, 228:25
**WITNESS** [11] - 34:17, 36:9, 36:18, 36:23, 56:21, 90:20, 160:14, 170:11, 175:2, 236:3, 237:21
**witness** [5] - 6:12, 6:19, 234:22, 237:10, 237:15
**Witness** [3] - 7:4, 162:11, 179:6
**Witt** [7] - 107:14, 107:20, 108:3, 108:9, 132:14, 132:22, 133:6
**woman** [1] - 96:13

**wondering** [1] - 68:3
**word** [3] - 17:9, 30:16, 123:20
**words** [5] - 8:17, 69:23, 179:12, 191:9, 212:9
**workers** [1] - 172:2
**works** [2] - 26:4, 100:7
**World** [6] - 13:2, 13:3, 13:17, 14:7, 14:20, 14:25
**writing** [5] - 44:25, 70:10, 126:14, 170:22, 179:10
**written** [8] - 82:23, 123:2, 179:5, 208:15, 208:19, 221:5, 225:4, 225:14
**wrongdoing** [1] - 215:8
**wrongdoings** [1] - 216:7
**wrongfully** [2] - 84:21, 219:20
**wrote** [1] - 130:10
**Wu** [1] - 15:10
**WU** [1] - 15:11

## Y

**year** [23] - 12:12, 14:11, 23:23, 24:15, 73:18, 76:16, 78:17, 79:8, 80:20, 81:14, 83:20, 99:9, 102:22, 105:23, 172:24, 190:2, 195:25, 197:24, 201:21, 223:23, 228:18, 229:10
**years** [34] - 12:3, 12:18, 12:19, 14:20, 15:3, 15:5, 15:14, 16:7, 16:10, 17:4, 17:24, 18:2, 18:3, 23:11, 24:5, 28:9, 38:5, 39:9, 39:11, 39:13, 47:25, 48:13, 54:4, 58:23, 59:16, 60:6, 61:20, 62:21, 71:10, 154:20, 154:21, 185:22, 187:20, 217:21
**yesterday** [2] - 41:9, 43:6
**YORK** [3] - 1:3, 235:4, 237:3
**York** [35] - 2:6, 3:5, 3:13, 3:22, 4:5, 4:8, 7:6, 7:21, 13:5, 13:6,

57:22, 66:24, 95:19, 108:7, 124:14, 134:15, 134:22, 135:16, 137:13, 138:7, 138:15, 140:7, 141:7, 142:25, 143:21, 144:13, 154:24, 199:10, 208:3, 209:7, 212:15, 216:11, 237:9
**Yossef** [3] - 166:11, 166:14, 167:15
**yourself** [6] - 126:18, 129:9, 164:13, 164:19, 202:17, 218:9

## Z

**Zanan** [1] - 15:11
**ZANAN** [1] - 15:12
**ZIZMOR** [1] - 3:8
**Zoom** [4] - 1:22, 6:4, 91:16, 91:18