

Nipun Marwaha, Esq.
Nipun@MarwahaLaw.com
Admitted NY, EDNY, SDNY

April 23, 2026

**VIA ECF**
Hon. James M. Wicks, U.S.M.J.
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 1020
Central Islip, NY 11722

> Re: <u>Superb Motors, Inc., et al. v. Anthony Deo, et al.</u>
> Case No. 2-23-cv-6188 (JMW)

Dear Judge Wicks,

As the Honorable Court is aware, the undersigned firm, Marwaha Law Group, PLLC, is counsel for Deo Defendants and submits the following Letter in Opposition to Island Auto Plaintiff's Request for a Waiver of Appearance. (ECF 479).

Island Auto Plaintiffs have been co-signing numerous filings, and arguably implicitly co-signing the behavior of co-Plaintiffs, since the inception of the instant matter. For them to now say that an injunction that has benefitted them for the better part of the last 3 years is now something they "take no position" on is telling. To make sure the record is complete the physical in person appearance of all Plaintiffs with counsel is necessary for them to state their position on the record with regards to the Modification and the Contempt that is presently before the Court.

The Court's inquiry into this motion also benefits from a complete record. The motion implicates representations, filings, and conduct spanning the full plaintiff group, and an incomplete argument invites later disputes over what was preserved, conceded, or abandoned by the absent parties. If the Island Auto Plaintiffs genuinely take no position, they can confirm that on the record in a matter of moments, a concession with evidentiary and strategic significance that the Court and the parties are entitled to hear directly rather than by letter.

The undersigned thanks the Court for its time and consideration of this matter.

Respectfully Submitted,

Nipun Marwaha

Nipun Marwaha
Managing Partner
Marwaha Law Group, PLLC
