

Cullen and Dykman LLP
The Omni Building
333 Earle Ovington Blvd, 2nd Floor
Uniondale, NY 11553
T: 516.357.3700
F: 516.357.3792

**Ariel E. Ronneburger**
Partner
Direct Dial: (516) 296-9182
aronneburger@cullenllp.com

April 23, 2026

**VIA ECF**
Honorable James M. Wicks, U.S.M.J.
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 1020
Central Islip, New York

> Re:  ***Superb Motors Inc., et al. v. Anthony Deo, et al.,***
> **Docket No: 2:23-cv-6188-JMW**

Dear Judge Wicks:

This firm represents defendant Flushing Bank in the above-referenced matter. We write to respectfully request that Flushing Bank be excused from attending the oral argument scheduled for May 7, 2026 on the Superb Plaintiffs[1] motion to dissolve the preliminary injunction (ECF No. 340) and the Deo Defendants[2] motion to modify the preliminary injunction (ECF No. 477). The Injunction applies to the Deo Defendants and the Superb Plaintiffs and involves issues surrounding vehicles in the possession of the Deo Defendants and Superb Plaintiffs. The Injunction does not involve or impact Flushing Bank.

Flushing Bank does not take a position on these motions. Additionally, Flushing Bank was previously excused from attending settlement conferences and evidentiary hearings related to the Injunction. ECF Docket Nos. 41, 141, 151, and Order dated October 25, 2024. Accordingly, Flushing Bank respectfully requests that its counsel be excused from the appearance on May 7, 2026.

---

[1] Plaintiffs Superb Motors Inc., Team Auto Sales LLC, and Robert Anthony Urrutia are referred to as the "Superb Plaintiffs.."

[2] Defendants Anthony Deo, Sarah Deo, Harry Thomasson, Dwight Blankenship, Marc Merckling, Michael Laurie, Car Buyers NYC Inc., Gold Coast Cars of Syosset LLC, Gold Coast Cars of Sunrise LLC, Gold Coast Motors Automotive Group LLC, Gold Coast Motors of LIC LLC, Gold Coast Motors of Roslyn LLC, Gold Coast Motors of Smithtown LLC, and UEA Premier Motors Corp are collectively referred to as the "Deo Defendants."



Thank you for your courtesies in this matter.

Respectfully,

*Ariel E. Ronneburger*

Ariel E. Ronneburger

cc:  All Counsel of Record

134.3154 21384387v1
CLIENTS\134\3154\35617264.v1-4/23/26