# CYRULI SHANKS

## CYRULI SHANKS & ZIZMOR LLP

Jeffrey C. Ruderman
email: jruderman@cszlaw.com
Admitted NY, NJ and CT

April 23, 2026

Via ECF

Hon. James M. Wicks, U.S.M.J.
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 1020
Central Islip, NY 11722

      Re:     Superb Motors Inc. et. al. v. Deo, et. al., Case No. 2:23-cv-6188 (JMW)

Dear Magistrate Judge Wicks:

This firm represents the "Island Auto Plaintiffs", being all Plaintiffs in the above referenced matter other than the "Superb Plaintiffs" (being Superb Motors Inc., Team Auto Sales LLC, and Robert Anthony Urrutia).

We respectfully respond to the objection of the Deo Defendants to the Island Auto Plaintiffs' request that our appearance on May 7, 2026 for oral argument on the Deo Defendants' motion to modify the current preliminary injunction [ECF Doc. 477 and Text Order dated April 22, 2026] be excused.

The Deo Defendants' object for the sole purpose of causing unnecessary time and expense on behalf of the Island Auto Plaintiffs. Despite the fact that the Superb Plaintiffs and Island Auto Plaintiffs have certain joint claims, they also maintain certain solely independent and discreet claims of which they have no knowledge and seek no relief. The Preliminary Injunction issue to be addressed by the Court on May 7, 2026 is one such issue.

In fact, on no less than five (5) prior occasions have the Island Auto Plaintiffs requested that their appearance to be excused, without objection, for matters concerning the ongoing dispute about the Preliminary Injunction, as they are not affected by the issue and take no position. Each request was granted by the Court (Hearing 2/10/24 (Doc. 152), request dated 10/23/24 (Doc. 209) granted 10/25/24, hearing 1/10/25 (Doc. 215), request 5/3/25 (Doc. 262) granted 5/5/25, request 10/21/25 (Doc. 326) granted 10/22/25).

# CYRULI SHANKS

CYRULI SHANKS & ZIZMOR LLP

The Island Auto Plaintiffs would add nothing to the proceeding and the Deo Defendants fail to explain in any detail what information the Island Auto Plaintiffs may have to offer the Court that may weigh upon its consideration of the instant application. The Deo Defendants' wrongful objection, now raised for the first time after five (5) previous implicit consents, should be rejected.

However, should the Court require the attendance of the Island Auto Plaintiffs, being that I live in New Jersey, with a total of five (5) to six (6) hours of travel time to and from the Court, I respectfully request that I be permitted to appear virtually or by telephone.

We thank the Court for its consideration in this regard.

Respectfully yours,

*/s/ Jeffrey C. Ruderman*
Jeffrey C. Ruderman

cc:    All counsel via ECF