

Cullen and Dykman LLP
The Omni Building
333 Earle Ovington Blvd, 2nd Floor
Uniondale, NY 11553
T: 516.357.3700
F: 516.357.3792

**Ariel E. Ronneburger**
Partner
Direct Dial: (516) 296-9182
aronneburger@cullenllp.com

April 23, 2026

**VIA ECF**
Honorable James M. Wicks, U.S.M.J.
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 1020
Central Islip, New York

> Re: *Superb Motors Inc., et al. v. Anthony Deo, et al.*,
> **Docket No: 2:23-cv-6188-JMW**

Dear Judge Wicks:

This firm represents defendant Flushing Bank in the above-referenced matter. We write jointly with counsel for defendant Libertas Funding LLC, to request a virtual conference with the Court regarding the April 30, 2026 deadline to complete the first steps in filing for summary judgment.

Pursuant to this Court's Individual Practice Rules, prior to filing summary judgment, a party must submit a pre-motion conference letter along with a proposed briefing schedule, and a Local Civil Rule 56.1 Statement containing evidentiary citations. However, as discovery ended in this matter on April 14, 2026, not all deposition transcripts are available, and there remain outstanding post-deposition document demands served by Plaintiffs in this case, as well as responses to non-party subpoenas that are due on May 8, 2026.

We write to request this conference in order to discuss April 30, 2026 deadline given the outstanding discovery, and also the specific requirements of the Local Civil Rule 56.1 Statement at this time, specifically, whether the Court wants the parties to provide, as exhibits, all documents cited in such Statement.

If the Court declines to grant a conference, we would respectfully request that the Court treat this letter as a request to extend the April 30, 2026 deadline thirty (30) days, to June 1, 2026, with the dates for the joint pre-trial order and the pre-trial conference to also be adjourned accordingly.



Thank you, as always, for your courtesies in this matter.

Respectfully,

*Ariel E. Ronneburger*

Ariel E. Ronneburger

cc:  All Counsel of Record