UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

Case No. 2:23-cv-6188  (JW)

SUPERB MOTORS, INC., TEAM AUTO SALES LLC.,
ROBERT ANTHONY URRUTIA, 189 SUNRISE
HIGHWAY AUTO LLC., NORTHSHORE MOTOR
LEASING, LLC., BRIAN CHABRIER, individually and
derivatively as a member of NORTHSHORE MOTOR
LEASING, LLC, JOSHUA AARONSON, individually and
derivatively as a member of 189 SUNRISE HWY AUTO,
LLC, JORY BARON, 1581 HYLAN BLVD AUTO LLC,
1580 HYLAN BLVD AUTO LLC, 1591 HYLAN BLVD
AUTO LLC, 1632 HYLAN BLVD AUTO LLC, 1239
HYLAN BLVD AUTO LLC, 2519 HYLAN BLVD
AUTO LLC, 76 FISK STREET REALTY LLC, 446
ROUTE 23 AUTO LLC, and ISLAND AUTO
MANAGEMENT, LLC,

                              Plaintiffs,

              -against-

ANTHONY DEO, SARA DEO, HARRY THOMASSON,
DWIGHT BLAKENSHIP, MARC MERCKLING,
MICHAEL LAURIE, TOMAS JONES, CPA, CAR BUYERS
NYC INC., GOLD COAST CARS OF SYOSSET LLC,
GOLD COAST CARS OF SUNRISE LLC, GOLD COAST
MOTORS AUTOMOTIVE GROUP LLC, GOLD COAST
MOTORS OF LIC LLC, GOLD COAST MOTORS OF
ROSLYN LLC, GOLD COAST MOTORS OF
SMITHTOWN LLC, UEA PREMIER MOTORS CORP.,
DLA CAPITAL PARTNERS INC., JONES LITTLE & CO.,
CPA'S LLP, FLUSHING BANK, and LIBERTAS FUNDING,
LLC,

                              Defendants.

-----------------------------------------------------------------------X

### DECLARATION OF HARRY THOMASSON IN RESPONSE TO THIS COURT'S ORDER TO SHOW CAUSE

    Harry Thomasson, pursuant to 28 U.S.C. § 1746, declares under the penalty of perjury

that the following is true and correct:

1

1. I am an attorney in good standing in the State of New York, I am admitted to practice before this Court, and I am a *pro se* Defendant in the above captioned action. As such, I have first-hand knowledge of the facts recited herein.

2. This Declaration is submitted in response to this Court's Order to Show Cause dated April 20, 2026, regarding the alleged use of AI in a brief submitted to this Court previously.

3. First, let me state as clearly as I can: I do not ever knowingly utilize Artificial Intelligence (hereinafter, "AI") in drafting anything in or out of my profession. There is not a single instance where I have any memory of utilizing AI for any purpose whatsoever.

4. I do not have any subscription to any AI provider of any type, and I never have maintained any such subscription.

5. I do not utilize any free websites for AI, assuming such free websites exist, at any time for any reason.

6. Since COVID, I have maintained a home office, only, in the conduct of my profession as an attorney.

7. This is what I believe happened in this instance, your Honor: On Thanksgiving 2025, I sat at my home computer to do some work and also to check (as I often do) on world events and sports.

8. I have a clear memory that on Thanksgiving 2025, my homepage, which is always "Google," did not look the same as it has for literally years, if not a decade or more.

9. I really did not think anything of that fact until this Court's Order to Show Cause earlier this week; I just figured it was some sort of update that I had no control over.

10. Knowing as I do that I do not utilize AI, I immediately wondered about that Google page/change since Thanksgiving when this Court issued its Order to Show Cause.

11. Accordingly, I immediately brought my computer to Staples (I dropped off the computer at Staples on April 21, 2026), where I have always gone for technological advice and assistance, as well as a broad range of office supplies.

12. Attached hereto as Exhibit A is a true and accurate copy of the paperwork I received from Staples when I picked up the computer yesterday.

13. As is plainly obvious on pages 1 and 3 of the attached Staples paperwork, there were 14 viruses and 2 malware/software on my computer; Staples technicians removed these viruses and malware since I dropped off the computer on Tuesday earlier this week.

14. When I returned home and re-attached my computer yesterday late in the day, I discovered that my homepage/Google was returned to the way it used to look before Thanksgiving 2025. I went back to Staples and asked a technician if that different appearance means that the viruses and malware removed from my computer meant that Google was somehow impacted by those viruses and malware, and I was told that in all likelihood, I was not using Google since the change occurred on Thanksgiving 2025.

15. When I do legal research, I utilize books (still, and frequently), I utilize Google, and I utilize Justia Law website to confirm citations. I do not use AI, I do not trust AI, and I do not trust that utilizing AI is safe for my computer. So I just don't do it.

16. In this instance, and since I've always successfully used books, Google, and Justia Law as I have set forth in this Declaration, I know that the issue of AI use and/or mistaken drafting was unintentional, and necessarily unintentional. I apologize under the circumstances, but despite my attempts at vigilance to safeguard my computer, viruses

and malware are prevalent, and bit me in this instance.  My old school techniques typically work without incident, but failed me in this instance.

17. My computer is cleaned and operative again in the normal course, and I will be extra vigilant in checking cites going forward to ensure this does not happen again.  I even go so far as to avoid storing documents on my computer, your Honor, I store documents only on flash drives that I replace every few months to try to keep everything as safe as possible.

18. This was an innocent mistake, your Honor. Candidly, I was completely fooled by whoever infiltrated my computer, and I am upset that this not only caused distractions to everyone in this case, but also I am extremely upset that this happened when I do try to be so careful.  I will do what I can to do better going forward, your Honor. I value my old school training, but in this instance, I naively did something wrong, and I will be vigilant in trying to avoid a repeat going forward.


I declare under penalty of perjury that the foregoing is true and correct.  Executed on April 24, 2026.


/S/ *Harry R. Thomasson*

_____
Harry R. Thomasson, Esq.
*Pro Se* Defendant
3280 Sunrise Highway, Box 112
Wantagh, New York  11793
Tel.  516-557-5459
Email:  hrtatty@verizon.net


4