# Staples Tech Services

**Diagnostic & Repair**

## Service Information

| | | | |
|---|---|---|---|
| **Date:** | 4/22/2026 | **OS Version:** | WIN_11 |
| **Order Number:** | 2142824272 | **OS Architecture:** | X64 |
| **Computer Name:** | HARRY-PC | **Serial Number:** | 2MO3232P3J |
| **Username:** | hrtat | **Model** | HP Pavilion Desktop TP01-3xxx |

## Summary of Work

| Threats Found & Removed | Unwanted Software Removed | Hard Disk Test | Memory Test |
|---|---|---|---|
| 14 | 2 | Passed | Passed |
| *Keeping your Internet Security software updated and running is key to preventing a re-infection.* | *Malware can "hide" in some of these programs and slow down your PC. Always install programs from trusted sources and beware of "freeware" programs.* | *It's good practice to never let your overall drive space fall below 15%, and always backup!* | *Adding more memory is the easiest way to increase the overall performance of your PC.* |

## Additional Work

✔ **Your Internet browsers have been verified working.**
  *Remember to always make sure you are running the latest version.*

✔ **A new Restore Point was created.**
  *Having a "known" good Restore point will help us get you back up and running if you have trouble later on.*

✔ **Windows Updates verified to be running and scheduled.**
  *Ensuring your PC has the latest updates is very important in the overall security of your PC.*

✔ **Internet and network connections optimized for speed.**
  *Safely adjusting key PC settings that affect network performance.*

✔ **Junk and Temporary files have been cleaned.**
  *Excess file buildup can limit storage space and/or slow down a PC.*

✔ **Windows services have been optimized.**
  *Unnecessary services can cause slowdowns, crashes, or unwanted popups.*

✔ **Startup speed checked and fixed.**
  *Optimized programs and services running on start up.*

✔ **We checked the Registry and fixed any errors found.**
  *Have your PC tuned up every 6 months to keep your Registry clean.*

## It was a pleasure helping you out today, you are a valued Staples customer!

 **Staples**   # Pickup Customer Copy



**2142824272**

4/22/2026 10:50:12 AM EST

## Store Information

**Store Number#** 146 Massapequa NY          **Associate** Rion H          **Bin Location** B1

## Customer Information

| | | | | |
|---|---|---|---|---|
| **Last Name** | THOMASSON | | **Address 1** | 580 W Montauk Hwy |
| **First Name** | HARRY | | **Address 2** | |
| **Email** | hrtatty@verizon.net | | **City** | Lindenhurst |
| **Phone Number** | (516) 557-5459 | | **State** | NY |
| **Alternate Phone Number** | | | **Zip Code** | 11757 |
| **Contact Method** | Email | | | |
| **Easy Rewards** | 2260024621 | | | |

## Device Information

| | | | | |
|---|---|---|---|---|
| **Manufacturer** | HP | | **Operating System** | Windows 11 |
| **Brand** | OTHER | | | |
| **Model** | OTHER | | | |
| **Serial Tag** | 2m03232p3j | | | |
| **Password Type** | PIN | | | |

## SKU Information

TSOC PC Tune Up - 1 YR

**KeyCode: DYD7S-JPEXD-PPWSD-RY2DK (4/20/2026 - 4/20/2027)**

TSOC Existing Total Support Plus $269.99

| | | |
|---|---|---|
| **Paid** | $0.00 | |
| **Paid** | $459.97 | |
| **Subtotal** | $459.97 | |

## McAfee

### Information

For any account updates, such as old subscription cancellations or email changes/updates, please contact McAfee Customer Support at 1 (866) 622-3911.

**Current Expiration Date** 4/21/2028
**McAfee E-mail Address** hrtatty@verizon.net
**Activation Code**    TR9PNPNS7BJHY6SH
**Mobile Code**    TR9PNPNS7BJHY6SH

## Closing Notes

• Carbonite Online Backup is a secure hands-off way to protect your data and keep it easily accessible from anywhere, anytime.
==================================================
The PC Repair service has been completed.
A service summary report is located on the Windows Desktop.
PC was scanned for integrity issues and no failing hardware was found.
PC has been cleaned of malicious software and all errors were corrected.
Browsers and add-ons were reset.
Malicious startup applications and shortcuts were removed.
Threats found and removed:14
Unwanted Software removed:2
The PC is not experiencing: having trouble with opening applications; experiencing pop-ups; unusually warm or noisy
Additional Items Addressed: N/A

==================================================
The PC Tune-Up service has been completed.
The Total Defense PC Tune-Up application was successfully installed and a Tune-Up was completed.

==================================================
The Virus Shield Plus service has been completed.
McAfee Antivirus was successfully installed and activated.

Internet and system clutter found as well as viruses

## Intake Question Summary

### Device Customer Acknowledgment questions

Have you discussed the results from the Intake Scan with the customer?          Agree
The customer acknowledges Staples is not responsible for lost data.          Agree
The customer acknowledges the Staples warranty covers workmanship and replacement part defects. Any accidental damage after the initial repair is not covered.          Agree

### Pre-Qualification Questions

Is this a custom made (whitebox) computer?          No
Does the device power on?          Yes
Does the computer boot into Windows?          Yes

Initials: _____   Date: 4/22/2026   Due Date : 4/24/2026 5:00:00 PM EST

## Pickup Checklist

| Device Specific questions | Original Condition | | Resolution performed to address issue |
|---|---|---|---|
| Is the device slow or experiencing slowdowns? | No | ☐ | _____ |
| Does the device freeze or lock up? | No | ☐ | _____ |
| Has the device been blue screening or rebooting? | No | ☐ | _____ |
| Does the device have trouble connecting to the internet? | No | ☐ | _____ |
| Does the device have pop-ups? | Yes | ☐ | _____ |
| Do applications have trouble opening normally? | Yes | ☐ | _____ |
| Has the device been unusually warm or noisy? | Yes | ☐ | _____ |
| Does the device power down unexpectedly? | No | ☐ | _____ |

Describe, in detail, why the customer has brought their unit into Staples and the problem(s) it is experiencing. Be as specific as possible ☐ _____

customer states that when they open google chrome. instead of just one homepage, there are three homepages. each different one and one even blank

If the device has scratches, cracks, or other visible imperfections, please make note of the device condition — no physical imperfections ☐ _____

**Customer's Signature:** _____ **Date:** _____

# Staples Tech Services Terms and Conditions

## MANUFACTURERS WARRANTY

If your repair is covered by the original manufacturer's warranty or other warranties (other than Staples Tech Services warranty), it is your responsibility to obtain warranty service through the manufacturer for any original equipment that was part of the initial product purchase or through the other warranty service provider.

## LIMITED SERVICE WARRANTY

Staples warrants that the Staples Tech Services (the "Services") it provides shall be free of defects in workmanship for a period of 30 days from the date of original invoice. Mobile Phone and Tablet screen and hardware repairs have a workmanship guarantee of one year. To obtain a warranty service repair, bring your computer, phone, tablet or other device (hereinafter "equipment") to your local Staples Tech Services Center. If, after such warranty service repair is performed, you believe that the services have not been performed as warranted herein, your sole remedy will be repair of the equipment or refund of your service fee at Staples option. In its sole discretion, if your equipment is in an unusable state following a warranty service repair, Staples may offer to replace your equipment with refurbished equipment of similar or later generation or reimburse you for no more than the then current trade-in value of your equipment. If during any Services or any warranty service repair Staples determines your equipment has been damaged by the service process, Staples reserves the right to send your equipment to its offsite repair depot for additional services prior to the issuance of any replacement or reimbursement. If the offsite repair depot is unable to return your equipment to a usable state, Staples may offer to replace your equipment with refurbished equipment of similar or later generation or reimburse you for no more than the then current trade-in value of your equipment.

The customer acknowledges that if the customer's device is covered under a manufacturer's warranty or an extended warranty, this repair will void that warranty and other repair services, including Apple, may refuse to service a device previously repaired by Staples.

## EXCLUSIONS TO LIMITED SERVICE WARRANTY

We will not refund your Services fee or re-service your equipment if, in Staples opinion: a) equipment has been damaged after being serviced; b) issues were not present when the equipment was originally repaired; c) issues were caused by problems with a third party service such as internet service providers, DSL, or cable companies; or d) the equipment has been in contact with liquid

## VS+ Disclaimer

In Store and Remote virus removal subscriptions are limited to the device which it was sold on and are not transferable.

## MOBILE PHONE AND TABLET REPAIR DISCLAIMER

After opening a device for repair the equipment will lose its ability to be water resistant. By signing this form and utilizing a repair service you acknowledge the device will no longer be water resistant and may become non-functional if it comes in contact with liquid.

## SHARING OF INFORMATION WITH THIRD PARTIES

Staples may utilize selected third parties to perform some of the Services. In such cases, Staples may need to share access to as well as payment information as reasonably necessary to complete such work. By releasing your equipment to us, you consent to such third parties accessing your information.

## END USER LICENSES

You understand and agree that if any software installation is required, Staples may act on your behalf and accept the terms of the end user license agreement.

If applicable, You hereby authorize Office Superstore East LLC and its subsidiaries ("Staples") to accept the TOTAL DEFENSE END USER LICENSE AGREEMENT ("Agreement") on your behalf. By doing so, You agree to be subject to the terms and conditions of the Agreement. A copy of this Agreement can be found at https://www.totaldefense.com/eula/.

Or if applicable, You hereby authorize Office Superstore East LLC and its subsidiaries ("Staples") to accept the Carbonite Safe Terms and Conditions ("Agreement") on your behalf. By doing so, You agree to be subject to the terms and conditions of the Agreement. A copy of this Agreement can be found at https://www.carbonite.com/terms-of-use/product-terms-of-service .

## BACK UP YOUR DATA BEFORE LEAVING YOUR EQUIPMENT

By signing this form and using the Services, you understand and agree that prior to any service performed on your equipment, including any diagnostic service, it is your responsibility to make sure that your equipment and the data stored on your equipment has been completely backed up. You understand and agree that Staples is not responsible for loss of data, or information that is on your equipment (including, but not limited to, any documents, spreadsheets, pictures, videos, music, emails, messages, contacts, calendars, applications, files, or any other form of information).

## PRICING

Repair pricing advertised does not cover issues arising from misuse, abuse, or neglect (for example, liquid spillage) of the equipment. If our centralized repair facility diagnoses the equipment to be damaged via one of these reasons, they will provide a price quote for the repair. In some cases, you may be required to provide the original media with the software for your equipment in order to have it reinstalled in connection with work done under this work order.

## FAILURE TO PICK UP YOUR EQUIPMENT

Staples is not responsible for customer's equipment or other property left or not picked up at Staples within 30 days after we send you a notification your equipment is ready for pickup. Notification will be by telephone, email or mail at the address we have on file for you. It is your responsibility to ensure Staples has an accurate address, email address and phone number for you. **If you do not pick up your equipment at that time, or arrange for a pick up time that is reasonable, Staples will dispose of your abandoned equipment 30 days after we sent you the notification.** Staples will not preserve any data which was stored on your abandoned equipment. Staples is not responsible for any data that is lost as a result of your abandonment of the equipment.

## ILLEGAL MATERIALS STORED ON EQUIPMENT

Please note that should any suspicious or potentially illegal materials or images on your equipment be discovered during the repair, we are obligated to inform appropriate law enforcement authorities and will cooperate with their requirements, which could include transfer of your equipment to such authorities.

## PC NEXT DAY SERVICE GUARANTEE

Staples offers a Next Day* PC Service Guarantee for the Services. If equipment is brought into Staples prior to noon local time on any given day, we guarantee the equipment will be ready by 5 pm the next day, or your repair will be free. *Excludes services where replacement parts are required, off-premises services, unbootable computer and system wipes and restores. Does not apply to phone repair services. Does not apply when stores are closed due to power failures or other unusual events. In the event Staples determines after you leave the equipment for the Services the repair is excluded, we will contact you to let you know.

## WAIVER OF LIABILITY

IN NO EVENT WILL Staples BE LIABLE FOR DAMAGES, LOST DATA, LOST REVENUES, LOST WAGES, LOST SAVINGS, OR ANY OTHER INCIDENTAL OR CONSEQUENTIAL DAMAGES ARISING FROM PURCHASE, ASSEMBLY, REPAIR, OR INABILITY TO USE ANY PRODUCT OR RETRIEVE ANY DATA AS A RESULT OF SERVICES PERFORMED. IN NO EVENT SHALL Staples TOTAL LIABILITY TO YOU FOR ALL DAMAGES, LOSSES, AND CAUSES OF ACTION RESULTING FROM OR ARISING IN CONNECTION WITH THE SERVICES, WHETHER IN CONTRACT, TORT (INCLUDING, BUT NOT LIMITED TO, CLAIMS OF NEGLIGENCE) OR OTHERWISE, EXCEED THE GREATER OF (A) $100.00 OR (B) AN AMOUNT EQUAL TO THE FEES YOU HAVE BEEN CHARGED FOR THE SERVICES.

I HAVE READ THE DETAILS OF THIS WORK ORDER (FRONT AND BACK) AND AUTHORIZE THE WORK LISTED ABOVE. THIS AGREEMENT SUPERSEDES ANY PRIOR DISCUSSIONS OR REPRESENTATIONS RELATING TO THE SUBJECT MATTER OF THIS AGREEMENT. ANY ADDITIONAL WORK MUST BE AUTHORIZED BY PHONE OR IN PERSON.

## TEXT MESSAGE ALERTS

Staples customers may enroll in a text message alert program to notify them of their order status. Staples does not have a separate charge for this service; however, message and data rates may apply from your mobile carrier. Subject to the terms and conditions of your mobile carrier, you may receive text messages sent to your mobile phone. By enrolling, you agree to accept these conditions.

## ORDER PICK UP

The customer must present a valid ID and either a printed copy of the "Quality Check" email or the Intake Paperwork at the time of pickup. If the customer cannot personally pick up their order, Staples will only release the device(s) to an alternate pick up person specified by the customer during the intake process. The alternative pick up person must present a valid ID that matches the name provided by the customer and either a printed copy of the "Quality Check" email or the Intake Paperwork. A black and white copy of the alternate customer's ID will be made and retained for our records.

**Store License #: 1229381      Repair License #: 1229381**

## PRIVACY POLICY

To view our privacy policy, please visit **https://www.staples.com/stores/privacypolicy**

**By signing below you acknowledge that your order will be ready by Due Date 4/24/2026 5:00:00 PM . You are required to bring a valid ID at the time of Pick Up. Furthermore, Staples is not responsible for the following:**

**Device Customer Acknowledgment questions**

| | |
|---|---|
| Have you discussed the results from the Intake Scan with the customer? | Agree |
| The customer acknowledges Staples is not responsible for lost data. | Agree |
| The customer acknowledges the Staples warranty covers workmanship and replacement part defects. Any accidental damage after the initial repair is not covered. | Agree |

**Customer's Signature:** _____     **Date:** _____

# VIRUS SHIELD PLUS



**1- or 2- year**
online protection
subscriptions.



**PASSWORD
MANAGER
AND
IDENTITY
MONITORING**



**SECURE
VPN**



**AWARD-WINNING
ANTIVIRUS**



**UNLIMITED
VIRUS
REMOVAL**

Staples

# VIRUS SHIELD PLUS

Connect Confidently with Staples® Tech Services and **VIRUS SHIELD PLUS.** We work hard to protect your privacy and identity online.

## Virus Shield Plus Benefits:

- **Award-winning antivirus** from McAfee® flags risky sites and protects you from threats.
- **Personal info** – See who is selling your personal data with guidance on how to remove it.
- **McAfee's Secure VPN** automatically protects your personal data and credit card info.
- **Password manager** secures your accounts by generating and storing complex passwords.
- **Dark web monitoring** notifies you if your info is found, so you can act quickly and efficiently.
- **Unlimited virus removal** that's done either remotely or in store.

## If you suspect you have a virus or malware infection:

- Call 866-321-8128 for remote virus removal.
- Visit your local Staples® store and speak to our experts.

## Disclaimers and system requirements*

- Compatible with Chromebooks and Windows 8.1 or above.
- Remote support requires Internet access on the affected PC.
- The customer is responsible for backing up all data.
- For new PCs or PCs with Diagnostic & Repair.

**UPGRADE TO VIRUS SHIELD PLUS PREMIUM AND RECEIVE COMPREHENSIVE IDENTITY AND CREDIT MONITORING, UP TO $1M IDENTITY THEFT COVERAGE, IDENTITY RESTORATION AND FULL-SERVICE DATA CLEANUP.**



McAfee™

*In-Store and remote virus removal subscriptions are limited to the device which was sold and are not transferable.

SKU# 1522633



## CONGRATULATIONS!

Rescue Data Recovery Services have been made available to you with your Diagnostic and Repair purchase for the laptop/desktop indicated on the work order. Your coverage begins 30 days from when you pick up your device.

- Rescue Data Recovery Services protect your most valuable asset – Your Data!
- This service eliminates the high cost of data recovery in case of accidental deletion or if you hard drive stops working.
- If you need data recovery, simply call the Rescue line at 1-800-261-9859 for instructions on shipping in your device.
- Once received, the Rescue Data Recovery Services team will attempt to recover your data in a secure research lab and any recovered data will be sent back to you on an encrypted media storage device or via secure cloud-based data storage. You can easily track your claim via text, email, or 24/7 online tracking notifications.

*Limitations and exclusions apply. For Rescue Data Recovery Services details and complete Terms and Conditions go to: https://register.rescueplans.com/staples/terms