# C YRULI  S HANKS
## C YRULI  S HANKS  &  Z IZMOR  LLP

Jeffrey C. Ruderman
email: jruderman@cszlaw.com
Admitted NY, NJ and CT

April 27, 2026

Via ECF

Hon. James M. Wicks, U.S.M.J.
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 1020
Central Islip, NY 11722

   Re: Superb Motors Inc. et. al. v. Deo, et. al., Case No. 2:23-cv-6188 (JMW)

Dear Magistrate Judge Wicks:

   This firm represents the "Island Auto Plaintiffs", being all Plaintiffs in the above referenced matter other than the "Superb Plaintiffs" (being Superb Motors Inc., Team Auto Sales LLC, and Robert Anthony Urrutia).

   Concerning the Court's denial of the Island Auto Plaintiffs' request to be excused from appearing at the May 7, 2026 oral argument on the Deo Defendants' motion to modify the preliminary injunction (ECF Docket Entry 477), the Deo Defendants objected as they posit that this motion "implicates representations, filings, and conduct spanning the full plaintiff group" and that the Island Auto Plaintiffs should confirm "what was preserved, conceded, or abandoned."

   The Island Auto Plaintiffs neither filed the motion nor oppose the motion. It is our understanding that the motion solely concerns dealings and transactions between the Superb Plaintiffs and the Deo Defendants before this action was commenced, and does not concern the Island Auto Plaintiffs in any manner. The vehicles at issue have never belonged to, or been in possession of, the Island Auto Plaintiffs and they make no claim over these vehicles. Nor do the Island Auto Plaintiffs comprehend how they may have benefitted from the injunction, as alleged by the Deo Defendants. As such, the Island Auto Plaintiffs are unaware of any representations, filings, and conduct the Island Auto Plaintiffs may have made, what they are expected to offer, or what they are expected to preserve, concede, or abandon, all particularly concerning the motion before the Court.

ATTORNEYS AT LAW
420 L EXINGTON  A VENUE, N EW  Y ORK, N EW  Y ORK 10170
T EL : (212) 661-6800 • F AX : (212) 661-5350

# CYRULI SHANKS

### CYRULI SHANKS & ZIZMOR LLP

In order to avoid being unduly prejudiced at the oral argument, at which the Island Auto Plaintiffs would presume to have nothing to contribute, the Island Auto Plaintiffs respectfully request that the Court direct the Deo Defendants to serve, at least one week prior to the May 7, 2026 oral argument, a full and comprehensive list of all matters upon which they are expected to address.

Should it come to pass that the Island Auto Plaintiffs were made to travel to Court for no other purpose than the Deo Defendants' baseless assertions, they respectfully ask the Court to consider awarding their counsel attorneys' fees and costs related to the May 7, 2026 hearing.

We thank the Court for its consideration in this regard.

Respectfully yours,

*/s/ Jeffrey C. Ruderman*
Jeffrey C. Ruderman

cc:    All counsel via ECF