# Sage Legal LLC

**18211 Jamaica Avenue ● Jamaica, NY 11423-2327 ● (718) 412-2421 ● emanuel@sagelegal.nyc**

**VIA ECF**                                                                                                April 30, 2026
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. James M. Wicks, U.S.M.J.
100 Federal Plaza, Courtroom 1020
Central Islip, NY 11722-4438

> *Re:* **Superb Motors Inc.,** *et al.* **v. Deo,** *et al.*
>        **Case No.: 2:23-cv-6188 (JMW)**

Dear Judge Wicks:

This firm represents Plaintiffs Superb Motors Inc. ("Superb"), Team Auto Sales LLC ("Team Auto"), and Robert Anthony Urrutia ("Urrutia") (Superb, Team Auto, and Urrutia collectively the "Superb Plaintiffs") in the above-referenced case.   Together with the Island Auto Group Plaintiffs (being all remaining plaintiffs) (collectively "Plaintiffs"), the Plaintiffs submit this letter motion to respectfully seek leave to file a reply memorandum of law in further support of Plaintiffs': (i) motion to dismiss the Deo Defendants'[1] counterclaims (<u>see</u> ECF Docket Entries 473, 474, and 485); and (ii) motion for reconsideration of this Court's denial of their motion compel all communications between Defendants Harry R. Thomasson, Esq. ("Thomasson") and his co-defendant and prior client, Anthony Deo ("Deo"), based upon the crime-fraud exception (ECF Docket Entries 435, 436 and 437).

As to the motion to dismiss the counterclaims, although the arguments raised by the Deo Defendants are unpersuasive, not describing how their broad, unspecified allegations satisfy the specific pleading requirements, at least two arguments raised by them – that the relation back doctrine saves their otherwise untimely claims, and that the State Supreme Court action only concerns Anthony and Sara Deo – warrants briefing.  Plaintiffs have not had an opportunity to address this argument and thus respectfully seek leave to do so, without prejudice to addressing the Deo Defendants' other arguments, within the confines of the 3,500 word count limit for reply memoranda of law as set forth in Local Civil Rule 7.1(c).

As to the motion for reconsideration, Thomasson and Deo have raised numerous issues that were not raised in the motion for reconsideration, particularly concerning the import of the testimony other witnesses as it may apply to Plaintiffs' underlying claims.

---

[1] The Deo Defendants are defined as Anthony Deo, Sarah Deo, Harry Thomasson, Dwight Blankenship, Marc Merckling, Michael Laurie, Car Buyers NYC Inc., Gold Coast Cars of Syosset LLC, Gold Coast Cars of Sunrise LLC, Gold Coast Motors Automotive Group LLC, Gold Coast Motors of LIC LLC, Gold Coast Motors of Roslyn LLC, Gold Coast Motors of Smithtown LLC, and UEA Premier Motors Corp.

As such, Plaintiffs respectfully submit there exists good cause for this Court to grant them leave to file a reply memorandum of law in further support of their motions to dismiss the counterclaims and for reconsideration of this Court's denial of their motion compel all communications between Thomasson and Deo based upon the crime-fraud exception.

Plaintiffs thank this Court for its continued time and attention to this case.

Dated: Jamaica, New York
April 30, 2026

Respectfully submitted,

**SAGE LEGAL LLC**
By: */s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorneys for Plaintiffs*
*Superb Motors Inc.*
*Team Auto Sales LLC, &*
*Robert Anthony Urrutia*

**CYRULI SHANKS & ZIZMOR LLP**

_____/s_____
Jeffrey Ruderman, Esq.
420 Lexington Avenue, Suite 2320
New York, NY 10170-0002
(212) 661-6800 (office)
(347) 379-4622 (direct dial)
(212) 661-5350 (facsimile)
jruderman@cszlaw.com

*Attorneys for Remaining Plaintiffs*

**VIA ECF**
All counsel of record

2