From: **Gilroy, Tim** <gilroyt@nmac.com>
Date: Tue, Jan 14, 2025 at 10:14 AM
Subject: Follow up - Insurance
To: Tony Urrutia <tonyu814@gmail.com>
Cc: Brown, Gregory <Gregory.brown@nissan-usa.com>

Tony,

I confirmed as long as vehicles are still financed with NMAC they are covered.

We are not covering vehicles that were not floored with us because that portion of the coverage was cancelled for non-payment.

Tim

**Tim Gilroy**

Dealer Workout/Overline Analyst

Nissan Motor Acceptance Company

Infiniti Financial Services

Nissan Group of North America

Phone: 214-490-1846

Email: gilroyt@nmac.com

