UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

Case No. 2:23-cv-6188  (JW)

SUPERB MOTORS, INC., TEAM AUTO SALES LLC.,
ROBERT ANTHONY URRUTIA, 189 SUNRISE
HIGHWAY AUTO LLC., NORTHSHORE MOTOR
LEASING, LLC., BRIAN CHABRIER, individually and
derivatively as a member of NORTHSHORE MOTOR
LEASING, LLC, JOSHUA AARONSON, individually and
derivatively as a member of 189 SUNRISE HWY AUTO,
LLC, JORY BARON, 1581 HYLAN BLVD AUTO LLC,
1580 HYLAN BLVD AUTO LLC, 1591 HYLAN BLVD
AUTO LLC, 1632 HYLAN BLVD AUTO LLC, 1239
HYLAN BLVD AUTO LLC, 2519 HYLAN BLVD
AUTO LLC, 76 FISK STREET REALTY LLC, 446
ROUTE 23 AUTO LLC, and ISLAND AUTO
MANAGEMENT, LLC,

                                        Plaintiffs,

                -against-

ANTHONY DEO, SARA DEO, HARRY THOMASSON,
DWIGHT BLAKENSHIP, MARC MERCKLING,
MICHAEL LAURIE, TOMAS JONES, CPA, CAR BUYERS
NYC INC., GOLD COAST CARS OF SYOSSET LLC,
GOLD COAST CARS OF SUNRISE LLC, GOLD COAST
MOTORS AUTOMOTIVE GROUP LLC, GOLD COAST
MOTORS OF LIC LLC, GOLD COAST MOTORS OF
ROSLYN LLC, GOLD COAST MOTORS OF
SMITHTOWN LLC, UEA PREMIER MOTORS CORP.,
DLA CAPITAL PARTNERS INC., JONES LITTLE & CO.,
CPA'S LLP, FLUSHING BANK, and LIBERTAS FUNDING,
LLC,

                                        Defendants.

------------------------------------------------------------------------X

**<u>DECLARATION OF HARRY THOMASSON</u>**
**<u>IN RESPONSE TO COURT ORDER</u>**

1

Harry Thomasson, pursuant to 28 U.S.C. § 1746, declares under the penalty of perjury that the following is true and correct:

1. I am an attorney in good standing in the State of New York, I am admitted to practice before this Court, and I am a *pro se* Defendant in the above captioned action. As such, I have first-hand knowledge of the facts recited herein.

2. This Declaration is submitted in response to this Court's Order at ECF #493 to read the article by Jeffrey R. Wilson entitled *Aphorisms on Academic Integrity*. I am writing to inform the Court that I have done so.

3. In addition, I am also writing to explain to the Court what happened that lead to this serious mistake.

4. I began writing the Memorandum at issue in March, 2026, by cutting and pasting well established law of the case from this Court's prior orders into a Memorandum draft.

5. Just after starting that draft, I was struck with an illness that led to fevers reaching 105 degrees and eventually, hospitalization.

6. While I had begun cutting and pasting the law of the case into a Memorandum draft, I didn't finish that draft before becoming ill. That failure to finish included the fact that I was not finished with providing full cites to the cutting and pasting that was done before I fell ill.

7. After I left the hospital, I learned that attorney Jeffrey Benjamin had obtained an extension on filing the Memorandum at issue that became ECF filing #478 precisely because of my hospitalization and the fact that he was leaving the case.

8. By the time I finished the Memorandum in mid-April, I simply forgot to finish the citations to the Court's prior Orders.

9.  I hope that the Court understands that I certainly was not intentionally trying to fool the Court with its own words; rather, I fully intended to point out that the law on Reconsideration is well established both in EDNY as well as in this case from the multiple Reconsideration Motions brought by the Plaintiffs herein.

10. I simply did not finish the cites before the Memorandum was otherwise finished, and it slipped through the cracks, unintentionally, after being seriously ill.  Mr. Marwaha did not know about the mistake, either, since we each checked the cites provided in the cut and paste as written by this Court, which are obviously correct, and therefore missed the fact that the larger picture was the cites came from two prior Court orders.  The mistake was my own, and not Mr. Marwaha's.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 4, 2026.


/S/ *Harry R. Thomasson*

_____

Harry R. Thomasson
3280 Sunrise Highway, Box 112
Wantagh, New York  11793
Tel.  516-557-5459
Email:  hrtatty@verizon.net

3