UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

SUPERB MOTORS, INC., et al.

                            Plaintiffs,

          -against-                              Case No. 23-CV-6188 (JMW)

ANTHONY DEO, et al.

                            Defendants.

-------------------------------------------------------------------X

**<u>DECLARATION OF NIPUN MARWAHA IN RESPONSE TO COURT ORDER</u>**

Nipun Marwaha, pursuant to 28 U.S.C. § 1746, declares under the penalty of perjury that the following is true and correct:

1.  I am an attorney in good standing in the State of New York and am admitted to practice before this Court.  As such I have first-hand knowledge of the facts recited herein.

2.  As of March 24, 2026, I have been the attorney of record for the group of Defendants collectively known and referred to as the Deo Defendants.

3.  The undersigned has reviewed Jeffrey R. Wilson, *Aphorisms on Academic Integrity*, Harvard University, https://wilson.fas.harvard.edu/aphorisms/academic-integrity, as directed by the Court.

4.  The undersigned has further submitted updated firm contact information in accordance with footnote 1 of this Court's April 30, 2026 Order (ECF No. 493).

5.  The undersigned apologizes to Your Honor and the Court for the filing at ECF No. 478.

6.  The undersigned reviewed the draft presuming that the prose had been written by Mr. Thomasson (*see* ECF No. 500 ¶ 10). The undersigned nonetheless takes full responsibility

for the filing, which bore the undersigned's signature, and recognizes that the duty to ensure proper attribution rests with every attorney who signs a submission to this Court.

7. The undersigned has investigated the circumstances that led to this lapse and instituted safeguards to ensure no such failure recurs in this matter or any other.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 4, 2026, in Mineola, New York.

Dated: May 4, 2026                                  Respectfully submitted,


                                                    /s/ Nipun Marwaha
                                                    _____
                                                    Nipun Marwaha
                                                    Marwaha Law Group, PLLC
                                                    1539 Franklin Avenue, Ste. 201
                                                    Mineola, New York 11501
                                                    Tel. 516-503-4624
                                                    nipun@marwahalaw.com