# Sage Legal LLC

**18211 Jamaica Avenue ● Jamaica, NY 11423-2327 ● (718) 412-2421 ● emanuel@sagelegal.nyc**

May 22, 2026

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. James M. Wicks, U.S.M.J.
100 Federal Plaza, Courtroom 1020
Central Islip, NY 11722-4438

> *Re:*   **Superb Motors Inc.,** *et al.* **v. Deo,** *et al.*
> <u>**Case No.: 2:23-cv-6188 (JMW)**</u>

Dear Judge Wicks:

This office, together with Cyruli, Shanks & Zizmor LLP, represent the Plaintiffs in the above-referenced case. Plaintiffs write in compliance with this Court's Order dated April 21, 2026 to provide a status report on various non-parties' compliance (or lack thereof) with subpoenas *ad testificandum* and/or *duces tecum* and to provide the Court with proof of service.

First, Plaintiffs respectfully produce the affirmations of service from their process server. <u>See</u> copies of compiled affirmations of service annexed hereto as **Exhibit "A."**

Second, Plaintiffs provide a status update on subpoena compliance as follows.

Flagstar Bank, N.A. has responded by and through counsel and Plaintiffs await their production of documents.

The United States Small Business Administration has responded by and through counsel and Plaintiffs await their production of documents.

The Nassau County Police Department has failed to respond to the subpoena *duces tecum*.

Westlake Financial has responded by and through counsel and Plaintiffs await their production of documents.

J.P. Morgan Chase Bank, N.A. ("Chase") has responded by and through counsel to seek a telephonic meet-and-confer. After scheduling one, Chase canceled the meet-and-confer the same day hours from the scheduled conference due to an emergency. Chase contacted your undersigned earlier today to reschedule the meet-and-confer for tomorrow. Although your undersigned is traveling for a court appearance, Plaintiffs will endeavor to conduct the meet-and-confer by tomorrow to get the ball rolling on production.

Citibank, N.A. has failed to respond to the subpoena *duces tecum*.

Bank of America, N.A. has responded to the subpoenas *duces tecum* and produced documents.

Hon. James M. Wicks, U.S.M.J.
United States District Court
Eastern District of New York
May 22, 2026
P a g e | 2

Luis Beria failed to respond to a subpoena *ad testificandum*.  Although he represented in a federal court filing he made *pro se* that he moved in with family members in New York, a process server was curiously informed that he no longer resides in New York.  Plaintiffs intend to file an appropriate motion for contempt.

As previously represented to the Court, Ronnie "Ron" Das ("Das") responded in objection to a subpoena *ad testificandum*.  Based on his objections, the Superb Plaintiffs intend to move pursuant to Rule 32 for a deposition of Das and will do so in a combined motion concerning Beria's noncompliance.

This court denied the relief sought against Thomas Jones, CPA ("Jones") and Jones, Little & Co, CPA's LLP ("JLC CPA").  The Plaintiffs intend to serve a new subpoena for the production of documents following their deposition.

Plaintiffs thank this Court for its time and attention to this matter.

Dated: New York, New York        Respectfully submitted,
      May 22, 2026           **CYRULI SHANKS & ZIZMOR LLP**
                   */s/ Russell Shanks, Esq.*
                  Russell Shanks, Esq.
                  420 Lexington Avenue, Suite 2320
                  New York, NY 10170-0002
                  (212) 661-6800 (office)
                  (347) 379-4622 (direct dial)
                  (212) 661-5350 (facsimile)
                  jruderman@cszlaw.com

*Attorneys for Plaintiffs*
*189 Sunrise Hwy Auto LLC,*
*Northshore Motor Leasing, LLC,*
*1581 Hylan Blvd Auto LLC,*
*1580 Hylan Blvd Auto LLC,*
*1591 Hylan Blvd Auto LLC,*
*1632 Hylan Blvd Auto LLC,*
*1239 Hylan Blvd Auto LLC,*
*2519 Hylan Blvd Auto LLC,*
*76 Fisk Street Realty LLC,*
*446 Route 23 Auto LLC,*
*Island Auto Management, LLC,*
*Brian Chabrier,*
*Joshua Aaronson, and*
*Jory Baron*

2

Hon. James M. Wicks, U.S.M.J.
United States District Court
Eastern District of New York
May 22, 2026
P a g e | 3


Dated: Jamaica, New York
      May 22, 2026

**SAGE LEGAL LLC**

By:  */s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorneys for Plaintiffs*
*Superb Motors Inc.,*
*Team Auto Sales LLC, and*
*Robert Anthony Urrutia*

**VIA ECF**
All counsel of record

3