AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

Superb Motors Inc., et al,                                  )
                                                            )
                    Plaintiffs,                             )
                                                            )
v.                                                          )
                                                            )  Case No.: 2:23-cv-6188 (JMW)
Deo, et al.,                                                )
                                                            )
                    Defendants.                             )
                                                            )

STATE OF DELAWARE          }
                           }ss.
COUNTY OF NEW CASTLE       }

I, William Besco, of the State of Delaware, County of New Castle, being duly sworn, says that on the 4th day of May, 2026 at 11:00 a.m. I personally served copy of an Order, Letter and Exhibits on **Bank of America, N.A.,** Attn: Legal Order Processing, 800 Samoset Drive, Newark, DE 19713.

Name of individual accepting service: Cherrae Stringfeld – Legal Admin.
Description of individual: African American female, 30-35 yrs. old, 140lbs., 5'2" with black hair.

_____
                    William Besco

Subscribed and sworn before me
This 4th day of May, 2026

_____
Notary Public

ZAHID HOSSAIN NAWAZ
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires August 25, 2026

My commission expires: _____

## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Eastern District District of New York

Index Number: 2:23-CV-6188 (JMW)                              Date Filed: _____

Plaintiff: **Superb Motors Inc., et al**
vs.
Defendant: **Anthony Deo, et al.**

For:
Emanuel Kataev, Esq
Sage Legal LLC
18211 Jamaica Avenue
Jamaica, NY 11423

Received by Nicoletti & Harris to be served on **Citibank, N.A. CT Corporation System, Attn. Legal Subpoena, 28 Liberty St, New York, NY 10005**.

I, Alex Colon, do hereby affirm that on the **6th day of May, 2026** at **2:55 pm, I:**

served a **CORPORATION** by delivering a true copy of the **Order, Letter and Exhibits** with the date and hour of service endorsed thereon by me, to: **Vincenza Cipriano** as **Intake Specialist/ Authorized to Accept** for **Citibank, N.A.**, at the address of: **28 Liberty Street, 42nd Fl, New York, NY 10003**, and informed said person of the contents therein, in compliance with state statutes.

The entity served was known to be the corporation described in the papers. The title of the individual named above was known. I inquired whether the individual was authorized to accept service, received an affirmative response, and served the papers accordingly

**Perceived Description** of Person Served: Age: 55, Gender: F, Race: White, Height: 5'5", Weight: 130, Hair: Black, Glasses: Y

I certify that I am over the age of 18 and have no interest in the above action.

_____
**Alex Colon**
2119478

**Nicoletti & Harris**
**101 Avenue of the Americas**
**9th floor**
**New York, NY 10013**
**(212) 267-6448**

Our Job Serial Number: NHI-2026011376



## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Eastern District District of New York

Index Number: 2:23-CV-6188 (JMW)                    Date Filed: _____

Plaintiff: **Superb Motors Inc., et al**
vs.
Defendant: **Anthony Deo, et al.**

For:
Emanuel Kataev, Esq
Sage Legal LLC
18211 Jamaica Avenue
Jamaica, NY 11423

Received by Nicoletti & Harris to be served on **JPMorgan Chase Bank, N.A., Attn: Legal Subpoena - c/o CT Corporation System, 28 Liberty Street, New York, NY 10005**.

I, Alex Colon, do hereby affirm that on the **6th day of May, 2026** at **2:55 pm, I**:

served a **CORPORATION** by delivering a true copy of the **Order, Letter and Exhibits** with the date and hour of service endorsed thereon by me, to: **Vincenza Cipriano** as **Intake Specialist/ Authorized to Accept** for **JPMorgan Chase Bank, N.A.,**, at the address of: **28 Liberty Street, 42nd Fl, New York, NY 10003**, and informed said person of the contents therein, in compliance with state statutes.

The entity served was known to be the corporation described in the papers. The title of the individual named above was known. I inquired whether the individual was authorized to accept service, received an affirmative response, and served the papers accordingly

**Perceived Description** of Person Served: Age: 55, Gender: F, Race: White, Height: 5'5", Weight: 130, Hair: Black, Glasses: Y

I certify that I am over the age of 18 and have no interest in the above action.

_____
**Alex Colon**
2119478

**Nicoletti & Harris**
**101 Avenue of the Americas**
**9th floor**
**New York, NY 10013**
**(212) 267-6448**

Our Job Serial Number: NHI-2026011378



Emanuel Kataev Esq.
Nicoletti & Harris
101 Avenue of the Americas, 9th Floor
New York, NY 10013
(212) 267-6448

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | | CASE NUMBER: |
|---|---|---|
| Superb Motors Inc., et al. | Plaintiff(s) | 2:23-cv-6188 (JMW) |
| v. | | **PROOF OF SERVICE**<br>**SUMMONS AND COMPLAINT**<br>(Use separate proof of service for each person/party served) |
| Anthony Deo, et al. | Defendant(s) | |

1. At the time of service I was at least 18 years of age and not a party to this action and **served** copies of the *(specify documents)*:

   a. ☐ summons   ☐ first amended complaint   ☐ third party complaint
   ☐ complaint   ☐ second amended complaint   ☐ counter claim
   ☐ alias summons   ☐ third amended complaint   ☐ cross claim
   ☑ other *(specify):* **Order, Letter and Exhibits**

2. **Person served:**

   a. ☑ Defendant *(name:)* **Westlake Financial Services**
   b. ☑ Other *(specify name and title or relationship to the party/business named):*

   c. ☑ Address where the papers were served: **4751 Wilshire Blvd Ste 100**
   **Los Angeles, CA 90010**

3. **Manner of Service** in compliance with *(the appropriate box must be checked):*

   a. ☐ Federal Rules of Civil Procedure

   b. ☑ California Code of Civil Procedure

4. **I served** the person named in Item 2:

   a. ☐ By **Personal Service.** By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.

      1. ☐ **Papers were served on** *(date):* at *(time):*

   b. ☑ By **Substituted Service.** By leaving copies: **Ashley Chong  - Receptionist**

      1. ☐ **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

      2. ☑ **(business)** or a person apparently in charge of the office, or place of business, at least 18 years of age, who was informed of the general nature of the papers.

      3. ☑ **Papers were served on** *(date):* **5/4/2026** at *(time):* **3:50 PM**

      4. ☐ **by mailing** *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).

      5. ☐ **papers were mailed on**

      6. ☐ **due diligence.** I made at least three (3) attempts to personally serve the defendant.

   c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity.  (F.R.Civ.P. 4(h)) (C.C.P. 416.10)**  By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☑ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)**  By leaving during usual business hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies of the persons at the place where the copies were left in full compliance with C.C.P. 415.20  Substitute service upon the California Secretary of State requires a court order.  **(Attach a copy of the order to this Proof of Service.)**

f. ☐ **Service on a foreign corporation.**  In any manner prescribed for individuals by FRCP 4(f)

g. ☐ **Certified or registered mail service.**  By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served.  **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ **Other**  (specify code section and type of service):

5.  Service upon the **United States, and Its Agencies, Corporations or Officers.**

   a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil procecss clerk at the U.S. Attorneys Office.

   Name of person served:

   **Title of person served:**

   **Date and time of service:**  *(date):*  at *(time):*

   b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

   c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6.  At the time of service I was at least 18 years of age and not a party to this action.

7.  Person serving *(name, address and telephone number):*

   **Robert Hall
   INTERSTATE ATTORNEY SERVICE
   2511 West 3rd Street, Suite 200
   Los Angeles, CA 90057
   (213) 383-6795**

   a.  Fee for service: $ **64.60**

   b. ☐ Not a registered California process server

   c. ☐ Exempt from registration under B&P 22350(b)

   d. ☑ Registered California process server
   Registration # :**6932**
   County: **Los Angeles**

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: **May 7, 2026**      _____**Robert Hall**_____      _____
                    *Type or Print Server's Name*                    *(Signature)*

---

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**

## AFFIDAVIT OF PROCESS SERVER

### United States District Court for the Eastern District of New York

**Superb Motors Inc., et al.**

        Plaintiff(s),

VS.

**Anthony Deo, et al.**

        Defendant(s).

Attorney: Emanuel Kataev, Esq.

Nicoletti & Harris, Inc.
101 Avenue of the Americas, 9th Fl.
New York NY 10013



*355767*

**Case Number: 2:23-cv-06188-JMW**

Legal documents received on **05/04/2026** at **10:23 AM** to be served upon **U.S. Small Business Administration at 409 3rd St., SW, Washington, DC 20416**

I, **Keith Wilson**, swear and affirm that on **May 04, 2026** at **2:36 PM**, I did the following:

Served **U.S. Small Business Administration** by delivering a conformed copy of the **Notice of Electronic Filing; Letter dated April 14, 2026; Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action; Federal Rule of Civil Procedure 45; Addendum to Subpoena to: Flagstar Bank, .; Addendum to Subpoena Flagstar Bank-189 Sunrise; Addendum to Subpoena Flagstar Bank-North Shore; Affirmation of Service; Addendum to Subpoena to: U.S. Small Business Administration; Affidavit of Process Server; Addendum to Subpoena to: Nassau County Police Department; Return of Service; Addendum to Subpoena to Westlake-North Shore; Subpoena to Testify at a Deposition in a Civil Action; Addendum to Subpoena to Bank of America, N.A.; Addendum to Subpoena Bank of America-North Shore Funding** to **John Russell** as **Paralegal & Authorized Agent** of **U.S. Small Business Administration** at **409 3rd St., SW, Washington, DC 20416**.

**Description of Person Accepting Service:**
Sex: Male Age: 50-60 Height: 5ft4in-5ft8in Weight: 131-160 lbs Skin Color: Light Brown Hair Color: Black

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

Date: 5/5/26

*Keith Wilson*
**Keith Wilson**
Process Server

Internal Job
ID:355767



# RETURN OF SERVICE
## UNITED STATES DISTRICT COURT
### Eastern District District of New York

Index Number: 2:23-CV-6188 (JMW)　　　　　　　　　　　　　Date Filed: _____

Plaintiff: **Superb Motors Inc., et al**
vs.
Defendant: **Anthony Deo, et al.**

For:
Emanuel Kataev, Esq
Sage Legal LLC
18211 Jamaica Avenue
Jamaica, NY 11423

Received by Nicoletti & Harris to be served on **Nassau County Police Department, 1490 Franklin Avenue, Mineola, NY 11501**.

I, Alan Feldman, do hereby affirm that on the **5th day of May, 2026** at **12:15 pm, I:**

served a **CORPORATION** by delivering a true copy of the **Order, Letter and Exhibits** with the date and hour of service endorsed thereon by me, to: **Mr. Roche** as **P.S.A Authorized to accept** for **Nassau County Police Department**, at the address of: **1490 Franklin Avenue, Mineola, NY 11501**, and informed said person of the contents therein, in compliance with state statutes.

The entity served was known to be the corporation described in the papers. The title of the individual named above was known. I inquired whether the individual was authorized to accept service, received an affirmative response, and served the papers accordingly

**Perceived Description** of Person Served: Age: 45, Gender: M, Race: White, Height: 5'5", Weight: 165, Hair: Light Brown, Glasses: N

I certify that I am over the age of 18 and have no interest in the above action.

**Alan Feldman**
2058467

**Nicoletti & Harris**
**101 Avenue of the Americas**
**9th floor**
**New York, NY 10013**
**(212) 267-6448**

Our Job Serial Number: NHI-2026011384



## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Eastern District District of New York

Index Number: 2:23-CV-6188 (JMW)                    Date Filed: _____

Plaintiff: **Superb Motors Inc., et al**
vs.
Defendant: **Anthony Deo, et al.**

For:
Emanuel Kataev, Esq
Sage Legal LLC
18211 Jamaica Avenue
Jamaica, NY 11423

Received by Nicoletti & Harris to be served on **Flagstar Bank, N.A. Attn: Legal/Compliance Department, 102 Duffy Ave, Hicksville, NY 11801**.

I, Alan Feldman, do hereby affirm that on the **5th day of May, 2026** at **12:52 pm, I:**

served a **CORPORATION** by delivering a true copy of the **Order, Letter and Exhibits** with the date and hour of service endorsed thereon by me, to: **Anju Mehra** as **Assistant V.P. - Authorized to accept** for **Flagstar Bank, N.A.**, at the address of: **102 Duffy Ave, Hicksville, NY 11801**, and informed said person of the contents therein, in compliance with state statutes.

The entity served was known to be the corporation described in the papers. The title of the individual named above was known. I inquired whether the individual was authorized to accept service, received an affirmative response, and served the papers accordingly

**Perceived Description** of Person Served: Age: 44, Gender: F, Race: Middle Eastern, Height: 5'7", Weight: 135, Hair: Black, Glasses: N

I certify that I am over the age of 18 and have no interest in the above action.

_____
**Alan Feldman**
2058467

**Nicoletti & Harris**
**101 Avenue of the Americas**
**9th floor**
**New York, NY 10013**
**(212) 267-6448**

Our Job Serial Number: NHI-2026011387



## AFFIDAVIT OF SERVICE

| Case:<br>2:23-cv-06188-JMW | Court: | County: | Job:<br>15816841 (2026011388) |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>Superb Motors, Inc., et al | | **Defendant / Respondent:**<br>Deo, et al | |
| **Received by:**<br>All State Constables | | **For:**<br>Nicoletti & Harris | |
| **To be served upon:**<br>Flagstar Bank, N.A. - ATTN: Legal Compliance Department | | | |

I, Brian Silva, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**   Jill , 150 Royall Street Suite 101, Canton, MA 02021

**Manner of Service:**          Authorized, May 5, 2026, 11:06 am EDT

**Documents:**                  Order, Letter and Exhibits

**Additional Comments:**
1) Successful Attempt: May 5, 2026, 11:06 am EDT at 150 Royall Street Suite 101, Canton, MA 02021

**Fees:**   $150.00

_____          05/05/2026
Brian Silva                                       **Date**

All State Constables
7 Cabot Pl Suite 3
Stoughton, MA 02072
845-728-1531

## RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
#### Eastern District District of New York

Index Number: 2:23-CV-6188 (JMW)

Date Filed: _____

Plaintiff: **Superb Motors Inc., et al**

vs.

Defendant: **Anthony Deo, et al.**

For:
Emanuel Kataev, Esq
Sage Legal LLC
18211 Jamaica Avenue
Jamaica, NY 11423

Received by Nicoletti & Harris to be served on **Luis Beria, 1072 Westminster Avenue, Dix Hills, NY 11746-6336**.

I, Alan Feldman, do hereby affirm that on the **7th day of May, 2026 at 1:42 pm, I:**

served a **SUITABLE AGE PERSON** by delivering and leaving a true copy of the **Order, Letter and Exhibits** with **Natasha Doe** the **Occupant**, at **1072 Westminster Avenue, Dix Hills, NY 11746-6336**, the said premises being the respondent's place of **Abode** within the State of New York.

**Military Status:** The person served with said documents refused to state whether or not the Defendant is in the Military Service of the United States of America.

**Perceived Description** of Person Served: Age: 35, Gender: F, Race: Hispanic, Height: 5'4", Weight: 140, Hair: Black, Glasses: Y

I certify that I am over the age of 18 and have no interest in the above action.

_____
**Alan Feldman**
2058467

**Nicoletti & Harris**
**101 Avenue of the Americas**
**9th floor**
**New York, NY 10013**
**(212) 267-6448**

Our Job Serial Number: NHI-2026011389

I, Ana Sanchez completed service by mailing a true copy of the Order, Letter and Exhibits in a postpaid envelope addressed to: Luis Beria at 1072 Westminster Avenue, Dix Hills, NY 11746-6336 and bearing the words "Personal & Confidential" by First Class Mail on 5/7/2026 and placed in an official depository of the U.S.P.S. in the State of New York.

_____
Ana Sanchez



## RETURN OF SERVICE
### UNITED STATES DISTRICT COURT
Eastern District District of New York

Index Number: 2:23-CV-6188 (JMW)                    Date Filed: _____

Plaintiff: **Superb Motors Inc., et al**
vs.
Defendant: **Anthony Deo, et al.**

For:
Emanuel Kataev, Esq
Sage Legal LLC
18211 Jamaica Avenue
Jamaica, NY 11423

Received by Nicoletti & Harris to be served on **Ronnie "Ron" Das, 3546 71st Street, Jackson Heights, NY 11372**.

I, Alan Feldman, do hereby affirm that on the **8th day of May, 2026** at **8:39 am, I:**

served a **SUITABLE AGE PERSON** by delivering and leaving a true copy of the **Order, Letter and Exhibits** with **Jane Doe** the **Occupant**, at **3546 71st Street, Jackson Heights, NY 11372**, the said premises being the respondent's place of **Abode** within the State of New York.

**Military Status:** The person served with said documents refused to state whether or not the Defendant is in the Military Service of the United States of America.

**Perceived Description** of Person Served: Age: 38, Gender: F, Race: Middle Eastern, Height: 5'7", Weight: 130, Hair: Black, Glasses: N

I certify that I am over the age of 18 and have no interest in the above action.

**Alan Feldman**
2058467

**Nicoletti & Harris**
**101 Avenue of the Americas**
**9th floor**
**New York, NY 10013**
**(212) 267-6448**

Our Job Serial Number: NHI-2026011390

I, Ana Sanchez completed service by mailing a true copy of the Order, Letter and Exhibits in a postpaid envelope addressed to: Ronnie "Ron" Das at 3546 71st Street, Jackson Heights, NY 11372 and bearing the words "Personal & Confidential" by First Class Mail on 5/8/2026 and placed in an official depository of the U.S.P.S. in the State of New York.

Ana Sanchez

