

LAW OFFICES

# WEIR LLP

**A Pennsylvania Limited Liability Partnership**

**1330 Avenue Of The Americas, 23rd Floor**
**New York, New York 10019**
**WEIRLAWLLP.COM**

Bonnie R. Golub
Member of NY, PA and NJ Bars                                    E-mail:  bgolub@weirlawllp.com

May 28, 2026

*(VIA ECF)*
U.S. Magistrate Judge James M. Wicks
U.S. District Court, Eastern District of New York
100 Federal Plaza, Courtroom 1020
Central Islip, New York 11722

> **Re:**   **Superb Motors Inc., et al. v, Anthony Deo, et al.**
> **Docket No.:   2:23-cv-6188**

Dear Judge Wicks:

This firm represents defendant Libertas Funding LLC ("Libertas") in the above referenced civil action as to which there remains one claim.  We respectfully submit this response to the letter dated May 21, 2026 submitted by Plaintiffs [D.I. 512] seeking an order compelling responses to "Plaintiffs' Combined Post-Deposition Request for Production of Documents" and "Plaintiffs' Combined Post-Deposition Interrogatories" (collectively, the "Post-Deposition Discovery"), each of which were served solely by email on March 26, 2026, which was on the eve of the then existing discovery deadline which was March 31, 2026.

On March 30, 2026, this court entered an order extending the discovery deadline to April 14, 2026 and expressly provided as follows:  "**No further extensions will be granted, and no other deadlines are affected or changed by this order.**"  The Post-Deposition Discovery was served less than a week before the then-existing deadline and still less than 30 days prior to the extended final deadline, an extension requested by Plaintiffs and consented to by Libertas.  Despite Libertas' continued (and continuing) good faith effort to cooperate with Plaintiffs in what can only be described as a very difficult case involving many colorful personalities, Plaintiffs seem to be taking liberties with Libertas cooperation by seeking sanctions in connection with Post-Deposition Discovery as to which Plaintiffs appear not entitled to responses at all.

Nevertheless, Libertas has prepared and will provide appropriate objections and responses to the Post-Deposition Discovery in an effort to avoid unnecessary side-show litigation.

What is perhaps most troubling in Plaintiffs motion is the insinuation that Libertas ignored any effort to resolve the alleged discovery dispute.  Candidly, the undersigned does not believe there to have been any substantive communication from Plaintiffs in an effort to resolve the dispute

May 28, 2026
Page **2** of **2**

before seeking court intervention.  The undersigned has been and continues to be fully available to Plaintiffs counsel to resolve matters that may arise.

Libertas respectfully submits that it is not and never was obligated to respond to the subject discovery past the discovery cutoff established by the Court, but the undersigned have prepared and intends to serve appropriate objections, responses and documents in order to resolve the issue before the Court – hopefully without any additional burden on the Court.

We ask that the Court consider the foregoing and deny Plaintiffs' motion.

Respectfully,

*Bonnie R. Golub*
Bonnie R. Golub

*Jeffrey S. Cianciulli*
Jeffrey S. Cianciulli

JSC:mmi
cc.      All Counsel of Record (via ECF)