

Nipun Marwaha, Esq.
Nipun@MarwahaLaw.com
Admitted NY, EDNY, SDNY

May 28, 2026

**VIA ECF**
Hon. James M. Wicks, U.S.M.J.
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 1020
Central Islip, NY 11722

> Re: Superb Motors, Inc., et al. v. Anthony Deo, et al.
> Case No. 2-23-cv-6188 (JMW)

Dear Judge Wicks,

As the Honorable Court is aware, the undersigned firm, Marwaha Law Group, PLLC, is counsel for Deo Defendants and submits the following Opposition to Plaintiffs' frivolous Motion for Sanctions dated May 21, 2026.

So as to not belabor points already presented to this tribunal in Defendant Libertas's Response dated May 28, 2026, the undersigned joins in the arguments and representations made by counsel for Defendant Libertas.

Further, the undersigned also submits that he has done a review of his firm email account and did not see any record of receipt of an email from Emanuel Kataev on May 4, 2026.

**WHEREFORE**, the Deo Defendants respectfully request that this Court enter an Order:

1. **Denying** Plaintiffs' motion in its entirety;
2. **Instituting** a pre-filing injunction on any further non-summary judgement motions;
3. **Granting** such other, further, and different relief as this Court deems just and proper.

Respectfully Submitted,

/s/ *Nipun Marwaha*
Nipun Marwaha, Esq.
Marwaha Law Group, PLLC
1539 Franklin Ave. Suite 201
Mineola, NY 11501
Nipun@MarwahaLaw.com
*Attorneys for Deo Defendants*