UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

SUPERB MOTORS INC., TEAM AUTO SALES LLC,    Case No. 2:23-cv-6188(JMW)
ROBERT ANTHONY URRUTIA, 189 SUNRISE
HWY AUTO LLC, NORTHSHORE MOTOR
LEASING, LLC, BRIAN CHABRIER, JOSHUA
AARONSON, JORY BARON, ASAD KHAN, IRIS
BARON REPRESENTATIVE OF THE ESTATE OF
DAVID BARON, 1581 HYLAN BLVD AUTO LLC,
1580 HYLAN BLVD AUTO LLC, 1591 HYLAN
BLVD AUTO LLC, 1632 HYLAN BLVD AUTO LLC,
1239 HYLAN BLVD AUTO LLC, 2519 HYLAN BLVD
AUTO LLC, 76 FISK STREET REALTY LLC,
446 ROUTE 23 AUTO LLC and ISLAND AUTO
MANAGEMENT, LLC,

                              Plaintiffs,

    -against-

ANTHONY DEO, SARAH DEO, HARRY
THOMASSON, DWIGHT BLANKENSHIP, MARC
MERCKLING, MICHAEL LAURIE, THOMAS
JONES, CPA, CAR BUYERS NYC INC., GOLD
COAST CARS OF SYOSSET LLC, GOLD COST
CARS OF SUNRISE LLC, GOLD COAST MOTORS
AUTOMOTIVE GROUP LLC, GOLD COAST MOTORS
OF LIC LLC, GOLD COAST MOTORS OF ROSLYN
LLC, GOLD COAST MOTORS OF SMITHTOWN LLC,
UEA PREMIER MOTORS CORP., DLA CAPITAL
PARTNERS INC., JONES, LITTLE & CO., CPA'S LLP,
FLUSHING BANK, LIBERTAS FUNDING LLC,
J.P. MORGAN CHASE BANK, N.A., 189 SUNRISE HWY
AUTO LLC, AND NORTHSHORE MOTOR LEASING, LLC,

                            Defendants.

---------------------------------------------------------------------X

**DECLARATION OF ARIEL E. RONNEBURGER PROVIDING EXHIBITS CITED IN
RULE 56.1 STATEMENT**

    ARIEL E. RONNEBURGER, declares, pursuant to 28 U.S.C. § 1746, as follows:

1

1.      I am an attorney-at-law admitted to practice before this Court and am a member of the law firm of Cullen and Dykman LLP, counsel for Defendant Flushing Bank ("Flushing Bank") in the above-referenced action. I

2.      I am fully familiar with the facts and circumstances stated herein based upon my review of the files maintained by Cullen and Dykman LLP in connection with this matter.

3.      I make this Declaration to provide the Court with the exhibits cited in Flushing Bank's Rule 56.1 Statement of Undisputed Facts in Support of its Motion for Summary Judgment, being submitted along with Flushing Bank's pre-motion conference letter in support of its motion for summary judgment in accordance with the Individual Practice Rules of James M. Wicks.

4.      Attached as Exhibit A is Flushing Bank's Answer to Plaintiffs' Third Amended Complaint, dated October 27, 2025.

5.      Attached as Exhibit B is Plaintiffs' Third Amended Complaint, dated August 8, 2025.

6.      Attached as Exhibit C is an email chain, containing a March 24, 2023 email between Lesley Cusano, a Business Specialist at Flushing Bank sent to Michael Morgan at Allied Management and David Weinstein at Flushing Bank with the subject "New Business Account Paperwork Requirements," and a March 28, 2023 email between Bruce Novicky to Lesley Cusano (the "March 28, 2023 Novicky Email"), produced as FLUSHING01378-FLUSHING01379.

7.      Attached as Exhibit D are relevant attachments to the March 28, 2023 Novicky Email, produced as FLUSHING01395-FLUSHING01398, specifically, (1) a letter dated March 2, 2021 from the IRS to Superb Motors Inc. c/o Robert Clarke providing a federal Employer Identification Number; and (2) an Online Filling Receipt from the New York State Department Division of Corporations and State Records.

8.    Attached as Exhibit E is an email dated March 30, 2023 from Tony Urrutia to David Weinstein, produced as FLUSHING01522-FLUSHING01523.

9.    Attached as Exhibit F are the relevant pages of the 2021 Tax Returns for Superb Motors Inc., an attachment to the email attached as Exhibit E, which was produced as FLUSHING01669, FLUSHING01735.

10.    Attached as Exhibit G is an email dated March 30, 2023 from David Weinstein to Lesley Cusano with relevant portions of 2021 Tax Returns for Superb Motors Inc., produced as FLUSHING02052-FLUSHING02053, FLUSHING02199, FLUSHING02265.

11.    Attached as Exhibit H are the relevant portions of the Transcript of the Deposition of Robert Urrutia, taken January 8, 2026.

12.    Attached as Exhibit I are the relevant portions of the Transcript of the Deposition of Michael Buccino, taken on February 26, 2026 and March 24, 2026.

13.    Attached as Exhibit J are the relevant portions of the Transcript of the Deposition of Anthony Deo (the "Deo Deposition"), taken on January 12, 2026, February 12, 2026, and February 13, 2026.

14.    Attached as Exhibit K is an email chain containing an email between Robert Puccio and Anthony Deo with the subject "Rob Puccio – Account Opening Information", produced as FLUSHING03998-FLUSHING03999, and marked as Deo Exhibit 36 during the Deo Deposition.

15.    Attached as Exhibit L is a March 31, 2023 text message purportedly from Deo to Bruce Novicky, produced as SUPERB000122, and marked as Exhibit 25 during the Deo Deposition.

16.    Attached as Exhibit M is an April 3, 2023 email from Anthony Deo to Bruce Novicky and Tony Urrutia, produced as FLUSHING05918-FLUSHING05919.

17. Attached as Exhibit N is an email dated April 3, 2023 from Tony Urrutia to Anthony Deo forwarding the Certificate of Incorporation of Superb Motors Inc., produced as FLUSHING05953-FLUSHING05956, and marked as Exhibit 60 during the Deo Deposition.

18. Attached as Exhibit O is the Certification of Beneficial Owner(s) for and Resolution of Authority for Superb Motors Inc. signed by Anthony Deo, produced as FLUSHING04586-FLUSHING04590 and introduced as Exhibit 61 during the Deo Deposition.

19. Attached as Exhibit P is an email chain between Robert Puccio, Anthony Deo, and Michael Laurie, dated August 18-23, 2022, produced as FLUSHING00015-FLUSHING00016, and marked as Exhibit 9 during the Deo Deposition.

20. Attached as Exhibit Q is an email chain between Robert Puccio, Michael Laurie, and Anthony Deo, dated August 18-19, 2022, produced as FLUSHING00008.

21. Attached as Exhibit R is an email dated February 23, 2023 from Anthony Deo to Michael Laurie and Robert Puccio, attaching documents to open accounts for Northshore Motor Leasing LLC and 189 Sunrise Hwy Auto LLC, produced as FLUSHING000105-FLUSHING000136, and marked as Exhibit 13 during the Deo Deposition.

22. Attached as Exhibit S is an email chain dated March 31-April 3, 2023 with the subject line "Re: Rob Puccio Account Opening Information" and exhibits, produced as FLUSHING04041-FLUSHING04046, and marked as Exhibit 17 during the Buccino Deposition.

23. Attached as Exhibit T is an email chain dated October 5, 2022 between Thomas Jones, CPA, plaintiff Joshua Aaronson and others, with the subject "Re: North Shore Motor Leasing LLC – Trial Balance," and produced by former defendant Jones, Little & Co. CPA's LLP, as Jones000001-Jones000005.

24.     Attached as Exhibit U are relevant portions of the Transcript of Joshua Aaronson, dated January 7, 2026.

25.     Attached as Exhibit V is a Resolution of Authority and Certification of Beneficial Owner(s) for 189 Sunrise Hwy Auto LLC, produced as FLUSHING07186-FLUSHING07187, and marked as Exhibit 28 during the Deo Deposition.

26.     Attached as Exhibit W is a Resolution of Authority and Certification of Beneficial Owner(s) for Northshore Motor Leasing LLC, produced as FLUSHING07243-FLUSHING07245, and marked as Exhibit 29 during the Deo Deposition.

27.     Attached as Exhibit X is a Statement of Account for 189 Sunrise Hwy Auto LLC, produced as FLUSHING07210-FLUSHING07211.

28.     Attached as Exhibit Y is a Statement of Account for Northshore Motor Leasing, produced as FLUSHING07269-FLUSHING07270.

29.     Attached as Exhibit Z is an email dated August 17, 2023 from Anthony Deo to Robert Puccio, produced as FLUSHING05917 and marked as Exhibit 62 during the February 13, 2026 Deo Deposition.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 1st day of June, 2026 in Uniondale, New York.

/s/ *Ariel E. Ronneburger*
Ariel E. Ronneburger

5