Exhibit C
to Ronneburger Dec.

**From:** Bruce Novicky <bruce@teamauto.com>
**Sent:** Tuesday, March 28, 2023 10:16 AM EDT
**To:** Cusano, Lesley <LCusano@flushingbank.com>
**Subject:** [EXTERNAL] - FW: New Business Account Paperwork Requirements
**Attachment(s):** "Bank Account Docs.docx","CP 575 A Notice TEAM NISSAN INC.pdf","Team Nissan Inc Articles of Incorporation.pdf","CertificateOfFormation - Team Automotive LLC.pdf","Team Automotive LLC EIN.pdf","EIN superb.pdf","Filing Receipt Superb.pdf","412 ATLANTIC LLC - NY - IncorporationFormation Filing - 283209-5-0.pdf","412 Atlantic LLC FEIN.pdf","CertificateOfFormation TEAM AUTO SALES.pdf","Team Auto Sales FEIN letter.pdf","Team Auto Sales Operating Agreement.pdf","Team Imports FEIN.pdf","Team Imports LLC - CT Filing Evidence.pdf","Team Auto Group FEIN.pdf","VW-TEAM AUTO GROUP LLC DOC.pdf"

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Good morning Lesley,

I am helping gather all of the documents you need to switch our Chase accounts over.

I am still waiting on some things from the attorney. Attached is what I have so far.

My cell is 203-300-2209 feel free to call with any questions as well.

Regards,

**Bruce Novicky**
Chief Operating Officer |  **Team Auto Group**
Office 860.900.0660
Email bruce@teamauto.com

---

**From:** Tony Urrutia <tonyu814@gmail.com>
**Sent:** Friday, March 24, 2023 7:29 PM
**To:** Bruce Novicky <bruce@teamauto.com>
**Subject:** Fwd: New Business Account Paperwork Requirements

Best regards,

Tony Urrutia

Mobile 631 561-9807

Sent from my iPhone

Begin forwarded message:

> **From:** Michael Morgan <michael@alliedmgmt.net>
> **Date:** March 24, 2023 at 11:48:42 AM CST
> **To:** Tony Urrutia <tonyu814@gmail.com>
> **Subject: Fwd: New Business Account Paperwork Requirements**
>
> Best regards,
> Michael Morgan
> 516-322-0336
>
> Begin forwarded message:
>
> > **From:** "Cusano, Lesley" <LCusano@flushingbank.com>
> > **Date:** March 24, 2023 at 1:40:20 PM EDT
> > **To:** Michael Morgan <michael@alliedmgmt.net>, "Weinstein, David" <DWeinstein@flushingbank.com>
> > **Subject: New Business Account Paperwork Requirements**
> >
> > Michael,
> >
> > David asked me to let you know what paperwork is required to open an LLC and a corporation.  Please note the following:

FLUSHING01378

**LLC**

1. Articles of Organization
2. LLC Operating Agreement
3. Filing Receipt
4. EIN Tax ID Number

**Corporation**

1. Certificate of Incorporation
2. Filing Receipt
3. EIN Tax ID Number

**For The Signer(s)**

1. Two pieces of identification (driver's license, non- driver's license, US Passport).
2. Major Credit Card

**If the signer(s) are using a passport or a driver's or non-driver's license that have an old address, then a recent copy of a utility bill is required for proof of home address.

Thanks, and have a great weekend.
Lesley D. Cusano
Business Specialist
Borough Park Branch
Flushing Bank
4616 13th Avenue
Brooklyn, NY 11219
P: (347) 410-8068
F: (347) 381-8675
lcusano@flushingbank.com
www.FlushingBank.com

FLUSHING01379