Exhibit F to
Ronneburger Dec.

**Caution:** Forms printed from within Adobe Acrobat may not meet IRS or state taxing agency specifications. When using Acrobat, select the "Actual Size" in the Adobe "Print" dialog.

# 2021 Tax Return(s)

**Prepared for**

SUPERB MOTORS INC.
CLIENT CODE: 14278.001:V1

**Account Number**    758331
**Release Number**    2021.04000

**Prepared by**

NC
COMPUTER CHARGES:
OTHER <901>  75.00
PFX   <902>            STATE _____N/A NY

516-741-0515

**Processing**

Date:  07/07/2022
Time:  14:42:51

**Special
Instructions**

**Messages**

REVIEWED BY _PC    DATE 07-07-22

100071  04-01-21

ProSystem *fx*

FLUSHING01669

Page 4 of 4    CT-34-SH (2021)

## Schedule B - Shareholders' identifying information *(see instructions)*

Photocopy Schedule B as needed. Attach all additional schedules to this form. Also mark an *X* in the box. ☐

| A<br>For each shareholder,<br>enter last name, first name, middle initial on first line;<br>enter home address on second and third lines.<br>*(attach federal Schedule K-1 for each shareholder)* | B<br>Identifying number<br>(SSN or EIN) | C<br>Percentage<br>of ownership | D<br>Shareholder<br>residency status<br>(make only one entry)<br>1 for New York State<br>2 for New York City<br>3 for Yonkers<br>4 for NYS nonresident | E<br>Shareholder<br>entity status<br>(make only one entry)<br>I for individual<br>F for estate or trust<br>E for exempt<br>organization |
|---|---|---|---|---|
| 1 URRUTTIA, ROBERTO<br>327 LAKEWOOD TERRACE<br>NEWTON, NJ 07860 | 1 ▮▮▮ | 60.0000 | 4 | I |
| 2 CLARKE, ROBERT<br>15 LANCASTER STREET<br>LYNBROOK, NY 11563 | ▮▮▮ | 40.0000 | 1 | I |
| 3 | 3 | | | |
| 4 | 4 | | | |
| 5 | 5 | | | |
| 6 | 6 | | | |
| 7 | 7 | | | |
| 8 | 8 | | | |
| 9 | 9 | | | |
| 10 | 10 | | | |
| 11 | 11 | | | |

433004211019



168383
10-27-21    **1019**