Exhibit K to
Ronneburger Dec.

**From:** Puccio, Robert
**Sent:** Monday, April 03, 2023 11:22 AM EDT
**To:** anthony deo <anthonyd@northshoremotors1.com>
**Subject:** RE: [EXTERNAL] - Re: Rob Puccio - Account Opening Information

Hi Anthony,

I have not received anything.  From my understanding he will be opening accounts for your partners other ventures, new car dealerships in CT, NY and NJ.

As David and I understand I will only be opening the joint venture you have with your partner which will be located in Great Neck.

On a different note, I saw Allison was looking for a Treasury form to be signed from last week.  Where you able to get that back to her?

Also, about the letter your attorney provided.  Is it possible to get something more detailed?  This is too general and does not provide insight into the situation.

Happy to discuss this all if you would like.

Thanks
Rob


*"The highest compliment I can receive is a referral to your family, friends and business associates."*

**Robert V. Puccio**
Vice President
Business Banking Group
Flushing Bank
99 Park Avenue – Suite 820
New York, NY 10016
Phone: 646-923-9539
Cellular: 516-707-8922
Email: rpuccio@flushingbank.com
www.FlushingBank.com

Robert V. Puccio

---

**From:** anthony deo <anthonyd@northshoremotors1.com>
**Sent:** Monday, April 3, 2023 11:18 AM
**To:** Puccio, Robert <RPuccio@flushingbank.com>
**Subject:** [EXTERNAL] - Re: Rob Puccio - Account Opening Information


CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Good Morning Rob,

Can you please tell me what information you received from Dave Weinstein so that I can push this process along?

---

**From:** Puccio, Robert <RPuccio@flushingbank.com>
**Sent:** Friday, March 31, 2023 11:48 AM
**To:** anthony deo <anthonyd@northshoremotors1.com>
**Subject:** Rob Puccio - Account Opening Information


Hi Anthony,

Please provide me with the information requested below for Superb.  Thanks!

- **Business Name (include DBA is applicable)** –
- **Physical address (if mailing address is different please list)** –
- **Tax ID** –
- **Business phone number** –
- **2022 Annual Revenue/Budget** -
- **Names of 3 top suppliers/vendors** –
- **Name of 3 top customers, if applicable** –
- **Signer 1 Information** -
    - Legal Name, primary contact-

FLUSHING03998

- · Valid ID (driver's license is preferred, a passport will require a proof of address as well such as a utility bill)–
  - · SSN -
  - · Title and occupation-
  - · Email address and phone number (Office and Cellular)-
- · **Signer 2 Information** -
  - · Legal Name-
  - · Valid ID (driver's license is preferred, a passport will require a proof of address as well such as a utility bill)–
  - · SSN -
  - · Title and occupation-
  - · Email address and phone number (Office and Cellular)-
- · **Ownership Information** -
  - · Full Name, SSN, Title, Percentage of Ownership and ID for Each Owner
- · **Legal Documentation** -
  - · For LLCs we will need the articles of organization, operating agreement, and filing receipt
  - · For corporations we will need the certificate of incorporation and filing receipt
  - · For partnerships we will need the certificate of partnership
  - · For a sole proprietorship we will need a schedule C if they are conducting business under their own name and SSN as the tax ID. If they are using an assumed name then we will need the certificate of conducting business as a sole prop

*"The highest compliment I can receive is a referral to your family, friends and business associates."*

**Robert V. Puccio**
Vice President
Business Banking Group
Flushing Bank
99 Park Avenue – Suite 820
New York, NY 10016
Phone: 646-923-9539
Cellular: 516-707-8922
Email: rpuccio@flushingbank.com
www.FlushingBank.com

Robert V. Puccio

FLUSHING03999