Exhibit L to
Ronneburger Dec.

1:37

PLAINTIFF'S EXHIBIT
25
01/12/26        DH

## Photo ⌄                    Done

Anthony ›

Fri, Mar 31 at 11:46 AM

You want that $5k refund to go out today anything else?

Nothing else for today.

Edited

Hey. I have my personal banker ready to open the Superb accounts with flushing bank.
He will get me a $500k line also.

Nice I will gather up the docs we need and let's try to get it up and running next week

I am forwarding u the email now.

Based on this NMAC audit they might want to see some more cash in so it could be perfect timing

Bro. This guy and the Credit underwriter are in my pocket. Get me the info and 2021 taxes and I will bring it home.

Tony is already on top of it for all the stores



Just talked to Tony. So he is getting Dave to forward the information to Rob Puccio

