Exhibit M to
Ronneburger Dec.

**From:** anthony deo <anthonyd@northshoremotors1.com>
**Sent:** Thursday, August 17, 2023 12:10 PM EDT
**To:** Puccio, Robert <RPuccio@flushingbank.com>
**CC:** Michael Laurie <mlaurie@dlacapital.com>
**Subject:** [EXTERNAL] - Fwd: Rob Puccio - Account Opening Information

Hi Rob,

Pls see the email chaim below. This shows that they their current claims are totally absurd.


Anthony Deo
**NORTHSHORE MOTORS**
**Chief Operating Officer.**
180 Michael Drive
Syosset, NY 11791
www.NorthshoreMotors1.com
Ph.516.226.1400


Admin
This electronic message, including any and all attachments hereto, is intended solely to be used by the individual or entity to which it is addressed.  It may contain information which is privileged, confidential and otherwise exempt by law from disclosure.  If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to its intended recipient, you are herewith notified that any dissemination, distribution, copying or retention of this communication or the information contained herein is strictly prohibited.  If you have received this communication in error, please notify us by telephone immediately and permanently delete the original and any copy or printout thereof - Thank you.


Begin forwarded message:

**From:** anthony deo <anthonyd@northshoremotors1.com>
**Subject:** Re: Rob Puccio - Account Opening Information
**Date:** April 3, 2023 at 11:45:43 AM EDT
**To:** Bruce Novicky <bruce@teamauto.com>, Tony Urrutia <tonyu814@gmail.com>

Good morning guys,

Dave Weinstein didn't have any of the information for Superb to send over to Rob.

Can you please help me in gathering the information needed so I can get this done ASAP?

All I need is the formation documentation.

**Legal Documentation** -

- For corporations, we will need the certificate of incorporation and filing receipt

---

**From:** anthony deo
**Sent:** Friday, March 31, 2023 11:56 AM
**To:** Bruce Novicky <bruce@teamauto.com>; Tony Urrutia <Tonyu814@gmail.com>
**Subject:** Fwd: Rob Puccio - Account Opening Information


*Anthony Deo*

**NORTHSHORE MOTORS**

**Chief Operating Officer.**
180 Michael Drive
Syosset, NY 11791
www.NorthshoreMotors1.com
Ph.516.226.1400


Admin
This electronic message, including any and all attachments hereto, is intended solely to be used by the individual or entity to which it is addressed.  It may contain information which is privileged, confidential and otherwise exempt by law from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to its intended recipient, you are herewith notified that any dissemination, distribution, copying or retention of this communication or the information contained herein is strictly prohibited.  If you have received this communication in error, please notify us by telephone immediately and permanently delete the original and any copy or printout thereof - Thank you.

Begin forwarded message:

> **From:** "Puccio, Robert" <rpuccio@flushingbank.com>
> **Date:** March 31, 2023 at 11:48:24 AM EDT
> **To:** anthony deo <anthonyd@northshoremotors1.com>
> **Subject: Rob Puccio - Account Opening Information**

**FLUSHING05918**

Hi Anthony,

Please provide me with the information requested below for Superb.  Thanks!

- **Business Name (include DBA is applicable)** –
- **Physical address (if mailing address is different please list)** –
- **Tax ID** –
- **Business phone number** –
- **2022 Annual Revenue/Budget** -
- **Names of 3 top suppliers/vendors** –
- **Name of 3 top customers, if applicable** –
- **Signer 1 Information** -
  - Legal Name, primary contact-
  - Valid ID (driver's license is preferred, a passport will require a proof of address as well such as a utility bill) –
  - SSN -
  - Title and occupation-
  - Email address and phone number (Office and Cellular)-
- **Signer 2 Information** -
  - Legal Name-
  - Valid ID (driver's license is preferred, a passport will require a proof of address as well such as a utility bill) –
  - SSN -
  - Title and occupation-
  - Email address and phone number (Office and Cellular)-
- **Ownership Information** -
  - Full Name, SSN, Title, Percentage of Ownership and ID for Each Owner
- **Legal Documentation** -
  - For LLCs we will need the articles of organization, operating agreement, and filing receipt
  - For corporations we will need the certificate of incorporation and filing receipt
  - For partnerships we will need the certificate of partnership
  - For a sole proprietorship we will need a schedule C if they are conducting business under their own name and SSN as the tax ID. If they are using an assumed name then we will need the certificate of conducting business as a sole prop

*"The highest compliment I can receive is a referral to your family, friends and business associates."*

**Robert V. Puccio**
Vice President
Business Banking Group
Flushing Bank
99 Park Avenue – Suite 820
New York, NY 10016
Phone: 646-923-9539
Cellular: 516-707-8922
Email: rpuccio@flushingbank.com
www.FlushingBank.com

Robert V. Puccio

FLUSHING05919