Exhibit O to
Ronneburger Dec.


**FLUSHING**
Commercial ● Business ● Consumer **Bank®**

## Certification of Beneficial Owner(s)

### Legal Entity Information For a Deposit/Loan Account

a. Name of Legal Entity: Superb Motors Inc.                    Type: Corporation

b. Physical Address of Legal Entity: 215 Northern Blvd, Great Neck, NY 11021   Tax ID #: ███████

c. Name of Individual Opening the Account: Anthony Deo         Title: CEO

### Ownership Information

d. ● List each individual or entity who directly or indirectly, through any contract, arrangement, understanding, relationship or otherwise, owns 25% or more of the equity interests of the Legal Entity listed above.
   ● If an individual's aggregate ownership is 25% or more, even if the entity owns less than 25%, it should be listed.

| Name of Individual or Entity | % of Ownership | Name of Individual or Entity | % of Ownership |
|---|---|---|---|
| Anthony Deo | 100% |  |  |
|  |  |  |  |

☐ If checked, ownership % is less than 25% and will be blank.

e. Beneficial Owner Detail.
   ● For natural persons listed in (d) record the following information:
   ● Explain below any layers of Beneficial Ownership by listing natural persons who own entities noted in (d).Only list individuals if their equity ownership is 25% or more of the Legal Entity opening the account.

**Beneficial Owner #1:** Anthony Deo          Name of Entity: Superb Motors Inc.

% of Ownership: 100%  Date of Birth: ███████ / 77    Title: CEO

Address: 3 Saddle Ridge Road, Old Westbury, NY 11568

**For U.S. Persons**
Social Security #: _____

**For Non-U.S. Persons**
Passport # or other ID*: _____

Driver's License # or Other ID: ███████

Issuing State or Country of ID: New York     ID Expiration Date: █3 / █6 / █████5

**Beneficial Owner #2:** _____          Name of Entity: _____

% of Ownership: _____ Date of Birth: __ / __    Title: _____

Address: _____

**For U.S. Persons**
Social Security #: _____

**For Non-U.S. Persons**
Passport # or other ID*: _____

Driver's License # or Other ID: _____

Issuing State or Country of ID: _____    ID Expiration Date: __ / __

**Beneficial Owner #3:** _____          Name of Entity: _____

% of Ownership: _____ Date of Birth: __ / __    Title: _____

Address: _____

**For U.S. Persons**
Social Security #: _____

**For Non-U.S. Persons**
Passport # or other ID*: _____

Driver's License # or Other ID: _____

Issuing State or Country of ID: _____    ID Expiration Date: __ / __

Page 1 of 2

Rev. 05/18

FLUSHING04586



**FLUSHING**
Commercial ■ Business ■ Consumer **Bank**®

## Certification of Beneficial Owner(s)

### Ownership Information Continued

| | |
|---|---|
| **Beneficial Owner #4:** _____ | Name of Entity: _____ |
| **% of Ownership:** _____ **Date of Birth:** __ / __ / __ | Title: _____ |
| | **For U.S. Persons** Social Security #: _____ |
| Address: _____ | **For Non-U.S. Persons** Passport # or other ID*: _____ |
| Driver's License # or Other ID: _____ | |
| Issuing State or Country of ID: _____ | ID Expiration Date: __ / __ / __ |

### Management Information

This section cannot be left blank. If the individual is already listed in (e), only Name and Title must be recorded.

f.  Provide information for one individual with significant responsibility for managing the Legal Entity such as:

☑ An executive officer or senior manager (e.g. Chief Executive Officer, Chief Financial Officer, Chief Operating Officer, Managing Member, General Partner, President, Vice President, Treasurer); or

☐ Any other individual who regularly performs similar functions.

Name:  Anthony Deo _____   Title: CEO _____

Address: _____   Date of Birth: __ / __ / __

Driver's License # or Other ID: _____   ID Expiration Date: __ / __ / __
**For U.S. Persons**
Social Security #: _____
**For Non-U.S. Persons**
Passport # or other ID and Country of Issuance*: _____

### Certification

I, (name of natural person opening account), hereby certify to the best of my knowledge that the information provided above is complete and correct. I agree to notify the bank of any change in such information.

Name:  Anthony Deo _____   Signature: X _____   Date: __ / __ / __

### Recertification

**Recertification – 1st**
I hereby certify the information above is complete and correct as of this date and agree to notify the Bank of changes.

Name: _____   Signature: X _____   Date: __ / __ / __

**Recertification – 2nd**
I hereby certify the information above is complete and correct as of this date and agree to notify the Bank of changes.

Name: _____   Signature: X _____   Date: __ / __ / __

**Recertification – 3rd**
I hereby certify the information above is complete and correct as of this date and agree to notify the Bank of changes.

Name: _____   Signature: X _____   Date: __ / __ / __

| Bank Use Only Upon Initial Certification | | |
|---|---|---|
| Accepted by: X _Robert Puccio_ | Date: 04/ 04/ 2023 | Master Deposit Account #: _____ |
| Print: Robert Puccio | Cost Center #: 455 | Master Loan #: _____ |

*In lieu of a passport number, Non-U.S. persons may also provide an alien identification card number, or number and country of issuance of any other government issued document evidencing nationality or residence and bearing a photograph or similar safeguard.

Page 2 of 2

Rev. 05/18

FLUSHING04587



# INTERNET GAMBLING NOTICE AND CERTIFICATION

Pursuant to the Unlawful Internet Gambling Enforcement Act of 2006 and Regulation GG, "restricted transactions" such as those in which a person accepts credit, funds, instruments or other proceeds from another person in connection with unlawful Internet gambling, are prohibited. You certify that such transactions will not be conducted through your account at Flushing Bank. Please be advised that if Flushing Bank determines that your account is being used to engage in restricted transactions, we reserve the right to terminate your access to certain payment systems and/or close your account.

I, Anthony Deo

Customer Name

CEO , of Superb Motors Inc.

Title (i.e. Pres., Sec.) Company Name

Company/Corporation/Partnership/LLC/Sole Proprietorship do hereby certify that the above named

Business entity does not engage in any type of Internet Gambling business.

_____
Signature

_____
Date

| FOR BANK USE ONLY | | |
|---|---|---|
| Account(s) #: | Originating Br #: | 455 |
| | Accepted By: | Robert Puccio |
| | | (Print Name) |

Rev. 9/17

FLUSHING04588

# Non Personal Signature Card

Date: 4/4/23

**FLUSHING Bank**
Commercial • Business • Consumer

| Business Name | Superb Motors Inc. | | Tax ID | ▉▉▉▉▉▉ |
|---|---|---|---|---|
| Address | 215 Northern Blvd, Great Neck, NY 11021 | | | |

| Reference # | Account Title / Account Subtitle | Account # (Bank Use Only) |
|---|---|---|
| (1) 2023040401 | Superb Motors Inc. | |
| (2) | | |
| (3) | | |
| (4) | | |
| (5) | | |

☐ Check this box if additional Accounts are to be opened and are listed on additional pages.

The undersigned agree to the by-laws and the rules and regulations of Flushing Bank ("the Bank"), to any future amendments and additions to them, and to any laws and regulations binding on the Bank. The undersigned acknowledge receipt and review of the Bank's disclosures statement and Privacy Notice and agree to the terms and conditions governing this account.;

The undersigned authorize the Bank to investigate credit and employment history and obtain reports from consumer reporting agency (ies) on them as individuals. Except as provided by law or another agreement, each of the undersigned is authorized to make withdrawals from the account(s).

The undersigned agree that the Bank is authorized and empowered to charge this account for any loan or other indebtedness the Business owes to the Bank. In order to make payment on each withdrawal, check or Money Order, the Bank will require such authorized signatures as are appropriate, based on this and any other agreements or instructions the Bank has on file.

**CERTIFICATION:** Under penalty of perjury, I certify (1) that the number shown on this form is my correct Taxpayer Identification Number (or I am waiting for a number to be issued to me); (2) that I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; (3) that I am a U.S. citizen or other U.S. person; and (4) tha the FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**CERTIFICATION INSTRUCTIONS:** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. You are not required to sign the Certification for mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends.. (Also see Part 3 of W-9 instructions or similar disclosure).

**CERTIFICATION:** The undersigned certify that all account opening information provided is accurate and complete. **Exemption from FATCA Reporting Code:** _____

**IMPORTANT ACCOUNT OPENING INFORMATION:** Federal Law requires us to obtain sufficient information to verify your identity. We may ask you several questions and we may require one or more forms of identification to fulfill this requirement. In some instances we may use outside sources to confirm the information. The information you provide is protected by our Privacy Policy and Federal Law.

| Signer # 1 (Individual Owner if Sole Propiertorship) | Full Name: Anthony Deo | | | Signature: X |
|---|---|---|---|---|
| | Date: | Reference # ☑ All ☐ 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5 | | Reference # |

| Signer # 2 (Non-Owner if Sole Propiertorship) | Full Name: | | | Signature: X |
|---|---|---|---|---|
| | Date: | Reference # ☐ All ☐ 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5 | | Reference # |

| Signer # 3 (Non-Owner if Sole Propiertorship) | Full Name: | | | Signature: X |
|---|---|---|---|---|
| | Date: | Reference # ☐ All ☐ 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5 | | Reference # |

| Signer # 4 (Non-Owner if Sole Propiertorship) | Full Name: | | | Signature: X |
|---|---|---|---|---|
| | Date: | Reference # ☐ All ☐ 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5 | | Reference # |

| Signer # 5 (Non-Owner if Sole Propiertorship) | Full Name: | | | Signature: X |
|---|---|---|---|---|
| | Date: | Reference # ☐ All ☐ 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5 | | Reference # |

☐ Check this box if additional Signers are listed on additional pages.

This Signature Card supersedes and terminates the Signature Card dated _____ and any related Signature Card Addendums.

Rev. 9/17                    Page 1 of 1                    Signer #1 Initials _____

FLUSHING04589

**FLUSHING** Bank

## Resolution of Authority | Flushing Bank

☑ New ☐ Change

| Account Title: | Superb Motors Inc. | TIN Number: ▮▮▮▮▮ |
| Entity Address: | 215 Northern Blvd, Great Neck, NY 11021 | Telephone Number: 516-821-2280 |

The individual(s) signing this Resolution hereby certifies to Flushing Bank, ("Bank") that the Entity is (check one):

☐ a **Sole Proprietorship** owned entirely by the individual signing this Resolution, a duly formed and valid existing.

☐ a **General Partnership**

☐ a **Limited Partnership,**

☐ a **Service Award Trust** organized by the Trustees of the _____ of _____, and that the individual signing this Resolution is its secretary or assistant secretary and the keeper of its records.

☐ a **Limited Liability Partnership** organized under the laws of the state of _____, and that the individuals signing this Resolution constitute all of the general partners of the partnership.

☑ a **Corporation** duly organized and in good standing under the laws of the state of **NY**_____, and that the individual signing this Resolution is its secretary or assistant secretary and the keeper of the records and corporate seal, if any;

☐ an **Unincorporated Association or Organization** and that the individuals signing this Resolution is the keeper of the records and seal, if any,

☐ a **Limited Liability Company** organized under the laws of the state of _____, and that the individuals signing this Resolution constitutes all of the members or managers, as appropriate of the company.

The following is a true and correct copy of the resolutions adopted by the Entity; such resolutions are now in full force and effect.

### Depository and Withdrawal Authorization

RESOLVED, that Bank is designated a depository in which the funds of the Entity may be deposited and /or withdrawn by any (indicate number) **1** of the persons listed below in the manner so designated, subject to Bank's deposit account agreement as the same may be amended from time to time. The persons listed are authorized to endorse for collection, deposit, or negotiation, any and all checks, drafts, notes, bills of exchange, certificates of deposit, and orders for the payment or transfer of money between account at Bank and other banks, either belonging to or coming into the possession of the Entity. Endorsements "for deposit" may be written or stamped. Bank may accept any instruments for deposit to any depository account of the Entity without endorsement or may supply the endorsement of the Entity. The persons so designated are authorized to sign any and all checks, drafts, and orders drawn against any designated accounts of the Entity (including saving accounts) at Bank. Bank is authorized to honor and pay all checks, drafts, and orders when so signed or endorsed without inquiry as to the circumstances of issue or disposition of the proceeds and regardless of to whom such instruments are payable or endorsed, including those drawn or endorsed to the individual order of any such person listed, even if doing so causes or increases an overdraft.

| PRINT NAME: | TITLE: | PRINT NAME: | TITLE: |
| Anthony Deo | CEO | | |
| | | | |
| | | | |
| | | | |

### Signing Authorization

RESOLVED, that any **1** of the persons indicated above is authorized to act for and on behalf of the Entity in any matter involving any of the Entity' depository accounts at Bank, including the authority to instruct Bank to close the account, to give instructions by means other than the signing of any item with respect to account transactions such as those initiated via electronic debit, payment, wire transfer, or other withdrawal of funds by computer, electronic or other technologic means, and is further authorized to sign and implement for and in the name on behalf of the Entity, as they, or any of them see fit; the agreements, instructions, drafts, orders, certificates, or other documents relating to any depository accounts or other business of the Entity including, but not limited to payroll agreements, repurchase agreements, night depository agreements, funds transfer agreements, agreement for automated clearinghouse services, agreements for online services, and/or safe deposit agreements.

### Borrowing Authorization

RESOLVED, that any **1** of the persons indicated below is authorized to act for and on behalf of the Entity to borrow money and to obtain credit for the Entity from Bank on such terms as may seem to advisable and to make and deliver notes, drafts, acceptances and any other obligations of the Entity therefore, instruments of guarantee and of indemnity, agreements and contracts, all in form satisfactory to Bank, and, as security therefor, to grant a security interest in and to assign, transfer, hypothecate, mortgage, pledge, trustee, withdraw, exchange and substitute any stocks, bonds, securities, mortgages, bills and accounts, bills of lading, warehouse receipts, goods, insurance policies, certificates or any other property of every nature and description held by or belonging to the Entity, with full authority to endorse, assign or guarantee the same in the name of the Entity; to execute and deliver security agreements and all instruments of assignment, transfer, hypothecation, mortgage, pledge and trust, to sell or discount with or without recourse any bills receivable or any other paper, whether or not negotiable, held by the Entity; to subordinate and assign any obligations and debts owed to the Entity by another or others, and in connection therewith, to execute and deliver instruments of subordination and assignment in form satisfactory to Bank; to authorize and request Bank to purchase, sell, deliver or exchange for the account of the Entity stocks, bonds, certificates of deposit or other securities, and foreign exchange or the proceeds thereof; and to execute and deliver all instruments, agreements and contracts required by Bank in connection with any matters herein contained or in connection with any services, of whatever nature or description, to be provided by Bank to the Entity.

| PRINT NAME: | TITLE: | PRINT NAME: | TITLE: |
| Anthony Deo | CEO | | |
| | | | |
| | | | |
| | | | |

### Service Award Trust Authorization

RESOLVED that Bank may draw periodic checks from its central issue check account, which will be funded, as required, through a charge to any of the Entity' depository accounts with Bank, to pay the entitlement award to eligible participants as directed by an account signer authorized by the Entity. These payments will not change and will continue until Bank is instructed otherwise by the Entity.

### Further Authorization

BE IT FURTHER RESOLVED that the secretary or assistant secretary (if a corporation or unincorporated association), the sole owner/proprietor (if a sole proprietorship), any member or manager, as appropriate (if a limited liability company), or any general partner (if a partnership) is authorized to certify to the Bank the name, title, specimen signature and facsimile signature with respect to any additions or deletions of persons authorized to carry out the purposes and intent of these resolutions and that this resolution shall remain in full force and effect until express written notice of rescission or modification is received by the Bank. If the authority contained herein should be revoked or terminated by operation of law or any other reason without such notice, it is resolved that the Bank shall be indemnified and saved harmless from any and all losses suffered or liabilities incurred by it so acting after such revocation or termination without notice.

IN WITNESS WHEREOF, the undersigned has hereunder subscribed his/her name(s) and affixed the seal, if any, of the Entity this_____day of_____.

For a Service Award Trust, Corporation or Unincorporated Association or Organization:

For Sole Proprietorship

For Partnership (all general partners must sign)/ For Limited Liability Company (all members must sign)

_____ Secretary

_____ Owner/Sole Proprietor

_____ Partner/Member/Manager

☐ THIS IS A NOT-FOR-PROFIT BUSINESS

_____ Partner/Member/Manager

This Resolution supersedes and terminates the resolution dated _____.

Rev. 02/2023

FLUSHING04590