Exhibit Q to
Ronneburger Dec.

**From:** Puccio, Robert
**Sent:** Friday, August 19, 2022 9:40 AM EDT
**To:** Michael Laurie <mlaurie@dlacapital.com>; anthonyd@northshoremotors1.com <anthonyd@northshoremotors1.com>
**Subject:** RE: LOC link Flushing Bank - Rob Puccio
**Attachment(s):** "f4506c.pdf"

Good morning Anthony and Michael,

It was great see you both yesterday.  Thanks for the background information and tour of North Shore Motors

As I stated yesterday, to apply through the link I provided, here it is again -  https://flushingbank.expressbankloan.com/2/#/search?cid=151, you will need to upload the following:

-2 years Federal Tax Returns with all schedules for the business
-2 years Federal Tax Returns with all schedules for Anthony (in this upload section it asks for a Personal Financial statement BUT it is not needed)
-Copy of Anthony's Drivers License

In addition, I will need you to complete sections 1-3 and sign the attached 4506c form for the business and Anthony,  Sections 1-3 must mirror the information on the tax return.

Please let me know if you have any questions.

Have a great day.
Rob


*"The highest compliment I can receive is a referral to your family, friends and business associates."*

**Robert V. Puccio**
Vice President
Business Banking Group



99 Park Avenue - Suite 820
New York, NY 10016
P: (646) 923-9539
C: (516)707-8922
rpuccio@flushingbank.com
www.flushingbank.com

 Robert V. Puccio

---

**From:** Puccio, Robert
**Sent:** Thursday, August 18, 2022 11:25 AM
**To:** Michael Laurie <mlaurie@dlacapital.com>; anthonyd@northshoremotors1.com
**Subject:** LOC link

Here is the link:  https://flushingbank.expressbankloan.com/2/#/match  From this page hit the link – Not an existing customer?  Click here to get started.

Thanks
Rob

Robert V. Puccio
Flushing Bank
516-707-8922

Get Outlook for iOS

FLUSHING00008