Exhibit R
to Ronneburger Dec.

**From:** anthony deo <anthonyd@northshoremotors1.com>
**Sent:** Monday, February 27, 2023 11:01 AM EST
**To:** anthony deo <anthonyd@northshoremotors1.com>; Michael Laurie <mlaurie@dlacapital.com>; Puccio, Robert <RPuccio@flushingbank.com>
**Subject:** [EXTERNAL] - Account Opening Requirements
**Attachment(s):** "nshore EIN.pdf","NSHORE 2021 K1.pdf","ANTHONY ID.pdf","northshore motor leasing corp docs.pdf","Northshore Operating.pdf","189 Sunrise NYS Filing Receipt.pdf","sunrise license 2024.jpg","Sunrise Operating.pdf","SUNRISE 2021 K1.pdf","NORTHSHORE LICENSE 2024 (002).pdf","NORTHSHORE LICENSE 2024 (002).pdf"

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Hi Rob,


Please find all the documents needed to open NEW Accounts for both companies attached.

Entity Name:    NORTHSHORE MOTOR LEASING LLC
        180 MICHAEL DRIVE, SYOSSET, NY 11791.
        5162261400

Entity Name:    189 SUNRISE HWY AUTO LLC
        d.b.a SUNRISE AUTO OUTLET
        189 SUNRISE HIGHWAY, AMITYVILLE NY 11701.
        6318423200

MY NAME:    ANTHONY DEO
        3 HUNTING LANE , OLD WESTBURY, NY 11568.
SS#        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
        ANTHONYD@NORTHSHOREMOTORS1.COM
        516-5091668




*Anthony Deo*



**NORTHSHOREMOTORS**

**Chief Operating Officer.**
180 Michael Drive
Syosset, NY 11791
www.NorthshoreMotors1.com
Ph.516.226.1400


Admin
This electronic message, including any and all attachments hereto, is intended solely to be used by the individual or entity to which it is addressed. It may contain information which is privileged, confidential and otherwise exempt by law from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to its intended recipient, you are hereby notified that any dissemination, distribution, copying or retention of this communication or the information contained herein is strictly prohibited. If you have received this communication in error, please notify us by telephone immediately and permanently delete the original and any copy or printout thereof - Thank you.

---

**From:** Alagna, Jessica <JAlagna@signatureNY.com>
**Sent:** Monday, November 21, 2022 3:47 PM
**To:** anthony deo <anthonyd@northshoremotors1.com>; Caruana, Robert <RCaruana@signatureNY.com>
**Cc:** Michael Laurie (MLaurie@DLACapital.com) <MLaurie@DLACapital.com>
**Subject:** RE: Account Opening Requirements


No need to send originals, you can email here or if the files are too large, we can create a secure share page. Please let me know what you prefer.


*OUR OFFICE WILL CLOSE AT 3:00PM ON NOVEMBER 23RD & WILL BE CLOSED ON NOVEMBER 24TH*

FLUSHING00105



Thank you,

**Jessica Alagna**|*Relationship Manager*
SIGNATURE BANK
T: (631) 962 7373 | F: (646) 720 1104
360 Motor Parkway, Suite 150, Hauppauge, NY 11788
jalagna@signatureny.com



**- SIGNATURE CONFIDENTIAL -**
**Content is not to be distributed or shared outside of participating parties.**

---

**From:** anthony deo <anthonyd@northshoremotors1.com>
**Sent:** Monday, November 21, 2022 3:19 PM
**To:** Alagna, Jessica <JAlagna@signatureNY.com>; Caruana, Robert <RCaruana@signatureNY.com>
**Cc:** Michael Laurie (MLaurie@DLACapital.com) <MLaurie@DLACapital.com>
**Subject:** Re: Account Opening Requirements

**ATTENTION:** This message was sent by an external sender. Do not open attachments or click on links from unknown senders or unexpected emails. Sender: **anthonyd@northshoremotors1.com**

---

Hi Jessica

Pleasure to be introduced to you. I am gathering everything needed. Do I need to walk it in to you or could it be scanned and emailed?

---

**From:** Alagna, Jessica <JAlagna@signatureNY.com>
**Sent:** Monday, November 21, 2022 11:58 AM
**To:** Caruana, Robert <RCaruana@signatureNY.com>; anthony deo <anthonyd@northshoremotors1.com>
**Cc:** Michael Laurie (MLaurie@DLACapital.com) <MLaurie@DLACapital.com>
**Subject:** RE: Account Opening Requirements

Good morning All,

Happy to assist.

Anthony,  nice to meet you and please do let me know if you have any questions regarding the below list.

*OUR OFFICE WILL CLOSE AT 3:00PM ON NOVEMBER 23 RD & WILL BE CLOSED ON  NOVEMBER 24 TH*

**FLUSHING00106**



Thank you,

**Jessica Alagna**| *Relationship Manager*
SIGNATURE BANK
T: (631) 962 7373 | F: (646) 720 1104
360 Motor Parkway, Suite 150, Hauppauge, NY 11788
jalagna@signatureny.com



<span style="color:orange">- SIGNATURE CONFIDENTIAL -
Content is not to be distributed or shared outside of participating parties.</span>

---

**From:** Caruana, Robert <RCaruana@signatureNY.com>
**Sent:** Monday, November 21, 2022 11:26 AM
**To:** anthonyd@northshoremotors1.com; Alagna, Jessica <JAlagna@signatureNY.com>
**Cc:** Michael Laurie (MLaurie@DLACapital.com) <MLaurie@DLACapital.com>
**Subject:** Account Opening Requirements

**Anthony –** It was a pleasure speaking with you this morning. Below is a list of the information needed in order to begin the account opening process for both LLC's (189 Sunrise Highway Auto LLC and Northshore Motor Leasing LLC) as well as any personal accounts. The information can be emailed to Jessica Alagna (copied) and me. I've included Jessica's full contact information below.

**Jessica –** Anthony was referred to me by Mike Laurie (copied). Mike, Anthony and Anthony's wife will all be signers on the accounts. Anthony would like to open three (3) demand deposit accounts for each of the aforementioned LLC's and possibly personal accounts as well. I told Anthony that you (or Cassandra/Carmela) would reach out to him to schedule an introductory call upon receipt of the below referenced information to discuss the account opening process and his cash management needs. Anthony's cell phone number is (516) 509-1668.

**<u>LLC's:</u>**

**Formation Documents:**
1. Dept. of State filing receipt
2. EIN verification letter
3. Executed Operating Agreement with membership breakdown

**Owners/Signers:** For any/all owners with more than 20% membership and any/all signers (or 10% for owners/signers outside the US), we require the following for each:
1. Full legal name and residence address
2. Valid/current photo ID
3. Social Security Number
4. Email address
5. Cell phone number

**<u>Personal Accounts:</u>**

**U.S. Citizen (one of the following forms of ID):**
1. Driver's license (with photo and signature) bearing current address
2. Non-Driver ID (with photo and signature) bearing current address
3. U.S. Armed Forces Identification Card (with signature)
4. U.S. Passport (with photo and signature), accompanied by proof of address in the form of a utility or credit card statement

FLUSHING00107

**Jessica Alagna**| *Relationship Manager*
SIGNATURE BANK
T: (631) 962 7373 | F: (646) 720 1104
360 Motor Parkway, Suite 150, Hauppauge, NY 11788
jalagna@signatureny.com


Best regards,
Rob

**Robert J. Caruana Jr.**|*Group Director and Senior Vice President*
SIGNATURE BANK
360 Motor Parkway, Suite 150, Hauppauge, NY 11788
**T:** (631) 962-7372 |**M:** (631) 954-8286 | **F:** (646) 720-1104
Rcaruana@signatureNY.com



**- SIGNATURE CONFIDENTIAL -**
**Content is not to be distributed or shared outside of participating parties.**

The information contained in this message is intended only for use by the individual or entity to which it is addressed and may contain confidential, proprietary, and/or privileged information of Signature Bank and/or its subsidiaries ("Signature"). If you are not the intended recipient of this message, any review, retransmission, dissemination, or other use of, or taking of any action in reliance upon, this information is prohibited. If you have received this communication in error, please delete this message and notify the sender immediately.

Signature does not guarantee that messages transmitted electronically are timely, secure, accurate, error-free, or complete, and disclaims all liability to the fullest extent permitted by applicable law for any loss, damage, or delay arising from any use of or reliance on this message in any way. Any messages transmitted through Signature's systems are subject to monitoring, review, retention, and external production in order to comply with relevant laws, regulations, and regulatory requests.

**- SIGNATURE CONFIDENTIAL -**
**Content is not to be distributed or shared outside of participating parties.**

The information contained in this message is intended only for use by the individual or entity to which it is addressed and may contain confidential, proprietary, and/or privileged information of Signature Bank and/or its subsidiaries ("Signature"). If you are not the intended recipient of this message, any review, retransmission, dissemination, or other use of, or taking of any action in reliance upon, this information is prohibited. If you have received this communication in error, please delete this message and notify the sender immediately.

Signature does not guarantee that messages transmitted electronically are timely, secure, accurate, error-free, or complete, and disclaims all liability to the fullest extent permitted by applicable law for any loss, damage, or delay arising from any use of or reliance on this message in any way. Any messages transmitted through Signature's systems are subject to monitoring, review, retention, and external production in order to comply with relevant laws, regulations, and regulatory requests.

FLUSHING00108

Case 2:23-cv-06188-JMW Document 518-18 Filed 06/01/26 Page 6 of 33 PageID #: 14184

```
N. Y. S. DEPARTMENT OF STATE
DIVISION OF CORPORATIONS                    ALBANY, NY  12231-0001
                         FILING  RECEIPT
===================================================================
ENTITY NAME : 189 SUNRISE HWY AUTO LLC

DOCUMENT TYPE : ASSUMED NAME LTD LIABILITY CO
===================================================================
  FILER:                              FILED:  07/10/2014
  ------                              CASH#:  329422
                                      FILM#:  20140710050
  HUBCO INCORPORATION SERVICES
  77 EAST JOHN STREET

  HICKSVILLE NY  11801


  PRINCIPAL LOCATION
  ------------------

  55 OAK DRIVE

  ROSLYN
  NY    11576


  COMMENT:


  ASSUMED NAME
  ------------
  SUNRISE AUTO OUTLET
```

===================================================================

```
SERVICE COMPANY  : HUBCO                        CODE:  29
                                                BOX :  74


FEES       50.00                        PAYMENTS:   50.00
----                                    --------
FILING :   25.00                        CASH    :
COUNTY :    .00                         CHECK   :
COPIES :    .00                         C CARD  :   50.00
MISC   :    .00
HANDLE :   25.00
                                        REFUND  :
                                        ------
```

===================================================================

```
               DO3HD108                      DOS-281 (04/2007)
```

FLUSHING00109

 **IRS** DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
CINCINNATI  OH    45999-0023

Date of this notice:  07-03-2014

Employer Identification Number:
█████████████

Form:  SS-4

Number of this notice:  CP 575 A

189 SUNRISE HWY AUTO LLC
JOSHUA AARONSON MBR
55 OAK DR
ROSLYN, NY  11576

For assistance you may call us at:
1-800-829-4933

IF YOU WRITE, ATTACH THE
STUB AT THE END OF THIS NOTICE.

## WE ASSIGNED YOU AN EMPLOYER IDENTIFICATION NUMBER

Thank you for applying for an Employer Identification Number (EIN).  We assigned you EIN ████████  This EIN will identify you, your business accounts, tax returns, and documents, even if you have no employees.  Please keep this notice in your permanent records.

When filing tax documents, payments, and related correspondence, it is very important that you use your EIN and complete name and address exactly as shown above.  Any variation may cause a delay in processing, result in incorrect information in your account, or even cause you to be assigned more than one EIN.  If the information is not correct as shown above, please make the correction using the attached tear off stub and return it to us.

Based on the information received from you or your representative, you must file the following form(s) by the date(s) shown.

        Form 941                01/31/2015
        Form 940                01/31/2015
        Form 1065               04/15/2015

If you have questions about the form(s) or the due date(s) shown, you can call us at the phone number or write to us at the address shown at the top of this notice.  If you need help in determining your annual accounting period (tax year), see Publication 538, *Accounting Periods and Methods*.

We assigned you a tax classification based on information obtained from you or your representative.  It is not a legal determination of your tax classification, and is not binding on the IRS.  If you want a legal determination of your tax classification, you may request a private letter ruling from the IRS under the guidelines in Revenue Procedure 2004-1, 2004-1 I.R.B. 1 (or superseding Revenue Procedure for the year at issue).  Note: Certain tax classification elections can be requested by filing Form 8832, *Entity Classification Election*.  See Form 8832 and its instructions for additional information.

A limited liability company (LLC) may file Form 8832, *Entity Classification Election*, and elect to be classified as an association taxable as a corporation.  If the LLC is eligible to be treated as a corporation that meets certain tests and it will be electing S corporation status, it must timely file Form 2553, *Election by a Small Business Corporation*.  The LLC will be treated as a corporation as of the effective date of the S corporation election and does not need to file Form 8832.

FLUSHING00110

(IRS USE ONLY)    575A                07-03-2014  189S  B  9999999999  SS-4

If you are required to deposit for employment taxes (Forms 941, 943, 940, 944, 945, CT-1, or 1042), excise taxes (Form 720), or income taxes (Form 1120), you will receive a Welcome Package shortly, which includes instructions for making your deposits electronically through the Electronic Federal Tax Payment System (EFTPS). A Personal Identification Number (PIN) for EFTPS will also be sent to you under separate cover. Please activate the PIN once you receive it, even if you have requested the services of a tax professional or representative. For more information about EFTPS, refer to Publication 966, *Electronic Choices to Pay All Your Federal Taxes*. If you need to make a deposit immediately, you will need to make arrangements with your Financial Institution to complete a wire transfer.

The IRS is committed to helping all taxpayers comply with their tax filing obligations. If you need help completing your returns or meeting your tax obligations, Authorized e-file Providers, such as Reporting Agents (payroll service providers) are available to assist you. Visit the IRS Web site at www.irs.gov for a list of companies that offer IRS e-file for business products and services. The list provides addresses, telephone numbers, and links to their Web sites.

To obtain tax forms and publications, including those referenced in this notice, visit our Web site at www.irs.gov. If you do not have access to the Internet, call 1-800-829-3676 (TTY/TDD 1-800-829-4059) or visit your local IRS office.

IMPORTANT REMINDERS:

* Keep a copy of this notice in your permanent records. **This notice is issued only one time and the IRS will not be able to generate a duplicate copy for you.** You may give a copy of this document to anyone asking for proof of your EIN.

* Use this EIN and your name exactly as they appear at the top of this notice on all your federal tax forms.

* Refer to this EIN on your tax-related correspondence and documents.

If you have questions about your EIN, you can call us at the phone number or write to us at the address shown at the top of this notice. If you write, please tear off the stub at the bottom of this notice and send it along with your letter. If you do not need to write us, do not complete and return the stub.

Your name control associated with this EIN is 189S. You will need to provide this information, along with your EIN, if you file your returns electronically.

Thank you for your cooperation.

FLUSHING00111

(IRS USE ONLY)    575A          07-03-2014  189S  B  9999999999  SS-4

Keep this part for your records.          CP 575 A (Rev. 7-2007)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Return this part with any correspondence
so we may identify your account.  Please                          CP 575 A
correct any errors in your name or address.
                                                              9999999999

Your Telephone Number  Best Time to Call  DATE OF THIS NOTICE:  07-03-2014 █████████
(    )     -                              EMPLOYER IDENTIFICATION NUMBER:
_____  _____  FORM:  SS-4                NOBOD

INTERNAL REVENUE SERVICE                  189 SUNRISE HWY AUTO LLC
CINCINNATI   OH    45999-0023             JOSHUA AARONSON MBR
ⅼⅼⅼⅼⅼⅼⅼⅼⅼⅼⅼⅼⅼⅼⅼⅼⅼⅼⅼⅼⅼ                     55 OAK DR
                                          ROSLYN, NY  11576

FLUSHING00112



FLUSHING00113

New York State Department of Motor Vehicles

# OFFICIAL BUSINESS CERTIFICATE

*THIS CERTIFICATE EXPIRES* 03/31/24

*FACILITY IDENTIFICATION NO.* 7123750 ISD

Validation Date and Number: 03/04/22 59203

This person is **LICENSED AS A DEALER INSPECTION STATION**

pursuant to the provisions of the Vehicle and Traffic Law.
1A-1B

NORTHSHORE MOTOR LEASING LLC
180 MICHAEL DRIVE
SYOSSET NY          11791

This document does not certify that this business complies with zoning and other local laws

**POST IN A CONSPICUOUS PLACE**

'-61P (11/95)

---

New York State Department of Motor Vehicles

# OFFICIAL BUSINESS CERTIFICATE

*THIS CERTIFICATE EXPIRES* 03/31/24

*FACILITY IDENTIFICATION NO.* 7123750

Validation Date and Number: 03/04/22 59204

This person is **REGISTERED AS A DEALER**

pursuant to the provisions of the Vehicle and Traffic Law.

NORTHSHORE MOTOR LEASING LLC
180 MICHAEL DRIVE
SYOSSET NY          11791

This document does not certify that this business complies with zoning and other local laws

**POST IN A CONSPICUOUS PLACE**

'-61P (11/95)

FLUSHING00115

New York State Department of Motor Vehicles

# OFFICIAL BUSINESS CERTIFICATE

*THIS CERTIFICATE EXPIRES* 03/31/24

*FACILITY IDENTIFICATION NO.* 7123750 ISD

Validation Date and Number: 03/04/22 59203

This person is **LICENSED AS A DEALER INSPECTION STATION**

pursuant to the provisions of the Vehicle and Traffic Law.
1A-1B

NORTHSHORE MOTOR LEASING LLC
180 MICHAEL DRIVE
SYOSSET NY        11791

This document does **not** certify that this business complies with zoning and other local laws
**POST IN A CONSPICUOUS PLACE**

-61P (11/95)

---

New York State Department of Motor Vehicles

# OFFICIAL BUSINESS CERTIFICATE

*THIS CERTIFICATE EXPIRES* 03/31/24

*FACILITY IDENTIFICATION NO.* 7123750

Validation Date and Number: 03/04/22 59204

This person is **REGISTERED AS A DEALER**

pursuant to the provisions of the Vehicle and Traffic Law.

NORTHSHORE MOTOR LEASING LLC
180 MICHAEL DRIVE
SYOSSET NY        11791

This document does **not** certify that this business complies with zoning and other local laws
**POST IN A CONSPICUOUS PLACE**

-61P (11/95)

OPERATING AGREEMENT
FOR

# NORTHSHORE MOTOR LEASING LLC

A LIMITED LIABILITY COMPANY

## ARTICLE I
### Company Formation

**1.1. FORMATION.** The Members have formed a Limited Liability Company ("Company") according to the laws of the state in which the Company was formed. This operating agreement is entered into and effective as of the date it is adopted by the members.

**1.2. REGISTERED AGENT.** The name and location of the Company's registered agent will be stated in the company's formation documents.

**1.3. TERM.** The Company will continue perpetually unless, (a) Members whose capital interest as defined in Article 2.2 exceeds 50 percent vote for dissolution; or (b) Any event which causes the Company's business to become unlawful; or (c) The death, resignation, expulsion, bankruptcy,retirement of a Member or the occurrence of any other event that terminates the continued membership of a Member of the Company; or (d) Any other event causing dissolution of the Company under applicable state laws.

**1.4. CONTINUANCE OF COMPANY.** In the event of an occurrence described in ARTICLE 1.3(c), if there are at least two remaining Members, those Members have the right to continue the business of the Company. This right can be exercised only by the unanimous vote of the remaining Members within ninety (90) days after the occurrence of an event described in ARTICLE 1.3(c). If not exercised, the right of the Members to continue the business of the Company will expire.

**1.5. BUSINESS PURPOSE.** The Company will conduct any lawful business deemed appropriate in
carrying out the company's objectives.

**1.6. PRINCIPAL PLACE OF BUSINESS.** The Company's principal place of business will be stated in the formation documents, or as selected by the Managers.

**1.7. THE MEMBERS.** The name and residential address of each member are listed in Exhibit 2 attached to this Agreement.

**1.8. ADMISSION OF ADDITIONAL MEMBERS.** Additional members may only be admitted to the Company through a Certificate of New Membership issuance by the company of new interest in the Company or as otherwise provided in this agreement.

FLUSHING00116

## ARTICLE II
Capital Contributions

2.1. **INITIAL CONTRIBUTIONS**. The Members will initially contribute capital to the Company, as described in Exhibit 3 attached to this Agreement. The agreed total value of such property and cash is $100,000.00

2.2. **ADDITIONAL CONTRIBUTIONS**. Except as provided in ARTICLE 6.2, no Member will be obligated to make any additional contribution to the Company's capital.

## ARTICLE III
Profits, Losses and Distributions

3.1. **PROFITS/LOSSES**. For financial accounting and tax purposes, the Company's net profits or net losses will be determined on an annual basis. These profits and losses will be allocated to the Members in proportion to each Member's capital interest in the Company as set forth in Exhibit 2 as amended and in accordance with Treasury Regulation 1.704-1.

3.2. DISTRIBUTIONS. The Members will determine and distribute available funds annually or as they see fit. "Available funds" refers to the net cash of the Company available after expenses and liabilities are paid. Upon liquidation of the Company or liquidation of a Member's interest, distributions will be made in accordance with the positive capital account balances or pursuant to Treasury Regulation 1.704-I(b)(2)(ii)(b) (2). To the extent a Member has a negative capital account balance, there will be a qualified income offset, as set forth in Treasury Regulation 1.704-I(b)(2)(ii)(d).

## ARTICLE IV
Management

4.1. **MANAGEMENT OF THE BUSINESS**. The Members holding a majority of the capital interests in the Company, as set forth in Exhibit 2 as amended, may vote to elect a Manager or Managers. One manager will be elected by the Members as Chief Executive Manager. The Manager(s) may be a Member or Non-Member. The name and residential address of each Manager is attached as Exhibit 1 of this Agreement.

4.2. **MEMBERS**. The liability of the Members will be limited according to state law. Members that are not Managers will take no part in the control, management, direction, or operation of the Company's affairs and will have no power to bind the Company in legal agreements. The Managers may seek advice from the Members, but need not follow such advice. No Member is an agent of any other Member of the Company, solely by reason of being a Member.

4.3. **POWERS OF MANAGERS**. The Managers are authorized on the Company's behalf to make
all decisions as to:
(a) the sale, development, lease or other disposition of the Company's assets;
(b) the purchase or other acquisition of other assets;
(c) the management of all or any part of the Company's assets;

FLUSHING00117

(d) the borrowing of money and the granting of security interests in the Company's assets;

(e) the pre-payment, refinancing or extension of any loan affecting the Company's assets;

(f) the compromise or release of any of the Company's claims or debts; and

(g) the employment of persons, firms or corporations for the operation and management of the company's business.

The Managers are further authorized to execute and deliver:

(w) all contracts, conveyances, assignments leases, sub-leases, franchise agreements, licensing agreements, management contracts and maintenance contracts covering or affecting the Company's assets;

(x) all checks, drafts and other orders for the payment of the Company's funds;

(y) all promissory notes, loans, security agreements and other similar documents; and

(z) all other instruments of any other kind relating to the Company's affairs.

4.4. **CHIEF EXECUTIVE MANAGER**. The Chief Executive Manager has primary responsibility for managing the operations of the Company and for carrying out the decisions of the Managers.

4.5. **NOMINEE.** Title to the Company's assets must be held in the Company's name or in the name of any nominee that the Managers may designate. The Managers have power to enter into a nominee agreement with any such person, and such agreement may contain provisions indemnifying the nominee, except for his or her willful misconduct.

4.6. **COMPANY INFORMATION**. The Managers must supply information regarding the company or its activities to any member upon his or her request. Any Member or their authorized representative will have access to and may inspect and copy all books, records and materials in the Manager's possession regarding the Company or its activities. Access and inspection of information will be at the requesting Member's expense.

4.7. **EXCULPATION.** Any act or omission of the Managers, the effect of which may cause or result in loss or damage to the Company or the Members, if done in good faith to promote the best interests of the Company, will not subject the Managers to any liability.

4.8. **INDEMNIFICATION**. The Company will indemnify any person who was or is a party defendant or is threatened to be made a party defendant, in a pending or completed action, suit or proceeding, whether civil, criminal, administrative, or investigative (other than an action by or in the right of the Company) by reason of the fact that the person is or was a Member of the Company, Manager, employee or agent of the Company, or is or was serving at the request of the Company, for instant expenses (including attorney's fees), judgments, fines, and amounts

FLUSHING00118

paid in settlement actually and reasonably incurred in connection with such action, suit or proceeding if the Members determine that the person acted in good faith and in a manner he or she reasonably believed to be in or not opposed to the best interest of the Company, and with respect to any criminal action proceeding, has no reasonable cause to believe his or her conduct was unlawful. The termination of any action, suit, or proceeding by judgment, order, settlement, conviction, or upon a plea of "no lo Contendere" or its equivalent, does not in itself create a presumption that the person did or did not act in good faith and in a manner which he or she reasonably believed to be in the best interest of the Company, and, with respect to any criminal action or proceeding, had reasonable cause to believe that his or her conduct was lawful.

4.9. **RECORDS**. The Managers must keep the following at the company's principal place of business or other location:
(a) A current list of the full name and the last known street address of each Member;
(b) A copy of the Company's Certificate of Formation and Operating Agreement and all amendments;
(c) Copies of Company's federal, state and local income tax returns and reports for the three most recent years;
(d) Copies of the Company's financial statements for the three most recent years.

ARTICLE V
Compensation
5.1. **MANAGEMENT FEE.** Any Manager rendering services to the Company is entitled to compensation proportionate with the value of those services.

5.2. **REIMBURSEMENT.** The Company must reimburse the Managers or Members for all direct out-of-pocket expenses incurred by them in managing the Company.

ARTICLE VI
Bookkeeping
6.1. **BOOKS.** The Managers will maintain a complete and accurate accounting of the Company's affairs at the Company's principal place of business. The managers may select the method of accounting and the company's accounting period will be the calendar year.

6.2. **MEMBER'S ACCOUNTS.** The Managers must maintain separate capital and distribution accounts for each member. Each member's capital account will be determined and maintained in the manner set forth in Treasury Regulation 1.704-I(b)(2)(iv) and will consist of his or her initial capital contribution increased by:
(a) Any additional capital contribution made by the member;
(b) Credit balances transferred from the member's distribution account to his or her capital account;
and decreased by:
(x) Distributions to the member in reduction of Company capital;
(y) The Member's share of Company losses if charged to his or her capital account.

FLUSHING00119

6.3. **REPORTS.** The Managers will close the books of account after the close of each calendar year and will prepare and send to each member, a statement of such Member's distributive share of income and expense for income tax reporting purposes.

## ARTICLE VII
Transfers

7.1. **ASSIGNMENT.** If a Member proposes to sell, assign, or otherwise dispose of all or any part of

his or her interest in the Company, that Member must first make a written offer to sell his or her interest to the other Members at a price determined by mutual agreement. If the other Members decline or fail to elect such interest within thirty (30) days, and if the sale or assignment is made and the Members fail to approve this sale or assignment unanimously then, pursuant to the applicable law, the purchaser or assignee will have no right to participate in the management of the business and affairs of the Company. The purchaser or assignee will only be entitled to receive the share of the profits or other compensation by way of income and the return of contributions to which that Member would otherwise be entitled.

## ARTICLE VIII
Dissolution

8.1. **DISSOLUTION.** The Member(s) may dissolve the company at any time. The Member may NOT dissolve the company for a loss of membership interests. Upon dissolution the company must pay its debts first before distributing cash, assets, and/or initial capital to the Member or the Members interests. The dissolution may only be ordered by the Member(s), not by the owner of the Members interests.

Operating Agreement – Page 5 of 9
https://www.northwestregisteredagent.com/legal-forms/llc/operating-agreement

FLUSHING00120

## CERTIFICATION OF MEMBER

The undersigned hereby agree, acknowledge, and certify that the foregoing operating agreement is adopted and approved by each member as of this 15 day of JUNE, 2020.

Members:

Name: ANTHONY DEO _____    Percent ___99___ %

X _____

Address _3 SADDLE RIDGE ROAD, OLD WESTBURY, NY 11568_

Name _SARA DEO_____    Percent _1____ %

X _____

Address _3 SADDLE RIDGE ROAG, OLD WESTBURY, NY 11568_

FLUSHING00121

**EXHIBIT 1**
**LISTING OF MANAGERS**

By a majority vote of the Members the following Managers were elected to operate the Company
pursuant to ARTICLE 4 of the Agreement:

ANTHONY DEO
Printed Name
Chief Executive Manager

The above listed Manager(s) will serve in their capacities until they are removed for any reason by a majority vote of the Members as defined by ARTICLE 4 or upon their voluntary resignation. Signed and Agreed this 15 day of JUNE, 2020_____.

_____    _____
Signature of Member Signature of Member

_____    _____
Signature of Member Signature of Member

FLUSHING00122

683 10/12/2022 10:58 AM

**PARTNER# 1**

651121

☐ Final K-1    ☐ Amended K-1    OMB No. 1545-0123

## Schedule K-1
## (Form 1065)

Department of the Treasury
Internal Revenue Service

### 2021

For calendar year 2021, or tax year

beginning _____    ending _____

## Partner's Share of Income, Deductions, Credits, etc.

▶ See back of form and separate instructions.

### Part I — Information About the Partnership

**A** Partnership's employer identification number

[redacted]

**B** Partnership's name, address, city, state, and ZIP code

NORTHSHORE MOTOR LEASING LLC

180 MICHAEL DRIVE
SYOSSET                    NY 11791

**C** IRS Center where partnership filed return ▶

E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

### Part II — Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)

[redacted]6492

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

ANTHONY DEO

3 SADDLE RIDGE ROAD
OLD WESTBURY            NY 11568

**G** ☒ General partner or LLC member-manager    ☐ Limited partner or other LLC member

**H1** ☒ Domestic partner    ☐ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:

TIN _____

Name _____

**I1** What type of entity is this partner?    **INDIVIDUAL**

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ▶ ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 99.000000 % | 99.000000 % |
| Loss | 99.000000 % | 99.000000 % |
| Capital | 99.000000 % | 99.000000 % |

Check if decrease is due to sale or exchange of partnership interest .......... ▶ ☐

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ | $ |
| Qualified nonrecourse financing | $ | $ |
| Recourse | $ [redacted]9 | $ [redacted]9 |

Check this box if Item K includes liability amounts from lower tier partnerships. ▶ ☐

**L** Partner's Capital Account Analysis

| | |
|---|---|
| Beginning capital account | $ [redacted] |
| Capital contributed during the year | $ [redacted] |
| Current year net income (loss) | $ [redacted] |
| Other increase (decrease) (attach explanation) **STMT** | $ [redacted] |
| Withdrawals & distributions | $ [redacted] |
| Ending capital account | $ [redacted] |

**M** Did the partner contribute property with a built-in gain (loss)?

☐ Yes    ☒ No    If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)

Beginning ............................... $ _____

Ending ............................... $ _____

### Part III — Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | Item | Amount | | Item | Amount |
|---|---|---|---|---|---|
| 1 | Ordinary business income (loss) | [redacted]9 | 14 | Self-employment earnings (loss) | |
| | | | A | | [redacted]9 |
| 2 | Net rental real estate income (loss) | | C | | [redacted]3 |
| 3 | Other net rental income (loss) | | 15 | Credits | |
| 4a | Guaranteed payments for services | | | | |
| 4b | Guaranteed payments for capital | | 16 | Schedule K-3 is attached if checked ............... ▶ ☐ | |
| 4c | Total guaranteed payments | | 17 | Alternative minimum tax (AMT) items | |
| 5 | Interest income | | | | |
| 6a | Ordinary dividends | | | | |
| 6b | Qualified dividends | | 18 | Tax-exempt income and nondeductible expenses | |
| 6c | Dividend equivalents | | | | |
| 7 | Royalties | | | | |
| 8 | Net short-term capital gain (loss) | | 19 | Distributions | |
| 9a | Net long-term capital gain (loss) | | A | | [redacted] |
| 9b | Collectibles (28%) gain (loss) | | 20 | Other information | |
| 9c | Unrecaptured section 1250 gain | | N | | STMT |
| 10 | Net section 1231 gain (loss) | | Z* | | STMT |
| 11 | Other income (loss) | | AG* | | STMT |
| 12 | Section 179 deduction | 6 [redacted]2 | 21 | Foreign taxes paid or accrued | |
| 13 | Other deductions | | | | |
| 22 | ☐ More than one activity for at-risk purposes* | | | | |
| 23 | ☐ More than one activity for passive activity purposes* | | | | |

*See attached statement for additional information.

For IRS Use Only

For Paperwork Reduction Act Notice, see Instructions for Form 1065.
DAA

www.irs.gov/Form1065

**Schedule K-1 (Form 1065) 2021**

FLUSHING00123

683 10/12/2021 10:58 AM

**PARTNER# 2**

☐ Final K-1    ☐ Amended K-1    OMB No. 1545-0123

651121

## Schedule K-1
## (Form 1065)

**2021**

Department of the Treasury
Internal Revenue Service

For calendar year 2021, or tax year

beginning _____    ending _____

### Partner's Share of Income, Deductions, Credits, etc.

▶ See back of form and separate instructions.

| Part III | Partner's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

| | | |
|---|---|---|
| 1 Ordinary business income (loss) ■6 | 14 | Self-employment earnings (loss) ■6 |
| 2 Net rental real estate income (loss) | C | ■3 |
| 3 Other net rental income (loss) | 15 | Credits |
| 4a Guaranteed payments for services | | |
| 4b Guaranteed payments for capital | 16 | Schedule K-3 is attached if checked .......... ▶ ☐ |
| 4c Total guaranteed payments | 17 | Alternative minimum tax (AMT) items |
| 5 Interest income | | |
| 6a Ordinary dividends | | |
| 6b Qualified dividends | 18 | Tax-exempt income and nondeductible expenses |
| 6c Dividend equivalents | | |
| 7 Royalties | | |
| 8 Net short-term capital gain (loss) | | |
| 9a Net long-term capital gain (loss) | 19 Distributions A | 600 |
| 9b Collectibles (28%) gain (loss) | 20 | Other information |
| 9c Unrecaptured section 1250 gain | N | STMT |
| 10 Net section 1231 gain (loss) | Z* | STMT |
| 11 Other income (loss) | AG* | STMT |
| 12 Section 179 deduction ■63 | 21 | Foreign taxes paid or accrued |
| 13 Other deductions | | |

## Part I — Information About the Partnership

**A** Partnership's employer identification number

**B** Partnership's name, address, city, state, and ZIP code

**NORTHSHORE MOTOR LEASING LLC**

**180 MICHAEL DRIVE**
**SYOSSET              NY 11791**

**C** IRS Center where partnership filed return ▶

**E-FILE**

**D** ☐ Check if this is a publicly traded partnership (PTP)

## Part II — Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)

■3362

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

**SARA RAHMAN**

**3 SADDLE RIDGE ROAD**
**OLD WESTBURY          NY 11568**

**G** ☒ General partner or LLC member-manager    ☐ Limited partner or other LLC member

**H1** ☒ Domestic partner    ☐ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:

TIN _____
Name _____

**I1** What type of entity is this partner?  **INDIVIDUAL**

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ▶ ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 1.000000 % | 1.000000 % |
| Loss | 1.000000 % | 1.000000 % |
| Capital | 1.000000 % | 1.000000 % |

Check if decrease is due to sale or exchange of partnership interest ......... ▶ ☐

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ | $ |
| Qualified nonrecourse financing | $ | $ |
| Recourse | $ ■■7 | $ ■■0 |

Check this box if item K includes liability amounts from lower tier partnerships. ▶ ☐

**L** Partner's Capital Account Analysis

| | |
|---|---|
| Beginning capital account | $ |
| Capital contributed during the year | $ |
| Current year net income (loss) | $ |
| Other increase (decrease) (attach explanation) **STMT** | $ |
| Withdrawals & distributions | $ |
| Ending capital account | $ |

☐ More than one activity for at-risk purposes*
☐ More than one activity for passive activity purposes*

*See attached statement for additional information.

**M** Did the partner contribute property with a built-in gain (loss)?

☐ Yes    ☒ No    If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)

| | |
|---|---|
| Beginning | $ |
| Ending | $ |

For IRS Use

For Paperwork Reduction Act Notice, see Instructions for Form 1065.
DAA

www.irs.gov/Form1065

**Schedule K-1 (Form 1065) 2021**

FLUSHING00124

IRS DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
CINCINNATI  OH    45999-0023

Date of this notice:  11-07-2017

Employer Identification Number:
███████████

Form:  SS-4

Number of this notice:  CP 575 G

NORTHSHORE MOTOR LEASING LLC
SARA RAHMAN SOLE MBR
4 DARIUS CT
DIX HILLS, NY  11746

For assistance you may call us at:
1-800-829-4933

IF YOU WRITE, ATTACH THE
STUB AT THE END OF THIS NOTICE.


            WE ASSIGNED YOU AN EMPLOYER IDENTIFICATION NUMBER

        Thank you for applying for an Employer Identification Number (EIN).  We assigned you
EIN  ██████████     This EIN will identify you, your business accounts, tax returns, and
documents, even if you have no employees.  Please keep this notice in your permanent
records.

        When filing tax documents, payments, and related correspondence, it is very important
that you use your EIN and complete name and address exactly as shown above.  Any variation
may cause a delay in processing, result in incorrect information in your account, or even
cause you to be assigned more than one EIN.  If the information is not correct as shown
above, please make the correction using the attached tear off stub and return it to us.

        A limited liability company (LLC) may file Form 8832, *Entity Classification Election*,
and elect to be classified as an association taxable as a corporation.  If the LLC is
eligible to be treated as a corporation that meets certain tests and it will be electing S
corporation status, it must timely file Form 2553, *Election by a Small Business
Corporation*.  The LLC will be treated as a corporation as of the effective date of the S
corporation election and does not need to file Form 8832.

        To obtain tax forms and publications, including those referenced in this notice,
visit our Web site at www.irs.gov.  If you do not have access to the Internet, call
1-800-829-3676 (TTY/TDD 1-800-829-4059) or visit your local IRS office.

**IMPORTANT REMINDERS:**

    *   Keep a copy of this notice in your permanent records.  **This notice is issued only
        one time and the IRS will not be able to generate a duplicate copy for you.**  You
        may give a copy of this document to anyone asking for proof of your EIN.

    *   Use this EIN and your name exactly as they appear at the top of this notice on all
        your federal tax forms.

    *   Refer to this EIN on your tax-related correspondence and documents.

        If you have questions about your EIN, you can call us at the phone number or write to
us at the address shown at the top of this notice.  If you write, please tear off the stub
at the bottom of this notice and send it along with your letter.  If you do not need to
write us, do not complete and return the stub.

        Your name control associated with this EIN is NORT.  You will need to provide this
information, along with your EIN, if you file your returns electronically.

        Thank you for your cooperation.

(IRS USE ONLY)     575G               11-07-2017  NORT  O  9999999999  SS-4

Keep this part for your records.        CP 575 G (Rev. 7-2007)

--------------------------------------------------------------------------------

Return this part with any correspondence
so we may identify your account.  Please                          CP 575 G
correct any errors in your name or address.

                                                                 9999999999

Your Telephone Number  Best Time to Call  DATE OF THIS NOTICE:  11-07-2017
(     )       -                           EMPLOYER IDENTIFICATION NUMBER:  ███
_____  _____   FORM:  SS-4            NOBOD


INTERNAL REVENUE SERVICE                  NORTHSHORE MOTOR LEASING LLC
CINCINNATI  OH   45999-0023               SARA RAHMAN SOLE MBR
Իիլիսիիիիիիիիիիիիիիիիիիիիիիիիիիիիիիիիիի      4 DARIUS CT
                                          DIX HILLS, NY  11746

**FLUSHING00126**

0887 10/10/2022 8:48 PM

**PARTNER# 7**

| | |
|---|---|
| Final K-1 | [X] Amended K-1 |

OMB No. 1545-0123

651121

## Schedule K-1
### (Form 1065)
Department of the Treasury
Internal Revenue Service

**2021**

For calendar year 2021, or tax year

beginning _____ ending _____

## Partner's Share of Income, Deductions, Credits, etc.
▶ See back of form and separate instructions.

### Part I  Information About the Partnership

**A** Partnership's employer identification number

████████████

**B** Partnership's name, address, city, state, and ZIP code

189 SUNRISE HWY AUTO LLC
SUNRISE AUTO OUTLET
189 SUNRISE HIGHWAY
AMITYVILLE          NY 11701

**C** IRS Center where partnership filed return ▶

E-FILE

**D** [ ] Check if this is a publicly traded partnership (PTP)

### Part II  Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)

████████ 6492

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

ANTHONY DEO

3 SADDLE RIDGE ROAD
OLD WESTBURY          NY 11568

**G** [X] General partner or LLC member-manager    [ ] Limited partner or other LLC member

**H1** [X] Domestic partner    [ ] Foreign partner

**H2** [ ] If the partner is a disregarded entity (DE), enter the partner's:

TIN _____
Name _____

**I1** What type of entity is this partner?  **INDIVIDUAL**

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ▶ [ ]

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 0.000000 % | 99.000000 % |
| Loss | 0.000000 % | 99.000000 % |
| Capital | 0.000000 % | 99.000000 % |

Check if decrease is due to sale or exchange of partnership interest ▶ [ ]

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse $ | | $ ███9███3 |
| Qualified nonrecourse financing $ | | $ |
| Recourse $ | | $ 2█████55 |

Check this box if Item K includes liability amounts from lower tier partnerships. ▶ [ ]

**L**  Partner's Capital Account Analysis

| | |
|---|---|
| Beginning capital account | $ _____ |
| Capital contributed during the year | $ _____ |
| Current year net income (loss) | $ ████████5 |
| Other increase (decrease) (attach explanation) STMT | $ ██2███0 |
| Withdrawals & distributions | $ ( _____ ) |
| Ending capital account | $ ██21█95 |

**M** Did the partner contribute property with a built-in gain (loss)?

[ ] Yes  [X] No  If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)

Beginning ....... $ _____
Ending ....... $ _____

### Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | | |
|---|---|---|---|---|
| 1 | Ordinary business income (loss) ███5 | 14 | Self-employment earnings (loss) | |
| | | A | ███5 | |
| 2 | Net rental real estate income (loss) | C | ████2 | |
| 3 | Other net rental income (loss) | 15 | Credits | |
| 4a | Guaranteed payments for services | | | |
| 4b | Guaranteed payments for capital | 16 | Schedule K-3 is attached if checked ············· ▶ [ ] | |
| 4c | Total guaranteed payments | 17 | Alternative minimum tax (AMT) items | |
| 5 | Interest income | | | |
| 6a | Ordinary dividends | | | |
| 6b | Qualified dividends | 18 | Tax-exempt income and nondeductible expenses | |
| | | B* | 68,145 | |
| 6c | Dividend equivalents | | | |
| 7 | Royalties | | | |
| 8 | Net short-term capital gain (loss) | 19 | Distributions | |
| 9a | Net long-term capital gain (loss) | | | |
| 9b | Collectibles (28%) gain (loss) | 20 | Other information | |
| 9c | Unrecaptured section 1250 gain | N | STMT | |
| 10 | Net section 1231 gain (loss) | Z* | STMT | |
| 11 | Other income (loss) | AG* | STMT | |
| 12 | Section 179 deduction | 21 | Foreign taxes paid or accrued | |
| 13 | Other deductions | | | |
| 22 | [ ] More than one activity for at-risk purposes* | | | |
| 23 | [ ] More than one activity for passive activity purposes* | | | |

*See attached statement for additional information.

For IRS Use Only

For Paperwork Reduction Act Notice, see Instructions for Form 1065.
DAA

www.irs.gov/Form1065

Schedule K-1 (Form 1065) 2021

FLUSHING00127

0887 10/10/2022 8:45 PM

**PARTNER# 8**

| | | |
|---|---|---|
| **Schedule K-1**<br>**(Form 1065)** | **2021** | ☐ Final K-1  ☒ Amended K-1  OMB No. 1545-0123 |

Department of the Treasury
Internal Revenue Service

For calendar year 2021, or tax year

beginning _____ ending _____

**Partner's Share of Income, Deductions, Credits, etc.** ▶ See back of form and separate instructions.

| Part I | Information About the Partnership |
|---|---|

**A** Partnership's employer identification number

██████████

**B** Partnership's name, address, city, state, and ZIP code

189 SUNRISE HWY AUTO LLC
SUNRISE AUTO OUTLET
189 SUNRISE HIGHWAY
AMITYVILLE          NY 11701

**C** IRS Center where partnership filed return ▶

E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

| Part II | Information About the Partner |
|---|---|

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)

██████ 3362

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

SARA RAHMAN

3 SADDLE RIDGE ROAD
OLD WESTBURY          NY 11568

**G** ☒ General partner or LLC member-manager   ☐ Limited partner or other LLC member
**H1** ☒ Domestic partner   ☐ Foreign partner
**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
　　TIN _____
　　Name _____

**I1** What type of entity is this partner?  **INDIVIDUAL**
**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ▶ ☐
**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 0.000000 % | 1.000000 % |
| Loss | 0.000000 % | 1.000000 % |
| Capital | 0.000000 % | 1.000000 % |

Check if decrease is due to sale or exchange of partnership interest ▶ ☐

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse $ | | $ █████4 |
| Qualified nonrecourse financing $ | | $ |
| Recourse $ | | $ █████7 |

☐ Check this box if Item K includes liability amounts from lower tier partnerships. ▶

**L** Partner's Capital Account Analysis

| | |
|---|---|
| Beginning capital account | $ _____ |
| Capital contributed during the year | $ _____ |
| Current year net income (loss) | $ 506 |
| Other increase (decrease) (attach explanation) **STMT** | $ -623 |
| Withdrawals & distributions | $ ( _____ ) |
| Ending capital account | $ █1█7 |

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes   ☒ No   If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)

| | |
|---|---|
| Beginning | $ _____ |
| Ending | $ _____ |

| Part III | Partner's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

| # | Item | | # | Item |
|---|---|---|---|---|
| 1 | Ordinary business income (loss) ██6 | | 14 | Self-employment earnings (loss) |
| | | | A | ██6 |
| 2 | Net rental real estate income (loss) | | C | ████6 |
| 3 | Other net rental income (loss) | | 15 | Credits |
| 4a | Guaranteed payments for services | | | |
| 4b | Guaranteed payments for capital | | 16 | Schedule K-3 is attached if checked ▶ ☐ |
| 4c | Total guaranteed payments | | 17 | Alternative minimum tax (AMT) items |
| 5 | Interest income | | | |
| 6a | Ordinary dividends | | | |
| 6b | Qualified dividends | | 18 | Tax-exempt income and nondeductible expenses |
| 6c | Dividend equivalents | | B* | 689 |
| 7 | Royalties | | | |
| 8 | Net short-term capital gain (loss) | | | |
| 9a | Net long-term capital gain (loss) | | 19 | Distributions |
| 9b | Collectibles (28%) gain (loss) | | | |
| 9c | Unrecaptured section 1250 gain | | 20 | Other information |
| 10 | Net section 1231 gain (loss) | | N | STMT |
| 11 | Other income (loss) | | Z* | STMT |
| 12 | Section 179 deduction | | AG* | STMT |
| 13 | Other deductions | | 21 | Foreign taxes paid or accrued |

**22** ☐ More than one activity for at-risk purposes*
**23** ☐ More than one activity for passive activity purposes*

*See attached statement for additional information.

For IRS Use Only

For Paperwork Reduction Act Notice, see Instructions for Form 1065.
DAA
www.irs.gov/Form1065
Schedule K-1 (Form 1065) 2021

FLUSHING00128



New York State Department of Motor Vehicles

# OFFICIAL BUSINESS CERTIFICATE

THIS CERTIFICATE EXPIRES  08/31/24

FACILITY IDENTIFICATION NO.    7118449    DLU

189 SUNRISE HWY AUTO LLC
DBA SUNRISE AUTO OUTLET
189 SUNRISE HWY
AMITYVILLE NY        11701

Validation Date and Number:  08/17/22    72328

This person is  REGISTERED AS A DEALER

pursuant to the provisions of the Vehicle and Traffic Law.

This document does not certify that this business complies with zoning and other local laws

POST IN A CONSPICUOUS PLACE

MV-61P (11/95)

FLUSHING00129

OPERATING AGREEMENT
FOR

# 189 SUNRISE HWY AUTO LLC.

A LIMITED LIABILITY COMPANY

## ARTICLE I
### Company Formation

**1.1. FORMATION.** The Members have formed a Limited Liability Company ("Company") according to the laws of the state in which the Company was formed. This operating agreement is entered into and effective as of the date it is adopted by the members.

**1.2. REGISTERED AGENT.** The name and location of the Company's registered agent will be stated in the company's formation documents.

**1.3. TERM.** The Company will continue perpetually unless, (a) Members whose capital interest as defined in Article 2.2 exceeds 50 percent vote for dissolution; or (b) Any event which causes the Company's business to become unlawful; or (c) The death, resignation, expulsion, bankruptcy, retirement of a Member or the occurrence of any other event that terminates the continued membership of a Member of the Company; or (d) Any other event causing dissolution of the Company under applicable state laws.

**1.4. CONTINUANCE OF COMPANY.** In the event of an occurrence described in ARTICLE 1.3(c), if there are at least two remaining Members, those Members have the right to continue the business of the Company. This right can be exercised only by the unanimous vote of the remaining Members within ninety (90) days after the occurrence of an event described in ARTICLE 1.3(c). If not exercised, the right of the Members to continue the business of the Company will expire.

**1.5. BUSINESS PURPOSE.** The Company will conduct any lawful business deemed appropriate in carrying out the company's objectives.

**1.6. PRINCIPAL PLACE OF BUSINESS.** The Company's principal place of business will be stated in the formation documents, or as selected by the Managers.

**1.7. THE MEMBERS.** The name and residential address of each member are listed in Exhibit 2 attached to this Agreement.

**1.8. ADMISSION OF ADDITIONAL MEMBERS.** Additional members may only be admitted to the Company through a Certificate of New Membership issuance by the company of new interest in the Company or as otherwise provided in this agreement.

FLUSHING00130

## ARTICLE II

Capital Contributions

**2.1. INITIAL CONTRIBUTIONS.** The Members will initially contribute capital to the Company, as described in Exhibit 3 attached to this Agreement. The agreed total value of such property and cash is $100,000.00

**2.2. ADDITIONAL CONTRIBUTIONS.** Except as provided in ARTICLE 6.2, no Member will be obligated to make any additional contribution to the Company's capital.

## ARTICLE III

Profits, Losses and Distributions

**3.1. PROFITS/LOSSES.** For financial accounting and tax purposes, the Company's net profits or net losses will be determined on an annual basis. These profits and losses will be allocated to the Members in proportion to each Member's capital interest in the Company as set forth in Exhibit 2 as amended and in accordance with Treasury Regulation 1.704-1.

**3.2. DISTRIBUTIONS.** The Members will determine and distribute available funds annually or as they see fit. "Available funds" refers to the net cash of the Company available after expenses and liabilities are paid. Upon liquidation of the Company or liquidation of a Member's interest, distributions will be made in accordance with the positive capital account balances or pursuant to Treasury Regulation 1.704-I(b)(2)(ii)(b) (2). To the extent a Member has a negative capital account balance, there will be a qualified income offset, as set forth in Treasury Regulation 1.704-I(b)(2)(ii)(d).

## ARTICLE IV

Management

**4.1. MANAGEMENT OF THE BUSINESS.** The Members holding a majority of the capital interests in the Company, as set forth in Exhibit 2 as amended, may vote to elect a Manager or Managers. One manager will be elected by the Members as Chief Executive Manager. The Manager(s) may be a Member or Non-Member. The name and residential address of each Manager is attached as Exhibit 1 of this Agreement.

**4.2. MEMBERS.** The liability of the Members will be limited according to state law. Members that are not Managers will take no part in the control, management, direction, or operation of the Company's affairs and will have no power to bind the Company in legal agreements. The Managers may seek advice from the Members, but need not follow such advice. No Member is an agent of any other Member of the Company, solely by reason of being a Member.

**4.3. POWERS OF MANAGERS.** The Managers are authorized on the Company's behalf to make

all decisions as to:

(a) the sale, development, lease or other disposition of the Company's assets;

(b) the purchase or other acquisition of other assets;

(c) the management of all or any part of the Company's assets;

FLUSHING00131

(d) the borrowing of money and the granting of security interests in the Company's assets;

(e) the pre-payment, refinancing or extension of any loan affecting the Company's assets;

(f) the compromise or release of any of the Company's claims or debts; and

(g) the employment of persons, firms or corporations for the operation and management of the company's business.

The Managers are further authorized to execute and deliver:

(w) all contracts, conveyances, assignments leases, sub-leases, franchise agreements, licensing agreements, management contracts and maintenance contracts covering or affecting the Company's assets;

(x) all checks, drafts and other orders for the payment of the Company's funds;

(y) all promissory notes, loans, security agreements and other similar documents; and

(z) all other instruments of any other kind relating to the Company's affairs.

**4.4. CHIEF EXECUTIVE MANAGER.** The Chief Executive Manager has primary responsibility for managing the operations of the Company and for carrying out the decisions of the Managers.

**4.5. NOMINEE.** Title to the Company's assets must be held in the Company's name or in the name of any nominee that the Managers may designate. The Managers have power to enter into a nominee agreement with any such person, and such agreement may contain provisions indemnifying the nominee, except for his or her willful misconduct.

**4.6. COMPANY INFORMATION.** The Managers must supply information regarding the company or its activities to any member upon his or her request. Any Member or their authorized representative will have access to and may inspect and copy all books, records and materials in the Manager's possession regarding the Company or its activities. Access and inspection of information will be at the requesting Member's expense.

**4.7. EXCULPATION.** Any act or omission of the Managers, the effect of which may cause or result in loss or damage to the Company or the Members, if done in good faith to promote the best interests of the Company, will not subject the Managers to any liability.

**4.8. INDEMNIFICATION.** The Company will indemnify any person who was or is a party defendant or is threatened to be made a party defendant, in a pending or completed action, suit or proceeding, whether civil, criminal, administrative, or investigative (other than an action by or in the right of the Company) by reason of the fact that the person is or was a Member of the Company, Manager, employee or agent of the Company, or is or was serving at the request of the Company, for instant expenses (including attorney's fees), judgments, fines, and amounts

FLUSHING00132

paid in settlement actually and reasonably incurred in connection with such action, suit or proceeding if the Members determine that the person acted in good faith and in a manner he or she reasonably believed to be in or not opposed to the best interest of the Company, and with respect to any criminal action proceeding, has no reasonable cause to believe his or her conduct was unlawful. The termination of any action, suit, or proceeding by judgment, order, settlement, conviction, or upon a plea of "no lo Contendere" or its equivalent, does not in itself create a presumption that the person did or did not act in good faith and in a manner which he or she reasonably believed to be in the best interest of the Company, and, with respect to any criminal action or proceeding, had reasonable cause to believe that his or her conduct was lawful.

**4.9. RECORDS.** The Managers must keep the following at the company's principal place of business or other location:
(a) A current list of the full name and the last known street address of each Member;
(b) A copy of the Company's Certificate of Formation and Operating Agreement and all amendments;
(c) Copies of Company's federal, state and local income tax returns and reports for the three most recent years;
(d) Copies of the Company's financial statements for the three most recent years.

ARTICLE V
Compensation
**5.1. MANAGEMENT FEE.** Any Manager rendering services to the Company is entitled to compensation proportionate with the value of those services.

**5.2. REIMBURSEMENT.** The Company must reimburse the Managers or Members for all direct out-of-pocket expenses incurred by them in managing the Company.

ARTICLE VI
Bookkeeping
**6.1. BOOKS.** The Managers will maintain a complete and accurate accounting of the Company's affairs at the Company's principal place of business. The managers may select the method of accounting and the company's accounting period will be the calendar year.

**6.2. MEMBER'S ACCOUNTS.** The Managers must maintain separate capital and distribution accounts for each member. Each member's capital account will be determined and maintained in the manner set forth in Treasury Regulation 1.704-I(b)(2)(iv) and will consist of his or her initial capital contribution increased by:
(a) Any additional capital contribution made by the member;
(b) Credit balances transferred from the member's distribution account to his or her capital account;
and decreased by:
(x) Distributions to the member in reduction of Company capital;
(y) The Member's share of Company losses if charged to his or her capital account.

FLUSHING00133

**6.3. REPORTS.** The Managers will close the books of account after the close of each calendar year and will prepare and send to each member, a statement of such Member's distributive share of income and expense for income tax reporting purposes.

ARTICLE VII

Transfers

**7.1. ASSIGNMENT.** If a Member proposes to sell, assign, or otherwise dispose of all or any part of his or her interest in the Company, that Member must first make a written offer to sell his or her interest to the other Members at a price determined by mutual agreement. If the other Members decline or fail to elect such interest within thirty (30) days, and if the sale or assignment is made and the Members fail to approve this sale or assignment unanimously then, pursuant to the applicable law, the purchaser or assignee will have no right to participate in the management of the business and affairs of the Company. The purchaser or assignee will only be entitled to receive the share of the profits or other compensation by way of income and the return of contributions to which that Member would otherwise be entitled.

ARTICLE VIII

Dissolution

**8.1. DISSOLUTION.** The Member(s) may dissolve the company at any time. The Member may NOT dissolve the company for a loss of membership interests. Upon dissolution the company must pay its debts first before distributing cash, assets, and/or initial capital to the Member or the Members interests. The dissolution may only be ordered by the Member(s), not by the owner of the Members interests.

Operating Agreement – Page 5 of 9

https://www.northwestregisteredagent.com/legal-forms/llc/operating-agreement

FLUSHING00134

## CERTIFICATION OF MEMBER

The undersigned hereby agree, acknowledge, and certify that the foregoing operating agreement is adopted and approved by each member as of this 15 day of FEBRUARY, 2021.

Members:

Name: ANTHONY DEO _____ Percent __99__ %

X_____

Address _3 SADDLE RIDGE ROAD, OLD WESTBURY, NY 11568_

Name _SARA DEO_____ Percent _1___ %

X_____

Address _3 SADDLE RIDGE ROAG, OLD WESTBURY, NY 11568_

FLUSHING00135

**EXHIBIT 1**
**LISTING OF MANAGERS**

By a majority vote of the Members the following Managers were elected to operate the Company
pursuant to ARTICLE 4 of the Agreement:

ANTHONY DEO
Printed Name
Chief Executive Manager

The above listed Manager(s) will serve in their capacities until they are removed for any reason by a majority vote of the Members as defined by ARTICLE 4 or upon their voluntary resignation.
Signed and Agreed this 15 day of FEBRUARY, 2021_____.

_____        _____
Signature of Member Signature of Member

_____        _____
Signature of Member Signature of Member

FLUSHING00136