Exhibit U to
Ronneburger Dec.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

------------------------------------x

SUPERB MOTORS INC., TEAM AUTO SALES LLC, ROBERT ANTHONY URRUTIA, 189 SUNRISE HIGHWAY AUTO LLC, NORTHSHORE MOTOR LEASING, LLC, BRIAN CHABRIER, JOSHUA AARONSON, JORY BARON, ASAD KHAN, IRIS BARON REPRESENTATIVE OF THE ESTATE OF DAVID BARON, 1581 HYLAN BLVD AUTO LLC, 1580 HYLAN BLVD AUTO LLC, 1591 HYLAN BLVD AUTO LLC, 1632 HYLAN BLVD AUTO LLC, 1239 HYLAN BLVD AUTO LLC, 2519 HYLAN BLVD AUTO LLC, 76 FISK STREET REALTY LLC, 446 ROUTE 23 AUTO LLC and ISLAND AUTO MANAGEMENT, LLC,

Plaintiffs,

- against -

ANTHONY DEO, SARAH DEO, HARRY THOMASSON, DWIGHT BLANKENSHIP, MARC MERCKLING, MICHAEL LAURIE, THOMAS JONES, CPA, CAR BUYERS NYC INC., GOLD COAST CARS OF SYOSSET LLC, GOLD COAST CARS OF SUNRISE LLC, GOLD COAST MOTORS AUTOMOTIVE GROUP LLC, GOLD COAST MOTORS OF LIC LLC, GOLD COAST MOTORS OF ROSLYN LLC, GOLD COAST MOTORS OF SMITHTOWN LLC, UEA PREMIER MOTORS CORP., DLA CAPITAL PARTNERS INC., JONES, LITTLE & CO., CPA'S LLP, FLUSHING BANK, LIBERTAS FUNDING LLC, J.P. MORGAN CHASE BANK, N.A., 189 SUNRISE HWY AUTO LLC, and NORTHSHORE MOTOR LEASING, LLC,

Defendants.

Case No. 2:23-cv-6188 (JMW) COUNTY

------------------------------------x

Zoom Deposition

January 7, 2026
10:07 a.m.

Deposition of Plaintiff, JOSHUA AARONSON, pursuant to Court Order and Notice, before Diana Mitchell, a Notary Public of the State of New York.

*Rich Moffett Court Reporting, Inc.*

---

APPEARANCES:

SAGE LEGAL LLC

Attorneys for Plaintiffs Superb Motors, Inc., Team Auto Sales, LLC and Robert Anthony Urrutia

18211 Jamaica Avenue,

Jamaica, New York 11423-2327

BY:   EMANUEL KATAEV, ESQ.

CYRULI SHANKS & ZIZMOR LLP

Attorneys for Plaintiffs 189 Sunrise Highway Auto LLC, Northshore Motor Leasing, LLC, Brian Chabrier, Joshua Aaronson, Jory Baron, Asad Khan, Iris Baron Representative of the Estate of David Baron, all Hylan Blvd Auto LLCs, 76 Fisk Street Realty LLC, 446 Route 23 Auto LLC and Island Auto Management, LLC

420 Lexington Avenue, Suite 2320

New York, New York 10170-0002

BY:   RUSSELL SHANKS, ESQ.

*Rich Moffett Court Reporting, Inc.*

---

APPEARANCES (Cont'd):

HARRY R. THOMASSON, ESQ.

Pro Se Defendant

3280 Sunrise Highway

Wantagh, New York 11793

CULLEN & DYKMAN, LLP

Attorneys for Defendant Flushing Bank

333 Earle Ovington Boulevard

Uniondale, New York 11553

BY:   ARIEL RONNEBURGER, ESQ.

WEIR, LLP

Attorneys for Defendant Libertas

Funding, LLC

The Widener Building

1339 Chestnut Street, Suite 500

Philadelphia, Pennsylvania 19107

NOT PRESENT

ALSO PRESENT:

ROBERT ANTHONY URRUTIA

ANTHONY DEO

SARAH DEO

ALIVIA COONEY, Paralegal

*Rich Moffett Court Reporting, Inc.*

---

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties herein, that the filing, sealing and certification of the within deposition be waived.

IT IS FURTHER STIPULATED AND AGREED that all objections, except as to the form of the question, shall be reserved to the time of the trial.

IT IS FURTHER STIPULATED AND AGREED that the within deposition may be sworn to and signed before any officer authorized to administer an oath with the same force and effect as if signed and sworn to before the Court.

- oOo -

*Rich Moffett Court Reporting, Inc.*

89

A    I'm not sure.

Q    If she worked for either, on matters involving either of those two businesses, would that have been for you and your group?

A    Yes.

Q    Who is Frank Gallagher?

A    It looks like he works for Citrin Cooperman, an accountant.

Q    But you're not familiar with him?

A    No.

Q    You see Anthony Deo is there, you see that he is a cc --

A    Yes, I do.

Q    -- on that email, anthonyd@northshoremotors1.com, do you see his email address?

A    I do, yes.

Q    Is that the email address that's used for the business at Northshore Motors?

A    I have no idea.

Q    Do you know who owns and

*Rich Moffett Court Reporting, Inc.*

90

operates the email address northshoremotors1.com?

A    I do not, no.

Q    Again, Theresa Martz from Citrin Cooperman, is that a name you're familiar with?

A    I've seen the name before, yes. I don't know Theresa, but I've seen her name.

MR. THOMASSON:  I have to take a break for two seconds, so I'll be right back.

A    So do I, so I'll be right back, too.

MR. THOMASSON:  Let's take five minutes, everyone.

(Recess taken.)

Q    At the top of this email chain, Mr. Aaronson, we have a series of cc's that include Anthony Deo, Theresa Martz, someone from Citrin Cooperman, Josh Aaronson from Island Auto Group, that would be you, right?

A    Yes.

*Rich Moffett Court Reporting, Inc.*

91

Q    And Ellen Kera, someone else from Citrin Cooperman, do you see that?

A    I do, yes.

Q    Do you know Frank Gallagher, Theresa Martz and/or Ellen Kera?

A    I know Ellen, yes, I know Aaron -- Ellen.

Q    How do you know Ellen?

A    She's -- I work with Ellen, she's an accountant.  She works for Citrin Cooperman, and she's an accountant that I've used over the years.

Q    And Citrin Cooperman is an Island Auto Group accountant for that business?

A    No, no, Citrin Cooperman is a big accounting firm, and Ellen is a partner in that accounting firm.

Q    Right, but --

A    Island Auto Group works with Citrin Cooperman.  We retain them to do some of our accounting for us.

Q    Okay.

How long have they been doing

*Rich Moffett Court Reporting, Inc.*

92

work, obviously, at least since '22, right?

A    Yes.

Q    Earlier than that, do you know?

A    Yes.  I'm not sure exactly how long, but -- but several years.

Q    Okay.

And Thomas Jones, do you have an understanding that that was an accountant for Anthony Deo?

A    Yes.

Q    Please read this email to yourself, Mr. Aaronson.

A    Read.

Q    Do you have an understanding what this email is for?

A    Well, according to Tom, that he is saying that Anthony Deo and Sarah on this return would show 100 percent ownership between the two of them.

Q    Since June 15th of 2020, do you see that?

A    I see that, yes.

*Rich Moffett Court Reporting, Inc.*

93

Q    When was the first time you saw this email?

A    I'm not sure.

Q    Is it likely that you would have seen it on or about the date of the email which is October 5th of '22?

A    October 5th --

MR. SHANKS:  Objection as to form, just because you used "likely."  You could ask him if he saw it then.

Q    Do you know if you saw it then?

A    I'm not sure, no.

Q    And is it possible that you saw it then?

A    Yes, it is possible.

Q    But you have seen this before today certainly, yes?

A    No, not that I remember.

Q    Okay.

This next email on October 6, do you have a memory of seeing this email before today?

*Rich Moffett Court Reporting, Inc.*

94

A    No, I do not.

Q    Were there discussions at that time in September and October of 2022 between you and Anthony Deo regarding the tax returns for Northshore Motors?

A    Not that -- I don't remember.

Q    I just want to clarify your answer, Mr. Aaronson, because you kind of said two things there.  Is your answer that you don't remember whether there were discussions between you and Anthony Deo in the fall of 2022 over tax returns; is that your answer?

A    The answer is I don't remember.

Q    Okay.

Is it possible that there were discussions between you two in the fall of 2022 over tax returns?

A    Yes.

Q    Since the fall of 2022, have you or anyone at your direction filed any tax documents of any type for Northshore

*Rich Moffett Court Reporting, Inc.*

95

Motors or 189 Sunrise Highway?

A    I don't believe so.

Q    How long before the fall of 2022 did you stop filing tax documents for those two businesses?

A    I'm not -- I wasn't involved in one of those businesses, so I have no idea.

Q    What about with Northshore, was there any time prior to 2022 that you stopped filing tax documents for that business?

A    I'm not 100 percent sure, but yes, there was a time that we stopped.

Q    Why did you stop filing tax documents for Northshore Motors?

A    I would imagine it was because I had an understanding with Anthony that he was going to take over the business if he filled -- completed some obligations, such as paying off all the cars, transferring the motor vehicle, which I asked him, you know, a few times, "Anthony, when are you transferring your

*Rich Moffett Court Reporting, Inc.*

96

motor vehicle?" and he was eventually supposed to get ownership of these businesses.

Q    Here is the heading on an email from Josh Aaronson to Wendy Kwun that cc's Ellen Kera, Thomas Jones, Anthony Deo, do you see that heading?

A    I do, yes.

Q    Do you see here at the top of page 5 of this exhibit that you wrote to Wendy Kwun, "Good morning, Wendy, Approved.  Thank you, Josh."  Do you see that you wrote that?

A    I do, yes.

Q    Do you remember the last time you saw this email?

A    No.

Q    What was it you were approving, do you know?

A    I'm not sure.  I would have to see the…

Q    Okay.

And here is that email that she sent you that says, "Good morning,

*Rich Moffett Court Reporting, Inc.*

97

Josh, Below is an email from Tom Jones, Anthony's CPA, requesting information to amend the 189 Sunrise 2021 tax return. Attached is a copy of return filed by Citrin Cooperman.  Please let me know if you approve of this request."

A    Okay.

Q    Is that what you were approving?

A    It appears so, yes.

Q    Do you have any memory of it?

A    No, not the email for sure, no.

Q    But at some point in time you approved these tax returns for Northshore and 189 Sunrise that happened to list the Deos as the owners of those two corporations, right?

A    To me it was an accounting thing, so I -- I -- I -- yes, so the answer is yes.

Q    So as an accounting thing, you approved those tax returns listing the Deos as the owners of those two

98

businesses, right?

A    Yeah, I mean, I don't have -- I don't have a right to do anything. There were other partners in the Northshore Motors' business, so I don't have a right to even answer for Northshore Motors other than I was representing my mother-in-law.

But for 189 Sunrise, I know that there were obligations that had to be refilled -- fulfilled by Anthony that were never done.

MR. THOMASSON:  I move to strike as nonresponsive.

Q    My question to you, Mr. Aaronson --

MR. THOMASSON:  Diana, could you read my last question to him again, please?

(Record read.)

Q    Yes or no, Mr. Aaronson, is that correct?

A    Yes.

Q    Thank you.

99

A    You're welcome.

Q    Do you know if you have ever seen the 2021 federal tax return for Northshore Motor Leasing LLC?

A    I don't believe so.

Q    If it was attached to those emails, would you have opened them?

A    Not necessarily, no.

Q    But would it be fair to say that you don't remember opening them?

A    Yes.

Q    So looking at it now, does this refresh your memory as to whether or not you have ever seen the first page of the 2021 US tax return for Northshore Motor leasing?

A    No, I don't remember ever opening it, no.

Q    But it's possible you opened it; is that correct?

A    It is possible.

Q    And is it fair to say that you are not an accountant?

A    Yes, fair to say.

100

Q    How would you describe your knowledge of accounting?

A    I don't know what basis you're asking off of, but I'm not an accountant.

Q    Do you have any knowledge of any accounting principles?

A    Minimal, I would say.  I don't know levels so I can't compare.  I don't know what levels you're referencing, and I'm not trying to be difficult, I don't understand the question.

Q    Okay.

Do you see the top of this page 8 of the exhibit, it's listed on the top left corner as Schedule B-1, do you see that?

A    I do, yes.

Q    Do you see in the middle of the page under Part II, it indicates that Anthony Deo is the 99 percent owner of Northshore Motor Leasing, do you see that?

101

A    I do, yes.

Q    Do you know that this is one of the tax returns you were approving in that email, do you know if that is what you were doing?

A    I don't know if the, like, specifically, like I said, I don't think I ever opened it, but so I don't know if that's what I was approving, but...

Q    Are you saying that you might have approved a tax return without looking at it?

A    I'm saying I might have approved an email without downloading the attachment, yes.

Q    Is that the same thing as the way I asked the question to you, Mr. Aaronson?

A    I don't know.

Q    Did you approve this?  Do you know if this is one of the tax returns that you approved in your email?

A    I don't know.

Q    But it could be; is that

*Rich Moffett Court Reporting, Inc.*

102

right?

A    Yes.

Q    If this is one of the tax returns --

MR. SHANKS:  Objection.  You asked the question, I don't think you got an answer, Harry.

MR. THOMASSON:  I did.

Did he answer, Diana?

You know what, I think he kind of, I think maybe it was squelched.

Could you read back my last question again, Diana?

(Record read.)

Q    What is the answer to that question, Mr. Aaronson?

A    Yes.

Q    Were you being honest when you approved tax returns?

A    I don't understand the question.

MR. SHANKS:  Objection as to form.

*Rich Moffett Court Reporting, Inc.*

103

Q    Well, okay, you understand, Mr. Aaronson, that you either could have been honestly approving tax returns, or in the alternative, you could have been perpetuating some sort of a fraud.  I want to try and rule that out.  So let me ask, were you being honest in the way you approached these tax returns?

A    I still don't understand your question, and you know, I -- I -- I think I mentioned --

Q    Well, what was --

A    Go ahead.

Q    Do you believe when you indicated that you were approving, whatever you were approving in that email, that you were doing so honestly?

A    No, what I -- what I approved was Anthony Deo is on the tax return getting 100 percent and on a tax return but nothing to do with full ownership of a business, because there were still several obligations that he was going to have to finish.  So I think there are

*Rich Moffett Court Reporting, Inc.*

104

different things that you're asking.

Q    I know what you're saying, Mr. Aaronson, so I'm separating those two issues, okay.  We will get to your second issue, but you just said, did you not, that you were honestly approving him as owner for these tax returns; is that right?

A    Yes.

Q    Okay, thank you.

(Defendants' Exhibit R, Business Account and Signers' Form, deemed marked for identification.)

Q    Do you have Exhibit R on your screen here, Mr. Aaronson?

A    I do, yes.

Q    I don't think I possess the ability to turn this.  I'm very sorry. I'm willing to take suggestions.

A    If you just download it --

MR. KATAEV:  On the right side under 2 of 2 with the arrows, the little circle, you can click on that.

*Rich Moffett Court Reporting, Inc.*