Exhibit V to
Ronneburger Dec.



**FLUSHING** Bank

## Resolution of Authority | Flushing Bank

☑ New ☐ Change

| | |
|---|---|
| Account Title: 189 Sunrise Hwy Auto LLC DBA Sunrise Auto Outlet | TIN Number ████ |
| Entity Address: 189 Sunrise Highway, Amityville, NY 11701 | Telephone Number 631-842-3209 |

The individual(s) signing this Resolution hereby certifies to Flushing Bank, ("Bank") that the Entity is (check one):

☐ a Sole Proprietorship owned entirely by the individual signing this Resolution a duly formed and valid existing

☐ a General Partnership,

☐ a Limited Partnership,

☐ a Service Award Trust organized by the Trustees of the _____ of _____, and that the individual signing this Resolution is its secretary or assistant secretary and the keeper of its records

☐ a Limited Liability Partnership organized under the laws of the state of _____, and that the individuals signing this Resolution constitute all of the general partners of the partnership

☐ a Corporation duly organized and in good standing under the laws of the state of _____, and that the individual signing this Resolution is its secretary or assistant secretary and the keeper of the records and corporate seal, if any;

☐ an Unincorporated Association or Organization and that the individuals signing this Resolution is the keeper of the records and seal, if any:

☑ a Limited Liability Company organized under the laws of the state of NY _____ and that the individuals signing this Resolution constitutes all of the members or managers, as appropriate of the company.

The following is a true and correct copy of the resolutions adopted by the Entity, such resolutions are now in full force and effect

### Depository and Withdrawal Authorization

RESOLVED, that Bank is designated a depository in which the funds of the Entity may be deposited and /or withdrawn by any (indicate number) __1__ of the persons listed below in the manner so designated, subject to Bank's deposit account agreement as the same may be amended from time to time. The persons listed are authorized to endorse for collection. deposit, or negotiation, any and all checks, drafts, notes, bills of exchange, certificates of deposit, and orders for the payment or transfer of money between account at Bank and other banks, either belonging to or coming into the possession of the Entity. Endorsements "for deposit" may be written or stamped. Bank may accept any instruments for deposit to any depository account of the Entity without endorsement or may supply the endorsement of the Entity. The persons so designated are authorized to sign any and all checks, drafts, and orders drawn against any designated accounts of the Entity (including saving accounts) at Bank. Bank is authorized to honor and pay all checks, drafts, and orders when so signed or endorsed without inquiry as to the circumstances of issue or disposition of the proceeds and regardless of to whom such instruments are payable or endorsed, including those drawn or endorsed to the individual order of any such person listed, even if doing so causes or increases an overdraft.

| PRINT NAME: | TITLE: | PRINT NAME: | TITLE: |
|---|---|---|---|
| Anthony Deo | Member | | |
| | | | |
| | | | |
| | | | |

### Signing Authorization

RESOLVED, that any __1__ of the persons indicated above is authorized to act for and on behalf of the Entity in any matter involving any of the Entity' depository accounts at Bank, including the authority to instruct Bank to close the account, to give instructions by means other than the signing of any item with respect to account transactions such as those initiated via electronic debit, payment, wire transfer, or other withdrawal of funds by computer, electronic or other technologic means, and is further authorized to sign and implement for and in the name on behalf of the Entity, as they, or any of them see fit, the agreements, instructions, drafts, orders, certificates, or other documents relating to any depository accounts or other business of the Entity including, but not limited to payroll agreements, repurchase agreements, night depository agreements, funds transfer agreements, agreement for automated clearinghouse services, agreements for online services, and/or safe deposit agreements.

### Borrowing Authorization

RESOLVED, that any __1__ of the persons indicated below is authorized to act for and on behalf of the Entity to borrow money and to obtain credit for the Entity from Bank on such terms as may seem to it advisable and to make and deliver notes, drafts, acceptances and any other obligations of the Entity therefore, instruments of guarantee and of indemnity, agreements and contracts, all in form satisfactory to Bank, and, as security therefor, to grant a security interest in and to assign, transfer, hypothecate, mortgage, pledge, trustee, withdraw, exchange and substitute any stocks, bonds, securities, mortgages, bills and accounts, bills of lading, warehouse receipts, goods, insurance policies, certificates or any other property of every nature and description held by or belonging to the Entity, with full authority to endorse, assign or guarantee the same in the name of the Entity; to execute and deliver security agreements and all instruments of assignment, transfer, hypothecation, mortgage, pledge and trust, to sell or discount with or without recourse any bills receivable or any other paper, whether or not negotiable, held by the Entity; to subordinate and assign any obligations and debts owed to the Entity by another or others, and in connection therewith, to execute and deliver instruments of subordination and assignment in form satisfactory to Bank; to authorize and request Bank to purchase, sell, deliver or exchange for the account of the Entity stocks, bonds, certificates of deposit or other securities, and foreign exchange or the proceeds thereof; and to execute and deliver all instruments, agreements and contracts required by Bank in connection with any matters herein contained or in connection with any services, of whatever nature or description. to be provided by Bank to the Entity.

| PRINT NAME: | TITLE: | PRINT NAME: | TITLE: |
|---|---|---|---|
| Anthony Deo | Member | | |
| | | | |
| | | | |
| | | | |

### Service Award Trust Authorization

RESOLVED that Bank may draw periodic checks from its central issue check account, which will be funded, as required, through a charge to any of the Entity' depository accounts with Bank, to pay the entitlement award to eligible participants as directed by an account signer authorized by the Entity. These payments will not change and will continue until Bank is instructed otherwise by the Entity.

### Further Authorization

BE IT FURTHER RESOLVED that the secretary or assistant secretary (if a corporation or unincorporated association), the sole owner/proprietor (if a sole proprietorship), any member or manager, as appropriate (if a limited liability company), or any general partner (if a partnership) is authorized to certify to the Bank the name, title, specimen signature and facsimile signature with respect to any additions or deletions of persons authorized to carry out the purposes and intent of these resolutions and that this resolution shall remain in full force and effect until express written notice of rescission or modification is received by the Bank. If the authority contained herein should be revoked or terminated by operation of law or any other reason without such notice, it is resolved that the Bank shall be indemnified and saved harmless from any and all losses suffered or liabilities incurred by it so acting after such revocation or termination without notice.

IN WITNESS WHEREOF, the undersigned has hereunder subscribed his/her name(s) and affixed the seal, if any, of the Entity this __17__ day of __March__, 2023

| For a Service Award Trust, Corporation or Unincorporated Association or Organization: | For Sole Proprietorship | For Partnership (all general partners must sign) For Limited Liability Company (all members must sign) |
|---|---|---|
| | | |
| Secretary | Owner/Sole Proprietor | Partner/Member/Manager |

☐ THIS IS A NOT-FOR-PROFIT BUSINESS

_____
Partner/Member/Manager

This Resolution supersedes and terminates the resolution dated _____.

Rev. 03/2023

**FLUSHING**
Commercial ■ Business ■ Consumer **Bank®**

## Certification of Beneficial Owner(s)

### Legal Entity Information For a Deposit/Loan Account

a. Name of Legal Entity: 189 Sunrise Hwy Auto LLC DBA Sunrise Auto Outlet    Type: LLC

b. Physical Address of Legal Entity: 189 Sunrise Highway, Amityville, NY 11701    Tax ID #: █████████

c. Name of Individual Opening the Account: Anthony Deo    Title: Member

### Ownership Information

d. • List each individual or entity who directly or indirectly, through any contract, arrangement, understanding, relationship or otherwise, owns 25% or more of the equity interests of the Legal Entity listed above.
   • If an individual's aggregate ownership is 25% or more, even if the entity owns less than 25%, it should be listed.

| Name of Individual or Entity | % of Ownership | Name of Individual or Entity | % of Ownership |
|---|---|---|---|
| Anthony Deo | 99% | | |
| | | | |

☐ If checked, ownership % is less than 25% and will be blank.

e. Beneficial Owner Detail.
   • For natural persons listed in (d) record the following information:
   • Explain below any layers of Beneficial Ownership by listing natural persons who own entities noted in (d). Only list individuals if their equity ownership is 25% or more of the Legal Entity opening the account.

**Beneficial Owner #1:** Anthony Deo    Name of Entity: 189 Sunrise Hwy Auto LLC DBA Sunrise Auto Outlet

% of Ownership: 99%    Date of Birth: ████ / 77    Title: Member

Address: 3 Saddle Ridge Rd, Old Westbury, NY 11568

**For U.S. Persons** Social Security #: ████████

Driver's License # or Other ID: ████████

**For Non-U.S. Persons** Passport # or other ID*: ████████

Issuing State or Country of ID: New York    ID Expiration Date: ████████

**Beneficial Owner #2:**    Name of Entity:

% of Ownership:    Date of Birth: / /    Title:

**For U.S. Persons** Social Security #:

Address:

**For Non-U.S. Persons** Passport # or other ID*:

Driver's License # or Other ID:

Issuing State or Country of ID:    ID Expiration Date: / /

**Beneficial Owner #3:**    Name of Entity:

% of Ownership:    Date of Birth: / /    Title:

**For U.S. Persons** Social Security #:

Address:

**For Non-U.S. Persons** Passport # or other ID*:

Driver's License # or Other ID:

Issuing State or Country of ID:    ID Expiration Date: / /

Page 1 of 2

Rev. 05/18

FLUSHING07186


**FLUSHING** Bank
Commercial • Business • Consumer

## Certification of Beneficial Owner(s)

### Ownership Information Continued

Beneficial Owner #4: _____     Name of Entity: _____

% of Ownership: _____  Date of Birth: __/__/__     Title: _____

Address: _____     **For U.S. Persons**
Social Security #: _____

**For Non-U.S. Persons**
Driver's License # or Other ID: _____     Passport # or other ID*: _____

Issuing State or Country of ID: _____     ID Expiration Date: ____ /__/__

### Management Information

This section cannot be left blank. If the individual is already listed in (e), only Name and Title must be recorded.

f.  Provide information for one individual with significant responsibility for managing the Legal Entity such as:

☑ An executive officer or senior manager (e.g. Chief Executive Officer, Chief Financial Officer, Chief Operating Officer, Managing Member, General Partner, President, Vice President, Treasurer); or

☐ Any other individual who regularly performs similar functions.

Name: Anthony Deo     Title: Member

Address: _____     Date of Birth: __/__/__

Driver's License # or Other ID: _____     ID Expiration Date: __/__/__

**For U.S. Persons**
Social Security #: _____

**For Non-U.S. Persons**
Passport # or other ID and Country of Issuance*: _____

### Certification

I, (name of natural person opening account), hereby certify to the best of my knowledge that the information provided above is complete and correct. I agree to notify the bank of any change in such information.

Name: Anthony Deo     Signature: X _____     Date: 3 / 17 / 23

### Recertification

**Recertification – 1st**
I hereby certify the information above is complete and correct as of this date and agree to notify the Bank of changes.

Name: _____     Signature: X _____     Date: __/__/__

**Recertification – 2nd**
I hereby certify the information above is complete and correct as of this date and agree to notify the Bank of changes.

Name: _____     Signature: X _____     Date: __/__/__

**Recertification – 3rd**
I hereby certify the information above is complete and correct as of this date and agree to notify the Bank of changes.

Name: _____     Signature: X _____     Date: __/__/__

Bank Use Only Upon Initial Certification

Accepted by: X _Robert Puccio_     Date: 03/16/2023     Master Deposit Account #: ████9766

Print: Robert Puccio     Cost Center #: 455     Master Loan #: _____

*In lieu of a passport number, Non-U.S. persons may also provide an alien identification card number, or number and country of issuance of any other government issued document evidencing nationality or residence and bearing a photograph or similar safeguard.

Page 2 of 2

Rev. 05/18

FLUSHING07187