Exhibit X to
Ronneburger Dec.



# STATEMENT of ACCOUNT

800.581.2889 (855.540.2274 TTY/TDD)

189 SUNRISE HWY AUTO LLC DBA SUNRISE AUTO OUTLET
189 SUNRISE HWY
AMITYVILLE NY 11701-2509

| | |
|---|---|
| Statement Begin Date: | 03/22/2023 |
| Statement End Date: | 03/31/2023 |
| Account Number: | ███████9766 |

🖶Printable Version  📕Save as PDF

**COMPLETE BUSINESS CHECKING**    ███████9766    Download: **OFX QIF CSV**

## All Transactions by Date

| Date | Description | Withdrawal / Debit (-) | Deposit / Credit (+) | Balance |
|---|---|---|---|---|
| 03/21 | Balance Forward | | | $0.00 |
| 03/22 | Deposit | | $0.00 | $0.00 |

## Interest Rate Summary

| Date | Rate |
|---|---|
| | 0.00% |

## Account Summary

Previous Statement Date: 03/21/2023

| Beginning Balance + | Deposits + | Interest Paid - | Withdrawals - | Service Charge = | Ending Balance |
|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Avg Stmt Available Bal  $0.00

Minimum Balance  $0.00

## Summary of Deposit Accounts

| TYPE OF ACCOUNT | ACCOUNT | BALANCE | INT-RATE% | YTD-INT | YTD-PENALTY | MATURITY |
|---|---|---|---|---|---|---|
| Checking | ███████9766 | $0.00 | 0.00000% | $0.00 | | |

**Take advantage of this great rate! A Flushing Bank 15 Month Consumer CD is now earning 4.60% APY (Annual Percentage Yield). With a minimum deposit of $1,000 you can start earning one of the most competitive rates around. A penalty may be imposed for early withdrawal on CDs. Rate is effective as of 1/27/23 and is subject to change without notice. Open a 15 Month Flushing Bank Consumer CD today and start earning more!**

FLUSHING07210



# STATEMENT of ACCOUNT

800.581.2889 (855.540.2274 TTY/TDD)

189 SUNRISE HWY AUTO LLC DBA SUNRISE AUTO OUTLET
189 SUNRISE HWY
AMITYVILLE NY 11701-2509

| | |
|---|---|
| Statement Begin Date: | 04/01/2023 |
| Statement End Date: | 04/30/2023 |
| Account Number: | ▉9766 |

🖨Printable Version  📄Save as PDF

**CASH MANAGEMENT**   ▉9766    Download: **OFX QIF CSV**

## All Transactions by Date

| Date | Description | Withdrawal / Debit (-) | Deposit / Credit (+) | Balance |
|---|---|---|---|---|
| 03/31 | Balance Forward | | | $0.00 |
| 04/10 | Deposit | | $5,500.00 | $5,500.00 |
| 04/15 | Deposit | | $6,100.00 | $11,600.00 |
| 04/28 | Deposit | | $16,000.00 | $27,600.00 |
| 04/28 | Deposit | | $26,500.00 | $54,100.00 |

## Interest Rate Summary

| Date | Rate |
|---|---|
| | 0.00% |

## Account Summary

Previous Statement Date: 03/31/2023

| Beginning Balance + | Deposits + | Interest Paid - | Withdrawals - | Service Charge = | Ending Balance |
|---|---|---|---|---|---|
| $0.00 | $54,100.00 | $0.00 | $0.00 | $0.00 | $54,100.00 |

Avg Stmt Available Bal  $11,353.33

Minimum Balance  $0.00

**Summary of Deposit Accounts**

| TYPE OF ACCOUNT | ACCOUNT | BALANCE | INT-RATE% | YTD-INT | YTD-PENALTY | MATURITY |
|---|---|---|---|---|---|---|
| Checking | ▉9766 | $54,100.00 | 0.00000% | $0.00 | | |

**Updated Account Terms and Conditions are now available on the Flushing Bank website. Please visit FlushingBank.com.**

FLUSHING07211