Exhibit Y to
Ronneburger Dec.



# STATEMENT of ACCOUNT

800.581.2889 (855.540.2274 TTY/TDD)

NORTHSHORE MOTOR LEASING LLC
180 MICHAEL DR
SYOSSET NY 11791-5328

| | |
|---|---|
| Statement Begin Date: | 03/17/2023 |
| Statement End Date: | 03/31/2023 |
| Account Number: | ▮▮▮▮▮2 |

🖨Printable Version 📄Save as PDF

**COMPLETE BUSINESS CHECKING**    ▮▮▮▮8362

Download: **OFX QIF CSV**

## All Transactions by Date

| Date | Description | Withdrawal / Debit (-) | Deposit / Credit (+) | Balance |
|---|---|---|---|---|
| 03/16 | Balance Forward | | | $0.00 |
| 03/17 | Deposit | | $0.00 | $0.00 |
| 03/20 | CAR BUYERS NYC I SENDER | | $2,000.00 | $2,000.00 |
| 03/22 | Origination Fee#▮▮▮▮Northshor | $1,500.00- | | $500.00 |
| 03/22 | Advance#▮▮▮▮-Northshore Motor | | $500,000.00 | $500,500.00 |
| 03/22 | BnfBk ABA 021000089 BnfBk Nm CITIBANK, N.A. Bnf Acct# ▮▮▮▮7047 Bnf Name DLA CAPITAL PARTNERS I Bnf Addr1 Bnf Addr2 Ref# 2023032200000189 | $50,000.00- | | $450,500.00 |
| 03/22 | Wire Transfer Fee | $30.00- | | $450,470.00 |
| 03/22 | BnfBk ABA 026009593 BnfBk Nm BANK OF AMERICA, N.A., Bnf Acct# ▮▮▮▮9499 Bnf Name CAR BUYERS NYC INC. Bnf Addr1 Bnf Addr2 Ref# 2023032200000190 | $50,000.00- | | $400,470.00 |
| 03/22 | Wire Transfer Fee | $30.00- | | $400,440.00 |
| 03/27 | BnfBk ABA 026009593 BnfBk Nm BANK OF AMERICA, N.A., Bnf Acct# ▮▮▮▮9499 Bnf Name CAR BUYERS NYC INC. Bnf Addr1 Bnf Addr2 Ref# 2023032700000199 | $85,700.00- | | $314,740.00 |
| 03/27 | Wire Transfer Fee | $30.00- | | $314,710.00 |

## Interest Rate Summary

| Date | Rate |
|---|---|
| | 0.00% |

## Account Summary

Previous Statement Date: 03/16/2023

| Beginning Balance + | Deposits + | Interest Paid - | Withdrawals - | Service Charge = | Ending Balance |
|---|---|---|---|---|---|
| $0.00 | $502,000.00 | $0.00 | $187,200.00 | $90.00 | $314,710.00 |

Avg Stmt Available Bal  $238,650.00

Minimum Balance  $0.00

## Summary of Deposit Accounts

| TYPE OF ACCOUNT | ACCOUNT | BALANCE | INT-RATE% | YTD-INT | YTD-PENALTY | MATURITY |
|---|---|---|---|---|---|---|
| Checking | 8362 | $314,710.00 | 0.00000% | $0.00 | | |

Take advantage of this great rate! A Flushing Bank 15 Month Consumer CD is now earning 4.60% APY (Annual Percentage Yield). With a minimum deposit of $1,000 you can start earning one of the most competitive rates around. A penalty may be imposed for early withdrawal on CDs. Rate is effective as of 1/27/23 and is subject to change without notice. Open a 15 Month Flushing Bank Consumer CD today and start earning more!

FLUSHING07270