# EXHIBIT B

# In the Matter of

Case No. 2:23-cv-6188 (JMW)

SUPERB MOTORS INC., et al.

v.

DEO, et al.

## Examination of Anthony D. Deo

*Monday, January 12, 2026*



The Little Reporting Company

469 Seventh Avenue
12th Floor
New York, NY 10018
tel: 646-650-5055
www.littlereporting.com

282

A. D. DEO

this is NYSCEF Docket Entry 17 from the same case we've been looking at, the Island Auto Group lawsuit against you on December 6th.  And this is the first page of the agreement of sale of future receipts with Libertas.

- - -

(Whereupon, Plaintiffs' Exhibit Deo 22, a two-page document, was marked for identification.)

- - -

Q. Do you see that?

A. Libertas.  Yes, that's what it says.

Q. It says this agreement of sale of future receivables dated as of November 5, 2022 is made between Libertas and the merchant below.  Correct?  I'm paraphrasing.

A. Oh, okay.  Between Libertas and --

Q. The merchant whose name, address and other information is set forth

SUPERB MOTORS INC., et al. v. DEO, et al.
Anthony Deo  ---  January 12, 2026

283

A. D. DEO

below, right?

A. I can't see it.  Could you make it a little bigger?

Q. Sure.

A. Okay.  Yes.  Yes.

Q. Okay.  And the merchant listed below is Northshore, correct?

A. That's what it says, yes.

Q. And the owner is --

MR. CIANCIULLI:  Objection.

Q. And the owner is listed as you?

THE STENOGRAPHER:  Who was that?

MR. CIANCIULLI:  I was just putting an objection on the record as to the characterization of the merchant.

MR. KATAEV:  Jeffrey Cianciulli.

MR. CIANCIULLI:  I don't need to say anything further.

You can answer.

Q. And you list yourself as the hundred percent owner of Northshore

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------X
SUPERB MOTORS INC., TEAM AUTO SALES LLC, ROBERT
ANTHONY URRUTIA, 189 SUNRISE HWY AUTO LLC,
NORTHSHORE MOTOR LEASING, LLC, BRIAN CHABRIER,
JOSHUA AARONSON, JORY BARON, ASAD KHAN, IRIS
BARON REPRESENTATIVE OF THE ESTATE OF DAVID
BARON, 1581 HYLAN BLVD AUTO LLC, 1580 HYLAN BLVD
AUTO LLC, 1591 HYLAN BLVD AUTO LLC, 1632 HYLAN
BLVD AUTO LLC, 1239 HYLAN BLVD AUTO LLC, 2519
HYLAN BLVD AUTO LLC, 76 FISK STREET REALTY LLC,
446 ROUTE 23 AUTO LLC and ISLAND AUTO
MANAGEMENT, LLC,

                     Plaintiffs,    Case No.
                           2:23-cv-6188 (JMW)
       -against-

ANTHONY DEO, SARAH DEO, HARRY THOMASSON, DWIGHT
BLANKENSHIP, MARC MERCKLING, MICHAEL LAURIE,
THOMAS JONES, CPA, CAR BUYERS NYC INC., GOLD
COAST CARS OF SYOSSET LLC, GOLD COAST CARS OF
SUNRISE LLC, GOLD COAST MOTORS AUTOMOTIVE GROUP
LLC, GOLD COAST MOTORS OF LIC LLC, GOLD COAST
MOTORS OF ROSLYN LLC, GOLD COAST MOTORS OF
SMITHTOWN LLC, UEA PREMIER MOTORS CORP., DLA
CAPITAL PARTNERS INC., JONES, LITTLE & CO.,
CPA'S LLP, FLUSHING BANK, LIBERTAS FUNDING LLC,
J.P. MORGAN CHASE BANK, N.A., 189 SUNRISE HWY
AUTO LLC, and NORTHSHORE MOTOR LEASING, LLC,

                   Defendants.

----------------------------------------------X
                February 13, 2026
                9:19 a.m.

                100 Federal Plaza
                Central Islip, New York

      CONTINUED EXAMINATION BEFORE TRIAL OF
                ANTHONY DEO

Page 90

A. Deo

ask you to take a look through that bank statement.

A    Yes.

Q    Do you recall this particular bank statement?

A    I mean just by looking at it right now.

Q    Now, as you previously testified, and it's all on the record, there was the funds that were provided by Libertas Funding of $735,000 that went to Sunrise and eventually it was returned. Excuse me, it was provided to your attorney, Mr. Thomasson, correct, by Mr. Aaronson?

A    Yeah. They wired it back.

Q    And it went to Mr. Thomasson's trust account, as far as you know?

A    Escrow? Yeah.

Q    Escrow account, yes.
Did Mr. Thomasson send you that money?

A    Yes. He wired it to me.

Q    When he wired it to you, did it go to you personally or some other entity?

Page 91

A. Deo

A    I think it went to this account.

Q    So there is a deposit, it's called a NYTLR transfer?

A    Yes.

Q    From November 22nd, 2022 in the amount of $723,000.

A    Yes.

Q    So is your recollection that that was the money that was transferred from Mr. Thomasson's escrow accounts to the Car Buyers account?

A    Yes.

Q    That was from the Libertas funds, correct?

A    That's what it was supposed to be, yes.

Q    Now, the amount that Mr. Thomasson got was $735,000. Do you recall that?

A    Yes.

Q    So there's a difference of $12,000?

A    $12,000.

Q    Did Mr. Thomasson keep that money?

A    Well, I owed him money from past

Page 92

A. Deo

and future work, so I told him to keep $12,000 and send me the rest.

Q    Did you have any written communications with him regarding that?

A    I think it was a phone call.

Q    What about the direction for him to transfer the money to this particular account, was it in writing or by phone or something else?

A    I think it was a phone call. I'm not sure.

Q    Now, also on this bank statement is a transfer on, a withdrawal, the second one of November 22nd, 2022. Am I sharing that?

A    What one?

Q    Transfer, a wire transfer on November 22nd, 2022 in the amount of $300,000.

A    Yes.

Q    And that is a transfer to Star Performance Consulting. Do you see that?

A    Yes.

Q    Do you know who Star Performance Consulting is in connection with this?

A    That is one of Tony Urrutia's

Page 93

A. Deo

corporations.

Q    So was this part of the $500,000 that you paid in connection with your Superb agreement?

A    Yes.

Q    If we scroll down a little further to the next page, it's the top of the next page, there's another wire on November 29th, 2022 also to Star Performance Consulting for $200,000. Do you see that?

A    Yes.

Q    Was that the balance of the $500,000 that was paid?

A    Yes.

Q    Now, right before the payment of $300,000 on November 22nd, there is a transfer to DLA Capital Partners for $15,000. Do you see that?

A    Yes.

Q    Do you know who DLA Capital Partners is?

A    That is Michael Laurie's company.

Q    Do you know why you paid him $15,000?

24 (Pages 90 - 93)