# EXHIBIT C

683 10/12/2022 10:58 AM

| Form **1065** | | **U.S. Return of Partnership Income** | | OMB No. 1545-0123 | |
|---|---|---|---|---|---|
| Department of the Treasury Internal Revenue Service | | For calendar year 2021, or tax year beginning ____, ending ____ ▶ Go to *www.irs.gov/Form1065* for instructions and the latest information. | | **2021** | |

| **A** Principal business activity **SALES** | | Name of partnership **NORTHSHORE MOTOR LEASING LLC** | | **D** Employer identification number ▮▮▮▮▮ |
| **B** Principal product or service **USED CARS** | **Type or Print** | Number, street, and room or suite no. If a P.O. box, see instructions. **180 MICHAEL DRIVE** | | **E** Date business started **02/14/2018** |
| **C** Business code number **441120** | | City or town, state or province, country, and ZIP or foreign postal code **SYOSSET      NY 11791** | | **F** Total assets (see instructions) **$ 4,980,650** |

**G** Check applicable boxes: **(1)** ☐ Initial return **(2)** ☒ Final return **(3)** ☐ Name change **(4)** ☐ Address change **(5)** ☐ Amended return
**H** Check accounting method: **(1)** ☐ Cash **(2)** ☒ Accrual **(3)** ☐ Other (specify) ▶
**I** Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year ▶ **2**
**J** Check if Schedules C and M-3 are attached ▶ ☐
**K** Check if partnership: **(1)** ☐ Aggregated activities for section 465 at-risk purposes **(2)** ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include **only** trade or business income and expenses on lines 1a through 22 below. See instructions for more information.

### Income

| | | | Amount |
|---|---|---|---|
| **1a** | Gross receipts or sales | 1a  16,863,073 | |
| **b** | Returns and allowances | 1b | |
| **c** | Balance. Subtract line 1b from line 1a | 1c | 16,863,073 |
| **2** | Cost of goods sold (attach Form 1125-A) | 2 | 16,347,452 |
| **3** | Gross profit. Subtract line 2 from line 1c | 3 | 515,621 |
| **4** | Ordinary income (loss) from other partnerships, estates, and trusts (attach statement) | 4 | |
| **5** | Net farm profit (loss) (attach Schedule F (Form 1040)) | 5 | |
| **6** | Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) | 6 | |
| **7** | Other income (loss) (attach statement)   SEE STATEMENT 1 | 7 | 2,355,675 |
| **8** | **Total income (loss).** Combine lines 3 through 7 | 8 | 2,871,296 |

### Deductions (see instructions for limitations)

| | | | Amount |
|---|---|---|---|
| **9** | Salaries and wages (other than to partners) (less employment credits) | 9 | 1,450,268 |
| **10** | Guaranteed payments to partners | 10 | |
| **11** | Repairs and maintenance | 11 | 9,331 |
| **12** | Bad debts | 12 | |
| **13** | Rent | 13 | 361,643 |
| **14** | Taxes and licenses | 14 | 64,976 |
| **15** | Interest (see instructions) | 15 | 154,313 |
| **16a** | Depreciation (if required, attach Form 4562) | 16a | |
| **b** | Less depreciation reported on Form 1125-A and elsewhere on return | 16b | 16c |
| **17** | Depletion **(Do not deduct oil and gas depletion.)** | 17 | |
| **18** | Retirement plans, etc. | 18 | |
| **19** | Employee benefit programs | 19 | 25,208 |
| **20** | Other deductions (attach statement)   SEE STATEMENT 2 | 20 | 691,002 |
| **21** | **Total deductions.** Add the amounts shown in the far right column for lines 9 through 20 | 21 | 2,756,741 |
| **22** | **Ordinary business income (loss).** Subtract line 21 from line 8 | 22 | 114,555 |

### Tax and Payment

| | | | Amount |
|---|---|---|---|
| **23** | Interest due under the look-back method—completed long-term contracts (attach Form 8697) | 23 | |
| **24** | Interest due under the look-back method—income forecast method (attach Form 8866) | 24 | |
| **25** | BBA AAR imputed underpayment (see instructions) | 25 | |
| **26** | Other taxes (see instructions) | 26 | |
| **27** | **Total balance due.** Add lines 23 through 26 | 27 | |
| **28** | Payment (see instructions) | 28 | |
| **29** | **Amount owed.** If line 28 is smaller than line 27, enter amount owed | 29 | |
| **30** | **Overpayment.** If line 28 is larger than line 27, enter overpayment | 30 | |

**Sign Here**
Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than partner or limited liability company member) is based on all information of which preparer has any knowledge.

Signature of partner or limited liability company member _____   Date _____

May the IRS discuss this return with the preparer shown below? See instructions. ☒ Yes ☐ No

| **Paid Preparer Use Only** | Print/Type preparer's name **THOMAS JONES CPA** | Preparer's signature **THOMAS JONES CPA** | Date **10/12/22** | Check ☐ if self-employed | PTIN **P00613308** |
|---|---|---|---|---|---|
| | Firm's name ▶ **JONES, LITTLE & CO., CPA'S, LLP** | | | Firm's EIN ▶ ▮▮▮▮▮ | |
| | Firm's address ▶ **86 WEST MAIN STREET SUITE 2 EAST ISLIP, NY      11730** | | | Phone no. **631-277-8500** | |

For Paperwork Reduction Act Notice, see separate instructions.

Form **1065** (2021)

DAA

LIB001215

Form 1065 (2021)   NORTHSHORE MOTOR LEASING LLC ▓▓▓▓▓▓▓   Page 2

## Schedule B   Other Information

|  |  |  |  |  | Yes | No |
|---|---|---|---|---|---|---|
| 1 | What type of entity is filing this return? Check the applicable box: | | | | | |
| a | ☐ Domestic general partnership | b | ☐ Domestic limited partnership | | | |
| c | ☒ Domestic limited liability company | d | ☐ Domestic limited liability partnership | | | |
| e | ☐ Foreign partnership | f | ☐ Other ▶ | | | |

| 2 | At the end of the tax year: |  |  |
|---|---|---|---|
| a | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax exempt organization, or any foreign government own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership | | X |
| b | Did any individual or estate own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership. | X | |

| 3 | At the end of the tax year, did the partnership: |  |  |
|---|---|---|---|
| a | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below | | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

| b | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below. |  | X |
|---|---|---|---|

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

|  |  | Yes | No |
|---|---|---|---|
| 4 | Does the partnership satisfy all four of the following conditions? | | |
| a | The partnership's total receipts for the tax year were less than $250,000. | | |
| b | The partnership's total assets at the end of the tax year were less than $1 million. | | |
| c | Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return. | | |
| d | The partnership is not filing and is not required to file Schedule M-3 | | X |
|  | If "Yes," the partnership is not required to complete Schedules L, M-1, and M-2; item F on page 1 of Form 1065; or item L on Schedule K-1. | | |
| 5 | Is this partnership a publicly traded partnership as defined in section 469(k)(2)? | | X |
| 6 | During the tax year, did the partnership have any debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? | | X |
| 7 | Has this partnership filed, or is it required to file, Form 8918, Material Advisor Disclosure Statement, to provide information on any reportable transaction? | | X |
| 8 | At any time during calendar year 2021, did the partnership have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? See instructions for exceptions and filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR). If "Yes," enter the name of the foreign country ▶ | | X |
| 9 | At any time during the tax year, did the partnership receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," the partnership may have to file Form 3520, Annual Return To Report Transactions With Foreign Trusts and Receipt of Certain Foreign Gifts. See instructions. | | X |
| 10a | Is the partnership making, or had it previously made (and not revoked), a section 754 election? See instructions for details regarding a section 754 election. | | X |
| b | Did the partnership make for this tax year an optional basis adjustment under section 743(b) or 734(b)? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions. | | X |

Form 1065 (2021)

LIB001216

EX3 10/1 2/2022 10:53 AM

Form 1065 (2021)  NORTHSHORE MOTOR LEASING LLC ████████ Page 3

## Schedule B    Other Information (continued)

| | | Yes | No |
|---|---|---|---|
| c | Is the partnership required to adjust the basis of partnership assets under section 743(b) or 734(b) because of a substantial built-in loss (as defined under section 743(d)) or substantial basis reduction (as defined under section 734(d))? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions | | X |
| 11 | Check this box if, during the current or prior tax year, the partnership distributed any property received in a like-kind exchange or contributed such property to another entity (other than disregarded entities wholly owned by the partnership throughout the tax year) ▶ ☐ | | |
| 12 | At any time during the tax year, did the partnership distribute to any partner a tenancy in common or other undivided interest in partnership property? | | X |
| 13 | If the partnership is required to file Form 8858, Information Return of U.S. Persons With Respect To Foreign Disregarded Entities (FDEs) and Foreign Branches (FBs), enter the number of Forms 8858 attached. See instructions ▶ | | |
| 14 | Does the partnership have any foreign partners? If "Yes," enter the number of Forms 8805, Foreign Partner's Information Statement of Section 1446 Withholding Tax, filed for this partnership ▶ | | X |
| 15 | Enter the number of Forms 8865, Return of U.S. Persons With Respect to Certain Foreign Partnerships, attached to this return ▶ 0 | | |
| 16a | Did you make any payments in 2021 that would require you to file Form(s) 1099? See instructions | X | |
| b | If "Yes," did you or will you file required Form(s) 1099? | X | |
| 17 | Enter the number of Form 5471, Information Return of U.S. Persons With Respect To Certain Foreign Corporations, attached to this return ▶ 0 | | |
| 18 | Enter the number of partners that are foreign governments under section 892 ▶ 0 | | |
| 19 | During the partnership's tax year, did the partnership make any payments that would require it to file Forms 1042 and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474)? | | X |
| 20 | Was the partnership a specified domestic entity required to file Form 8938 for the tax year? See the Instructions for Form 8938 | | X |
| 21 | Is the partnership a section 721(c) partnership, as defined in Regulations section 1.721(c)-1(b)(14)? | | X |
| 22 | During the tax year, did the partnership pay or accrue any interest or royalty for which one or more partners are not allowed a deduction under section 267A? See instructions | | X |
| | If "Yes," enter the total amount of the disallowed deductions ▶ $ | | |
| 23 | Did the partnership have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions | | X |
| 24 | Does the partnership satisfy one or more of the following? See instructions | | X |
| a | The partnership owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | |
| b | The partnership's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $26 million and the partnership has business interest. | | |
| c | The partnership is a tax shelter (see instructions) and the partnership has business interest expense. | | |
| | If "Yes" to any, complete and attach Form 8990. | | |
| 25 | Is the partnership attaching Form 8996 to certify as a Qualified Opportunity Fund? | | X |
| | If "Yes," enter the amount from Form 8996, line 15. ▶ $ | | |
| 26 | Enter the number of foreign partners subject to section 864(c)(8) as a result of transferring all or a portion of an interest in the partnership or of receiving a distribution from the partnership . ▶ | | |
| | Complete Schedule K-3 (Form 1065), Part XIII, for each foreign partner subject to section 864(c)(8) on a transfer or distribution | | |
| 27 | At any time during the tax year, were there any transfers between the partnership and its partners subject to the disclosure requirements of Regulations section 1.707-8? | | X |
| 28 | Since December 22, 2017, did a foreign corporation directly or indirectly acquire substantially all of the properties constituting a trade or business of your partnership, and was the ownership percentage (by vote or value) for purposes of section 7874 greater than 50% (for example, the partners held more than 50% of the stock of the foreign corporation)? If "Yes," list the ownership percentage by vote and by value. See instructions. | | |
| | Percentage:                     (i) Vote                     (ii) Value | | X |
| 29 | Is the partnership electing out of the centralized partnership audit regime under section 6221(b)? See instructions. | | X |
| | If "Yes," the partnership must complete Schedule B-2 (Form 1065). Enter the total from Schedule B-2, Part III, line 3. ▶ _____ | | |
| | If "No," complete Designation of Partnership Representative below. | | |

**Designation of Partnership Representative** (see instructions)

Enter below the information for the partnership representative (PR) for the tax year covered by this return.

Name of PR ▶    ANTHONY LEO

| U.S. address of PR ▶ | 3 SADDLE RIDGE ROAD | U.S. phone number of PR ▶ ████████ |
|---|---|---|
| | OLD WESTBURY            NY 11568 | |

If the PR is an entity, name of the designated individual for the PR ▶

| U.S. address of designated individual ▶ | _____ | U.S. phone number of designated individual ▶ |
|---|---|---|

DAA

Form **1065** (2021)

LIB001217

EX3 10/13/2022 10:53 AM

Form 1065 (2021)   NORTHSHORE   MOTOR   LEASING   LLC   ▮▮▮▮▮   Page 4

## Schedule K   Partners' Distributive Share Items

| | | | | Total amount |
|---|---|---|---|---|
| Income (Loss) | 1 | Ordinary business income (loss) (page 1, line 22) | 1 | 114,555 |
| | 2 | Net rental real estate income (loss) (attach Form 8825) | 2 | |
| | 3a | Other gross rental income (loss) | 3a | |
| | b | Expenses from other rental activities (attach statement) | 3b | |
| | c | Other net rental income (loss). Subtract line 3b from line 3a | 3c | |
| | 4 | Guaranteed payments: a Services | 4a | | b Capital | 4b | | | |
| | c | Total. Add lines 4a and 4b | 4c | |
| | 5 | Interest income | 5 | |
| | 6 | Dividends and dividend equivalents:  a Ordinary dividends | 6a | |
| | b | Qualified dividends | 6b | | c Dividend equivalents | 6c | | | |
| | 7 | Royalties | 7 | |
| | 8 | Net short-term capital gain (loss) (attach Schedule D (Form 1065)) | 8 | |
| | 9a | Net long-term capital gain (loss) (attach Schedule D (Form 1065)) | 9a | |
| | b | Collectibles (28%) gain (loss) | 9b | | | | |
| | c | Unrecaptured section 1250 gain (attach statement) | 9c | | | | |
| | 10 | Net section 1231 gain (loss) (attach Form 4797) | 10 | |
| | 11 | Other income (loss) (see instructions) Type ▶ | 11 | |
| Deductions | 12 | Section 179 deduction (attach Form 4562) | 12 | 6,316 |
| | 13a | Contributions | 13a | |
| | b | Investment interest expense | 13b | |
| | c | Section 59(e)(2) expenditures (1) Type ▶ | | (2) Amount ▶ | 13c(2) | |
| | d | Other deductions (see instructions) Type ▶ | 13d | |
| Self-Employ-ment | 14a | Net earnings (loss) from self-employment | 14a | 114,555 |
| | b | Gross farming or fishing income | 14b | |
| | c | Gross nonfarm income | 14c | 2,871,296 |
| Credits | 15a | Low-income housing credit (section 42(j)(5)) | 15a | |
| | b | Low-income housing credit (other) | 15b | |
| | c | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | 15c | |
| | d | Other rental real estate credits (see instructions) | Type ▶ | 15d | |
| | e | Other rental credits (see instructions) | Type ▶ | 15e | |
| | f | Other credits (see instructions) | Type ▶ | 15f | |
| International Transactions | 16 | Attach Schedule K-2 (Form 1065), Partners' Distributive Share Items-International, and check this box to indicate that you are reporting items of international tax relevance ☐ | | |
| Alternative Minimum Tax (AMT) Items | 17a | Post-1986 depreciation adjustment | 17a | |
| | b | Adjusted gain or loss | 17b | |
| | c | Depletion (other than oil and gas) | 17c | |
| | d | Oil, gas, and geothermal properties—gross income | 17d | |
| | e | Oil, gas, and geothermal properties—deductions | 17e | |
| | f | Other AMT items (attach statement) | 17f | |
| Other Information | 18a | Tax-exempt interest income | 18a | |
| | b | Other tax-exempt income | 18b | |
| | c | Nondeductible expenses | 18c | |
| | 19a | Distributions of cash and marketable securities | 19a | 60,000 |
| | b | Distributions of other property | 19b | |
| | 20a | Investment income | 20a | |
| | b | Investment expenses | 20b | |
| | c | Other items and amounts (attach statement)   SEE STATEMENT 3 | | |
| | 21 | Total foreign taxes paid or accrued | 21 | |

Form **1065** (2021)

DAA

LIB001218

683 10/12/2022 10:58 AM
Form 1065 (2021)   NORTHSHORE MOTOR LEASING LLC   ▇▇▇▇▇   Page 5

## Analysis of Net Income (Loss)

**1** Net income (loss). Combine Schedule K, lines 1 through 11. From the result, subtract the sum of Schedule K, lines 12 through 13d, and 21 . | **1** | 108,239

**2** Analysis by partner type:

| | (i) Corporate | (ii) Individual (active) | (iii) Individual (passive) | (iv) Partnership | (v) Exempt Organization | (vi) Nominee/Other |
|---|---|---|---|---|---|---|
| **a** General partners | | | 108,239 | | | |
| **b** Limited partners | | | | | | |

## Schedule L — Balance Sheets per Books

| | Assets | Beginning of tax year (a) | Beginning of tax year (b) | End of tax year (c) | End of tax year (d) |
|---|---|---|---|---|---|
| 1 | Cash | | 410,493 | | 139,773 |
| 2a | Trade notes and accounts receivable | 81,248 | | 155,919 | |
| b | Less allowance for bad debts | | 81,248 | | 155,919 |
| 3 | Inventories | | 4,867,099 | | 4,068,934 |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities | | | | |
| 6 | Other current assets (attach statement) SEE STMT 4 | | 66,648 | | 79,828 |
| 7a | Loans to partners (or persons related to partners) | | | | |
| b | Mortgage and real estate loans | | | | |
| 8 | Other investments (attach statement) | | | | |
| 9a | Buildings and other depreciable assets | 5,000 | | 11,316 | |
| b | Less accumulated depreciation | 5,000 | 0 | 11,316 | 0 |
| 10a | Depletable assets | | | | |
| b | Less accumulated depletion | | | | |
| 11 | Land (net of any amortization) | | | | |
| 12a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | | | | |
| 13 | Other assets (attach statement) SEE STMT 5 | | | | 536,196 |
| 14 | Total assets | | 5,425,488 | | 4,980,650 |
| | **Liabilities and Capital** | | | | |
| 15 | Accounts payable | | 509,963 | | 54,056 |
| 16 | Mortgages, notes, bonds payable in less than 1 year | | 4,433,999 | | 3,062,181 |
| 17 | Other current liabilities (attach statement) SEE STMT 6 | | 274,534 | | 771,143 |
| 18 | All nonrecourse loans | | | | |
| 19a | Loans from partners (or persons related to partners) | | | | 924,589 |
| b | Mortgages, notes, bonds payable in 1 year or more | | | | |
| 20 | Other liabilities (attach statement) SEE STMT 7 | | 80,250 | | |
| 21 | Partners' capital accounts | | 126,742 | | 168,681 |
| 22 | Total liabilities and capital | | 5,425,488 | | 4,980,650 |

## Schedule M-1 — Reconciliation of Income (Loss) per Books With Income (Loss) per Return

Note: The partnership may be required to file Schedule M-3. See instructions.

| | | | | |
|---|---|---|---|---|
| 1 | Net income (loss) per books | 101,939 | 6  Income recorded on books this year not included on Schedule K, lines 1 through 11 (itemize): | |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 5, 6a, 7, 8, 9a, 10, and 11, not recorded on books this year (itemize): SEE STMT 8    6,300 | 6,300 | a  Tax-exempt interest $ | |
| 3 | Guaranteed payments (other than health insurance) | | 7  Deductions included on Schedule K, lines 1 through 13d, and 21, not charged against book income this year (itemize): | |
| 4 | Expenses recorded on books this year not included on Schedule K, lines 1 through 13d, and 21 (itemize): | | a  Depreciation $ | |
| a | Depreciation $ | | | |
| b | Travel and entertainment $ | | | |
| | | | 8  Add lines 6 and 7 | |
| | | | 9  Income (loss) (Analysis of Net Income (Loss), line 1). Subtract line 8 from line 5 | |
| 5 | Add lines 1 through 4 | 108,239 | | 108,239 |

## Schedule M-2 — Analysis of Partners' Capital Accounts

| | | | | |
|---|---|---|---|---|
| 1 | Balance at beginning of year | 126,742 | 6  Distributions: a  Cash | 60,000 |
| 2 | Capital contributed: a  Cash | | b  Property | |
| | b  Property | | | |
| 3 | Net income (loss) (see instructions) | 108,239 | 7  Other decreases (itemize): SEE STMT 9    6,300 | 6,300 |
| 4 | Other increases (itemize): | | | |
| | | | 8  Add lines 6 and 7 | 66,300 |
| 5 | Add lines 1 through 4 | 234,981 | 9  Balance at end of year. Subtract line 8 from line 5 | 168,681 |

DAA   Form 1065 (2021)

LIB001219

EX3 10/12/2022 10:53 AM

**Form 1125-A**

(Rev. November 2018)

Department of the Treasury
Internal Revenue Service

**Cost of Goods Sold**

▶ Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.
▶ Go to www.irs.gov/Form1125A for the latest information.

OMB No. 1545-0123

Name
**NORTHSHORE MOTOR LEASING LLC**

Employer Identification number
████████████

| | | | |
|---|---|---|---:|
| 1 | Inventory at beginning of year | 1 | 4,867,099 |
| 2 | Purchases | 2 | 14,538,217 |
| 3 | Cost of labor | 3 | |
| 4 | Additional section 263A costs (attach schedule)   SEE STATEMENT 10 | 4 | 161,964 |
| 5 | Other costs (attach schedule)   SEE STATEMENT 11 | 5 | 849,106 |
| 6 | Total. Add lines 1 through 5 | 6 | 20,416,386 |
| 7 | Inventory at end of year | 7 | 4,068,934 |
| 8 | Cost of goods sold. Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions | 8 | 16,347,452 |

9a Check all methods used for valuing closing inventory:

   (i) [X] Cost

   (ii) [X] Lower of cost or market

   (iii) [ ] Other (Specify method used and attach explanation) ▶

b Check if there was a writedown of subnormal goods ............ ▶ ■

c Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ▶ ■

d If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed under LIFO ...... | 9d |

e If property is produced or acquired for resale, do the rules of section 263A apply to the entity? See instructions ...... [X] Yes  [ ] No

f Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If "Yes," attach explanation ...... [ ] Yes  [X] No

For Paperwork Reduction Act Notice, see instructions.

Form **1125-A** (Rev. 11-2018)

DAA

LIB001220

683 10/1 2/2022 10:58 AM

**SCHEDULE B-1
(Form 1065)**

(Rev. August 2019)

Department of the Treasury
Internal Revenue Service

## Information on Partners Owning 50% or More of the Partnership

▶ Attach to Form 1065.

▶ Go to *www.irs.gov/Form1065* for the latest information.

OMB No. 1545-0123

| Name of partnership | Employer identification number (EIN) |
|---|---|
| NORTHSHORE MOTOR LEASING LLC | ████████ |

**Part I    Entities Owning 50% or More of the Partnership** (Form 1065, Schedule B, Question 2a (Question 3a for 2009 through 2017))

Complete columns (i) through (v) below for any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, tax-exempt organization, or any foreign government that owns, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership (see instructions).

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Part II    Individuals or Estates Owning 50% or More of the Partnership** (Form 1065, Schedule B, Question 2b (Question 3b for 2009 through 2017))

Complete columns (i) through (iv) below for any individual or estate that owns, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership (see instructions).

| (i) Name of Individual or Estate | (ii) Identifying Number (if any) | (iii) Country of Citizenship (see instructions) | (iv) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
| ANTHONY DEO | ████████ | UNITED STATES | 99.000000 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

For Paperwork Reduction Act Notice, see the Instructions for Form 1065.

Schedule B-1 (Form 1065) (Rev. 8-2019)

OAA

LIB001221

683 10/12/2022 10:58 AM

**PARTNER# 1**

**Schedule K-1**
**(Form 1065)**

Department of the Treasury
Internal Revenue Service

**2021**

For calendar year 2021, or tax year

beginning _____ ending _____

**Partner's Share of Income, Deductions, Credits, etc.** ▶ See back of form and separate instructions.

| | Final K-1 | | Amended K-1 | 651121 |
|---|---|---|---|---|
| | | | | OMB No. 1545-0123 |

**Part III**  Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) **113,409** | 14 | Self-employment earnings (loss) |
| | | A | **113,409** |
| 2 | Net rental real estate income (loss) | C | **2,842,583** |
| 3 | Other net rental income (loss) | 15 | Credits |
| 4a | Guaranteed payments for services | | |
| 4b | Guaranteed payments for capital | 16 | Schedule K-3 is attached if checked ▶ |
| 4c | Total guaranteed payments | 17 | Alternative minimum tax (AMT) items |
| 5 | Interest income | | |
| 6a | Ordinary dividends | | |
| 6b | Qualified dividends | 18 | Tax-exempt income and nondeductible expenses |
| 6c | Dividend equivalents | | |
| 7 | Royalties | | |
| 8 | Net short-term capital gain (loss) | | |
| | | 19 | Distributions |
| 9a | Net long-term capital gain (loss) | A | **59,400** |
| 9b | Collectibles (28%) gain (loss) | 20 | Other information |
| 9c | Unrecaptured section 1250 gain | N | **STMT** |
| 10 | Net section 1231 gain (loss) | Z* | **STMT** |
| 11 | Other income (loss) | AG* | **STMT** |
| 12 | Section 179 deduction **6,253** | 21 | Foreign taxes paid or accrued |
| 13 | Other deductions | | |
| 22 | More than one activity for at-risk purposes* | | |
| 23 | More than one activity for passive activity purposes* | | |

*See attached statement for additional information.

**Part I**  Information About the Partnership

A  identification number

B  Partnership's name, address, city, state, and ZIP code

**NORTHSHORE MOTOR LEASING LLC**

**180 MICHAEL DRIVE**
**SYOSSET            NY 11791**

C  IRS Center where partnership filed return ▶
**E-FILE**

D ☐ Check if this is a publicly traded partnership (PTP)

**Part II**  Information About the Partner

E  Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)

F  Name, address, city, state, and ZIP code for partner entered in E. See instructions.

**ANTHONY DEO**

**3 SADDLE RIDGE ROAD**
**OLD WESTBURY         NY 11568**

| | | | |
|---|---|---|---|
| G | ☒ General partner or LLC member-manager | ☐ | Limited partner or other LLC member |
| H1 | ☒ Domestic partner | ☐ | Foreign partner |
| H2 | ☐ If the partner is a disregarded entity (DE), enter the partner's | | |

TIN _____
Name _____

I1  What type of entity is this partner? **INDIVIDUAL**

I2  If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ▶ ☐

J  Partner's share of profit, loss, and capital (see instructions)

| | Beginning | Ending |
|---|---|---|
| Profit | 99.000000 % | 99.000000 % |
| Loss | 99.000000 % | 99.000000 % |
| Capital | 99.000000 % | 99.000000 % |

Check if decrease is due to sale or exchange of partnership interest ▶ ☐

K  Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ | $ |
| Qualified nonrecourse financing | $ | $ |
| Recourse | $ **5,245,759** | $ **4,763,849** |

Check this box if Item K includes liability amounts from lower tier partnerships. ▶ ☐

L  **Partner's Capital Account Analysis**

| | |
|---|---|
| Beginning capital account | $ **125,475** |
| Capital contributed during the year | $ |
| Current year net income (loss) | $ **107,156** |
| Other increase (decrease) (attach explanation) **STMT** | $ **-6,237** |
| Withdrawals & distributions | $ ( **59,400** ) |
| Ending capital account | $ **166,994** |

M  Did the partner contribute property with a built-in gain (loss)?
☐ Yes  ☒ No  If "Yes," attach statement. See instructions.

N  Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)

Beginning  $
Ending  $

For IRS Use Only

For Paperwork Reduction Act Notice, see Instructions for Form 1065.
DAA

www.irs.gov/Form1065

Schedule K-1 (Form 1065) 2021

LIB001222

683 10/12/2022 10.58 AM

**PARTNER# 2**

**Schedule K-1 (Form 1065)**
Department of the Treasury
Internal Revenue Service

**2021**

For calendar year 2021, or tax year

beginning _____ ending _____

**Partner's Share of Income, Deductions, Credits, etc.** ▶ See back of form and separate instructions.

| | Final K-1 ☐ | Amended K-1 ☐ | **651121** OMB No 1545-0123 |

## Part I   Information About the Partnership

**A** identification number
[redacted]

**B** Partnership's name, address, city, state, and ZIP code
NORTHSHORE MOTOR LEASING LLC
180 MICHAEL DRIVE
SYOSSET          NY 11791

**C** IRS Center where partnership filed return ▶
E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

## Part II   Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)
[redacted]

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.
SARA RAHMAN
3 SADDLE RIDGE ROAD
OLD WESTBURY          NY 11568

**G** ☒ General partner or LLC member-manager   ☐ Limited partner or other LLC member

**H1** ☒ Domestic partner   ☐ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's
TIN _____
Name _____

**I1** What type of entity is this partner?   **INDIVIDUAL**

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ▶ ☐

**J** Partner's share of profit, loss, and capital (see instructions)

| | Beginning | Ending |
|---|---|---|
| Profit | 1.000000 % | 1.000000 % |
| Loss | 1.000000 % | 1.000000 % |
| Capital | 1.000000 % | 1.000000 % |

Check if decrease is due to sale or exchange of partnership interest ▶ ☐

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ | $ |
| Qualified nonrecourse financing | $ | $ |
| Recourse | $ 52,987 | $ 48,120 |

Check this box if Item K includes liability amounts from lower tier partnerships. ▶ ☐

**L** Partner's Capital Account Analysis

| | |
|---|---|
| Beginning capital account | $ 1,267 |
| Capital contributed during the year | $ |
| Current year net income (loss) | $ 1,083 |
| Other increase (decrease) (attach explanation) STMT | $ −63 |
| Withdrawals & distributions | $ ( 600 ) |
| Ending capital account | $ 1,687 |

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes   ☒ No   If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning $ _____
Ending $ _____

## Part III   Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | | |
|---|---|---|---|---|
| 1 | Ordinary business income (loss) 1,146 | 14 | Self-employment earnings (loss) | A 1,146 |
| 2 | Net rental real estate income (loss) | | | C 28,713 |
| 3 | Other net rental income (loss) | 15 | Credits | |
| 4a | Guaranteed payments for services | | | |
| 4b | Guaranteed payments for capital | 16 | Schedule K-3 is attached if checked ▶ ☐ | |
| 4c | Total guaranteed payments | 17 | Alternative minimum tax (AMT) items | |
| 5 | Interest income | | | |
| 6a | Ordinary dividends | | | |
| 6b | Qualified dividends | 18 | Tax-exempt income and nondeductible expenses | |
| 6c | Dividend equivalents | | | |
| 7 | Royalties | | | |
| 8 | Net short-term capital gain (loss) | | | |
| 9a | Net long-term capital gain (loss) | 19 | Distributions | A 600 |
| 9b | Collectibles (28%) gain (loss) | | | |
| 9c | Unrecaptured section 1250 gain | 20 | Other information | |
| 10 | Net section 1231 gain (loss) | N | STMT | |
| 11 | Other income (loss) | Z* | STMT | |
| 12 | Section 179 deduction 63 | AG* | STMT | |
| 13 | Other deductions | 21 | Foreign taxes paid or accrued | |
| 22 | More than one activity for at-risk purposes* | | | |
| 23 | More than one activity for passive activity purposes* | | | |

*See attached statement for additional information.

For IRS Use Only

For Paperwork Reduction Act Notice, see Instructions for Form 1065.   www.irs.gov/Form1065   Schedule K-1 (Form 1065) 2021
DAA

**LIB001223**

683 10/12/2022 10:58 AM

| Form **4562** | **Depreciation and Amortization** | OMB No. 1545-0172 |
|---|---|---|
| | (Including Information on Listed Property) | **2021** |
| Department of the Treasury | ▶ Attach to your tax return. | Attachment |
| Internal Revenue Service (99) | ▶ Go to *www.irs.gov/Form4562* for instructions and the latest information. | Sequence No. **179** |

Name(s) shown on return

**NORTHSHORE MOTOR LEASING LLC**

Business or activity to which this form relates

**USED CAR SALES**

### Part I — Election To Expense Certain Property Under Section 179
**Note:** If you have any listed property, complete Part V before you complete Part I.

| | | | |
|---|---|---|---|
| 1 | Maximum amount (see instructions) | 1 | 1,050,000 |
| 2 | Total cost of section 179 property placed in service (see instructions) | 2 | 6,316 |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) | 3 | 2,620,000 |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | 4 | 0 |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | 5 | 1,050,000 |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost | |
|---|---|---|---|---|
| | COMPRESSOR | 3,166 | 3,166 | |
| | COMPUTER | 3,150 | 3,150 | |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 | 7 | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | 8 | 6,316 |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | 9 | 6,316 |
| 10 | Carryover of disallowed deduction from line 13 of your 2020 Form 4562 | 10 | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5. See instructions | 11 | 114,555 |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 | 12 | 6,316 |
| 13 | Carryover of disallowed deduction to 2022. Add lines 9 and 10, less line 12 ▶ | 13 | |

**Note:** Don't use Part II or Part III below for listed property. Instead, use Part V.

### Part II — Special Depreciation Allowance and Other Depreciation (Don't include listed property. See instructions.)

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year. See instructions | 14 | |
| 15 | Property subject to section 168(f)(1) election | 15 | |
| 16 | Other depreciation (including ACRS) | 16 | |

### Part III — MACRS Depreciation (Don't include listed property. See instructions.)

**Section A**

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2021 | 17 | 0 |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ▶ | | |

**Section B—Assets Placed in Service During 2021 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only—see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a  3-year property | | | | | | |
| b  5-year property | | | | | | |
| c  7-year property | | | | | | |
| d  10-year property | | | | | | |
| e  15-year property | | | | | | |
| f  20-year property | | | | | | |
| g  25-year property | | | 25 yrs. | | S/L | |
| h  Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
| i  Nonresidential real property | | | 39 yrs. | MM | S/L | |
| | | | | MM | S/L | |

**Section C—Assets Placed in Service During 2021 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a  Class life | | | | | S/L | |
| b  12-year | | | 12 yrs. | | S/L | |
| c  30-year | | | 30 yrs. | MM | S/L | |
| d  40-year | | | 40 yrs. | MM | S/L | |

### Part IV — Summary (See instructions.)

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 | 21 | |
| 22 | Total. Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations—see instructions | 22 | |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | 23 | |

For Paperwork Reduction Act Notice, see separate instructions.

OAA

Form **4562** (2021)

**THERE ARE NO AMOUNTS FOR PAGE 2**

LIB001224

683  NORTHSHORE MOTOR LEASING LLC                                    10/12/2022  10:58 AM

**Federal Asset Report**

**USED CAR SALES**

FYE: 12/31/2021

| Asset | Description | Date In Service | Cost | Bus % | Sec 179 | Bonus | Basis for Depr | Per | Conv | Meth | Prior | Current |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Section 179 Expense:** | | | | | | | | | | | | |
| 1 | COMPRESSOR | 9/10/21 | 3,166 | | X | X | N/A | 5 | HY | 200DB | 0 | 3,166 |
| 3 | COMPUTER | 1/01/21 | 3,150 | | X | X | N/A | 5 | HY | 200DB | 0 | 3,150 |
| | | | 6,316 | | | | N/A | | | | 0 | 6,316 |
| **5-year GDS Property:** | | | | | | | | | | | | |
| 1 | COMPRESSOR | 9/10/21 | N/A* | | X | X | 0 | 5 | HY | 200DB | 0 | 0 |
| 3 | COMPUTER | 1/01/21 | N/A* | | X | X | 0 | 5 | HY | 200DB | 0 | 0 |
| | | | 0 | | | | 0 | | | | 0 | 0 |
| **Prior MACRS:** | | | | | | | | | | | | |
| 2 | SCAN TABLET | 6/01/20 | 5,000 | | X | X | 0 | 5 | HY | 200DB | 5,000 | 0 |
| | | | 5,000 | | | | 0 | | | | 5,000 | 0 |
| | **Grand Totals** | | 11,316 | | | | 0 | | | | 5,000 | 6,316 |
| | **Less: Dispositions and Transfers** | | 0 | | | | 0 | | | | 0 | 0 |
| | **Less: Start-up/Org Expense** | | 0 | | | | 0 | | | | 0 | 0 |
| | **Net Grand Totals** | | 11,316 | | | | 0 | | | | 5,000 | 6,316 |

*Because this asset has 179 expense, its cost has been included in the Section 179 Property cost total

LIB001225

683  NORTHSHORE MOTOR LEASING LLC                                          10/12/2022  10:58 AM

## Bonus Depreciation Report
## USED CAR SALES

FYE:  12/31/2021

| Asset | Property Description | Date In Service | Tax Cost | Bus Pct | Tax Sec 179 Exp | Current Bonus | Prior Bonus | Tax - Basis for Depr |
|---|---|---|---|---|---|---|---|---|
| 1 | COMPRESSOR | 9/10/21 | 3,166 | | 3,166 | 0 | 0 | 0 |
| 2 | SCAN TABLET | 9/01/20 | 5,000 | | 5,000 | 0 | 0 | 0 |
| 3 | COMPUTER | 1/01/21 | 3,150 | | 3,150 | 0 | 0 | 0 |
| | Grand Total | | 11,316 | | 6,316 | 0 | 0 | 0 |

LIB001226

683  NORTHSHORE MOTOR LEASING LLC

**AMT Asset Report**

10/12/2022  10:58 AM

FYE: 12/31/2021

**USED CAR SALES**

| Asset | Description | Date In Service | Cost | Bus % | Sec 179 | Bonus | Basis for Depr | PerConv | Meth | Prior | Current |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Section 179 Expense:** | | | | | | | | | | | |
| 1 | COMPRESSOR | 9/10/21 | 3,166 | | X | X | N/A | 5 | HY 200DB | 0 | 3,166 |
| 3 | COMPUTER | 1/01/21 | 3,150 | | X | X | N/A | 5 | HY 200DB | 0 | 3,150 |
| | | | 6,316 | | | | N/A | | | 0 | 6,316 |
| **5-year GDS Property:** | | | | | | | | | | | |
| 1 | COMPRESSOR | 9/10/21 | N/A* | | X | X | 0 | 5 | HY 200DB | 0 | 0 |
| 3 | COMPUTER | 1/01/21 | N/A* | | X | X | 0 | 5 | HY 200DB | 0 | 0 |
| | | | 0 | | | | 0 | | | 0 | 0 |
| **Prior MACRS:** | | | | | | | | | | | |
| 2 | SCAN TABLET | 6/01/20 | 5,000 | | X | X | 0 | 5 | HY 200DB | 5,000 | 0 |
| | | | 5,000 | | | | 0 | | | 5,000 | 0 |
| | **Grand Totals** | | 11,316 | | | | 0 | | | 5,000 | 6,316 |
| | **Less: Dispositions and Transfers** | | 0 | | | | 0 | | | 0 | 0 |
| | **Net Grand Totals** | | 11,316 | | | | 0 | | | 5,000 | 6,316 |

*Because this asset has 179 expense, its cost has been included in the Section 179 Property cost total

LIB001227

683  NORTHSHORE MOTOR LEASING LLC                          10/12/2022  10:58 AM

## Depreciation Adjustment Report
## All Business Activities

FYE: 12/31/2021

| Form | Unit | Asset | Description | Tax | AMT | ACE | AMT Adjustments/ Preferences |
|------|------|-------|-------------|-----|-----|-----|------------------------------|
| **MACRS Adjustments:** | | | | | | | |
| Page 1 | 1 | 1 | COMPRESSOR | 3,166 | 3,166 | 3,166 s | 0 |
| Page 1 | 1 | 2 | SCAN TABLET | 0 | 0 | 0 s | 0 |
| Page 1 | 1 | 3 | COMPUTER | 3,150 | 3,150 | 3,150 s | 0 |
| | | | | 6,316 | 6,316 | 6,316 s | 0 |

**Totals for ACE Depreciation Adjustment:**
    **AMT Depreciation Addback**      6,316

    **ACE Depreciation Expense**      6,316 s

s - Substituted applicable AMT or Tax data when ACE column is blank.

LIB001228

683 10/12/2022 10:58 AM

| Form **1065** | **Reconciliation of Partners' Basis Worksheet** | **2021** |
|---|---|---|
| | For calendar year 2021 or tax year beginning                     and ending | |

**Partnership Name**

NORTHSHORE MOTOR LEASING LLC

**Employer Identification Number**

| Partner Number | Partner Name | Beginning Basis | Increases | Distribution in Excess of Basis | Allowed Decreases | Ending Basis |
|---|---|---|---|---|---|---|
| 1 | ANTHONY DEO | 5,483,293 | -427,901 | 0 | 123,450 | 4,931,942 |
| 2 | SARA RAHMAN | 55,386 | -4,321 | 0 | 1,247 | 49,818 |

| | Beginning Basis | Increases | Distribution in Excess of Basis | Allowed Decreases | Ending Basis |
|---|---|---|---|---|---|
| Total this page | 5,538,679 | -432,222 | 0 | 124,697 | 4,981,760 |
| Total all pages | 5,538,679 | -432,222 | 0 | 124,697 | 4,981,760 |

**PAGE 1 OF 1**

LIB001229

683 10/12/2022 10:58 AM

| Form **1065** | **Reconciliation of Partners' Capital Accounts Worksheet** | **2021** |
|---|---|---|
| | For calendar year 2021, or tax year beginning ___ and ending ___ | |

| Partnership Name | Employer Identification Number |
|---|---|
| NORTHSHORE MOTOR LEASING LLC | ▮▮▮▮▮▮ |

| Partner Number | Partner Name | Beginning Capital | Capital Contributed | Current Year Net Income (Loss) | Increases & Decreases | Withdrawals & Distributions | Ending Capital |
|---|---|---|---|---|---|---|---|
| 1 | ANTHONY DEO | 125,475 | 0 | 107,156 | −6,237 | 59,400 | 166,994 |
| 2 | SARA RAHMAN | 1,267 | 0 | 1,083 | −63 | 600 | 1,687 |

| | | Beginning Capital | Capital Contributed | Current Year Net Income (Loss) | Increases & Decreases | Withdrawals & Distributions | Ending Capital |
|---|---|---|---|---|---|---|---|
| Total this page | | 126,742 | 0 | 108,239 | −6,300 | 60,000 | 168,681 |
| Total all pages | | 126,742 | 0 | 108,239 | −6,300 | 60,000 | 168,681 |

**PAGE 1 OF 1**

LIB001230