# EXHIBIT A

**IRS** DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
CINCINNATI  OH   45999-0023

Date of this notice:  11-07-2017

Employer Identification Number:
82-3331757

Form:  SS-4

Number of this notice:  CP 575 G

NORTHSHORE MOTOR LEASING LLC
SARA RAHMAN SOLE MBR
4 DARIUS CT
DIX HILLS, NY  11746

For assistance you may call us at:
1-800-829-4933

IF YOU WRITE, ATTACH THE
STUB AT THE END OF THIS NOTICE.

## WE ASSIGNED YOU AN EMPLOYER IDENTIFICATION NUMBER

Thank you for applying for an Employer Identification Number (EIN).  We assigned you EIN 82-3331757.  This EIN will identify you, your business accounts, tax returns, and documents, even if you have no employees.  Please keep this notice in your permanent records.

When filing tax documents, payments, and related correspondence, it is very important that you use your EIN and complete name and address exactly as shown above.  Any variation may cause a delay in processing, result in incorrect information in your account, or even cause you to be assigned more than one EIN.  If the information is not correct as shown above, please make the correction using the attached tear off stub and return it to us.

A limited liability company (LLC) may file Form 8832, *Entity Classification Election*, and elect to be classified as an association taxable as a corporation.  If the LLC is eligible to be treated as a corporation that meets certain tests and it will be electing S corporation status, it must timely file Form 2553, *Election by a Small Business Corporation*.  The LLC will be treated as a corporation as of the effective date of the S corporation election and does not need to file Form 8832.

To obtain tax forms and publications, including those referenced in this notice, visit our Web site at www.irs.gov.  If you do not have access to the Internet, call 1-800-829-3676 (TTY/TDD 1-800-829-4059) or visit your local IRS office.

**IMPORTANT REMINDERS:**

* Keep a copy of this notice in your permanent records.  **This notice is issued only one time and the IRS will not be able to generate a duplicate copy for you.**  You may give a copy of this document to anyone asking for proof of your EIN.

* Use this EIN and your name exactly as they appear at the top of this notice on all your federal tax forms.

* Refer to this EIN on your tax-related correspondence and documents.

If you have questions about your EIN, you can call us at the phone number or write to us at the address shown at the top of this notice.  If you write, please tear off the stub at the bottom of this notice and send it along with your letter.  If you do not need to write us, do not complete and return the stub.

Your name control associated with this EIN is NORT.  You will need to provide this information, along with your EIN, if you file your returns electronically.

Thank you for your cooperation.

Case 2:23-cv-06188-JMW   Document 521-3   Filed 06/01/26   Page 3 of 4 PageID #: 14392





Department of the Treasury
Internal Revenue Service
Ogden, UT  84201-0038

| Notice | CP148B |
|---|---|
| Notice date | November 16, 2020 |
| Employer ID number | XX-XXX1757 |
| To contact us | Phone 800-829-0115 |
| Page 1 of 1 | |

G0561-0169784 P015 T00638 00169784     1 AV  0.389
NORTHSHORE MOTOR LEASING LLC
SARA RAHMAN SOLE MBR
180 MICHAEL DRIVE
SYOSSET, NY 11791-5328



0169784

# We changed your mailing address

We updated our records for your mailing address.

We update our records anytime the address entered on a tax return is different from what we have in our records, or a Form 8822-B is received.

The address shown above is where we previously sent IRS notices and letters about your tax account. We will no longer mail notices and letters to that address. We also sent a confirmation notice to your new mailing address.

## What you need to do

Our update to your address may be for minor changes in words and abbreviations, such as using "Street" rather than "St." in your address. To avoid confusion, you or your tax preparer should always enter your correct mailing address in exactly the same way every time you file tax returns.

**If there should not be a change to your address**, call or write to us using the contact information at the top of this page.  If you call, please review the most recent tax returns you filed for differences in addresses entered. For any written correspondence, include a copy of this notice. We can address concerns more quickly via telephone.

## Caution for employers regarding third-party payroll providers

If we find any issues with an account, we send a letter or notice to your address of record.  We strongly caution any employer against changing the address of record to that of a payroll service provider or any other third party as it may significantly limit our ability to inform the employer of tax matters involving the business.  The employer is ultimately responsible for depositing and paying all federal employment tax liabilities.

For more information, visit www.irs.gov and search keywords, "Change of Address" or "Outsourcing Payroll Duties."

## Additional information

- Visit www.irs.gov/cp148b
- For tax forms, instructions, and publications, visit www.irs.gov/forms-pubs or call 800-TAX-FORM (800-829-3676).
- Keep this notice for your records.

If you need assistance, please don't hesitate to contact us.

(IRS USE ONLY)      575G                    11-07-2017  NORT  O  9999999999  SS-4

Keep this part for your records.        CP 575 G (Rev. 7-2007)

-----------------------------------------------------------------------------------------------

Return this part with any correspondence
so we may identify your account.  Please                               CP 575 G
correct any errors in your name or address.

                                                                      9999999999

Your Telephone Number  Best Time to Call   DATE OF THIS NOTICE:  11-07-2017
(      )        -                          EMPLOYER IDENTIFICATION NUMBER:  82-3331757
_____  _____   FORM:  SS-4            NOBOD

INTERNAL REVENUE SERVICE                   NORTHSHORE MOTOR LEASING LLC
CINCINNATI  OH   45999-0023                SARA RAHMAN SOLE MBR
                                           4 DARIUS CT
                                           DIX HILLS, NY  11746