# EXHIBIT C

  

## BUSINESS DEPOSITORY CERTIFICATE (Limited Liability Company)

CHASE ⬡

___X___ NEW      _____ CHANGE

ACCOUNT NO.
937599988

ACCOUNT TITLE
NORTHSHORE MOTOR LEASING LLC

BUSINESS ADDRESS
180 MICHAEL DR

SYOSSET, NY 11791-5328

TAXPAYER ID NO.
82-3331757

BANK NAME/NUMBER
JPMorgan Chase Bank, N.A ( 802 )

BRANCH NAME AND NO.
Syosset - 318

DATE
01/25/2018

PREPARED BY
ALBERT G TROPIANO

PHONE NO.
(516) 921-1402

PRODUCT TYPE
Chase Platinum Business Checking

Legal Name of Organization: NORTHSHORE MOTOR LEASING LLC                                   (the "Organization")

State of Organization: NY

Type of Organization (check one):
[X] Limited liability company managed by its members
[  ] Limited liability company managed by one or more managers

The individuals signing this Certificate certify to JPMorgan Chase Bank, N.A. (the "Bank") as follows:
- the Organization is a limited liability company, duly organized under the laws of the state of organization listed above;
- the individuals signing this Certificate are, or are authorized representatives of, all of the members (if managed by its members) ("Members") or managers (if managed by managers) ("Managers") of the Organization, and
- the Organization has authorized all actions and agreements described in this Certificate in accordance with all requirements of law and of Organization's organizational documents and bylaws, if any, and the authorizations are now in full force and effect.

**Account Opening and Contractual Authorization**
Any of the people listed below ("Authorized Persons"), acting alone, may:
- Open or close one or more accounts with the Bank at any time, subject to the Bank's deposit account agreement;
- Act on behalf of the Organization in any matter involving any of the Organization's depository accounts at the Bank;
- Sign all agreements or other documents relating to any depository accounts or other business of the Organization. These agreements & other documents include but are not limited to funds transfer agreements, agreements for automated clearinghouse services, agreements for online services, and safe deposit agreements.

**Deposit and Withdrawal Authorization**
Each Authorized Person may deposit or withdraw the Organization's funds. Each Authorized Person may sign any and all checks, drafts, and orders drawn against any account of the Organization at the Bank, and may give instructions for account transactions without a signature, such as those initiated via electronic debit, payment, wire transfer, or other withdrawal of funds by computer, electronic or other means. The Bank is authorized to pay any checks or other transactions authorized by the Organization, even if doing so causes or increases an overdraft. Each Authorized Person may endorse for cash, collection, deposit, or negotiation any checks, drafts, notes, bills of exchange, or certificates of deposit, and order the payment or transfer of money between accounts at the Bank and other banks. Endorsements "for deposit" may be written or stamped. The Bank may accept any instrument for deposit to any depository account of the Organization without endorsement or may supply the endorsement of the Organization. The Bank is authorized to pay all checks, drafts, and orders when signed, endorsed, or authorized by any Authorized Person without inquiry as to the circumstances of issue or disposition of the proceeds and regardless of to whom such instruments are payable or endorsed, including those payable to or endorsed to the Authorized Person.

| Print Name | Title | Facsimile Signatures |
|---|---|---|
| SARA Z DEO | Member | |

SIGNER(S) TO BE ADDED LATER

ANTHONY D DEO, EXP 02/24/2018

**Facsimile Signature Authorization**
The Bank is authorized and directed to pay checks bearing any form of facsimile or computer-generated signature. If the Organization either uses or provides a signature card authorizing any facsimile or computer-generated signature, the Organization will be solely responsible for any check bearing a similar signature.

**Further Authorizations**
*Each Member or Manager, as applicable, acting alone, is authorized to certify to the Bank the name, title, specimen signature and facsimile signature of any additional Authorized Person, or to instruct the Bank to remove any Authorized Person. The Bank may rely on this Certificate until it receives express written notice of a change or revocation.*

FOR THE PRECEDING PURPOSES, each of the undersigned has signed his/her name(s) on the date indicated above.

Exemption from FATCA reporting code (if any) _____ [According to the IRS Form W-9 instructions, if you are only submitting this form for an account you hold in the United States, you may leave this field blank.]

**CERTIFICATION**
*The undersigned certifies under penalties of perjury that (1) the Organization's Taxpayer Identification Number shown above is correct, and (2) the Organization is not subject to backup withholding because: (a) the Organization is exempt from backup withholding, or (b) the Organization has not been notified by the Internal Revenue Service (IRS) that it is subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified the Organization that it is no longer subject to backup withholding, and (3) the Organization is a U.S. citizen or other U.S. person (as defined in the Form W-9 instructions), and (4) the FATCA code(s) entered on this form (if any) indicating that the Organization is exempt from FATCA reporting is correct.*

If the IRS has notified the Organization that it is subject to backup withholding due to underreporting interest or dividends on its tax return, cross out item 2 above.

M1207-04-CS  (5/14 v2)                    JPMorgan Chase Bank, N.A. Member FDIC                    Page 1 of 2

     




# BUSINESS DEPOSITORY CERTIFICATE
## (Limited Liability Company)

**CHASE** ⬡

ACCOUNT NO. 937599988

Note: For a disregarded entity, if the owner is not signing below, he, she or it must submit IRS Form W-9 or the appropriate Form W-8.

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

Member or Manager
Printed Name: SARA Z DEO                          Date 01/25/18

Member or Manager
Printed Name:                          Date

Member or Manager
Printed Name:                          Date

Member or Manager
Printed Name:                          Date

Member or Manager
Printed Name:                          Date

Member or Manager
Printed Name:                          Date

Member or Manager
Printed Name:                          Date

Member or Manager
Printed Name:                          Date

(Attach additional pages if necessary to reflect all Members or Managers)

DISTRIBUTION: 1) National Account Services 2) Customer

JPMorgan Chase Bank, N.A. Member FDIC

M1207-04-CS (5/14 v2)



Page 2 of 2



WELCOME TO A BETTER BANKING EXPERIENCE

# ACCOUNT SUMMARY FOR NORTHSHORE MOTOR LEASING LLC

## CONTACT INFORMATION

| | |
|---|---|
| Address: | 180 MICHAEL DR<br>SYOSSET, NY 11791-5328 |
| Phone Number: | (516) 584-7062 |
| Email Address: | sarad@ueapremier.com |

## WHAT WE DID TODAY

**Chase Platinum Business Checking** (account number 937599988)

- **Monthly Service Fee of $95** (waived for first 3 statements) or waived with:
  - $100,000 in average daily balances or more in linked business savings (excluding client fund savings accounts), Business CDs, other Chase Platinum Business Checking accounts and qualifying investment accounts.
- **Account Benefits:**
  - **No Charge** for electronic deposits and deposited items made via ATM, ACH, Wire, and Chase Quick Deposit
  - **No Charge** for the first 500 non-electronic deposits (those made at a teller) and debits; $0.40 for each additional transaction
  - 4 outgoing wires per month included at no charge
  - 1 Insufficient Funds Fee waived per month
  - 1 Overdraft Protection Fee waived per month
  - **No Charge** for Stop Payments
  - **No Non-Chase ATM Charge** for using another institution's ATM (ATM owner may charge a fee)
  - **No Charge** for counter checks, money orders and Cashier's checks
  - Expect to receive checks in 11-14 days, if applicable; use starter checks in interim
  - If you chose to receive your account-opening documents **electronically** you can find them under Statements & documents and selecting Branch Documents on chase.com.

**Business Platinum Debit Card** (account number 937599988)

- Watch for card in a <u>plain white envelope</u> in 7-10 days
- Activate right away by following instructions on the card
- Fast and convenient alternative to paying with cash or checks
- Easy way to track your spending

*Important: This document contains confidential information including your account number. Please safeguard this document as you would a checkbook, credit card or debit card. For more information on how to protect your identity and your accounts, visit www.chase.com/identitytheft . The Deposit Account Agreement and other disclosures provided at account opening or included with your debit/credit card govern your agreement with the bank, and outline the terms & conditions associated with the products/services listed.*

Customer Initials _____

| | |
|---|---|
| **Personal Banker:** | ALBERT G TROPIANO<br>Syosset<br>(516) 921-1402 |

**Date:** 01/25/2018

Deposit products provided by JPMorgan Chase Bank, N.A. Member FDIC



## Put Account Alerts to work for you.

We can notify you by e-mail, phone or text when:

- Balances dip below your set limit

- You go over your transaction or ATM withdrawal limits

- Your account becomes overdrawn

- And much more...

Sign up at chase.com/BusinessBankingAlerts

CHASE ◯