# EXHIBIT D

Amount:         $10,000.00

Account:        483082609486

Bank Number:    02100032

Sequence Number:  8092340969

Capture Date:     03/16/2021

Check Number:     1002

---

**NORTHSHORE FUNDING AND MANAGEMENT LLC**

1002

1-32/210 NY
29904

DATE  02/12/2021

PAY TO THE ORDER OF  David Beron                                    $ 10,000

Ten thousand dollars 00/00                                         DOLLARS

BANK OF AMERICA

ACH R/T 021 000322

FOR  Purchase of Sunrise Auto Outlet

⑈001002⑈  ⑆021000322⑆  483082609486⑈

for deposit only

---

Electronic Endorsements:

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|------|----------|--------|------------|-----|-----|-----------|
| 03/16/2021 | 1070574662 | 74909962 | Rtn Loc/BOFD | Y | | JPMorgan Chase Bank |
| 03/16/2021 | 008092340969 | 111012822 | Pay Bank | N | | Bank of America NA |

Amount:        $10,000.00          Sequence Number:   8292842909

Account:       483082609486        Capture Date:      03/18/2021

Bank Number: 02100032              Check Number:      1003

---

**NORTHSHORE FUNDING AND MANAGEMENT LLC**

1003

1-32/210 NY
29904

DATE _02/12/2021_

PAY TO THE ORDER OF _Joshua Aaronson_          $ _10,000_

_Ten thousand dollars_ 00/100          DOLLARS

**BANK OF AMERICA**

ACH R/T 021000322

FOR _Purchase of Sunshine Pto Osset_

⑆0010031⑆ ⑆021000322⑆ 4830826094861⑆

---

JPMorgan Chase Bank 031801 000725 926700046300

ENDORSE

---

Electronic Endorsements:

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|------|----------|--------|------------|-----|-----|-----------|
| 03/18/2021 | 8870799514 | 74909962 | Rtn Loc/BOFD | Y | | JPMorgan Chase Bank |
| 03/18/2021 | 008292842909 | 111012822 | Pay Bank | N | | Bank of America NA |

Amount:      $10,000.00            Sequence Number: 4792792720

Account:     483082609486          Capture Date:    03/16/2021

Bank Number: 02100032              Check Number:    1004

---

**NORTHSHORE FUNDING AND MANAGEMENT LLC**

1004

1-32/210 NY
29904

DATE  02/12/2021

PAY TO THE ORDER OF _Brian Chabulin_                                    $ 10,000

_Ten thousand dollars_                    00/100          DOLLARS

**BANK OF AMERICA**

ACH R/T 021000322

FOR _Purchase of Suarin Auto attit_

⑈0010004⑈ ⑉021000322⑈ 483082609486⑈

---

582213009481  143126   20210316  000000483082609486

TRN_DEBIT CANTIGU   10000.00

Old Brookville 0822 94004 5822 0006 0044

---

Electronic Endorsements:

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|------|----------|--------|------------|-----|-----|-----------|
| 03/16/2021 | 004792792720 | 111012822 | Pay Bank | N | | Bank of America NA |
| 03/16/2021 | 000000726170616 | 31201360 | Rtn Loc/BOFD | Y | | TD Bank National Ass |

Amount:        $10,000.00          Sequence Number: 9792348543

Account:       483082609486        Capture Date:    03/15/2021

Bank Number: 02100032              Check Number:    1005

---

NORTHSHORE FUNDING AND MANAGEMENT LLC          1005

                                                                7-32/210 NY
                                                                29904

                                    DATE    02/12/2021

PAY
TO THE
ORDER OF    Tony Baron                                    $ 10,000

Ten thousand dollars        00/100                DOLLARS

BANK OF AMERICA

ACH R/T 021000322

FOR  Purchase of Sunrise Ato ouer

⑆001005⑆ ⑆021000322⑆ 483082609486⑆

---

Electronic Endorsements:

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|---|---|---|---|---|---|---|
| 03/15/2021 | 3880049039 | 74909962 | Rtn Loc/BOFD | Y | | JPMorgan Chase Bank |
| 03/15/2021 | 009792348543 | 111012822 | Pay Bank | N | | Bank of America NA |

| | | | |
|---|---|---|---|
| Amount: | $10,000.00 | Sequence Number: | 8992209478 |
| Account: | 483082609486 | Capture Date: | 03/24/2021 |
| Bank Number: 02100032 | | Check Number: | 1006 |

**NORTHSHORE FUNDING AND MANAGEMENT LLC**

1006

1-32/210 NY
29904

DATE _02/12/2021_

PAY TO THE ORDER OF _Raymond Pdelan_ $ _10,000_

_Ten thousand dollars 00/100_ DOLLARS

BANK OF AMERICA

ACH R/T 021000322

FOR _Purchase of Sunrix Ab Oyent_

⑈001006⑈ ⑆021000322⑈ 483082609486⑈

JPMorganChaseBank 032406 000833 927250015260

For Deposit Only

Electronic Endorsements:

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|---|---|---|---|---|---|---|
| 03/24/2021 | 8870994085 | 74909962 | Rtn Loc/BOFD | Y | | JPMorgan Chase Bank |
| 03/24/2021 | 008992209478 | 111012822 | Pay Bank | N | | Bank of America NA |