# EXHIBIT G

12/8/22, 2:14 PM                                    Mail - anthony deo - Outlook

## RE: North Shore Motor Leasing LLC - Trial Balance

Thomas Jones <tjones@jonesandlittle.com>

Wed 10/5/2022 2:43 PM

To: Wendy Kwun <wendy@islandautogroup.com>;Gallagher, Frank <fgallagher@citrincooperman.com>

Cc: anthony deo <anthonyd@northshoremotors1.com>;Martz, Theresa <tmartz@citrincooperman.com>;Josh Aaronson <josh@islandautogroup.com>;Kera, Ellen <ekera@citrincooperman.com>

Hello all,

Based on conversations with Frank and I , below is a recap of what will be done with the tax returns for Northshore Motors:

2020 tax return- the return prepared by Richards, Witt & Charles will be used for 2020. The K-1 for the partners will need to be amended to add Anthony Deo as 99% ownership and Sara Deo as 1% ownership as of June 15,2020.

The other partners K-1 forms will be amended to reflect their ownership will end as of June 15,2020 when Anthony and Sara were 100% partners.

2021 tax return- the return will be prepared by Citrin based on preliminary return emailed on Friday 9/30/2022 for review. However, the K-1's will reflect only Anthony and Sara Deo as 100% partners for the entire year of 2021.

Please confirm your understanding and approval of the outline above for the returns for 2020 and 2021.

Thanks

Tom

Thomas Jones, CPA
Partner
Jones, Little & Co., CPA's LLP
86 West Main Street, STE 2
East Islip, NY 11730
Telephone: 631-277-8500
Fax: 631-277-8502
Cell: 516-971-0405

www.jonesandlittle.com

Jones, Little & Co., CPA's LLP since 1989 with 3 offices in Suffolk County, New York – East Islip, Hampton Bays and Port Jefferson Station.

CONFIDENTIALITY NOTICE:
This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of the message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone at (631) 277-8500 and destroy this message.
Any advice in this communication is limited to the conclusions specifically set forth herein and is based on the completeness and accuracy of the stated facts, assumptions and/or representations included. In rendering our advice, we may consider tax authorities that are subject to change, retroactively and/or prospectively, and any such changes could affect the validity of our advice. We will not update our advice for subsequent changes or modifications to the laws and regulations, or to the judicial and administrative interpretations thereof. The advice or other information in this documentation was prepared for the sole benefit of Jones, Little, & Co., CPAS, LLP's client and may not be relied upon by any other person or organization. Jones, Little, & Co., CPAS,

## RE: 189 Sunrise Highway Amended Return - Missing Info

Thomas Jones <tjones@jonesandlittle.com>

Thu 10/6/2022 8:18 AM

To: Kera, Ellen <ekera@citrincooperman.com>;Josh Aaronson <josh@islandautogroup.com>;Wendy Kwun <wendy@islandautogroup.com>

Cc: anthony deo <anthonyd@northshoremotors1.com>

Hi Ellen,

If the return has not been filed, then the K-1's can be changed to reflect the ownership change to Anthony and Sara at 100% as of 2/12/2021 and we would not need to amend the K-1's

Tom


Thomas Jones, CPA
Partner
Jones, Little & Co., CPA's LLP
86 West Main Street, STE 2
East Islip, NY 11730
Telephone: 631-277-8500
Fax: 631-277-8502
Cell: 516-971-0405


www.jonesandlittle.com


Jones, Little & Co., CPA's LLP since 1989 with 3 offices in Suffolk County, New York — East Islip, Hampton Bays and Port Jefferson Station.

CONFIDENTIALITY NOTICE:

This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of the message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone at (631) 277-8500 and destroy this message.

Any advice in this communication is limited to the conclusions specifically set forth herein and is based on the completeness and accuracy of the stated facts, assumptions and/or representations included. In rendering our advice, we may consider tax authorities that are subject to change, retroactively and/or prospectively, and any such changes could affect the validity of our advice. We will not update our advice for subsequent changes or modifications to the laws and regulations, or to the judicial and administrative interpretations thereof. The advice or other information in this documentation was prepared for the sole benefit of Jones, Little, & Co., CPAS, LLP's client and may not be relied upon by any other person or organization. Jones, Little & Co., CPAS, LLP accepts no responsibility or liability in respect of this document to any person or organization other than Jones, Little & Co., CPAS, LLP client.


From: Kera, Ellen <ekera@citrincooperman.com>
Sent: Thursday, October 6, 2022 8:12 AM
To: Josh Aaronson <josh@islandautogroup.com>; Wendy Kwun <wendy@islandautogroup.com>
Cc: Thomas Jones <tjones@jonesandlittle.com>; anthony deo <anthonyd@northshoremotors1.com>
Subject: Re: 189 Sunrise Highway Amended Return - Missing Info


I do not think it had been filed yet

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

**ELLEN KERA**

Partner and Co-Practice Leader - Automotive Group

**TEL** 914.949.2990 x3401 | **FAX** 914.517.4245

709 WESTCHESTER AVE, WHITE PLAINS, NY 10604

Click Here to send me files securely

ekera@citrincooperman.com | CITRINCOOPERMAN.COM

"Citrin Cooperman" is the brand under which Citrin Cooperman & Company, LLP, a licensed independent CPA firm, and Citrin Cooperman Advisors LLC serve clients' business needs. The two firms operate as separate legal entities in an alternative practice structure. Citrin Cooperman is an independent member of Moore North America, which is itself a regional member of Moore Global Network Limited (MGNL).

Any conclusions reached in this e-mail or any of its attachments are based on stated facts and current tax law. Any change in facts or current tax law can have a significant impact on the conclusions reached.

CONFIDENTIALITY NOTICE: This email and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution, storing or use of the e-mail or any attachment is prohibited. If you have received this email in error, please notify sender immediately by replying to the sender and delete this copy and the reply from your system. Thank you for your cooperation.

**From:** Josh Aaronson <josh@islandautogroup.com>
**Sent:** Thursday, October 6, 2022 7:49:28 AM
**To:** Wendy Kwun <wendy@islandautogroup.com>
**Cc:** Kera, Ellen <ekera@citrincooperman.com>; Thomas Jones <tjones@jonesandlittle.com>; anthony deo <anthonyd@northshoremotors1.com>
**Subject:** Re: 189 Sunrise Highway Amended Return - Missing Info

Case 2:23-cv-06188-JMW    Document 521-9    Filed 06/01/26    Page 5 of 6 PageID #: 14481

Good morning Wendy,

Approved.

Thank you,

Josh

On Thu, Oct 6, 2022 at 7:28 AM Wendy Kwun <wendy@islandautogroup.com> wrote:

Good morning Josh,

Below is an email from Tom Jones, Anthony's CPA, requesting information to amend the 189 Sunrise 2021 tax return.

Attached is a copy of the return filed by CitrinCooperman.

Please let me know if you approve of this request.

Thank you.

Best Regards,


*Wendy Kwun*
*Island Auto Group*
*wendy@islandautogroup.com*
*Office: 718-979-0934 X 146*




On Wed, Oct 5, 2022 at 8:03 AM Thomas Jones <tjones@jonesandlittle.com> wrote:

Hi Wendy,

Would you be able to get me the information below so I can amend the tax return?


For 189 Sunrise Highway, we need the SSN's for:

- Raymond Phalen
- Joshua Aaronson
- Jory Baron
- Estate of David Baron

Also, I can't find on the tax return when David Baron ownership changed to 0% and when the estate became an owner. I need the date.


Thanks Tom

Case 2:23-cv-06188-JMW   Document 521-9   Filed 06/01/26   Page 6 of 6 PageID #: 14482

Thomas Jones, CPA

Partner

Jones, Little & Co., CPA's LLP

86 West Main Street, STE 2
East Islip, NY 11730
Telephone: 631-277-8500
Fax: 631-277-8502

Cell: 516-971-0405


http://www.jonesandlittle.com


Jones, Little & Co., CPA's LLP since 1989 with 3 offices in Suffolk County, New York — East Islip, Hampton Bays and Port Jefferson Station.

CONFIDENTIALITY NOTICE:

This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of the message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone at (631) 277-8500 and destroy this message.

Any advice in this communication is limited to the conclusions specifically set forth herein and is based on the completeness and accuracy of the stated facts, assumptions and/or representations included. In rendering our advice, we may consider tax authorities that are subject to change, retroactively and/or prospectively, and any such changes could affect the validity of our advice. We will not update our advice for subsequent changes or modifications to the laws and regulations, or to the judicial and administrative interpretations thereof. The advice or other information in this documentation was prepared for the sole benefit of Jones, Little, & Co., CPAS, LLP's client and may not be relied upon by any other person or organization. Jones, Little, & Co., CPAS, LLP accepts no responsibility or liability in respect of this document to any person or organization other than Jones, Little & Co., CPAS, LLP client.