# EXHIBIT K

Case 2:23-cv-06188-JMW   Document 521-14   Filed 06/01/26   Page 1 of 4 PageID #: 14559

## Superb Motors Inc
## Statement of Profit and Loss
### January 1 through May 31, 2023

|  | Total |
|---|---|
| SALES | $ 13,400,808 |
| COST OF GOODS SOLD | 10,806,587 |
| GROSS PROFIT | 2,594,221 |
| OPERATING EXPENSES |  |
| Advertising | 117,653 |
| Sales Compensation | 252,751 |
| Supervision Compensation | 107,171 |
| Clerical Compensation | 117,514 |
| Officers Compensation | 20,000 |
| Floor Plan Interest | 187,737 |
| Delivery | 41,931 |
| Policy | 7,562 |
| Payroll Taxes | 47,927 |
| Employee Benefits | 12,879 |
| Data Processing | 76,803 |
| Office Supplies | 3,648 |
| Small Tools and Other Supplies | 5,660 |
| Postage | 2,135 |
| Professional Fees | 8,802 |
| Telephone | 2,121 |
| Outside Services | 33,548 |
| Insurance | 12,458 |
| Rent | 155,000 |
| Real Estate Taxes | 21,888 |
| Utilities | 17,283 |
| Bank Fees | 8,802 |
| Total Operating Expenses | 1,261,273 |
| NET INCOME | $ 1,332,948 |

Superb Motors Inc
Balance Sheet
May 31, 2023

## ASSETS

### Current Assets

| | | |
|---|---|---:|
| Cash in Banks | $ | 286,477 |
| Contracts in Transit | | 154,866 |
| Vehicle Receivables | | 203,482 |
| Finance Reserves Receivable | | 88,747 |
| Inventory - Used Vehicles | | 5,045,758 |
| Prepaid Expenses | | 5,547 |
| Total Current Assets | | 5,784,877 |

| | | |
|---|---|---:|
| Fixed Assets - Net | | 157,911 |

### Other Assets

| | | |
|---|---|---:|
| Deposits on Contracts | | 31,610 |
| Total Assets | $ | 5,974,398 |

## LIABILITIES AND STOCKHOLDER'S EQUITY

### Current Liabilities

| | | |
|---|---|---:|
| Accounts Payable | $ | 72,478 |
| Vehicle Loan Payable | | 51,013 |
| Interest Payable | | 19,523 |
| Accrued Compensation | | 157,810 |
| Sales Tax Payable | | 69,926 |
| Floor Plan Payable | | 4,455,751 |
| Total Current Liabilities | | 4,826,501 |

### Stockholder's Equity

| | | |
|---|---|---:|
| Common Stock | | 1,000 |
| Additional Paid in Capital | | 629 |
| Accumulated Adjustment Account | | 1,146,268 |

Total Stockholder's Equity                                    1,147,897

Total Liabilities and Stockholder's Equity          $        5,974,398