# EXHIBIT L

**From:** anthony deo <anthonyd@northshoremotors1.com>
**Sent:** Monday, April 3, 2023 11:45 AM
**To:** Bruce Novicky <bruce@teamauto.com>; Tony Urrutia <tonyu814@gmail.com>
**Subject:** Re: Rob Puccio - Account Opening Information

Good morning guys,

Dave Weinstein didn't have any of the information for Superb to send over to Rob.

Can you please help me in gathering the information needed so I can get this done ASAP?

All I need is the formation documentation.

### Legal Documentation -

- For corporations, we will need the certificate of incorporation and filing receipt

**From:** anthony deo
**Sent:** Friday, March 31, 2023 11:56 AM
**To:** Bruce Novicky <bruce@teamauto.com>; Tony Urrutia <Tonyu814@gmail.com>
**Subject:** Fwd: Rob Puccio - Account Opening Information

**Anthony Deo**

**NORTHSHORE MOTORS**

**Chief Operating Officer.**
180 Michael Drive
Syosset, NY 11791
www.NorthshoreMotors1.com
Ph.516.226.1400

Admin

This electronic message, including any and all attachments hereto, is intended solely to be used by the individual or entity to which it is addressed. It may contain information which is privileged, confidential and otherwise exempt by law from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to its intended recipient, you are herewith notified that any dissemination, distribution, copying or retention of this communication or the information contained herein is strictly prohibited. If you have received this communication in error, please notify us by telephone immediately and permanently delete the original and any copy or printout thereof - Thank you.

Begin forwarded message:

**From:** "Puccio, Robert" <rpuccio@flushingbank.com>
**Date:** March 31, 2023 at 11:48:24 AM EDT
**To:** anthony deo <anthonyd@northshoremotors1.com>
**Subject: Rob Puccio - Account Opening Information**

Hi Anthony,

Please provide me with the information requested below for Superb. Thanks!

- **Business Name (include DBA is applicable)** –
- **Physical address (if mailing address is different please list)** –
- **Tax ID** –
- **Business phone number** –
- **2022 Annual Revenue/Budget** -
- **Names of 3 top suppliers/vendors** –
- **Name of 3 top customers, if applicable** –
- **Signer 1 Information** -
  - Legal Name, primary contact-
  - Valid ID (driver's license is preferred, a passport will require a proof of address as well such as a utility bill) –
  - SSN -
  - Title and occupation-
  - Email address and phone number (Office and Cellular)-
- **Signer 2 Information** -
  - Legal Name-
  - Valid ID (driver's license is preferred, a passport will require a proof of address as well such as a utility bill) –
  - SSN -

- · Title and occupation-
- · Email address and phone number (Office and Cellular)-
- **Ownership Information** -
  - · Full Name, SSN, Title, Percentage of Ownership and ID for Each Owner
- **Legal Documentation** -
  - For LLCs we will need the articles of organization, operating agreement, and filing receipt
  - For corporations we will need the certificate of incorporation and filing receipt
  - For partnerships we will need the certificate of partnership
  - For a sole proprietorship we will need a schedule C if they are conducting business under their own name and SSN as the tax ID. If they are using an assumed name then we will need the certificate of conducting business as a sole prop

*"The highest compliment I can receive is a referral to your family, friends and business associates."*

**Robert V. Puccio**
Vice President
Business Banking Group
Flushing Bank
99 Park Avenue – Suite 820
New York, NY 10016
Phone: 646-923-9539
Cellular: 516-707-8922
Email: rpuccio@flushingbank.com
www.FlushingBank.com


Robert V. Puccio

IMPORTANT: The contents of this email and any attachments are confidential. They are intended for the named recipient(s) only. If you have received this email by mistake, please notify the sender immediately and do not disclose the contents to anyone or make copies thereof.

Sent from my iPhone

**From:** Abbott, Jonathan (CAI - New York) <Jonathan.Abbott@coxautoinc.com>
**Sent:** Thursday, July 13, 2023 10:23:02 AM
**To:** Bruce Novicky <bruce@teamauto.com>
**Subject:** RE: Nextgear New Store Documents Needed

Good morning Bruce,

Following up to see how you were making out to get a signature on the application along with the proforma and opening balance sheet.

**From:** Bruce Novicky <bruce@teamauto.com>
**Sent:** Tuesday, July 11, 2023 4:12 PM
**To:** Abbott, Jonathan (CAI - New York) <Jonathan.Abbott@coxautoinc.com>
**Subject:** Re: Nextgear New Store Documents Needed

Waiting on Proforma and Balance sheet from CPA

Regards,



Bruce Novicky
COO | Team Auto Group
Office 860.900.0660
Email bruce@teamauto.com

---

IMPORTANT: The contents of this email and any attachments are confidential. They are intended for the named recipient(s) only. If you have received this email by mistake, please notify the sender immediately and do not disclose the contents to anyone or make copies thereof.

**From:** Abbott, Jonathan (CAI - New York) <Jonathan.Abbott@coxautoinc.com>
**Sent:** Monday, July 10, 2023 4:03 PM
**To:** Bruce Novicky <bruce@teamauto.com>
**Subject:** RE: Nextgear New Store Documents Needed

Thank you Bruce,

On the financials is team auto sales baked in with VW under the used sales?

**From:** Bruce Novicky <bruce@teamauto.com>
**Sent:** Monday, July 10, 2023 2:50 PM
**To:** Abbott, Jonathan (CAI - New York) <Jonathan.Abbott@coxautoinc.com>
**Cc:** tonyu814@gmail.com
**Subject:** Re: Nextgear New Store Documents Needed

3

Hi Jonathan,

Attached are the Team Auto Group documents as well as Tony's PFS. I will get the Gold Coast docs for you ASAP.

My Cell is 203-300-2209 please don't hesitate to reach out with any questions.

Regards,

Bruce Novicky
COO | Team Auto Group
Office 860.900.0660
Email bruce@teamauto.com

IMPORTANT: The contents of this email and any attachments are confidential. They are intended for the named recipient(s) only. If you have received this email by mistake, please notify the sender immediately and do not disclose the contents to anyone or make copies thereof.

**From:** Abbott, Jonathan (CAI   New York) <Jonathan.Abbott@coxautoinc.com>
**Sent:** Monday, July 10, 2023 11:11 AM
**To:** Bruce Novicky <bruce@teamauto.com>
**Cc:** tonyu814@gmail.com <tonyu814@gmail.com>
**Subject:** Nextgear New Store Documents Needed

Good morning Bruce,

Spoke with Tony this morning to setup a line for Gold Coast. Would need the following for review. I believe you sent most of the Team financials over to Justina, if you could just forward those.

Gold Coast Motors of Syosset- new store 7131151

Completed application 1.5M request  attached
Dealer lic. / application
Articles of Incorporation
Opening balance sheet
Proforma
Personal Financial statements signed Tony

Team Auto Group existing

- 2022 YE Balance Sheet & Income Statement
- 2021 YE Balance Sheet & Income Statement
- 2023 YTD Balance Sheet & Income Statement dated thru 6/31
- 2022 Business Tax Returns or Extension
- 2021 Business Tax Returns or Extension
- 2021 Personal Tax Returns for Tony
- 2022 Personal Tax Returns or Extension Form 4868 for Tony

4

# 3 month bank statements

**Jonathan Abbott**
Sales Executive
NextGear Capital
m 914-359-0715 | f 844-574-3358

Begin forwarded message:

**From:** anthonyd@northshoremotors1.com
**Subject: GCM Syosset License**
**Date:** July 15, 2023 at 11:37:35 AM EDT
**To:** Tony Urrutia <tonyu814@gmail.com>, Bruce Novicky <bruce@teamauto.com>

*Anthony Deo*
**NORTHSHORE MOTORS**
**Chief Operating Officer.**

180 Michael Drive
Syosset, NY 11791
www.NorthshoreMotors1.com
Ph.516.226.1400

Admin
This electronic message, including any and all attachments hereto, is intended solely to be used by the individual or entity to which it is addressed.  It may contain information which is privileged, confidential and otherwise exempt by law from disclosure.  If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to its intended recipient, you are herewith notified that any dissemination, distribution, copying or retention of this communication or the information contained herein is strictly prohibited.  If you have received this communication in error, please notify us by telephone immediately and permanently delete the original and any copy or printout thereof - Thank you.

Case 2:23-cv-06188-JMW    Document 521.15    Filed 06/01/26    Page 9 of 14 PageID #: 14671

New York State Department of Motor Vehicles

# OFFICIAL BUSINESS CERTIFICATE

*THIS CERTIFICATE EXPIRES* 04/30/25

*FACILITY IDENTIFICATION NO.* 7131151 DLU

Validation Date and Number: 07/07/23    07575

This person is **REGISTERED AS A DEALER**

pursuant to the provisions of the Vehicle and Traffic Law.

GOLD COAST MOTORS OF SYOSSET LLC
180 MICHAEL DR ST103
SYOSSET    NY    11791

This document does not certify that this business complies with zoning and other local laws

## POST IN A CONSPICUOUS PLACE

IV-61P (11/95)

Admin

This electronic message, including any and all attachments hereto, is intended solely to be used by the individual or entity to which it is addressed. It may contain information which is privileged, confidential and otherwise exempt by law from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to its intended recipient, you are herewith notified that any dissemination, distribution, copying or retention of this communication or the information contained herein is strictly prohibited. If you have received this communication in error, please notify us by telephone immediately and permanently delete the original and any copy or printout thereof - Thank you.

Begin forwarded message:

**From:** Bruce Novicky <bruce@teamauto.com>
**Subject: Fw: Nextgear New Store Documents Needed**
**Date:** July 20, 2023 at 11:10:46 AM EDT
**To:** An thony <anthonyd@northshoremotors1.com>

Regards,



Bruce Novicky
COO | Team Auto Group
Office 860.900.0660
Email bruce@teamauto.com

IMPORTANT: The contents of this email and any attachments are confidential. They are intended for the named recipient(s) only. If you have received this email by mistake, please notify the sender immediately and do not disclose the contents to anyone or make copies thereof.

**From:** Abbott, Jonathan (CAI - New York) <Jonathan.Abbott@coxautoinc.com>
**Sent:** Tuesday, July 18, 2023 1:15 PM
**To:** Bruce Novicky <bruce@teamauto.com>
**Subject:** RE: Nextgear New Store Documents Needed

Afternoon Bruce, any updates from cpa?

**From:** Bruce Novicky <bruce@teamauto.com>
**Sent:** Friday, July 14, 2023 9:48 AM
**To:** Abbott, Jonathan (CAI - New York) <Jonathan.Abbott@coxautoinc.com>
**Subject:** Re: Nextgear New Store Documents Needed

Waiting on the CPA let me follow up so I can get all docs to you today.

Regards,
**Bruce Novicky**
COO | Team Auto Group

2

Case 2:23-cv-06188-JMW   Document 521-15   Filed 06/01/26   Page 11 of 14 PageID #: 14573

**From:** Abbott, Jonathan (CAI - New York) <Jonathan.Abbott@coxautoinc.com>
**Sent:** Monday, July 10, 2023 11:11 AM
**To:** Bruce Novicky <bruce@teamauto.com>
**Cc:** tonyu814@gmail.com
 <tonyu814@gmail.com>
**Subject:** Nextgear New Store Documents Needed

Good morning Bruce,

Spoke with Tony this morning to setup a line for Gold Coast. Would need the following for review. I believe you sent most of the Team financials over to Justina, if you could just forward those.

Gold Coast Motors of Syosset- new store 7131151

Completed application 1.5M request  attached
Dealer lic. / application
Articles of Incorporation
Opening balance sheet
Proforma
Personal Financial statements signed Tony

Team Auto Group existing

- 2022 YE Balance Sheet & Income Statement
- 2021 YE Balance Sheet & Income Statement

3:26

Tony Urrutia >

**Facility Number:** 7131151
**Facility Name:** Gold Coast Motors Of Syosset Llc
**Address:** 180 Michael Dr St103, Syosset, NY, 11791
**County:** Nassau

process.dmv.ny.gov

**Facility Number:** 7131150
**Facility Name:** Gold Coast Motors Of Sunrise Llc
**Address:** 189 Sunrise Highway, Amityville, NY, 11701
**County:** Suffolk

AA    process.dmv.ny.gov

JUST CHECKED IT.
WE ARE LIVEEEEEE NOW. !!

Mon, Jul 10 at 10:54 AM

iMessage

Cash



