# EXHIBIT R

CONFIDENTIAL

**CHASE ⬡**

## BUSINESS ACCOUNT ADD SIGNERS FORM

| | | | |
|---|---|---|---|
| ‖‖‖‖‖‖‖ | ‖‖‖‖‖‖‖ | | ‖‖‖‖‖‖‖ |
| ‖‖‖‖‖‖‖ | | | |
| ‖‖‖‖‖‖‖ | | | |

NAME OF BUSINESS  NORTHSHORE MOTOR LEASING LLC

TAXPAYER ID NO. ▉▉▉▉▉

BUSINESS ADDRESS  180 MICHAEL DR, SYOSSET, NY 11791-5328

BRANCH NAME AND NO.  SYOSSET - 318     BANK NO.  802     BRANCH PHONE NO.  (516) 496-3251

INTEROFFICE MAILCODE  NY2-0318     PREPARED BY: NAME  RAJNI KHANNA     DATE:  11/08/2018

Please add the following signer to the accounts listed below (other authorized signers on record do not change):

| Name of the Signer to Add | Title | Signature | Date |
|---|---|---|---|
| MR David J Baron | SIGNER | *[signature]* | 11/8/18 |

| Identification | ID Number | Issuer | Issuance Date | Expiration Date |
|---|---|---|---|---|
| 1) Driver's License | ▉▉▉▉ | FL | 01/29/2015 | 06/24/2023 |
| 2) None | | | | |

| Account Numbers: | | | |
|---|---|---|---|
| ▉▉9988 | ▉▉5872 | | |
| ▉▉69825 | ▉▉7977 | | |

Please add the following signer to the accounts listed below (other authorized signers on record do not change):

| Name of the Signer to Add | Title | Signature | Date |
|---|---|---|---|
| | | | |

| Identification | ID Number | Issuer | Issuance Date | Expiration Date |
|---|---|---|---|---|
| | | | | |

| Account Numbers: | | | |
|---|---|---|---|
| | | | |

Please add the following signer to the accounts listed below (other authorized signers on record do not change):

| Name of the Signer to Add | Title | Signature | Date |
|---|---|---|---|
| | | | |

| Identification | ID Number | Issuer | Issuance Date | Expiration Date |
|---|---|---|---|---|
| | | | | |

| Account Numbers: | | | |
|---|---|---|---|
| | | | |

### CERTIFICATION

The undersigned hereby certifies that the person(s) added as authorized signers on the account(s) indicated above have been added in accordance with resolutions or other documents of the Business regarding signing authority for bank accounts. The undersigned further certifies that for those added as authorized signers, the names, titles and signatures are correct

| For a Corporation or Unincorporated Association or Organization: | For Sole Proprietorship: | For Partnership or Limited Liability Company: | For Government Entity: |
|---|---|---|---|
| | | *[signature]* 11/8/18 | *[signature]* 11/08/18 |
| Secretary · Date | Owner/Sole Proprietor · Date | Partner/Member/Manager · Date | Certifying Official · Date |

CHASE00133

‖‖‖‖‖‖‖

JPMorgan Chase Bank, N.A.  Member FDIC

Scan ⬚