# EXHIBIT S

Case 2:23-cv-06188-JMW   Document 521-22   Filed 06/01/26   Page 2 of 3 PageID #: 15005

# NASSAU COUNTY POLICE DEPARTMENT
## CASE REPORT
### Case Folder Number: 2022CR410174

## CASE DATA

Reported As: LARCENYRPT - Larceny report

| | |
|---|---|
| Reporting Officer: 9618 - Marx, Eric M | Command: 2SQ |
| Reported On: 11/19/2022 @ 0930 | Reporting Agency: NASSAU COUNTY POLICE DEPARTMENT |
| Occurred On: 11/18/2022 @ 0800   (Friday) | |
| Incident Location:<br>180 Michael Dr<br>Syosset, NY | Detective Assigned: 9618 - Marx, Eric M |
| Precinct of Incident:  2nd Precinct | Post of Incident: 212 |

## OFFENSE(S)

| | | |
|---|---|---|
| Offense: PL 110/155.40 1 - ATTEMPTED GRAND LARCENY 2ND: PROP MORE THAN $50: 000 | Class: D | Category: Felony |
| Location Type: Auto Dealership New/Used | Hate/Bias: None (No Bias) | |

## SUSPECT(S)

| | | |
|---|---|---|
| Name: Aaronson, Joshua | | Age: 40 |
| Sex: Male | Race: White | Ethnicity: Non Hispanic or Latino |

## VICTIM(S)

| | | | |
|---|---|---|---|
| Name: Deo, Anthony | DOB: 03/16/1977 | Age: 45 | Deposed: No |
| Sex: Male | Race: Unknown | Ethnicity: Non Hispanic or Latino | |
| Victim Type: Individual | | | |

Victim Of:   1. PL 155.40 01 - GRAND LARCENY 2ND: PROP MORE THAN $50: 000 - All Other

**Contact Information**

    Address

    Other: 180 Michael Dr Syosset, NY

**Residency**

    Nassau County Resident: Resident

## PROPERTY

| | |
|---|---|
| Description: wire transfer from bank account | Count: 1 |
| Property Status: Both Stolen And Recovered (Also Used To Update Prev. Stolen) | Value: $735,000.00 |

## NARRATIVE

Victim Anthony Deo did respond to the 2nd Precinct Stationhouse to report a theft of $735,000 US Dollars from his bank account by an unauthorized user, believed to be subject Joshua Aaronson. Det. Marx investigating.

# Nassau County Police Department
## VICTIM'S REPORT
### Case Folder Number: 2022CR410174

## *INCIDENT INFORMATION*

**Case Report Number:** 2022CR410174

**Reported On:** 11/19/2022 @ 0930

**Occurred On:** 11/18/2022 @ 0800   (Friday)

**Incident Location:** 180 Michael Dr Syosset, NY

**Classification:** GRAND LARCENY 2ND: PROP MORE THAN $50: 000

## *VICTIM INFORMATION*

**Name:** Deo, Anthony                          **DOB:** 03/16/1977

**Sex:** Male                                    **Race:** Unknown

**Contact Information**

    **Address**

    Other: 180 Michael Dr Syosset, NY