# EXHIBIT U



**notary SuperStore**

238 West Jericho Turnpike
Huntington Station, NY 11746
Tel. (800) 443-8177 - (516) 935-3940
Fax. (800) 293-4075 - (516) 935-3088

# INVOICE

Customer No:

Anthony Deo
180 Michael Drive
Syosset, NY 11791

Invoice Date: 06/07/2018

Invoice No: 598578

Reference #:

| Description of Product(s)/Service(s) | Unit Cost | Quantity | Extended |
|---|---|---|---|
| **New York Executive Corporate Outfit**<br>**Northshore Motor Leasing LLC** | **$ 49.99** | **1** | **$ 49.99** |

Please keep this for your records as proof of payment.

**Due to an increase in UPS shipping charges, our standard $9 shipping will now be raised to $11**

| | |
|---|---|
| SubTotal of Charge(s): | $ 49.99 |
| Shipping: | $ 0.00 |
| Tax: | $ 4.31 |
| Payment - CC #8995 - 06/07/2018 | $ 54.30 |
| **Current Invoice Balance Due:** | **$ 0.00** |