# EXHIBIT V



Thu, Nov 2 at 3:08 PM

Worked together for 2 years now, stuck with you through all the bullshit & turns out you were the one behind it? Had me fooled lol. Another year I'm struggling because of this, all good though I'll get my get back. Oh & you owe Jeremy 10k left a kid with no money & didn't pay off his car real low of you Marc & Dwight you best believe if I catch y'all on the street I'm popping on y'all