# EXHIBIT W

**11:34**



Josh Aaronson >

Fri, Nov 18 at 2:47 PM

**Anthony- unfortunately, this is about to get very ugly.**