UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

------------------------------------------------x

SUPERB MOTORS INC., TEAM AUTO SALES LLC, ROBERT ANTHONY URRUTIA, 189 SUNRISE HIGHWAY AUTO LLC, NORTHSHORE MOTOR LEASING, LLC, BRIAN CHABRIER, JOSHUA AARONSON, JORY BARON, ASAD KHAN, IRIS BARON REPRESENTATIVE OF THE ESTATE OF DAVID BARON, 1581 HYLAN BLVD AUTO LLC, 1580 HYLAN BLVD AUTO LLC, 1591 HYLAN BLVD AUTO LLC, 1632 HYLAN BLVD AUTO LLC, 1239 HYLAN BLVD AUTO LLC, 2519 HYLAN BLVD AUTO LLC, 76 FISK STREET REALTY LLC, 446 ROUTE 23 AUTO LLC and ISLAND AUTO MANAGEMENT, LLC,

                                        Plaintiffs,

                        - against -

ANTHONY DEO, SARAH DEO, HARRY THOMASSON, DWIGHT BLANKENSHIP, MARC MERCKLING, MICHAEL LAURIE, THOMAS JONES, CPA, CAR BUYERS NYC INC., GOLD COAST CARS OF SYOSSET LLC, GOLD COAST CARS OF SUNRISE LLC, GOLD COAST MOTORS AUTOMOTIVE GROUP LLC, GOLD COAST MOTORS OF LIC LLC, GOLD COAST MOTORS OF ROSLYN LLC, GOLD COAST MOTORS OF SMITHTOWN LLC, UEA PREMIER MOTORS CORP., DLA CAPITAL PARTNERS INC., JONES, LITTLE & CO., CPA'S LLP, FLUSHING BANK, LIBERTAS FUNDING LLC, J.P. MORGAN CHASE BANK, N.A., 189 SUNRISE HWY AUTO LLC, and NORTHSHORE MOTOR LEASING, LLC,

                                        Defendants.

------------------------------------------------x

Case No. 2:23-cv-6188 (JMW)COUNTY

                        Zoom Deposition

                        January 21, 2026
                        10:08 a.m.


        Deposition of Plaintiff, JORY BARON,

pursuant to Court Order and Notice, before

Diana Mitchell, a Notary Public of the State

of New York.

*Rich Moffett Court Reporting, Inc.*

2

A P P E A R A N C E S:

SAGE LEGAL LLC

Attorneys for Plaintiffs Superb Motors,

Inc., Team Auto Sales, LLC and Robert

Anthony Urrutia

        18211 Jamaica Avenue,

        Jamaica, New York 11423-2327

BY:    EMANUEL KATAEV, ESQ.


CYRULI SHANKS & ZIZMOR LLP

Attorneys for Plaintiffs 189 Sunrise Highway

Auto LLC, Northshore Motor Leasing, LLC,

Brian Chabrier, Joshua Aaronson, Jory Baron,

Asad Khan, Iris Baron Representative of the

Estate of David Baron, all Hylan Blvd Auto

LLCs, 76 Fisk Street Realty LLC, 446 Route

23 Auto LLC and Island Auto Management, LLC

        420 Lexington Avenue, Suite 2320

        New York, New York 10170-0002

BY:    RUSSELL SHANKS, ESQ.

3

A P P E A R A N C E S (Cont'd):

HARRY R. THOMASSON, ESQ.

Pro Se Defendant

    3280 Sunrise Highway

    Wantagh, New York 11793


CULLEN & DYKMAN, LLP

Attorneys for Defendant Flushing Bank

    333 Earle Ovington Boulevard

    Uniondale, New York 11553

BY:   ARIEL RONNEBURGER, ESQ.


WEIR, LLP

Attorneys for Defendant Libertas

Funding, LLC

    The Widener Building

    1339 Chestnut Street, Suite 500

    Philadelphia, Pennsylvania 19107

BY:   JEFFREY CIANCIULLI, ESQ.


ALSO PRESENT:
    ALIVIA COONEY, Paralegal
    ANTHONY DEO
    SARAH DEO
    ROBERT ANTHONY URRUTIA

4

      IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties herein, that the filing, sealing and certification of the within deposition be waived.

      IT IS FURTHER STIPULATED AND AGREED that all objections, except as to the form of the question, shall be reserved to the time of the trial.

      IT IS FURTHER STIPULATED AND AGREED that the within deposition may be sworn to and signed before any officer authorized to administer an oath with the same force and effect as if signed and sworn to before the Court.

- oOo -

*Rich Moffett Court Reporting, Inc.*

5

J O R Y    B A R O N, called as a witness, having been duly sworn by a Notary Public, was examined and testified as follows:

THE COURT REPORTER:  Please state your full name for the record.

THE WITNESS:  My name is Jory Baron.

THE COURT REPORTER:  Please state your address for the record.

THE WITNESS:  My address is 21 Wayside Lane, Huntington, New York 11743.

*              *              *

EXAMINATION BY

MR. THOMASSON:

Q    Good morning, Mr. Baron.  My name is Harry Thomasson.  I will be taking your deposition this morning.

Have there been any medication or drugs that you have taken that would impact your ability to provide accurate answers today?

6

A       No, sir.

Q       I want you to know that I had some surgery recently and I'm having a little trouble speaking, so if you have any trouble understanding me, please let me know, I'm happy to rephrase any question that you don't understand, or if my voice is at all troubling, just let me know and I'll try and ask the question another way, okay?

A       No problem.  I hope you're feeling okay.

Q       Thank you.

Mr. Baron, where were you born?

A       Great Neck, New York.

Q       Have you lived here on Long Island your whole life?

A       Except for a brief stint in New Jersey, yes.

Q       What is your date of birth, sir?

A       3/2/88.

Q       That's my birthday.

*Rich Moffett Court Reporting, Inc.*

7

A        Oh, wow, small world.

Q        What are your parents' names, Mr. Baron?

A        Terri Baron and Ron Baron.

Q        Do you have children?

A        Yes, sir.

Q        What are their names?

A        Noah and Riley.

Q        What years were they born?

A        They were born in 2021 and 2023.

Q        Who was David Baron to you?

A        My uncle.

Q        And Iris would be your aunt then?

A        Yes, sir.

Q        Did you go to college?

A        Yes, sir.

Q        Where did you go to college?

A        University of Michigan, and then I transferred to Hofstra University.

Q        Did you get a degree from either of those schools?

A        Hofstra University.

8

Q       What was the degree?

A       Bachelor of Science, Management, Business Management.

Q       Did you go to any schools, other than Hofstra and Michigan?

A       No, sir, unless the NADA Academy counts as schooling for the auto business.

Q       So that was some training you received in the auto business?

A       Yes, sir.

Q       What does NADA stand for?

A       National Automotive Dealer Association.

Q       When did you obtain that training?

A       I can't recall the exact date.

Q       Was it this century?

A       Yes.

Q       Was it in the last ten years?

A       Approximately in that range.

Q       So was it sometime during the 2000 teens?

9

A        Yes, sir, most likely.

Q        How long was that training?

A        It's a year-long program.

Q        Is it in person?

A        It's in person for a week at a time, and then the training continues back at the stores continuously for a year.

Q        How many weeks of training do you have when you have it a week at a time?

A        If I recall correctly, it's six weeks in person.

Q        Are they consecutive?

A        No, sir.

Q        Then there is a periodic training at the stores?

A        Yes, sir.

Q        What stores have you worked in?

A        I've worked in several different locations, specifically, Rockland Hyundai, Yonkers Auto Mall, Baron Nissan, Baron Honda, and from a

10

day-to-day basis, those would be the few that come to the top of mind.

Q    Did you ever work at Northshore Motors?

A    No, sir.

Q    Were you ever an owner of Northshore Motors?

A    No, sir.

Q    Do you have any knowledge about the operation of Northshore Motors?

A    No, sir, not --

Q    Were you an owner of 189 Sunrise Highway?

A    Yes, I am an owner of 189 Sunrise Highway.

Q    When did you first become an owner of 189 Sunrise Highway?

A    I can't recall the exact date, but from the inception.

Q    Was there a time when you received $10,000 from Anthony Deo for 189 Sunrise Highway?

A    Yes, sir.

Q    Did you receive that money

11

into your bank, one or more of your bank accounts?

A    I believe so.

Q    Were you active in the operation of 189 Sunrise?

A    No.

Q    Was there someone from the family that was in charge of 189 Sunrise?

A    In regards to the day-to-day operation?

Q    Regarding the operation of 189 Sunrise Highway, was there someone from the family that was in charge of that for you?

A    Originally my Uncle David.

Q    And then after David died?

A    I cannot recall.  We had several managers.

Q    Was Josh Aaronson involved at all with 189 Sunrise, if you know?

A    He had day-to-day authority after the passing of my uncle.

Q    That was with your knowledge and approval?

12

A        He did have my approval to run day-to-day operations.

Q        Do you know if he had approval from Iris Baron to do so on behalf of the estate of David Baron, if you know?

A        That is a matter between him and my aunt.

Q        Were there any other partners that you had in 189 Sunrise?

A        Yes.

Q        What are their names?

A        Ray Phalon, Brian Chabrier.

Q        Were they involved at all in the operation of 189 Sunrise?

A        I can't recall exactly their function at the store.

Q        Did you ever go there at all yourself?

A        I stopped in time to time.

Q        Did you ever go to Northshore Motors?

A        No, sir, maybe once or twice in my life.

*Rich Moffett Court Reporting, Inc.*

13

Q        Do you know what those one or two visits were for?

A        I can't recall.

Q        Do you know when they took place?

A        No, sir.

Q        Did they take place during the pandemic, if you can recall?

A        No, I can't recall exactly.

Q        Do you have any knowledge of why you would have gone to Northshore Motors?

A        I cannot recall.

Q        Do you hold any interest in Baron Nissan?

A        Yes, sir.

Q        What is that interest?

A        I am 50 percent dealer -- 50 percent owner and dealer principal.

Q        How long have you been the 50 percent owner of Baron Nissan?

A        Since January of 2024.

Q        Did you hold any position at Baron Nissan before that?

14

        A      Yes.

        Q      What position was that?

        A      Several positions prior.

        Q      Were you also a stockholder prior to January of 2024?

        A      The process for ownership started prior to 2024, but I had no stock or position, you know, ownership at that point.

        Q      Was there a written agreement of any type for you to become a stockholder at Baron Nissan?

        A      There's a formal process that Nissan requires.

        Q      I understand that, but within the family with your partners did you have any written contract or agreement of any type for you to become an owner, or was that just strictly between you and Nissan?

        A      No, the legal documentation was required by Nissan to show transfer of ownership.

        Q      And ownership was transferred

15

to you through what, a stock certificate?

A    Yes, sir, stock certificates.

Q    Do you have any memory of any contract between you and any other family members for the stock transfer at Baron Nissan?

A    Contract, I can't recall contract.  It was paperwork that my aunt was aware to have to sign to show that she was aware of the stock transfer.

Q    You're a 50 percent stockholder at Baron Nissan at this time; is that what you said?

A    Currently at this time, yes.

Q    Who owns the other 50 percent?

A    The estate of David Baron.

Q    Are you trying to sell Baron Nissan at this time?

A    Baron Nissan is under contract, yes.

Q    Do you know when that is due to close?

A    It should have happened

16

already.  We are waiting.  Any day.

Q     Do you know if Anthony Deo has a claim of ownership at Baron Nissan?

A     I am aware that that is his claim.

Q     Was the buyer informed of that claim?

A     The buyer did not need to be informed of that claim because it is a false claim.

Q     So as far as you know, the buyer was not informed of that claim; is that right?

A     As far as I am aware, the buyer is not informed of that claim.

Q     Did you know that there was a contract, at least partially signed, for Anthony Deo to purchase Baron Nissan some years ago, did you know that?

A     I do not recall exactly.  I have heard that through this legal process.

Q     Do you know if he paid money for that purchase?

*Rich Moffett Court Reporting, Inc.*

17

A        Not that I am aware of.

Q        Are you married, sir?

A        Yes, sir.

Q        What is your wife's name?

A        Lauren Baron.

Q        How long have you been married?

A        Six years.  It will be seven this July.

Q        Has she ever worked at any of the stores?

A        No, sir.

Q        What was 189 Sunrise Highway doing prior to Anthony Deo paying $50,000 towards that purchase; do you know how it was doing financially?

A        I can't recall.

Q        Did you know that the warranty contracts for 189 Sunrise through Nissan were assigned to Anthony Deo after he paid $50,000 towards that purchase?

MR. SHANKS:  Objection to the form.  The contracts?  You mean the

18

customer contracts or?

MR. THOMASSON:  I'll rephrase the question, Russell.

MR. SHANKS:  Thank you.

Q    Mr. Baron, did you know that there were warranties available at 189 Sunrise through Nissan?

A    Not that I'm aware of.

Q    I'm sorry?

A    Not that I can recall or that I am aware of.  I -- I do know that we sold warranties out of the store, of course.

Q    But you don't know who the provider of the warranties was; is that what you're saying?

A    Not that I can recall.

Q    And in your experience, would there be a contract between the store and the warranty provider to provide warranties?

A    Standard practice.

Q    That's yes?

A    Yes, some form of contract.

*Rich Moffett Court Reporting, Inc.*

19

Q        I am representing to you that that contract was assigned to Anthony Deo for 198 Sunrise, did you know that?

A        Can you please re-ask the question?  It came across a little choppy.

Q        Sure, I'm sorry.  I had some trouble with my computer this morning.  I don't know why.  I'm on my phone.

A        No, no worries.

MR. THOMASSON:  Diana, could you read that back, if you got it?

(Record read.)

MR. SHANKS:  Objection to form that you're representing.

Q        You can answer it, Mr. Baron, if you know.  Did you know that?

A        I'm -- I do not recall or nor am I aware.

Q        Were you ever served with a complaint brought by the Deos that I prepared and filed in September of 2024?

A        I am aware of the complaint. I was actually never formally served

20

anything.

Q    How did you become aware of the complaint?

A    It was many people were served that complaint and notice, so I became aware of it that way.

Q    Do you know who provided the floor plans at 189 Sunrise?

A    I can't recall.

Q    By that I mean what bank or banks provided the floor plans?  That's what I meant by that.

A    No, sir, I can't recall.

Q    You really weren't involved in the operations of 189 Sunrise, were you?

A    No, sir.

Q    Are you aware of any harm that I caused you at 189 Sunrise?

A    I am aware of the harm that was caused, yes, sir, by you and several other people.

Q    What harm did I cause at 189 Sunrise, that you are aware of?

21

A       Helping facilitate some of the fraudulent activities that Anthony Deo performed at that location in regards to his $735,000 loan, the inability to repay customers' -- pay customers' warranties, things like that.

Q       What is it that I did to contribute towards that harm?

A       You helped facilitate and you were aware of what was going on and helped facilitate that with Anthony.

Q       How do you know that?

A       Through knowledge of the partners.

Q       What firsthand knowledge do you have that I caused harm at 189 Sunrise?

A       I have the knowledge through my partners.  I was not involved in the day to day, but I did see the transactions post.

Q       Sir, you were told that I was involved; is that a more accurate way of putting it?

22

A        I was made aware of your involvement, yes.

Q        Who made you aware of it?

A        My partners.

Q        What are their names?

A        Josh Aaronson, Brian Chabrier, Ray Phalon.

Q        They all told you that they have knowledge of something I did at 189 Sunrise that harmed you?

A        I believe it is quite evident of the harm that has been caused at 189 Sunrise by you and Anthony Deo, sir.

Q        Well, can you give me one specific instance that you know of that I caused you harm at 189 Sunrise?

A        The representation for Anthony Deo and the work that you've done in helping to facilitate that and cover up his actions.

Q        So from what you just answered, would you say that my representation of Anthony Deo as his attorney in some way harmed you, is that

23

your allegation?

A    I do not want to insinuate into what you are, lawyer, you know, client privilege is, but...

Q    Well, can you give me one specific instance of the harm that I caused you?

A    The $735,000 --

MR. SHANKS:  Objection. Asked and answered, but go ahead, you could  repeat your answer again, if you like.    It's the third time you asked.

Q    So the $735,000 that Anthony Deo took out for Northshore Motors, there is somehow I did something that harmed 189 Sunrise; is that what you're saying?

A    By being aware of his fraud and helping to facilitate those transactions, yes.

Q    How would I be aware of Anthony Deo's fraud?  Please tell me.

A    You worked directly with him over that course of time, and again, we

24

were very aware of what was going on.

Q    When did you become aware of what was going on?

A    The summons and complaints, and prior thereto, I can't recall exactly the dates, but it was quite evident prior to the summons and complaints that there was issues going on between Anthony Deo and my partners.

Q    What evidence are you aware of that I was aware of whatever was going on between Anthony Deo and your partners?

A    Can you please re-ask or just restate the question?

Q    Sure.

Prior to the litigation that commenced between everyone in these cases, it's your position that there were issues between Anthony Deo and your partners; is that correct?

A    Yes, sir.

Q    With regard to those issues, can you please tell me what it is you think I knew about prior to this

25

litigation starting regarding the issues between Anthony Deo and your partners?

A       My understanding, you were routinely in the locations, working within the locations and were very aware of what was happening.

Q       How many times have I ever been to 189 Sunrise, that you know of?

A       I cannot recall nor am I aware.

Q       How many times was I ever in Northshore Motors, that you are aware of?

A       I cannot give a specific amount.

Q       How many times was I ever in Superb Motors, that you are aware of?

A       I -- I have never met you, so I can't recall in that regard.

Q       Isn't it a fact, Mr. Baron, that you have no firsthand knowledge of my wrongdoing against you?

A       Firsthand knowledge could be taken in several different ways.  I was given that information, and I have seen

26

the information, so it was passed on to me, yes, sir.

Q     What information was passed on to you that indicated to you I had knowledge of wrongdoing committed against you at 189 Sunrise?

A     As I have stated prior, the $735,000 and all the other wrongdoings that was transpired.

Q     What are those wrongdoing?

A     The $735,000, as I have said several times, as well as Mr. Deo not repaying customers, not paying customers' warranties and -- and other transactions.

Q     Okay, well, there are other automobile transactions that took place at these dealerships that you think Anthony Deo committed wrong; is that right?

A     That I --

Q     That's a yes-or-no question.

A     Yes.

Q     Okay.

     What is it that you have seen

27

that indicates I had any knowledge of car sales at either 189 Sunrise or Northshore Motors?

A     I cannot speak to you are aware to car sales.

Q     What knowledge do you have of me having knowledge of payments on floor plans at those two dealerships?  Are you aware that I had any knowledge of floor plan payments?

A     Again, that was a lengthy, wordy question.  I apologize, if I can just ask you to rephrase?

Q     Are you aware that I had anything to do, yes or no, with floor plan payments at 189 Sunrise?

A     As his attorney you would not be handling the floor plan directly.

Q     So would you say that you have no knowledge of me having knowledge of floor plan payments at 189 Sunrise; is that a fair statement?

A     Again, it's just -- please repeat the question.

28

Q      Sure.

Is it fair to say that you have no firsthand knowledge that I was aware of floor plan payments at 189 Sunrise?

A      As I prior stated, I was not involved in the day-to-day business, so I cannot really speak to the floor plan transactions.

Q      So then it would be fair to say that you don't have any knowledge that I was involved in floor plan payments?

MR. SHANKS:  Mr. Thomasson, if I can just ask, you're coming in quick with, like, a follow up, can you make sure he's done with the answer.  Thank you.

MR. THOMASSON:  Sure.

Diana, could I ask you to repeat that?

(Record read.)

MR. SHANKS:  Objection. Asked and answered.

29

Q        That's a yes-or-no question, Mr. Baron.

THE WITNESS:  Russell, you objected, I'm not sure if I --

MR. SHANKS:  It's okay.  Most of my objections are just for the record or for form.  Unless I direct you not to answer, you can proceed with an answer, if you're able to.

THE WITNESS:  I do not want to misspeak or speak when I should not.

Q        I'm just asking you, Mr. Baron, that it's fair to say, is it not, yes or no, that you have no knowledge of my involvement with floor plan payments at 189 Sunrise; that's fair to say, right?

A        As I stated, I was not involved in the day to day of that business.

Q        So therefore, you have no knowledge that I was involved in floor

30

plan payments at that business, right?

    A    As I stated, I do not have firsthand knowledge.

    Q    Thank you.

    And you have no knowledge that I was involved in any car sales at 189 Sunrise, right?

    A    I do not believe you sold any cars, sir.

    Q    Do you allege that I took money out of any 189 Sunrise bank accounts?

    A    I can't speak to that.

    Q    You have no knowledge of me taking money out of bank accounts at 189 Sunrise, do you?

    A    If they said that my -- what I was speaking to was you helping Anthony facilitate those transactions.

    Q    What knowledge do you have that he was communicating with me about those transactions?  Do you have any knowledge that he was communicating with me about those transactions?

31

MR. SHANKS:  Objection.  Two questions in there.

MR. THOMASSON:  Sure.

Q    Do you have any knowledge that he was communicating with me about those transactions, yes or no?

A    No firsthand knowledge.

Q    I'm sorry, what did you say?

A    I said, "No firsthand knowledge."

Q    Of course, it's also true that you would know to what extent I was involved in any harm at Northshore Motors, right?

MR. SHANKS:  Objection as to form.

Jory, just slow down a second.      Objection as to form.

Q    Mr. Baron?

A    I was not involved in Northshore Motors.

Q    So you would have no knowledge of any wrongdoing I committed

32

there, right?

    A       I have no involvement with Northshore Motors.

    Q       Do you have any knowledge of what Marc Merckling did wrong at 189 Sunrise?

    A       I'm not aware as to who Marc Merckling is, sir.

    Q       Are you aware of any --

    A       If it's okay with you, am I allowed to have a sip of my seltzer in between questions?

    Q       Oh, yeah, absolutely, and if you need a break, tell us.

    A       Absolutely.

            MR. THOMASSON:  Diana, could I trouble to read back my last question?

            (Record read.)

    Q       Do you have any knowledge, Mr. Baron, of any wrongdoing committed by Dwight Blankenship at 189 Sunrise?

    A       I'm sorry, I can't recall who that is.

33

Q        So you have no knowledge today, that you can tell me about, about what he supposedly did wrong if you don't know who he is, right?

A        That would be correct.

Q        Do you know someone named Michael Laurie?

A        I cannot recall who that is.

Q        So it would probably be the same answer, you wouldn't have any knowledge yourself of anything Michael Laurie did wrong to 189 Sunrise, right?

A        That again, I'm not sure who that person is, sir.

Q        Did you ever meet Sarah Deo?

A        I believe at least once.

Q        Where was that, do you know?

A        I believe I met her at Northshore Motors one of the times that I was there.

Q        Was it just an introduction?

A        I can't recall the exact circumstance.

Q        Was there any substantive

34

area that was discussed, that you can recall?

Q      No, I can just recall that she was in her office at that location, but again, I can't remember speaking to the circumstances of why I was there.

Q      And you wouldn't have any knowledge of any wrongdoing she committed at 189 Sunrise, would you?

A      She didn't do anything wrong with Anthony at these locations.

Q      But I am asking you about specific knowledge of wrongdoing by Sarah Deo, do you have any specific knowledge of wrongdoing by Sarah Deo at 189 Sunrise?

A      Again, my involvement on the day to day at Sunrise was almost nonexistent.  I do know she did work directly with Anthony.

Q      But in the last three years of litigation, no one has shown you any proof that Sarah Deo did something wrong at 189 Sunrise, did they?

35

A    Well, information, all information has been given to my attorney.

Q    Has anything been given to you to suggest that Sarah Deo did something wrong at 189 Sunrise while you were an owner?

A    Sarah Deo worked directly with Anthony at the locations.

Q    That's it?  Is that all you got for wrongdoing is that she performed work at 189 Sunrise?

A    I am telling you she worked directly with Anthony and what he was doing, sir.

Q    Okay.

Does that mean you have firsthand knowledge of what she did wrong?

A    As I stated prior, I was not involved in the day to day, but I do know she worked extremely closely with her husband at these locations and was --

Q    And Sarah Deo was at 189

36

Sunrise Highway --

MR. SHANKS:  He wasn't finished, Harry.

MR. THOMASSON:  I'm sorry.

Q       Did you have something else to add, Mr. Baron?

MR. SHANKS:  He seemed to have been cut off.

A       Again, I was just stating that I believe everyone knows that Sarah worked directly with her husband. Whether she was physically at that location or not, she worked directly with Anthony in the auto business and in the businesses that he was involved in.

Q       What is it that she did with him, do you know?

A       I do not know her day-to-day activities, but as I said, I remember being in her office specifically at Northshore, so it is quite clear she worked at the location.

Q       Do you have an interest in the Island Auto Group?

37

A        I have a very small interest in the Island Auto Group.

Q        What is that interest?

A        Part ownership of the GMC location.

Q        Where is that location?

A        Staten Island.

Q        Have you ever been involved with a lending group called Condor Capital Corp.?

A        No.

Q        Do you have a brother named Steven Baron?

A        No.

Q        Do you have a relative name Steven Baron?

A        Steven Baron was my uncle.

Q        Is he still alive?

A        No, sir.

Q        Did you know that Josh Aaronson closed Northshore and 189 Sunrise?

A        Josh Aaronson, again, I can't speak to Northshore, but had -- was

38

handling day-to-day operations at 189.

Q     Did you know that Josh Aaronson closed 189 Sunrise?

A     Again, Josh Aaronson had authorization to handle the day-to-day activities at 189 Sunrise.

Q     That's lovely but that's not what I asked you.  I asked you do you know that Josh Aaronson closed 189 Sunrise?

A     Josh Aaronson handled the day to day, and if he closed 189 Sunrise, he closed 189 Sunrise.

Q     Are you under the impression it's still open?

A     No.  You asked me a question, sir, that did he close it, and I'm saying if you are stating that 189 Sunrise is closed, which currently it is, he closed it as he was able to handle the day-to-day operations.

Q     That's all I was asking.

MR. SHANKS:  I'm sorry, is there a question pending?

39

MR. THOMASSON:  No, Russell.

MR. SHANKS:  Okay, got it.

Q      Was there an agreement, that you can recall, in writing for Anthony Deo to purchase 189 Sunrise?

A      I cannot recall the -- I cannot recall that or the exact agreement, but what -- I was going to say if I can elaborate on that?

Q      No, there's no question to you at the moment.  I have another question for you.

Do you know what NESNA is?

A      Yes, sir.

Q      What is NESNA?

A      NESNA is the warranty company, you know, through Nissan.

Q      That's ultimately the contract I was discussing with you earlier with 189 Sunrise, did you know that NESNA contracts were assigned to Anthony Deo?

A      Not that I can recall.

Q      Were you on any bank accounts

40

at 189 Sunrise?

A        It's possible but I cannot recall.

Q        Do you know of anyone who was on the bank accounts at 189 Sunrise?

A        I can't speak exactly.  I can't recall.

Q        Do you know what the last year was you received a K-1 for 189 Sunrise?

A        I can't recall at the time the exact year.

Q        Does 189 Sunrise appear on any of your tax returns since you acquired an interest in it?

A        As an owner of that location, I did file tax returns when it was open.

Q        Well, I'm talking at the moment about your personal tax returns. Are there any personal tax returns you filed indicating that you were an owner of 189 Sunrise?

A        I am an owner of 189 Sunrise, and since the location is closed, there's

41

no reason for me to file taxes or have that included.

Q      I'm not talking about now, I am talking about since you acquired an interest in 189 Sunrise, did you put 189 Sunrise on your personal tax returns as an owner?

A      That is an accounting question, but I did file as owner of 189 Sunrise.

Q      I'm only talking about your personal tax returns.  Are you saying that you have a memory that you have 189 Sunrise on your personal tax returns as an owner?

A      What I am stating is as an owner of the store, I filed a K-1 under 189 Sunrise.  I would have to speak to my accountant on specific accounting questions, sir.

Q      Did you know that I requested tax returns and other documents?

A      I -- not that I am aware of in regards to myself, if that's what

42

you're asking.

Q      Yes.

Do you know the last time that you filed any tax documents indicating ownership of 189 Sunrise?

A      I've always been an owner of 189 Sunrise, and when it was open, I would have filed taxes as I have stated.

Q      Who was responsible for filing the corporate taxes for 189 Sunrise?

A      An accountant.

Q      Do you know what company they worked for?

A      I cannot recall the exact accounting firm at the time.

Q      Could it have been Citrin Cooperman?

A      It could have been.

Q      Is Citrin Cooperman one of your accountants?

A      Yes.

Q      How long have they been one of your accountants?

43

A       I can't recall the exact specific amount of time.

Q       Is Citrin Cooperman an IAG accountant?

A       Not to sound naive, I'm not sure what an IAG accountant is.

Q       Does Citrin Cooperman do any accounting work for IAG, that you know of?

A       IAG, are you referencing Island Auto Group?

Q       Yes.

A       Okay, I believe so.

Q       Did you know that Josh Aaronson approved some tax returns indicating Anthony Deo was the owner of 189 Sunrise, did you know that, yes or no?

A       Can you please repeat the question, sir?

Q       Did you know that Josh Aaronson approved some tax returns that were prepared by Citrin Cooperman at his direction indicating that Anthony Deo was

44

the 99 percent owner of 189 Sunrise; did you know that, yes or no?

A        Not that I can recall.

Q        Did you ever obtain any pandemic relief funds through 189 Sunrise?

MR. SHANKS:  Objection to form.  When you say "you," who are you referring to as the "you"?

MR. THOMASSON:  Mr. Baron.

Q        Have you, Jory Baron, ever received any pandemic relief funds by or through 189 Sunrise?

A        I cannot recall if 189 Sunrise filed for relief loans.  I know several of the businesses, if not all, applied.

Q        So does that mean, yes, you obtained pandemic relief funds by and through 189 Sunrise?

MR. SHANKS:  Objection. Asked and answered.  He says he doesn't recall.

Q        Is that correct, Mr. Baron,

45

you don't know if there were pandemic relief funds that you obtained by and through 189 Sunrise?

A    Again, my involvement was on the day to day was not there, but I do know that most, if not all, stores applied, but I cannot specifically in regards to that location.

Q    Have any of your family, immediate family members, ever worked at 189 Sunrise?

A    No, sir.  My uncle is the only immediate, if that counts.

Q    Since you have been married, has your wife been employed anywhere?

A    No, sir, at the store.  She is -- is employed but not at any of the stores.  My wife is employed.  She works, but she's never worked at any of the stores.

Q    Where does she work?

A    She is a schoolteacher in Great Neck.

Q    Since 2017, what companies

46

have you worked for, Mr. Baron?

A        Baron Nissan, Baron Honda.  I have opened two other preowned locations as well.  Aside from that, I cannot, you know, speak to anything directly.

Q        Were you on the payroll for all four of those businesses?

A        That I -- if we made money, I would make money, so yes.

Q        Did all four of those businesses make money?

A        I have since closed one of those locations.

Q        What location was that?

A        My Centereach Super Center Store.

Q        Do you know when you opened it?

A        I cannot recall the exact date.  It was approximately a year.  This past October it would have -- it would have been.

Q        And within the first year you closed it?

47

        A       Yes, we maintained a lease for approximately two years, but the business did not open for about a year, and it closed approximately a year after opening.

        Q       That's because it was not profitable?

        A       Yes, it's a very rough time in the used car business.

        Q       Have you ever done business with Ally Bank at all, sir?

                Did you hear the question? Can you hear me okay?

        A       I did reply.  Yes.

        Q       Oh, I'm sorry, I didn't hear you say that.  Okay.

                What business did you do with Ally Bank?

        A       Ally Bank, from warranties, floor plan, mortgage lending.

        Q       Have you, in the last three years, spoken to law enforcement about the allegations in these cases involving the Deo defendants?

48

A       No, sir.

Q       No?

A       No.

MR. SHANKS:  Jory, speak up a little bit, it's kind of choppy here.  Thank you.

A       I apologize.  It's the lack of sleep from my daughter being up all night.                    No, sir.

Q       Were there any operating agreements at 189 Sunrise, if you know?

A       I can't recall.

Q       Do you know if there was any account or accounts at 189 Sunrise with Chase Bank?

A       Yes.

Q       How long did 189 Sunrise have accounts with Chase Bank, do you know?

A       I can't recall specifically.

Q       What position did Anthony Deo hold at 189 Sunrise?

A       I can't recall.

Q       Did he have authorization to work at 189 Sunrise from you?

*Rich Moffett Court Reporting, Inc.*

49

A        No.

Q        Do you know if he had authorization to do anything at 189 Sunrise from any of your partners?

A        I can't speak to that.

Q        When did you first find out that Anthony Deo was doing something wrong at 189 Sunrise?

A        I can't recall.

Q        Was that before or after it closed?

A        I can't recall.

Q        I may have asked you this, I am not trying to repeat, do you know who was on the bank accounts at 189 Sunrise?

A        I can't recall specifically.

Q        Do you know if you were?

A        It's possible.

Q        Can you tell me with any specificity what you think Anthony Deo did wrong at 189 Sunrise?

A        As I stated earlier, not paying off floor plan vehicles, not paying customers back, not paying

50

customers' warranties, so on and so forth.

Q      Was there a controller of any type at 189 Sunrise?

A      Yes.

Q      Who were the controllers at 189 Sunrise?

A      I can't recall specifically.

Q      Do you know if they were in any way affiliated with IAG?

A      No, sir, I can't recall.

Q      Who is responsible for paying off cars at a car dealership, isn't that the controller's office?

MR. SHANKS:  Objection as to form.

A      In the auto business it's the job of the manager to make sure that the controller is paying off the vehicles.

Q      Okay.

Could it also be the job of an owner to make sure that the vehicles are getting paid off as well, couldn't it?

51

MR. SHANKS:  Objection.
Calls for speculation.

Q      You can answer.

A      It could be the job of the owner, the sales manager, the manager, but typically, the manager would handle, or the general manager, would handle that day-to-day operation.

Q      So the person in charge of the day-to-day operations is the one who makes sure that the cars get paid off properly; is that right?

A      That would be part of the job.

Q      And at 189 Sunrise after David Baron's death, that was Josh Aaronson, right, isn't that what you told me?

A      Josh Aaronson handled the day-to-day activities as an owner, but he was not at the store managing salespeople, sir.

Q      Uh-huh.
Do you know if there are any

52

reviews of the bank accounts at 189 Sunrise on a daily basis by you or any of your partners?

A       I can't speak for my partners.

Q       So you really didn't know what was going on at 189 Sunrise, you were just a part owner; is that right?

A       As I stated, my day-to-day interactions, they were very limited.

MR. THOMASSON:  I just have to look at something quickly.

Let's take five minutes.

(Recess taken.)

Q       Mr. Baron, was Baron Nissan recently fined $250,000 by the Attorney General of New York?

A       Yes.

Q       What was that for?

A       Lease buyouts.

Q       What does that mean, "lease buyouts"?

A       Every Nissan dealership pretty much in the metro area was served

53

over the matter in regards to the lease buyouts that were handled during the pandemic.

Q       Was that the amount of the fine, $250,000, if you know?

A       Approximately in that range.

MR. SHANKS:  Objection.  Is your question was the fine $250,000 or the settlement?  I didn't hear the question.  I'm sorry, Harry.

MR. THOMASSON:  I think I did ask if it was a fine.

MR. SHANKS:  Okay.

MR. THOMASSON:  But it may have been restitution.

Q       Do you know if it was a fine or restitution, Mr. Baron?

A       The entirety of the settlement was that range.  I can't speak to restitution or fine.

Q       When you received the $10,000 from Mr. Deo in February of 2021, what did you think it was for?

A       It was a down payment for his

54

potential for taking over some of the prior locations.

Q        Do you possess any writing that says that?

A        That it was a down payment, or what are you referring to?

Q        That it was a down payment, do you have any writing that says that it was just a down payment?

A        He had -- he had several obligations that, I believe, he had to fulfill at the time.  I can't recall specifically but --

Q        That's not my question.  I didn't ask you whether there were any obligations.

A        Do I have any writing currently in my possession, no.

MR. THOMASSON:  I have no further questions at this time.

But I wanted to remind everybody that we need to have a meet and confer.

MR. SHANKS:  Okay.

55

          Anyone else?  I will take that as a no.

          MS. RONNEBURGER:  I have no questions.

          MR. SHANKS:  Can we release Jory?

          MR. THOMASSON:  Sure, absolutely.

          MR. SHANKS:  Thank you, Mr. Baron.

          THE WITNESS:  Thank you for your time.

          (Time noted:  11:11 a.m.)

56

A C K N O W L E D G M E N T


STATE OF NEW YORK   )
                         :ss
COUNTY OF            )


            I, JORY BARON, hereby certify
    that I have read the transcript of my
    testimony taken under oath in my
    deposition of January 21, 2026; that
    the transcript is a true, complete and
    correct record of my testimony, and
    that the answers on the record as
    given by me are true and correct.



                    _____
                         JORY BARON



Signed and subscribed to before
me, this            day
of                   , 2026.


_____
Notary Public, State of New York

57

----------------I N D E X--------------------

| WITNESS | EXAMINATION BY | PAGE |
|---------|---------------|------|
| JORY BARON | MR. THOMASSON | 5 |

58

CERTIFICATE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NASSAU     )

I, Diana Mitchell, a Notary Public within and for the State of New York, do hereby certify:

That JORY BARON, the witness whose deposition is hereinbefore set forth, was duly sworn by me and that such deposition is a true record of the testimony given by such witness.

I further certify that I am not related to any of the parties to this action by blood or marriage; and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 30th day of January, 2026.

*Diana Mitchell*
------------------------
DIANA MITCHELL

## $

**$10,000** [2] - 10:22, 53:22
**$250,000** [3] - 52:17, 53:6, 53:9
**$50,000** [2] - 17:15, 17:22
**$735,000** [5] - 21:5, 23:9, 23:15, 26:9, 26:12

## 1

**10170-0002** [1] - 2:20
**10:08** [1] - 1:20
**11423-2327** [1] - 2:8
**11553** [1] - 3:11
**11743** [1] - 5:15
**11793** [1] - 3:6
**11:11** [1] - 55:14
**1239** [1] - 1:8
**1339** [1] - 3:18
**1580** [1] - 1:7
**1581** [1] - 1:6
**1591** [1] - 1:7
**1632** [1] - 1:7
**18211** [1] - 2:7
**189** [90] - 1:4, 1:17, 2:12, 10:13, 10:15, 10:18, 10:22, 11:6, 11:9, 11:13, 11:21, 12:11, 12:16, 17:14, 17:20, 18:7, 20:9, 20:16, 20:20, 20:24, 21:17, 22:10, 22:13, 22:17, 23:18, 25:9, 26:7, 27:3, 27:17, 27:22, 28:5, 29:19, 30:8, 30:12, 30:16, 32:6, 32:23, 33:13, 34:10, 34:16, 34:25, 35:7, 35:13, 35:25, 37:22, 38:2, 38:4, 38:7, 38:10, 38:13, 38:14, 38:19, 39:6, 39:21, 40:2, 40:6, 40:10, 40:14, 40:23, 40:24, 41:6, 41:10, 41:14, 41:19, 42:6, 42:8, 42:11, 43:18, 44:2, 44:6, 44:14, 44:15, 44:21, 45:4, 45:12, 48:12, 48:15, 48:18, 48:22, 48:25, 49:4, 49:9, 49:16, 49:22, 50:5, 50:8, 51:16, 52:2, 52:8
**19107** [1] - 3:19
**198** [1] - 19:4

## 2

**2000** [1] - 8:25
**2017** [1] - 45:25
**2021** [2] - 7:11, 53:23
**2023** [1] - 7:12
**2024** [4] - 13:23, 14:6, 14:8, 19:23
**2026** [4] - 1:20, 56:10, 56:22, 58:21
**21** [3] - 1:20, 5:14, 56:10
**23** [2] - 1:9, 2:18
**2320** [1] - 2:19
**2519** [1] - 1:8
**2:23-cv-6188** [1] - 1:10

## 3

**3/2/88** [1] - 6:24
**30th** [1] - 58:20
**3280** [1] - 3:5
**333** [1] - 3:10

## 4

**420** [1] - 2:19
**446** [2] - 1:8, 2:17

## 5

**5** [1] - 57:4
**50** [5] - 13:19, 13:21, 15:12, 15:16
**500** [1] - 3:18

## 7

**76** [2] - 1:8, 2:17

## 9

**99** [1] - 44:2

## A

**a.m** [2] - 1:20, 55:14
**AARONSON** [1] - 1:5
**Aaronson** [13] - 2:14, 11:20, 22:7, 37:22, 37:24, 38:4, 38:5, 38:10, 38:12, 43:16, 43:23, 51:18, 51:20
**ability** [1] - 5:24
**able** [2] - 29:11, 38:21
**absolutely** [3] - 32:14, 32:16, 55:9
**Academy** [1] - 8:8
**account** [1] - 48:15
**accountant** [4] -

41:20, 42:13, 43:5, 43:7
**accountants** [2] - 42:22, 42:25
**accounting** [4] - 41:9, 41:20, 42:17, 43:9
**accounts** [9] - 11:3, 30:13, 30:16, 39:25, 40:6, 48:15, 48:19, 49:16, 52:2
**accurate** [2] - 5:25, 21:24
**acquired** [2] - 40:16, 41:5
**action** [1] - 58:16
**actions** [1] - 22:21
**active** [1] - 11:5
**activities** [4] - 21:3, 36:20, 38:7, 51:21
**add** [1] - 36:7
**address** [2] - 5:12, 5:13
**administer** [1] - 4:16
**affiliated** [1] - 50:11
**ago** [1] - 16:20
**AGREED** [3] - 4:3, 4:9, 4:14
**agreement** [4] - 14:11, 14:18, 39:4, 39:9
**agreements** [1] - 48:12
**ahead** [1] - 23:11
**alive** [1] - 37:19
**ALIVIA** [1] - 3:22
**allegation** [1] - 23:2
**allegations** [1] - 47:24
**allege** [1] - 30:11
**allowed** [1] - 32:12
**Ally** [3] - 47:12, 47:19, 47:20
**almost** [1] - 34:19
**ALSO** [1] - 3:22
**amount** [3] - 25:15, 43:3, 53:5
**AND** [3] - 4:2, 4:8, 4:13
**answer** [7] - 19:17, 23:12, 28:19, 29:9, 29:10, 33:11, 51:4
**answered** [4] - 22:23, 23:11, 28:25, 44:23
**answers** [2] - 5:25, 56:13
**ANTHONY** [4] - 1:4, 1:11, 3:23, 3:24
**Anthony** [32] - 2:6, 10:22, 16:3, 16:19, 17:15, 17:21, 19:3, 21:3, 21:12, 22:14, 22:19, 22:24, 23:15,

23:23, 24:9, 24:13, 24:20, 25:3, 26:19, 30:19, 34:12, 34:21, 35:10, 35:15, 36:15, 39:5, 39:23, 43:17, 43:25, 48:21, 49:8, 49:21
**apologize** [2] - 27:13, 48:8
**appear** [1] - 40:14
**applied** [2] - 44:18, 45:8
**approval** [3] - 11:25, 12:2, 12:5
**approved** [2] - 43:16, 43:23
**area** [2] - 34:2, 52:25
**ARIEL** [1] - 3:12
**Asad** [1] - 2:15
**ASAD** [1] - 1:6
**aside** [1] - 46:5
**assigned** [3] - 17:21, 19:3, 39:22
**Association** [1] - 8:15
**Attorney** [1] - 52:17
**attorney** [3] - 22:25, 27:18, 35:4
**Attorneys** [4] - 2:4, 2:12, 3:9, 3:15
**attorneys** [1] - 4:3
**aunt** [3] - 7:15, 12:9, 15:9
**authority** [1] - 11:22
**authorization** [3] - 38:6, 48:24, 49:4
**authorized** [1] - 4:16
**auto** [4] - 8:8, 8:11, 36:15, 50:18
**Auto** [9] - 2:5, 2:13, 2:16, 2:18, 9:24, 36:25, 37:3, 43:12
**AUTO** [11] - 1:4, 1:5, 1:6, 1:7, 1:7, 1:8, 1:8, 1:9, 1:17
**automobile** [1] - 26:17
**AUTOMOTIVE** [1] - 1:14
**Automotive** [1] - 8:14
**available** [1] - 18:7
**Avenue** [2] - 2:7, 2:19
**aware** [34] - 15:10, 15:11, 16:5, 16:15, 17:2, 18:9, 18:12, 19:20, 19:24, 20:3, 20:7, 20:19, 20:21, 20:25, 21:11, 22:2, 22:4, 23:19, 23:22, 24:2, 24:3, 24:11, 24:12, 25:6, 25:11, 25:13, 25:17, 27:6,

27:10, 27:15, 28:5, 32:8, 32:10, 41:24

## B

**bachelor** [1] - 8:3
**bank** [9] - 11:2, 20:11, 30:12, 30:16, 39:25, 40:6, 49:16, 52:2
**BANK** [2] - 1:16, 1:17
**Bank** [6] - 3:9, 47:12, 47:19, 47:20, 48:16, 48:19
**banks** [1] - 20:12
**BARON** [8] - 1:5, 1:6, 1:6, 1:22, 56:7, 56:18, 57:4, 58:9
**Baron** [47] - 2:14, 2:15, 2:16, 5:10, 5:19, 6:15, 7:4, 7:5, 7:13, 9:25, 12:5, 12:6, 13:16, 13:22, 13:25, 14:13, 15:6, 15:13, 15:18, 15:19, 15:21, 16:4, 16:19, 17:6, 18:6, 19:17, 25:20, 29:3, 29:16, 31:21, 32:22, 36:7, 37:14, 37:17, 37:18, 44:11, 44:12, 44:25, 46:2, 46:3, 52:16, 53:18, 55:11
**Baron's** [1] - 51:17
**basis** [2] - 10:2, 52:3
**became** [1] - 20:7
**become** [5] - 10:17, 14:12, 14:19, 20:3, 24:3
**behalf** [1] - 12:6
**between** [11] - 4:3, 12:8, 14:20, 15:5, 18:20, 24:9, 24:13, 24:18, 24:20, 25:3, 32:13
**birth** [1] - 6:22
**birthday** [1] - 6:25
**bit** [1] - 48:6
**BLANKENSHIP** [1] - 1:12
**Blankenship** [1] - 32:23
**blood** [1] - 58:16
**Blvd** [1] - 2:16
**BLVD** [6] - 1:6, 1:7, 1:7, 1:8
**born** [3] - 6:16, 7:10, 7:11
**Boulevard** [1] - 3:10
**break** [1] - 32:15
**BRIAN** [1] - 1:5

*Rich Moffett Court Reporting, Inc.*

**Brian** [3] - 2:14, 12:14, 22:7
**brief** [1] - 6:20
**brother** [1] - 37:13
**brought** [1] - 19:22
**Building** [1] - 3:17
**Business** [1] - 8:4
**business** [11] - 8:9, 8:11, 28:8, 29:23, 30:2, 36:15, 47:4, 47:10, 47:11, 47:18, 50:18
**businesses** [4] - 36:16, 44:17, 46:8, 46:12
**but..** [1] - 23:5
**buyer** [4] - 16:7, 16:9, 16:13, 16:16
**BUYERS** [1] - 1:12
**buyouts** [3] - 52:21, 52:23, 53:3
**BY** [6] - 2:9, 2:21, 3:12, 3:20, 5:17, 57:3

**C**

**cannot** [15] - 11:18, 13:14, 25:10, 25:14, 27:5, 28:9, 33:9, 39:7, 39:8, 40:3, 42:16, 44:15, 45:8, 46:5, 46:20
**CAPITAL** [1] - 1:15
**Capital** [1] - 37:11
**car** [5] - 27:2, 27:6, 30:7, 47:10, 50:14
**CAR** [1] - 1:12
**cars** [3] - 30:10, 50:14, 51:12
**CARS** [2] - 1:13, 1:13
**Case** [1] - 1:10
**cases** [2] - 24:19, 47:24
**caused** [6] - 20:20, 20:22, 21:17, 22:13, 22:17, 23:8
**Center** [1] - 46:16
**Centereach** [1] - 46:16
**century** [1] - 8:20
**certificate** [1] - 15:2
**certificates** [1] - 15:3
**certification** [1] - 4:6
**certify** [3] - 56:7, 58:8, 58:14
**Chabrier** [3] - 2:14, 12:14, 22:8
**CHABRIER** [1] - 1:5
**charge** [3] - 11:9, 11:14, 51:10

**CHASE** [1] - 1:17
**Chase** [2] - 48:16, 48:19
**Chestnut** [1] - 3:18
**children** [1] - 7:6
**choppy** [2] - 19:7, 48:6
**CIANCIULLI** [1] - 3:20
**circumstance** [1] - 33:24
**circumstances** [1] - 34:7
**Citrin** [5] - 42:18, 42:21, 43:4, 43:8, 43:24
**claim** [7] - 16:4, 16:6, 16:8, 16:10, 16:11, 16:13, 16:16
**clear** [1] - 36:22
**client** [1] - 23:5
**close** [2] - 15:24, 38:18
**closed** [12] - 37:22, 38:4, 38:10, 38:13, 38:14, 38:20, 40:25, 46:13, 46:25, 47:5, 49:12
**closely** [1] - 35:23
**CO** [1] - 1:16
**COAST** [6] - 1:13, 1:13, 1:14, 1:14, 1:15
**college** [2] - 7:18, 7:20
**coming** [1] - 28:16
**commenced** [1] - 24:18
**committed** [5] - 26:6, 26:19, 31:25, 32:22, 34:9
**communicating** [3] - 30:22, 30:24, 31:6
**companies** [1] - 45:25
**company** [2] - 39:18, 42:14
**complaint** [4] - 19:22, 19:24, 20:4, 20:6
**complaints** [2] - 24:5, 24:8
**complete** [1] - 56:11
**computer** [1] - 19:9
**Condor** [1] - 37:10
**confer** [1] - 54:24
**consecutive** [1] - 9:15
**Cont'd** [1] - 3:2
**continues** [1] - 9:7
**continuously** [1] - 9:8
**contract** [10] - 14:18, 15:5, 15:8, 15:9, 15:22, 16:18, 18:20, 18:25, 19:3, 39:20

**contracts** [4] - 17:20, 17:25, 18:2, 39:22
**contribute** [1] - 21:9
**controller** [2] - 50:4, 50:20
**controller's** [1] - 50:15
**controllers** [1] - 50:7
**COONEY** [1] - 3:22
**Cooperman** [5] - 42:19, 42:21, 43:4, 43:8, 43:24
**CORP** [1] - 1:15
**Corp** [1] - 37:11
**corporate** [1] - 42:11
**correct** [5] - 24:21, 33:6, 44:25, 56:12, 56:14
**correctly** [1] - 9:13
**counts** [2] - 8:8, 45:14
**COUNTY** [2] - 56:5, 58:4
**course** [3] - 18:14, 23:25, 31:12
**COURT** [3] - 1:2, 5:6, 5:11
**Court** [2] - 1:23, 4:19
**cover** [1] - 22:20
**CPA** [1] - 1:12
**CPA'S** [1] - 1:16
**CULLEN** [1] - 3:8
**customer** [1] - 18:2
**customers** [2] - 26:14, 49:25
**customers'** [4] - 21:6, 26:14, 50:2
**cut** [1] - 36:9
**CYRULI** [1] - 2:11

**D**

**daily** [1] - 52:3
**date** [4] - 6:22, 8:19, 10:20, 46:21
**dates** [1] - 24:7
**daughter** [1] - 48:9
**DAVID** [1] - 1:6
**David** [7] - 2:16, 7:13, 11:16, 11:17, 12:6, 15:18, 51:17
**day-to-day** [13] - 10:2, 11:10, 11:22, 12:3, 28:8, 36:19, 38:2, 38:6, 38:22, 51:9, 51:11, 51:21, 52:10
**dealer** [2] - 13:19, 13:20
**Dealer** [1] - 8:14
**dealership** [2] - 50:14, 52:24
**dealerships** [2] -

26:18, 27:9
**death** [1] - 51:17
**Defendant** [3] - 3:4, 3:9, 3:15
**Defendants** [1] - 1:18
**defendants** [1] - 47:25
**degree** [2] - 7:23, 8:2
**DEO** [4] - 1:11, 3:23, 3:23
**Deo** [33] - 10:22, 16:3, 16:19, 17:15, 17:22, 19:3, 21:4, 22:14, 22:19, 22:24, 23:16, 24:9, 24:13, 24:20, 25:3, 26:13, 26:19, 33:16, 34:15, 34:16, 34:24, 35:6, 35:9, 35:25, 39:6, 39:23, 43:17, 43:25, 47:25, 48:21, 49:8, 49:21, 53:23
**Deo's** [1] - 23:23
**Deos** [1] - 19:22
**deposition** [6] - 4:6, 4:14, 5:21, 56:10, 58:10, 58:12
**Deposition** [2] - 1:19, 1:22
**DIANA** [1] - 58:24
**Diana** [6] - 1:24, 19:12, 28:21, 32:17, 58:6, 58:23
**died** [1] - 11:17
**different** [2] - 9:23, 25:24
**direct** [1] - 29:9
**direction** [1] - 43:25
**directly** [8] - 23:24, 27:19, 34:21, 35:9, 35:15, 36:12, 36:14, 46:6
**discussed** [1] - 34:2
**discussing** [1] - 39:20
**DISTRICT** [2] - 1:2, 1:3
**DLA** [1] - 1:15
**documentation** [1] - 14:22
**documents** [2] - 41:23, 42:5
**done** [3] - 22:19, 28:18, 47:11
**down** [5] - 31:18, 53:25, 54:6, 54:8, 54:10
**drugs** [1] - 5:23
**due** [1] - 15:23
**duly** [2] - 5:3, 58:11
**during** [3] - 8:24, 13:8, 53:3
**DWIGHT** [1] - 1:12

**Dwight** [1] - 32:23
**DYKMAN** [1] - 3:8

**E**

**Earle** [1] - 3:10
**EASTERN** [1] - 1:3
**effect** [1] - 4:17
**either** [2] - 7:24, 27:3
**elaborate** [1] - 39:10
**EMANUEL** [1] - 2:9
**employed** [3] - 45:16, 45:18, 45:19
**enforcement** [1] - 47:23
**entirety** [1] - 53:19
**ESQ** [5] - 2:9, 2:21, 3:3, 3:12, 3:20
**estate** [2] - 12:6, 15:18
**ESTATE** [1] - 1:6
**Estate** [1] - 2:16
**evidence** [1] - 24:11
**evident** [2] - 22:12, 24:7
**exact** [8] - 8:18, 10:19, 33:23, 39:8, 40:13, 42:16, 43:2, 46:20
**exactly** [5] - 12:17, 13:10, 16:21, 24:6, 40:7
**EXAMINATION** [2] - 5:17, 57:3
**examined** [1] - 5:4
**except** [2] - 4:9, 6:20
**experience** [1] - 18:19
**extent** [1] - 31:13
**extremely** [1] - 35:23

**F**

**facilitate** [6] - 21:2, 21:10, 21:12, 22:20, 23:20, 30:20
**fact** [1] - 25:20
**fair** [5] - 27:23, 28:3, 28:11, 29:16, 29:19
**false** [1] - 16:11
**family** [6] - 11:9, 11:14, 14:17, 15:5, 45:10, 45:11
**far** [2] - 16:12, 16:15
**February** [1] - 53:23
**few** [1] - 10:2
**file** [3] - 40:18, 41:2, 41:10
**filed** [6] - 19:23, 40:22, 41:18, 42:5, 42:9, 44:16
**filing** [2] - 4:5, 42:11
**financially** [1] - 17:17

fine [5] - 53:6, 53:9, 53:13, 53:17, 53:21
fined [1] - 52:17
finished [1] - 36:4
firm [1] - 42:17
first [3] - 10:17, 46:24, 49:7
firsthand [8] - 21:16, 25:21, 25:23, 28:4, 30:4, 31:8, 31:10, 35:19
FISK [1] - 1:8
Fisk [1] - 2:17
five [1] - 52:14
floor [14] - 20:9, 20:12, 27:8, 27:10, 27:16, 27:19, 27:22, 28:5, 28:9, 28:13, 29:18, 29:25, 47:21, 49:24
FLUSHING [1] - 1:16
Flushing [1] - 3:9
follow [1] - 28:17
follows [1] - 5:5
force [1] - 4:17
form [9] - 4:10, 17:25, 18:25, 19:16, 29:8, 31:17, 31:20, 44:9, 50:17
formal [1] - 14:14
formally [1] - 19:25
forth [2] - 50:3, 58:11
four [2] - 46:8, 46:11
fraud [2] - 23:19, 23:23
fraudulent [1] - 21:3
fulfill [1] - 54:13
full [1] - 5:7
function [1] - 12:18
Funding [1] - 3:16
FUNDING [1] - 1:16
funds [4] - 44:6, 44:13, 44:20, 45:3
FURTHER [2] - 4:8, 4:13

**G**

general [1] - 51:8
General [1] - 52:18
given [5] - 25:25, 35:3, 35:5, 56:14, 58:13
GMC [1] - 37:5
GOLD [6] - 1:13, 1:13, 1:14, 1:14, 1:15
Great [2] - 6:17, 45:24
GROUP [1] - 1:14
Group [3] - 36:25, 37:3, 43:12
group [1] - 37:10

**H**

hand [1] - 58:20
handle [4] - 38:6, 38:21, 51:7, 51:8
handled [3] - 38:12, 51:20, 53:3
handling [2] - 27:19, 38:2
happy [1] - 6:7
harm [9] - 20:19, 20:21, 20:24, 21:9, 21:17, 22:13, 22:17, 23:7, 31:14
harmed [3] - 22:11, 22:25, 23:17
HARRY [2] - 1:11, 3:3
Harry [3] - 5:20, 36:4, 53:11
hear [4] - 47:13, 47:14, 47:16, 53:10
heard [1] - 16:22
helped [2] - 21:10, 21:12
helping [4] - 21:2, 22:20, 23:20, 30:19
HEREBY [1] - 4:2
hereby [2] - 56:7, 58:8
herein [1] - 4:4
hereinbefore [1] - 58:10
hereunto [1] - 58:20
Highway [9] - 2:12, 3:5, 10:14, 10:16, 10:18, 10:23, 11:13, 17:14, 36:2
HIGHWAY [1] - 1:4
Hofstra [3] - 7:22, 7:25, 8:6
hold [3] - 13:15, 13:24, 48:22
Honda [2] - 9:25, 46:3
hope [1] - 6:12
Huntington [1] - 5:14
husband [2] - 35:24, 36:12
HWY [1] - 1:17
HYLAN [6] - 1:6, 1:7, 1:7, 1:8
Hylan [1] - 2:16
Hyundai [1] - 9:24

**I**

IAG [5] - 43:4, 43:7, 43:9, 43:11, 50:11
immediate [2] - 45:11, 45:14
impact [1] - 5:24
impression [1] - 38:15

IN [1] - 58:19
inability [1] - 21:5
Inc [1] - 2:5
INC [3] - 1:4, 1:13, 1:16
inception [1] - 10:20
included [1] - 41:3
indicated [1] - 26:5
indicates [1] - 27:2
indicating [4] - 40:22, 42:6, 43:17, 43:25
information [5] - 25:25, 26:2, 26:4, 35:2, 35:3
informed [4] - 16:7, 16:10, 16:13, 16:16
insinuate [1] - 23:3
instance [2] - 22:16, 23:7
interactions [1] - 52:11
interest [7] - 13:15, 13:18, 36:24, 37:2, 37:4, 40:16, 41:6
interested [1] - 58:17
introduction [1] - 33:22
involved [15] - 11:20, 12:15, 20:15, 21:20, 21:24, 28:8, 28:13, 29:22, 29:25, 30:7, 31:14, 31:22, 35:22, 36:16, 37:9
involvement [5] - 22:3, 29:18, 32:3, 34:18, 45:5
involving [1] - 47:24
Iris [3] - 2:15, 7:15, 12:5
IRIS [1] - 1:6
IS [3] - 4:2, 4:8, 4:13
Island [6] - 2:18, 6:19, 36:25, 37:3, 37:8, 43:12
ISLAND [1] - 1:9
issues [4] - 24:9, 24:20, 24:23, 25:2
IT [3] - 4:2, 4:8, 4:13

**J**

J.P [1] - 1:16
Jamaica [2] - 2:7, 2:8
January [5] - 1:20, 13:23, 14:6, 56:10, 58:21
JEFFREY [1] - 3:20
Jersey [1] - 6:21
JMW)COUNTY [1] - 1:11

job [4] - 50:19, 50:22, 51:5, 51:15
JONES [2] - 1:12, 1:16
JORY [6] - 1:5, 1:22, 56:7, 56:18, 57:4, 58:9
Jory [6] - 2:14, 5:9, 31:18, 44:12, 48:5, 55:7
Josh [12] - 11:20, 22:7, 37:21, 37:24, 38:3, 38:5, 38:10, 38:12, 43:15, 43:22, 51:17, 51:20
Joshua [1] - 2:14
JOSHUA [1] - 1:5
July [1] - 17:10

**K**

K-1 [2] - 40:10, 41:18
KATAEV [1] - 2:9
KHAN [1] - 1:6
Khan [1] - 2:15
kind [1] - 48:6
knowledge [37] - 10:10, 11:24, 13:11, 21:14, 21:16, 21:19, 22:10, 25:21, 25:23, 26:6, 27:2, 27:7, 27:8, 27:10, 27:21, 28:4, 28:12, 29:18, 29:25, 30:4, 30:6, 30:15, 30:21, 30:24, 31:5, 31:8, 31:11, 31:25, 32:5, 32:21, 33:2, 33:12, 34:9, 34:14, 34:15, 35:19
knows [1] - 36:11

**L**

lack [1] - 48:8
Lane [1] - 5:14
last [6] - 8:22, 32:18, 34:22, 40:9, 42:4, 47:22
Lauren [1] - 17:6
LAURIE [1] - 1:12
Laurie [2] - 33:8, 33:13
law [1] - 47:23
lawyer [1] - 23:4
lease [4] - 47:2, 52:21, 52:22, 53:2
LEASING [2] - 1:5, 1:17
Leasing [1] - 2:13
least [2] - 16:18, 33:17
LEGAL [1] - 2:3

legal [2] - 14:22, 16:22
lending [2] - 37:10, 47:21
lengthy [1] - 27:12
Lexington [1] - 2:19
LIBERTAS [1] - 1:16
Libertas [1] - 3:15
LIC [1] - 1:14
life [2] - 6:19, 12:25
likely [1] - 9:2
limited [1] - 52:11
litigation [3] - 24:17, 25:2, 34:23
LITTLE [1] - 1:16
lived [1] - 6:18
LLC [29] - 1:4, 1:5, 1:7, 1:7, 1:8, 1:8, 1:9, 1:9, 1:13, 1:13, 1:14, 1:14, 1:15, 1:16, 1:17, 2:3, 2:5, 2:13, 2:17, 2:18, 3:16
LLCs [1] - 2:17
LLP [4] - 1:16, 2:11, 3:8, 3:14
loan [1] - 21:5
loans [1] - 44:16
location [10] - 21:4, 34:5, 36:14, 36:23, 37:6, 37:7, 40:17, 40:25, 45:9, 46:15
locations [9] - 9:23, 25:5, 25:6, 34:12, 35:10, 35:24, 46:4, 46:14, 54:3
look [1] - 52:13
lovely [1] - 38:8

**M**

maintained [1] - 47:2
Mall [1] - 9:24
Management [3] - 2:18, 8:4
MANAGEMENT [1] - 1:9
manager [5] - 50:19, 51:6, 51:7, 51:8
managers [1] - 11:19
managing [1] - 51:22
Marc [2] - 32:6, 32:8
MARC [1] - 1:12
marriage [1] - 58:16
married [3] - 17:3, 17:8, 45:15
matter [3] - 12:8, 53:2, 58:18
mean [5] - 17:25, 20:11, 35:18, 44:19, 52:22

**meant** [1] - 20:13
**medication** [1] - 5:23
**meet** [2] - 33:16, 54:24
**members** [2] - 15:6, 45:11
**memory** [2] - 15:4, 41:14
**MERCKLING** [1] - 1:12
**Merckling** [2] - 32:6, 32:9
**met** [2] - 25:18, 33:19
**metro** [1] - 52:25
**Michael** [2] - 33:8, 33:12
**MICHAEL** [1] - 1:12
**Michigan** [2] - 7:21, 8:6
**mind** [1] - 10:3
**minutes** [1] - 52:14
**misspeak** [1] - 29:13
**MITCHELL** [1] - 58:24
**Mitchell** [3] - 1:24, 58:6, 58:23
**moment** [2] - 39:12, 40:20
**money** [7] - 10:25, 16:24, 30:12, 30:16, 46:9, 46:10, 46:12
**MORGAN** [1] - 1:17
**morning** [3] - 5:19, 5:21, 19:9
**mortgage** [1] - 47:21
**most** [3] - 9:2, 29:6, 45:7
**Motor** [1] - 2:13
**MOTOR** [2] - 1:5, 1:17
**Motors** [14] - 2:4, 10:5, 10:8, 10:11, 12:23, 13:13, 23:16, 25:13, 25:17, 27:4, 31:15, 31:23, 32:4, 33:20
**MOTORS** [6] - 1:4, 1:13, 1:14, 1:14, 1:15, 1:15
**MR** [38] - 5:18, 17:24, 18:3, 18:5, 19:12, 19:15, 23:10, 28:15, 28:20, 28:24, 29:6, 31:2, 31:4, 31:16, 32:17, 36:3, 36:5, 36:8, 38:24, 39:2, 39:3, 44:8, 44:11, 44:22, 48:5, 50:16, 51:2, 52:12, 53:8, 53:12, 53:14, 53:15, 54:20, 54:25, 55:6, 55:8, 55:10, 57:4
**MS** [1] - 55:4

# N

**N.A** [1] - 1:17
**NADA** [2] - 8:7, 8:13
**naive** [1] - 43:6
**name** [5] - 5:7, 5:9, 5:20, 17:5, 37:16
**named** [2] - 33:7, 37:13
**names** [4] - 7:3, 7:8, 12:13, 22:6
**NASSAU** [1] - 58:4
**national** [1] - 8:14
**Neck** [2] - 6:17, 45:24
**need** [3] - 16:9, 32:15, 54:23
**NESNA** [4] - 39:14, 39:16, 39:17, 39:22
**never** [3] - 19:25, 25:18, 45:20
**NEW** [3] - 1:3, 56:4, 58:3
**New** [12] - 1:25, 2:8, 2:20, 3:6, 3:11, 5:14, 6:17, 6:21, 52:18, 56:24, 58:7
**night** [1] - 48:10
**Nissan** [20] - 9:25, 13:16, 13:22, 13:25, 14:13, 14:15, 14:21, 14:23, 15:7, 15:13, 15:20, 15:21, 16:4, 16:19, 17:21, 18:8, 39:18, 46:3, 52:16, 52:24
**Noah** [1] - 7:9
**nonexistent** [1] - 34:20
**Northshore** [16] - 2:13, 10:5, 10:8, 10:11, 12:22, 13:12, 23:16, 25:13, 27:3, 31:14, 31:23, 32:4, 33:20, 36:22, 37:22, 37:25
**NORTHSHORE** [2] - 1:5, 1:17
**Notary** [4] - 1:24, 5:4, 56:24, 58:6
**noted** [1] - 55:14
**notice** [1] - 20:6
**Notice** [1] - 1:23
**NYC** [1] - 1:12

# O

**oath** [2] - 4:17, 56:9
**objected** [1] - 29:5
**objection** [12] - 17:24, 19:15, 23:10, 28:24, 31:2, 31:16, 31:19, 44:8, 44:22, 50:16, 51:2, 53:8
**objections** [2] - 4:9, 29:7
**obligations** [2] - 54:12, 54:17
**obtain** [2] - 8:16, 44:5
**obtained** [2] - 44:20, 45:3
**October** [1] - 46:22
**OF** [12] - 1:3, 1:6, 1:6, 1:13, 1:13, 1:14, 1:14, 1:15, 56:4, 56:5, 58:3, 58:4
**office** [3] - 34:5, 36:21, 50:15
**officer** [1] - 4:16
**once** [2] - 12:24, 33:17
**one** [10] - 11:2, 13:2, 22:15, 23:6, 33:20, 34:23, 42:21, 42:24, 46:13, 51:11
**oOo** [1] - 4:21
**open** [4] - 38:16, 40:18, 42:8, 47:4
**opened** [2] - 46:4, 46:18
**opening** [1] - 47:6
**operating** [1] - 48:11
**operation** [6] - 10:11, 11:6, 11:11, 11:12, 12:16, 51:9
**operations** [5] - 12:3, 20:16, 38:2, 38:22, 51:11
**Order** [1] - 1:23
**originally** [1] - 11:16
**outcome** [1] - 58:17
**Ovington** [1] - 3:10
**owner** [22] - 10:7, 10:13, 10:15, 10:18, 13:20, 13:22, 14:19, 35:8, 40:17, 40:22, 40:24, 41:8, 41:10, 41:16, 41:18, 42:7, 43:17, 44:2, 50:23, 51:6, 51:21, 52:9
**ownership** [7] - 14:7, 14:9, 14:24, 14:25, 16:4, 37:5, 42:6
**owns** [1] - 15:16

# P

**PAGE** [1] - 57:3
**paid** [4] - 16:24, 17:22, 50:24, 51:12
**pandemic** [6] - 13:9, 44:6, 44:13, 44:20, 45:2, 53:4
**paperwork** [1] - 15:9
**Paralegal** [1] - 3:22
**parents'** [1] - 7:3
**part** [3] - 37:5, 51:14, 52:9
**partially** [1] - 16:18
**parties** [2] - 4:4, 58:15
**partners** [12] - 12:10, 14:17, 21:15, 21:20, 22:5, 24:10, 24:13, 24:21, 25:3, 49:5, 52:4, 52:6
**PARTNERS** [1] - 1:15
**passed** [2] - 26:2, 26:4
**passing** [1] - 11:23
**past** [1] - 46:22
**pay** [1] - 21:6
**paying** [7] - 17:15, 26:14, 49:24, 49:25, 50:13, 50:20
**payment** [4] - 53:25, 54:6, 54:8, 54:10
**payments** [8] - 27:8, 27:11, 27:17, 27:22, 28:5, 28:14, 29:19, 30:2
**payroll** [1] - 46:7
**pending** [1] - 38:25
**Pennsylvania** [1] - 3:19
**people** [2] - 20:5, 20:23
**percent** [6] - 13:19, 13:20, 13:22, 15:12, 15:17, 44:2
**performed** [2] - 21:4, 35:12
**periodic** [1] - 9:17
**person** [5] - 9:5, 9:6, 9:14, 33:15, 51:10
**personal** [5] - 40:20, 40:21, 41:7, 41:13, 41:15
**Phalon** [2] - 12:14, 22:8
**Philadelphia** [1] - 3:19
**phone** [1] - 19:10
**physically** [1] - 36:13
**place** [3] - 13:6, 13:8, 26:17
**Plaintiff** [1] - 1:22
**Plaintiffs** [3] - 1:10, 2:4, 2:12
**plan** [11] - 27:11, 27:17, 27:19, 27:22, 28:5, 28:9, 28:13, 29:19, 30:2, 47:21, 49:24
**plans** [3] - 20:9, 20:12, 27:9

**point** [1] - 14:10
**position** [5] - 13:24, 14:3, 14:9, 24:19, 48:21
**positions** [1] - 14:4
**possess** [1] - 54:4
**possession** [1] - 54:19
**possible** [2] - 40:3, 49:19
**post** [1] - 21:22
**potential** [1] - 54:2
**practice** [1] - 18:23
**PREMIER** [1] - 1:15
**preowned** [1] - 46:4
**prepared** [2] - 19:23, 43:24
**PRESENT** [1] - 3:22
**pretty** [1] - 52:25
**principal** [1] - 13:20
**privilege** [1] - 23:5
**pro** [1] - 3:4
**problem** [1] - 6:12
**proceed** [1] - 29:10
**process** [3] - 14:7, 14:14, 16:23
**profitable** [1] - 47:8
**program** [1] - 9:4
**proof** [1] - 34:24
**properly** [1] - 51:13
**provide** [2] - 5:24, 18:21
**provided** [2] - 20:8, 20:12
**provider** [2] - 18:16, 18:21
**Public** [4] - 1:24, 5:4, 56:24, 58:7
**purchase** [5] - 16:19, 16:25, 17:16, 17:23, 39:6
**pursuant** [1] - 1:23
**put** [1] - 41:6
**putting** [1] - 21:25

# Q

**questions** [5] - 31:3, 32:13, 41:21, 54:21, 55:5
**quick** [1] - 28:17
**quickly** [1] - 52:13
**quite** [3] - 22:12, 24:7, 36:22

# R

**range** [3] - 8:23, 53:7, 53:20

**Ray** [2] - 12:14, 22:8
**re** [2] - 19:5, 24:14
**re-ask** [2] - 19:5, 24:14
**read** [6] - 19:13, 19:14, 28:23, 32:18, 32:20, 56:8
**really** [3] - 20:15, 28:9, 52:7
**Realty** [1] - 2:17
**REALTY** [1] - 1:8
**reason** [1] - 41:2
**receive** [1] - 10:25
**received** [5] - 8:11, 10:22, 40:10, 44:13, 53:22
**recently** [2] - 6:4, 52:17
**recess** [1] - 52:15
**Record** [3] - 19:14, 28:23, 32:20
**record** [6] - 5:8, 5:12, 29:8, 56:12, 56:13, 58:12
**referencing** [1] - 43:11
**referring** [2] - 44:10, 54:7
**regard** [2] - 24:23, 25:19
**regarding** [2] - 11:12, 25:2
**regards** [5] - 11:10, 21:4, 41:25, 45:9, 53:2
**related** [1] - 58:15
**relative** [1] - 37:16
**release** [1] - 55:6
**relief** [5] - 44:6, 44:13, 44:16, 44:20, 45:3
**remember** [2] - 34:6, 36:20
**remind** [1] - 54:22
**repay** [1] - 21:6
**repaying** [1] - 26:14
**repeat** [5] - 23:12, 27:25, 28:22, 43:20, 49:15
**rephrase** [3] - 6:7, 18:3, 27:14
**reply** [1] - 47:15
**REPORTER** [2] - 5:6, 5:11
**representation** [2] - 22:18, 22:24
**Representative** [1] - 2:15
**REPRESENTATIVE** [1] - 1:6
**representing** [2] - 19:2, 19:16
**requested** [1] - 41:22

**required** [1] - 14:23
**requires** [1] - 14:15
**reserved** [1] - 4:11
**respective** [1] - 4:4
**responsible** [2] - 42:10, 50:13
**restate** [1] - 24:15
**restitution** [3] - 53:16, 53:18, 53:21
**returns** [10] - 40:15, 40:18, 40:20, 40:21, 41:7, 41:13, 41:15, 41:23, 43:16, 43:23
**reviews** [1] - 52:2
**Riley** [1] - 7:9
**ROBERT** [2] - 1:4, 3:24
**Robert** [1] - 2:5
**Rockland** [1] - 9:24
**Ron** [1] - 7:5
**RONNEBURGER** [2] - 3:12, 55:4
**ROSLYN** [1] - 1:14
**rough** [1] - 47:9
**Route** [1] - 2:17
**ROUTE** [1] - 1:9
**routinely** [1] - 25:5
**run** [1] - 12:3
**Russell** [3] - 18:4, 29:4, 39:2
**RUSSELL** [1] - 2:21

**S**

**SAGE** [1] - 2:3
**sales** [4] - 27:3, 27:6, 30:7, 51:6
**Sales** [1] - 2:5
**SALES** [1] - 1:4
**salespeople** [1] - 51:23
**Sarah** [8] - 33:16, 34:14, 34:16, 34:24, 35:6, 35:9, 35:25, 36:11
**SARAH** [2] - 1:11, 3:23
**schooling** [1] - 8:8
**schools** [2] - 7:24, 8:5
**schoolteacher** [1] - 45:23
**Science** [1] - 8:3
**Se** [1] - 3:4
**sealing** [1] - 4:5
**second** [1] - 31:19
**see** [1] - 21:21
**sell** [1] - 15:19
**seltzer** [1] - 32:12
**September** [1] - 19:23
**served** [4] - 19:21,

19:25, 20:6, 52:25
**set** [2] - 58:10, 58:20
**settlement** [2] - 53:10, 53:20
**seven** [1] - 17:9
**several** [8] - 9:22, 11:19, 14:4, 20:22, 25:24, 26:13, 44:17, 54:11
**shall** [1] - 4:11
**SHANKS** [25] - 2:11, 2:21, 17:24, 18:5, 19:15, 23:10, 28:15, 28:24, 29:6, 31:2, 31:16, 36:3, 36:8, 38:24, 39:3, 44:8, 44:22, 48:5, 50:16, 51:2, 53:8, 53:14, 54:25, 55:6, 55:10
**show** [2] - 14:23, 15:10
**shown** [1] - 34:23
**sign** [1] - 15:10
**Signed** [1] - 56:21
**signed** [3] - 4:15, 4:18, 16:18
**sip** [1] - 32:12
**six** [2] - 9:14, 17:9
**sleep** [1] - 48:9
**slow** [1] - 31:18
**small** [2] - 7:2, 37:2
**SMITHTOWN** [1] - 1:15
**sold** [2] - 18:13, 30:9
**someone** [3] - 11:8, 11:13, 33:7
**sometime** [1] - 8:24
**sorry** [8] - 18:10, 19:8, 31:9, 32:24, 36:5, 38:24, 47:16, 53:11
**sound** [1] - 43:6
**speaking** [3] - 6:5, 30:19, 34:6
**specific** [7] - 22:16, 23:7, 25:14, 34:14, 34:15, 41:20, 43:3
**specifically** [7] - 9:23, 36:21, 45:8, 48:20, 49:17, 50:9, 54:14
**specificity** [1] - 49:21
**speculation** [1] - 51:3
**spoken** [1] - 47:23
**ss** [2] - 56:4, 58:4
**stand** [1] - 8:13
**standard** [1] - 18:23
**started** [1] - 14:8
**starting** [1] - 25:2
**State** [3] - 1:24, 56:24, 58:7
**STATE** [2] - 56:4, 58:3

**state** [2] - 5:7, 5:12
**statement** [1] - 27:23
**Staten** [1] - 37:8
**STATES** [1] - 1:2
**stating** [3] - 36:10, 38:19, 41:17
**Steven** [3] - 37:14, 37:17, 37:18
**still** [2] - 37:19, 38:16
**stint** [1] - 6:20
**STIPULATED** [3] - 4:2, 4:8, 4:13
**stock** [5] - 14:8, 15:2, 15:3, 15:6, 15:11
**stockholder** [3] - 14:5, 14:13, 15:13
**stopped** [1] - 12:21
**Store** [1] - 46:17
**store** [6] - 12:18, 18:13, 18:20, 41:18, 45:17, 51:22
**stores** [7] - 9:8, 9:18, 9:20, 17:12, 45:7, 45:19, 45:21
**STREET** [1] - 1:8
**Street** [2] - 2:17, 3:18
**strictly** [1] - 14:20
**subscribed** [1] - 56:21
**substantive** [1] - 33:25
**suggest** [1] - 35:6
**Suite** [2] - 2:19, 3:18
**summons** [2] - 24:5, 24:8
**Sunrise** [90] - 2:12, 3:5, 10:14, 10:16, 10:18, 10:23, 11:6, 11:9, 11:13, 11:21, 12:11, 12:16, 17:14, 17:20, 18:8, 19:4, 20:9, 20:16, 20:20, 20:25, 21:18, 22:11, 22:14, 22:17, 23:18, 25:9, 26:7, 27:3, 27:17, 27:22, 28:6, 29:19, 30:8, 30:12, 30:17, 32:7, 32:23, 33:13, 34:10, 34:17, 34:19, 34:25, 35:7, 35:13, 36:2, 37:23, 38:4, 38:7, 38:11, 38:13, 38:14, 38:19, 39:6, 39:21, 40:2, 40:6, 40:11, 40:14, 40:23, 40:24, 41:6, 41:7, 41:11, 41:15, 41:19, 42:6, 42:8, 42:12, 43:18, 44:2, 44:7, 44:14, 44:16, 44:21, 45:4, 45:12,

48:12, 48:15, 48:18, 48:22, 48:25, 49:5, 49:9, 49:16, 49:22, 50:5, 50:8, 51:16, 52:3, 52:8
**SUNRISE** [3] - 1:4, 1:13, 1:17
**Super** [1] - 46:16
**Superb** [2] - 2:4, 25:17
**SUPERB** [1] - 1:4
**supposedly** [1] - 33:4
**surgery** [1] - 6:4
**sworn** [4] - 4:15, 4:18, 5:3, 58:11
**SYOSSET** [1] - 1:13

**T**

**tax** [11] - 40:15, 40:18, 40:20, 40:21, 41:7, 41:13, 41:15, 41:23, 42:5, 43:16, 43:23
**taxes** [3] - 41:2, 42:9, 42:11
**TEAM** [1] - 1:4
**Team** [1] - 2:5
**teens** [1] - 8:25
**ten** [1] - 8:22
**Terri** [1] - 7:5
**testified** [1] - 5:5
**testimony** [3] - 56:9, 56:12, 58:13
**THE** [8] - 1:6, 5:6, 5:9, 5:11, 5:13, 29:4, 29:12, 55:12
**therefore** [1] - 29:24
**thereto** [1] - 24:6
**third** [1] - 23:14
**THOMAS** [1] - 1:12
**Thomasson** [2] - 5:20, 28:15
**THOMASSON** [17] - 1:11, 3:3, 5:18, 18:3, 19:12, 28:20, 31:4, 32:17, 36:5, 39:2, 44:11, 52:12, 53:12, 53:15, 54:20, 55:8, 57:4
**three** [2] - 34:22, 47:22
**today** [2] - 5:25, 33:3
**took** [4] - 13:5, 23:16, 26:17, 30:11
**top** [1] - 10:3
**towards** [3] - 17:16, 17:22, 21:9
**training** [6] - 8:10, 8:17, 9:3, 9:7, 9:10, 9:18
**transactions** [9] -

21:22, 23:21, 26:15, 26:17, 28:10, 30:20, 30:23, 30:25, 31:7
**transcript** [2] - 56:8, 56:11
**transfer** [3] - 14:23, 15:6, 15:11
**transferred** [2] - 7:22, 14:25
**transpired** [1] - 26:10
**trial** [1] - 4:12
**trouble** [4] - 6:5, 6:6, 19:9, 32:18
**troubling** [1] - 6:9
**true** [4] - 31:12, 56:11, 56:14, 58:12
**try** [1] - 6:10
**trying** [2] - 15:19, 49:15
**twice** [1] - 12:24
**two** [5] - 13:3, 27:9, 31:2, 46:4, 47:3
**type** [3] - 14:12, 14:19, 50:5
**typically** [1] - 51:7

## U

**UEA** [1] - 1:15
**ultimately** [1] - 39:19
**uncle** [4] - 7:14, 11:23, 37:18, 45:13
**Uncle** [1] - 11:16
**under** [4] - 15:21, 38:15, 41:18, 56:9
**Uniondale** [1] - 3:11
**UNITED** [1] - 1:2
**university** [1] - 7:21
**University** [2] - 7:22, 7:25
**unless** [2] - 8:7, 29:8
**up** [4] - 22:21, 28:17, 48:5, 48:9
**Urrutia** [1] - 2:6
**URRUTIA** [2] - 1:4, 3:24

## V

**vehicles** [3] - 49:24, 50:20, 50:23
**visits** [1] - 13:3
**voice** [1] - 6:9

## W

**waiting** [1] - 16:2
**waived** [1] - 4:7
**Wantagh** [1] - 3:6
**warranties** [8] - 18:7,

18:13, 18:16, 18:22, 21:7, 26:15, 47:20, 50:2
**warranty** [3] - 17:20, 18:21, 39:17
**ways** [1] - 25:24
**Wayside** [1] - 5:14
**week** [2] - 9:6, 9:11
**weeks** [2] - 9:10, 9:14
**WEIR** [1] - 3:14
**WHEREOF** [1] - 58:19
**whole** [1] - 6:19
**Widener** [1] - 3:17
**wife** [2] - 45:16, 45:19
**wife's** [1] - 17:5
**witness** [3] - 5:3, 58:9, 58:13
**WITNESS** [7] - 5:9, 5:13, 29:4, 29:12, 55:12, 57:3, 58:19
**wordy** [1] - 27:13
**works** [1] - 45:19
**world** [1] - 7:2
**worries** [1] - 19:11
**wow** [1] - 7:2
**writing** [4] - 39:5, 54:4, 54:9, 54:18
**written** [2] - 14:11, 14:18
**wrongdoing** [9] - 25:22, 26:6, 26:11, 31:25, 32:22, 34:9, 34:14, 34:16, 35:12
**wrongdoings** [1] - 26:9

## Y

**year** [8] - 9:4, 9:9, 40:10, 40:13, 46:21, 46:24, 47:4, 47:5
**year-long** [1] - 9:4
**years** [7] - 7:10, 8:22, 16:20, 17:9, 34:22, 47:3, 47:23
**yes-or-no** [2] - 26:22, 29:2
**Yonkers** [1] - 9:24
**YORK** [3] - 1:3, 56:4, 58:3
**York** [11] - 1:25, 2:8, 2:20, 3:6, 3:11, 5:15, 6:17, 52:18, 56:24, 58:8
**yourself** [2] - 12:20, 33:12

## Z

**ZIZMOR** [1] - 2:11

**Zoom** [1] - 1:19

*Rich Moffett Court Reporting, Inc.*