UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

-------------------------------------x

SUPERB MOTORS INC., TEAM AUTO SALES, LLC, ROBERT ANTHONY URRUTIA, 189 SUNRISE HWY AUTO LLC, NORTHSHORE MOTOR LEASING LLC, BRIAN CHABRIER, individually and derivatively as a member of NORTHSHORE MOTOR LEASING LLC, JOSHUA AARONSON, individually and derivatively as a member of 189 SUNRISE HWY AUTO, LLC, JORY BARON, 1581 HYLAN BLVD AUTO LLC, 1580 HYLAN BLVD AUTO LLC, 1591 HYLAN BLVD AUTO LLC, 1632 HYLAN BLVD AUTO LLC, 1239 HYLAN BLVD AUTO LLC, 2519 HYLAN BLVD AUTO LLC, 76 FISK STREET REALTY, LLC, 446 ROUTE 23 AUTO LLC and ISLAND AUTO MANAGEMENT, LLC,

                         Plaintiffs,
                              Case No.1:23-cv-6188

             -against-

ANTHONY DEO, SARAH DEO, HARRY THOMASSON, DWIGHT BLANKENSHIP, MARC MERCKLING, MICHAEL LAURIE, THOMAS JONES, CPA, CAR BUYERS NYC, INC., GOLD COAST CARS OF SYOSSET LLC, GOLD COAST CARS OF SUNRISE LLC, GOLD COAST MOTORS AUTOMOTIVE GROUP LLC, GOLD COAST MOTORS OF LIC LLC, GOLD COAST MOTORS OF ROSLYN LLC, GOLD COAST MOTORS OF SMITHTOWN LLC, UEA PREMIER MOTORS CORP., DLA CAPITAL PARTNERS INC., JONES LITTLE & CO., CPA's LLP, FLUSHING BANK and LIBERTAS FUNDING, LLC,

                         Defendants.
-------------------------------------x
                    Zoom videoconference

                    December 22, 2025
                    11:10 a.m.

    (Examination Before Trial of ASAD KHAN)

2

Examination Before Trial of the Plaintiff ASAD KHAN, pursuant to Order, before Lorraine Marinazzo, a Notary Public of the State of New York.

3

A P P E A R A N C E S:

HARRY R. THOMASSON, ESQ.
Pro Se Defendant
        3280 Sunrise Highway
        Wantagh, New York 11793


CYRULI SHANKS & ZIZMOR, LLP
Attorneys for Plaintiffs 189 Sunrise
Highway, Northshore Motor Leasing,
LLC, all Hyland Blvd Auto LLC,
76 Fisk Street Realty, LLC,
446 Route 23 Auto, LLC, Island
Auto Mgt, LLC, Brian Chabrier,
Joshua Aaronson & Jory
        420 Lexington Avenue, Ste. 2320
        New York, New York 10170-0002
BY:    RUSSELL SHANKS, ESQ.


MILMAN LABUDA LAW GROUP, PLLC
Attorneys for Plaintiffs Superb
Motor Inc, Team Auto Sales, LLC
& Robert Anthony Urrutia
        3000 Marcus Avenue, Suite 3W8
        Lake Success, New York 11042-1073
BY:    EMANUEL KATAEV, ESQ.


WEIR, LLP
Attorneys for LIBATAS FUNDING
   The Widener Building
   1339 Chestnut Street, Ste. 500
   Philadelphia, PA
BY:  JEFF CIANCIULLI, ESQ.
Also: BONNIE GOLUB, ESQ., Of Counsel

4

A P P E A R A N C E S: (Cont'd)

CULLEN & DYKMAN, LLP
Attorneys for Flushing Bank
  333 Earle Ovington Boulevard
  Uniondale, NY  11553
BY:  ARIEL RONNEBURGER, ESQ.
Attorney for Flushing Bank


ALSO PRESENT:
     TONY URRUTIA
     ALIVIA COONEY
     DEO
     BONNIE GOLUB, ESQ.

5

            IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties herein, that the filing, sealing and certification of the within deposition be waived.

            IT IS FURTHER STIPULATED AND AGREED that all objections, except as to the form of the question, shall be reserved to the time of the trial.

            IT IS FURTHER STIPULATED AND AGREED that the within deposition may be sworn to and signed before any officer authorized to administer an oath with the same force and effect as if signed and sworn to before the Court.


                        - oOo -

6

THE REPORTER:  This examination before trial is being conducted using a Zoom platform.

The attorneys participating in this examination acknowledge that I am not physically present in the deposition room and that I will be reporting this deposition remotely.

They further acknowledge that in lieu of an oath being administered in person, the witness will verbally declare that his testimony in this matter is under penalty of perjury.

The parties and their counsel consent to this arrangement and waive any objections to this matter of swearing in the witness.

Counsel, please indicate your agreement on the record.

MR. THOMASSON:  I agree.

MR. SHANKS:  I agree, Russell Shanks.

7

MR. CIANCIULLI:  Jeff Cianciulli, I agree.

MS. RONNEBURGER:  Ariel Ronneburger, I agree.


A S A D   K H A N, called as a witness by and on behalf of the Plaintiff, after having been first duly sworn, was examined and testified as follows:

THE REPORTER:  Please state your name for the record.

THE WITNESS:  Asad Khan.

THE REPORTER:  And your address, please.

THE WITNESS:  92 Blauvelt, B-L-A-U-V-E-L-T Way, Suffern, New York.

*          *          *

EXAMINATION BY
MR. THOMASSON:

Q     Good morning, Mr. Khan.  My name is Harry Thomasson.

A     Hi, Harry.

8

Q       I will be asking you some questions today.  If you don't understand anything that I ask for any reason, please just let me know.  I'm happy to rephrase it in a way that you could understand, okay?

A       Okay.

Q       Have you taken any medication or drugs today that would impact your ability to understand my questions?

A       No.

Q       Is there any reason that you wouldn't be able to understand my questions today?

A       No, I would be fine.

Q       Okay.

Mr. Khan, where are you located right now?

A       I'm at 92 Blauvelt Way.

Q       And that is in Suffern, New York?

A       Yes.

Q       Have we ever met, Mr. Khan?

A       No, I don't think so.

9

Q        When was the first time you heard my name?

A        Actually, I heard your name, actually today I'm hearing your name.

Q        Never heard my name before today?

A        No.

Q        Okay.  So, have you ever read my name anywhere on any documents?

A        I received a document almost between eight months to 12 months ago where I used to reside in North Shore Towers, but it was a 1,000 pages and I was just going through it, but I did not see your name over there because I'm still like, you know, reading those papers.

Q        Would that be the complaint that the Deo's made against you; is that what you are talking about?

A        I don't know, there was a lot of pages and things like that, you know, it was like a thousand pages.

Q        Do you say that figuratively

10

or literally?

      A      No, that is, I'm talking about almost eight months or nine months ago.  It was, I did not see your name in there.

      Q      Okay.  So have you ever seen my name on any document that you can recall at this time?

      A      No, no, after that I never received anything.

      Q      Okay.  Do you have an attorney in this case?

      A      Yes.

      Q      Who are your attorneys in this case?

      A      Russell.

      Q      Mr. Shanks is your attorney?

      A      Yes, yes.

      Q      Have you had to pay for Mr. Shanks?

      A      What does that mean because we are partners, all our partners will pay Mr. Shanks.

      Q      Well, that is what I am

11

asking you, are you paying for Mr. Shanks?

A        We are all going to pay.

Q        Have you ever paid anything to Mr. Shanks?

A        No, not yet, but when we receive a bill, of course we're going to have to pay him.

Q        What do you mean when you say your partners have to pay; who are your partners?

A        My partner was Mr. David Baron, deceased and Brian Chabrier.

Q        Have you ever discussed me with any of your partners?

A        No, this is the first time I'm hearing you, so--

Q        Okay.  So, what is it that Mr. Baron and Mr. Chabrier are your partners in?

A        North Shore Motor Leasing.

Q        Any other business?

A        No, North Shore Motor Leasing.  We had another company, it was

12

called New York Off Lease.

Q      Do you still have that company?

A      No.

Q      What happened to that company?

A      We closed it down.

Q      Why?

A      Because of the business, it was no good.  The business was going down so we had to shut it down.

Q      Were there any legal matters that impacted your decision to close that business?

A      No, no.

Q      Have you ever been involved in a lawsuit other than this situation, Mr. Khan?

A      What lawsuit?

Q      I am asking you, have you ever been involved in any lawsuits other than this situation?

A      There was a DMV type like when customers like, you know, they put a

13

lawsuit against you for the transmission or for like, you know, like those type of lawsuits you talking about?

Q     So would you agree with me that those are called Consumer Affair cases?

A     No, it was-- I would say yes. It is a Consumer Affair cases.

Q     So you have been sued in Consumer Affair cases; is that correct?

A     Yeah, but everything was fine.

Q     Do you know how many of those cases you have been sued?

MR. SHANKS:    I'm going to give him an instruction.  Mr. Khan, even though you may anticipate the answer, to Mr. Thomasson's question, take a second, let him finish the question so the record is clear and we don't drive the court reporter crazy, okay?

THE WITNESS:  Okay.

MR. THOMASSON:  Could you

14

repeat that last question?

(Whereupon, the reporter read back the previous question.)

A       I mean, I have been in business for 32 years, so it is like, you know, somebody's tranny went down or engine went down and we took care ever it.  I would say maybe three or four.

Q       Three or four times you have been involved in Consumer Affair cases?

A       Yes.

Q       Have you ever been involved in any other kind of case?

A       Any other type of case, yes, it was-- there was one lawsuit at Best and that was just an employee lawsuit.

Q       Any other types?

A       No, no.

Q       You sure of that?

A       Yes.

Q       Okay.  So, what is your education, Mr. Khan?

A       I did my high school from Pakistan and my two years college from

*Rich Moffett Court Reporting, Inc.*

15

Pakistan.

Q    Did you receive a degree for that two years of college?

A    No.

Q    Did you go to any schooling in the United States?

A    Yes, I went to Macdan Airport and the school was Academics of Flight, 1984 for my-- doing my private pilot license.

Q    Do you have a private pilot's license?

A    Yes, I had it and it expired now because I stopped flying after 19 -- the last time I flew was 1986, between '86 and '87.

Q    So you only had that license for a short time?

A    Yes.

Q    Why did you give it up?

A    I just was not into it anymore.

Q    Do you have any other types of licenses?

16

A       No.

Q       Have you ever held a DMV license?

A       DMV license, yeah, I have a travel license, of course.

Q       I'm sorry, what kind of license?

A       A driver's license.

Q       Well, yes, I understand but okay, but a DMV license, did you ever hold any one of those?

A       A DMV license I had for one of the companies that was in maybe 2000, hold on a second, let me get rid of this call, please.  It was the year 2000.  It is called Northern Auto Group, LLC.  That was, it was a used car dealer license. It was me and the lady named Geeta Gallani, G-E-E-T-A G-A-L-L-A-N-I.  We had that license together in the year 2000, I would say.

Q       How many companies have you owned this century, Mr. Khan?

A       That was the one and then

17

after that New York Off Lease and North Shore Motor Leasing; Best, I was the GM and let me see, it had been 32 years, but that is it.  That is what I recall it.

Q      When did you first meet Anthony Deo?

A      I met him before my open heart surgery, I think it was August 18th, so I would say 2016, between '16 and '17 I met him through one of our mutual friends, his name is was Jim Collins and he was the banker.  That is how I met Anthony Deo.

Q      Do you have more mutual friends with Anthony Deo that you know of?

A      No, that was the only one at that time.

Q      Have you had any mutual friends since?

A      Mutual friends, everybody knows each other in this business.

Q      Okay.  And when did you first meet Sarah Deo?

*Rich Moffett Court Reporting, Inc.*

18

A       Same time when I met Anthony.

Q       Now, were you an employee at all at North Shore?

A       No, I own the place, me and David and Brian.

Q       Were you at all an employee at 189 Sunrise?

A       No, I don't even know what is that.

Q       Were you ever an employee at Superb Motors?

A       Superb Motors?

Q       Yes.

A       No.

Q       You are not familiar with that name?

A       Superb Motors?  No, that has nothing to do with me.  I don't know Superb Motors.

Q       Do you know anyone named Robert Anthony Urrutia?

A       Wait a minute, yeah, I heard about him.  Yes, Anthony was working for him, I believe.  I heard, yes, he was

19

working for him now, Urrutia, Tony Urrutia or something.

Q      Yes.

A      Yes, yes, I heard that Anthony was working there.

Q      But you had never spoken with him?

A      No, I never.  I mean I heard of him through friends and through like people, through business, but I never met him.

Q      To the best of your knowledge have you ever spoken with any of Mr. Urrutia's attorneys?

A      No, no.

Q      Now, Mr. Khan, Mr. Urrutia and Superb Motors are co-plaintiffs with you in this lawsuit; you didn't know that?

A      The only thing I know that I'm a plaintiff in this case, the one we are talking about from North Shore.

Q      Yes, and Mr. Urrutia and Superb Motors are plaintiffs with you and

20

you didn't know that?

A      You see, my thinking is I'm more concentrated on my thing from North Shore.  From the other side, I have no idea.  I'm from the North Shore, I don't know what, Tony is doing and things like that.

Q      You didn't know anything about Tony Urrutia or --

Withdrawn.

Mr. Khan, can you tell me who the plaintiffs are in this case without looking it up?

A      I'm the plaintiff right now that I know, myself.

Q      Okay.  So there have been three or four complaints brought by your attorney and attorneys in this case, how many of those complaints have you heard?

A      I just read my complaint.

Q      How many of those complaints have you read?

A      The only thing that I read that, about the North Shore Motors when I

21

went there and then the cops came in because my controller told me that something was going on over there, and I went and I confronted Sarah and Anthony, and they called the cops and the cops came in and they told them-- they told the cops that they are the owners, but I didn't have any proof on me at that time because I just went there and the cops said okay, show me the proof that you are the owner, which David had it and David was in Florida.  So Anthony and Sarah showed a lease from UAA Premiere that used to be over there and the cops at that time believed it, but it was North Shore Motors.  So the cops, they were very nice and they told me to please, you know, just leave right now; once you have the proof, then you come in.

        And then when David came back, I think after a week or ten days, I don't remember, and then we provided the lease of North Shore, the real lease that David had.

22

And then we called the cops and that was in the nighttime.  The cops came in; they were standing with us and we removed anywhere between 40 to 50 or 60 cars that night from that location.

Q    If that was your business, why did you leave?

A    Where?

Q    North Shore.  If that was your business, why did you leave?

A    Because Anthony showed-- I did not have any paperwork on me at that time.

Q    That is not what I'm talking about.  You just said that you started removing cars --

A    No, that was after.  Yeah, afterwards when we --

Q    Why did you remove cars from your dealership?

A    Because it was, Anthony was having all the keys and he had all the titles of the cars, which we wanted from that place, but he wouldn't let us in, so

23

we had to call the locksmith and everything and show the proof, which David had that we are the owners and we were-- we had the lease and that--

Q        What was that proof?

A        The lease, the paperwork that David had.

Q        Anything other than a lease?

A        Yeah, whatever the corporation paper, David had all the papers and that is what we showed the cops.

Q        So you are telling me that --

What year was it that you are talking about that you were there and then a few weeks later David was there and removed the cars?

A        I would say between, it was after my surgery, so it was 2000.  Got to be between '18 and '19, but I had my surgery at that time so I was not that well, you know, but I used to come in part-time, kind of.

Q        So you worked at North Shore?

24

A        No, I used to come back and forth, yes, to check on things.

Q        How often were you there?

A        Maybe once a week, maybe twice a month.

Q        And this was for all of the years that North Shore was open?

A        North Shore was open, I believe between '16 and '17, somewhere at that time because Anthony and Sarah used to run that place as the managers.

Q        Okay.  That is lovely, but that is not what I asked you.  What were the years that North Shore was operating? You owned the business, you could tell me what those years are easily off the top of your head.

MR. SHANKS:  Objection.

Mr. Thomasson, don't be argumentative, just ask your questions.  He'll answer them.

MR. THOMASSON:  Can you read back the question?  I'm just looking to find out what years Mr.

25

Khan says his business was operating.

MR. SHANKS:   That is fine.

A      I would say between, I would say '16 or between '17; '16 and '17.  I don't have the exact answer for you because I don't have the paperwork in front of me.

Q      I didn't ask you when it started.  I asked you what years was North Shore operating?

A      '17, '18 and up to '19.  Now, I don't know when did they stop, I think maybe 2020.

Q      What do you mean when did they stop?  You mean--

A      Like, I mean, you know, don't get me wrong, it is like me, Brian and David.  David passed away, I believe in 2019, so right after David passed away.

Q      Right after David passed away what, North Shore stopped operating?

A      No, it was never stopped operating, but Anthony and Josh were,

26

like then Josh was running the place because Josh had the Power of Attorney from David.

Q       How long was Josh operating the place?

A       I would say, I would say about maybe between six months and a year.

Q       Okay.  And then what happened?

A       Then they had some problems and I really don't know how, what happened actually, but Anthony was-- they did something that Anthony took.  I don't know, he took some loans, I don't know what it was but it was a lot of money missing.  It was something like this, the floor plan problems and that's what I know, that happened.

Q       Okay.  When did the business close, if you know?  Is it still operating now?

A       No.  I gave all my paperwork to David at that time, when David was

27

alive and David said I'll take care of everything and, you know, we had a trust between us.  Me and David, we know each other like for 17 or 18 years, so David said okay, you know, I'll take over from there and that's what happened.  But I don't know when it was closing and Josh is supposed to close it, but --

Q       Has North Shore Motors ever been placed on your individual income tax returns?

A       Of course, if we got, you know the K-1s and things like this, we were three partners.

Q       What years did you have North Shore Motors on your tax returns?

A       I believe up till '18, '19 when I give, like when David said that that is it, I'm no more involved in there, I think that was maybe the last recall, I would say 2019.

Q       That was the last time you were an owner at North Shore?

A       No, I'm still the owner

28

because I never received any paperwork.

Q      You never received any paperwork and that makes you an owner?

A      I would say because of the paperwork is still under my name because--

Q      Go ahead.  I'm sorry, I didn't mean to interrupt.

A      Yeah, if the paperwork is still under my name and they're supposed to give me a release form and I don't have the release form yet.

Q      Who is supposed to give you a release form?

A      David Baron and Josh.

Q      David was in charge at North Shore first until he died; is that fair to say?

A      No, we were, all three of us were in charge.

Q      What it is that you did at North Shore?

A      What I did at North Shore? We were partners at North Shore and I

29

used to go there and give them whatever the suggestion about the advertising, about the sales and if they need any help I would help them.  And the floor plan was under my name and David's name and Brian's name, so, of course, I had to look for my cars and everything.  I used to count the cars, what sold, what not got sold, titles, banking.

Q    You did banking?

A    No, I'm talking about watching the bank accounts.

Q    You watched the bank accounts?

A    Yes, with my controller.

Q    Who is your controller?

A    Melissa Beltrie.

Q    Any others, any other controllers?

A    Yes, it was Danny Sullivan and Melissa.  But when I was involved like before my surgery, it was Melissa there at that time, but then after when I had my surgery, so I was hardly going

30

there because I had a quadruple bypass, so that is why I was like kind of out of commission.

Q       So you stopped going there after your surgery?

A       Of course.  I had to take a rest for almost between six months to a year.  I used to go, but not like as often.

Q       So did you go there at all in 2017?

A       Yeah, 2017 I went.

Q       What about 2016?

A       Yes, I mean, you see, I don't remember when we opened up that corporation and when we opened up the store.  I don't know if it was '16 or '17, whenever we opened up I was there, of course.  I don't have the exact time like, you know, timing exactly when did we open.

Q       So you opened that corporation?

A       No, it was David; David and

31

Brian.

Q    How do you know they opened the corporation?

A    Because I was in the corporation, I had the stock certificate.

Q    When did you get the stock certificate?

A    Once they opened it up.

Q    You had a stock certificate since that corporation was opened?

A    Yeah.

Q    And when did you first go on the bank account?

A    I think at the same time when we opened up there was a commercial Chase account so--

Q    And you were one of the owners on that account?

A    Yes.

Q    From?

A    From the beginning.

Q    Was anyone else?  Tell me everyone that you know of that was ever an owner on the bank account.

32

A     On the bank account it was me, Brian and David.

Q     And what bank was that with?

A     Chase.

Q     Did you say Chase?

A     Yes.

Q     J.P. Morgan Chase, that Chase?

A     Yes, in Syosset, we used to do all the branch stuff.

Q     Who used to do all the banking?

A     Our controller.

Q     Who is that?

A     Melissa Beltre.

Q     And Melissa Beltre and Danny Sullivan were you the only two controllers you could remember at North Shore?

A     Yes.

Q     Did you flow that Wendy Quan had an office there?

A     That was after me.  That was after me when Josh took over, after David

33

passed away.

Q     And what do you mean when you say after me, what do you mean by that? Did you give up your interest?

A     No, I did not give up my interest, they were -- because Josh had a Power of Attorney after David to take care of the stuff, so we let Josh take care of everything.

Q     That was with your knowledge and approval?

A     Oh, yes, of course.

Q     And Josh was able to make his own decisions at North Shore; is that it?

A     Yes, of course.  Josh was, you know, he was the one that-- he brought his own accountant and everything, like his own controller, and we trusted Josh, of course.

Q     Who was Josh's controller?

A     Wendy.  I remember Wendy, yes, she used take care of all the Josh stores.

Q     So how did you get paid from

34

North Shore?

        A        How did I get paid?

        Q        Yeah.

        A        On checks.

        Q        As an employee?

        A        No, as an owner.

        Q        So how often would you get paid?

        A        It all depends, if we had a profit we took it, if we didn't have a profit, we didn't take it.

        Q        And when you took it you would get a check?

        A        Yes, of course.

        Q        What role was I engaged in at North Shore?

        A        I don't understand the question.  I'm sorry.

        Q        Did I do anything at North Shore?

        A        You did?

        Q        I am asking you if I did.

        A        No, this is the first time I'm looking at you.

Case 2:23-cv-06188-JMW   Document 521-33   Filed 06/01/26   Page 35 of 178 PageID #: 15586

35

Q       So I had nothing to do with North Shore?

A       I don't think.  I don't remember you.

Q       Okay.  And did I steal any money from North Shore that you know of?

A       Why would I say that?

Q       Well, you are saying that in your lawsuit, Mr. Khan.

A       When?

Q       That I took money from you.

A       You?

Q       Yeah.

A       Why would you take money from me?

Q       Well, I don't know.  I am asking you if you are aware of any instances which I took anything of value from you?

A       No.

Q       Are you aware of any instances in which I took something from you?

A       From me?  I mean, the only

*Rich Moffett Court Reporting, Inc.*

36

thing I know about that there was a lot of money missing and it was some type of loans that my controller told me about it that, you know, Anthony and Sarah was doing something and at that time Josh was.

MR. SHANKS:    Let him finish, Mr. Thomasson.  You keep cutting him off.  Thank you.

Q    I'm sorry, Mr. Khan, sometimes you pause and I'm ready to jump in with the next question.  Go ahead and finish.

A    Okay.  We found out when Josh took over that Anthony and Sarah were, they were missing a lot of money, a lot of our titles.  It was something going on, but at that time we let Josh handle everything because, you know, Josh was the one in a daily, like after, you know, when David passed away he took over, so that's how we found out.

Q    Was there any type of security on the Chase Bank account that

37

you could recall?

          A     The what?

          Q     Was there any type of security on the Chase Bank accounts that you can recall?

          A     What type of security are you talking about?

          Q     Well, was there a system called Positive Pay?

          A     Positive Pay?  You mean initial deposits when we open up the account?

          Q     I am just asking you if know what Positive Pay is, Mr. Khan?

          A     No.

          Q     Was there any type of texting system in place for approval transactions?

          A     No, not that I remember.

          Q     Do you know if transactions had to be approved on the Chase accounts?

          A     No.

          Q     And are you saying to me that no, you don't know or no, there wasn't?

38

A        There was no such things like that.  I don't remember anything like that.  It was only, I was on the account, David Baron and Brian Chabrier and we had no approvals on each other.

Q        Okay.  Was there -- in all of your years owning Chase, was anyone else ever on those accounts?

A        All this time that I was there it was only me, Brian and David, that is it.

Q        Okay.  Now, with regard to 189 Sunrise Highway, are you familiar with that business?

A        I have nothing to do with it and I remember there was a, some type of dealership but nothing to do with me with that.  I have no idea about that dealership.

Q        You were not involved at 189 Sunrise at all?

A        No, sir.

Q        And were you not involved in Superb Motors at all?

39

A       No, sir.

Q       Okay.

        Now, what about -- you have a bunch of co-plaintiffs that are various-- it looks like street addresses called Hylan Boulevard.  Are you an owner in any Hylan Boulevard entities?

A       No, no.

Q       Do you know what they are?

A       Yes, I know, that is Josh stores.

Q       They're all Josh stores?

A       Yeah, Island Group.

Q       And the Island Group, are you an owner in Island Group?

A       No, sir.

Q       Have you ever been?

A       No.

Q       Have you ever been any type of owner or stockholder in the Hylan Boulevard entities that are co-plaintiffs with you?

A       No, sir.

Q       What about Frisk Street

40

Realty, are you familiar with that?

A    No idea.

Q    Did you have to sign any tax returns for North Shore Motors?

A    Usually yes, the accountant whenever we does it yearly and then we sign it and one of the partners has to sign, so if I'm not there, you know, another partner will sign.

Q    Do you know anything about some tax returns for North Shore Motors that indicated Anthony Deo and Sarah Deo were the owners of North Shore as approved by Josh Aaronson, have you ever heard that?

A    No, sir.

Q    Did you ever read any complaint that you received?

A    I was going through it but it was so many pages so I let my counsels, let them look at it.  I could not read the whole thing, it was just too much.

Q    Do you read English?

A    Yes, of course.

41

Q        Do you speak English fluently?

A        So far, I guess I'm speaking to you.

Q        It is your second language, would that be fair to say?

A        Yes; oh, yes.

Q        What is your natural language?

A        It is Urdu, from Pakistan.

Q        Yep, I'm familiar.

Did Tony Baron work at North Shore Motors at all?

A        I never seen him over there, Tony.

Q        Did Brian Chabrier ever work there?

A        Brian was a partner.

Q        Does that mean yes?

A        Yes, of course.  He was a partner.

Q        How often would Brian go there?

A        If I go there, Brian would

42

not come.  If I -- if Brian goes then I wouldn't come and then David goes so everybody was like a weekly basis.

Q    And you used to monitor the banks accounts; is that right?

A    Not myself, but whatever my, whatever my controller used to show me.

Q    And that was your controller?

A    No, it was the company controller.

Q    Do you know who hired Melissa?

A    David, me and Brian.

Q    Okay.  So, do you know the circumstances under which North Shore Motors closed, Mr. Khan?

A    I just told you I don't think it is still closed yet because I don't have the paperwork yet.

Q    Well, is it operating?

A    Not that I know of.

Q    Well, can you tell me the circumstances under which it ceased operations?

43

A       I would say about whenever, whatever they started the problems, I don't know a couple of years ago, and then I was waiting for Josh to give me the paperwork that when they are going to close it down and everything, but I still did not receive anything yet because I think they were going through something, some process, so.

Q       Did you pay anything for your interest in North Shore Motors?

A       Yes, in the beginning we put in, the money that we got to put in, it was me, David and Brian and Anthony had about, if I'm not mistaken, in the account, I don't know that is what he claims that he said that he had $30,000 in the account, but we don't know anything about it or that was, I believe a 30,000 was he said, yes, I'm sorry, now I remember.  He said he had a deposit with a landlord when there was a UAE Premiere at that time and we gave back, we gave back money to Anthony about that

44

$30,000 when we took over.

Q    Did Anthony ever hold a lease there on behalf of North Shore that you know of?

A    No.

Q    Did Sarah Deo ever hold any interest in a lease for North Shore?

A    No, no.  It was -- they had a lease under UAE Premiere.

Q    I heard you say that.  I'm not asking you about UAE Premiere, I'm asking you about North Shore Motors.

A    No, no.

Q    During the time that North Shore Motors was opened, was there any time that they operated-- that they had the interest as tenants in the lease?

A    No.

Q    And you are not aware of them ever signing on behalf of North Shore for that lease, are you?

A    I did not see anything like that.

Q    And, of course, you know, in

45

one way shape or form, even if it is in a holding company, the owners hold the lease, right?

MR. SHANKS:    Objection as to form.    Calls for a legal conclusion.    You could answer if you understand it.

Q      Right?

Mr. Khan, you have the lease because you are an owner, right?

A      No, the corporation had the lease, not me personally.

Q      And what --

A      And David, North Shore Motor Leasing.

Q      That company held the lease; is that right?

A      Yes.

Q      Who personally guaranteed it?

A      I don't think there is any guarantee on the corporation we did on the-- I think it was a Good Guy Clause, I don't think anybody did any personal guarantee on that lease.

46

Q      When operations ceased, Mr. Khan, a lot--

A      I don't know when it got ceased.  You mean when we went and when we took out all the cars?  At that time you are talking about?

Q      Do you know when operations ceased at North Shore Motors?

A      No, I don't remember anything but I remember when I went there and we showed the lease to the cops.  That was in 2018 or some time when we pulled out all the cars.  That was my last time when I was in North Shore Motors.

Q      And when you went there and the cops were called, you had --

A      No, we called the cops.

Q      Okay.

A      Before we broke in and we went and we took the locksmith with us.

Q      And you brought with you the lease; is that right?

A      Not me, David.  David had it.

Q      You saw him with the lease;

47

is that right?

        A       Of course.  He showed it to the cops and everything and they had it.

        Q       And that was a lease, it wasn't an assignment of the lease?

        A       It was a lease, that is why the cop let us do whatever we had to do.

                MR. SHANKS:    Objection as to form.

                Mr. Thomasson, I don't know if he knows the difference between a lease and an assignment.  You could certainly ask him about it.

        Q       Mr. Khan, do you know what an assignment of a lease is?

        A       No.

        Q       Do you know what a lease is?

        A       Yes, I know the lease, but I don't know the assignment.  A lease is just, that is the only thing I know about, is a lease.

        Q       Well, how would you define a lease?

        A       That is what we signed or

48

whatever the corporation signed, that is a lease, but I don't know about the assignment of the lease. This is the first time I'm hearing it.

Q    And you have never seen an assignment, something called an assignment of the lease of North Shore? Have you ever seen one?

A    No, no.

Q    Okay. Would you remember if you had seen a lease that was assigned?

A    I told you the only thing I remember was a lease. I did not see anything that says assignment or something.

Q    If I would suggest to you that North Shore ceased operations during or about late November of 2022, would you have any reason to think that that is incorrect?

A    Nothing that I know about it, so--

Q    You don't know when your business stopped operations; is that

49

right?

A       I was just waiting for my partner to let me know when it is going to finish and, but they said, you know, they were going through some problems with Anthony and Sarah, so I was just waiting and I'm still waiting.

Q       Who said that to you?

A       My partner, Brian.

Q       What about Josh?

A       Josh, I spoke to him once in a while and, you know, I let him do whatever he has to do.

Q       You authorized him?

A       Of course.  He was a partner after David.

Q       So right now the assets of the corporation, do you know where they are?

A       What assets?

Q       Well, let's say car files, who has the car files?

A       It should be in the office or whatever, whoever had, was in charge of

50

it.

Q        What office would it be in?

A        Where was North Shore Motors, and then, you know, if they stopped it, they must have sent it to the warehouse or something.  I don't know where the files are.

Q        You have no knowledge where the car files are for that business; is that what you are saying right now?

A        Yes.  Right now I don't know where the files are, yes.

Q        What about the computers. Where are the computers right now?

A        I have no idea.

Q        Where is the phone system right now?

A        I have no idea.

Q        Where exactly would the video that was taken inside that business be?

A        I have-- again, I have no idea.

Q        When you communicated with your partners regarding the operation of

51

North Shore, would you sometimes speak with them on the telephone?

A      Yes.

MR. SHANKS:   Mr. Shanks, objection.  Let me put it on the record before you answer.  Could you give me a timeframe, Mr. Thomasson, on that question?

Q      Mr. Khan.

A      Yes.

Q      During the years that North Shore Motors was operating, did you communicate with your partners on the telephone?

A      Yeah, I always spoke to Brian mostly.

Q      Why did you always speak with Brian?

A      Because he used to be there and he was closer to Josh and I didn't want to bother Josh because Josh was a very busy person.

Q      What was Josh busy with?

A      He has a dealership and, you

52

know, he had a lot of things going on, so Brian used to see him all the time because he used to come to Nissan, so when Brian told me some things, so why would I second guess and call Josh for? Because Brian would not lie to me, so, anything Brian told me and me, whatever I told Brian, that is how we communicated.

Q    Do you know someone named Michael Laurie?

A    Michael Laurie?

Q    Yes, that is the name, Michael Laurie.  You are suing him.  Who is he?

A    Michael Laurie.  Michael Laurie.  Michael Laurie.  I have to take a look at my papers.

Q    But that is not a name that you know off the top of your head?

A    I know a lot of Michael's so I just, you know, I have to see the last name and everything.  I have contacts in my phone close to 4000 people so--

Q    Dwight Blankenship, how do

53

you know Dwight Blankenship?

        A       Who?

        Q       Dwight Blankenship, do you know him?

        A       That is why I have to take a look at my contacts.

        Q       Did you look at anything before this deposition?

        A       Yes, I did.

        Q       What did you look at?

        A       I was-- I looked at who am I suing, it was about the cases and things like that.  Hold on one second, someone keeps on calling me inside in this, and it is, I'm sorry.  I'm sorry, I'm on the phone so people are calling me and it is distracting me.

        Q       What documents did you look at in preparing for this deposition?

        A       That was a couple of months ago so I have to look at it again.  It was a couple of months ago, so nothing that I have in front of me, so I'm not going to say anything that I don't know.

54

Q        You looked at documents but you don't know what they were; is that a fair way of putting it?

A        No, no, it is just that I don't remember right now.

Q        You don't remember what documents you looked at?

A        No, I looked at the documents but I don't remember all the questions that you are asking me.

Q        Do you know what the documents were that you looked at?

A        Yes, of course, but like I told you, I don't remember.  It is not in front of me.

Q        Did you read any complaints?

A        Yes, I did, but the only thing is, again, I told you, it was a couple of months ago, so I'm not going to say something like completely I don't remember that much.

Q        What complaints did you look at, do you remember that?

A        Again, right now I'm not

55

going to say anything because I don't remember.  I don't want to give you a wrong answer.

Q      Did you look at any leases?

A      I'm sorry?

Q      Did you look at any leases in preparation for this deposition?

A      It was a lot of papers and again I'm not answering something that I don't remember so--

Q      At the moment you don't remember if you looked at any complaints or leases?

A      I did look at complaints and leases, but I don't know exactly.  I have to check it one more time to give you that answer.

Q      Were there any other documents that you can recall looking at?

A      No.

Q      So there were times when you would speak to one or more of your partners on the telephone; is that right?

A      Yeah.

56

Q       And I'm talking about your partners at North Shore Motors. Sometimes you would speak to them on the phone; is that right?

A       Yeah, mostly Brian I was speaking to.

Q       Were there times when you with would text with your partners?

A       Hardly.  We hardly text each other.

Q       Not much in the way of texts?

A       No, no, not that much that I recall it.

Q       Did you used to e-mail with your partners?

A       If we e-mailed something like either I need something from him, a check-wise or something like, you know, that we would just e-mail once in a while, but basically nothing was something that I e-mailed and like, you know, we had conversation on an e-mail; nothing that I recall.

Q       What is your e-mail address?

57

A        A7Khan@aol.com.

Q        Do you have any other e-mail addresses?

A        Yes.  I have Picklimo@yahoo.com.

Q        Do you have any other e-mails?

A        Do I have other e-mails? It's got to be -- AsadKhanFortLee@gmail.com, but I hardly use that, I just had that for Gmail.

Q        What e-mails would you use in connection with North Shore Motors?

A        I would say my main e-mail which was A7Khan.

Q        And were there cameras at North Shore Motors?

A        Yes, of course, but Anthony was in charge of that.  I had seen them but I had no log-ins or something like that for that.

Q        Do you know if at any point in time David or Josh or Brian or you ever took any of the video that was at

58

North Shore?  Did any of you ever take it from the building?

A    Not that I remember.

Q    Do you know where the videos from North Shore are today?

A    No.  I thought that Anthony had all of this because he was in charge of like the video.  He was the one that, he put in the videos over there.

Q    And what about when operations ceased, was anything like that taken, if you know?

A    Again, now, you are talking about ceased when I went there and pulled out the cars, or are you talking about recently in 2022?  Because that is why I'm confused what ceased you are talking about.

Q    Well, how many times do you know after it opened that operations were stopped at North Shore Motors?  They stopped one time when you went, right?

A    Yes, but that was only for a couple of days.  That was for about a

59

week.

        Q       Why did you do that?

        A       Why did I do that?  We wanted answers to the things and where was the money and everything and then he took the titles home, which he's not supposed to, and he was holding that as a hostage. And then somehow David spoke to him and he met David and he brought all the titles back and that's where we fired his wife from there and she could not come to the building anymore and only Anthony was allowed as a manager to work there.

        Q       So from the time that you say Sarah was fired, did she ever work there any more?

        A       Afterwards.  After, I would say after maybe four or five, six months after that, but I had never seen her after that working there, but I know she was.  She came back and they made peace with David.

        Q       And that was okay with you?

        A       Whatever my partners said and

60

we agreed to it; we made all the decisions together.

Q    So if things were worked out with David, that was okay with you; is that fair to say?

A    I would say so because David was-- he was my mentor and whatever David said we, he never gave us a wrong things anyway, so we always, me and Brian, we respected him, whatever he said and that is what we did.  We agreed to it.

Q    So there was some things that were wrong when you went and pulled the cars for four or five days, but then that got worked out; is that fair to say?

A    That got worked out not with me, with David.

Q    But it got worked out between David and the Deo's, right?

A    Deo's were just worked out as that he's going to work there and his wife was not going to work there.  That is how it worked out, nothing -- he was not in charge of any money.  He was not

61

in charge of anything.  So we held everything from him.  Even when we had to take back the checkbook, the checkbook he used, the controller used take it home when they were there.

Q    So none of the Deo's ever wrote any checks at North Shore, did they?

A    They were not allowed to.

Q    But I am asking you whether or not they did?

A    I have no idea, but I'm just telling you that they were not allowed to have, to write the checks.

Q    Now, I'm not asking you what was worked out in this first instance when you shut it down, I'm just saying that in your mind it was worked out between David and the Deo's and then it was reopened?

A    Just as a work, just him as a --

Q    I'm not asking you what was worked out.  I am asking you--

62

MR. SHANKS:  Objection.  You cut him off.  You are doing it again and again.  Let him give his answer.

Rephrase the question.

MR. THOMASSON:  Happily.

Q     I'm not asking you what was worked out, Mr. Khan.  I am asking you yes or no, it was worked out in this first instance --

A     Again, a work out, I don't know.

Q     Mr. Khan, you are cutting me off now.  You are cutting me off.  Please let me finish the question.

MR. SHANKS:  Yes, he is because he's been following you for an hour doing it.  Let him finish, as I instructed.

MR. THOMASSON:  I haven't been doing it for an hour.  Stop that, Russell.

A     Yes, it is one hour already.

Q     I haven't been interrupting

63

you for an hour, Mr. Khan.  I am asking you, let me finish the question, please.

A      Okay.

Q      Yes or no, there was a dispute that lead to the cars being pulled out of there for four or five days, yes?

A      The dispute, that is what I'm trying to--

Q      I'm not asking what the dispute is.  I am asking you yes or no did that happen?

A      Dispute again.  My thing was he was allowed in the building to run because me, David and Brian could not run daily business over there.  He came in, begged David Baron that please, he's going to be whatever, a good person or he brought back all the titles, gave it to David, and David was a very nice man and forgive him and he let him work there. That is my answer.  Not that there was -- the dispute is between partners.  He was not our partner.  He was not our partner.

64

He was working as a manager.  His wife was with him as a BDC manager.

Q      Was there a dispute that took place --

Withdrawn.

What year did you first -- were you first a part of taking cars out of North Shore for four or five days; when did that happen?

A      That was after my surgery so I would say between '18 and '19.

Q      And when was your surgery?

A      August, I think August of '17, August of '18.  I'm sorry, I just, it was seven years ago.

Q      Okay.  So some time after that you were a part of pulling the cars out of North Shore for four or five days, correct?

A      Yes.

Q      And after four or five days the cars were returned; is that correct?

A      Not after four or five days, it took about two weeks almost.

65

Q      Okay.  So North Shore was shut down for approximately two weeks the first time that you could remember; is that right?

A      I would say about a week, but then, you know, by the time we brought back the cars it took about two weeks.

Q      Now, whatever differences caused that to happen, those differences got resolved; is that correct?

A      Not that I know of, but at that time David was working on it.

Q      Then why were the cars returned if the differences were not resolved?

A      At that time he returned the titles and I don't know what promises he made to David and, but we did not question David.  So David told us that he'll take care of him and he will talk to him about it and then me and Brian, we just, we backed off.  So whatever David made a decision, we respected it.

Q      Were the cars pulled out of

66

North Shore after that again?

        A       Not that I remember.

        Q       Well, you know that it is not operating anymore, right?

        A       So then, of course, then they had to move the cars.

        Q       And when was that?

        A       Again, I told you, I don't know.  I don't know the dates.  After that I was waiting for my partners to let me know what is going on.

        Q       And they haven't told you anything more about the cessation of operations at North Shore?

        A       I was waiting for them to tell me what is going on.

        Q       So doesn't that mean that you were not told?

        A       I let them because Josh was involved over there mainly and we trusted him and then he will let us know and that is that is what we were waiting for.

        Q       And you have been waiting for that for how long?

*Rich Moffett Court Reporting, Inc.*

67

A     I mean, whenever this thing is over.

Q     Are you still waiting to hear from Josh about North Shore?

A     Yeah, because I don't know how they end up with like, you know, when those cars were pulled out and everything and when the corporation is going to be closed and everything, so he will tell us.  Of course, he will tell us.

Q     Well, at some point in time you stopped getting paid and you stopped getting money from your business called North Shore; is that fair to say?

A     That was a long time ago.

Q     Yeah, when did you stop getting money?

A     I believe that was 2019.

Q     You haven't been paid any money from North Shore since 2019?

A     I don't think so.

Q     Did you still put North Shore on your tax returns?

A     No, because I don't get any

68

K-1s or nothing from there and there is no business.

Q    Did you ever put North Shore on your tax returns?

A    100 percent.

Q    But only up until about 2019; is that fair to say?

A    Till it was gone.  Till I was receiving money.  Once I stopped receiving my money then why should I put it?

Q    Okay.  And you think right now as best as you can recall that you stopped getting money from North Shore around 2019; is that right?

A    That's -- I'm just, from my knowledge.

Q    Okay.  And did you ever get money from 189 Sunrise Highway?

A    No, never.

Q    Did you ever get any money from Superb Motors?

A    Never.

Q    Did you ever get any money

69

from Anthony Robert Urrutia?

    A    Never.

    Q    Excuse me, Robert Anthony Urrutia?

    A    Never.

    Q    Have you ever gotten money from Josh Aaronson?

    A    Never.

    Q    How about Jory Baron?

    A    No.

    Q    Did you ever get money from David Baron?

    A    David passed away, I believe in 2019.  2020 I think he passed away.

    Q    Did you ever get any money from him?

    A    No.

    Q    Did you ever get any money from Iris Baron?

    A    No.

    Q    Do you know who Iris Baron is?

    A    Of course, that is David's wife.

70

Q      Have you met and spoken with Iris Baron?

A      At the funeral, yes.

Q      Have you seen or spoken with her since his funeral?

A      No.

Q      Was she ever a business partner of yours?

A      It was the Estate of David Baron.  We had, I had nothing to do with it.  Everything was the Power of Attorney was with Josh.

Q      Who gave Josh that Power of Attorney, do you know?

A      David.  David Baron probably give her because I was not there, but David was the one that he, he gave to Josh.

Q      How do you know he was given one, did you see it?

A      We had a trust and everything and why would I question that?

MR. SHANKS:   Just answer his question.  Did you see it?  If you

71

don't know, say you don't know.

A     I don't know.  I did not see it, so I don't know.

Q     Did you ever get any money from Brian Chabrier?

A     No.

Q     And you have not yet paid any legal fees on in case; is that correct?

A     I'm sorry?

Q     You have not yet paid any legal fees on this case; is that correct?

A     Yes.

Q     Have you ever heard of a business called Team Auto Sales, LLC?

A     Team Auto Sales?  I have no idea who Team Auto Sales is.

Q     The Hylan Boulevard corporations that are co-plaintiffs with you, you said are owned by Josh Aaronson, right?

A     I don't even know who 189 is, Sunrise, so I don't know who is the owners.  I have no idea about this place.

Q     I'm sorry, maybe I misspoke.

*Rich Moffett Court Reporting, Inc.*

72

I was asking about the Hylan Boulevard Auto corporate co-plaintiffs with you.

A        That was, I know Hylan Boulevard which I seen it many times and I know that is Hylan Group, if I'm not mistaken.

Q        Okay.  And I may have covered this already, is Frisk Street Realty also Island Auto Group holding?

A        I have no idea about this. First time I'm hearing about this.

Q        What about 446 Route 23 Auto, are you familiar with any businesses on Route 23?

A        No, sir.  No, sir.

Q        Do you know Marc Merckling, the co-defendant?

A        I'm sorry?

Q        Do you know Marc Merckling?

A        Doesn't ring a bell.

Q        Do you know Thomas Jones?

A        Thomas Jones?  No.

Q        Do you know any of the Gold Coast Car dealerships?

73

    A      Gold Coast, you know, in that area there is a lot of Gold Coasts.  I heard the name of Gold Coast, but they were in Great Neck, but has nothing to do with me.

    Q      Do you know DLA Capital Partners?

    A      DLA?  No.  No.

    Q      Have you ever done any business with Flushing Bank?

    A      Never.

    Q      Have you ever done any business with Libertas Funding?

    A      No.

    MR. KATAEV:   Harry, if this is a good time to take a break, let me know.

    MR. THOMASSON:   Sure, we could do that right now.  What do you need, Emanuel, 20 minutes?

    MR. KATAEV:  5 is fine.

    MR. THOMASSON:   We'll reconvene at 12:30.

    MR. KATAEV:   Okay.

74

(Whereupon, a short recess was taken, after which the following occurred:)

EXAMINATION BY

MR. KHAN (continued:)

Q     Mr. Khan, you told me that there were some documents that you reviewed in preparation for this deposition but you don't remember too many details about those documents, right?

A     Yes.

Q     Okay.  Who did you talk to to prepare for this deposition?

A     Of course I have to call my counsel.

Q     Okay.  So which lawyer or lawyers did you speak to?

A     To Russell.

Q     Anyone else?

A     No.

Q     Did you speak to any other person whether or not they are a lawyer to prepare for this deposition?

75

        A       No.

        Q       Do you know who worked at North Shore Motors?

                MR. SHANKS:   Objection. Timeframe.

        Q       Well, during your years at North Shore Motors, do you know who worked there, Mr. Khan?

        A       I was only dealing with at that time mostly my controller and Anthony and Sarah were working there, so, that was the only people I knew, but the salespeople, they used to hire and fire.

        Q       Who used to?

        A       Anthony and Sarah.

        Q       And were there other people that worked there besides sales people and controllers?

        A       It was Danny O'Sullivan and Melissa Beltre.

        Q       But they were controllers, right?

        A       Yes.

        Q       Okay.  And you told me about

76

controllers and salespeople, were there any other positions that you know of at your business?

A      Like positions?  There was no other positions except sales.

Q      And you didn't know any of the employees that worked there; is that right?

A      If I see them and I will know them but I don't remember them from names because they used to come work for a couple of months and then they would go, either they would get fired or they would just move on.  That's the only time I used to see people over there.

Q      Do you have a cell phone, Mr. Khan?

A      I'm sorry?

Q      Do you have a cell phone?

A      Yes.

Q      How many cell phones have you had, if you know, since 2018?

A      I have only one cell phone for a very long time.

77

Q    And by that do you mean you have only one cell phone number for a very long time?

A    Yes.

Q    What is that number?

A    (718) 501-8006.

Q    And with regard to that cell phone number, have you ever used it to call any of the defendants in this case?

A    Any of the defendants in this case?

Q    So let's start with did you ever call Anthony on that number?

A    I would say a couple of months ago or maybe a month or no, more than a month ago by mistakenly, you know, once you have the cell phones and you just press and it goes.  If I did that, that was it but I never spoke to Anthony for a very long time.  I would say a couple, maybe a couple of years now.

Q    And if you had had spoken to Anthony in the last few years, would you remember it?

78

A       I would say so.

Q       But you haven't spoken with him in the last few years, correct?

A       No, no, I did speak to him, like I told you, about a month, month and a half ago.  One of my friends, which is a mutual friend of ours, they were sitting somewhere in the restaurant or something so they Face Time me and they called me to say hello and hi, and you know, that was it.

Q       You are saying that in the last few months Anthony Deo called you?

A       No, he did not call me.  One of our mutual friends that met him in the restaurant and he just Face Timed and he just said hey, listen, I'm sitting with Anthony and say hello to each other and I said hello and he said hello; that was it.

Q       But there was no substantive discussion?

A       No, no, no, we had no discussion like that.

79

Q      And that mutual friend's name is what?

A      His name is Alex Saleem, S-A-L-E-E-M.

Q      Did you ever call Sarah on the telephone on that, from that telephone number?

A      No.  Before, yes I used to call her before.

Q      Okay.  Before what?

A      A couple of years ago.

Q      Okay.  Up until a couple of years ago, you mean?

A      Yes.

Q      How often would you speak with her on the telephone?

A      Twice a week maybe, once a week if there was anything, if I need to ask a question or something.

Q      And that telephone number that you just gave us is with what carrier?

A      It is with Verizon.

Q      Has it always been with

80

Verizon?

A    It was with Verizon for years and years and then I switched it, but it is the same number.  I switched it to AT&T but I didn't like it so I moved back to Verizon.

Q    Okay.  Have you ever called anyone named Dwight Blankenship, if you know?

A    Dwight Blankenship?  Not that I remember any name like that.

Q    Do you know if you ever called someone named Michael Laurie?

A    Michael Laurie.  Again, you gave me that name but doesn't ring a bell to me right now.  I have so many Michael's in my list, but Michael Laurie, not that I remember.

Q    Did you ever call Marc Merckling for any reason, if you know?

A    What is his name?

Q    Marc Merckling.  You are suing him.  He is one of the defendants in this case.

81

A       No.  Why would I call him?

Q       I don't know, I am asking you.

A       No, I did not call him.

Q       Have you ever called me?

A       I'm calling you now on Face Time.

Q       Yes, I understand that we are all on this deposition together, Mr. Khan, but prior to this, have you ever called me that you know of?

A       No.

Q       Would there be any reason that you would have called me?

A       I did not call you.

Q       Would there be any reason that your phone number would be calling my phone?

A       I don't remember calling you and --

Q       Am I in your contacts?

A       I have to check but I don't think so.  I have 4000 contacts, so I really don't know, but why would I call

82

you?

Q      Again, I'm not the one being questioned here.

A      No, no, no, I know.  I just, first time I'm speaking to you.

Q      Did you exchange, did you know of any e-mails with Anthony or Sarah Deo?

A      Not that I remember.

Q      Do you know if you ever exchanged any e-mails with any of the other co-defendants in this case?

A      I don't think so, I would only speak to Russell about it.

Q      Now, you told me that you don't text much, but is there any reason you would have been texting with Sarah or Anthony Deo that you know of?

A      Recently?

Q      Ever.

A      I always-- we always used to text each other, but, you know, when they used to work there.

Q      What is it that you would

83

text them about?

A    If we went to the auction or if there is anything I need or they need anything, we text each other.

Q    From your last answer are you suggesting that there were times that Sarah Deo went to auctions for North Shore Motors?

A    Sarah?  No.  I went with Anthony once.

Q    Why did you go to an auction with Anthony?

A    We were buying cars.

Q    For North Shore or any of your other businesses?

A    From North Shore.

Q    Why did you go to that?

A    Because a lot of people knew me in the auction and it was a high line sale, so usually when there is a high line a lot of people go together and that is how we went to Pennsylvania.

Q    What is the definition that you understand of a high line sale?

84

A    A high line sale is like when they run a high line cars like Mercedes, BMWs, Jaguars.

Q    Are there other types of sales at car auctions that you know of?

A    No.

Q    So there is high line sales and there is non-high line sales; is that true?

A    Yes.

Q    And no other types?

A    No, there is boats.  They could sell boats; they could sell motorcycles, but I'm not interested in those.

Q    Were you an owner at North Shore Motors during the pandemic?

A    During the pandemic, I believe so, yes.

Q    Did you obtain any money from North Shore Motors during the pandemic?

A    Not that I remember anything.

Q    Did you receive any Pandemic Relief Funds of any type either for

85

yourself or for North Shore Motors that you are aware of?

A      No, no.

Q      Do you know if any of the controllers made any applications for Pandemic Relief Funds?

A      They were doing it for a lot of the dealerships and but, it is like, you know, they were controllers and David used to do all this thing.  We never bothered David with that.  David was in charge of all these things.

Q      And what do you mean when you say you didn't bother David with that?

A      I mean, whatever David's decision was and we never questioned David with, you know, what is he applying because he had all the groups together, so if they did it under the group, I don't know about that, but David used to handle all this thing through his attorneys and through his bankers and everybody.

Q      And whatever he did, you

86

trusted?

A    Yes.

Q    And after David died, do you know if Josh obtained any Pandemic Relief Funding?

A    Not that I know of because he has a lot of dealerships so--

Q    If Pandemic Relief Funding was obtained for North Shore, you should have gotten some, right?

A    It is not that personally, if there was a funding, it should have gone to the bank account, to the business, not to me personally; not to anybody personally.

Q    And as far as you know that never happened, right?

A    I don't remember.  I would be lying to you.  I don't remember.

Q    You don't remember what?

A    That the money came in and I had seen it.

Q    Do you think if millions of dollars in Pandemic Relief Funds were

87

obtained, you think you would know that?

A        Oh, yes, if it is millions of dollars, of course I would know that.

Q        And as you sit here today you are not aware of any Pandemic Relief Funds that went to North Shore Motors; is that correct?

A        This is what I'm trying to tell you, I don't remember that.

Q        You don't remember that happening, right?

A        Yes, yes.

Q        Okay.  And if it was a large sum, you would remember, right?

A        If they told me, yes, I would remember, but in the pandemic time I was like a kind of out of commission and I was, I just came out of the hospital after that, so I was hardly going in anywhere.

Q        But at some point after you were recovered and the pandemic passed, did you have any conversations with Josh about Pandemic Relief Funds?

88

A      No.

Q      Did you ever have any conversations with anyone about Pandemic Relief Funds?

A      No, sir.

Q      Did anyone ever have conversations with you about Pandemic Relief Funds?

A      No.

Q      So as far as you are concerned that means that there weren't any because otherwise you would know, right?

MR. SHANKS:   Objection as to form.

MR. THOMASSON:   You could answer.

A      Like I told you, I don't remember, and I don't want to say anything because I did not see personally anything like that.

Q      Did you ask?

A      No.  Actually, like I told you, I was just coming in once in a while

89

and after when David passed away, I was not in a good shape for a while and I did not ask Josh anything about the pandemic, but I know people did get pandemic money, but I don't remember what North Shore got, what anybody else got.

Q     What do you mean by anybody else, you mean other Island Auto Group stores?

A     Everybody, I think everybody applied.  At that time everybody was applying for the pandemic loans, but I don't know what it was, did it get approved, how much we got.  I had nothing to do with it.

Q     Did you get any Pandemic Relief Funds?

A     I did not get anything.  Like I told you I don't remember getting anything.

Q     And you haven't gotten any money from North Shore, you told us, since about 2019, right?

A     If I recall it, yes.

90

Q        Did you pay at all for your interest in North Shore?

A        What I got paid, it was the monthly profits that came in.

MR. SHANKS:   Objection. That is not the question.  He asked if you got paid for North Shore.

A        No, no, I got nothing.  I didn't get paid anything.  I basically lost everything, whatever I had over there.

Q        My question to you is did you pay anything to obtain your interest in North Shore, you?

A        In the beginning, yes.  We had to put in some money in there but I don't remember how much I and Brian and David we put in money.

Q        Did you put in money?

A        Oh, yes, initial money.

Q        And that came from a personal account of yours?

A        It's got to be, 100 percent.

Q        Do you know how much you

91

paid?

A    I have no idea of how much it was.

Q    Is there any record of how much you paid for North Shore Motors?

A    2000, 2016, I think, I don't think that I have records but we, if we did, I think if I'm not mistaken it has to be between 30,000 each partner as a working capital we put in.

Q    And that would be you, David and Brian; is that right?

A    Yes.

Q    Do you know if Josh ever put any working capital into that business?

A    I have no idea.  I never spoke to him about that.

Q    Was he ever a partner in that business?

A    He has to because he had a Power of Attorney, so he took over for David Baron.

Q    Was there ever any closing on your purchase of that business?

92

A       A closing because it was an empty store when we took over.  It was UAE Premiere before and it was emptied out and there is no such thing as closing, it was a lease, that is about it.

Q       So were you one of the guarantors on the lease, would you say a Good Guy Clause, right?

A       Yes, it was a corporation and I think only David signed it.

Q       Could you hear me, Mr. Khan?

A       Yes.

Q       Can you tell me the names of any attorneys that worked for North Shore Motors?

A       Not that I know of.

Q       Can you tell me the names of any accountants that worked for North Shore Motors?

A       The only person I know is our controllers, Melissa Beltre and Danny O'Sullivan.

Q       And we also discussed Wendy

93

Quan, she was also--

A    Yes, that is after when I stopped going in and things like this, Wendy came in after that.

Q    Was there any reason that you stopped going in?

A    Because Brian and my partner and we thought that we were just closing it down and Josh is about to close the place, so that's why I stopped going in.

Q    Do you know why Josh closed the place?

A    I remember when I was speaking to my partner that he told me a couple of things about it that it was a lot of money missing and same thing with the floor plan and titles and it was issues, a lot of issues.

Q    So why didn't you just fire the Deos?

A    Because at that time when Josh took over, so, then we let, we let Josh do everything.

Q    And Josh decided to close the

94

business instead of firing the Deo's; is that correct?

A    I don't know what they did. I have no idea if they fired him or what happened, but I know they started lawsuiting each other, so--

Q    You also started a lawsuit, right?

A    Yes, yes, I know, but the only thing was I don't know between Josh and Deo, that if who got fired and what dates was it and everything, so I don't have those things.

Q    Why did you start the lawsuit?

A    Because when I received the papers from Deo that he was suing me too.

Q    So you started a lawsuit because Anthony Deo was suing you?

A    Yeah, he was suing a lot of people.

Q    And with regard to-- withdrawn.

Was North Shore making money

95

during your time you were an owner?

A    We found out it was all not really making money, but it was on the papers, what he was showing to the controllers and that is how the controllers got it; that the place was like, it was not making money, it was just all for-- like and that is where, that is where I went in and I fired Deo and Sarah and I pulled out all the cars with David Baron.

Q    And that was because they were stealing money?

A    Yes, I mean, that is how our controllers explained to us.

Q    So how much money did they steal?

A    I have no idea and I don't remember, but it was a lot of money was missing from the account.

Q    What is a lot?

A    I don't remember.  I don't want to say a wrong figure.

Q    What was North Shore Motors

*Rich Moffett Court Reporting, Inc.*

96

grossing per year during your ownership?

A       It is grossing doesn't mean anything because like one car is 50,000 or 40,000, that is not a gross, it is just a profit how much it was and then the expenses.  So you could gross $10 million, but in the end when you pay for the car and all of the expenses and everything, so when you check the losses, it was basically nothing there.

Q       How much was North Shore Motors grossing during your time with North Shore Motors, per year?

A       Don't remember.

Q       How much was North Shore Motors netting during your time?

A       Don't remember again.

Q       Who would know these things?

A       This was, I would say the controllers would know because whatever Anthony showed us, it was all wrong, basically.

Q       And he would be showing you what?

97

A        On a daily basis, monthly basis how much money we made and then later we found out it was not there.

Q        So Anthony Deo was in charge of the bank accounts?

A        No.

Q        Well--

A        He was in charge of, you know showing us how much money he made.  He was doing the financing for the people and everything.

Q        Well, let's start with that. What document would he show you on a daily basis?

A        Just like what he grossed.

Q        I am asking you what the document is.  What is the document?

A        A regular piece of paper, just on a piece of paper, that, you know, nothing came in into the account, but he would say yes, it is coming into the account.

Q        Okay.  And this would be on what kind of paper?

98

A       Just a regular paper and, you know.

Q       Was it a form?

A       No, no, no.

Q       He would hand write things on a piece of paper?

A       Yeah, yeah, just a piece of paper, that is how many cars he sold --

Q       Did he type?

A       No, he would not type.

Q       So he would handwrite on a piece of paper and do what that paper?

A       We would just look at it and wait for the answers from the controllers.

Q       That is not what I asked you either, Mr. Khan.  I said what did Mr. Deo do with the paper?

A       I don't know, I never touched the paper, so he would take the paper with him, I don't know what he did with it.

Q       So you never saw the paper that Anthony Deo was writing; is that

99

correct?

A     Of course, I saw it, that he was writing.

Q     Okay.  So where would that paper be today, for daily sales?

MR. SHANKS:   Mr. Thomasson, you are cutting him off again. Please.

MR. THOMASSON:   Calm down, Mr. Shanks.

MR. SHANKS:   No, you need to calm down.

MR. THOMASSON:   I'm as calm as could be, Mr. Shanks.

MR. SHANKS:   You are jumping over the witness.  Let him answer, that is all.

MR. THOMASSON:   But he is not answering, okay?

A     I'm answering what it is. Any time he wrote something, he kept it there.  I don't know what happened to the papers after, if he ripped it, if he garbaged it.  I don't know.

100

Q        Wouldn't he have to give it to someone, like controllers?

A        Yes, the controllers had to go through the banking and stuff like this, but what he used to tell us, at that time the controller was never in the room so whatever he told us as a partner, we believed him, but then the controller would tell us something else later, and that is where we started looking that what he was showing on the paper we had so much money, but then in the bank account, was not going in.

Q        So this began during what year that Mr. Deo was giving paper with incorrect numbers?

A        I mean, it started when we started, I would say 2000, whenever I went there and pulled out the cars.

Q        Was the end of it?  Was that the end of it?

A        When I was there, what I remember.  I'm just going to say what I remember.

101

Q        So when you pulled out the cars, was that the end of him stealing?

A        No, no, no, no.  After that it started something else.  He started with Josh, I think, and then, then he went to another dealership, the one you said about Tony Urrutia and he did the same thing down there and then I heard, I never met Mr. Tony Urrutia, but I heard from people what happened and they started a lawsuit, suing each other.  And then he went to another place and he messed up the floor plan over there and that is what I have been hearing.

Q        Who did you hear it from? Tell me everybody who told you that.

A        All dealerships talk.  It is everybody knows each other.

Q        So as long as you know them all, give me the names of the people you have been talking to this case about.  Go ahead.  Give me all of those names.

A        What case?  What case?

Q        Anthony Deo stealing.  Tell

102

me everything who you spoke to about that. Tell me everybody you spoke to.

A People just talk.

Q No problem, so just give me those names.

A I'm just telling you why should I give you names because that is what everybody was talking about and that is what I heard.

Q Okay, so just tell me who you heard it from, that is all.

A Just on the street.

Q Okay. Those people on the street, those strangers?

A Plus I saw everything in the lawsuits.

Q So you had no firsthand knowledge that Anthony Deo--

A No, it is a lot of knowledge I have from the floor plan companies, people were talking and stuff like this so--

Q What floor plan companies were talking about this?

103

A        I don't want to say any names.

Q        You have to answer the question.

A        I don't want to say any names because why should I say names --

MR. SHANKS:   Mr. Khan, you don't have to protect anybody.  You could give the names of the people you spoke to.

A        It is the floor plan company like Next Gear, AFC.

Q        What other floor plan companies talked to you about Anthony Deo?

A        AFC and Next Gear.

Q        Anybody else?

A        That is the two people who talked to me about it.

Q        AFC would be Allied?

A        No.

Q        What is AFC?

A        It is a floor plan company from Odessa, Long Island.

104

Q    What other people have you spoken to about Anthony Deo?

A    Not that I spoke to, they spoke to me about it.

Q    Okay.  So you sat silently while other people were talking to you about Anthony Deo stealing money; is that true?

A    What should I do?

Q    Does that mean yes, you sat silently and listened?

A    I listened and that is what I'm trying to tell you; that is how I found out.

Q    Who is the people that told you?

A    I just told you, AFC and Next Gear.

Q    Who are the people who worked there that told you?

A    They are no longer there and it was many years ago, like four or five years ago.

Q    So what are their names?

105

A       I don't remember anymore.

Q       So you don't know the name of anyone right now that told you Anthony Deo stole money from North Shore; is that correct?

A       I don't remember those guys from AFC and Next Gear.

Q       But you know it was AFC and Next Gear that you heard it, right?

A       Yes.

Q       You don't remember the name of who told you; is that correct?

A       No, no.

Q       No, you don't remember?

A       It was just in the auctions when we met somebody, they were talking and I was just listening to them and that is how.

Q       What about the people on the street, what were their names?

A       That's what I meant when I said on the street.

Q       From those two companies?

A       Uh-huh.

106

Q        Is that a question?

A        Yes.

Q        Did anyone working for you or working with you tell you that Anthony Deo was stealing?

A        From who?

Q        Anyone that worked for or with you, any of your partners, your employees, controllers, did anyone?

A        I mean, of course, we saw the paperwork and once I went there and I picked up the cars and I saw the bank accounts and when he took all the titles home and that was the time that I said okay, I have to pick up all the cars.

Q        Where are the titles kept, in the safe?

A        Of course, it has to be in the office; you cannot take that home.

Q        How do you know they were taken, did you go into the safe?

A        When we went to the safe it was gone and Anthony had it and then he brought it back.

107

Q    The safe was gone?

A    No, the titles were gone.

Q    So you went into the safe because you had--

A    It was not in the safe. There was no such thing as a safe in there.  It was just a file and it was in the file folder, and when we were looking for the five folder, it was gone.

So then we called Anthony. David actually called Anthony, and he took the titles home, and he was keeping them as a hostage.  And then till they spoke with each other and he brought them back.

After a week or so they had to meet somewhere, in the diner and that's how David took care of it, to get back our titles.

Q    And you worked everything out?

A    Not me.

Q    Well, your partner, your trusted partner worked it out?

*Rich Moffett Court Reporting, Inc.*

108

A     Yes.  Did not work everything out, we don't know, but he told me he took care of the stuff, that he gave back the titles and he agreed that his wife was not going to work there anymore and he's going to be just there as a manager and we are going to watch him.

So, basically, once he came back to the office, David used to be there then all the time, whenever he was never in Florida.  So he used to watch Anthony and go there almost every day.

Q     David did?

A     Yes.

Q     Do you know if David ever proposed selling Baron Nissan to Anthony Deo?

A     I heard something like this but I don't know anything inside of it that what happened, because it was nothing to do with me, so I never got involved.

Q     Who did you hear it from?

A     It was actually, Anthony told

109

me.

        Q    Anyone else?

        A    No.  Once Anthony told me, so why would I, and when I spoke with David and I just kind of asked him, he said we are working on something, and that was it.

        Q    But you weren't a part of that at all?

        A    No, no, it had nothing to do with me, so why should I --

        Q    Why did you personally allow Anthony Deo to continue working there after you had pulled out the cars because you found out he was stealing?  Why did you?

        A    Not me.  Not me.

        Q    Not you what?

        A    It was David did.

        Q    David did what, pulled the cars?

        A    No.  David told me that he's going to be fine and he worked something out with him and he can work back again

110

as a manager.

Q      So whatever was wrong at that time --

A      Then David told me that he will watch him because he's now here and if he does something like this again and it is going to be no good, so whatever happened between David and Anthony, and we respected.  Me and Brian, we talked about it and we were like okay, David made that decision and we are going to respect it.  And he apologized, Anthony apologized of what he did.

Q      Did he apologize in writing?

A      No, he just came to the place and we sat down and David was the one, he made everybody shake hands and that was it.

Q      So there was a meeting that took place?

A      No, it was not a meeting like this.  David spoke to me separately and then I spoke to Brian separately and then David told me to call Anthony.  And I did

111

call Anthony and we spoke on the phone and then we met, I think once and I went to the dealership and that was it.

Q      So there was a meeting that took place at the dealership --

A      No, not me.  Not me.  It was just David and Anthony had the meeting.

Q      Did you have a meeting with Anthony in which you shook his hand or was that just David?

A      No, that was -- no, I did shake his hand.  We met in the restaurant.

Q      Who else was there?

A      I think he called Sarah after that.

Q      I didn't ask who was on the phone, I asked you who was at the restaurant.

A      No, we went into the restaurant.  His wife, Sarah and Anthony and me.

Q      Just the three of you?

A      Yes.

112

Q        And this was after the cars had been returned to North Shore?

A        That was, yes, after, after two weeks I would say, two or three weeks.

Q        And the three of you shook hands?

A        It was me, because David told me to meet him and I met him.

Q        So you went to make peace with Anthony and Sarah and for them to make peace with you, is that a way of putting it?

A        Yes.

Q        And you did?

A        I mean, we didn't write anything down.  Whatever David told me, that is what I did.

Q        And you were -- would it be fair to say that as of that meeting with the three of you in the restaurant, whatever it is that had happened up till that point, all was forgive; is that a fair way of putting it?

113

A    No, it is not that.  Me, I was not in a good shape.  I had surgery because my doctor told me not to get involved in the business that much because I was on really heavy medications and things like this.  I had a quadrupe (p) and that is why I kind of stopped everything, stopped going and just not to get involved in the daily business.

Q    So what was the purpose of that meeting at the restaurant?

A    David told me that he's going to make a peace with him and he apologized to David.  He's embarrassed what he did and he's going to bring back the titles and which he did and he gave it to David, all the titles, whatever he took.  Before he was not giving it to us, and then when David spoke to him, I have no idea, and this is how David spoke to me and Brian together and said okay, he's apologizing, he's doing this and let's give him a second chance.

Q    So is that what you went to

114

the restaurant to do, to give Anthony and Sarah a second chance?

A    No, not me.  We just -- we met and he apologized to me and that was it.

Q    What was the purpose of that meeting?

A    What was the purpose of that meeting?

Q    You went to a meeting.

A    Yeah.

Q    On the way to that meeting what was the purpose of what you thought was going to take place that day?

A    Because he said to me, David told me he was going to apologize to you and that is what he did.

Q    So at that point was all forgiven and he was able to go forward in his position without losing it?

A    Because what happened, the reason, I went there, I did not want to keep any grudges between anybody, and plus, like I told you, I was not in a

115

good shape that much, so I could not do a daily business.  So I let it, I let everything, left it in David Baron's hands and Brian's hands.  So I said whatever you guys say, I'll do.  You want me to-- he's going to apologize to me, I have no problem, if he wants to.  David said he's not going to do that again and--

Q    So how much money were you able to find out that Anthony Deo stole from North Shore Motors?

A    It is-- I don't know any figure of that yet.

Q    Who would know it?

A    The controllers would know it and Josh would know it and David would know. Like I told you, I was not involved after that, so I did not want to take any stress so--

Q    So to this day you don't know how much Anthony Deo stole; is that correct?

A    Whatever was after me, I

116

don't know.

Q    Well, you don't know what happened before when you were still actively involved either, do you, an exact number?

A    I can't give you an exact number.  I told you I was going through a surgery and things like this.  I don't remember.

Q    Do you have any idea how much money he stole?  Was it more than a thousand dollars?

A    It's got to be more than a thousand dollars, of course.

Q    Was it more than $10,000?

A    Has to be more.

Q    Was it more than $100,000?

A    It has to be more but I don't want to --

Q    Was it more than a million dollars?

A    If I don't have anything in front of me, I don't want to say anything.

117

Q       Do you know as you sit here today whether or not Anthony Deo took a million dollars from North Shore Motors that he was not allowed to take; do you know that?

A       You don't steal money like in cash, there is millions of other ways that you, he took money or anybody can take money.

Q       What are those ways?  You seem sure about it.  Why don't you tell me how it is done?

A       Like if you have titles of the car, you could sell a title to another dealer and take the money as you wish, under another corporation.

Q       How do you know?

A       Because people, a lot of people did this.  I have been in business and I have been watching these people, what they did.  I always hear what another person did and that is how I know.

Q       You have never been in

118

trouble yourself for that, have you?

A       No, no.

Q       Have you ever been in any trouble with the Attorney General of New York?

A       No, for what?

Q       Have you ever been pursued for any criminal charges?

A       No, no.

Q       What about any of the businesses that you were involved in, did any of the businesses ever lose their DMV licenses?

A       Not, none of my, anything that I owned that I lost a license.

Q       Were any of your businesses barred from working in New York that you know of?

A       No, no.

Q       Do you know if anybody who had that happen to them?

A       A lot of people I know.

Q       That had what, they got barred?

119

A        They got barred, yeah.

Q        Who did the barring, the DMV?

A        Yes.

        MR. SHANKS:   Objection.  Who are you talking about?  Anyone in the world?

        MR. THOMASSON:   He seems to know.  He says a lot of people he knows.  So we'll go through that.

Q        Mr. Khan, who are the people that got barred from--

        MR. SHANKS:   He never said anyone got barred.

A        It is just --

Q        Didn't you say to me, Mr. Khan, that you knew a lot of people?

A        Yes, but I heard.  I read the newspaper and you see in the newspaper a lot of people got barred.

Q        That you know of?

A        That I don't know of; I read the news about them.

Q        Anyone that you know that got barred from working in the business?

120

A        No, not, I don't know personally.

MR. SHANKS:    Only testify to what you know, not what you read in the newspapers.

A        Okay.

Q        Who told you that Anthony Deo and Tony Urrutia have differences of opinion?

A        Who told me?

Q        Yeah.

A        One of the floor plan companies.

Q        Which one?

A        I believe, if I'm not mistaken it was Next Gear.

MR. THOMASSON:  One word, Lorraine.

Q        Would it be fair to say, Mr. Khan, that you do not have firsthand knowledge yourself of any theft by Anthony Deo, do you?  You have been told about it.

MR. SHANKS:  Objection.  You

*Rich Moffett Court Reporting, Inc.*

121

are characterizing his testimony. He said he has knowledge and he doesn't have numbers, specific numbers.

MR. THOMASSON: I am asking him a different question.

Q      Mr. Khan, do you have firsthand knowledge of any wrongdoing by Anthony Deo at North Shore, yes or no?

A      I told you yes, I do, but I don't have anything in front of me.

Q      Okay. What is your firsthand knowledge from?

A      About how what he did.

Q      Okay. But how did you find out about it? Did you find out about it yourself or only from other people?

A      From my partner.

Q      Do you have any firsthand knowledge yourself, that is what I am asking, not from anyone else, yourself, did you have?

A      Myself, I had knowledge when I took all of my cars out at that time.

122

Q        What knowledge did you have?

A        That a lot of the money was missing.

Q        And you have firsthand knowledge that it was Anthony Deo who took that money; is that correct?

A        That was the only people that were in charge of it.

Q        Well, the controllers were in charge of the money, weren't they, Mr. Khan?

A        The controllers-- he barred the controllers to coming into the building and that is where I went and he would not let the controller go into the office because he was hiding something and that's where the thing blew up.

Q        Which controller was barred from going into the office?

A        Melissa and, Melissa.

Q        Anyone else?

A        It was another girl, Daniella too.  Melissa was training her at that time.

123

Q        And they were both barred from going into the office?

A        Yes, and that is where when they called me.  First they called David. David was in Florida.  Then they called Brian.  Brian was not around and then they called me, so I came in and I wanted to see why he's not letting the controllers in.  And that is where the cops came in and then he provided the UAE Premiere lease because we did not have any papers with us because he was holding inside in his office all the real papers, and David had the real lease and David was not available, so we could not prove to the cops that we were owners.

And then when David came back, then we called the cops before we brought the locksmith.  So then the cops, they were there with us till 3 o'clock in the morning and let us out all of our cars.

Q        The cars, when you say all of your cars, in reality it was North

124

Shore's cars, right?

A       Not North Shore because we, me, David and Brian, we personally guaranteed for those cars.  Those were on the floor plan.

Q       Okay.

A       Anthony did not sign for the cars.

Q       So you took the cars.  These are North Shore cars, you took them?

A       It is North Shore.

Q       Let me finish.  Let me finish.

You took the cars that belonged to North Shore because you and your partners were the personal guarantors; is that correct, yes or no?

A       Yeah, because he could have sold those cars.

Q       I understand, because it was North Shore, right?

A       But North Shore was my company and David's company and Brian's company.

125

Q     But he could have sold them because they were North Shore's cars that you personally guaranteed on the floor plan, right?

A     Yes, and plus the titles were missing out of that building.

Q     For roughly a week or two, correct?

A     Yeah, because--

Q     Is that correct, yes or no?

A     Yes.

Q     Okay, thank you.

So, do you know what an EIN number is, Mr. Khan?

A     Tax I.D. number.

Q     Who obtained the Tax I.D. number for North Shore Motors; do you know?

A     David.

Q     How do you know that?

A     Because he was kind of in charge for the corporation.

Q     Did you see the Tax I.D. number at some point?

126

A    Not that I remember, but it should have been posted on the wall right next to the dealer license.

Q    As far as you know it was David who opened the corporation so he would have gotten the EIN, right?

A    No, I would say since the license was under Brian's name, so I would take that back and Brian would know about the EIN number and the license.

Q    Did Brian form the corporation or did David?

A    I'm not remembering.  I remember I give them the name.  There was a couple of suggestions but I don't remember who opened up the corp.

Q    So you were the one who came up with the name North Shore Motor Leasing?

A    I think I'm almost -- yes, I think -- you know, there was a couple of names, but everybody liked North Shore Motor Leasing so--

Q    And you came up with that

127

when the corporation was formed; is that right?

A    Yes, but I don't know who formed it.

Q    Okay.

But whoever formed it, it was one of your partners, right?

A    You see, if Brian formed it, yes he was my partner.  If David formed it, yes he was my partner.  If Anthony formed it, he was not my partner or maybe they let him do it.

Q    Why would Anthony form the corporation if he's not the owner?

A    Because if you trust somebody-- he's a manager.  I tell the manager, okay, manager can go and form the corp.  I don't know how to do it on the computer, and if he say oh, I know how to form it, he would go into the computer and form the corporation.  That is anybody could do it.  My controller can do it.  My accountant can do it.

Q    But they would be doing it

—*Rich Moffett Court Reporting, Inc.*—

128

for you, right?

A    Yes, 100 percent.

Q    Okay.

Now, who is it that goes on to bank accounts at these dealerships, it would only be the owners, right?

A    Yes.

Q    Okay.  So, and you already told me that it was you and your partners on the bank account as owners, right?

A    Yes, it was a commercial account.  It was not a regular Chase account.  It was a commercial account that only David can authorize everybody on that.

Q    I understand.

Did you know that Josh Aaronson approved Anthony Deo as the owner on one or more tax returns and that he did so in writing?  Did you know that?

A    No.

Q    Have you ever seen anything to indicate that Josh Aaronson authorized Anthony Deo as owner of that business?

*Rich Moffett Court Reporting, Inc.*

129

A       No, sir.

Q       Have you ever heard this before today?

A       No.

Q       Do you know when Chase was first told that you were an owner of North Shore?

A       When we opened up the corp. and the dealer license.

Q       And the account?

A       Yeah, on the account.

Q       So you would have told Chase when you opened up the account, you were on the account from the beginning?

A       Of course.  How the commercial account works, David was -- he had that account, so now any time you open something, you call your rep and you just go to the branch and you sign a paper and that's what me and Brian did. We went to the branch and we signed papers.  I don't remember anything else was on the papers.  No, nobody was on the papers because --

130

Q     But you and Brian went and opened the account; is that what you just said?

A     No.  The commercial account you don't open, it is already there and all you do is you just add another account to it and that's how it works. And you go and they give you another account and you sign for that papers. And we signed, me and Brian, we signed, but Anthony and Sarah was not on that account because we used to sign in the beginning all the checks.

After 2019-2020, I don't know what happened.

Q     Okay.  But up until then, from the time the account was opened up until roughly the time that you took the cars for a week or two or were part of taking the cars for a week or two, up until then it was just in the names of you, Brian and David; is that right?

A     Yes.

Q     And is it -- who is it that

131

actually opened it, do you know?

    A    All you do is you call your rep at the commercial account, okay, which David had, you're assigned a rep to you when you have a commercial account and that rep opens up an account, and then they tell you when they have the paperwork ready, you go to the branch and you sign it.

    Q    So then as far as -- from that explanation, Mr. Khan, should I draw the conclusion, yes or no, that you believe David Baron just simply called and had the account opened; is that what you think happened?

    A    Yeah, because they had a lot of-- they had a lot of-- David had a lot of dealerships, so that is how the commercial account works because --

    Q    So he would have just opened another commercial account for North Shore, right?

    A    Yeah, but you got to-- like he, they have to get approval that the

132

corporation and things like this and then they open up an account.

Q    And then he would add your name to the account; is that right?

A    Yes, to the partner name.

Q    So you would at some point would have to sign something, wouldn't you?

A    Yes, I would go to the bank and the bank makes you sign the papers.

Q    And you have a clear memory of doing that?

A    Yes.

Q    Okay.  And that was from the time the account was opened?

A    Yes.

Q    Okay.

Did you know that Josh Aaronson took $735,000 out of the Chase account when the North Shore Motors operations stopped during or about November of 2022?

A    Not that I know of.

Q    Do you know how he took the

133

money out?  You wouldn't know that?

A     No.  I did not speak to him and like I told you, I don't know.

Q     Well, if he did take $735,000 out of the North Shore account, would you consider some of that money yours?

A     Basically.

Q     It a yes or no question, Mr. Khan.

A     My thing is I have no idea if that is true or not and why would he take 735,000?  I have no idea, but if he did, he would have told me, but I don't know anything about it.

Q     So you don't think it happened because Josh didn't tell you that it happened; is that correct?

A     No, it is not that.  I trust him, he would have told me.

Q     Okay.  And, but for any money that he took out of the account when the account was closed, would you expect to be told about it?

A     Yes, but I knew--

134

Q      Were you?

A      No.  I don't know anything about it, but I was waiting, me, I was always speaking to Brian and Brian would tell me that they are working on the corporation to be closed, so that's what I was waiting on.

Q      Where is the corporate book for North Shore Motors?

A      The last time I remember Anthony took it home and I don't know if it was returned back to anybody.

Q      Today do you know where the corporate book is for North Shore?

A      No, sir.  No.

Q      Do you know where any of the files are for North Shore Motors?

A      I think you asked me that question in the beginning and I told you no, I don't know.

Q      Do you know where anything belonging to North Shore Motors is today?

A      No.

Q      Do you know the status of the

135

bank account at North Shore Motors?

A    No.  It is a commercial account, so usually commercial accounts, they usually call and then they close it. You don't have to sign any papers or something.

Q    But at the moment you don't know whether that account is opened or closed; is that right?

A    Yes, I don't know.

Q    Do you know anything about incident reports that were filled out relating to you at any time during the occasion that you came and took cars out of North Shore?

MR. SHANKS:   Objection as to form.

What do you mean by incident report?

A    Incident.

MR. SHANKS:   Wait a minute, I have an objection.

What is an incident report or by whom?

136

Q        Mr. Khan--

MR. THOMASSON:  It is an exhibit     to the complaint, Russell.

A        Incident.  I don't know what incident.

Q        You said that at some point while you were at North Shore the police were called; is that correct?

A        Yes.

Q        Do you know of any reports that any employees of North Shore filled out regarding what went on that day?

A        That was all their employees, they can write anything they want, but I know exactly what happened.

Q        That is not what I am asking you, Mr. Khan.  I am asking you if you know whether or not there are such reports?

A        Yes, I know.  Yes.

Q        How do you know?

A        Because I saw it.

Q        Where?

A        In the complaint.

137

Q        You read that in the complaint?

A        Yes.

Q        Did you read the reports?

A        No, I mean, that was all on the one.  I think it was one or two people.  One was Angela, I believe and one was, I don't know who that was that wrote down.

Q        But I am asking whether or not you read that in the reports, yes or no?

A        Yes.

Q        You did read the reports?

A        Yes.

Q        Were they true?

A        What they wrote, they can write anything they want but--

Q        Of course they did can, but that is not what I asked you.  I asked you is it true?

A        It was not true, what happened.  I'm telling you what happened.

Q        I'm not asking you what

138

happened.  I am asking you--

A    No.

Q    I am asking you if it is true?

A    Yes.  I did go there.  We did call the cops.  So if you are asking me, yes, that is what happened.  But what they wrote in their reports, it is completely opposite.  It is whatever Anthony told them to write, that is what they write.  That is what they wrote.

Q    How do you know that he told them what to write?

A    Because that was his employees and they were very loyal to him.

Q    Did you hear him tell them to write something?

A    No, it is not that because once I went there with Melissa and everybody, the employees, they wouldn't even know me, who I was and they were stopping me.  They said no, Anthony and Sarah is the owners.  You are not the

139

owner, and they were stopping me and that's where we had a heated conversation and that's where we called the cops.

Q    So--

A    Because in the end all the employees that they hired, they told them that I was just their friend; I was not the owner; Anthony and Sarah was the owner.  Whatever the employees were working there.

Q    And these incident reports that you read are entirely incorrect; is that right?

A    Not entirely.  I'm going to tell you some--

Q    What is it that was correct?

A    What they said that I came in and I wanted to go inside and they wouldn't let me.

Q    That was correct?

A    Because they thought that I was an outsider.  They thought --

Q    What did they write that was incorrect?

140

A       That, that they did not know me, that I was the owner.

Q       That was incorrect, when they wrote that you were not the owner?

A       Because whatever--

Q       Is that correct?

A       Again, whatever.

MR. SHANKS:  Mr. Thomasson, let him answer.  How many times do I have to instruct you?

MR. THOMASSON:  He is not answering.  How would you like me to say it?

MR. SHANKS:  I would like you to say it very lowly.

MR. THOMASSON:  He's not answering, Russell.

MR. SHANKS:  Ask a follow-up.

MR. THOMASSON:  He's avoiding the answers all day.

MR. SHANKS:  No, no, Asad.

Mr. Thomasson, you are not going to get the answers you want.

141

You are going to get the truth.

You need to follow-up.

MR. THOMASSON:   Move to strike.

MR. SHANKS:   Is there an open question?

(Whereupon, the reporter read back the requested testimony.)

MR. THOMASSON:  So I did get an answer there, Lorraine?

I think now is a good time to take a break.  How about we take a good break for lunch?  Is 45 minutes enough for everybody?

MR. KATAEV:   Yes.

MR. THOMASSON:   We'll come back at 2:30.

THE WITNESS:  2:30 is fine, because I have to go to the bathroom.

MR. THOMASSON:   Would an hour be better?  We could come back at 2:45, how is that?

THE WITNESS:  No, 2:45 is

*Rich Moffett Court Reporting, Inc.*

142

fine.  2:30 is fine.

MR. THOMASSON:  2:30 we'll be back.

MR. SHANKS:  Mr. Khan, for later on, if you have to go to the bathroom or break for five minutes, tell us.

MR. THOMASSON:  Any time.

(Whereupon, a luncheon recess took place.)

A F T E R N O O N   S E S S I O N

(Whereupon, the following takes place on the record:)

EXAMINATION BY

MR. THOMASSON (continued:)

Q    Mr. Khan, can you hear me okay?

A    Yes, I can hear you.

Q    Do you know what a personal guarantee is, Mr. Khan?

A    Yes.

Q    What is it?

A    That you personally guarantee for something, not a corp.

143

Q       So, if you personally guarantee a loan, for example?

A       Okay.

Q       Have you ever done that?

A       Sometimes, yes, there is like if I took a loan or something I personally guarantee it.  Let's say my credit card is personally guaranteed.

Q       So if you have a personal guarantee on a loan, does that mean in your mind that it is your loan?

A       If I personally guaranteed? Yes.

Q       So if you had a personal guarantee on a DMV license, does that mean that you can make decisions about that DMV license?

MR. SHANKS:  Objection. Hold on.  Objection as to form.

He can't guarantee a DMV license.

A       Yes, exactly, I can't.

Q       Well, isn't there someone who has to sign for the DMV licenses?  There

144

always has to be a person in charge of it, isn't there?

A    Yes, but there is no such a thing that I ever heard of a DMV license is personally guaranteed.  No, I never heard of that.

Q    They're typically issued in the name of a corporation, in fact, right?

A    I'm sorry?

Q    The DMV licenses are typically issued in the--

A    The corporation, yes.

Q    And then the corporation would control that license; is that right?

A    Yes.

Q    Were there warranty contracts associated with North Shore that you know of, Mr. Khan?

A    Warranty contracts?  Yeah, there is warranty companies that you sell their warranties.

Q    And have you ever been on any

145

one of those contracts?

A      On the warranties?

Q      Yeah.  In other words, there is a warrant company.  The business reaches an agreement with the warranty company for them to provide warranties, extended warranties?

A      I don't remember.  I think it is Allied Bank it was from the Allied and if somebody signed it, it would have been probably David would have signed that.

Q      All right.  But what I am asking you is is when there is an extended warranty company, there is some sort of a contract that is entered into between the dealership and that warranty company to sell warranties, right?

A      Yes, yes.

Q      And who is it that owns that contract for the dealership, is it typically in the corporate name or is it in an individual's name?

A      It is a corporate name.

Q      In a corporate name.  And

146

whoever it is that is signing that contract is acting on behalf of the owner of the company, right?

A       Yeah.  Even a manager can sign a warranty company, that doesn't mean anything.  It is just an outside company and you're selling their warranties, and if you allow, let's say if I allow Anthony and Anthony allows me, they could sign for it; it is doesn't have to be owners.

Q       Doesn't have to be the owner as far as you know to execute a warranty contract for the dealership; is that right?

A       Execute?  I never executed the warranty contract so far yet, so I don't know how it works.

Q       Okay, I understand.

If I would suggest to you that the occasion that you were there to deal with problems at the dealership and the police were called, if I were to suggest to you that that was March 5th of

147

'20, would you say that that is possible?

A       Possible?

Q       Does that sound like it could have been that date?

A       It could have been.

Q       And then on the occasion that David ended up removing cars, if I would suggest to you that was June 17th of 2020, would you say that is possible?

A       June 17th?  Why would David remove cars?  I remember me and David were together till 3-4 o'clock in the morning when we were removing cars.

Q       Did you read something in the complaint called the Asad Khan incident?

A       Yeah, it said--

Q       And that was alleged to have taken place on March 5th of 2020; do you remember that?

A       I don't remember the dates, believe me.  I have no idea about the dates.

Q       Was there anything in the complaint that you thought was inaccurate

148

regarding that incident?

A      I mean, whatever they were saying, I mean, what I told you, that is what happened.  What they wrote, I have no idea.  And who were these people?  I have -- the only woman I knew that was there, she was a biller, her name was Angela and I saw her name that she wrote that what happened, that called the cops and I came in and then we picked up all the cars because Angela, I remember she was telling the cops that David Baron and Asad is not the owners of North Shore Motors and Sarah and Anthony was the owners, because she used to work for them and they hired her and they told her whatever they told her.  But in actuality, we were the owners.

Q      That was one of the so-called incident reports attached to the complaint, right?

A      Right, right.

Q      But that is not what I am asking you about.

149

A    Okay.

Q    I am asking you about the section in the complaint that's entitled the Asad Khan Incident.  Did you read that section?

A    I don't remember.  I'm not going to lie to you.  I don't remember.

Q    Now, you don't know whether or not there was any type of financial system in place on the Chase Bank account called Positive Pay, is that what you testified to?  Is that right?

A    What does that mean?  I don't understand.

Q    Have you ever heard of the Positive Pay system through Chase Bank?

A    No, this is the first time I'm hearing it.

Q    Was there any kind of token system through Chase Bank that you could recall for security purposes?

A    Yes.  I know the token system.

Q    Tell me more about that.

150

What is it?

A      That is when you have the token, like I would give the token to my controller and the controller would log in and this token only works in the commercial accounts.  And the token, the number, whatever it appears, it changes every two minutes, and she puts in and then it will take you to that account.

Q      Without the token, can anybody make transactions on that account if they don't have a token?

A      No.  If I give you my token, yes, you can do it, as long as you have my token.

Q      Okay.  And you used to give it to your controllers?

A      Everybody had their own token, so sometimes, let's say if the controller forgot her token, so she could use my token.

Q      Okay.  Who had tokens at North Shore?

A      It was me; supposed to be me,

151

Brian and David and our controller.

Q      Was that it?

A      Yeah, that is it.

Q      Did you ever receive K-1s from North Shore?

A      I believe so, yes.

Q      Do you know who gave them to you?

A      The main accountant give it to the controllers and then the controllers distribute them.

Q      Who were the main accountants during your ownership of North Shore?

A      I don't remember, there was a couple of them, so they used to change. I think it was, that I remember, Alan Carra. There was another one. Oh, my God, I forgot, it had been years so. I remember Elan C-A-R-R-A, I believe. And it is Elan, E-L-A-N.

Q      And who picked the accountants?

A      That's the Baron Group.

Q      The Baron Group decided who

152

the accountants would be?

A     Yes.

Q     Who provided the floor plans at North Shore?

A     Allied Bank.

Q     And were they obtained with the assistance of the Barons?

A     They have to all guarantee it and we all have to sign with it.

Q     So who signed on the floor plan accounts for North Shore?

A     It was me, David and Brian.

Q     And it was only Allied Bank, was the only floor plan providers at North Shore?

A     Yes, at that time till I was involved, yes.

Q     When was the last time you were a part of filing any tax document that has the name North Shore Motors? Excuse me.

A     Like I told you, I never personally did, the controllers does it.

Q     Well, so you had nothing to

153

do with the filing of North Shore's tax documents, but you certainly filed your own, right?

A    Yes.

Q    And did any of your own tax documents have North Shore Motor Leasing written on it?

A    There should be, must be.

Q    But you have no present memory of it; is that correct?

A    No, no, but there must be, yes.

Q    Did you know that the--

A    I got the K-1's so, of course, there is going to be.

Q    Do you know there is a document request out there asking for any tax returns with the words North Shore Motor Leasing on it, did you know that?

A    From who?

Q    From me.

A    No.

Q    But you think North Shore Motor Leasing is on your own tax returns,

154

right?

A      It's got to be.

Q      And as you sit here now you have no knowledge that you have to turn over those tax returns?

A      No.

Q      Do you still have those tax returns?

A      Of course, it's got to be there.

Q      Okay.  I look forward to seeing them.

A      Sure.

Q      I may have asked you about this, Mr. Khan, but I need it as a preliminary question again.  Are you telling me that you do not -- did you tell me, excuse me, did you tell me that you have no knowledge that Josh Aaronson approved Anthony and Sarah Deo as the owners of the North Shore?

A      No, I don't have no knowledge.

Q      And that he did so in writing

155

in an e-mail; did you know that?

A    No.

Q    Did you know that Citrin--

Withdrawn.

Did you know if Citrin Cooperman was ever an accountant for either North Shore or Island Auto Group?

A    No.

Q    Have you ever heard the term Citrin Cooperman?

A    No.

Q    Do you know that they're an accounting firm?

A    Don't remember anything like that, so.

Q    You didn't have anything to do with picking accountants though for North Shore?

A    No, no, it was all their decision.  David used to do everything like that.

Q    And then after David died, who would be making the decisions for North Shore?

156

A       That would be Josh.

Q       That was with your knowledge and approval?

A       No, I don't know about these people so.

Q       Was it okay with you that Josh was making these decisions, is what I'm saying?

A       Oh, yes, yes.

Q       And he was the one that was making the decisions?

A       Yes.

Q       And he made decisions about North Shore for you; is that right?

A       Yes.

Q       And do you know that whether or not it was okay with Brian that Josh was making decisions, was that okay, as well, if you know?

A       I would say yes, he would. If he said no, Brian would call me, but Brian never said no to it.

Q       Okay.  Do you know what the relationship was between David and Josh?

157

A       Josh is his son-in-law.

Q       Did they have a good relationship?

A       Very good relationship.

Q       As far as you know?

A       No, I used to know the family.

MR. SHANKS:   He answered.

Q       You were discussing with me earlier the Power of Attorney that you were aware that Josh got from David, right?

A       Yes.

Q       Do you know if Josh was able to use that after David died?  Do you know if he did?

A       For doing what?

Q       Anything.  If you know whether or not he did.

A       I mean, he had the Power of Attorney.  We knew it.  David, even before he passed away, I mean, he kind of told me that Josh is going to be the one that is going to have a business because

158

he trusted Josh for everything.

Q        Do you know if Josh used the Power of Attorney at all before David died?

A        No, no.

Q        No, you don't know or no, he didn't do it?

A        No, he never got involved in any of the businesses when David was alive.

Q        Okay.  So he would have only used this Power of Attorney after David died?

A        Yes.

Q        Have you ever discussed the current situation with Josh, all these lawsuits?

A        We kind of just spoke about it one time, very shortly.  He's always busy and I did not want to bother him but I hear everything through Brian because Brian is more like, he's the GM of Nissan, so Josh comes to Nissan almost every day because he lives around the

159

corner, so whatever Josh tells him, Brian usually tells me what is going on.

Q      That would be Baron Nissan?

A      Baron Nissan, yes.

Q      Do you know if they're trying to sell Baron Nissan right now?

A      No, no idea.

Q      You haven't heard that on the street at all, had you?

A      No.

Q      Would you be told if they were?

A      I have nothing to do with it, why would they say that to me?

MR. THOMASSON:  Do you need a little break, Mr. Khan?

THE WITNESS:  No, I'm okay. I'm sorry, I was just trying to find my charger.

Q      Do you know where any of the bank account records or for North Shore right now?

A      No.  No, I have no idea.

Q      Do you know where any of the

160

billing records for North Shore are right now?

A    No.

Q    Do you know where any of the cancelled checks are for North Shore right now?

A    No.

Q    Do you know where any of the telephone records are for North Shore right now?

A    No.

Q    Do you know where any of the video recordings are for North Shore right now?

A    No idea.

MR. SHANKS:  Objection.  You asked all of these questions.

MR. THOMASSON:  I don't think I got them all.  I'm just trying to be thorough.

MR. SHANKS:  Take your time, just hurry up.

Q    Did you know that Marc Merckling received a Grand Jury subpoena

*Rich Moffett Court Reporting, Inc.*

161

from the United States Department of Justice, Mr. Khan?

A        Nothing that I know of.

Q        Do you know whether or not any one of the co-plaintiffs in this case have gone to the Department of Justice? Did anyone tell you that?

A        I don't know.  I have no idea.

Q        Have you had to testify at any Grand Jury proceedings connected to this case?

A        No.

Q        Did anyone ever ask you to?

A        No.

Q        Have you spoken to law enforcement at all in connection with this case?

A        No.

Q        Did anyone ever ask you to?

A        No.

Q        Did you ever speak with anyone at the Department of Motor Vehicles about anything involving this

162

case?

        A       No, sir.

        Q       Do you know of anyone who did?

        A       I told you, I don't know anything about it, so --

                MR. THOMASSON: I have no further    questions at this time.

                THE WITNESS:  Okay.

                MR. SHANKS:   Anyone else have questions?  I have no questions.

                MS. RONNEBURGER:   I have no questions.

                MR. KATAEV:  Emanuel Kataev speaking, no questions.

                THE REPORTER:  Who on the record will be ordering this transcript?

                MR. SHANKS:   I will order one.

                MR. THOMASSON:   I will order one, Lorraine.  This is Harry Thomasson.  I think you already

163

have my contact information, and I will order one.  Regular services is fine with me.

MR. KATAEV:  Russ, I'll split with you.

MS. RONNEBURGER:   Can I split with the two of you, as well? This is Ariel from Flushing Bank, we'll order it too.

MR. CIANCIULLI:   No, I don't need a copy, and I did put my name and party in the Chat for you.

(Time Noted:  2:55 p.m.)

164

A C K N O W L E D G E M E N T


STATE OF NEW YORK   )
                    :ss
COUNTY OF NASSAU    )


              I, ASAD KHAN, hereby certify that I have read the transcript of my testimony taken under oath in my deposition of December 22, 2025; that the transcript is a true, complete and correct record of my testimony, and that the answers on the record as given by me are true and correct.


                    _____
                    ASAD KHAN


Signed and subscribed to before
me, this              day
of                      , 2025.

_____
Notary Public, State of New York

165

------------------I N D E X------------------

WITNESS            EXAMINATION BY            PAGE

ASAD KHAN       MR. THOMASSON               7


DIRECTIONS:  None

RULINGS:  None

MOTIONS:  None


-------------------EXHIBITS---------------

PLAINTIFF'S FOR I.D.                        PAGE

None


DEFENDANT'S FOR I.D.                        PAGE

None

166

C E R T I F I C A T E

STATE OF NEW YORK   )

                    ) ss.:

COUNTY OF NASSAU    )


          I, Lorraine Marinazzo, a Notary Public within and for the State of New York, do hereby certify:

          That ASAD KHAN, the witness whose deposition is hereinbefore set forth, was duly sworn by me and that such deposition is a true record of the testimony given by such witness.

          I further certify that I am not related to any of the parties to this action by blood or marriage; and that I am in no way interested in the outcome of this matter.

          IN WITNESS WHEREOF, I have hereunto set my hand this 30th day of December,2025.

                    *Lorraine Marinazzo*
                    ----------------------
                    LORRAINE MARINAZZO

**$**

**$10** [1] - 96:8
**$10,000** [1] - 116:16
**$100,000** [1] - 116:18
**$30,000** [2] - 43:18, 44:2
**$735,000** [2] - 132:20, 133:5

**'**

**'16** [5] - 17:11, 24:10, 25:6, 30:18
**'17** [7] - 17:11, 24:10, 25:6, 25:13, 30:19, 64:15
**'18** [5] - 23:21, 25:13, 27:18, 64:12, 64:15
**'19** [4] - 23:21, 25:13, 27:18, 64:12
**'20** [1] - 147:2
**'86** [1] - 15:17
**'87** [1] - 15:17

**1**

**1,000** [1] - 9:14
**100** [3] - 68:6, 90:24, 128:3
**10170-0002** [1] - 3:11
**11042-1073** [1] - 3:17
**11553** [1] - 4:4
**11793** [1] - 3:4
**11:10** [1] - 2:19
**12** [1] - 9:12
**1239** [1] - 1:16
**12:30** [1] - 73:24
**1339** [1] - 3:22
**1580** [1] - 1:14
**1581** [1] - 1:13
**1591** [1] - 1:14
**1632** [1] - 1:15
**17** [1] - 27:5
**17th** [2] - 147:9, 147:11
**18** [1] - 27:5
**189** [8] - 1:6, 1:12, 3:7, 18:8, 38:14, 38:21, 68:20, 71:22
**18th** [1] - 17:10
**19** [1] - 15:15
**1984** [1] - 15:10
**1986** [1] - 15:16

**2**

**20** [1] - 73:21
**2000** [6] - 16:14, 16:16, 16:22, 23:20,

91:7, 100:19
**2016** [3] - 17:10, 30:14, 91:7
**2017** [2] - 30:12, 30:13
**2018** [2] - 46:13, 76:23
**2019** [8] - 25:21, 27:22, 67:19, 67:21, 68:7, 68:16, 69:15, 89:24
**2019-2020** [1] - 130:15
**2020** [4] - 25:15, 69:15, 147:10, 147:19
**2022** [3] - 48:19, 58:17, 132:23
**2025** [3] - 2:18, 164:10, 164:21
**22** [2] - 2:18, 164:10
**23** [4] - 1:18, 3:9, 72:13, 72:15
**2320** [1] - 3:11
**2519** [1] - 1:16
**2:30** [4] - 141:18, 141:19, 142:2, 142:3
**2:45** [2] - 141:24, 141:25
**2:55** [1] - 163:14

**3**

**3** [1] - 123:21
**3-4** [1] - 147:13
**30,000** [2] - 43:21, 91:10
**3000** [1] - 3:17
**30th** [1] - 166:21
**32** [2] - 14:6, 17:4
**3280** [1] - 3:4
**333** [1] - 4:4
**3W8** [1] - 3:17

**4**

**40** [1] - 22:5
**40,000** [1] - 96:5
**4000** [2] - 52:24, 81:24
**420** [1] - 3:11
**446** [3] - 1:18, 3:9, 72:13
**45** [1] - 141:15

**5**

**5** [1] - 73:22
**50** [1] - 22:5
**50,000** [1] - 96:4
**500** [1] - 3:22
**501-8006** [1] - 77:7
**5th** [2] - 146:25, 147:19

**6**

**60** [1] - 22:6

**7**

**7** [1] - 165:4
**718** [1] - 77:7
**735,000** [1] - 133:13
**76** [2] - 1:17, 3:9

**9**

**92** [2] - 7:17, 8:20

**A**

**a.m** [1] - 2:19
**A7Khan** [1] - 57:16
**A7Khan@aol.com** [1] - 57:2
**Aaronson** [8] - 3:10, 40:15, 69:8, 71:20, 128:19, 128:24, 132:20, 154:20
**AARONSON** [1] - 1:11
**ability** [1] - 8:11
**able** [5] - 8:14, 33:14, 114:20, 115:12, 157:15
**Academics** [1] - 15:9
**account** [52] - 31:14, 31:17, 31:19, 31:25, 32:2, 36:25, 37:13, 38:4, 43:17, 43:19, 86:14, 90:23, 95:21, 97:21, 97:23, 100:14, 128:11, 128:13, 128:14, 129:11, 129:12, 129:14, 129:15, 129:17, 129:18, 130:3, 130:5, 130:8, 130:10, 130:13, 130:18, 131:4, 131:6, 131:7, 131:15, 131:20, 131:22, 132:3, 132:5, 132:16, 132:21, 133:6, 133:22, 133:23, 135:2, 135:4, 135:9, 149:11, 150:10, 150:12, 159:22
**accountant** [5] - 33:18, 40:6, 127:24, 151:10, 155:7
**accountants** [5] - 92:20, 151:13, 151:23, 152:2,

155:18
**accounting** [1] - 155:14
**accounts** [12] - 29:13, 29:15, 37:5, 37:22, 38:9, 42:6, 97:6, 106:14, 128:6, 135:4, 150:7, 152:12
**acknowledge** [2] - 6:6, 6:11
**acting** [1] - 146:3
**action** [1] - 166:17
**actively** [1] - 116:5
**actuality** [1] - 148:19
**add** [2] - 130:7, 132:4
**address** [2] - 7:16, 56:25
**addresses** [2] - 39:6, 57:4
**administer** [1] - 5:16
**administered** [1] - 6:13
**advertising** [1] - 29:3
**AFC** [7] - 103:13, 103:17, 103:21, 103:23, 104:18, 105:8, 105:9
**Affair** [4] - 13:6, 13:9, 13:11, 14:11
**afterwards** [2] - 22:19, 59:18
**ago** [15] - 9:12, 10:5, 43:4, 53:22, 53:23, 54:20, 64:16, 67:16, 77:16, 77:17, 78:7, 79:12, 79:14, 104:23, 104:24
**agree** [5] - 6:23, 6:24, 7:3, 7:5, 13:5
**agreed** [3] - 60:2, 60:12, 108:5
**AGREED** [3] - 5:3, 5:9, 5:14
**agreement** [2] - 6:22, 145:6
**ahead** [3] - 28:8, 36:13, 101:23
**Airport** [1] - 15:8
**Alan** [1] - 151:17
**Alex** [1] - 79:4
**alive** [2] - 27:2, 158:11
**ALIVIA** [1] - 4:8
**alleged** [1] - 147:18
**Allied** [5] - 103:21, 145:10, 152:6, 152:14
**allow** [3] - 109:13, 146:9, 146:10
**allowed** [5] - 59:14, 61:10, 61:14, 63:15,

117:5
**allows** [1] - 146:10
**almost** [7] - 9:11, 10:4, 30:8, 64:25, 108:13, 126:21, 158:24
**ALSO** [1] - 4:7
**AND** [3] - 5:2, 5:8, 5:13
**Angela** [3] - 137:8, 148:9, 148:12
**answer** [16] - 13:19, 24:22, 25:7, 45:7, 51:7, 55:4, 55:18, 62:5, 63:23, 70:24, 83:6, 88:18, 99:17, 103:4, 140:10, 141:11
**answered** [1] - 157:9
**answering** [5] - 55:10, 99:20, 99:21, 140:13, 140:18
**answers** [5] - 59:5, 98:15, 140:22, 140:25, 164:13
**ANTHONY** [2] - 1:6, 1:24
**Anthony** [88] - 3:16, 17:7, 17:14, 17:16, 18:2, 18:22, 18:24, 19:6, 21:5, 21:13, 22:12, 22:22, 24:11, 25:25, 26:14, 26:15, 36:5, 36:16, 40:13, 43:15, 43:25, 44:3, 49:7, 57:19, 58:7, 59:13, 69:2, 69:4, 75:12, 75:16, 77:14, 77:20, 77:24, 78:14, 78:19, 82:8, 82:19, 83:11, 83:13, 94:20, 96:22, 97:5, 98:25, 101:25, 102:19, 103:15, 104:3, 104:8, 105:4, 106:5, 106:24, 107:11, 107:12, 108:13, 108:17, 108:25, 109:4, 109:14, 110:9, 110:13, 110:25, 111:2, 111:8, 111:10, 111:22, 112:12, 114:2, 115:12, 115:23, 117:3, 120:8, 120:23, 121:10, 122:6, 124:8, 127:11, 127:14, 128:19, 128:25, 130:12,

134:12, 138:11, 138:24, 139:9, 146:10, 148:15, 154:21
**anticipate** [1] - 13:18
**anyway** [1] - 60:10
**apologize** [3] - 110:15, 114:17, 115:7
**apologized** [4] - 110:13, 110:14, 113:15, 114:5
**apologizing** [1] - 113:23
**applications** [1] - 85:6
**applied** [1] - 89:12
**applying** [2] - 85:18, 89:13
**approval** [4] - 33:12, 37:18, 131:25, 156:4
**approvals** [1] - 38:6
**approved** [5] - 37:22, 40:15, 89:15, 128:19, 154:21
**area** [1] - 73:3
**argumentative** [1] - 24:21
**Ariel** [2] - 7:4, 163:9
**ARIEL** [1] - 4:5
**arrangement** [1] - 6:18
**ASAD** [5] - 2:22, 164:7, 164:18, 165:4, 166:10
**Asad** [5] - 7:14, 140:23, 147:16, 148:14, 149:5
**AsadKhanFortLee@ gmail.com** [1] - 57:11
**assets** [2] - 49:18, 49:21
**assigned** [2] - 48:12, 131:5
**assignment** [8] - 47:6, 47:13, 47:16, 47:20, 48:4, 48:7, 48:8, 48:15
**assistance** [1] - 152:8
**associated** [1] - 144:20
**AT&T** [1] - 80:6
**attached** [1] - 148:21
**Attorney** [11] - 4:5, 26:3, 33:8, 70:12, 70:15, 91:22, 118:5, 157:11, 157:22, 158:4, 158:13
**attorney** [3] - 10:13, 10:18, 20:19

**Attorneys** [4] - 3:7, 3:15, 3:21, 4:3
**attorneys** [7] - 5:3, 6:5, 10:15, 19:15, 20:19, 85:23, 92:16
**auction** [3] - 83:3, 83:12, 83:20
**auctions** [3] - 83:8, 84:6, 105:16
**August** [4] - 17:10, 64:14, 64:15
**authorize** [1] - 128:15
**authorized** [3] - 5:16, 49:15, 128:24
**AUTO** [11] - 1:5, 1:7, 1:12, 1:13, 1:14, 1:15, 1:16, 1:17, 1:18
**Auto** [13] - 3:8, 3:9, 3:10, 3:16, 16:17, 71:15, 71:16, 71:17, 72:3, 72:10, 72:13, 89:9, 155:8
**AUTOMOTIVE** [1] - 2:5
**available** [1] - 123:16
**Avenue** [2] - 3:11, 3:17
**avoiding** [1] - 140:21
**aware** [6] - 35:18, 35:22, 44:20, 85:3, 87:6, 157:12

**B**

**backed** [1] - 65:23
**bank** [16] - 29:13, 29:14, 31:14, 31:25, 32:2, 32:4, 86:14, 97:6, 100:13, 106:13, 128:6, 128:11, 132:10, 132:11, 135:2, 159:22
**Bank** [12] - 4:3, 4:5, 36:25, 37:5, 73:11, 145:10, 149:11, 149:17, 149:21, 152:6, 152:14, 163:9
**BANK** [1] - 2:11
**banker** [1] - 17:13
**bankers** [1] - 85:23
**banking** [4] - 29:10, 29:11, 32:13, 100:5
**banks** [1] - 42:6
**BARON** [1] - 1:13
**Baron** [23] - 11:14, 11:20, 28:16, 38:5, 41:13, 63:18, 69:10, 69:13, 69:20, 69:22,

70:3, 70:11, 70:16, 91:23, 95:12, 108:17, 131:14, 148:13, 151:24, 151:25, 159:4, 159:5, 159:7
**Baron's** [1] - 115:4
**Barons** [1] - 152:8
**barred** [10] - 118:18, 118:25, 119:2, 119:12, 119:14, 119:20, 119:25, 122:13, 122:19, 123:2
**barring** [1] - 119:3
**basis** [4] - 42:4, 97:2, 97:3, 97:15
**bathroom** [2] - 141:21, 142:7
**BDC** [1] - 64:3
**began** [1] - 100:15
**begged** [1] - 63:18
**beginning** [6] - 31:22, 43:13, 90:16, 129:15, 130:14, 134:20
**behalf** [4] - 7:8, 44:4, 44:21, 146:3
**bell** [2] - 72:21, 80:16
**belonged** [1] - 124:16
**belonging** [1] - 134:23
**Beltre** [4] - 32:16, 32:17, 75:21, 92:23
**Beltrie** [1] - 29:18
**Best** [2] - 14:16, 17:3
**best** [2] - 19:13, 68:14
**better** [1] - 141:23
**between** [24] - 5:3, 9:12, 15:16, 17:10, 22:5, 23:19, 23:21, 24:10, 25:5, 25:6, 26:8, 27:4, 30:8, 47:12, 60:19, 61:20, 63:24, 64:12, 91:10, 94:11, 110:9, 114:24, 145:17, 156:25
**bill** [1] - 11:8
**biller** [1] - 148:8
**billing** [1] - 160:2
**BLANKENSHIP** [1] - 1:25
**Blankenship** [5] - 52:25, 53:2, 53:4, 80:9, 80:11
**Blauvelt** [2] - 7:17, 8:20
**BLAUVELT** [1] - 7:18
**blew** [1] - 122:18
**blood** [1] - 166:17

**Blvd** [1] - 3:8
**BLVD** [6] - 1:13, 1:14, 1:15, 1:16, 1:17
**BMWs** [1] - 84:4
**boats** [2] - 84:13, 84:14
**BONNIE** [2] - 3:24, 4:9
**book** [2] - 134:9, 134:15
**bother** [3] - 51:22, 85:15, 158:21
**bothered** [1] - 85:12
**Boulevard** [7] - 4:4, 39:7, 39:8, 39:22, 71:18, 72:2, 72:5
**branch** [4] - 32:11, 129:20, 129:22, 131:9
**break** [5] - 73:17, 141:13, 141:14, 142:7, 159:17
**BRIAN** [1] - 1:8
**Brian** [55] - 3:10, 11:14, 18:6, 25:19, 31:2, 32:3, 38:5, 38:11, 41:17, 41:19, 41:23, 41:25, 42:2, 42:14, 43:15, 49:10, 51:16, 51:19, 52:3, 52:5, 52:7, 52:8, 52:9, 56:6, 57:24, 60:10, 63:16, 65:22, 71:6, 90:18, 91:13, 93:8, 110:10, 110:24, 113:22, 123:7, 124:4, 126:10, 126:12, 127:9, 129:21, 130:2, 130:11, 130:23, 134:5, 151:2, 152:13, 156:18, 156:22, 156:23, 158:22, 158:23, 159:2
**Brian's** [4] - 29:7, 115:5, 124:24, 126:9
**bring** [1] - 113:16
**broke** [1] - 46:20
**brought** [9] - 20:18, 33:18, 46:22, 59:10, 63:20, 65:7, 106:25, 107:15, 123:20
**Building** [1] - 3:22
**building** [5] - 58:3, 59:13, 63:15, 122:15, 125:7
**bunch** [1] - 39:5
**business** [37] - 11:23, 12:10, 12:11, 12:15, 14:6, 17:23, 19:11,

22:7, 22:11, 24:16, 25:2, 26:21, 38:15, 48:25, 50:10, 50:21, 63:17, 67:14, 68:3, 70:8, 71:15, 73:11, 73:14, 76:4, 86:14, 91:16, 91:20, 91:25, 94:2, 113:5, 113:10, 115:3, 117:20, 119:25, 128:25, 145:5, 157:25
**businesses** [6] - 72:14, 83:16, 118:12, 118:13, 118:17, 158:10
**busy** [3] - 51:23, 51:24, 158:21
**BUYERS** [1] - 2:3
**buying** [1] - 83:14
**BY** [8] - 3:12, 3:18, 3:23, 4:5, 7:21, 74:5, 142:15, 165:3
**bypass** [1] - 30:2

**C**

**calm** [3] - 99:10, 99:13, 99:14
**cameras** [1] - 57:17
**cancelled** [1] - 160:6
**cannot** [1] - 106:20
**Capital** [1] - 73:7
**capital** [2] - 91:11, 91:16
**CAPITAL** [1] - 2:10
**car** [8] - 16:18, 49:22, 49:23, 50:10, 84:6, 96:4, 96:9, 117:15
**Car** [1] - 72:25
**CAR** [1] - 2:3
**card** [1] - 143:9
**care** [8] - 14:8, 27:2, 33:9, 33:10, 33:23, 65:21, 107:19, 108:4
**Carra** [1] - 151:18
**CARRA** [1] - 151:20
**carrier** [1] - 79:23
**CARS** [2] - 2:3, 2:4
**cars** [50] - 22:6, 22:17, 22:20, 22:24, 23:18, 29:8, 29:9, 46:6, 46:14, 58:16, 60:15, 63:6, 64:8, 64:18, 64:23, 65:8, 65:14, 65:25, 66:7, 67:8, 83:14, 84:3, 95:11, 98:9, 100:20, 101:3, 106:13, 106:16, 109:15, 109:22, 112:2, 121:25,

123:23, 123:24, 123:25, 124:2, 124:5, 124:9, 124:10, 124:11, 124:15, 124:20, 125:3, 130:20, 130:21, 135:15, 147:8, 147:12, 147:14, 148:12
**case** [20] - 10:13, 10:16, 14:14, 14:15, 19:22, 20:13, 20:19, 71:9, 71:12, 77:10, 77:12, 80:25, 82:13, 101:22, 101:24, 161:6, 161:13, 161:19, 162:2
**Case** [1] - 1:21
**cases** [6] - 13:7, 13:9, 13:11, 13:15, 14:11, 53:13
**cash** [1] - 117:8
**caused** [1] - 65:10
**ceased** [8] - 42:24, 46:2, 46:5, 46:9, 48:18, 58:12, 58:15, 58:18
**cell** [7] - 76:17, 76:20, 76:22, 76:24, 77:3, 77:8, 77:18
**century** [1] - 16:24
**certainly** [2] - 47:14, 153:3
**certificate** [3] - 31:6, 31:8, 31:10
**certification** [1] - 5:6
**certify** [3] - 164:7, 166:9, 166:15
**cessation** [1] - 66:14
**CHABRIER** [1] - 1:8
**Chabrier** [6] - 3:10, 11:14, 11:20, 38:5, 41:17, 71:6
**chance** [2] - 113:24, 114:3
**change** [1] - 151:16
**changes** [1] - 150:8
**characterizing** [1] - 121:2
**charge** [14] - 28:17, 28:21, 49:25, 57:20, 58:8, 60:25, 61:2, 85:13, 97:5, 97:9, 122:9, 122:11, 125:23, 144:2
**charger** [1] - 159:20
**charges** [1] - 118:9
**Chase** [15] - 31:16, 32:6, 32:8, 32:9, 36:25, 37:5, 37:22,

38:8, 128:13, 129:6, 129:13, 132:20, 149:11, 149:17, 149:21
**chase** [1] - 32:5
**Chat** [1] - 163:13
**check** [6] - 24:3, 34:14, 55:17, 56:19, 81:23, 96:10
**check-wise** [1] - 56:19
**checkbook** [2] - 61:4
**checks** [5] - 34:5, 61:8, 61:15, 130:14, 160:6
**Chestnut** [1] - 3:22
**Cianciulli** [1] - 7:3
**CIANCIULLI** [3] - 3:23, 7:2, 163:11
**circumstances** [2] - 42:16, 42:24
**Citrin** [3] - 155:4, 155:6, 155:11
**claims** [1] - 43:18
**Clause** [2] - 45:23, 92:10
**clear** [2] - 13:22, 132:12
**close** [8] - 12:14, 26:22, 27:9, 43:7, 52:24, 93:10, 93:25, 135:5
**closed** [8] - 12:8, 42:17, 42:19, 67:10, 93:12, 133:23, 134:7, 135:10
**closer** [1] - 51:21
**closing** [5] - 27:8, 91:24, 92:2, 92:6, 93:9
**CO** [1] - 2:10
**co** [8] - 19:18, 39:5, 39:22, 71:19, 72:3, 72:18, 82:13, 161:6
**co-defendant** [1] - 72:18
**co-defendants** [1] - 82:13
**co-plaintiffs** [6] - 19:18, 39:5, 39:22, 71:19, 72:3, 161:6
**COAST** [6] - 2:3, 2:4, 2:5, 2:6, 2:7, 2:8
**Coast** [3] - 72:25, 73:2, 73:4
**Coasts** [1] - 73:3
**college** [2] - 14:25, 15:4
**Collins** [1] - 17:13
**coming** [3] - 88:25, 97:22, 122:14

**commercial** [12] - 31:16, 128:12, 128:14, 129:17, 130:5, 131:4, 131:6, 131:20, 131:22, 135:3, 135:4, 150:7
**commission** [2] - 30:4, 87:18
**communicate** [1] - 51:14
**communicated** [2] - 50:24, 52:9
**companies** [8] - 16:14, 16:23, 102:21, 102:24, 103:15, 105:24, 120:14, 144:23
**company** [18] - 11:25, 12:4, 12:7, 42:10, 45:3, 45:17, 103:12, 103:24, 124:24, 124:25, 145:5, 145:7, 145:15, 145:18, 146:4, 146:6, 146:8
**complaint** [10] - 9:19, 20:21, 40:19, 136:4, 136:25, 137:3, 147:16, 147:25, 148:22, 149:4
**complaints** [7] - 20:18, 20:20, 20:22, 54:17, 54:23, 55:13, 55:15
**complete** [1] - 164:11
**completely** [2] - 54:21, 138:10
**computer** [2] - 127:20, 127:22
**computers** [2] - 50:14, 50:15
**concentrated** [1] - 20:4
**concerned** [1] - 88:12
**conclusion** [2] - 45:7, 131:13
**conducted** [1] - 6:4
**confronted** [1] - 21:5
**confused** [1] - 58:18
**connected** [1] - 161:12
**connection** [2] - 57:14, 161:18
**consent** [1] - 6:18
**consider** [1] - 133:7
**Consumer** [4] - 13:6, 13:9, 13:11, 14:11
**Cont'd** [1] - 4:2
**contact** [1] - 163:2
**contacts** [4] - 52:23,

53:7, 81:22, 81:24
**continue** [1] - 109:14
**continued** [2] - 74:6, 142:16
**contract** [5] - 145:16, 145:21, 146:3, 146:15, 146:18
**contracts** [3] - 144:19, 144:22, 145:2
**control** [1] - 144:16
**controller** [21] - 21:3, 29:16, 29:17, 32:14, 33:19, 33:21, 36:4, 42:8, 42:9, 42:11, 61:5, 75:11, 100:7, 100:9, 122:16, 122:19, 127:23, 150:5, 150:21, 151:2
**controllers** [25] - 29:20, 32:19, 75:19, 75:22, 76:2, 85:6, 85:10, 92:23, 95:6, 95:7, 95:16, 96:21, 98:16, 100:3, 100:4, 106:10, 115:17, 122:10, 122:13, 122:14, 123:10, 150:18, 151:11, 151:12, 152:24
**conversation** [2] - 56:23, 139:3
**conversations** [3] - 87:24, 88:4, 88:8
**COONEY** [1] - 4:8
**Cooperman** [2] - 155:7, 155:11
**cop** [1] - 47:8
**cops** [22] - 21:2, 21:6, 21:8, 21:10, 21:15, 21:17, 22:2, 22:3, 23:13, 46:12, 46:17, 46:18, 47:4, 123:11, 123:17, 123:19, 123:20, 138:7, 139:4, 148:10, 148:13
**copy** [1] - 163:12
**corner** [1] - 159:2
**CORP** [1] - 2:9
**corp** [4] - 126:17, 127:19, 129:9, 142:25
**corporate** [6] - 72:3, 134:9, 134:15, 145:22, 145:24, 145:25
**corporation** [24] - 23:11, 30:17, 30:24, 31:4, 31:6, 31:11, 45:12, 45:22, 48:2,

49:19, 67:9, 92:11, 117:17, 125:23, 126:6, 126:13, 127:2, 127:15, 127:22, 132:2, 134:7, 144:9, 144:14, 144:15
**corporations** [1] - 71:19
**correct** [25] - 13:11, 64:20, 64:23, 65:11, 71:9, 71:12, 78:4, 87:8, 94:3, 99:2, 105:6, 105:13, 115:24, 122:7, 124:18, 125:9, 125:11, 133:18, 136:9, 139:17, 139:21, 140:7, 153:11, 164:12, 164:14
**counsel** [2] - 6:17, 74:17
**Counsel** [2] - 3:24, 6:21
**counsels** [1] - 40:21
**count** [1] - 29:9
**COUNTY** [2] - 164:5, 166:5
**couple** [15] - 43:4, 53:21, 53:23, 54:20, 58:25, 76:13, 77:15, 77:22, 79:12, 79:13, 93:16, 126:16, 126:22, 151:16
**course** [30] - 11:8, 16:6, 27:13, 29:7, 30:7, 30:20, 33:13, 33:16, 33:20, 34:15, 40:25, 41:21, 44:25, 47:3, 49:16, 54:14, 57:19, 66:6, 67:11, 69:24, 74:16, 87:4, 99:3, 106:11, 106:19, 116:15, 129:16, 137:20, 153:16, 154:10
**court** [1] - 13:23
**Court** [1] - 5:19
**COURT** [1] - 1:2
**covered** [1] - 72:8
**CPA** [1] - 2:2
**CPA's** [1] - 2:11
**crazy** [1] - 13:23
**credit** [1] - 143:9
**criminal** [1] - 118:9
**CULLEN** [1] - 4:3
**current** [1] - 158:17
**customers** [1] - 12:25
**cut** [1] - 62:3

**cutting** [4] - 36:9, 62:14, 62:15, 99:8
**CYRULI** [1] - 3:7

### D

**daily** [7] - 36:21, 63:17, 97:2, 97:15, 99:6, 113:10, 115:3
**Daniella** [1] - 122:23
**Danny** [4] - 29:21, 32:17, 75:20, 92:23
**date** [1] - 147:5
**dates** [4] - 66:10, 94:13, 147:21, 147:23
**David** [136] - 11:13, 18:6, 21:12, 21:21, 21:25, 23:4, 23:8, 23:11, 23:17, 25:20, 25:21, 25:22, 26:4, 26:25, 27:2, 27:4, 27:5, 27:19, 28:16, 28:17, 30:25, 32:3, 32:25, 33:8, 36:22, 38:5, 38:11, 42:3, 42:14, 43:15, 45:15, 46:24, 49:17, 57:24, 59:9, 59:10, 59:23, 60:5, 60:7, 60:8, 60:18, 60:20, 61:20, 63:16, 63:18, 63:21, 65:13, 65:19, 65:20, 65:23, 69:13, 69:14, 70:10, 70:16, 70:18, 85:10, 85:12, 85:15, 85:18, 85:21, 86:4, 89:2, 90:19, 91:12, 91:23, 92:12, 95:12, 107:12, 107:19, 108:10, 108:14, 108:16, 109:5, 109:20, 109:21, 109:23, 110:5, 110:9, 110:11, 110:17, 110:23, 110:25, 111:8, 111:11, 112:9, 112:18, 113:13, 113:15, 113:18, 113:20, 113:21, 114:16, 115:4, 115:8, 115:18, 123:5, 123:6, 123:15, 123:18, 124:4, 125:20, 126:6, 126:13, 127:10, 128:15, 129:17, 130:23, 131:5, 131:14, 131:18, 145:12,

147:8, 147:11, 147:12, 148:13, 151:2, 152:13, 155:21, 155:23, 156:25, 157:12, 157:16, 157:22, 158:4, 158:10, 158:13
**David's** [4] - 29:6, 69:24, 85:16, 124:24
**days** [8] - 21:22, 58:25, 60:15, 63:8, 64:9, 64:19, 64:22, 64:24
**deal** [1] - 146:23
**dealer** [4] - 16:18, 117:16, 126:4, 129:10
**dealership** [11] - 22:21, 38:18, 38:20, 51:25, 101:7, 111:4, 111:6, 145:17, 145:21, 146:15, 146:23
**dealerships** [6] - 72:25, 85:9, 86:8, 101:18, 128:6, 131:19
**dealing** [1] - 75:10
**deceased** [1] - 11:14
**December** [2] - 2:18, 164:10
**December,2025** [1] - 166:22
**decided** [2] - 93:25, 151:25
**decision** [5] - 12:14, 65:24, 85:17, 110:12, 155:21
**decisions** [8] - 33:15, 60:3, 143:17, 155:24, 156:8, 156:12, 156:14, 156:19
**declare** [1] - 6:14
**defendant** [1] - 72:18
**Defendant** [1] - 3:3
**DEFENDANT'S** [1] - 165:16
**defendants** [4] - 77:10, 77:11, 80:24, 82:13
**Defendants** [1] - 2:14
**define** [1] - 47:23
**definition** [1] - 83:24
**degree** [1] - 15:3
**Deo** [38] - 17:7, 17:14, 17:16, 17:25, 40:13, 44:7, 78:14, 82:9, 82:19, 83:8, 94:12,

94:18, 94:20, 95:10, 97:5, 98:19, 98:25, 100:16, 101:25, 102:19, 103:16, 104:3, 104:8, 105:5, 106:6, 108:18, 109:14, 115:12, 115:23, 117:3, 120:8, 120:23, 121:10, 122:6, 128:19, 128:25, 154:21
**DEO** [3] - 1:24, 4:9
**Deo's** [6] - 9:20, 60:20, 60:21, 61:7, 61:20, 94:2
**Deos** [1] - 93:21
**Department** [3] - 161:2, 161:7, 161:24
**deposit** [1] - 43:22
**deposition** [14] - 5:6, 5:14, 6:8, 6:9, 53:9, 53:20, 55:8, 74:10, 74:15, 74:25, 81:10, 164:10, 166:11, 166:13
**deposits** [1] - 37:12
**derivatively** [2] - 1:9, 1:11
**details** [1] - 74:11
**died** [6] - 28:18, 86:4, 155:23, 157:16, 158:5, 158:14
**difference** [1] - 47:12
**differences** [4] - 65:9, 65:10, 65:15, 120:9
**different** [1] - 121:7
**diner** [1] - 107:18
**DIRECTIONS** [1] - 165:7
**discussed** [3] - 11:15, 92:25, 158:16
**discussing** [1] - 157:10
**discussion** [2] - 78:23, 78:25
**dispute** [6] - 63:6, 63:9, 63:12, 63:14, 63:24, 64:4
**distracting** [1] - 53:18
**distribute** [1] - 151:12
**DISTRICT** [2] - 1:2, 1:3
**DLA** [3] - 2:9, 73:7, 73:9
**DMV** [13] - 12:24, 16:3, 16:5, 16:11, 16:13, 118:13, 119:3, 143:16, 143:18, 143:21, 143:25, 144:5, 144:12

**doctor** [1] - 113:4
**document** [7] - 9:11, 10:8, 97:14, 97:18, 152:20, 153:18
**documents** [11] - 9:10, 53:19, 54:2, 54:8, 54:9, 54:13, 55:20, 74:8, 74:11, 153:3, 153:7
**dollars** [6] - 86:25, 87:4, 116:13, 116:15, 116:22, 117:4
**done** [4] - 73:10, 73:13, 117:13, 143:5
**down** [15] - 12:8, 12:11, 12:12, 14:7, 14:8, 43:7, 61:18, 65:3, 93:10, 99:10, 99:13, 101:9, 110:17, 112:18, 137:10
**draw** [1] - 131:12
**drive** [1] - 13:22
**driver's** [1] - 16:9
**drugs** [1] - 8:10
**duly** [2] - 7:9, 166:12
**during** [15] - 44:15, 48:18, 51:12, 75:7, 84:18, 84:19, 84:22, 95:2, 96:2, 96:13, 96:17, 100:15, 132:22, 135:14, 151:14
**DWIGHT** [1] - 1:25
**Dwight** [5] - 52:25, 53:2, 53:4, 80:9, 80:11
**DYKMAN** [1] - 4:3

### E

**E-L-A-N** [1] - 151:21
**e-mail** [7] - 56:15, 56:20, 56:23, 56:25, 57:3, 57:15, 155:2
**e-mailed** [2] - 56:17, 56:22
**e-mails** [5] - 57:8, 57:9, 57:13, 82:8, 82:12
**Earle** [1] - 4:4
**easily** [1] - 24:17
**EASTERN** [1] - 1:3
**education** [1] - 14:23
**effect** [1] - 5:17
**eight** [2] - 9:12, 10:4
**EIN** [3] - 125:14, 126:7, 126:11
**either** [6] - 56:18,

76:14, 84:25, 98:18, 116:5, 155:8
**Elan** [2] - 151:20, 151:21
**Emanuel** [2] - 73:21, 162:16
**EMANUEL** [1] - 3:18
**embarrassed** [1] - 113:15
**employee** [5] - 14:17, 18:3, 18:7, 18:11, 34:6
**employees** [8] - 76:8, 106:10, 136:12, 136:14, 138:16, 138:22, 139:7, 139:10
**emptied** [1] - 92:4
**empty** [1] - 92:3
**end** [6] - 67:7, 96:8, 100:21, 100:22, 101:3, 139:6
**ended** [1] - 147:8
**enforcement** [1] - 161:18
**engaged** [1] - 34:16
**engine** [1] - 14:8
**English** [2] - 40:24, 41:2
**entered** [1] - 145:16
**entirely** [2] - 139:13, 139:15
**entities** [2] - 39:8, 39:22
**entitled** [1] - 149:4
**ESQ** [7] - 3:3, 3:12, 3:18, 3:23, 3:24, 4:5, 4:9
**Estate** [1] - 70:10
**exact** [4] - 25:7, 30:20, 116:6, 116:7
**exactly** [5] - 30:21, 50:20, 55:16, 136:16, 143:23
**Examination** [1] - 2:21
**EXAMINATION** [4] - 7:21, 74:5, 142:15, 165:3
**examination** [2] - 6:3, 6:6
**examined** [1] - 7:10
**example** [1] - 143:3
**except** [2] - 5:9, 76:6
**exchange** [1] - 82:7
**exchanged** [1] - 82:12
**excuse** [3] - 69:4, 152:22, 154:19
**execute** [2] - 146:14, 146:17
**executed** [1] - 146:17

*Rich Moffett Court Reporting, Inc.*

exhibit [1] - 136:4
EXHIBITS [1] - 165:12
expect [1] - 133:23
expenses [2] - 96:7, 96:9
expired [1] - 15:14
explained [1] - 95:16
explanation [1] - 131:12
extended [2] - 145:8, 145:15

**F**

Face [3] - 78:10, 78:17, 81:7
fact [1] - 144:9
fair [10] - 28:18, 41:7, 54:4, 60:6, 60:16, 67:15, 68:8, 112:21, 112:25, 120:20
familiar [5] - 18:16, 38:14, 40:2, 41:12, 72:14
family [1] - 157:8
far [8] - 41:4, 86:17, 88:11, 126:5, 131:11, 146:14, 146:18, 157:6
fees [2] - 71:9, 71:12
few [4] - 23:17, 77:24, 78:4, 78:14
figuratively [1] - 9:25
figure [2] - 95:24, 115:15
file [2] - 107:8, 107:9
filed [1] - 153:3
files [6] - 49:22, 49:23, 50:8, 50:10, 50:13, 134:18
filing [3] - 5:5, 152:20, 153:2
filled [2] - 135:13, 136:12
financial [1] - 149:10
financing [1] - 97:11
fine [9] - 8:16, 13:13, 25:4, 73:22, 109:24, 141:19, 142:2, 163:4
finish [9] - 13:21, 36:8, 36:14, 49:5, 62:16, 62:19, 63:3, 124:13, 124:14
fire [2] - 75:14, 93:20
fired [6] - 59:11, 59:16, 76:14, 94:5, 94:12, 95:10
firing [1] - 94:2
firm [1] - 155:14
first [19] - 7:9, 9:2,

11:17, 17:6, 17:24, 28:18, 31:13, 34:24, 48:5, 61:17, 62:11, 64:7, 64:8, 65:4, 72:12, 82:6, 123:5, 129:7, 149:18
firsthand [6] - 102:18, 120:21, 121:9, 121:13, 121:20, 122:5
Fisk [1] - 3:9
FISK [1] - 1:17
five [10] - 59:19, 60:15, 63:8, 64:9, 64:19, 64:22, 64:24, 104:24, 107:10, 142:7
flew [1] - 15:16
Flight [1] - 15:9
floor [15] - 26:19, 29:5, 93:18, 101:14, 102:21, 102:24, 103:12, 103:14, 103:24, 120:13, 124:6, 125:4, 152:4, 152:11, 152:15
Florida [3] - 21:13, 108:12, 123:6
flow [1] - 32:22
fluently [1] - 41:3
Flushing [4] - 4:3, 4:5, 73:11, 163:9
FLUSHING [1] - 2:11
flying [1] - 15:15
folder [2] - 107:9, 107:10
follow [2] - 140:20, 141:3
follow-up [2] - 140:20, 141:3
following [3] - 62:18, 74:4, 142:13
follows [1] - 7:11
FOR [2] - 165:13, 165:16
force [1] - 5:17
forgive [2] - 63:22, 112:24
forgiven [1] - 114:20
forgot [2] - 150:21, 151:19
form [16] - 5:10, 28:12, 28:13, 28:15, 45:2, 45:6, 47:10, 88:16, 98:4, 126:12, 127:14, 127:18, 127:21, 127:22, 135:18, 143:20
formed [6] - 127:2, 127:5, 127:7, 127:9,

127:10, 127:12
forth [2] - 24:3, 166:12
forward [2] - 114:20, 154:12
four [11] - 14:9, 14:10, 20:18, 59:19, 60:15, 63:7, 64:9, 64:19, 64:22, 64:24, 104:23
friend [2] - 78:8, 139:8
friend's [1] - 79:2
friends [7] - 17:12, 17:16, 17:21, 17:22, 19:10, 78:7, 78:16
Frisk [2] - 39:25, 72:9
front [5] - 25:9, 53:24, 54:16, 116:24, 121:12
funding [1] - 86:13
FUNDING [2] - 2:12, 3:21
Funding [3] - 73:14, 86:6, 86:9
Funds [8] - 84:25, 85:7, 86:25, 87:7, 87:25, 88:5, 88:9, 89:18
funeral [2] - 70:4, 70:6
FURTHER [2] - 5:8, 5:13

**G**

G-A-L-L-A-N-I [1] - 16:21
Gallani [1] - 16:20
garbaged [1] - 99:25
Gear [6] - 103:13, 103:17, 104:19, 105:8, 105:10, 120:17
Geeta [1] - 16:19
GEETA [1] - 16:20
General [1] - 118:5
girl [1] - 122:23
given [3] - 70:20, 164:13, 166:14
GM [2] - 17:3, 158:23
Gmail [1] - 57:12
God [1] - 151:19
Gold [4] - 72:24, 73:2, 73:3, 73:4
GOLD [6] - 2:3, 2:4, 2:5, 2:6, 2:7, 2:8
GOLUB [2] - 3:24, 4:9
Grand [2] - 160:25, 161:12
Great [1] - 73:5
gross [2] - 96:5, 96:7
grossed [1] - 97:16
grossing [3] - 96:2,

96:3, 96:13
Group [10] - 16:17, 39:14, 39:15, 39:16, 72:6, 72:10, 89:9, 151:24, 151:25, 155:8
GROUP [2] - 2:6, 3:15
group [1] - 85:20
groups [1] - 85:19
grudges [1] - 114:24
guarantee [10] - 45:22, 45:25, 142:21, 142:24, 143:3, 143:8, 143:11, 143:16, 143:21, 152:9
guaranteed [6] - 45:20, 124:5, 125:4, 143:9, 143:13, 144:6
guarantors [2] - 92:9, 124:18
guess [2] - 41:4, 52:6
Guy [2] - 45:23, 92:10
guys [2] - 105:7, 115:6

**H**

half [1] - 78:7
hand [4] - 98:6, 111:10, 111:13, 166:21
handle [2] - 36:19, 85:22
hands [4] - 110:18, 112:8, 115:5
handwrite [1] - 98:12
happily [1] - 62:7
happy [1] - 8:5
hardly [5] - 29:25, 56:10, 57:11, 87:20
HARRY [2] - 1:24, 3:3
Harry [4] - 7:24, 7:25, 73:16, 162:24
head [2] - 24:18, 52:20
hear [9] - 67:4, 92:13, 101:16, 108:24, 117:22, 138:18, 142:17, 142:19, 158:22
heard [25] - 9:3, 9:4, 9:6, 18:23, 18:25, 19:5, 19:9, 20:20, 40:16, 44:11, 71:14, 73:4, 101:9, 101:10, 102:10, 102:12, 105:10, 108:19, 119:18, 129:3, 144:5, 144:7, 149:16, 155:10, 159:9

hearing [6] - 9:5, 11:18, 48:5, 72:12, 101:15, 149:19
heart [1] - 17:9
heated [1] - 139:3
heavy [1] - 113:6
held [3] - 16:3, 45:17, 61:2
hello [4] - 78:11, 78:19, 78:20
help [2] - 29:4, 29:5
HEREBY [1] - 5:2
hereby [2] - 164:7, 166:9
herein [1] - 5:4
hereinbefore [1] - 166:11
hereunto [1] - 166:21
hi [2] - 7:25, 78:11
hiding [1] - 122:17
high [8] - 14:24, 83:20, 83:21, 83:25, 84:2, 84:3, 84:8, 84:9
Highway [4] - 3:4, 3:8, 38:14, 68:20
hire [1] - 75:14
hired [3] - 42:12, 139:7, 148:17
hold [7] - 16:12, 16:15, 44:3, 44:7, 45:3, 53:14, 143:20
holding [4] - 45:3, 59:8, 72:10, 123:13
home [6] - 59:7, 61:5, 106:15, 106:20, 107:13, 134:12
hospital [1] - 87:19
hostage [2] - 59:8, 107:14
hour [5] - 62:19, 62:22, 62:24, 63:2, 141:23
hurry [1] - 160:23
HWY [2] - 1:7, 1:12
Hylan [7] - 39:7, 39:8, 39:21, 71:18, 72:2, 72:4, 72:6
HYLAN [6] - 1:13, 1:14, 1:15, 1:16, 1:17
Hyland [1] - 3:8

**I**

I.D [5] - 125:16, 125:17, 125:24, 165:13, 165:16
idea [24] - 20:6, 38:19, 40:3, 50:16, 50:19,

50:23, 61:13, 71:17, 71:24, 72:11, 91:3, 91:17, 94:5, 95:19, 113:21, 116:11, 133:11, 133:13, 147:22, 148:6, 159:8, 159:24, 160:16, 161:10
**impact** [1] - 8:10
**impacted** [1] - 12:14
**IN** [1] - 166:20
**inaccurate** [1] - 147:25
**INC** [3] - 1:5, 2:3, 2:10
**Inc** [1] - 3:16
**incident** [10] - 135:13, 135:19, 135:21, 135:24, 136:5, 136:6, 139:12, 147:16, 148:2, 148:21
**Incident** [1] - 149:5
**income** [1] - 27:11
**incorrect** [5] - 48:21, 100:17, 139:13, 139:25, 140:4
**indicate** [2] - 6:21, 128:24
**indicated** [1] - 40:13
**individual** [1] - 27:11
**individual's** [1] - 145:23
**individually** [2] - 1:8, 1:11
**information** [1] - 163:2
**initial** [2] - 37:12, 90:21
**inside** [5] - 50:21, 53:15, 108:20, 123:14, 139:19
**instance** [2] - 61:17, 62:11
**instances** [2] - 35:19, 35:23
**instead** [1] - 94:2
**instruct** [1] - 140:11
**instructed** [1] - 62:20
**instruction** [1] - 13:17
**interest** [7] - 33:5, 33:7, 43:12, 44:8, 44:18, 90:3, 90:14
**interested** [2] - 84:15, 166:18
**interrupt** [1] - 28:9
**interrupting** [1] - 62:25
**involved** [17] - 12:17, 12:22, 14:11, 14:13, 27:20, 29:22, 38:21,

38:24, 66:21, 108:23, 113:5, 113:10, 115:19, 116:5, 118:12, 152:18, 158:9
**involving** [1] - 161:25
**Iris** [3] - 69:20, 69:22, 70:3
**IS** [3] - 5:2, 5:8, 5:13
**ISLAND** [1] - 1:18
**Island** [8] - 3:9, 39:14, 39:15, 39:16, 72:10, 89:9, 103:25, 155:8
**issued** [2] - 144:8, 144:13
**issues** [2] - 93:19
**IT** [3] - 5:2, 5:8, 5:13

## J

**J.P** [1] - 32:8
**Jaguars** [1] - 84:4
**Jeff** [1] - 7:2
**JEFF** [1] - 3:23
**Jim** [1] - 17:12
**JONES** [2] - 2:2, 2:10
**Jones** [2] - 72:22, 72:23
**JORY** [1] - 1:13
**Jory** [2] - 3:10, 69:10
**Josh** [66] - 25:25, 26:2, 26:3, 26:5, 27:8, 28:16, 32:25, 33:7, 33:9, 33:14, 33:16, 33:20, 33:23, 36:6, 36:15, 36:19, 36:20, 39:11, 39:13, 40:15, 43:5, 49:11, 49:12, 51:21, 51:22, 51:24, 52:6, 57:24, 66:20, 67:5, 69:8, 70:13, 70:14, 70:19, 71:20, 86:5, 87:24, 89:4, 91:15, 93:10, 93:12, 93:23, 93:24, 93:25, 94:11, 101:6, 115:18, 128:18, 128:24, 132:19, 133:17, 154:20, 156:2, 156:8, 156:18, 156:25, 157:2, 157:12, 157:15, 157:24, 158:2, 158:3, 158:17, 158:24, 159:2
**Josh's** [1] - 33:21
**JOSHUA** [1] - 1:10
**Joshua** [1] - 3:10
**jump** [1] - 36:12

**jumping** [1] - 99:16
**June** [2] - 147:9, 147:11
**Jury** [2] - 160:25, 161:12
**Justice** [2] - 161:3, 161:7

## K

**K-1's** [1] - 153:15
**K-1s** [3] - 27:14, 68:2, 151:5
**Kataev** [1] - 162:16
**KATAEV** [7] - 3:18, 73:16, 73:22, 73:25, 141:16, 162:16, 163:5
**keep** [2] - 36:9, 114:24
**keeping** [1] - 107:13
**keeps** [1] - 53:15
**kept** [2] - 99:22, 106:17
**keys** [1] - 22:23
**KHAN** [6] - 2:22, 74:6, 164:7, 164:18, 165:4, 166:10
**Khan** [48] - 7:14, 7:23, 8:18, 8:24, 12:19, 13:17, 14:23, 16:24, 19:17, 20:12, 25:2, 35:10, 36:11, 37:15, 42:17, 45:10, 46:3, 47:15, 51:10, 62:9, 62:14, 63:2, 74:7, 75:9, 76:18, 81:11, 92:13, 98:18, 103:8, 119:11, 119:17, 120:21, 121:8, 122:12, 125:15, 131:12, 133:10, 136:2, 136:18, 142:5, 142:17, 142:21, 144:21, 147:16, 149:5, 154:16, 159:17, 161:3
**kind** [12] - 14:14, 16:7, 23:24, 30:3, 87:18, 97:25, 109:6, 113:8, 125:22, 149:20, 157:23, 158:19
**knowledge** [18] - 19:13, 33:11, 50:9, 68:18, 102:19, 102:20, 120:22, 121:3, 121:9, 121:14, 121:21, 121:24, 122:2, 122:6, 154:5,

154:20, 154:24, 156:3
**knows** [4] - 17:23, 47:12, 101:19, 119:10

## L

**LABUDA** [1] - 3:15
**lady** [1] - 16:19
**Lake** [1] - 3:17
**landlord** [1] - 43:23
**language** [2] - 41:6, 41:10
**large** [1] - 87:14
**last** [12] - 14:2, 15:16, 27:21, 27:23, 46:14, 52:22, 77:24, 78:4, 78:14, 83:6, 134:11, 152:19
**late** [1] - 48:19
**Laurie** [9] - 52:11, 52:12, 52:14, 52:16, 52:17, 80:14, 80:15, 80:18
**LAURIE** [1] - 2:2
**law** [2] - 157:2, 161:17
**LAW** [1] - 3:15
**lawsuit** [11] - 12:18, 12:20, 13:2, 14:16, 14:17, 19:19, 35:10, 94:8, 94:16, 94:19, 101:12
**lawsuiting** [1] - 94:7
**lawsuits** [4] - 12:22, 13:4, 102:17, 158:18
**lawyer** [2] - 74:18, 74:24
**lawyers** [1] - 74:19
**lead** [1] - 63:6
**lease** [38] - 21:14, 21:24, 23:5, 23:7, 23:9, 44:3, 44:8, 44:10, 44:18, 44:22, 45:4, 45:10, 45:13, 45:17, 45:25, 46:12, 46:23, 46:25, 47:5, 47:6, 47:7, 47:13, 47:16, 47:18, 47:19, 47:20, 47:22, 47:24, 48:3, 48:4, 48:8, 48:12, 48:14, 92:6, 92:9, 123:12, 123:15
**Lease** [2] - 12:2, 17:2
**leases** [4] - 55:5, 55:7, 55:14, 55:16
**Leasing** [10] - 3:8, 11:22, 11:25, 17:3, 45:16, 126:20, 126:24, 153:7,

153:20, 153:25
**LEASING** [2] - 1:8, 1:10
**leave** [3] - 21:19, 22:8, 22:11
**left** [1] - 115:4
**legal** [4] - 12:13, 45:6, 71:9, 71:12
**letting** [1] - 123:9
**Lexington** [1] - 3:11
**LIBATAS** [1] - 3:21
**Libertas** [1] - 73:14
**LIBERTAS** [1] - 2:11
**LIC** [1] - 2:6
**license** [22] - 15:11, 15:13, 15:18, 16:4, 16:5, 16:6, 16:8, 16:9, 16:11, 16:13, 16:18, 16:21, 118:16, 126:4, 126:9, 126:11, 129:10, 143:16, 143:18, 143:22, 144:5, 144:16
**licenses** [4] - 15:25, 118:14, 143:25, 144:12
**lie** [2] - 52:7, 149:8
**lieu** [1] - 6:12
**line** [7] - 83:20, 83:22, 83:25, 84:2, 84:3, 84:8, 84:9
**list** [1] - 80:18
**listen** [1] - 78:18
**listened** [2] - 104:12, 104:13
**listening** [1] - 105:18
**literally** [1] - 10:2
**LITTLE** [1] - 2:10
**lives** [1] - 158:25
**LLC** [29] - 1:6, 1:7, 1:8, 1:10, 1:13, 1:14, 1:15, 1:16, 1:17, 1:18, 1:19, 2:4, 2:5, 2:6, 2:7, 2:8, 2:12, 3:8, 3:9, 3:9, 3:10, 3:16, 16:17, 71:15
**LLP** [4] - 2:11, 3:7, 3:21, 4:3
**loan** [4] - 143:3, 143:7, 143:11, 143:12
**loans** [3] - 26:16, 36:4, 89:13
**located** [1] - 8:19
**location** [1] - 22:6
**locksmith** [3] - 23:2, 46:21, 123:20
**log** [2] - 57:21, 150:5
**log-ins** [1] - 57:21
**look** [14] - 29:8, 40:22,

52:18, 53:7, 53:8, 53:11, 53:19, 53:22, 54:23, 55:5, 55:7, 55:15, 98:14, 154:12

**looked** [6] - 53:12, 54:2, 54:8, 54:9, 54:13, 55:13

**looking** [6] - 20:14, 24:25, 34:25, 55:20, 100:11, 107:9

**looks** [1] - 39:6

**LORRAINE** [1] - 166:24

**Lorraine** [6] - 2:23, 120:19, 141:11, 162:24, 166:7, 166:23

**lose** [1] - 118:13

**losing** [1] - 114:21

**losses** [1] - 96:10

**lost** [2] - 90:11, 118:16

**lovely** [1] - 24:13

**lowly** [1] - 140:16

**loyal** [1] - 138:16

**lunch** [1] - 141:14

**luncheon** [1] - 142:10

**lying** [1] - 86:20

### M

**Macdan** [1] - 15:8

**mail** [7] - 56:15, 56:20, 56:23, 56:25, 57:3, 57:15, 155:2

**mailed** [2] - 56:17, 56:22

**mails** [5] - 57:8, 57:9, 57:13, 82:8, 82:12

**main** [3] - 57:15, 151:10, 151:13

**man** [1] - 63:21

**MANAGEMENT** [1] - 1:19

**manager** [9] - 59:14, 64:2, 64:3, 108:7, 110:2, 127:17, 127:18, 146:5

**managers** [1] - 24:12

**MARC** [1] - 1:25

**Marc** [5] - 72:17, 72:20, 80:20, 80:23, 160:24

**March** [2] - 146:25, 147:19

**Marcus** [1] - 3:17

**MARINAZZO** [1] - 166:24

**Marinazzo** [3] - 2:23, 166:7, 166:23

**marriage** [1] - 166:17

**matter** [3] - 6:15, 6:19, 166:19

**matters** [1] - 12:13

**mean** [39] - 10:22, 11:10, 14:5, 19:9, 25:16, 25:17, 25:18, 28:9, 30:15, 33:3, 33:4, 35:25, 37:11, 41:20, 46:5, 66:18, 67:2, 77:2, 79:14, 85:14, 85:16, 89:8, 89:9, 95:15, 96:3, 100:18, 104:11, 106:11, 112:17, 135:19, 137:6, 143:11, 143:17, 146:7, 148:3, 148:4, 149:14, 157:21, 157:23

**means** [1] - 88:12

**meant** [1] - 105:22

**medication** [1] - 8:9

**medications** [1] - 113:6

**meet** [4] - 17:6, 17:25, 107:18, 112:10

**meeting** [11] - 110:20, 110:22, 111:5, 111:8, 111:9, 112:21, 113:12, 114:8, 114:10, 114:11, 114:13

**Melissa** [12] - 29:18, 29:22, 29:23, 32:16, 32:17, 42:13, 75:21, 92:23, 122:21, 122:24, 138:21

**member** [2] - 1:9, 1:12

**memory** [2] - 132:12, 153:11

**mentor** [1] - 60:8

**Mercedes** [1] - 84:3

**Merckling** [5] - 72:17, 72:20, 80:21, 80:23, 160:25

**MERCKLING** [1] - 1:25

**messed** [1] - 101:14

**met** [15] - 8:24, 17:8, 17:11, 17:14, 18:2, 19:11, 59:10, 70:2, 78:16, 101:10, 105:17, 111:3, 111:13, 112:10, 114:5

**Mgt** [1] - 3:10

**Michael** [9] - 52:11, 52:12, 52:14, 52:16, 52:17, 80:14, 80:15, 80:18

**MICHAEL** [1] - 2:2

**Michael's** [2] - 52:21, 80:18

**million** [3] - 96:8, 116:21, 117:4

**millions** [3] - 86:24, 87:3, 117:8

**MILMAN** [1] - 3:15

**mind** [2] - 61:19, 143:12

**minute** [2] - 18:23, 135:22

**minutes** [4] - 73:21, 141:15, 142:7, 150:9

**missing** [7] - 26:18, 36:3, 36:17, 93:17, 95:21, 122:4, 125:7

**misspoke** [1] - 71:25

**mistaken** [4] - 43:16, 72:7, 91:9, 120:17

**mistakenly** [1] - 77:17

**moment** [2] - 55:12, 135:8

**money** [56] - 26:17, 35:7, 35:12, 35:15, 36:3, 36:17, 43:14, 43:25, 59:6, 60:25, 67:14, 67:18, 67:21, 68:10, 68:11, 68:15, 68:20, 68:22, 68:25, 69:7, 69:12, 69:16, 69:19, 71:5, 84:21, 86:22, 89:5, 89:23, 90:17, 90:19, 90:20, 90:21, 93:17, 94:25, 95:4, 95:8, 95:14, 95:17, 95:20, 97:3, 97:10, 100:13, 104:8, 105:5, 115:11, 116:12, 117:7, 117:9, 117:10, 117:16, 122:3, 122:7, 122:11, 133:2, 133:7, 133:21

**monitor** [1] - 42:5

**month** [5] - 24:6, 77:16, 77:17, 78:6

**monthly** [2] - 90:5, 97:2

**months** [13] - 9:12, 10:4, 26:8, 30:8, 53:21, 53:23, 54:20, 59:19, 76:13, 77:16, 78:14

**Morgan** [1] - 32:8

**morning** [3] - 7:23, 123:22, 147:14

**mostly** [3] - 51:17, 56:6, 75:11

**MOTIONS** [1] - 165:9

**MOTOR** [2] - 1:7, 1:10

**Motor** [12] - 3:8, 3:16, 11:22, 11:24, 17:3, 45:15, 126:19, 126:24, 153:7, 153:20, 153:25, 161:24

**motorcycles** [1] - 84:15

**Motors** [51] - 18:12, 18:13, 18:18, 18:20, 19:18, 19:25, 20:25, 21:17, 27:10, 27:17, 38:25, 40:5, 40:12, 41:14, 42:17, 43:12, 44:13, 44:16, 46:9, 46:15, 50:4, 51:13, 56:3, 57:14, 57:18, 58:22, 68:23, 75:4, 75:8, 83:9, 84:18, 84:22, 85:2, 87:7, 91:6, 92:17, 92:21, 95:25, 96:13, 96:14, 96:17, 115:13, 117:4, 125:18, 132:21, 134:10, 134:18, 134:23, 135:2, 148:15, 152:21

**MOTORS** [6] - 1:5, 2:5, 2:6, 2:7, 2:8, 2:9

**move** [3] - 66:7, 76:15, 141:4

**moved** [1] - 80:6

**MR** [76] - 6:23, 6:24, 7:2, 7:22, 13:16, 13:25, 24:19, 24:23, 25:4, 36:8, 45:5, 47:9, 51:5, 62:2, 62:7, 62:17, 62:21, 70:24, 73:16, 73:19, 73:22, 73:23, 73:25, 74:6, 75:5, 88:15, 88:17, 90:6, 99:7, 99:10, 99:12, 99:14, 99:16, 99:19, 103:8, 119:5, 119:8, 119:13, 120:4, 120:18, 120:25, 121:6, 135:17, 135:22, 136:3, 140:9, 140:12, 140:15, 140:17, 140:19, 140:21, 140:23, 141:4, 141:6, 141:10, 141:16, 141:17, 141:22, 142:3, 142:5, 142:9,

142:16, 143:19, 157:9, 159:16, 160:17, 160:19, 160:22, 162:8, 162:11, 162:16, 162:21, 162:23, 163:5, 163:11, 165:4

**MS** [3] - 7:4, 162:14, 163:7

**must** [3] - 50:6, 153:9, 153:12

**mutual** [7] - 17:12, 17:15, 17:20, 17:22, 78:8, 78:16, 79:2

### N

**name** [42] - 7:13, 7:24, 9:3, 9:4, 9:5, 9:6, 9:10, 9:16, 10:5, 10:8, 17:12, 18:17, 28:6, 28:11, 29:6, 29:7, 52:13, 52:19, 52:23, 73:4, 79:2, 79:4, 80:12, 80:16, 80:22, 105:3, 105:12, 126:9, 126:15, 126:19, 132:5, 132:6, 144:9, 145:22, 145:23, 145:24, 145:25, 148:8, 148:9, 152:21, 163:12

**named** [5] - 16:19, 18:21, 52:10, 80:9, 80:14

**names** [15] - 76:11, 92:15, 92:19, 101:21, 101:23, 102:6, 102:8, 103:3, 103:6, 103:7, 103:10, 104:25, 105:21, 126:23, 130:22

**NASSAU** [2] - 164:5, 166:5

**natural** [1] - 41:9

**Neck** [1] - 73:5

**need** [11] - 29:4, 56:18, 73:21, 79:19, 83:4, 99:12, 141:3, 154:16, 159:16, 163:12

**netting** [1] - 96:17

**never** [36] - 9:6, 10:10, 19:7, 19:9, 19:11, 25:24, 28:2, 28:3, 41:15, 48:6, 59:20, 60:9, 68:21, 68:24, 69:3, 69:6, 69:9,

73:12, 77:20, 85:11, 85:17, 86:18, 91:17, 98:20, 98:24, 100:7, 101:10, 108:12, 108:22, 117:25, 119:13, 144:6, 146:17, 152:23, 156:23, 158:9
**NEW** [3] - 1:3, 164:4, 166:3
**New** [13] - 2:24, 3:4, 3:11, 3:17, 7:18, 8:21, 12:2, 17:2, 118:5, 118:18, 164:22, 166:8
**news** [1] - 119:23
**newspaper** [2] - 119:19
**newspapers** [1] - 120:6
**next** [2] - 36:13, 126:4
**Next** [6] - 103:13, 103:17, 104:18, 105:8, 105:10, 120:17
**nice** [2] - 21:18, 63:21
**night** [1] - 22:6
**nighttime** [1] - 22:3
**nine** [1] - 10:4
**Nissan** [7] - 52:4, 108:17, 158:24, 159:4, 159:5, 159:7
**No.1:23-cv-6188** [1] - 1:21
**nobody** [1] - 129:24
**non** [1] - 84:9
**non-high** [1] - 84:9
**none** [2] - 61:7, 118:15
**None** [5] - 165:7, 165:8, 165:9, 165:14, 165:17
**North** [143] - 9:13, 11:22, 11:24, 17:2, 18:4, 19:23, 20:4, 20:6, 20:25, 21:16, 21:24, 22:10, 23:25, 24:8, 24:9, 24:15, 25:12, 25:23, 27:10, 27:16, 27:24, 28:17, 28:23, 28:24, 28:25, 32:19, 33:15, 34:2, 34:17, 34:20, 35:3, 35:7, 40:5, 40:12, 40:14, 41:13, 42:16, 43:12, 44:4, 44:8, 44:13, 44:15, 44:21, 45:15, 46:9, 46:15, 48:8, 48:18, 50:4, 51:2, 51:12, 56:3,

57:14, 57:18, 58:2, 58:6, 58:22, 61:8, 64:9, 64:19, 65:2, 66:2, 66:15, 67:5, 67:15, 67:21, 67:23, 68:4, 68:15, 75:4, 75:8, 83:8, 83:15, 83:17, 84:17, 84:22, 85:2, 86:10, 87:7, 89:6, 89:23, 90:3, 90:8, 90:15, 91:6, 92:16, 92:20, 94:25, 95:25, 96:12, 96:14, 96:16, 105:5, 112:3, 115:13, 117:4, 121:10, 123:25, 124:3, 124:11, 124:12, 124:16, 124:22, 124:23, 125:3, 125:18, 126:19, 126:23, 129:8, 131:22, 132:21, 133:6, 134:10, 134:15, 134:18, 134:23, 135:2, 135:16, 136:8, 136:12, 144:20, 148:14, 150:24, 151:6, 151:14, 152:5, 152:12, 152:16, 152:21, 153:2, 153:7, 153:19, 153:24, 154:22, 155:8, 155:19, 155:25, 156:15, 159:22, 160:2, 160:6, 160:10, 160:14
**Northern** [1] - 16:17
**NORTHSHORE** [2] - 1:7, 1:10
**Northshore** [1] - 3:8
**Notary** [3] - 2:24, 164:22, 166:7
**Noted** [1] - 163:14
**nothing** [21] - 18:19, 35:2, 38:16, 38:18, 48:22, 53:23, 56:21, 56:24, 60:24, 68:2, 70:11, 73:5, 89:15, 90:9, 96:11, 97:21, 108:22, 109:11, 152:25, 159:14, 161:4
**November** [2] - 48:19, 132:23
**number** [16] - 77:3, 77:6, 77:9, 77:14, 79:8, 79:21, 80:5,

81:18, 116:6, 116:8, 125:15, 125:16, 125:18, 125:25, 126:11, 150:8
**numbers** [3] - 100:17, 121:4, 121:5
**NY** [1] - 4:4
**NYC** [1] - 2:3

## O

**o'clock** [2] - 123:21, 147:13
**O'Sullivan** [2] - 75:20, 92:24
**oath** [3] - 5:17, 6:12, 164:9
**objection** [15] - 24:19, 45:5, 47:9, 51:6, 62:2, 75:5, 88:15, 90:6, 119:5, 120:25, 135:17, 135:23, 143:19, 143:20, 160:17
**objections** [2] - 5:9, 6:19
**obtain** [2] - 84:21, 90:14
**obtained** [5] - 86:5, 86:10, 87:2, 125:17, 152:7
**occasion** [3] - 135:15, 146:22, 147:7
**occurred** [1] - 74:4
**Odessa** [1] - 103:25
**OF** [10] - 1:3, 2:4, 2:6, 2:7, 2:8, 164:4, 164:5, 166:3, 166:5
**office** [9] - 32:23, 49:24, 50:3, 106:20, 108:10, 122:17, 122:20, 123:3, 123:14
**officer** [1] - 5:16
**often** [5] - 24:4, 30:10, 34:8, 41:23, 79:16
**once** [15] - 21:19, 24:5, 31:9, 49:12, 56:20, 68:10, 77:18, 79:18, 83:11, 88:25, 106:12, 108:9, 109:4, 111:3, 138:21
**one** [51] - 14:16, 16:12, 16:13, 16:25, 17:11, 17:18, 19:22, 31:18, 33:17, 36:21, 40:8, 45:2, 48:9, 53:14, 55:17, 55:23, 58:9, 58:23, 62:24, 70:18, 70:21, 76:24,

77:3, 78:7, 78:15, 80:24, 82:3, 92:8, 96:4, 101:7, 110:17, 120:13, 120:15, 120:18, 126:18, 127:8, 128:20, 137:7, 137:8, 137:9, 145:2, 148:20, 151:18, 156:11, 157:24, 158:20, 161:6, 162:22, 162:24, 163:3
**opens** [1] - 131:7
**operated** [1] - 44:17
**operating** [10] - 24:15, 25:3, 25:12, 25:23, 25:25, 26:5, 26:23, 42:21, 51:13, 66:5
**operation** [1] - 50:25
**operations** [9] - 42:25, 46:2, 46:8, 48:18, 48:25, 58:12, 58:21, 66:15, 132:22
**opinion** [1] - 120:10
**opposite** [1] - 138:10
**order** [4] - 162:21, 162:23, 163:3, 163:10
**Order** [1] - 2:23
**ordering** [1] - 162:19
**otherwise** [1] - 88:13
**outcome** [1] - 166:18
**outside** [1] - 146:7
**outsider** [1] - 139:23
**Ovington** [1] - 4:4
**own** [8] - 18:5, 33:15, 33:18, 33:19, 150:19, 153:4, 153:6, 153:25
**owned** [4] - 16:24, 24:16, 71:20, 118:16
**owner** [23] - 21:12, 27:24, 27:25, 28:4, 31:25, 34:7, 39:7, 39:16, 39:21, 45:11,

84:17, 95:2, 127:15, 128:20, 128:25, 129:7, 139:2, 139:9, 139:10, 140:3, 140:5, 146:3, 146:13
**owners** [15] - 21:8, 23:4, 31:19, 40:14, 45:3, 71:24, 123:17, 128:7, 128:11, 138:25, 146:12, 148:14, 148:16, 148:19, 154:22
**ownership** [2] - 96:2, 151:14
**owning** [1] - 38:8
**owns** [1] - 145:20

## P

**p.m** [1] - 163:14
**PA** [1] - 3:23
**PAGE** [3] - 165:3, 165:13, 165:16
**pages** [4] - 9:14, 9:23, 9:24, 40:21
**paid** [13] - 11:5, 33:25, 34:3, 34:9, 67:13, 67:20, 71:8, 71:11, 90:4, 90:8, 90:10, 91:2, 91:6
**Pakistan** [3] - 14:25, 15:2, 41:11
**pandemic** [8] - 84:18, 84:19, 84:22, 87:17, 87:23, 89:4, 89:5, 89:13
**Pandemic** [10] - 84:24, 85:7, 86:5, 86:9, 86:25, 87:6, 87:25, 88:4, 88:8, 89:17
**paper** [17] - 23:11, 97:19, 97:20, 97:25, 98:2, 98:7, 98:9, 98:13, 98:19, 98:21, 98:24, 99:6, 100:12, 100:16, 129:21
**papers** [15] - 9:18, 23:12, 52:18, 55:9, 94:18, 95:5, 99:24, 123:13, 123:14, 129:23, 129:24, 129:25, 130:10, 132:11, 135:6
**paperwork** [12] - 22:13, 23:7, 25:8, 26:24, 28:2, 28:4, 28:6, 28:10, 42:20, 43:6, 106:12, 131:9
**part** [6] - 23:24, 64:8, 64:18, 109:9,

*Rich Moffett Court Reporting, Inc.*

130:20, 152:20
**part-time** [1] - 23:24
**participating** [1] - 6:5
**parties** [3] - 5:4, 6:17, 166:16
**partner** [22] - 11:13, 40:10, 41:19, 41:22, 49:4, 49:10, 49:16, 63:25, 70:9, 91:10, 91:19, 93:8, 93:15, 100:8, 107:24, 107:25, 121:19, 127:10, 127:11, 127:12, 132:6
**Partners** [1] - 73:8
**PARTNERS** [1] - 2:10
**partners** [22] - 10:23, 11:11, 11:12, 11:16, 11:21, 27:15, 28:25, 40:8, 50:25, 51:14, 55:24, 56:3, 56:9, 56:16, 59:25, 63:24, 66:11, 106:9, 124:17, 127:8, 128:10
**party** [1] - 163:13
**passed** [10] - 25:20, 25:21, 25:22, 33:2, 36:22, 69:14, 69:15, 87:23, 89:2, 157:23
**pause** [1] - 36:12
**pay** [9] - 10:20, 10:24, 11:4, 11:9, 11:11, 43:11, 90:2, 90:14, 96:8
**Pay** [5] - 37:10, 37:11, 37:15, 149:12, 149:17
**paying** [1] - 11:2
**peace** [4] - 59:22, 112:11, 112:13, 113:14
**penalty** [1] - 6:16
**Pennsylvania** [1] - 83:23
**people** [37] - 19:11, 52:24, 53:17, 75:13, 75:17, 75:18, 76:16, 83:19, 83:22, 89:5, 94:22, 97:11, 101:11, 101:21, 102:4, 102:14, 102:22, 103:10, 103:19, 104:2, 104:7, 104:16, 104:20, 105:20, 117:19, 117:20, 117:21, 118:23, 119:9, 119:11, 119:17, 119:20,

121:18, 122:8, 137:8, 148:6, 156:6
**per** [2] - 96:2, 96:14
**percent** [3] - 68:6, 90:24, 128:3
**perjury** [1] - 6:16
**person** [7] - 6:13, 51:23, 63:19, 74:24, 92:22, 117:23, 144:2
**personal** [6] - 45:24, 90:22, 124:17, 142:20, 143:10, 143:15
**personally** [17] - 45:13, 45:20, 86:12, 86:15, 86:16, 88:21, 109:13, 120:3, 124:4, 125:4, 142:24, 143:2, 143:8, 143:9, 143:13, 144:6, 152:24
**Philadelphia** [1] - 3:23
**phone** [13] - 50:17, 52:24, 53:17, 56:5, 76:17, 76:20, 76:24, 77:3, 77:9, 81:18, 81:19, 111:2, 111:19
**phones** [2] - 76:22, 77:18
**physically** [1] - 6:7
**pick** [1] - 106:16
**picked** [3] - 106:13, 148:11, 151:22
**picking** [1] - 155:18
**Picklimo@yahoo. com** [1] - 57:6
**piece** [5] - 97:19, 97:20, 98:7, 98:8, 98:13
**pilot** [1] - 15:10
**pilot's** [1] - 15:12
**place** [20] - 18:5, 22:25, 24:12, 26:2, 26:6, 37:18, 64:5, 71:24, 93:11, 93:13, 95:7, 101:13, 110:16, 110:21, 111:6, 114:15, 142:11, 142:14, 147:19, 149:11
**placed** [1] - 27:11
**Plaintiff** [2] - 2:22, 7:8
**plaintiff** [2] - 19:22, 20:15
**PLAINTIFF'S** [1] - 165:13
**plaintiffs** [8] - 19:18, 19:25, 20:13, 39:5, 39:22, 71:19, 72:3,

161:6
**Plaintiffs** [3] - 1:20, 3:7, 3:15
**plan** [14] - 26:19, 29:5, 93:18, 101:14, 102:21, 102:24, 103:12, 103:14, 103:24, 120:13, 124:6, 125:5, 152:12, 152:15
**plans** [1] - 152:4
**platform** [1] - 6:4
**PLLC** [1] - 3:15
**plus** [3] - 102:16, 114:25, 125:6
**point** [8] - 57:23, 67:12, 87:22, 112:24, 114:19, 125:25, 132:7, 136:7
**police** [2] - 136:8, 146:24
**position** [1] - 114:21
**positions** [3] - 76:3, 76:5, 76:6
**Positive** [5] - 37:10, 37:11, 37:15, 149:12, 149:17
**possible** [3] - 147:2, 147:3, 147:10
**posted** [1] - 126:3
**Power** [9] - 26:3, 33:8, 70:12, 70:14, 91:22, 157:11, 157:21, 158:4, 158:13
**preliminary** [1] - 154:17
**PREMIER** [1] - 2:9
**Premiere** [6] - 21:14, 43:24, 44:10, 44:12, 92:4, 123:12
**preparation** [2] - 55:8, 74:9
**prepare** [2] - 74:15, 74:25
**preparing** [1] - 53:20
**PRESENT** [1] - 4:7
**present** [2] - 6:7, 153:10
**press** [1] - 77:19
**previous** [1] - 14:4
**private** [2] - 15:10, 15:12
**Pro** [1] - 3:3
**problem** [2] - 102:5, 115:8
**problems** [5] - 26:12, 26:19, 43:3, 49:6, 146:23
**proceedings** [1] - 161:12

**process** [1] - 43:10
**profit** [3] - 34:11, 34:12, 96:6
**profits** [1] - 90:5
**promises** [1] - 65:18
**proof** [5] - 21:9, 21:11, 21:20, 23:3, 23:6
**proposed** [1] - 108:17
**protect** [1] - 103:9
**prove** [1] - 123:16
**provide** [1] - 145:7
**provided** [3] - 21:23, 123:11, 152:4
**providers** [1] - 152:15
**Public** [3] - 2:24, 164:22, 166:8
**pulled** [11] - 46:13, 58:15, 60:14, 63:7, 65:25, 67:8, 95:11, 100:20, 101:2, 109:15, 109:21
**pulling** [1] - 64:18
**purchase** [1] - 91:25
**purpose** [4] - 113:11, 114:7, 114:9, 114:14
**purposes** [1] - 149:22
**pursuant** [1] - 2:22
**pursued** [1] - 118:8
**put** [14] - 12:25, 43:13, 43:14, 51:6, 58:10, 67:23, 68:4, 68:11, 90:17, 90:19, 90:20, 91:11, 91:15, 163:12
**puts** [1] - 150:9
**putting** [3] - 54:4, 112:14, 112:25

## Q

**quadrupe** [1] - 113:7
**quadruple** [1] - 30:2
**Quan** [2] - 32:22, 93:2
**questioned** [2] - 82:4, 85:17
**questions** [11] - 8:3, 8:11, 8:15, 24:22, 54:10, 160:18, 162:9, 162:12, 162:13, 162:15, 162:17

## R

**reaches** [1] - 145:6
**read** [22] - 9:9, 14:3, 20:21, 20:23, 20:24, 24:23, 40:18, 40:22, 40:24, 54:17, 119:18, 119:22, 120:5, 137:2, 137:5,

137:12, 137:15, 139:13, 141:8, 147:15, 149:5, 164:8
**reading** [1] - 9:17
**ready** [2] - 36:12, 131:9
**real** [3] - 21:24, 123:14, 123:15
**reality** [1] - 123:25
**really** [4] - 26:13, 81:25, 95:4, 113:6
**Realty** [3] - 3:9, 40:2, 72:9
**REALTY** [1] - 1:17
**reason** [9] - 8:4, 8:13, 48:20, 80:21, 81:14, 81:17, 82:17, 93:6, 114:23
**receive** [5] - 11:8, 15:3, 43:8, 84:24, 151:5
**received** [7] - 9:11, 10:11, 28:2, 28:3, 40:19, 94:17, 160:25
**receiving** [2] - 68:10, 68:11
**recently** [2] - 58:17, 82:20
**recess** [2] - 74:2, 142:10
**reconvene** [1] - 73:24
**record** [10] - 6:22, 7:13, 13:21, 51:7, 91:5, 142:14, 162:19, 164:12, 164:13, 166:13
**recordings** [1] - 160:14
**records** [4] - 91:8, 159:22, 160:2, 160:10
**recovered** [1] - 87:23
**regard** [3] - 38:13, 77:8, 94:23
**regarding** [3] - 50:25, 136:13, 148:2
**regular** [4] - 97:19, 98:2, 128:13, 163:3
**related** [1] - 166:16
**relating** [1] - 135:14
**relationship** [3] - 156:25, 157:4, 157:5
**release** [3] - 28:12, 28:13, 28:15
**Relief** [10] - 84:25, 85:7, 86:5, 86:9, 86:25, 87:6, 87:25, 88:5, 88:9, 89:18
**remember** [72] - 21:23, 30:16, 32:19,

33:22, 35:5, 37:20, 38:3, 38:17, 43:22, 46:10, 46:11, 48:11, 48:14, 54:6, 54:7, 54:10, 54:15, 54:22, 54:24, 55:3, 55:11, 55:13, 58:4, 65:4, 66:3, 74:10, 76:11, 77:25, 80:12, 80:19, 81:20, 82:10, 84:23, 86:19, 86:20, 86:21, 87:10, 87:11, 87:15, 87:17, 88:20, 89:6, 89:20, 90:18, 93:14, 95:20, 95:23, 96:15, 96:18, 100:24, 100:25, 105:2, 105:7, 105:12, 105:15, 116:10, 126:2, 126:15, 126:17, 129:23, 134:11, 145:9, 147:12, 147:20, 147:21, 148:12, 149:7, 149:8, 151:15, 151:17, 151:20, 155:15

**remembering** [1] - 126:14
**remotely** [1] - 6:10
**remove** [2] - 22:20, 147:12
**removed** [2] - 22:5, 23:18
**removing** [3] - 22:17, 147:8, 147:14
**reopened** [1] - 61:21
**rep** [4] - 129:19, 131:4, 131:5, 131:7
**repeat** [1] - 14:2
**rephrase** [2] - 8:6, 62:6
**report** [2] - 135:20, 135:24
**reporter** [3] - 13:23, 14:3, 141:8
**REPORTER** [4] - 6:2, 7:12, 7:15, 162:18
**reporting** [1] - 6:9
**reports** [9] - 135:13, 136:11, 136:20, 137:5, 137:12, 137:15, 138:9, 139:12, 148:21
**request** [1] - 153:18
**requested** [1] - 141:9
**reserved** [1] - 5:11
**reside** [1] - 9:13
**resolved** [2] - 65:11, 65:16

**respect** [1] - 110:13
**respected** [3] - 60:11, 65:24, 110:10
**respective** [1] - 5:4
**rest** [1] - 30:8
**restaurant** [8] - 78:9, 78:17, 111:14, 111:20, 111:22, 112:22, 113:12, 114:2
**returned** [5] - 64:23, 65:15, 65:17, 112:3, 134:13
**returns** [11] - 27:12, 27:17, 40:5, 40:12, 67:24, 68:5, 128:20, 153:19, 153:25, 154:6, 154:9
**reviewed** [1] - 74:9
**rid** [1] - 16:15
**ring** [2] - 72:21, 80:16
**ripped** [1] - 99:24
**ROBERT** [1] - 1:6
**Robert** [4] - 3:16, 18:22, 69:2, 69:4
**role** [1] - 34:16
**RONNEBURGER** [4] - 4:5, 7:4, 162:14, 163:7
**Ronneburger** [1] - 7:5
**room** [2] - 6:8, 100:8
**ROSLYN** [1] - 2:7
**roughly** [2] - 125:8, 130:19
**ROUTE** [1] - 1:18
**Route** [3] - 3:9, 72:13, 72:15
**RULINGS** [1] - 165:8
**run** [4] - 24:12, 63:15, 63:16, 84:3
**running** [1] - 26:2
**Russ** [1] - 163:5
**RUSSELL** [1] - 3:12
**Russell** [7] - 6:24, 10:17, 62:23, 74:20, 82:15, 136:4, 140:18

## S

**S-A-L-E-E-M** [1] - 79:5
**safe** [7] - 106:18, 106:22, 106:23, 107:2, 107:4, 107:6, 107:7
**sale** [3] - 83:21, 83:25, 84:2
**Saleem** [1] - 79:4
**sales** [7] - 29:4, 75:18, 76:6, 84:6, 84:8, 84:9, 99:6

**SALES** [1] - 1:5
**Sales** [4] - 3:16, 71:15, 71:16, 71:17
**salespeople** [2] - 75:14, 76:2
**Sarah** [27] - 17:25, 21:5, 21:13, 24:11, 36:5, 36:16, 40:13, 44:7, 49:7, 59:16, 75:12, 75:16, 79:6, 82:8, 82:18, 83:8, 83:10, 95:11, 111:16, 111:22, 112:12, 114:3, 130:12, 138:25, 139:9, 148:15, 154:21
**SARAH** [1] - 1:24
**sat** [3] - 104:6, 104:11, 110:17
**saw** [8] - 46:25, 98:24, 99:3, 102:16, 106:11, 106:13, 136:23, 148:9
**school** [2] - 14:24, 15:9
**schooling** [1] - 15:6
**Se** [1] - 3:3
**sealing** [1] - 5:5
**second** [7] - 13:20, 16:15, 41:6, 52:6, 53:14, 113:24, 114:3
**section** [2] - 149:4, 149:6
**security** [4] - 36:25, 37:5, 37:7, 149:22
**see** [19] - 9:16, 10:5, 17:4, 20:3, 30:15, 44:23, 48:14, 52:3, 52:22, 70:21, 70:25, 71:3, 76:10, 76:16, 88:21, 119:19, 123:9, 125:24, 127:9
**seeing** [1] - 154:13
**seem** [1] - 117:12
**sell** [6] - 84:14, 117:15, 144:23, 145:18, 159:7
**selling** [2] - 108:17, 146:8
**sent** [1] - 50:6
**separately** [2] - 110:23, 110:24
**services** [1] - 163:3
**set** [2] - 166:11, 166:21
**seven** [1] - 64:16
**shake** [2] - 110:18, 111:13
**shall** [1] - 5:11

**SHANKS** [38] - 3:7, 3:12, 6:24, 13:16, 24:19, 25:4, 36:8, 45:5, 47:9, 51:5, 62:2, 62:17, 70:24, 75:5, 88:15, 90:6, 99:7, 99:12, 99:16, 103:8, 119:5, 119:13, 120:4, 120:25, 135:17, 135:22, 140:9, 140:15, 140:19, 140:23, 141:6, 142:5, 143:19, 157:9, 160:17, 160:22, 162:11, 162:21
**shanks** [7] - 10:18, 10:21, 10:24, 11:3, 11:6, 99:11, 99:15
**Shanks** [2] - 6:25, 51:5
**shape** [4] - 45:2, 89:3, 113:3, 115:2
**shook** [2] - 111:10, 112:7
**Shore** [140] - 9:13, 11:22, 11:24, 17:3, 18:4, 19:23, 20:5, 20:6, 20:25, 21:17, 21:24, 22:10, 23:25, 24:8, 24:9, 24:15, 25:12, 25:23, 27:10, 27:17, 27:24, 28:18, 28:23, 28:24, 28:25, 32:20, 33:15, 34:2, 34:17, 34:21, 35:3, 35:7, 40:5, 40:12, 40:14, 41:14, 42:16, 43:12, 44:4, 44:8, 44:13, 44:16, 44:21, 45:15, 46:9, 46:15, 48:8, 48:18, 50:4, 51:2, 51:13, 56:3, 57:14, 57:18, 58:2, 58:6, 58:22, 61:8, 64:9, 64:19, 65:2, 66:2, 66:15, 67:5, 67:15, 67:21, 67:23, 68:4, 68:15, 75:4, 75:8, 83:9, 83:15, 83:17, 84:18, 84:22, 85:2, 86:10, 87:7, 89:6, 89:23, 90:3, 90:8, 90:15, 91:6, 92:16, 92:21, 94:25, 95:25, 96:12, 96:14, 96:16, 105:5, 112:3, 115:13, 117:4, 121:10, 124:3,

124:11, 124:12, 124:16, 124:22, 124:23, 125:18, 126:19, 126:23, 129:8, 131:23, 132:21, 133:6, 134:10, 134:15, 134:18, 134:23, 135:2, 135:16, 136:8, 136:12, 144:20, 148:14, 150:24, 151:6, 151:14, 152:5, 152:12, 152:16, 152:21, 153:7, 153:19, 153:24, 154:22, 155:8, 155:19, 155:25, 156:15, 159:22, 160:2, 160:6, 160:10, 160:14
**Shore's** [3] - 124:2, 125:3, 153:2
**short** [2] - 15:19, 74:2
**shortly** [1] - 158:20
**show** [4] - 21:11, 23:3, 42:8, 97:14
**showed** [6] - 21:14, 22:12, 23:12, 46:12, 47:3, 96:22
**showing** [4] - 95:5, 96:24, 97:10, 100:12
**shut** [3] - 12:12, 61:18, 65:3
**side** [1] - 20:5
**sign** [16] - 40:4, 40:8, 40:9, 40:10, 124:8, 129:20, 130:10, 130:13, 131:10, 132:8, 132:11, 135:6, 143:25, 146:6, 146:11, 152:10
**signed** [11] - 5:15, 5:18, 47:25, 48:2, 92:12, 129:22, 130:11, 145:11, 145:12, 152:11
**Signed** [1] - 164:20
**signing** [2] - 44:21, 146:2
**silently** [2] - 104:6, 104:12
**simply** [1] - 131:14
**sit** [3] - 87:5, 117:2, 154:4
**sitting** [2] - 78:9, 78:18
**situation** [3] - 12:18, 12:23, 158:17

**six** [3] - 26:8, 30:8, 59:19
**SMITHTOWN** [1] - 2:8
**so-called** [1] - 148:20
**sold** [5] - 29:9, 29:10, 98:9, 124:20, 125:2
**someone** [5] - 52:10, 53:14, 80:14, 100:3, 143:24
**sometimes** [5] - 36:12, 51:2, 56:4, 143:6, 150:20
**somewhere** [3] - 24:10, 78:9, 107:18
**son** [1] - 157:2
**son-in-law** [1] - 157:2
**sorry** [15] - 16:7, 28:8, 34:19, 36:11, 43:21, 53:16, 55:6, 64:15, 71:10, 71:25, 72:19, 76:19, 144:11, 159:19
**sort** [1] - 145:16
**sound** [1] - 147:4
**speaking** [6] - 41:4, 56:7, 82:6, 93:15, 134:5, 162:17
**specific** [1] - 121:4
**split** [2] - 163:5, 163:8
**spoken** [8] - 19:7, 19:14, 70:2, 70:5, 77:23, 78:3, 104:3, 161:17
**ss** [2] - 164:4, 166:4
**standing** [1] - 22:4
**start** [3] - 77:13, 94:15, 97:13
**started** [12] - 22:16, 25:11, 43:3, 94:6, 94:8, 94:19, 100:11, 100:18, 100:19, 101:5, 101:12
**state** [1] - 7:12
**State** [3] - 2:24, 164:22, 166:8
**STATE** [2] - 164:4, 166:3
**STATES** [1] - 1:2
**States** [2] - 15:7, 161:2
**status** [1] - 134:25
**Ste** [2] - 3:11, 3:22
**steal** [3] - 35:6, 95:18, 117:7
**stealing** [6] - 95:14, 101:3, 101:25, 104:8, 106:6, 109:16
**still** [13] - 9:17, 12:3, 26:22, 27:25, 28:6, 28:11, 42:19, 43:7,

49:8, 67:4, 67:23, 116:4, 154:8
**STIPULATED** [3] - 5:2, 5:8, 5:13
**stock** [3] - 31:6, 31:7, 31:10
**stockholder** [1] - 39:21
**stole** [4] - 105:5, 115:12, 115:23, 116:12
**stop** [4] - 25:14, 25:17, 62:22, 67:17
**stopped** [18] - 15:15, 25:23, 25:24, 30:5, 48:25, 50:5, 58:22, 58:23, 67:13, 68:10, 68:15, 93:4, 93:7, 93:11, 113:8, 113:9, 132:22
**stopping** [2] - 138:24, 139:2
**store** [2] - 30:18, 92:3
**stores** [4] - 33:24, 39:12, 39:13, 89:10
**strangers** [1] - 102:15
**Street** [4] - 3:9, 3:22, 39:25, 72:9
**street** [6] - 39:6, 102:13, 102:15, 105:21, 105:23, 159:10
**STREET** [1] - 1:17
**stress** [1] - 115:21
**strike** [1] - 141:5
**stuff** [5] - 32:11, 33:9, 100:5, 102:22, 108:4
**subpoena** [1] - 160:25
**subscribed** [1] - 164:20
**substantive** [1] - 78:22
**Success** [1] - 3:17
**sued** [2] - 13:10, 13:15
**Suffern** [2] - 7:18, 8:21
**suggest** [4] - 48:17, 146:21, 146:25, 147:9
**suggesting** [1] - 83:7
**suggestion** [1] - 29:3
**suggestions** [1] - 126:16
**suing** [7] - 52:14, 53:13, 80:24, 94:18, 94:20, 94:21, 101:12
**Suite** [1] - 3:17
**Sullivan** [2] - 29:21, 32:18
**sum** [1] - 87:15

**SUNRISE** [3] - 1:7, 1:12, 2:5
**Sunrise** [7] - 3:4, 3:7, 18:8, 38:14, 38:22, 68:20, 71:23
**Superb** [9] - 3:15, 18:12, 18:13, 18:18, 18:20, 19:18, 19:25, 38:25, 68:23
**SUPERB** [1] - 1:5
**supposed** [5] - 27:9, 28:11, 28:14, 59:7, 150:25
**surgery** [10] - 17:9, 23:20, 23:22, 29:23, 29:25, 30:6, 64:11, 64:13, 113:3, 116:9
**swearing** [1] - 6:20
**switched** [2] - 80:4, 80:5
**sworn** [4] - 5:15, 5:18, 7:9, 166:12
**Syosset** [1] - 32:10
**SYOSSET** [1] - 2:4
**system** [7] - 37:9, 37:18, 50:17, 149:11, 149:17, 149:21, 149:24

## T

**Tax** [3] - 125:16, 125:17, 125:24
**tax** [14] - 27:11, 27:17, 40:4, 40:12, 67:24, 68:5, 128:20, 152:20, 153:2, 153:6, 153:19, 153:25, 154:6, 154:8
**TEAM** [1] - 1:5
**Team** [4] - 3:16, 71:15, 71:16, 71:17
**telephone** [8] - 51:3, 51:15, 55:24, 79:7, 79:8, 79:17, 79:21, 160:10
**ten** [1] - 21:22
**tenants** [1] - 44:18
**term** [1] - 155:10
**testified** [2] - 7:10, 149:13
**testify** [2] - 120:4, 161:11
**testimony** [6] - 6:15, 121:2, 141:9, 164:9, 164:12, 166:14
**text** [6] - 56:9, 56:10, 82:17, 82:23, 83:2, 83:5
**texting** [2] - 37:17,

82:18
**texts** [1] - 56:12
**THE** [11] - 6:2, 7:12, 7:14, 7:15, 7:17, 13:24, 141:19, 141:25, 159:18, 162:10, 162:18
**theft** [1] - 120:22
**thinking** [1] - 20:3
**Thomas** [2] - 72:22, 72:23
**THOMAS** [1] - 2:2
**Thomasson** [9] - 7:24, 24:20, 36:9, 47:11, 51:9, 99:7, 140:9, 140:24, 162:25
**THOMASSON** [33] - 1:24, 3:3, 6:23, 7:22, 13:25, 24:23, 62:7, 62:21, 73:19, 73:23, 88:17, 99:10, 99:14, 99:19, 119:8, 120:18, 121:6, 136:3, 140:12, 140:17, 140:21, 141:4, 141:10, 141:17, 141:22, 142:3, 142:9, 142:16, 159:16, 160:19, 162:8, 162:23, 165:4
**Thomasson's** [1] - 13:19
**thorough** [1] - 160:21
**thousand** [3] - 9:24, 116:13, 116:15
**three** [9] - 14:9, 14:10, 20:18, 27:15, 28:20, 111:24, 112:6, 112:7, 112:22
**Timed** [1] - 78:17
**timeframe** [2] - 51:8, 75:6
**timing** [1] - 30:21
**title** [1] - 117:15
**titles** [18] - 22:24, 29:10, 36:18, 59:7, 59:11, 63:20, 65:18, 93:18, 106:14, 106:17, 107:3, 107:13, 107:20, 108:5, 113:17, 113:18, 117:14, 125:6
**today** [12] - 8:3, 8:10, 8:15, 9:5, 9:7, 58:6, 87:5, 99:6, 117:3, 129:4, 134:14, 134:23
**together** [7] - 16:22,

60:3, 81:10, 83:22, 85:19, 113:22, 147:13
**token** [13] - 149:20, 149:23, 150:4, 150:6, 150:7, 150:11, 150:13, 150:14, 150:16, 150:20, 150:21, 150:22
**tokens** [1] - 150:23
**TONY** [1] - 4:8
**Tony** [8] - 19:2, 20:7, 20:10, 41:13, 41:16, 101:8, 101:10, 120:9
**took** [44] - 14:8, 26:15, 26:16, 32:25, 34:11, 34:13, 35:12, 35:19, 35:23, 36:16, 36:22, 44:2, 46:6, 46:21, 57:25, 59:6, 64:4, 64:25, 65:8, 91:22, 92:3, 93:23, 106:14, 107:13, 107:19, 108:4, 110:21, 111:6, 113:19, 117:3, 117:9, 121:25, 122:7, 124:10, 124:11, 124:15, 130:19, 132:20, 132:25, 133:22, 134:12, 135:15, 142:11, 143:7
**top** [2] - 24:17, 52:20
**touched** [1] - 98:20
**Towers** [1] - 9:14
**training** [1] - 122:24
**tranny** [1] - 14:7
**transactions** [3] - 37:19, 37:21, 150:12
**transcript** [3] - 162:20, 164:8, 164:11
**transmission** [1] - 13:2
**travel** [1] - 16:6
**trial** [2] - 5:12, 6:3
**Trial** [1] - 2:21
**trouble** [2] - 118:2, 118:5
**true** [10] - 84:10, 104:9, 133:12, 137:17, 137:22, 137:23, 138:5, 164:11, 164:14, 166:13
**trust** [4] - 27:3, 70:22, 127:16, 133:19
**trusted** [5] - 33:20, 66:21, 86:2, 107:25,

158:2
**truth** [1] - 141:2
**trying** [6] - 63:10, 87:9, 104:14, 159:6, 159:19, 160:21
**turn** [1] - 154:5
**twice** [2] - 24:6, 79:18
**two** [16] - 14:25, 15:4, 32:18, 64:25, 65:3, 65:8, 103:19, 105:24, 112:5, 125:8, 130:20, 130:21, 137:7, 150:9, 163:8
**type** [14] - 12:24, 13:3, 14:15, 36:3, 36:24, 37:4, 37:7, 37:17, 38:17, 39:20, 84:25, 98:10, 98:11, 149:10
**types** [4] - 14:18, 15:24, 84:5, 84:12
**typically** [3] - 144:8, 144:13, 145:22

**U**

**UAA** [1] - 21:14
**UAE** [5] - 43:23, 44:10, 44:12, 92:4, 123:11
**UEA** [1] - 2:9
**under** [11] - 6:15, 28:6, 28:11, 29:6, 42:16, 42:24, 44:10, 85:20, 117:17, 126:9, 164:9
**Uniondale** [1] - 4:4
**UNITED** [1] - 1:2
**United** [2] - 15:7, 161:2
**up** [35] - 15:21, 20:14, 25:13, 27:18, 30:16, 30:17, 30:19, 31:9, 31:16, 33:5, 33:6, 37:12, 67:7, 68:7, 79:13, 101:14, 106:13, 106:16, 112:23, 122:18, 126:17, 126:19, 126:25, 129:9, 129:14, 130:17, 130:18, 130:21, 131:7, 132:3, 140:20, 141:3, 147:8, 148:11, 160:23
**Urdu** [1] - 41:11
**Urrutia** [12] - 3:16, 18:22, 19:2, 19:3, 19:17, 19:24, 20:10, 69:2, 69:5, 101:8, 101:10, 120:9

**URRUTIA** [2] - 1:6, 4:8
**Urrutia's** [1] - 19:15

**V**

**value** [1] - 35:19
**various** [1] - 39:5
**Vehicles** [1] - 161:25
**verbally** [1] - 6:14
**Verizon** [4] - 79:24, 80:2, 80:3, 80:7
**video** [4] - 50:20, 57:25, 58:9, 160:14
**videoconference** [1] - 2:17
**videos** [2] - 58:5, 58:10

**W**

**wait** [3] - 18:23, 98:15, 135:22
**waiting** [11] - 43:5, 49:3, 49:8, 66:11, 66:16, 66:23, 66:24, 67:4, 134:4, 134:8
**waive** [1] - 6:19
**waived** [1] - 5:7
**wall** [1] - 126:3
**Wantagh** [1] - 3:4
**wants** [1] - 115:8
**warehouse** [1] - 50:6
**warrant** [1] - 145:5
**warranties** [6] - 144:24, 145:3, 145:7, 145:8, 145:18, 146:9
**warranty** [9] - 144:19, 144:22, 144:23, 145:6, 145:15, 145:17, 146:6, 146:14, 146:18
**watch** [3] - 108:8, 108:12, 110:6
**watched** [1] - 29:14
**watching** [2] - 29:13, 117:21
**ways** [2] - 117:8, 117:11
**week** [10] - 21:22, 24:5, 59:2, 65:6, 79:18, 79:19, 107:17, 125:8, 130:20, 130:21
**weekly** [1] - 42:4
**weeks** [6] - 23:17, 64:25, 65:3, 65:8, 112:5, 112:6
**WEIR** [1] - 3:21
**Wendy** [5] - 32:22,

33:22, 92:25, 93:5
**WHEREOF** [1] - 166:20
**whole** [1] - 40:23
**Widener** [1] - 3:22
**wife** [6] - 59:12, 60:23, 64:2, 69:25, 108:5, 111:22
**wise** [1] - 56:19
**wish** [1] - 117:17
**withdrawn** [3] - 20:11, 64:6, 94:24
**Withdrawn** [1] - 155:5
**WITNESS** [9] - 7:14, 7:17, 13:24, 141:19, 141:25, 159:18, 162:10, 165:3, 166:20
**witness** [6] - 6:13, 6:20, 7:7, 99:17, 166:10, 166:14
**woman** [1] - 148:7
**word** [1] - 120:18
**words** [2] - 145:4, 153:19
**works** [5] - 129:17, 130:8, 131:20, 146:19, 150:6
**world** [1] - 119:7
**write** [10] - 61:15, 98:6, 112:17, 136:15, 137:19, 138:11, 138:12, 138:14, 138:19, 139:24
**writing** [5] - 98:25, 99:4, 110:15, 128:21, 154:25
**written** [1] - 153:8
**wrongdoing** [1] - 121:9
**wrote** [9] - 61:8, 99:22, 137:10, 137:18, 138:9, 138:12, 140:5, 148:5, 148:9

**Y**

**year** [9] - 16:16, 16:22, 23:15, 26:9, 30:9, 64:7, 96:2, 96:14, 100:16
**yearly** [1] - 40:7
**years** [26] - 14:6, 14:25, 15:4, 17:4, 24:8, 24:15, 24:17, 24:25, 25:11, 27:5, 27:16, 38:8, 43:4, 51:12, 64:16, 75:7,

77:22, 77:24, 78:4, 79:12, 79:14, 80:3, 80:4, 104:23, 104:24, 151:19
**YORK** [3] - 1:3, 164:4, 166:3
**York** [13] - 2:25, 3:4, 3:11, 3:17, 7:19, 8:22, 12:2, 17:2, 118:6, 118:18, 164:22, 166:9
**yourself** [6] - 85:2, 118:2, 120:22, 121:18, 121:21, 121:22

**Z**

**ZIZMOR** [1] - 3:7
**Zoom** [2] - 2:17, 6:4