UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------X
SUPERB MOTORS INC., TEAM AUTO SALES LLC,
ROBERT ANTHONY URRUTIA, 189 SUNRISE
HWY AUTO LLC, NORTHSHORE MOTOR
LEASING, LLC, BRIAN CHABRIER, individually
and derivatively as a member of NORTHSHORE
MOTOR LEASING, LLC, JOSHUA AARONSON,
individually and derivatively as a member of
189 SUNRISE HWY AUTO, LLC, JORY BARON, 1581
HYLAN BLVD AUTO LLC, 1580 HYLAN BLVD AUTO
LLC, 1591 HYLAN BLVD AUTO LLC, 1632 HYLAN
BLVD AUTO LLC, 1239 HYLAN BLVD AUTO LLC,
2519 HYLAN BLVD AUTO LLC, 76 FISK STREET
REALTY LLC, 446 ROUTE 23 AUTO LLC and
ISLAND AUTO MANAGEMENT, LLC,

                                Plaintiffs,

          -against-

ANTHONY DEO, SARAH DEO, HARRY
THOMASSON, DWIGHT BLANKENSHIP, MARC
MERCKLING, MICHAEL LAURIE, THOMAS
JONES, CPA, CAR BUYERS NYC INC., GOLD
COAST CARS OF SYOSSET LLC, GOLD COAST
CARS OF SUNRISE LLC, GOLD COAST MOTORS
AUTOMOTIVE GROUP LLC, GOLD COAST
MOTORS OF LIC LLC, GOLD COAST MOTORS OF
ROSLYN LLC, GOLD COAST MOTORS OF
SMITHTOWN LLC, UEA PREMIER MOTORS
CORP., DLA CAPITAL PARTNERS INC., JONES,
LITTLE & CO., CPA'S LLP, FLUSHING BANK, and
LIBERTAS FUNDING LLC,

                                Defendants.
------------------------------------------X
                        January 9, 2026
                        12:15 p.m.

      (Caption continued on next page.)

2

Examination Before Trial of the

Defendant, BRIAN CHABRIER, held via

Web conference, before Maria

Pellicane, a Notary Public of the

State of New York.

**Rich Moffett Court Reporting, Inc.**
114 Old Country Road, Suite 620
Mineola, New York 11501
516-280-4664

3

A P P E A R A N C E S:


MILMAN LABUDA LAW GROUP PLLC
Attorneys for Plaintiffs
SUPERB MOTORS INC., TEAM AUTO SALES LLC,
ROBERT ANTHONY URRUTIA
        3000 Marcus Avenue, Suite 3W8
        Lake Success, New York 11042
BY:    EMANUEL KATAEV, ESQ.



CYRULI SHANKS & ZIZMOR LLP
Attorneys for Plaintiffs
189 Sunrise Hwy Auto LLC, Northshore Motor
Leasing, LLC, 1581 Hylan Blvd Auto LLC,
1580 Hylan Blvd Auto LLC, 1591 Hylan Blvd
Auto LLC, 1632 Hylan Blvd Auto LLC,
1239 Hylan Blvd Auto LLC, 2519 Hylan Blvd
Auto LLC, 76 Fisk Street Realty LLC,
446 Route 23 Auto LLC, Island Auto
Management, LLC, Brian Chabrier,
Joshua Aaronson, and Jory Baron
        420 Lexington Avenue, Suite 2320
        New York, New York 10170
BY:    RUSSELL SHANKS, ESQ.
Rshanks@cszlaw.com


HARRY R. THOMASSON, ESQ.
Pro Se Defendant
        3280 Sunrise Highway
        Wantagh, New York 11793


WEIR, LLP
Attorneys for Defendant
LIBERTAS FUNDING
        The Widener Building
        1339 Chestnut Street, Suite 500
        Philadelphia, Pennsylvania
BY:    SUSAN VERBONITZ, ESQ.
Sverbonitz@weirlawllp.com

4

A P P E A R A N C E S (Continued):

CULLEN & DYKMAN, LLP
Attorneys for Defendant
FLUSHING BANK
    333 Earle Ovington Boulevard
    Uniondale, New York 11553
BY:  ARIEL RONNENBERG, ESQ.
Aronneburger@cullenllp.com


ALSO PRESENT:

    TONY URRUITA

    ALIVIA COONEY

5

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties herein, that the filing, sealing and certification of the within deposition be waived.

IT IS FURTHER STIPULATED AND AGREED that all objections, except as to the form of the question, shall be reserved to the time of the trial.

IT IS FURTHER STIPULATED AND AGREED that the within deposition may be sworn to and signed before any officer authorized to administer an oath with the same force and effect as if signed and sworn to before the Court.

- oOo -

6

THE REPORTER:  This examination before trial is being conducted using a Zoom platform.

The attorneys participating in this examination acknowledge that I am not physically present in the deposition room and that I will be reporting this deposition remotely.

They further acknowledge that in lieu of an oath being administered in person, the witness will verbally declare that his testimony in this matter is under penalty of perjury.

The parties and their counsel consent to this arrangement and waive any objections to this matter of swearing in the witness.

Counsel, please indicate your agreement on the record.

(So stipulated.)

7

BRIAN CHABRIER, called as a witness, having been duly sworn by a Notary Public, was examined and testified as follows:

*            *            *

THE REPORTER:  Please state your name for the record.

THE WITNESS:  Brian Chabrier.

THE REPORTER:  What is your address?

THE WITNESS:  4 Creek Ridge Road, Bayville, New York 11709.

*            *            *

EXAMINATION BY

MR. THOMASSON:

Q    Good morning, Mr. Chabrier. My name is Harry Thomasson.  I will be taking your deposition this morning.  I just have a few preliminary questions.

Have you taken any medication or drugs today that would impact your ability to understand my questions?

A    No.

*B. Chabrier*                    8

Q       Is there anything that you think would impact your ability to understand my questions today?

A       No.

Q       If for any reason you don't understand something that I ask you, I will ask you to please let me know.  I'm happy to rephrase the question.  Okay?

A       Okay.

Q       You need to be sure to answer all questions verbally.  The stenographer cannot take down head shakes, for example, and to please let me finish with asking a question, even if you can anticipate where it's going, so that we are not speaking at the same time, again, for the stenographer's sake.  Okay?

A       Understood.

Q       Mr. Chabrier, where did you go to high school?

A       Locust Valley High School.

Q       That's here on Long Island?

A       It is.

Q       Did you go to college?

*B.  Chabrier*                    9

A       Some college, yes.

Q       Where did you go to college?

A       Cobleskill then to Nassau.

Q       Did you get any degrees?

A       Didn't finish, no.

Q       Do you have any professional licenses?

A       Don't understand the question.

Q       Well, for example, if you were an attorney, you would have a Bar card, you would be a member of the Bar. That would be a licence to practice law. Same with a doctor.  There could be other types of professional licenses.  I was just asking if you have --

A       No.

Q       Do you have any professional training?

A       Professional training in what?

Q       Well, are you in the automobile business?

A       Yes.

*B. Chabrier* 10

Q    Do you have any professional training that you have taken, any courses or classes relating to the automobile business?

A    I have taken classes and courses, yes, over the years with Nissan.

Q    What have you taken?

A    They have had some classes in hotels where they have GMs come in and go over businesses and stuff like that. Nissan stuff, buying cars, ordering cars.

Q    Anything else?

A    No.

Q    Do you know someone named Joshua Aaronson?

A    Yes.

Q    Are you related to Mr. Aaronson?

A    No.

Q    Are you related in any way to the Baron family?

A    No.

Q    When did you first meet Mr. Aaronson?

*B. Chabrier*                           11

A        I don't recall the year.  A while back.

Q        Was it this century?

A        Was it this century?  Yeah. Trying to think of my age.  He is -- 20 -- probably 25 years ago.

Q        It was around the turn of century that you first met Mr. Aaronson?

A        Yes.

Q        Is he now or has he ever been your partner?

A        Yes.

Q        What have you two been partners in?

A        We were partners in a few preowned car dealerships in the past.

Q        What businesses were they?

A        Long Island Motors was the most current one.

Q        Are there any others that you can think of?

A        There was one in Long Island City years ago, but we closed.

Q        What was the name of that

*B. Chabrier*                    12

store?

A    It was Long Island Automotive.

Q    Any other businesses you were partners in?

A    Sunrise Auto Outlet.

Q    Is that still open?

A    No.  That's closed.

Q    Where was that located?

A    189 East Sunrise Highway.

Q    When did that close?

A    We closed it a few years ago.

Q    He was your partner in that business?

A    Yes, he was my partner.

Q    Are there any other businesses he was your partner in?

A    No.

Q    What businesses have you been at least a partial owner in yourself?

A    Northshore Motors, New York Off Lease, Long Island Auto Mall.  That's it.

Q    Those are the only ones that

B. Chabrier                    13

you have been at least a partial owner in?

         A    Correct.

         Q    Are you still a partner in New York Off Lease?

         A    New York Off Lease is closed.

         Q    Where was that located?

         A    Copiague.

         Q    On Montauk Highway?

         A    Correct.

         Q    That's no longer open.  When did New York Off Lease close?

         A    About three years ago.

         Q    Do you still hold the lease there?

         A    No.

         Q    I'm sorry, what was that?

         A    No.

         Q    Do you know who does?

         A    No.

         Q    Did you sell that business or did you close it?

         A    We closed it.

         Q    Did anyone purchase the name?

*B. Chabrier*                    14

A       No.

Q       When did you first meet David Baron?

A       1990.

Q       Where did you meet him?

A       Baron Nissan.

Q       Did you ever have any ownership interest in Baron Nissan?

A       No.

Q       Did you ever work there?

A       I worked there and I still work there.

Q       You work at Baron Nissan now?

A       Yes.

Q       Is that the location of your office?

A       Yes.

Q       How long has your office been at Baron Nissan?

A       The current office has been here since 1993.

Q       You have been in that office since 1993?

A       Yes.

B. Chabrier                    15

Q    Where is it located?

A    235 Glen Cove Road.

Q    What town?

A    Greenvale.

Q    How many times have you been to the location known as Northshore Motors?

A    I was there a few times. Couldn't give you exact answer on that. I was there quite a bit.

Q    Now, you said you were there a few times and you were there quite a bit. Can we narrow that down at all? Were you there ten times?

A    I was there over ten times.

Q    Were you there 25 times?

A    I was. Over the course of years, yes, I was over there 25 times.

Q    Were you there 50 times?

A    Say I was there over a hundred times.

Q    Over a hundred times you were at Northshore Motors; is that right?

A    Over the course of years,

*B. Chabrier*                    16

yes.

Q      How many times were you at 189 Sunrise Highway?

A      Wasn't as much.  Maybe 50 times over the course of the time.

Q      What were your roles when you were at those two dealerships, what were you doing?

MR. SHANKS:  Objection.  If you can give a timeframe.

Q      On the occasions that you were in those two locations, Mr. Chabrier, what is it that you did?

A      I signed checks.

Q      Did you do anything other than signing checks?

A      I talked to some of the employees, walked around a little bit and left.  I wasn't there very long.

Q      That was pretty typical for your visits?

A      For the most part, yes.

Q      Were there other activities that you engaged in at these locations

*B. Chabrier*                    17

that you have not already told me?

A    Don't understand the question.  Where you are going with that?

Q    You signed checks and you talked to employees?

A    Yeah.

Q    Was there anything else that you can remember doing on these visits?

A    No.

Q    Did you have partners in those businesses?

A    I did.

Q    Who were the partners you had at Northshore?

A    Asad Khan and David Baron.

Q    After David Baron died, did Josh Aaronson become involved at Northshore?

A    Josh became involved in the day-to-day, yes.

Q    That was with your knowledge and authority?

A    I knew about it, yes.

Q    Did you authorize him to do

*B. Chabrier*                                18

whatever he had to do when he was at Northshore?

A       I gave him the day-to-day, yes.

Q       What do you mean when you say you gave him the "day-to-day"?

A       He was the day-to-day operator.  I still oversee it, but he was the day-to-day operator.

Q       You gave him authority to do what he had to do day-to-day?

A       On the day-to-day, yes.

Q       Do you know if Asad Khan gave him authority to work at Northshore?

A       I don't know.

Q       Asad Khan was your partner, wasn't he?

A       He was a partner, yes.

Q       He indicated that he wasn't all that involved at Northshore.  Would that be a fair way of putting it?

MR. THOMASSON:  I can't hear. I did not hear you, Russell.

MR. SHANKS:  Objection to the

*B. Chabrier*                    19

characterization of his testimony.
I believe he testified after a
certain point he was not involved.
You can rephrase it and I'm fine
with it.

                MR. THOMASSON:  Sure.

        Q       Mr. Chabrier, Mr. Khan
testified that after around 2019 or 2020,
he wasn't all that involved at
Northshore.  Would you agree with that?

        A       I would say after the death
of David Baron, I don't know the exact
date, then I would agree with it.

        Q       Before David Baron's death,
you think Asad Khan was more involved?

        A       I don't think he went there
day-to-day to sign checks like I did, but
he was involved.  He had -- can't say
what he did or didn't do.  He talked to
David more than he talked to me.

        Q       Were you on bank accounts at
Northshore?

        A       I was a signer.

        Q       Do you recall from what date

B. Chabrier                          20

you were a signer?

A    Can't recall what date I was a signer, no.

Q    Was it from the beginning of the business?

A    I would say -- I think back, like 2018, I want to say.

Q    Who put you on the account?

A    Well, David Baron had me put on the account.

Q    Did he go with you to the bank, if you can recall?

A    I don't recall.

Q    Did you go to the bank to get put on the account?

A    I don't recall.

Q    Would there be any reason that Sarah Deo would have put you on the account?

A    Would Sara put me on that account?

Q    Yes, that's the question.

A    I don't know.

Q    Would there be any reason she

*B. Chabrier*                    21

would be the owner of the account?

A    No.  She might have opened it, but no, she is not the owner of the account.  No.

Q    Would it be fair to say she was never the owner on the Northshore bank accounts?

A    I would say yes, she wasn't an owner of the company.

Q    Only the owner of the company would be owning a bank account for the company?

A    Well, I'm on Baron Nissan's account and I'm not an owner.

Q    You can be on as a signatory, right?

A    That's true.

Q    That's not what I'm talking about.  I'm talking about owning the account.  Being the one, for example, that opens it for Northshore.  Would that, in your experience, be by an owner of the business?

MR. SHANKS:  Note my

*B. Chabrier*                                22

objection to form.  I don't know what owning a bank account means. Now you have kind of thrown in a different definition.

MR. THOMASSON:  I will rephrase.

MR. SHANKS:  Thanks.

Q       Is the person who opens -- in your experience in the car industry, is the person who owns the account and is on the account and is the only name on the account, is that typically an owner?

MR. SHANKS:  Objection to form.  You can answer, if you can.

A       I don't know.  I opened the TD account and I'm not an owner of Baron Nissan.

Q       Do you control that account?

A       I don't control it.  I'm a signer.

Q       You are just a signer.  We covered that already.  There can be people on the account just given authority by the person who opened the

*B. Chabrier*                    23

account, right?

A        I believe so, yes.

Q        Would you agree with me, a person who owns the account who's the only name on the account, is the owner of the account?  Would you agree with that?

MR. SHANKS:  Objection to form.

MR. THOMASSON:  He can answer.

A        I would think so, yeah.

Q        Do you know who owned the corporation for Northshore Motors?

A        I don't recall.

Q        Do you know who obtained the EIN number for Northshore Motors?

A        I don't recall.

MR. SHANKS:  Mr. Thomasson, just to make the record clear, you did this the other day.  You can certainly refer to Northshore Motors in the short form, but can you, once, identify the name of the company that we are talking about?

*B.  Chabrier*                              24

Q    Mr. Chabrier, do you know of a business called Northshore Motor Leasing, LLC?

A    Yes.

Q    When we are talking about Northshore Motors, is that the business you are talking about?

A    Yes.

MR. SHANKS:  Thank you.

MR. THOMASSON:  Thank you.

Q    Do you know who obtained the EIN number for Northshore Motors?

A    I don't recall.

Q    Do you know what an EIN number is?

A    I think what an EIN number is, when you open a business, tax ID number.  But I don't know who opened it.

Q    Do you know who held the lease at Northshore Motors?

MR. SHANKS:  Objection. Timeframe.

Q    At any time do you know who held the lease at Northshore Motors?

*Rich Moffett Court Reporting, Inc.*

*B. Chabrier*                    25

A       I don't recall.

Q       Would there be any reason that you know of that Anthony Deo would own the lease?

A       Sorry?

Q       Would there be any reason that you know of that Anthony Deo would have owned the lease?

A       He was there before us, so it's possible.

Q       Do you know if he paid the lease?

MR. SHANKS:  Objection.  Paid the lease?

Q       Did he make the lease payments on the lease, if you know?

A       The lease -- what particular time, when it was Northshore Motors?

Q       At any time at Northshore Motors, do you know if he made any lease payments on that lease?

A       What I know is the lease payments were paid out of Northshore Motors when I was involved.

*Rich Moffett Court Reporting, Inc.*

*B. Chabrier*      26

Q     Would there have been any that were caused to be made, as far as you know, by Anthony Deo?

A     I don't know.

Q     Same questions for 189 Sunrise, do you know if the lease --

MR. THOMASSON:  Withdrawn.

Q     After February 2021, do you know who held the lease for the following, at least, two years at 189 Sunrise?

A     Sunrise Auto Outlet held the lease.

Q     Was there any occasion when that was assigned, that you know of, to Anthony Deo?

A     No.

Q     Was there any occasion when you took $10,000 in February of 2021 from Anthony Deo relating to the purchase of 189 Sunrise?

A     Repeat the question.

Q     Was there any occasion that you can recall in February of 2021 at

B. Chabrier                    27

which you took $10,000 from Anthony Deo towards the purchase of 189 Sunrise?  Do you know if that happened?

MR. SHANKS:  Note my objection to the term took.  If you want to ask if he received it, I'm fine.

Q     Mr. Chabrier, do you know if, in February of 2021, you received $10,000 from Anthony Deo for the purchase of 189 Sunrise Highway?

A     We received a $10,000 deposit on the purchase of 189 Sunrise Highway.

Q     That deposit was for the purchase of 189 Sunrise?

A     It was a down payment.  It was never really fulfilled.

Q     I understand that.  You are saying there was a written contract that laid out the terms that had to be fulfilled?

A     I believe so, yes.

Q     You think there's a contract signed by everyone connected with that

*B. Chabrier*                                    28

transaction?

        A       I don't know.

        Q       Do you know who would have it today?

        A       I don't know.

        Q       Did you have a lawyer represent you in that transaction?

        A       Don't recall.  David handled that.  I wasn't involved.

        Q       If David had told you that you were selling 189 Sunrise at that time, would you have agreed to go along with it?

        A       If David mentioned it, yes, I probably would have went along with it. Yes, I did.

        Q       Did David mention that to you?

        A       David mentioned it to me, yes.

        Q       Was David the, let's use the term, senior partner during his lifetime for 189 Sunrise and Northshore?

        A       David was one of my partners,

*B. Chabrier*                                  29

but yes, he was the lead person.  Yeah.

Q        Did you authorize David Baron to make whatever decisions he wanted regarding Northshore and 189 Sunrise?

A        I never authorized David anything for Northshore Motors, meaning he would talk to me and get my input, you know, if he wanted, yes.

Q        Did you ever disagree with David over the operation of Northshore?

A        I'm sure time to time we had difference of agreements.  The -- I don't recall what they were, but I'm sure we did.

Q        Are there any that you can recall with specificity?

A        No.

Q        Do you recall stopping David from doing anything at Northshore?

A        I don't understand the question.

Q        Was there anything that David ever did at Northshore that you didn't want him to do?

*B. Chabrier*                    30

A      Again, I don't understand the question.

Q      Did David do things at Northshore Motors?

A      Again, I am not trying to -- I don't know where you're going with this.

Q      You showed up at Northshore Motors to sign checks and talk to people, right?

A      I did go to Northshore to sign checks and talk to employees, yes.

Q      When David Baron showed up at Northshore Motors, what did he do that you observed?

A      David was the boss.  He was the man with the floor plans, so he did -- he went to the office and talked to people but I wasn't in conversations with him.  I didn't follow him around.

Q      David was the boss at Northshore Motors because he was the one in charge of the floor plans.  Is that what you just testified?

*B. Chabrier*                               31

A        No.  I said David was the boss because he is the man, he was the bank, he was the one we got the floor plans, yes.  My name is on it, but I wouldn't get a floor plan without David.

Q        And controlling the floor plans made him the boss at Northshore?

A        Well, it didn't make him the boss, but I also worked for David.  I looked up to David in a different light.

Q        You looked up to David in a different light than whom?

A        Than a normal partner, I guess.

Q        Did everyone look up to David in that way that was your partner at Northshore?

A        Can't speak for anybody else. Only can speak for myself.

Q        You do feel that, of the partners at Northshore, while he was alive, David was the boss, right?

A        I can speak only for myself.

Q        He was the boss for you at

*B. Chabrier*                    32

Northshore Motors?

         A     He was my boss for me at Baron Nissan.  He was a partner at Northshore.

         Q     Was David your partner at 189 Sunrise?

         A     He was a partner, correct.

         Q     Was there anybody in the partnership that you would say was the boss of the partner, to use your term?

         A     No, I don't understand your question.

         Q     Was there any one partner who had final say in partnership decisions?

         A     No.  But I didn't really run 189, so no.

         Q     Who ran 189?

         A     David was there a lot.  Ray was there.  I would say more Ray and David than me.

         Q     That would be Raymond Phalen?

         A     Yes.

         Q     Did you receive K-1s, Mr. Chabrier, from 189 Sunrise?

*B.  Chabrier*                     33

A       Yes.

Q       Do you remember what years you received them for?

A       No.

Q       Did you receive one for 2021?

A       I don't recall.

Q       Did you receive one for 2022?

A       I don't recall.

Q       Have you received a request for documents from me to review?

A       I don't remember seeing that, no.

Q       Do you have tax returns with 189 Sunrise listed on them as owner?

A       Yes.

Q       These would be personal tax returns of yours?

A       They would be personal tax returns, yes.

Q       Do you have tax returns for 189 Sunrise, the corporation itself?

A       Would I have those tax returns, is that what you just said?

Q       No.  I'm asking if you listed

*B. Chabrier*                                    34

in your personal tax returns 189 Sunrise as being partially owned by you?  Do have you personal tax returns with --

A    I have K-1s from Sunrise.

Q    You do?  And you don't know from what years?

A    I don't recall the years.

Q    Do you have K-1s from Northshore?

A    I do.

Q    Do you know for what years?

A    I don't recall the years.

Q    When was the last time you listed Northshore or 189 Sunrise on your personal tax returns, do you remember?

A    No.  It's been a while.

Q    Why has it been a while?

A    Because it has.

Q    Do you still own them?

A    I do.

Q    You don't list them anymore?

A    There's no income.  I don't list them.

Q    When did you last receive

*B. Chabrier*                                                    35

income from Northshore Motors?

A       Been a while.

Q       How long?

A       I couldn't recall.

Q       Did you receive income from Northshore last year?

A       I would say no.

Q       Did you receive income from Northshore the year before that?

A       Again, I would say no.

Q       What about 2023, did you receive any income from Northshore?

A       Don't recall.

Q       What about 2022, did you receive any income that year?

A       Again, I don't recall.

Q       Do you recall when Northshore closed?

A       Exact date, no, but I would say about three years.

Q       If I were to suggest to you it closed during or about the end of November 2022, would that refresh your memory?

*B.  Chabrier*                    36

A        Well, '22 was a tough year so it wouldn't refresh my memory, that particular date, no.

Q        Why was 2022 a tough year?

A        It's a personal tough year. I would leave it at that.

Q        I'm not leaving it at that. What was the problem or problems in 2022?

A        I had a death in the family in November of '22.  That's all.

Q        Was there anything else that year that made it tough for you?

A        Yeah, I had another death in the family in '22.

Q        I understand.  Sorry to hear that.  2022 was a year that you had a death in your family and that made it a tough year?

A        Sure.  If you lose --

Q        Would it refresh your memory that 189 Sunrise was also closed during on or about November of 2022?  Would that refresh your memory?

A        I would imagine it was in the

*B. Chabrier*                    37

same time period, yes.

Q      Do you know who closed Northshore and 189 Sunrise?

A      We closed it.

Q      Was that done by Josh Aaronson, as far as you know?

A      Yes.

Q      Was that with your knowledge and authority?

A      Yes.

Q      Do you know if anyone else gave him authority to close those two businesses?

A      I couldn't speak for anybody else.

Q      Was there any kind of meeting that took place in which the partners discussed closing those two businesses?

A      Not that I recall.

Q      But you authorized Josh to do what he had to do to close those two businesses?

A      Josh had the day-to-day, yes.

Q      At both of them?

*B. Chabrier* 38

A       Josh had the day-to-day at both stores.

Q       Northshore and 189 --

A       Remember, Josh was a partner in 189 Sunrise.

Q       And he had the day-to-day authority for both stores; is that right?

A       He didn't need my day-to-day authority in Sunrise, but he had my day-to-day authority in Northshore.

Q       He also had your authority to close both businesses; is that right?

A       He had my authority to close both businesses, yes.

Q       At any time did you suggest selling either of those businesses?

A       Well, yeah, we -- originally we were going to sell 189, right?  They gave me a check, but never fulfilled the contract.

Q       You think there was a written contract; is that right?

A       I said, I had told you before, I don't know.  I didn't see it.

*B.  Chabrier*                    39

Q       Sorry, would you repeat that?

A       I said, I told you before, I don't know.

Q       Then you said something else. Did you say that you didn't see one?

A       Excuse me?

Q       You also added something else at the end of your sentence.  It sounded like you said, I didn't see it.

A       No.

Q       Did you say that?

A       No.  I said -- no.

Q       Did you do anything to prepare for this deposition, Mr. Chabrier?

A       Yes.

Q       What did you do to prepare for this deposition?

A       I read over the affidavit.

Q       What affidavit would that be?

A       The one we sent to the court, the attorney.

Q       Is that an affidavit of yours that you read?

*B. Chabrier* 40

A       Some of the quotes, yes.

Q       You read an affidavit in preparation for this --

A       I can't see my screen.  I don't know why.  I can't see any of you guys.  I don't know what to do here.  Hold on.  Do you mind if I call someone to fix this?

MR. THOMASSON:  Go ahead.

MR. SHANKS:  Doesn't matter if you see us as long as you hear Mr. Thomasson.

THE WITNESS:  All right.  All I see is -- I don't know what is on my screen, PDF's.

MR. SHANKS:  That's what's on the screen because he is going to open up some documents.

THE WITNESS:  Oh, apologies.

A       Sorry.  Go ahead.

Q       Do you see where it says Exhibit G, Mr. Chabrier?

A       I can.

Q       I would like if you can just

*B. Chabrier*                    41

please review the next five pages after that.  It's an e-mail stream.  Can you take a look at this for a moment, please, Mr. Chabrier?

      A      Can I?  Am I controlling it or you?

      Q      I'm controlling this.  Have you read this page?

      A      Yes.

      Q      Do you know who CitrinCooperman represented as accountants with regard to Northshore Motors and 189 Sunrise?

      A      I don't remember.

      Q      Could they have been the partner's accountants at those two businesses?

      A      Yes.

      Q      Was CitrinCooperman ever your accountant?

      A      I didn't handle that part of it, so I can't answer yes or no.

      Q      Do you know if CitrinCooperman ever worked for any of

*B. Chabrier*                                    42

your partners?

        A       I believe so, yes.

        Q       Do you know who Anthony Deo
is here up in the cc?  You see that,
right?

        A       I do.

        Q       You know who Josh at Island
Auto Group is, don't you?

        A       Yes.

        Q       That would be Josh Aaronson?

        A       Yes.

        Q       You see Wendy Kwun from
Island Auto Group?

        A       Yes.

        Q       Who is Wendy Kwun?

        A       Comptroller.

        Q       How long has she been the
comptroller for Island Auto Group?

        A       I think since they opened.

        Q       At least, roughly, when did
it open?

        A       I want to say ten years ago.

        Q       Is she still the comptroller
for Island Auto Group?

*B. Chabrier*                    43

A      I believe so, yes.

Q      When was the last time you saw Wendy Kwun?

A      When was the last time I saw Wendy?  Been a while.

Q      Months?

A      About a month ago.

Q      If you know, do you know whether or not you or anyone you know has ever discussed this case with Wendy Kwun?  If you know.

A      I don't know.

Q      Did you ever discuss it with her?

A      No.  I don't recall.

Q      Are you aware of anything about this --

MR. THOMASSON:  Withdrawn.

Q      What is it that you understand about this e-mail?

MR. SHANKS:  Objection to form.

Q      Is there anything you can understand about what is being discussed

*B. Chabrier*                    44

in this e-mail, Mr. Chabrier?

        A       I don't understand the question.

        Q       Well, do you understand what's being discussed in this e-mail?

        A       I do.

        Q       Have you ever seen this e-mail before?

        A       I've never seen this e-mail before.

        Q       Did you receive a complaint from me during or about September of 2024?

        A       I don't recall.

        Q       Do you know if there was a complaint brought against you that was about 180-some-odd pages with 400 pages of exhibits?  Do you remember receiving that?

        A       I don't recall.

        Q       Are you aware you are being sued in a case by Anthony Deo and Sarah Deo?

        A       I did hear that, yeah.

*B. Chabrier*                    45

Q        Did you receive any documents in connection with that case?

A        I haven't received any documents.

Q        You did not get served with a complaint for that case?

A        Me personally, no.

Q        Did someone in your family accept a complaint for you?

A        Not that I'm aware of, no.

Q        Did you authorize anyone to represent you in connection with a lawsuit by Sarah and Anthony Deo?

A        I believe we did.

Q        Who's "we"?

A        The group.

Q        What group would that be?

A        That would be Josh.

Q        Is Josh the head of a group?

A        I don't know.  He is an ownership of the Island Auto Group, so I said group.

Q        When you said "group," do you mean Island Auto Group?

*B. Chabrier*                46

A      I just said group, meaning the head, yes.

Q      Is Josh the head of that group?

A      Yeah, yes.

Q      How long has he been the head of that group?

A      Since it opened.

Q      That was roughly ten years ago?

A      That's what I said, yes, roughly ten years ago.

Q      Do you know anyone by the name of Thomas Jones?

A      Personally, no, I don't.

Q      Do you know of him at this point?

A      I don't know who he is.

Q      Do you know if you are suing him?

A      Again, I don't know who he is.

Q      Do you know that you are suing me?

*B. Chabrier*                    47

A    Yes, I do.

Q    Have I done something to harm you, Mr. Chabrier?

A    Yeah, you did.

Q    What did I do to harm you?

A    You took $730,000.

Q    That money had been obtained by whom?

A    Obtained by Northshore, which I own.

Q    Do you know who personally guaranteed that money?

A    I don't know.

Q    The DMV license at Northshore, that was in the name of Northshore, right?

A    It was in the name of Northshore.

Q    Was there anybody's person's name associated with that license?

A    That would be me.

Q    Someone has to get the license, right?

A    I said that would be me.

*B. Chabrier*                    48

MR. SHANKS:  He answered it.

MR. THOMASSON:  That's a different question than someone being personally guaranteeing.

MR. SHANKS:  Sorry.  I misunderstood it as well then.

Can you read back the question?

MR. THOMASSON:  No, that's not necessary.  I will ask it again.

MR. SHANKS:  Okay.

Q     You are the one, Mr. Chabrier, that obtained the license for Northshore?

A     Northshore's DMV license is in my name.

Q     It was only in your name the entire time?

A     It's only been in my name the entire time, yes.

Q     Therefore, because you were --

MR. THOMASSON:  Withdrawn.

*B. Chabrier*                               49

Q      Were you the personal guarantor on that license?

MR. SHANKS:  Note my objection.  I have done this on the other depositions.

MR. THOMASSON:  I don't know if he knows -- I will ask if he knows what that is.

Q      Do you know what a personal guarantee is?

MR. SHANKS:  Harry, let me just put the objection --

THE WITNESS:  You guys are coming off bad.  I can't understand.

MR. SHANKS:  I know.  Talking to Mr. Thomasson.  Let me just put the objection on the record.  My only objection is talking about personal guaranteeing his license. It's not really personally guaranteed.

MR. THOMASSON:  Don't tell him.

*B. Chabrier*                    50

MR. SHANKS:  I'm telling you.

MR. THOMASSON:  You can't do speaking objections like that.

MR. SHANKS:  I'm telling you, Harry, you don't personally guarantee licenses.

MR. THOMASSON:  You are also telling the witness.  Don't do that.

MR. SHANKS:  Harry, you know what your talking about.  You said you learned so much about the automotive industry.

MR. THOMASSON:  Stop, would you please.

MR. SHANKS:  Ask what you want.

MR. THOMASSON:  How much do you want to bet he is going to now tell me you don't personally guarantee a license?  Let's see, shall we?

Q       Mr. Chabrier --

MR. THOMASSON:  I have the

*B. Chabrier*                                      51

next question ready to go.

MR. SHANKS:  Go ahead.

Q       Mr. Chabrier, can you hear me at the moment?

A       I can, sir.

Q       Is there a personal guarantee on a DMV license, if you know?

A       Not that I'm aware of, sir.

Q       Oh, I'm surprised.

MR. SHANKS:  Because that's the answer, Mr. Thomasson.

MR. THOMASSON:  Should not have fed it to him, Russell.  Can't give speaking objections like that.

MR. SHANKS:  You are a lawyer.  You went to law school. You know what a personal guarantee means.

MR. THOMASSON:  Right.

Q       Do you know what a personal guarantee is, Mr. Chabrier?

A       Yes, sir, I do.

Q       You have executed personal guarantees from time to time?

*B. Chabrier*                    52

A        Yes, sir.

Q        With your name personally -- was your name personally associated with the DMV license for Northshore Motors?

A        My name -- it was under my name, yes, sir.

Q        Therefore, does that give you the right, in your mind, to turn that license back in?

A        Yeah.  It's under my name.

Q        Because it was you that was associated with that license, right?

A        Yes.

Q        What individual was associated with the $735,000 loan you just brought up?  What personal -- what individual or individuals do you know was associated with that loan?

A        I don't know.

Q        Do you know if Anthony Deo was the personal guarantor on that loan?

A        I don't know.

Q        Are you telling me that after three plus years of litigation, you don't

know that Anthony Deo got that money? Are you telling me that?

MR. SHANKS:  That wasn't the question you asked --

MR. THOMASSON:  I'm asking him now.

Q    Are you telling me now, under oath, that you didn't know Anthony Deo got that money?

A    I know Northshore got that money.

Q    Do you know if Anthony Deo was the one who obtained it for Northshore; yes or no?  Right now today, do you know that?

A    Listen, no.  You are asking me a question, I don't know the answer to that.

Q    Thank you.

Did anyone ever tell you that Josh Aaronson obtained that loan?

A    No, I wouldn't know that either.

MS. VERBONITZ:  I didn't hear

*B. Chabrier*                          54

the answer.

MR. THOMASSON:  It's the Northshore -- it's the loan that Anthony Deo obtained for Northshore in November of 2022.  Anthony Deo obtained that money.

Q      Mr. Chabrier, if Anthony Deo was the one who obtained that money, do have you any problem now with Anthony Deo giving that money back?

A      If he obtained it in Northshore, his name, he obtained it in my company.

Q      If he was the personal guarantor for that, would you have any problem with him controlling that money, just like you control the DMV license?

MR. SHANKS:  Objection to form.  Compound question.

Q      Mr. Chabrier?

A      Yes, sir.

Q      You control the DMV license because you personally obtained it, right?

*Rich Moffett Court Reporting, Inc.*

*B. Chabrier*                    55

A        Yes.

Q        Mr. Deo personally obtained the $735,000.  Did you know he was the individual who obtained that money?

A        I already --

Q        Did you know that before today?

A        I already told you, no, I don't know that personally.  No.

Q        Now you know that --

A        Okay.

Q        -- Mr. Deo obtained that money?

A        Um-hum.

Q        Do you think he should have had the right to control that money?

A        The money belonged to Northshore.  It was taken out of Northshore's name.

Q        You say, because your name was associated with the DMV license, you could do whatever you wanted with the DMV license, right?

A        DMV license is in my name.  I

*B. Chabrier* 56

own the company.

Q     DMV license has the name Northshore Motors on it, didn't it?

A     Mr. Thomasson, the company Northshore is in my name.  DMV is in my name.  If you take out -- I can't take out a loan from Baron Nissan and put it in my name.  It's Baron Nissan's money.

Q     Can you see this e-mail chain marked as Exhibit G back on the screen again?

A     Um-hum.

Q     Right here, you can read this e-mail from Wendy Kwun to Josh Aaronson. You can read that please.

A     I read it.

Q     Do you see here, this e-mail from Josh Aaronson to Wendy Kwun, Thomas Jones, Anthony Deo?  Do you see that?

A     I do.

Q     See where it's approved by Josh?

A     I see it.

Q     Did you know that Josh

*B. Chabrier*                    57

approved some tax returns for Northshore

and 189 Sunrise?

    A    No.

    Q    Do you have any problem with

Josh approving tax returns for those

businesses?

    A    No.

    Q    These are the tax returns

that were attached and approved, Mr.

Chabrier.  This first page indicates that

it's for Northshore Motors in a federal

return for 2021.  Do you see that?

    A    I do.

    MS. VERBONITZ:  Are you

marking these documents as

exhibits?

    MR. THOMASSON:  Yes, I had,

Exhibit G earlier.  This is Exhibit

H.

    MS. VERBONITZ:  You are

keeping them as G and H?

    MR. THOMASSON:  Yes.

    Q    This is Exhibit H.  I'm

showing you again, Mr. Chabrier.  Do you

*B. Chabrier*                    58

see that?

        A       Yes.

        Q       I showed you this first page, which is a U.S. return for Northshore Motors for 2021.  Do you see that?

        A       Yes.

        Q       Do you see, on the screen at the moment, page 8 of this exhibit indicates, part two, individuals owning 50 percent or more of the partnership? Do you see that?

        A       Yes.

        Q       See where it listed Anthony Deo as 99 percent owner of Northshore?

        A       I do.

        Q       Did you know that this was approved by Josh Aaronson?

        A       I did not.

        Q       Do you know now?

        A       I do.

        Q       Have you claimed ownership on your tax returns for any years since 2021?

        A       I don't recall.

*B. Chabrier* 59

Q      You were telling me earlier that you think that I did something wrong and harmed you regarding $735,000; is that right?

A      I did.

Q      Other than that, is there any other occasion that you can think of that I did something to harm you?

A      No.

Q      Do you have any knowledge or understanding that Josh Aaronson caused that money to be given to me, if you know that?

A      I believe yes, I did know that he said he gave it to you.  Correct.

Q      Did you deal with bank accounts at all for Northshore or 189 Sunrise,        Mr. Chabrier?

A      I did.

Q      Were there security measures on those accounts?

A      There was.

Q      What was the security on those accounts?

*B.  Chabrier*                    60

A        They have a code.  When you login, you have to login a code.

Q        Would that be the token system?

A        Correct.

Q        Who had the tokens?

A        For who?

Q        For 189 Sunrise and Chase -- for 189 Sunrise and Northshore.

A        Josh, I believe, had a token. I have a token.

Q        Anyone else?

A        Not that I'm aware of.

Q        How did the token system work?

A        When you login?

Q        What was the purpose of the system?

A        So you are authorized to look at the bank.

Q        Did you, in fact, utilize that system?

A        Yes.

Q        How often?

*B. Chabrier*                    61

A        Pretty much on a daily basis.

Q        Do you know if anyone else was doing it on a daily basis?

A        No.

Q        You were monitoring the accounts at Northshore on a daily basis; is that right?

A        Yes.

Q        Were there any irregularities in the accounts at Northshore?

A        I looked at the money and the checks cashed and my signatures.  I didn't handle the irregularities.  I don't know what you mean by that.

Q        Were you the only person that signed checks for either of those businesses?

A        No.

Q        When you looked at checks, were you looking at all of the checks and not just the ones that you signed?

A        I looked at a good bunch every day.

Q        Do you know if any of your

*B. Chabrier*                    62

other partners signed any checks?

A       I believe they did, yes.

Q       Do you know if Sarah or Anthony Deo signed any checks?

A       I don't think Anthony was a signer.

Q       Do you know if anyone ever gave them authority to sign checks?

A       I didn't.

Q       I didn't ask you that.  I asked, do you know if anyone ever gave them authority to sign checks?

A       Not that I'm aware of.

Q       Do you know if they were ever on any of those accounts?

A       Not that I'm aware of, no.

Q       But they were signing checks?

A       I just said not that I'm aware of.

Q       Was there ever any occasion you took money out of those accounts?

A       Take money for what?

Q       Doesn't matter what it was taken for.  Asking if you ever took money

*B. Chabrier*                                    63

out of those accounts?

A        I'm sure I did.

Q        Do you know if any of your partners did?

A        I'm sure they did.

Q        Do you have any memory now of being aware that they took checks out of the account in your daily review of the accounts?

A        Not being specific, I don't know what you're talking about.

Q        Do you have a specific memory of your partners taking money out of the accounts, as opposed to just being sure they did?

A        I'm sure they took money out of the accounts.

Q        Do you have a specific memory of it?

A        I don't have a specific memory of what you're talking about, no.

Q        Do you have any specific memories of anyone other than your partners taking money out of the

*B. Chabrier*                            64

accounts?

A        Specific memory for what?

Q        Were these accounts that had any type of debit cards associated with either of those two businesses, if you know?

A        No, I don't know.

Q        Did you ever have a debit card for either of those two businesses?

A        I did not.

Q        How many accounts did Northshore have, that you recall, during your years owning Northshore?

A        I believe they had four accounts.

Q        Sorry, how many?

A        I think it was four accounts.

Q        What bank were they with?

A        Chase.

Q        Were they all covered by the token system?

A        I believe so, yes.

Q        Was there any kind of texting system associated with those accounts?

*B. Chabrier*                              65

A      Not that I use, no.

Q      Was there any type of positive pay system associated with those accounts?

A      With Northshore, I don't recall.

Q      What about at 189, was there any security on those accounts?

A      189, we had positive pay at one time, yes.

Q      Did you also have tokens at 189?

A      We had tokens at 189.

Q      Did you have texting at 189, if you know?

A      Not that I'm aware of.

Q      Who had access, that you know of, to the tokens and positive pay at 189 Sunrise?

A      Tracy, Ray, Mr. Baron, myself.

Q      Anyone else, that you know of?

A      I believe Josh.  That would

B.  Chabrier                          66

be it.

Q      Did you ever have any meetings with your partners over the operation of 189 Sunrise?

A      We talked about it.  But did we have a group meeting, no.

Q      Did you ever have any meetings with any of your partners for Northshore and its operation?

A      Again, we talked about it. But as a whole group, I don't know if we were all in the same group at one time.

Q      No?

A      Not all at one time.

Q      You knew that Josh Aaronson took $735,000 out of accounts at Northshore during or about November of 2022; is that correct?

A      I don't think he took the money out of Northshore.

Q      Do you know if he took $735,000 out of the accounts of either Northshore or 189 Sunrise during or about November 2022?

*B. Chabrier*                           67

A       Yes.

Q       And did you know about it beforehand?

A       No.

Q       Was that something that was discussed beforehand?

A       No, I wasn't in that conversation.

Q       You found out after the money was taken.  Who did you find out from?

A       I believe I found out from Josh.

Q       Do you know how long after that?

A       I don't recall.

Q       Do you know where the money went when he took it?

A       Money went, I believe, to you.

Q       Well, before it got to me, after Josh took it, do you know where he took it and put it?

A       I do not.

Q       I may have covered this, but

*B. Chabrier* 68

as a preliminary question, are you a stockholder at Baron Nissan?

A        No, sir.

Q        But you work there?

A        I do work there.

Q        Would you have any reason to know if that money was put in Baron Nissan accounts?

A        The money was not put in Baron Nissan.

Q        When Josh took it?

A        It wasn't put in Baron Nissan accounts.  I would know, see it in the morning.

Q        Did you have access to the Baron Nissan accounts with the same type of security that you had at 189 Sunrise and Northshore?

A        Yes.

MR. SHANKS:  Objection as to form.  Compound question.

Q        You can answer, Mr. Chabrier.

THE WITNESS:  Russell?

MR. SHANKS:  You can answer,

*B. Chabrier*                              69

but it seems like there is two parts to the question.

Can you read back the question?

MR. THOMASSON:  I will ask it again.

Q     Mr. Chabrier, is there security at the Baron Nissan accounts?

A     Yes.

Q     What type of security is on those accounts?

A     Same token system.

Q     Do any of them have positive pay?

A     No.

Q     Is there any type of texting system you are aware of at Baron Nissan?

A     No.

Q     Are you one of the people that have tokens at Baron Nissan?

A     Yes.

Q     Do you know someone name Melissa Beltray?

A     Yes.

*B. Chabrier*                    70

Q     How do you know Melissa Beltray?

A     She works for me.

Q     Does she still?

A     She doesn't work for me anymore, no.

Q     How long has it been since she worked for you?

A     Been a while.  2026.  Has to be about eight years, ten years.

Q     Melissa Beltray never worked at Northshore or 189 Sunrise?

A     Melissa Beltray helped out in Northshore at a particular time, yes.

Q     That would be less than eight to ten years, right?

A     Well, 2026.  That was 2021. I'm going back.  Danny was there quite a while and we closed.  We moved -- so it's got to be seven years.  I lose track of time.  I apologize.

Q     Did you and Asad Khan have an argument you can recall over Melissa Beltray?

*B. Chabrier*                              71

A       No.

Q       What did Melissa Beltray do for Northshore, that you can recall?

A       She was a bookkeeper.

Q       Was there a comptroller at Northshore at any time?

A       Well, she is a bookkeeper slash comptroller.  I apologize.  She was the only one in the office.

Q       After her, who took her place next?

A       I don't recall.  It was a couple different comptrollers there.  I don't recall who was between Danny and Melissa, if there was another girl.

Q       Was Wendy Kwun ever doing any work with Northshore?

A       I believe Wendy helped out after David's passing.

Q       Did she do any work for or at 189 Sunrise?

A       I believe, again, after the passing of Mr. Baron.

Q       If you know, was your name

B. Chabrier                                72

added to the Northshore account or were you on the account from day one?

A       I don't recall.

Q       Could you have been added to it?

A       I don't know.

Q       While Northshore Motors was still open, at any time did you cease receiving K-1s?

A       You just showed me a 2021 tax return where Anthony's claiming he got a K-1, so I would say yes.

Q       Same question for 189 Sunrise.  While it was still open, do you know if you ceased receiving K-1s?

A       Yes.

Q       Why would you stop receiving K-1s while they were still open?

A       Good question.

Q       Would that be because you were no longer the owner?

A       Well, that was -- going back to your check.

Q       What does that mean?

*B. Chabrier*                73

A       Your $10,000 check.

Q       Okay.  That was when you ceased getting K-1s, because of that?

A       Yes.

Q       Do you remember why you stopped receiving K-1s for Northshore? Could it have been related, for example, to the tax returns I just showed you?

MR. SHANKS:  Objection. Compound question.  Two questions.

MR. THOMASSON:  Sorry, Russell.

Q       Do you know why you stopped receiving K-1s from Northshore while it was still open?

A       Same reason.  I mean -- same reason.

Q       Because Anthony was listed as the owner on the tax returns?

A       Correct.

MR. THOMASSON:  I have no further questions.

MS. VERBONITZ:  I have a few questions.

*Rich Moffett Court Reporting, Inc.*

*B.  Chabrier*                    74

I have to ask counsel if they will indulge me.  Can I have a few minutes to run to the bathroom.

(Whereupon, a short break was taken.)

*               *               *

EXAMINATION BY

MS. VERBONITZ:

Q       My name is Susan Verbonitz. I represent Libertas Funding.

When you were initially asked about did you prepare for your deposition, did you do anything other than speak to your counsel?

A       No.

Q       You said what documents you reviewed, correct?

A       Yes.

Q       Just a little bit of background.

You were talking about the different businesses.  Northshore, who were the members of Northshore Leasing --

And for purposes of this

B. Chabrier                     75

deposition and brevity, I would like to just refer to it as Northshore, if it's okay with you.

A    Fine.

Q    -- when Northshore was formed, to your knowledge?

A    David Baron, Asad Khan and Brian Chabrier.

Q    So three of you. Were three of you the members since the formation of Northshore?

A    Yes.

Q    When was the company formed, to your knowledge?

A    2018. Late '17, early '18.

Q    Who were the members of 189 Sunrise Highway Auto, LLC?

A    Ray, I think Phalen is the last name, Jory Baron, Josh Aaronson, David Baron. They were the four originals. I came a little after. Don't think I was an original partner.

Q    When did you come on as an owner?

*B. Chabrier* 76

A    A little later.  I don't know the exact time.  It was a long time ago.

Q    I understand.  If you don't understand or don't know, you can just tell me.

A    Okay.

Q    With respect to Northshore, what were your responsibilities with regard to the business, other than sign checks?  You said you went and signed checks.  Anything else?

A    Listen, I just really went there, I signed the checks, talked to some of the employees when I went there, checked a little of the inventory, and that's it.

Q    Who had responsibility for the day-to-day operations of Northshore?

A    That would be Anthony Deo. He was the general manager.

Q    What were your responsibilities, if anything, with respect to 189 Sunrise?

A    Ray was really the lead guy

*B. Chabrier*                    77

there.  I signed some checks for them when I was in the neighborhood or they couldn't get a hold of anybody else, but, you know.

Q        Did Ray have the day-to-day responsibilities for the business?

A        Ray had the day-to-day, yes. Ray also had a general manager there also.  Couple different ones at times.

Q        Just for purposes of your deposition, what is the nature of the business of Northshore?

A        Automotive sales.

Q        New or used?

A        Preowned.

Q        Sorry?

A        Used, preowned.

Q        All makes and models?

A        Correct.

Q        What is the business of 189 Sunrise?

A        Same, preowned, all makes and models.

Q        At some point in time, Mr.

*B. Chabrier*                    78

Deo became the general manager of Northshore?

A    Correct.

Q    When did that occur?

A    From the day we opened.

Q    What responsibilities did Mr. Deo have with respect to Northshore?

A    Day-to-day operations.

Q    What did that include?

A    Selling cars, buying cars, hiring employees.

Q    When you say "buying cars," you mean buying inventory?

A    Correct.

Q    How many employees did Northshore have?

A    One, two, three, five, eight, ten, maybe 11.  Twelve with porters.

Q    Did it have a bookkeep -- someone in bookkeeping?

A    Yes.

Q    Did it have a finance office?

A    Yes.

Q    Who worked in the finance

*B. Chabrier* 79

office?

A    What timeframe?  Had a couple of them.

Q    So we can really put this, just at some kind of perspective, say from 2020 on.

A    I think Frank, don't recall his last name, was the finance manager there.

Q    Was Frank there until the business closed?

A    I believe so.  I don't know, not to be a hundred percent.

Q    Do you recall the date the business closed?

A    I want to say early 2023, maybe.

Q    Would Mr. Deo oversee the finance office?

A    Yes.

Q    Would he oversee the sales department?

A    Yes.

Q    Generally, he oversaw the

*B. Chabrier*                                    80

whole operations, correct?

    A       Yes.

    Q       Other than yourself, who was
on the bank account?

    A       Mr. Baron.

    Q       When did Mr. Baron die?

    A       Good question.  Five years
ago, May.

    Q       Five years?

    A       Five years I want to say.

    Q       After Mr. Baron died, was
anyone else put on the bank account,
other than you and he?

    A       I don't recall, to be honest.

    Q       Was Mr. Deo on any -- an
authorized signer on the account?

    A       Don't believe Anthony was a
authorized signer, no.

    Q       You said one of Mr. Deo's
responsibilities was buying inventory?

    A       Sorry.  Your screen froze on
me for a second.

    Q       You said that one of Mr.
Deo's responsibilities was buying

*B. Chabrier* 81

inventory.  How would he go about that, if you know?

     A     Most of his inventory came from auctions.  He would buy at auctions.  Some came in on trades, some came off the street.  I would say the bulk came from auctions.

     Q     How was the purchase of inventory financed?

     A     Floor plan.

     Q     Sorry?

     A     Floor plan.  We had floor plan line.

     Q     Who is the floor plan line with?

     A     Floor plan line was with Ally.

     Q     Was Mr. Deo authorized to draw under the floor plan for purchase of inventory?

     A     Yes, he can buy cars.

     Q     He could?

     A     And then cars would automatically --

*Rich Moffett Court Reporting, Inc.*

*B. Chabrier*                    82

Q      He would be in charge of sending the paperwork to Ally for the floor planning?

A      When you buy them on auction, it's automatically floor plan, or the auction would send them what they needed.

Q      They send everything to Ally, you just give them all the information they need?

A      Correct.

Q      You said some come in on trade.  Some of the inventory is directly purchased from individuals?

A      Off the street, yes, sometimes.

Q      Off the street?

A      Yes.  Not that often.

Q      From where would the money come to purchase vehicles off the street?

A      We would make a check out of the account.

Q      Out of the operating account?

A      Correct.

Q      Did Northshore have one

*B. Chabrier* 83

operating account or more than one main account?

A     Sales tax account, payroll account?

Q     Payroll account.

A     Yes.

Q     Did it have one main operating account from which it would write checks and deposit funds?

A     One main operating account, yeah.  They also had a DMV account, but they didn't write checks in the DMV account.

Q     If Mr. Deo needed a check to purchase any inventory, to buy something for purposes of running the day-to-day operations, how would he go about getting that check?

A     Danny O'Sullivan, or the comptroller at the time, would cut a check, and I would sign or Mr. Baron would sign it.

Q     You had said that earlier you went to Northshore more than a hundred

*B. Chabrier* 84

times or --

A    Over a period of time.

Q    Over a period of time.  You weren't at Northshore on a daily basis, correct?  Your office wasn't there?

A    No.

Q    Where were you --

A    230 -- Baron Nissan, where I'm at today.

Q    You would go from Baron over to Northshore when needed?

A    Correct.

Q    With regard to 189 Sunrise, Mr. Deo was also the manager of that entity, that business, correct?

A    At what point?

Q    Well, I will just tell you it's alleged in the Complaint that -- at paragraph 114, that in 2018 Deo was engaged by Northshore and Sunrise as their manager for their benefit.

Is that at about the time you can recall he was engaged as manager?

A    Yes.

*B. Chabrier*                              85

Q    With regard to 189 Sunrise, I was not clear when you were testifying before, who were the owners?

A    Ray, Jory Baron, Josh Aaronson, David Baron and myself.

Q    And you?

A    Correct.  Five.

Q    Did any of the interests or any of the, you know -- I know you are not partners.  You are all members.  Did membership change at any time?

A    No.  Legally, no.

Q    I mean other than Mr. Baron dying.

A    Got you.

Q    Sorry.  Other than Mr. Baron passing away, did your ownership interest in 189 Sunrise change?

A    No.

Q    Were you all equal owners?

A    Yes.  20 percent.

Q    In 189 Sunrise?

A    Yes.

Q    You said 20 percent?

*B. Chabrier*                                  86

A        Yes.

Q        At any time was Mr. Deo an owner of 189 Sunrise or have any membership interest?

A        No.

Q        What was your role or responsibility, if any, with respect to 189?

A        Not as much as other stores that I was involved in.  But I did stop there because I had another store close, New York Off Lease.  If Tracy or anyone needed a check signed, I would sign.

Q        189 Sunrise is also closed, correct?

A        Yes.

Q        Who were the authorized signers on the bank account at 189 Sunrise?

A        I believe we were all authorized signers.

Q        At any time during when the business was open, were the authorized signers on the 189 Sunrise account

*B. Chabrier*                    87

changed?

A      Not that I'm aware of.

Q      Can you explain to me, as best as you understand it, what Mr. Deo's responsibilities, job responsibilities were with respect to 189 Sunrise?

A      Same as Northshore.

Q      Was he the day-to-day operator?

A      Correct, yes.

Q      Did he act as the general manager?

A      Yes.

Q      Other than the Northshore and 189 Sunrise, what other businesses were you involved in at that same time?

A      Long Island Motors and New York Off Lease.

Q      Did Mr. Deo have any involvement in those companies?

A      No.

Q      No?

A      No.

Q      When did you meet Mr. Deo?

*B. Chabrier*                          88

A        I met him through David Baron and Asad Khan.

Q        When did you get to -- when did you first meet him?  Not asking an exact date.

A        I think late -- somewhere 2017.  I don't recall the date.

Q        Do you remember how Mr. Baron and Mr. Khan knew Mr. Deo?

A        I don't.

Q        Do you know if Mr. Baron or Mr. Khan had any prior business or other relationships with Mr. Deo?

A        I do not.

Q        At the time that you met Mr. Deo, what was your understanding of what businesses, if any, he was involved in?

A        Sorry, can you repeat the question?

Q        At the time when you met Mr. Deo, what was your understanding of any businesses that he was involved in?

A        He was involved in the

*B. Chabrier*                    89

automotive business.

Q       Same, generally, as Northshore?

A       Yes.

Q       When Mr. Deo became the manager of Northshore and 189 Sunrise, to your knowledge, did he also operate his other businesses, aside from --

A       I don't know.  I don't believe so.

Q       You don't know?

A       I don't believe so.

Q       Do you know what is referred to in the Complaint as the IAG operation?

A       Excuse me?

Q       In the Complaint is a reference to an IAG operation.  Are you familiar with that term?

A       No.  IAG?

Q       IAG.  Just asking if you are familiar with the term.  No?

A       I'm not.  Assuming what it stands for, but I can be wrong.

Q       What do you assume it stands

*B. Chabrier*                    90

for?

          A          Sounds like Island Auto Group, but I could be wrong.

          Q          Island Auto Group, is that the same entity you referred to previously in your deposition?

          A          Yes.

          Q          To your knowledge, while Mr. Deo was the manager of Northshore and 189, do you know if either Northshore or 189 Sunrise did any business with any of Mr. Deo's other entities?

          A          I don't know.

          Q          Can you explain to me, generally, what Mr. Deo's responsibilities were?

                    In the Complaint, in paragraph 117, it is alleged that Northshore -- and I'm reading this.  It says, As Northshore's and Sunrise's manager, the managing members, Northshore and Sunrise, allowed Deo to handle all financial transactions and reporting on behalf of Northshore and Sunrise.  I read

*B. Chabrier*                              91

that paragraph, 117.

What financial transactions was Mr. Deo permitted to handle?

A        Getting deals approved, banking with the bank.

Q        Sorry?

A        Getting deals approved as part of the business, buying cars, financial things.

Q        What do you mean by "getting deals approved"?

A        When a customer comes in, submit the credit application to the bank, get approval.  There's a financial transaction between us and the customer and the bank.

Q        Any other financial transactions that Mr. Deo either handled or was authorized to handle?

A        Buying cars.

Q        You said that.

A        Selling cars.

Q        Anything else?

A        Taking deposits.

*B. Chabrier* 92

Q        Anything else?

A        No.

Q        What reporting was Mr. Deo either charted or authorized to do on behalf of Northshore and 189 Sunrise?

A        I don't understand.  What do you mean "reporting"?

Q        Just reading from the allegation.  It said that Northshore and Sunrise allowed Deo to handle financial transactions and reporting.  Do you know what reporting Mr. Deo would have done?

A        I don't know.  I don't know what that means.

Q        Was Mr. Deo required to report --

MS. VERBONITZ:  Strike.

Q        Who did Mr. Deo report to, if anyone?

A        Reported to -- he didn't report to me.  Maybe reported to David when David was alive.

Q        I will separate that question a little bit so we know what we are

*B. Chabrier*                              93

talking about.

When you said Deo reported to you --

A        Didn't say that.  I said he didn't have to report to me.

Q        Oh, he didn't?

A        Yeah.

Q        Did he report to anyone?

A        I said he might have reported to Baron when he was alive.

Q        Do you know if he did or not?

A        We all reported to David.  I can't say he did or didn't.  Just taking an educated guess.

Q        Was Mr. Deo required to make any type of written reports to any of the owners about, you know, business transactions or how the business was doing?

A        No.

Q        Was Mr. Deo required to update you, in maybe not a formal written report, but any other manner as to the business operations?

*B. Chabrier*                    94

A       No.

Q       Other than Ally Bank, is there any other financial institution or entity that financed Northshore or provided financing to Northshore?

A       Meaning like a floor plan or a car line?

Q       Either floor plan, loans or any other type of financial source.

A       No.

MR. SHANKS:  So the record is clear, you're not asking for financing on customers on deals?

MS. VERBONITZ:  No.  Just financing for inventory purchases, operations.

MR. SHANKS:  Thank you.

MS. VERBONITZ:  That type.

Q       Who financed the operations of 189 Sunrise?

A       Meaning the floor plan line?

Q       The floor plan.

A       Same.

Q       Same, Ally?

B. *Chabrier*                    95

A        Yes.

Q        Were they two separate finance packages or billed together, do you know?

A        Two separate.

Q        Other than Ally, did 189 Sunrise have any other financial sources?

A        For cars, no.

Q        Referring to operations?

A        No.  I mean, outside of the rental of a copy machine maybe, if you want to get technical.

Q        No.  I'm talking about providing money.

A        I got you.

Q        Providing money for the continued operations --

A        No.

Q        -- whether floor planning, buying cars --

A        I got you.

Q        -- operating costs, financing operating costs.  Anything of that nature?

B.  Chabrier                        96

A     No.

Q     I know you said everyone seemed to report to Mr. Baron, but is there -- was there anyone who supervised Mr. Deo?

A     He was the general manager so.

Q     No?

A     No.  Mr. Baron, the way he comes in and supervises me.

Q     How did Mr. Baron supervise you?

A     I see him a little bit more because he sat by me, but --

Q     Right.

A     -- he would ask me how business is, what this is, what certain checks were, how many cars we have in inventory, what we have coming in.  I'm assuming he did that with Anthony -- a little different operation because they have the new car aspect, the parts aspect and the service aspect.

Q     At Nissan?

*B. Chabrier*                    97

A    Yes.

Q    As versus Northshore, you're saying it's a little different because Northshore and 189 you were selling used cars?

A    It's a different -- you have to buy cars every day, pretty much, to keep your inventory.

Q    To the best of your knowledge, what were Mr. Khan's roles and responsibilities with respect to either Northshore -- did he have any roles and responsibilities with respect to Northshore?

A    Yes.  He went there also and he looked at inventory and occasionally maybe got them a car or two and checked on the office.  That's about it.  Little different role than mine.

Q    Did Mr. Khan have any roles or position responsibilities with respect to 189 Sunrise?

A    No, zero.

Q    Who were the accountants for,

*B. Chabrier*                              98

if you know, for Northshore?

        A        I believe it was Ellen.  I

don't know who she worked for because

David really handled that aspect.

        Q        I didn't hear.

        A        Mr. Baron really handled that

part of the business.  I didn't really

get involved in that.

        Q        You don't know who the

accountants were?

        A        He mentioned before Citrin.

I don't remember if that was the name of

the company.  I couldn't tell you.

        Q        Do you know who the

accountants were for 189 Sunrise?

        A        I believe it was the same.

                MS. VERBONITZ:  I will bring

        up what counsel -- Harry, can you

        tell me, what is the --

        A        Can I just page someone to

get a plug?

        Q        Go ahead.

                MR. THOMASSON:  Can we take a

        five-minute break?

*Rich Moffett Court Reporting, Inc.*

*B. Chabrier*                    99

(Whereupon, a short break was taken.)

MS. VERBONITZ:  Can everyone see?  This is U.S. return of partner income for 2021.

MR. SHANKS:  We see it.

MS. VERBONITZ:  This is what you marked Exhibit H, Harry?

MR. THOMASSON:  Yes.

Q     Sir, have you seen this return before?

A     Twenty minutes ago.

Q     Other than 20 minutes ago?

A     No.  I wasn't trying to be a wise guy.

Q     When tax returns are prepared, who reviews them?

A     My accountant.  For the business you mean?

Q     For the business.  Sorry. Let me clarify.  Yes.

For the business, who reviews when the tax returns are prepared?

A     David handled that.  Even

*B. Chabrier* 100

when I was a partner, I just get my K-1 in the mail and that was it.

Q    If David handled that, do you know who was reviewing tax returns after David passed away?

A    Probably Ellen.

Q    Ellen who?

A    She is the accountant. Maybe she works for Citrin. I don't know.

Q    I believe you said you didn't know?

A    CitrinCooperman.

Q    Who provides information to the accountants for purposes of preparing tax returns?

A    That would be the comptrollers.

Q    In the companies?

A    Correct.

Q    Do you know if Mr. Deo had any responsibilities or undertook any responsibilities to provide financial information to the accountants for purposes of filing tax returns?

*B. Chabrier*                    101

A     No.  Comptrollers would handle all that.

Q     Who was the comptroller for Northshore?

A     At the time in 2021, I believe Danny O'Sullivan.

Q     Who was the comptroller for 189 Sunrise in 2021?

A     Tracy.

Q     Danny O'Sullivan and Tracy, did they remain in those positions as comptrollers until the business closed?

A     Tracy, yes.  Danny, maybe a little beforehand.  Can't remember the exact dates with Dan.

Q     Going down this tax return, this also has a Libertas Bates stamp of 001215.

On the bottom, Jones Little & Company CPAs, do you know who that is?

A     No, ma'am.

Q     On this tax return, on the third page, on the very bottom, says the designation of the partnership

*B. Chabrier*                          102

representative, it says Anthony, looks like Deo.  Do you see that?

A     I do.

Q     Do you know who designated Anthony Deo as the partnership representative for the purposes of the 2021 tax return?

A     Do I know why his name is on there?  Is that what you're trying to say?

Q     You can answer that question. Do you know why his name is on there?

A     No.

Q     Do you have any knowledge that Mr. Deo was designated by anyone as the partnership representative?

A     Not trying to be -- trying to answer your question.  I don't understand where you are going with this.

Q     That's fine.  You don't have to understand where I'm going.  Just have to understand the question.

            MR. SHANKS:  Just calls for yes or no.  Yes or no.

*Rich Moffett Court Reporting, Inc.*

*B. Chabrier* 103

A    No.  Sorry.  Not trying to be --

MR. SHANKS:  You don't need to read into a question.  She will give you --

THE WITNESS:  Apologies.

Q    No need to apologize to me. If you don't know the answer, that's fine.

A    Okay.

Q    At any time did you have any discussion with any of the other members of Northshore to admit Mr. Deo as a member?

A    No.

Q    At any time do you recall any discussion -- by discussions I mean orally, by e-mail, memos.  At any time do you recall having any discussions with anyone at Northshore regarding designating Mr. Deo as the partner representative?

A    No.

Q    For purposes of taxing, who,

*B. Chabrier*                    104

which member at Northshore was designated as the tax representative or tax representative member?

MR. SHANKS:  Objection to form.  You can answer if you understand.

A       I think I would say David Baron.

Q       Are you guessing or do you know?

A       No, I don't know.

Q       Please don't guess.

MR. SHANKS:  Don't guess.

Q       If you don't know, you don't know.

Do you know who was designated as the tax member for taxing purposes of 189 Sunrise?

A       No.

Q       I believe you were shown this, but I'm going by -- I will go to -- this is schedule B-1 of the tax returns. Schedule B-1 is the information of partners owning 50 percent or more.  This

*B. Chabrier*                    105

has, in schedule B-1, listed Anthony Deo as having a 99 percent interest in Northshore.

Do you know why Mr. Deo is listed under part two?

A       Do I know why, no.

Q       The next document on this tax return is a K-1, and this is the K-1 for Anthony Deo.  Underneath where you go into the section showing the individual's interest, it's 99 percent.

Do you see that?  I don't know if you can see my cursor.

A       I can see it.

Q       Do you know why Mr. Deo is listed as having a 99 percent interest in Northshore?

A       No.

Q       Next is also a K-1 and this is a K-1 for Sarah Rahman, R-A-H-M-A-N. Do you know who Sarah Rahman is?

A       I do.

Q       Did you say no?

A       I said yes.  I said I do.

*B. Chabrier*                                      106

Q        Who is she?

A        She is Anthony's wife.

Q        On this K-1 Sarah Rahman is listed as having a one percent membership interest in Northshore.  Do you see that?

A        Yes, I do.

Q        Do you know why the tax return listed Sarah Rahman as having a one percent interest in Northshore?

A        No.

MS. VERBONITZ:  I will bring up and I will mark this as -- I guess we can mark -- if counsel agrees, we can mark this as BC1.

Russell, is that okay with you?  Just for the designation.

MS. RONNENBERG:  You may want to do Libertas 1, because yesterday we did Flushing 1.

MS. VERBONITZ:  Okay, fine. I can mark it as Libertas 1.  This is tax information authorization and I did redact the EIN for Northshore Motor Leasing for this

*B. Chabrier*                    107

document because I wasn't sure how public it was going to get.

(Whereupon, the aforementioned Northshore tax information authorization was deemed marked as Libertas Exhibit 1 for identification as of this date.)

Q     On the bottom -- do you know what a tax information authorization is?

A     No.

Q     On the bottom of this document, under part six, is a taxpayer's number?

A     Um-hum.

Q     There's a signature there. Do you know whose signature that is?

A     Assuming it's Anthony's, but I don't know.

Q     Underneath is typed in Anthony Deo, correct?

A     Yes.

Q     There's a date typed in of 11-15-22?

*B.  Chabrier*                    108

A     Yes.

Q     Do you know under what circumstances under which Mr. Deo either signed or submitted this tax information form for Northshore?

A     No.

Q     Do you know under any circumstances --

A     Oh, I said no.  You didn't hear me?

Q     I didn't.

A     Sorry.

Q     Don't apologize.

Let me show you what has been marked as Libertas 2.

(Whereupon, the aforementioned 189 Sunrise tax information authorization was deemed marked as Libertas Exhibit 2 for identification as of this date.)

Q     This is a tax information authorization, and I know that you wouldn't know what this is because --

*Rich Moffett Court Reporting, Inc.*

*B. Chabrier*                    109

pursuant to your prior testimony, but this is for 189 Sunrise. Again, at the bottom of this document under part six, there's a signature.

Do you know whose signature that is?

A        Assuming it's Anthony Deo again.

Q        Again, it's typed underneath, Anthony Deo, dated 11-15-22, and the same date as the Northshore tax information authorization.

Do you know of the circumstances under which this tax information authorization was signed and submitted for taxing purposes?

A        No.

Q        I probably asked this question, but let me go back and ask it again.

On the 2021 tax return that we showed that was marked as Exhibit G, you remember the K-1 said Anthony Deo had a 99 percent interest?

*B. Chabrier*                                          110

Do you know why the 2021 tax return lists Mr. Deo as having a 99 percent interest in Northshore?

A        No.

Q        Do you know if Mr. Deo had -- sorry.  Just hold on, please.

Mr. Chabrier, have you seen the 2021 tax return for 189 Sunrise?

A        Have I seen them, no.

Q        Have you had any discussions with anyone concerning the 2021 tax return for Northshore we showed you as an exhibit?

A        No.

Q        Have you had any discussions -- to the best of your recollection, any discussions with anyone concerning the 2021 tax returns for 189 Sunrise?

A        No.

Q        You testified who were the members of 189 Sunrise.  Were you aware, on the 2021 tax return for 189 Sunrise, that it included a K-1 which shows Mr.

B.  Chabrier                    111

Deo also had a 99 percent interest in that entity?

A       No.

Q       Before your deposition today, had you known that the 2021 tax return for 189 Sunrise had Mr. Deo listed as holding a 99 percent interest?

A       No.

Q       Is this the first time you're hearing this today?

A       First time I saw it, yes.

Q       Talking about 189 Sunrise.

A       I said yes.

Q       Is this the first time you are hearing it today?

A       Yes, sorry.  Confusing the two.

Q       Do you know under what circumstances Mr. Deo was listed as having a 99 percent interest in 189 Sunrise?

A       No.

Q       Do you know who takes care of the tax matters for 189 Sunrise?

*B. Chabrier*                    112

A        You asked me that before.

Q        You said no?

A        I said the same company that probably takes care of Northshore, Citrin.

Q        Sorry, let me clarify.

Do you know what member --

MS. VERBONITZ:  Strike that.

Q        To the best of your knowledge, are there any members of 189 Sunrise that undertake any actions or have any participation in the preparation of the tax returns for 189 Sunrise?

A        Meaning who did it prior to --

Q        No.  If anyone, for instance, any member to your knowledge provided any information or just the comptroller?

A        Just the comptrollers.

Q        Do you know who reviews the tax returns after they are prepared and before they are filed?

A        Would have been Mr. Baron.

Q        After Mr. Baron passed, do

*B. Chabrier*                    113

you know who did review the tax returns?

A      No.

MS. VERBONITZ:  Off the record.

(Discussion off the record.)

Q      Mr. Chabrier, to the best of your knowledge, have you seen this 2021 tax return for 189 Sunrise before?

A      No.

Q      This is the return I have asked you questions about.

MS. VERBONITZ:  Can you go to the bottom, Harry?

Q      See it's prepared by Jones, Little and Company?

A      Yes.

MS. VERBONITZ:  Can you go down to the K-1s, Harry?

Q      This is schedule B, part two. Again, Mr. Deo is listed as 99 percent interest in the company.  Do you know why?

A      No.

MS. VERBONITZ:  Scroll,

*B. Chabrier*                    114

Harry.

Q        This is a K-1 and it's a K-1 for Mr. Phalen, and it's been redacted for Social Security numbers.

MS. VERBONITZ:  Scroll down, please.

Q        This K-1 shows that Mr. Phalen has a 20 percent interest.  Do you see that?

A        I do.

MS. VERBONITZ:  Scroll down.

Q        Next is the K-1 for Mr. Aaronson.

A        Yes.

MS. VERBONITZ:  Scroll down, please.

Q        There's a K-1 next, the third K-1 for Mr. Baron.

A        Yes.

MS. VERBONITZ:  Scroll down.

Q        The document up on the screen is the K-1 for you, which will show your 20 percent interest.  Do you recall receiving a K-1 for 2021?

*B. Chabrier*                    115

A        You have the wrong address up there.

Q        That's not your address?

A        No.

Q        I believe you gave your address in the beginning of the deposition, did you not?

A        I did.  I have lived there since 2002.

Q        What is that address again?

A        Four Creek Ridge Road.

Q        Do you know what this 8 Tilden Dean --

A        This is a previous address I lived at from '93 to 2007.

Q        The question is, did you receive a K-1 for 2021, to the best of your knowledge?

A        I don't recall.  I would have to look.

Q        The next is a K-1 for the estate of David Baron.

        MS. VERBONITZ:  Scroll down, please.

B. *Chabrier*                 116

Q      Mr. Chabrier, what is your understanding, when Mr. Baron died, what happened to his interest in Northshore?

A      Went to the estate.

Q      To his estate?

A      I guess so, yes.

Q      I just ask, if you don't know, just -- that's okay, but don't guess, please.

A      Okay.

Q      After the interest went to his estate, did the company or any other members buy the interest?

A      Not that I'm aware, no.

Q      The next is a K-1 for Anthony Deo.

MS. VERBONITZ:  Scroll down a little.

Q      This K-1 shows Mr. Deo has a 99 percent interest in 189 Sunrise.  Do you know how it came about that Mr. Deo reports 99 percent interest in 189 Sunrise?

A      No.

*B. Chabrier*                    117

MS. VERBONITZ:  You can take that down, Harry.  Thank you very much.

Q      With regard to Mr. Deo's responsibilities as a general manager, was Mr. Deo permitted to arrange for any financing for the businesses?

A      No.

Q      I'm bringing up a document.

MS. VERBONITZ:  We will mark this as Libertas 3.  This is an agreement of sale of future receipts.

(Whereupon, the aforementioned agreement of sale of future receipts was deemed marked as Libertas Exhibit 3 for identification as of this date.)

Q      I would like you to take a look, and I will scroll through it fairly slowly.

Let me ask, have you ever seen this document before?

A      No.

*B. Chabrier*                    118

Q      No?

A      No.

Q      This is called agreement of sale of future receipts and it's dated 11-15-22.  Do you see that?

A      It's kind of small.  Hold on.

Q      I will blow it up.

A      11-15-22, yes.

Q      Says this is made between Libertas and Merchant whose name and address is down below.  It said the merchant's name is Northshore Motor Leasing.  You are not familiar with this document?

A      No.

Q      Have you seen it before today?

A      No.

Q      Were you aware this agreement was entered into by Northshore?

A      No.

Q      At any time prior to today?

A      I don't understand the question.  Have I ever saw it before?

*B. Chabrier*                              119

Q    Did you become aware of this agreement at any time prior to today when I just showed it to you?

A    Well, I was aware when the money went into the account.  I heard the money was in the account, yes.

Q    When you say you were aware when -- you heard the money went into the account, what do you mean by that?

A    Whenever this loan appeared in one of the accounts, I was made aware a little time later.

Q    At some time you were made aware that money went into one of the accounts.  Which account?

A    I don't recall what account. I believe --

Q    Sorry, go ahead.

A    Nothing.  Strike.

Q    When did you become aware that money went into an account?

A    I don't recall the day.

Q    How did you become aware money went into an account?

*B. Chabrier* 120

A    I spoke to Josh that day.

Q    That's Josh Aaronson?

A    Yes.

Q    What was the manner of your communication with Josh, phone call, e-mail?

A    Phone call.

Q    Tell me, as best you can recall, what was the phone call between you and Josh, what was said to each other?

A    He just asked me if I knew anything about money going into the account, and I said no.

Q    Did he tell you how much money went into the account?

A    I don't recall.

Q    Do you have online access to banking?

A    I do.

Q    After Josh told you that money went -- asked you about money going into the account, did you go online and check the account?

*B. Chabrier*    121

A      Don't believe I did that day. Don't believe I was here.

Q      I will ask you again, as best you can recall, tell me what Josh said to you and what you said to Josh.

A      Josh asked if I knew anything about money going into an account, and I said no.  He said, okay, and that was basically it.

Q      That's about a ten-second conversation you had with Josh?

A      Yes, give or take.  It was pretty early.

Q      That was it?

A      That was it.

Q      Did you have any other discussions with anyone else concerning money going into an account?

A      Prior to that, no.

Q      Not prior.  After he told you, after he asked if you knew of any money going into an account.

A      As the day progressed, later on in the day, yes, we had another

*B. Chabrier*                    122

discussion and he told me --

Q    So tell me about the next discussion you had.

A    I said, What money?  He mentioned the amount, and I said, No, nothing to do with me.  That was it.

Q    Was this a phone call?

A    Everything was a phone call.

Q    Let me make sure I got this. Josh calls you, asks if you know anything about money going into an account, you say no, end of discussion, correct?

A    He hung up and moved on, correct.

Q    Later that day you had another phone call with Josh, correct?

A    Yes.

Q    Tell me, again, what was discussed between you.

A    I asked about what money was in the account and he told me, and I said okay.  And I said, No, that wasn't me, I don't know anything.  And so he moved on. That was it.

*B.  Chabrier*                    123

Q    When you say "he moved on," what do you mean?

A    He went -- said, Okay, thank you, good-bye.

Q    Did you call Josh or did Josh call you that second time?

A    I called Josh the second time.

Q    You called Josh?

A    Yes.

Q    What was your purpose for calling Josh?

A    Calling him back from the phone call from the morning.  It was brief.

Q    You called him back and said, It wasn't me who put the money in the account, and he said --

A    I asked him --

Q    Go ahead.

A    I said, What happened, you know, what money, and he told me the amount of dollars in the account.  I said, Nothing to do with me.  He said,

*B. Chabrier*                    124

All right, got to go.  That was it.

Q    Did you have any discussions with Josh or anyone else concerning the money in the account after that?

A    Me, no.

Q    Sorry, I didn't hear you.

A    No.

Q    No?

A    No, I did not.

Q    Did you find out where the money in the account came from?

A    I did find out, yes.

Q    When did you find out?

A    I want to say later that day or the next day.  I don't recall the exact timing of it.

Q    How did you find out?

A    I spoke to Josh.

Q    I have to -- let me make -- apologize if I'm not clear.

I'm asking you about discussions you had.  This is the third discussion you had with Josh.  Okay?

A    Okay.

*B. Chabrier*                    125

Q    Tell me, as best you can recall, what was said during that third discussion on that same day.

A    It was almost the same to the prior two discussions. He told me the amount, he told me it was a company and what it was, and he -- I went -- I was busy, I did what I had to do, and he moved on. He runs a lot of stores. He's busy.

Q    On this third discussion, does Josh call you or do you call Josh?

A    I believe I called Josh again.

Q    You asked Josh what?

A    I asked him what happened. It was brief.

Q    He said money came into the account?

A    Correct.

Q    Did he tell you where the money came from?

A    He told me it came from -- he found out -- I don't know exact timing he

*B. Chabrier* 126

told me, but told me it was from Libertas. I don't know if it was the third or fourth discussion that he found out. I don't know the exact timing of that.

Q    At one point on this third call that same day, you knew the money -- the third call, not sure this call or some other call, you found out it came from Libertas, correct?

A    Correct.

Q    What was the next discussion you had with anyone, Josh or anyone, concerning the money in the account?

A    Didn't have any discussions, really, with anyone after that.

Q    After four calls with Josh, you can't recall any other discussions you had with anyone?

A    No. Josh was handling it. I just backed off.

Q    Do you know how Josh was handling it?

A    No, I do not.

*B. Chabrier*                          127

Q      Did you ever find out the circumstances under which money came in the account from Libertas?

A      Under the circumstances?

Q      Yes.  How that happened.

A      I found out afterwards, yeah.

Q      What did you find -- what was your understanding or what did you find out?

A      That Anthony filed for a loan or whatever this is.

Q      From whom did you find that out?

A      I found that out from Josh.

Q      There is yet another communication with Josh where he told you that it was Anthony who entered into some agreement with Libertas for capital, correct?

A      Yes.

Q      Do you recall when that conversation occurred?

A      I do not.

Q      Any other conversations you

*B. Chabrier*                    128

recall regarding the money from Libertas?

A    No.

Q    Just those five?

A    Pretty much so, yeah.

Q    Did you ever find out to which account the money was deposited?

A    I believe it was deposited to -- again, I believe -- so you are going to tell me if I don't know, say no -- but Sunrise, 189.

Q    What do you base that belief on?

A    What I was told and what I -- what I was told. I didn't see it.

Q    Who told you it was deposited into the Sunrise account?

A    Josh.

Q    Is that during one of the five phone calls you had with him or another one?

A    No. During one of those calls.

Q    Do you know what the sale of future receipts agreement is?

B. Chabrier                    129

A    No, never saw this.

Q    Do you have any understanding as to what transaction was entered into here between Libertas, Northshore and others?

A    None at all.

Q    Did you ever read this agreement at this time?

A    No.

Q    Before this lawsuit was instituted?

A    I never saw it.

Q    I will take you down to what is Bates stamped LIB 000012, almost the last page of this document.  This is electronic signatures.  See it says Northshore Motor Leasing?

A    Yes.

Q    Then owner/guarantor number one.  Do you know whose initials they are?

A    I can read the name.

Q    Is says Anthony Deo, correct?

A    Yes.

*B. Chabrier*                    130

Q    In 2022, the date of this agreement, November 2022, according to the tax returns we looked at, Mr. Deo is reported to have a 99 percent interest in Northshore, correct?

A    What I read, yes.

Q    On the next page, LIB 000113, this is called electronic funds transfer authorization.  There's a name of a bank here, JPMorganChase.

Do you know if either Northshore or 189 Sunrise Highway banked at JPMorganChase?

A    We both banked at JPMorganChase.

Q    Is that where the main operating accounts were kept?

A    Yes.

Q    Again, on this authorization, it appears that it's an electronic signature of Anthony Deo.  Do you see it?

A    Yes.

Q    When you found out the money was deposited into the 189 Sunrise

*B. Chabrier* 131

account, were you referring to the account at JPMorgan?

A    Yes.

MR. SHANKS:  Can you stop at 14, the signature line?  I'm having a hard time seeing it.  There is something in blue.

MS. VERBONITZ:  Off the record.

(Discussion off the record.)

Q    I'm moving down to the page we left off.  Do you know who Marc Merckling is?

A    Yes.

Q    Who is he?

A    I think Marc Merckling is an associate of Anthony.  I think I only met him once.  I know the name, yes.

MS. VERBONITZ:  Sorry, I have to take this call.

(Whereupon, a short break was taken.)

Q    Mr. Merckling, you said, is an associate?

*B.  Chabrier*                    132

A      I met him once or twice.

Q      Associate of whom?

A      Assuming Anthony.  I don't know.

Q      Do you know if he works for Northshore?

A      I don't know.

Q      Does he work for 189 Sunrise?

A      I don't know.  I know he was in the dealership a few times.  I know Anthony had something to do with him.  I know he did things for Anthony.  Don't think he was on my payroll.

Q      You just don't know?

A      I did meet him, though.

Q      You didn't see this agreement before this lawsuit, did you?

A      No.

Q      When did you become aware there was an agreement or some transaction?  You said it was during a conversation you had with Josh?

A      Correct.

Q      Do you know when that

B. *Chabrier*                    133

occurred?

A    I don't recall exact date.

Q    After it was learned that there was this transaction with Libertas whereby money was deposited to 189 Sunrise's account, tell me what happened or -- sorry.

What next occurred, to your knowledge, regarding this transaction? You learn the money is there, you learn there's a transaction.  Then what happens?

A    Josh took the money out.

Q    Josh took the money out?

A    Yes.

Q    Where did Josh -- what did Josh do with the money?

A    I guess he put it in a different account.

Q    He takes it out of the JPMorgan account, right?  Did he take the full $735,000?

A    I believe so.

Q    You believe he put it into

B.  Chabrier                    134

another account?

        A       I believe so.

        Q       Do you know what account the money was put into?

        A       No.

        Q       That was approximately 735,000 he took out of 189 Sunrise and put into another account?

        A       Yes.

        Q       Josh had authority to take that money out of the account, did he not?

        A       Yes.

        Q       Do you know why he put it into another account?

        A       Because I believe Anthony owed him money.  Cars weren't paid off and he took his money.

        Q       Sorry, I didn't hear the first couple of words that you said.  Can you repeat your answer?

        A       Anthony owed him money for payoffs and stuff like that.

        Q       Are you saying Josh took the

*B.   Chabrier*                    135

735,000 because Anthony Deo owed Josh money?

A       He owed for payoffs and stuff.

Q       Sorry, what's "payoffs"?

A       Cars that weren't paid off.

Q       So Anthony paid cars off out of his pocket?

A       No.  Paid them off of the bank account.  Had the comptroller pay them off, but he wasn't keeping up with the payouts.  Didn't have enough money in the account to pay.

Q       Sorry, I don't --

A       Am I talking too fast? Sorry, I will slow down.

Q       So Josh took the money out of the account because you said Anthony owed Josh?

A       He owed -- he had payoffs that were not paid off.

Q       Payoffs of what?

A       Cars.

Q       Who had payoffs of cars?

*B. Chabrier*                    136

A    Anthony.

Q    You have to explain to me because I don't understand what you mean by that.

A    I will say in Northshore, they were behind in payoffs a considerable amount of money.  Don't know the exact amount.

Q    Can I interrupt you a minute? I don't know what you mean by that, that they were behind in --

MR. SHANKS:  Brian, she doesn't understand the term payoffs.  Explain what the payoffs were for.

Trying to help you.

MS. VERBONITZ:  Please.

A    Ally floor plans, the numbers are immaterial, 50 grand.  After you sell the car, you have -- depending if it's a cash deal, you have to pay it off in one day.  If it's a financed deal, depending on the bank, usually get five days to pay it off.

Q    Right.

A    He was behind on paying the cars off.

Q    When you say "he," you are talking Anthony was behind in paying the cars off to Ally?

A    Correct.

Q    It's not "he," it's the company, correct?

A    It is the company.

Q    Northshore or 189 was behind in paying off Ally, correct?

A    Correct.

Q    Please tell me if I'm wrong, Josh takes this money in order to make those payoffs?

A    To bring Anthony whole because Anthony owed him a lot of money.

Q    Don't know what you mean "home"?

A    I didn't say bring Anthony home. To bring everything up to date. Not even close. To try to bring things up to date.

*B. Chabrier*                    138

Q    Was this money taken by Josh and paid to Ally?

A    No.

Q    Who was it paid to?

A    Josh didn't pay anybody. Josh gave the money to the attorney.

Q    Sorry.  To what attorney?

A    Mr. Thomasson.

Q    Why did Josh give the money to Mr. Thomasson?

A    Supposed to hold it in escrow, but not a hundred percent sure. I wasn't in that conversation.

Q    What was the intent to use the money for?

A    The intent was to payoff the debts that Anthony was incurring in not paying off the cars.

Q    They were the debts to Ally, correct?

A    They were the debts to Ally, yes.

Q    Under the floor plan, am I correct, there were amounts owed to Ally?

*B.  Chabrier*                    139

A        Yes.

Q        For paying off cars?

A        Yes.

Q        Under the floor plan?

A        Yes.

Q        That was not done -- why was the money owed to Ally?

A        Because they finance cars for us.  After they are sold, you have to pay them off.  Anthony wasn't paying the cars off.

Q        After the cars were sold. And why wasn't Anthony paying the cars off --

A        I don't know.

Q        Was Anthony the one responsible for that type of financing transaction with Ally?

A        Anthony was telling -- not paying the cars off. That's all I --

Q        And my question is, Anthony was given the responsibility to make sure the cars were paid off, that Ally was paid?

*B. Chabrier*                    140

MR. SHANKS:  Both of you are speaking over each other all the time.

MS. VERBONITZ:  Sorry.

Q     Was Anthony given or charged with the responsibility to make sure that cars that were sold, Ally was paid?

A     Yes.

Q     Got it.  He wasn't doing that, correct?

A     Yes.

Q     He was behind?

A     Yes.

Q     Do you know how much?

A     No, I do not.

MR. KATAEV:  Just a quick point for the record, Ally should be A-L-L-Y.

Q     A-L-L-Y Bank, correct?

A     Correct.

MS. VERBONITZ:  There is an Allied that I know of a financial source.  Thank you for the clarification.

*B. Chabrier*                    141

Q    The company was behind in paying Ally Bank, and Josh, you are saying, as far you know, took this money, gave it to the attorney to hold the money in escrow in order to bring everything current with the bank?  Is that what you're saying?

A    I guess so.

Q    Is that your understand --

A    I wasn't in that conversation, so I can't say yes or no.

Q    Is that your understanding?

A    That's my understanding.

Q    From whom did you get that understanding?

A    I got that understanding from Josh.

Q    Got it.  I understand now.

But that never happened, correct?  Is that what this case is about?

A    No.  I believe that Mr. Thomasson did get a check from Josh.

Q    I mean was everything brought

*B. Chabrier*                142

current with Ally Bank?

A        Josh brought everything current.  Spent almost $5 million.

Q        Josh -- when you say brought Ally Bank current, are you saying that Josh, out of his pocket or some other source other than these Libertas funds, was able it bring Ally Bank current?

A        Yes.

Q        Do you know what happened to the proceeds from the Libertas transaction?

                MS. VERBONITZ:  Strike that.

Q        As far as you know, is it correct the proceeds from the Libertas transaction were then delivered to Mr. Thomasson?

A        As I know, yes.

Q        What other knowledge do you have of the facts of this case?

A        That's pretty much all I know.

Q        Let me show you what is -- see the document?

*B.  Chabrier*                    143

A       Yes.

Q       It's Plaintiff's Third Amended Complaint.  Have you seen this document before?

A       I believe I have.  Yes.  See my name.

Q       Fourth line down, you are named as a plaintiff.  Do you know if you saw this Third Amended Complaint before it was filed on August 8, 2025?

A       Did I see it before it was filed, no.  I don't know what is in the file, so you need to show me.

Q       This is called a Third Amended Complaint.  Do you recall seeing the original complaint that was filed in this case?

A       I believe I saw it.  Until you showed me, I don't know.  There have been a couple different things that have come across my desk.

Q       Let me get to the Third Amended Complaint.  It's hugely long.  I can go through it.  You said you believe

*B. Chabrier* 144

you saw it?

A    Again, I have to read it.  I got a few different things.

MR. SHANKS:  Why don't you ask what you want to know about the Complaint.

Q    In this case, what is your understanding about the claims raised against Libertas?

A    Honestly, I don't know.  I mean, sure, you are trying to recoup money, I'm assuming.

Q    I'm just asking, do you have any understanding of the claims raised against Libertas in the case?

Just to clarify, at the time this action was first filed -- I can tell you the Third Amended Complaint was filed in 2025.  The First Amended Complaint was filed in 2023.

Have you ever had any understanding of what the claims are alleged against Libertas?

A    No, I don't.

*B. Chabrier*                    145

Q      What damages are you seeking against Libertas in the case, if any?

A      Me, personally?

Q      Yes.

A      Outside of you giving a loan to someone, to a company in my name, that's the only thing I can -- I'm not looking for anything.  You gave a loan out to Northshore and the company was in my name.

Q      Do you know if NorthShore -- I'm not going to dispute your characterization of the transaction between Libertas and Northshore --

MS. VERBONITZ:  And I just want to put it on the record, it's not that I -- my silence, my objection doesn't mean I agree with the witness' characterization of that transaction.

Q      With respect to the transaction between Libertas and Northshore, you had testified that Northshore got money from Libertas.  Do

*B. Chabrier*                                146

you know if Northshore ever transmitted any money to Libertas?

A       I don't.

Q       Without asking you a legal question, do you have any understanding of what a declaratory relief claim is?

A       No.

Q       I'm going to go down to -- are you claiming any damages personally in this case against Libertas?

A       No.

Q       I'm in the Third Amended Complaint on the screen.  I'm going to page 101, the tenth cause of action between Northshore and Sunrise against Libertas.

Do you see that?

A       Yes.

Q       I will go through it, but my question is, do you have any understanding what this cause of action is?

A       If you let me read it.

Q       Sure.

*B. Chabrier* 147

A    I understand.  I get it. What I said before, Anthony took a loan out in Northshore's name, which is mine, and got authorization.

Q    Do you have any understanding to what is being requested in this case?

A    First time -- I really haven't reviewed this, so I don't.

Q    That's fine.

Mr. Chabrier, are you appearing here, or do you know if your appearance here is also on behalf of Northshore?

A    I'm sure it is, yes.

Q    Not only individually but on behalf of Northshore?

A    Yes.

MR. SHANKS:  There was no notice to the company.  Only individuals were noticed.

MS. VERBONITZ:  I was going to ask you that afterwards, Russell.  That's fine.

Q    The money that was taken out

of 189 Sunrise's account, was that the business checking account, to the best of your knowledge, that the money was put into, that Libertas transferred the money to?

A    Yes.

Q    The money that was taken out by Josh, am I correct that, as your understanding and as far as you know, that was the money that was transferred to          Mr. Thomasson?

A    Yes.

Q    Do you have any further understanding of where that money went?

A    When Mr. Thomasson got it?

Q    Just asking if you have any further understanding to where the money went.

A    No.

MR. SHANKS:  I have the same question.  Are you asking after Mr. Thomasson received it?

MS. VERBONITZ:  I understand. Let me clarify.

*B.  Chabrier*          149

Q     After Mr. Thomasson -- I am not making a conclusion that he didn't receive it.  Your understanding is Josh gave the money to Mr. Thomasson?

A     To be held in escrow, correct.

Q     Do you have any knowledge as to where the money went after that?

A     No.

MS. VERBONITZ:  That's all I have.  Thank you.

MR. SHANKS:  Anyone else have any questions?

MR. THOMASSON:  I have a followup if no one has any.

MS. VERBONITZ:  Let me ask one more question.

Q     Mr. Chabrier, remember those tax returns I showed you, which is 2021, for both Northshore and 189 Sunrise?

A     Yes.

Q     Do you have any reason to believe that those documents I showed you were not true and correct copies of the

*B. Chabrier*                150

tax returns filed for the company for those years?

A    Can you repeat that?  Sorry.

Q    Do you have any reason to believe that the documents that you saw, which were Exhibit G and H, were not true and correct copies of the tax returns filed for Northshore and 189 Sunrise for the years 2021?

A    I don't know.

Q    Thank you.

MR. THOMASSON:  Anyone else have any questions before I have followups?

MR. KATAEV:  We have no questions.

MS. RONNENBERG:  Flushing doesn't have any questions.

*              *              *

EXAMINATION BY

MR. THOMASSON:

Q    Mr. Chabrier, I don't think I'm going to have to take very long but I have a few followups.  All right?

*B. Chabrier*                    151

A        Okay.

Q        You know about how Northshore Motors and 189 Sunrise operated, don't you?

A        Yes.

Q        And you know who the comptrollers were at 189 and Sunrise, don't you?

A        Yes.

Q        You know that David Baron, in charge of the floor plan for those two companies, was the one who put the comptrollers in place in those two companies, right?

A        Yes.

Q        It's the comptrollers that payoff the floor plan cars when they are sold, right?

A        Yes.

Q        Those comptrollers answered, ultimately, to David Baron, didn't they?

A        I believe so.

Q        You testified earlier today, at various times, you and your partner

*B. Chabrier*                152

took money from the accounts of those companies, right?

A    Yes.

Q    Do you have any idea how much money you and your partners took from those companies?

A    No.

Q    Over the years, could it have been millions?

A    No.

Q    But there was money that was taken from those companies, correct?

A    Yes.

Q    You were monitoring the accounts daily?  Isn't that what your testimony was?

A    I logged on, you know, pretty much a daily basis.  Not every day, but yeah.

Q    Was there any occasion, since you have known him, that you had any reason to distrust your partner, Josh Aaronson?

A    Distrust Josh, no.

*B. Chabrier*                153

Q      There was never a reason you could remember right now where you had distrust for Josh; is that correct?

A      No, never.

Q      And you told us that he was authorized to handle these tax returns, right?

A      I said he handled the day-to-day.

Q      Some point you also indicated that he was authorized to make decisions about tax returns, didn't you, after David's death?

A      On the day-to-day operations, yes, he can handle.

Q      You now know that Josh approved these tax returns, right?

A      I see on the e-mail screens you showed me.

Q      It indicated that Josh approved these two tax returns that you saw as Exhibit H today, right?

A      That's what it looks like.

Q      Can we also, therefore, trust

*B. Chabrier*                    154

the accuracy of these returns?

MR. SHANKS:  Objection to form.

Q    You can answer, Mr. Chabrier.

Do you have any reason right now to tell us we cannot trust the accuracy of these returns that were approved by Josh Aaronson?

A    I don't.

Q    Who was in charge of the floor plans for Northshore and 189 Sunrise?

A    What do you mean, "who was in charge"?

Q    Was someone in charge of being the go-between Northshore and the floor plans?

A    That was David Baron.  Then would have been Josh after that.

Q    Was that also true for 189 Sunrise after David's death, it was David first then Josh?

A    Yes.

Q    One point you said Josh runs

*B. Chabrier*    155

a lot of stores.  After David's death, that included Northshore and 189, didn't it?

A    He did the day-to-day, yes.

Q    I think you indicated, this was quote, that Anthony Deo was using money from those businesses, meaning Northshore and 189 for other things.  Do you remember saying that?

A    I don't remember saying that.

Q    I will ask you now, do you believe that Anthony used money from Northshore and 189 for other things?

A    I do, yeah.

Q    That means he would be taking money out of the accounts you were overseeing on a daily basis and using it improperly, right?

A    Not what I said.

Q    Where did the money come from that Anthony diverted from those two businesses?

A    According to my comptroller at the time, Danny questioned why there

*B.  Chabrier*                    156

were large sums of cash that never made it to the bank account that I found out later.  So Anthony had taken that money that never made it into the Northshore bank accounts.

Q    Was cash ever deposited into Northshore and 189's accounts that you know about?

A    There was cash deposited, absolutely.

Q    When was Danny a comptroller in that store or those stores?

A    Up until probably 2021, 2022.

Q    You are testifying under oath that you knew, during and prior to 2021, that Anthony Deo was stealing cash; is that correct?

A    No.  What I said is that Danny told me that he had given Anthony cash and it didn't get deposited in the bank.  That's what I told you.

Q    You knew that that happened during or before 2021 according to Danny?

A    When Danny told me, that's

*B.  Chabrier*                 157

when I knew.

Q      Can you repeat your answer?

A      I said, I only found out when Danny told me.  That's it.

Q      Danny only worked there until '20 or '21, right?

A      Danny worked there until, I believe, 2021 -- I don't know the exact date he left, to you honest.  But yes, he told us.

Q      Did he tell you that while he still worked there or after he left?

A      He told us when he still worked there.  When he was questioned where some cash was.

Q      Do you know how much money Danny claims Anthony did not put into accounts?

A      It was a large sum of money. I don't recall the exact amount.

Q      He continued to allow Anthony Deo to be at those two stores after finding that out, correct?

A      I don't remember the

*B. Chabrier*                    158

timeframe on the money thing, so I can't answer that question.  I don't know.

Q    Do you know if that was anything ever discussed between Anthony Deo and David Baron, if you know?

A    David had already been passed.  This was after David's death.

Q    Was he diverting funds from the store other than through cash?

A    Not that I'm aware of.

Q    Do you know if Marc Merckling was taking anything wrongfully from either of those two stores?

A    Danny told me Marc was the one that brought the money to the bank so.

Q    Please continue.  So he brought money to the bank and?

A    That didn't get there.  So that's -- you know.

Q    You immediately discussed it with Marc Merckling; is that right?

A    No, I did not.  I don't know Marc that well from a hole in the wall.

*Rich Moffett Court Reporting, Inc.*

*B. Chabrier*        159

I did not discuss that with Marc.

Q      What did you do when you found out there were thefts taking place at what you claimed to be your stores?

A      I notified Josh, who got -- I guess got in touch with Anthony.  When Anthony -- when Danny told me.

Q      What came of that?

A      They are not in business anymore, so that's that.

Q      Would it be more accurate to say that wasn't discovered until just before the stores closed?

A      I don't know the exact timeframe.

Q      How come you didn't just fire Anthony Deo?

A      That wasn't my call.

MR. THOMASSON:  I have no further questions.

MS. VERBONITZ:  Yes.

MS. RONNENBERG:  Yes.

(Discussion off the record.)

MR. KATAEV:  We are all

*B. Chabrier*                              160

ordering copies.

(Whereupon at 3:45 p.m. the deposition was concluded.)

161

A C K N O W L E D G E M E N T


STATE OF NEW YORK   )
                            :ss
COUNTY OF            )


          I, BRIAN CHABRIER, hereby certify

that I have read the transcript of my

testimony taken under oath in my deposition

of January 9, 2026; that the transcript is a

true, complete and correct record of my

testimony, and that the answers on the

record as given by me are true and correct.




                _____

                     BRIAN CHABRIER


Signed and subscribed to before
me, this                day
of                         , 2026.

_____
Notary Public, State of New York

162

----------------I N D E X-------------------

WITNESS                    EXAMINATION BY      PAGE

Brian Chabrier       Mr. Thomasson      7, 150

                           Ms. Verbonitz       74


----------------EXHIBITS-------------------

LIBERTAS FOR I.D.                          PAGE

1 Northshore tax information        107

  authorization

2 189 Sunrise tax information       108

  authorization

3 Agreement of sale of future       117

  receipts

163

C E R T I F I C A T E

STATE OF NEW YORK   )

                    ) ss.:

COUNTY OF NASSAU    )


        I, Maria Pellicane, a Notary

Public within and for the State of New

York, do hereby certify:

        That BRIAN CHABRIER, the witness

whose deposition is hereinbefore set

forth, was duly sworn by me and that

such deposition is a true record of

the testimony given by such witness.

        I further certify that I am not

related to any of the parties to this

action by blood or marriage; and that I

am in no way interested in the outcome

of this matter.

        IN WITNESS WHEREOF, I have

hereunto set my hand this 20th day of

January, 2026.

                    *Maria Pellicane*
        -------------------------
                    MARIA PELLICANE

**$**

**$10,000** [5] - 26:20, 27:2, 27:10, 27:13, 73:2
**$730,000** [1] - 47:7
**$735,000** [6] - 52:16, 55:4, 59:4, 66:17, 66:23, 133:23

**'**

**'17** [1] - 75:16
**'18** [1] - 75:16
**'20** [1] - 157:7
**'21** [1] - 157:7
**'22** [3] - 36:2, 36:11, 36:15
**'93** [1] - 115:16

**0**

**000012** [1] - 129:15
**000113** [1] - 130:8
**001215** [1] - 101:19

**1**

**1** [5] - 106:19, 106:20, 106:22, 107:7, 162:9
**101** [1] - 146:15
**10170** [1] - 3:14
**107** [1] - 162:9
**108** [1] - 162:11
**11** [1] - 78:19
**11-15-22** [4] - 107:25, 109:11, 118:6, 118:9
**11042** [1] - 3:6
**114** [2] - 2:23, 84:20
**11501** [1] - 2:24
**11553** [1] - 4:5
**117** [3] - 90:19, 91:2, 162:13
**11709** [1] - 7:14
**11793** [1] - 3:18
**1239** [2] - 1:8, 3:11
**12:15** [1] - 1:21
**1339** [1] - 3:22
**14** [1] - 131:6
**150** [1] - 162:4
**1580** [2] - 1:7, 3:10
**1581** [2] - 1:7, 3:10
**1591** [2] - 1:8, 3:10
**1632** [2] - 1:8, 3:11
**180-some-odd** [1] - 44:18
**189** [103] - 1:4, 1:7, 3:9, 12:11, 16:4, 26:6, 26:11, 26:22, 27:3, 27:11, 27:14,

27:16, 28:12, 28:24, 29:5, 32:6, 32:17, 32:18, 32:25, 33:15, 33:22, 34:2, 34:15, 36:22, 37:4, 38:4, 38:6, 38:19, 41:14, 57:3, 59:18, 60:9, 60:10, 65:8, 65:10, 65:13, 65:14, 65:15, 65:19, 66:5, 66:24, 68:18, 70:13, 71:22, 72:14, 75:17, 76:24, 77:21, 84:14, 85:2, 85:19, 85:23, 86:4, 86:9, 86:15, 86:19, 86:25, 87:7, 87:16, 89:7, 90:11, 90:12, 92:6, 94:21, 95:7, 97:5, 97:23, 98:16, 101:9, 104:19, 108:18, 109:3, 110:9, 110:19, 110:23, 110:24, 111:7, 111:13, 111:21, 111:25, 112:11, 112:14, 113:9, 116:21, 116:23, 128:11, 130:13, 130:25, 132:9, 133:6, 134:8, 137:12, 148:2, 149:21, 150:9, 151:4, 151:8, 154:12, 154:21, 155:3, 155:9, 155:14, 162:11
**189's** [1] - 156:8
**1990** [1] - 14:5
**1993** [2] - 14:22, 14:24

**2**

**2** [3] - 108:16, 108:20, 162:11
**20** [6] - 11:7, 85:22, 85:25, 99:14, 114:9, 114:24
**2002** [1] - 115:10
**2007** [1] - 115:16
**2017** [1] - 88:8
**2018** [3] - 20:8, 75:16, 84:20
**2019** [1] - 19:9
**2020** [2] - 19:9, 79:7
**2021** [30] - 26:9, 26:20, 26:25, 27:10, 33:6, 57:13, 58:6, 58:24, 70:18, 72:11, 99:6, 101:6, 101:9, 102:8, 109:22, 110:2,

110:9, 110:12, 110:19, 110:24, 111:6, 113:8, 114:25, 115:18, 149:20, 150:10, 156:14, 156:16, 156:24, 157:9
**2022** [13] - 33:8, 35:15, 35:24, 36:5, 36:9, 36:17, 36:23, 54:6, 66:19, 66:25, 130:2, 130:3, 156:14
**2023** [3] - 35:12, 79:17, 144:21
**2024** [1] - 44:14
**2025** [2] - 143:11, 144:20
**2026** [6] - 1:21, 70:10, 70:18, 161:10, 161:20, 163:22
**20th** [1] - 163:21
**23** [2] - 1:9, 3:12
**230** [1] - 84:9
**2320** [1] - 3:14
**235** [1] - 15:3
**25** [3] - 11:7, 15:17, 15:19
**2519** [2] - 1:9, 3:11

**3**

**3** [3] - 117:12, 117:18, 162:13
**3000** [1] - 3:5
**3280** [1] - 3:18
**333** [1] - 4:4
**3:45** [1] - 160:3
**3W8** [1] - 3:5

**4**

**4** [1] - 7:13
**400** [1] - 44:18
**420** [1] - 3:14
**446** [2] - 1:9, 3:12

**5**

**5** [1] - 142:4
**50** [5] - 15:20, 16:5, 58:11, 104:25, 136:20
**500** [1] - 3:22
**516-280-4664** [1] - 2:24

**6**

**620** [1] - 2:23

**7**

**7** [1] - 162:4
**735,000** [2] - 134:8, 135:2
**74** [1] - 162:5
**76** [2] - 1:9, 3:12

**8**

**8** [3] - 58:9, 115:13, 143:11

**9**

**9** [2] - 1:21, 161:10
**99** [13] - 58:15, 105:3, 105:12, 105:17, 109:25, 110:3, 111:2, 111:8, 111:21, 113:21, 116:21, 116:23, 130:5

**A**

**A-L-L-Y** [1] - 140:19
**Aaronson** [20] - 3:13, 10:16, 10:19, 10:25, 11:9, 17:18, 37:7, 42:11, 53:22, 56:15, 56:19, 58:18, 59:12, 66:16, 75:20, 85:6, 114:14, 120:3, 152:24, 154:9
**AARONSON** [1] - 1:6
**ability** [2] - 7:24, 8:3
**able** [1] - 142:9
**absolutely** [1] - 156:11
**accept** [1] - 45:10
**access** [3] - 65:18, 68:16, 120:19
**according** [3] - 130:3, 155:24, 156:24
**account** [81] - 20:9, 20:11, 20:16, 20:20, 20:22, 21:2, 21:5, 21:12, 21:15, 21:21, 22:3, 22:11, 22:12, 22:13, 22:17, 22:19, 22:24, 23:2, 23:5, 23:6, 23:7, 63:9, 72:2, 72:3, 80:5, 80:13, 80:17, 82:22, 82:23, 83:2, 83:3, 83:4, 83:5, 83:6, 83:9, 83:11, 83:12, 83:14, 86:19, 86:25, 119:6, 119:7,

119:10, 119:16, 119:17, 119:22, 119:25, 120:15, 120:17, 120:24, 120:25, 121:8, 121:19, 121:23, 122:12, 122:22, 123:19, 123:24, 124:5, 124:12, 125:20, 126:15, 127:4, 128:7, 128:17, 131:2, 131:3, 133:7, 133:20, 133:22, 134:2, 134:4, 134:9, 134:12, 134:16, 135:11, 135:14, 135:19, 148:2, 148:3, 156:3
**accountant** [3] - 41:21, 99:19, 100:9
**accountants** [7] - 41:13, 41:17, 97:25, 98:11, 98:16, 100:15, 100:24
**accounts** [37] - 19:22, 21:8, 59:18, 59:22, 59:25, 61:7, 61:11, 62:16, 62:22, 63:2, 63:10, 63:15, 63:18, 64:2, 64:4, 64:12, 64:16, 64:18, 64:25, 65:5, 65:9, 66:17, 66:23, 68:9, 68:14, 68:17, 69:9, 69:12, 119:12, 119:16, 130:18, 152:2, 152:16, 155:17, 156:6, 156:8, 157:19
**accuracy** [2] - 154:2, 154:8
**accurate** [1] - 159:12
**acknowledge** [2] - 6:6, 6:11
**act** [1] - 87:12
**action** [4] - 144:18, 146:15, 146:22, 163:17
**actions** [1] - 112:12
**activities** [1] - 16:24
**added** [3] - 39:8, 72:2, 72:5
**address** [7] - 7:12, 115:2, 115:4, 115:7, 115:11, 115:15, 118:12
**administer** [1] - 5:16
**administered** [1] - 6:13
**admit** [1] - 103:14

*Rich Moffett Court Reporting, Inc.*

**affidavit** [4] - 39:20, 39:21, 39:24, 40:3
**aforementioned** [3] - 107:5, 108:18, 117:16
**afterwards** [2] - 127:7, 147:23
**age** [1] - 11:6
**ago** [12] - 11:7, 11:24, 12:13, 13:14, 42:23, 43:8, 46:11, 46:13, 76:3, 80:9, 99:13, 99:14
**agree** [5] - 19:11, 19:14, 23:4, 23:7, 145:19
**agreed** [1] - 28:13
**AGREED** [3] - 5:3, 5:9, 5:14
**agreement** [12] - 6:22, 117:13, 117:16, 118:4, 118:20, 119:3, 127:19, 128:25, 129:9, 130:3, 132:17, 132:21
**Agreement** [1] - 162:13
**agreements** [1] - 29:13
**agrees** [1] - 106:15
**ahead** [6] - 40:10, 40:21, 51:3, 98:23, 119:19, 123:21
**alive** [3] - 31:23, 92:23, 93:11
**ALIVIA** [1] - 4:11
**allegation** [1] - 92:10
**alleged** [3] - 84:19, 90:19, 144:24
**Allied** [1] - 140:23
**allow** [1] - 157:22
**allowed** [2] - 90:23, 92:11
**Ally** [22] - 81:18, 82:3, 82:8, 94:3, 94:25, 95:7, 136:19, 137:7, 137:13, 138:3, 138:20, 138:22, 138:25, 139:8, 139:19, 139:24, 140:8, 140:18, 141:3, 142:2, 142:6, 142:9
**ALLY** [1] - 140:20
**almost** [3] - 125:5, 129:15, 142:4
**ALSO** [1] - 4:9
**Amended** [7] - 143:4, 143:10, 143:16,

143:24, 144:19, 144:20, 146:13
**amount** [6] - 122:6, 123:24, 125:7, 136:8, 136:9, 157:21
**amounts** [1] - 138:25
**AND** [3] - 5:2, 5:8, 5:13
**answer** [18] - 8:11, 15:10, 22:15, 23:11, 41:23, 51:12, 53:18, 54:2, 68:23, 68:25, 102:12, 102:19, 103:9, 104:6, 134:22, 154:5, 157:3, 158:3
**answered** [2] - 48:2, 151:21
**answers** [1] - 161:12
**Anthony** [73] - 25:4, 25:8, 26:4, 26:17, 26:21, 27:2, 27:11, 42:4, 44:23, 45:14, 52:21, 53:2, 53:9, 53:13, 54:5, 54:6, 54:8, 54:10, 56:20, 58:14, 62:5, 62:6, 73:19, 76:20, 80:18, 96:21, 102:2, 102:6, 105:2, 105:10, 107:22, 109:8, 109:11, 109:24, 116:16, 127:11, 127:18, 129:24, 130:22, 131:18, 132:4, 132:12, 132:13, 134:17, 134:23, 135:2, 135:8, 135:19, 136:2, 137:6, 137:18, 137:19, 137:22, 138:18, 139:11, 139:14, 139:17, 139:20, 139:22, 140:6, 147:3, 155:7, 155:13, 155:22, 156:4, 156:17, 156:20, 157:18, 157:22, 158:5, 159:7, 159:8, 159:18
**ANTHONY** [3] - 1:4, 1:13, 3:5
**Anthony's** [3] - 72:12, 106:3, 107:19
**anticipate** [1] - 8:16
**apologies** [2] - 40:20, 103:7
**apologize** [5] - 70:22, 71:9, 103:8, 108:14,

124:21
**appearance** [1] - 147:13
**appeared** [1] - 119:11
**appearing** [1] - 147:12
**application** [1] - 91:14
**approval** [1] - 91:15
**approved** [10] - 56:22, 57:2, 57:10, 58:18, 91:5, 91:8, 91:12, 153:18, 153:22, 154:9
**approving** [1] - 57:6
**argument** [1] - 70:24
**ARIEL** [1] - 4:5
**aronneburger@ cullenllp.com** [1] - 4:6
**arrange** [1] - 117:7
**arrangement** [1] - 6:18
**Asad** [7] - 17:16, 18:14, 18:17, 19:16, 70:23, 75:8, 88:3
**aside** [1] - 89:9
**aspect** [4] - 96:23, 96:24, 98:5
**assigned** [1] - 26:16
**associate** [3] - 131:18, 131:25, 132:3
**associated** [9] - 47:21, 52:4, 52:13, 52:16, 52:19, 55:22, 64:5, 64:25, 65:4
**assume** [1] - 89:25
**assuming** [6] - 89:23, 96:21, 107:19, 109:8, 132:4, 144:13
**attached** [1] - 57:10
**attorney** [5] - 9:12, 39:23, 138:7, 138:8, 141:5
**Attorneys** [2] - 3:4, 3:9
**attorneys** [4] - 3:20, 4:3, 5:3, 6:5
**auction** [2] - 82:5, 82:7
**auctions** [3] - 81:5, 81:8
**August** [1] - 143:11
**authority** [14] - 17:23, 18:11, 18:15, 22:25, 37:10, 37:13, 38:8, 38:10, 38:11, 38:12, 38:14, 62:9, 62:13, 134:11
**authorization** [12] - 106:23, 107:6, 107:11, 108:19,

108:24, 109:13, 109:16, 130:10, 130:20, 147:5, 162:10, 162:12
**authorize** [3] - 17:25, 29:3, 45:12
**authorized** [14] - 5:16, 29:6, 37:21, 60:20, 80:17, 80:19, 81:19, 86:18, 86:22, 86:24, 91:20, 92:5, 153:7, 153:12
**AUTO** [12] - 1:3, 1:4, 1:7, 1:7, 1:8, 1:8, 1:9, 1:9, 1:10, 3:4
**Auto** [21] - 3:9, 3:10, 3:10, 3:11, 3:11, 3:12, 3:12, 12:7, 12:23, 26:13, 42:9, 42:14, 42:19, 42:25, 45:22, 45:25, 75:18, 90:3, 90:5
**automatically** [2] - 81:25, 82:6
**automobile** [2] - 9:24, 10:4
**automotive** [3] - 50:14, 77:14, 89:2
**Automotive** [1] - 12:4
**AUTOMOTIVE** [1] - 1:16
**Avenue** [2] - 3:5, 3:14
**aware** [24] - 43:17, 44:22, 45:11, 51:9, 60:14, 62:14, 62:17, 62:20, 63:8, 65:17, 69:18, 87:3, 110:23, 116:15, 118:20, 119:2, 119:5, 119:8, 119:12, 119:15, 119:21, 119:24, 132:20, 158:11

## B

**B-1** [3] - 104:23, 104:24, 105:2
**backed** [1] - 126:22
**background** [1] - 74:21
**bad** [1] - 49:15
**bank** [25] - 19:22, 20:13, 20:15, 21:8, 21:12, 22:3, 31:4, 59:17, 60:21, 64:19, 80:5, 80:13, 86:19, 91:6, 91:15, 91:17, 130:10, 135:11, 136:24, 141:7, 156:3, 156:6,

156:22, 158:16, 158:19
**BANK** [2] - 1:18, 4:4
**Bank** [6] - 94:3, 140:20, 141:3, 142:2, 142:6, 142:9
**banked** [2] - 130:13, 130:15
**banking** [2] - 91:6, 120:20
**Bar** [2] - 9:12, 9:13
**Baron** [59] - 3:13, 10:22, 14:4, 14:7, 14:9, 14:14, 14:20, 17:16, 17:17, 19:13, 20:10, 21:14, 22:17, 29:3, 30:14, 32:4, 56:8, 56:9, 65:21, 68:3, 68:8, 68:11, 68:13, 68:17, 69:9, 69:18, 69:21, 71:24, 75:8, 75:20, 75:21, 80:6, 80:7, 80:12, 83:22, 84:9, 84:11, 85:5, 85:6, 85:14, 85:17, 88:2, 88:9, 88:12, 93:11, 96:4, 96:10, 96:12, 98:7, 104:9, 112:24, 112:25, 114:19, 115:23, 116:3, 151:11, 151:22, 154:19, 158:6
**BARON** [1] - 1:7
**Baron's** [1] - 19:15
**base** [1] - 128:12
**basis** [6] - 61:2, 61:4, 61:7, 84:5, 152:19, 155:18
**Bates** [2] - 101:18, 129:15
**bathroom** [1] - 74:4
**Bayville** [1] - 7:14
**BC1** [1] - 106:15
**became** [3] - 17:20, 78:2, 89:6
**become** [5] - 17:18, 119:2, 119:21, 119:24, 132:20
**beforehand** [3] - 67:4, 67:7, 101:15
**beginning** [2] - 20:5, 115:7
**behalf** [4] - 90:25, 92:6, 147:13, 147:17
**behind** [7] - 136:7, 136:12, 137:3, 137:6, 137:12, 140:13, 141:2
**belief** [1] - 128:12

belonged [1] - 55:18
below [1] - 118:12
Beltray [6] - 69:24, 70:3, 70:12, 70:14, 70:25, 71:3
benefit [1] - 84:22
best [10] - 87:5, 97:10, 110:17, 112:10, 113:7, 115:18, 120:9, 121:4, 125:2, 148:3
bet [1] - 50:20
between [12] - 5:3, 71:15, 91:16, 118:10, 120:10, 122:20, 129:5, 145:15, 145:23, 146:16, 154:17, 158:5
billed [1] - 95:4
bit [6] - 15:11, 15:14, 16:19, 74:20, 92:25, 96:14
BLANKENSHIP [1] - 1:13
blood [1] - 163:17
blow [1] - 118:8
blue [1] - 131:8
BLVD [6] - 1:7, 1:8, 1:8, 1:9
Blvd [6] - 3:10, 3:10, 3:11, 3:11
bookkeep [1] - 78:20
bookkeeper [2] - 71:5, 71:8
bookkeeping [1] - 78:21
boss [9] - 30:17, 30:22, 31:3, 31:8, 31:10, 31:23, 31:25, 32:3, 32:11
bottom [6] - 101:20, 101:24, 107:10, 107:13, 109:4, 113:14
Boulevard [1] - 4:4
break [4] - 74:5, 98:25, 99:2, 131:22
brevity [1] - 75:2
Brian [5] - 3:13, 7:10, 75:9, 136:13, 162:4
BRIAN [6] - 1:5, 2:3, 7:2, 161:7, 161:17, 163:10
brief [2] - 123:16, 125:18
bring [8] - 98:18, 106:12, 137:18, 137:22, 137:23, 137:24, 141:6, 142:9

bringing [1] - 117:10
brought [7] - 44:17, 52:17, 141:25, 142:3, 142:5, 158:16, 158:19
Building [1] - 3:21
bulk [1] - 81:7
bunch [1] - 61:23
business [32] - 9:24, 10:5, 12:15, 13:22, 20:6, 21:24, 24:3, 24:7, 24:18, 76:10, 77:7, 77:13, 77:21, 79:12, 79:16, 84:16, 86:24, 88:13, 89:2, 90:12, 91:9, 93:18, 93:19, 93:25, 96:18, 98:8, 99:20, 99:21, 99:23, 101:13, 148:3, 159:10
businesses [25] - 10:11, 11:18, 12:5, 12:18, 12:20, 17:12, 37:14, 37:19, 37:23, 38:13, 38:15, 38:17, 41:18, 57:7, 61:18, 64:6, 64:10, 74:23, 87:16, 88:18, 88:24, 89:9, 117:8, 155:8, 155:23
busy [2] - 125:9, 125:11
buy [6] - 81:5, 81:22, 82:5, 83:16, 97:8, 116:14
BUYERS [1] - 1:14
buying [9] - 10:12, 78:11, 78:13, 78:14, 80:21, 80:25, 91:9, 91:21, 95:21
BY [8] - 3:6, 3:15, 3:23, 4:5, 7:16, 74:8, 150:21, 162:3
bye [1] - 123:5

## C

cannot [2] - 8:13, 154:7
capital [1] - 127:19
CAPITAL [1] - 1:18
caption [1] - 1:22
car [6] - 11:17, 22:10, 94:8, 96:23, 97:18, 136:21
CAR [1] - 1:14
card [2] - 9:13, 64:10
cards [1] - 64:5
care [2] - 111:24, 112:5

CARS [2] - 1:15, 1:15
cars [32] - 10:12, 78:11, 78:13, 81:22, 81:24, 91:9, 91:21, 91:23, 95:9, 95:21, 96:19, 97:6, 97:8, 134:18, 135:7, 135:8, 135:24, 135:25, 137:4, 137:7, 138:19, 139:3, 139:9, 139:11, 139:13, 139:14, 139:21, 139:24, 140:8, 151:18
case [12] - 43:11, 44:23, 45:3, 45:7, 141:21, 142:21, 143:18, 144:8, 144:16, 145:3, 146:11, 147:7
cash [8] - 136:22, 156:2, 156:7, 156:10, 156:17, 156:21, 157:16, 158:10
cashed [1] - 61:13
caused [2] - 26:3, 59:12
cc [1] - 42:5
cease [1] - 72:9
ceased [2] - 72:16, 73:4
century [3] - 11:4, 11:5, 11:9
certain [2] - 19:4, 96:18
certainly [1] - 23:22
certification [1] - 5:6
certify [3] - 161:7, 163:9, 163:15
Chabrier [34] - 3:13, 7:10, 7:18, 8:20, 16:14, 19:8, 24:2, 27:9, 32:25, 39:16, 40:23, 41:5, 44:2, 47:4, 48:15, 50:24, 51:4, 51:22, 54:8, 54:21, 57:11, 57:25, 59:19, 68:23, 69:8, 75:9, 110:8, 113:7, 116:2, 147:11, 149:19, 150:23, 154:5, 162:4
CHABRIER [6] - 1:5, 2:3, 7:2, 161:7, 161:17, 163:10
chain [1] - 56:10
change [2] - 85:12, 85:19

changed [1] - 87:2
characterization [3] - 19:2, 145:14, 145:20
charge [6] - 30:24, 82:2, 151:12, 154:11, 154:15, 154:16
charged [1] - 140:6
charted [1] - 92:5
chase [1] - 64:20
Chase [1] - 60:9
check [10] - 38:20, 72:24, 73:2, 82:21, 83:15, 83:19, 83:22, 86:14, 120:25, 141:24
checked [2] - 76:16, 97:18
checking [1] - 148:3
checks [23] - 16:15, 16:17, 17:5, 19:18, 30:10, 30:13, 61:13, 61:17, 61:20, 61:21, 62:2, 62:5, 62:9, 62:13, 62:18, 63:8, 76:11, 76:12, 76:14, 77:2, 83:10, 83:13, 96:19
Chestnut [1] - 3:22
circumstances [6] - 108:4, 108:9, 109:15, 111:20, 127:3, 127:5
Citrin [3] - 98:12, 100:10, 112:6
CitrinCooperman [4] - 41:12, 41:20, 41:25, 100:13
City [1] - 11:24
claim [1] - 146:7
claimed [2] - 58:22, 159:5
claiming [2] - 72:12, 146:10
claims [4] - 144:9, 144:15, 144:23, 157:18
clarification [1] - 140:25
clarify [4] - 99:22, 112:7, 144:17, 148:25
classes [3] - 10:4, 10:6, 10:9
clear [4] - 23:20, 85:3, 94:13, 124:21
close [9] - 12:12, 13:13, 13:23, 37:13, 37:22, 38:13, 38:14, 86:12, 137:24

closed [16] - 11:24, 12:9, 12:13, 13:7, 13:24, 35:19, 35:23, 36:22, 37:3, 37:5, 70:20, 79:12, 79:16, 86:15, 101:13, 159:14
closing [1] - 37:19
CO [1] - 1:18
COAST [6] - 1:15, 1:15, 1:16, 1:16, 1:17
Cobleskill [1] - 9:4
code [2] - 60:2, 60:3
college [3] - 8:25, 9:2, 9:3
coming [2] - 49:15, 96:20
communication [2] - 120:6, 127:17
companies [7] - 87:21, 100:19, 151:13, 151:15, 152:3, 152:7, 152:13
company [20] - 21:10, 21:11, 21:13, 23:25, 54:14, 56:2, 56:5, 75:14, 98:14, 112:4, 113:22, 116:13, 125:7, 137:10, 137:11, 141:2, 145:7, 145:10, 147:20, 150:2
Company [2] - 101:21, 113:16
Complaint [12] - 84:19, 89:15, 89:17, 90:18, 143:4, 143:10, 143:16, 143:24, 144:7, 144:19, 144:20, 146:14
complaint [5] - 44:12, 44:17, 45:7, 45:10, 143:17
complete [1] - 161:11
compound [3] - 54:20, 68:22, 73:11
comptroller [12] - 42:17, 42:19, 42:24, 71:6, 71:9, 83:21, 101:4, 101:8, 112:19, 135:11, 155:24, 156:12
comptrollers [9] - 71:14, 100:18, 101:2, 101:13, 112:20, 151:8, 151:14, 151:17, 151:21

**concerning** [5] - 110:12, 110:19, 121:18, 124:4, 126:15
**concluded** [1] - 160:4
**conclusion** [1] - 149:3
**conducted** [1] - 6:3
**conference** [1] - 2:4
**confusing** [1] - 111:17
**connected** [1] - 27:25
**connection** [2] - 45:3, 45:13
**consent** [1] - 6:18
**considerable** [1] - 136:8
**continue** [1] - 158:18
**continued** [3] - 1:22, 95:18, 157:22
**Continued** [1] - 4:2
**contract** [4] - 27:20, 27:24, 38:21, 38:23
**control** [5] - 22:19, 22:20, 54:18, 54:23, 55:17
**controlling** [4] - 31:7, 41:6, 41:8, 54:17
**conversation** [6] - 67:9, 121:12, 127:23, 132:23, 138:14, 141:12
**conversations** [2] - 30:20, 127:25
**COONEY** [1] - 4:11
**Copiague** [1] - 13:9
**copies** [3] - 149:25, 150:8, 160:2
**copy** [1] - 95:12
**CORP** [1] - 1:18
**corporation** [2] - 23:14, 33:22
**correct** [53] - 13:4, 13:11, 32:8, 59:16, 60:6, 66:19, 73:21, 74:18, 77:20, 78:4, 78:15, 80:2, 82:11, 82:24, 84:6, 84:13, 84:16, 85:8, 86:16, 87:11, 100:20, 107:22, 122:13, 122:15, 122:17, 125:21, 126:11, 126:12, 127:20, 129:24, 130:6, 132:24, 137:8, 137:10, 137:13, 137:14, 138:21, 138:25, 140:11, 140:20, 140:21, 141:21, 142:16, 148:9, 149:7,

149:25, 150:8, 152:13, 153:4, 156:18, 157:24, 161:11, 161:13
**costs** [2] - 95:23, 95:24
**counsel** [6] - 6:17, 6:21, 74:2, 74:15, 98:19, 106:14
**Country** [1] - 2:23
**COUNTY** [2] - 161:5, 163:5
**couple** [5] - 71:14, 77:10, 79:3, 134:21, 143:21
**course** [3] - 15:18, 15:25, 16:6
**courses** [2] - 10:3, 10:7
**court** [1] - 39:22
**Court** [2] - 2:23, 5:19
**COURT** [1] - 1:2
**Cove** [1] - 15:3
**covered** [3] - 22:23, 64:21, 67:25
**CPA** [1] - 1:14
**CPA'S** [1] - 1:18
**CPAs** [1] - 101:21
**credit** [1] - 91:14
**Creek** [2] - 7:13, 115:12
**CULLEN** [1] - 4:3
**current** [7] - 11:20, 14:21, 141:7, 142:2, 142:4, 142:6, 142:9
**cursor** [1] - 105:14
**customer** [2] - 91:13, 91:16
**customers** [1] - 94:14
**cut** [1] - 83:21
**CYRULI** [1] - 3:8

## D

**daily** [8] - 61:2, 61:4, 61:7, 63:9, 84:5, 152:16, 152:19, 155:18
**damages** [2] - 145:2, 146:10
**Dan** [1] - 101:16
**Danny** [17] - 70:19, 71:15, 83:20, 101:7, 101:11, 101:14, 155:25, 156:12, 156:20, 156:24, 156:25, 157:5, 157:6, 157:8, 157:18, 158:15, 159:8

**date** [18] - 19:14, 19:25, 20:3, 35:20, 36:4, 79:15, 88:6, 88:8, 107:9, 107:24, 108:22, 109:12, 117:19, 130:2, 133:3, 137:23, 137:25, 157:10
**dated** [2] - 109:11, 118:5
**dates** [1] - 101:16
**David** [52] - 14:3, 17:16, 17:17, 19:13, 19:15, 19:21, 20:10, 28:9, 28:11, 28:15, 28:18, 28:20, 28:22, 28:25, 29:3, 29:6, 29:11, 29:19, 29:23, 30:4, 30:14, 30:17, 30:22, 31:2, 31:6, 31:10, 31:11, 31:12, 31:16, 31:23, 32:6, 32:19, 32:21, 75:8, 75:21, 85:6, 88:2, 92:22, 92:23, 93:13, 98:5, 99:25, 100:4, 100:6, 104:8, 115:23, 151:11, 151:22, 154:19, 154:22, 158:6, 158:7
**David's** [5] - 71:20, 153:14, 154:22, 155:2, 158:8
**day-to-day** [22] - 17:21, 18:4, 18:7, 18:8, 18:10, 18:12, 18:13, 19:18, 37:24, 38:2, 38:7, 38:9, 38:11, 76:19, 77:6, 77:8, 78:9, 83:17, 87:9, 153:10, 153:15, 155:5
**days** [1] - 136:24
**deal** [3] - 59:17, 136:22, 136:23
**dealership** [1] - 132:11
**dealerships** [2] - 11:17, 16:8
**deals** [4] - 91:5, 91:8, 91:12, 94:14
**Dean** [1] - 115:14
**death** [9] - 19:12, 19:15, 36:10, 36:14, 36:18, 153:14, 154:22, 155:2, 158:8
**debit** [2] - 64:5, 64:9
**debts** [3] - 138:18, 138:20, 138:22
**decisions** [3] - 29:4,

32:15, 153:12
**declaratory** [1] - 146:7
**declare** [1] - 6:14
**deemed** [3] - 107:7, 108:20, 117:17
**Defendant** [4] - 2:3, 3:17, 3:20, 4:3
**Defendants** [1] - 1:20
**definition** [1] - 22:5
**degrees** [1] - 9:5
**delivered** [1] - 142:17
**DEO** [2] - 1:13
**Deo** [89] - 20:19, 25:4, 25:8, 26:4, 26:17, 26:21, 27:2, 27:11, 42:4, 44:23, 44:24, 45:14, 52:21, 53:2, 53:9, 53:13, 54:5, 54:6, 54:8, 54:10, 55:3, 55:13, 56:20, 58:15, 62:5, 76:20, 78:2, 78:8, 79:19, 80:16, 81:19, 83:15, 84:15, 84:20, 86:3, 87:20, 87:25, 88:10, 88:14, 88:17, 88:23, 89:6, 90:10, 90:23, 91:4, 91:19, 92:4, 92:11, 92:13, 92:16, 92:19, 93:3, 93:16, 93:22, 96:6, 100:21, 102:3, 102:6, 102:16, 103:14, 103:22, 105:2, 105:5, 105:10, 105:16, 107:22, 108:4, 109:8, 109:11, 109:24, 110:3, 110:6, 111:2, 111:7, 111:20, 113:21, 116:17, 116:20, 116:22, 117:7, 129:24, 130:4, 130:22, 135:2, 155:7, 156:17, 157:23, 158:6, 159:18
**Deo's** [6] - 80:20, 80:25, 87:5, 90:13, 90:16, 117:5
**department** [1] - 79:23
**deposit** [3] - 27:13, 27:15, 83:10
**deposited** [8] - 128:7, 128:8, 128:16, 130:25, 133:6, 156:7, 156:10, 156:21
**deposition** [17] - 5:6, 5:14, 6:8, 6:9, 7:20,

39:15, 39:19, 74:14, 75:2, 77:12, 90:7, 111:5, 115:8, 160:4, 161:9, 163:11, 163:13
**depositions** [1] - 49:6
**deposits** [1] - 91:25
**derivatively** [2] - 1:5, 1:6
**designated** [4] - 102:5, 102:16, 104:2, 104:18
**designating** [1] - 103:22
**designation** [2] - 101:25, 106:17
**desk** [1] - 143:22
**die** [1] - 80:7
**died** [3] - 17:17, 80:12, 116:3
**difference** [1] - 29:13
**different** [14] - 22:5, 31:11, 31:13, 48:4, 71:14, 74:23, 77:10, 96:22, 97:4, 97:7, 97:20, 133:20, 143:21, 144:4
**directly** [1] - 82:13
**disagree** [1] - 29:10
**discovered** [1] - 159:13
**discuss** [2] - 43:14, 159:2
**discussed** [8] - 37:19, 43:11, 43:25, 44:6, 67:7, 122:20, 158:5, 158:22
**discussion** [11] - 103:13, 103:18, 122:2, 122:4, 122:13, 124:24, 125:4, 125:12, 126:4, 126:13, 159:24
**Discussion** [2] - 113:6, 131:11
**discussions** [11] - 103:18, 103:20, 110:11, 110:17, 110:18, 121:18, 124:3, 124:23, 125:6, 126:16, 126:19
**dispute** [1] - 145:13
**DISTRICT** [2] - 1:2, 1:2
**distrust** [3] - 152:23, 152:25, 153:4
**diverted** [1] - 155:22
**diverting** [1] - 158:9
**DLA** [1] - 1:18

*Rich Moffett Court Reporting, Inc.*

**DMV** [13] - 47:15, 48:17, 51:8, 52:5, 54:18, 54:23, 55:22, 55:23, 55:25, 56:3, 56:6, 83:12, 83:13
**doctor** [1] - 9:15
**document** [11] - 105:8, 107:2, 107:14, 109:4, 114:22, 117:10, 117:24, 118:15, 129:16, 142:25, 143:5
**documents** [8] - 33:11, 40:19, 45:2, 45:5, 57:16, 74:17, 149:24, 150:6
**dollars** [1] - 123:24
**done** [5] - 37:6, 47:3, 49:5, 92:13, 139:7
**down** [18] - 8:13, 15:14, 27:17, 101:17, 113:19, 114:6, 114:12, 114:16, 114:21, 115:24, 116:18, 117:3, 118:12, 129:14, 131:12, 135:17, 143:8, 146:9
**draw** [1] - 81:20
**drugs** [1] - 7:23
**duly** [2] - 7:3, 163:12
**during** [14] - 28:23, 35:23, 36:22, 44:13, 64:13, 66:18, 66:24, 86:23, 125:3, 128:19, 128:22, 132:22, 156:16, 156:24
**DWIGHT** [1] - 1:13
**dying** [1] - 85:15
**DYKMAN** [1] - 4:3

### E

**e-mail** [12] - 41:3, 43:21, 44:2, 44:6, 44:9, 44:10, 56:10, 56:15, 56:18, 103:19, 120:7, 153:19
**Earle** [1] - 4:4
**early** [3] - 75:16, 79:17, 121:14
**East** [1] - 12:11
**EASTERN** [1] - 1:2
**educated** [1] - 93:15
**effect** [1] - 5:17
**eight** [3] - 70:11, 70:16, 78:18

**EIN** [5] - 23:17, 24:13, 24:15, 24:17, 106:24
**either** [14] - 38:17, 53:24, 61:17, 64:6, 64:10, 66:23, 90:11, 91:19, 92:5, 94:9, 97:12, 108:4, 130:12, 158:14
**electronic** [3] - 129:17, 130:9, 130:21
**Ellen** [3] - 98:3, 100:7, 100:8
**EMANUEL** [1] - 3:6
**employees** [6] - 16:19, 17:6, 30:13, 76:15, 78:12, 78:16
**end** [3] - 35:23, 39:9, 122:13
**engaged** [3] - 16:25, 84:21, 84:24
**entered** [3] - 118:21, 127:18, 129:4
**entire** [2] - 48:20, 48:22
**entities** [1] - 90:13
**entity** [4] - 84:16, 90:6, 94:5, 111:3
**equal** [1] - 85:21
**escrow** [3] - 138:13, 141:6, 149:6
**ESQ** [5] - 3:6, 3:15, 3:17, 3:23, 4:5
**estate** [4] - 115:23, 116:5, 116:6, 116:13
**exact** [14] - 15:10, 19:13, 35:20, 76:3, 88:6, 101:16, 124:17, 125:25, 126:5, 133:3, 136:9, 157:9, 157:21, 159:15
**EXAMINATION** [4] - 7:16, 74:8, 150:21, 162:3
**examination** [2] - 6:2, 6:6
**Examination** [1] - 2:2
**examined** [1] - 7:4
**example** [4] - 8:14, 9:11, 21:21, 73:8
**except** [1] - 5:9
**excuse** [2] - 39:7, 89:16
**executed** [1] - 51:24
**Exhibit** [12] - 40:23, 56:11, 57:19, 57:24, 99:9, 107:7, 108:20, 109:23, 117:18, 150:7, 153:23

**exhibit** [2] - 58:9, 110:14
**EXHIBITS** [1] - 162:7
**exhibits** [2] - 44:19, 57:17
**experience** [2] - 21:23, 22:10
**explain** [4] - 87:4, 90:15, 136:3, 136:15

### F

**fact** [1] - 60:22
**facts** [1] - 142:21
**fair** [2] - 18:22, 21:6
**fairly** [1] - 117:21
**familiar** [3] - 89:19, 89:22, 118:14
**family** [5] - 10:22, 36:10, 36:15, 36:18, 45:9
**far** [5] - 26:3, 37:7, 141:4, 142:15, 148:10
**fast** [1] - 135:16
**February** [4] - 26:9, 26:20, 26:25, 27:10
**fed** [1] - 51:14
**federal** [1] - 57:12
**few** [10] - 7:21, 11:16, 12:13, 15:9, 15:13, 73:24, 74:3, 132:11, 144:4, 150:25
**file** [1] - 143:14
**filed** [10] - 112:23, 127:11, 143:11, 143:13, 143:17, 144:18, 144:19, 144:21, 150:2, 150:9
**filing** [2] - 5:5, 100:25
**final** [1] - 32:15
**finance** [6] - 78:23, 78:25, 79:9, 79:20, 95:4, 139:9
**financed** [4] - 81:10, 94:5, 94:20, 136:23
**financial** [11] - 90:24, 91:3, 91:10, 91:15, 91:18, 92:11, 94:4, 94:10, 95:8, 100:23, 140:23
**financing** [6] - 94:6, 94:14, 94:16, 95:23, 117:8, 139:18
**fine** [8] - 19:5, 27:8, 75:5, 102:21, 103:10, 106:21, 147:10, 147:24
**finish** [2] - 8:14, 9:6
**fire** [1] - 159:17

**first** [13] - 10:24, 11:9, 14:3, 57:11, 58:4, 88:5, 111:10, 111:12, 111:15, 134:21, 144:18, 147:8, 154:23
**First** [1] - 144:20
**Fisk** [1] - 3:12
**FISK** [1] - 1:9
**five** [10] - 41:2, 78:18, 80:8, 80:10, 80:11, 85:8, 98:25, 128:4, 128:20, 136:24
**five-minute** [1] - 98:25
**fix** [1] - 40:9
**floor** [25] - 30:18, 30:24, 31:4, 31:6, 31:7, 81:11, 81:13, 81:15, 81:17, 81:20, 82:4, 82:6, 94:7, 94:9, 94:22, 94:23, 95:20, 136:19, 138:24, 139:5, 151:12, 151:18, 154:12, 154:18
**Flushing** [2] - 106:20, 150:18
**FLUSHING** [2] - 1:18, 4:4
**follow** [1] - 30:21
**following** [1] - 26:11
**follows** [1] - 7:5
**followup** [1] - 149:16
**followups** [2] - 150:15, 150:25
**FOR** [1] - 162:8
**force** [1] - 5:17
**form** [11] - 5:10, 22:2, 22:15, 23:9, 23:23, 43:23, 54:20, 68:22, 104:6, 108:6, 154:4
**formal** [1] - 93:23
**formation** [1] - 75:11
**formed** [2] - 75:7, 75:14
**forth** [1] - 163:12
**four** [5] - 64:15, 64:18, 75:21, 115:12, 126:18
**fourth** [2] - 126:4, 143:8
**Frank** [2] - 79:8, 79:11
**froze** [1] - 80:22
**fulfilled** [3] - 27:18, 27:22, 38:20
**full** [1] - 133:23
**FUNDING** [2] - 1:19, 3:21
**Funding** [1] - 74:11
**funds** [4] - 83:10,

130:9, 142:8, 158:9
**FURTHER** [2] - 5:8, 5:13
**future** [5] - 117:13, 117:17, 118:5, 128:25, 162:13

### G

**general** [6] - 76:21, 77:9, 78:2, 87:12, 96:7, 117:6
**generally** [3] - 79:25, 89:3, 90:16
**girl** [1] - 71:16
**given** [7] - 22:24, 59:13, 139:23, 140:6, 156:20, 161:13, 163:14
**Glen** [1] - 15:3
**GMs** [1] - 10:10
**go-between** [1] - 154:17
**GOLD** [6] - 1:14, 1:15, 1:15, 1:16, 1:16, 1:17
**good-bye** [1] - 123:5
**grand** [1] - 136:20
**greenvale** [1] - 15:5
**Group** [8] - 42:9, 42:14, 42:19, 42:25, 45:22, 45:25, 90:4, 90:5
**GROUP** [2] - 1:16, 3:3
**group** [11] - 45:17, 45:18, 45:20, 45:23, 45:24, 46:2, 46:5, 46:8, 66:7, 66:12, 66:13
**guarantee** [6] - 49:11, 50:7, 50:22, 51:7, 51:18, 51:22
**guaranteed** [2] - 47:13, 49:23
**guaranteeing** [2] - 48:5, 49:21
**guarantees** [1] - 51:25
**guarantor** [3] - 49:3, 52:22, 54:16
**guess** [10] - 31:15, 93:15, 104:13, 104:14, 106:14, 116:7, 116:10, 133:19, 141:9, 159:7
**guessing** [1] - 104:10
**guy** [2] - 76:25, 99:16
**guys** [2] - 40:7, 49:14

## H

**hand** [1] - 163:21
**handle** [9] - 41:22, 61:14, 90:23, 91:4, 91:20, 92:11, 101:3, 153:7, 153:16
**handled** [7] - 28:9, 91:19, 98:5, 98:7, 99:25, 100:4, 153:9
**handling** [2] - 126:21, 126:24
**happy** [1] - 8:9
**hard** [1] - 131:7
**harm** [3] - 47:3, 47:6, 59:9
**harmed** [1] - 59:4
**HARRY** [2] - 1:13, 3:17
**Harry** [10] - 7:19, 49:12, 50:6, 50:11, 98:19, 99:9, 113:14, 113:19, 114:2, 117:3
**head** [5] - 8:13, 45:20, 46:3, 46:4, 46:7
**hear** [11] - 18:23, 18:24, 36:16, 40:12, 44:25, 51:4, 53:25, 98:6, 108:11, 124:7, 134:20
**heard** [2] - 119:6, 119:9
**hearing** [2] - 111:11, 111:16
**held** [6] - 2:3, 24:20, 24:25, 26:10, 26:13, 149:6
**help** [1] - 136:17
**helped** [2] - 70:14, 71:19
**hereby** [2] - 161:7, 163:9
**HEREBY** [1] - 5:2
**herein** [1] - 5:4
**hereinbefore** [1] - 163:11
**hereunto** [1] - 163:21
**high** [1] - 8:21
**High** [1] - 8:22
**Highway** [8] - 3:18, 12:11, 13:10, 16:4, 27:12, 27:14, 75:18, 130:13
**hiring** [1] - 78:12
**hold** [7] - 13:15, 40:8, 77:4, 110:7, 118:7, 138:12, 141:5
**holding** [1] - 111:8
**hole** [1] - 158:25
**home** [2] - 137:21,

137:23
**honest** [2] - 80:15, 157:10
**honestly** [1] - 144:11
**hotels** [1] - 10:10
**hugely** [1] - 143:24
**hum** [3] - 55:15, 56:13, 107:16
**hundred** [5] - 15:22, 15:23, 79:14, 83:25, 138:13
**hung** [1] - 122:14
**HWY** [2] - 1:4, 1:7
**Hwy** [1] - 3:9
**HYLAN** [6] - 1:7, 1:8, 1:8, 1:9
**Hylan** [6] - 3:10, 3:10, 3:11, 3:11

## I

**I.D** [1] - 162:8
**IAG** [4] - 89:15, 89:18, 89:20, 89:21
**ID** [1] - 24:18
**idea** [1] - 152:5
**identification** [3] - 107:8, 108:21, 117:19
**identify** [1] - 23:24
**imagine** [1] - 36:25
**immaterial** [1] - 136:20
**immediately** [1] - 158:22
**impact** [2] - 7:23, 8:3
**improperly** [1] - 155:19
**IN** [1] - 163:20
**Inc** [1] - 2:23
**INC** [4] - 1:3, 1:14, 1:18, 3:4
**include** [1] - 78:10
**included** [2] - 110:25, 155:3
**income** [7] - 34:23, 35:2, 35:6, 35:9, 35:13, 35:16, 99:6
**incurring** [1] - 138:18
**indicate** [1] - 6:21
**indicated** [4] - 18:20, 153:11, 153:21, 155:6
**indicates** [2] - 57:11, 58:10
**individual** [3] - 52:15, 52:18, 55:5
**individual's** [1] - 105:11
**individually** [3] - 1:5,

1:6, 147:16
**individuals** [4] - 52:18, 58:10, 82:14, 147:21
**indulge** [1] - 74:3
**industry** [2] - 22:10, 50:14
**information** [15] - 82:9, 100:14, 100:24, 104:24, 106:23, 107:6, 107:11, 108:5, 108:19, 108:23, 109:12, 109:16, 112:19, 162:9, 162:11
**initials** [1] - 129:21
**input** [1] - 29:8
**instance** [1] - 112:17
**instituted** [1] - 129:12
**institution** [1] - 94:4
**intent** [2] - 138:15, 138:17
**interest** [22] - 14:9, 85:18, 86:5, 105:3, 105:12, 105:17, 106:6, 106:10, 109:25, 110:4, 111:2, 111:8, 111:21, 113:22, 114:9, 114:24, 116:4, 116:12, 116:14, 116:21, 116:23, 130:5
**interested** [1] - 163:18
**interests** [1] - 85:9
**interrupt** [1] - 136:10
**inventory** [13] - 76:16, 78:14, 80:21, 81:2, 81:4, 81:10, 81:21, 82:13, 83:16, 94:16, 96:20, 97:9, 97:17
**involved** [15] - 17:18, 17:20, 18:21, 19:4, 19:10, 19:16, 19:19, 25:25, 28:10, 86:11, 87:17, 88:18, 88:24, 88:25, 98:9
**involvement** [1] - 87:21
**irregularities** [2] - 61:10, 61:14
**IS** [3] - 5:2, 5:8, 5:13
**ISLAND** [1] - 1:10
**Island** [15] - 3:12, 8:23, 11:19, 11:23, 12:3, 12:23, 42:8, 42:14, 42:19, 42:25, 45:22, 45:25, 87:18, 90:3, 90:5

**IT** [3] - 5:2, 5:8, 5:13
**itself** [1] - 33:22

## J

**January** [3] - 1:21, 161:10, 163:22
**job** [1] - 87:6
**Jones** [4] - 46:15, 56:20, 101:20, 113:15
**JONES** [2] - 1:14, 1:18
**Jory** [3] - 3:13, 75:20, 85:5
**JORY** [1] - 1:7
**Josh** [90] - 17:18, 17:20, 37:6, 37:21, 37:24, 38:2, 38:5, 42:8, 42:11, 45:19, 45:20, 46:4, 53:22, 56:15, 56:19, 56:23, 56:25, 57:6, 58:18, 59:12, 65:25, 66:16, 67:13, 67:22, 68:12, 75:20, 85:5, 120:2, 120:3, 120:6, 120:11, 120:22, 121:5, 121:6, 121:7, 121:12, 122:11, 122:17, 123:6, 123:8, 123:10, 123:13, 124:4, 124:19, 124:24, 125:13, 125:14, 125:16, 126:14, 126:18, 126:21, 126:23, 127:15, 127:17, 128:18, 132:23, 133:14, 133:15, 133:17, 133:18, 134:11, 134:25, 135:2, 135:18, 135:20, 137:16, 138:2, 138:6, 138:7, 138:10, 141:3, 141:18, 141:24, 142:3, 142:5, 142:7, 148:9, 149:4, 152:23, 152:25, 153:4, 153:17, 153:21, 154:9, 154:20, 154:23, 154:25, 159:6
**josh** [1] - 60:11
**Joshua** [2] - 3:13, 10:16
**JOSHUA** [1] - 1:6
**JPMorgan** [2] - 131:3, 133:22

**JPMorganChase** [3] - 130:11, 130:14, 130:16

## K

**K-1** [21] - 72:13, 100:2, 105:9, 105:20, 105:21, 106:4, 109:24, 110:25, 114:3, 114:8, 114:13, 114:18, 114:19, 114:23, 114:25, 115:18, 115:22, 116:16, 116:20
**K-1s** [10] - 32:24, 34:5, 34:9, 72:10, 72:16, 72:19, 73:4, 73:7, 73:15, 113:19
**KATAEV** [4] - 3:6, 140:17, 150:16, 159:25
**keep** [1] - 97:9
**keeping** [2] - 57:22, 135:12
**kept** [1] - 130:18
**Khan** [11] - 17:16, 18:14, 18:17, 19:8, 19:16, 70:23, 75:8, 88:3, 88:10, 88:13, 97:21
**Khan's** [1] - 97:11
**kind** [5] - 22:4, 37:17, 64:24, 79:6, 118:7
**knowledge** [17] - 17:22, 37:9, 59:11, 75:7, 75:15, 89:8, 90:9, 97:11, 102:15, 112:11, 112:18, 113:8, 115:19, 133:10, 142:20, 148:4, 149:8
**known** [3] - 15:7, 111:6, 152:22
**knows** [2] - 49:8, 49:9
**Kwun** [7] - 42:13, 42:16, 43:4, 43:11, 56:15, 56:19, 71:17

## L

**LABUDA** [1] - 3:3
**laid** [1] - 27:21
**Lake** [1] - 3:6
**large** [2] - 156:2, 157:20
**last** [8] - 34:14, 34:25, 35:7, 43:3, 43:5, 75:20, 79:9, 129:16

**late** [2] - 75:16, 88:7
**LAURIE** [1] - 1:14
**LAW** [1] - 3:3
**law** [2] - 9:14, 51:17
**lawsuit** [3] - 45:14, 129:11, 132:18
**lawyer** [2] - 28:7, 51:17
**lead** [2] - 29:2, 76:25
**learn** [2] - 133:11
**learned** [2] - 50:13, 133:4
**Lease** [6] - 12:23, 13:6, 13:7, 13:13, 86:13, 87:19
**lease** [16] - 13:15, 24:21, 24:25, 25:5, 25:9, 25:13, 25:15, 25:16, 25:17, 25:18, 25:21, 25:22, 25:23, 26:7, 26:10, 26:14
**LEASING** [2] - 1:5, 1:6
**Leasing** [6] - 3:10, 24:4, 74:24, 106:25, 118:14, 129:18
**least** [4] - 12:21, 13:2, 26:11, 42:21
**leave** [1] - 36:7
**leaving** [1] - 36:8
**left** [4] - 16:20, 131:13, 157:10, 157:13
**legal** [1] - 146:5
**legally** [1] - 85:13
**less** [1] - 70:16
**Lexington** [1] - 3:14
**LIB** [2] - 129:15, 130:8
**LIBERTAS** [3] - 1:19, 3:21, 162:8
**Libertas** [31] - 74:11, 101:18, 106:19, 106:22, 107:7, 108:16, 108:20, 117:12, 117:18, 118:11, 126:3, 126:11, 127:4, 127:19, 128:2, 129:5, 133:5, 142:8, 142:12, 142:16, 144:10, 144:16, 144:24, 145:3, 145:15, 145:23, 145:25, 146:3, 146:11, 146:17, 148:5
**LIC** [1] - 1:16
**licence** [1] - 9:14
**license** [18] - 47:15, 47:21, 47:24, 48:15, 48:17, 49:3, 49:21, 50:22, 51:8, 52:5,

52:10, 52:13, 54:18, 54:23, 55:22, 55:24, 55:25, 56:3
**licenses** [3] - 9:8, 9:16, 50:7
**lieu** [1] - 6:12
**lifetime** [1] - 28:23
**light** [2] - 31:11, 31:13
**line** [7] - 81:14, 81:15, 81:17, 94:8, 94:22, 131:6, 143:8
**list** [2] - 34:22, 34:24
**listed** [13] - 33:15, 33:25, 34:15, 58:14, 73:19, 105:2, 105:6, 105:17, 106:5, 106:9, 111:7, 111:20, 113:21
**listen** [2] - 53:17, 76:13
**lists** [1] - 110:3
**litigation** [1] - 52:25
**LITTLE** [1] - 1:18
**lived** [2] - 115:9, 115:16
**LLC** [35] - 1:3, 1:4, 1:5, 1:6, 1:7, 1:7, 1:8, 1:8, 1:9, 1:9, 1:10, 1:15, 1:15, 1:16, 1:16, 1:17, 1:17, 1:19, 3:4, 3:9, 3:10, 3:10, 3:11, 3:11, 3:12, 3:12, 3:13, 24:4, 75:18
**LLP** [4] - 1:18, 3:8, 3:20, 4:3
**loan** [11] - 52:16, 52:19, 52:22, 53:22, 54:4, 56:8, 119:11, 127:11, 145:6, 145:9, 147:3
**loans** [1] - 94:9
**located** [3] - 12:10, 13:8, 15:2
**location** [2] - 14:16, 15:7
**locations** [2] - 16:13, 16:25
**locust** [1] - 8:22
**logged** [1] - 152:18
**login** [3] - 60:3, 60:17
**look** [5] - 31:16, 41:4, 60:20, 115:21, 117:21
**looked** [7] - 31:11, 31:12, 61:12, 61:20, 61:23, 97:17, 130:4
**looking** [2] - 61:21, 145:9
**looks** [2] - 102:2,

153:24
**lose** [2] - 36:20, 70:21

**M**

**ma'am** [1] - 101:22
**machine** [1] - 95:12
**mail** [13] - 41:3, 43:21, 44:2, 44:6, 44:9, 44:10, 56:10, 56:15, 56:18, 100:3, 103:19, 120:7, 153:19
**main** [4] - 83:2, 83:8, 83:11, 130:17
**Mall** [1] - 12:23
**man** [2] - 30:18, 31:3
**Management** [1] - 3:13
**MANAGEMENT** [1] - 1:10
**manager** [13] - 76:21, 77:9, 78:2, 79:9, 84:15, 84:22, 84:24, 87:13, 89:7, 90:10, 90:22, 96:7, 117:6
**managing** [1] - 90:22
**manner** [2] - 93:24, 120:5
**MARC** [1] - 1:13
**Marc** [7] - 131:13, 131:17, 158:12, 158:15, 158:23, 158:25, 159:2
**Marcus** [1] - 3:5
**Maria** [3] - 2:4, 163:7, 163:23
**MARIA** [1] - 163:24
**mark** [5] - 106:13, 106:14, 106:15, 106:22, 117:11
**marked** [7] - 56:11, 99:9, 107:7, 108:16, 108:20, 109:23, 117:17
**marking** [1] - 57:16
**marriage** [1] - 163:17
**matter** [5] - 6:15, 6:19, 40:11, 62:24, 163:19
**matters** [1] - 111:25
**mean** [21] - 18:6, 45:25, 61:15, 72:25, 73:17, 78:14, 85:14, 91:11, 92:8, 95:11, 99:20, 103:18, 119:10, 123:3, 136:4, 136:11, 137:20, 141:25, 144:12, 145:19, 154:14

**meaning** [6] - 29:7, 46:2, 94:7, 94:22, 112:15, 155:8
**means** [4] - 22:3, 51:19, 92:15, 155:16
**measures** [1] - 59:21
**medication** [1] - 7:22
**meet** [6] - 10:24, 14:3, 14:6, 87:25, 88:5, 132:16
**meeting** [2] - 37:17, 66:7
**meetings** [2] - 66:4, 66:9
**Melissa** [7] - 69:24, 70:2, 70:12, 70:14, 70:24, 71:3, 71:16
**member** [9] - 1:5, 1:6, 9:13, 103:15, 104:2, 104:4, 104:18, 112:8, 112:18
**members** [9] - 74:24, 75:11, 75:17, 85:11, 90:22, 103:13, 110:23, 112:11, 116:14
**membership** [3] - 85:12, 86:5, 106:5
**memories** [1] - 63:24
**memory** [9] - 35:25, 36:3, 36:21, 36:24, 63:7, 63:13, 63:19, 63:22, 64:3
**memos** [1] - 103:19
**mention** [1] - 28:18
**mentioned** [4] - 28:15, 28:20, 98:12, 122:6
**Merchant** [1] - 118:11
**merchant's** [1] - 118:13
**MERCKLING** [1] - 1:14
**Merckling** [5] - 131:14, 131:17, 131:24, 158:12, 158:23
**met** [6] - 11:9, 88:2, 88:16, 88:22, 131:18, 132:2
**MICHAEL** [1] - 1:14
**might** [2] - 21:3, 93:10
**million** [1] - 142:4
**millions** [1] - 152:10
**MILMAN** [1] - 3:3
**mind** [2] - 40:8, 52:9
**mine** [2] - 97:20, 147:4
**Mineola** [1] - 2:24
**minute** [2] - 98:25, 136:10
**minutes** [3] - 74:4,

99:13, 99:14
**misunderstood** [1] - 48:7
**models** [2] - 77:19, 77:24
**Moffett** [1] - 2:23
**moment** [3] - 41:4, 51:5, 58:9
**money** [107] - 47:8, 47:13, 53:2, 53:10, 53:12, 54:7, 54:9, 54:11, 54:17, 55:5, 55:14, 55:17, 55:18, 56:9, 59:13, 61:12, 62:22, 62:23, 62:25, 63:14, 63:17, 63:25, 66:21, 67:10, 67:17, 67:19, 68:8, 68:10, 82:19, 95:15, 95:17, 119:6, 119:7, 119:9, 119:15, 119:22, 119:25, 120:14, 120:17, 120:23, 121:8, 121:19, 121:23, 122:5, 122:12, 122:21, 123:18, 123:23, 124:5, 124:12, 125:19, 125:23, 126:8, 126:15, 127:3, 128:2, 128:7, 130:24, 133:6, 133:11, 133:14, 133:15, 133:18, 134:5, 134:12, 134:18, 134:19, 134:23, 135:3, 135:13, 135:18, 136:8, 137:16, 137:19, 138:2, 138:7, 138:10, 138:16, 139:8, 141:4, 141:5, 144:13, 145:25, 146:3, 147:25, 148:4, 148:5, 148:8, 148:11, 148:15, 148:18, 149:5, 149:9, 152:2, 152:6, 152:12, 155:8, 155:13, 155:17, 155:21, 156:4, 157:17, 157:20, 158:2, 158:16, 158:19
**monitoring** [2] - 61:6, 152:15
**Montauk** [1] - 13:10
**month** [1] - 43:8
**months** [1] - 43:7

**morning** [4] - 7:18, 7:20, 68:15, 123:15
**most** [3] - 11:20, 16:23, 81:4
**MOTOR** [2] - 1:4, 1:6
**Motor** [5] - 3:9, 24:3, 106:25, 118:13, 129:18
**Motors** [29] - 11:19, 12:22, 15:8, 15:24, 23:14, 23:17, 23:23, 24:7, 24:13, 24:21, 24:25, 25:19, 25:21, 25:25, 29:7, 30:5, 30:10, 30:15, 30:23, 32:2, 35:2, 41:14, 52:5, 56:4, 57:12, 58:6, 72:8, 87:18, 151:4
**MOTORS** [7] - 1:3, 1:15, 1:16, 1:17, 1:17, 3:4
**moved** [5] - 70:20, 122:14, 122:24, 123:2, 125:10
**moving** [1] - 131:12
**MR** [84] - 7:17, 16:10, 18:23, 18:25, 19:7, 21:25, 22:6, 22:8, 22:14, 23:8, 23:10, 23:19, 24:10, 24:11, 24:22, 25:14, 26:8, 27:5, 40:10, 40:11, 40:17, 43:19, 43:22, 48:2, 48:3, 48:6, 48:10, 48:13, 48:25, 49:4, 49:7, 49:12, 49:17, 49:24, 50:2, 50:3, 50:5, 50:8, 50:11, 50:15, 50:17, 50:19, 50:25, 51:3, 51:11, 51:13, 51:16, 51:20, 53:4, 53:6, 54:3, 54:19, 57:18, 57:23, 68:21, 68:25, 69:6, 73:10, 73:12, 73:22, 94:12, 94:18, 98:24, 99:7, 99:10, 102:24, 103:4, 104:5, 104:14, 131:5, 136:13, 140:2, 140:17, 144:5, 147:19, 148:21, 149:13, 149:15, 150:13, 150:16, 150:22, 154:3, 159:20, 159:25
**MS** [41] - 53:25, 57:15, 57:21, 73:24, 74:9,

92:18, 94:15, 94:19, 98:18, 99:4, 99:8, 106:12, 106:18, 106:21, 112:9, 113:4, 113:13, 113:18, 113:25, 114:6, 114:12, 114:16, 114:21, 115:24, 116:18, 117:2, 117:11, 131:9, 131:20, 136:18, 140:5, 140:22, 142:14, 145:16, 147:22, 148:24, 149:11, 149:17, 150:18, 159:22, 159:23

## N

**name** [45] - 7:9, 7:19, 11:25, 13:25, 22:12, 23:6, 23:24, 31:5, 46:15, 47:16, 47:18, 47:21, 48:18, 48:19, 48:21, 52:3, 52:4, 52:6, 52:7, 52:11, 54:13, 55:20, 55:21, 55:25, 56:3, 56:6, 56:7, 56:9, 69:23, 71:25, 74:10, 75:20, 79:9, 98:13, 102:9, 102:13, 118:11, 118:13, 129:23, 130:10, 131:19, 143:7, 145:7, 145:11, 147:4
**named** [2] - 10:15, 143:9
**narrow** [1] - 15:14
**NASSAU** [1] - 163:5
**Nassau** [1] - 9:4
**nature** [2] - 77:12, 95:25
**necessary** [1] - 48:11
**need** [6] - 8:11, 38:9, 82:10, 103:4, 103:8, 143:14
**needed** [4] - 82:7, 83:15, 84:12, 86:14
**neighborhood** [1] - 77:3
**never** [13] - 21:7, 27:18, 29:6, 38:20, 44:10, 70:12, 129:2, 129:13, 141:20, 153:2, 153:5, 156:2, 156:5
**New** [16] - 2:6, 2:24, 3:6, 3:14, 3:18, 4:5,

7:14, 12:22, 13:6, 13:7, 13:13, 86:13, 87:18, 161:21, 163:8
**NEW** [3] - 1:2, 161:4, 163:3
**new** [2] - 77:15, 96:23
**next** [15] - 1:22, 41:2, 51:2, 71:12, 105:8, 105:20, 114:13, 114:18, 115:22, 116:16, 122:3, 124:16, 126:13, 130:8, 133:9
**Nissan** [19] - 10:7, 10:12, 14:7, 14:9, 14:14, 14:20, 22:18, 32:4, 56:8, 68:3, 68:9, 68:11, 68:13, 68:17, 69:9, 69:18, 69:21, 84:9, 96:25
**Nissan's** [2] - 21:14, 56:9
**none** [1] - 129:7
**normal** [1] - 31:14
**Northshore** [169] - 3:9, 12:22, 15:7, 15:24, 17:15, 17:19, 18:3, 18:15, 18:21, 19:11, 19:23, 21:7, 21:22, 23:14, 23:17, 23:22, 24:3, 24:7, 24:13, 24:21, 24:25, 25:19, 25:20, 25:24, 28:24, 29:5, 29:7, 29:11, 29:20, 29:24, 30:5, 30:9, 30:12, 30:15, 30:23, 31:8, 31:18, 31:22, 32:2, 32:5, 34:10, 34:15, 35:2, 35:7, 35:10, 35:13, 35:18, 37:4, 38:4, 38:11, 41:13, 47:10, 47:16, 47:17, 47:19, 48:16, 52:5, 53:11, 53:15, 54:4, 54:5, 54:13, 55:19, 56:4, 56:6, 57:2, 57:12, 58:5, 58:15, 59:18, 60:10, 61:7, 61:11, 64:13, 64:14, 65:6, 66:10, 66:18, 66:21, 66:24, 68:19, 70:13, 70:15, 71:4, 71:7, 71:18, 72:2, 72:8, 73:7, 73:15, 74:23, 74:24, 75:3, 75:6, 75:12, 76:8, 76:19, 77:13, 78:3, 78:8, 78:17, 82:25, 83:25, 84:5, 84:12, 84:21,

87:8, 87:15, 89:4, 89:7, 90:10, 90:11, 90:20, 90:22, 90:25, 92:6, 92:10, 94:5, 94:6, 97:3, 97:5, 97:13, 97:15, 98:2, 101:5, 103:14, 103:21, 104:2, 105:4, 105:18, 106:6, 106:10, 106:25, 107:5, 108:6, 109:12, 110:4, 110:13, 112:5, 116:4, 118:13, 118:21, 129:5, 129:18, 130:6, 130:13, 132:7, 136:6, 137:12, 145:10, 145:12, 145:15, 145:24, 145:25, 146:2, 146:16, 147:14, 147:17, 149:21, 150:9, 151:3, 154:12, 154:17, 155:3, 155:9, 155:14, 156:5, 156:8, 162:9
**NORTHSHORE** [2] - 1:4, 1:5
**Northshore's** [4] - 48:17, 55:20, 90:21, 147:4
**Notary** [4] - 2:5, 7:4, 161:21, 163:7
**note** [3] - 21:25, 27:5, 49:4
**nothing** [2] - 119:20, 122:7
**Nothing** [1] - 123:25
**notice** [1] - 147:20
**noticed** [1] - 147:21
**notified** [1] - 159:6
**November** [7] - 35:24, 36:11, 36:23, 54:6, 66:18, 66:25, 130:3
**number** [7] - 23:17, 24:13, 24:16, 24:17, 24:19, 107:15, 129:20
**numbers** [2] - 114:5, 136:19
**NYC** [1] - 1:14

## O

**O'Sullivan** [3] - 83:20, 101:7, 101:11
**oath** [5] - 5:17, 6:12, 53:9, 156:15, 161:9

**Objection** [4] - 43:22, 54:19, 104:5, 154:3
**objection** [15] - 16:10, 18:25, 22:2, 22:14, 23:8, 24:22, 25:14, 27:6, 49:5, 49:13, 49:19, 49:20, 68:21, 73:10, 145:19
**objections** [4] - 5:9, 6:19, 50:4, 51:15
**observed** [1] - 30:16
**obtained** [16] - 23:16, 24:12, 47:8, 47:10, 48:15, 53:14, 53:22, 54:5, 54:7, 54:9, 54:12, 54:13, 54:24, 55:3, 55:5, 55:13
**occasion** [6] - 26:15, 26:19, 26:24, 59:8, 62:21, 152:21
**occasionally** [1] - 97:17
**occasions** [1] - 16:12
**occur** [1] - 78:5
**occurred** [3] - 127:23, 133:2, 133:9
**OF** [10] - 1:2, 1:15, 1:15, 1:16, 1:17, 161:4, 161:5, 163:3, 163:5
**office** [11] - 14:17, 14:19, 14:21, 14:23, 30:19, 71:10, 78:23, 79:2, 79:20, 84:6, 97:19
**officer** [1] - 5:16
**often** [2] - 60:25, 82:18
**Old** [1] - 2:23
**once** [3] - 23:24, 131:19, 132:2
**one** [43] - 11:20, 11:23, 21:21, 28:25, 30:23, 31:4, 32:14, 33:6, 33:8, 39:6, 39:22, 48:14, 53:14, 54:9, 65:11, 66:13, 66:15, 69:20, 71:10, 72:3, 78:18, 80:20, 80:24, 82:25, 83:2, 83:8, 83:11, 106:5, 106:10, 119:12, 119:15, 126:7, 128:19, 128:21, 128:22, 129:21, 136:22, 139:17, 149:16, 149:18, 151:13, 154:25, 158:16
**ones** [3] - 12:25,

61:22, 77:10
**online** [2] - 120:19, 120:24
**oOo** [1] - 5:21
**open** [10] - 12:8, 13:12, 24:18, 40:19, 42:22, 72:9, 72:15, 72:19, 73:16, 86:24
**opened** [7] - 21:3, 22:16, 22:25, 24:19, 42:20, 46:9, 78:6
**opens** [2] - 21:22, 22:9
**operate** [1] - 89:8
**operated** [1] - 151:4
**operating** [7] - 82:23, 83:2, 83:9, 83:11, 95:23, 95:24, 130:18
**operation** [6] - 29:11, 66:5, 66:10, 89:15, 89:18, 96:22
**operations** [10] - 76:19, 78:9, 80:2, 83:18, 93:25, 94:17, 94:20, 95:10, 95:18, 153:15
**operator** [3] - 18:9, 18:10, 87:10
**opposed** [1] - 63:15
**orally** [1] - 103:19
**order** [2] - 137:16, 141:6
**ordering** [2] - 10:12, 160:2
**original** [2] - 75:23, 143:17
**originally** [1] - 38:18
**originals** [1] - 75:22
**outcome** [1] - 163:18
**Outlet** [2] - 12:7, 26:13
**outside** [2] - 95:11, 145:6
**oversaw** [1] - 79:25
**oversee** [3] - 18:9, 79:19, 79:22
**overseeing** [1] - 155:18
**Ovington** [1] - 4:4
**owed** [9] - 134:18, 134:23, 135:2, 135:4, 135:19, 135:21, 137:19, 138:25, 139:8
**own** [4] - 25:5, 34:20, 47:11, 56:2
**owned** [3] - 23:13, 25:9, 34:3
**owner** [18] - 12:21, 13:2, 21:2, 21:4, 21:7, 21:10, 21:11,

21:15, 21:23, 22:13, 22:17, 23:6, 33:15, 58:15, 72:22, 73:20, 75:25, 86:4
**owner/guarantor** [1] - 129:20
**owners** [3] - 85:4, 85:21, 93:18
**ownership** [4] - 14:9, 45:22, 58:22, 85:18
**owning** [6] - 21:12, 21:20, 22:3, 58:10, 64:14, 104:25
**owns** [2] - 22:11, 23:5

## P

**p.m** [2] - 1:21, 160:3
**packages** [1] - 95:4
**PAGE** [2] - 162:3, 162:8
**page** [11] - 1:22, 41:9, 57:11, 58:4, 58:9, 98:21, 101:24, 129:16, 130:8, 131:12, 146:15
**pages** [3] - 41:2, 44:18
**paid** [13] - 25:12, 25:14, 25:24, 134:18, 135:7, 135:8, 135:10, 135:22, 138:3, 138:5, 139:24, 139:25, 140:8
**paperwork** [1] - 82:3
**paragraph** [3] - 84:20, 90:19, 91:2
**part** [9] - 16:23, 41:22, 58:10, 91:9, 98:8, 105:6, 107:14, 109:4, 113:20
**partial** [2] - 12:21, 13:2
**partially** [1] - 34:3
**participating** [1] - 6:5
**participation** [1] - 112:13
**particular** [3] - 25:18, 36:4, 70:15
**parties** [3] - 5:4, 6:17, 163:16
**partner** [22] - 11:12, 12:14, 12:16, 12:18, 13:5, 18:17, 18:19, 28:23, 31:14, 31:17, 32:4, 32:6, 32:8, 32:11, 32:14, 38:5, 75:23, 99:6, 100:2, 103:22, 151:25, 152:23

**partner's** [1] - 41:17
**PARTNERS** [1] - 1:18
**partners** [18] - 11:15, 11:16, 12:6, 17:11, 17:14, 28:25, 31:22, 37:18, 42:2, 62:2, 63:5, 63:14, 63:25, 66:4, 66:9, 85:11, 104:25, 152:6
**partnership** [6] - 32:10, 32:15, 58:11, 101:25, 102:6, 102:17
**parts** [2] - 69:3, 96:23
**passed** [3] - 100:6, 112:25, 158:8
**passing** [3] - 71:20, 71:24, 85:18
**past** [1] - 11:17
**pay** [10] - 65:4, 65:10, 65:19, 69:15, 135:11, 135:14, 136:22, 136:24, 138:6, 139:10
**paying** [9] - 137:3, 137:6, 137:13, 138:19, 139:3, 139:11, 139:14, 139:21, 141:3
**payment** [1] - 27:17
**payments** [3] - 25:17, 25:22, 25:24
**payoff** [2] - 138:17, 151:18
**payoffs** [10] - 134:24, 135:4, 135:6, 135:21, 135:23, 135:25, 136:7, 136:15, 137:17
**payouts** [1] - 135:13
**payroll** [3] - 83:4, 83:6, 132:14
**PDF's** [1] - 40:16
**PELLICANE** [1] - 163:24
**Pellicane** [3] - 2:5, 163:7, 163:23
**penalty** [1] - 6:16
**Pennsylvania** [1] - 3:22
**people** [4] - 22:24, 30:10, 30:20, 69:20
**percent** [23] - 58:11, 58:15, 79:14, 85:22, 85:25, 104:25, 105:3, 105:12, 105:17, 106:5, 106:10, 109:25, 110:4, 111:2, 111:8, 111:21, 113:21,

114:9, 114:24, 116:21, 116:23, 130:5, 138:13
**period** [3] - 37:2, 84:3, 84:4
**perjury** [1] - 6:16
**permitted** [2] - 91:4, 117:7
**person** [7] - 6:13, 22:9, 22:11, 22:25, 23:5, 29:2, 61:16
**person's** [1] - 47:20
**personal** [16] - 33:17, 33:19, 34:2, 34:4, 34:16, 36:6, 49:2, 49:10, 49:21, 51:7, 51:18, 51:21, 51:24, 52:17, 52:22, 54:15
**personally** [14] - 45:8, 46:16, 47:12, 48:5, 49:22, 50:6, 50:21, 52:3, 52:4, 54:24, 55:3, 55:10, 145:4, 146:10
**perspective** [1] - 79:6
**Phalen** [4] - 32:22, 75:19, 114:4, 114:9
**Philadelphia** [1] - 3:22
**phone** [8] - 120:6, 120:8, 120:10, 122:8, 122:9, 122:17, 123:15, 128:20
**physically** [1] - 6:7
**place** [4] - 37:18, 71:11, 151:14, 159:4
**plaintiff** [1] - 143:9
**Plaintiff's** [1] - 143:3
**Plaintiffs** [3] - 1:11, 3:4, 3:9
**plan** [16] - 31:6, 81:11, 81:13, 81:14, 81:15, 81:17, 81:20, 82:6, 94:7, 94:9, 94:22, 94:23, 138:24, 139:5, 151:12, 151:18
**planning** [2] - 82:4, 95:20
**plans** [7] - 30:18, 30:24, 31:5, 31:8, 136:19, 154:12, 154:18
**platform** [1] - 6:4
**PLLC** [1] - 3:3
**plug** [1] - 98:22
**plus** [1] - 52:25
**pocket** [2] - 135:9, 142:7
**point** [8] - 19:4, 46:18,

77:25, 84:17, 126:7, 140:18, 153:11, 154:25
**porters** [1] - 78:19
**position** [1] - 97:22
**positions** [1] - 101:12
**positive** [4] - 65:4, 65:10, 65:19, 69:14
**possible** [1] - 25:11
**practice** [1] - 9:14
**preliminary** [2] - 7:21, 68:2
**PREMIER** [1] - 1:17
**preowned** [4] - 11:17, 77:16, 77:18, 77:23
**preparation** [2] - 40:4, 112:13
**prepare** [3] - 39:15, 39:18, 74:13
**prepared** [4] - 99:18, 99:24, 112:22, 113:15
**preparing** [1] - 100:15
**PRESENT** [1] - 4:9
**present** [1] - 6:7
**pretty** [7] - 16:21, 61:2, 97:8, 121:14, 128:5, 142:22, 152:18
**previous** [1] - 115:15
**previously** [1] - 90:7
**Pro** [1] - 3:17
**problem** [4] - 36:9, 54:10, 54:17, 57:5
**problems** [1] - 36:9
**proceeds** [2] - 142:12, 142:16
**professional** [5] - 9:7, 9:16, 9:19, 9:21, 10:2
**progressed** [1] - 121:24
**provide** [1] - 100:23
**provided** [2] - 94:6, 112:18
**provides** [1] - 100:14
**providing** [2] - 95:15, 95:17
**public** [1] - 107:3
**Public** [4] - 2:5, 7:4, 161:21, 163:8
**purchase** [10] - 13:25, 26:21, 27:3, 27:11, 27:14, 27:16, 81:9, 81:20, 82:20, 83:16
**purchased** [1] - 82:14
**purchases** [1] - 94:16
**purpose** [2] - 60:18, 123:12
**purposes** [9] - 74:25,

77:11, 83:17, 100:15, 100:25, 102:7, 103:25, 104:19, 109:17
**pursuant** [1] - 109:2
**put** [24] - 20:9, 20:10, 20:16, 20:19, 20:21, 49:13, 49:18, 56:8, 67:23, 68:8, 68:10, 68:13, 79:5, 80:13, 123:18, 133:19, 133:25, 134:5, 134:9, 134:15, 145:17, 148:4, 151:13, 157:18
**putting** [1] - 18:22

## Q

**questioned** [2] - 155:25, 157:15
**questions** [14] - 7:21, 7:24, 8:4, 8:12, 26:6, 73:11, 73:23, 73:25, 113:12, 149:14, 150:14, 150:17, 150:19, 159:21
**quick** [1] - 140:17
**quite** [3] - 15:11, 15:13, 70:19
**quote** [1] - 155:7
**quotes** [1] - 40:2

## R

**R-A-H-M-A-N** [1] - 105:21
**Rahman** [4] - 105:21, 105:22, 106:4, 106:9
**raised** [2] - 144:9, 144:15
**ran** [1] - 32:18
**Ray** [9] - 32:19, 32:20, 65:21, 75:19, 76:25, 77:6, 77:8, 77:9, 85:5
**Raymond** [1] - 32:22
**read** [17] - 39:20, 39:25, 40:3, 41:9, 48:8, 56:14, 56:16, 56:17, 69:4, 90:25, 103:5, 129:8, 129:23, 130:7, 144:3, 146:24, 161:8
**reading** [2] - 90:20, 92:9
**ready** [1] - 51:2
**really** [11] - 27:18, 32:16, 49:22, 76:13, 76:25, 79:5, 98:5,

98:7, 98:8, 126:17, 147:8
**REALTY** [1] - 1:9
**Realty** [1] - 3:12
**reason** [13] - 8:6, 20:18, 20:25, 25:3, 25:7, 68:7, 73:17, 73:18, 149:23, 150:5, 152:23, 153:2, 154:6
**receipts** [5] - 117:14, 117:17, 118:5, 128:25, 162:14
**receive** [12] - 32:24, 33:6, 33:8, 34:25, 35:6, 35:9, 35:13, 35:16, 44:12, 45:2, 115:18, 149:4
**received** [7] - 27:7, 27:10, 27:13, 33:4, 33:10, 45:4, 148:23
**receiving** [7] - 44:19, 72:10, 72:16, 72:18, 73:7, 73:15, 114:25
**recollection** [1] - 110:18
**record** [15] - 6:22, 7:9, 23:20, 49:19, 94:12, 113:5, 113:6, 131:10, 131:11, 140:18, 145:17, 159:24, 161:11, 161:13, 163:13
**recoup** [1] - 144:12
**redact** [1] - 106:24
**redacted** [1] - 114:4
**refer** [2] - 23:22, 75:3
**reference** [1] - 89:18
**referred** [2] - 89:14, 90:6
**referring** [2] - 95:10, 131:2
**refresh** [4] - 35:24, 36:3, 36:21, 36:24
**regard** [5] - 41:13, 76:10, 84:14, 85:2, 117:5
**regarding** [5] - 29:5, 59:4, 103:21, 128:2, 133:10
**related** [4] - 10:18, 10:21, 73:8, 163:16
**relating** [2] - 10:4, 26:21
**relationships** [1] - 88:14
**relief** [1] - 146:7
**remain** [1] - 101:12
**remember** [17] - 17:9, 33:3, 33:12, 34:16,

38:5, 41:15, 44:19, 73:6, 88:9, 98:13, 101:15, 109:24, 149:19, 153:3, 155:10, 155:11, 157:25
**remotely** [1] - 6:10
**rental** [1] - 95:12
**repeat** [6] - 26:23, 39:2, 88:20, 134:22, 150:4, 157:3
**rephrase** [3] - 8:9, 19:5, 22:7
**report** [7] - 92:17, 92:19, 92:22, 93:6, 93:9, 93:24, 96:4
**reported** [6] - 92:21, 92:22, 93:3, 93:10, 93:13, 130:5
**REPORTER** [3] - 6:2, 7:8, 7:11
**Reporting** [1] - 2:23
**reporting** [6] - 6:9, 90:24, 92:4, 92:8, 92:12, 92:13
**reports** [2] - 93:17, 116:23
**represent** [3] - 28:8, 45:13, 74:11
**representative** [6] - 102:2, 102:7, 102:17, 103:23, 104:3, 104:4
**represented** [1] - 41:12
**request** [1] - 33:10
**requested** [1] - 147:7
**required** [3] - 92:16, 93:16, 93:22
**reserved** [1] - 5:11
**respect** [9] - 76:8, 76:24, 78:8, 86:8, 87:7, 97:12, 97:14, 97:22, 145:22
**respective** [1] - 5:4
**responsibilities** [15] - 76:9, 76:23, 77:7, 78:7, 80:21, 80:25, 87:6, 90:17, 97:12, 97:14, 97:22, 100:22, 100:23, 117:6
**responsibility** [4] - 76:18, 86:8, 139:23, 140:7
**responsible** [1] - 139:18
**return** [18] - 57:13, 58:5, 72:12, 99:5, 99:12, 101:17,

101:23, 102:8, 105:9, 106:9, 109:22, 110:3, 110:9, 110:13, 110:24, 111:6, 113:9, 113:11
**returns** [34] - 33:14, 33:18, 33:20, 33:21, 33:24, 34:2, 34:4, 34:16, 57:2, 57:6, 57:9, 58:23, 73:9, 73:20, 99:17, 99:24, 100:5, 100:16, 100:25, 104:23, 110:19, 112:14, 112:22, 113:2, 130:4, 149:20, 150:2, 150:8, 153:7, 153:13, 153:18, 153:22, 154:2, 154:8
**review** [4] - 33:11, 41:2, 63:9, 113:2
**reviewed** [2] - 74:18, 147:9
**reviewing** [1] - 100:5
**reviews** [3] - 99:18, 99:23, 112:21
**Rich** [1] - 2:23
**Ridge** [2] - 7:13, 115:12
**Road** [4] - 2:23, 7:14, 15:3, 115:12
**ROBERT** [2] - 1:4, 3:5
**role** [2] - 86:7, 97:20
**roles** [4] - 16:7, 97:11, 97:13, 97:21
**RONNENBERG** [4] - 4:5, 106:18, 150:18, 159:23
**room** [1] - 6:8
**ROSLYN** [1] - 1:17
**roughly** [3] - 42:21, 46:10, 46:13
**ROUTE** [1] - 1:9
**Route** [1] - 3:12
**rshanks@cszlaw. com** [1] - 3:15
**run** [2] - 32:16, 74:4
**running** [1] - 83:17
**runs** [2] - 125:10, 154:25
**Russell** [6] - 18:24, 51:14, 68:24, 73:13, 106:16, 147:24
**RUSSELL** [1] - 3:15

## S

**sake** [1] - 8:18
**sale** [5] - 117:13,

117:16, 118:5, 128:24, 162:13
**sales** [3] - 77:14, 79:22, 83:4
**SALES** [2] - 1:3, 3:4
**Sara** [1] - 20:21
**SARAH** [1] - 1:13
**Sarah** [8] - 20:19, 44:23, 45:14, 62:4, 105:21, 105:22, 106:4, 106:9
**sat** [1] - 96:15
**saw** [11] - 43:4, 43:5, 111:12, 118:25, 129:2, 129:13, 143:10, 143:19, 144:2, 150:6, 153:23
**schedule** [4] - 104:23, 104:24, 105:2, 113:20
**School** [1] - 8:22
**school** [2] - 8:21, 51:17
**screen** [8] - 40:5, 40:16, 40:18, 56:11, 58:8, 80:22, 114:22, 146:14
**screens** [1] - 153:19
**scroll** [8] - 113:25, 114:6, 114:12, 114:16, 114:21, 115:24, 116:18, 117:21
**Se** [1] - 3:17
**sealing** [1] - 5:5
**second** [4] - 80:23, 121:11, 123:7, 123:8
**section** [1] - 105:11
**security** [6] - 59:21, 59:24, 65:9, 68:18, 69:9, 69:11
**Security** [1] - 114:5
**see** [43] - 38:25, 39:6, 39:10, 40:5, 40:6, 40:12, 40:15, 40:22, 42:5, 42:13, 50:22, 56:10, 56:18, 56:20, 56:22, 56:24, 57:13, 58:2, 58:6, 58:8, 58:12, 58:14, 68:14, 96:14, 99:5, 99:7, 102:3, 105:13, 105:14, 105:15, 106:6, 113:15, 114:10, 118:6, 128:15, 129:17, 130:22, 132:17, 142:25, 143:6, 143:12, 146:18, 153:19

**seeing** [3] - 33:12, 131:7, 143:16
**seeking** [1] - 145:2
**sell** [3] - 13:22, 38:19, 136:20
**selling** [5] - 28:12, 38:17, 78:11, 91:23, 97:5
**send** [2] - 82:7, 82:8
**sending** [1] - 82:3
**senior** [1] - 28:23
**sent** [1] - 39:22
**sentence** [1] - 39:9
**separate** [3] - 92:24, 95:3, 95:6
**September** [1] - 44:13
**served** [1] - 45:6
**service** [1] - 96:24
**set** [2] - 163:11, 163:21
**seven** [1] - 70:21
**shakes** [1] - 8:13
**shall** [2] - 5:11, 50:23
**SHANKS** [49] - 3:8, 3:15, 16:10, 18:25, 21:25, 22:8, 22:14, 23:8, 23:19, 24:10, 24:22, 25:14, 27:5, 40:11, 40:17, 43:22, 48:2, 48:6, 48:13, 49:4, 49:12, 49:17, 50:2, 50:5, 50:11, 50:17, 51:3, 51:11, 51:16, 53:4, 54:19, 68:21, 68:25, 73:10, 94:12, 94:18, 99:7, 102:24, 103:4, 104:5, 104:14, 131:5, 136:13, 140:2, 144:5, 147:19, 148:21, 149:13, 154:3
**short** [4] - 23:23, 74:5, 99:2, 131:22
**show** [4] - 108:15, 114:23, 142:24, 143:14
**showed** [12] - 30:9, 30:14, 58:4, 72:11, 73:9, 109:23, 110:13, 119:4, 143:20, 149:20, 149:24, 153:20
**showing** [2] - 57:25, 105:11
**shown** [1] - 104:21
**shows** [3] - 110:25, 114:8, 116:20
**sign** [9] - 19:18, 30:10, 30:13, 62:9, 62:13,

76:10, 83:22, 83:23, 86:14
**signatory** [1] - 21:16
**signature** [6] - 107:17, 107:18, 109:5, 109:6, 130:22, 131:6
**signatures** [2] - 61:13, 129:17
**Signed** [1] - 161:19
**signed** [15] - 5:15, 5:18, 16:15, 17:5, 27:25, 61:17, 61:22, 62:2, 62:5, 76:11, 76:14, 77:2, 86:14, 108:5, 109:16
**signer** [8] - 19:24, 20:2, 20:4, 22:21, 22:22, 62:7, 80:17, 80:19
**signers** [3] - 86:19, 86:22, 86:25
**signing** [2] - 16:17, 62:18
**silence** [1] - 145:18
**six** [2] - 107:14, 109:4
**slash** [1] - 71:9
**slow** [1] - 135:17
**slowly** [1] - 117:22
**small** [1] - 118:7
**SMITHTOWN** [1] - 1:17
**Social** [1] - 114:5
**sold** [4] - 139:10, 139:13, 140:8, 151:19
**someone** [10] - 10:15, 40:8, 45:9, 47:23, 48:4, 69:23, 78:21, 98:21, 145:7, 154:16
**sometimes** [1] - 82:16
**somewhere** [1] - 88:7
**sorry** [30] - 13:18, 25:6, 36:16, 39:2, 40:21, 48:6, 64:17, 73:12, 77:17, 80:22, 81:12, 85:17, 88:20, 91:7, 99:21, 103:2, 108:13, 110:7, 111:17, 112:7, 119:19, 124:7, 131:20, 133:8, 134:20, 135:6, 135:15, 138:8, 140:5, 150:4
**Sorry** [1] - 135:17
**sounded** [1] - 39:9
**sounds** [1] - 90:3
**source** [3] - 94:10, 140:24, 142:8
**sources** [1] - 95:8

**speaking** [4] - 8:17, 50:4, 51:15, 140:3
**specific** [6] - 63:11, 63:13, 63:19, 63:21, 63:23, 64:3
**specificity** [1] - 29:17
**spent** [1] - 142:4
**ss** [2] - 161:4, 163:4
**stamp** [1] - 101:18
**stamped** [1] - 129:15
**stands** [2] - 89:24, 89:25
**state** [1] - 7:8
**STATE** [2] - 161:4, 163:3
**State** [3] - 2:6, 161:21, 163:8
**STATES** [1] - 1:2
**stealing** [1] - 156:17
**stenographer** [1] - 8:12
**stenographer's** [1] - 8:18
**still** [14] - 12:8, 13:5, 13:15, 14:12, 18:9, 34:20, 42:24, 70:5, 72:9, 72:15, 72:19, 73:16, 157:13, 157:14
**STIPULATED** [3] - 5:2, 5:8, 5:13
**stipulated** [1] - 6:23
**stockholder** [1] - 68:3
**stop** [4] - 50:15, 72:18, 86:11, 131:5
**stopped** [2] - 73:7, 73:14
**stopping** [1] - 29:19
**store** [4] - 12:2, 86:12, 156:13, 158:10
**stores** [10] - 38:3, 38:8, 86:10, 125:10, 155:2, 156:13, 157:23, 158:14, 159:5, 159:14
**stream** [1] - 41:3
**Street** [2] - 3:12, 3:22
**STREET** [1] - 1:9
**street** [4] - 81:7, 82:15, 82:17, 82:20
**strike** [4] - 92:18, 112:9, 119:20, 142:14
**stuff** [4] - 10:11, 10:12, 134:24, 135:5
**submit** [1] - 91:14
**submitted** [2] - 108:5, 109:17
**subscribed** [1] - 161:19

**Success** [1] - 3:6
**sued** [1] - 44:23
**suggest** [2] - 35:22, 38:16
**suing** [2] - 46:20, 46:25
**Suite** [4] - 2:23, 3:5, 3:14, 3:22
**sum** [1] - 157:20
**sums** [1] - 156:2
**Sunrise** [94] - 3:9, 3:18, 12:7, 12:11, 16:4, 26:7, 26:12, 26:13, 26:22, 27:3, 27:12, 27:14, 27:16, 28:12, 28:24, 29:5, 32:7, 32:25, 33:15, 33:22, 34:2, 34:5, 34:15, 36:22, 37:4, 38:6, 38:10, 41:14, 57:3, 59:19, 60:9, 60:10, 65:20, 66:5, 66:24, 68:18, 70:13, 71:22, 72:15, 75:18, 76:24, 77:22, 84:14, 84:21, 85:2, 85:19, 85:23, 86:4, 86:15, 86:20, 86:25, 87:7, 87:16, 89:7, 90:12, 90:23, 90:25, 92:6, 92:11, 94:21, 95:8, 97:23, 98:16, 101:9, 104:19, 108:18, 109:3, 110:9, 110:20, 110:23, 110:24, 111:7, 111:13, 111:22, 111:25, 112:12, 112:14, 113:9, 116:21, 116:24, 128:11, 128:17, 130:13, 130:25, 132:9, 134:8, 146:16, 149:21, 150:9, 151:4, 151:8, 154:13, 154:22, 162:11
**SUNRISE** [3] - 1:4, 1:7, 1:15
**Sunrise's** [3] - 90:21, 133:7, 148:2
**SUPERB** [2] - 1:3, 3:4
**supervise** [1] - 96:12
**supervised** [1] - 96:5
**supervises** [1] - 96:11
**supposed** [1] - 138:12
**surprised** [1] - 51:10
**Susan** [1] - 74:10
**SUSAN** [1] - 3:23
**sverbonitz@**

**weirlawllp.com** [1] - 3:23
**swearing** [1] - 6:20
**sworn** [4] - 5:15, 5:18, 7:3, 163:12
**SYOSSET** [1] - 1:15
**system** [9] - 60:5, 60:15, 60:19, 60:23, 64:22, 64:25, 65:4, 69:13, 69:18

**T**

**tax** [61] - 24:18, 33:14, 33:17, 33:19, 33:21, 33:23, 34:2, 34:4, 34:16, 57:2, 57:6, 57:9, 58:23, 72:11, 73:9, 73:20, 83:4, 99:17, 99:24, 100:5, 100:16, 100:25, 101:17, 101:23, 102:8, 104:3, 104:18, 104:23, 105:8, 106:8, 106:23, 107:5, 107:11, 108:5, 108:18, 108:23, 109:12, 109:15, 109:22, 110:2, 110:9, 110:12, 110:19, 110:24, 111:6, 111:25, 112:14, 112:22, 113:2, 113:9, 130:4, 149:20, 150:2, 150:8, 153:7, 153:13, 153:18, 153:22, 162:9, 162:11
**taxing** [3] - 103:25, 104:18, 109:17
**taxpayer's** [1] - 107:14
**TD** [1] - 22:17
**TEAM** [2] - 1:3, 3:4
**technical** [1] - 95:13
**ten** [9] - 15:15, 15:16, 42:23, 46:10, 46:13, 70:11, 70:17, 78:19, 121:11
**ten-second** [1] - 121:11
**tenth** [1] - 146:15
**term** [6] - 27:6, 28:23, 32:11, 89:19, 89:22, 136:14
**terms** [1] - 27:21
**testified** [7] - 7:5, 19:3, 19:9, 30:25, 110:22, 145:24,

151:24
**testifying** [2] - 85:3, 156:15
**testimony** [7] - 6:15, 19:2, 109:2, 152:17, 161:9, 161:12, 163:14
**texting** [3] - 64:24, 65:15, 69:17
**THE** [10] - 6:2, 7:8, 7:10, 7:11, 7:13, 40:14, 40:20, 49:14, 68:24, 103:7
**thefts** [1] - 159:4
**therefore** [3] - 48:23, 52:8, 153:25
**Third** [6] - 143:3, 143:10, 143:15, 143:23, 144:19, 146:13
**third** [8] - 101:24, 114:18, 124:23, 125:3, 125:12, 126:4, 126:7, 126:9
**Thomas** [2] - 46:15, 56:19
**THOMAS** [1] - 1:14
**Thomasson** [16] - 7:19, 23:19, 40:13, 49:18, 51:12, 56:5, 138:9, 138:11, 141:24, 142:18, 148:12, 148:16, 148:23, 149:2, 149:5, 162:4
**THOMASSON** [36] - 1:13, 3:17, 7:17, 18:23, 19:7, 22:6, 23:10, 24:11, 26:8, 40:10, 43:19, 48:3, 48:10, 48:25, 49:7, 49:24, 50:3, 50:8, 50:15, 50:19, 50:25, 51:13, 51:20, 53:6, 54:3, 57:18, 57:23, 69:6, 73:12, 73:22, 98:24, 99:10, 149:15, 150:13, 150:22, 159:20
**three** [6] - 13:14, 35:21, 52:25, 75:10, 78:18
**thrown** [1] - 22:4
**Tilden** [1] - 115:14
**timeframe** [5] - 16:11, 24:23, 79:3, 158:2, 159:16
**timing** [3] - 124:17, 125:25, 126:5
**today** [14] - 7:23, 8:4,

28:5, 53:15, 55:8, 84:10, 111:5, 111:11, 111:16, 118:18, 118:23, 119:3, 151:24, 153:23
**together** [1] - 95:4
**token** [6] - 60:4, 60:11, 60:12, 60:15, 64:22, 69:13
**tokens** [5] - 60:7, 65:12, 65:14, 65:19, 69:21
**TONY** [1] - 4:10
**took** [27] - 26:20, 27:2, 27:6, 37:18, 47:7, 62:22, 62:25, 63:8, 63:17, 66:17, 66:20, 66:22, 67:18, 67:22, 67:23, 68:12, 71:11, 133:14, 133:15, 134:8, 134:19, 134:25, 135:18, 141:4, 147:3, 152:2, 152:6
**touch** [1] - 159:7
**tough** [5] - 36:2, 36:5, 36:6, 36:13, 36:19
**towards** [1] - 27:3
**town** [1] - 15:4
**track** [1] - 70:21
**Tracy** [5] - 65:21, 86:13, 101:10, 101:11, 101:14
**trade** [1] - 82:13
**trades** [1] - 81:6
**training** [3] - 9:20, 9:21, 10:3
**transaction** [14] - 28:2, 28:8, 91:16, 129:4, 132:22, 133:5, 133:10, 133:12, 139:19, 142:13, 142:17, 145:14, 145:21, 145:23
**transactions** [5] - 90:24, 91:3, 91:19, 92:12, 93:19
**transcript** [2] - 161:8, 161:10
**transfer** [1] - 130:9
**transferred** [2] - 148:5, 148:11
**transmitted** [1] - 146:2
**Trial** [1] - 2:2
**trial** [2] - 5:12, 6:3
**true** [7] - 21:18, 149:25, 150:7, 154:21, 161:11,

161:13, 163:13
**trust** [2] - 153:25, 154:7
**try** [1] - 137:24
**trying** [9] - 11:6, 30:6, 99:15, 102:10, 102:18, 103:2, 136:17, 144:12
**turn** [2] - 11:8, 52:9
**twelve** [1] - 78:19
**Twenty** [1] - 99:13
**twice** [1] - 132:2
**two** [27] - 11:14, 16:8, 16:13, 26:11, 37:13, 37:19, 37:22, 41:17, 58:10, 64:6, 64:10, 69:2, 73:11, 78:18, 95:3, 95:6, 97:18, 105:6, 111:18, 113:20, 125:6, 151:12, 151:14, 153:22, 155:22, 157:23, 158:14
**type** [9] - 64:5, 65:3, 68:17, 69:11, 69:17, 93:17, 94:10, 94:19, 139:18
**typed** [3] - 107:21, 107:24, 109:10
**types** [1] - 9:16
**typical** [1] - 16:21
**typically** [1] - 22:13

## U

**U.S** [2] - 58:5, 99:5
**UEA** [1] - 1:17
**ultimately** [1] - 151:22
**um-hum** [3] - 55:15, 56:13, 107:16
**under** [19] - 6:15, 52:6, 52:11, 53:8, 81:20, 105:6, 107:14, 108:3, 108:4, 108:8, 109:4, 109:15, 111:19, 127:3, 127:5, 138:24, 139:5, 156:15, 161:9
**underneath** [3] - 105:10, 107:21, 109:10
**understood** [1] - 8:19
**undertake** [1] - 112:12
**undertook** [1] - 100:22
**Uniondale** [1] - 4:5
**UNITED** [1] - 1:2
**up** [19] - 30:9, 30:14, 31:11, 31:12, 31:16, 40:19, 42:5, 52:17,

98:19, 106:13, 114:22, 115:2, 117:10, 118:8, 122:14, 135:12, 137:23, 137:25, 156:14
**update** [1] - 93:23
**URRUITA** [1] - 4:10
**URRUTIA** [2] - 1:4, 3:5
**utilize** [1] - 60:22

## V

**Valley** [1] - 8:22
**various** [1] - 151:25
**vehicles** [1] - 82:20
**verbally** [2] - 6:14, 8:12
**VERBONITZ** [39] - 3:23, 53:25, 57:15, 57:21, 73:24, 74:9, 92:18, 94:15, 94:19, 98:18, 99:4, 99:8, 106:12, 106:21, 112:9, 113:4, 113:13, 113:18, 113:25, 114:6, 114:12, 114:16, 114:21, 115:24, 116:18, 117:2, 117:11, 131:9, 131:20, 136:18, 140:5, 140:22, 142:14, 145:16, 147:22, 148:24, 149:11, 149:17, 159:22
**Verbonitz** [2] - 74:10, 162:5
**versus** [1] - 97:3
**via** [1] - 2:3
**visits** [2] - 16:22, 17:9

## W

**waive** [1] - 6:19
**waived** [1] - 5:7
**walked** [1] - 16:19
**wall** [1] - 158:25
**Wantagh** [1] - 3:18
**Web** [1] - 2:4
**wEIR** [1] - 3:20
**Wendy** [9] - 42:13, 42:16, 43:4, 43:6, 43:11, 56:15, 56:19, 71:17, 71:19
**whereby** [1] - 133:6
**WHEREOF** [1] - 163:20
**whole** [3] - 66:12,

80:2, 137:18
**Widener** [1] - 3:21
**wife** [1] - 106:3
**wise** [1] - 99:16
**withdrawn** [3] - 26:8, 43:19, 48:25
**witness** [6] - 6:13, 6:20, 7:3, 50:9, 163:10, 163:14
**WITNESS** [9] - 7:10, 7:13, 40:14, 40:20, 49:14, 68:24, 103:7, 162:3, 163:20
**witness'** [1] - 145:20
**words** [1] - 134:21
**works** [3] - 70:4, 100:10, 132:6
**write** [2] - 83:10, 83:13
**written** [4] - 27:20, 38:22, 93:17, 93:23
**wrongfully** [1] - 158:13

## Y

**year** [10] - 11:2, 35:7, 35:10, 35:16, 36:2, 36:5, 36:6, 36:13, 36:17, 36:19
**years** [30] - 10:7, 11:7, 11:24, 12:13, 13:14, 15:19, 15:25, 26:11, 33:3, 34:7, 34:8, 34:12, 34:13, 35:21, 42:23, 46:10, 46:13, 52:25, 58:23, 64:14, 70:11, 70:17, 70:21, 80:8, 80:10, 80:11, 150:3, 150:10, 152:9
**yesterday** [1] - 106:19
**York** [16] - 2:6, 2:24, 3:6, 3:14, 3:18, 4:5, 7:14, 12:22, 13:6, 13:7, 13:13, 86:13, 87:19, 161:21, 163:9
**YORK** [3] - 1:2, 161:4, 163:3
**yourself** [2] - 12:21, 80:4

## Z

**zero** [1] - 97:24
**ZIZMOR** [1] - 3:8
**Zoom** [1] - 6:4