

Cullen and Dykman LLP
The Omni Building
333 Earle Ovington Blvd, 2ⁿᵈ Floor
Uniondale, NY 11553
T: 516.357.3700
F: 516.357.3792

**Ariel E. Ronneburger**
Partner
Direct Dial: (516) 296-9182
aronneburger@cullenllp.com

June 10, 2026

<u>**VIA ECF**</u>
Honorable James M. Wicks, U.S.M.J.
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 1020
Central Islip, New York

> Re:    *Superb Motors Inc., et al. v. Anthony Deo, et al.*,
>        **Docket No: 2:23-cv-6188-JMW**

Dear Judge Wicks:

This firm represents defendant Flushing Bank in the above-referenced matter. We write jointly with the Deo Defendants, Harry Thomasson, and Libertas Funding LLC[1] (collectively referred to, along with Flushing Bank, as "Defendants") to respectfully request an extension of time to respond to the pre-motion conference letters and Combined Local Rule 56.1 Statement of Material Facts ("Plaintiffs' Statement of Material Facts"). Pursuant to this Court's Individual Practice Rules and Order dated June 2, 2026, responses to both the pre-motion conference letters and Plaintiffs' Statement of Material Facts are due to be filed on or before June 16, 2026.

Plaintiffs' Statement of Material Facts is 173 pages long and asserts 1071 purported "material facts." Due to the voluminous nature of the Plaintiffs' Statement of Material Facts, additional time is needed for the Defendants to both review and draft responses to Plaintiffs' Statement of Material Facts, as well as their pre-motion conference letters. Accordingly, Defendants respectfully request that the time for them to respond to the pre-motion conference letters be extended to, and including, July 8, 2026.

The Plaintiffs take no position on this request and have indicated they will be filing their response by June 16, 2026. Notably, however, the three (3) Rule 56.1 Statements of Material Facts

---

[1] The Superb and IAG plaintiffs' motions for summary judgment are not brought against Libertas Funding but as stated in the pre-conference memorandums, are against other defendants. However, Libertas may file a cautionary response so that the record is clear on this issue.



submitted by Defendants collectively contain 65 pages and 504 statements of fact[2], less than half of what Plaintiffs have submitted as their Statement of Material Facts and, as such, Defendants require the requested additional time to respond.

Thank you for your courtesies in this matter.

Respectfully,

*Ariel E. Ronneburger*

Ariel E. Ronneburger

cc: All Counsel of Record (via ECF)

---

[2] Flushing Bank's Statement of Material Facts is 15 pages and contains 76 paragraphs (ECF No. 517), and Libertas Funding LLC's Statement of Material Facts is 5 pages and contains 19 paragraphs (ECF No. 520). The Deo Defendants and Harry Thomasson's Joint Statement of Material Facts is 45 pages and contains 409 paragraphs (ECF No. 521-1).