# CYRULI SHANKS

CYRULI SHANKS & ZIZMOR LLP

Jeffrey C. Ruderman
email: jruderman@cszlaw.com
Admitted NY, NJ and CT

June 10, 2026

Via ECF

Hon. James M. Wicks, U.S.M.J.
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 1020
Central Islip, NY 11722

   Re: Superb Motors Inc. et. al. v. Deo, et. al., Case No. 2:23-cv-6188 (JMW)

Dear Magistrate Judge Wicks:

  This firm represents the "Island Auto Plaintiffs", being all Plaintiffs in the above referenced matter <u>other than</u> the "Superb Plaintiffs" (being Superb Motors Inc., Team Auto Sales LLC, and Robert Anthony Urrutia) (and together with the Island Auto Plaintiffs, "Plaintiffs"). We write this letter along with the Superb Plaintiffs in response to the joint letter filed today by Cullen & Dykman LLP (ECF Doc. 525) on behalf of all Defendants in this matter seeking an extension to July 8, 2026 to respond to Plaintiffs' Rule 56.1 Statement. The letter does not accurately reflect the communications between Plaintiffs and Defendants as to this request.

  Defendants did not request Plaintiffs' consent for Defendants to extend their time to July 8, 2026 to submit their response. But, requested that Plaintiffs consent to a joint request to extend everyone's time to respond to July 8, 2026, to which Plaintiff responded that they took no position.

  Further in that regard, Plaintiffs did not state that they intended to file their responsive Rule 56.1 Statement on June 16, 2026, but that Plaintiffs are prepared to file it by June 16, 2026. In no manner did Plaintiffs take no position on a request solely for Defendants to extend their time to respond. The schedule for all parties' filings should be the same.

ATTORNEYS AT LAW

420 LEXINGTON AVENUE, NEW YORK, NEW YORK 10170

TEL: (212) 661-6800 • FAX: (212) 661-5350

# CYRULI SHANKS

CYRULI SHANKS & ZIZMOR LLP

As such, should the Court extend the Defendants' time to respond to Plaintiff's' Rule 56.1 statement, Plaintiff's respectfully request that its response time likewise be extended.

We thank the Court for its consideration in this regard.

Respectfully yours,

*/s/ Jeffrey C. Ruderman*
Jeffrey C. Ruderman

cc:    All counsel via ECF

ATTORNEYS AT LAW
420 LEXINGTON AVENUE, NEW YORK, NEW YORK 10170
TEL: (212) 661-6800 • FAX: (212) 661-5350