

Cullen and Dykman LLP
The Omni Building
333 Earle Ovington Blvd, 2nd Floor
Uniondale, NY 11553
T: 516.357.3700
F: 516.357.3792

**Ariel E. Ronneburger**
Partner
Direct Dial: (516) 296-9182
aronneburger@cullenllp.com

June 10, 2026

**VIA ECF**
Honorable James M. Wicks, U.S.M.J.
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 1020
Central Islip, New York

Re:     ***Superb Motors Inc., et al. v. Anthony Deo, et al.,***
        **Docket No: 2:23-cv-6188-JMW**

Dear Judge Wicks:

This firm represents defendant Flushing Bank in the above-referenced matter. We write in response to the letter dated June 10, 2026 by the IAG Plaintiffs.

In the letter filed by the undersigned earlier today, I indicated that "Plaintiffs take no position on this request and have indicated that they will be filing their response by June 16, 2026." Attached hereto as Exhibit A is an email chain, in which counsel for Flushing Bank reached out to all parties and proposed seeking an extension of time and asked if they were agreeable to July 8, 2026. In response, counsel to the IAG Plaintiffs responded, "In your letter to the court you may advise that Plaintiffs take no position on this request and are prepared to file their response by June 16." There is no misrepresentation in the previously filed letter.

We reiterate the request made for an extension of time to respond to the pre-motion conference letters and Plaintiffs' Rule 56.1 Statement of Material Facts.

Thank you.

Respectfully,

*Ariel E. Ronneburger*

Ariel E. Ronneburger

cc:  All Counsel of Record (via ECF)