**From:** Jeffrey Ruderman
**To:** Ronneburger, Ariel; hrtatty@verizon.net; Baylis, Thomas; Emanuel Kataev; Nipun Marwaha; Cianciulli, Jeffrey; Verbonitz, Susan
**Subject:** RE: [EXTERNAL]RE: Superb v Deo - Summary Judgment
**Date:** Monday, June 8, 2026 6:55:22 PM
**Attachments:** image001.png
image002.png

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Ariel:

In your letter to the court you may advise that Plaintiffs take no position on this request and are prepared to file their response by June 16.

Jeffrey C. Ruderman, Esq.
Cyruli Shanks & Zizmor LLP
420 Lexington Avenue, Suite 2320
New York, New York 10170
Tel (212) 661-6800
Fax (212) 661-5350
Email jruderman@cszlaw.com

---

**From:** Ronneburger, Ariel <aronneburger@cullenllp.com>
**Sent:** Monday, June 8, 2026 2:26 PM
**To:** Jeffrey Ruderman <jruderman@cszlaw.com>; hrtatty@verizon.net; Baylis, Thomas <TBaylis@cullenllp.com>; Emanuel Kataev <emanuel@sagelegal.nyc>; Nipun Marwaha <nipun@marwahalaw.com>; Cianciulli, Jeffrey <jcianciulli@weirlawllp.com>; Verbonitz, Susan <sverbonitz@weirlawllp.com>
**Subject:** RE: [EXTERNAL]RE: Superb v Deo - Summary Judgment

**CAUTION: EXTERNAL EMAIL**

Hi all,

Pursuant to the Judge's Order and Rules, the responses to the summary judgment pre-motion conference letters and 56.1 statements are due June 16. While we are working on this, Plaintiffs' 56.1 was quite voluminous, and we understand Plaintiffs also must respond to several 56.1 statements and letters. We are reaching out to propose we jointly seek an extension to July 8 to respond to the pre-motion conference letters and 56.1 statements. Let me know if you are agreeable to such a request.

**Ariel E. Ronneburger**
Partner
**Cullen and Dykman LLP**
333 Earle Ovington Boulevard, 2nd Floor
Uniondale, New York 11553
T: 516.296.9182 | F: 516.357.3792
E: aronneburger@cullenllp.com
Pronouns: she/her

ATTORNEY-CLIENT PRIVILEGED COMMUNICATION - DO NOT FORWARD OR COPY - CONFIDENTIALITY NOTICE: The contents of this e-mail message and any attachments are intended solely for the personal and confidential use of the recipient(s) named above. This communication is intended to be and to remain confidential and may be subject to applicable attorney/client and/or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments.

---

**From:** Jeffrey Ruderman <jruderman@cszlaw.com>
**Sent:** Friday, May 29, 2026 12:18 PM
**To:** Ronneburger, Ariel <aronneburger@cullenllp.com>; hrtatty@verizon.net; Baylis, Thomas <TBaylis@cullenllp.com>; Emanuel Kataev <emanuel@sagelegal.nyc>; Nipun Marwaha <nipun@marwahalaw.com>; Cianciulli, Jeffrey <jcianciulli@weirlawllp.com>; Verbonitz, Susan <sverbonitz@weirlawllp.com>
**Subject:** RE: [EXTERNAL]RE: Superb v Deo - Summary Judgment

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Thanks. You too.

Jeffrey C. Ruderman, Esq.
Cyruli Shanks & Zizmor LLP
420 Lexington Avenue, Suite 2320
New York, New York 10170
Tel (212) 661-6800
Fax (212) 661-5350
Email jruderman@cszlaw.com

---

**From:** Ronneburger, Ariel <aronneburger@cullenllp.com>
**Sent:** Friday, May 29, 2026 11:52 AM
**To:** Jeffrey Ruderman <jruderman@cszlaw.com>; hrtatty@verizon.net; Baylis, Thomas <TBaylis@cullenllp.com>; Emanuel Kataev <emanuel@sagelegal.nyc>; Nipun Marwaha <nipun@marwahalaw.com>; Cianciulli, Jeffrey <jcianciulli@weirlawllp.com>; Verbonitz, Susan <sverbonitz@weirlawllp.com>
**Subject:** RE: [EXTERNAL]RE: Superb v Deo - Summary Judgment

**CAUTION: EXTERNAL EMAIL**

Thank you. Have a good weekend.

**Ariel E. Ronneburger**
Partner
**Cullen and Dykman LLP**
333 Earle Ovington Boulevard, 2nd Floor
Uniondale, New York 11553
T: 516.296.9182 | F: 516.357.3792
E: aronneburger@cullenllp.com
Pronouns: she/her

ATTORNEY-CLIENT PRIVILEGED COMMUNICATION - DO NOT FORWARD OR COPY - CONFIDENTIALITY NOTICE: The contents of this e-mail message and any attachments are intended solely for the personal and confidential use of the recipient(s) named above. This communication is intended to be and to remain confidential and may be subject to applicable attorney/client and/or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments.

---

**From:** Jeffrey Ruderman <jruderman@cszlaw.com>
**Sent:** Friday, May 29, 2026 11:51 AM
**To:** Ronneburger, Ariel <aronneburger@cullenllp.com>; hrtatty@verizon.net; Baylis, Thomas <TBaylis@cullenllp.com>; Emanuel Kataev <emanuel@sagelegal.nyc>; Nipun Marwaha <nipun@marwahalaw.com>; Cianciulli, Jeffrey <jcianciulli@weirlawllp.com>; Verbonitz, Susan <sverbonitz@weirlawllp.com>
**Subject:** RE: [EXTERNAL]RE: Superb v Deo - Summary Judgment

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Good for us.

Jeffrey C. Ruderman, Esq.
Cyruli Shanks & Zizmor LLP
420 Lexington Avenue, Suite 2320
New York, New York 10170
Tel (212) 661-6800
Fax (212) 661-5350
Email jruderman@cszlaw.com

---

**From:** Ronneburger, Ariel <aronneburger@cullenllp.com>
**Sent:** Friday, May 29, 2026 11:44 AM
**To:** hrtatty@verizon.net; Baylis, Thomas <TBaylis@cullenllp.com>; Emanuel Kataev <emanuel@sagelegal.nyc>; Nipun Marwaha <nipun@marwahalaw.com>; Cianciulli, Jeffrey <jcianciulli@weirlawllp.com>; Jeffrey Ruderman <jruderman@cszlaw.com>;