# CYRULI SHANKS

### CYRULI SHANKS & ZIZMOR LLP

Jeffrey C. Ruderman
email: jruderman@cszlaw.com
Admitted NY, NJ and CT

June 25, 2026

United States District Court
Eastern District of New York
Attn: Hon. James M. Wicks, U.S.M.J.
100 Federal Plaza, Courtroom 1020
Central Islip, NY 11722-4438

> **Re:    Superb Motors Inc,** *et al.* **v. Deo,** *et al.*
> **Case No.: 2:23-cv-6188 (JMW)**

Dear Honorable Judge Wicks:

This office represents the IAG Plaintiffs, being all Plaintiffs in the above referenced matter <u>other than</u>, Plaintiffs Superb Motors Inc, Team Auto Sales LLC, and Robert Anthony Urrutia (collectively with the IAG Plaintiffs, the "Plaintiffs") in the above-referenced case. Plaintiffs write jointly with all parties to respectfully request that the date by which to file the joint pre-trial order and that the final pre-trial conference be adjourned *sine die* pending the Court's disposition of the parties' premotion conference submissions seeking leave to move for summary judgment.

Rule 6 of the Federal Rules of Civil Procedure (hereinafter referred to as "Rules" or "Rule") provides that "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time … with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires." <u>See</u> Fed. R. Civ. P. 6(b)(1)(B).

Consistent with ¶ 1(D) of this Court's Individual Practice Rules, all parties respectfully submit that: (i) the current date for the parties to submit the joint pre-trial order is July 1, 2026 and the pre-trial conference is to be held on July 10, 2026; (ii-iii) there have been three (3) previous requests for an extension of these deadlines (ECF Doc. 346, 420 and 483), which this Court granted; (iv) an extension is necessary because all parties have submitted premotion conference letters to the Court seeking leave to move for summary judgment, the parties have not yet finalized the premotion procedures provided under ¶ 4(D)(1) and (2) of this Court's Individual Practice Rules which are currently set for June 30, 2026 to respond to opposing Rule 56.1 statements and July 7 2026 to respond to any additional paragraphs, and the Court's disposition of the premotion conference letters will determine when or if a trial may proceed; and (4) all parties join in this request.

ATTORNEYS AT LAW

420 LEXINGTON AVENUE, NEW YORK, NEW YORK 10170
TEL: (212) 661-6800 • FAX: (212) 661-5350

C Y R U L I   S H A N K S
CYRULI SHANKS & ZIZMOR LLP

For the foregoing reasons, the Plaintiffs respectfully submit that sufficient good cause exists for this Court's exercise of discretion in favor of granting the requested extension.  See Fed. R. Civ. P. 6(b)(1)(A).

The parties thank this Court for its time and consideration in this regard.

Dated: New York, New York
June 25, 2026

Respectfully submitted,

**CYRULI SHANKS & ZIZMOR LLP**
            /s
Jeffrey Ruderman, Esq.
420 Lexington Avenue, Suite 2320
New York, NY 10170-0002
(212) 661-6800 (office)
(347) 379-4622 (direct dial)
(212) 661-5350 (facsimile)
jruderman@cszlaw.com

*Attorneys for Remaining Plaintiffs*

**SAGE LEGAL LLC**
By:  */s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
1981 Marcus Avenue, Suite C129
New Hyde Park, NY 11042-1017
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorneys for Plaintiffs*
*Superb Motors Inc.*
*Team Auto Sales LLC, and*
*Robert Anthony Urrutia*

cc:    All counsel via ECF