Exhibit A to
Flushing Bank's Response to
Plaintiff's 56.1 Statement of
Material Facts

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

SUPERB MOTORS INC., TEAM AUTO SALES LLC,
ROBERT ANTHONY URRUTIA, 189 SUNRISE
HWY AUTO LLC, NORTHSHORE MOTOR
LEASING, LLC, BRIAN CHABRIER, JOSHUA
AARONSON, JORY BARON, ASAD KHAN, IRIS
BARON REPRESENTATIVE OF THE ESTATE OF
DAVID BARON, 1581 HYLAN BLVD AUTO LLC,
1580 HYLAN BLVD AUTO LLC, 1591 HYLAN
BLVD AUTO LLC, 1632 HYLAN BLVD AUTO LLC,
1239 HYLAN BLVD AUTO LLC, 2519 HYLAN BLVD
AUTO LLC, 76 FISK STREET REALTY LLC,
446 ROUTE 23 AUTO LLC and ISLAND AUTO
MANAGEMENT, LLC,

Case No. 2:23-cv-6188(JMW)

Plaintiffs,

-against-

ANTHONY DEO, SARAH DEO, HARRY
THOMASSON, DWIGHT BLANKENSHIP, MARC
MERCKLING, MICHAEL LAURIE, THOMAS
JONES, CPA, CAR BUYERS NYC INC., GOLD
COAST CARS OF SYOSSET LLC, GOLD COST
CARS OF SUNRISE LLC, GOLD COAST MOTORS
AUTOMOTIVE GROUP LLC, GOLD COAST MOTORS
OF LIC LLC, GOLD COAST MOTORS OF ROSLYN
LLC, GOLD COAST MOTORS OF SMITHTOWN LLC,
UEA PREMIER MOTORS CORP., DLA CAPITAL
PARTNERS INC., JONES, LITTLE & CO., CPA'S LLP,
FLUSHING BANK, LIBERTAS FUNDING LLC,
J.P. MORGAN CHASE BANK, N.A., 189 SUNRISE HWY
AUTO LLC, AND NORTHSHORE MOTOR LEASING, LLC,

Defendants.

---------------------------------------------------------------------X

### DEFENDANT FLUSHING BANK'S RULE 56.1 STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56.1 of the Local Rules of the Eastern District of New York, and pursuant

to the Individual Practice Rules of Magistrate Judge James M. Wicks, Flushing Bank respectfully

submits this  Statement of Undisputed Facts, in support of its motion, pursuant to Federal Rule

of

Civil Procedure 56, for summary judgment dismissing Plaintiffs' claim for violation of Article 4-A-204(1) of the Uniform Commercial Code (the "UCC") against Flushing Bank set forth in their Third Amended Complaint, filed August 8, 2025 (Docket Entry 316), as follows:

## A.  The Parties

1.  Flushing Bank is a chartered bank organized under the laws of the State of New York. Answer to Third Amended Complaint, at ¶ 48, attached to the Declaration of Ariel E. Ronneburger, dated June 1, 2026 (the "Ronneburger Dec."), as Exhibit A.

2.  Superb Motors, Inc. is a corporation duly organized under the laws of New York State. Third Amended Complaint, at ¶ 28, attached to the Ronneburger Dec, as Exhibit B.

3.  Northshore Motor Leading LLC is a limited liability corporation organized under the laws of the New York State. Third Amended Complaint, at ¶ 9, attached to the Ronneburger Dec., as Exhibit B.

4.  189 Sunrise Hwy Auto LLC is a limited liability corporation organized under the laws of New York State. Third Amended Complaint, at ¶ 10, attached to the Ronneburger Dec., as Exhibit B.

5.  Robert Anthony Urrutia ("Urrutia") is an individual residing in Costa Rica. Third Amended Complaint, at ¶ 27, attached to the Ronneburger Dec., as Exhibit B.

6.  Anthony Deo ("Deo") is an individual residing in New York State. Third Amended Complaint, at ¶ 30, attached to the Ronneburger Dec., as Exhibit B.

7.  Sara Deo is an individual residing in New York State.  Third Amended Complaint, at ¶ 30, attached to the Ronneburger Dec., as Exhibit B.

2

**B. Superb Motors, Inc.**

8. On March 24, 2023, at approximately 1:40 PM, Lesley Cusano, a Business Specialist at Flushing Bank sent an email to Michael Morgan at Allied Management and David Weinstein of Flushing Bank with the subject "New Business Account Paperwork Requirements." In that email, it stated that to open an account for a corporation, the following documents were needed: (1) Certificate of Incorporation; (2) Filing Receipt; and (3) EIN Tax ID Number. FLUSHING01378-FLUSHING01379, attached to the Ronneburger Dec., as Exhibit C.

9. On March 24, 2023, at approximately 11:48 AM, Michael Morgan forwarded the email referenced in paragraph 8 to Urrutia, and on March 24, 2023 at approximately 7:29 PM, Urrutia forwarded this email to Bruce Novicky. FLUSHING01378, attached to the Ronneburger Dec., as Exhibit C.

10. On March 28, 2023 at approximately 10:16 AM (the "March 28, 2023 Novicky Email"), Bruce Novicky sent an email to Lesley Cusano attaching a number of documents and stated "I am helping gather all of the documents you need to switch our Chase accounts over." FLUSHING01378, attached to the Ronneburger Dec., as Exhibit C.

11. The March 28, 2023 Novicky Email attached documents regarding a number of entities. The documents regarding Superb Motors Inc. which were attached to this email were: (1) a letter dated March 2, 2021 from the IRS to Superb Motors Inc. c/o Robert Clarke providing a federal Employer Identification Number; and (2) an Online Filling Receipt from the New York State Department Division of Corporations and State Records. These documents are silent as to ownership interests in Superb Motors Inc. FLUSHING01395-FLUSHING01397; FLUSHING01398, attached to the Ronneburger Dec., as Exhibit D.

3

12. On March 30, 2023 at approximately 10:43 AM, Urrutia sent David Weinstein an email attaching tax returns for several entities, including the 2021 Tax Returns for Superb Motors Inc. The 2021 Tax Return for Superb Motors listed Roberto Urrutia as 60% owner of Superb Motors Inc. and Robert Clarke as 40% owner. FLUSHING01522-FLUSHING01523; FLUSHING01669-FLUSHING01748, attached to the Ronneburger Dec., as Exhibits E and F, respectively.

13. On March 30, 2023 at approximately 11:27 AM, David Weinstein forwarded the documents sent by Tony Urrutia, including the 2021 Superb Motors Inc. Tax Returns, to Lesley Cusano. FLUSHING02052-FLUSHING02053, FLUSHING02199, FLUSHING02265, attached to the Ronneburger Dec., as Exhibit G.

14. Ultimately, Urrutia did not open any accounts at Flushing Bank. Transcript of Deposition of Robert Anthony Urrutia ("Urrutia Tr."), at 245:9-11, attached to the Ronneburger Dec., as Exhibit H.

15. Because the accounts Urrutia discussed with David Weinstein were never opened, the documents Urrutia (or those acting on behalf of Urrutia) provided to Flushing Bank were never uploaded to a central repository, Synergy, but rather remained in the email inboxes of the individuals who received the documents. Transcript of Deposition of Michael Buccino ("Buccino Tr."), at 176:19-180:9, attached to the Ronneburger Dec, as Exhibit I.

16. Urrutia described Deo as a "partner" to David Weinstein but never discussed ownership interests in Superb Motors Inc. with Mr. Weinstein. Urrutia Tr., at 265:15-266:2, 269:14-19, attached to the Ronneburger Dec., as Exhibit H.

4

17. Urrutia never had any conversations with Flushing Bank regarding Northshore Motors LLC or 189 Sunrise Hwy Auto LLC. FLUSHING01378; FLUSHING01522-FLUSHING01523, attached to the Ronneburger Dec., as Exhibits C and E, respectively.

18. On March 31, 2023, at approximately 11:48 AM, Robert Puccio of Flushing Bank sent Anthony Deo an email with the Subject "Rob – Puccio – Account Opening Information" (the "March 31, 2023 Puccio Email"). FLUSHING03998-FLUSHING03999, marked as Exhibit 36 during the Deo of Anthony Deo. The Anthony Deo Deposition Transcript ("Deo Tr.") is attached to the Ronneburger Dec., as Exhibit J.

19. In the March 31, 2023 Puccio Email, Mr. Puccio asked Deo to "[p]lease provide me with the information requested for Superb." FLUSHING03998-FLUSHING03999, marked as Exhibit 36 during the Deo Deposition, and attached to the Ronneburger Dec., as Exhibit K; Deo Tr. 413:5-414:11, attached to the Ronneburger Dec., as Exhibit J.

20. In the March 31, 2023 Puccio Email, Mr. Puccio requested Ownership information in the form of "Full name, SSN, Title, Percentage of Ownership and ID for Each Owner." FLUSHING03998-FLUSHING03999, marked as Exhibit 36 during the Deo Deposition, and attached to the Ronneburger Dec., as Exhibit K.

21. In the March 31, 2023 Puccio Email, Mr. Puccio also requested "Legal Documentation." For LLCs, Mr. Puccio stated "we will need the articles of organization, operating agreement, and filing receipt." For corporations, Mr. Puccio stated that "we will need the certificate of incorporation and filing receipt." FLUSHING03998-FLUSHING03999, marked as Exhibit 36 during the Deo Deposition, and attached to the Ronneburger Dec., as Exhibit K; Deo Tr. 413:5-414:11, attached to the Ronneburger Dec., as Exhibit J.

22. Also on March 31, 2023, Deo sent a text message to Bruce Novicky stating: "Hey. I have my personal banker ready to open the Superb accounts with flushing bank [sic]. He will get me a $500k line also" and "Bro. This guy and the Credit underwriter are in my pocket. Get me the info and 2021 taxes and I will bring it home." Deo Tr. 303:6-305:21, and Exhibit 25 to the Deo Tr.; SUPERB000122, attached to the Ronneburger Dec., as Exhibit L.

23. Deo testified that "in [his] pocket" was "a figure of speech" by which he meant he "knew" Mr. Puccio. Deo Tr. 305:8-306:9. He also testified that he did not bribe any bank official, and that there is "no way" he could know the credit underwriter. Deo Tr. 306:22-307:3; Deo Tr. dated February 13, 2026, at 198:20-199:8, attached to the Ronneburger Dec., as Exhibit J.

24. On April 3, 2023, at approximately 11:18 AM, Anthony Deo responded to the March 31, 2023 Puccio Email by stating "Good Morning Rob, Can you please tell me what information you received from David Weinstein so that I can push this process along?" FLUSHING03998-FLUSHING03999; marked as Exhibit 36 during the Deo Deposition, and attached to the Ronneburger Dec., as Exhibit K.

25. In response to Deo's inquiry regarding information that Mr. Puccio had received from Mr. Weinstein, Mr. Puccio responded, "I have not received anything. From my understanding he will be opening accounts for your partners [sic] other ventures, new car dealerships in CT, NY and NJ. As David and I understand I will only be opening the joint venture you have with your partner which will be located in Great Neck." FLUSHING03998-FLUSHING03999; marked as Exhibit 36 during the Deo Deposition, and attached to the Ronneburger Dec., as Exhibit K.

26. On April 3, 2023 at 11:45 AM, Deo forwarded the March 31, 2023 Puccio email to Bruce Novicky and Urrutia and stated "Dave Weinstein didn't have any of the information for Superb to send over to Rob." He also asked, "Can you please help me in gathering the information

6

needed so I can get this done ASAP?" and "All I need is the formation documentation." He then copied the portion of the March 31, 2023 Puccio Email which stated: "For corporations, we will need the certificate of incorporation and filing receipt." Deo Tr. dated February 13, 2026, at 195:6-197:5; FLUSHING05918-FLUSHING05919, attached to the Ronneburger Dec. as Exhibits J and M, respectively.

27. By email dated April 3, 2023 at 3:37 PM, Urrutia forwarded the Certificate of Incorporation of Superb Motors Inc., to Deo. Deo Transcript dated February 13, 2026, 197:6-198:6; FLUSHING05953- FLUSHING05956, attached to the Ronneburger Dec. as Exhibits J and N, respectively.

28. On or about April 4, 2023, Deo submitted a Certification of Beneficial Owner(s) to Flushing Bank in connection with an account application for Superb Motors, Inc., listing himself as 100% owner of Superb Motors, Inc. Deo Tr., 202:25-204:13; FLUSHING04586-FLUSHING04589, attached to the Ronneburger Dec. as Exhibits J and O, respectively.

29. Deo also signed a Resolution of Authority in connection with an account application for Superb Motors, Inc. This Resolution of Authority listed Deo as the person "authorized to endorse for collection, deposit, or negotiation, any and all checks, drafts, notes, bills of exchange, certificates of deposit, and orders for the payment or transfer of money between account at Bank and other Banks, either belonging to or coming into the possession of the Entity." Deo Tr. dated February 13, 2026, at 203:10-204:23; FLUSHING 04590, attached to the Ronneburger Dec., as Exhibits J and O, respectively.

30. This Resolution of Authority signed by Deo also listed him as the person with the "authority to instruct Bank to close the account, to give instructions by means other than the signing of any item with respect to account transactions such as those initiated via electronic debit,

7

payment, wire transfer, or other withdrawal of funds by computer, electronic or technologic means, and is further authorized to sign and implement for and in the name and on behalf of the Entity." Deo Tr. dated February 13, 2026, at 203:10-204:23; FLUSHING 04590, attached to the Ronneburger Dec., as Exhibits J and O, respectively.

31. Deo testified that the representation made to Flushing Bank that he was 100% owner of Superb was "agreed upon by Tony [Urrutia] and [himself]." Deo Tr. 310:8-12; Deo Tr. dated February 13, 2026, at 201:8-13, attached to the Ronneburger Dec. as Exhibit J.

32. Deo further testified that Urrutia told him to submit a bank application listing himself as 100% owner of Superb Motors Inc. Deo Tr. 311:14-17; Deo Tr. dated February 13, 2026, 201:8-13, attached to the Ronneburger Dec., as Exhibit J.

33. Deo testified that he did not recall ever discussing the ownership of Superb with Mr. Puccio. Deo Tr. 316:11-14; Deo Tr. dated February 13, 2026, 200:24-201:7, attached to the Ronneburger Dec., as Exhibit J.

34. A checking account was opened for Superb Motors Inc. in or about April 2023. Deo Tr. 318:2-4, attached to the Ronneburger Dec., as Exhibit J.

**C. Northshore Motor Leasing LLC & 189 Sunrise Hwy Auto LLC**

35. Deo contacted Mr. Puccio of Flushing Bank in August 2022 regarding opening lines of credit for Northshore Motors LLC and 189 Sunrise Highway LLC. Deo Tr. 181:222-183:17; FLUSHING00015-FLUSHING00016, attached to the Ronneburger Dec., as Exhibits J and P, respectively.

36. Deo met Mr. Puccio through Michael Laurie. Deo Tr. 184:5-7, attached to the Ronneburger Dec., as Exhibit J.

37. Mr. Puccio conducted a site visit of Northshore Motors LLC on or about August 18, 2022, and met with Deo. Deo Tr. 184:10-185:11; FLUSHING00008, attached to the Ronneburger Dec., as Exhibits J and Q, respectively.

38. On August 19, 2022, Mr. Puccio advised Deo that in order to apply for the line of credit, he would need to upload: (1) Two years of federal tax returns with all schedules for the business; (2) Two years of federal tax returns for Deo; and (3) a copy of Deo's driver's license. FLUSHING00008, attached to the Ronneburger Dec. as Exhibit Q.

39. On August 23, 2022, Deo advised Mr. Puccio he had uploaded the documents needed to apply for lines of credit for Northshore Motors LLC and 189 Sunrise Highway LLC. Deo Tr. 189:12-22; FLUSHING00015-FLUSHING00016, attached to the Ronneburger Dec. as Exhibits J and P, respectively.

40. Also on August 23, 2022, Mr. Puccio sent an email to Deo that advised, in part, that he needed 2020 and 2021 tax returns for Northshore Motor Leasing LLC, and that he understood Deo's accountant was in the process of filing them. Deo Tr. 191:12-19; FLUSHING00015-FLUSHING00016, attached to the Ronneburger Dec. as Exhibits J and P, respectively.

41. On February 27, 2023, Deo emailed a number of documents to Mr. Puccio (the "February 27, 2023 Deo Email") stated that they were the documents needed to open new accounts for Northshore Motor Leasing and 189 Sunrise Highway Auto LLC. Deo Tr. 225:10-226:15; FLUSHING00105-FLUSHING00136, attached to the Ronneburger Dec. as Exhibits J and R, respectively.

42. Attached to the February 27, 2023 Deo Email was a document entitled "Operating Agreement for Northshore Motor Leasing LLC." This document is dated June 15, 2020 and lists Deo as 99% owner of Northshore Motor Leasing LLC and his wife Sara as 1% owner. Deo Tr. 232:21-

235:1; FLUSHING00116-FLUSHING00122, attached to the Ronneburger Dec. as Exhibits J and R, respectively.

43. Attached to the February 27, 2023 Email was an IRS Schedule K-1 which listed Deo as 99% owner of 189 Sunrise Hwy Auto LLC. Deo Tr. 236:23-237, Exhibit 13 to Deo Tr.; Deo Tr. dated February 13, 2026, 212:25-213:18; FLUSHING00123, attached to the Ronneburger Dec. as Exhibits J and R, respectively.

44. Attached to the February 27, 2023 Email was an IRS Schedule K-1 which listed Sara Rahman as 1% owner of Northshore Motor Leasing LLC. Deo Tr. dated February 13, 2026, at 212:13-18, FLUSHING00124, attached to the Ronneburger Dec. as Exhibits J and R, respectively.

45. Attached to the February 27, 2023 Email was a document entitled "Operating Agreement for 189 Sunrise Hwy Auto LLC." This document is dated February 15, 2021 and lists Deo as 99% owner of Northshore Motor Leasing LLC and his wife Sara as 1% owner. Deo Tr. 239:6-239:13; FLUSHING000130-FLUSHING000134, attached to the Ronneburger Dec. as Exhibits J and R, respectively..

46. Attached to the February 27, 2023 Email was an IRS Schedule K-1 which listed Deo as 99% owner of 189 Sunrise Hwy Auto LLC. Deo Tr. 225:10-226:15, 236:23-237:7, Deo Tr. February 13, 2026, at 213:19-214:7; FLUSHING00127, attached to the Ronneburger Dec. as Exhibits J and R, respectively.

47. Attached to the February 27, 2023 Email was an IRS Schedule K-1 which listed Sara Rahman as 1% owner of 189 Sunrise Hwy Auto LLC. Deo Tr. dated February 13, 2026, at 214:5-22; FLUSHING00127, attached to the Ronneburger Dec. as Exhibits J and R, respectively.

48. In connection with his application for loans for Northshore Motor Leasing LLC and 189 Sunrise Hwy Auto LLC, Deo also provided an Affidavit of Thomas Jones CPA, in the matter

of *Brian Chabrier v. Anthony Deo* (Supreme Court of Nassau County Index No. 617224/2022). Buccino Tr. 123:12-125:15; FLUSHING04041-FLUSHING04046 (marked as Exhibit 17 during the Buccino Deposition), attached to the Ronneburger Dec., as Exhibits I and S, respectively.

49. Thomas Jones CPA served as an accountant to the Deos, as well as Northshore Motor Leasing LLC and 189 Sunrise Hwy Auto LLC. FLUSHING04043-FLUSHING04045, attached to the Ronneburger Dec. as Exhibit S.

50. The Jones Affidavit was provided to Flushing Bank, and states that plaintiff Joshua Aaronson and Wendy Kwun, Controller for the Island Auto Groups, made the request to amend the tax returns of Northshore Motor Leasing LLC and 189 Sunrise Hwy Auto LLC to reflect Anthony Deo as 99% owner of these entitles and Sara Deo as 1% owner of these entities. According to the Jones Affidavit, these ownership interests were also confirmed by the accounting firm of Citrin Cooperman. FLUSHING04043-FLUSHING04045; *see also* Jones000001-000005, attached to the Ronneburger Dec., as Exhibits S and T, respectively.

51. The tax returns listing Deo as a 99% owner of Northshore Motors Leasing LLC and 189 Sunrise Hwy Auto LLC, which were submitted to Flushing Bank in order to demonstrate Deo's ownership in these entities, were approved by plaintiff Joshua Aaronson. Transcript of Deposition of Joshua Aaronson, at 97:15-22, attached to the Ronneburger Dec. as Exhibit U.

52. Deo also signed Certifications of Beneficial Owner(s) identifying himself as having 99% Ownership in both Northshore Motor Leasing LLC and 189 Sunrise Hwy Auto LLC. FLUSHING07186-FLUSHING07187; FLUSHING07244-FLUSHING07245, attached to the Ronneburger Dec., as Exhibits V and W, respectively.

53. Deo signed Resolutions of Authority for both Northshore Motors LLC and 189 Sunrise Hwy Auto LLC, listing himself as the person "authorized to endorse for collection, deposit, or negotiation, any and all checks, drafts, notes, bills of exchange, certificates of deposit, and orders for the payment or transfer of money between account at Bank and other Banks, either belonging to or coming into the possession of the Entity." Deo Tr. 332:10-334:22, 348:2-349:9; FLUSHING07185; FLUSHING07243, attached to the Ronneburger Dec., as Exhibits J, V, and W, respectively.

54. The Resolutions of Authority signed by Deo on behalf of Northshore Motors Leasing LLC and 189 Sunrise Hwy Auto LLC also listed him as the person "authorized to act on behalf of the [Entities] to borrow money and obtain credit for the [Entities]." Deo Tr. 332:10-334:22, 348:2-349:9; FLUSHING07185; FLUSHING07243, attached to the Ronneburger Dec., as Exhibits J, V, and W, respectively.

55. Flushing Bank opened a checking account for 189 Sunrise Hwy Auto in March 2023. FLUSHING07210-FLUSHING07211, attached to the Ronneburger Dec., as Exhibit X.

56. Flushing Bank opened a checking account for Northshore Motor Leasing LLC in March 2023. FLUSHING07269-FLUSHING07270, attached to the Ronneburger Dec., as Exhibit Y.

57. Northshore Motors Leasing LLC also obtained a loan in the amount of $500,000.00 from Flushing Bank in March 2023. Buccino Tr. 192:24-193:5, attached to the Ronneburger Dec., as Exhibit I.

**D. Urrutia Contacts Flushing Bank in August 2023**

58. Urrutia contacted Flushing Bank in August 2023 to complain that he was the majority shareholder of Superb Motors Inc. and that the Superb Motors account had been opened without his authority. Buccino Tr. 233:16-21, attached to the Ronneburger Dec., as Exhibit I.

12

59. Upon receiving Urrutia's complaint, Flushing Bank put the accounts on hold. Buccino Tr. 239:21-25, attached to the Ronneburger Dec. as Exhibit I.

60. On August 17, 2023, at approximately 10:03 AM, Mr. Puccio sent an email to Deo asking him for a copy of the Superb Motors Operating Agreement. Mr. Puccio also asked Deo to confirm his "ownership % in Superb Motors." Because "there is a claim you are not authorized to establish accounts for the company." Deo Tr. dated February 13, 2026, 207:6-208:21; FLUSHING05917, attached to the Ronneburger Dec., as Exhibits J and Z, respectively.

61. On August 17, 2023, at approximately 12:09 PM, Deo responded that "[i]n November 2022 I bought 50% of Superb Motors. Subsequently, I purchased the full 100% in Feb 2023 and our lawyers have been working on a contract that's [sic] states that amount." Deo Tr. dated February 13, 2026, 207:6-208:21; FLUSHING05917, attached to the Ronneburger Dec., as Exhibits J and Z, respectively.

**E.  Procedural History of this Litigation**

62. Plaintiffs filed the Initial Complaint on August 17, 2023. In the Initial Complaint, Plaintiffs alleged only claims under the Racketeer Influenced and Corrupt Organizations Act ("RICO") and state and common law claims against Flushing Bank, as well as a cause of action for violation of the Defend Trade Secrets Act ("DTSA").  ECF No. 1.

63. On September 26, 2023, Flushing Bank filed a letter requesting a pre-motion conference, setting forth its intent to file a motion to dismiss the Initial Complaint. In that letter, Flushing Bank set forth its position that Appellants had failed to state claims under RICO against Flushing Bank. ECF No. 52.

64. Plaintiffs opposed the request for a pre-motion conference, indicating their intention to file an amended complaint. ECF No. 60.

65. The First Amended Complaint was filed on October 13, 2023. ECF No. 65.

66. In the First Amended Complaint, Plaintiffs removed the DTSA claims against the Bank but added and elaborated on various allegations, including additional claims for a violation of Uniform Commercial Code § 3-419, conversion, negligence, and a claim for unauthorized payment against Flushing Bank. ECF. No. 65.

67. Flushing Bank then filed another pre-motion conference letter on October 26, 2023, notifying the Court of its intention to file a motion to dismiss the First Amended Complaint. ECF No. 73.

68. In accordance with the schedule set forth by the Court, Flushing Bank served its motion to dismiss the First Amended Complaint on November 13, 2023. ECF No. 175.

69. On December 11, 2023, Plaintiffs served their opposition to Flushing Bank's motion to dismiss and sought to amend the pleadings once again. ECF No. 179.

70. On or about February 9, 2024, the Deo Defendants, Jones, Little & Co., CPAs, Libertas Funding LLC, and JPMorgan Chase Bank, N.A., all served their own motions to dismiss the First Amended Complaint. ECF Nos. 164, 168, 176, 177.

71. In response, on March 29, 2024, Plaintiffs filed a Second Cross-Motion to Amend seeking leave to amend the Complaint, attaching a Proposed Third Amended Complaint. The parties timely filed their replies to their motions to dismiss. ECF Nos. 181, 182, 183.

72. On March 21, 2025, the District Court issued the Motions to Dismiss Order on the various parties' motions to dismiss. The Motions to Dismiss Order granted Flushing Bank's motion to dismiss plaintiffs' claims against Flushing Bank, except for one cause of action under Uniform Commercial Code Article 4-A-204(1). *See* Motions to Dismiss Order. ECF No. 230.

73. The Motions to Dismiss Order also dismissed the matter entirely as to JPMorgan Chase Bank, N.A. and Thomas Jones, CPA, and Jones, Little & Co., CPA's LLP, and made several findings as to the claims made against the Deo Defendants and Libertas. ECF No. 230.

74. Ultimately, the Opinion and Order required Plaintiffs to file a Third Amended Complaint in accordance with the Court's holdings set forth therein.  ECF No. 230.

75. Appellants filed their Third Amended Complaint on August 8, 2025, and Flushing Bank timely filed its Answer on October 27, 2025. ECF Nos. 316, 330.

76. The Third Amended Complaint contains twenty-eight causes of action and includes several amended causes of action under RICO asserted against the Deo Defendants, and one cause of action against Flushing Bank, alleging a violation of Uniform Commercial Code Article 4-A-204(1). ECF No. 316.

Dated: Uniondale, New York
      June 1, 2026                         CULLEN AND DYKMAN LLP

                                   /s/ *Ariel E. Ronneburger*
                                   Ariel E. Ronneburger
                                   *Attorneys for Defendant*
                                   *Flushing Bank*
                                   333 Earle Ovington Boulevard, 2nd Floor
                                   Uniondale, New York 11553
                                   aronneburger@cullenllp.com