LAW OFFICES

# WEIR LLP

**A Pennsylvania Limited Liability Partnership**

**1330 Avenue Of The Americas, 23rd Floor**
**New York, New York 10019**
**WEIRLAWLLP.COM**

Bonnie R. Golub
Member of NY, PA and NJ Bars

E-mail: bgolub@weirlawllp.com

June 30 2026

*VIA ECF*

The Honorable James M. Wicks, U.S.M.J.
United States District Court for the Eastern District of New York
100 Federal Plaza, Courtroom 1020
Central Islip, New York 11722

>           **Re:**  ***Superb Motors Inc., et al. v. Anthony Deo, et al.***
>                 **Docket No: 2:23-cv-6188-JMW**

Dear Judge Wicks:

This letter is submitted on behalf of defendant Libertas Funding, LLC ("Libertas") concerning the pre-motion conference memorandum filed by Superb Motors Inc., Team Auto Sales LLC, and Robert Anthony Urrutia (the "Superb Plaintiffs") regarding their motion for summary judgment against the Deo Defendants[1] and Flushing Bank (ECF 522).

In their pre-motion conference memorandum, the Superb Plaintiffs state they seek summary judgment against the Deo Defendants and Flushing Bank only, not Libertas. The Superb Plaintiffs neither outline a motion for summary judgment nor state that any relief is being sought against Libertas as required by Your Honor's Individual Practice Rules. However, in the

---

[1] The Deo Defendants are Anthony Deo, Sarah Deo, Harry Thomasson, Dwight Blankenship, Marc Merckling, Michael Laurie, Car Buyers NYC Inc., Gold Coast Cars of Syosset LLC, Gold Coast Cars of Sunrise LLC, Gold Coast Motors Automotive Group LLC, Gold Coast Motors of LIC LLC, Gold Coast Motors of Roslyn LLC, Gold Coast Motors of Smithtown LLC, and UEA Premier Motors Corp.

June 30, 2026
Page **2** of **3**

Combined Local Rule 56.1 Statement of Material Facts, the Superb Plaintiff and the IAG Plaintiffs[2] include Libertas at the very end of the introductory paragraph identifying the parties against whom the motion is asserted.  (ECF 524).  Identifying Libertas as one of the "Defendants" for purposes a motion for summary judgment was clearly inadvertent since neither the Superb Plaintiffs' nor the IAG Plaintiffs' pre-motion conference memorandums request summary judgment relief against Libertas.

By email dated June 11, 2026, counsel for the IAG Plaintiffs clarified that the IAG Plaintiff are not seeking to move for summary judgment against Libertas.  The Superb Plaintiffs have not responded to Libertas's request to confirm that their motion is not directed to Libertas.  For this reason, Libertas submits this response out of an abundance of caution to note that the Superb Plaintiffs' pre-motion conference memorandum is not directed to nor requests any relief against Libertas.

Respectfully,

*Bonnie R. Golub*

Bonnie R. Golub
Jeffrey S. Cianciulli

cc:  All Counsel of Record (via ECF)

---

[2] The IAG Plaintiffs are 189 Sunrise Hwy Auto LLC, Northshore Motor Leasing, LLC, Brian Chabrier, Joshua Aaronson, Jory Baron, Asad Khan, Iris Baron Representative of the Estate of David Baron, 1581 Hylan Blvd Auto LLC, 1580 Hylan Blvd Auto LLC, 1591 Hylan Blvd Auto LLC, 1632 Hylan Blvd Auto LLC, 1239 Hylan Blvd Auto LLC, 2519 Hylan Blvd Auto LLC, 76 Fisk Street Realty LLC, 446 Route 23 Auto LLC and Island Auto Management, LLC.

June 30, 2026
Page **3** of **3**

### **CERTIFICATION**

I hereby certify that the total word count for this letter response to Plaintiffs' pre-motion memorandum is 389 words within the limits set by this Court's Individual Rules of Practice.

Dated: New York, New York
June 30, 2026

WEIR LLP

*/s/ Bonnie R. Golub*

Bonnie R. Golub, Esq.
1330 Avenue of the Americas, 23rd Floor
New York, NY 10019
P:  917-475-8885
bgolub@weirlawllp.com