# Harry R. Thomasson, Esq.

3280 Sunrise Highway, Box 112
Wantagh, New York 11793
Tel. 516-557-5459
hrtatty@verizon.net

Admitted:
Massachusetts
New York


July 1, 2026

VIA ECF ONLY

Honorable James M. Wicks
U.S. Federal District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re: *Superb Motors, Inc., et al. v. Anthony Deo, et al.*
Case No. 2:23-cv-6188 (JMW)

Your Honor:

Last night, Mr. Marwaha and I were working jointly to file the Deo Defendants' Joint Rule 56.1 Counterstatement and Pre-Motion Conference letter responses, when some technical difficulties I encountered accidentally lead us both to file the Counterstatement and letter responses. I am writing to request the following:

1. When I signed on to file the documents (at approximately 11:50 p.m.), I had trouble uploading the documents. It took me 10-15 minutes to resolve the problem on my end.

2. However, Mr. Marwaha could see that I did not file as the minutes before midnight were counting down, so when he could not reach me by phone, he went ahead and filed the documents without my knowledge. After my technical issue was resolved, I completed my filing a few minutes after midnight, then saw that he also filed a few minutes earlier.

3. Accordingly, I am writing to request that my filing be the operative documents, that the Court accept the documents as the operative documents even though the filing was completed just after the midnight deadline, and that Mr. Marwaha's documents be stricken, returned, or considered null and void, as the Court may decide.

I apologize for the mix-up; Mr. Marwaha has seen and consents to this letter. Awaiting the Court's response, we remain,

Very Truly Yours,

/S/ ***Nipun Marwaha***

______________________________

Nipun Marwaha, Esq.
On behalf of the Deo Defendants
Not including Harry Thomasson

/S/ ***Harry R. Thomasson***

________________________

Harry R. Thomasson, Esq.
*Pro Se*