# Sage Legal LLC

**18211 Jamaica Avenue ● Jamaica, NY 11423-2327 ● (718) 412-2421 ● emanuel@sagelegal.nyc**

<u>**VIA ECF**</u>                                                                                    July 2, 2026

United States District Court
Eastern District of New York
<u>Attn</u>: Hon. James M. Wicks, U.S.M.J.
100 Federal Plaza, Courtroom 1020
Central Islip, NY 11722-4438

> *Re:*    **Superb Motors Inc.,** *et al.* **v. Deo,** *et al.*
>             <u>**Case No.: 2:23-cv-6188 (JMW)**</u>

Dear Judge Wicks:

This firm represents Plaintiffs Superb Motors Inc. ("Superb"), Team Auto Sales LLC ("Team Auto"), and Robert Anthony Urrutia ("Urrutia") (Superb, Team Auto, and Urrutia collectively hereinafter the "Superb Plaintiffs") in the above-referenced case.    The Superb Plaintiffs write to enclose a critical declaration from non-party Robert V. Puccio ("Puccio"), the former Vice President of the Business Banking Group of Defendant Flushing Bank ("Flushing").

The Defendants have collectively raised objections about placeholder citations to declarations referenced in the Plaintiffs' Local Civil Rule 56.1 Statement of Material Facts and Counterstatement of Material Facts.  Those objections have no merit.  This Court's Individual Practice Rules ("Individual Rules") require only evidentiary citations, not the supporting documentation itself, at the pre-motion stage.  <u>See</u> Individual Rules ¶ 3(D)(2)(b) ("a party moving for summary judgment must also include a [LCR] 56.1 Statement *containing evidentiary citations*").  Accordingly, Plaintiffs properly submitted their statement with an evidentiary citation to a declaration that will be submitted with their motion papers in support of summary judgment.

However, because the Defendants included declarations and exhibits in support of their respective requests for a pre-motion conference, and because the Individual Rules provide that this Court *may* decide the pre-motion conference requests as the motion for summary judgment itself, the Superb Plaintiffs submit that this Court should have an opportunity to review Puccio's declaration.  The Superb Plaintiffs thank this Court for its time and attention to this case.

Dated: Jamaica, New York                    Respectfully submitted,
         July 2, 2026                                    **SAGE LEGAL LLC**
                                                                By:  <u>*/s/ Emanuel Kataev, Esq.*</u>
                                                                Emanuel Kataev, Esq.
                                                                18211 Jamaica Avenue
                                                                Jamaica, NY 11423-2327
                                                                (718) 412-2421 (office)
                                                                (917) 807-7819 (cellular)
<u>**VIA ECF**</u>                                                        (718) 489-4155 (facsimile)
All counsel of record                              emanuel@sagelegal.nyc

Enclosure.                                                *Attorneys for Plaintiffs*

                                                                *Superb Motors Inc,*
                                                                *Team Auto Sales LLC, and*
                                                                *Robert Anthony Urrutia*