UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

SUPERB MOTORS INC., TEAM AUTO SALES LLC, ROBERT ANTHONY URRUTIA, 189 SUNRISE HWY AUTO LLC, NORTHSHORE MOTOR LEASING, LLC, BRIAN CHABRIER, JOSHUA AARONSON, JORY BARON, ASAD KHAN, IRIS BARON REPRESENTATIVE OF THE ESTATE OF DAVID BARON, 1581 HYLAN BLVD AUTO LLC, 1580 HYLAN BLVD AUTO LLC, 1591 HYLAN BLVD AUTO LLC, 1632 HYLAN BLVD AUTO LLC, 1239 HYLAN BLVD AUTO LLC, 2519 HYLAN BLVD AUTO LLC, 76 FISK STREET REALTY LLC, 446 ROUTE 23 AUTO LLC and ISLAND AUTO MANAGEMENT, LLC,

|  | **Case No.: 2:23-cv-6188 (JMW)** |
|---|---|
|  | **DECLARATION OF** **ROBERT V. PUCCIO, JR.** |

Plaintiffs,

-against-

ANTHONY DEO, SARAH DEO, HARRY THOMASSON, DWIGHT BLANKENSHIP, MARC MERCKLING, MICHAEL LAURIE, THOMAS JONES, CPA, CAR BUYERS NYC INC., GOLD COAST CARS OF SYOSSET LLC, GOLD COAST CARS OF SUNRISE LLC, GOLD COAST MOTORS AUTOMOTIVE GROUP LLC, GOLD COAST MOTORS OF LIC LLC, GOLD COAST MOTORS OF ROSLYN LLC, GOLD COAST MOTORS OF SMITHTOWN LLC, UEA PREMIER MOTORS CORP., DLA CAPITAL PARTNERS INC., JONES, LITTLE & CO., CPA'S LLP,  FLUSHING BANK, LIBERTAS FUNDING LLC, J.P. MORGAN CHASE BANK, N.A., 189 SUNRISE HWY AUTO LLC, and NORTHSHORE MOTOR LEASING, LLC

Defendants.

-------------------------------------------------------------------X

Robert Vito Puccio declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

1.      I am a former Vice President of the Business Banking Group at Flushing Bank, where I was employed from in or about March 2021 through June 2025.

2.      As such, I am somewhat familiar with all the facts and circumstances heretofore had herein based upon my personal knowledge and recollection, and in relation to my capacity as Vice President of the Business Banking Group at Flushing Bank, and a review of documents Flushing Bank produced in this case that were presented to me.

3.      I first met Defendant Anthony Deo ("Deo") through a former colleague, commercial loan broker, and friend, the Defendant Michael Laurie ("Laurie"), whom I have known for more than twenty (20) years.

4.      I worked with Laurie when I previously worked at Citi Commercial Bank ("Citi"), in which I last served as a Senior Vice President, where my tenure lasted from April 2000 through March 2016.

5.      After Laurie and I stopped working together at Citi, Laurie at some point became a loan broker and referred me potential commercial loan opportunities several times a year.

6.      One such opportunity was for Northshore Motor Leasing LLC ("Northshore") applied for by Deo.

7.      I initially met Deo at the Northshore dealership at 180 Michael Drive, Syosset, NY in connection with a site visit for the purpose of opening a bank account and applying for a term loan of $500,000.00 for Northshore in or about August 2022.

8.      I recall this date based on an email that was shown to me Bates stamped FLUSHING00008 and a Site Visitation Form I completed Bates stamped FLUSHING00488-FLUSHING000490.

2

9.      Due to various documentation requirements and other delays, the bank account and term loan for Northshore were finalized in approximately March 2023.

10.     At some point after the account opening for Northshore, Deo asked me to open a bank account for Superb Motors Inc ("Superb").

11.     As a result of this request, I emailed Deo on March 31, 2023 to ask him for basic information about Superb in order to open an account, including information for "Signer 1" and "Signer 2," based on an email produced by Flushing Bates stamped FLUSHING03998-FLUSHING03999.

12.     As I recall, the request for "Signer 1" and "Signer 2" was part of a standardized email I send in making such requests for information, and I did not immediately know, at that point, whether Superb had more than one (1) owner.

13.     On April 3, 2023, in response to my March 31, 2023 email to him, Deo asked me what information I received from Dave Weinstein ("Weinstein") so that he may move forward with opening a bank account for Superb as reflected in the email produced by Flushing Bank Bates stamped FLUSHING03998.

14.     As a result, I communicated with Weinstein, who was the Vice President/Branch Manager of the Borough Park Branch at Flushing Bank.

15.     As I recall, Weinstein informed me that he was managing the relationship for Plaintiff Robert Anthony Urrutia ("Urrutia") and several dealerships he owned,[1] such that he would be opening bank accounts for those entities, and was aware that I was coordinating the opening of the bank account for Superb.

---

[1] This is reflected in my email to Deo in which I state "[f]rom my understanding [Weinstein] will be opening accounts for your partners other ventures, new car dealerships in CT, NY and NJ" per an email produced by Flushing Bank Bates stamped FLUSHING03998.

3

16. It may have been through this conversation that I learned Anthony Deo had a business partner, and if it was, that the partner was Urrutia.

17. This fact is reflected in my April 3, 2023 email to Deo stating, in pertinent part, "As David [Weinstein] and I understand I will only be opening the joint venture you have with your partner which will be located in Great Neck" as reflected in the email produced by Flushing Bank Bates stamped FLUSHING03998.

18. When I referred to the joint venture located in Great Neck in that email, I was referring to Superb.

19. When I referred to "partner" in that email, I knew at the time, likely from my communications with Weinstein, that Deo's partner in Superb was an owner of Superb because it is my general understanding that the word "Partner" in business is also an owner.

20. I do not specifically recall that I knew then that Urrutia was an owner of Superb, but I knew from my conversation with Weinstein, as reflected in my April 3, 2023 email, that Deo had a business partner but was unaware of what percentage ownership such individual held.

21. I visited Superb as part of my site visit requirements on April 4, 2023, as reflected in the Site Visitation Form produced by Flushing Bank Bates stamped FLUSHING06183-FLUSHING06185.

22. On or about the same day, Deo provided me information required to open a bank account for Superb, which I forwarded to Tara Cullen, a Sales Support Specialist in the Business Banking Group at Flushing Bank, who opened the account with the information provided as reflected in Flushing Bank Bates stamped document FLUSHING04050.

23. As I understand it based on the documents presented to me prior to drafting this Declaration, Deo listed himself as the sole owner of Superb.

4

24.    I may have been traveling that day for purposes of a site visit and forwarded the information without reviewing it, but I do not specifically recall at this time.

25.    It was my standard procedure to forward information received on account openings to the appropriate people for review.

26.    As a result, Tara Cullen prepared the Certification of Beneficial Owner(s) form, Non Personal Signature Card, and Resolution of Authority – using the information provided to me by Deo which I forwarded to her – listing Deo as the 100% owner of Superb, and forwarded same to me to present to Deo for signature, as per my review of documents produced by Flushing Bank Bates stamped FLUSHING04567-FLUSHING04568 and FLUSHING04570-FLUSHING04571.

27.    Before the account was opened in the name of Superb with Deo as the sole signor, I had reason to believe that Superb's shareholders may have consisted of more than one shareholder, whose shareholder percentage I was not specifically aware of.

28.    To the best of my recollection, at no time before, during, or after the time I opened the account for Superb at Deo's request did Deo request a loan for Superb from me.

29.    I am not aware of any other individual that Deo had contact with at Flushing who he would have asked for a loan.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on May 7, 2026.

_____
Robert V. Puccio, Jr.

**From:** Puccio, Robert
**Sent:** Friday, August 19, 2022 9:40 AM EDT
**To:** Michael Laurie <mlaurie@dlacapital.com>; anthonyd@northshoremotors1.com <anthonyd@northshoremotors1.com>
**Subject:** RE: LOC link Flushing Bank - Rob Puccio
**Attachment(s):** "f4506c.pdf"

Good morning Anthony and Michael,

It was great see you both yesterday.  Thanks for the background information and tour of North Shore Motors

As I stated yesterday, to apply through the link I provided, here it is again -  https://flushingbank.expressbankloan.com/2/#/search?cid=151, you will need to upload the following:

-2 years Federal Tax Returns with all schedules for the business
-2 years Federal Tax Returns with all schedules for Anthony (in this upload section it asks for a Personal Financial statement BUT it is not needed)
-Copy of Anthony's Drivers License

In addition, I will need you to complete sections 1-3 and sign the attached 4506c form for the business and Anthony,  Sections 1-3 must mirror the information on the tax return.

Please let me know if you have any questions.

Have a great day.
Rob


***"The highest compliment I can receive is a referral to your family, friends and business associates."***

**Robert V. Puccio**
Vice President
Business Banking Group



99 Park Avenue - Suite 820
New York, NY 10016
P: (646) 923-9539
C: (516)707-8922
rpuccio@flushingbank.com
www.flushingbank.com

 Robert V. Puccio

---

**From:** Puccio, Robert
**Sent:** Thursday, August 18, 2022 11:25 AM
**To:** Michael Laurie <mlaurie@dlacapital.com>; anthonyd@northshoremotors1.com
**Subject:** LOC link

Here is the link:  https://flushingbank.expressbankloan.com/2/#/match  From this page hit the link – Not an existing customer?  Click here to get started.

Thanks
Rob

Robert V. Puccio
Flushing Bank
516-707-8922

Get Outlook for iOS

FLUSHING00008



## Site Visitation Form

| Business Information | | | |
|---|---|---|---|
| Business Name(s): | | | |
| Northshore Motor Leasing LLC | | | |
| | | | |
| | | | |
| Physical Address: 180 Michael Drive | | Met With: Anthony Deo | |
| City, State: Syosset, NY | | Type of Business: Used Auto Dealership | |
| Zip Code: 11791 | | Home Based: ☐ Yes | ■ No |
| Date of Visit: 8/18/2022 | | Date Opened: 2/2018 | |

| External Description | | | |
|---|---|---|---|
| Type of Space Occupied: | | Signage: | |
| ■ Commercial | ☐ Residential (home/apt.) | ■ Visible | ☐ Clear   ☐ None |
| ■ Warehouse/ Industrial Space | | Does signage reflect business name? | |
| ■ Retail | | ■ Yes | ☐ No |
| ☐ Other | | | |

| | | | | |
|---|---|---|---|---|
| Is the business name listed on a directory/mailbox located in the building or on the property? | | | ■ Yes | ☐ No |
| General appearance of the property: | ■ Good | ☐ Fair | ☐ Poor | ☐ N/A |

Comments: property and interior are very well kept.  Interior and exterior have mnay used cars for sale.

office space is very updated and well kept.

| Internal Description |
|---|
| **GENERAL** |

| Clean and Organized? | ■ Yes | ☐ No |
|---|---|---|

| **RETAIL** |
|---|

| | |
|---|---|
| Hours of Operation: | 10 am - 6 pm |
| Describe any inventory observed: | used cars, mostly high end automobiles |
| Describe display & condition of inventory: | excellent |
| Describe visible internal signage | signage on the street and throughout the showroom |
| Describe volume of customer activity | there were a few customers there during my visit |
| Are customer transactions conducted primarily in cash or credit? | ☐ Cash  ■ Credit |

1

FLUSHING00488

| Describe any seasonal considerations for transaction volume: none | | | |
|---|---|---|---|
| Does the business offer? (Check applicable) | ☐ Phone Cards | ☐ Funds Transfers | ☐ Check Cashing | ☐ Lottery |

**OFFICE AND INDUSTRIAL**

Describe any materials or merchandise onsite:
 used cars, high end newer used cars

Describe any equipment onsite:


Describe the model & condition of any vehicles onsite:
 most cars newer, 2018 -2023

| Does the location seem sufficiently staffed? | ■ Yes | ☐ No |
|---|---|---|

If office location, please describe the furniture and décor:
 offcie was updated and well kept.  very nice conference room.

**ACTIVITY AND PRODUCTS**

| Does observed business activity reflect type of business? | ■ Yes | ☐ No |
|---|---|---|

Explain:
 Activity was consistent with a used auto dealership.  Many cars were on site, employees were moving cars etc.

Describe the types of products or services provided by this business:

 Used auto dealership


On the day of the visit, the business appears to be:

| ☐ Very Busy | ☐ Busy | ■ Slow | ☐ No Customers |
|---|---|---|---|

If no internal inspection was performed or no internal pictures taken, explain why:


**ONSITE ATM**

| Is there an ATM onsite? | ☐ Yes | ■ No | If Yes, complete this section |
|---|---|---|---|
| Is the ATM serviced by our customer? | ☐ Yes | ☐ No | |

Exact location of ATM:

| How is cash replenished? | ☐ Bank | ☐ Armored Car | ☐ Cash Servicer |
|---|---|---|---|

How often will the ATM be loaded?

What is the daily expected cash activity?

| **Obtain copy of the ATM Lease or Purchase Agreement** |
|---|
| **Obtain copies of the last three months banking statements** |

**Marijuana Related Business**

| Is this business marijuana related? | ☐ Yes | ■ No |
|---|---|---|

Type of Business (Example:  Retail dispensaries, cultivation etc.)


Approximate Annual Revenue: $

What percentage of the business is directly tied to marijuana business?          %

2

Rev. 12/19

FLUSHING00489

| Of the percentage listed above, define the percentage in each of the following areas? | | |
|---|---|---|
| Sale of CBD Oil: %| Paraphernalia: % | Hemp: % |
| Other (Explain): % | | |
| What process is in place by the business to ensure the marijuana portion of the business is licensed? | | |

## Premises Description

Provide a clear description of the premises: building is located in an industrial park in Syosset off of Jericho Turnpike.
The property consist of a building and parking lot.  Part of the buidling was offcie space and showroom space, filled with
cars.  The other half of the building, about 5,000 sf. was warehouse/garage space which housed used cars.

## Home Based

If a home based business, is it reasonable for this type of business to be operated out of a home?

☐ Yes | ■ No  If No, explain below:

## Conclusion / Overall Comments

Is the business environment consistent with the type of business? (Explain)

Business and property seem well run and kept.  The area around the building was very active, with traffic and people going in and out of buildings.

The client's showroom and offices were very well kept, clean and all the inventory was in excellent condition.  The employees seemed very

professional and active.

## Visited By *

| Print Name: Robert Puccio | Title: Vice President | Branch/Business Unit: 455 |
|---|---|---|
| Signature: *Robert Puccio* | | Date: 3/16/2023 |

3

Rev. 12/19

FLUSHING00490

**From:** Puccio, Robert
**Sent:** Monday, April 03, 2023 11:22 AM EDT
**To:** anthony deo <anthonyd@northshoremotors1.com>
**Subject:** RE: [EXTERNAL] - Re: Rob Puccio - Account Opening Information

Hi Anthony,

I have not received anything.  From my understanding he will be opening accounts for your partners other ventures, new car dealerships in CT, NY and NJ.

As David and I understand I will only be opening the joint venture you have with your partner which will be located in Great Neck.

On a different note, I saw Allison was looking for a Treasury form to be signed from last week.  Where you able to get that back to her?

Also, about the letter your attorney provided.  Is it possible to get something more detailed?  This is too general and does not provide insight into the situation.

Happy to discuss this all if you would like.

Thanks
Rob


*"The highest compliment I can receive is a referral to your family, friends and business associates."*

**Robert V. Puccio**
Vice President
Business Banking Group
Flushing Bank
99 Park Avenue – Suite 820
New York, NY 10016
Phone: 646-923-9539
Cellular: 516-707-8922
Email: rpuccio@flushingbank.com
www.FlushingBank.com

Robert V. Puccio

---

**From:** anthony deo <anthonyd@northshoremotors1.com>
**Sent:** Monday, April 3, 2023 11:18 AM
**To:** Puccio, Robert <RPuccio@flushingbank.com>
**Subject:** [EXTERNAL] - Re: Rob Puccio - Account Opening Information


CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Good Morning Rob,

Can you please tell me what information you received from Dave Weinstein so that I can push this process along?

---

**From:** Puccio, Robert <RPuccio@flushingbank.com>
**Sent:** Friday, March 31, 2023 11:48 AM
**To:** anthony deo <anthonyd@northshoremotors1.com>
**Subject:** Rob Puccio - Account Opening Information


Hi Anthony,

Please provide me with the information requested below for Superb.  Thanks!

- **Business Name (include DBA is applicable)** –
- **Physical address (if mailing address is different please list)** –
- **Tax ID** –
- **Business phone number** –
- **2022 Annual Revenue/Budget** -
- **Names of 3 top suppliers/vendors** –
- **Name of 3 top customers, if applicable** –
- **Signer 1 Information** -
  - Legal Name, primary contact-

FLUSHING03998

**From:** Puccio, Robert <RPuccio@flushingbank.com>
**Sent:** Tuesday, April 04, 2023 8:41 AM EDT
**To:** Cullen, Tara <TCullen@flushingbank.com>
**Subject:** Account Opening Superb Motors Inc.
**Attachment(s):** "SUPERB MOTORS INC corp docs.pdf","Superb License.pdf","ID.jpg"

Hi Tara,

Please establish a DDA for new client Superb Motors Inc.

### Business Name (include DBA is applicable) —

**SUPERB MOTORS INC.**

· **Physical address**

**215 NORTHERN BLVD, GREAT NECK, NY 11021**

· **Tax ID** —

· **Business phone number** —

**516-821-2280**

· **2022 Annual Revenue/Budget** -

**$18,730,333.00**

· **Names of 3 top suppliers/vendors** —

**CARGURUS**

**CARS.COM**

**TEKION**

· **Signer 1 Information** -

**ANTHONY DEO**

**CEO**

**ANTHONY.DEO@TEAMAUTO.COM**

**516.821.2280       OFFICE**

**516.509.1668       CELL**

· **Ownership Information** -

· Full Name, SSN, Title, Percentage of Ownership and ID for Each Owner

**ANTHONY DEO**

**CEO**

**100%**

FLUSHING04050

Thanks
Rob


*"The highest compliment I can receive is a referral to your family, friends and business associates."*

**Robert V. Puccio**
Vice President
Business Banking Group
Flushing Bank
99 Park Avenue – Suite 820
New York, NY 10016
Phone: 646-923-9539
Cellular: 516-707-8922
Email: rpuccio@flushingbank.com
www.FlushingBank.com

Robert V. Puccio

**FLUSHING04051**



**FLUSHING**
Commercial ■ Business ■ Consumer **Bank**®

## Certification of Beneficial Owner(s)

### Legal Entity Information For a Deposit/Loan Account

a. Name of Legal Entity: Superb Motors Inc.     Type: Corporation

b. Physical Address of Legal Entity: 215 Northern Blvd, Great Neck, NY 11021     Tax ID #: ██████████

c. Name of Individual Opening the Account: Anthony Deo     Title: CEO

### Ownership Information

d. • List each individual or entity who directly or indirectly, through any contract, arrangement, understanding, relationship or otherwise, owns 25% or more of the equity interests of the Legal Entity listed above.
   • If an individual's aggregate ownership is 25% or more, even if the entity owns less than 25%, it should be listed.

| Name of Individual or Entity | % of Ownership | | Name of Individual or Entity | % of Ownership |
|---|---|---|---|---|
| Anthony Deo | 100% | | | |
| | | | | |

☐ If checked, ownership % is less than 25% and will be blank.

e. Beneficial Owner Detail.
   • For natural persons listed in (d) record the following information:
   • Explain below any layers of Beneficial Ownership by listing natural persons who own entities noted in (d). Only list individuals if their equity ownership is 25% or more of the Legal Entity opening the account.

**Beneficial Owner #1:** Anthony Deo     Name of Entity: Superb Motors Inc.

% of Ownership: 100%  Date of Birth: ██████     Title: CEO

Address: 3 Saddle Ridge Road, Old Westbury, NY 11568     **For U.S. Persons** Social Security #: _____

Driver's License # or Other ID: ██████████     **For Non-U.S. Persons** Passport # or other ID*: _____

Issuing State or Country of ID: New York     ID Expiration Date: ██████████

**Beneficial Owner #2:** _____     Name of Entity: _____

% of Ownership: _____ Date of Birth: __/__/__     Title: _____

Address: _____     **For U.S. Persons** Social Security #: _____

Driver's License # or Other ID: _____     **For Non-U.S. Persons** Passport # or other ID*: _____

Issuing State or Country of ID: _____     ID Expiration Date: __/__/__

**Beneficial Owner #3:** _____     Name of Entity: _____

% of Ownership: _____ Date of Birth: __/__/__     Title: _____

Address: _____     **For U.S. Persons** Social Security #: _____

Driver's License # or Other ID: _____     **For Non-U.S. Persons** Passport # or other ID*: _____

Issuing State or Country of ID: _____     ID Expiration Date: __/__/__

Page 1 of 2

Rev. 05/18

FLUSHING04567

**FLUSHING**
Commercial • Business • Consumer **Bank**®

## Certification of Beneficial Owner(s)

### Ownership Information Continued

**Beneficial Owner #4:** _____    Name of Entity: _____

**% of Ownership:** _____    **Date of Birth:** ___ / ___ / ___    Title: _____

**For U.S. Persons**
Address: _____    Social Security #: _____

**For Non-U.S. Persons**
Driver's License # or Other ID: _____    Passport # or other ID*: _____

Issuing State or Country of ID: _____    ID Expiration Date: _____ / _____ / _____

### Management Information

This section cannot be left blank. If the individual is already listed in (e), only Name and Title must be recorded.

f.  Provide information for one individual with significant responsibility for managing the Legal Entity such as:

☑ An executive officer or senior manager (e.g. Chief Executive Officer, Chief Financial Officer, Chief Operating Officer, Managing Member, General Partner, President, Vice President, Treasurer); or

☐ Any other individual who regularly performs similar functions.

Name:  Anthony Deo _____    Title: CEO _____

Address: _____    Date of Birth: ___ / ___ / ___

Driver's License # or Other ID: _____    ID Expiration Date: ___ / ___ / ___
**For U.S. Persons**
Social Security #: _____

**For Non-U.S. Persons**
Passport # or other ID and Country of Issuance*: _____

### Certification

I, (name of natural person opening account), hereby certify to the best of my knowledge that the information provided above is complete and correct. I agree to notify the bank of any change in such information.

Name:  Anthony Deo _____    Signature: _X_____    Date: ___ / ___ / ___

### Recertification

**Recertification – 1st**
I hereby certify the information above is complete and correct as of this date and agree to notify the Bank of changes.

Name: _____    Signature: _X_____    Date: ___ / ___ / ___

**Recertification – 2nd**
I hereby certify the information above is complete and correct as of this date and agree to notify the Bank of changes.

Name: _____    Signature: _X_____    Date: ___ / ___ / ___

**Recertification – 3rd**
I hereby certify the information above is complete and correct as of this date and agree to notify the Bank of changes.

Name: _____    Signature: _X_____    Date: ___ / ___ / ___

### Bank Use Only Upon Initial Certification

Accepted by: _X_____    Date: ___ / ___ / ___    Master Deposit Account #: _____

Print: Robert Puccio _____    Cost Center #:  455 _____    Master Loan #: _____

*In lieu of a passport number, Non-U.S. persons may also provide an alien identification card number, or number and country of issuance of any other government issued document evidencing nationality or residence and bearing a photograph or similar safeguard.

Page 2 of 2

Rev. 05/18

FLUSHING04568



# INTERNET GAMBLING NOTICE AND CERTIFICATION

Pursuant to the Unlawful Internet Gambling Enforcement Act of 2006 and Regulation GG, "restricted transactions" such as those in which a person accepts credit, funds, instruments or other proceeds from another person in connection with unlawful Internet gambling, are prohibited. You certify that such transactions will not be conducted through your account at Flushing Bank. Please be advised that if Flushing Bank determines that your account is being used to engage in restricted transactions, we reserve the right to terminate your access to certain payment systems and/or close your account.

I, __Anthony Deo_____

Customer Name

__CEO_____, of __Superb Motors Inc._____

Title (i.e. Pres., Sec.)                                      Company Name

Company/Corporation/Partnership/LLC/Sole Proprietorship do hereby certify that the above named

Business entity does not engage in any type of Internet Gambling business.

_____

Signature

_____

Date

| FOR BANK USE ONLY | |
|---|---|
| Account(s) #: | Originating Br #: **455** |
| | Accepted By: **Robert Puccio** |
| | (Print Name) |

Rev. 9/17

FLUSHING04569

# Non Personal Signature Card

**FLUSHING** Bank
Commercial • Business • Consumer

Date: 4/4/23

| Business Name | Superb Motors Inc. | | Tax ID | ▓▓▓▓▓▓▓ |
|---|---|---|---|---|
| Address | 215 Northern Blvd, Great Neck, NY 11021 | | | |

| Reference # | Account Title / Account Subtitle | Account # (Bank Use Only) |
|---|---|---|
| (1) 2023040401 | Superb Motors Inc. | |
| (2) | | |
| (3) | | |
| (4) | | |
| (5) | | |

☐ *Check this box if additional Accounts are to be opened and are listed on additional pages.*

The undersigned agree to the by-laws and the rules and regulations of Flushing Bank ("the Bank"), to any future amendments and additions to them, and to any laws and regulations binding on the Bank. The undersigned acknowledge receipt and review of the Bank's disclosures statement and Privacy Notice and agree to the terms and conditions governing this account.;

The undersigned authorize the Bank to investigate credit and employment history and obtain reports from consumer reporting agency (ies) on them as individuals. Except as provided by law or another agreement, each of the undersigned is authorized to make withdrawals from the account(s).

The undersigned agree that the Bank is authorized and empowered to charge this account for any loan or other indebtedness the Business owes to the Bank. In order to make payment on each withdrawal, check or Money Order, the Bank will require such authorized signatures as are appropriate, based on this and any other agreements or instructions the Bank has on file.

**CERTIFICATION:** Under penalty of perjury, I certify (1) that the number shown on this form is my correct Taxpayer Identification Number (or I am waiting for a number to be issued to me); (2) that I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; (3) that I am a U.S. citizen or other U.S. person; and (4) tha the FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**CERTIFICATION INSTRUCTIONS:** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. You are not required to sign the Certification for mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends.. (Also see Part 3 of W-9 instructions or similar disclosure).

**CERTIFICATION:** The undersigned certify that all account opening information provided is accurate and complete. **Exemption from FATCA Reporting Code:** _____

**IMPORTANT ACCOUNT OPENING INFORMATION:** Federal Law requires us to obtain sufficient information to verify your identity. We may ask you several questions and we may require one or more forms of identification to fulfill this requirement. In some instances we may use outside sources to confirm the information. The information you provide is protected by our Privacy Policy and Federal Law.

| Signer # 1 (Individual Owner if Sole Propiertorship) | Full Name | Anthony Deo | Signature X |
|---|---|---|---|
| | Date | Reference # ☑ All ☐ 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5 | Reference # |

| Signer # 2 (Non-Owner if Sole Propiertorship) | Full Name | | Signature X |
|---|---|---|---|
| | Date | Reference # ☐ All ☐ 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5 | Reference # |

| Signer # 3 (Non-Owner if Sole Propiertorship) | Full Name | | Signature X |
|---|---|---|---|
| | Date | Reference # ☐ All ☐ 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5 | Reference # |

| Signer # 4 (Non-Owner if Sole Propiertorship) | Full Name | | Signature X |
|---|---|---|---|
| | Date | Reference # ☐ All ☐ 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5 | Reference # |

| Signer # 5 (Non-Owner if Sole Propiertorship) | Full Name | | Signature X |
|---|---|---|---|
| | Date | Reference # ☐ All ☐ 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5 | Reference # |

☐ *Check this box if additional Signers are listed on additional pages.*

**This Signature Card supersedes and terminates the Signature Card dated _____ and any related Signature Card Addendums.**

Rev. 9/17                          Page 1 of 1                          Signer #1 Initials _____

FLUSHING04570

**FLUSHING**
Bank

## Resolution of Authority | Flushing Bank

☑ New  ☐ Change

| Account Title: | Superb Motors Inc. | TIN Number: | ████████ |
| Entity Address: | 215 Northern Blvd, Great Neck, NY 11021 | Telephone Number: | 516-821-2280 |

The individual(s) signing this Resolution hereby certifies to Flushing Bank, ("Bank") that the Entity is (check one):

☐ a **Sole Proprietorship** owned entirely by the individual signing this Resolution, a duly formed and valid existing.

☐ a **General Partnership**

☐ a **Limited Partnership,**

☐ a **Service Award Trust** organized by the Trustees of the _____ of _____, and that the individual signing this Resolution is its secretary or assistant secretary and the keeper of its records.

☐ a **Limited Liability Partnership** organized under the laws of the state of _____, and that the individuals signing this Resolution constitute all of the general partners of the partnership.

☑ a **Corporation** duly organized and in good standing under the laws of the state of **NY** , and that the individual signing this Resolution is its secretary or assistant secretary and the keeper of the records and corporate seal, if any;

☐ an **Unincorporated Association or Organization** and that the individuals signing this Resolution is the keeper of the records and seal, if any;

☐ a **Limited Liability Company** organized under the laws of the state of _____, and that the individuals signing this Resolution constitutes all of the members or managers, as appropriate of the company.

The following is a true and correct copy of the resolutions adopted by the Entity; such resolutions are now in full force and effect.

### Depository and Withdrawal Authorization

RESOLVED, that Bank is designated a depository in which the funds of the Entity may be deposited and /or withdrawn by any (indicate number) 1 of the persons listed below in the manner so designated, subject to Bank's deposit account agreement as the same may be amended from time to time. The persons listed are authorized to endorse for collection, deposit, or negotiation, any and all checks, drafts, notes, bills of exchange, certificates of deposit, and orders for the payment or transfer of money between account at Bank and other banks, either belonging to or coming into the possession of the Entity. Endorsements "for deposit" may be written or stamped. Bank may accept any instruments for deposit to any depository account of the Entity without endorsement or may supply the endorsement of the Entity. The persons so designated are authorized to sign any and all checks, drafts, and orders drawn against any designated accounts of the Entity (including saving accounts) at Bank. Bank is authorized to honor and pay all checks, drafts, and orders when so signed or endorsed without inquiry as to the circumstances of issue or disposition of the proceeds and regardless of to whom such instruments are payable or endorsed, including those drawn or endorsed to the individual order of any such person listed, even if doing so causes or increases an overdraft.

| PRINT NAME: | TITLE: | PRINT NAME: | TITLE: |
| Anthony Deo | CEO | | |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

### Signing Authorization

RESOLVED, that any 1 of the persons indicated above is authorized to act for and on behalf of the Entity in any matter involving any of the Entity' depository accounts at Bank, including the authority to instruct Bank to close the account, to give instructions by means other than the signing of any item with respect to account transactions such as those initiated via electronic debit, payment, wire transfer, or other withdrawal of funds by computer, electronic or other technologic means, and is further authorized to sign and implement for and in the name on behalf of the Entity, as they, or any of them see fit, the agreements, instructions, drafts, orders, certificates, or other documents relating to any depository accounts or other business of the Entity including, but not limited to payroll agreements, repurchase agreements, night depository agreements, funds transfer agreements, agreement for automated clearinghouse services, agreements for online services, and/or safe deposit agreements.

### Borrowing Authorization

RESOLVED, that any 1 of the persons indicated below is authorized to act for and on behalf of the Entity to borrow money and to obtain credit for the Entity from Bank on such terms as may seem to advisable and to make and deliver notes, drafts, acceptances and any other obligations of the Entity therefore, instruments of guarantee and of indemnity, agreements and contracts, all in form satisfactory to Bank, and, as security therefor, to grant a security interest in and to assign, transfer, hypothecate, mortgage, pledge, trustee, withdraw, exchange and substitute any stocks, bonds, securities, mortgages, bills and accounts, bills of lading, warehouse receipts, goods, insurance policies, certificates or any other property of every nature and description held by or belonging to the Entity, with full authority to endorse, assign or guarantee the same in the name of the Entity; to execute and deliver security agreements and all instruments of assignment, transfer, hypothecation, mortgage, pledge and trust, to sell or discount with or without recourse any bills receivable or any other paper, whether or not negotiable, held by the Entity; to subordinate and assign any obligations and debts owed to the Entity by another or others, and in connection therewith, to execute and deliver instruments of subordination and assignment in form satisfactory to Bank; to authorize and request Bank to purchase, sell, deliver or exchange for the account of the Entity stocks, bonds, certificates of deposit or other securities, and foreign exchange or the proceeds thereof; and to execute and deliver all instruments, agreements and contracts required by Bank in connection with any matters herein contained or in connection with any services, of whatever nature or description, to be provided by Bank to the Entity.

| PRINT NAME: | TITLE: | PRINT NAME: | TITLE: |
| Anthony Deo | CEO | | |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

### Service Award Trust Authorization

RESOLVED that Bank may draw periodic checks from its central issue check account, which will be funded, as required, through a charge to any of the Entity' depository accounts with Bank, to pay the entitlement award to eligible participants as directed by an account signer authorized by the Entity. These payments will not change and will continue until Bank is instructed otherwise by the Entity.

### Further Authorization

BE IT FURTHER RESOLVED that the secretary or assistant secretary (if a corporation or unincorporated association), the sole owner/proprietor (if a sole proprietorship), any member or manager, as appropriate (if a limited liability company), or any general partner (if a partnership) is authorized to certify to the Bank the name, title, specimen signature and facsimile signature with respect to any additions or deletions of persons authorized to carry out the purposes and intent of these resolutions and that this resolution shall remain in full force and effect until express written notice of rescission or modification is received by the Bank. If the authority contained herein should be revoked or terminated by operation of law or any other reason without such notice, it is resolved that the Bank shall be indemnified and saved harmless from any and all losses suffered or liabilities incurred by it so acting after such revocation or termination without notice.

IN WITNESS WHEREOF, the undersigned has hereunder subscribed his/her name(s) and affixed the seal, if any, of the Entity this_____ day of_____.

| For a Service Award Trust, Corporation or Unincorporated Association or Organization: | For Sole Proprietorship | For Partnership (all general partners must sign)/ For Limited Liability Company (all members must sign) |
| _____X_____ | _____ | _____ |
| Secretary | Owner/Sole Proprietor | Partner/Member/Manager |

☐ THIS IS A NOT-FOR-PROFIT BUSINESS

_____
Partner/Member/Manager

This Resolution supersedes and terminates the resolution dated _____.

Rev. 02/2023

FLUSHING04571



## Site Visitation Form

| Business Information | | | |
|---|---|---|---|
| Business Name(s): | | | |
| Superb Motors Inc. | | | |
| | | | |
| | | | |
| Physical Address: 215 Northern Blvd | | Met With: Anthony Deo | |
| City, State: Great Neck, NY | | Type of Business: used car dealership | |
| Zip Code: 11021 | | Home Based: | ☐ Yes  ■ No |
| Date of Visit: 4/4/2023 | | Date Opened: 2/2021 | |

| External Description | | | |
|---|---|---|---|
| Type of Space Occupied: | | Signage: | |
| ■ Commercial | ☐ Residential (home/apt.) | ■ Visible   ☐ Clear | ☐ None |
| ☐ Warehouse/ Industrial Space | | Does signage reflect business name? | |
| ■ Retail | | ■ Yes | ☐ No |
| ☐ Other | | | |
| Is the business name listed on a directory/mailbox located in the building or on the property?   ☐ Yes   ☐ No | | | |
| General appearance of the property: | ■ Good | ☐ Fair   ☐ Poor | ☐ N/A |
| Comments: Showroom is very clean, new furniture and high end automobiles. | | | |
| | | | |
| | | | |

| Internal Description | |
|---|---|
| **GENERAL** | |
| Clean and Organized? | ■ Yes   ☐ No |
| **RETAIL** | |
| Hours of Operation: 10 am - 8 pm | |
| Describe any inventory observed: used cars | |
| Describe display & condition of inventory: all cars seemed no older than 3-4 years, all in very good, like new condition | |
| Describe visible internal signage Many signs on the street and throughout the showroom | |
| Describe volume of customer activity very busy, seemed there was over 10 customers shopping during visit | |
| Are customer transactions conducted primarily in cash or credit? | ☐ Cash   ■ Credit |

1

Rev. 12/19

FLUSHING06183



| Describe any seasonal considerations for transaction volume:  none | | | |
|---|---|---|---|
| **Does the business offer?** (Check applicable) | □ Phone Cards | □ Funds Transfers | □ Check Cashing | □ Lottery |

| **OFFICE AND INDUSTRIAL** |
|---|
| Describe any materials or merchandise onsite: |
| Describe any equipment onsite: |
| Describe the model & condition of any vehicles onsite: |
| Does the location seem sufficiently staffed?    □ Yes    □ No |
| If office location, please describe the furniture and décor: |

| **ACTIVITY AND PRODUCTS** | | |
|---|---|---|
| Does observed business activity reflect type of business? | ■ Yes | □ No |
| Explain:  very busy used car dealership.  Very active showroom with many customers and employees | | |
| Describe the types of products or services provided by this business:   the client sells used cars | | |

| On the day of the visit, the business appears to be: | | | |
|---|---|---|---|
| ■ Very Busy | □ Busy | □ Slow | □ No Customers |
| If no internal inspection was performed or no internal pictures taken, explain why: | | | |

| **ONSITE ATM** | | | |
|---|---|---|---|
| Is there an ATM onsite? | □ Yes | ■ No | If Yes, complete this section |
| Is the ATM serviced by our customer? | □ Yes | □ No | |
| Exact location of ATM: | | | |
| How is cash replenished? | □ Bank | □ Armored Car | □ Cash Servicer |
| How often will the ATM be loaded? | | | |
| What is the daily expected cash activity? | | | |
| **Obtain copy of the ATM Lease or Purchase Agreement** | | | |
| **Obtain copies of the last three months banking statements** | | | |

| **Marijuana Related Business** | | |
|---|---|---|
| Is this business marijuana related? | □ Yes | ■ No |
| Type of Business (Example:  Retail dispensaries, cultivation etc.) | | |
| Approximate Annual Revenue: $ | | |
| What percentage of the business is directly tied to marijuana business?                    % | | |

2

Rev. 12/19

FLUSHING06184



| Of the percentage listed above, define the percentage in each of the following areas? | | | |
|---|---|---|---|
| Sale of CBD Oil: | % | Paraphernalia: | % | Hemp: | % |
| Other (Explain): | | | % |

What process is in place by the business to ensure the marijuana portion of the business is licensed?

## Premises Description

Provide a clear description of the premises: premises consist of a building and parking lot.  Building is approximately 8,000 sf. Building / showroom floor was full of high end cars, with a service desk, and offcies around the outer walls.

When you enter there is a waiting area for customers.  Parking lot was full of used cars for sale.

## Home Based

If a home based business, is it reasonable for this type of business to be operated out of a home?

| ☐ Yes | ☐ No  If No, explain below: |
|---|---|

## Conclusion / Overall Comments

Is the business environment consistent with the type of business? (Explain)

Business and activity at the location are all consistent with a car dealership.  The business was very busy, many customers and lots if inventory, cars, on display.

## Visited By *

| Print Name: Robert Puccio | Title: Vice President | Branch/Business Unit: 455 |
|---|---|---|
| Signature: *Robert Puccio* | | Date: 4/5/2023 |

3

Rev. 12/19

FLUSHING06185

11:10

< 1



**Dave** ›

Mar 31, 2023 at 10:52 AM

Do you want me to share your personal tax returns for 2020 & 2021 with Robert Puccio as well?
I just want to confirm we are going to send both personal and business.

If he needs it yes

If not no

Ok, I will reach out to him and confirm what he needs.

What is the name of your partner from Superb?

+    iMessage