

Cullen and Dykman LLP
The Omni Building
333 Earle Ovington Blvd, 2nd Floor
Uniondale, NY 11553
T: 516.357.3700
F: 516.357.3792

**Ariel E. Ronneburger**
Partner
Direct Dial: (516) 296-9182
aronneburger@cullenllp.com

July 2, 2026

**VIA ECF**
Honorable James M. Wicks, U.S.M.J.
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 1020
Central Islip, New York

> Re:   ***Superb Motors Inc., et al. v. Anthony Deo, et al.***,
>       **Docket No: 2:23-cv-6188-JMW**

Dear Judge Wicks:

This firm represents defendant Flushing Bank in the above-referenced matter. We write in response to the letter dated July 2, 2026, submitted by counsel for the Superb Plaintiffs.

Initially, the letter claims that the objections raised by Flushing Bank in its counterstatement to Plaintiffs' Rule 56.1 statement "have no merit" and are objections to declarations cited therein. Flushing Bank's objections are largely objections to the numerous statements made by Plaintiffs that are highly disputed in this case, are inflammatory, or are a mischaracterization of the facts established in discovery.

Moreover, Plaintiffs ask that the Court "have the opportunity to review" the Declaration of Robert Puccio at this time, as the Court reserves the right to decide the pre-motion conference requests as the motion for summary judgment. This is an improper request. The documents cited to and attached to the Declaration of Ariel E. Ronneburger, dated June 1, 2026, are documents previously produced during discovery and deposition transcripts. The Declaration of Robert Puccio was, for the first time, produced by the Plaintiffs when they filed their letter this morning. As such, Flushing Bank requests that the Court deny Plaintiffs' request, or, alternatively, permit Flushing Bank an opportunity to respond to the Declaration of Robert Puccio, in the event the Court wishes to decide the motions on the papers currently submitted.



Thank you, as always, for your courtesies in this matter.

Respectfully,

*Ariel E. Ronneburger*

Ariel E. Ronneburger

cc:  All Counsel of Record