UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

SUPERB MOTORS INC., TEAM AUTO SALES LLC, ROBERT ANTHONY URRUTIA, 189 SUNRISE HWY AUTO LLC, NORTHSHORE MOTOR LEASING, LLC, BRIAN CHABRIER, JOSHUA AARONSON, JORY BARON, ASAD KHAN, IRIS BARON REPRESENTATIVE OF THE ESTATE OF DAVID BARON, 1581 HYLAN BLVD AUTO LLC, 1580 HYLAN BLVD AUTO LLC, 1591 HYLAN BLVD AUTO LLC, 1632 HYLAN BLVD AUTO LLC, 1239 HYLAN BLVD AUTO LLC, 2519 HYLAN BLVD AUTO LLC, 76 FISK STREET REALTY LLC, 446 ROUTE 23 AUTO LLC and ISLAND AUTO MANAGEMENT, LLC,

Plaintiffs,

-against-

ANTHONY DEO, SARAH DEO, HARRY THOMASSON, DWIGHT BLANKENSHIP, MARC MERCKLING, MICHAEL LAURIE, THOMAS JONES, CPA, CAR BUYERS NYC INC., GOLD COAST CARS OF SYOSSET LLC, GOLD COAST CARS OF SUNRISE LLC, GOLD COAST MOTORS AUTOMOTIVE GROUP LLC, GOLD COAST MOTORS OF LIC LLC, GOLD COAST MOTORS OF ROSLYN LLC, GOLD COAST MOTORS OF SMITHTOWN LLC, UEA PREMIER MOTORS CORP., DLA CAPITAL PARTNERS INC., JONES, LITTLE & CO., CPA'S LLP, FLUSHING BANK, LIBERTAS FUNDING LLC, J.P. MORGAN CHASE BANK, N.A., 189 SUNRISE HWY AUTO LLC, and NORTHSHORE MOTOR LEASING, LLC

Defendants.
-------------------------------------------------------------------X

**Case No.: 2:23-cv-6188 (JMW)**

**PLAINTIFFS' NOTICE OF MOTION**
**FOR SUMMARY JUDGMENT**

**PLEASE TAKE NOTICE** that, upon the annexed Memoranda of Law,[1] dated September 4, 2026, the declarations of Robert Anthony Urrutia, Bruce Novicky, Emanuel Kataev, Esq., Joshua Aaronson, Brian Chabrier, Wendy Kwun, Russell J. Shanks, Esq. and Jeffrey C. Ruderman, Esq. and upon all the prior proceedings had herein, Plaintiffs Superb Motors Inc., Team Auto Sales LLC, Robert Anthony Urrutia (the "Superb Plaintiffs"), 189 Sunrise Hwy Auto LLC, Northshore Motor Leasing, LLC, Brian Chabrier, Joshua Aaronson, Jory Baron, Asad Khan, Iris Baron Representative of the Estate of David Baron, 1581 Hylan Blvd Auto LLC, 1580 Hylan Blvd Auto LLC, 1591 Hylan Blvd Auto LLC, 1632 Hylan Blvd Auto LLC, 1239 Hylan Blvd Auto LLC, 2519 Hylan Blvd Auto LLC, 76 Fisk Street Realty LLC, 446 Route 23 Auto LLC and Island Auto Management, LLC (collectively "IAG Plaintiffs") (Superb Plaintiffs and IAG Plaintiffs collectively hereinafter the "Plaintiffs") will move this Court, before the Hon. James M. Wicks, U.S.M.J., at the United States District Court for the Eastern District of New York, located at 100 Federal Plaza, Courtroom 1020, Central Islip, NY 11722-4438, on January 12, 2027 at 10:00 AM, or as soon thereafter as counsel may be heard, for an Order: (i) pursuant to Rule 56 of the Federal Rules of Civil Procedure (hereinafter referred to as "Rules" or "Rule"), granting the motion for summary judgment in favor of Plaintiffs and against Defendants Anthony Deo, Sarah Deo, Harry Thomasson, Dwight Blankenship, Marc Merckling, Michael Laurie, Car Buyers NYC Inc., Gold Coast Cars of Syosset LLC, Gold Coast Cars of Sunrise LLC, Gold Coast Motors Automotive

---

[1] Plaintiffs respectfully submit, for the sake of organization and to assist the Court, the following memoranda: (i) a combined memorandum of law concerning the first, second, third, fourth, fifth, seventh, ninth, twelfth, fourteenth, fifteenth, eighteenth, nineteenth, twentieth, twenty-sixth, twenty-seventh and twenty-eighth causes of action in Plaintiffs' Third Amended Complaint, ECF Docket Entry 316 ("TAC"); (ii) a separate memorandum of law from the IAG Plaintiffs concerning the thirteenth, seventeenth, twenty-first, twenty-second, twenty-third, twenty-fourth, and twenty-fifth causes of action in Plaintiffs' TAC; and (iii) a separate memorandum of law from the Superb Plaintiffs concerning the sixth, eighth, and eleventh causes of action in Plaintiffs' TAC.

Group LLC, Gold Coast Motors of LIC LLC, Gold Coast Motors of Roslyn LLC, Gold Coast Motors of Smithtown LLC, UEA Premier Motors Corp., (collectively the "Deo Defendants"), DLA Capital Partners Inc. ("DLA Capital"), Flushing Bank, (the Deo Defendants, DLA and Flushing Bank collectively hereinafter the "Defendants"), together with such other and further relief as this Court deems just, equitable, and proper.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to this Court's Order dated July 10, 2026, any opposition or response papers must be served and filed on or before November 4, 2026, and any reply papers will be served and filed on or before December 4, 2026.

Dated: Jamaica, New York
September 4, 2026

Respectfully submitted,
**SAGE LEGAL LLC**
*/s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorneys for Plaintiffs*
*Superb Motors Inc.,*
*Team Auto Sales LLC, and*
*Robert Anthony Urrutia*

**CYRULI SHANKS & ZIZMOR LLP**
/s
Jeffrey Ruderman, Esq.
420 Lexington Avenue, Suite 2320
New York, NY 10170-0002
(212) 661-6800 (office)
(347) 379-4622 (direct dial)
(212) 661-5350 (facsimile)
jruderman@cszlaw.com

*Attorneys for Remaining Plaintiffs*

**VIA ECF**
All counsel of record