UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

SUPERB MOTORS INC., TEAM AUTO SALES LLC, ROBERT ANTHONY URRUTIA, 189 SUNRISE HWY AUTO LLC, NORTHSHORE MOTOR LEASING, LLC, BRIAN CHABRIER, JOSHUA AARONSON, JORY BARON, ASAD KHAN, IRIS BARON REPRESENTATIVE OF THE ESTATE OF DAVID BARON, 1581 HYLAN BLVD AUTO LLC, 1580 HYLAN BLVD AUTO LLC, 1591 HYLAN BLVD AUTO LLC, 1632 HYLAN BLVD AUTO LLC, 1239 HYLAN BLVD AUTO LLC, 2519 HYLAN BLVD AUTO LLC, 76 FISK STREET REALTY LLC, 446 ROUTE 23 AUTO LLC and ISLAND AUTO MANAGEMENT, LLC,

Plaintiffs,

-against-

ANTHONY DEO, SARAH DEO, HARRY THOMASSON, DWIGHT BLANKENSHIP, MARC MERCKLING, MICHAEL LAURIE, THOMAS JONES, CPA, CAR BUYERS NYC INC., GOLD COAST CARS OF SYOSSET LLC, GOLD COAST CARS OF SUNRISE LLC, GOLD COAST MOTORS AUTOMOTIVE GROUP LLC, GOLD COAST MOTORS OF LIC LLC, GOLD COAST MOTORS OF ROSLYN LLC, GOLD COAST MOTORS OF SMITHTOWN LLC, UEA PREMIER MOTORS CORP., DLA CAPITAL PARTNERS INC., JONES, LITTLE & CO., CPA'S LLP, FLUSHING BANK, LIBERTAS FUNDING LLC, J.P. MORGAN CHASE BANK, N.A., 189 SUNRISE HWY AUTO LLC, and NORTHSHORE MOTOR LEASING, LLC,

Defendants.
---------------------------------------------------------------X

**Case No.: 2:23-cv-6188 (JMW)**

**DECLARATION OF EMANUEL KATAEV, ESQ. IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Emanuel Kataev, Esq., declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

1. I am admitted to practice before this Court and am a member of Sage Legal LLC, attorneys for the Plaintiffs Superb Motors Inc. ("Superb"), Team Auto Sales LLC ("Team"), and Robert Anthony Urrutia ("Urrutia") in this case. As such, I am familiar with all the facts and circumstances heretofore had herein based upon my personal knowledge and a review of the file maintained by this office.

2. I respectfully submit this declaration in support of Plaintiffs' motion for summary judgment.

3. A true and accurate copy of Defendant Sarah Deo's deposition transcript dated April 14, 2026 is annexed hereto as **Exhibit "A."**

4. A true and accurate copy of Defendant Dwight Blankenship's deposition transcripts dated February 18, 2026 and March 18, 2026, respectively, are annexed hereto in a combined manner as **Exhibit "B."**

5. A true and accurate copy of Defendant Michael Laurie's ("Laurie") deposition transcript dated January 27, 2026 is annexed hereto as **Exhibit "C;"** Laurie's continued deposition transcript dated February 27, 2026 is available at ECF Docket Entry 447-1.

6. A true and accurate copy of non-party Thomas Jones, CPA deposition transcript dated March 25, 2026 is annexed hereto as **Exhibit "D."**

7. A true and accurate copy of documents Bates stamped FLUSHING1669-1748 consisting of Superb's complete 2021 tax return that Urrutia provided to Defendant Flushing Bank ("Flushing") on March 30, 2023 pursuant to the email correspondence found in ECF 518-5 is annexed hereto as **Exhibit "E."**

8. A true and accurate copy of Michael Buccino, Esq.'s deposition transcript as Rule 30(b)(6) representative for Flushing dated March 25, 2026 is annexed hereto as **Exhibit "F."**

9. A true and accurate copy of Defendant Anthony Deo's deposition transcripts dated January 12, 2026 and February 12, 2026, respectively, are annexed hereto in a combined manner as **Exhibit "G."**

10. A true and accurate copy of documents Bates stamped FLUSHING7115-7183 is annexed hereto as **Exhibit "H."**

11. A true and accurate copy of documents Bates stamped FLUSHING5759-5763 is annexed hereto as **Exhibit "I."**

12. A true and accurate copy of Defendant Marc Merckling's deposition transcripts dated January 26, 2026 and March 26, 2026, respectively, are annexed hereto in a combined manner as **Exhibit "J."**

13. A true and accurate copy of Jessica Patrovic's deposition transcript as Rule 30(b)(6) representative of Libertas Funding LLC dated January 30, 2026 is annexed hereto as **Exhibit "K."**

14. A true and accurate copy of documents Bates stamped FLUSHING2199-2278 is annexed hereto as **Exhibit "L."**

15. A true and accurate copy of documents Bates stamped FLUSHING2052-2053 is annexed hereto as **Exhibit "M."**

16. A true and accurate copy of documents Bates stamped FLUSHING3766-3794 is annexed hereto as **Exhibit "N."**

17. A true and accurate copy of documents Bates stamped FLUSHING7242-7307 is annexed hereto as **Exhibit "O."**

18. A true and accurate copy of documents Bates stamped FLUSHING7077-7095 is annexed hereto as **Exhibit "P."**

19. A true and accurate copy of documents Bates stamped FLUSHING7184-7241 is annexed hereto as **Exhibit "Q."**

20. A true and accurate copy of documents Bates stamped FLUSHING6517-6519 is annexed hereto as **Exhibit "R."**

21. A true and accurate copy of an email concerning the Zurich claim for a Lamborghini is annexed hereto as **Exhibit "S."**

22. A true and accurate copy of Meadowbrook Mortgage's production pursuant to a subpoena is annexed hereto as **Exhibit "T."**

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 4, 2026.

*/s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.