UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

___________________________________

SUPERB MOTORS INC.; TEAM AUTO SALES LLC; ROBERT ANTHONY URRUTIA; 189 SUNRISE HWY AUTO LLC; NORTHSHORE MOTOR LEASING, LLC; BRIAN CHABRIER; JOSHUA AARONSON; JORY BARON; ASAD KHAN; IRIS BARON, Representative of the Estate of DAVID BARON; 1581 HYLAN BLVD AUTO LLC; 1580 HYLAN BLVD AUTO LLC; 1591 HYLAN BLVD AUTO LLC; 1632 HYLAN BLVD AUTO LLC; 1239 HYLAN BLVD AUTO LLC; 2519 HYLAN BLVD AUTO LLC; 76 FISK STREET REALTY LLC; 446 ROUTE 23 AUTO LLC; and ISLAND AUTO MANAGEMENT, LLC,

Plaintiffs,

v.

Case No. 2:23-cv-6188 (JMW)

ANTHONY DEO; SARAH DEO; HARRY THOMASSON; DWIGHT BLANKENSHIP; MARC MERCKLING; MICHAEL LAURIE;

THOMAS JONES, CPA; CAR BUYERS
NYC INC.; GOLD COAST CARS OF
SYOSSET LLC; GOLD COAST CARS OF
SUNRISE LLC; GOLD COAST MOTORS
AUTOMOTIVE GROUP LLC; GOLD COAST
MOTORS OF LIC LLC; GOLD COAST
MOTORS OF ROSLYN LLC; GOLD COAST
MOTORS OF SMITHTOWN LLC; UEA
PREMIER MOTORS CORP.; DLA
CAPITAL PARTNERS INC.; JONES,
LITTLE & CO., CPA'S LLP;
FLUSHING BANK; LIBERTAS FUNDING
LLC; J.P. MORGAN CHASE BANK,
N.A.; 189 SUNRISE HWY AUTO LLC;
and NORTHSHORE MOTOR LEASING,
LLC,

Defendants.

________________________________

DEPOSITION OF SARAH DEO

DATE: Tuesday, April 14, 2026
TIME: 10:12 a.m.
LOCATION: Remote Proceeding
Old Westbury, NY 11568
REPORTED BY: Laurel Eleanor Panni
JOB NO.: 8018073

A P P E A R A N C E S

ON BEHALF OF PLAINTIFFS 189 SUNRISE HWY AUTO LLC; NORTHSHORE MOTOR LEASING, LLC; BRIAN CHABRIER; JOSHUA AARONSON; JORY BARON; ASAD KHAN; IRIS BARON; 1581 HYLAN BLVD AUTO LLC; 1580 HYLAN BLVD AUTO LLC; 1591 HYLAN BLVD AUTO LLC; 1632 HYLAN BLVD AUTO LLC; 1239 HYLAN BLVD AUTO LLC; 2519 HYLAN BLVD AUTO LLC; 76 FISK STREET REALTY LLC; 446 ROUTE 23 AUTO LLC; AND ISLAND AUTO MANAGEMENT, LLC:

RUSSEL J. SHANKS, ESQUIRE (by videoconference)
Cyruli Shanks & Zizmor LLP
420 Lexington Avenue
New York, NY 10170
jruderman@cszlaw.com
(212) 661-6800

ON BEHALF OF PLAINTIFFS SUPERB MOTORS INC.; TEAM AUTO SALES LLC; AND ROBERT ANTHONY URRUTIA:

EMANUEL KATAEV, ESQUIRE (by videoconference)
Sage Legal LLC
18211 Jamaica Avenue
Jamaica, NY 11423
emanuel@sagelegal.nyc
(718) 412-2421

A P P E A R A N C E S (Cont'd)

ON BEHALF OF DEFENDANTS ANTHONY DEO; SARAH DEO; DWIGHT BLANKENSHIP; MARC MERCKLING; MICHAEL LAURIE; CAR BUYERS NYC INC.; GOLD COAST CARS OF SYOSSET LLC; GOLD COAST CARS OF SUNRISE LLC; GOLD COAST MOTORS AUTOMOTIVE GROUP LLC; GOLD COAST MOTORS OF LIC LLC; GOLD COAST MOTORS OF ROSLYN LLC; GOLD COAST MOTORS OF SMITHTOWN LLC; UEA PREMIER MOTORS CORP.; DLA CAPITAL PARTNERS INC.; NORTHSHORE MOTOR LEASING, LLC; AND 189 SUNRISE HWY AUTO LLC:

NIPUN MARAWHA, ESQUIRE (by videoconference)
Linden Law Group PC
250 Park Avenue
New York, NY 10017
jbenjamin@nyfraudlaw.com; nipun@marwahalaw.com
(212) 835-1532

ON BEHALF OF DEFENDANT HARRY THOMASSON:

HAROLD R. THOMASSON - PRO SE (by videoconference)
Harry R Thomasson, Esq
3280 Sunrise Highway
Wantagh, NY 11793
hrtatty@verizon.net
(516) 557-5459

A P P E A R A N C E S (Cont'd)

ON BEHALF OF DEFENDANT LIBERTAS FUNDING LLC:

SUSAN VERBONITZ, ESQUIRE (by videoconference)
Weir LLP
The Widener Building
Philadelphia, PA 19107
jcianciulli@weirpartners.com
(302) 652-8181

ON BEHALF OF DEFENDANT FLUSHING BANK:

ARIEL RONNEBURGER, ESQUIRE (by videoconference)
Cullen & Dykman LLP
333 Earle Ovington Boulevard
Uniondale, NY 11553
mweiss@cullenllp.com
(516) 357-3874

ALSO PRESENT:

Tony Urrutia, Plaintiff (by videoconference)
Anthony Deo, Defendant (by videoconference)

I N D E X


| EXAMINATION: | PAGE |
|---|---|
| By Mr. Kataev | 13 |
| By Mr. Shanks | 236 |
| By Mr. Kataev | 272 |
| By Mr. Thomasson | 274 |
| By Mr. Marawha | 277 |


E X H I B I T S


| NO. | DESCRIPTION | PAGE |
|---|---|---|
| Sara: | | |
| Exhibit 1 | Five-Page Document Submitted for Covid-19 EIDL Application | 93 |
| Exhibit 2 | Email - Bates Stamps Flushing-15 to 16 | 108 |
| Exhibit 3 | Three-Page Email Chain, Dated November 19, 2022 | 123 |
| Exhibit 4 | Three-Page Email Chain, Dated December 13, 2022 - "Bookkeeper/DMV Personnel Resume" | 132 |
| Exhibit 5 | Two-Page Email, "Sales Admin Assistant," Sent by Alysia Cayer, Dated December 14, 2022 | 143 |

E X H I B I T S (Cont'd)


| NO. | DESCRIPTION | PAGE |
|---|---|---|
| Sara: | | |
| Exhibit 6 | One-Page Email, Dated December 15, 2022 - "Superb Motors CRM" | 145 |
| Exhibit 7 | One-Page Email Chain, Dated December 19, 2022 "Holiday Hours" | 149 |
| Exhibit 8 | Email, Dated December 19, 2022 - "Superb Motors Leads" | 152 |
| Exhibit 9 | Six-Page Email Chain - "Re: GCM Syosset 015 Michael Laurie 3" | 154 |
| Exhibit 10 | 20-Page Email, Dated January 9, 2023 "Fw: Cash/Check Receipts for 1/6/23-1/8/23 | 178 |
| Exhibit 11 | Full attachment of Marc Merckling Sent in Email Chain - 2023 Chase Bank Receipts | 188 |
| Exhibit 12 | 192-Page Summons & Complaint, Filed by Thomasson - 685683/ 2024, Dated September 4, 2024 | 203 |

D O C U M E N T S R E Q U E S T E D

| NO. | DESCRIPTION | PAGE |
| --- | --- | --- |
| 1 | Texts, Emails, Documents, or Communications Indicating the Person(s) Who Prepared Paperwork to Form Northshore Motor Leasing LLC | 86 |
| 2 | Any Messages Sent Between Eugene Lowe and Ms. Deo | 156 |
| 3 | Any Documents Ms. Deo Referred to During Deposition | 221 |

I N F O R M A T I O N R E Q U E S T E D

| NO. | DESCRIPTION | PAGE |
| --- | --- | --- |
| 1 | Name of Mortgage Lender for 4 Darius Court, Dix Hills, NY | 237 |

S. DEO

THE REPORTER: Good morning. My name is Laurel Panni; I'm the reporter assigned by Veritext to take the record of this proceeding. We are now on the record at 10:12 a.m.

This is the deposition of Sarah Deo taken in the matter of Superb Motors, Inc.; Team Auto Sales LLC; Robert Anthony Urrutia; 189 Sunrise Highway Auto LLC; Northshore Motor Leasing, LLC; Brian Chabrier; Joshua Aaronson; Jory Baron; Asad Khan; Iris Baron, representative of the estate of David Baron; 1581 Hylan Boulevard Auto LLC; 1580 Hylan Boulevard Auto LLC; 1591 Hylan Boulevard Auto LLC; 1632 Hylan Boulevard Auto LLC; 1239 Hylan Boulevard Auto LLC; 2519 Hylan Boulevard Auto LLC; 76 Fisk Street Realty LLC; 446 Route 23 Auto LLC; and Island Auto Management, LLC, Plaintiffs;

Against Anthony Deo; Sarah Deo; Harry Thomasson; Dwight Blankenship; Marc Merckling; Michael Laurie; Thomas Jones, CPA; Car Buyers NYC Inc.; Gold Coast Cars

S. DEO

of Syosset LLC; Gold Coast Cars of Sunrise LLC; Gold Coast Motors Automotive Group LLC; Gold Coast Motors of LIC LLC; Gold Coast Motors of Rosalyn LLC; Gold Coast Motors of Smithtown LLC; UEA Premier Motors Corp.; DLA Capital Partners Inc.; Jones, Little, and Co., CPA's LLP; Flushing Bank; Libertas Funding LLC; J.P. Morgan Chase Bank, N.A.; 189 Sunrise Highway Auto LLC; and Northshore Motor Leasing, LLC, Defendants, case number 2:23-cv-6188 (JMW).

This is on April 14, 2026, at 3 Hunting Lane, Old Westbury, New York 11568.

I am a notary authorized to take acknowledgments and administer oaths in New York state. Parties agree that I will swear in the witness remotely.

Additionally, absent an objection on the record before the witness is sworn, all parties and the witness understand and agree that any certified transcript produced from the recording of this

proceeding:

- is intended for all uses permitted under applicable procedural and evidentiary rules and laws in the same manner as a deposition recorded by stenographic means; and

- shall constitute written stipulation of such.

At this time, will everyone in attendance please identify yourselves for the record?

MR. KATAEV: Good morning, everyone. You have Emanuel Kataev of Sage Legal LLC for Plaintiffs Superb Motors, Inc.; Team Auto Sales LLC; and Robert Anthony Urrutia.

MR. SHANKS: Russel Shanks of Cyruli, Shanks, and Zizmor for the remainder of the plaintiffs.

MR. MARAWHA: Nipun Marawha for Anthony Deo, Sarah Deo -- all the individually-named defendants except for Harry Thomasson, as well as all of the Northshore Corporations except for

S. DEO

Flushing Bank, Libertas, and Jones CPA's.

MS. RONNEBURGER: Ariel Ronneburger from Cullen and Dykman LLP for Defendant Flushing Bank.

MS. VERBONITZ: Susan Verbonitz from Weir LLP on behalf of Libertas Funding.

MR. THOMASSON: Harry Thomasson, pro se.

THE REPORTER: Thank you. And hearing no objection, I will now swear in the witness.

Ms. Deo, would you please raise your right hand?

WHEREUPON,

SARAH DEO,

called as a witness and having been first duly sworn to tell the truth, the whole truth, and nothing but the truth, was examined and testified as follows:

THE REPORTER: Then we may begin.

MR. KATAEV: Before we begin with the depositions, I'd just like to speak with my adversary, Mr. Marawha, about the usual federal stipulations, which, for the

record, are filing, sealing, and certifications waived; objections except as to form are reserved for trial; and that the examination may be sworn to before any notary public.

Mr. Marawha, do you agree to these usual federal stips?

MR. MARAWHA: The usual federal stips, just because I'm not fully versed in them, though -- also any privileges that may come into play are also something that are valid objections.

MR. KATAEV: Okay. With those qualifications, are those usual federal stipulations good?

MR. MARAWHA: Yes.

EXAMINATION

BY MR. KATAEV:

Q Good morning, Ms. Deo. My name is Emanuel Kataev; I am the attorney for the plaintiff, Superb, Team, and Urrutia. From here on in, I'll be referring to Superb Motors, Inc. as Superb unless otherwise stated; okay?

S. DEO

A Yes. Couple of things; due to medication --

MR. MARAWHA: Wait, Sarah. Oh -- yeah, go ahead Sarah. Go ahead.

THE WITNESS: Due to medication, I do have to drink a lot of water; therefore I may need to use the restroom periodically. And I do have major back issues, so I may need to move around. Just letting that go on the record before we start.

MR. MARAWHA: Yes. So Sarah, just so you're aware, you know, you cannot get up -- if Emanuel or anyone else asks you a question --

THE WITNESS: Yes.

MR. MARAWHA: You can't get up until that question is answered.

So if you know you need to go say, "Listen, after this answer, I need to go to the restroom," and then give your answer.

THE WITNESS: Sounds good.

MR. MARAWHA: So that we know to pause.

S. DEO

THE WITNESS: Yes, I understand.

BY MR. KATAEV:

Q And I'll address this shortly. From here on in, I'll be referring to Team Auto Sales LLC as Team unless otherwise stated; okay?

A Yes.

Q And I'll be referring to Mr. Urrutia as just Tony unless otherwise stated; okay?

A Yep.

Q I will be asking you, and you'll be answering questions today about yourself, your husband Mr. Deo, Superb, Team, Tony, Island Auto Group.

A I do.

Q Your testimony today is subject to the same oath and the same penalty of perjury as if you were testifying in court with the judge in the courtroom. Do you understand that?

A I do.

Q Prior to today's deposition, have you ever conducted a deposition

S. DEO

before where you were providing sworn testimony?

A I have.

Q And when was the last time you've done that?

A I want to say, maybe six months ago.

Q And what case was that for?

A Mitzman, something to that effect. Mitzman -- I -- I can't recall.

Q Mitzman, M-I-T-S-M-A-N, or some other spelling?

A M -- if I'm not mistaken, M-I-T-Z-M-A-N.

Q And what type of case is the Mitzman case about? What type of case is the Mitzman case?

A I don't understand your question.

Q Is it a personal injury lawsuit; is it a consumer lawsuit; do you know what type of lawsuit it is?

A It's a property.

Q Okay. It involves real

S. DEO

property, like a house, a residential building, or commercial building; correct?

A Yes.

Q Okay. Other than that lawsuit in which you have done a deposition, have you ever done a deposition before that?

A No.

Q Okay. And can you briefly describe what the Mitzman lawsuit is about beyond just real property?

A A nonsense case.

Q I'm sorry. Can you repeat it?

A Nonsense case.

Q So you're a defendant in that lawsuit?

A Repeat the question.

Q You're a defendant in that lawsuit?

A I am.

Q And Mitzman is the plaintiff?

A Yes.

Q Okay. And is your husband, Mr. Anthony Deo, a defendant in that lawsuit as well?

S. DEO

A I don't think so.
Q Okay. And what is it that Mr. Mitzman is alleging you did?
A I can't recall.
Q Besides sitting in on -- I'm sorry. Withdrawn.
Besides conducting a deposition where you provided sworn testimony about six months ago, you also sat in on each and every one of Mr. Deo's depositions; correct?
A I have.
Q You were present in person on January 12th during his deposition; correct?
A I don't recall the exact date.
Q Okay. But you recall being present twice at Flushing Bank's counsel's office for Mr. Deo's depositions, and then once more in Judge Wicks' courtroom; right?
A I do recall being present. I don't recall the exact dates.
Q Okay. Do you recall that you

S. DEO

were present three separate times for Mr. Deo's deposition?

A Yes.

Q Okay. And other than Mr. Deo's deposition, you have otherwise observed or listened in on other depositions in this case; correct?

A Every so often, yes.

Q So not every single deposition but some of them?

A I guess.

Q Okay. Although you've done a deposition about six months ago, I still want to go over some of the ground rules and address some of the concerns you've raised.

So first, please keep your voice loud and clear for the court reporter so that she can hear what you're saying and write it down, as you've been doing; okay?

A Got it.

Q Second, please answer in words; no body gestures or mumbling, because the court reporter can't take that down. Do

S. DEO

you understand that?

A Yes.

Q All right. Third, please allow me to complete my question before you answer, and I'll give you the same courtesy. It's human nature to anticipate what a person's going to ask and answer it. I ask that you resist the urge and wait until I'm done; okay?

A Got it.

Q Fourth, if you don't understand the question that I ask you, please tell me, and I will rephrase it. However, if you answer it, I will assume that you understood the question; okay?

A Yes.

Q We're looking for your best recollection of events today. We're going to be speaking about things that go as far back as 2018 until the present.

So while I don't want you to guess the answers, even if your memory is not crystal clear, I'm still entitled to your best recollection; okay?

A Understood.
Q You can take a break at any time, for any reason, at your request, or anyone's request. My only rule is that you answer the pending question before taking the break; okay?
A I got it.
Q As far as standing up, if you want to adjust your camera and stand up in between a question, I'm okay with that as long as I can see your face and the court reporter can see your face. I don't have any preference as to whether you sit or stand; okay?
A I do appreciate that. Thank you.
Q Do you understand all of these ground rules?
A I do.
Q Okay. Is there any reason that you cannot participate in today's deposition and provide truthful answers to questions?
A There are no reasons.

S. DEO

Q Have you consumed any drugs, alcohol, or medications within the past 24 hours that would affect your ability to testify truthfully?
A I have not.
Q Is there any reason you can think of as to why you cannot provide truthful answers to me?
A Can't think of any.
Q Other than Sarah Deo, you also go by the name of Sarah Rahman; right?
A Correct.
Q In the lawsuit that Mitzman filed against you, did he sue you as Sarah Deo or Sarah Rahman?
A Deo.
Q And other than Sarah Deo and Sarah Rahman, is there any other name that you go by or have ever gone by?
A Yes.
Q Tell me those other names.
A Sarah Latif.
Q L-A-T-I-F?
A Yes.

S. DEO

Q Okay. Did you prepare for today's deposition?

A Didn't need to. It's a frivolous case.

Q Okay. So you did not prepare; correct?

A I did not.

Q Did you review any documents in advance of the deposition?

A No need.

Q So you did not; correct?

A Correct.

Q Did you speak to Mr. Thomasson about this deposition before coming here today?

A Why? He's not my lawyer.

Q I understand that you may have comments to my questions, but I just need you to focus on answering my question. For example --

A I'm very much focusing, Counsel.

Q For example, if I ask you, "Did you do something?" I don't want you to answer, "There was no need." I did not

ask you if there was a need; I asked you if you did. Do you understand?

A Well, it's my deposition. So --

Q So answer the questions that I asked --

A I -- I am. Thank you for the instructions.

Q You're welcome. Did you speak to Mr. Marawha about today's deposition?

A All but two minutes of it maybe.

Q And when was that?

MR. MARAWHA: I'm going to object. There's no rhyme, reason, or relevance that you're going to be asking about why she talked to her lawyer about a deposition.

MR. KATAEV: I didn't ask why; I asked when.

MR. MARAWHA: It's also not relevant when she talked to me. Whether she --

MR. KATAEV: Are you --

THE WITNESS: He is my attorney. So --

MR. MARAWHA: Sarah, don't interject

S. DEO

when Mr. Kataev and I are talking, please.

THE WITNESS: Okay.

MR. KATAEV: Are you instructing the witness not to answer that question?

THE WITNESS: I'm sorry. Repeat your question.

MR. MARAWHA: No, she's talking to me. I'm not -- because I want this to get done with quickly, efficiently, and amicably, without vexatiously extending the proceedings.

BY MR. KATAEV:

Q Okay. So kindly answer the question. When did you speak to your attorney, Ms. Deo?

A I think earlier this morning.

Q Okay. And how long was that conversation?

A A couple of minutes.

Q And what format did that conversation take place; on phone, Zoom, in person?

MR. MARAWHA: All right. Now I'm going to instruct my client not to answer.

None of this is relevant.

MR. KATAEV: Okay. Well, we're --

MR. SHANKS: Counsel, you know that relevance isn't a ground for an objection at a deposition. Okay --

MR. MARAWHA: Attorney-client privilege is.

MR. SHANKS: Well, that -- he didn't ask what you're talking about. It's a limited privilege. Okay --

MR. KATAEV: Well, as far as --

MR. SHANKS: I don't want to have to waste time going to the judge either. So, you know --

MR. MARAWHA: Fine. Continue with clearly pointless questions.

BY MR. KATAEV:

Q Thank you. What format did that conversation take place in?

A I don't understand your question.

Q Did you speak to Mr. Marawha by phone, Zoom, in person, or some other means?

S. DEO

A Phone.

Q Other than that one conversation with Mr. Marawha for two minutes earlier today, did you have any conversations with anybody else about your deposition today?

A Anybody else -- Anthony, my husband.

Q And what did you two discuss about the deposition?

MR. MARAWHA: I'm going to object to spousal privilege.

MR. KATAEV: Okay. We'll mark that for --

BY MR. KATAEV:

Q Outside of preparing for a deposition or outside of this deposition, have you looked at any documents concerning this case?

A I think I answered that already. And I -- you asked the same question, just in a different way.

MR. MARAWHA: Okay. Sarah, just -- I understand. Just let me object to the questions. You just answer the question

S. DEO

that he asked as precisely and honestly as you can.

THE WITNESS: I'm not going to answer the same questions three different ways.

BY MR. KATAEV:

Q You will answer my questions, and if you won't, I'm going to call the judge. So I'm going to ask you --

MR. MARAWHA: So no -- Mr. Kataev, I'm clearly trying to help you with that. Do not use taking a deposition of my client to stand on a bully pulpit.

I'm actually instructing my client to do as you're hoping that she does, so please do not intervene on me talking to my client.

Sarah, let him ask whatever questions he wants. If he wants to ask the same question four different ways, he can. He's limited in the amount of time he can spend deposing you, so if he wants to waste that time asking a question four different ways, we welcome it; okay?

THE WITNESS: Got it.

S. DEO

BY MR. KATAEV:

Q Let me rephrase the question, because I think you misunderstand what I asked.

A I did not, but go ahead.

Q I'm saying, outside of this deposition, have you ever looked at any documents that concern this case?

A No.

Q You never reviewed the complaint in this case?

A Ask the question again.

Q Have you ever reviewed the complaint in this case?

A Yes.

Q Okay. When was that?

A When it first came out.

Q Are you aware --

A And recently --

Q And recently -- are you aware that the complaint in this case has been amended three times?

A With nonsense, yes.

Q Okay. So have you reviewed each

amended complaint after it was amended?

A You know, your stories have shifted so much, it's hard to keep up with the lies.

MR. MARAWHA: Sarah -- Sarah --

THE WITNESS: Yes?

MR. MARAWHA: This is not the forum for your rebuttal.

THE WITNESS: Yeah.

MR. MARAWHA: The forum for that is in the motion practice afterwards.

THE WITNESS: I understand, Nipun. Okay.

MR. MARAWHA: Please answer the question directly.

THE WITNESS: Yes. Go ahead. Ask your question again.

BY MR. KATAEV:

Q Thank you. The question that I asked you was, after each complaint was amended -- there were three amended complaints -- did you read each amended complaint; yes or no?

A Not each.

S. DEO

Q Okay. Do you recall reading the third amended complaint, the most recent one?

A I took a glance at it.

Q Okay. You testified that the complaint allegations are frivolous. Is that based on your reading of the most recent complaint?

A Yes.

Q Okay. What in the third amended complaint did you find was frivolous?

A So you want me to list everything that I glanced at quickly?

Q To the best of your memory. You said it was frivolous; this is your opportunity to share why. Go ahead.

A Well, ownership of the businesses, there's a big disagreement there. I glanced at it. I didn't study it.

Q Other than ownership, you can't think of anything else right now; right?

A Taking money that shouldn't have been taken, that's another one, according

to you guys.

Stealing of the cars, that's total disagreement and a lie. Sorry. I'm just trying to remember everything.

Q That's okay. Take your time.

A Rescinding contract for Superb, that was incorrect. I'm sure there's more. I'm sure there -- I'm missing more, but that's your answer.

Q Okay. I appreciate that. In terms of rescinding the contract, are you aware that Justice Jerome C. Murphy of the Nassau County Supreme Court issued a decision in Mr. Urrutia's favor on that subject?

A Am I aware, is your question?

Q Yes.

A Yes.

Q So you disagree with that decision; correct?

A Yes.

Q And why is that?

A It's incorrect.

Q Any particular reason it's

S. DEO

incorrect?

A It's incorrect. We don't have all day to share why it's incorrect. It's incorrect.

Q Okay. What is your current address where you reside?

A 3 Hunting Lane, Old Westbury, New York 11568.

Q Do you rent or own that residence?

A It's complicated.

Q Okay. What's so complicated about it? Do you have a deed in your name or your husband's name for that property?

A We don't.

Q Do you have a lease that's in place?

A Don't have that either.

Q Are there eviction proceedings against you currently?

A Yes.

Q What's the status of those eviction proceedings?

A I don't know.

S. DEO

Q Who's handling that case for you?

A Who -- I'm -- I didn't understand your question.

Q Who, if anyone, is handling the eviction proceedings for you?

A Harry.

Q Do you know -- when you refer to Harry, you're referring to Mr. Thomasson; correct?

A Harry Thomasson.

Q Do you know Mr. Thomasson to be qualified in real estate matters?

A He is very much qualified.

Q In real estate matters?

A I don't know the difference.

Q Do you own any real property?

A I do.

Q What real property do you own?

A 4 Darius Court, Dix Hills, New York 11746.

Q Other than that property, is there any other property that you own?

A No.

S. DEO

Q Do you have a deed to that property in your name?
A I believe so.
Q Is it exclusively deeded to you, or to your husband as well?
A I don't know.
Q Who do you live with at 3 Hunting Lane?
A My husband and my four kids.
Q Anyone else that lives with you?
A My parents.
Q So four adults, four children; correct?
A Yes.
Q What is your date of birth?
A 3/15/79.
Q And where were you born?
A Bangladesh.
Q When did you first come to the United States?
A Early '90s.
Q When was the last time you were in your native country?
A Never. I haven't gone back

S. DEO

since.

Q Any plans to visit?

A Never. I don't like planes.

Q And you're currently married; correct?

A I didn't hear your question.

Q You're currently married; correct?

A I am.

Q And since when?

A 2007, I think.

Q Do you remember the month?

A I want to say March.

Q You don't remember the date?

A March 16, '07.

Q At your husband's deposition, he did not remember the date that he married you; correct?

A He did not, yeah.

Q Where were you married?

A You mean, like, courthouse?

Q What location?

A This county -- I don't understand your question.

S. DEO

Q Fair enough. Which state did you get married in?
A New York.
Q And did you go to city hall, or you did a religious ceremony?
A It was both.
Q And where did the wedding take place, the ceremony?
A There was no ceremony, and the religious was in Queens.
Q At an event space?
A There was no event.
Q Have you ever been married prior to your marriage to Mr. Deo?
A Yes.
Q And who were you married to?
A You want a name; that's what you're asking?
Q That's right.
A Mohammed Rahman.
Q So if I understand correctly, Sarah Rahman is your former married name, and Sarah Latif is your maiden name; correct?

S. DEO

A Right.

Q Do you have any children of Mr. Rahman?

A One.

Q What is that child's name?

A It's Efaz.

Q And Mr. Rahman, does he live in the state of New York?

A I don't think so.

Q When was the last time you ever spoken to him?

A Spoken -- 20 years -- 20 years ago.

Q Does Mr. Rahman maintain any contact with Efaz?

A No.

Q Efaz, for the record, E-F-A-Z?

A Yes.

Q And how did your previous marriage end?

A I don't understand your question.

Q Did you get a divorce, an official divorce, from Mr. Rahman?

S. DEO

A Yes.
Q Have you ever been arrested before?
A Never.
Q Is it fair to say that you and your husband are supporting all four of your children?
A Trying, yes.
Q Have you ever had any contact with any law enforcement agency in connection to any dealership matter?
A No. I don't think --
Q Have you ever spoken to anyone at the FBI?
A No.
Q Do you know who Luis Beria is?
A I know my husband does.
Q What do you know about him?
A I don't understand your question.
Q What is your knowledge about who Luis Beria is and his relationship to your husband?
A Someone that he knew.

S. DEO

Q Do you know if Mr. Deo worked with Mr. Beria?

A I think so.

Q In what capacity did Mr. Beria work with Mr. Deo?

A I don't know.

Q Currently, you work at Regal Autohaus in West Babylon; correct?

A It's not really work. I help out with leads.

Q Do you do that physically present in the West Babylon location or elsewhere?

A It's remotely, majority of the times.

Q How often are you present at the West Babylon dealership?

A Every so often.

Q In a week, how many days?

A It depends. Maybe once; at most would be twice.

Q When you're -- I'm sorry. Go ahead.

A There's no rhyme or reason.

It's as needed.

Q Understood. When you are present at the West Babylon dealership, who do you observe working there or present there?

A Observe working there -- Ben, Aashish, Efaz, Anthony.

Q Other than those four people, anyone else?

A No.

Q And Ben is Ben Pramod, P-R-A-M-O-D; correct?

A Yes.

Q And Aashish, his first name is spelled, A-A-S-H-I-S-H?

A Correct.

Q And the last name is Udayan, U-D-A-Y-A-N; correct?

A Yep.

Q And Efaz, of course, is Efaz Deo; right?

A Right.

Q Have you observed Marc Merckling working at the West Babylon dealership?

S. DEO

A Yes, Marc also.

Q Marc -- does he spell his first name with a C or a K?

A C-K -- M-E-R-C-K-L-I-N-G.

Q So his first name is M-A-R-C or M-A-R-K?

A M-A-R-C.

Q What about Dwight Blankenship; does he work at the West Babylon dealership?

A Not at all.

Q When was the last time Mr. Blankenship worked at any dealership that you or and/or your husband operated?

A I can't remember.

Q Has it been years?

A It's been years.

Q You're familiar with Mr. Deo's conviction in federal court for wire fraud; correct?

A Ask your question again.

Q You're familiar with Mr. Deo's conviction in federal court for wire fraud; correct?

S. DEO

A Familiar in what sense?
Q You're aware of the conviction?
A I'm aware, not familiar. It's two different terms.
Q Okay. Fair enough. You were there to support Mr. Deo through that process; correct?
A I'm going to ask you to rephrase that question 'cause I don't understand it.
Q At the time that Mr. Deo was arrested, and in the five to six year period that he was convicted, you were there to support Mr. Deo through that process; correct?
A Support in what sense?
Q Emotionally.
A As a wife, sure.
Q During that time, did you ever come to have any knowledge that Mr. Deo's life was in danger?
A Yes.
Q And what was the basis of that knowledge; how did you learn that?

S. DEO

A I don't understand your question.

Q How did you know that Mr. Deo's life was in danger at the time of his arrest and subsequent conviction?

A You want me to share my private conversations with -- with my husband?

Q I don't think you need to share private conversations, but I want to understand the basis for your belief that Mr. Deo's life was in danger. What is it that you know that led you to that belief?

A I was told that.

Q By Mr. Deo?

A Yes.

Q Have you ever observed Mr. Deo being accosted by anybody or otherwise experiencing any event that would lead him to believe that his life was in danger?

A I don't understand. I didn't understand the word you used.

Q To your knowledge, has anyone ever approached and threatened Mr. Deo at any point in time during that process?

S. DEO

A I'm not with him 24/7.
Q Okay. But has he ever shared with you anything to that effect?
A In a private, privileged conversation between a husband and a wife, yes.
Q What do you know about spousal privilege?
A As far as -- I -- I don't understand your question.
Q Well, you referred to your conversations with Mr. Deo as privileged; right?
A He is my husband, yes.
Q When did you first learn that any conversations you have with Mr. Deo are privileged?
A It's common sense.
Q Okay. Are you aware --
A Look it up.
Q Are you aware that there are contours and limitations to that privilege?
A I'm sure there is.

S. DEO

Q It's fair to say that you and Mr. Deo operate dealerships together from time to time over the years; right?
A Operate in what sense?
Q Manage.
A I'm sorry. I -- I didn't hear a question.
Q You asked, "Operate in what sense?" and I answered your question, "Manage." Is it fair to say that you manage dealerships with him or operate them?
A We own, not manage.
Q Okay. It's your position that you own dealerships together with Mr. Deo?
A That has been the case, yes. We don't manage.
Q Okay. So you just own the dealerships, but you don't manage them; right?
A There are managers that manage.
Q As an owner, do you operate dealerships?
A As needed.

S. DEO

Q Do you have discussions with Mr. Deo about owning, operating, and/or managing dealerships?

A Discussions -- you have to be more specific. You're asking very vague -- stroke-type questions. I'm sorry. I keep having to ask you to explain your questions.

MR. MARAWHA: Okay. Mr. Kataev, if I may a moment. Mr. Kataev, when you get to the end of this line of questioning -- because I don't want to interrupt your flow -- I would like to ask for a brief five-minute break to talk to my client so we can maybe lubricate the proceedings a bit.

MR. KATAEV: We could do that now. So all --

MR. MARAWHA: So if we could put --

Laurel, if we could go off the record, and you could put the person known as Deo and the person -- and Sarah Deo and myself, as well as Harry Thomasson in a breakout room, that would be much

S. DEO

appreciated.

THE REPORTER: Absolutely.

Hearing no objection, we're now off the record at 10:47 a.m.

(Off the record.)

THE REPORTER: We are back on the record at 10:53 a.m.

BY MR. KATAEV:

Q Ms. Deo, we just took a break where you, your attorney, your husband, and Mr. Thomasson all went into a breakout room; correct?

A Yes.

Q And what did you discuss during that breakout session?

A With my attorney?

MR. MARAWHA: No. No. Mr. Kataev, may I ask for a -- for the record, there was a conversation that took place while Mr. Thomasson and Mr. Deo were in the room, and then I asked both of them to leave, and then I had a private conversation with my client.

So to the extent that there was no --

to the extent of the portion of the conversation where privilege did not exist, I have no objections to the questions, but please clarify your questions to specify that range.

BY MR. KATAEV:

Q During the breakout session that you just had, while Mr. Thomasson was present, what did you discuss?

A Nothing.

Q Mr. Thomasson joined the breakout room and said nothing?

A Other than Nipun saying that he -- there was no need for him or some -- no -- what did -- what did Harry say? Something to the effect of, he doesn't have any issues. And Nipun said Harry didn't need to be there, and that's it.

Q That's all that was discussed with Mr. Thomasson present; correct?

A Yeah, and Anthony also left the room.

Q Okay. Going back to the time that Mr. Deo was facing criminal

S. DEO

proceedings against him, are you aware of any plea deal or agreement that Mr. Deo made with the government?
A No.
Q Are you aware of any cooperation that Mr. Deo offered to get a more lenient sentence?
A Was I aware -- yes.
Q Okay. Can you describe to me what cooperation was offered in order to get a more lenient sentence?
A I don't remember.
Q Do you recall whether the cooperation offered was information about another individual to prosecute that individual?
A I was not a part of it, so I don't know.
Q In connection with your alleged ownership, operation, and/or management of any dealership, have you ever participated in the process of applying for any license with the DMV?
A I'm sorry. I don't understand

S. DEO

your question.

Q In order to operate a dealership, you need to obtain a license from the Department of Motor Vehicles; correct?

A Yes.

Q In connection with any dealership that you allegedly owned, operated, and/or managed, have you ever participated in the process to apply for a license -- DMV?

A Maybe.

Q You don't know?

A I don't remember.

Q Most recently, your husband obtained a license for Gold Coast Motors of Syosset LLC; correct?

A I think so.

Q After your husband obtained a license with the DMV for Gold Coast Motors of Syosset LLC, are you aware of any other dealership that Mr. Deo obtained a license for with the DMV?

A I'm not aware.

S. DEO

Q Do you know for a fact whether Mr. Deo has any other license with the DMV other than for Gold Coast Motors of Syosset LLC?

A I'm not aware.

Q To your knowledge, were you and/or Mr. Deo ever denied a license with the DMV?

A I'm not aware.

Q Are you aware that in order to obtain a license with the DMV, you have to disclose if you were ever convicted of a felony?

A Ask me that question again.

Q Are you aware that in order to obtain a license with the DMV, you have to disclose whether you were ever convicted of a felony or any crime?

A I have no knowledge of that.

Q Now, Mr. Deo did plead guilty to wire fraud in federal court in 2016; correct?

A I guess.

Q Were you present at the

S. DEO

sentencing?

A I don't remember.

Q Do you remember what the allegations in that criminal complaint were about?

A No.

Q Are you familiar with the property address 9263 218th Street in Queens, New York?

A Am I familiar -- yes.

Q What was that property in connection to you and Mr. Deo?

A It was a property he had.

Q Did Mr. Deo own that property exclusively?

A I believe so.

Q Did you have any ownership in that property?

A I don't think so.

Q To your knowledge, and to the best of your recollection, what were the criminal allegations about in connection with that property?

A I don't remember.

Q To your knowledge and recollection, did that criminal conviction hinder yours or Mr. Deo's ability to own, operate, and/or manage a dealership?

A I don't understand your question.

Q Did the existence of that conviction cause you issues with being able to, for example, obtain a floor plan line of credit for any dealership?

A I don't think so.

Q Other than this lawsuit and the lawsuit with Mr. Mitzman, have you ever been a party to any other lawsuit as either a defendant or a plaintiff?

A I don't remember.

Q Do you remember that Mr. Thomasson filed a lawsuit with you as the plaintiff suing my clients and the Island Auto Group plaintiffs?

A Oh, that. Yeah, sorry. I didn't understand your question.

Q Do you understand my question now, in connection with that lawsuit?

S. DEO

A What was your initial question?
Q Have you ever been a party, as a plaintiff or a defendant, to any other lawsuit other than this lawsuit, the Mitzman --
A And the answer -- the answer is yes.
Q Okay. What other lawsuits were you a party to?
A The one that you just mentioned, against your clients.
Q Any other lawsuit?
A Your client and other plaintiffs in this case --
Q Any other lawsuit?
A I can't recall.
Q Do you recall whether you were a party to a lawsuit filed by the landlord at 108 New South Road in Hicksville, New York?
A If I was a party to that?
Q Yes.
A That's what you're asking? I'm sorry. I didn't hear you.

S. DEO

Q Yes, that's my question.
A I was not a party.
Q What do you know about that lawsuit?
A That it happened.
Q What are the allegations in the lawsuit?
A I'm not familiar.
Q Do you currently reside -- withdrawn.
Are you familiar with the address 3 Saddle Ridge Road in Old Westbury, New York?
A I am.
Q And what is your connection to that property?
A That's the Mitzman case.
Q Okay. Is Mr. Mitzman the landlord?
A Yes.
Q And are you still holding a lease for that property?
A No.
Q When was the last time you lived

S. DEO

in that property?

A I believe in '21.

Q And is it fair to say that Mr. Mitzman filed a lawsuit against you because the rent was not paid?

A I don't remember.

Q Okay. In the lawsuit about 108 New South Road in Hicksville, New York, are you aware of any allegations by Mr. Deo or Mr. Thomasson about a death threat or any kind of threat received by Mr. Deo?

A Received by Mr. Deo -- I -- I didn't understand your question.

Q Are you aware of any threat issued to Mr. Deo in connection with the 108 New South Road, Hicksville, New York property?

A I heard about it.

Q What do you know about it?

A A couple of mechanics tried attacking him.

Q Were you present when that occurred?

S. DEO

A No.

Q In connection with 3 Hunting Lane, where you currently reside, are you aware of any allegations that Mr. Deo was threatened in some manner?

A For 3 Hunting Lane?

Q Correct.

A I can't recall right this second.

Q Okay. At 3 Saddle Ridge Road, have you ever alleged that you were threatened in any manner?

A I -- sorry. I can't recall.

Q Are you familiar with the entity or dealership called Cherrywood Auto Sales and Service?

A I heard about it.

Q Have you ever physically been present at that dealership?

A Never.

Q You didn't perform any work there?

A I suggested how to get leads and stuff, but no.

S. DEO

Q When you suggested how to get leads, you were not physically present there. You did that from somewhere elsewhere; right?

A I didn't -- I'm sorry. I didn't hear your question.

Q When you suggested leads at Cherrywood, you were never physically present there; you did that from home or elsewhere. Correct?

A I suggested it to Anthony.

Q Understood. What was Anthony Deo's role at Cherrywood?

A I don't know.

Q When Mr. Deo was at Cherrywood, were you present at Hicksville or West Babylon?

A I don't think so.

Q Do you know an individual named Albert Hakim, H-A-K-I-M?

A No.

Q Are you aware of any loan Mr. Hakim provided Mr. Deo in or about November of 2022?

S. DEO

A I have no knowledge.

Q Are you aware that Mr. Hakim has filed a lawsuit against Mr. Deo in connection with a $100,000 loan?

A I heard about it.

Q What else do you know about it?

A Just that it exists; the lawsuit exists.

Q To your knowledge, who is defending that lawsuit on behalf of Mr. Deo?

A Couldn't tell you.

Q Did you attend high school?

A I did.

Q What high school was that?

A International High School.

Q Where is it?

A I believe in Woodside, Queens.

Q Did you graduate?

A I'm sorry?

Q Did you graduate?

A I did.

Q After high school, did you go to college?

S. DEO

A I did.
Q Where'd you go?
A Queens College.
Q What was your major area of focus?
A I never graduated.
Q How many years did you study there before you left?
A Took some classes.
Q One semester only?
A Maybe two.
Q Why did you leave?
A I can't recall.
Q How did you meet Mr. Deo?
A I don't remember. I think through friends. I can't remember.
Q When did you meet him; what year?
A I want to say 2006.
Q It's fair to say you got married within a year or so; right?
A Fair.
Q Were you out of school and working already, or you were still in

S. DEO

school when you met him?

A I don't remember.

Q Who handles the household finances between yourself and Mr. Deo?

A Anthony.

Q Do you have any knowledge as to -- withdrawn. Generally speaking, when Mr. Deo handles the household finances, did he let you know what was going on?

A We don't discuss.

Q Where did you work after you left college?

A I think at a doctor's office.

Q That was before you met Mr. Deo?

A Yes.

Q Where did you work after the doctor's office?

A I think Circuit City.

Q After that?

A Took a break.

Q Did you work anywhere else prior to meeting Mr. Deo, after taking a break?

A Worked at a bank.

Q Which bank?

S. DEO

A I think they were -- it was called NYCB.
Q How long did you work there?
A Maybe around two years.
Q What was your role?
A I forget the title, but I used to help the executives there.
Q Under what circumstances did you leave that position?
A I don't understand your question.
Q Well, if you only worked there for two years, you left; right?
A Yeah.
Q Well, what were the circumstances of you leaving? How did you end up leaving?
A I guess I didn't like it anymore.
Q You resigned?
A Yeah.
Q You weren't terminated?
A No.
Q Had you met Mr. Deo at the time

you started working at the bank or any time during?

A Towards the end, I think.

Q After working at NYCB Bank, did you start working with Mr. Deo at a dealership, or you worked elsewhere?

A I was mostly home with the household stuff.

Q So you didn't work anywhere other than a dealership after NYCB; correct?

A Not immediately, no.

Q Where else have you worked other than a dealership after NYCB?

A I'm sorry. Ask me that question again.

Q Where, if anywhere, did you work, other than at a dealership, following your employment at NYCB?

A I was home. I didn't work anywhere else.

Q Have you ever held a position after that at any place of employment other than NYCB?

S. DEO

A No.

Q When did you first start working with Mr. Deo at a dealership?

A I -- it's been so many years, I can't remember.

Q Do you remember the name of the first dealership you ever worked at?

A I don't remember.

Q Would Universal Exotic Autos ring a bell?

A I didn't really work there. I used to help out.

Q Was that the first dealership that Mr. Deo owned, operated, and/or managed?

A Maybe. I don't recall.

Q What dealership names do you recall that Mr. Deo owned, operated, and/or managed?

A That would be one.

Q Any others?

A There was another one, but I can't remember the name.

Q Did Mr. Deo have any partner at

S. DEO

the first dealership that he owned, operated, and/or managed?

A I was not involved, so I don't know.

Q When was it that you first became involved?

A Mainly with Northshore.

Q And that started in or about 2018; correct?

A Yep.

Q What --

A UEA Premier prior to that.

Q UEA Premier prior to that; right?

A [No audible response.]

Q I need a verbal.

A I didn't hear you. I'm sorry.

Q I need a verbal answer. You said "mm-hmm."

A Sorry -- yes.

Q What prompted you to become involved in UEA Premier and/or Northshore after not really having been as involved with prior dealerships?

S. DEO

A What -- you're asking me what the circumstances were? I -- I don't understand your question.

Q That's fair. The circumstances --

A I don't remember.

Q Did you take a salary at UEA Premier and/or Northshore?

A I couldn't tell you. I don't remember.

Q What were your duties at Northshore?

A Duties -- I owned it. What do you mean, what duties?

Q Well, what responsibilities did you fulfill, if any?

A My main niche was marketing, 'cause I enjoy it.

Q Do you have any marketing background?

A Nope.

Q Is it fair to say that you were the owner of Northshore because Mr. Deo could not be?

S. DEO

A That's not fair.

Q When Northshore was first incorporated, you did the incorporation; correct?

A That was by choice.

Q You didn't incorporate it together. You incorporated it with just you; correct?

A Yeah. And?

Q I'm just confirming that that's the case.

A Confirmed.

Q Other than marketing, what other duties and/or responsibilities did you fulfill at Northshore?

A For me that was -- that was it. There wasn't anything else.

Q Were you paid as an employee at Northshore?

A Couldn't tell you. I don't remember.

Q How long did you own, operate, and/or manage Northshore until you or Mr. Deo met David Baron?

S. DEO

A I don't remember.

Q Do you have a timeframe; for example, "I know it was a few months," or "It may have been a few years"?

A Rephrase that question.

Q Not knowing exactly how long you owned, operated, and/or managed Northshore until you or Mr. Deo first met David Baron, do you have a range, a time range, of when it could have been?

A I want to say '18, 2018.

Q 2018 -- so shortly after you opened?

A That would be correct.

Q Do you have any sense as to whether Mr. Deo sought out David Baron, or David Baron introduced himself to Mr. Deo?

A You're asking me to guess?

Q No, I'm asking if you know.

A I have no knowledge.

Q Okay. Prior to David Baron getting involved, did Northshore have any floor plan line of credit at Northshore?

A Couldn't tell you. I don't

S. DEO

know.

Q Have you ever had any involvement with any floor plan line of credit at any point in your career working in the automobile industry?

A I don't think so.

Q What, if anything, do you know about floor plan lines of credit?

A Ask me that question again.

Q What, if anything, do you know about floor plan lines of credit?

A I know very little because I have very little dealings with it.

Q Did you report to anyone when you worked at Northshore?

A How does an owner report to herself? I -- I'm confused with your question.

Q So your answer is no; you did not?

A Ask me that question again.

Q Did you report to anybody at Northshore?

A And I'm going to answer it the

S. DEO

same way. How does an owner report to herself?

MR. MARAWHA: All right. Sarah, you cannot answer a question with a question.

THE WITNESS: Okay. So --

MR. MARAWHA: If it's a yes-or-no question, please answer with a yes or no.

THE WITNESS: -- my apologies, Kataev. Ask me that question again.

BY MR. KATAEV:

Q And I'm fine with you qualifying your answers, but answer the question that I asked you.

A Sure.

Q Did you report to anyone at Northshore?

A No.

Q Did you report to Mr. Deo at Northshore?

A No.

Q Did Mr. Deo report to you at Northshore?

A No.

Q Between the two of you, who

would you say is the brains of the operation?

A The brains would be Anthony.

THE WITNESS: Can I take a bathroom break?

MR. KATAEV: Sure.

THE WITNESS: I apologize.

MR. KATAEV: 11:18 -- let's come back at 11:25.

THE WITNESS: Thank you.

THE REPORTER: We're off the record at 11:18 a.m.

(Off the record.)

THE REPORTER: Okay. We are back on the record at 11:23 a.m.

MR. KATAEV: Can I have the last question and answer read back?

THE REPORTER: You can. One moment.

MR. KATAEV: Oh -- I remember.

THE REPORTER: Okay.

BY MR. KATAEV:

Q In the course of assisting Mr. Deo in any of the dealerships that he operated or managed or allegedly owned,

S. DEO

did your duties ever change beyond marketing?

A No.

Q Are you aware of any training or experience Mr. Deo obtained in the dealership world prior to owning a dealership?

A I don't know.

Q Were you responsible for any banking functions at any dealership allegedly owned, operated, and/or managed by you and your husband?

A Describe responsible.

Q Were you responsible for making deposits, doing bank reconciliations, or anything like that?

A No.

Q Did you deal with any of the finances at any of the dealerships that Mr. Deo owned, operated, and/or managed?

A No.

Q When you worked at Northshore after David Baron came along, what were your typical hours in a week?

S. DEO

A I didn't work there, so I want to set the straight -- the record straight. Could you rephrase your question?

Q Okay.

A I owned it.

Q Okay. You are aware that a person that owns a business can also work in the business; correct?

A No -- I wanted that stated on the record.

Q Okay. Let the record reflect that Sarah Deo maintains that she is an owner of Northshore Motor Leasing.

That's a blanket statement for all of your questions and none of your questions will detract from that statement.

When I ask about you working there, it doesn't mean, not own; okay?

A I appreciate it. Thank you.

Q Perfect. So we don't have to do that for every question.

A We don't. Moving forward, we

don't.

Q Okay.

MR. KATAEV: And, and Madam Court Reporter, would you be kind enough to read back my question?

THE REPORTER: Please hold for a read-back.

(The reporter repeated the record as requested.)

BY MR. KATAEV:

Q Correct?

A Yeah.

Q What about at Superb; did you physically work in Superb?

A No.

Q You didn't visit the dealership at all?

A I visited it.

Q How often would you visit it in a week?

A I was in the middle of a high-risk pregnancy, so I was not up and about very much.

Q When was that child born, month

and year?
A '23, January '23.
Q Okay. How long after your pregnancy did you ever visit the dealership again?
A I can't recall.
Q Were you the exclusive caretaker of that child?
A Along with my mom, yes.
Q So if you needed to go somewhere, whether it's work or something else, you would be able to rely on your mom to watch a newborn child; correct?
A I was not up and about. I had a very difficult C-section, to the point where I almost died on the operating table, so I was not up and about very much, like I said.
Q How long was your recovery period after your child was --
A A very long time.
Q Sorry. How long was your recovery period after your child was born in January of 2023?

S. DEO
A Recovery in what sense?
Q That you were able to get out of bed and move around?
A It took a very long time.
Q Do you have a sense of how many months?
A That I was out and about and driving and going to the groceries and --
Q No. I'm talking about the time period that you were confined to a bed and not able to move around?
A Confined to a bed, I want to say, close to month.
Q Okay. And following one month confined to bed, were you otherwise limited in being out and about after a month?
A Yes. To this day, I have my back pain because of the C-section.
Q Okay. But isn't it true that you were physically present at Superb at least in July of '23?
A I don't recall.
Q When you helped Mr. Deo at any

S. DEO

of the dealerships that he allegedly owned, operated, and/or managed, did you ever work anywhere else?

A I'm sorry. Ask me that again. I feel like you asked it already, and I can't remember.

Q Did you ever work anywhere else after starting to help Mr. Deo at any of the dealerships he allegedly owned, operated, and/or managed?

A I don't think so.

Q Okay. Did you receive any benefits while working at Northshore?

A Benefits as in what? That's a very vague question.

Q Including but not limited to health insurance, life insurance, disability insurance, vacation pay, sick pay, and things along those lines.

A I know we had health insurance. I don't recall anything else that you just listed.

Q At Northshore, were you the individual responsible for setting up the

S. DEO

health insurance?

A Did I set it up -- no.

Q Do you know who did?

A I don't recall.

Q Do you know whether Mr. Deo did so?

A I couldn't tell you. As I just said, I don't recall.

Q What about at Sunrise; were there any benefits that you received there?

A I don't remember. This is years ago.

Q Okay. I understand. What about at Superb; any benefits that you received at Superb?

A Maybe health insurance.

Q Okay. And who provided those benefits?

A I couldn't tell you. I don't know.

Q Do you know whether Mr. Deo set those benefits up?

A I couldn't tell you. I just

S. DEO

said that.

Q Okay. I don't want you to get frustrated with me. I'm required to ask the questions. Just do your best to --

A No -- no, it's fine, Mr. Kataev. Thank you.

Q Did you ever meet with David Baron face-to-face?

A Casually, as a hello, goodbye.

Q Did you ever have any business-related discussions with him?

A Never sat in a meeting, no.

Q What was your understanding as to the business relationship between Mr. Baron and Mr. Deo?

A Floor plan financing.

Q What were the terms of that arrangement?

A I couldn't tell you.

Q Do you know an individual named Michael Morgan?

A Do I know?

Q Yes.

A I've seen him, said hello,

S. DEO

goodbye casually.

Q Who is he?

A Again, a very broad question. If you want to ask me a direct question --

Q To your knowledge, who is he?

A Someone in the warranty world, which should not be there. He should not be involved in the car business, as we found out years later. Yeah.

Q And why is that?

A He did some fraudulent stuff, and he -- the New York Attorney General ousted him from the business, is my understanding, as we came to found -- find out years later. That's -- that's what I know of Michael Morgan.

Q And how did you come to learn that about Mr. Morgan?

A I'm sorry?

Q How did you come to learn that information about Mr. Morgan?

A How -- it's what I heard of him.

Q From who?

A Anthony.

S. DEO

Q Do you have any knowledge as to his role in connection with Mr. Deo's efforts to purchase Baron Nissan?

A Whose effort -- I'm sorry. You -- you were asking about Michael Morgan, and then you shifted to Nissan.

Q My question is, do you have any knowledge as to Mr. Morgan's role, if any, in connection with Mr. Deo's efforts to purchase Baron Nissan?

A I don't know the connection whatsoever.

Q When was the first time you ever met with Mister -- sorry. Withdrawn.

When was the first time you ever met with Tony?

A I first met Tony in his deposition at Ms. Ariel's office.

Q You never saw Mr. Tony -- withdrawn.

You never saw Tony at Superb while he was present there?

A Not once and never.

Q From November of 2022 until

August of 2023, how many times would you say you have visited Superb approximately?

A Being that I was a high-risk, you know -- pregnant at that time -- I'm sorry. Your question was how often I went there, or --

Q No. To the best of your memory, how many times did you visit Superb between November of '22 until August of '23?

A Handful of times.

Q Okay. Have you ever seen the operating agreement for Northshore?

A You mean the fake one that's floating around?

Q Have you ever seen an operating agreement for Northshore listing the Island Auto Group members in it?

A I'm sorry. Which members are you speaking of?

Q Let me rephrase my question, because -- I'll specify which entity. For Northshore, have you ever seen an operating agreement identifying David J.

S. DEO

Baron, Brian F. Chabrier, and Asad A. Khan as members?

A Yeah, that's the one that I was referring to as the fake one floating around. So I'm not familiar with it.

Q Okay. And you say that it's fake. What is your basis for saying that it's fake?

A I'm the owner.

Q You never had any discussions with anyone at Island Auto Group to sell your interest in Northshore?

A Never.

Q Did you ever receive anything of value from anyone at Island Auto Group to sell your interest in Northshore?

A That's the thing; never.

Q Now, other than this operating agreement for Northshore, which I'm aware I'm not showing, but as you're familiar with it, I'll represent to you it's dated February 14, 2018.

Are you in possession of any operating agreement for Northshore

S. DEO

predating February 14, 2018?

A Predating -- I'm sorry. Rephrase your question.

Q Sure. I'm representing to you that this operating agreement that you testified was fake is dated February 14, 2018. And my question based on that representation is, do you have any operating agreement from Northshore that is from before February 14th of 2018?

A I'm the owner. Why would I need an operating agreement? I'm sorry.

Q Do you have any sense or understanding about the requirement to have an operating agreement to have a valid limited liability company?

A I don't have a degree on that, no.

Q Okay. So you're not sure one way or the other whether that's a requirement; right?

A Yeah.

Q Okay.

A Sorry. Yes is my answer.

S. DEO

Q After forming Northshore Motor Leasing LLC -- you formed it; right?

A Yep -- yes.

Q Did you ever take any steps to make a publication about the LLC as required by the LLC law?

A I don't remember.

Q Did you have an attorney assist you in forming the LLC?

A I don't remember.

Q You don't recall working with someone or paying someone to do that?

A I'm sure I have, but I just can't recall right this second.

Q Well, let me ask you this. Do you recall taking the actual steps of filling out paperwork in order to get the LLC organized?

A I absolutely did, but I couldn't give you specifics as I'm sitting here in a deposition today.

Q Okay. I'm going to ask you -- and I'll follow up in writing.

But I'm going to ask you to

S. DEO

perform a search of your texts and emails to find any documents or communications indicating whether it was you or someone else that prepared the paperwork to form Northshore Motor Leasing LLC.

A Sure.

Q Did you ever have any involvement with pandemic relief funds or applications for same?

A No involvement.

Q Do you know whether your husband had any involvement with that?

A Couldn't tell you.

Q That's not something that you would've discussed with him?

A Nope.

Q Are you aware of the existence of an application for pandemic relief funding at Northshore listing your husband and Mr. Baron, David Baron, as fifty-fifty owners of Northshore?

A Do you have it? Can I see it? I would love to see it.

Q I'll show you, but before I show

you it, are you familiar with the existence of that or no?

A I would like to see it, please.

MR. MARAWHA: Sarah, you have to answer the question presented to you.

THE WITNESS: I -- I -- no, I'm not -- I don't think so.

BY MR. KATAEV:

Q You never heard of that?

A Ask your question again.

Q Have you ever heard of any pandemic relief fund application listing your husband and Mr. David Baron as fifty-fifty owners of Northshore?

A So during Anthony's deposition, you had put up on the screen some sort of a contract that both of us are unfamiliar with at that time. So are you referring to that one?

Q Let me ask you this. Prior to the deposition, were you ever made aware of any --

A No. Prior, no.

Q You answered --

S. DEO

A And I would like to see that if you have it.

Q I do. I'm going to get to it. Let me just see if I have any other questions before I get to it.

MR. MARAWHA: Also, Mr. Kataev -- no rush -- whenever you're at the end of your next line, I'd like to have a breakout room with all of the attorneys.

MR. KATAEV: Sure. 11:41 -- let me get through this exhibit, and then we can do that.

MR. MARAWHA: Sounds good.

BY MR. KATAEV:

Q Are you aware that David Baron passed away?

A Yes.

Q Do you know when he passed away?

A I believe, May of '21.

Q And how do you know or remember that?

A We were told.

Q By who?

A Couldn't tell you right this

S. DEO

second, but we were told.

Q You don't remember who told you?

A Yes. I don't remember.

Q Are you aware of a trip Mr. Deo made to Florida to visit Mr. Baron?

A I was there with him, with the four -- three kids at that time.

Q Okay. And was the purpose of the trip to Florida solely to meet with Mr. Baron?

A That was the sole purpose.

Q And why did you take the time, effort, and expense of traveling to Florida to meet with Mr. David Baron?

A That is where the Nissan -- Baron Nissan contract was form -- finalized.

Q In other words, Mr. David Baron signed the contract to sell Baron Nissan when you met with him in Florida?

A Correct, when Anthony met with him.

Q When you and Mr. Deo went to meet David Baron in Florida, did your

S. DEO

children come along with you?

A At David Baron's household, no.

Q Where did your children stay at the time that you and Mr. Deo met with David Baron at his household?

A I believe we were still at the hotel.

Q And your children were old enough to be left alone?

A No. I stayed with my children at the hotel.

Q Oh, so you were not physically present when --

A I was not.

Q -- when Mr. Deo met with Mr. Baron; correct?

A Correct. It was Iris Baron, David Baron, Brooke Baron, and Anthony at David Baron's house that day.

Q And who's Brooke?

A Brooke is David Baron's daughter, one of his three daughters.

Q Okay. And have you ever met Brooke ever?

S. DEO

A I believe I met her once.
Q In New York?
A Yes.
Q Okay. Is it fair to say that everything you know about Mr. Deo's in-person conversation with David Baron in Florida at his house is based on what Mr. Deo told you?
A Yes, because I wasn't physically there.
Q Okay. What did Mr. Deo tell you after he returned from visiting David Baron?
A He showed me the contract, that it's finalized; informed me the checks were given.
Q And how soon after receiving those checks did you deposit them or did Mr. Deo deposit them?
A David Baron didn't deposit it. Iris Baron did the very next day.
MR. MARAWHA: Sounds like I'm getting audio in the background. Is that from your end, Emanuel?

S. DEO

MR. KATAEV: Yeah. Ignore it.

MR. MARAWHA: Okay.

MR. KATAEV: I'll try to change some things to make it a little easier.

BY MR. KATAEV:

Q All right. Let's look at this exhibit. Marking as Sarah 1 a five-page document, or an application submitted for a COVID-19 economic injury disaster loan application. It does not have any Bates stamps on it.

(Sarah Exhibit 1 was marked for identification.)

I'm going to scroll through so you could read it.

A Yes.

Q Let me know if you need me to go back up or down or anything.

A I appreciate it, Mr. Kataev. Thank you.

Q On the first page, at the bottom -- well, at the middle of the page, the application submitted lists Mr. Deo's email address; correct?

S. DEO

A I'm sorry. I'm -- I -- I don't see that on the screen currently.

Q Do you see where my mouse is moving?

A Yes.

Q And do you see Mr. Deo's email address listed there?

A I do, yep.

Q And you recognize that as Mr. Deo's email?

A I do -- I do.

Q Based on this, to your knowledge, did Mr. Deo submit this application?

A Did Mr. Deo -- I couldn't tell you that. That is his email, but that's conclusionary on your part.

Q Okay. Let the record reflect I'm scrolling to page 2. Now, in the summary, it identifies Northshore as the entity that applied for this EIDL loan; correct?

A Yes. I do see that.

Q And it identifies Northshore as

a limited liability company; correct?
A Yeah.
Q And to your knowledge, is this EIN number correct for Northshore?
A I apologize. I don't know it off the top of my head.
Q Okay. And you wouldn't have any way to tell me whether these gross revenue figures and cost of goods sold figures are true and accurate, would you?
A I -- yeah, that would be a misstatement because I don't know.
Q Okay. And the business address listed is in fact the business address where Northshore operated from?
A Yes, sir.
Q Now, it says here that the business was first established on February 14, 2018; correct?
A I'm sorry. What are you referring to?
Q "Date business established."
A Where are you looking? I -- I'm sorry. I have glasses, but my vision is

S. DEO

really bad.

Q I'll zoom in a little more. I'm referring to the bottom of page 2 into page --

A Okay.

Q "Date business" --

A Oh, okay. Yeah, February 14th, yes.

Q Is that consistent with your memory as to when Northshore was established?

A I don't think so.

Q When was Northshore established, to your knowledge or memory?

A It was in 2017, November, early November 2017.

Q Okay. Was it operational immediately when it was established or -- withdrawn -- when it was organized in 2017?

A It took some time.

Q Do you know when it started operating as a dealership?

A I believe, January of 2018.

S. DEO

Q Okay. Now, scrolling down to the middle of page 3, there's a section called "Business Owners' Information"; correct?

A Yes, I do see that. Thank you.

Q And owner number 1 is listed as your husband, Mr. Deo; right?

A Yes.

Q And that's his cell phone number and his email address; right?

A Yes.

Q And the ownership percentage here is 50 percent, isn't it?

A Yeah.

Q Is that accurate?

A No.

Q And upon what basis are you saying that's inaccurate?

A Well, I want to see the entire application.

Q Sure, sure. Let's scroll through it.

A Yeah, and if you want to make it any faster, let's get to the part on who

S. DEO

signed it.

MR. MARAWHA: Sarah?

THE WITNESS: Yeah?

MR. MARAWHA: Let -- you don't need to direct it. Let Emanuel take his time on what he's doing.

THE WITNESS: Yes.

MR. MARAWHA: Because we don't want to say we skipped something and then have to come back another day.

THE WITNESS: You're right -- you're right.

BY MR. KATAEV:

Q On the bottom of page 3 into page 4, do you see the individual name listed here?

A I do. Thomas Jones.

Q Okay. And who is Thomas Jones?

A He's a CPA.

Q And whose CPA is he?

A I believe, ours.

Q Do you know whether Thomas Jones served as a CPA for David Baron or Island Auto Group?

S. DEO

A I don't think so. They have Citrin Cooperman.

Q Okay. And based on your review of this document, which I've now scrolled through past page 4, into page 5, who do you believe submitted this application?

A I couldn't tell you. It's conclusionary. It's a whole bunch of documents. I couldn't tell you who did.

Q Do you see the section of page 5 that's labeled "Agreement to Proceed"?

A Does it have a date on it, on top?

Q It does.

A Anywhere on that last page?

Q On this last page, there's no date that I see now.

A Yeah, so is this the part where someone signed?

Q I don't see a signature here.

A Yeah, so there's a missing signature. There's the problem.

Q Okay. And are you saying that because there's a missing signature here,

S. DEO

that the 50-percent indication is false?

A Well, Mr. Kataev, to answer your question, I see a whole bunch of information such as Anthony's email, Anthony's name, the address for the business, and the EIN number that I can't verify right this second.

The problem with this is there's no signature at the bottom, yet you are showing it as evidence of some sort of wrongdoing. Where's the signature? Who signed it?

Q I didn't present it to you as evidence of some sort of wrongdoing. What gives you rise to believe that?

A Well, you were asking about pandemic relief.

Q Okay.

A And are you not presenting it as such?

Q No. I'm showing it to you because from what I see, an application was submitted through your husband's email address, which -- as 50-percent owner of

Northshore.

A Right.

Q And I recognize that this particular document is not signed. I want to point your attention to the top left, that indicates the date May 26, 2021.

My question to you is, based on what you reviewed, do you understand that this document was submitted by your husband listing himself as a 50-percent owner?

A Well, that's where I'm having trouble. How do you know it was submitted and -- without a signature?

MR. SHANKS: Objection.

Counsel, could you instruct your client not to ask questions of the attorney who's doing the questioning?

MR. MARAWHA: Yeah. Sarah, you can't ask him the questions. Let's be very clear.

You know what -- Madam Reporter, can we go off the record for literally 60 seconds?

S. DEO

THE REPORTER: Hearing no objection, we're off the record at 11:53 a.m.

(Off the record.)

THE REPORTER: Okay. We are now back on the record at 11:54 a.m.

BY MR. KATAEV:

Q Ms. Deo, do you recognize this first page, indicating that an application was submitted?

A I don't recognize that, no.

Q Do you see the words "application submitted" on this first page of this document?

A That's what it says.

Q Okay. And it also says, on the bottom here: "You will not receive an email confirmation of your application submission. You will be notified through the email address you submitted" -- your husband's email address -- "when we are processing your application."

Do you see that?

A That's what it says.

Q Do you have any reason to

S. DEO

believe that anyone other than your husband submitted this application for an EIDL loan with your husband's email address?

A I don't have an answer. I don't know how to answer that.

Q Are you aware of any person who would do such a thing; to submit a loan application with your husband's email address when in fact it was someone else that submitted it?

A I don't know, Counsel.

Q Do you have any basis to deny that Mr. Deo submitted this loan application, given the presence of his email address on the application?

A I don't have any basis right now.

MR. KATAEV: Okay. We could take a break now off the record to have a counsel-only breakout.

THE REPORTER: Okay. We're off the record at 11:55 a.m.

(Off the record.)

THE REPORTER: -- at -- it's 12:04 p.m.

BY MR. KATAEV:

Q Okay. Welcome back, Ms. Deo. We just took a break for an off-the-record conversation between counsel, and then subsequently a quick bathroom break for you. During either of your bathroom breaks, did you discuss your testimony with anybody?

A No.

Q Generally speaking, were you in any way, shape, or form involved with obtaining loans or working capital for Northshore, Sunrise, and/or Superb?

A No.

Q You testified that you're an owner of Northshore; correct?

A Yes.

Q As an owner of Northshore, is it fair to say that one of your responsibilities is to work on and file annual tax returns for Northshore?

A Sure.

S. DEO

Q To the best of your recollection, was any tax return filed for Northshore in 2017?

A The company was opened in November '17, towards the end of the year, so no.

Q Okay. Are you aware of any requirement to file a tax return notwithstanding the lack of any activity?

A I'm not a CPA, Counsel. I apologize.

Q Did you consult with any CPA or accountant or accounting professional about whether you had to file a tax return for 2017?

A I don't recall.

Q Is it your testimony today that there was never any tax return filed for 2017 for Northshore?

A Sorry. Ask me that again.

Q Are you certain as to whether there was any tax return caused to be filed for Northshore in 2017?

A I'm certain that it wasn't.

S. DEO

Q Wasn't for the tax year 2017; right?

A Yes.

Q Okay. To the best of your knowledge, did you cause Northshore to file a tax return for the tax year 2018?

A Did I cause -- I -- I don't understand the way you asked it, so if you could, rephrase it.

Q Sure. To your knowledge, was a tax return filed for Northshore for the tax year 2018?

A In 2018, I don't think so.

Q To your knowledge, why was no tax return filed for Northshore for the tax year 2018?

A It was, I believe, pushed back because of the accountants that David Baron was affiliated with, and they were going to do all the K-1s properly.

Q And then it was never filed after that, even late?

A No. It was done eventually.

Q Okay.

S. DEO

A I guess.
Q And when it was done, did you receive a copy of it?
A For 2018?
Q Yes.
A No. So 2018 flowed into 2019. Every time K-1s came up to question, "Yeah, the accountants are busy. They're delayed. We got more time. It's being filed." Those were the excuses thrown around.
Q In other words, it was up to the Island Auto Group plaintiffs to get the tax returns done, and you were waiting on them to do it; right?
A That was because they were the floor plan providers. David was insistent on that.
Q Did you ever receive a 2018 tax return or even a K-1 for 2018?
A No.
Q What about for 2019?
A Anthony dealt with the taxes more than I did.

S. DEO

Q Okay. As an owner, you delegated that to Anthony; right?

A He's my husband, so I don't know if I delegated, but he took care of the taxes.

Q Did you ask him to handle it, or he just did?

A No -- it was -- it was an understanding. He takes care of all finances.

Q Okay. I'm going to show you Sarah 2, which is an email exchange between your husband, Mr. Laurie, and Mr. Puccio of Flushing Bank. It's Bates-stamped Flushing 15.

(Sarah Exhibit 2 was marked for identification.)

I want to focus your attention to this email chain right here.

A Okay.

Q After you're done reading this, if you want to read the remaining two pages, let me know. I can scroll down. But I'm only going to ask you questions

S. DEO

about this.

THE REPORTER: This is the reporter interjecting. Should this be submitted as Exhibit Sarah 2?

MR. KATAEV: Yes, please.

THE REPORTER: Thank you.

THE WITNESS: And you said I was on this email chain? I didn't understand. I apologize.

BY MR. KATAEV:

Q That's okay. I said you were not on this email. Just --

A Oh -- not on this email -- right. Okay.

Yeah, this is all gibberish to me.

Q I'm only going to ask you questions about one portion of this email. Do you want to review the rest of it?

A Yeah, go ahead.

MS. VERBONITZ: Can you please tell me what this has been marked as?

MR. KATAEV: Sarah 2, Bates stamp Flushing-15 to 16.

S. DEO

MS. VERBONITZ: Thank you.

THE WITNESS: Okay. I read it.

BY MR. KATAEV:

Q I'm scrolling down to the bottom of Flushing-15 into Flushing-16 for the next email in the chain.

A Okay.

Q Let me know when you're done reading this part.

A It just says "Caution." That's all I see. Okay. Both applications have been -- okay. I see that.

Q And then I'm scrolling to the original email.

A Okay.

Q All done?

A Yes.

Q Okay. Were you aware that in August of 2022, your husband was applying for a loan with Flushing Bank for Northshore?

A Nothing that we discussed.

Q Did Mr. Deo ever discuss with you this email from Mr. Puccio stating

S. DEO

that Mr. Deo did not own Northshore in 2019?

A Did we discuss it -- no.

Q Do you know why Mr. Deo never responded objecting to this email, stating that he was in fact an owner?

A I couldn't tell you what the next person is doing or thinking, Counsel.

Q Well, I'm not asking about the next person. I'm asking about your husband. Do you know why?

A Yeah, I -- I'm not in his brain. I apologize. I couldn't tell you why he did or didn't.

Q So you don't know why he didn't object to this email; correct?

A I couldn't tell you. I can only answer for myself.

Q If you had received this email, what would you have written?

A I couldn't tell you. I -- I'm not a CPA.

MR. MARAWHA: Also object to speculation, but the answer's on the

S. DEO

record.

BY MR. KATAEV:

Q One of the bases upon which you and Mr. Deo claim ownership of Northshore and Sunrise is based on Mr. Aaronson's approval of certain tax returns; correct?

A Ask me that again. You -- the way you ask questions -- I apologize that -- maybe it's just me. It's just you have a very different style, very confusing for me at least.

MR. KATAEV: Can we have a read back, please?

THE REPORTER: Please hold for a read back.

(The reporter repeated the record as requested.)

BY MR. KATAEV:

Q And those tax returns were approved by Mr. Aaronson in 2022; correct?

A I think so.

Q Is it fair to say that based upon Mr. Aaronson's approval of the tax returns in 2022, that you and Mr. Deo only

S. DEO

became owners of Northshore and/or Sunrise in 2022?

A No.

Q You claim that you were the owner of Northshore all along; correct?

A Yes. It was fraudulently filed without our authority and approval.

Q Okay. Now, in November of 2022, did Mr. Deo and Mr. Aaronson have a dispute about Northshore?

A And what dispute are you -- again, here we go with the vague questions. I apologize, Counsel.

MR. MARAWHA: Sarah, you don't need to comment. You just say --

THE WITNESS: I don't understand it. Can you please repeat it?

BY MR. KATAEV:

Q Are you aware of any dispute that arose between Mr. Deo and Mr. Aaronson in November of 2022?

A November 18th of 2022, Josh Aaronson stealing $735,000 using David Baron's dead credentials; yes, I am aware

S. DEO

of it.

Q Are you reading from a document?

A No. I'm reading from my memory. I'm on camera.

Q In connection with the events that occurred on November 18, 2022, is there any other conduct that Mr. Aaronson or the Island Auto Group plaintiffs did that you believe was not proper?

A Well, stealing $735,000 using a dead man's credentials 18 months after his death is pretty severe. So I -- right this minute -- you said November 2022. That's what comes to mind.

Q But my question is, does anything else come to mind?

A There might've been, but that was the highlight of November 2022.

Q Do you recall any allegations about DMV files and deal jackets being taken from Northshore?

A Oh, right, yeah. That was hijacked out of the dealerships.

Q When was that?

S. DEO

A Around the same -- same timeframe, I want to say.
Q Do you know which occurred first?
A Couldn't tell you. Anthony has better knowledge of it.
Q Is it fair to say that after those events occurred, Northshore never operated again?
A Fair.
Q Did you ever have any involvement whatsoever with warranty advances at Northshore?
A I did not.
Q Do you know the concept behind warranties advances?
A Not really. I never dealt with it.
Q Were you ever involved in selling warranties?
A No.
Q Generally speaking, in connection with any sale of a vehicle at any of the dealerships that Mr. Deo

allegedly owned, operated, and/or managed, were you involved in the backend, for accounting purposes, of how those deals were processed?

A Nope.

Q No involvement whatsoever?

A None.

Q After Northshore stopped operating, did you or Mr. Deo take any steps to notify any vendors or floor plan providers about the fact that Northshore stopped operating?

MR. MARAWHA: Objection as to form.

THE WITNESS: I -- I had -- I played no part in that. Even if it was, I -- I don't know. I don't have any knowledge of it.

BY MR. KATAEV:

Q After Northshore stopped operating, did you and/or Mr. Deo have any designs to start operating Northshore again?

A Ask your question again, Counsel.

S. DEO

Q After Northshore stopped operating, did you and/or Mr. Deo plan to resume operations at Northshore?

A The plans were there, yeah.

Q Okay. And how did you expect to go about making that happen?

A Anthony was more hands-on than I was.

Q Okay. But you know that that was the intention?

A That was the intention.

Q And to the best of your memory, were you and Mr. Deo planning on operating Northshore as Northshore, or were you intent on changing the name?

A I couldn't tell you the day-to-day and the thought process years ago.

Q In the course of assisting Mr. Deo in operating dealerships and/or managing them, did you receive any demands from NESNA about payment of outstanding warranty loans?

A I'm sorry. Ask that question again, Counsel. My apologies.

S. DEO

Q To the best of your recollection, did you ever receive any communications from NESNA or any other warranty advance company about the payment of outstanding warranty advances?

A I didn't deal with warranty companies. I apologize. So no.

Q How did you meet -- withdrawn.

When did you first meet Michael Laurie?

A I don't remember. I want to say sometime in 2022 at some -- I -- I couldn't give you a month.

Q How did you meet Mr. Laurie?

A I don't recall. Through Anthony, I'm sure.

Q Is it fair to say that Mr. Deo and Mr. Laurie are good friends?

A Good friends -- no.

Q Is it fair to say that Mr. Deo and Mr. Laurie were good friends?

A That's inaccurate. They're acquaintances.

Q Are you aware that Mr. Laurie

S. DEO

loaned an excess of a hundred thousand dollars to Mr. Deo --
A I was not aware.
Q -- in late 2023?
A I'm not aware.
Q Are you an owner of Car Buyers NYC Inc.?
A Maybe. I don't know.
Q What is Car Buyers NYC Inc.?
A I don't know. It's a company of ours. Anthony knows more about it.
Q To your knowledge, what is the main business of Car Buyers NYC Inc.?
A I couldn't tell you.
Q To your knowledge, does Mr. Deo and Mr. Laurie socialize outside of their business relationships?
A They do not.
Q And how do you know that?
A I kind of know where my husband is.
Q You keep track of him?
A Not with the tracker, I don't.
Q Does your husband generally tell

you everything?
A Generally, as needed.
Q Laurie was involved with Mr. Deo in operating Northshore; correct?
A Describe involved.
Q He would visit the dealership; he would help out as needed; he had an office there.
A He did not have an office there. Wrong information.
Q Was he otherwise involved in assisting?
A He would stop by every so often.
Q To your knowledge, was Mr. Laurie the only loan broker Mr. Deo ever worked with?
A I couldn't tell you who Anthony was involved with on a daily basis.
Q Are you aware of a state court lawsuit filed by the Island Auto Group plaintiffs prior to this case?
A Do you mean Judge Gianelli?
Q Yes.
A For that one where she said that

S. DEO

"You lack merit in the case for ownership"? Yes, I'm aware.

Q Okay. Are you aware of a temporary restraining order she issued?

A The fraudulent TRO that was obtained by Cyruli, Shanks, and Zizmor -- yes, I'm aware.

Q And to your knowledge, what were the contours of that temporary restraining order; what was allowed and not allowed?

A I couldn't tell you. I'm not a lawyer.

Q Did you ever read it?

A No.

Q At the time that Northshore was operating in 2022, did you have access to bank accounts in the name of Northshore?

A I was on them.

Q You were a signer?

A I believe so.

Q Did you sign any checks in November or December of 2022 for Northshore?

A I don't think so.

S. DEO

Q Did you otherwise remove any funds from Northshore in November or December of 2022?

A What do you mean, removing funds?

Q Withdrawing, wiring, in any way taking funds out?

A No -- no.

Q Do you know how long the temporary restraining order was in effect for?

A Again, I'm not an attorney. I don't remember.

Q Prior to Mr. Aaronson taking the 735,000, did you and Mr. Deo know that there were issues brewing with Mr. Aaronson and the Island Auto Group plaintiffs?

A Again, very vague. I don't understand your question.

Q Were there already disputes between you and Mr. Aaronson prior to his taking the funds?

A Anthony dealt with Josh. I

S. DEO

probably said hi to him maybe on three occasions, so I couldn't tell you details.

Q Well, when Mr. Deo came home and saw you, did he vent to you about issues he was having with Mr. Aaronson prior to November 18, 2022?

A So this is during my high-risk pregnancy, so he tried to tell me as very little as possible because, again, it was high-risk.

Q So in other words, you don't believe that he would've shared that with you at the time?

A He didn't share everything, but I knew there were issues. Couldn't tell you details.

Q I'm going to show you an exhibit. I believe we're up to Sarah 3. It's a three-page email chain.

(Sarah Exhibit 3 was marked for identification.)

We're going to start from the earliest email, work our way up.

A Sure.

Q Please read it, and I'll ask you some questions about it.

A And this is an email that I'm in, or --

Q Let's see. Yeah, you're in this email.

A What -- what's the date on it? I'm sorry.

Q Here, why don't you read it for yourself? Let the record reflect I'm presenting the witness with the three-page email dated November 19, 2022.

We'll start reading from here, and let me know when you're ready to scroll down.

A This says something about Superb.

MR. MARAWHA: Sarah, you can just read it internally, and then when you're ready for the question, you can say, "Ready."

THE WITNESS: Go ahead. Read it. Go ahead. I read it.

//

S. DEO

BY MR. KATAEV:

Q So we've just finished reading the first email in the chain, that starts on the bottom of page 2 and ends on page 3, sent by Anthony Deo; correct?

A Yes.

Q Let the record reflect I'm scrolling up to the middle of page 2 to show the next email of the chain. Let me know when you're done reading. I'll scroll up.

A Yes. Okay. Okay.

Q Let the record reflect I'm going up to the top of page 2, to Mr. Deo's response to the email from Mr. Urrutia.

A Okay.

Q You're done reading it?

A I am.

Q Now, this email in the chain reflects that you are on the chain; correct?

A Right.

Q And that's the email you used when assisting Mr. Deo with owning,

S. DEO

operating, and/or managing dealerships; right?

A Yes. I believe so.

Q Is that the only email address you used?

A I think so.

Q All right. Let the record reflect I'm scrolling up to the next email on the chain on the bottom of page 1. Let me know when you're done reading.

A Okay. Okay.

Q All right. In this email, Mr. Deo states that you monitor all call recordings for all interactions with customers, and that you believe it is an absolute must and needs to be done live, in terms of call monitoring; correct?

A Okay.

Q Is that accurate?

A Yes.

Q And is that something you still do to this day, monitoring all call recordings?

A Not really. It's just very time

S. DEO

consuming.

Q Okay. To your knowledge, why is call monitoring essential for success in a dealership?

A Well, a lot of sales fall by the wayside because they're not asked the right questions as far as the need to -- for customers to get into the vehicle, how soon they're looking to get into the vehicle, things of such.

How much down payment -- maybe that information wasn't extracted properly; documentation needed; things of such.

Q In other words, basic sales --

A I apologize. That was an alarm.

Q I will repeat the question. In other words, basic sales techniques and following up with prospective customers; right?

A Sales, yeah.

Q I'm just showing you this email from Bruce Novicky, in the middle of page 1, in response to that one. Let me know

S. DEO

when you're done reading it.
A Oh -- okay.
Q And then this is the last email on the chain.
A Okay.
Q To your knowledge, did Superb get set up with call recording so that calls could be monitored?
A I want to say yes, but I forget which company actually did it.
Q Regardless of which company did it, call recording was set up, and it was something you had access to; correct?
A I -- I believe so.
Q Were you the exclusive person who monitored call recordings?
A Not exclusive.
Q Who else was involved in that?
A What was the GM's name --
Q Are you referring to Eugene Lowe?
A He was the general manager. He had access. There was another guy. I believe the first name is Andy. I forget

S. DEO

his last name.

Q Okay. So besides yourself, to your knowledge and recollection, Andy and Eugene were also responsible for monitoring call recordings; correct?

A Yes.

Q Anyone else that you can think of?

A I mean, everyone had access. Bruce did, this Novicky guy. Whoever wanted it had access. I don't know how closely they monitored sales calls.

Q Is it fair to say that as of mid-November 2022, you and Mr. Deo were actively involved in operating and/or managing Superb?

A I mean, I wasn't physically there. Anthony was more involved.

Q Is it fair to say that he was actively operating and/or managing Superb as of mid-November 2022?

A I honestly -- I can't recall right this second, but from the email, we were getting ready to get started.

S. DEO

Q Were you involved in onboarding employees at Superb after you started working there?

A Onboarding in what sense?

Q New hires.

A I mean, I would speak to them on a phone interview, but it was the job of Eugene as the general manager of the store. I would give him my two cents.

Q What about employees of Northshore and/or Sunrise; did they get moved to Superb?

A What do you mean, moved to Superb?

Q Well, presumably when you operated Sunrise and/or Northshore, you had employees there; correct?

A Yes.

Q And those employees were on the payroll of Northshore and/or Sunrise; right?

A Anthony took care of that. I don't know specifics.

Q Okay. Are you aware of any

S. DEO

employees that used to be at Northshore and/or Sunrise that then became employees of Superb?

A Could have happened. Again, I wasn't physically there on the day-to-day.

Q Are you familiar with Insperity?

A What is that again?

Q I-N-S-P-E-R-I-T-Y, Insperity?

A Right. I -- I've dealt with a lot of companies. I do apologize. What is that again?

Q I'll represent to you it's sort of a human resources tool for payroll and similar things.

A Oh, okay. And was it Superb that had it or --

Q At Superb, do you recall using Insperity or working with Insperity?

A I -- I don't think I dealt with it much, but it might have existed. I can't recall.

Q Okay. Were you involved in any efforts to hire a bookkeeper at Superb?

A Zero efforts, because that's

something that Urrutia took care of.

Q I'm going to show you Sarah 4. It's another three-page email chain, which you are a part of.

(Sarah Exhibit 4 was marked for identification.)

A Okay.

Q And the email starts with you. Let's read from the bottom up. Let me know when you're ready for me to scroll.

A Okay. Okay.

Q Do you know who Dania Allen is, D-A-N-I-A?

A Well, the document speaks for itself. It's -- I guess she applied, and it was a recommendation. Who was it addressed to? I do apologize. Alysia -- yeah, the bookkeeper that cooked the books for Urrutia. Yeah, I remember her.

Q Okay. Prior to Ms. Allen applying for a job at Superb, did you know who she was?

A No.

Q To your knowledge, how did her

S. DEO

resume come to your attention?

A Maybe there was a job posting somewhere.

Q So to the best of your knowledge and recollection, you did not know her prior to her applying for a job at Superb; correct?

A Exactly. So I just -- if you read the email, I outlined some of the highlights, probably from her resume. And if you scroll down -- let me know your thoughts.

Q Okay. Scrolling to the middle of page 2, you followed up with Alysia, and Tony and your husband are on this email chain as well; correct?

A Yeah -- yep.

Q And please take a second to read this email. I'll ask you some questions about it.

A Sure. Okay.

Q You state in this email that "We, everyone at Superb, clearly needs help in the bookkeeping department because

S. DEO

Eugene is juggling a lot on his own"; right?

A Yes.

Q What do you remember about that time in terms of needing help in the bookkeeping/accounting?

A So if my memory serves me correctly, Eugene Lowe complained that Urrutia abuses the workload on Eugene, and he -- him having to -- meaning him, Eugene Lowe -- having to wear many hats.

So bookkeeper -- and not being on top of whatever issues that we ran into, something to that substance, that they needed help with bookkeeping.

Q To your knowledge and recollection, did Superb have an offsite accounting team?

A I believe, in the Hartford location. Again, I wasn't there physically, so I couldn't tell you exactly where.

Q And to your knowledge and recollection, was Alysia responsible for

S. DEO

that department in Hartford?

A She was the CFO, I believe.

Q Okay. And can you explain the workflow to me in the sense that, how does the information go from Superb to the offsite accounting department?

A I couldn't tell you. I wasn't physically there. I didn't take care of accounting, so you're asking me something that is foreign to me.

Q Okay. But clearly, you had enough of an understanding that there was help needed.

A Help needing -- needing help and trying to find help is very different than doing accounting, and you're "mishmoshing" the two.

Q Well, I'm just trying to get a sense of your understanding. My view is, if you're sending the email, you have some understanding as to what needed to be done.

So based on this email, do you recall what it would be that this Dania

S. DEO

Allen person would do at Superb that Alysia and her team could not do offsite?

A I -- sorry, Counsel. I don't know. I don't recall.

Q Okay. Fair enough. I'm going to scroll up to the next part of the email. This is the bottom of page 1, Alysia's response to you. Please take a second to read it. Let me know when you're done.

A Sure. Yes. Okay.

Q Is this consistent with your recollection that everyone was really busy, and it was difficult to manage everything that was going on?

A That's according to -- let me -- that's Alysia Cayer; that's who responded, right?

Q Correct.

A If you could just scroll down. Yeah, so that was her excuse.

Q Okay. And you refer to it as an excuse. Why do you say that?

A Well, I mean, the lady got

S. DEO

caught cooking the books for Urrutia, so I mean, this -- there's been a lot of nonsense with Urrutia and Team.

So why she didn't want to train someone, and there's major accounting issues, I -- I couldn't tell you.

Q When you refer to cooking the books, what do you mean by that?

A So I guess there was a yearly review, as I understand it. And again, I wasn't physically there.

My understanding is, there was some sort of big audit and review for Urrutia and his franchise stores, and Alysia Cayer gave fraudulent financials and got caught, and she's been doing it for many years, apparently.

Q Who was the review or audit being done by?

A Again, I did preface that I don't have details, but that is my understanding.

Q So you don't know who the review was being done by?

S. DEO

A So if you do discovery, you will find it. I just don't have it to give you.

Q All right. And then you said she was caught. Who was she caught by?

A Nissan.

Q Okay. And how do you know that; from conversations with Mr. Deo?

A Yes. And so Bruce Novicky revealed it, as I understand it, to Anthony.

Q Did you review whatever Bruce Novicky revealed to Anthony?

A How do I -- I do apologize. And I'm not trying to be difficult. How do I review a conversation?

Q Well, if I understood you correctly, you said that Bruce revealed something to Mr. Deo. I understood that he may have revealed some sort of document. Is that not the case?

A I believe there's documents floating; yes, absolutely. But I did say I wasn't there physically, and I don't

S. DEO

have details of it.

Q So regardless of you not being physically present, you were never shown something by Mr. Deo about this; correct?

A I'm sure if you do discovery from Nissan, they will have it. It's not that hard to find.

Q Okay. But that's not my question. My question is, were you shown something?

A No, Counsel.

Q Thank you.

A And I did say that.

Q Thank you --

A I said it three times.

Q I'll avail myself of discovery with Nissan. All right. Let's look at the last email in the chain, at the top of page 1, from you. Please read it. Let me know when you're done.

A Okay. I read it.

Q Okay. Now, is it fair to say that while you don't know the specific mechanics of what needs to be done and

what's going on, you were acting on information you received in order to make things better at Superb?

A Ask your question again. I -- I apologize.

MR. KATAEV: Read it back, please.

THE REPORTER: Please hold for read back.

(The reporter repeated the record as requested.)

THE WITNESS: -- the effort, yes.

BY MR. KATAEV:

Q Okay. And it's fair to say that the effort that you made was done without the specific knowledge of what exactly the problem was?

A Well, that's inaccurate, because I did say Eugene Lowe used to constantly complain that there are a lot of things that's not correct, and he wears many hats, and it's abusive for the pay that he gets or doesn't get from Urrutia.

Q Do you know how much Eugene Lowe was paid?

S. DEO

A I -- I don't know. I didn't get involved.

Q Okay. Did Mr. Lowe complain about his pay?

A Sure he did.

Q And when was the last time you spoke to Mr. Lowe?

A Oh, I -- while Superb was still intact and everything was good. I mean, since then we haven't spoken.

Q In connection with those audits that we just discussed, where Bruce Novicky revealed something to Mr. Deo, do you know the ultimate outcome of those audits, and whether they were cleared and/or passed?

A So I don't have firsthand knowledge, and I've said this a few times. The outcome was Nissan -- from my understanding, that they were going to dwindle down or slow it down, whatever that means.

Again, I don't have direct involvement with all of Urrutia's --

because from my understanding, it was Nissan that was backing all the floor plans.

And again, you're asking someone that does not have expertise or any sort of firsthand knowledge.

Q Do you know whether this individual, Dania Allen, was ultimately hired?

A I couldn't tell you. It was a recommendation. Clearly, you see that from the emails.

Q If she or some other individual was hired for this bookkeeper position, do you recall whether you played any role in training this individual?

A Me?

Q Yes.

A When I've told you that I have nothing to do with accounting, Counsel -- no.

Q All right. I'm going to show you a two-page email on the same subject. It's just two emails --

S. DEO

A Sure.
Q -- that we'll mark as Sarah 5, I believe.
(Sarah Exhibit 5 was marked for identification.)
A If you could zoom -- yeah.
Q Let the record reflect that I'm in the middle of page 1, going into page 2 of an email sent by Alysia Cayer, dated December 14, 2022.
Ms. Deo, please review this. Let me know when you're ready to scroll, so you can finish reading.
A Okay. I'm sorry. I lost the track of who's responding here.
Q This is Alysia Cayer.
A Oh, okay. Thank you.
Okay. Okay.
Q So in response to this email, you responded as follows at the top of page 1.
A Okay.
Q You stated in this email that "Back office is the heart of any

S. DEO

successful car dealership"; correct?

A Sorry. Where is that again -- oh, yes. I see it.

Q How do you know that?

A It's kind of a silly question, but if the back office is not doing -- I don't know -- accounting and paperwork properly, it's -- it's an issue. So they are the heart of good car dealership.

Q What is the function of the back office in connection with making the car dealership successful?

A They do accounting, reconciling, paying off cars, registering DMV work; a few that comes to mind.

Q Are you familiar with the fact that dealerships have monthly financial statements that they must send to lenders and other entities that they work with?

A Am I familiar with the concept of that having to happen -- yes.

Q Have you ever played any role with respect to monthly financial statements?

S. DEO

A No. I don't do accounting, Counsel. I think I've stated that a few times.

Q I'm going to show you a one-page email, which we'll mark as Sarah 6. It's dated December 15, 2022.

(Sarah Exhibit 6 was marked for identification.)

Let me know when you're done.

A Sure.

MS. VERBONITZ: What number is this?

MR. KATAEV: Sarah 6.

MS. VERBONITZ: Okay. Thanks.

THE WITNESS: Okay.

BY MR. KATAEV:

Q Do you know who Gray is?

A Gray, I believe, was someone that Urrutia had hired for marketing, specifically for his franchise stores, that also was trying to help Superb.

But the relationship, I think, ended badly, as they always do with -- involving Urrutia, so no surprise there.

Q You're saying the relationship

S. DEO

between Superb and Gray ended badly?
A Gray and Urrutia. Apparently, he was promised a lot of money. I don't -- I -- again, that's what I heard.
Q Do you know who promised Gray a lot of money?
A Counsel, I did just say I don't know.
Q Okay.
A Urrutia is, from what I -- my understanding is, that's what Urrutia promised Gray, and he was a marketing manager.
Q Okay.
A In the sense -- he dealt with the franchise stores and also Superb.
Q And do you know who Matthew Gonzelez is?
A Yeah. Well, from the email, you -- you could see me asking Gray who it is.
Q My question is, did you end up learning who it is as a result of this email?

S. DEO

A I'm -- it's so long ago, Counsel. I apologize. I think it's one of the guys in one of Urrutia's stores. That's, I think, what Gray said. I -- I can't remember.

Q Do you have any sense today as to whether Matthew is an actual person or an AI bot, as you put it in the email?

A Yeah -- no, I think he was an actual person.

Q Okay. And --

A I -- if I had to guess, he was in one of the other stores.

Q All right. And this email was sent on a Thursday morning in December of 2022; correct?

A That's what the date says.

Q Do you recall whether you sent these emails and the other emails we looked at from your home, from Superb, or elsewhere?

A This is during my high-risk pregnancy, so if I had to guess, it was probably from home, from my bed.

S. DEO

Q Okay. You had access to a laptop that you used in order to send these emails?

A I believe so.

Q Were you successful in figuring out the appointments issue that you point out here?

A I -- I couldn't tell you right this second. I mean, I'm clearly asking for help. I don't remember.

Q In this email, you say you mostly work with the BDC department and sales, though you oversee everything from service to accounting also at times, when necessary. Do you see that?

A The document speaks for itself.

Q What did you oversee in accounting at times when it was necessary?

A Customer coming, yelling and screaming they did not get a refund promised to them. That's helping out with accounting.

Q Okay. What else, if anything?

A I don't know. DMV paperwork was

S. DEO

not processed. That's helping with accounting 'cause it's money-related. When necessary, as the email states.

Q How would those kind of issues come to your attention if you were not physically present at the dealership?

A Salespeople would alert me. Eugene would alert me. Customers spam calling every two seconds would alert me. You didn't have to physically be there.

Q Why would Eugene alert you instead of someone else at the dealership?

A Why -- because I was accessible from home. You didn't have to physically be there.

Q Okay. I'm going to show you Sarah 7. It's a one-page email chain dated December 19, 2022.

(Sarah Exhibit 7 was marked for identification.)

A If you could, just zoom in. Okay.

Q Scrolling up to the top.

A Okay.

S. DEO

Q All right. In this email, you're telling Tony that you're making the schedule for the rest of the week; right?
A [No audible response.]
Q I need a verbal.
A I apologize. I was drinking my water. Yes.
Q Was it part of your responsibilities to make a schedule for the week at the dealership at Superb?
A I would help out with it at times.
Q What would that entail?
A I don't understand your question.
Q Well, whose schedule did you make for the week?
A Salespeople.
Q Only salespeople?
A Yes.
Q Not office or back office or accounting people?
A No.
Q What about the general manager,

Mr. Lowe?

A He would be part of that, but I mean, Eugene was always there.

Q Why did you reach out to Mr. Urrutia about this in connection with your request to make the holiday hours, I guess, identical for the other stores?

A I don't -- I'm sorry. I don't understand your question. I don't know what the big mystery is.

Q I'll rephrase it. Why was it important to you to make the holiday hours consistent with the other stores?

A Well, it's a by-the-way conversation. "What -- what do you guys do; what's -- what's practiced?" kind of a thing.

Q To your recollection, did you end up modeling whatever Bruce or James told you?

A I can't recall, Counsel.

Q I'm going to show you another one-page email from December 19, 2022. We're going to mark this Sarah 8.

S. DEO

(Sarah Exhibit 8 was marked for identification.)

A Okay.

Q Are you familiar with the company Leasly, L-E-A-S-L-Y, dot com?

A I'm not familiar, no.

Q Do you remember what this email was about?

A I mean, the document speaks for itself. I -- I don't know what you're asking, Counsel.

Q Did you end up figuring out what the issue was with the appointment being made?

A You are asking me about a very specific issue that I can't recall right this second.

Q In this email chain, you copied both Mr. Deo and Mr. Urrutia; correct?

A That's what it looks like.

Q And what was the reason that you copied Tony on it?

A Gray worked as a marketing manager for his other franchises, so I

S. DEO

just figured everyone needed to know. I think that was the thought process.

MR. KATAEV: Okay. It's one o'clock. I still have a few exhibits to go. Let's go off the record for a second.

THE REPORTER: Hearing no objection, we're off the record at 1:02 p.m.

(Off the record.)

THE REPORTER: We are back on the record at 1:59 p.m.

BY MR. KATAEV:

Q Are you back, Ms. Deo?

A Yes, I'm here.

Q During the one-hour lunch break, did you discuss your testimony with anybody?

A No.

Q All right. I'm going to present to you what I believe to be Sarah 8. It's a six-page email chain.

A Okay. And am I on it -- okay.

Q So it doesn't matter much, but just for the sake of you having read the whole document, please read this first.

S. DEO

A Okay.
Q An email on the chain from Valerie Myers at December 30, 2022 --
THE REPORTER: This is a reporter interjecting. I want clarification on exhibit markings. I believe this should be Exhibit Sarah Number 9.
MR. KATAEV: Thank you. I appreciate that. Yes, let's mark it Sarah 9.
(Sarah Exhibit 9 was marked for identification.)
THE REPORTER: Thank you.
THE WITNESS: Oh, thank you. Okay.
BY MR. KATAEV:
Q Do you know who Valerie Myers is?
A I don't -- I can't recall right now.
Q Okay. Scrolling up to the bottom of page 5, into the top of page 6, there's an email from you from the same date.
A Okay.
Q Please read it. Let me know

when you're done.
A Okay.
Q All right. In this email, you're referencing a check for $3,400 that you were expecting. Do you see that?
A Yeah, I do.
Q Do you know what that check was for?
A I don't at the moment, no.
Q Is that something that you typically dealt with when you were assisting Mr. Deo in the operation and management of Superb?
A Just being the in-between, occasionally, maybe. --
Q Okay. You reference checking the mail every day this week. Is that something that you personally did?
A I'm sorry. What was the question?
Q You also referenced checking the mail every day this week. Is that something that you personally did?
A Well, so from my previous

S. DEO

statements, you know I wasn't there physically, so no.

Q No -- how do you know that the mail was checked every day this week?

A Maybe Eugene checked.

Q Did you exchange correspondence by text message with Mr. Lowe about the mail and other topics related to Superb?

A I don't know at this second.

Q Did you ever exchange any text messages with Eugene Lowe?

A Is it possible, maybe.

Q I'm going to ask you to do a search of your phone for any messages with Mr. Lowe, and I'm going to follow up in writing to request that you produce any such messages.

A Sure, no problem.

MR. MARAWHA: I'll take it under advisement and let you know when we receive your demand.

BY MR. KATAEV:

Q All right. Scrolling up to the bottom of page 4 into page 5, there is a

response from Alysia. Please read it and let me know when you're done.
A Okay. Okay.
Q All right. In this email, Alysia responds to you by stating that Mike is aware that she is holding the check that you requested; right?
A Yes. That's what it says.
Q And the Mike that she's referring to is Mr. Laurie; correct?
A Oh, I -- I have no idea. I don't recall this email at all. So it just says Mike, someone named Mike.
Q Did you work with anyone else named Mike at Superb?
A I -- I don't recall right this second.
Q Okay.
A Because Michael is a very common name.
Q Okay. And in this email, Alysia says she did not realize that you were referring to the repair shop at Gold Coast Motors of Syosset; right?

S. DEO

A That's what it says.

Q Okay. She then refers to the fact that she does not have access to the financials of Northshore and Sunrise; right?

A GCM stores -- it doesn't say anything about Sunrise, unless I'm not reading it correctly.

Q What is your understanding as to what the two GCM stores refers to?

A Well, you said Sunrise.

Q Right. So I'm asking a new question. Forget about Northshore and Sunrise. What is your understanding as to what the two GCM stores refers to?

A Syosset and Sunrise, but I didn't see it in the email, and right now we're talking about the email.

Q Okay. And when you say Syosset and Sunrise, are those Northshore and Sunrise?

A Ask me that question again.

Q I asked you, what is your understanding about the two GCM stores and

you said, "Syosset and Sunrise"; right?
A GCM of Syosset, GCM of Sunrise, yes.
Q Okay. And are those the successors to Northshore and Sunrise?
A Yes.
Q Okay. So for all intents and purposes, when we're referring to the two GCM stores, we're referring to those dealerships; right?
A Well, I want to understand the question properly.
Q I'm just asking you to identify the two GCM stores. It's not complicated.
A No, I didn't say it was. I just wanted to get a clear question, Mr. Kataev.
Q Okay. Now --
MS. VERBONITZ: Can I please -- you know what, I'm sorry. Can I have the witness --
Can you repeat your answer when he asked you to identify the two stores?
MR. MARAWHA: Sorry. Just -- can we

S. DEO

have it read back, actually?

MR. KATAEV: Yeah.

MS. VERBONITZ: Yes.

THE REPORTER: Absolutely. Please hold for a read back.

(The reporter repeated the record as requested.)

MS. VERBONITZ: What was the first name?

MR. KATAEV: Syosset of Sunrise.

MS. VERBONITZ: Oh, okay.

THE REPORTER: Syosset -- apologies.

BY MR. KATAEV:

Q Is it fair to say that Northshore at some point became Gold Coast Motors of Syosset LLC?

A That is fair.

Q Is it fair to say that Sunrise became, at some point, Gold Coast Motors of Sunrise LLC?

A Yes, sir.

Q Okay. And in this email, Alysia says that she does not have access to the financials of those two dealerships;

correct?
A She said GCM stores, yes.
Q Okay. And my question to you is, did Alysia at any point ever obtain any financial information access to those two dealerships?
A I -- I am sorry. I didn't deal with that, so I don't know.
Q Okay. Scrolling to the bottom of page 3 into page 4, your response to the email.
A Okay.
Q Please read it. Let me know when you're done.
A Sure. Okay. Do you need to scroll down? Okay.
Q -- scrolled.
A Thank you. Okay.
Q Is it fair to say that you are informing Alysia about the decisions being made as to how the partnership between Tony and Mr. Deo was supposed to work?
A Am I informing her?
Q Yes.

S. DEO

A I mean, the email clearly states what it states, but I guess I'm reiterating, if that makes sense.

Q And in connection with this highlighted section of the email, "Tony and Anthony need to file new licenses under GCM Sunrise and GCM Syosset," was it your understanding when you sent this email that both Tony and Mr. Deo would be under both licenses?

A So I never spoke to Tony myself. I'm speaking about Urrutia when I say Tony.

Q Right.

A So that was my understanding from just the language on the email, that the licenses have to be filed. Whether that meant together, I -- I couldn't tell you other than what it says on the paper.

Q You don't remember; correct?

A Right.

Q You write in here that the paperwork needs to be handled sooner than later, and this has to be done

S. DEO

expeditiously; right?

A Yes.

Q Why?

A I'm sorry. I didn't get the last part.

Q Why is that; why did it have to be done expeditiously; why did it have to be handled sooner than later?

A Well, money had changed hands, and all the understanding that Anthony had with Urrutia wasn't coming to a full circle. It's today, tomorrow, you know -- Urrutia is known for this six for a nine with everyone, and that's what we were getting.

So things that I guess Anthony and Urrutia discussed wasn't coming to fruition, if that makes sense.

Q Are you saying that Tony was the reason there was a delay in consummating whatever deal Mr. Deo made with him?

A Where did I lose you, Counsel -- I'm sorry -- in what I said?

Q Are you saying that Tony was the

S. DEO

cause of the delay in making whatever deal they made together happen?

A Tony was -- my understanding, yes.

Q Okay. What was Tony doing to cause a delay in making his and Mr. Deo's deal happen?

A I don't remember right this second. This is quite a couple of years ago.

Q Do you recall what the terms, the basic terms, of Mr. Deo's deal with Tony was?

A You have to ask Anthony.

Q Do you --

A I wasn't there.

Q Do you have any knowledge or recollection of the fact that in exchange for a 49-percent interest in Superb, Mr. Deo had to provide Tony with a 25-percent interest in both or each Northshore and Sunrise?

A I've heard about it.

Q Okay. You are aware that

Mr. Deo was to provide Tony with 25 percent of Northshore; correct?

A Yes. Upon -- from my understanding -- and again, I keep saying this again and again. I wasn't a part of any of the meetings.

Never did I speak to Urrutia up until first meeting -- seeing him for the first time in Ms. Ariel's office. So I have very little firsthand knowledge.

Q Okay. But your understanding is based on conversations you had with Mr. Deo; correct?

A Sparingly.

Q And same question for Sunrise. Was it your understanding, based on conversations with Mr. Deo, that Mr. Deo was going to give Tony 25 percent of Sunrise?

A And in exchange, from my understanding, he was supposed to fulfill floor plan obligations, which he never did.

Q Okay. Now did there come a

S. DEO

point in time -- well, withdrawn. Let me go back for a second.
Other than your conversations with Mr. Deo, did you ever review a document called a cross-purchase agreement?
A Review -- no. I wasn't a part of it.
Q Are you aware of the existence of --
A I'm aware.
Q Now, are you aware that Mr. Deo told Tony that he cannot transfer his 25-percent interest in Northshore and Sunrise because of his dispute with Joshua Aaronson?
A I'm sorry. Is that a fact? Where does it say that?
Q I'm asking you, are you aware of that?
A I'm not aware of that. I'm sorry.
Q Are you aware of something different?

S. DEO

A I'm not aware of anything because I wasn't part of any conversations between the two.

Q Okay. Mr. Deo never shared with you that he was unable to transfer 25 percent interest in Northshore or Sunrise because of his dispute with Mr. Aaronson?

A So you're asking me the same question, and my answer is no.

Q And Mr. Deo never discussed that with you?

A For the third time, no.

Q Is it fair to say that because your knowledge of Mr. Deo's and Tony's conversations are limited, that you can't specifically pinpoint the exact reason why the deal did not go through?

A Pinpoint -- there are many reasons other than Urrutia not fulfilling his, I guess, agreement between the two.

Q And the basis upon what you're saying, Tony did not fulfill his agreement, is that he did not provide floor plan lending?

S. DEO

A That is one of my understandings. There were other reasons, but again, I don't have firsthand knowledge. I was never a part of any of the meetings.

Q So just so I understand, that's one reason you believe the deal didn't go through. You believe there are other reasons, but you don't know what they are; correct?

A I wasn't there. Correct.

Q Okay. Focusing on what you are aware of, the floor plan lending, how is it that Tony did not provide Mr. Deo with floor plan lending?

A I couldn't tell you. I -- I do apologize, Counsel. I wasn't there. I've said a couple of times, as a matter of fact, more than that. I was not doing well physically due to my high-risk pregnancy.

Q Now, your only understanding that Tony failed to provide Mr. Deo with floor plan lending is because Mr. Deo told

S. DEO

you that; correct?
A He's the only one I had. I never spoke to Urrutia myself.
Q Okay. Going to the fourth paragraph of this email, you're referencing a to-do list and asking, "Where are we with opening up new Chase Bank accounts for Superb?" with Tony and Anthony. Do you see that?
A I do see it.
Q Okay. Now, when you refer to new Chase Bank accounts, are you aware as to which banking institution Superb used before Anthony came on as a partner?
A I wasn't there physically, so I don't know much about the banking. Sorry.
Q Do you know whether Superb already had a bank account with Chase at the time that Mr. Deo came to operate Superb?
A So I'm going to answer it for the second time. I don't.
Q Okay. So when you say opening up new Chase Bank accounts for Superb --

S. DEO

I'm focusing on that phrase -- with Tony and Anthony, am I understanding you correctly that you intend for both Tony and Mr. Deo to be signers of that new Chase Bank account?

A Common sense would have it that that's the way it would work in opening up a bank account; right? You would have to --

Q So your answer, based on your common sense, is yes?

A Yes -- yes.

Q Good. You're learning how to answer questions. Keep it up.

A I'm not a fast learner.

MR. MARAWHA: Mr. Kataev --

MS. VERBONITZ: Yeah, please --

MR. MARAWHA: Sarah, do not respond to that.

Mr. Kataev, hold your sarcasm to yourself.

THE WITNESS: Oh, I have plenty of that.

MR. MARAWHA: No -- Sarah --

S. DEO

THE WITNESS: Game on.

MR. MARAWHA: No. If we need to take a break because things are getting a little too heated over emails --

THE WITNESS: He doesn't like the way I --

MR. MARAWHA: -- we can do that.

THE WITNESS: -- answer. I wonder --

MR. MARAWHA: Sarah, do not say anything additional, not a single word.

BY MR. KATAEV:

Q All right. Moving on to the next paragraph, there's a reference here that GCM Syosset has prepared and repaired over 100 vehicles for Superb; correct?

A Good. You could read. Yes.

Q Okay. Now, how do you know that GCM of Syosset did these repairs?

A I was told.

Q By who?

A I don't remember.

Q Were you responsible for preparing invoices to Superb for these repairs?

A Nope.
Q Do you know who was?
A Don't.
Q Who provided you the unpaid statement referenced in the following paragraph?
A Don't remember.
Q You state at the end that there is no DMS accounting access to give it for GCM Syosset because it has no established DMS or DealerTrack access since it's not licensed yet; correct?
A That's what it says.
Q At any point after January of 2023, did GCM Syosset obtain access to a DMS system or DealerTrack system?
A I don't know.
Q How did you know this fact when you wrote it in the email?
A I don't remember.
Q Referring you to the bottom of page 2 into the top of page 3, Alysia Cayer's response. Please read it. Let me know when you're done.

S. DEO

A Can you zoom in? I can't see.
Q Sure.
A Okay.
Q There's a reference in this email about the fact that too many deals are missing. Do you see that?
A Where are you exactly -- yes.
Q Okay. What is your understanding as to what that means?
A Exactly what it says, that deals were missing.
Q Okay. And what, if anything, needs to be done to fix that problem?
A I don't know.
Q To your knowledge, who is responsible for finding or rectifying missing deals?
A The general manager, Eugene Lowe.
Q Okay. And to your knowledge, how would Eugene Lowe go about doing that?
A You'd have to ask Eugene Lowe. Depose him.
Q Okay. And to your knowledge,

S. DEO

Alysia would not be able to rectify or find missing deals; correct?

A Ask your question again.

Q To your knowledge, Alysia would not be able to rectify or find these missing deals; correct?

A I guess.

Q It would have to be someone with boots on the ground at Superb; right?

A That's the assumption.

Q Well, whose assumption is it?

A You asked me a question, and I answered.

Q Do you know whether only someone at Superb, physically present at the dealership, could be someone that could solve this particular problem?

A That's a better question. Yes.

Q Okay. And is that the case, that only someone at Superb could solve this particular problem?

A Yes.

Q Okay. And in January of 2023, Mr. Deo was the main person responsible

S. DEO

for operating Superb; correct?
A He was one of the owners.
Q Okay. And Mr. Deo had the authority, if he wanted to, to terminate Eugene Lowe, for example; right?
A Sure.
Q And in the course of working in Superb from November of '22 through July of '23, Mr. Deo exercised the power to terminate; correct?
A I can't recall right this second.
Q You don't recall whether anyone was ever terminated at Superb?
A I -- answering you again, I don't recall.
Q Okay. And do you recall whether Mr. Deo ever hired anybody at Superb?
A I think he did. Eugene interviewed them. I think he did, yeah.
Q And is it fair to say, generally speaking, that Mr. Deo would supervise employees at Superb?
A No.

S. DEO

Q Not directly, but at least at a high level?

A No.

Q Who would be responsible for supervising the employees?

A General manager Eugene Lowe.

Q And did Mr. Lowe report to Mr. Deo about the performance of employees, to your knowledge?

A That was his job, yes.

Q And did Mr. Lowe report to you about the performance of employees in general?

A Not the day-to-day; only if there is a major issue.

Q Okay. Referring you to the middle of page 2, with your email response to Alysia.

A Okay.

Q Scrolling up to the bottom of page 1, to Alysia's response.

A Okay.

Q Alysia's reference here about "It will depend on when my staff did, or

S. DEO

if they did, receive the documents."
That's a direct reference to the missing deals; correct?
A Yes.
Q In other words, for her to account for the missing deals, she would have to receive documentation from someone at Superb; correct?
A Yes.
Q Now, Bruce Novicky was not present on a day-to-day basis at Superb; correct?
A That is correct.
Q And Tony Urrutia was not present on a day-to-day basis at Superb either; correct?
A Correct.
Q Who, if anyone, that was an employee of Superb was present on a day-to-day basis at Superb?
A Eugene Lowe, the general manager.
Q Anyone other than him?
A Andy -- I think his last name is

S. DEO

Vasquez. I could be wrong.

Q I'll represent to you that that sounds right. Besides Eugene Lowe and Andy Vasquez, was there anyone else that was an employee of Superb that was not hired by yourself and Mr. Deo at Superb?

A That was not hired by Anthony or Superb -- no. But I can't remember. Sorry.

Q Okay. I am going show you Sarah 10. It's a 20-page email, but it consists of a lot of screenshots, so we'll work through it quickly.

(Sarah Exhibit 10 was marked for identification.)

Starting from the bottom, referring you to the email from Dania Allen.

A Okay.

Q Let me know when you're done reading this part, and I'll scroll down.

A Yep, I'm done.

Q Are you familiar with this image that we're looking at?

S. DEO

A I can't recall right now.

Q Do you know the name of this system?

A I heard of it, yeah, Tekion. Horrible system.

Q You had access to it and used it?

A I didn't know how to use it.

Q Did you ever learn?

A No. I mean, this is more for accounting and stuff that I had nothing to do with. So --

Q Okay. In this screenshot, there's a reference to $9,500 paid by card and 13,900 paid by cash; correct?

A That's what it says.

Q And in the immediate response to Dania's email, Keshia Lewis asks Eugene and Marc whether they can get together to let Dania know which of these cash receipts are going to the bank; right?

A That's what it says.

Q Who is Keshia Lewis?

A I believe she worked with Alysia

S. DEO

in one of the out-of-state stores, if I'm not mistaken.

Q And in the course of your working relationship at Superb, did you and Keshia have any issues with each other?

A Not that I recall. Could be wrong. I don't remember.

Q In response to Keisha's email, Marc Merckling responds to say everything was just deposited; correct?

A That is what the document says, yeah.

Q To your knowledge, recollection, and understanding, was Marc Merckling the exclusive individual responsible for depositing cash?

A No. That is incorrect.

Q And who else was responsible for depositing cash?

A Eugene Lowe could do it.

Q To your knowledge, did Eugene Lowe ever go to the bank to deposit cash?

A I wasn't there, and I've said it

S. DEO

so many times. So --

Q Well, there are some things that you know, and there are some things that you don't know regardless of how often you were there; right?

A From my understanding, Marc was not exclusive to depositing money. That's my answer.

Q Okay. Scrolling up to the next email, at the bottom to middle section of page 18, going into 19, is an email from Keshia Lewis. Please read it. Let me know when you're done.

A Okay. Okay.

Q Do you see this last portion?

A Yes. I -- I do apologize. If you could just zoom in a little bit.

Q No problem. Let the record reflect that we're scrolled in at 345 percent.

A Yeah, I -- I have terrible vision. Sorry.

Q Okay.

A That's the wrong email. Yeah --

yep, I see it.
Q And in response to Keisha's email, you let her know that that's the incorrect email; right?
A Yes.
Q To your knowledge, was a email address with a domain name @yourteamauto.com ever created for you?
A I believe so, with the wrong spelling of my name.
Q Did you ever have access to this email address with the wrong spelling?
A I don't think so, but you know, it's so long ago. I might have signed in once or twice.
Q Do you recall sending and/or receiving any emails from this particular email address?
A I -- I don't.
Q Do you know whether a corrected email address at yourteamauto.com was made for you?
A I don't remember
Q Scrolling up to, I think, three

S. DEO

pages of screenshots, this is the Chase deposit slip for the 13,900; correct?
A That's what it looks like, yep.
Q And do you know who sent that picture?
A I don't, no.
Q Referring you to the email at the bottom of page 13 going into page 14.
A You're going to have to zoom in. I'm sorry.
Q Okay.
A Okay.
Q This email is from Marc Merckling; correct?
A It looks like from Marc Merckling, yes.
Q And Marc Merckling writes: "What seems to be the issue? A total of 20,523 in cash deposited today, along with a check for 7,600. Did you not get these receipts? Dania had both." Do you see that?
A That's what it says.
Q Do you recall being on this

S. DEO

email chain?

A It doesn't say my name. It says Marc and whoever else is on the email. Do you see my name in there?

Q I don't see your name, but I know that the email is cut off on the right side.

A Oh, okay. Yeah. I see Anthony's and a couple of other people.

Q For example, if you look at Keisha's response following that email, she says, "I apologize. My tone is coming" -- and the end is partially cut off, and there's no G. And it ends with her; right? So we could see that it's cut off; right?

A Yeah, that's what it looks like.

Q I'm going to scroll past the seam. Focusing on the bottom of page 10 into the top of page 11, Alysia forwards this chain to Laurie; right?

A That's what it says.

Q Do you have any idea why Alysia would send Laurie this particular email

S. DEO

chain?

A Couldn't tell you.

Q What was Laurie's role at Superb?

A You have to ask Anthony and Michael Laurie. You just deposed them.

Q You don't have any knowledge as to what his role is?

A I wasn't there, Counsel, for the umpteenth time.

Q Focusing on the bottom of page 1, Marc Merckling sent an email the same day to everyone, and this email chain includes you as a recipient; correct?

A Where do you see -- okay. I see my email, and it's cut off. Okay.

Q In this email, Marc Merckling says "This is how the receipts are given. All the backup information is attached to receipts so that there is no confusion." Do you see that?

A I do see that, yes. Thank you.

Q When Marc Merckling made a deposit, did he send an email to -- among

S. DEO

other people -- you for each deposit made?

A Nope. Incorrect.

Q Okay. To your knowledge, why was it that this particular email chain included you if he did not regularly do that?

A I -- again, that's a question you're going to have to ask Marc.

Q All right. You responded to this email four minutes after Marc did; right?

A That's what it looks like, yep.

Q Let me know when you're done reading because I want to scroll up to the next email.

A Oh, I'm not -- I'm not done. One second. Yes. Did it.

Q Okay. Going to Keisha's response to you --

A Where -- oh, okay. Yep, I see it.

Q And then the last email in this chain is from Mr. Deo to you.

A Mr. Deo to who?

S. DEO

Q To Tony -- sorry.

A To -- to Tony, right. Okay. Well, sounds like Keshia had an attitude, but -- okay. All right.

Q Do you recall anything about this exchange or problems with Keshia?

A Not really, other than what it says in the email. I guess her tone was a little aggressive, but that's as far as I remember.

Q And we can't see it in this email, but the last word of Mr. Deo's email to Tony, do you understand that word to be disrespectful?

A It could be. I mean, it's cut off, but it's possible.

Q Do you know whether Keshia remained an employee of Superb following this email?

A I believe she continued, yeah.

Q Do you know whether she was working there at the time that Mr. Deo was locked out of the dealership?

A I'm sorry. What's the question

again?

Q Do you know whether Keshia was working at Superb at the time he was locked out of the dealership?

A Again, I wasn't there, but I would assume she was still there. That's -- that's a guess. So I -- maybe --

Q You don't know for sure; correct?

A Yes.

Q I'm going to show you Sarah 11, and I'll represent to you that this is the full attachment of what Mr. Merckling sent in that email chain.

(Sarah Exhibit 11 was marked for identification.)

A Okay.

Q So looking to the left, do you recognize that same deposit slip that we saw previously?

A I wasn't looking at it closely, but the numbers look familiar.

Q Okay. And then there's one,

two, three pages here; correct?
A That's what it looks like.
Q And would you indulge me in doing the basic math between these three numbers and telling me if it matches this Chase receipt?
A I could do it on my phone. Is that okay? Is that allowed?
Q It is, yes. Thank you for asking.
A No problem. What's the last one; 45?
Q 4,500 yes.
A Totals to 13,900.
Q The best of your knowledge and memory, was this the procedure by which cash deposits were accounted for?
A I don't remember. Again, I wasn't there, so I don't know.
Q Are you aware that at some point in time, cash deposits are no longer being made to the Chase Bank account?
A I was not involved in the day-to-day accounting. So you just asked the

same question again.

Q Are you aware that at some point in time there was a bank account opened for Superb at Flushing Bank?

A I was not aware.

Q Did you have any discussions with Mr. Deo about opening up a separate bank account for Superb at Flushing Bank?

A He probably mentioned it. Can't recall.

Q But you do recall sending this email that we looked at earlier in the exhibits, where you wanted to set up new Chase accounts for Superb with Tony and Anthony as signers; right?

A That's what the email said, yes.

Q Other than that email exchange, were you ever in any other way involved in setting up a new bank account for Superb at any financial institution?

A I was not involved.

Q I am just looking to see if I need to go over some of these exhibits I pulled. I'm skipping at least one so far.

S. DEO

A Okay.
Q Are you aware of the existence of an operating agreement listing yourself as one-percent owner of Northshore, with Mr. Deo owning 99 percent of Northshore?
A I am aware.
Q Why is it that you are listed as a one-percent shareholder of Northshore?
A Why?
Q Yes.
A Why not? That's just what -- let me try to remember. I think it was Citrin Cooperman, Josh's CPA firm, that said I should be left on as one percent. That's how we got to that.
Q So if I understand you correctly, you obtained tax advice from Citrin Cooperman?
A Did I -- I did not have any financial involvement. This is conversations with Anthony, Citrin Cooperman, Tom Jones, Wendy Kwan, Josh Aaronson, everyone involved. I think that's how it circled back to that

S. DEO

percentage.

Q Are you aware of any conversations that Mr. Deo had with Citrin Cooperman about the shareholder or membership allocation of Northshore?

A I believe I -- I apologize. I didn't mean to talk over you. I believe there are email exchanges that's circling in all cases about that. That's what I'm aware of. I don't know of any other extra documents.

Q Are you aware that that makeup percentage of ninety-nine and one was later changed to one hundred?

A That's what I heard from one of the depositions, yes.

Q Prior to the deposition, you were not aware of that; right?

A No. I was.

Q And how did you become aware?

A Through a conversation.

Q With Mr. Deo or someone else?

A It would be Deo, Anthony.

Q And do you know what the

S. DEO

percentage was in Sunrise between you and Mr. Deo, if any?

A I think it's the same, if I'm not mistaken.

Q Were you ever involved in preparing any statement of financial condition or a personal financial statement for Mr. Deo in March of 2023?

A Nope. I am not an accountant. I -- I don't qualify, no.

Q Did you have any conversations with Thomas Jones about any personal financial statement?

A I don't speak to Tom Jones because I don't have involvement with accounting.

Q Have you ever spoken to Thomas Jones about anything ever in your life?

A Sure.

Q Okay. When was the last time you had a conversation with Thomas Jones?

A A couple of months ago, I think.

Q Was that in connection with any tax work he was doing for you personally?

S. DEO

A Might've been, yeah.

Q Outside of professional services being rendered to you by his accounting firm, did you have conversations with Thomas Jones about anything else?

A No.

Q Have you ever discussed this lawsuit with Thomas Jones?

A No.

Q You never told him that you thought it was frivolous?

A I say that to everyone. But we didn't discuss it 'cause it is frivolous.

Q The -- sorry.

A I didn't say anything.

Q I thought I heard something. The 4 Darius Court address, is that residence considered one you own in Dix Hills, New York, D-I-X?

A What's the question?

Q The residence at 4 Darius Court, is that a property that you consider to have owned or own at Dix Hills, New York?

A Yes.

S. DEO

Q What property, if any, do you own in Bronx, New York?
A I don't own any.
Q Did you ever own any property in Bronx, New York?
A No.
Q Did Mr. Deo ever own any property in Bronx, New York?
A Yes, he did.
Q Does he still own any real property in Bronx, New York?
A I don't think so.
Q To the best of your knowledge and recollection, when did Mr. Deo cease owning any real property in Bronx, New York?
A I couldn't venture a guess.
Q Do you --
A I don't get involved.
Q Do you or Mr. Deo own any real property outside of the United States of America?
A No.
Q And that's true for both

S. DEO

yourself individually and Mr. Deo individually; correct?

A That's for me individually. I can't speak for Anthony.

Q Do you know whether Mr. Deo owns any property internationally?

A I don't know, and I just said that. I don't think so. But --

Q Do you have any mortgage for the property owned in Dix Hills, New York, at 4 Darius Court?

A Yes.

Q What is the monthly payment on the mortgage?

A Somewhere in the fifties -- 5,000 -- somewhere there.

Q Is that mortgage current?

A No.

Q How far behind are you?

A We're behind.

Q Do you know by how many months?

A Couldn't tell you.

Q Was there any mortgage on any property owned by Mr. Deo in Bronx, New

S. DEO

York?

A That's Anthony's dealings. I -- again, dealing with the financial side, I don't have knowledge.

Q What is your understanding as to Mr. Deo's interest, if any, in Superb?

A My understanding?

Q Yes.

A Forty-nine percent owner.

Q Are you in possession of any stock certificates listing yourself or Mr. Deo as a shareholder or member with a membership interest in Northshore?

A Stock certificates -- I -- I'm sorry. Ask me that question again.

Q I'll rephrase it. Are you aware -- withdrawn. Are you in possession of any stock certificates listing your membership interest percentage in Northshore or for Mr. Deo?

A No.

Q Are you in possession of any stock certificates listing your membership interest in 189 Sunrise Highway Auto LLC?

S. DEO

A No.

Q Are you in possession of any stock certificates listing yourself or Mr. Deo as a shareholder of Superb?

A No.

Q Were you ever involved in any way, shape, or form with placing vehicles on a floor plan line of credit?

A Never.

Q Do you know how vehicles get placed on a floor plan line of credit?

A I understand the general concept.

Q And to your knowledge, what would need to be done in order to place any vehicle on a floor plan line of credit?

A Well, you first have to have access to the floor plan, put it on the floor plan, is my understanding.

Q And through what medium does one generally have the capability of placing a vehicle on the floor plan?

A You have to have access, and

it's typically the accounting department that does that.

Q And when you refer to access, access to what?

A You get credentials to be able to log in to perform such tasks.

Q And when you log in, are you referring to a website, a computer program, or something else?

A Different websites, yep.

Q Do you recall any conversation -- withdrawn.

Did Mr. Deo ever tell you about any conversation he had with Tony in which Tony asked Mr. Deo to focus only on Superb, and no longer do any work on Northshore or Sunrise?

A I wasn't there. I couldn't tell you.

Q Did Mr. Deo relay to you any such conversation?

A I don't remember.

Q Are you aware of the existence of an operating agreement for Gold Coast

Motors of Syosset LLC in which Mr. Deo was listed as a 20-percent owner, while Tony is listed as an 80-percent owner?

A The one where Urrutia, on his affidavit, clearly said, early on in Judge Wicks's case, that he never signed? Are you referring to that one?

Q I'm honestly not sure. If --

A That's -- yeah, I'll give you -- when we go on one of those breaks --

MR. MARAWHA: Sarah --

THE WITNESS: I'll give you --

MR. MARAWHA: Sarah, this is not the Sarah show.

THE WITNESS: Got it.

MR. MARAWHA: You can tell me that information, and I will astutely present it to Judge Wicks and Mr. Kataev in a motion, but we're not here for that right now.

THE WITNESS: I -- I -- just -- all right.

MR. KATAEV: Thank you. Can we have my question read back, please?

THE REPORTER: Yes. Please hold for read back.

(The reporter repeated the record as requested.)

BY MR. KATAEV:

Q You can answer the question.

A Ask your question again.

Q Are you aware of the existence of an operating agreement of Gold Coast Motors of Syosset LLC in which Mr. Deo is a 20-percent owner and Tony is a 80-percent owner?

A I'm not aware of it.

Q To your knowledge, does there exist any other operating agreement for Gold Coast Motors of Syosset LLC?

A I don't think so.

Q Do you recall that in November of 2022, Mr. Deo paid Tony $500,000 as part of the cross-purchase agreement?

A I am aware.

Q To your knowledge, where did the $500,000 come from?

A You would have to ask him.

S. DEO

Q Are you familiar with the Libertas loan?

A The money that Josh Aaronson -- Aaronson stole, yes.

Q Okay. Do you know whether -- withdrawn.

You just testified that Josh Aaronson stole that money. To your knowledge, did that money ever come back to Mr. Deo?

A Yes, after we got the police involved, yes.

Q Okay. After that money came back to Mr. Deo, following you or Mr. Deo getting the police involved, do you know whether those funds were used to purchase Anthony Deo's interest in Superb?

A I couldn't tell you. I was not involved.

Q I'm going to show you what I believe to be Sarah 12. I represent to you, for the record, that this is a summons and complaint that was filed by your attorney, Mr. Thomasson, bearing

S. DEO

index number 615683 of 2024, dated September 4, 2024.

(Sarah Exhibit 12 was marked for identification.)

Focusing on the first page in the caption, after you read the highlighted text, can you confirm for me that you are a plaintiff in this lawsuit?

A Yes.

Q And did you take the time to review this complaint that Mr. Thomasson prepared before it was filed?

A Yes.

Q I want to direct your attention to paragraph 204, beginning on page 60 into 61 of the 192-page complaint. Please read it and let me know when you're done.

A Okay. Okay.

Q Based on your review of this complaint allegation, is it fair to say that the 735,000 obtained from Libertas was used at least in part to purchase an interest in Superb?

A I -- you're asking the same

S. DEO

question, and I don't know is the answer.

Q Well, I just want to understand something. This is a lawsuit that you filed, isn't it?

A Yes.

Q And everything that you wrote in the complaint of this lawsuit is true, isn't it?

A Yes.

Q So do you deny that the statement here, that these funds -- referring to the Libertas funds -- were intended to save Northshore and to obtain an interest in Superb?

A I read it quickly. I do apologize. I told you my vision is not that good.

Q Okay. Having now read it and gaining further clarity, would you agree with me that the Libertas money was used at least in part to purchase an interest in Superb?

A Yeah.

Q Are you in possession of any

S. DEO

signed certificate transferring any interest in Northshore to Tony?

A I don't recall.

Q All right. Same question for Sunrise.

A I don't recall.

Q Are you familiar with a screenshot of text message between your husband and Bruce Novicky concerning having someone at Flushing Bank and a credit underwriter in his pocket?

A That may have come up in the deposition.

Q What is your understanding as to what that text message means?

A No understanding. I didn't think about it.

Q Did you ever meet any banker from Flushing?

A Never.

Q Do you know of any credit underwriter that Mr. Deo worked with at Flushing?

A No.

S. DEO

Q Do you know who Nathan Newell is, N-E-W-E-L-L?

A No, I don't. Sorry.

Q Do you know who Ron Doss [ph] is?

A I've heard of him.

Q What did you hear about him?

A He was a warranty rep.

Q Did there come a point in time when he stopped serving as a warranty rep wherever he worked and instead come work for one of Mr. Deo's dealerships?

A Yes.

Q And what is your understanding of the working relationship between Mr. Doss [ph] and Mr. Deo?

A He was working there. That's about as far as I knew.

Q Do you know whether he continued -- withdrawn.

Do you know whether he continues to work with Mr. Deo?

A Now -- no.

Q Why is that?

S. DEO

A I haven't heard of him.
Q Do you know the reason why Mr. Doss [ph] no longer works with Mr. Deo?
A I don't know the reason.
Q Did you ever have any conversations with an individual named Robert Puccio?
A Nope.
Q Did you have access to any bank account at Flushing Bank for Northshore, Sunrise, or Superb?
A I did not. Sorry.
Q Did you ever make any bank deposits at the bank?
A No.
Q When Mr. Deo first started operating Superb, he did not have the authority to sign checks from Superb's Chase Bank account; correct?
A I don't know that.
Q If Mr. Deo did have the authority to sign checks from Superb, why would you be asking Alysia for payment of

S. DEO

$3,400?

A I'm sorry. I don't know the -- what connection you're trying to make.

Q Do you recall reviewing an email with me earlier in which you're following up with Alysia about a payment of $3,400 and change?

A Okay. Yeah.

Q My question is, based on that email, if Mr. Deo did have authority to sign checks from Superb at Chase Bank, why would you send emails to Alysia asking for a check?

A Oh, I don't recall.

Q Is it fair to say --

A I have no idea.

Q -- in light of the fact that you requested Alysia to send a check, that Mr. Deo did not have authority to sign checks at Superb?

A I don't know.

Q Are you familiar with the separately signed shareholders agreement between Mr. Deo and Mr. Urrutia concerning

S. DEO

Superb?

A What -- what agreement is this? I'm sorry.

Q You recall that we discussed earlier the cross-purchase agreement; correct?

A Yeah.

Q I'm saying, separate from the cross-purchase agreement, are you familiar with the shareholders' agreement between Mr. Deo and Tony about Superb?

A I might have looked at it. I don't remember exactly.

Q Are you aware that that shareholders' agreement provides that Mr. Deo does not have any financial authority over Superb?

A Again, I might have looked at it. I don't remember.

MR. MARAWHA: I'm going to just interject for a moment. Mr. Kataev, how close are you to the end of this line of questioning? Because I just got an email from the Brooklyn's criminal court, and I

S. DEO

need to hop off the call -- or ask for a break for about five minutes.

MR. KATAEV: I think now is a good time to stop. It's 3:06.

MR. MARAWHA: All right. So if we can reconvene at 3:10?

MR. KATAEV: Yes.

MR. MARAWHA: All right. Perfect.

THE REPORTER: Hearing no objection, we're off the record at 3:06 p.m.

(Off the record.)

THE REPORTER: We are back on the record at 3:12 p.m.

BY MR. KATAEV:

Q All right. Ms. Deo, are you familiar with a grand opening event that occurred in July 2023?

A Yes.

Q Were you present?

A No.

Q How come?

A I wasn't feeling well from the pregnancy and recovering.

Q Did you have any intention of

S. DEO

going?

A I wanted to, but I just wasn't physically well.

Q Were you involved in any way, shape, or form planning the event?

A No.

Q What's your understanding as to vehicles taken from Superb to the Northshore lot for the purpose of the event?

A My understanding is, they were having a car show. And that's pretty much it.

Q To your knowledge, why was it necessary for the vehicles to be taken from Superb to Northshore for the event?

A Well, it's a car show, so you need cars there. Everyone was made aware, including Urrutia -- Urrutia. The staff, everyone, helped them get this event organized, and it was a successful event from what I hear.

Q How do you know the event was successful?

S. DEO

A There was a lot of people. Everyone joined in for the car show.
Q Do you know of any sales that occurred as a result of the event?
A I wasn't there, so I couldn't tell you.
Q You testified earlier that Mr. Urrutia, Tony, was aware of the vehicles being taken; right?
A Yes.
Q How do you know that Tony was aware?
A Because I remember Anthony talking about the -- the event.
Q With --
A Urrutia.
Q You overheard a conversation between Mr. Deo and Tony about --
A I -- I know that there was conversations with Urrutia about the event.
Q Telephone conversations?
A I believe so, yeah.
Q And you overheard this

S. DEO

discussion while you were at home with Mr. Deo present?

A I couldn't give you an answer right this second, but I know that Urrutia was aware.

Q Was this conversation, to the best of your memory, one that occurred before the event or after?

A It would have to be before.

Q To the best of your memory, how soon before the event did Mr. Deo have this discussion with Tony?

A How soon, like how much previous advance notice, I don't know. If I had to guess, couple of weeks or something leading towards the date. I don't remember specifics.

Q After the event was over, were you privy to any discussions about returning the vehicles from Northshore to Superb?

A I wasn't there. I had no involvement.

Q To your knowledge, did the

S. DEO

vehicles that were moved from Superb to Northshore remain at Northshore after the event?

A I don't think so, but again, I wasn't there.

Q Are you familiar with a capital call letter that Mister -- withdrawn.

Are you familiar with a capital call letter that Tony sent to Mr. Deo?

A I think so. This is after you guys locked him out and then asked for the money -- yeah.

Q When you refer to you guys, who are you referring to?

A Urrutia and gang.

Q Gang?

A G-A-N-G, Urrutia and gang.

Q Just so I understand, who do you assert as part of Tony's gang?

A Bruce Novicky; I think Michael Morgan was part of that night. I wasn't there. I heard.

Q Are you saying that you believe that Mr. Morgan was present on August 3,

2023?

A I believe he was.

Q And what is the basis of your belief?

A I was told he was.

Q By Mr. Deo?

A Yes.

Q Do you know an individual named Parmeshwar Bissoon, P-A-R-M-E-S-H-W-A-R, last name, B-I-S-S-O-O-N, also known as Kevin?

A Yes. I was -- yeah.

Q How do you know him?

A He was a salesperson, I believe, for Northshore.

Q To your knowledge, when did Kevin first start working at Northshore?

A I think maybe eight months, nine months prior to us closing. And then he worked at Superb.

Q How did it come to be that Kevin went from working at Northshore and then Superb?

A How -- he needed a job and

S. DEO

wanted to continue.

Q To your knowledge, did Tony ever have any conversations with Kevin?

A How would I know what -- I -- no. I don't know.

Q Are you aware that, in the complaint we previously reviewed in which you're a plaintiff, you allege that my client arranged for Kevin to threaten your husband?

A Kevin did in fact threaten my husband.

Q But are you aware that in your complaint, you allege that my client arranged for Kevin to threaten your husband?

A Yes.

Q What is the basis for your belief that my client arranged for Kevin to threaten your husband?

A Because Kevin never spoke to any of us in that manner, so his rage could only come from Anthony Urrutia -- misinformation.

S. DEO

Q That's a conclusion that you drew from the fact that Kevin never previously spoke to you that way?

A We never had death threats prior to Urrutia for -- with Kevin.

Q From Kevin?

A From Kevin.

Q You don't otherwise know when Kevin may have spoken to Tony or anyone else at Superb; correct?

A Yeah. I don't.

Q In the complaint that we reviewed earlier, one of the allegations, generally speaking, is that Tony, others at Superb, and yet other defendants interfered with yours and Mr. Deo's business relationships; correct?

A Ask me that again.

MR. KATAEV: Read it back, please

THE REPORTER: Hold for a read back.

(The reporter repeated the record as requested.)

THE WITNESS: Absolutely they did.

//

S. DEO

BY MR. KATAEV:

Q What business relationships did Tony and the Superb defendants interfere with, to your knowledge?

A Floor plan companies, people in the business, different authorities.

Q Anyone else?

A Just anyone that they could find and talk badly about us, they have done that.

Q Let's start with floor plan companies. Which floor plan companies?

A I couldn't name them to you right now. Anthony knows better.

Q Do you know which floor plan companies Mr. Deo had accounts with as opposed to those that Tony had accounts with?

A I -- that's a very specific question that Anthony would know the answer to. I didn't have any involvement.

Q When you refer to people in the business, can you be more detailed and not vague; who are you referring to when you

S. DEO

refer to people in the business?

A Business dealings -- for instance, I remember Tom Jones had a franchise dealer, and I forget the name because, again, I was never in the forefront for meetings.

My understanding was, the dealer was very much interested up until Josh Aaronson defamed Anthony, his business. And Tom Jones informed us that because of it, it fell through. So that's one example.

Q So if I understand you correctly, Tom Jones informed you that Joshua Aaronson spoke to some other person in the automobile industry -- a dealer principal, for example -- and said bad things about Mr. Deo, such that Mr. Deo could not form a business relationship with him; correct?

A Absolutely.

Q Are you aware of any such facts or information about how Tony may have done the same thing?

S. DEO

A To different floor plan companies, sure. And Anthony would know best which ones. I'm not familiar with them.

Q And then you referred to authorities. Who were you referring to when you said authorities?

A Well, you guys did make up a false -- well, multiple false claims to the authorities such as the FBI, Nassau police, the DOJ, to -- to name a few.

Q So if I understand correctly, when you referred to authorities, you mean law enforcement authorities?

A Law enforcement -- I apologize -- yeah.

Q Are you aware, generally speaking, that there were instances during Mr. Deo's operation of Superb in which there was double flooring that occurred?

A Ask me that again.

Q Read it back, please.

THE REPORTER: Sure. Please hold for a read back.

S. DEO

(The reporter repeated the record as requested.)

THE WITNESS: I -- I don't know what one has to do with the others. Anthony never floored any cars. He didn't have credentials to do so. So when someone doesn't have credentials, how do they get that done?

BY MR. KATAEV:

Q I want to note for the record that the witness is clearly referring to some pages or documents and answering the questions.

I want to call for the production of any of those documents. I'm not going to make a thing of it now because I want to finish the deposition, but we'll work it out with Mr. Marawha after.

A I'm sorry. What document --

MR. MARAWHA: Hold -- no -- Sarah, do not say a single word whatsoever. This is an objection. The lawyers have to talk.

While I do see that my client is

S. DEO

leaning over, I have no indication that she's reading from any notes.

That being said, I will talk to her when we are off the record, and if there are any notes that she is referring to, I will appropriately provide them to all parties.

MR. KATAEV: Thank you.

BY MR. KATAEV:

Q All right. Ms. Deo, if I understand your testimony correctly, you're stating that Mr. Deo had no ability to place any vehicles on the floor plan line?

A Yeah, that's what I just said.

Q Okay. But isn't it true that he had the ability and the authority to direct employees at Superb to floor vehicles?

A I don't understand your question, what one has to do with the other?

Q Did Mr. Deo have the authority --

S. DEO

A I don't know. What documents --

Q Are you aware of an email exchange between Mr. Deo, Mr. Jones the CPA, and Mr. Thomasson on one hand, and then Tony and Alysia and perhaps others on the other hand, in which Mr. Deo seeks a forensic accounting of Superb and the other dealerships that Tony owns?

A Am I aware -- yes.

Q Prior to attending any deposition in this case, were you aware of those emails?

A Yes. I was aware.

Q Are you aware that in response to Mr. Deo's request, Tony authorized and had Alysia send all of the financial information requested?

A It was a data dump, so that's what -- all it was. There was no information given. It was just a complete data dump, and she was fired a couple of days after.

Q How do you know that she was fired a couple of days after?

S. DEO

A I was told.
Q By who?
A Anthony.
Q And when you refer to a data dump, did you ever see any of the attachments in the emails?
A So I'll say it again. I don't get involved with accounting, and so no.
But I was told that it was a data dump; that the numbers -- it's just a lot of numbers, and you can't make sense of it. Essentially, a data dump.
Q Are you aware that some of those emails exchanged specifically identified what documents were being produced, line by line?
A What's the question, again?
Q Are you aware of the existence of an email attaching documents, and in the email there's an explanation of what documents are being provided?
A I am not aware of any such thing.
Q Are you aware as to whether

Thomasson played any role in requesting the forensic examination?

A Other than being cc'd on that email?

Q Correct.

A What role, other than -- I mean, he was just cc'd on the email. He was told that something funny is going on with the accounting, and we need help.

Q Other than that, you're not aware of his involvement?

A I'm not aware.

Q Same thing with Jones?

A Not aware.

Q Did Mr. Deo or you ask Mr. Jones to look at the documents produced?

A That's how we know it's a data dump. None of it made sense.

Q Did Mr. Jones tell you that?

A I -- Anthony spoke to Jones. I didn't.

Q So you don't know what Jones discussed with Mr. Deo?

A Other than that it's a data

S. DEO

dump, from Anthony, no.

Q Was Mr. Deo surprised when he received the documents that you refer to as a data dump?

A I don't understand your question.

Q Were you surprised that Mr. Deo received any documentation from Tony --

A Was I surprised, or was Anthony surprised; what's the question?

Q Were you --

A I might have been surprised at the moment. I don't know. I can't remember.

Q Are you aware of any conversation in which Mr. Deo specifically told Tony that he need not sent any of the documents requested, and that the email was sent for their shared purposes -- "their" being Mr. Deo and Mr. Urrutia -- against Alysia?

A It's a very long question. Could you rephrase it?

MR. KATAEV: Read it back, please.

S. DEO

THE REPORTER: Please hold for a read back.

(The reporter repeated the record as requested.)

THE WITNESS: I don't remember.

BY MR. KATAEV:

Q Are you aware that your husband submitted a sworn declaration that Tony fired Alysia in order not to give the requested information?

A Is that the full question?

Q Yes.

MS. VERBONITZ: Can you read back that question, please?

THE WITNESS: Yeah, it's confusing.

THE REPORTER: Yep. Please hold for a read back.

(The reporter repeated the record as requested.)

THE WITNESS: Yeah, I'm aware. So the data dump is not giving information. It's a whole -- exactly what it is, what it sounds like. It's a dump. If you can't make sense of it, in essence, you

S. DEO

didn't give anything.

BY MR. KATAEV:

Q Sure.

A So he fired her right before.

Q That's your story, and you're sticking to it?

A Don't get cute with me, Kataev.

Q I'm asking you.

A That's what I just said. Don't get cute.

MR. MARAWHA: All right. Mr. Kataev, you are an experienced jurist. I would appreciate it if you don't use inciteful terms like "That's your story and you're sticking with it."

MR. KATAEV: I'll move on.

BY MR. KATAEV:

Q It's fair to say that regardless of what you characterize the provision of documents as, you or Mr. Deo did not find any evidence of wrongdoing in the financial statements provided; correct?

A Ask me that again.

Q It's fair to say that regardless

S. DEO

of what you characterize the documents provided to you as, you nor Mr. Deo found any wrongdoing in the financial statements provided; right?

A There was nothing that was given of substance, so I -- if you don't understand it, how do you find something wrong with it?

Q In other words, you haven't found anything; right?

A I'm not agreeing to what you're asking. Nothing of substance was given.

Q Is it fair to say that the primary defense to the claims in this lawsuit is that you and/or Mr. Deo own Northshore and Sunrise outright?

A We do own it.

Q But is that your primary defense?

A I'm not a lawyer. What do you mean, primary defense?

Q Do you know?

A We own it. That's a fact.

Q Okay. But my question is,

S. DEO

accepting that premise as true, to your knowledge, is that your primary defense in response to the allegations in this case against you and Mr. Deo?

THE WITNESS: Nipun, you want to help me out?

BY MR. KATAEV:

Q He can't help you. Just --

MR. MARAWHA: No, I'm --

THE WITNESS: I -- I don't know how to answer it. I -- I'm not a lawyer.

BY MR. KATAEV:

Q Okay. That's fine. You could just say, "I don't know."

MR. MARAWHA: Yeah, Sarah, I can't help you out. If you don't know the answer to the question, you can safely respond, "I don't know."

THE WITNESS: I gave him an answer. He keeps asking the same question.

MR. MARAWHA: No -- just --

BY MR. KATAEV:

Q Is it fair to say that one of your other defenses to the allegations in

S. DEO

this complaint in this case is that Mr. Deo nor you control the finances at Superb?

A You're doing the same thing. I'm not an attorney. I don't know.

Q Have you claimed that you and Mr. Deo do not control the finances at Superb?

A We did not. That's a fact.

Q At the depositions that you sat in on for your husband, did you observe the application to open a bank account with Flushing Bank for Superb?

A I might've -- I might've seen it.

Q Do you recall your husband's signature on multiple pages of that application?

A Yes.

Q With that in mind, how can you credibly state that your husband did not control the finances at Superb if he signed applications to open bank accounts for Superb?

S. DEO

A I don't know, Mr. Kataev.
Q Are you aware that your husband signed ACH authorization forms for NESNA to be drawn on Superb's bank account?
A Okay.
Q Are you aware of that?
A I don't know this fact right now. I don't remember.
Q Are you aware that your husband signed checks drawn on Superb's bank account with Chase?
A I'm sorry. I was waiting for the question to finish.
Q That was the question. Are you aware that your husband signed checks drawn on Superb's bank account with Chase?
A Yeah. And every check that was cashed, Bruce Novicky and the accounting department was well aware, with everyone's knowledge and approval.
Q How do you know that Bruce Novicky and everyone else knew?
A He got text alerts.
Q I'm sorry?

S. DEO

A He received text alerts, which was a safety feature built in for the account.

Q Who received text alerts?

A Bruce Novicky.

Q How do you know that Bruce Novicky received text alerts?

A Because every account has safety features set up.

Q How do you know that every account --

A Anthony told me. I wasn't involved. Anthony told me every check, every penny that was removed from those accounts was with full knowledge and approval by Bruce Novicky and the back office.

MR. MARAWHA: Sarah, please limit your answer to specifically what is asked.

THE WITNESS: Okay.

BY MR. KATAEV:

Q Are you familiar with what a wholesale deal is in the dealership industry?

S. DEO

A I'm sorry. What's that?

Q Are you familiar with what a wholesale deal is in the automobile industry?

A Yeah.

Q Can you describe it?

A I'm sorry. Your question is vague.

Q Can you describe what a wholesale deal is, in your own words?

A You sell a car that's not of retail value; you sell it for wholesale value, is how I understand it.

Q And if you sell a car at wholesale value, who do you sell the car to?

A To the wholesaler.

Q Are you familiar with any of the wholesalers that Superb sold vehicles to?

A I wasn't there, again. I don't know.

Q Do you know who Nathaniel Orgad is?

A His name came up in the case. I

S. DEO

have no idea who it is.

Q Other than his name coming up in the case, at the time that you were working at Superb, do you recall having any dealings with him?

A No.

Q What percentage ownership, if any, do you have in Gold Coast Motors of Syosset LLC?

A Nothing.

Q What about Gold Coast Motors of Sunrise LLC?

A Nothing.

Q To your knowledge, how was a floor plan line of credit obtained at Gold Coast Motors of Syosset LLC?

A I don't know anything about it.

Q To your knowledge, what is Aashish Udayan's role at Gold Coast Motors of Syosset LLC?

A He works there.

Q What is his job?

A He does a little of everything.

Q To your knowledge, is Mr. Udayan

S. DEO

a guarantor of any floor plan line of credit at Gold Coast Motors of Syosset LLC?

A I'm not involved all that much. I don't know.

MR. KATAEV: All right. Well, let's take five minutes. I believe I'm done, but I'd love to confirm with my client.

MR. MARAWHA: Okay.

THE REPORTER: Hearing no objection, we're now off the record at 3:44 p.m.

(Off the record.)

THE REPORTER: -- on the record at 3:46 p.m.

EXAMINATION

BY MR. SHANKS:

Q -- some holes; okay? I'll try not to cover anything he's gone over with you.

You testified that your home at 4 Darius Court is currently in default with regards to your mortgage obligations. Is that correct?

A Yes.

S. DEO

Q Who is the lender on that property?

A I don't recall right this second.

Q All right. We'd ask that if you can, find out and give that information when you get the transcript back.

Is the matter in foreclosure as far as you know?

A I don't think so.

Q Okay. Who are the current occupants at that premises?

A No one right now.

Q So it's vacant as far as you know?

A Yes.

Q Okay. Are you familiar with a company by the name of 3011 Matthews, Inc.?

A Yeah.

Q And did you form that company on or about December of 2004?

A I don't think so.

Q Okay. Did you also go by the

S. DEO

name of Sarah Rahman?
A Yes.
Q And you resided at 9263 218th Street, Queens Village?
A I did.
Q Okay. What is your understanding of what that company was formed for?
A I don't remember.
Q Were you an owner of the company?
A I don't think so.
Q Were you an officer of the company?
A I believe so, but this is going back so many years.
Q Okay. Were you a director of the company?
A I don't remember.
Q Okay. Do you or did you know an individual by the name -- and excuse me if I mispronounce it -- of Motilal Deo, M-O-T-I-L-A-L?
A That's my father-in-law.

S. DEO

Q Okay. First of all, is your father-in-law still alive?

A Unfortunately, no.

Q Okay. When did he pass?

MR. MARAWHA: Did you hear the question?

THE WITNESS: I just need a minute.

MR. MARAWHA: All right. Just for the record, my client is taking a moment to catch her breath and possibly a tissue.

THE WITNESS: June 17, 2020.

BY MR. SHANKS:

Q Sorry. I did not intend to upset you with the question, but I kind of have a couple of questions in that area.

Are you aware that Motilal Deo sued 3011 Matthews, Inc., alleging that they forged a deed to his property?

A I don't recall.

Q You don't recall? You never had any conversations with your husband about that lawsuit?

A They had a -- there were some disagreements.

S. DEO

Q Okay. And do you know if, as a result of a lawsuit filed by Motilal Deo, whether the deed was transferred back to him?

A I don't know specifics. I wasn't -- I don't know specifics. I apologize.

Q Okay. Do you know an attorney by the name of Jody Leight, L-E-I-G-H-T?

A Sorry. No.

Q Were you involved at all in the transfer of the property from Motilal Deo to Matthews?

A No. Sorry.

Q Okay. Do you know an individual by the name of -- I'll spell it -- Jiying Wei, J-I-Y-I-N-G, Wei, W-E-I?

A Yes.

Q Okay. And are you currently involved in a lawsuit with either Mr. or Ms. Wei?

A Yes.

Q And what is the basis for that lawsuit?

S. DEO

A About the property, 3 Hunting Lane, Old Westbury.

Q Again, what specifically about the property are you litigating?

A An attorney could tell you better, but we have disagreements with the contract.

Q Are you residing at that property right now?

A Yes.

Q Do you own the property?

A No.

Q Was it your intention to try to purchase the property?

A Yes.

Q And that deal did not close; correct?

A Hence the lawsuit.

Q Okay. And are you currently paying rent for residing at the property?

A It's complicated.

Q I don't think -- either yes or no. Are you paying rent or not paying rent?

S. DEO

A No.

Q Okay. Is it the subject of an eviction proceeding as well?

A Yes.

Q Okay. You previously referred to -- using your words -- a fraudulent TRO obtained by Cyruli, Shanks, and Zizmor, which is my firm. What was fraudulent about the TRO?

A Well, many things. You claimed that Anthony was just a mere manager when your client, Josh Aaronson, fully knew that to be false, approved taxes with us being as owners. So that's how it's a fraudulent TRO.

You disabled our company's existence. With that TRO and bringing the case, you have destroyed those companies. And in doing so, you washed -- you helped facilitate washing of $3 million worth of cars illegally.

So it's a false TRO when you -- you're the rightful owners. And you did no checks, no cross reference.

S. DEO

You just went on what your client said, and to this day, you have continued to do so.

Q Okay. So if I understand what you're saying -- and you've said a lot -- the TRO is not fraudulent. What you're considering fraudulent are the allegations made in support of the application. Is that a correct summary?

A The TRO is fraudulent because you based it off of false information.

Q Okay.

A So it is false.

Q So the TRO, you understand, was in effect; correct? The judge signed and issued a TRO.

A I was -- like I said, I was in bed rest with my -- my pregnancy.

Q Okay.

A So I had very little involvement.

MR. MARAWHA: Mr. Shanks?

MR. SHANKS: Yes.

MR. MARAWHA: If I may clarify that

record for you, because I think I understand what you're trying to say here.

MR. SHANKS: Well, I think it's premature. Let me finish my question.

MR. MARAWHA: Sure, sure.

MR. SHANKS: And then you can, you know, whatever.

MR. MARAWHA: I was going to do it by questioning my client, not, obviously, making any representations by myself.

BY MR. SHANKS:

Q Okay. Was it your understanding that the TRO was in effect in early 2023?

A I guess.

Q Okay. And was it your understanding that the TRO prevented either you or Mr. Deo from obtaining any loans or pledging any property of Northshore and/or Sunrise?

A More or less.

Q Okay. And despite your understanding, you or your husband went out and obtained the loan from Flushing Bank on or about February or March of

S. DEO

2023; correct?
A What did you say again?
Q Despite that restraint, did you and/or your husband obtain a loan from Flushing Bank in February or March of 2023 or perhaps April of 2023 on behalf of Northshore or Sunrise?
MS. VERBONITZ: Objection to form.
THE WITNESS: Exactly.
BY MR. SHANKS:
Q Okay --
A I didn't.
Q Okay. Did your husband?
A I couldn't tell you, Mr. Shanks.
Q As you sit here today, you don't know if he borrowed money from Flushing?
A We've gone through depositions where you've asked this question. So you're asking a question that you already know the answers to. I didn't. This is my deposition. Ask me questions for me.
Q I'm asking.
MR. MARAWHA: Okay. You -- so Sarah, we're at the home stretch. We can --

we'll just --
MR. SHANKS: Tell her to answer my question plain and simple. I don't need a commentary.
MR. MARAWHA: All right. I have. I have.
MR. SHANKS: Okay. I appreciate that.
BY MR. SHANKS:
Q Now, you claim that you and your husband jointly own and have owned all of Northshore Leasing and Sunrise; correct?
A Yes.
Q Is that reflected on any of the documentation with the New York State Department of Motor Vehicles?
A I'm sorry. I didn't understand your question.
Q Okay. Is your ownership interest -- yours or your husband -- reflected in any documentation with the New York State Department of Motor Vehicles?
A I don't think so.

S. DEO

Q Okay. Do you know why it's not reflected?

A Sorry. I don't know.

Q Okay. Do you know whether or not under New York State law it is required that all owners be disclosed to the DMV?

A Oh, I -- I am not an expert, so I couldn't tell you. Sorry.

Q Okay. Do you have any knowledge of circumstances where any of the IAG representatives were asking your husband to go onto the licensed?

A I'm sorry. Can you be specific to a time range?

Q Yes. After December 1st of 2022, was your husband asked by Josh Aaronson or his representatives to obtain a Department of Motor Vehicle license?

A Yes. And to which, from my understanding, Anthony asked them to just transfer it over. It's a lot quicker.

And the downtime of applying for a license is anywhere from six to eight

S. DEO

months, so he pleaded with them, "Why don't we just do a simple transfer?" to which they refused.

MR. MARAWHA: Hold on, Mr. Shanks, one moment.

Sarah, all of this is going to be part of the record. All of this has been said and shared prior. I want you to just answer specifically the question asked. You don't need to clarify. You don't need to remind them of your opinion in opposition to their allegations.

THE WITNESS: Okay.

BY MR. SHANKS:

Q Is it your understanding that whether it was an application for a new license or a transfer, your husband's ownership interest would have to be disclosed to the Department of Motor Vehicles?

A Yes.

Q And was it your understanding that that would be problematic due to your husband's prior conviction or plea in the

S. DEO

federal court action?

A I'm -- I'm sorry. What's the question again?

Q Yes. Was it your understanding that with a criminal record, he could still obtain a DMV license?

A He did.

Q Did he obtain one for Northshore?

A No. He obtained it for Gold Coast Motors of Syosset and Gold Coast Motors of Sunrise.

Q Got you. But he didn't get one for Northshore and/or for Sunrise, did he?

A I just answered your question. I'm sorry.

Q Okay. Are you familiar but -- by an individual of the name of Dan Sullivan [ph]?

A Yes.

Q Okay. And when did you first meet Dan Sullivan [ph]?

A During Northshore.

Q Okay. And what was his function

at Northshore?
A He was a controller.
MR. THOMASSON: Russell, I have to insert a brief objection here. I understand his name is Daniel O'Sullivan, and now we're talking about a Daniel Sullivan. Can I get that --
MR. SHANKS: I'm sorry. You're right, Harry, you're right; O'Sullivan.
MR. THOMASSON: Can we get that cleared up, please?
MR. SHANKS: Yep -- O'Sullivan.
MR. THOMASSON: Yep. Thank you.
BY MR. SHANKS:
Q Okay. Did you maintain an office at either Northshore or Sunrise?
A I maintained an office in Northshore.
Q Okay. And what, if any, dealings did you have with Mr. O'Sullivan?
A I'm sorry. That's a vague question.
Q Did you interact with him on a daily basis?

S. DEO

A I saw him daily, yeah.
Q Okay. And what were his functions at the dealership as controller?
A Primarily accounting-related.
Q Okay. And did he discuss any accounting-related issues with you at any time?
A He discussed it more with Anthony.
Q Okay. But that wasn't my question. Did he discuss any accounting issues with you?
A Occasionally, every so often.
Q And whatever you can recall today, what were the substance of those conversations?
A I can't remember. It's a while ago.
Q Can you remember any conversations or discussions concerning payoffs of trade-in vehicles?
A I remember, sure.
Q And what do you remember about that issue?

S. DEO

A That he mentioned it.
Q Did he mention that Anthony told him not to pay off certain trades?
A He mentioned Wendy Kwan, who was his direct boss and his mentor -- Daniel O'Sullivan was Wendy Kwan's mentor for many years. Wendy told him not to do it.
Q Okay. I'm -- very nice. But that's not the answer to my question. My question was specifically, did he mention to you that your husband told him not to pay off any trades?
A I can't remember.
Q Did he mention to you that your husband said not to pay any warranty companies?
A I can't remember. Sorry.
Q Did he mention to you that your husband directed that the floor plan not be paid?
A I don't remember. Sorry.
Q Okay. By the way, were you involved at all in the floor plan financing at Northshore and/or Sunrise?

S. DEO

A No.

Q No -- so you don't know how much, if any, Island Auto or any of the plaintiffs in this case paid to Ally Bank on behalf of either Northshore or Sunrise. Is that correct?

A For a hold that they created -- no.

Q For any reason?

A No.

Q And your husband never paid any money to Ally Bank in connection with the floor plan line, did he?

A I don't know. You would have to ask him.

Q Okay. Did you ever pay any money to Ally Bank in connection with this?

A I know -- I know I didn't.

Q Okay. Who handled ordinary day-to-day customer complaints at Northshore?

A There was managers. Dan -- I'm trying to remember who the manager was. There was a finance manager. There was

sales managers.

Q Did your husband handle that?

A Not on a day -- day-to-day.

Q What was your husband's responsibilities?

A He was an owner. He didn't have any set responsibilities.

Q So it's your testimony that as an owner, you have no responsibilities with respect to --

A I didn't say that.

MR. MARAWHA: Objection.

THE WITNESS: You're twisting my words.

BY MR. SHANKS:

Q Okay. I didn't mean to do that.

A But you did.

Q I asked you what he did.

A He didn't have any set responsibilities.

Q Okay. Understanding he didn't have to report to anyone in your version, and he didn't have set responsibilities, same question; what did he do at the

S. DEO

dealership?

A He hung out.

Q He hung out on a social basis?

A Yeah, he put his legs up on the chair and hung out.

MR. MARAWHA: Sarah --

BY MR. SHANKS:

Q Okay. That's fair.

MR. MARAWHA: Sarah --

THE WITNESS: Yeah?

MR. MARAWHA: Excuse me, Mr. Shanks. This is a serious deposition. Everything you say --

THE WITNESS: He's asking me very --

MR. MARAWHA: -- is being reported as true.

THE WITNESS: -- asinine questions.

MR. MARAWHA: Well, I don't care what you think the questions are. So would you like to -- I don't know if I'm going to be allowed to ask this --

MR. SHANKS: The question's been answered. I'm fine with that.

MR. MARAWHA: Yes, but clearly, as we

S. DEO

can demonstrate for the record, my client has been basically upset at the fact that she's been asked the same questions over and over again.

MR. SHANKS: I don't think that question was asked in the five, six hours that Mr. Kataev was questioning --

MS. VERBONITZ: You know --

MR. SHANKS: -- and I've only been questioning ten minutes.

MS. VERBONITZ: Counsel, rather than fight this, if she wants to, like, you know, add to her answer, why don't you just let her do it?

MR. SHANKS: Because -- she answered my question. I'm fine. I'll move on to the next area.

MR. MARAWHA: All right. That's fine.

BY MR. SHANKS:

Q You stated that $3 million in cars were taken illegally. Can you give me the specifics about the $3 million in cars that were taken illegally?

S. DEO

A Specifics -- so there was roughly about $2.4 million in Northshore floor plans, if I recall. There was another 700 and 100,000 in 189 Sunrise outlet.

Due to the TRO, VERIFI could not be used to transfer vehicles to be sold or anything.

Yet your client managed to move all the titles using Paper MV-50 -- which is highly illegal because you're supposed to use VERIFI to do that -- processed all of these cars in his other dealerships, and sold them while the TRO was active.

Q Okay. So you've been testifying for approximately the last five hours that you weren't involved with the accounting end of the dealership; correct?

A Yeah.

Q And how do you know about the situation with the floor plan, specific numbers that they gave me, 2.4 million for Northshore --

A This all came -- I'm sorry. Go

S. DEO

ahead.

Q You just gave me very specific numbers; $2.4 million on the floor plan regarding Northshore, and 700 on 189 Sunrise. How do you know that if you weren't involved in the accounting?

A -- I -- I wasn't involved in the day-to-day at that time. I found out after.

Q And how did you find put?

A From simple paperwork.

Q What paperwork are you referring to?

A The inventory paperwork.

Q What is the inventory paperwork, for my edification?

A With specific VIN numbers that was on the floor plan. It's a printout.

Q So you had the opportunity when you were there to review the floor plan inventory list?

A Mr. Shanks, I did say this is after the fact.

Q Okay. So before the dealership

S. DEO

ceased its operations, what did you do, if anything, on a daily basis at the Northshore location?

A My main priority was always marketing.

Q Okay. Now, you testified earlier, and there was an email presented where you said the back office was "the heart of any successful dealership."

A Yes.

Q Okay. So you're familiar with back office operations even though --

A No -- no. That's -- that's your conclusion, sir.

MR. MARAWHA: Allow him to finish the question, Sarah.

BY MR. SHANKS:

Q So you're saying that you made that statement not knowing anything about back office operations?

A Can I answer that -- okay. So you are going into a conclusion that is incorrect. By me stating a simple fact, that the back office is the heart, doesn't

S. DEO

necessarily mean that I have to be a part of it to make that work. Let me know if I should say it any slower.

Q Yeah, maybe you should, because I'm having a hard time understanding how you can comment on something that you said you know nothing about.

A I -- I don't know where I -- I do apologize.

MR. MARAWHA: Objection. Okay.

There's no question in place, Sarah. You don't have to say anything in response to that. You can wait for the next question.

BY MR. SHANKS:

Q Do you know that Mr. O'Sullivan has testified that hundreds of thousands of dollars in cash receipts from Northshore did not make it to the bank?

A No. I didn't know that.

Q Okay. Are you familiar with the procedure at Northshore for daily deposits of cash?

A Okay.

S. DEO

Q Are you familiar, or were you familiar?

A Yeah. It goes into the safe.

Q And then what happens?

A Gets deposited after it's reconciled.

Q Who reconciles it before the deposit?

A Either Dan O'Sullivan or Wendy Kwan, when she was there, at least twice or three times a week.

Q When did Wendy Kwan start coming to the dealership two or three times a week, what timeframe?

A This is right after David Baron's death, so I want to say June twenty -- around June 2021, some -- somewhere there.

Q 2021 or 2022? 2021?

A Sorry. 2021.

Q Okay. So it's your testimony that for the period covering June 2021 until the dealership closed, towards the end of 2022, Ms. Kwan came to the

S. DEO

dealership on a basis of two or three times a week?

A At least, yes. And she had an office.

Q And at that time, in that year, how many days a week were you at the dealership?

A I used to be there consistently, at least four days.

Q Okay. Just so I'm clear, it's your testimony that you saw her there two to three times a week during that yearly period?

A Absolutely, I did.

Q Okay. I want to ask you about Mr. Merckling. Are you aware Mr. Merckling was or is a Nassau County police officer?

A Yeah, he was.

Q Okay. And who hired Mr. Merckling?

A Anthony.

Q And do you know how Anthony came to know of Mr. Merckling?

S. DEO

A I think through football, PAL football or something like that.

Q And what was Mr. Merckling's responsibility other than taking money to the bank?

A Security, mainly security.

Q What type of security was required at the dealership?

A I am sorry. I --

Q What do you mean by security?

A Marc Merckling was there for security.

Q Like a security guard?

A No. He's not a security guard. He was there for security, Anthony's security, my security.

Q As a body guard for you or your husband?

A Kind of.

Q Why was that necessary?

A Because of prior dealings with people that Anthony had.

Q And who are you talking about?

A I -- I didn't deal with them, so

S. DEO

I couldn't tell you who I'm talking about. Anthony did.

Q So you know that Anthony hired Mr. Merckling as security for you and him based on dealings with prior unidentified parties; correct?

A Yes.

Q Did you ever receive any threats from anyone?

A Yes.

Q And who threatened you?

A A prior employee.

Q Who was that?

A I can't remember the name.

Q So it was significant enough of a threat for you to get private security, but you don't remember the name of the person that threatened you?

A It was mainly for Anthony.

Q And what was the threat about, if you know?

A Who are you referring to? I do apologize.

Q I don't know. I'm trying to get

S. DEO

to that. You said somebody threatened you or Anthony. You don't know the name.

A I -- so I think I -- I explained it, but I'll do it again. It was mainly for Anthony.

And then you asked me directly, did anyone threaten me, and I said yes to that question. And you asked me who, and I said I don't remember.

Q Okay. So --

A But it was mainly around Anthony.

Q Okay. The specific threat that you are talking about, from an unidentified individual, what was the nature of the threat?

A I -- I can't recall. It was so long ago.

Q When are we talking, what timeframe?

A I -- I don't know. 2016, 2018.

Q Was this related in any way to your husband's plea in federal court?

A No. This was unrelated.

S. DEO

Q Was it in connection with a different type of business that your husband was involved in?

A No.

Q When you were performing duties at Northshore, did you take a salary?

A I don't remember.

Q You don't remember. Did your husband take a salary?

A I don't know.

Q What were you living on to pay your monthly bills if you weren't taking money?

A Anthony takes care of all of that. I -- I don't know.

Q And you don't remember receiving any checks to you for payment as a salary?

A Anthony took care of finances.

Q And if there were a check payable to you, you wouldn't see the check or endorse the check?

A Mr. Shanks --

MR. MARAWHA: Sarah, answer the question, yes or no.

S. DEO

THE WITNESS: Anthony took care of all the finances, so I don't know.

BY MR. SHANKS:

Q You said that Tom Jones had indicated that he might have a dealership interested in helping Anthony with the floor plan; correct?

A Yes.

Q And then you said Josh Aaronson said something that put the kibosh on that deal. Is that correct?

A Yes.

Q Which dealership are we talking about?

A I did say, at that time, I don't know.

Q Okay. Do you know specifically what Mr. Aaronson said?

A No.

Q Okay.

A And I did say that.

Q Now, you indicated that in 2016, 2018, you and your husband were receiving threats, so you hired Mr. Merckling;

S. DEO

correct?

A Yes.

Q Yet he moved on from Northshore and Sunrise when you joined Mr. Urrutia at Superb; correct?

A I'm sorry. What do you mean, he moved on? I don't --

Q Mr. Merckling came to work with you at Superb?

A Yes.

Q Okay. So by that, now we're talking 2023; correct?

A Yes.

Q Were you still receiving threats at that time, that you needed personal security?

A No. Marc was there. I mean, he's always there with a person that you feel confident being around. He was also helping with service.

Q Is it true that --

A Along with Eugene, he would help with deposits, so he was multifunctional.

Q So in addition to being

S. DEO

multifunctional, his main responsibility was handling the cash. Isn't that correct?

A That's not true.

Q No?

A I just named you three things he did, and you went to main responsibility.

Q So it's your testimony that each of those categories that you mentioned were equally important to you for Mr. Merckling to perform?

A For Anthony, yes, 'cause I wasn't there physically.

Q Were you involved at all with the financial statements of Northshore?

A Never.

Q Did you ever have any conversations with Mr. Jones concerning the financials?

A Nope. I didn't. Sorry.

Q When your husband arranged for the Libertas loan, did you know what he was going to be doing with that money before he dispersed it?

S. DEO

A Sorry. No, I don't.

Q When did you become first aware of the fact that your husband was considering working with -- doing something with Tony at Superb?

A Sorry. What was the question?

Q When did you first become aware that your husband was contemplating doing something with Tony at Superb?

A Right as it happened, he discussed it briefly.

Q Can you give me a timeframe roughly?

A It's so many years ago. I think October, November of '22, somewhere around --

Q Was he negotiating that deal while he was still at Northshore?

A So this is during my high-risk pregnancy. I don't know, as I was homebound, majority of the time.

Q Okay. You've mentioned that a number of times. What were the dates that you were homebound?

S. DEO

A Six months on -- I gave birth in January of '23, so October, November, I wasn't really there, of '22. I would show up every so often.

Q And was someone else fulfilling your responsibilities while you were out, or were they just not being handled?

A No, I -- I tried to do as much as I can from my bed.

Q When you moved on to Superb, were your responsibilities substantially similar to that at Northshore and Sunrise?

A Around marketing?

Q Is that the same?

A Yes, sir.

Q Did you assume any additional responsibilities at Superb?

A No.

MR. SHANKS: I have no further questions at this time.

THE WITNESS: Thank you.

MR. SHANKS: Thank you.

MR. MARAWHA: All right. Harry, I believe --

Oh, wait. Susan said --
Susan, you said no; right?
MS. VERBONITZ: I don't have any.
MR. MARAWHA: All right.
Ariel?
MR. KATAEV: I have a brief line based on what this --
MS. RONNEBURGER: I'm sorry. I'm driving. I can't respond, but I don't have any.
MR. MARAWHA: Okay.
MR. KATAEV: I have a brief line, but if Harry wants to go first, I'm fine with it.
MR. MARAWHA: You can go ahead, Mr. Kataev. Let's get the plaintiffs out of way first.

EXAMINATION

BY MR. KATAEV:

Q All right. Just briefly, Ms. Deo, in connection with the testimony you just gave about Marc Merckling, at Northshore, was it Mr. Merckling's job or role to deal with any irate customers who

S. DEO

got out of hand?
A That was one of his things to do, sure.
Q And how often did that happen?
A I couldn't tell you. I don't remember.
Q How do you know that it was his role to deal with irate customers?
A Security would -- that's, like, an umbrella. I -- I don't know how to describe it, but that's part of it.
Q Did Mr. Deo share with you stories about customers that were irate and got out of hand?
A I don't think we had that many to share.
Q How many do you think you had at Northshore?
A I don't know.
Q What about at Sunrise; was it his role to handle irate customers?
A I -- I don't think he was there at Sunrise much. He would go there, but no.

S. DEO

Q What about at Superb; was it Mr. Merckling's role to deal with irate customers that got out of hand?

A I don't think we had much, but I couldn't tell you because I wasn't there physically at Superb. To --

Q And Mr. Deo did not share with you any stories about irate customers?

A I was home sick, so no, he didn't -- he did not tell me those stories.

MR. KATAEV: Thank you. I have no further questions.

THE WITNESS: Thank you.

MR. MARAWHA: All right. Harry, you have the floor. Go ahead.

EXAMINATION

BY MR. THOMASSON:

Q Good afternoon, Mrs. Deo. I just have a few questions for you.

A Yes.

Q You indicated during your testimony earlier today that you believe that Northshore Motors commenced

S. DEO

operations during or about January of 2018. Is that right?

A Yes.

Q But Northshore wouldn't have commenced operations without a bank account, would it?

A No, not at all.

Q If I were to suggest to you that the bank account was obtained during or about June of 2018, would that refresh your memory at all as to when Northshore began?

MR. KATAEV: Objection.

THE WITNESS: I'm sorry. What's -- what's the question?

BY MR. THOMASSON:

Q If I were to suggest to you that a bank account was obtained by you at Chase Bank during or about June of 2018, would that refresh your memory -- yes or no -- as to when operations began?

A No. The bank account, Chase Bank account, was opened in January of 2018.

S. DEO

Q It was opened in January?
A It was.
Q Okay. All right. So I could have made a mistake there. All right. Fine. And who was it that originally opened up the Chase Bank account -- if you remember -- for Northshore?
A I did, and then I added Anthony.
Q Okay. Do you know when you added Anthony?
A Maybe a couple of weeks after. I can't remember.
Q Was anyone else ever added to that account?
A I don't think so, up until Brian Chabrier -- I authorized him to be a signer on that account. And then Mr. David Baron, I believe, was added in November of 2018, I think.
Q Why were they added?
A Just as signers, just because they provided floor plans.
Q Okay. What are the types of things that Anthony Deo did at Northshore

S. DEO

as an owner-operator?

A I mean, he was an owner, so he went and oversaw kind of -- if he felt like it -- the sales department and what's happening in service, a little of everything. There was no set duties.

Q Was he there most days?

A Most days, yeah.

MR. THOMASSON: I have nothing else. Thank you very much.

MR. MARAWHA: Does anyone have anything else?

MR. KATAEV: Nothing further from the plaintiffs.

MR. MARAWHA: Okay. So I just have a quick few questions.

EXAMINATION

BY MR. MARAWHA:

Q All right. Ms. Deo, you've had quite a day. I don't have too many questions for you. I just want to straighten up a few things that I've heard.

During questioning from

S. DEO

Mr. Shanks, you mentioned that -- you've been asked this question by a few people -- what Anthony does at the various businesses in which he's an owner.

Why did you respond that he put his feet up on the desk and just socialized?

A No, I didn't say he socialized. I don't think I did.

Q I'm going to represent to you that that was one of the comments you made. Why did you make that comment?

A I was being sarcastic.

Q Okay. Now, you said he has no set duties. You, as the owner of a business, what would you say the responsibility of the owner is?

MR. KATAEV: Objection to form.

BY MR. MARAWHA:

Q Okay. You can go ahead and answer.

A To kind of see what's happening in the business, sales, service kind of a thing.

S. DEO

Q All right. I have nothing further.

MR. MARAWHA: So with that, I'm going to presume that all parties are stating that they have no further questions for this witness, and we can close the deposition of Sarah Deo?

MR. SHANKS: Yeah, I would just note -- housekeeping for the court reporter -- Mr. Kataev and our firm have been splitting the cost of the depositions, so when you put your billing through, I would remind them of that.

THE REPORTER: Sure. Okay. We're off --

MR. KATAEV: So stipulated.

THE REPORTER: We're off the record at 4:28 p.m. --

MR. MARAWHA: Well, we're not off the record yet. Sorry.

THE REPORTER: Okay.

MR. MARAWHA: If we can go back on the record --

THE REPORTER: We're on the record at

S. DEO

4:28 p.m.

MR. MARAWHA: Just one other thing that I needed to bring on the record that I notified Mr. Kataev during our attorneys-only breakout room, close to about eleven or twelve o'clock in the morning.

At the time that Mrs. Deo testified about the fact that she almost died on the delivery room table, Mr. Deo, her husband and also a defendant in this action, received a text message from Tony Urrutia.

In sum and substance -- I can provide the screenshot to everyone, so I will read it onto the record. Hold on one moment.

The first text message, he stated "Doesn't sound like she almost died." And then --

THE WITNESS: That's classy -- that's classy.

MR. MARAWHA: And then --

Sarah, please don't interrupt the record.

Then he said that "David Baron was

S. DEO

dead by this date," I guess referring to some other matter.

And then he sent another text message that said, "Submitted through Anthony emails" with the name Anthony highlighted in blue, which in iPhone, I'll make the representation, that means he selectively clicked on Anthony's name in order to tag him in the iMessage.

And I also told Mr. Kataev I'll give him an opportunity to make a record as to what he wants to do with that.

MR. KATAEV: Yeah, so those messages were sent unintentionally. Those messages were actually intended to me pursuant to Rule 502(d) of the Federal Rules of Evidence.

The Superb plaintiffs hereby exercise their right to claw back those privileged communications. They are to be disregarded. They're not to be used as evidence in this case. Thank you.

MR. MARAWHA: I will take that under advisement. However, if they need to be

S. DEO

used, I will meet and confer with you before we file a motion to get permission from the Court to use them.

MR. KATAEV: Okey dokey.

MR. MARAWHA: All right. With that, we can close the record.

THE REPORTER: Okay. We are off the record at 4:30 p.m.

(Whereupon, at 4:30 p.m., the proceeding was concluded.)

CERTIFICATE OF DEPOSITION OFFICER

I, LAUREL ELEANOR PANNI, the officer before whom the foregoing proceedings were taken, do hereby certify that any witness(es) in the foregoing proceedings, prior to testifying, were duly sworn; that the proceedings were recorded by me and thereafter reduced to typewriting by a qualified transcriptionist; that said digital audio recording of said proceedings are a true and accurate record to the best of my knowledge, skills, and ability; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this was taken; and, further, that I am not a relative or employee of any counsel or attorney employed by the parties hereto, nor financially or otherwise interested in the outcome of this action.

LAUREL ELEANOR PANNI
Notary Public in and for the
State of New York

[X] Review of the transcript was requested.

CERTIFICATE OF TRANSCRIBER

I, JEAN ESCHENBACH, do hereby certify that this transcript was prepared from the digital audio recording of the foregoing proceeding, that said transcript is a true and accurate record of the proceedings to the best of my knowledge, skills, and ability; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this was taken; and, further, that I am not a relative or employee of any counsel or attorney employed by the parties hereto, nor financially or otherwise interested in the outcome of this action.

Jean E. Eschenbach

JEAN ESCHENBACH

Superb Motors Inc, Et Al. v. Deo, Anthony, Et Al.

Sara Deo (#8018073)

E R R A T A S H E E T

PAGE_____ LINE_____ CHANGE________________________

__________________________________________________

REASON____________________________________________

PAGE_____ LINE_____ CHANGE________________________

__________________________________________________

REASON____________________________________________

PAGE_____ LINE_____ CHANGE________________________

__________________________________________________

REASON____________________________________________

PAGE_____ LINE_____ CHANGE________________________

__________________________________________________

REASON____________________________________________

PAGE_____ LINE_____ CHANGE________________________

__________________________________________________

REASON____________________________________________

PAGE_____ LINE_____ CHANGE________________________

__________________________________________________

REASON____________________________________________

________________________________ _______________

Sara Deo Date

Superb Motors Inc, Et Al. v. Deo, Anthony, Et Al.

Sara Deo (#8018073)

ACKNOWLEDGEMENT OF DEPONENT

I, Sara Deo, do hereby declare that I have read the foregoing transcript, I have made any corrections, additions, or changes I deemed necessary as noted above to be appended hereto, and that the same is a true, correct and complete transcript of the testimony given by me.

________________________________ _________________

Sara Deo Date

*If notary is required

SUBSCRIBED AND SWORN TO BEFORE ME THIS

______ DAY OF ________________, 20___.

____________________________

NOTARY PUBLIC

**&**

**&** 2:11 3:11 5:12 7:22

**0**

**015** 7:13
**07** 36:16

**1**

**1** 6:12 8:3,15 93:8,13 97:7 107:21 126:10 127:25 136:8 139:20 143:9 143:22 176:22 185:13
**1/6/23-1/8/23** 7:17
**10** 7:15 178:12 178:15 184:20
**100** 171:16
**100,000** 60:5 257:5
**10017** 4:14
**10170** 3:13
**108** 6:15 55:20 57:8,18
**10:12** 2:21 9:6
**10:47** 48:5
**10:53** 48:8
**11** 7:18 184:21 188:13,17
**11423** 3:22
**11553** 5:14
**11568** 2:23 10:16 33:9
**11746** 34:22
**11793** 4:23
**11:18** 72:9,13
**11:23** 72:16
**11:25** 72:10
**11:41** 89:11
**11:53** 102:3
**11:54** 102:6
**11:55** 103:24
**12** 7:22 202:22 203:4
**123** 6:17
**1239** 1:15 3:7 9:17
**12th** 18:15
**13** 6:3,19 183:9
**13,900** 179:16 183:3 189:15
**132** 6:21
**14** 2:20 6:24 10:14 84:23 85:2,7 95:20 143:11 183:9
**143** 6:25
**145** 7:6
**149** 7:9
**14th** 85:11 96:8
**15** 6:15 7:5 108:16 109:25 110:6 145:7
**152** 7:11
**154** 7:14
**156** 8:9
**1580** 1:13 3:5 9:15
**1581** 1:12 3:5 9:14
**1591** 1:14 3:6 9:16
**16** 6:15 36:16 109:25 110:6
**1632** 1:15 3:6 9:17
**17** 105:6 239:12
**178** 7:17
**18** 69:12 114:7 114:12 123:7 181:12
**18211** 3:21
**188** 7:21
**189** 1:6 2:14 3:2 4:10 9:10 10:10 197:25 257:5 258:5
**18th** 113:23
**19** 6:13,17 7:8 7:10 93:10 124:13 149:19 151:24 181:12
**19107** 5:6
**192** 7:22 203:17
**1:02** 153:8
**1:59** 153:11
**1s** 106:21 107:8
**1st** 247:17

**2**

**2** 6:14 8:8 94:20 96:4 108:13,17 109:5,24 125:5 125:9,15 133:15 143:9 172:23 176:18
**2.4** 257:3,23 258:4
**20** 7:15 38:13 38:13 178:12 200:3 201:12 286:15
**20,523** 183:20
**2004** 237:23
**2006** 61:20
**2007** 36:12
**2016** 52:22 265:22 267:23
**2017** 96:16,17 96:21 105:4,16 105:20,24 106:2
**2018** 20:21 66:10 69:12,13 84:23 85:2,8 85:11 95:20 96:25 106:7,13

106:14,17 107:5,7,20,21 265:22 267:24 275:3,11,20,25 276:20
**2019** 107:7,23 111:3
**2020** 239:12
**2021** 101:7 261:18,20,20 261:21,23
**2022** 6:17,19,25 7:5,8,11 59:25 82:25 110:20 112:21,25 113:3,9,22,23 114:7,14,19 118:13 121:17 121:23 122:4 123:7 124:13 129:15,22 143:11 145:7 147:17 149:19 151:24 154:4 201:20 247:18 261:20,25
**2023** 7:16,20 76:25 83:2 119:5 172:16 174:24 193:9 210:18 215:2 244:14 245:2,6 245:7 268:13
**2024** 7:24,24 203:2,3
**2026** 2:20 10:14
**203** 7:24
**204** 203:16
**21** 57:3 89:20
**212** 3:15 4:16
**218th** 53:9 238:4
**22** 83:10 175:9 270:16 271:4
**221** 8:11
**23** 1:18 3:8 9:20 76:3,3 77:23 83:11 175:10 271:3
**236** 6:4
**237** 8:16
**24** 22:3
**24/7** 45:2
**25** 164:21 165:2,19 166:14 167:6
**250** 4:13
**2519** 1:16 3:7 9:18
**26** 101:7
**272** 6:5
**274** 6:6
**277** 6:7
**2:23** 1:23 10:13

**3**

**3** 6:16 7:14 8:10 10:14 33:8 35:8 56:13 58:3,7 58:11 97:3 98:15 123:19 123:21 125:6 161:11 172:23 214:25 241:2 242:21 256:22 256:24
**3,400** 155:5 208:2,7
**3/15/79** 35:17
**30** 154:4
**3011** 237:19 239:18
**302** 5:8
**3280** 4:22
**333** 5:13
**345** 181:20
**34616** 283:16
**34628** 284:13
**357-3874** 5:16
**3:06** 210:5,11
**3:10** 210:7
**3:12** 210:14
**3:44** 236:12
**3:46** 236:15

**4**

**4** 6:18 7:24 8:16 34:21 98:16 99:6 132:3,6 156:25 161:11 194:18 194:22 196:12 203:3 236:22
**4,500** 189:14
**412-2421** 3:24
**420** 3:12
**446** 1:18 3:8 9:19
**45** 189:13
**49** 164:20
**4:28** 279:19 280:2
**4:30** 282:9,11

**5**

**5** 6:22 99:6,11 143:3,5 154:21 156:25
**5,000** 196:17
**50** 97:14 100:2 100:25 101:11 257:11
**500,000** 201:20 201:24
**502** 281:17
**516** 4:25 5:16
**557-5459** 4:25

**6**

**6** 7:4 145:6,8 145:13 154:21
**60** 101:24 203:16
**61** 203:17
**615683** 203:2
**6188** 1:23 10:13
**652-8181** 5:8
**661-6800** 3:15
**685683** 7:23

**7**

**7** 7:7 149:18,20
**7,600** 183:21
**700** 257:5 258:5
**718** 3:24
**735,000** 113:24 114:11 122:16 203:22
**76** 1:17 3:8 9:19

**8**

**8** 7:10 151:25 152:2 153:20
**80** 200:4 201:12
**8018073** 2:25 285:2 286:2
**835-1532** 4:16
**86** 8:7

**9**

**9** 7:12,16 154:8 154:10,11
**9,500** 179:15
**90s** 35:22
**9263** 53:9 238:4
**93** 6:13
**99** 191:6

**a**

**a.m.** 2:21 9:6 48:5,8 72:13 72:16 102:3,6 103:24
**aaronson** 1:9 3:4 9:12 112:21 113:10 113:22,24 114:8 122:15 122:18,23 123:6 166:17 167:8 191:24 202:4,5,9 219:10,16 242:13 247:19 267:10,19
**aaronson's** 112:6,24
**aashish** 41:8,15 235:20
**ability** 22:4 54:4 222:13,18 283:9 284:6
**able** 54:10 76:13 77:3,12 174:2,6 199:6
**above** 286:7
**absent** 10:21
**absolute** 126:17
**absolutely** 48:3 86:20 138:24 160:5 217:24 219:22 262:15
**abuses** 134:10
**abusive** 140:22
**accepting** 230:2
**access** 121:17 128:14,24 129:10,12 148:2 158:4 160:24 161:6 172:10,12,16 179:7 182:12 198:20,25 199:4,5 207:11
**accessible** 149:14
**accosted** 44:18
**account** 169:19 170:6,9 177:7 189:23 190:4,9 190:20 207:12 207:21 231:13 232:5,12,17 233:4,9,12 275:7,10,19,23 275:24 276:7 276:15,18
**accountant** 105:14 193:10
**accountants** 106:19 107:9
**accounted** 189:18
**accounting** 105:14 116:4 134:7,19 135:7 135:10,17 137:6 142:21 144:8,14 145:2 148:15,19,23 149:3 150:23 172:10 179:12 189:25 193:17 194:4 199:2 223:8 224:9 225:10 232:19 251:5,7,12 257:18 258:7
**accounts** 121:18 169:9 169:13,25 190:15 218:17 218:18 231:24 233:16
**accurate** 95:11 97:16 126:20 283:8 284:5

**ach** 232:4
**acknowledge...** 286:3
**acknowledg...** 10:18
**acquaintances** 118:24
**acting** 140:2
**action** 249:2 280:12 283:11 283:15 284:8 284:11
**active** 257:15
**actively** 129:16 129:21
**activity** 105:10
**actual** 86:17 147:8,11
**actually** 28:14 128:11 160:2 281:16
**add** 256:14
**added** 276:9,11 276:14,19,21
**addition** 268:25
**additional** 171:11 271:17
**additionally** 10:21
**additions** 286:6
**address** 15:4 19:16 33:7 53:9 56:13 93:25 94:8 95:14,15 97:11 100:6,25 102:20,21 103:5,11,17 126:5 182:8,13 182:19,22 194:18
**addressed** 132:18
**adjust** 21:10
**admin** 6:22
**administer** 10:18
**adults** 35:13
**advance** 23:10 118:5 213:15
**advances** 115:14,17 118:6
**adversary** 12:24
**advice** 191:18
**advisement** 156:21 281:25
**affect** 22:4
**affidavit** 200:6
**affiliated** 106:20
**afternoon** 274:20
**agency** 39:11
**aggressive** 187:10
**ago** 16:8 18:10 19:14 38:14 79:14 117:18 147:2 164:11 182:15 193:23 251:19 265:19 270:15
**agree** 10:19,24 13:7 204:20
**agreeing** 229:12
**agreement** 50:3 83:14,18,25 84:20,25 85:6 85:10,13,16 99:12 166:7 167:21,24 191:4 199:25 201:10,16,21 208:24 209:3,6 209:10,11,16
**ahead** 14:5,5 29:6 30:17 31:17 40:24 109:21 124:23 124:24 258:2 272:16 274:17 278:21
**ai** 147:9
**al** 285:1,1 286:1,1
**alarm** 127:17
**albert** 59:21
**alcohol** 22:3
**alert** 149:8,9,10 149:12
**alerts** 232:24 233:2,5,8
**alive** 239:3
**allegation** 203:21
**allegations** 31:7 53:5,23 56:7 57:10 58:5 114:20 217:14 230:4 230:25 243:8 248:13
**allege** 216:9,15
**alleged** 50:20 58:12
**allegedly** 51:9 72:25 73:12 78:2,10 116:2
**alleging** 18:4 239:18
**allen** 132:13,21 136:2 142:9 178:19
**allocation** 192:6
**allow** 20:4 259:16
**allowed** 121:11 121:11 189:9 255:22

**ally** 253:5,13 253:18
**alysia** 6:23 132:18 133:15 134:25 136:3 136:18 137:16 143:10,17 157:2,6,22 160:23 161:5 161:21 172:23 174:2,5 176:19 179:25 184:21 184:24 207:25 208:7,13,19 223:6,17 226:22 227:10
**alysia's** 136:9 176:22,24
**amended** 29:23 30:2,2,22,22,23 31:3,11
**america** 195:23
**amicably** 25:11
**amount** 28:21
**andy** 128:25 129:4 177:25 178:5
**annual** 104:24
**answer** 14:20 14:22 19:23 20:6,8,15 21:6 23:25 24:5 25:5,14,25 27:25 28:4,7 30:15 32:10 55:7,7 66:19 70:20,25 71:5 71:8,13 72:18 85:25 88:6 100:3 103:6,7 111:19 159:23 167:10 169:22 170:11,15 171:9 181:9 201:7 204:2 213:4 218:22 230:12,18,20 233:20 246:3 248:10 252:10 256:14 259:22 266:24 278:22
**answer's** 111:25
**answered** 14:18 27:20 46:10 88:25 174:14 249:16 255:24 256:16
**answering** 15:14 23:20 175:16 221:13
**answers** 20:23 21:23 22:9 71:13 245:21
**anthony** 1:6,23 3:18 4:2 5:20 9:9,22 11:16 11:22 17:24 27:7 41:8 49:22 59:12,13 62:6 72:4 81:25 90:22 91:19 107:24 108:3 115:6 117:8 118:17 119:12 120:18 122:25 125:6 129:19 130:23 138:12,14 162:7 163:11 163:17 164:15 169:10,15 170:3 178:8 185:6 190:16 191:22 192:24 196:5 202:18 212:14 216:24 218:15,21 219:10 220:3 221:5 224:4 225:21 226:2 226:10 233:13 233:14 242:12 247:22 251:10 252:3 262:23 262:24 263:23 264:3,4,20 265:3,6,13 266:15,19 267:2,7 269:13 276:9,11,25 278:4 281:5,6 285:1 286:1
**anthony's** 88:16 100:5,6 184:10 197:3 263:16 281:9
**anticipate** 20:7
**anybody** 27:6,7 44:18 70:23 104:11 153:17 175:19
**anymore** 63:20
**anyone's** 21:5
**apologies** 71:9 117:25 160:13
**apologize** 72:8 95:6 105:12 109:10 111:14 112:9 113:14 118:8 127:17 131:11 132:18 138:15 140:6 147:3 150:7 168:18 181:17 184:13 192:7 204:17 220:17 240:8 260:10 264:24
**apparently** 137:18 146:3
**appended** 286:7
**applicable** 11:4
**application** 6:13 87:19

88:13 93:9,11 93:24 94:15 97:21 99:7 100:23 102:9 102:13,18,22 103:3,10,16,17 231:13,19 243:9 248:17
**applications** 87:10 110:12 231:24
**applied** 94:22 132:16
**apply** 51:11
**applying** 50:23 110:20 132:22 133:7 247:24
**appointment** 152:14
**appointments** 148:7
**appreciate** 21:16 32:11 74:22 93:20 154:9 228:14 246:8
**appreciated** 48:2
**approached** 44:24
**appropriately** 222:7
**approval** 112:7 112:24 113:8 232:21 233:17
**approved** 112:21 242:14
**approximately** 83:3 257:17
**april** 2:20 10:14 245:7
**area** 61:5 239:16 256:18
**ariel** 5:11 12:3 272:6
**ariel's** 82:19 165:10
**arose** 113:21
**arranged** 216:10,16,20 269:22
**arrangement** 80:19
**arrest** 44:6
**arrested** 39:3 43:13
**asad** 1:10 3:4 9:13 84:2
**asinine** 255:18
**asked** 24:2,6,19 27:21 28:2 29:5 30:21 46:9 48:22 71:14 78:6 106:9 127:7 158:24 159:24 174:13 189:25 199:16 214:12 233:20 245:19 247:18,22 248:10 254:19 256:4,7 265:7 265:9 278:3
**asking** 15:13 24:15 28:23 37:19 47:6 55:24 67:2 69:19,20 82:6 100:17 111:10 111:11 135:10 142:5 146:21 148:10 152:12 152:16 158:13 159:14 166:20 167:9 169:7 189:11 203:25 207:25 208:13 228:9 229:13 230:21 245:20 245:23 247:13 255:15
**asks** 14:14 179:19
**assert** 214:20
**assigned** 9:3
**assist** 86:9
**assistant** 6:23
**assisting** 72:23 117:19 120:13 125:25 155:13
**assume** 20:15 188:7 271:17
**assumption** 174:11,12
**astutely** 200:18
**attached** 185:20
**attaching** 224:20
**attachment** 7:18 188:15
**attachments** 224:7
**attacking** 57:23
**attend** 60:14
**attendance** 11:11
**attending** 223:11
**attention** 101:6 108:19 133:2 149:6 203:15
**attitude** 187:4
**attorney** 13:21 24:23 25:16 26:7 48:11,17 81:13 86:9 101:19 122:13 202:25 231:6 240:9 241:6 283:13 284:9
**attorneys** 89:10 280:6
**audible** 66:16 150:5

**audio** 92:24 283:7 284:3
**audit** 137:14,19
**audits** 141:12 141:16
**august** 83:2,10 110:20 214:25
**authorities** 218:7 220:7,8 220:11,14,15
**authority** 113:8 175:5 207:20 207:24 208:11 208:20 209:18 222:18,25
**authorization** 232:4
**authorized** 10:17 223:16 276:17
**auto** 1:5,7,13 1:13,14,15,16 1:17,18,19 2:14 3:2,5,5,6,6 3:7,7,8,9,18 4:10 9:9,10,15 9:16,16,17,18 9:19,20,20 10:11 11:16 15:6,16 54:21 58:16 83:19 84:12,16 98:25 107:14 114:9 120:21 122:18 197:25 253:4
**autohaus** 40:9
**automobile** 70:6 219:17 234:4
**automotive** 2:5 4:6 10:3
**autos** 65:10
**avail** 139:17
**avenue** 3:12,21 4:13
**aware** 14:13 29:19,21 32:13 32:17 43:3,4 45:20,22 50:2 50:6,9 51:22 51:25 52:6,10 52:11,16 57:10 57:16 58:5 59:23 60:3 73:5 74:8 84:20 87:18 88:22 89:16 90:5 103:8 105:8 110:19 113:20,25 118:25 119:4,6 120:20 121:3,4 121:8 130:25 157:7 164:25 166:10,12,13 166:20,22,24 167:2 168:14 169:13 189:21 190:3,6 191:3 191:7 192:3,11 192:13,19,21 197:18 199:24 201:9,14,22 209:15 211:19 212:9,13 213:6 216:7,14 219:23 220:18 223:3,10,12,14 223:15 224:14 224:19,23,25 225:12,13,15 226:16 227:8 227:21 232:3,7 232:10,16,20 239:17 262:17 270:3,8

**b**

**b** 6:9 7:1 215:11
**babylon** 40:9 40:13,18 41:4 41:25 42:10 59:18
**back** 14:9 20:21 35:25 48:7 49:24 72:9,15,18 75:6,8 77:20 93:19 98:11 102:5 104:5 106:18 112:13 112:16 140:7,9 143:25 144:7 144:11 150:22 153:10,13 160:2,6 166:3 191:25 200:25 201:3 202:10 202:15 210:13 217:20,21 220:23,25 226:25 227:3 227:14,18 233:17 237:8 238:17 240:4 259:9,13,21,25 279:23 281:20
**backend** 116:3
**background** 67:21 92:24
**backing** 142:3
**backup** 185:20
**bad** 96:2 219:18
**badly** 145:23 146:2 218:10
**bangladesh** 35:19
**bank** 2:12,13 5:10 7:20 10:9 10:10 12:2,5 62:24,25 64:2 64:5 73:16 108:15 110:21 121:18 169:9

169:13,19,25 170:6,9 179:22 180:24 189:23 190:4,5,9,9,20 205:11 207:11 207:12,15,16 207:21 208:12 231:13,14,24 232:5,11,17 244:25 245:6 253:5,13,18 260:20 263:6 275:6,10,19,20 275:23,24 276:7
**bank's** 18:19
**banker** 205:19
**banking** 73:11 169:14,17
**baron** 1:9,10 1:12 3:4,4 9:12 9:13,14 68:25 69:10,17,18,22 73:24 80:9,16 82:4,11 84:2 87:21,21 88:14 89:16 90:6,11 90:15,17,19,20 90:25 91:6,17 91:18,19,19 92:7,14,21,22 98:24 106:20 276:19 280:25
**baron's** 91:3,20 91:22 113:25 261:17
**based** 31:8 85:8 92:8 94:13 99:4 101:8 112:6,23 135:24 165:13 165:17 170:11 203:20 208:10 243:12 264:6 272:8
**bases** 112:4
**basic** 127:16,19 164:13 189:5
**basically** 256:3
**basis** 43:24 44:11 84:8 97:18 103:14 103:18 120:19 167:22 177:12 177:16,21 215:4 216:19 240:24 250:25 255:4 259:3 262:2
**bates** 6:14 93:11 108:15 109:24
**bathroom** 72:5 104:8,9
**bdc** 148:13
**bearing** 202:25
**bed** 77:4,11,13 77:16 147:25 243:19 271:10
**began** 275:13 275:22
**beginning** 203:16
**behalf** 3:2,17 4:2,18 5:2,10 12:7 60:11 245:7 253:6
**belief** 44:11,13 215:5 216:20
**believe** 35:4 44:20 53:17 57:3 60:19 89:20 91:7 92:2 96:25 98:22 99:7 100:16 103:2 106:18 114:10 121:21 123:13 123:19 126:4 126:16 128:15 128:25 134:20 135:3 138:23 143:4 145:18 148:5 153:20 154:7 168:8,9 179:25 182:10 187:21 192:7,8 202:22 212:24 214:24 215:3 215:15 236:8 238:16 271:25 274:24 276:19
**bell** 65:11
**ben** 41:7,12,12
**benefits** 78:14 78:15 79:11,16 79:20,24
**beria** 39:17,23 40:3,5
**best** 20:18,25 31:15 53:22 80:5 83:8 105:2 106:5 117:13 118:2 133:5 189:16 195:14 213:8 213:11 220:4 283:9 284:5
**better** 115:7 140:4 174:19 218:15 241:7
**beyond** 17:11 73:2
**big** 31:19 137:14 151:11
**billing** 279:13
**bills** 266:13
**birth** 35:16 271:2
**bissoon** 215:10
**bit** 47:17 181:18
**blankenship** 1:24 4:3 9:23

42:9,14
**blanket** 74:16
**blue** 281:7
**blvd** 1:12,13,14 1:15,16,17 3:5 3:5,6,6,7,7
**body** 19:24 263:18
**bookkeeper** 6:20 131:24 132:19 134:13 142:15
**bookkeeping** 133:25 134:7 134:16
**books** 132:19 137:2,9
**boots** 174:10
**born** 35:18 75:25 76:24
**borrowed** 245:17
**boss** 252:6
**bot** 147:9
**bottom** 93:23 96:4 98:15 100:10 102:17 110:5 125:5 126:10 132:10 136:8 154:21 156:25 161:10 172:22 176:21 178:17 181:11 183:9 184:20 185:12
**boulevard** 5:13 9:15,15,16,17 9:18,18
**brain** 111:13
**brains** 72:2,4
**break** 21:3,7 47:15 48:10 62:21,23 72:6 103:21 104:6,8 153:15 171:4 210:3
**breakout** 47:25 48:12,16 49:8 49:13 89:9 103:22 280:6
**breaks** 104:10 200:11
**breath** 239:11
**brewing** 122:17
**brian** 1:8 3:3 9:11 84:2 276:16
**brief** 47:14 250:5 272:7,13
**briefly** 17:9 270:12 272:21
**bring** 280:4
**bringing** 242:18
**broad** 81:4
**broker** 120:16
**bronx** 195:3,6 195:9,12,16 196:25
**brooke** 91:19 91:21,22,25
**brooklyn's** 209:25
**bruce** 127:24 129:11 138:10 138:13,19 141:13 151:20 177:11 205:10 214:21 232:19 232:22 233:6,7 233:17
**building** 5:5 17:3,3
**built** 233:3
**bully** 28:13
**bunch** 99:9 100:4
**business** 74:9 74:10 80:12,15 81:9,14 95:14 95:15,19,23 96:7 97:4 100:7 119:14 119:18 217:18 218:3,7,24 219:2,3,10,20 266:3 278:17 278:24
**businesses** 31:19 278:5
**busy** 107:9 136:15
**buyers** 2:1 4:4 9:25 119:7,10 119:14

**c**

**c** 3:1 4:1 5:1 8:1 32:13 42:4,5,5 42:6,8 76:16 77:20
**call** 28:8 126:14,18,23 127:4 128:8,13 128:17 129:6 210:2 214:8,10 221:15
**called** 12:17 58:16 63:3 97:4 166:6
**calling** 149:10
**calls** 128:9 129:13
**camera** 21:10 114:5
**capability** 198:23
**capacity** 40:5
**capital** 2:10 4:9 10:7 104:15 214:7,9
**caption** 203:7
**car** 2:1 4:4 9:25 81:9 119:7,10 119:14 144:2 144:10,12

211:13,18 212:3 234:12 234:15,16
**card** 179:15
**care** 108:5,10 130:23 132:2 135:9 255:19 266:15,19 267:2
**career** 70:5
**caretaker** 76:8
**cars** 2:2,3 4:4,5 9:25 10:2 32:3 144:15 211:19 221:6 242:22 256:23,25 257:14
**case** 1:22 10:12 16:9,16,17,17 16:18 17:12,14 19:8 23:5 27:19 29:9,12 29:15,22 34:2 46:17 55:15 56:18 68:12 120:22 121:2 138:22 174:20 200:7 223:12 230:4 231:2 234:25 235:4 242:19 253:5 281:23
**cases** 192:10
**cash** 7:16 179:16,21 180:18,21,24 183:20 189:18 189:22 260:19 260:24 269:3
**cashed** 232:19
**casually** 80:10 81:2
**catch** 239:11
**categories** 269:10
**caught** 137:2 137:17 138:6,6
**cause** 43:10 54:9 67:19 106:6,8 149:3 164:2,7 194:14 269:13
**caused** 105:23
**caution** 110:11
**cayer** 6:24 136:18 137:16 143:10,17
**cayer's** 172:24
**cc'd** 225:4,8
**cease** 195:15
**ceased** 259:2
**cell** 97:10
**cents** 130:10
**ceremony** 37:6 37:9,10
**certain** 105:22 105:25 112:7
252:4
**certificate** 205:2 283:1 284:1
**certificates** 197:12,15,19 197:24 198:4
**certifications** 13:3
**certified** 10:24
**certify** 283:3 284:2
**cfo** 135:3
**chabrier** 1:8 3:3 9:12 84:2 276:17
**chain** 6:16,18 7:7,12,20 108:20 109:9 110:7 123:20 125:4,10,20,21 126:10 128:5 132:4 133:17 139:19 149:18 152:19 153:21 154:3 184:2,22 185:2,14 186:5 186:24 188:16
**chair** 255:6
**change** 73:2 93:4 208:8 285:4,7,10,13 285:16,19
**changed** 163:10 192:15
**changes** 286:6
**changing** 117:16
**characterize** 228:20 229:2
**chase** 2:13 7:20 10:10 169:8,13 169:19,25 170:6 183:2 189:7,23 190:15 207:21 208:12 232:12 232:17 275:20 275:23 276:7
**check** 7:16 155:5,8 157:8 183:21 208:14 208:19 232:18 233:14 266:20 266:21,22
**checked** 156:5 156:6
**checking** 155:17,22
**checks** 92:16 92:19 121:22 207:20,24 208:12,21 232:11,16 242:25 266:18
**cherrywood** 58:16 59:9,14

59:16
**child** 75:25 76:9,14,21,24
**child's** 38:6
**children** 35:13 38:3 39:8 91:2 91:4,9,11
**choice** 68:6
**circle** 163:13
**circled** 191:25
**circling** 192:9
**circuit** 62:19
**circumstances** 63:9,17 67:3,6 247:12
**citrin** 99:3 191:14,19,22 192:4
**city** 37:5 62:19
**claim** 112:5 113:5 246:11
**claimed** 231:7 242:11
**claims** 220:10 229:15
**clarification** 154:6
**clarify** 49:5 243:25 248:11
**clarity** 204:20
**classes** 61:10
**classy** 280:20 280:21
**claw** 281:20
**clear** 19:19 20:24 101:22 159:17 262:11
**cleared** 141:16 250:12
**clearly** 26:17 28:11 133:24 135:12 142:12 148:10 162:2 200:6 221:12 255:25
**clicked** 281:9
**client** 25:25 26:7 28:13,14 28:17 47:15 48:24 55:14 101:18 216:10 216:15,20 221:25 236:9 239:10 242:13 243:2 244:10 256:2 257:10
**clients** 54:20 55:12
**close** 77:14 209:23 241:17 279:7 280:6 282:7
**closed** 261:24
**closely** 129:13 188:23
**closing** 215:20
**coast** 2:2,3,4,5 2:6,7 4:4,5,5,6 4:7,7 9:25 10:2 10:3,4,5,5 51:17,21 52:4 157:24 160:16 160:20 199:25 201:10,17 235:9,12,17,20 236:3 249:12 249:12
**college** 60:25 61:4 62:13
**com** 152:6
**come** 13:12 35:20 43:21 72:9 81:18,21 91:2 98:11 114:17 133:2 149:6 165:25 201:24 202:10 205:13 206:10 206:12 210:22 215:22 216:24
**comes** 114:15 144:16
**coming** 23:15 148:20 163:12 163:18 184:14 235:3 261:13
**commenced** 274:25 275:6
**comment** 113:16 260:7 278:13
**commentary** 246:5
**comments** 23:19 278:12
**commercial** 17:3
**common** 45:19 157:20 170:7 170:12
**communicati...** 8:4 87:3 118:4 281:21
**companies** 118:8 131:11 218:6,13,13,17 220:3 242:19 252:17
**company** 85:17 95:2 105:5 118:5 119:11 128:11,12 152:6 237:19 237:22 238:8 238:12,15,19
**company's** 242:17
**complain** 140:20 141:4
**complained** 134:9
**complaint** 7:22 29:11,15,22 30:2,21,24

31:3,7,9,12 53:5 202:24 203:12,17,21 204:8 216:8,15 217:13 231:2
**complaints** 30:23 253:22
**complete** 20:5 223:21 286:8
**complicated** 33:12,13 159:15 241:22
**computer** 199:9
**concept** 115:16 144:21 198:14
**concern** 29:9
**concerning** 27:19 205:10 208:25 251:21 269:19
**concerns** 19:16
**concluded** 282:12
**conclusion** 217:2 259:15 259:23
**conclusionary** 94:18 99:9
**condition** 193:8
**conduct** 114:8
**conducted** 15:25
**conducting** 18:8
**confer** 282:2
**confident** 268:20
**confined** 77:11 77:13,16
**confirm** 203:8 236:9
**confirmation** 102:18
**confirmed** 68:13
**confirming** 68:11
**confused** 70:18
**confusing** 112:12 227:16
**confusion** 185:21
**connection** 39:12 50:20 51:8 53:13,23 54:25 56:16 57:17 58:3 60:5 82:3,10 82:12 114:6 115:24 141:12 144:12 151:6 162:5 193:24 208:4 253:13 253:18 266:2 272:22
**consider** 194:23
**considered** 194:19
**considering** 243:8 270:5
**consistent** 96:10 136:13 151:14
**consistently** 262:9
**consists** 178:12
**constantly** 140:19
**constitute** 11:8
**consult** 105:13
**consumed** 22:2
**consumer** 16:22
**consuming** 127:2
**consummating** 163:21
**cont'd** 4:1 5:1 7:1
**contact** 38:16 39:10
**contemplating** 270:9
**continue** 26:16 216:2
**continued** 187:21 206:21 243:3
**continues** 206:22
**contours** 45:23 121:10
**contract** 32:7 32:12 88:18 90:17,20 92:15 241:8
**control** 231:3,8 231:23
**controller** 250:3 251:4
**conversation** 25:19,22 26:20 27:3 45:6 48:20,24 49:3 92:7 104:7 138:17 151:16 192:22 193:22 199:13,15,22 212:18 213:7 226:17
**conversations** 27:5 44:8,10 45:13,17 138:9 165:13,18 166:4 167:3,16 191:22 192:4 193:12 194:5 207:8 212:21 212:23 216:4 239:22 251:17 251:21 269:19

**convicted** 43:14 52:13,18
**conviction** 42:20,24 43:3 44:6 54:3,9 248:25
**cooked** 132:19
**cooking** 137:2 137:8
**cooperation** 50:6,11,15
**cooperman** 99:3 191:14,19 191:23 192:5
**copied** 152:19 152:23
**copy** 107:4
**corp** 2:9 4:8 10:7
**corporations** 11:25
**correct** 17:3 18:12,16 19:8 22:13 23:7,12 23:13 32:21 34:11 35:14 36:6,9,19 37:25 40:9 41:13,17,19 42:21,25 43:8 43:16 48:13 49:21 51:6,18 52:23 58:8 59:11 64:12 66:10 68:5,9 69:15 74:10 75:12 76:14 90:22 91:17,18 93:25 94:23 95:2,5,20 97:5 104:19 111:17 112:7,21 113:6 120:5 125:6,22 126:18 128:14 129:6 130:18 133:8,17 136:20 139:5 140:21 144:2 147:17 152:20 157:11 161:2 162:21 165:3 165:14 168:11 168:12 169:2 171:16 172:13 174:3,7 175:2 175:11 177:4,9 177:13,14,17 177:18 179:16 180:12 183:3 183:15 185:15 188:11 189:2 196:3 207:21 209:7 217:11 217:18 219:21 225:6 228:23 236:24 241:18 243:10,16 245:2 246:13 253:7 257:19 264:7 267:8,12 268:2,6,13 269:4 286:8
**corrected** 182:21
**corrections** 286:6
**correctly** 37:22 134:9 138:19 158:9 170:4 191:18 219:15 220:13 222:12
**corresponden...** 156:7
**cost** 95:10 279:12
**counsel** 23:22 26:4 101:17 103:13,22 104:7 105:11 111:9 113:14 116:25 117:25 136:4 139:12 142:21 145:3 146:8 147:3 151:22 152:12 163:23 168:18 185:10 256:12 283:10,13 284:6,9
**counsel's** 18:19
**country** 35:24
**county** 32:14 36:24 262:18
**couple** 14:2 25:20 57:22 164:10 168:19 184:10 193:23 213:16 223:22 223:25 239:16 276:12
**course** 41:21 72:23 117:19 175:8 180:4
**court** 1:1 8:16 15:20 19:19,25 21:12 32:14 34:21 42:20,24 52:22 75:4 120:20 194:18 194:22 196:12 209:25 236:22 249:2 265:24 279:10 282:4
**courtesy** 20:7
**courthouse** 36:22
**courtroom** 15:21 18:21
**cover** 236:19
**covering** 261:23
**covid** 6:13 93:10
**cpa** 2:1 9:25 98:20,21,24

105:11,13 111:23 191:14 223:5
**cpa's** 2:11 10:8 12:2
**created** 182:9 253:8
**credentials** 113:25 114:12 199:6 221:7,8
**credibly** 231:22
**credit** 54:11 69:24 70:5,9 70:12 198:9,12 198:18 205:12 205:22 235:16 236:3
**crime** 52:19
**criminal** 49:25 53:5,23 54:3 209:25 249:6
**crm** 7:6
**cross** 166:6 201:21 209:6 209:10 242:25
**crystal** 20:24
**cszlaw.com** 3:14
**cullen** 5:12 12:4
**cullenllp.com** 5:15
**current** 33:6 196:18 237:12
**currently** 33:21 36:5,8 40:8 56:10 58:4 94:3 236:22 240:20 241:20
**customer** 148:20 253:22
**customers** 126:16 127:9 127:20 149:9 272:25 273:9 273:14,22 274:4,9
**cut** 184:7,14,16 185:17 187:16
**cute** 228:8,11
**cv** 1:23 10:13
**cyruli** 3:11 11:18 121:7 242:8

**d**

**d** 6:1 8:1,1,13 41:13,19 132:14 194:20 281:17
**daily** 120:19 250:25 251:2 259:3 260:23
**dan** 249:19,23 253:23 261:10
**danger** 43:22 44:5,12,20
**dania** 132:13 135:25 142:9 178:18 179:21 183:22
**dania's** 179:19
**daniel** 250:6,7 252:6
**darius** 8:16 34:21 194:18 194:22 196:12 236:22
**data** 223:19,22 224:5,11,13 225:18,25 226:5 227:22
**date** 2:20 18:17 35:16 36:15,18 95:23 96:7 99:13,18 101:7 124:8 147:18 154:23 213:17 281:2 285:24 286:12
**dated** 6:16,18 6:24 7:4,7,10 7:15,24 84:22 85:7 124:13 143:10 145:7 149:19 203:2
**dates** 18:24 270:24
**daughter** 91:23
**daughters** 91:23
**david** 1:12 9:14 68:25 69:9,17 69:18,22 73:24 80:8 83:25 87:21 88:14 89:16 90:15,19 90:25 91:3,6 91:19,20,22 92:7,13,21 98:24 106:19 107:18 113:24 261:16 276:19 280:25
**day** 33:4 77:19 91:20 92:22 98:11 117:17 117:18 126:23 131:6,6 155:18 155:23 156:5 176:15,15 177:12,12,16 177:16,20,21 185:14 189:24 189:25 243:3 253:21,22 254:4,4,4 258:9,9 277:21 286:15
**days** 40:20 223:23,25 262:7,10 277:8 277:9
**dead** 113:25 114:12 281:2

**deal** 50:3 73:19 114:21 118:7 161:8 163:22 164:2,8,13 167:18 168:8 233:24 234:4 234:11 241:17 263:25 267:12 270:18 272:25 273:9 274:3
**dealer** 219:5,8 219:17
**dealership** 39:12 40:18 41:4,25 42:11 42:14 50:22 51:4,9,23 54:5 54:11 58:16,20 64:7,11,15,19 65:4,8,14,18 66:2 73:7,8,11 75:17 76:6 96:24 120:7 127:5 144:2,10 144:13 149:7 149:13 150:11 174:17 187:24 188:5 233:24 251:4 255:2 257:19 258:25 259:10 261:14 261:24 262:2,8 263:9 267:6,14
**dealerships** 46:3,12,16,20 46:24 47:4 66:25 72:24 73:20 78:2,10 114:24 115:25 117:20 126:2 144:18 159:11 160:25 161:7 206:13 223:9 257:14
**dealertrack** 172:12,17
**dealing** 197:4
**dealings** 70:14 197:3 219:3 235:6 250:21 263:22 264:6
**deals** 116:4 173:6,11,18 174:3,7 177:4 177:7
**dealt** 107:24 115:18 122:25 131:10,20 146:16 155:12
**death** 57:11 114:13 217:5 261:17
**december** 6:19 6:24 7:5,8,10 121:23 122:4 143:11 145:7 147:16 149:19 151:24 154:4 237:23 247:17
**decision** 32:15 32:21
**decisions** 161:21
**declaration** 227:9
**declare** 286:4
**deed** 33:14 35:2 239:19 240:4
**deeded** 35:5
**deemed** 286:6
**defamed** 219:10
**default** 236:22
**defendant** 4:18 5:2,10,20 12:4 17:15,18,24 54:16 55:4 280:12
**defendants** 2:17 4:2 10:12 11:23 217:16 218:4
**defending** 60:11
**defense** 229:15 229:20,22 230:3
**defenses** 230:25
**degree** 85:18
**delay** 163:21 164:2,7
**delayed** 107:10
**delegated** 108:3,5
**delivery** 280:11
**demand** 156:22
**demands** 117:21
**demonstrate** 256:2
**denied** 52:8
**deny** 103:14 204:11
**deo** 1:23,23 2:19 4:2,2 5:20 8:9,10 9:1,7,22 9:22 10:1 11:1 11:22,22 12:1 12:13,16 13:1 13:20 14:1 15:1,15 16:1 17:1,24 18:1 19:1 20:1 21:1 22:1,11,16,17 22:18 23:1 24:1 25:1,16 26:1 27:1 28:1 29:1 30:1 31:1 32:1 33:1 34:1 35:1 36:1 37:1 37:15 38:1 39:1 40:1,2,6 41:1,22 42:1

43:1,7,12,15
44:1,15,17,24
45:1,13,17
46:1,3,16 47:1
47:3,23,23
48:1,10,21
49:1,25 50:1,3
50:7 51:1,23
52:1,3,8,21
53:1,13,15
54:1 55:1 56:1
57:1,11,13,14
57:17 58:1,5
59:1,16,24
60:1,4,12 61:1
61:15 62:1,5,9
62:15,23 63:1
63:25 64:1,6
65:1,4,15,19,25
66:1 67:1,24
68:1,25 69:1,9
69:17,18 70:1
71:1,19,22
72:1,24 73:1,6
73:21 74:1,14
75:1 76:1 77:1
77:25 78:1,9
79:1,6,23 80:1
80:16 81:1
82:1 83:1 84:1
85:1 86:1 87:1
88:1 89:1 90:1
90:5,24 91:1,5
91:16 92:1,9
92:12,20 93:1
94:1,14,16
95:1 96:1 97:1
97:8 98:1 99:1
100:1 101:1
102:1,8 103:1
103:15 104:1,5
105:1 106:1
107:1 108:1
109:1 110:1,24
111:1,2,5
112:1,5,25
113:1,10,21
114:1 115:1,25
116:1,10,21
117:1,3,14,20
118:1,18,21
119:1,3,16
120:1,4,16
121:1 122:1,16
123:1,4 124:1
125:1,6,25
126:1,14 127:1
128:1 129:1,15
130:1 131:1
132:1 133:1
134:1 135:1
136:1 137:1
138:1,9,20
139:1,5 140:1
141:1,14 142:1
143:1,12 144:1
145:1 146:1
147:1 148:1
149:1 150:1
151:1 152:1,20
153:1,13 154:1
155:1,13 156:1
157:1 158:1
159:1 160:1
161:1,23 162:1
162:10 163:1
163:22 164:1
164:21 165:1,2
165:14,18,18
166:1,5,13
167:1,5,11
168:1,15,24,25
169:1,20 170:1
170:5 171:1
172:1 173:1
174:1,25 175:1
175:4,10,19,23
176:1,9 177:1
178:1,7 179:1
180:1 181:1
182:1 183:1
184:1 185:1
186:1,24,25
187:1,23 188:1
189:1 190:1,8
191:1,6 192:1
192:4,23,24
193:1,3,9
194:1 195:1,8
195:15,21
196:1,2,6,25
197:1,13,21
198:1,5 199:1
199:14,16,21
200:1,2 201:1
201:11,20
202:1,11,15,15
203:1 204:1
205:1,23 206:1
206:17,23
207:1,5,18,23
208:1,11,20,25
209:1,12,17
210:1,16 211:1
212:1,19 213:1
213:3,12 214:1
214:10 215:1,7
216:1 217:1
218:1,17 219:1
219:19,19
220:1 221:1
222:1,11,13,24
223:1,4,7
224:1 225:1,16
225:24 226:1,3
226:8,17,21
227:1 228:1,21
229:1,3,16
230:1,5 231:1
231:3,8 232:1
233:1 234:1
235:1 236:1
237:1 238:1,23
239:1,17 240:1
240:3,13 241:1
242:1 243:1

244:1,18 245:1
246:1 247:1
248:1 249:1
250:1 251:1
252:1 253:1
254:1 255:1
256:1 257:1
258:1 259:1
260:1 261:1
262:1 263:1
264:1 265:1
266:1 267:1
268:1 269:1
270:1 271:1
272:1,22 273:1
273:13 274:1,8
274:20 275:1
276:1,25 277:1
277:20 278:1
279:1,8 280:1
280:9,11 281:1
282:1 285:1,2
285:24 286:1,2
286:4,12
**deo's** 18:11,20
19:3,5 42:19
42:23 43:21
44:4,12 54:4
59:14 82:3,10
92:6 93:24
94:7,11 125:15
164:7,13
167:15 187:13
197:7 202:18
206:13 217:17
220:20 223:16
**department**
51:5 133:25
135:2,7 148:13
199:2 232:20
246:17,23
247:20 248:20
277:5
**depend** 176:25
**depends** 40:21
**deponent** 286:3
**depose** 173:24
**deposed** 185:7
**deposing** 28:22
**deposit** 92:19
92:20,21
180:24 183:3
185:25 186:2
188:21 261:9
**deposited**
180:12 183:20
261:6
**depositing**
180:18,21
181:8
**deposition** 2:19
8:11 9:7 11:6
15:24,25 17:6
17:7 18:8,15
19:3,6,10,14
21:23 23:3,10
23:15 24:4,10
24:17 26:6
27:6,10,17,17
28:12 29:8
36:17 82:19
86:22 88:16,22
192:18 205:14
221:18 223:12
245:22 255:13
279:8 283:1
**depositions**
12:23 18:11,20
19:7 192:17
231:11 245:18
279:13
**deposits** 73:16
189:18,22
207:16 260:23
268:24
**describe** 17:10
50:10 73:14
120:6 234:7,10
273:12
**description**
6:10 7:2 8:2,14
**designs** 116:22
**desk** 278:7
**despite** 244:22
245:4
**destroyed**
242:19
**detailed** 218:24
**details** 123:3
123:17 137:22
139:2
**detract** 74:18
**died** 76:17
280:10,18
**difference**
34:17
**different** 27:22
28:5,20,24
43:5 112:11
135:16 166:25
199:11 218:7
220:2 266:3
**difficult** 76:16
136:15 138:16
**digital** 283:7
284:3
**direct** 81:5 98:6
141:24 177:3
203:15 222:19
252:6
**directed** 252:20
**directly** 30:16
176:2 265:7
**director** 238:18
**disability** 78:19
**disabled**
242:17
**disagree** 32:20
**disagreement**
31:19 32:4
**disagreements**
239:25 241:7
**disaster** 93:10
**disclose** 52:13
52:18

**disclosed** 247:7 248:20
**discovery** 138:2 139:6,17
**discuss** 27:9 48:15 49:10 62:11 104:10 110:24 111:4 153:16 194:14 251:6,12
**discussed** 49:20 87:16 110:23 141:13 163:18 167:11 194:8 209:5 225:24 251:9 270:12
**discussion** 213:2,13
**discussions** 47:2,5 80:12 84:11 190:7 213:20 251:21
**dispersed** 269:25
**dispute** 113:11 113:12,20 166:16 167:8
**disputes** 122:22
**disregarded** 281:22
**disrespectful** 187:15
**district** 1:1,2
**divorce** 38:24 38:25
**dix** 8:16 34:21 194:19,24 196:11
**dla** 2:9 4:8 10:7
**dms** 172:10,12 172:17
**dmv** 6:20 50:24 51:12,21,24 52:3,9,12,17 114:21 144:15 148:25 247:8 249:7
**doctor's** 62:14 62:18
**document** 6:12 93:9 99:5 101:5,10 102:14 114:3 132:15 138:22 148:17 152:10 153:25 166:6 180:13 221:21
**documentation** 127:14 177:8 226:9 246:16 246:22
**documents** 8:3 8:10 23:9 27:18 29:9 87:3 99:10 138:23 177:2 192:12 221:13 221:16 223:2 224:16,20,22 225:17 226:4 226:19 228:21 229:2
**doing** 19:21 73:16 98:7 101:19 111:9 135:17 137:17 144:7 164:6 168:20 173:22 189:5 193:25 231:5 242:20 269:24 270:5,9
**doj** 220:12
**dokey** 282:5
**dollars** 119:3 260:19
**domain** 182:8
**doss** 206:5,17 207:4
**dot** 152:6
**double** 220:21
**downtime** 247:24
**drawn** 232:5 232:11,17
**drew** 217:3
**drink** 14:7
**drinking** 150:7
**driving** 77:9 272:10
**drugs** 22:2
**due** 14:2,6 168:21 248:24 257:7
**duly** 12:18 283:5
**dump** 223:19 223:22 224:6 224:11,13 225:19 226:2,5 227:22,24
**duties** 67:12,14 67:15 68:15 73:2 266:6 277:7 278:16
**dwight** 1:24 4:3 9:23 42:9
**dwindle** 141:22
**dykman** 5:12 12:4

**e**

**e** 3:1,1 4:1,1 5:1 5:1 6:1,9 7:1 8:1,1,1,1,13,13 8:13 38:18 42:5 131:9 152:6 206:3,3 215:10 240:10 240:18 285:3,3 285:3
**earle** 5:13
**earlier** 25:17 27:4 190:13 208:6 209:6

212:8 217:14 259:8 274:24
**earliest** 123:24
**early** 35:22 96:16 200:6 244:14
**easier** 93:5
**eastern** 1:2
**economic** 93:10
**edification** 258:17
**efaz** 38:7,16,18 41:8,21,21
**effect** 16:11 45:4 49:17 122:11 243:16 244:14
**efficiently** 25:10
**effort** 82:5 90:14 140:12 140:15
**efforts** 82:4,10 131:24,25
**eidl** 6:13 94:22 103:4
**eight** 215:19 247:25
**ein** 95:5 100:7
**either** 26:14 33:19 54:16 104:9 177:16 240:21 241:23 244:18 250:17
253:6 261:10
**eleanor** 2:24 283:2,17
**eleven** 280:7
**email** 6:14,16 6:18,22 7:4,7 7:10,12,15,19 93:25 94:7,11 94:17 97:11 100:5,24 102:18,20,21 103:4,10,17 108:13,20 109:9,13,14,19 110:7,15,25 111:6,17,20 123:20,24 124:4,7,13 125:4,10,16,20 125:24 126:5,9 126:13 127:23 128:4 129:24 132:4,9 133:10 133:17,20,23 135:21,24 136:8 139:19 142:24 143:10 143:20,24 145:6 146:20 146:25 147:9 147:15 148:12 149:4,18 150:2 151:24 152:8 152:19 153:21
154:3,22 155:4 157:5,13,22 158:18,19 160:23 161:12 162:2,6,10,17 169:6 172:20 173:6 176:18 178:12,18 179:19 180:10 181:11,12,25 182:4,5,7,13,19 182:22 183:8 183:14 184:2,4 184:7,12,25 185:13,14,17 185:18,25 186:5,11,16,23 187:9,13,14,20 188:16 190:13 190:17,18 192:9 208:5,11 209:24 223:3 224:20,21 225:5,8 226:19 259:8
**emails** 8:3 87:2 142:13,25 147:20,20 148:4 171:5 182:18 208:13 223:13 224:7 224:15 281:6
**emanuel** 3:19 3:23 11:14
13:21 14:14 92:25 98:6
**emotionally** 43:18
**employed** 283:10,13 284:7,9
**employee** 68:19 177:20 178:6 187:19 264:13 283:12 284:9
**employees** 130:3,11,18,20 131:2,3 175:24 176:6,10,13 222:19
**employment** 64:20,24
**ended** 145:23 146:2
**endorse** 266:22
**ends** 125:5 184:15
**enforcement** 39:11 220:15 220:16
**enjoy** 67:19
**entail** 150:14
**entire** 97:20
**entities** 144:20
**entitled** 20:24
**entity** 58:15 83:23 94:22

**equally** 269:11
**es** 283:4
**eschenbach** 284:2,14
**esq** 4:21
**esquire** 3:10,19 4:11 5:3,11
**essence** 227:25
**essential** 127:4
**essentially** 224:13
**established** 95:19,23 96:12 96:14,19 172:11
**estate** 1:11 9:14 34:14,16
**et** 285:1,1 286:1,1
**eugene** 8:9 128:21 129:5 130:9 134:2,9 134:10,11 140:19,24 149:9,12 151:4 156:6,12 173:19,22,23 175:6,20 176:7 177:22 178:4 179:19 180:22 180:23 268:23
**event** 37:12,13 44:19 210:17 211:6,11,17,21 211:22,24 212:5,15,22 213:9,12,19 214:4
**events** 20:19 114:6 115:9
**eventually** 106:24
**everyone's** 232:20
**eviction** 33:20 33:24 34:7 242:4
**evidence** 100:11,15 228:22 281:18 281:23
**evidentiary** 11:5
**exact** 18:17,24 167:17
**exactly** 69:7 133:9 134:22 140:16 173:8 173:11 209:14 227:23 245:10
**examination** 6:2 13:5,18 225:3 236:16 272:19 274:18 277:18
**examined** 12:20
**example** 23:21 23:23 54:10 69:4 175:6 184:11 219:13 219:18
**except** 11:23,25 13:3
**excess** 119:2
**exchange** 108:13 156:7 156:11 164:19 165:21 187:7 190:18 223:4
**exchanged** 224:15
**exchanges** 192:9
**exclusive** 76:8 128:16,18 180:17 181:8
**exclusively** 35:5 53:16
**excuse** 136:22 136:24 238:22 255:12
**excuses** 107:11
**executives** 63:8
**exercise** 281:19
**exercised** 175:10
**exhibit** 6:12,14 6:16,18,22 7:4 7:7,10,12,15,18 7:22 89:12 93:8,13 108:17 109:5 123:19 123:21 132:6 143:5 145:8 149:20 152:2 154:7,8,11 178:15 188:17 203:4
**exhibits** 153:5 190:14,24
**exist** 49:4 201:16
**existed** 131:21
**existence** 54:8 87:18 88:3 166:10 191:3 199:24 201:9 224:19 242:18
**exists** 60:8,9
**exotic** 65:10
**expect** 117:6
**expecting** 155:6
**expeditiously** 163:2,8
**expense** 90:14
**experience** 73:6
**experienced** 228:13
**experiencing** 44:19
**expert** 247:9
**expertise** 142:6

**explain** 47:9 135:4
**explained** 265:4
**explanation** 224:21
**extending** 25:11
**extent** 48:25 49:2
**extra** 192:11
**extracted** 127:13

**f**

**f** 8:13 22:24 38:18 84:2
**face** 21:12,13 80:9,9
**facilitate** 242:21
**facing** 49:25
**fact** 52:2 95:15 103:11 111:7 116:12 144:17 158:4 164:19 166:18 168:20 172:19 173:6 208:18 216:12 217:3 229:24 231:10 232:8 256:3 258:24 259:24 270:4 280:10
**facts** 219:23
**failed** 168:24
**fair** 37:2 39:6 43:6 46:2,11 57:4 61:21,23 67:5,23 68:2 92:5 104:22 112:23 115:8 115:11 118:18 118:21 129:14 129:20 136:6 139:23 140:14 160:15,18,19 161:20 167:14 175:22 203:21 208:16 228:19 228:25 229:14 230:24 255:9
**fake** 83:15 84:5 84:8,9 85:7
**fall** 127:6
**false** 100:2 220:10,10 242:14,23 243:12,14
**familiar** 42:19 42:23 43:2,4 53:8,11 56:9 56:12 58:15 84:6,21 88:2 131:7 144:17 144:21 152:5,7 178:24 188:24 202:2 205:8 208:23 209:10 210:17 214:7,9 220:4 233:23 234:3,19 237:18 249:18 259:12 260:22 261:2,3
**far** 20:20 21:9 26:12 45:10 127:8 187:10 190:25 196:20 206:19 237:10 237:15
**fast** 170:16
**faster** 97:25
**father** 238:25 239:3
**favor** 32:15
**fbi** 39:15 220:11
**feature** 233:3
**features** 233:10
**february** 84:23 85:2,7,11 95:19 96:8 244:25 245:6
**federal** 12:25 13:8,9,15 42:20,24 52:22 249:2 265:24 281:17
**feel** 78:6 268:20
**feeling** 210:23
**feet** 278:7
**fell** 219:12
**felony** 52:14,19
**felt** 277:4
**fifties** 196:16
**fifty** 87:21,21 88:14,15
**fight** 256:13
**figured** 153:2
**figures** 95:10 95:10
**figuring** 148:6 152:13
**file** 104:23 105:9,15 106:7 162:7 282:3
**filed** 7:23 22:15 54:19 55:19 57:5 60:4 105:3,19,24 106:12,16,22 107:11 113:7 120:21 162:18 202:24 203:13 204:5 240:3
**files** 114:21
**filing** 13:2
**filling** 86:18
**finalized** 90:18 92:16
**finance** 253:25
**finances** 62:5,9 73:20 108:11 231:3,8,23

266:19 267:3
**financial** 144:18,24 161:6 190:21 191:21 193:7,8 193:14 197:4 209:17 223:17 228:23 229:4 269:16
**financially** 283:14 284:10
**financials** 137:16 158:5 160:25 269:20
**financing** 80:17 252:25
**find** 31:12 81:15 87:3 135:16 138:3 139:8 174:3,6 218:9 228:21 229:8 237:7 258:11
**finding** 173:17
**fine** 26:16 71:12 80:6 230:14 255:24 256:17,20 272:14 276:6
**finish** 143:14 221:18 232:14 244:5 259:16
**finished** 125:3
**fired** 223:22,25 227:10 228:5
**firm** 191:14 194:5 242:9 279:11
**first** 12:17 19:18 29:18 35:20 41:15 42:3,6 45:16 65:3,8,14 66:2 66:6 68:3 69:9 82:14,16,18 93:22 95:19 102:9,13 115:5 118:10 125:4 128:25 153:25 160:9 165:9,10 198:19 203:6 207:18 215:18 239:2 249:22 270:3,8 272:14 272:18 280:17
**firsthand** 141:18 142:7 165:11 168:4
**fisk** 1:17 3:8 9:19
**five** 6:12 43:13 47:15 93:8 210:3 236:8 256:7 257:17
**fix** 173:14
**floating** 83:16 84:5 138:24
**floor** 54:10 69:24 70:4,9 70:12 80:17 107:18 116:11 142:3 165:23 167:25 168:14 168:16,25 198:9,12,17,20 198:21,24 218:6,12,13,16 220:2 222:14 222:19 235:16 236:2 252:20 252:24 253:14 257:4,22 258:4 258:19,21 267:8 274:17 276:23
**floored** 221:6
**flooring** 220:21
**florida** 90:6,10 90:15,21,25 92:8
**flow** 47:14
**flowed** 107:7
**flushing** 2:12 5:10 6:15 10:9 12:2,5 18:19 108:15,16 109:25 110:6,6 110:21 190:5,9 205:11,20,24 207:12 231:14 244:24 245:6
245:17
**focus** 23:20 61:6 108:19 199:16
**focusing** 23:22 168:13 170:2 184:20 185:12 203:6
**follow** 86:24 156:16
**followed** 133:15
**following** 64:20 77:15 127:20 172:6 184:12 187:19 202:15 208:6
**follows** 12:20 143:21
**football** 263:2 263:3
**foreclosure** 237:9
**forefront** 219:7
**foregoing** 283:3,4 284:4 286:5
**foreign** 135:11
**forensic** 223:8 225:3
**forged** 239:19
**forget** 63:7 128:10,25 158:14 219:5

**form** 8:6 13:4 87:5 90:17 104:14 116:14 198:8 211:6 219:20 237:22 245:9 278:19
**format** 25:21 26:19
**formed** 86:3 238:9
**former** 37:23
**forming** 86:2 86:10
**forms** 232:4
**forty** 197:10
**forum** 30:8,11
**forward** 74:25
**forwards** 184:21
**found** 81:10,15 229:3,11 258:9
**four** 28:20,23 35:10,13,13 39:7 41:9 90:8 186:11 262:10
**fourth** 20:12 169:5
**franchise** 137:15 145:20 146:17 219:5
**franchises** 152:25
**fraud** 42:21,25 52:22
**fraudulent** 81:12 121:6 137:16 242:7,9 242:16 243:7,8 243:11
**fraudulently** 113:7
**friends** 61:17 118:19,20,22
**frivolous** 23:5 31:7,12,16 194:12,14
**fruition** 163:19
**frustrated** 80:4
**fulfill** 67:17 68:16 165:22 167:23
**fulfilling** 167:20 271:6
**full** 7:18 163:12 188:15 227:12 233:16
**fully** 13:10 242:13
**function** 144:11 249:25
**functions** 73:11 251:4
**fund** 88:13
**funding** 2:12 5:2 10:9 12:7 87:20
**funds** 87:9 122:3,6,8,24 202:17 204:12 204:13
**funny** 225:9
**further** 204:20 271:20 274:14 277:14 279:3,6 283:12 284:8
**fw** 7:16

**g**

**g** 42:5 184:15 214:18,18 240:10,18
**gaining** 204:20
**game** 171:2
**gang** 214:16,17 214:18,20
**gcm** 7:13 158:7 158:11,16,25 159:3,3,10,15 161:3 162:8,8 171:15,19 172:11,16
**general** 81:13 128:23 130:9 150:25 173:19 176:7,14 177:22 198:13
**generally** 62:8 104:13 115:23 119:25 120:3 175:22 198:23 217:15 220:18
**gestures** 19:24
**getting** 69:23 92:23 129:25 163:16 171:4 202:16
**gianelli** 120:23
**gibberish** 109:16
**give** 14:21 20:6 86:21 118:14 130:10 138:3 165:19 172:10 200:10,13 213:4 227:10 228:2 237:7 256:23 270:13 281:11
**given** 92:17 103:16 185:19 223:21 229:6 229:13 286:9
**gives** 100:16
**giving** 227:22
**glance** 31:5
**glanced** 31:14 31:20
**glasses** 95:25
**gm's** 128:20
**go** 14:5,5,10,19 14:20 19:15 20:20 22:12,20 29:6 30:17 31:17 37:5 40:23 47:21

60:24 61:3 76:11 93:18 101:24 109:21 113:13 117:7 124:23,24 135:6 153:5,6 166:3 167:18 168:8 173:22 180:24 190:24 200:11 237:25 247:14 257:25 272:14,16 273:24 274:17 278:21 279:23
**goes** 261:4
**going** 20:8,19 24:13,15 25:25 26:14 27:11 28:4,8,9 43:9 49:24 62:10 70:25 77:9 86:23,25 89:4 93:15 106:21 108:12,25 109:18 123:18 123:23 125:14 132:3 136:6,16 140:2 141:21 142:23 143:9 145:5 149:17 151:23,25 153:19 156:14 156:16 165:19 169:5,22 178:11 179:22 181:12 183:9 183:10 184:19 186:9,19 188:13 202:21 209:21 211:2 221:17 225:9 238:16 244:9 248:7 255:21 259:23 269:24 278:11 279:4
**gold** 2:2,3,4,5,6 2:7 4:4,5,5,6,7 4:7 9:25 10:2,3 10:4,4,5 51:17 51:21 52:4 157:24 160:16 160:20 199:25 201:10,17 235:9,12,16,20 236:3 249:11 249:12
**gonzelez** 146:19
**good** 9:2 11:13 13:16,20 14:23 89:14 118:19 118:20,22 141:10 144:10 170:14 171:17 204:18 210:4 274:20
**goodbye** 80:10 81:2
**goods** 95:10
**government** 50:4
**graduate** 60:20 60:22
**graduated** 61:7
**grand** 210:17
**gray** 145:17,18 146:2,3,6,13,21 147:5 152:24
**groceries** 77:9
**gross** 95:9
**ground** 19:15 21:19 26:5 174:10
**group** 2:5 4:6 4:12 10:3 15:16 54:21 83:19 84:12,16 98:25 107:14 114:9 120:21 122:18
**guarantor** 236:2
**guard** 263:14 263:15,18
**guess** 19:12 20:23 52:24 63:19 69:19 107:2 132:16 137:10 147:13 147:24 151:8 162:3 163:17 167:21 174:8 187:9 188:8 195:18 213:16 244:15 281:2
**guilty** 52:21
**guy** 128:24 129:11
**guys** 32:2 147:4 151:16 214:12 214:14 220:9

**h**

**h** 6:9 7:1 41:16 41:16 59:21 215:10 240:10 285:3
**hakim** 59:21,24 60:3
**hall** 37:5
**hand** 12:14 223:5,7 273:2 273:15 274:4
**handful** 83:12
**handle** 108:7 254:3 273:22
**handled** 162:24 163:9 253:21 271:8
**handles** 62:4,9
**handling** 34:2 34:6 269:3
**hands** 117:8 163:10
**happen** 117:7 144:22 164:3,8

273:5
**happened** 56:6 131:5 270:11
**happening** 277:6 278:23
**happens** 261:5
**hard** 30:4 139:8 260:6
**harold** 4:19
**harry** 1:23 4:18 4:21 9:22 11:24 12:8 34:8,10,12 47:24 49:16,18 250:10 271:24 272:14 274:16
**hartford** 134:20 135:2
**hats** 134:12 140:22
**head** 95:7
**health** 78:18,21 79:2,18
**hear** 19:20 36:7 46:7 55:25 59:7 66:18 206:8 211:23 239:6
**heard** 57:20 58:18 60:6 81:23 88:10,12 146:5 164:24 179:5 192:16 194:17 206:7 207:2 214:23 277:24
**hearing** 12:11 48:4 102:2 153:7 210:10 236:11
**heart** 143:25 144:10 259:10 259:25
**heated** 171:5
**held** 64:23
**hello** 80:10,25
**help** 28:11 40:10 63:8 65:13 78:9 120:8 133:25 134:6,16 135:14,15,15 135:16 145:21 148:11 150:12 225:10 230:6,9 230:17 268:23
**helped** 77:25 211:21 242:20
**helping** 148:22 149:2 267:7 268:21
**hereto** 283:13 284:10 286:7
**hi** 123:2
**hicksville** 55:20 57:9,18 59:17
**high** 60:14,16 60:17,24 75:22 83:4 123:8,11 147:23 168:21 176:3 270:20
**highlight** 114:19
**highlighted** 162:6 203:8 281:6
**highlights** 133:11
**highly** 257:12
**highway** 4:22 9:10 10:11 197:25
**hijacked** 114:24
**hills** 8:16 34:21 194:20,24 196:11
**hinder** 54:4
**hire** 131:24
**hired** 142:10,15 145:19 175:19 178:7,8 262:21 264:4 267:25
**hires** 130:6
**hmm** 66:20
**hold** 75:7 112:15 140:8 160:6 170:21 201:2 217:21 220:24 221:22 227:2,17 248:5 253:8 280:16
**holding** 56:22 157:7
**holes** 236:18
**holiday** 7:8 151:7,13
**home** 59:10 64:8,21 123:4 147:21,25 149:15 213:2 236:21 245:25 274:10
**homebound** 270:22,25
**honestly** 28:2 129:23 200:9
**hop** 210:2
**hoping** 28:15
**horrible** 179:6
**hotel** 91:8,12
**hour** 153:15
**hours** 7:9 22:4 73:25 151:7,13 256:7 257:17
**house** 17:2 91:20 92:8
**household** 62:4 62:9 64:9 91:3 91:6
**housekeeping** 279:10
**hrtatty** 4:24
**human** 20:7 131:14

**hundred** 119:2 192:15
**hundreds** 260:18
**hung** 255:3,4,6
**hunting** 10:15 33:8 35:9 58:3 58:7 241:2
**husband** 15:15 17:23 27:8 35:6,10 39:7 39:18,24 42:15 44:8 45:6,15 48:11 51:16,20 73:13 87:12,20 88:14 97:8 101:11 103:3 108:4,14 110:20 111:12 119:21,25 133:16 205:10 216:11,13,17 216:21 227:8 231:12,22 232:3,10,16 239:22 244:23 245:5,14 246:12,21 247:13,18 252:12,16,20 253:12 254:3 263:19 266:4 266:10 267:24 269:22 270:4,9 280:11
**husband's** 33:15 36:17 100:24 102:21 103:4,10 231:17 248:18 248:25 254:5 265:24
**hwy** 1:6 2:14 3:2 4:10
**hylan** 1:12,13 1:14,15,16,16 3:5,5,6,6,7,7 9:14,15,16,17 9:17,18

**i**

**iag** 247:12
**idea** 157:12 184:24 208:17 235:2
**identical** 151:8
**identification** 93:14 108:18 123:22 132:7 143:6 145:9 149:21 152:3 154:12 178:16 188:18 203:5
**identified** 224:15
**identifies** 94:21 94:25
**identify** 11:11 159:14,24
**identifying** 83:25
**ignore** 93:2
**illegal** 257:12
**illegally** 242:22 256:23,25
**image** 178:24
**imessage** 281:10
**immediate** 179:18
**immediately** 64:13 96:19
**important** 151:13 269:11
**inaccurate** 97:19 118:23 140:18
**inciteful** 228:14
**included** 186:6
**includes** 185:15
**including** 78:17 211:20
**incorporate** 68:7
**incorporated** 68:4,8
**incorporation** 68:4
**incorrect** 32:8 32:24 33:2,3,4 33:5 180:19 182:5 186:3 259:24
**index** 203:2
**indicated** 267:6 267:23 274:23
**indicates** 101:7
**indicating** 8:4 87:4 102:9
**indication** 100:2 222:2
**individual** 50:16,17 59:20 78:25 80:21 98:16 142:9,14 142:17 180:17 207:8 215:9 238:22 240:16 249:19 265:16
**individually** 11:23 196:2,3 196:4
**indulge** 189:4
**industry** 70:6 219:17 233:25 234:5
**information** 50:15 81:22 97:4 100:5 120:11 127:13 135:6 140:3 161:6 185:20 200:18 219:24 223:18,21 227:11,22

237:7 243:12
**informed** 92:16 219:11,15
**informing** 161:21,24
**initial** 55:2
**injury** 16:21 93:10
**insert** 250:5
**insistent** 107:18
**insperity** 131:7 131:9,19,19
**instance** 219:4
**instances** 220:19
**institution** 169:14 190:21
**instruct** 25:25 101:17
**instructing** 25:4 28:14
**instructions** 24:8
**insurance** 78:18,18,19,21 79:2,18
**intact** 141:10
**intend** 170:4 239:14
**intended** 11:3 204:14 281:16
**intent** 117:16
**intention** 117:11,12 210:25 241:14
**intents** 159:8
**interact** 250:24
**interactions** 126:15
**interest** 84:13 84:17 164:20 164:22 166:15 167:7 197:7,14 197:20,25 202:18 203:24 204:15,22 205:3 246:21 248:19
**interested** 219:9 267:7 283:14 284:11
**interfere** 218:4
**interfered** 217:17
**interject** 24:25 209:22
**interjecting** 109:4 154:6
**internally** 124:20
**international** 60:17
**internationally** 196:7
**interrupt** 47:13 280:23
**intervene** 28:16
**interview** 130:8
**interviewed** 175:21
**introduced** 69:18
**inventory** 258:15,16,22
**invoices** 171:24
**involved** 66:4,7 66:23,24 69:23 81:9 104:14 115:20 116:3 120:4,6,12,19 128:19 129:16 129:19 130:2 131:23 141:3 189:24 190:19 190:22 191:24 193:6 195:20 198:7 202:13 202:16,20 211:5 224:9 233:14 236:5 240:12,21 252:24 257:18 258:7,8 266:4 269:15
**involvement** 70:4 87:9,11 87:13 115:13 116:7 141:25 191:21 193:16 213:24 218:22 225:12 243:22
**involves** 16:25
**involving** 145:24
**iphone** 281:7
**irate** 272:25 273:9,14,22 274:3,9
**iris** 1:10 3:4 9:13 91:18 92:22
**island** 1:19 3:9 9:20 15:16 54:21 83:19 84:12,16 98:24 107:14 114:9 120:21 122:18 253:4
**issue** 144:9 148:7 152:14 152:17 176:16 183:19 251:25
**issued** 32:14 57:17 121:5 243:17
**issues** 14:9 49:18 54:9 122:17 123:5 123:16 134:14 137:7 149:5 180:6 251:7,13

**j**

**j** 3:10 83:25 240:18
**j.p.** 2:13 10:9
**jackets** 114:21
**jamaica** 3:21 3:22
**james** 151:20
**january** 7:15 18:15 76:3,25 96:25 172:15 174:24 271:3 275:2,24 276:2
**jbenjamin** 4:15
**jcianciulli** 5:7
**jean** 284:2,14
**jerome** 32:13
**jiying** 240:17
**jmw** 1:23 10:13
**job** 2:25 130:8 132:22 133:3,7 176:11 215:25 235:23 272:24
**jody** 240:10
**joined** 49:12 212:3 268:5
**jointly** 246:12
**jones** 2:1,10 9:24 10:8 12:2 98:18,19,23 191:23 193:13 193:15,19,22 194:6,9 219:4 219:11,15 223:4 225:14 225:16,20,21 225:23 267:5 269:19
**jory** 1:9 3:4 9:12
**josh** 113:23 122:25 191:23 202:4,8 219:9 242:13 247:18 267:10
**josh's** 191:14
**joshua** 1:9 3:4 9:12 166:16 219:16
**jruderman** 3:14
**judge** 15:21 18:21 26:14 28:9 120:23 200:6,19 243:16
**juggling** 134:2
**july** 77:23 175:9 210:18
**june** 239:12 261:17,18,23 275:11,20
**jurist** 228:13
**justice** 32:13

**k**

**k** 42:4,5,5,7 59:21 106:21 107:8,21
**kataev** 3:19 6:3 6:5 11:13,14 12:22 13:14,19 13:21 15:3 24:18,22 25:2 25:4,13 26:3 26:12,18 27:13 27:15 28:6,10 29:2 30:19 47:10,11,18 48:9,18 49:7 71:10,11 72:7 72:9,17,20,22 75:4,11 80:6 88:9 89:7,11 89:15 93:2,4,6 93:20 98:14 100:3 102:7 103:20 104:4 109:6,11,24 110:4 112:3,13 112:19 113:19 116:19 125:2 140:7,13 145:13,16 153:4,12 154:9 154:15 156:23 159:18 160:3 160:11,14 170:17,21 171:12 200:19 200:24 201:6 209:22 210:4,8 210:15 217:20 218:2 221:10 222:9,10 226:25 227:7 228:3,8,12,17 228:18 230:8 230:13,23 232:2 233:22 236:7 256:8 272:7,13,17,20 274:13 275:14 277:14 278:19 279:11,17 280:5 281:11 281:14 282:5
**keep** 19:18 30:4 47:8 119:23 165:5 170:15
**keeps** 230:21
**keisha's** 180:10 182:3 184:12 186:19
**keshia** 179:19 179:24 180:6 181:13 187:4,7 187:18 188:3
**kevin** 215:12 215:18,22 216:4,10,12,16 216:20,22

217:3,6,7,8,10
**khan** 1:10 3:4 9:13 84:2
**kibosh** 267:11
**kids** 35:10 90:8
**kind** 57:12 75:5 119:21 144:6 149:5 151:17 239:15 263:20 277:4 278:23 278:24
**kindly** 25:14
**knew** 39:25 123:16 206:19 232:23 242:13
**know** 14:13,19 14:24 16:22 26:4,15 30:3 33:25 34:9,13 34:17 35:7 39:17,18,19 40:2,7 44:4,13 45:8 50:19 51:14 52:2 56:4 57:21 59:15,20 60:7 62:10 66:5 69:4,20 70:2,8 70:11,13 73:9 78:21 79:4,6 79:22,23 80:21 80:23 81:17 82:12 83:5 87:12 89:19,21 92:6 93:18 95:6,13 96:23 98:23 101:14 101:23 103:7 103:13 108:4 108:24 110:9 111:5,12,16 115:4,16 116:17 117:10 119:9,11,20,21 122:10,16 124:15 125:11 126:11 127:25 129:12 130:24 132:11,13,22 133:6,12 136:5 136:10 137:24 138:8 139:21 139:24 140:24 141:2,15 142:8 143:13 144:5,8 145:10,17 146:6,9,18 148:25 151:10 152:11 153:2 154:16,25 155:8 156:2,4 156:10,21 157:3 159:21 161:9,14 163:13 168:10 169:17,18 171:18 172:3 172:18,19,25 173:15 174:15 178:21 179:3,9 179:21 181:4,5 181:14 182:4 182:14,21 183:5 184:7 186:14 187:18 187:22 188:3 188:10 189:20 192:11,25 196:6,8,22 198:11 202:6 202:16 203:18 204:2 205:22 206:2,5,20,22 207:3,6,22 208:3,22 211:24 212:4 212:12,20 213:5,15 215:9 215:14 216:5,6 217:9 218:16 218:21 220:3 221:4 223:2,24 225:18,23 226:14 229:23 230:11,15,17 230:19 231:6 232:2,8,22 233:7,11 234:22,23 235:18 236:6 237:10,16 238:21 240:2,6 240:7,9,16 244:8 245:17 245:21 247:2,4 247:5 253:3,15 253:20,20 255:21 256:9 256:14 257:21 258:6 260:3,8 260:9,17,21 262:24,25 264:4,22,25 265:3,22 266:11,16 267:3,17,18 269:23 270:21 273:8,11,20 276:10
**knowing** 69:7 259:20
**knowledge** 39:22 43:21,25 44:23 52:7,20 53:21 54:2 60:2,10 62:7 69:21 81:6 82:2,9 94:14 95:4 96:15 106:6,11,15 115:7 116:17 119:13,16 120:15 121:9 127:3 128:7 129:4 132:25 133:5 134:17

134:24 140:16 141:19 142:7 164:18 165:11 167:15 168:5 173:16,21,25 174:5 176:10 180:15,23 182:7 185:8 186:4 189:16 195:14 197:5 198:15 201:15 201:23 202:10 211:15 213:25 215:17 216:3 218:5 230:3 232:21 233:16 235:15,19,25 247:11 283:9 284:6
**known** 47:22 163:14 215:11
**knows** 119:12 218:15
**kwan** 191:23 252:5 261:11 261:13,25
**kwan's** 252:7

**l**

**l** 22:24 42:5 152:6,6 206:3 206:3 238:24 238:24 240:10
**labeled** 99:12
**lack** 105:10 121:2
**lady** 136:25
**landlord** 55:19 56:20
**lane** 10:15 33:8 35:9 58:4,7 241:3
**language** 162:17
**laptop** 148:3
**late** 106:23 119:5
**latif** 22:23 37:24
**laurel** 2:24 9:3 47:21 283:2,17
**laurie** 1:25 4:3 7:13 9:24 108:14 118:11 118:15,19,22 118:25 119:17 120:4,16 157:11 184:22 184:25 185:7
**laurie's** 185:4
**law** 4:12 39:11 86:7 220:15,16 238:25 239:3 247:6
**laws** 11:5
**lawsuit** 16:21 16:22,23 17:5 17:10,16,19,25 22:14 54:13,14 54:15,19,25 55:5,5,13,16,19 56:5,8 57:5,8 60:4,8,11 120:21 194:9 203:9 204:4,8 229:16 239:23 240:3,21,25 241:19
**lawsuits** 55:9
**lawyer** 23:17 24:16 121:13 229:21 230:12
**lawyers** 221:24
**lead** 44:19
**leading** 213:17
**leads** 7:11 40:11 58:24 59:3,8
**leaning** 222:2
**learn** 43:25 45:16 81:18,21 179:10
**learner** 170:16
**learning** 146:24 170:14
**lease** 33:17 56:23
**leasing** 1:8 2:15 3:3 4:9 8:7 9:11 10:12 74:15 86:3 87:6 246:13
**leasly** 152:6
**leave** 48:23 61:13 63:10
**leaving** 63:17 63:18
**led** 44:13
**left** 49:22 61:9 62:13 63:14 91:10 101:6 188:20 191:15
**legal** 3:20 11:14
**legs** 255:5
**leight** 240:10
**lender** 8:15 237:2
**lenders** 144:19
**lending** 167:25 168:14,16,25
**lenient** 50:7,12
**letter** 214:8,10
**letting** 14:10
**level** 176:3
**lewis** 179:19,24 181:13
**lexington** 3:12
**liability** 85:17 95:2
**libertas** 2:12 5:2 10:9 12:2,7 202:3 203:22 204:13,21 269:23

**lic** 2:6 4:6 10:4
**license** 50:23 51:4,12,17,21 51:23 52:3,8 52:12,17 247:20,25 248:18 249:7
**licensed** 172:13 247:14
**licenses** 162:7 162:11,18
**lie** 32:4
**lies** 30:5
**life** 43:22 44:5 44:12,20 78:18 193:19
**light** 208:18
**limit** 233:19
**limitations** 45:23
**limited** 26:11 28:21 77:17 78:17 85:17 95:2 167:16
**linden** 4:12
**line** 47:12 54:11 69:24 70:4 89:9 198:9,12,17 209:23 222:15 224:16,17 235:16 236:2 253:14 272:7 272:13 285:4,7 285:10,13,16 285:19
**lines** 70:9,12 78:20
**list** 31:13 169:7 258:22
**listed** 78:23 94:8 95:15 97:7 98:17 191:8 200:3,4
**listen** 14:20
**listened** 19:7
**listing** 83:18 87:20 88:13 101:11 191:4 197:12,19,24 198:4
**lists** 93:24
**literally** 101:24
**litigating** 241:5
**little** 2:11 10:8 70:13,14 93:5 96:3 123:10 165:11 171:5 181:18 187:10 235:24 243:21 277:6
**live** 35:8 38:8 126:17
**lived** 56:25
**lives** 35:11
**living** 266:12
**llc** 1:5,7,8,13,14 1:14,15,16,17 1:18,19,20 2:3 2:4,5,6,7,8,13 2:14,16 3:2,3,5 3:5,6,6,7,7,8,8 3:9,18,20 4:4,5 4:6,6,7,8,10,10 5:2 8:7 9:9,10 9:11,15,16,16 9:17,18,19,19 9:20,21 10:2,3 10:4,4,5,6,9,11 10:12 11:14,16 15:6 51:18,22 52:5 86:3,6,7 86:10,19 87:6 160:17,21 197:25 200:2 201:11,17 235:10,13,17 235:21 236:4
**llp** 2:11 3:11 5:4,12 10:8 12:4,7
**loan** 59:23 60:5 93:10 94:22 103:4,9,15 110:21 120:16 202:3 244:24 245:5 269:23
**loaned** 119:2
**loans** 104:15 117:23 244:19
**location** 2:22 36:23 40:13 134:21 259:4
**locked** 187:24 188:5 214:12
**log** 199:7,8
**long** 21:12 25:18 63:4 68:23 69:7 76:4,20,22,23 77:5 122:10 147:2 182:15 226:23 265:19
**longer** 189:22 199:17 207:4
**look** 45:21 93:7 139:18 184:11 188:24 225:17
**looked** 27:18 29:8 147:21 190:13 209:13 209:19
**looking** 20:18 95:24 127:10 178:25 188:20 188:23 190:23
**looks** 152:21 183:4,16 184:18 186:13 189:3
**lose** 163:23
**lost** 143:15
**lot** 14:7 127:6 131:11 134:2 137:3 140:20 146:4,7 178:13

211:10 212:2 224:12 243:6 247:23
**loud** 19:19
**love** 87:24 236:9
**lowe** 8:9 128:22 134:9,12 140:19,24 141:4,8 151:2 156:8,12,16 173:20,22,23 175:6 176:7,8 176:12 177:22 178:4 180:22 180:24
**lubricate** 47:16
**luis** 39:17,23
**lunch** 153:15

**m**

**m** 8:1,13 16:12 16:12,14,15,15 41:13 42:5,6,7 42:8 59:21 215:10 238:24
**madam** 75:4 101:23
**made** 50:4 88:22 90:6 140:15 152:15 161:22 163:22 164:3 182:22 185:24 186:2 189:23 211:19 225:19 243:9 259:19 276:5 278:13 286:5
**maiden** 37:24
**mail** 155:18,23 156:5,9
**main** 67:18 119:14 174:25 259:5 269:2,8
**maintain** 38:15 250:16
**maintained** 250:18
**maintains** 74:14
**major** 14:9 61:5 137:6 176:16
**majority** 40:15 270:22
**make** 86:6 93:5 97:24 140:3 150:10,18 151:7,13 207:15 208:4 220:9 221:17 224:12 227:25 260:3,20 278:13 281:7 281:12
**makes** 162:4 163:19
**makeup** 192:13
**making** 73:15 117:7 144:12 150:3 164:2,7 244:11
**man's** 114:12
**manage** 46:6 46:11,12,14,18 46:20,22 54:5 68:24 136:15
**managed** 51:10 65:16,20 66:3 69:8 72:25 73:12,21 78:3 78:11 116:2 257:10
**management** 1:19 3:9 9:21 50:21 155:14
**manager** 128:23 130:9 146:14 150:25 152:25 173:19 176:7 177:23 242:12 253:24 253:25
**managers** 46:22 253:23 254:2
**managing** 47:4 117:21 126:2 129:17,21
**manner** 11:6 58:6,13 216:23
**marawha** 4:11 6:7 11:21,21 12:24 13:7,9 13:17 14:4,12 14:17,24 24:10 24:13,20,25 25:8,24 26:7 26:16,23 27:4 27:11,23 28:10 30:6,8,11,15 47:10,20 48:18 71:4,7 88:5 89:7,14 92:23 93:3 98:3,5,9 101:20 111:24 113:15 116:14 124:19 156:20 159:25 170:17 170:19,25 171:3,8,10 200:12,14,17 209:21 210:6,9 221:19,22 228:12 230:10 230:16,22 233:19 236:10 239:6,9 243:23 243:25 244:6,9 245:24 246:6 248:5 254:13 255:7,10,12,16 255:19,25 256:19 259:16 260:11 266:24

271:24 272:5 272:12,16 274:16 277:12 277:16,19 278:20 279:4 279:20,23 280:3,22 281:24 282:6
**marc** 1:25 4:3 7:18 9:23 41:24 42:2,3 179:20 180:11 180:16 181:7 183:14,16,18 184:4 185:13 185:18,24 186:9,11 263:12 268:18 272:23
**march** 36:14,16 193:9 244:25 245:6
**mark** 27:13 143:3 145:6 151:25 154:10
**marked** 93:13 108:17 109:23 123:21 132:6 143:5 145:8 149:20 152:2 154:11 178:15 188:17 203:4
**marketing** 67:18,20 68:14 73:3 145:19 146:13 152:24 259:6 271:14
**marking** 93:8
**markings** 154:7
**marriage** 37:15 38:21
**married** 36:5,8 36:18,21 37:3 37:14,17,23 61:21
**marwahalaw....** 4:15
**matches** 189:6
**math** 189:5
**matter** 9:8 39:12 153:23 168:19 237:9 281:3
**matters** 34:14 34:16
**matthew** 146:18 147:8
**matthews** 237:19 239:18 240:14
**mean** 36:22 67:15 74:21 83:15 120:23 122:5 129:10 129:18 130:7 130:14 136:25 137:3,9 141:10 148:10 151:4 152:10 162:2 179:11 187:16 192:8 220:14 225:7 229:22 254:17 260:2 263:11 268:7 268:18 277:3
**meaning** 134:11
**means** 11:7 26:25 141:23 173:10 205:16 281:8
**meant** 162:19
**mechanics** 57:22 139:25
**medication** 14:3,6
**medications** 22:3
**medium** 198:22
**meet** 61:15,18 80:8 90:10,15 90:25 118:9,10 118:15 205:19 249:23 282:2
**meeting** 62:23 80:13 165:9
**meetings** 165:7 168:6 219:7
**member** 197:13
**members** 83:19 83:20 84:3
**membership** 192:6 197:14 197:20,24
**memory** 20:23 31:15 83:8 96:11,15 114:4 117:13 134:8 189:17 213:8 213:11 275:12 275:21
**mention** 252:3 252:11,15,19
**mentioned** 55:11 190:10 252:2,5 269:10 270:23 278:2
**mentor** 252:6,7
**merckling** 1:25 4:3 7:19 9:24 41:24 180:11 180:16 183:15 183:17,18 185:13,18,24 188:15 262:17 262:18,22,25 263:12 264:5 267:25 268:9 269:12 272:23
**merckling's** 263:4 272:24 274:3
**mere** 242:12
**merit** 121:2

**message** 156:8 205:9,16 280:13,17 281:4
**messages** 8:8 156:12,15,18 281:14,15
**met** 62:2,15 63:25 68:25 69:9 82:15,17 82:18 90:21,22 91:5,16,24 92:2
**michael** 1:25 4:3 7:13 9:24 80:22 81:17 82:6 118:10 157:20 185:7 214:21
**mid** 129:15,22
**middle** 75:22 93:23 97:3 125:9 127:24 133:14 143:9 176:18 181:11
**might've** 114:18 194:2 231:15,15
**mike** 157:7,10 157:14,14,16
**million** 242:21 256:22,24 257:3,23 258:4
**mind** 114:15,17 144:16 231:21
**minute** 47:15 114:14 239:8
**minutes** 24:11 25:20 27:4 186:11 210:3 236:8 256:11
**mishmoshing** 135:17
**misinformation** 216:25
**mispronounce** 238:23
**missing** 32:9 99:22,25 173:7 173:12,18 174:3,7 177:3 177:7
**misstatement** 95:13
**mistake** 276:5
**mistaken** 16:14 180:3 193:5
**mister** 82:15 214:8
**misunderstand** 29:4
**mitzman** 16:10 16:11,12,17,18 17:10,21 18:4 22:14 54:14 55:6 56:18,19 57:5
**mm** 66:20
**modeling** 151:20
**mohammed** 37:21
**mom** 76:10,14
**moment** 47:11 72:19 155:10 209:22 226:14 239:10 248:6 280:16
**money** 31:24 146:4,7 149:3 163:10 181:8 202:4,9,10,14 204:21 214:13 245:17 253:13 253:18 263:5 266:14 269:24
**monitor** 126:14
**monitored** 128:9,17 129:13
**monitoring** 126:18,23 127:4 129:6
**month** 36:13 75:25 77:14,15 77:18 118:14
**monthly** 144:18,24 196:14 266:13
**months** 16:7 18:10 19:14 69:4 77:7 114:12 193:23 196:22 215:19 215:20 248:2 271:2
**morgan** 2:13 10:10 80:22 81:17,19,22 82:7 214:22,25
**morgan's** 82:9
**morning** 9:2 11:13 13:20 25:17 147:16 280:8
**mortgage** 8:15 196:10,15,18 196:24 236:23
**motilal** 238:23 239:17 240:3 240:13
**motion** 30:12 200:20 282:3
**motor** 1:7 2:15 3:3 4:9 8:7 9:11 10:11 51:5 74:15 86:2 87:6 246:17,23 247:20 248:20
**motors** 1:4 2:4 2:6,7,8,9 3:17 4:5,6,7,7,8 7:6 7:11 9:8 10:3,4 10:5,6,7 11:15

13:24 51:17,21 52:4 157:25 160:17,20 200:2 201:11 201:17 235:9 235:12,17,20 236:3 249:12 249:13 274:25 285:1 286:1
**mouse** 94:4
**move** 14:10 77:4,12 228:17 256:17 257:10
**moved** 130:13 130:14 214:2 268:4,8 271:11
**moving** 74:25 94:5 171:13
**multifunctional** 268:24 269:2
**multiple** 220:10 231:18
**mumbling** 19:24
**murphy** 32:13
**mv** 257:11
**mweiss** 5:15
**myers** 154:4,16
**mystery** 151:11

**n**

**n** 3:1 4:1 5:1 6:1 8:1,13,13 16:12,15 41:19 42:5 131:9 132:14 206:3 214:18 215:11 240:18
**n.a.** 2:14 10:10
**name** 8:15 9:2 13:20 22:12,19 33:14,15 35:3 37:18,23,24 38:6 41:15,18 42:4,6 65:7,24 98:16 100:6 117:16 121:18 128:20,25 129:2 157:21 160:10 177:25 179:3 182:8,11 184:3,5,6 215:11 218:14 219:5 220:12 234:25 235:3 237:19 238:2 238:22 240:10 240:17 249:19 250:6 264:15 264:18 265:3 281:6,9
**named** 11:23 59:20 80:21 157:14,16 207:8 215:9 269:7
**names** 22:22 65:18
**nassau** 32:14 220:11 262:18
**nathan** 206:2
**nathaniel** 234:23
**native** 35:24
**nature** 20:7 265:17
**necessarily** 260:2
**necessary** 148:16,19 149:4 211:16 263:21 286:6
**need** 14:8,10,19 14:20 23:4,11 23:19,25 24:2 44:9 49:15,19 51:4 66:17,19 85:12 93:18 98:5 113:15 127:8 150:6 161:16 162:7 171:3 190:24 198:16 210:2 211:19 225:10 226:18 239:8 246:4 248:11 248:11 281:25
**needed** 41:2 46:25 76:11 120:3,8 127:14 134:16 135:14 135:22 153:2 215:25 268:16 280:4
**needing** 134:6 135:15,15
**needs** 126:17 133:24 139:25 162:24 173:14
**negotiating** 270:18
**neither** 283:10 284:6
**nesna** 117:22 118:4 232:4
**never** 29:11 35:25 36:4 39:5 58:21 59:9 61:7 80:13 82:20,22 82:24 84:11,14 84:18 88:10 105:19 106:22 111:5 115:9,18 139:4 162:12 165:8,23 167:5 167:11 168:5 169:4 194:11 198:10 200:7 205:21 216:22 217:3,5 219:6 221:6 239:21 253:12 269:17
**new** 1:2 3:13 4:14 10:15,19 33:9 34:21

37:4 38:9 53:10 55:20,20 56:14 57:9,9 57:18,18 81:13 92:3 130:6 158:13 162:7 169:8,13,25 170:5 190:14 190:20 194:20 194:24 195:3,6 195:9,12,16 196:11,25 246:16,23 247:6 248:17 283:19
**newborn** 76:14
**newell** 206:2
**nice** 252:9
**niche** 67:18
**night** 214:22
**nine** 163:14 192:14 197:10 215:19
**ninety** 192:14
**nipun** 4:11,15 11:21 30:13 49:14,18 230:6
**nissan** 82:4,7 82:11 90:16,17 90:20 138:7 139:7,18 141:20 142:3
**nonsense** 17:12 17:14 29:24 137:4
**nope** 67:22 87:17 116:6 172:2 186:3 193:10 207:10 269:21
**northshore** 1:7 2:15 3:3 4:9 8:6 9:11 10:11 11:25 66:8,23 67:9,13,24 68:3,16,20,24 69:8,23,24 70:16,24 71:17 71:20,23 73:23 74:15 78:14,24 83:14,18,24 84:13,17,20,25 85:10 86:2 87:6,20,22 88:15 94:21,25 95:5,16 96:11 96:14 101:2 104:16,19,21 104:24 105:4 105:20,24 106:6,12,16 110:22 111:2 112:5 113:2,6 113:11 114:22 115:9,14 116:9 116:12,20,22 117:2,4,15,15 120:5 121:16 121:18,24 122:3 130:12 130:17,21 131:2 158:5,14 158:21 159:6 160:16 164:23 165:3 166:15 167:7 191:5,6 191:9 192:6 197:14,21 199:18 204:14 205:3 207:12 211:10,17 213:21 214:3,3 215:16,18,23 229:17 244:20 245:8 246:13 249:10,15,24 250:2,17,19 252:25 253:6 253:22 257:3 257:24 258:5 259:4 260:20 260:23 266:7 268:4 269:16 270:19 271:13 272:24 273:19 274:25 275:5 275:12 276:8 276:25
**notary** 10:17 13:6 283:18 286:13,19
**note** 221:11 279:10
**noted** 286:7
**notes** 222:3,6
**notice** 213:15
**notified** 102:19 280:5
**notify** 116:11
**notwithstandi...** 105:10
**november** 6:17 59:25 82:25 83:10 96:16,17 105:6 113:9,22 113:23 114:7 114:14,19 121:23 122:3 123:7 124:13 129:15,22 175:9 201:19 270:16 271:3 276:20
**novicky** 127:24 129:11 138:10 138:14 141:14 177:11 205:10 214:21 232:19 232:23 233:6,8 233:17
**number** 10:12 95:5 97:7,10 100:7 145:12 154:8 203:2 270:24

**numbers** 188:24 189:6 224:11,12 257:23 258:4 258:18
**ny** 2:23 3:13,22 4:14,23 5:14 8:16
**nyc** 2:2 4:4 9:25 119:8,10 119:14
**nycb** 63:3 64:5 64:11,15,20,25
**nyfraudlaw.c...** 4:15

**o**

**o** 8:1,13,13 41:13 215:11 215:11 238:24
**o'clock** 153:4 280:7
**o'sullivan** 250:6,10,13,21 252:7 260:17 261:10
**oath** 15:19
**oaths** 10:18
**object** 24:13 27:11,24 111:17,24
**objecting** 111:6
**objection** 10:21 12:11 26:5 48:4 101:16 102:2 116:14 153:7 210:10 221:24 236:11 245:9 250:5 254:13 260:11 275:14 278:19
**objections** 13:3 13:13 49:4
**obligations** 165:23 236:23
**observe** 41:5,7 231:12
**observed** 19:6 41:24 44:17
**obtain** 51:4 52:12,17 54:10 161:5 172:16 204:14 245:5 247:19 249:7,9
**obtained** 51:17 51:20,23 73:6 121:7 191:18 203:22 235:16 242:8 244:24 249:11 275:10 275:19
**obtaining** 104:15 244:18
**obviously** 244:10
**occasionally** 155:16 251:14
**occasions** 123:3
**occupants** 237:13
**occurred** 57:25 114:7 115:4,9 210:18 212:5 213:8 220:21
**october** 270:16 271:3
**offered** 50:7,11 50:15
**office** 18:20 62:14,18 82:19 120:9,10 143:25 144:7 144:12 150:22 150:22 165:10 233:18 250:17 250:18 259:9 259:13,21,25 262:5
**officer** 238:14 262:19 283:1,2
**official** 38:25
**offsite** 134:18 135:7 136:3
**oh** 14:4 54:22 72:20 91:13 96:8 109:14 114:23 128:3 131:16 141:9 143:18 144:4 154:14 157:12 160:12 170:23 184:9 186:17 186:21 208:15 247:9 272:2
**okay** 13:14,25 15:7,11 16:25 17:5,9,23 18:3 18:18,25 19:5 19:13,21 20:10 20:16,25 21:7 21:11,15,21 23:2,6 25:3,14 25:18 26:3,6 26:11 27:13,23 28:24 29:17,25 30:14 31:2,6 31:11 32:6,11 33:6,13 43:6 45:3,20 46:15 46:19 47:10 49:24 50:10 55:9 56:19 57:8 58:11 69:22 71:6 72:15,21 74:6 74:8,13,21 75:3 76:4 77:15,21 78:13 79:15,19 80:3 83:13 84:7 85:20,24 86:23 90:9 91:24 92:5,12 93:3 94:19 95:8,14 96:6,8,18 97:2

98:19 99:4,24 100:19 102:5 102:16 103:20 103:23 104:5 105:8 106:5,25 108:2,12,21 109:12,15 110:3,8,12,13 110:16,19 113:9 117:6,10 121:4 125:13 125:13,17 126:12,12,19 127:3 128:3,6 129:3 130:25 131:16,23 132:8,12,12,21 133:14,22 135:4,12 136:6 136:12,23 138:8 139:9,22 139:23 140:14 141:4 143:15 143:18,19,19 143:23 145:14 145:15 146:10 146:15 147:12 148:2,24 149:17,23,25 152:4 153:4,22 153:22 154:2 154:14,20,24 155:3,17 157:4 157:4,19,22 158:3,20 159:5 159:8,19 160:12,23 161:4,10,13,16 161:17,19 164:6,25 165:12,25 167:5 168:13 169:5,12,24 171:18 173:4,9 173:13,21,25 174:20,24 175:4,18 176:17,20,23 178:11,20 179:14 181:10 181:15,15,24 183:12,13 184:9 185:16 185:17 186:4 186:19,21 187:3,5 188:19 188:25 189:9 191:2 193:21 202:6,14 203:19,19 204:19 208:9 222:17 229:25 230:14 232:6 233:21 236:10 236:18 237:12 237:18,25 238:7,18,21 239:2,5 240:2 240:9,16,20 241:20 242:3,6 243:5,13,20 244:13,16,22 245:12,14,24 246:8,20 247:2 247:5,11 248:14 249:18 249:22,25 250:16,20 251:3,6,11 252:9,23 253:17,21 254:17,22 255:9 257:16 258:25 259:7 259:12,22 260:11,22,25 261:22 262:11 262:16,21 265:11,14 267:18,21 268:12 270:23 272:12 276:4 276:10,24 277:16 278:15 278:21 279:15 279:22 282:8

**okey** 282:5

**old** 2:23 10:15 33:8 56:13 91:9 241:3

**onboarding** 130:2,5

**once** 18:21 40:21 82:24 92:2 182:16

**ones** 220:4

**open** 231:13,24

**opened** 69:14 105:5 190:4 275:24 276:2,7

**opening** 169:8 169:24 170:8 190:8 210:17

**operate** 46:3,5 46:9,12,23 51:3 54:5 68:23 169:20

**operated** 42:15 51:10 65:15,19 66:3 69:8 72:25 73:12,21 78:3,11 95:16 115:10 116:2 130:17

**operating** 47:3 76:17 83:14,17 83:25 84:19,25 85:6,10,13,16 96:24 116:10 116:13,21,22 117:3,14,20 120:5 121:17 126:2 129:16 129:21 175:2 191:4 199:25 201:10,16

207:19
**operation** 50:21 72:3 155:13 220:20
**operational** 96:18
**operations** 117:4 259:2,13 259:21 275:2,6 275:22
**operator** 277:2
**opinion** 248:12
**opportunity** 31:17 258:20 281:12
**opposed** 218:18
**opposition** 248:13
**order** 50:11 51:3 52:11,16 86:18 121:5,11 122:11 140:3 148:3 198:16 227:10 281:9
**ordinary** 253:21
**orgad** 234:23
**organized** 86:19 96:20 211:22
**original** 110:15
**originally** 276:6
**ousted** 81:14
**outcome** 141:15,20 283:14 284:11
**outlet** 257:6
**outlined** 133:10
**outright** 229:17
**outside** 27:16 27:17 29:7 119:17 194:3 195:22
**outstanding** 117:22 118:6
**overheard** 212:18,25
**oversaw** 277:4
**oversee** 148:14 148:18
**ovington** 5:13
**own** 33:10 34:18,20,24 46:14,16,19 53:15 54:4 68:23 74:21 111:2 134:2 194:19,24 195:3,4,5,8,11 195:21 229:16 229:18,24 234:11 241:12 246:12
**owned** 51:9 65:15,19 66:2 67:14 69:8 72:25 73:12,21 74:7 78:3,10 116:2 194:24 196:11,25 246:12
**owner** 46:23 67:24 70:17 71:2 74:15 84:10 85:12 97:7 100:25 101:12 104:19 104:21 108:2 111:7 113:6 119:7 191:5 197:10 200:3,4 201:12,13 238:11 254:7 254:10 277:2,3 278:5,16,18
**owners** 87:22 88:15 97:4 113:2 175:3 242:15,24 247:7
**ownership** 31:18,22 50:21 53:18 97:13 112:5 121:3 235:8 246:20 248:19
**owning** 47:3 73:7 125:25 191:6 195:16
**owns** 74:9 196:6 223:9

**p**

**p** 3:1,1 4:1,1 5:1,1 41:13 131:9 215:10
**p.m.** 104:3 153:8,11 210:11,14 236:12,15 279:19 280:2 282:9,11
**pa** 5:6
**page** 6:2,10,12 6:16,18,22 7:2 7:4,7,12,15,22 8:2,14 93:8,22 93:23 94:20 96:4,5 97:3 98:15,16 99:6 99:6,11,16,17 102:9,13 123:20 124:12 125:5,5,9,15 126:10 127:24 132:4 133:15 136:8 139:20 142:24 143:9,9 143:22 145:5 149:18 151:24 153:21 154:21 154:21 156:25 156:25 161:11

161:11 172:23 172:23 176:18 176:22 178:12 181:12 183:9,9 184:20,21 185:12 203:6 203:16,17 285:4,7,10,13 285:16,19
**pages** 108:24 183:2 189:2 221:13 231:18
**paid** 57:6 68:19 140:25 179:15 179:16 201:20 252:21 253:5 253:12
**pain** 77:20
**pal** 263:2
**pandemic** 87:9 87:19 88:13 100:18
**panni** 2:24 9:3 283:2,17
**paper** 162:20 257:11
**paperwork** 8:6 86:18 87:5 144:8 148:25 162:24 258:12 258:13,15,16
**paragraph** 169:6 171:14 172:7 203:16
**parents** 35:12
**park** 4:13
**parmeshwar** 215:10
**part** 50:18 94:18 97:25 99:19 110:10 116:16 132:5 136:7 150:9 151:3 163:6 165:6 166:8 167:3 168:5 178:22 201:21 203:23 204:22 214:20,22 248:8 260:2 273:12
**partially** 184:14
**participate** 21:22
**participated** 50:22 51:11
**particular** 32:25 101:5 174:18,22 182:18 184:25 186:5
**parties** 10:19 10:23 222:8 264:7 279:5 283:11,13 284:7,10
**partner** 65:25 169:15
**partners** 2:10 4:9 10:7
**partnership** 161:22
**party** 54:15 55:3,10,19,22 56:3
**pass** 239:5
**passed** 89:17 89:19 141:17
**past** 22:3 99:6 184:19
**pause** 14:25
**pay** 78:19,20 140:22 141:5 252:4,13,16 253:17 266:12
**payable** 266:21
**paying** 86:13 144:15 241:21 241:24,24
**payment** 117:22 118:5 127:12 196:14 207:25 208:7 266:18
**payoffs** 251:22
**payroll** 130:21 131:14
**pc** 4:12
**penalty** 15:19
**pending** 21:6
**penny** 233:15
**people** 41:9 150:23 184:10 186:2 212:2 218:6,23 219:2 263:23 278:4
**percent** 97:14 100:2,25 101:11 164:20 164:22 165:3 165:19 166:15 167:7 181:21 191:5,6,9,15 197:10 200:3,4 201:12,13
**percentage** 97:13 192:2,14 193:2 197:20 235:8
**perfect** 74:23 210:9
**perform** 58:22 87:2 199:7 269:12
**performance** 176:9,13
**performing** 266:6
**period** 43:14 76:21,24 77:11 261:23 262:14
**periodically** 14:8

**perjury** 15:20
**permission** 282:3
**permitted** 11:3
**person** 8:5 18:14 25:23 26:24 47:22,23 74:9 92:7 103:8 111:9,11 128:16 136:2 147:8,11 174:25 219:16 264:19 268:19
**person's** 20:8
**personal** 16:21 193:8,13 268:16
**personally** 155:19,24 193:25
**personnel** 6:20
**ph** 206:5,17 207:4 249:20 249:23
**philadelphia** 5:6
**phone** 25:22 26:24 27:2 97:10 130:8 156:15 189:8
**phrase** 170:2
**physically** 40:12 58:19 59:3,9 75:15 77:22 91:13 92:10 129:18 131:6 134:22 135:9 137:12 138:25 139:4 149:7,11,15 156:3 168:21 169:16 174:16 211:4 269:14 274:7
**picture** 183:6
**pinpoint** 167:17,19
**place** 25:22 26:20 33:18 37:9 48:20 64:24 198:16 222:14 260:12
**placed** 198:12
**placing** 198:8 198:23
**plain** 246:4
**plaintiff** 5:19 13:22 17:21 54:16,20 55:4 203:9 216:9
**plaintiffs** 1:21 3:2,17 9:21 11:15,20 54:21 55:14 107:14 114:9 120:22 122:19 253:5 272:17 277:15 281:19
**plan** 54:10 69:24 70:4,9 70:12 80:17 107:18 116:11 117:3 165:23 167:25 168:14 168:16,25 198:9,12,17,20 198:21,24 218:6,12,13,16 220:2 222:14 235:16 236:2 252:20,24 253:14 257:22 258:4,19,21 267:8
**planes** 36:4
**planning** 117:14 211:6
**plans** 36:3 117:5 142:4 257:4 276:23
**play** 13:12
**played** 116:15 142:16 144:23 225:2
**plea** 50:3 248:25 265:24
**plead** 52:21
**pleaded** 248:2
**please** 11:11 12:13 19:18,23 20:4,13 25:2 28:16 30:15 49:5 71:8 75:7 88:4 109:6,22 112:14,15 113:18 124:2 133:19 136:9 139:20 140:7,8 143:12 153:25 154:25 157:2 159:20 160:5 161:14 170:18 172:24 181:13 200:25 201:2 203:17 217:20 220:23,24 226:25 227:2 227:15,17 233:19 250:12 280:23
**pledging** 244:19
**plenty** 170:23
**pocket** 205:12
**point** 44:25 70:5 76:16 101:6 148:7 160:16,20 161:5 166:2 172:15 189:21 190:3 206:10
**pointless** 26:17
**police** 202:12 202:16 220:12 262:19

**portion** 49:2 109:19 181:16
**position** 46:15 63:10 64:23 142:15
**possession** 84:24 197:11 197:18,23 198:3 204:25
**possible** 123:10 156:13 187:17
**possibly** 239:11
**posting** 133:3
**power** 175:10
**practice** 30:12
**practiced** 151:17
**pramod** 41:12
**precisely** 28:2
**predating** 85:2 85:3
**preface** 137:21
**preference** 21:14
**pregnancy** 75:23 76:5 123:9 147:24 168:22 210:24 243:19 270:21
**pregnant** 83:5
**premature** 244:5
**premier** 2:9 4:8 10:6 66:13,14 66:23 67:9
**premise** 230:2
**premises** 237:13
**prepare** 23:2,6
**prepared** 8:5 87:5 171:15 203:13 284:3
**preparing** 27:16 171:24 193:7
**presence** 103:16
**present** 5:18 18:14,19,23 19:2 20:21 40:13,17 41:4 41:6 49:10,21 52:25 57:24 58:20 59:3,10 59:17 77:22 82:23 91:14 100:14 139:4 149:7 153:19 174:16 177:12 177:15,20 200:18 210:20 213:3 214:25
**presented** 88:6 259:8
**presenting** 100:20 124:12
**presumably** 130:16
**presume** 279:5
**pretty** 114:13 211:13
**prevented** 244:17
**previous** 38:20 155:25 213:14
**previously** 188:22 216:8 217:4 242:6
**primarily** 251:5
**primary** 229:15,19,22 230:3
**principal** 219:18
**printout** 258:19
**prior** 15:24 37:14 62:22 66:13,14,25 69:22 73:7 88:21,24 120:22 122:15 122:23 123:6 132:21 133:7 192:18 215:20 217:5 223:11 248:9,25 263:22 264:6 264:13 283:4
**priority** 259:5
**private** 44:7,10 45:5 48:23 264:17
**privilege** 26:8 26:11 27:12 45:9,24 49:3
**privileged** 45:5 45:13,18 281:20
**privileges** 13:11
**privy** 213:20
**pro** 4:19 12:8
**probably** 123:2 133:11 147:25 190:10
**problem** 99:23 100:9 140:17 156:19 173:14 174:18,22 181:19 189:12
**problematic** 248:24
**problems** 187:7
**procedural** 11:4
**procedure** 189:17 260:23
**proceed** 99:12
**proceeding** 2:22 9:5 11:2 242:4 282:12 284:4

**proceedings** 25:12 33:20,24 34:7 47:16 50:2 283:3,4,5 283:8 284:5
**process** 43:8,16 44:25 50:23 51:11 117:18 153:3
**processed** 116:5 149:2 257:13
**processing** 102:22
**produce** 156:17
**produced** 10:25 224:16 225:17
**production** 221:16
**professional** 105:14 194:3
**program** 199:10
**promised** 146:4 146:6,13 148:22
**prompted** 66:22
**proper** 114:10
**properly** 106:21 127:14 144:9 159:13
**property** 16:24 17:2,11 33:15 34:18,20,23,24 35:3 53:9,12 53:14,15,19,24 56:17,23 57:2 57:19 194:23 195:2,5,9,12,16 195:22 196:7 196:11,25 237:3 239:19 240:13 241:2,5 241:10,12,15 241:21 244:19
**prosecute** 50:16
**prospective** 127:20
**provide** 21:23 22:8 164:21 165:2 167:24 168:15,24 222:7 280:14
**provided** 18:9 59:24 79:19 172:5 224:22 228:23 229:3,5 276:23
**providers** 107:18 116:12
**provides** 209:16
**providing** 16:2
**provision** 228:20
**public** 13:6 283:18 286:19
**publication** 86:6
**puccio** 108:15 110:25 207:9
**pulled** 190:25
**pulpit** 28:13
**purchase** 82:4 82:11 166:6 201:21 202:17 203:23 204:22 209:6,10 241:15
**purpose** 90:9 90:12 211:10
**purposes** 116:4 159:9 226:20
**pursuant** 281:16
**pushed** 106:18
**put** 47:20,22 88:17 147:9 198:20 255:5 258:11 267:11 278:6 279:13

**q**

**qualifications** 13:15
**qualified** 34:14 34:15 283:7
**qualify** 193:11
**qualifying** 71:12
**queens** 37:11 53:10 60:19 61:4 238:5
**question** 14:15 14:18 16:20 17:17 20:5,13 20:16 21:6,11 23:20 25:5,7 25:15 26:22 27:21,25 28:20 28:23 29:3,13 30:16,18,20 32:17 34:5 36:7,25 38:23 39:21 42:22 43:10 44:3 45:11 46:8,10 51:2 52:15 54:7,23,24 55:2 56:2 57:15 59:7 63:12 64:16 67:4 69:6 70:10,19,22 71:5,5,8,10,13 72:18 74:5,24 75:6 78:16 81:4,5 82:8 83:6,22 85:4,8 88:6,11 100:4 101:8 107:8

114:16 116:24 117:24 122:21 124:21 127:18 139:10,10 140:5 144:6 146:23 150:16 151:10 155:21 158:14,23 159:13,17 161:4 165:16 167:10 174:4 174:13,19 186:8 187:25 190:2 194:21 197:16 200:25 201:7,8 204:2 205:5 208:10 218:21 222:22 224:18 226:7 226:11,23 227:12,15 229:25 230:18 230:21 232:14 232:15 234:8 239:7,15 244:5 245:19,20 246:4,19 248:10 249:4 249:16 250:23 251:12 252:10 252:11 254:25 256:7,17 259:17 260:12 260:15 265:9 266:25 270:7 275:16 278:3

**question's** 255:23

**questioning** 47:12 101:19 209:24 244:10 256:8,11 277:25

**questions** 15:14 21:24 23:19 24:5 26:17 27:25 28:5,7 28:18 47:7,9 49:5,6 74:17 74:18 80:5 89:6 101:18,21 108:25 109:19 112:9 113:14 124:3 127:8 133:20 170:15 221:14 239:16 245:22 255:18 255:20 256:4 271:21 274:14 274:21 277:17 277:22 279:6

**quick** 104:8 277:17

**quicker** 247:23

**quickly** 25:10 31:14 178:14 204:16

**quite** 164:10 277:21

**r**

**r** 3:1 4:1,19,21 5:1 8:1,13,13 41:13 42:5,6,7 42:8 131:9 215:10,10 285:3,3

**rage** 216:23

**rahman** 22:12 22:16,19 37:21 37:23 38:4,8 38:15,25 238:2

**raise** 12:13

**raised** 19:17

**ran** 134:14

**range** 49:6 69:10,10 247:16

**rather** 256:12

**reach** 151:5

**read** 30:23 72:18 75:5,8 93:16 108:23 110:3 112:13 112:15 121:14 124:2,10,20,23 124:24 132:10 133:10,19 136:10 139:20 139:22 140:7,8 153:24,25 154:25 157:2 160:2,6 161:14 171:17 172:24 181:13 200:25 201:3 203:7,18 204:16,19 217:20,21 220:23,25 226:25 227:2 227:14,18 280:15 286:5

**reading** 31:2,8 108:22 110:10 114:3,4 124:14 125:3,11,18 126:11 128:2 143:14 158:9 178:22 186:15 222:3

**ready** 124:15 124:21,22 129:25 132:11 143:13

**real** 16:25 17:11 34:14,16 34:18,20 195:11,16,21

**realize** 157:23

**really** 40:10 65:12 66:24 96:2 115:18 126:25 136:14 187:8 271:4

**realty** 1:18 3:8 9:19
**reason** 21:4,21 22:7 24:14 32:25 40:25 102:25 152:22 163:21 167:17 168:8 207:3,6 253:10 285:6,9 285:12,15,18 285:21
**reasons** 21:25 167:20 168:3 168:10
**rebuttal** 30:9
**recall** 16:11 18:5,17,18,23 18:24,25 31:2 50:14 55:17,18 58:9,14 61:14 65:17,19 76:7 77:24 78:22 79:5,9 86:12 86:15,17 105:17 114:20 118:16 129:23 131:18,22 135:25 136:5 142:16 147:19 151:22 152:17 154:18 157:13 157:17 164:12 175:12,14,17 175:18 179:2 180:8 182:17 183:25 187:6 190:11,12 199:12 201:19 205:4,7 208:5 208:15 209:5 231:17 235:5 237:4 239:20 239:21 251:15 257:4 265:18
**receipt** 189:7
**receipts** 7:17 7:21 179:22 183:22 185:19 185:21 260:19
**receive** 78:13 84:15 102:17 107:4,20 117:21 118:3 156:22 177:2,8 264:9
**received** 57:12 57:14 79:11,16 111:20 140:3 226:4,9 233:2 233:5,8 280:13
**receiving** 92:18 182:18 266:17 267:24 268:15
**recent** 31:3,9
**recently** 29:20 29:21 51:16
**recipient** 185:15
**recognize** 94:10 101:4 102:8,11 188:21
**recollection** 20:19,25 53:22 54:3 105:3 118:3 129:4 133:6 134:18 134:25 136:14 151:19 164:19 180:15 195:15
**recommendat...** 132:17 142:12
**reconciled** 261:7
**reconciles** 261:8
**reconciliations** 73:16
**reconciling** 144:14
**reconvene** 210:7
**record** 9:4,5 10:22 11:12 13:2 14:11 38:18 47:22 48:5,6,8,19 72:12,14,16 74:3,12,13 75:10 94:19 101:24 102:3,4 102:6 103:21 103:24,25 104:6 112:2,18 124:11 125:8 125:14 126:8 140:11 143:8 153:6,8,9,11 160:8 181:19 201:5 202:23 210:11,12,14 217:23 221:3 221:11 222:5 227:5,20 236:12,13,14 239:10 244:2 248:8 249:6 256:2 279:18 279:21,24,25 280:4,16,24 281:12 282:7,9 283:9 284:5
**recorded** 11:6 283:6
**recording** 10:25 128:8,13 283:8 284:3
**recordings** 126:15,24 128:17 129:6
**recovering** 210:24
**recovery** 76:20 76:24 77:2
**rectify** 174:2,6

**rectifying** 173:17
**reduced** 283:6
**refer** 34:9 136:23 137:8 169:12 199:4 214:14 218:23 219:2 224:5 226:4
**reference** 155:17 171:14 173:5 176:24 177:3 179:15 242:25
**referenced** 155:22 172:6
**referencing** 155:5 169:7
**referred** 8:11 45:12 220:6,14 242:6
**referring** 13:23 15:5,9 34:10 84:5 88:19 95:22 96:4 128:21 157:11 157:24 159:9 159:10 172:22 176:17 178:18 183:8 199:9 200:8 204:13 214:15 218:25 220:7 221:12 222:6 258:13 264:23 281:2
**refers** 158:3,11 158:16
**reflect** 74:13 94:19 124:11 125:8,14 126:9 143:8 181:20
**reflected** 246:15,22 247:3
**reflects** 125:21
**refresh** 275:11 275:21
**refund** 148:21
**refused** 248:4
**regal** 40:8
**regarding** 258:5
**regardless** 128:12 139:3 181:5 228:19 228:25
**regards** 236:23
**registering** 144:15
**regularly** 186:6
**reiterating** 162:4
**related** 80:12 149:3 156:9 251:5,7 265:23 283:10 284:7
**relationship** 39:23 80:15 145:22,25 180:5 206:16 219:20
**relationships** 119:18 217:18 218:3
**relative** 283:12 284:9
**relay** 199:21
**relevance** 24:14 26:5
**relevant** 24:20 26:2
**relief** 87:9,19 88:13 100:18
**religious** 37:6 37:11
**rely** 76:13
**remain** 214:3
**remainder** 11:19
**remained** 187:19
**remaining** 108:23
**remember** 32:5 36:13,15,18 42:16 50:13 51:15 53:3,4 53:25 54:17,18 57:7 61:16,17 62:3 65:6,7,9 65:24 67:7,11 68:22 69:2 72:20 78:7 79:13 86:8,11 89:21 90:3,4 118:12 122:14 132:20 134:5 147:6 148:11 152:8 162:21 164:9 171:22 172:8,21 178:9 180:9 182:24 187:11 189:19 191:13 199:23 209:14,20 212:14 213:18 219:4 226:15 227:6 232:9 238:10,20 251:18,20,23 251:24 252:14 252:18,22 253:24 264:15 264:18 265:10 266:8,9,17 273:7 276:8,13
**remind** 248:12 279:14
**remote** 2:22
**remotely** 10:20 40:15
**remove** 122:2
**removed** 233:15
**removing** 122:5

**rendered** 194:4
**rent** 33:10 57:6 241:21,24,25
**rep** 206:9,11
**repair** 157:24
**repaired** 171:15
**repairs** 171:19 171:25
**repeat** 17:13,17 25:6 113:18 127:18 159:23
**repeated** 75:9 112:17 140:10 160:7 201:4 217:22 221:2 227:4,19
**rephrase** 20:14 29:3 43:9 69:6 74:4 83:22 85:4 106:10 151:12 197:17 226:24
**report** 70:15,17 70:23 71:2,16 71:19,22 176:8 176:12 254:23
**reported** 2:24 255:16
**reporter** 9:2,3 12:10,21 19:19 19:25 21:13 48:3,7 72:12 72:15,19,21 75:5,7,9 101:23 102:2,5 103:23 104:2 109:3,3,7 112:15,17 140:8,10 153:7 153:10 154:5,5 154:13 160:5,7 160:13 201:2,4 210:10,13 217:21,22 220:24 221:2 227:2,4,17,19 236:11,14 279:11,15,18 279:22,25 282:8
**represent** 84:22 131:13 178:3 188:14 202:22 278:11
**representation** 85:9 281:8
**representations** 244:11
**representative** 1:11 9:13
**representatives** 247:13,19
**representing** 85:5
**request** 21:4,5 151:7 156:17 223:16
**requested** 75:10 112:18 140:11 157:8 160:8 201:5 208:19 217:23 221:3 223:18 226:19 227:5 227:11,20 283:21
**requesting** 225:2
**required** 80:4 86:7 247:7 263:9 286:13
**requirement** 85:15,22 105:9
**rescinding** 32:7 32:12
**reserved** 13:4
**reside** 33:7 56:10 58:4
**resided** 238:4
**residence** 33:11 194:19,22
**residential** 17:2
**residing** 241:9 241:21
**resigned** 63:21
**resist** 20:9
**resources** 131:14
**respect** 144:24 254:11
**respond** 170:19 230:19 272:10 278:6
**responded** 111:6 136:18 143:21 186:10
**responding** 143:16
**responds** 157:6 180:11
**response** 66:16 125:16 127:25 136:9 143:20 150:5 157:2 161:11 172:24 176:18,22 179:18 180:10 182:3 184:12 186:20 223:15 230:4 260:13
**responsibilities** 67:16 68:15 104:23 150:10 254:6,8,10,21 254:24 271:7 271:12,18
**responsibility** 263:5 269:2,8 278:18
**responsible** 73:10,14,15 78:25 129:5 134:25 171:23 173:17 174:25

176:5 180:17 180:20
**rest** 109:20 150:4 243:19
**restraining** 121:5,10 122:11
**restraint** 245:4
**restroom** 14:8 14:21
**result** 146:24 212:5 240:3
**resume** 6:21 117:4 133:2,11
**retail** 234:13
**return** 105:3,9 105:15,19,23 106:7,12,16 107:21
**returned** 92:13
**returning** 213:21
**returns** 104:24 107:15 112:7 112:20,25
**revealed** 138:11,14,19 138:21 141:14
**revenue** 95:9
**review** 23:9 99:4 109:20 137:11,14,19 137:24 138:13 138:17 143:12 166:5,8 203:12 203:20 258:21 283:21
**reviewed** 29:11 29:14,25 101:9 216:8 217:14
**reviewing** 208:5
**rhyme** 24:14 40:25
**ridge** 56:13 58:11
**right** 12:14 18:22 20:4 22:12 25:24 31:23,23 37:20 38:2 41:22,23 45:14 46:4,21 58:9 59:5 61:22 63:14 66:15 71:4 85:22 86:3,15 89:25 93:7 97:8,11 98:12 98:13 100:8 101:3 103:18 106:3 107:16 108:3,20 109:15 114:13 114:23 125:23 126:3,8,13 127:8,21 129:24 130:22 131:10 134:3 136:19 138:5 139:18 142:23 147:15 148:9 150:2,4 152:17 153:19 154:18 155:4 156:24 157:5,8,17,25 158:6,13,18 159:2,11 162:15,22 163:2 164:9 170:9 171:13 174:10 175:6 175:12 178:4 179:2,22 181:6 182:5 184:8,16 184:17,22 186:10,12 187:3,5 190:16 192:19 200:20 200:23 205:5 210:6,9,16 212:10 213:5 218:15 222:11 228:5,12 229:5 229:11 232:8 236:7 237:4,6 237:14 239:9 241:10 246:6 250:10,10 256:19 261:16 270:11 271:24 272:3,5,21 274:16 275:3 276:4,5 277:20 279:2 281:20 282:6
**rightful** 242:24
**ring** 65:11
**rise** 100:16
**risk** 75:23 83:4 123:8,11 147:23 168:21 270:20
**road** 55:20 56:13 57:9,18 58:11
**robert** 1:5 3:18 9:9 11:16 207:9
**role** 59:14 63:6 82:3,9 142:16 144:23 185:4,9 225:2,7 235:20 272:25 273:9 273:22 274:3
**ron** 206:5
**ronneburger** 5:11 12:3,3 272:9
**room** 47:25 48:13,22 49:13 49:23 89:10 280:6,11
**rosalyn** 10:5
**roslyn** 2:7 4:7
**roughly** 257:3 270:14

**route** 1:18 3:8 9:20
**rule** 21:5 281:17
**rules** 11:5 19:15 21:19 281:17
**rush** 89:8
**russel** 3:10 11:18
**russell** 250:4

**s**

**s** 3:1 4:1 5:1 6:9 7:1 8:1,1,5,13 9:1 10:1 11:1 12:1 13:1 14:1 15:1 16:1,12 17:1 18:1 19:1 20:1 21:1 22:1 23:1 24:1 25:1 26:1 27:1 28:1 29:1 30:1 31:1 32:1 33:1 34:1 35:1 36:1 37:1 38:1 39:1 40:1 41:1,16,16 42:1 43:1 44:1 45:1 46:1 47:1 48:1 49:1 50:1 51:1 52:1 53:1 54:1 55:1 56:1 57:1 58:1 59:1 60:1 61:1 62:1 63:1 64:1 65:1 66:1 67:1 68:1 69:1 70:1 71:1 72:1 73:1 74:1 75:1 76:1 77:1 78:1 79:1 80:1 81:1 82:1 83:1 84:1 85:1 86:1 87:1 88:1 89:1 90:1 91:1 92:1 93:1 94:1 95:1 96:1 97:1 98:1 99:1 100:1 101:1 102:1 103:1 104:1 105:1 106:1 107:1 108:1 109:1 110:1 111:1 112:1 113:1 114:1 115:1 116:1 117:1 118:1 119:1 120:1 121:1 122:1 123:1 124:1 125:1 126:1 127:1 128:1 129:1 130:1 131:1,9 132:1 133:1 134:1 135:1 136:1 137:1 138:1 139:1 140:1 141:1 142:1 143:1 144:1 145:1 146:1 147:1 148:1 149:1 150:1 151:1 152:1,6 153:1 154:1 155:1 156:1 157:1 158:1 159:1 160:1 161:1 162:1 163:1 164:1 165:1 166:1 167:1 168:1 169:1 170:1 171:1 172:1 173:1 174:1 175:1 176:1 177:1 178:1 179:1 180:1 181:1 182:1 183:1 184:1 185:1 186:1 187:1 188:1 189:1 190:1 191:1 192:1 193:1 194:1 195:1 196:1 197:1 198:1 199:1 200:1 201:1 202:1 203:1 204:1 205:1 206:1 207:1 208:1 209:1 210:1 211:1 212:1 213:1 214:1 215:1,10,11,11 216:1 217:1 218:1 219:1 220:1 221:1 222:1 223:1 224:1 225:1 226:1 227:1 228:1 229:1 230:1 231:1 232:1 233:1 234:1 235:1 236:1 237:1 238:1 239:1 240:1 241:1 242:1 243:1 244:1 245:1 246:1 247:1 248:1 249:1 250:1 251:1 252:1 253:1 254:1 255:1 256:1 257:1 258:1 259:1 260:1 261:1 262:1 263:1 264:1 265:1 266:1 267:1 268:1 269:1 270:1 271:1 272:1 273:1 274:1 275:1 276:1 277:1

278:1 279:1 280:1 281:1 282:1 285:3
**saddle** 56:13 58:11
**safe** 261:4
**safely** 230:18
**safety** 233:3,9
**sage** 3:20 11:14
**sagelegal.nyc** 3:23
**sake** 153:24
**salary** 67:8 266:7,10,18
**sale** 115:24
**sales** 1:5 3:18 6:22 9:9 11:16 15:6 58:16 127:6,16,19,22 129:13 148:14 212:4 254:2 277:5 278:24
**salespeople** 149:8 150:19 150:20
**salesperson** 215:15
**sara** 6:11 7:3 285:2,24 286:2 286:4,12
**sarah** 1:23 2:19 4:2 9:7,22 11:22 12:16 14:4,5,12 22:11,12,15,16 22:18,19,23 24:25 27:23 28:18 30:6,6 37:23,24 47:23 71:4 74:14 88:5 93:8,13 98:3 101:20 108:13,17 109:5,24 113:15 123:19 123:21 124:19 132:3,6 143:3 143:5 145:6,8 145:13 149:18 149:20 151:25 152:2 153:20 154:8,10,11 170:19,25 171:10 178:11 178:15 188:13 188:17 200:12 200:14,15 202:22 203:4 221:22 230:16 233:19 238:2 245:24 248:7 255:7,10 259:17 260:12 266:24 279:8 280:23
**sarcasm** 170:21
**sarcastic** 278:14
**sat** 18:10 80:13 231:11
**save** 204:14
**saw** 82:20,22 123:5 188:22 251:2 262:12
**saying** 19:20 29:7 49:14 84:8 97:19 99:24 145:25 163:20,25 165:5 167:23 209:9 214:24 243:6 259:19
**says** 95:18 102:15,16,24 110:11 124:17 147:18 157:9 157:14,23 158:2 160:24 162:20 172:14 173:11 179:17 179:23 180:13 183:24 184:3 184:13,23 185:19 187:9
**schedule** 150:4 150:10,17
**school** 60:14,16 60:17,24 61:24 62:2
**screaming** 148:21
**screen** 88:17 94:3
**screenshot** 179:14 205:9 280:15
**screenshots** 178:13 183:2
**scroll** 93:15 97:22 108:24 124:16 125:12 132:11 133:12 136:7,21 143:13 161:17 178:22 184:19 186:15
**scrolled** 99:5 161:18 181:20
**scrolling** 94:20 97:2 110:5,14 125:9 126:9 133:14 149:24 154:20 156:24 161:10 176:21 181:10 182:25
**se** 4:19 12:9
**sealing** 13:2
**seam** 184:20
**search** 87:2 156:15
**second** 19:23 58:10 86:15 90:2 100:8 129:24 133:19 136:10 148:10

152:18 153:6 156:10 157:18 164:10 166:3 169:23 175:13 186:18 213:5 237:5
**seconds** 101:25 149:10
**section** 76:16 77:20 97:3 99:11 162:6 181:11
**security** 263:7 263:7,8,11,13 263:14,15,16 263:17,17 264:5,17 268:17 273:10
**see** 21:12,13 87:23,24 88:4 89:2,5 94:3,4,7 94:24 97:6,20 98:16 99:11,18 99:21 100:4,23 102:12,23 110:12,13 124:6 142:12 144:4 146:21 148:16 155:6 158:18 169:10 169:11 173:2,7 181:16 182:2 183:22 184:5,6 184:9,16 185:16,16,22 185:23 186:21 187:12 190:23 221:25 224:6 266:21 278:23
**seeing** 165:9
**seeks** 223:7
**seems** 183:19
**seen** 80:25 83:13,17,24 231:15
**selectively** 281:8
**sell** 84:12,17 90:20 234:12 234:13,15,16
**selling** 115:21
**semester** 61:11
**send** 144:19 148:3 184:25 185:25 208:13 208:19 223:17
**sending** 135:21 182:17 190:12
**sense** 43:2,17 45:19 46:5,10 69:16 77:2,6 85:14 130:5 135:5,20 146:16 147:7 162:4 163:19 170:7,12 224:12 225:19 227:25
**sent** 6:23 7:19 8:8 125:6 143:10 147:16 147:19 162:9 183:5 185:13 188:15 214:10 226:18,20 281:4,15
**sentence** 50:8 50:12
**sentencing** 53:2
**separate** 19:2 190:8 209:9
**separately** 208:24
**september** 7:24 203:3
**serious** 255:13
**served** 98:24
**serves** 134:8
**service** 58:17 148:15 268:21 277:6 278:24
**services** 194:3
**serving** 206:11
**session** 48:16 49:8
**set** 74:3 79:3,23 128:8,13 190:14 233:10 254:8,20,24 277:7 278:16
**setting** 78:25 190:20
**severe** 114:13
**shanks** 3:10,11 6:4 11:18,18 11:19 26:4,9 26:13 101:16 121:7 236:17 239:13 242:8 243:23,24 244:4,7,12 245:11,15 246:3,8,10 248:5,15 250:9 250:13,15 254:16 255:8 255:12,23 256:6,10,16,21 258:23 259:18 260:16 266:23 267:4 271:20 271:23 278:2 279:9
**shape** 104:14 198:8 211:6
**share** 31:17 33:4 44:7,9 123:15 273:13 273:17 274:8
**shared** 45:3 123:13 167:5 226:20 248:9
**shareholder** 191:9 192:5 197:13 198:5

**shareholders** 208:24 209:11 209:16
**shifted** 30:4 82:7
**shop** 157:24
**shortly** 15:4 69:13
**show** 87:25,25 108:12 123:18 125:10 132:3 142:23 145:5 149:17 151:23 178:11 188:13 200:15 202:21 211:13,18 212:3 271:4
**showed** 92:15
**showing** 84:21 100:11,22 127:23
**shown** 139:4,10
**sick** 78:19 274:10
**side** 184:8 197:4
**sign** 121:22 207:20,24 208:12,20
**signature** 99:21 99:23,25 100:10,12 101:15 231:18 283:16 284:13
**signed** 90:20 98:2 99:20 100:13 101:5 182:15 200:7 205:2 208:24 231:24 232:4 232:11,16 243:16
**signer** 121:20 276:18
**signers** 170:5 190:16 276:22
**significant** 264:16
**silly** 144:6
**similar** 131:15 271:13
**simple** 246:4 248:3 258:12 259:24
**single** 19:10 171:11 221:23
**sir** 95:17 160:22 259:15 271:16
**sit** 21:14 245:16
**sitting** 18:6 86:21
**situation** 257:22
**six** 7:12 16:7 18:10 19:14 43:13 153:21 163:14 247:25 256:7 271:2
**skills** 283:9 284:6
**skipped** 98:10
**skipping** 190:25
**slip** 183:3 188:21
**slow** 141:22
**slower** 260:4
**smithtown** 2:8 4:8 10:6
**social** 255:4
**socialize** 119:17
**socialized** 278:8,9
**sold** 95:10 234:20 257:8 257:15
**sole** 90:12
**solely** 90:10
**solve** 174:18,21
**somebody** 265:2
**soon** 92:18 127:10 213:12 213:14
**sooner** 162:24 163:9
**sorry** 17:13 18:7 25:6 32:4 40:23 46:7 47:8 50:25 54:22 55:25 58:14 59:6 60:21 64:16 66:18,21 76:23 78:5 81:20 82:5,15 83:6 83:20 85:3,13 85:25 94:2 95:21,25 105:21 117:24 124:9 136:4 143:15 144:3 151:9 155:20 159:21,25 161:8 163:5,24 166:18,23 169:17 178:10 181:23 183:11 187:2,25 194:15 197:16 206:4 207:14 208:3 209:4 221:21 232:13 232:25 234:2,8 239:14 240:11 240:15 246:18 247:4,10,15 249:3,17 250:9 250:22 252:18 252:22 257:25 261:21 263:10 268:7 269:21 270:2,7 272:9

275:15 279:21
**sort** 88:17 100:11,15 131:13 137:14 138:21 142:6
**sought** 69:17
**sound** 280:18
**sounds** 14:23 89:14 92:23 178:4 187:4 227:24
**south** 55:20 57:9,18
**space** 37:12
**spam** 149:9
**sparingly** 165:15
**speak** 12:23 23:14 24:9 25:15 26:23 130:7 165:8 193:15 196:5
**speaking** 20:20 62:8 83:21 104:13 115:23 162:13 175:23 217:15 220:19
**speaks** 132:15 148:17 152:10
**specific** 47:6 139:24 140:16 152:17 218:20 247:15 257:22 258:3,18
265:14
**specifically** 145:20 167:17 224:15 226:17 233:20 241:4 248:10 252:11 267:18
**specifics** 86:21 130:24 213:18 240:6,7 256:24 257:2
**specify** 49:6 83:23
**speculation** 111:25
**spell** 42:3 240:17
**spelled** 41:16
**spelling** 16:13 182:11,13
**spend** 28:22
**splitting** 279:12
**spoke** 141:8 162:12 169:4 216:22 217:4 219:16 225:21
**spoken** 38:12 38:13 39:14 141:11 193:18 217:10
**spousal** 27:12 45:8
**staff** 176:25 211:20
**stamp** 109:24
**stamped** 108:16
**stamps** 6:14 93:12
**stand** 21:10,15 28:13
**standing** 21:9
**start** 14:11 64:6 65:3 116:22 123:23 124:14 215:18 218:12 261:13
**started** 64:2 66:9 96:23 129:25 130:3 207:18
**starting** 78:9 178:17
**starts** 125:4 132:9
**state** 10:19 37:2 38:9 120:20 133:23 172:9 180:2 231:22 246:16 246:23 247:6 283:19
**stated** 13:25 15:7,11 74:11 143:24 145:3 256:22 280:17
**statement** 74:16,19 172:6
193:7,9,14 204:12 259:20
**statements** 144:19,25 156:2 228:23 229:4 269:16
**states** 1:1 35:21 126:14 149:4 162:2,3 195:22
**stating** 110:25 111:6 157:6 222:13 259:24 279:5
**status** 33:23
**stay** 91:4
**stayed** 91:11
**stealing** 32:3 113:24 114:11
**stenographic** 11:7
**steps** 86:5,17 116:11
**sticking** 228:7 228:16
**stips** 13:8,10
**stipulated** 279:17
**stipulation** 11:9
**stipulations** 12:25 13:16
**stock** 197:12,15 197:19,24 198:4

**stole** 202:5,9
**stop** 120:14 210:5
**stopped** 116:9 116:13,20 117:2 206:11
**store** 130:10
**stores** 137:15 145:20 146:17 147:4,14 151:8 151:14 158:7 158:11,16,25 159:10,15,24 161:3 180:2
**stories** 30:3 273:14 274:9 274:12
**story** 228:6,15
**straight** 74:3,4
**straighten** 277:23
**street** 1:17 3:8 9:19 53:9 238:5
**stretch** 245:25
**stroke** 47:7
**study** 31:20 61:8
**stuff** 58:25 64:9 81:12 179:12
**style** 112:11
**subject** 15:18 32:16 142:24 242:3
**submission** 102:19
**submit** 94:14 103:9
**submitted** 6:12 93:9,24 99:7 100:24 101:10 101:14 102:10 102:13,20 103:3,12,15 109:4 227:9 281:5
**subscribed** 286:14
**subsequent** 44:6
**subsequently** 104:8
**substance** 134:15 229:7 229:13 251:16 280:14
**substantially** 271:12
**success** 127:4
**successful** 144:2,13 148:6 211:22,25 259:10
**successors** 159:6
**sue** 22:15
**sued** 239:18
**suggest** 275:9 275:18
**suggested** 58:24 59:2,8 59:12
**suing** 54:20
**sullivan** 249:20 249:23 250:8
**sum** 280:14
**summary** 94:21 243:10
**summons** 7:22 202:24
**sunrise** 1:6 2:4 2:14 3:2 4:5,10 4:22 9:10 10:2 10:10 79:10 104:16 112:6 113:2 130:12 130:17,21 131:3 158:5,8 158:12,15,17 158:21,22 159:2,3,6 160:11,19,21 162:8 164:23 165:16,20 166:15 167:7 193:2 197:25 199:18 205:6 207:13 229:17 235:13 244:20 245:8 246:13 249:13,15 250:17 252:25 253:6 257:5 258:6 268:5 271:13 273:21 273:24
**superb** 1:4 3:17 7:5,11 9:8 11:15 13:22,24 13:24 15:15 32:7 75:14,15 77:22 79:16,17 82:22 83:3,9 104:16 124:18 128:7 129:17 129:21 130:3 130:13,15 131:4,16,18,24 132:22 133:7 133:24 134:18 135:6 136:2 140:4 141:9 145:21 146:2 146:17 147:21 150:11 155:14 156:9 157:16 164:20 169:9 169:14,18,21 169:25 171:16 171:24 174:10 174:16,21 175:2,9,15,19 175:24 177:9 177:12,16,20 177:21 178:6,7

178:9 180:5 185:5 187:19 188:4 190:5,9 190:15,20 197:7 198:5 199:17 202:18 203:24 204:15 204:23 207:13 207:19,24 208:12,21 209:2,12,18 211:9,17 213:22 214:2 215:21,24 217:11,16 218:4 220:20 222:19 223:8 231:4,9,14,23 231:25 234:20 235:5 268:6,10 270:6,10 271:11,18 274:2,7 281:19 285:1 286:1
**superb's** 207:20 232:5 232:11,17
**supervise** 175:23
**supervising** 176:6
**support** 43:7 43:15,17 243:9
**supporting** 39:7
**supposed** 161:23 165:22 257:12
**supreme** 32:14
**sure** 32:8,9 43:19 45:25 71:15 72:7 85:5,20 86:14 87:7 89:11 97:22,22 104:25 106:11 118:17 123:25 133:22 136:12 139:6 141:6 143:2 145:11 156:19 161:16 173:3 175:7 188:10 193:20 200:9 220:3,24 228:4 244:6,6 251:23 273:4 279:15
**surprise** 145:24
**surprised** 226:3,8,10,11 226:13
**susan** 5:3 12:6 272:2,3
**swear** 10:20 12:11
**sworn** 10:22 12:18 13:5 16:2 18:9 227:9 283:5 286:14
**syosset** 2:3 4:4 7:13 10:2 51:18,22 52:5 157:25 158:17 158:20 159:2,3 160:11,13,17 162:8 171:15 171:19 172:11 172:16 200:2 201:11,17 235:10,17,21 236:3 249:12
**system** 172:17 172:17 179:4,6

**t**

**t** 6:9 7:1 8:1,1 8:13,13 16:12 16:15 22:24 131:9 238:24 240:10 285:3,3
**table** 76:18 280:11
**tag** 281:9
**take** 9:4 10:17 19:25 21:3 25:22 26:20 32:6 37:8 67:8 72:5 86:5 90:13 98:6 103:20 116:10 133:19 135:9 136:9 156:20 171:3 203:11 236:8 266:7,10 281:24
**taken** 9:8 31:25 114:22 211:9 211:16 212:10 256:23,25 283:3,11 284:8
**takes** 108:10 266:15
**talk** 47:15 192:8 218:10 221:24 222:4
**talked** 24:16,21
**talking** 25:2,8 26:10 28:16 77:10 158:19 212:15 250:7 263:24 264:2 265:15,20 267:14 268:13
**tasks** 199:7
**tax** 104:24 105:3,9,15,19 105:23 106:2,7 106:7,12,13,16 106:17 107:15 107:20 112:7 112:20,24 191:18 193:25
**taxes** 107:24 108:6 242:14

**team** 1:5 3:18 9:9 11:15 13:22 15:5,6 15:16 134:19 136:3 137:4
**techniques** 127:19
**tekion** 179:5
**telephone** 212:23
**tell** 12:18 20:13 22:22 60:13 67:10 68:21 69:25 79:8,21 79:25 80:20 87:14 89:25 92:12 94:16 95:9 99:8,10 109:22 111:8 111:14,18,22 115:6 117:17 119:15,25 120:18 121:12 123:3,9,16 134:22 135:8 137:7 142:11 148:9 162:19 168:17 185:3 196:23 199:14 199:19 200:17 202:19 212:7 225:20 241:6 245:15 246:3 247:10 264:2 273:6 274:6,11
**telling** 150:3 189:6
**temporary** 121:5,10 122:11
**ten** 256:11
**terminate** 175:5,11
**terminated** 63:23 175:15
**terms** 32:12 43:5 80:18 126:18 134:6 164:12,13 228:15
**terrible** 181:22
**testified** 12:20 31:6 85:7 104:18 202:8 212:8 236:21 259:7 260:18 280:9
**testify** 22:5
**testifying** 15:20 257:16 283:5
**testimony** 15:18 16:3 18:9 104:10 105:18 153:16 222:12 254:9 261:22 262:12 269:9 272:22 274:24 286:8
**text** 156:8,11 203:8 205:9,16 232:24 233:2,5 233:8 280:13 280:17 281:4
**texts** 8:3 87:2
**thank** 12:10 21:16 24:7 26:19 30:20 72:11 74:22 80:7 93:21 97:6 109:7 110:2 139:13 139:15 143:18 154:9,13,14 161:19 185:23 189:10 200:24 222:9 250:14 271:22,23 274:13,15 277:11 281:23
**thanks** 145:14
**thing** 84:18 103:9 151:18 219:25 221:17 224:24 225:14 231:5 278:25 280:3
**things** 14:2 20:20 78:20 93:5 127:11,14 131:15 140:4 140:20 163:17 171:4 181:3,4 219:19 242:11 269:7 273:3 276:25 277:23
**think** 18:2 22:8 22:10 25:17 27:20 29:4 31:23 36:12 38:10 39:13 40:4 44:9 51:19 53:20 54:12 59:19 61:16 62:14,19 63:2 64:4 70:7 78:12 88:8 96:13 99:2 106:14 112:22 121:25 126:7 129:8 131:20 145:3,22 147:3 147:5,10 153:3 175:20,21 177:25 182:14 182:25 191:13 191:24 193:4 193:23 195:13 196:9 201:18 205:18 210:4 214:5,11,21 215:19 237:11 237:24 238:13 241:23 244:2,4 246:25 255:20 256:6 263:2 265:4 270:15

273:16,18,23 274:5 276:16 276:20 278:10
**thinking** 111:9
**third** 20:4 31:3 31:11 167:13
**thomas** 2:1 9:24 98:18,19 98:23 193:13 193:18,22 194:6,9
**thomasson** 1:24 4:18,19 4:21 6:6 7:23 9:23 11:24 12:8,8 23:14 34:10,12,13 47:24 48:12,21 49:9,12,21 54:19 57:11 202:25 203:12 223:5 225:2 250:4,11,14 274:19 275:17 277:10
**thought** 117:18 153:3 194:12 194:17
**thoughts** 133:13
**thousand** 119:2
**thousands** 260:18
**threat** 57:12,12 57:16 264:17 264:21 265:14 265:17
**threaten** 216:10,12,16 216:21 265:8
**threatened** 44:24 58:6,13 264:12,19 265:2
**threats** 217:5 264:9 267:25 268:15
**three** 6:16,18 19:2 28:5 29:23 30:22 90:8 91:23 123:2,20 124:12 132:4 139:16 182:25 189:2,5 261:12 261:14 262:2 262:13 269:7
**thrown** 107:11
**thursday** 147:16
**time** 2:21 11:10 16:5 21:4 26:14 28:21,23 32:6 35:23 38:11 42:13 43:12,20 44:5 44:25 46:4,4 49:24 56:25 63:25 64:3 69:10 76:22 77:5,10 82:14 82:16 83:5 88:19 90:8,13 91:5 96:22 98:6 107:8,10 121:16 123:14 126:25 134:6 141:7 165:10 166:2 167:13 169:20,23 185:11 187:23 188:4 189:22 190:4 193:21 203:11 206:10 210:5 235:4 247:16 251:8 258:9 260:6 262:6 267:16 268:16 270:22 271:21 280:9
**timeframe** 69:3 115:3 261:15 265:21 270:13
**times** 19:2 29:23 40:16 83:2,9,12 139:16 141:19 145:4 148:15 148:19 150:13 168:19 181:2 261:12,14 262:3,13 270:24
**tissue** 239:11
**title** 63:7
**titles** 257:11
**today** 15:14,18 20:19 23:16 27:5,6 86:22 105:18 147:7 163:13 183:20 245:16 251:16 274:24
**today's** 15:24 21:22 23:3 24:10
**together** 46:3 46:16 68:8 162:19 164:3 179:20
**told** 44:14 89:23 90:2,3 92:9 142:20 151:21 166:14 168:25 171:20 194:11 204:17 215:6 224:2,10 225:9 226:18 233:13,14 252:3,8,12 281:11
**tom** 191:23 193:15 219:4 219:11,15 267:5

**tomorrow** 163:13
**tone** 184:13 187:9
**tony** 5:19 15:10 15:16 82:17,18 82:20,22 133:16 150:3 152:23 161:23 162:6,10,12,14 163:20,25 164:4,6,14,21 165:2,19 166:14 167:23 168:15,24 169:9 170:2,4 177:15 187:2,3 187:14 190:15 199:15,16 200:3 201:12 201:20 205:3 209:12 212:9 212:12,19 213:13 214:10 216:3 217:10 217:15 218:4 218:18 219:24 223:6,9,16 226:9,18 227:9 270:6,10 280:13
**tony's** 167:15 214:20
**took** 31:5 48:10 48:20 61:10 62:21 77:5 96:22 104:6 108:5 130:23 132:2 266:19 267:2
**tool** 131:14
**top** 95:7 99:14 101:6 125:15 134:14 139:19 143:21 149:24 154:21 172:23 184:21
**topics** 156:9
**total** 32:4 183:19
**totals** 189:15
**towards** 64:4 105:6 213:17 261:24
**track** 119:23 143:16
**tracker** 119:24
**trade** 251:22
**trades** 252:4,13
**train** 137:5
**training** 73:5 142:17
**transcriber** 284:1
**transcript** 10:24 237:8 283:21 284:3,4 286:5,8
**transcriptionist** 283:7
**transfer** 166:14 167:6 240:13 247:23 248:3 248:18 257:8
**transferred** 240:4
**transferring** 205:2
**traveling** 90:14
**trial** 13:4
**tried** 57:22 123:9 271:9
**trip** 90:5,10
**tro** 121:6 242:7 242:10,16,18 242:23 243:7 243:11,15,17 244:14,17 257:7,15
**trouble** 101:14
**true** 77:21 95:11 195:25 204:8 222:17 230:2 255:17 268:22 269:5 283:8 284:4 286:8
**truth** 12:18,19 12:19
**truthful** 21:23 22:9
**truthfully** 22:5
**try** 93:4 191:13 236:18 241:14
**trying** 28:11 32:5 39:9 135:16,19 138:16 145:21 208:4 244:3 253:24 264:25
**tuesday** 2:20
**twelve** 280:7
**twenty** 261:18
**twice** 18:19 40:22 182:16 261:11
**twisting** 254:14
**two** 6:22 24:11 27:4,9 43:5 61:12 63:5,14 71:25 108:23 130:10 135:18 142:24,25 149:10 158:11 158:16,25 159:9,15,24 160:25 161:7 167:4,21 189:2 261:14 262:2 262:12
**type** 16:16,17 16:23 47:7 263:8 266:3
**types** 276:24

**typewriting** 283:6
**typical** 73:25
**typically** 155:12 199:2

**u**

**u** 8:1,1,13 41:19
**udayan** 41:18 235:25
**udayan's** 235:20
**uea** 2:8 4:8 10:6 66:13,14 66:23 67:8
**ultimate** 141:15
**ultimately** 142:9
**umbrella** 273:11
**umpteenth** 185:11
**unable** 167:6
**under** 11:4 63:9 156:20 162:8,11 247:6 281:24
**understand** 10:23 15:2,22 16:19 20:2,12 21:18 23:18 24:3 26:21 27:24 30:13 34:5 36:25 37:22 38:22 39:20 43:10 44:2,11,21,22 45:11 50:25 54:6,23,24 57:15 63:11 67:4 79:15 101:9 106:9 109:9 113:17 122:21 137:11 138:11 150:15 151:10 159:12 168:7 187:14 191:17 198:13 204:3 214:19 219:14 220:13 222:12,21 226:6 229:8 234:14 243:5 243:15 244:3 246:18 250:6
**understanding** 80:14 81:15 85:15 108:10 135:13,20,22 137:13,23 141:21 142:2 146:12 158:10 158:15,25 162:9,16 163:11 164:4 165:5,12,17,22 168:23 170:3 173:10 180:16 181:7 197:6,8 198:21 205:15 205:17 206:15 211:8,12 219:8 238:8 244:13 244:17,23 247:22 248:16 248:23 249:5 254:22 260:6
**understandings** 168:3
**understood** 20:16 21:2 41:3 59:13 138:18,20
**underwriter** 205:12,23
**unfamiliar** 88:18
**unfortunately** 239:4
**unidentified** 264:6 265:16
**unintentionally** 281:15
**uniondale** 5:14
**united** 1:1 35:21 195:22
**universal** 65:10
**unpaid** 172:5
**unrelated** 265:25
**upset** 239:15 256:3
**urge** 20:9
**urrutia** 1:6 3:18 5:19 9:10 11:17 13:22 15:10 125:16 132:2,20 134:10 137:2,4 137:15 140:23 145:19,24 146:3,11,12 151:6 152:20 162:13 163:12 163:14,18 165:8 167:20 169:4 177:15 200:5 208:25 211:20,20 212:9,17,21 213:5 214:16 214:18 216:24 217:6 226:21 268:5 280:13
**urrutia's** 32:15 141:25 147:4
**use** 14:8 28:12 179:9 228:14 257:13 282:4
**used** 44:22 63:7 65:13 125:24 126:6 131:2 140:19 148:3 169:14 179:7

202:17 203:23 204:21 257:8 262:9 281:22 282:2
**uses** 11:3
**using** 113:24 114:11 131:18 242:7 257:11
**usual** 12:24 13:8,9,15

**v**

**v** 1:22 285:1 286:1
**vacant** 237:15
**vacation** 78:19
**vague** 47:7 78:16 113:13 122:20 218:25 234:9 250:22
**valerie** 154:4 154:16
**valid** 13:13 85:17
**value** 84:16 234:13,14,16
**various** 278:4
**vasquez** 178:2 178:5
**vehicle** 115:24 127:9,11 198:17,24 247:20
**vehicles** 51:5 171:16 198:8 198:11 211:9 211:16 212:10 213:21 214:2 222:14,20 234:20 246:17 246:24 248:21 251:22 257:8
**vendors** 116:11
**vent** 123:5
**venture** 195:18
**verbal** 66:17,19 150:6
**verbonitz** 5:3 12:6,6 109:22 110:2 145:12 145:14 159:20 160:4,9,12 170:18 227:14 245:9 256:9,12 272:4
**verifi** 257:7,13
**verify** 100:8
**veritext** 9:4
**verizon.net** 4:24
**versed** 13:10
**version** 254:23
**vexatiously** 25:11
**videoconfere...** 3:10,19 4:11 4:20 5:3,11,19 5:20
**view** 135:20
**village** 238:5
**vin** 258:18
**vision** 95:25 181:23 204:17
**visit** 36:3 75:17 75:20 76:5 83:9 90:6 120:7
**visited** 75:19 83:3
**visiting** 92:13
**voice** 19:18

**w**

**w** 206:3 215:10 240:18
**wait** 14:4 20:10 260:14 272:2
**waiting** 107:15 232:13
**waived** 13:3
**want** 16:7 19:15 20:22 21:10 23:24 25:9 26:13 31:13 36:14 37:18 44:7,10 47:13 61:20 69:12 74:2 77:13 80:3 81:5 97:20,24 98:9 101:5 108:19,23 109:20 115:3 118:12 128:10 137:5 154:6 159:12 186:15 203:15 204:3 221:11,15,18 230:6 248:9 261:17 262:16 277:22
**wantagh** 4:23
**wanted** 74:11 129:12 159:17 175:5 190:14 211:3 216:2
**wants** 28:19,19 28:22 256:13 272:14 281:13
**warranties** 115:17,21
**warranty** 81:7 115:13 117:23 118:5,6,7 206:9,11 252:16
**washed** 242:20
**washing** 242:21
**waste** 26:14 28:23
**watch** 76:14
**water** 14:7 150:8
**way** 27:22 71:2 85:21 95:9

104:14 106:9 112:9 122:7 123:24 151:15 170:8 171:7 190:19 198:8 211:5 217:4 252:23 265:23 272:18
**ways** 28:5,20 28:24
**wayside** 127:7
**we've** 125:3 245:18
**wear** 134:12
**wears** 140:21
**website** 199:9
**websites** 199:11
**wedding** 37:8
**week** 40:20 73:25 75:21 150:4,11,18 155:18,23 156:5 261:12 261:15 262:3,7 262:13
**weeks** 213:16 276:12
**wei** 240:18,18 240:22
**weir** 5:4 12:7
**weirpartners....** 5:7
**welcome** 24:9 28:24 104:5
**wendy** 191:23 252:5,7,8 261:10,13
**went** 48:12 83:6 90:24 215:23 243:2 244:23 269:8 277:4
**west** 40:9,13,18 41:4,25 42:10 59:17
**westbury** 2:23 10:15 33:8 56:14 241:3
**whatsoever** 82:13 115:13 116:7 221:23
**where'd** 61:3
**wholesale** 233:24 234:4 234:11,13,16
**wholesaler** 234:18
**wholesalers** 234:20
**wicks** 18:21 200:19
**wicks's** 200:7
**widener** 5:5
**wife** 43:19 45:6
**wire** 42:20,24 52:22
**wiring** 122:7
**withdrawing** 122:7
**withdrawn** 18:7 56:11 62:8 82:15,21 96:20 118:9 166:2 197:18 199:13 202:7 206:21 214:8
**witness** 10:20 10:22,23 12:12 12:17 14:6,16 14:23 15:2 24:23 25:3,5,6 28:4,25 30:7 30:10,13,17 71:6,9 72:5,8 72:11 88:7 98:4,8,12 109:8 110:3 113:17 116:15 124:12,23 140:12 145:15 154:14 159:22 170:23 171:2,6 171:9 200:13 200:16,22 217:24 221:4 221:12 227:6 227:16,21 230:6,11,20 233:21 239:8 239:12 245:10
248:14 254:14 255:11,15,18 267:2 271:22 274:15 275:15 279:7 280:20 283:4
**wonder** 171:9
**woodside** 60:19
**word** 44:22 171:11 187:13 187:14 221:23
**words** 19:23 90:19 102:12 107:13 123:12 127:16,19 177:6 229:10 234:11 242:7 254:15
**work** 40:6,8,10 42:10 58:22 62:12,17,22 63:4 64:10,19 64:21 65:12 74:2,9 75:15 76:12 78:4,8 104:23 123:24 144:15,20 148:13 157:15 161:23 170:8 178:13 193:25 199:17 206:12 206:23 221:19 260:3 268:9

**worked** 40:2 42:14 62:24 63:13 64:7,14 65:8 70:16 73:23 120:17 152:24 179:25 205:23 206:12 215:21
**workflow** 135:5
**working** 41:5,7 41:25 61:25 64:2,5,6 65:3 70:5 74:20 78:14 86:12 104:15 130:4 131:19 175:8 180:5 187:23 188:4 206:16 206:18 215:18 215:23 235:5 270:5
**workload** 134:10
**works** 207:4 235:22
**world** 73:7 81:7
**worth** 242:21
**would've** 87:16 123:13
**write** 19:21 162:23
**writes** 183:18
**writing** 86:24 156:17
**written** 11:8 111:21
**wrong** 120:11 178:2 180:9 181:25 182:10 182:13 229:9
**wrongdoing** 100:12,15 228:22 229:4
**wrote** 172:20 204:7

**x**

**x** 6:1,9 7:1 194:20 283:21

**y**

**y** 41:19 131:9 152:6 240:18
**yeah** 14:5 30:10 36:20 49:22 54:22 63:15,22 68:10 75:13 81:10 84:4 85:23 93:2 95:3,12 96:8 97:15,24 98:4 99:19,22 101:20 107:9 109:16,21 111:13 114:23 117:5 124:6 127:22 132:19 132:20 133:18 136:22 143:7 146:20 147:10 155:7 160:3 170:18 175:21 179:5 180:14 181:22,25 184:9,18 187:21 194:2 200:10 204:24 208:9 209:8 212:24 214:13 215:13 217:12 220:17 222:16 227:16,21 230:16 232:18 234:6 237:21 251:2 255:5,11 257:20 260:5 261:4 262:20 277:9 279:9 281:14
**year** 43:13 61:19,22 76:2 105:6 106:2,7 106:13,17 262:6
**yearly** 137:10 262:13
**years** 38:13,13 42:17,18 46:4 61:8 63:5,14 65:5 69:5 79:13 81:10,16 117:18 137:18 164:10 238:17 252:8 270:15
**yelling** 148:20
**yep** 15:12 41:20 66:11 86:4 94:9 133:18 178:23 182:2 183:4 186:13,21 199:11 227:17 250:13,14
**york** 1:2 3:13 4:14 10:15,19 33:9 34:22 37:4 38:9 53:10 55:21 56:14 57:9,18 81:13 92:3 194:20,24 195:3,6,9,12,17 196:11 197:2 246:16,23 247:6 283:19
**yourteamaut...** 182:9,22

**z**

**z** 16:15 38:18
**zero** 131:25
**zizmor** 3:11 11:19 121:7 242:8

**zoom** 25:22 26:24 96:3 143:7 149:22 173:2 181:18 183:10

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.