FLUSHING Bank
Commercial • Business • Consumer

# Non Personal Signature Card

**Date:** 4/4/23

| | | | |
|---|---|---|---|
| **Business Name** | Superb Motors Inc. | **Tax ID** | [redacted] |
| **Address** | 215 Northern Blvd, Great Neck, NY 11021 | | |

| **Reference #** | **Account Title / Account Subtitle** | **Account #** (Bank Use Only) |
|---|---|---|
| (1) 2023040401 | Superb Motors Inc. | [redacted]4591 |
| (2) | | |
| (3) | | |
| (4) | | |
| (5) | | |

☐ *Check this box if additional Accounts are to be opened and are listed on additional pages.*

The undersigned agree to the by-laws and the rules and regulations of Flushing Bank ("the Bank"), to any future amendments and additions to them, and to any laws and regulations binding on the Bank. The undersigned acknowledge receipt and review of the Bank's disclosures statement and Privacy Notice and agree to the terms and conditions governing this account.;

The undersigned authorize the Bank to investigate credit and employment history and obtain reports from consumer reporting agency (ies) on them as individuals. Except as provided by law or another agreement, each of the undersigned is authorized to make withdrawals from the account(s).

The undersigned agree that the Bank is authorized and empowered to charge this account for any loan or other indebtedness the Business owes to the Bank. In order to make payment on each withdrawal, check or Money Order, the Bank will require such authorized signatures as are appropriate, based on this and any other agreements or instructions the Bank has on file.

**CERTIFICATION:** Under penalty of perjury, I certify (1) that the number shown on this form is my correct Taxpayer Identification Number (or I am waiting for a number to be issued to me): (2) that I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; (3) that I am a U.S. citizen or other U.S. person; and (4) tha the FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**CERTIFICATION INSTRUCTIONS:** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. You are not required to sign the Certification for mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends.. (Also see Part 3 of W-9 instructions or similar disclosure).

**CERTIFICATION:** The undersigned certify that all account opening information provided is accurate and complete. **Exemption from FATCA Reporting Code:** ________

**IMPORTANT ACCOUNT OPENING INFORMATION:** Federal Law requires us to obtain sufficient information to verify your identity. We may ask you several questions and we may require one or more forms of identification to fulfill this requirement. In some instances we may use outside sources to confirm the information. The information you provide is protected by our Privacy Policy and Federal Law.

| Signer | Full Name / Date | Reference # | Signature / Reference # |
|---|---|---|---|
| **Signer # 1** (Individual Owner if Sole Propiertorship) | **Full Name:** Anthony Deo | | **Signature:** x [signature] |
| | **Date:** 4/4/23 | ☑ All ☐ 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5 | **Reference #** |
| **Signer # 2** (Non-Owner if Sole Propiertorship) | **Full Name:** | | **Signature:** x |
| | **Date:** | ☐ All ☐ 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5 | **Reference #** |
| **Signer # 3** (Non-Owner if Sole Propiertorship) | **Full Name:** | | **Signature:** x |
| | **Date:** | ☐ All ☐ 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5 | **Reference #** |
| **Signer # 4** (Non-Owner if Sole Propiertorship) | **Full Name:** | | **Signature:** x |
| | **Date:** | ☐ All ☐ 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5 | **Reference #** |
| **Signer # 5** (Non-Owner if Sole Propiertorship) | **Full Name:** | | **Signature:** x |
| | **Date:** | ☐ All ☐ 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5 | **Reference #** |

☐ *Check this box if additional Signers are listed on additional pages.*

**This Signature Card supersedes and terminates the Signature Card dated ________ and any related Signature Card Addendums.**

FLUSHING Bank

# Resolution of Authority | Flushing Bank

☑ New ☐ Change

Account Title: Superb Motors Inc. TIN Number [redacted]

Entity Address: 215 Northern Blvd, Great Neck, NY 11021 Telephone Number: 516-821-2280

The individual(s) signing this Resolution hereby certifies to Flushing Bank, ("Bank") that the Entity is (check one):

- ☐ a **Sole Proprietorship** owned entirely by the individual signing this Resolution, a duly formed and valid existing.
- ☐ a **General Partnership**
- ☐ a **Limited Partnership**,
- ☐ a **Service Award Trust** organized by the Trustees of the ________________ of ______________________, and that the individual signing this Resolution is its secretary or assistant secretary and the keeper of its records.
- ☐ a **Limited Liability Partnership** organized under the laws of the state of ________________, and that the individuals signing this Resolution constitute all of the general partners of the partnership.
- ☑ a **Corporation** duly organized and in good standing under the laws of the state of NY____________, and that the individual signing this Resolution is its secretary or assistant secretary and the keeper of the records and corporate seal, if any;
- ☐ an **Unincorporated Association or Organization** and that the individuals signing this Resolution is the keeper of the records and seal, if any;
- ☐ a **Limited Liability Company** organized under the laws of the state of ________________, and that the individuals signing this Resolution constitutes all of the members or managers, as appropriate of the company.

The following is a true and correct copy of the resolutions adopted by the Entity; such resolutions are now in full force and effect.

**Depository and Withdrawal Authorization**

RESOLVED, that Bank is designated a depository in which the funds of the Entity may be deposited and /or withdrawn by any (indicate number) 1____ of the persons listed below in the manner so designated, subject to Bank's deposit account agreement as the same may be amended from time to time. The persons listed are authorized to endorse for collection, deposit, or negotiation, any and all checks, drafts, notes, bills of exchange, certificates of deposit, and orders for the payment or transfer of money between account at Bank and other banks, either belonging to or coming into the possession of the Entity. Endorsements "for deposit" may be written or stamped. Bank may accept any instruments for deposit to any depository account of the Entity without endorsement or may supply the endorsement of the Entity. The persons so designated are authorized to sign any and all checks, drafts, and orders drawn against any designated accounts of the Entity (including saving accounts) at Bank. Bank is authorized to honor and pay all checks, drafts, and orders when so signed or endorsed without inquiry as to the circumstances of issue or disposition of the proceeds and regardless of to whom such instruments are payable or endorsed, including those drawn or endorsed to the individual order of any such person listed, even if doing so causes or increases an overdraft.

| PRINT NAME: | TITLE: | PRINT NAME: | TITLE: |
|---|---|---|---|
| Anthony Deo | CEO | | |
| | | | |
| | | | |
| | | | |

**Signing Authorization**

RESOLVED, that any 1____ of the persons indicated above is authorized to act for and on behalf of the Entity in any matter involving any of the Entity' depository accounts at Bank, including the authority to instruct Bank to close the account, to give instructions by means other than the signing of any item with respect to account transactions such as those initiated via electronic debit, payment, wire transfer, or other withdrawal of funds by computer, electronic or other technologic means, and is further authorized to sign and implement for and in the name on behalf of the Entity, as they, or any of them see fit, the agreements, instructions, drafts, orders, certificates, or other documents relating to any depository accounts or other business of the Entity including, but not limited to payroll agreements, repurchase agreements, night depository agreements, funds transfer agreements, agreement for automated clearinghouse services, agreements for online services, and/or safe deposit agreements.

**Borrowing Authorization**

RESOLVED, that any 1____ of the persons indicated below is authorized to act for and on behalf of the Entity to borrow money and to obtain credit for the Entity from Bank on such terms as may seem to advisable and to make and deliver notes, drafts, acceptances and any other obligations of the Entity therefore, instruments of guarantee and of indemnity, agreements and contracts, all in form satisfactory to Bank, and, as security therefor, to grant a security interest in and to assign, transfer, hypothecate, mortgage, pledge, trustee, withdraw, exchange and substitute any stocks, bonds, securities, mortgages, bills and accounts, bills of lading, warehouse receipts, goods, insurance policies, certificates or any other property of every nature and description held by or belonging to the Entity, with full authority to endorse, assign or guarantee the same in the name of the Entity; to execute and deliver security agreements and all instruments of assignment, transfer, hypothecation, mortgage, pledge and trust, to sell or discount with or without recourse any bills receivable or any other paper, whether or not negotiable, held by the Entity; to subordinate and assign any obligations and debts owed to the Entity by another or others, and in connection therewith, to execute and deliver instruments of subordination and assignment in form satisfactory to Bank; to authorize and request Bank to purchase, sell, deliver or exchange for the account of the Entity stocks, bonds, certificates of deposit or other securities, and foreign exchange or the proceeds thereof; and to execute and deliver all instruments, agreements and contracts required by Bank in connection with any matters herein contained or in connection with any services, of whatever nature or description, to be provided by Bank to the Entity.

| PRINT NAME: | TITLE: | PRINT NAME: | TITLE: |
|---|---|---|---|
| Anthony Deo | CEO | | |
| | | | |
| | | | |
| | | | |

**Service Award Trust Authorization**

RESOLVED that Bank may draw periodic checks from its central issue check account, which will be funded, as required, through a charge to any of the Entity' depository accounts with Bank, to pay the entitlement award to eligible participants as directed by an account signer authorized by the Entity. These payments will not change and will continue until Bank is instructed otherwise by the Entity.

**Further Authorization**

BE IT FURTHER RESOLVED that the secretary or assistant secretary (if a corporation or unincorporated association), the sole owner/proprietor (if a sole proprietorship), any member or manager, as appropriate (if a limited liability company), or any general partner (if a partnership) is authorized to certify to the Bank the name, title, specimen signature and facsimile signature with respect to any additions or deletions of persons authorized to carry out the purposes and intent of these resolutions and that this resolution shall remain in full force and effect until express written notice of rescission or modification is received by the Bank. If the authority contained herein should be revoked or terminated by operation of law or any other reason without such notice, it is resolved that the Bank shall be indemnified and saved harmless from any and all losses suffered or liabilities incurred by it so acting after such revocation or termination without notice.

IN WITNESS WHEREOF, the undersigned has hereunder subscribed his/her name(s) and affixed the seal, if any, of the Entity this 4 day of April 2023

| For a Service Award Trust, Corporation or Unincorporated Association or Organization: | For Sole Proprietorship | For Partnership (all general partners must sign) For Limited Liability Company (all members must sign) |
|---|---|---|
| X<br>Secretary | Owner/Sole Proprietor | Partner/Member/Manager |
| | | Partner/Member/Manager |

☐ THIS IS A NOT-FOR-PROFIT BUSINESS

This Resolution supersedes and terminates the resolution dated ________.

Rev. 02/2021

FLUSHING Bank
Commercial • Business • Consumer

# Certification of Beneficial Owner(s)

## Legal Entity Information For a Deposit/Loan Account

a. Name of Legal Entity: Superb Motors Inc. Type: Corporation

b. Physical Address of Legal Entity: 215 Northern Blvd, Great Neck, NY 11021 Tax ID #: [redacted]

c. Name of Individual Opening the Account: Anthony Deo Title: CEO

## Ownership Information

d. • List each individual or entity who directly or indirectly, through any contract, arrangement, understanding, relationship or otherwise, owns 25% or more of the equity interests of the Legal Entity listed above.
• If an individual's aggregate ownership is 25% or more, even if the entity owns less than 25%, it should be listed.

| Name of Individual or Entity | % of Ownership | Name of Individual or Entity | % of Ownership |
|---|---|---|---|
| Anthony Deo | 100% | | |
| | | | |

☐ If checked, ownership % is less than 25% and will be blank.

e. Beneficial Owner Detail.
• For natural persons listed in (d) record the following information:
• Explain below any layers of Beneficial Ownership by listing natural persons who own entities noted in (d). Only list individuals if their equity ownership is 25% or more of the Legal Entity opening the account.

**Beneficial Owner #1:** Anthony Deo
Name of Entity: Superb Motors Inc.
% of Ownership: 100% Date of Birth: [redacted]
Title: CEO
Address: 3 Saddle Ridge Road, Old Westbury, NY 11568
**For U.S. Persons** Social Security #: [redacted]
**For Non-U.S. Persons** Passport # or other ID*:
Driver's License # or Other ID: [redacted]
Issuing State or Country of ID: New York
ID Expiration Date: 03 / 06 / 2025

**Beneficial Owner #2:**
Name of Entity:
% of Ownership: Date of Birth: / /
Title
Address:
**For U.S. Persons** Social Security #:
**For Non-U.S. Persons** Passport # or other ID*:
Driver's License # or Other ID:
Issuing State or Country of ID:
ID Expiration Date: / /

**Beneficial Owner #3:**
Name of Entity:
% of Ownership: Date of Birth: / /
Title:
Address:
**For U.S. Persons** Social Security #:
**For Non-U.S. Persons** Passport # or other ID*:
Driver's License # or Other ID:
Issuing State or Country of ID:
ID Expiration Date: / /



Rev. 05/18

FLUSHING
Commercial • Business • Consumer Bank®

# Certification of Beneficial Owner(s)

## Ownership Information Continued

Beneficial Owner #4: ______ Name of Entity: ______

% of Ownership: ______ Date of Birth: __/__/__ Title: ______

Address: ______

**For U.S. Persons**
Social Security #: ______

Driver's License # or Other ID: ______

**For Non-U.S. Persons**
Passport # or other ID*: ______

Issuing State or Country of ID: ______ ID Expiration Date: __/__/__

## Management Information

This section cannot be left blank. If the individual is already listed in (e), only Name and Title must be recorded.

f. Provide information for one individual with significant responsibility for managing the Legal Entity such as:

- [x] An executive officer or senior manager (e.g. Chief Executive Officer, Chief Financial Officer, Chief Operating Officer, Managing Member, General Partner, President, Vice President, Treasurer); or
- [ ] Any other individual who regularly performs similar functions.

Name: Anthony Deo Title: CEO

Address: ______ Date of Birth: __/__/__

Driver's License # or Other ID: ______ ID Expiration Date: __/__/__

**For U.S. Persons**
Social Security #: ______

**For Non-U.S. Persons**
Passport # or other ID and Country of Issuance*: ______

## Certification

I, (name of natural person opening account), hereby certify to the best of my knowledge that the information provided above is complete and correct. I agree to notify the bank of any change in such information.

Name: Anthony Deo Signature: X [signature] Date: 4 / 4 /23

## Recertification

**Recertification – 1st**
I hereby certify the information above is complete and correct as of this date and agree to notify the Bank of changes.

Name: ______ Signature: X ______ Date: __/__/__

**Recertification – 2nd**
I hereby certify the information above is complete and correct as of this date and agree to notify the Bank of changes.

Name: ______ Signature: X ______ Date: __/__/__

**Recertification – 3rd**
I hereby certify the information above is complete and correct as of this date and agree to notify the Bank of changes.

Name: ______ Signature: X ______ Date: __/__/__

**Bank Use Only Upon Initial Certification**

Accepted by: X [signature] Date: 04/04/2023 Master Deposit Account #: [redacted]4591

Print: Robert Puccio Cost Center #: 455 Master Loan #: ______

*In lieu of a passport number, Non-U.S. persons may also provide an alien identification card number, or number and country of issuance of any other government issued document evidencing nationality or residence and bearing a photograph or similar safeguard.



Rev. 05/18

FLUSHING
Commercial • Business • Consumer Bank®

# Certification of Beneficial Owner(s)

## Legal Entity Information For a Deposit/Loan Account

a.Name of Legal Entity: Superb Motors Inc. Type: Corporation

b.Physical Address of Legal Entity: 215 Northern Blvd, Great Neck, NY 11021 Tax ID #: [redacted]

c.Name of Individual Opening the Account: Anthony Deo Title: CEO

## Ownership Information

d. • List each individual or entity who directly or indirectly, through any contract, arrangement, understanding, relationship or otherwise, owns 25% or more of the equity interests of the Legal Entity listed above.
• If an individual's aggregate ownership is 25% or more, even if the entity owns less than 25%, it should be listed.

| Name of Individual or Entity | % of Ownership | Name of Individual or Entity | % of Ownership |
|---|---|---|---|
| Anthony Deo | 100% | | |
| | | | |

☐ If checked, ownership % is less than 25% and will be blank.

e. Beneficial Owner Detail.
• For natural persons listed in (d) record the following information:
• Explain below any layers of Beneficial Ownership by listing natural persons who own entities noted in (d).Only list individuals if their equity ownership is 25% or more of the Legal Entity opening the account.

| | |
|---|---|
| Beneficial Owner #1: Anthony Deo | Name of Entity: Superb Motors Inc. |
| % of Ownership: 100% Date of Birth: [redacted] | Title: CEO |
| Address: 3 Saddle Ridge Road, Old Westbury, NY 11568 | For U.S. Persons Social Security #: [redacted] 6492 |
| Driver's License # or Other ID: [redacted] | For Non-U.S. Persons Passport # or other ID*: |
| Issuing State or Country of ID: New York | ID Expiration Date: 03 / 06 / 2025 |
| Beneficial Owner #2: | Name of Entity: |
| % of Ownership: Date of Birth: / / | Title |
| Address: | For U.S. Persons Social Security #: |
| Driver's License # or Other ID: | For Non-U.S. Persons Passport # or other ID*: |
| Issuing State or Country of ID: | ID Expiration Date: / / |
| Beneficial Owner #3: | Name of Entity: |
| % of Ownership: Date of Birth: / / | Title: |
| Address: | For U.S. Persons Social Security #: |
| Driver's License # or Other ID: | For Non-U.S. Persons Passport # or other ID*: |
| Issuing State or Country of ID: | ID Expiration Date: / / |



Rev. 05/18

FLUSHING Commercial • Business • Consumer Bank®

# Certification of Beneficial Owner(s)

**Ownership Information Continued**

Beneficial Owner #4: ______ Name of Entity: ______

% of Ownership: ______ Date of Birth: __/__/__ Title: ______

Address: ______

For U.S. Persons
Social Security #: ______

Driver's License # or Other ID: ______

For Non-U.S. Persons
Passport # or other ID*: ______

Issuing State or Country of ID: ______ ID Expiration Date: __/__/__

**Management Information**

This section cannot be left blank. If the individual is already listed in (e), only Name and Title must be recorded.

f. Provide information for one individual with significant responsibility for managing the Legal Entity such as:

- [x] An executive officer or senior manager (e.g. Chief Executive Officer, Chief Financial Officer, Chief Operating Officer, Managing Member, General Partner, President, Vice President, Treasurer); or
- [ ] Any other individual who regularly performs similar functions.

Name: Anthony Deo Title: CEO

Address: ______ Date of Birth: __/__/__

Driver's License # or Other ID: ______ ID Expiration Date: __/__/__

For U.S. Persons
Social Security #: ______

For Non-U.S. Persons
Passport # or other ID and Country of Issuance*: ______

**Certification**

I, (name of natural person opening account), hereby certify to the best of my knowledge that the information provided above is complete and correct. I agree to notify the bank of any change in such information.

Name: Anthony Deo Signature: X [signature] Date: 4 / 4 / 23

**Recertification**

**Recertification – 1st**
I hereby certify the information above is complete and correct as of this date and agree to notify the Bank of changes.

Name: Anthony Deo Signature: X [signature] Date: 4 / 18 / 23

**Recertification – 2nd**
I hereby certify the information above is complete and correct as of this date and agree to notify the Bank of changes.

Name: ______ Signature: X ______ Date: __/__/__

**Recertification – 3rd**
I hereby certify the information above is complete and correct as of this date and agree to notify the Bank of changes.

Name: ______ Signature: X ______ Date: __/__/__

**Bank Use Only Upon Initial Certification**

Accepted by: X [signature] Date: 04/ 04/ 2023 Master Deposit Account #[redacted]4591

Print: Robert Puccio Cost Center #: 455 Master Loan #: ______

*In lieu of a passport number, Non-U.S. persons may also provide an alien identification card number, or number and country of issuance of any other government issued document evidencing nationality or residence and bearing a photograph or similar safeguard.



Rev. 05/18

FLUSHING Bank
Commercial • Business • Consumer

# Account Signer Profile

Date: 4/4/23

■ Business ☐ Personal

## Business Information

| Business Name | Superb Motors Inc. | Tax ID | [redacted] |
|---|---|---|---|

**IMPORTANT ACCOUNT OPENING INFORMATION:** Federal Law requires us to obtain sufficient information to verify your identity. You may be asked several questions and to provide one or more forms of identification to fulfill this requirement. In some instances we may use outside sources to confirm the information. The information you provide is protected by our Privacy Policy and Federal Law.
A **Secondary ID #** is not required for a business account.

| First Name | Middle Name | Last Name | Occupation |
|---|---|---|---|
| Anthony | | Deo | CEO of Superb Motors Inc |
| **SSN** | **DOB** | **Primary ID # and Expiration Date** | **Secondary ID # and Expiration Date** |
| [redacted] | [redacted] | [redacted] | |
| **Street / City / State / Zip** | | | **Mother's Maiden Name** |
| 3 Saddle Ridge Road, Old Westbury, NY 11568 | | | |
| **Email** | **Home Phone** | **Business Phone** | **Cell Phone** |
| anthony.deo@teamauto.com | N/A | 516-821-2280 | 516-509-1668 |

| First Name | Middle Name | Last Name | Occupation |
|---|---|---|---|
| | | | |
| **SSN** | **DOB** | **Primary ID # and Expiration Date** | **Secondary ID # and Expiration Date** |
| | | | |
| **Street / City / State / Zip** | | | **Mother's Maiden Name** |
| | | | |
| **Email** | **Home Phone** | **Business Phone** | **Cell Phone** |
| | | | |

| First Name | Middle Name | Last Name | Occupation |
|---|---|---|---|
| | | | |
| **SSN** | **DOB** | **Primary ID # and Expiration Date** | **Secondary ID # and Expiration Date** |
| | | | |
| **Street / City / State / Zip** | | | **Mother's Maiden Name** |
| | | | |
| **Email** | **Home Phone** | **Business Phone** | **Cell Phone** |
| | | | |

| First Name | Middle Name | Last Name | Occupation |
|---|---|---|---|
| | | | |
| **SSN** | **DOB** | **Primary ID # and Expiration Date** | **Secondary ID # and Expiration Date** |
| | | | |
| **Street / City / State / Zip** | | | **Mother's Maiden Name** |
| | | | |
| **Email** | **Home Phone** | **Business Phone** | **Cell Phone** |
| | | | |

| First Name | Middle Name | Last Name | Occupation |
|---|---|---|---|
| | | | |
| **SSN** | **DOB** | **Primary ID # and Expiration Date** | **Secondary ID # and Expiration Date** |
| | | | |
| **Street / City / State / Zip** | | | **Mother's Maiden Name** |
| | | | |
| **Email** | **Home Phone** | **Business Phone** | **Cell Phone** |
| | | | |

**For Bank Use Only**

| Account Number(s) | Information Obtained By (Print Name) | Signature |
|---|---|---|
| [redacted]4591 | Robert Puccio | |

By completing and signing this form, I hereby certify, to the best of my knowledge, the information provided to me by the customer is complete and accurate.

FLUSHING Bank
Commercial • Business • Consumer

# Business Profile

**Reference #:** 2023040401 **Date:** 4/4/23

## Business Details

**1. Entity Name**
Superb Motors Inc.

**2. Origination Branch**
455

**3. Servicing Branch**
13

**4. Alternate Business Address** *(Offsite use only)*

**5. Alternate Business Phone Number** *(Offsite Use Only)*

**6. Account Type:** ☐ CD ☒ Checking ☐ Loan ☐ Money Market ☐ Savings ☐ Escrow ☐ Other ☐ Compensating Balance Savings

**7. Brief Description of Business**
used car dealer

**8. Check off the business type(s), as applicable (multiple types may apply)**

☐ Foreign Business ☐ Convenience Store ☐ Restaurant ☐ Professional Service Provider (e.g. attorneys, accountants, doctors, investment brokers or real estate brokers, and other third party, especially those that act as financial liaisons for their clients)
☐ Retail Store ☐ Cigarette Distributor ☐ Liquor Store
☐ Parking Garage ☐ Antiques Dealer ☐ Arts Dealer
☐ Leather Dealer ☐ Lottery Agent ☐ Real Estate Title and Escrow Companies
☐ Deals in Precious Metals, Stones and Jewels (complete separate profile) ☐ Import/Export business that **NEVER** takes possession of the goods/inventory and/or has no physical location to demonstrate business
☐ Non-Bank Financial Institution (NBFI) (e.g. brokers, dealer in securities)
If checked, specify:

**9. Contact Name**
Anthony Deo

**10. Tax ID #**
[redacted]

**11. TIN Applied For** *(indicate only if #10 is blank)* ☐ Yes ☐ No

**12. Home Based** ☐ Yes ■ No

**13. Type of Account Ownership**
■ Corporation ☐ Estate ☐ LLC ☐ LLP ☐ Partnership ☐ Sole Proprietor ☐ Trust ☐ Attorney Escrow ☐ IOLA ☐ Unincorporated Assoc/Club ☐ Other Escrow ☐ Other

**14. Source of assets funding the account**
■ Business Income ☐ Inheritance ☐ Sale of Assets ☐ Sale of Property ☐ Savings ☐ Wages ☐ Other

**15. Account Usage**
■ General ☐Payroll ☐Other

**16. Monthly Revenue**
$
1.2 MM

**17. Does the business have other accounts with Flushing Bank?** ☐ Yes ■ No

**18. Names of Major Suppliers/Vendors**
cargurus, cars.com, tekion

**19. Names of Major Customers**
general public

## Current and Prior Banking Relationships

**Current Bank(s) for the Business**
NA

**Products/Services Used**
NA

**Checking Average $**
100,000

**Savings Average $**
NA

**Investment Average $**
NA

**Borrowing Purpose**
NA

**Borrowing Terms**
NA

## Relationship Contact

**Relationship Manager's Name** Robert Puccio

## Money Service Business (MSB) and Prohibited Businesses

**I have verified with the customer the entity is not operating any of the following businesses, prohibited by Flushing Bank Policy**

RP
**Banker's Initials**

Adult Entertainment Businesses
Armored Car Services
Arms Dealers
ATM Operators – Primary Business
BIT Coin Dealer (virtual currency)
Check Cashers or other Primary Money Service Businesses
Correspondent Accounts
Consulates, Embassies, UN Related/Foreign - Government Related Entities
Gambling Establishments
Pawn Brokers
Store Value Card Distributors/Dealers (not retail stores that sell them)
Payday Lenders
Unlicensed MSB/informal loan society accounts
Vending Machine Operators
Marijuana Related Businesses (Complete Specialized Banking eForm with the prospect)

## Flushing Bank Borrowing Relationship

**Does the customer have a lending relationship and appraisal on file?** ☐ Yes ■ No
**If "yes" indicate loan number**

FLUSHING Bank
Commercial • Business • Consumer

# Business Profile

| **Business Name** Superb Motors Inc. | **Reference #** 2023040401 | **Date** 4/4/23 |
|---|---|---|

## Expected Volumes

| Type of Transaction | | Monthly Amount | | Monthly Count (Average number of times) | |
|---|---|---|---|---|---|
| **Cash In** | Purpose:<br>Petty Cash, Down Payments | ☐ $0.00 - $2.5k<br>☐ $2,500.01 - $5k<br>☐ $5,000.01 - $7.5k<br>☒ $7,500.01 - $10k<br>☐ $10,000.01 - $25k<br>☐ $25,000.01 - $50k<br>☐ $50,000.01 - $100k | ☐ $100,000.01 - $150k<br>☐ $150,000.01 - $200k<br>☐ $200,000.01 - $400k<br>☐ $400,000.01 - $500k<br>☐ $500,000.01 - $750k<br>☐ $750,000.01 - $1M<br>☐ $1,000,000.01 - $5M | ☐ 0 - 5<br>☒ 6 - 10<br>☐ 11 - 25<br>☐ 26 - 50<br>☐ 51 - 75 | ☐ 76 - 100<br>☐ 101 - 125<br>☐ 126 - 150<br>☐ 151 - 200<br>☐ 201 - 250<br>☐ 251 - 500 |
| **Cash Out** | Purpose:<br>Petty Cash | ☐ $0.00 - $2.5k<br>☒ $2,500.01 - $5k<br>☐ $5,000.01 - $7.5k<br>☐ $7,500.01 - $10k<br>☐ $10,000.01 - $25k<br>☐ $25,000.01 - $50k<br>☐ $50,000.01 - $100k | ☐ $100,000.01 - $150k<br>☐ $150,000.01 - $200k<br>☐ $200,000.01 - $400k<br>☐ $400,000.01 - $500k<br>☐ $500,000.01 - $750k<br>☐ $750,000.01 - $1M<br>☐ $1,000,000.01 - $5M | ☐ 0 - 5<br>☒ 6 - 10<br>☐ 11 - 25<br>☐ 26 - 50<br>☐ 51 - 75 | ☐ 76 - 100<br>☐ 101 - 125<br>☐ 126 - 150<br>☐ 151 - 200<br>☐ 201 - 250<br>☐ 251 - 500 |
| **Wires In** | Purpose:<br>Payments from customers | ☐ $0.00 - $5k<br>☐ $5,000.01 - $10k<br>☐ $10,000.01 - $25k<br>☐ $25,000.01 - $50k<br>☒ $50,000.01 - $100k<br>☐ $100,000.01 - $150k<br>☐ $150,000.01 - $300k<br>☐ $300,000.01 - $500k | ☐ $500,000.01 - $750k<br>☐ $750,000.01 - $1M<br>☐ $1,000,000.01 - $5M<br>☐ $5,000,000.01 - $10M<br>☐ $10,000,000.01 - $25M<br>☐ $25,000,000.01 - $50M<br>☐ $50,000,000.01 - $75M<br>☐ $75,000,000.01 - $100M | ☐ 0 - 1<br>☐ 2<br>☒ 3<br>☐ 4<br>☐ 5 | ☐ 6 - 10<br>☐ 11 - 25<br>☐ 26 - 50<br>☐ 51 - 75<br>☐ 76 - 100<br>☐ 101 - 200 |
| **Wires Out** | Purpose:<br>Payments to vendors | ☐ $0.00 - $5k<br>☐ $5,000.01 - $10k<br>☐ $10,000.01 - $25k<br>☐ $25,000.01 - $50k<br>☐ $50,000.01 - $100k<br>☐ $100,000.01 - $150k<br>☒ $150,000.01 - $300k<br>☐ $300,000.01 - $500k | ☐ $500,000.01 - $750k<br>☐ $750,000.01 - $1M<br>☐ $1,000,000.01 - $5M<br>☐ $5,000,000.01 - $10M<br>☐ $10,000,000.01 - $25M<br>☐ $25,000,000.01 - $50M<br>☐ $50,000,000.01 - $75M<br>☐ $75,000,000.01 - $100M | ☐ 0 - 1<br>☐ 2<br>☐ 3<br>☒ 4<br>☐ 5 | ☐ 6 - 10<br>☐ 11 - 25<br>☐ 26 - 50<br>☐ 51 - 75<br>☐ 76 - 100<br>☐ 101 - 200 |
| **ACH In** | Purpose:<br>Payments form affiliates / Customers, Credit Card Reecipts | ☐ $0.00 - $5.5k<br>☐ $5,000.01 - $10k<br>☐ $10,000.01 - $25k<br>☐ $25,000.01 - $50k<br>☐ $50,000.01 - $100k<br>☒ $100,000.01 - $150k | ☐ $150,000.01 - $300k<br>☐ $300,000.01 - $500k<br>☐ $500,000.01 - $750k<br>☐ $750,000.01 - $1M<br>☐ $1,000,000.01 - $5M<br>☐ $5,000,000.01 - $10M<br>☐ $10,000,000.01 - $25M | ☐ 0 - 5<br>☐ 6 - 10<br>☒ 11 - 25<br>☐ 26 - 50<br>☐ 51 - 75<br>☐ 76 - 100 | ☐ 101 - 125<br>☐ 126 - 150<br>☐ 151 - 200<br>☐ 201 - 250<br>☐ 251 – 500<br>☐ 501 - 1000 |
| **ACH Out** | Purpose:<br>Payments to vendors | ☐ $0.00 - $5.5k<br>☐ $5,000.01 - $10k<br>☐ $10,000.01 - $25k<br>☐ $25,000.01 - $50k<br>☒ $50,000.01 - $100k<br>☐ $100,000.01 - $150k | ☐ $150,000.01 - $300k<br>☐ $300,000.01 - $500k<br>☐ $500,000.01 - $750k<br>☐ $750,000.01 - $1M<br>☐ $1,000,000.01 - $5M<br>☐ $5,000,000.01 - $10M<br>☐ $10,000,000.01 - $25M | ☐ 0 - 5<br>☒ 6 - 10<br>☐ 11 - 25<br>☐ 26 - 50<br>☐ 51 - 75<br>☐ 76 - 100 | ☐ 101 - 125<br>☐ 126 - 150<br>☐ 151 - 200<br>☐ 201 - 250<br>☐ 251 – 500<br>☐ 501 – 1000 |
| **Monetary Instrument** | Purpose:<br>NA | ☒ $0.00 - $1k<br>☐ $1,000.01 - $5k<br>☐ $5,000.01 - $10k<br>☐ $10,000.01 - $25k<br>☐ $25,000.01 - $50k<br>☐ $50,000.01 - $100k<br>☐ $100,000.01 - $150k<br>☐ $150,000.01 - $200k | ☐ $200,000.01 - $250k<br>☐ $250,000.01 - $300k<br>☐ $300,000.01 - $400k<br>☐ $400,000.01 - $500k<br>☐ $500,000.01 - $750k<br>☐ $750,000.01 - $1M<br>☐ $1,000,000.01 - $2M<br>☐ $2,000,000.01 - $5M<br>☐ $5,000,000.01 - $100M | ☒ 0 - 1<br>☐ 2 - 5 | ☐ 6 - 10<br>☐ 11 - 25<br>☐ 26 - 50 |
| **ATM Withdrawal** | Purpose:<br>NA | ☒ $0.00 - $1k<br>☐ $1,000.01 - $5k<br>☐ $5,000.01 - $10k<br>☐ $10,000.01 - $25k<br>☐ $25,000.01 - $50k<br>☐ $50,000.01 - $100k | ☐ $100,000.01 - $150k<br>☐ $150,000.01 - $200k<br>☐ $200,000.01 - $250k<br>☐ $250,000.01 - $300k<br>☐ $300,000.01 - $400k<br>☐ $400,000.01 - $500k | ☒ 0 - 5<br>☐ 6 - 10<br>☐ 11 - 25<br>☐ 26 - 50<br>☐ 51 - 75 | ☐ 76 – 100<br>☐ 101 - 125<br>☐ 126 - 150<br>☐ 151 - 200<br>☐ 201 - 250 |

FLUSHING Bank
Commercial • Business • Consumer

# Business Profile

| Business Name Superb Motors Inc. | Reference # 2023040401 | Date 4/4/23 |
|---|---|---|

## Additional Information

**1. Other Bank Services of Interest**

☐ Armored Service ■ Cash Manager Direct ☐ Loans ☐ Lockbox ☐ Mail Deposits
☐ Merchant Services ☐ Remote Deposit ☐ Safe Deposit ☐ Other

**2. Is the entity address near the institution?** ■ Yes ☐ No
If "no", provide reason(s)

**3. Will the account activity be conducted in multiple branches?** ☐ Yes ■ No
If "yes", list the branch locations and reason(s)

**4. Are any of the signers or owners non US Citizens?** ☐ Yes ■ No
If "yes", list that signer/owner and country of origin

**5. Are any of the signers/owners a Politically Exposed Person (PEP), related to or a close associate to a PEP?** ☐ Yes ■ No
If "yes", list them and the relationship to the PEP

*(Complete the PEP Profile form and submit to the BSA Officer for approval prior to opening the account).*

**6. Will the entity operate an ATM machine on their premise?**
☐ Yes ■ No

a) If "yes", are the ATM(s) owned and serviced by the entity? ☐ Yes ☐ No

b) How many ATM's does the entity own?

c) Who is responsible for replenishing the ATM(s)?

d) Who is the beneficial owner of the ATM(s)?

e) Will Flushing Bank provide the cash for the ATM(s)? ☐ Yes ☐ No

If "no", provide the cash service contract

*Provide a copy of the following documents:*
*ATM Agreement with sponsoring entity, exact physical location of each ATM.*
*State Registration and copy of three (3) months ATM activity statements.*

**7. Will the entity be receiving or sending funds from/to countries outside of the U.S.?** ☐ Yes ■ No

a) What countries will the entity be transacting with?

b) What is the expected monthly volume?

c) List reasons for transactions

**8. Will the entity be utilizing ACH Originations?** ☐ Yes ■ No

If yes, will the entity offer payment processing services to merchants and other business entities? ☐ Yes ☐ No

**9. Does the entity accept third party checks?** ☐ Yes ■ No



FLUSHING07124

FLUSHING Bank
Commercial • Business • Consumer

# Business Profile

| Business Name Superb Motors Inc. | Reference # 2023040401 | Date 4/4/23 |
|---|---|---|

**Additional Information Continued**

**10. Is the entity an NGO, NPO, charity, endowment or foundation?** ☐ Yes ▣ No ***If No, skip section #10***

*NGOs are private nonprofit organizations that pursue activities intended to serve the public good. An NGO can be any nonprofit organization that is independent from government. NGOs can range from large regional, national, or international charities to community-based self-help groups. NGOs also include research institutes, churches, professional associations, and lobby groups. NGOs typically depend, in whole or in part, on charitable donations and voluntary service for support.*

a) What does the charter of the Organization state as the primary purpose?
☐ Education
☐ Religious
☐ Community Service
☐ Social Services
☐ Other, please describe:

b) Does the entity issue any loans to individuals and/or businesses? ☐ Yes ☐ No

c) Does the entity expect to deposit third party checks? ☐ Yes ☐ No

d) Does the entity cash checks or exchange currency for any individual on any day in one or more transactions? ☐ Yes ☐ No

**If the answer is "Yes" to b, c, or d above, DO NOT open the account.**

e) Is the entity incorporated in New York? ☐ Yes ☐ No

e.1) If not, did you obtain a copy of the Certificate of Corporate Status? ☐ Yes ☐ No

f) What geographic location(s) does the entity serve?

g) Does the entity have any related organizations in or outside of the branch market area? ☐ Yes ☐ No

h) How are the organizations related?

i) Does the entity have any affiliation with other NGOs, government, other groups? ☐ Yes ☐ No
If so, please list:

j) Do the anticipated deposits represent the entity's stated objectives? ☐ Yes ☐ No

k) Do the anticipated disbursements represent the entity's stated beneficiaries? ☐ Yes ☐ No

l) To whom will the entity's funds be disbursed?

m) How are the beneficiaries selected?

n) Does the NGO have a website? ☐ Yes ☐ No
n.1) If yes, enter the URL: ______________________

o) Is the website for members only? ☐ Yes ☐ No

o.1) Is the website open to accept donations or contributions by the public using credit cards? ☐ Yes ☐ No
o.2) If yes, list the entity's credit card processor: ______________________

p) If donations are open to the public, are there International contributors? ☐ Yes ☐ No
p.1) If yes, please list any major international contributors:

q) How does the entity receive its funding? (check all that apply)
☐ Private Contributions
☐ Corporate Contributions
☐ Community Groups
☐ Government Entities
☐ Fund Raisers
☐ Sponsors
☐ Dues
☐ Other, please describe

r) What are the past, present and planned activities for the organization?

s) Does the entity receive funding from any governmental entity or organization located outside of the U.S? ☐ Yes ☐ No
If yes, please provide the following information:

s.1) Name of Government Entity or Organization:
s.2) Location:
s.3) Purpose of Funds:

t) Is the entity tax exempt under Internal Revenue Code? ☐ Yes ☐ No
t.1) If yes, under what IRC section?

u) Estimated Gross Annual Revenue $

v) How many employees does the entity have?



FLUSHING07125

FLUSHING Bank
Commercial • Business • Consumer

# Business Profile

## Notes

*Complete this section if additional space is needed to answer any questions above.*

—

**For Bank Use Only**

By completing and signing this form, I hereby certify, to the best of my knowledge, the information provided to me by the customer is complete and accurate.

| Account Number | Information Obtained By (Print Name) | Signature |
|---|---|---|
| [redacted]4591 | Robert Puccio | Robert Puccio |

FLUSHING Commercial • Business • Consumer Bank®

# Site Visitation Form

| Business Information | | | |
|---|---|---|---|
| Business Name(s): | | | |
| Superb Motors Inc. | | | |
| | | | |
| | | | |
| Physical Address: 215 Northern Blvd | | Met With: Anthony Deo | |
| City, State: Great Neck, NY | | Type of Business: used car dealership | |
| Zip Code: 11021 | | Home Based: ☐ Yes | ▣ No |
| Date of Visit: 4/4/2023 | | Date Opened: 2/2021 | |

| External Description | | | | | |
|---|---|---|---|---|---|
| Type of Space Occupied: | | Signage: | | | |
| ▣ Commercial | ☐ Residential (home/apt.) | ▣ Visible | ☐ Clear | ☐ None | |
| ☐ Warehouse/ Industrial Space | | Does signage reflect business name? | | | |
| ▣ Retail | | ▣ Yes | ☐ No | | |
| ☐ Other | | | | | |
| Is the business name listed on a directory/mailbox located in the building or on the property? | | | ☐ Yes | ☐ No | |
| General appearance of the property: | ▣ Good | ☐ Fair | ☐ Poor | ☐ N/A | |
| Comments: Showroom is very clean, new furniture and high end automobiles. | | | | | |

| Internal Description | | |
|---|---|---|
| **GENERAL** | | |
| Clean and Organized? | ▣ Yes | ☐ No |
| **RETAIL** | | |
| Hours of Operation: 10 am - 8 pm | | |
| Describe any inventory observed: used cars | | |
| Describe display & condition of inventory: all cars seemed no older than 3-4 years, all in very good, like new condition | | |
| Describe visible internal signage Many signs on the street and throughout the showroom | | |
| Describe volume of customer activity very busy, seemed there was over 10 customers shopping during visit | | |
| Are customer transactions conducted primarily in cash or credit? | ☐ Cash<br>▣ Credit | |

FLUSHING Bank

| | | | | |
|---|---|---|---|---|
| Describe any seasonal considerations for transaction volume: none | | | | |
| Does the business offer? (Check applicable) | ☐ Phone Cards | ☐ Funds Transfers | ☐ Check Cashing | ☐ Lottery |

**OFFICE AND INDUSTRIAL**

| | | |
|---|---|---|
| Describe any materials or merchandise onsite: | | |
| Describe any equipment onsite: | | |
| Describe the model & condition of any vehicles onsite: | | |
| Does the location seem sufficiently staffed? | ☐ Yes | ☐ No |
| If office location, please describe the furniture and décor: | | |

**ACTIVITY AND PRODUCTS**

| | | | |
|---|---|---|---|
| Does observed business activity reflect type of business? | | ▣ Yes | ☐ No |
| Explain: very busy used car dealership. Very active showroom with many customers and employees | | | |
| Describe the types of products or services provided by this business: the client sells used cars | | | |
| On the day of the visit, the business appears to be: | | | |
| ▣ Very Busy | ☐ Busy | ☐ Slow | ☐ No Customers |
| If no internal inspection was performed or no internal pictures taken, explain why: | | | |

**ONSITE ATM**

| | | | |
|---|---|---|---|
| Is there an ATM onsite? | ☐ Yes | ▣ No | If Yes, complete this section |
| Is the ATM serviced by our customer? | | ☐ Yes | ☐ No |
| Exact location of ATM: | | | |
| How is cash replenished? | ☐ Bank | ☐ Armored Car | ☐ Cash Servicer |
| How often will the ATM be loaded? | | | |
| What is the daily expected cash activity? | | | |

**Obtain copy of the ATM Lease or Purchase Agreement**

**Obtain copies of the last three months banking statements**

**Marijuana Related Business**

| | | |
|---|---|---|
| Is this business marijuana related? | ☐ Yes | ▣ No |
| Type of Business (Example: Retail dispensaries, cultivation etc.) | | |
| Approximate Annual Revenue: $ | | |
| What percentage of the business is directly tied to marijuana business? % | | |

| | | |
|---|---|---|
| Of the percentage listed above, define the percentage in each of the following areas? | | |
| Sale of CBD Oil: % | Paraphernalia: % | Hemp: % |
| Other (Explain): % | | |
| What process is in place by the business to ensure the marijuana portion of the business is licensed? | | |

## Premises Description

Provide a clear description of the premises: premises consist of a building and parking lot. Building is approximately 8,000 sf. Building / showroom floor was full of high end cars, with a service desk, and offcies around the outer walls.

When you enter there is a waiting area for customers. Parking lot was full of used cars for sale.

## Home Based

If a home based business, is it reasonable for this type of business to be operated out of a home?

| | |
|---|---|
| ☐ Yes | ☐ No If No, explain below: |

## Conclusion / Overall Comments

Is the business environment consistent with the type of business? (Explain)

Business and activity at the location are all consistent with a car dealership. The business was very busy, many customers and lots if inventory, cars, on display.

## Visited By *

| | | |
|---|---|---|
| Print Name: Robert Puccio | Title: Vice President | Branch/Business Unit: 455 |
| Signature: Robert Puccio | Date: 4/5/2023 | |



Rev. 12/19

FLUSHING
Commercial • Business • Consumer Bank

## INTERNET GAMBLING NOTICE AND CERTIFICATION

Pursuant to the Unlawful Internet Gambling Enforcement Act of 2006 and Regulation GG, "restricted transactions" such as those in which a person accepts credit, funds, instruments or other proceeds from another person in connection with unlawful Internet gambling, are prohibited. You certify that such transactions will not be conducted through your account at Flushing Bank. Please be advised that if Flushing Bank determines that your account is being used to engage in restricted transactions, we reserve the right to terminate your access to certain payment systems and/or close your account.

I, Anthony Deo
Customer Name

CEO, of Superb Motors Inc.
Title (i.e. Pres., Sec.) Company Name

Company/Corporation/Partnership/LLC/Sole Proprietorship do hereby certify that the above named Business entity does not engage in any type of Internet Gambling business.

Signature

4/4/23
Date

| FOR BANK USE ONLY | | | |
|---|---|---|---|
| Account(s) #: | [redacted]4591 | Originating Br #: | 455 |
| | | Accepted By: | Robert Puccio |
| | | | (Print Name) |

Rev. 9/17

# CERTIFICATE OF INCORPORATION
# OF
# SUPERB MOTORS INC.

Under Section 402 of the Business Corporation Law

I, the undersigned, a natural person of at least 18 years of age, for the purpose of forming a corporation under Section 402 of the Business Corporation Law of the State of New York hereby certify:

**FIRST:** The name of the corporation is:

**SUPERB MOTORS INC.**

**SECOND:** This corporation is formed to engage in any lawful act or activity for which a corporation may be organized under the Business Corporation Law, provided that it is not formed to engage in any act or activity requiring the consent or approval of any state official, department, board, agency or other body without such consent or approval first being obtained.

**THIRD:** The county, within this state, in which the office of the corporation is to be located is NASSAU.

**FOURTH:** The total number and value of shares of common stock which the corporation shall have authority to issue is: 200 SHARES WITH NO PAR VALUE.

**FIFTH:** The Secretary of State is designated as agent of the corporation upon whom process against it may be served. The address within or without this state to which the Secretary of State shall mail a copy of any process against the corporation served upon him or her is:

THE CORPORATION
15 LANCASTER STREET
LYNBROOK, NY 11563

**SIXTH:** No Director of this corporation shall be personally liable to the corporation, or its shareholders for damages for any breach of duty in such capacity, provided that this provision shall not limit the liability of any director if a judgment or other final adjudication, adverse to him, establishes that his act or omissions were in bad faith or involved intentional misconduct or a knowing violation of law or that he personally gained in fact a financial profit or other advantage, to which he was not legally entitled or that his acts violated Section 719 of the New York Business Corporation Law.

**SEVENTH:** The holders of any of the corporation's equity shares shall be entitled to preemptive rights in accordance with the provisions of BCL section 622.

I certify that I have read the above statements, I am authorized to sign this Certificate of Incorporation, that the above statements are true and correct to the best of my knowledge and belief and that my signature typed below constitutes my signature.

KRISTIE L. DELONG (signature)

KRISTIE L. DELONG, INCORPORATOR
BLUMBERGEXCELSIOR
236 BROADWAY
MENANDS, NY 12204

**Filed by:**
BLUMBERGEXCELSIOR CORPORATE SERVICES, INC.
236 BROADWAY
MENANDS, NY 12204

**BLUMBERGEXCELSIOR CORPORATE SERVICES INC. (39)**
**DRAWDOWN**
**CUSTOMER REF# 353195**

**FILED WITH THE NYS DEPARTMENT OF STATE ON: 02/04/2021**
**FILE NUMBER: 210204010081; DOS ID: 5933755**

TAX 113

[redacted] 2229

New York State Department of Motor Vehicles

# OFFICIAL BUSINESS CERTIFICATE

*THIS CERTIFICATE EXPIRES* 04/30/25

*FACILITY IDENTIFICATION NO.* 7128150 DLU

Validation Date and Number: 03/23/23 90392

This person is REGISTERED AS A DEALER

pursuant to the provisions of the Vehicle and Traffic Law.

SUPERB MOTORS INC
215 NORTHERN BLVD
GREAT NECK NY 11021

This document does not certify that this business complies with zoning and other local laws

**POST IN A CONSPICUOUS PLACE**

/-61P (11/95)

**FLUSHING** Bank

# STATEMENT of ACCOUNT

800.581.2889 (855.540.2274 TTY/TDD)

SUPERB MOTORS INC.
215 NORTHERN BLVD
GREAT NECK NY 11021-4401

Statement Begin Date: 04/05/2023
Statement End Date: 04/30/2023
Account Number: [redacted]4591

Printable Version Save as PDF

CASH MANAGEMENT [redacted]4591

Download: OFX QIF CSV

## All Transactions by Date

| Date | Description | Withdrawal / Debit (-) | Deposit / Credit (+) | Balance |
|---|---|---|---|---|
| 04/04 | Balance Forward | | | $0.00 |
| 04/05 | Deposit | | $0.00 | $0.00 |
| 04/10 | Deposit | | $39,939.41 | $39,939.41 |
| 04/15 | Deposit | | $54,093.78 | $94,033.19 |
| 04/22 | Deposit | | $20,600.00 | $114,633.19 |

## Interest Rate Summary

| Date | Rate |
|---|---|
| | 0.00% |

## Account Summary

Previous Statement Date: 04/04/2023

| Beginning Balance + | Deposits + | Interest Paid - | Withdrawals - | Service Charge = | Ending Balance |
|---|---|---|---|---|---|
| $0.00 | $114,633.19 | $0.00 | $0.00 | $0.00 | $114,633.19 |

Avg Stmt Available Bal $72,678.00

Minimum Balance $0.00

## Summary of Deposit Accounts

| TYPE OF ACCOUNT | ACCOUNT | BALANCE | INT-RATE% | YTD-INT | YTD-PENALTY | MATURITY |
|---|---|---|---|---|---|---|
| Checking | [redacted]4591 | $114,633.19 | 0.00000% | $0.00 | | |

**Updated Account Terms and Conditions are now available on the Flushing Bank website. Please visit FlushingBank.com.**

TKT-BUSDT-0315 Rev. 03/22

DEPOSIT TICKET

**FLUSHING** Bank

FOR Superb Motors Inc

DATE 4/10/23

*DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL*

CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE OR ANY APPLICABLE COLLECTION AGREEMENT.

| | DOLLARS | CENTS |
|---|---|---|
| CURRENCY | | |
| COIN | | |
| CHECKS 1 | 2000 | - |
| 2 | 6,939 | - |
| 3 | 1000 | - |
| 4 | 20000 | - |
| 5 | 10000 | - |
| 6–21 | | |
| TOTAL | 39939.41 | |

PLEASE RE-ENTER TOTAL BELOW

ACCOUNT NUMBER

✱ [redacted] 4591 $ 39939.41

WHITE COPY: BANKER YELLOW COPY: CUSTOMER

⑆501104740⑆ 20

Date:04/10/2023 Account:[redacted]4591 Amount:$39,939.41 Serial:0 Sequence:41238540 TR:501104740 TranCode:20 InstID:15 DbCr:C Pattern:10

TOTAL MUST BE ENTERED ON FRONT SIDE

CHECKS LIST SINGLY

DOLLARS

CENTS

TOTAL $

CURRENCY COUNT - FOR FINANCIAL INSTITUTION USE ONLY

X 1, X 2, X 5, X 10, X 20, X 50, X 100

041023 06670000057226>226070474< Flushing 0132

MEMO POST DEPOSIT

ACCOUNT # [redacted]4591

AMOUNT: $39,939.41

NEW BALANCE:

04/10/23 3:46 pm 017 2648 NDMD+ 95

4

BANK OF AMERICA

Cashier's Check

No. 1517522955

Notice to Purchaser - In the event that this check is lost, misplaced or stolen, a sworn statement and 90-day waiting period will be required prior to replacement. This check should be negotiated within 90 days.

Void After 90 Days 30-1/1140 NTX Date 04/03/23 04:33:05 PM

GREAT NECK

0007 0094036 0191

00-53-3364B 06-2019

Pay BANK OF AMERICA 10000 00 CTS CTS **$10,000.00**

**Ten Thousand and 00/100 Dollars**

To The Order Of SUPERB MOTORS

Remitter (Purchased By): MAX SERVICES CORPORATION

Bank of America, N.A.
SAN ANTONIO, TX

AUTHORIZED SIGNATURE

⑈1517522955⑈ ⑆114000019⑆ [redacted]4977⑈

THE ORIGINAL DOCUMENT HAS A WHITE REFLECTIVE WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENTS.

Date:04/10/2023 Account[redacted]4977 Amount:$10,000.00 Serial:1517522955 Sequence:41238550
TR:114000019 TranCode:0 InstID:15 DbCr:D Pattern:10

081787887

041023 06670000057227>226070474< Flushing 0132

KNOW YOUR ENDORSER - REQUIRE IDENTIFICATION

00-53-3364B 06-2019

BANK OF AMERICA

Cashier's Check

No. 1588217978

Notice to Purchaser - In the event that this check is lost, misplaced or stolen, a sworn statement and 90-day waiting period will be required prior to replacement. This check should be negotiated within 90 days.

Void After 90 Days 30-1/1140 NTX

Date 03/22/23 09:13:53 AM

1580 FLATBUSH

0004 0000109 0003

Pay BANK OF AMERICA 20000 00 TWO ZERO ZERO ZERO ZERO CTS CTS

**$20,000.00**

**Twenty Thousand and 00/100 Dollars**

To The Order Of SUPERB MOTORS

00-53-3364B 06-2019

Remitter (Purchased By): JOACHIM PIERRE LOUIS

Bank of America, N.A.
SAN ANTONIO, TX

AUTHORIZED SIGNATURE

⑈1588217978⑈ ⑆114000019⑆ [redacted] 4977⑈

THE ORIGINAL DOCUMENT HAS A WHITE REFLECTIVE WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENTS.

Date:04/10/2023 Account: [redacted] 4977 Amount:$20,000.00 Serial:1588217978 Sequence:41238560
TR:114000019 TranCode:0 InstID:15 DbCr:D Pattern:10

081362670

041023 06670000057228>226070474< Flushing 0132

KNOW YOUR ENDORSER - REQUIRE IDENTIFICATION
ENDORSE CHECK HERE
X

DO NOT WRITE, SIGN, STAMP BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

00-53-3364B 06-2019

**ARTEX GROUP INC**
369 BEVERLY RD
DOUGLASTON, NY 11363

762

50-7668/2214

DATE 3/3/2023

PAY TO THE ORDER OF SUPERB MOTORS $ 1,000 00/100

ONE THOUSAND 00/100 DOLLARS

NASSAU FINANCIAL Federal Credit Union
2575 Hempstead Turnpike Suite 300 East Meadow, NY 11554

FOR

⑆221476688⑆ [redacted] 2633⑈0762

Date:04/10/2023 Account [redacted] 2633 Amount:$1,000.00 Serial:0 Sequence:41238570 TR:221476688 TranCode:762 InstID:15 DbCr:D Pattern:10

041023 [redacted] 57229>226070474< Flushing 0132

ENDORSE HERE

X

☐ CHECK BOX FOR MOBILE REMOTE DEPOSIT

WRITE NAME OF FINANCIAL INSTITUTION ON LINE ABOVE

**ARTEX GROUP INC**
369 BEVERLY RD
DOUGLASTON, NY 11363

769

50-7668/2214

DATE 3/17/2023

PAY TO THE ORDER OF Superb Motors $ 6,939 41/100

Six Thousand Nine Hundred & Thirty Nine 41/100 DOLLARS

Photo Safe Deposit® Details on back

NASSAU FINANCIAL Federal Credit Union
2575 Hempstead Turnpike Suite 300 East Meadow, NY 11554

FOR

⑆221476688⑆ [redacted] 2633⑈0769

Date:04/10/2023 Account: [redacted] 2633 Amount:$6,939.41 Serial:0 Sequence:41238580 TR:221476688
TranCode:769 InstID:15 DbCr:D Pattern:10

ENDORSE HERE

X

☐ CHECK BOX FOR MOBILE REMOTE DEPOSIT

WRITE NAME OF FINANCIAL INSTITUTION ON LINE ABOVE

0411023 [redacted] 57230>226070474< Flushing 0132

**ARTEX GROUP INC**
369 BEVERLY RD
DOUGLASTON, NY 11363

770

50-7668/2214

DATE 3/23/2023

CHECK ARMOR

PAY TO THE ORDER OF Superb Motors $2,000 00

Two Thousand 00/100 DOLLARS

Photo Safe Deposit® Details on back

NASSAU FINANCIAL Federal Credit Union
2575 Hempstead Turnpike Suite 300 East Meadow NY 11554

FOR Car Repire

⑆221476688⑆ [redacted] 2633⑈0770

Date:04/10/2023 Account:[redacted]2633 Amount:$2,000.00 Serial:0 Sequence:41238590 TR:221476688 TranCode:770 InstID:15 DbCr:D Pattern:10

041023 [redacted]7231>226070474< Flushing 0132

ENDORSE HERE

X

CHECK BOX FOR MOBILE REMOTE DEPOSIT

TKT-BUSDT-0315 Rev. 03/22

DEPOSIT TICKET

**FLUSHING** Bank

FOR Super B Motor Inc

DATE 4/15/23

*DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL*

CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE OR ANY APPLICABLE COLLECTION AGREEMENT.

| | DOLLARS | CENTS |
|---|---|---|
| CURRENCY | | |
| COIN | | |
| CHECKS 1 | 20000 | — |
| 2 | 34093 | 78 |
| 3–21 | | |
| TOTAL | 54093 | .78 |

PLEASE RE-ENTER TOTAL BELOW

ACCOUNT NUMBER

✱[redacted]4591 $ 54093.78

WHITE COPY: BANKER YELLOW COPY: CUSTOMER

⑆501104740⑆ 20

Date:04/17/2023 Account[redacted]4591 Amount:$54,093.78 Serial:0 Sequence:41491720 TR:501104740 TranCode:20 InstID:15 DbCr:C Pattern:10

TOTAL MUST BE ENTERED ON FRONT SIDE

4
04/17/23 11:51 a 025 2475 NDND- 21
MEMO POST DEPOSIT
ACCOUNT # 9990234591 AMOUNT: $54,093.78
NEW BALANCE: $54,033.19

CHECKS LIST SINGLY

TOTAL $ DOLLARS CENTS

| X 1 | X 2 | X 5 | X 10 | X 20 | X 50 | X 100 |
|---|---|---|---|---|---|---|
| | | | | | | |

CURRENCY COUNT - FOR FINANCIAL INSTITUTION USE ONLY

041723 067500000028634>226070474< Flushing 0016

HOLD DOCUMENT AT ANGLE TO VIEW ARTIFICIAL WATERMARK ON BACK

**CASHIER'S CHECK**

HOLD DOCUMENT AT ANGLE TO VIEW ARTIFICIAL WATERMARK ON BACK

**CHASE**

9810825530 | 25-3/440

Date 04/13/2023 Void after 7 years

**Remitter:** MANUEL ROMO-GONZALEZ

**Pay To The Order Of:** SUPERB MOTORS

**Pay:** TWENTY THOUSAND DOLLARS AND 00 CENTS

$** 20,000.00 **

Do not write outside this box

Memo: ----------

Note: For information only. Comment has no effect on bank's payment.

**Drawer: JPMORGAN CHASE BANK, N.A.**

Rebecca Griffin, Chief Administrative Officer
JPMorgan Chase Bank, N.A.
Columbus, OH

⑈9810825530⑈ ⑆044000037⑆ [redacted]433⑈

Date:04/17/2023 Account[redacted]1433 Amount:$20,000.00 Serial:9810825530 Sequence:41491730 TR:44000037 TranCode:0 InstID:15 DbCr:D Pattern:10

2005286677

FOR INFORMATION CONCERNING THIS INSTRUMENT

JPMORGAN CHASE BANK, N.A.

1-866-595-2756

Absence of these features may indicate alteration

041 [redacted]0474< Flushing 0016

DEPOSITORY BANK ENDORSEMENT

DO NOT WRITE / SIGN / STAMP BELOW THIS LINE

X For Deposit only

WARNING DO NOT CASH CHECK WITHOUT NOTING THE ARTIFICIAL WATERMARK HOLD CHECK AT 45 DEGREE ANGLE TO VIEW

BANK OF AMERICA

Cashier's Check

No. 1577825940

Notice to Purchaser - In the event that this check is lost, misplaced or stolen, a sworn statement and 90-day waiting period will be required prior to replacement. This check should be negotiated within 90 days.

Void After 90 Days

30-1/1140 NTX

Date 04/14/23 02:00:00 PM

CONTINENTAL AVENUE

0007 0010063 0065

Pay BANK OF AMERICA 34093 78 CTSCTS

**$34,093.78**

**Thirty Four Thousand Ninety Three and 78/100 Dollars**

To The Order Of SUPERB MOTORS

00-53-3364B 06-2019

Remitter (Purchased By): ELENA KANDOVA

Bank of America, N.A.
SAN ANTONIO, TX

AUTHORIZED SIGNATURE

⑈1577825940⑈ ⑆114000019⑆ [redacted]4977⑈

THE ORIGINAL DOCUMENT HAS A WHITE REFLECTIVE WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENTS.

Date:04/17/2023 Account[redacted]4977 Amount:$34,093.78 Serial:1577825940 Sequence:41491740
TR:114000019 TranCode:0 InstID:15 DbCr:D Pattern:10

078980227

0016 Flushing <4740702260>6398200000 0751 0417 04

KNOW YOUR ENDORSER - REQUIRE IDENTIFICATION

X For Deposit Only

00-53-3364B 06-2019

TKT-BUSDT-0315 Rev. 03/22

DEPOSIT TICKET

**FLUSHING** Bank

FOR SuperB MotoR INC

DATE 4/22/23

*DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL*

*CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE OR ANY APPLICABLE COLLECTION AGREEMENT.*

| | DOLLARS | CENTS |
|---|---|---|
| CURRENCY | | |
| COIN | | |
| CHECKS 1 | 20000 | — |
| 2 | 600 | — |
| 3–21 | | |
| TOTAL | 20600 | 00 |

PLEASE RE-ENTER TOTAL BELOW

ACCOUNT NUMBER

* [redacted]4591 $ 20600.00

WHITE COPY: BANKER YELLOW COPY: CUSTOMER

⑆501104741⑆ 20

Date:04/24/2023 Accoun[redacted]4591 Amount:$20,600.00 Serial:0 Sequence:89557440 TR:501104740 TranCode:20 InstID:15 DbCr:C Pattern:10

TOTAL MUST BE ENTERED ON FRONT SIDE

CHECKS LIST SINGLY

DOLLARS

CENTS

| CURRENCY COUNT - FOR FINANCIAL INSTITUTION USE ONLY | $ |
|---|---|
| X 1 | |
| X 2 | |
| X 5 | |
| X 10 | |
| X 20 | |
| X 50 | |
| X 100 | |
| TOTAL | |

042423 067500000028936>226070474< Flushing 0012

MEMO POST DEPOSIT

ACCOUNT # [redacted]4591

AMOUNT:

NEW BALANCE:

$20,600.00

04/24/23 12:43 pm 025 2725 NDMD+ 42

4

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

NSD
HI TOUCH ON THE GO

NATION MOTOR CLUB, LLC
D/B/A NATION SAFE DRIVERS
PREMIUM ACCOUNT
5600 BROKEN SOUND BOULEVARD NW
BOCA RATON, FL 33487

Fifth Third Bank

168256
63-9171 / 670

DATE: 4/12/2023

**$600.00**

PAY TO THE ORDER OF SUPERB MOTORS INC

Six Hundred and 00/100 DOLLARS

R# 70012985

SUPERB MOTORS INC
215 NORTHERN BLVD
GREAT NECK NY 11021
UNITED STATES

Authorized Signature

Security Features Included. Details on back.

⑈0000168256⑈ ⑆067091719⑆ [redacted] 9772⑈

Date:04/24/2023 Account [redacted] 9772 Amount:$600.00 Serial:168256 Sequence:89557450 TR:67091719
TranCode:0 InstID:15 DbCr:D Pattern:10

Listed below are the security features that are incorporated in this document

Security Features. Results of check alteration

4 2 2 3 0 6 7 5 0 0 0 0 0 2 8 9 3 7>226070474< Flushing 0012

Padlock design is a certification mark of Check Payment Systems Association.

CREDITED TO THE ACCOUNT
OF THE WITHIN NAMED PAYEE
FLUSHING BANK

HOLD DOCUMENT AT ANGLE TO VIEW ARTIFICIAL WATERMARK ON BACK

282111107 NEW 01/21 8810004306

CHASE

**CASHIER'S CHECK**

9820132914 25-3/440

Date 04/19/2023 Void after 7 years

**Remitter:** WILLIAM D. AND JOANN GARRISON TRUST/JESSICA A DEPASQUALE TRUSTEE/DANA M GARRISON TRUSTEE

**Pay To The Order Of:** SUPERB MOTORS

**Pay:** TWENTY THOUSAND DOLLARS AND 00 CENTS

$** 20,000.00 **

Do not write outside this box

Memo:

Note: For information only. Comment has no effect on bank's payment.

**Drawer: JPMORGAN CHASE BANK, N.A.**

Rebecca Griffin, Chief Administrative Officer
JPMorgan Chase Bank, N.A.
Columbus, OH

[redacted]329141⑈ [redacted]⑆ [redacted]6[redacted]3[redacted]⑈

Date:04/24/2023 Account[redacted]1433 Amount:$20,000.00 Serial:9820132914 Sequence:89557460 TR:44000037 TranCode:0 InstID:15 DbCr:D Pattern:10

2023103160

FOR INFORMATION CONCERNING THIS INSTRUMENT CONTACT JPMORGAN CHASE BANK N A

042423 0075000028938>226070474< Flushing 0012

DO NOT WRITE, SIGN / STAMP BELOW THIS LINE

CREDITED TO THE ACCOUNT OF THE WITHIN NAMED PAYEE FLUSHING BANK

WARNING DO NOT CASH ... NOTING THE ARTIFICIAL ... HOLD CHECK AT 45 DEGREE ...

DEPOSIT TICKET

**FLUSHING** Bank

FOR Superb Motors

DATE 04/25/23

*DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL*

CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE OR ANY APPLICABLE COLLECTION AGREEMENT

TKT-BUSDT-0315 Rev. 03/22

| | DOLLARS | CENTS |
|---|---|---|
| CURRENCY | | |
| COIN | | |
| CHECKS 1 | 7000 | — |
| 2 | 9000 | — |
| TOTAL | 16,000 | |

PLEASE RE-ENTER TOTAL BELOW

ACCOUNT NUMBER

[redacted]4591 $ 16,000.—

WHITE COPY: BANKER YELLOW COPY: CUSTOMER

⑆501104740⑆ 20

Date:04/28/2023 Account[redacted]4591 Amount:$16,000.00 Serial:0 Sequence:41812390 TR:501104740 TranCode:20 InstID:15 DbCr:C Pattern:10

TOTAL MUST BE ENTERED ON FRONT SIDE

CHECKS LIST SINGLY

DOLLARS CENTS

| CURRENCY COUNT - FOR FINANCIAL INSTITUTION USE ONLY | $ |
|---|---|
| X 100 | |
| X 50 | |
| X 20 | |
| X 10 | |
| X 5 | |
| X 2 | |
| X 1 | |
| TOTAL | |

042823 06550000110348>226070474< Flushing 0129

THIS DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER, WITH A VOID PANTOGRAPH, FLUORESCENT FIBERS, MICROPRINTING AND A TRUE WATERMARK.

Newtown Savings Bank
The Power of Local

*Official Bank Check*

51-7229
2211

8010825

NOTICE TO CUSTOMERS
If this check is lost, stolen or destroyed within 90 days of the purchase date, an Indemnity Agreement and Indemnification Bond will be required for a replacement check or refund.

DATE 4/24/2023

PAY EXACTLY **9,000 AND 00/100 DOLLARS $9,000.00

TO THE ORDER OF SUPERB MOTORS

MEMO

Details on Back. Security Features Included

⑈00080108 25⑈ ⑆221172296⑆ [redacted]7345⑈

Date:04/28/2023 Accoun[redacted]7345 Amount:$9,000.00 Serial:8010825 Sequence:41812400 TR:221172296 TranCode:0 InstID:15 DbCr:D Pattern:10

042823 06550000110349 226070474< Flushing 0129

ENDORSE HERE

FOR DEPOSIT

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

OFFICIAL CHECK

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

citibank

116516700

Citibank, N.A. PC# 00067 FA# 032 $10.00 ONL PIC

018 02 Ck. Ser.# 116516700

DATE 04/28/23

62-20
311

****SEVEN THOUSAND DOLLARS****

PAY **$7,000.00**

****SUPERB MOTORS****

TO THE ORDER OF

GLORIA JIMENEZ

Drawer: Citibank, N.A.

NAME OF REMITTER
ADDRESS
Citibank N.A. One Penns Way
New Castle DE 19720

BY
AUTHORIZED SIGNATURE

⑈116516700⑈ ⑆031100209⑆ [redacted] 2924⑈

Date:04/28/2023 Account [redacted] 2924 Amount:$7,000.00 Serial:116516700 Sequence:41812410 TR:31100209
TranCode:0 InstID:15 DbCr:D Pattern:10

WARNING — DO NOT CASH CHECK
WITHOUT NOTING WATERMARK.
HOLD TO LIGHT TO VERIFY WATERMARK.

X For Deposit

☐ CHECK HERE IF MOBILE DEPOSIT

DO NOT WRITE / SIGN / STAMP BELOW THIS LINE

DEPOSITORY BANK ENDORSEMENT

FOR INFORMATION CONCERNING THIS INSTRUMENT
CONTACT: 866-678-0068

The security features listed below, exceed industry guidelines

0350>226070474< Flushing 0129

**FLUSHING** Bank

# STATEMENT of ACCOUNT

800.581.2889 (855.540.2274 TTY/TDD)

SUPERB MOTORS INC.
215 NORTHERN BLVD
GREAT NECK NY 11021-4401

Statement Begin Date: 05/01/2023
Statement End Date: 05/31/2023
Account Number: [redacted]4591

Printable Version Save as PDF

CASH MANAGEMENT [redacted]4591

Download: OFX QIF CSV

All Transactions by Date

| Date | Description | Withdrawal / Debit (-) | Deposit / Credit (+) | Balance |
|---|---|---|---|---|
| 04/30 | Balance Forward | | | $114,633.19 |
| 05/03 | Deposit | | $16,000.00 | $130,633.19 |
| 05/05 | Deposit | | $29,227.40 | $159,860.59 |
| 05/08 | TRANSFER TO CK XXXXXXXX8362 | $60,000.00- | | $99,860.59 |
| 05/09 | Deposit | | $28,000.00 | $127,860.59 |
| 05/18 | Deposit | | $9,500.00 | $137,360.59 |
| 05/23 | Deposit | | $10,500.00 | $147,860.59 |
| 05/24 | TRANSFER TO CK XXXXXXXX8362 | $35,000.00- | | $112,860.59 |
| 05/29 | TRANSFER TO CK XXXXXXXX8362 | $20,000.00- | | $92,860.59 |
| 05/31 | TRANSFER TO CK XXXXXXXX8362 | $30,000.00- | | $62,860.59 |
| 05/31 | TRANSFER TO CK XXXXXXXX8362 | $20,000.00- | | $42,860.59 |

Interest Rate Summary

| Date | Rate |
|---|---|
| | 0.00% |

Account Summary

Previous Statement Date: 04/30/2023

| Beginning Balance + | Deposits + | Interest Paid - | Withdrawals - | Service Charge = | Ending Balance |
|---|---|---|---|---|---|
| $114,633.19 | $93,227.40 | $0.00 | $165,000.00 | $0.00 | $42,860.59 |

Avg Stmt Available Bal $124,137.69

Minimum Balance $42,860.59

Summary of Deposit Accounts

| TYPE OF ACCOUNT | ACCOUNT | BALANCE | INT-RATE% | YTD-INT | YTD-PENALTY | MATURITY |
|---|---|---|---|---|---|---|
| Checking | [redacted]4591 | $42,860.59 | 0.00000% | $0.00 | | |

TKT-BUSDT-0315 Rev. 03/22

DEPOSIT TICKET

**FLUSHING** Bank

FOR SUPERB MOTORS

DATE 5/5/23

*DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL*

CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE OR ANY APPLICABLE COLLECTION AGREEMENT.

| | DOLLARS | CENTS |
|---|---|---|
| CURRENCY | | |
| COIN | | |
| CHECKS 1 | 29227 | 40 |
| TOTAL | 29,227 | 40 |

PLEASE RE-ENTER TOTAL BELOW

ACCOUNT NUMBER

[redacted] 4591 $ 29227.40

WHITE COPY: BANKER YELLOW COPY: CUSTOMER

⑆501104740⑆ 20

Date:05/05/2023 Account:[redacted]4591 Amount:$29,227.40 Serial:0 Sequence:90143990 TR:501104740 TranCode:20 InstID:15 DbCr:C Pattern:10

TOTAL MUST BE ENTERED ON FRONT SIDE

3:54 pm 974 NDMD4 69

DEPOSIT 999023459 AMOUNT: NEW BALANCE: $2 ,227. 0

CHECKS LIST SINGLY TOTAL $ DOLLARS CENTS

CURRENCY COUNT - FOR FINANCIAL INSTITUTION USE ONLY X 1 X 2 X 5 X 10 X 20 X 50 X 100

050523 06550000111276>226070474< Flushing 0082

Credit Acceptance
*We change lives!*

Comerica Bank & Trust, N.A. Ann Arbor, MI
74-478-724

CHECK NUMBER 4812289

DATE 05/03/23

CREDIT ACCEPTANCE CORPORATION
25505 W. TWELVE MILE RD., STE. 3000
SOUTHFIELD, MI 48034-8339

ON F0BT

R#12836

$ ******29,227.40

PAY *Twenty-Nine Thousand Two Hundred Twenty-Seven Dollars And Forty Cents******

Pay This Amount in United States Dollars
VOID AFTER 90 DAYS

SUPERB MOTORS INC
215 NORTHERN BLVD
GREAT NECK, NY 11021

Ken Booth
CEO

MP

⑈0004812289⑈ ⑆072404786⑆ [redacted] 1304⑈

Date:05/05/2023 Account [redacted] 1304 Amount:$29,227.40 Serial:4812289 Sequence:90144000 TR:72404786 TranCode:0 InstID:15 DbCr:D Pattern:10

Image friendly document security includes copy-void safety microprinting, diagonal anti-splice security, coin reactive mark and simulated watermark.

WARNING. THE BACK OF THIS DOCUMENT CONTAINS A SIMULATED WATERMARK. HOLD AT 45° ANGLE TO VIEW.

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

DEPOSIT TICKET

**FLUSHING** Bank

TKT-BUSDT-0315 Rev. 03/22

FOR SUPERB MOTORS

DATE 05/09/23

*DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL*

CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE OR ANY APPLICABLE COLLECTION AGREEMENT

| | DOLLARS | CENTS |
|---|---|---|
| CURRENCY | | |
| COIN | | |
| CHECKS 1 | 13000 | |
| 2 | 15000 | |
| 3–21 | | |
| TOTAL | 28,000 | |

PLEASE RE-ENTER TOTAL BELOW

ACCOUNT NUMBER

[redacted] 4591 $ 28000.—

WHITE COPY: BANKER YELLOW COPY: CUSTOMER

⑆501104741⑆ 20

Date:05/09/2023 Account [redacted] 4591 Amount:$28,000.00 Serial:0 Sequence:90272290 TR:501104740 TranCode:20 InstID:15 DbCr:C Pattern:10

TOTAL MUST BE ENTERED ON FRONT SIDE

CHECKS LIST SINGLY

DOLLARS CENTS

050923 06550000111738>226070474< Flushing 0018

MEMO POST DEPOSIT
ACCOUNT # [redacted] 4591
AMOUNT: $28,000.00
NEW BALANCE:

05/09/23 1:21 pm 005 2796 NCMD+ 43
4

CURRENCY COUNT - FOR FINANCIAL INSTITUTION USE ONLY

| | DOLLARS | CENTS |
|---|---|---|
| X 100 | | |
| X 50 | | |
| X 20 | | |
| X 10 | | |
| X 5 | | |
| X 2 | | |
| X 1 | | |
| TOTAL $ | | |

CHANDRAWATTIE MANOHAR
DAVANAND MANOHAR
91-19 215 ST
QUEENS VLG, NY 11428

326

1-7103/2260
4

Date 5/8/23

Pay to the Order of SUPER B MOTORS $ 15000.00

Fifteen Thousand Dollars

RIDGEWOOD SAVINGS BANK
Hillside Ave. & Francis Lewis Blvd., Hollis, NY 11423

For

Chandrawattie Manohar

⑆226071033⑆ [redacted] 3128⑈ 0326

Date:05/09/2023 Account:[redacted]3128 Amount:$15,000.00 Serial:0 Sequence:90272300 TR:226071033 TranCode:326 InstID:15 DbCr:D Pattern:10

050923 0655000011739>226070474< Flushing 008

FOR DEPOSIT

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

OFFICIAL CHECK

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

citibank

Citibank, N.A.

270358500

62-20
311

$10.00 DHL PIC
270358500

DATE 04 4/23

PAY ****THIRTEEN THOUSAND DOLLARS****

**$13,000.00**

TO THE ORDER OF ****PERG MOTORS ****

Drawer: Citibank, N.A.

NAME OF REMITTER ADDRESS MARIA LUCRECIA HIDALGO RETANA

BY AUTHORIZED SIGNATURE

⑈270358500⑈ ⑆031100209⑆ [redacted]2924⑈

Date:05/09/2023 Account[redacted]2924 Amount:$13,000.00 Serial:270358500 Sequence:90272310 TR:31100209 TranCode:0 InstID:15 DbCr:D Pattern:10

WARNING — DO NOT CASH CHECK WITHOUT NOTING WATERMARK. HOLD TO LIGHT TO VERIFY WATERMARK.

X For Deposit

CHECK HERE IF MOBILE DEPOSIT

DO NOT WRITE / SIGN / STAMP BELOW THIS LINE

DEPOSITORY BANK ENDORSEMENT

FOR INFORMATION CONCERNING THIS INSTRUMENT CONTACT: 866-678-0088

The security features listed below, exceed industry guidelines

Security Features: True Watermark, Chemical Protection, Visible Fibers, Invisible Fibers, Warning Band, Microprint, Toner Grip

© Padlock design is a certification mark of Check Payment Systems Association

05092 ... 740>226070474< Flushing 0018

DEPOSIT TICKET

**FLUSHING** Bank

TKT-BUSDT-0315 Rev. 08/22

FOR SUPERB MOTORS

DATE 5/18/23

*DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL*

CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE OR ANY APPLICABLE COLLECTION AGREEMENT

| | DOLLARS | CENTS |
|---|---|---|
| CURRENCY | | |
| COIN | | |
| CHECKS 1 | 9500 | — |
| 2–21 | | |
| TOTAL | 9500 | |

PLEASE RE-ENTER TOTAL BELOW

ACCOUNT NUMBER [redacted] 34591 $ 9500.—

WHITE COPY: BANKER YELLOW COPY: CUSTOMER

⑆501104740⑆ 20

Date:05/18/2023 Accou[redacted]3459 Amount:$9,500.00 Serial:0 Sequence:90541090 TR:501104740 TranCode:20 InstID:15 DbCr:C Pattern:10

TOTAL MUST BE ENTERED ON FRONT SIDE

CHECKS LIST SINGLY

DOLLARS CENTS

TOTAL $

CURRENCY COUNT - FOR FINANCIAL INSTITUTION USE ONLY

X 1, X 2, X 5, X 10, X 20, X 50, X 100

051823 06550000112849 226070474< Flushing 0025

MEMO POST DEPOSIT

ACCOUNT # [redacted]34591

AMOUNT: $9,500.00

NEW BALANCE:

05/18/23 2:39 pm 005 2581 NDMD+ 209

4

OFFICIAL CHECK

TD Bank

32171806-1

RE: OVANDO LEWIS

DATE: 05/17/2023

52-0133
112

PAY TO THE ORDER OF ***SUPERB MOTORS***

$9,500.00

Nine Thousand Five Hundred AND 00/100

DRAWER: TD BANK, N.A.

AUTHORIZED SIGNATURE

⑈32171806 1⑈ ⑆011201335⑆ [redacted] 9303⑈

Date:05/18/2023 Account:[redacted]9303 Amount:$9,500.00 Serial:321718061 Sequence:90541100 TR:11201335 TranCode:0 InstID:15 DbCr:D Pattern:10

ENDORSE CHECK HERE

X FOR DEPOSIT

DO NOT WRITE / SIGN / STAMP BELOW THIS LINE

DEPOSITORY BANK ENDORSEMENT

50000112850 226070474 Flushing 0025

FOR INFORMATION CONCERNING THIS INSTRUMENT CONTACT:

TD BANK

1-800-285-7400

Security features on this document include: Watermark, Micro-Print Endorsement Line, Thermochromic Ink and Visible Fibers. Absence of these features may indicate alteration.

ePadlock design is a certification mark of Check Payment Systems Association

TKT-BUSDT-0315 Rev. 03/22

DEPOSIT TICKET

**FLUSHING** Bank

FOR SUPERB MOTORS

DATE 5/23/23

*DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL*

CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE OR ANY APPLICABLE COLLECTION AGREEMENT

| | DOLLARS | CENTS |
|---|---|---|
| CURRENCY | | |
| COIN | | |
| CHECKS 1 | 10000 | — |
| 2 | 500 | — |
| TOTAL | 10,500 | |

PLEASE RE-ENTER TOTAL BELOW

ACCOUNT NUMBER

[redacted]4591 $ 10500.

WHITE COPY: BANKER YELLOW COPY: CUSTOMER

⑆501104740⑆ 20

Date:05/23/2023 Account[redacted]4591 Amount:$10,500.00 Serial:0 Sequence:90741540 TR:501104740 TranCode:20 InstID:15 DbCr:C Pattern:10

TOTAL MUST BE ENTERED ON FRONT SIDE

4
05/23/23 2:20 pm 05 2796 NDMD+ 54
MEMO POST DEPOSIT
ACCOUNT # [redacted]4591 AMOUNT: $10,500.00
NEW BALANCE:

352323 0055000113602>226070474< Flushing 0040

CHECKS LIST SINGLY — DOLLARS — CENTS

TOTAL $

CURRENCY COUNT - FOR FINANCIAL INSTITUTION USE ONLY

X 1, X 2, X 5, X 10, X 20, X 50, X 100

BANK OF AMERICA

Cashier's Check

No. 1669108030

Notice to Purchaser - In the event that this check is lost, misplaced or stolen, a sworn statement and 90-day waiting period will be required prior to replacement. This check should be negotiated within 90 days

Void After 90 Days

30-1/1140
NTX

Date 05/22/23 03:37:27 PM

WOODBURY

0004 0000182 0087

Pay BANK OF AMERICA 10000 00 CTS CTS

**$10,000.00**

**Ten Thousand and 00/100 Dollars**

To The Order Of SUPER B MOTORS

00-53-3364B 06-2019

Remitter (Purchased By): MR COSMIN TOMESCU

Bank of America, N.A.
SAN ANTONIO, TX

AUTHORIZED SIGNATURE

⑈1669108030⑈ ⑆114000019⑆ [redacted] 4977⑈

THE ORIGINAL DOCUMENT HAS A WHITE REFLECTIVE WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENTS.

Date:05/23/2023 Accoun[redacted]4977 Amount:$10,000.00 Serial:1669108030 Sequence:90741550
TR:114000019 TranCode:0 InstID:15 DbCr:D Pattern:10

072968530

052323 06550000113603>226070474< Flushing 0040

X For Deposit

KNOW YOUR ENDORSER - REQUIRE IDENTIFICATION

00-53-3364B 06-2019

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

NSD
HI TOUCH ON THE GO

**NATION MOTOR CLUB, LLC**
D/B/A NATION SAFE DRIVERS
PREMIUM ACCOUNT
5600 BROKEN SOUND BOULEVARD NW
BOCA RATON, FL 33487

**Fifth Third Bank**

**168547**
63-9171 / 670

DATE: 5/11/2023

**$500.00**

**PAY TO THE ORDER OF** SUPERB MOTORS INC

Five Hundred and 00/100 DOLLARS

SUPERB MOTORS INC
215 NORTHERN BLVD
GREAT NECK NY 11021
UNITED STATES

Authorized Signature

Security Features Included. Details on back.

⑈0000168547⑈ ⑆067091719⑆ [redacted] 9772⑈

Date:05/23/2023 Account:[redacted]9772 Amount:$500.00 Serial:168547 Sequence:90741560 TR:67091719
TranCode:0 InstID:15 DbCr:D Pattern:10

FOR DEPOSIT

052323065500 0113604>226070474< Flushing 0040

FLUSHING Bank

# STATEMENT of ACCOUNT

800.581.2889 (855.540.2274 TTY/TDD)

SUPERB MOTORS INC.
215 NORTHERN BLVD
GREAT NECK NY 11021-4401

Statement Begin Date: 06/01/2023
Statement End Date: 06/30/2023
Account Number: 9990234591

Printable Version Save as PDF

CASH MANAGEMENT [redacted]4591

Download: OFX QIF CSV

All Transactions by Date

| Date | Description | Withdrawal / Debit (-) | Deposit / Credit (+) | Balance |
|---|---|---|---|---|
| 05/31 | Balance Forward | | | $42,860.59 |
| 06/03 | Deposit | | $5,000.00 | $47,860.59 |
| 06/09 | TRANSFER TO CK XXXXXXXX8362 | $30,000.00- | | $17,860.59 |
| 06/10 | Deposit | | $14,500.00 | $32,360.59 |
| 06/12 | TRANSFER TO CK XXXXXXXX8362 | $10,000.00- | | $22,360.59 |
| 06/13 | Deposit | | $8,685.00 | $31,045.59 |
| 06/14 | TRANSFER TO CK XXXXXXXX8362 | $10,000.00- | | $21,045.59 |
| 06/15 | ZURICH NA SNAPSH CHASE PYMT | | $95,170.33 | $116,215.92 |
| 06/15 | Deposit | | $15,000.00 | $131,215.92 |
| 06/20 | Deposit | | $5,200.00 | $136,415.92 |
| 06/20 | TRANSFER TO CK XXXXXXXX8362 | $60,000.00- | | $76,415.92 |
| 06/27 | Deposit | | $9,100.00 | $85,515.92 |
| 06/28 | TRANSFER TO CK XXXXXXXX8362 | $20,000.00- | | $65,515.92 |
| 06/30 | TRANSFER TO CK XXXXXXXX8362 | $40,000.00- | | $25,515.92 |

Interest Rate Summary

| Date | Rate |
|---|---|
| | 0.00% |

Account Summary

Previous Statement Date: 05/31/2023

| Beginning Balance + | Deposits + | Interest Paid - | Withdrawals - | Service Charge = | Ending Balance |
|---|---|---|---|---|---|
| $42,860.59 | $152,655.33 | $0.00 | $170,000.00 | $0.00 | $25,515.92 |

Avg Stmt Available Bal $65,432.43

Minimum Balance $17,860.59

Summary of Deposit Accounts

DEPOSIT TICKET

**FLUSHING Bank**

TKT-BUSDT-0315 Rev. 03/22

FOR SUPERB MOTORS

DATE 06/03/23

*DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL*

CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE OR ANY APPLICABLE COLLECTION AGREEMENT.

| | DOLLARS | CENTS |
|---|---|---|
| CURRENCY | | |
| COIN | | |
| CHECKS 1 | 5000 | — |
| 2–21 | | |
| TOTAL | 5000 | |

PLEASE RE-ENTER TOTAL BELOW

ACCOUNT NUMBER

[redacted]4591 $ 5000.—

WHITE COPY: BANKER YELLOW COPY: CUSTOMER

⑆501104740⑆ 20

Date:06/05/2023 Account:[redacted]34591 Amount:$5,000.00 Serial:0 Sequence:91152670 TR:501104740 TranCode:20 InstID:15 DbCr:C Pattern:10

TOTAL MUST BE ENTERED ON FRONT SIDE

CHECKS LIST SINGLY

| CURRENCY COUNT - FOR FINANCIAL INSTITUTION USE ONLY | DOLLARS | CENTS |
|---|---|---|
| X 100 | | |
| X 50 | | |
| X 20 | | |
| X 10 | | |
| X 5 | | |
| X 2 | | |
| X 1 | | |
| TOTAL | $ | |

PRINTED ON LINEMARK PAPER - HOLD TO LIGHT TO VIEW. FOR ADDITIONAL SECURITY FEATURES SEE BACK.

0007926 11-24
Office AU # 1210(8)

# CASHIER'S CHECK

0792602202

Remitter: TREVAUGHN DOUGLAS
Operator I.D.: u672120 u817518

May 23, 2023

PAY TO THE ORDER OF ***SUBERB MOTORS***

**Five Thousand and 00/100 -US Dollars ** **$5,000.00**

Payee Address:
Memo:

VOID IF OVER US $ 5,000.00

WELLS FARGO BANK, N.A.
433 LINN ST
BARABOO, WI 53913
FOR INQUIRIES CALL (480) 394-3122

CONTROLLER

Security Features Included. Details on Back.

⑈0792602202⑈ ⑆121000248⑆ 4861 [redacted] 3000⑈

Date:06/05/2023 Account: [redacted] 3000 Amount:$5,000.00 Serial:792602202 Sequence:91152680 TR:121000248 TranCode:0 InstID:15 DbCr:D Pattern:10

0262852979

ENDORSE HERE

X for deposit

☐ CHECK HERE IF MOBILE OR REMOTE DEPOSIT AT

(FINANCIAL INSTITUTION NAME)

Chemical Wash Detection Box

COLOR INSIDE THIS BOX SHOULD BE WHITE

REPLICATING, FORGING OR ALTERING THIS HIGH SECURITY CHECK IS EXTREMELY DIFFICULT DUE TO THESE FEATURES

SECURITY FEATURES / DO NOT CASH IF:

True Watermark Paper
Chemically Sensitive Paper
Heat Sensitive Ink
Chemical Wash Detection Box
Fugitive Ink on Back
Toner Adhesion
Invisible Fibers
VOID Indication
Security Weave on Border

TKT-BUSDT-0315 Rev 03/22

DEPOSIT TICKET

**FLUSHING** Bank

FOR SUPERB MOTORS

DATE 06/10/23

*DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL*

CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE OR ANY APPLICABLE COLLECTION AGREEMENT.

| | DOLLARS | CENTS |
|---|---|---|
| CURRENCY | | |
| COIN | | |
| CHECKS 1 | 10,500 | — |
| 2 | 4000 | — |
| 3–21 | | |
| TOTAL | 14,500 | |

PLEASE RE-ENTER TOTAL BELOW

ACCOUNT NUMBER

[redacted]4591 $ 14500.—

WHITE COPY: BANKER YELLOW COPY: CUSTOMER

⑆50110474⑆ 20

Date:06/12/2023 Account [redacted]4591 Amount:$14,500.00 Serial:0 Sequence:43272570 TR:501104740 TranCode:20 InstID:15 DbCr:C Pattern:10

TOTAL MUST BE ENTERED ON FRONT SIDE

CHECKS LIST SINGLY

DOLLARS CENTS

| CURRENCY COUNT - FOR FINANCIAL INSTITUTION USE ONLY | |
|---|---|
| X 100 | |
| X 50 | |
| X 20 | |
| X 10 | |
| X 5 | |
| X 2 | |
| X 1 | |
| TOTAL | $ |

06/12/23 12:00 pm 005 2501 MEMO+ 45

4

MEMO POST DEPOSIT

ACCOUNT # [redacted]4591 AMOUNT: $14,500.00

NEW BALANCE: $32,360.59

THIS DOCUMENT FEATURES VISIBLE AND INVISIBLE FIBERS, A VOID BACKGROUND, MICROPRINTING AND A TRUE WATERMARK. "VERIFICATION PADLOCK" TO LEFT OF ARROW. HOLD BETWEEN THUMB AND FINGER, OR BREATHE ON IT, COLOR WILL DISAPPEAR

HEAT SENSITIVE RUB AREA TO VERIFY

American Airlines Credit Union

No. 0002062666

37-9290/3119

**CASHIER'S CHECK**

P.O. BOX 619001, MD 2100
DALLAS/FORT WORTH AIRPORT, TX 75261-9001

06/09/23

*** FOUR THOUSAND DOLLARS AND 00 CENTS ***

$4,000.00

PAY EXACTLY 4,000 Dollars 00 Cents

VOID AFTER 90 DAYS
MUST BE COUNTERSIGNED IF $50,000.00 OR MORE
AMERICAN AIRLINES FEDERAL CREDIT UNION

TO THE ORDER OF SUPER B MOTORS
RE: JAVEIL GREEN

K DeEduardo
AUTHORIZED SIGNATURE

AUTHORIZED COUNTERSIGNATURE

⑆311992904⑆5[redacted]2666⑈ 44

Date:06/12/2023 Account[redacted]2666 Amount:$4,000.00 Serial:2062666 Sequence:43272580
TR:311992904 TranCode:0 InstID:15 DbCr:D Pattern:10

X CREDITED TO THE ACCOUNT
X OF THE WITHIN-NAMED PAYEE
X FLUSHING BANK

[redacted]

4591

DO NOT WRITE BELOW THIS LINE

FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A COLORED BACKGROUND AND MICROPRINTING IN THE BORDER

Bethpage Federal Credit Union

899 S. Oyster Bay Road
Bethpage, NY 11714-1030

OFFICIAL CHECK

22-7365
2214

No. 23300305

Date: June 05, 2023

Ten Thousand Five Hundred and 00/100****************************** DOLLARS

Pay to the Order of Superb Motors

Amount $ ******10,500.00

Memo

MP

THE REVERSE SIDE OF THIS DOCUMENT INCLUDES AN ARTIFICIAL WATERMARK - HOLD AT ANGLE TO VIEW

⑈23300305⑈ ⑆221473652⑆ [redacted]6944⑈

Date:06/12/2023 Account:[redacted]6944 Amount:$10,500.00 Serial:23300305 Sequence:43272590 TR:221473652 TranCode:0 InstID:15 DbCr:D Pattern:10

22396192

Endorsement or negotiation of this check constitutes an acknowledgement of the following (as applicable):

1. Receipt of shares as requested 2. Receipt of the proceeds of an advance in accordance with the Line of Credit Agreement(s), a copy of which I have previously received and the terms of which I hereby agree to 3. Receipt of the proceeds of a loan according to the terms of an agreement(s), a copy of which I have previously received and the terms of which I hereby agree to. 4. Receipt of the proceeds for other than the above transactions 5. Request for and acceptance of voluntary credit insurance if previously requested in accordance with the terms and conditions of a separate credit insurance application and certificate, a copy of which was previously received

CREDITED TO THE ACCOUNT OF THE WITHIN NAMED PAYEE

FLUSHING BANK

To be endorsed by Payee

[redacted]

DEPOSIT TICKET

**FLUSHING** Bank

FOR SUPERB MOTORS

DATE 6/13/23

*DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL*

CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE OR ANY APPLICABLE COLLECTION AGREEMENT.

| | DOLLARS | CENTS |
|---|---|---|
| CURRENCY | | |
| COIN | | |
| CHECKS 1 | 8685 | — |
| 2–21 | | |
| TOTAL | 8685 | — |

PLEASE RE-ENTER TOTAL BELOW

ACCOUNT NUMBER

[redacted] 4591 $ 8685.—

WHITE COPY: BANKER YELLOW COPY: CUSTOMER

⑆501104740⑆ 20

Date:06/13/2023 Account [redacted] 4591 Amount:$8,685.00 Serial:0 Sequence:91537100 TR:501104740 TranCode:20 InstID:15 DbCr:C Pattern:10

CURRENCY COUNT - FOR FINANCIAL INSTITUTION USE ONLY

| | DOLLARS | CENTS |
|---|---|---|
| X 100 | | |
| X 50 | | |
| X 20 | | |
| X 10 | | |
| X 5 | | |
| X 2 | | |
| X 1 | | |
| TOTAL $ | | |

CHECKS LIST SINGLY

TOTAL MUST BE ENTERED ON FRONT SIDE

06/13/23 1:38 pm 005 1669 37

MEMO POST DEPOSIT

ACCOUNT # [redacted]4591

AMOUNT: $8,685.00

NEW BALANCE:

HOLD DOCUMENT AT ANGLE TO VIEW ARTIFICIAL WATERMARK ON BACK

**CHASE**

**CASHIER'S CHECK**

HOLD DOCUMENT AT ANGLE TO VIEW ARTIFICIAL WATERMARK ON BACK

9784314609 25-3/440

Date 06/13/2023 Void after 7 years

**Remitter:** MANUEL ROMO-GONZALEZ/ROSA CRISOSTOMO-GOMEZ

**Pay To The Order Of:** SUPER B MOTORS

**Pay:** EIGHT THOUSAND SIX HUNDRED EIGHTY FIVE DOLLARS AND 00 CENTS $** 8,685.00 **

Do not write outside this box

Memo:

Note: For information only. Comment has no effect on bank's payment.

**Drawer: JPMORGAN CHASE BANK, N.A.**

Rebecca Griffin, Chief Administrative Officer
JPMorgan Chase Bank, N.A.
Columbus, OH

⑈9784314609⑈ ⑆044000037⑆ [redacted]433⑈

Date:06/13/2023 Account[redacted]1433 Amount:$8,685.00 Serial:9784314609 Sequence:91537110 TR:44000037 TranCode:0 InstID:15 DbCr:D Pattern:10

2020656104

FOR DEPOSIT

DEPOSIT TICKET

**FLUSHING** Bank

TKT-BUSDT-0315 Rev. 03/22

FOR SUPERB MOTORS

DATE 06/15/23

*DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL*

CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE OR ANY APPLICABLE COLLECTION AGREEMENT.

| | DOLLARS | CENTS |
|---|---|---|
| CURRENCY | | |
| COIN | | |
| CHECKS 1 | 15000 | — |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| TOTAL | 15000 | |

PLEASE RE-ENTER TOTAL BELOW

ACCOUNT NUMBER

[redacted]4591 $ 15000.—

WHITE COPY: BANKER YELLOW COPY: CUSTOMER

⑆501104740⑆ 20

Date:06/15/2023 Accou[redacted]4591 Amount:$15,000.00 Serial:0 Sequence:43456830 TR:501104740 TranCode:20 InstID:15 DbCr:C Pattern:10

TOTAL MUST BE ENTERED ON FRONT SIDE

CHECKS LIST SINGLY

DOLLARS CENTS

CURRENCY COUNT - FOR FINANCIAL INSTITUTION USE ONLY

| | $ | |
|---|---|---|
| X 100 | | |
| X 50 | | |
| X 20 | | |
| X 10 | | |
| X 5 | | |
| X 2 | | |
| X 1 | | |
| TOTAL | | |

DEPOSIT [redacted]4591
AMOUNT: $15,000.00
NEW BALANCE:
1:28 pm 005 2832 HDMD+ 41

282111107 NEW 01/21 8810004306

HOLD DOCUMENT AT ANGLE TO VIEW ARTIFICIAL WATERMARK ON BACK

**CASHIER'S CHECK**

HOLD DOCUMENT AT ANGLE TO VIEW ARTIFICIAL WATERMARK ON BACK

CHASE

1754129135

25-3
440

Date 06/12/2023

Void after 7 years

**Remitter:** RAMONA MALDONADO

**Pay To The Order Of:** SUPERB MOTORS

**Pay:** FIFTEEN THOUSAND DOLLARS AND 00 CENTS

$** 15,000.00 **

Do not write outside this box

Memo:

Note: For information only. Comment has no effect on bank's payment.

**Drawer: JPMORGAN CHASE BANK, N.A.**

Rebecca Griffin, Chief Administrative Officer
JPMorgan Chase Bank, N.A.
Columbus, OH

⑈1754129135⑈ ⑆044000037⑆ [redacted]433⑈

Date:06/15/2023 Accoun[redacted]1433 Amount:$15,000.00 Serial:1754129135 Sequence:43456840 TR:44000037 TranCode:0 InstID:15 DbCr:D Pattern:10

2024537853

FOR INFORMATION CONCERNING THIS INSTRUMENT CONTACT JPMORGAN CHASE BANK N.A. 1-866-593-0356

1 Micropoint Endorsement Line
2 Artificial Watermark on back of document
Absence of these features may indicate alteration

DO NOT WRITE / SIGN / STAMP BELOW THIS LINE

TKT-BUSDT 0315 Rev.

DEPOSIT TICKET

**FLUSHING** Bank

FOR SUPERB MOTORS

DATE 06/20/23

*DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL*

*CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE OR ANY APPLICABLE COLLECTION AGREEMENT*

| | DOLLARS | CENTS |
|---|---|---|
| CURRENCY | | |
| COIN | | |
| CHECKS 1 | 5200 | - |
| 2–21 | | |
| TOTAL | 5200 | |

PLEASE RE-ENTER TOTAL BELOW

ACCOUNT NUMBER

[redacted]4591 $ 5200.-

WHITE COPY: BANKER YELLOW COPY: CUSTOMER

⑆501104740⑆ 20

Date:06/20/2023 Accou[redacted]4591 Amount:$5,200.00 Serial:0 Sequence:43599250 TR:501104740 TranCode:20 InstID:15 DbCr:C Pattern:10

TOTAL MUST BE ENTERED ON FRONT SIDE

CHECKS LIST SINGLY

DOLLARS CENTS

| CURRENCY COUNT - FOR FINANCIAL INSTITUTION USE ONLY | $ |
|---|---|
| X 100 | |
| X 50 | |
| X 20 | |
| X 10 | |
| X 5 | |
| X 2 | |
| X 1 | |
| TOTAL | |

MEMO POST DEPOSIT

ACCOUNT # [redacted]4591

AMOUNT: $5,200.00

NEW BALANCE:

06/20/23 5:06 pm 005 1531 HCHC+ 16

**OFFICIAL CHECK**

**TD Bank**

84707594-8

52-0133
112

RE: BRANDON N JOHNSON

DATE: 06/15/2023

PAY TO THE ORDER OF SUPERB MOTORS INC.

$5,200.00

*Five Thousand Two Hundred AND 00/100*

RUB HERE COLOR FADES WITH HEAT

DRAWER: TD BANK, N.A.

AUTHORIZED SIGNATURE

⑈847075948⑈ ⑆011201335⑆ [redacted]8718⑈

Date:06/20/2023 Account:[redacted]8718 Amount:$5,200.00 Serial:847075948 Sequence:43599260 TR:11201335 TranCode:0 InstID:15 DbCr:D Pattern:10

ENDORSE CHECK HERE

X

CREDITED TO THE ACCOUNT OF THE WITHIN NAMED PAYEE

DO NOT WRITE / SIGN / STAMP BELOW THIS LINE

DEPOSITORY BANK ENDORSEMENT

[redacted]

3491

FOR INFORMATION CONCERNING THIS INSTRUMENT CONTACT TD BANK 1-800-295-7400

Security features on this document include Watermark, Micro-Print Endorsement Line, Thermochromic Ink and Visible Fibers. Absence of these features may indicate alteration.

DEPOSIT TICKET

**FLUSHING** Bank

TKT-BUSDT-0315 Rev. 03/22

FOR SUPERB MOTORS

DATE 06/27/23

*DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL*

*CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE OR ANY APPLICABLE COLLECTION AGREEMENT*

| | DOLLARS | CENTS |
|---|---|---|
| CURRENCY | | |
| COIN | | |
| CHECKS 1 | 9000 | — |
| 2 | 100 | — |
| TOTAL | 9100 | — |

PLEASE RE-ENTER TOTAL BELOW

ACCOUNT NUMBER

[redacted] 4591 $ 9100.—

WHITE COPY: BANKER YELLOW COPY: CUSTOMER

⑆501104740⑆ 20

Date:06/27/2023 Account [redacted] 4591 Amount:$9,100.00 Serial:0 Sequence:91843460 TR:501104740 TranCode:20 InstID:15 DbCr:C Pattern:10

TOTAL MUST BE ENTERED ON FRONT SIDE

4
06/27/23 1:19 pm 002274 NDMD+ 10
MEMO POST DEPOSIT
ACCOUNT # [redacted] 4591 AMOUNT: $9,100.00
NEW BALANCE:

CHECKS LIST SINGLY

| CURRENCY COUNT - FOR FINANCIAL INSTITUTION USE ONLY | DOLLARS | CENTS |
|---|---|---|
| X 100 | | |
| X 50 | | |
| X 20 | | |
| X 10 | | |
| X 5 | | |
| X 2 | | |
| X 1 | | |
| TOTAL | $ | |

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

NSD
HI-TOUCH ON THE GO

NATION MOTOR CLUB, LLC
D/B/A NATION SAFE DRIVERS
PREMIUM ACCOUNT
5600 BROKEN SOUND BOULEVARD NW
BOCA RATON, FL 33487

Fifth Third Bank

168807
63-9171 / 670

DATE: 6/13/2023

PAY TO THE ORDER OF SUPERB MOTORS INC

**$100.00**

One Hundred and 00/100 DOLLARS

R# 700C12957

SUPERB MOTORS INC
215 NORTHERN BLVD
GREAT NECK NY 11021
UNITED STATES

Authorized Signature

Security Features Included. Details on back.

⑈0000168807⑈ ⑆067091719⑆ [redacted]9772⑈

Date:06/27/2023 Account:[redacted]9772 Amount:$100.00 Serial:168807 Sequence:91843470 TR:67091719 TranCode:0 InstID:15 DbCr:D Pattern:10

FOR DEPOSIT

Listed below are the security features provided on this document which meet and/or exceed industry guidelines.

Security Features: Results of check alteration:

Flushing 0013

Padlock design is a trademark of Check Payment Systems Association.

282111107 NEW 01/21 8810004306

HOLD DOCUMENT AT ANGLE TO VIEW ARTIFICIAL WATERMARK ON BACK

**CASHIER'S CHECK**

HOLD DOCUMENT AT ANGLE TO VIEW ARTIFICIAL WATERMARK ON BACK

CHASE

9628113199 25-3/440

Date 06/23/2023 Void after 7 years

**Remitter:** FARHANA FATEMA

**Pay To The Order Of:** SUPERB MOTORS

**Pay:** NINE THOUSAND DOLLARS AND 00 CENTS $** 9,000.00 **

Do not write outside this box

Memo:

Note: For information only. Comment has no effect on bank's payment.

**Drawer: JPMORGAN CHASE BANK, N.A.**

Rebecca Griffin, Chief Administrative Officer
JPMorgan Chase Bank, N.A.
Columbus, OH

9628113199 044000037 [redacted]1433

Date:06/27/2023 Account[redacted]1433 Amount:$9,000.00 Serial:9628113199 Sequence:91843480 TR:44000037 TranCode:0 InstID:15 DbCr:D Pattern:10

2023550030

FOR DEPOSIT

FLUSHING Bank

# STATEMENT of ACCOUNT

800.581.2889 (855.540.2274 TTY/TDD)

SUPERB MOTORS INC.
215 NORTHERN BLVD
GREAT NECK NY 11021-4401

Statement Begin Date: 07/01/2023
Statement End Date: 07/31/2023
Account Number: [redacted]4591

Printable Version Save as PDF

CASH MANAGEMENT [redacted]4591

Download: OFX QIF CSV

All Transactions by Date

| Date | Description | Withdrawal / Debit (-) | Deposit / Credit (+) | Balance |
|---|---|---|---|---|
| 06/30 | Balance Forward | | | $25,515.92 |
| 07/07 | TRANSFER TO CK XXXXXXXX8362 | $25,000.00- | | $515.92 |
| 07/24 | Deposit | | $32,658.00 | $33,173.92 |
| 07/25 | TRANSFER TO CK XXXXXXXX8634 | $250.00- | | $32,923.92 |
| 07/26 | TRANSFER TO CK XXXXXXXX8362 | $30,000.00- | | $2,923.92 |
| 07/27 | Deposit | | $13,000.00 | $15,923.92 |
| 07/31 | TRANSFER TO CK XXXXXXXX8362 | $15,000.00- | | $923.92 |

Interest Rate Summary

| Date | Rate |
|---|---|
| | 0.00% |

Account Summary

Previous Statement Date: 06/30/2023

| Beginning Balance + | Deposits + | Interest Paid - | Withdrawals - | Service Charge = | Ending Balance |
|---|---|---|---|---|---|
| $25,515.92 | $45,658.00 | $0.00 | $70,250.00 | $0.00 | $923.92 |

Avg Stmt Available Bal $9,532.50

Minimum Balance $515.92

Summary of Deposit Accounts

| TYPE OF ACCOUNT | ACCOUNT | BALANCE | INT-RATE% | YTD-INT | YTD-PENALTY | MATURITY |
|---|---|---|---|---|---|---|
| Checking | [redacted]4591 | $923.92 | 0.00000% | $0.00 | | |

TKT-BUSDT-0315 Rev. 03/22

DEPOSIT TICKET

**FLUSHING** Bank

FOR SUPERB MOTORS

DATE 07/24/23

*DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL*

CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE OR ANY APPLICABLE COLLECTION AGREEMENT

| | DOLLARS | CENTS |
|---|---|---|
| CURRENCY | | |
| COIN | | |
| CHECKS 1 | 14000 | — |
| 2 | 18358 | — |
| 3 | 300 | — |
| TOTAL | 32,658 | |

PLEASE RE-ENTER TOTAL BELOW

ACCOUNT NUMBER

* [redacted] 4591 $ 32658.—

WHITE COPY: BANKER YELLOW COPY: CUSTOMER

⑆501104740⑆ 20

Date:07/24/2023 Accou[redacted]4591 Amount:$32,658.00 Serial:0 Sequence:92701820 TR:501104740 TranCode:20 InstID:15 DbCr:C Pattern:10

TOTAL MUST BE ENTERED ON FRONT SIDE

4
07/24/23 12:44 pm 0 2204 MEMO+ 63
MEMO POST DEPOSIT
ACCOUNT # [redacted]4591 AMOUNT $32,658.00
NEW BALANCE

CHECKS LIST SINGLY

TOTAL $

DOLLARS CENTS

CURRENCY COUNT - FOR FINANCIAL INSTITUTION USE ONLY

X 1, X 2, X 5, X 10, X 20, X 50, X 100

BANK OF AMERICA

Cashier's Check

No. 1527515425

Notice to Purchaser - In the event that this check is lost, misplaced or stolen, a sworn statement and 90-day waiting period will be required prior to replacement. This check should be negotiated within 90 days

Void After 90 Days

30-1/1140
NTX

Date 07/07/23 03:02:58 PM

CENTRAL PLAZA
0001 0094355 0082

Pay BANK OF AMERICA 14000 00 CTS

**$14,000.00**

**Fourteen Thousand and 00/100 Dollars**

To The Order Of SUPERB AUTO

Remitter (Purchased By): KINGDOM STAFFING SOLUTION CORP.

Bank of America, N.A.
SAN ANTONIO, TX

AUTHORIZED SIGNATURE

00-53-3364B 06-2019

⑈1527515425⑈ ⑆114000019⑆ [redacted]4977⑈

THE ORIGINAL DOCUMENT HAS A WHITE REFLECTIVE WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENTS.

Date:07/24/2023 Account:[redacted]4977 Amount:$14,000.00 Serial:1527515425 Sequence:92701830 TR:114000019 TranCode:0 InstID:15 DbCr:D Pattern:10

081509787

KNOW YOUR ENDORSER - REQUIRE IDENTIFICATION

X FOR DEPOSIT

00-53-3364B 06-2019

BANK OF AMERICA

Cashier's Check

No. 1522412286

Notice to Purchaser - In the event that this check is lost, misplaced or stolen, a sworn statement and 90-day waiting period will be required prior to replacement. This check should be negotiated within 90 days.

Void After 90 Days

30-1/1140 NTX

Date 07/20/23 12:46:51 PM

RIDGEWOOD

0008 0094126 0071

Pay BANK OF AMERICA 18358 00 CTS

ONE EIGHT THREE FIVE EIGHT CTS

**$18,358.00**

**Eighteen Thousand Three Hundred Fifty Eight and 00/100 Dollars**

To The Order Of SUPERB MOTORS

R# 70013C21
C# 2914112

Remitter (Purchased By): JAIME RODRIGO CHISAQUINGA APUPALO

Bank of America, N.A.
SAN ANTONIO, TX

AUTHORIZED SIGNATURE

00-53-3364B 06-2019

⑈1522412286⑈ ⑆114000019⑆ [redacted] 4977⑈

THE ORIGINAL DOCUMENT HAS A WHITE REFLECTIVE WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENTS.

Date:07/24/2023 Account[redacted]4977 Amount:$18,358.00 Serial:1522412286 Sequence:92701840
TR:114000019 TranCode:0 InstID:15 DbCr:D Pattern:10

080835898

KNOW YOUR ENDORSER - REQUIRE IDENTIFICATION

X For Deposit

00-53-3364B 06-2019

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

NSD
HI TOUCH ON THE GO

NATION MOTOR CLUB, LLC
D/B/A NATION SAFE DRIVERS
PREMIUM ACCOUNT
5600 BROKEN SOUND BOULEVARD NW
BOCA RATON, FL 33487

Fifth Third Bank

169089
63-9171 / 670

DATE: 7/13/2023

PAY TO THE ORDER OF SUPERB MOTORS INC

R# 70013022

**$300.00**

Three Hundred and 00/100 DOLLARS

SUPERB MOTORS INC
215 NORTHERN BLVD
GREAT NECK NY 11021
UNITED STATES

Authorized Signature

Security Features Included. Details on back.

⑈0000169089⑈ ⑆067091719⑆ [redacted]9772⑈

Date:07/24/2023 Account:[redacted]9772 Amount:$300.00 Serial:169089 Sequence:92701850 TR:67091719
TranCode:0 InstID:15 DbCr:D Pattern:10

Listed below are the security features provided on this document which meet or exceed industry guidelines.

Security Features: Results of check alteration.

Padlock design is a certification mark of Check Payment Systems Association.

FOR DEPOSIT

TKT-BUSDT-0315 Rev. 03/22

DEPOSIT TICKET

**FLUSHING** Bank

FOR SUPERB MOTORS

DATE 07/27/23

*DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL*

CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE OR ANY APPLICABLE COLLECTION AGREEMENT

| | DOLLARS | CENTS |
|---|---|---|
| CURRENCY | | |
| COIN | | |
| CHECKS 1 | 13000 | — |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| TOTAL | 13,000 | — |

PLEASE RE-ENTER TOTAL BELOW

ACCOUNT NUMBER

✱[redacted]4591 $ 13000.—

WHITE COPY: BANKER YELLOW COPY: CUSTOMER

20

⑆501104741⑆

Date:07/27/2023 Account[redacted]4591 Amount:$13,000.00 Serial:0 Sequence:45062310 TR:501104740 TranCode:20 InstID:15 DbCr:C Pattern:10

TOTAL MUST BE ENTERED ON FRONT SIDE

CHECKS LIST SINGLY

DOLLARS

CENTS

NEW BALANCE:

4591- AMOUNT: $13,000.00

11:29 am 005 286

NDMD+ 18

CURRENCY COUNT - FOR FINANCIAL INSTITUTION USE ONLY

| | |
|---|---|
| X 100 | |
| X 50 | |
| X 20 | |
| X 10 | |
| X 5 | |
| X 2 | |
| X 1 | |
| TOTAL | $ |

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

**OFFICIAL CHECK**

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

**M&T Bank**
Buffalo, NY 14240

102970092-6

10-4/220

JOSEPH GENTILE
REMITTER

DATE 07/26/2023

Security Features Details on Back.

PAY TO THE ORDER OF SUPERB MOTORS $ 13,000.00

***THIRTEEN THOUSAND and 00/100***USDollars

#8076 - West Babylon

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

⑈102970092⑈ ⑆022000046⑆ [redacted] 5934⑈

Date:07/27/2023 Account: [redacted] 5934 Amount:$13,000.00 Serial:102970092 Sequence:45062320 TR:22000046 TranCode:0 InstID:15 DbCr:D Pattern:10

Security Features

Results of check alteration.

FEDERAL RESERVE BOARD OF GOVERNORS REG CC

ENDORSE HERE

X FOR DEPOSIT

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

**FLUSHING** Bank

# STATEMENT of ACCOUNT

800.581.2889 (855.540.2274 TTY/TDD)

SUPERB MOTORS INC.
215 NORTHERN BLVD
GREAT NECK NY 11021-4401

Statement Begin Date: 08/01/2023
Statement End Date: 08/31/2023
Account Number: [redacted]4591

Printable Version Save as PDF

CASH MANAGEMENT [redacted]4591

Download: **OFX** **QIF** **CSV**

All Transactions by Date

| Date | Description | Withdrawal / Debit (-) | Deposit / Credit (+) | Balance |
|---|---|---|---|---|
| 07/31 | Balance Forward | | | $923.92 |
| 08/09 | TRANSFER TO CK XXXXXXXX8362 | $900.00- | | $23.92 |

Interest Rate Summary

| Date | Rate |
|---|---|
| | 0.00% |

Account Summary

Previous Statement Date: 07/31/2023

| Beginning Balance + | Deposits + | Interest Paid - | Withdrawals - | Service Charge = | Ending Balance |
|---|---|---|---|---|---|
| $923.92 | $0.00 | $0.00 | $900.00 | $0.00 | $23.92 |

Avg Stmt Available Bal $256.17

Minimum Balance $23.92

Summary of Deposit Accounts

| TYPE OF ACCOUNT | ACCOUNT | BALANCE | INT-RATE% | YTD-INT | YTD-PENALTY | MATURITY |
|---|---|---|---|---|---|---|
| Checking | [redacted]4591 | $23.92 | 0.00000% | $0.00 | | |

**Fight back against identity theft.**
**Deter. Detect. Defend.**
**Never leave your purse or wallet unattended and never carry your PINs and any other passwords in your wallet!**
**For more information visit FlushingBank.com or ftc.gov/idtheft**