**From:** Puccio, Robert
**Sent:** Tuesday, July 18, 2023 9:19 AM EDT
**To:** Greene, Allison <AGreene@flushingbank.com>
**Subject:** FW: Superb Motors Additional accounts and 189 Sunrise missing doc
**Attachment(s):** "Flushing Act.pdf"

Hi Allison,

You may not remember since it took the client over a month to get these back to me, but attached are forms to add 2 additional accounts and services for Superb Motors, which is part of Northshore Motor.

Please confirm once the set up is complete.

Thanks
Rob

***"The highest compliment I can receive is a referral to your family, friends and business associates."***

**Robert V. Puccio**
Vice President
Business Banking Group
Flushing Bank
99 Park Avenue – Suite 820
New York, NY 10016
Phone: 646-923-9539
Cellular: 516-707-8922
Email: rpuccio@flushingbank.com
www.FlushingBank.com

Robert V. Puccio

---

**From:** anthony deo <anthonyd@northshoremotors1.com>
**Sent:** Thursday, July 6, 2023 4:38 PM
**To:** Puccio, Robert <RPuccio@flushingbank.com>
**Cc:** mlaurie@dlacapital.com
**Subject:** Re: Superb Motors Additional accounts and 189 Sunrise missing doc

So sorrrrrry for the delay Rob.

---

**From:** Puccio, Robert <RPuccio@flushingbank.com>
**Sent:** Thursday, July 6, 2023 3:24 PM
**To:** anthony deo <anthonyd@northshoremotors1.com>
**Cc:** mlaurie@dlacapital.com <mlaurie@dlacapital.com>
**Subject:** FW: Superb Motors Additional accounts and 189 Sunrise missing doc

Hi Anthony,

Hope you are doing well. Please update me on the email below and sign the attached forms when you are able to. The docs are password protected. I texted you the passcode last week. Just let me know if you need it again.

**ALSO, can you please send me the Articles of Organization for 189 Sunrise HWY?**

Feel free to call me anytime with questions. If you are free, I can stop by Monday to pick up the forms and Articles of Formation. Just let me know what time and which location.

Thanks
Rob

***"The highest compliment I can receive is a referral to your family, friends and business associates."***

**Robert V. Puccio**
Vice President
Business Banking Group
Flushing Bank
99 Park Avenue – Suite 820
New York, NY 10016
Phone: 646-923-9539
Cellular: 516-707-8922
Email: rpuccio@flushingbank.com
www.FlushingBank.com

in Robert V. Puccio

---

**From:** Puccio, Robert
**Sent:** Wednesday, May 31, 2023 2:10 PM
**To:** anthony deo <anthonyd@northshoremotors1.com>
**Subject:** FW: Superb Motors Additional accounts and 189 Sunrise missing doc
**Importance:** High

Hi Anthony,

Hope all is well. Attached you will find forms to link the 2 additional Superb accounts we established.

xxxxxxx8626 - Distribution
xxxxxxx8634 - Credit Cards

Please call me for the password to the attached docs.

ALSO, can you please send me the Articles of Organization for 189 Sunrise HWY?

Please let me know if you have any questions.

Tanks
Rob

***"The highest compliment I can receive is a referral to your family, friends and business associates."***

**Robert V. Puccio**
Vice President
Business Banking Group
Flushing Bank
99 Park Avenue – Suite 820
New York, NY 10016
Phone: 646-923-9539
Cellular: 516-707-8922
Email: rpuccio@flushingbank.com
www.FlushingBank.com

in Robert V. Puccio

---

**From:** Puccio, Robert
**Sent:** Thursday, May 11, 2023 1:50 PM
**To:** anthony deo <anthonyd@northshoremotors1.com>
**Subject:** Superb Motors Additional accounts

Hi Anthony,

Hope you are doing well. Just following up on the attached forms to link the 2 additional Superb accounts we established.

xxxxxxx8626 - Distribution
xxxxxxx8634 - Credit Cards

Please call me for the password to the attached docs.

Thanks
Rob

***"The highest compliment I can receive is a referral to your family, friends and business associates."***

**Robert V. Puccio**
Vice President
Business Banking Group
Flushing Bank
99 Park Avenue – Suite 820
New York, NY 10016

Phone: 646-923-9539
Cellular: 516-707-8922
Email: rpuccio@flushingbank.com
www.FlushingBank.com

Robert V. Puccio

---

**From:** Puccio, Robert
**Sent:** Friday, May 5, 2023 10:37 AM
**To:** anthony deo <anthonyd@northshoremotors1.com>
**Subject:** ENCRYPT - Re: Superb Motors

Hi Anthony,

Hope things are going well.  Just following up on the email below and attached forms.  Please send back once signed or let me know if you have any questions.

Speak with you soon.
Rob

***"The highest compliment I can receive is a referral to your family, friends and business associates."***

**Robert V. Puccio**
Vice President
Business Banking Group
Flushing Bank
99 Park Avenue – Suite 820
New York, NY 10016
Phone: 646-923-9539
Cellular: 516-707-8922
Email: rpuccio@flushingbank.com
www.FlushingBank.com

Robert V. Puccio

---

**From:** Puccio, Robert
**Sent:** Wednesday, April 26, 2023 3:18 PM
**To:** anthony deo <anthonyd@northshoremotors1.com>
**Subject:** ENCRYPT - Re: Superb Motors

Hi Anthony,

Just following up on my email below and the attached forms.  Please let m know if you have any questions.

Thanks
Rob

---

**From:** Puccio, Robert
**Sent:** Friday, April 21, 2023 4:22 PM
**To:** anthony deo <anthonyd@northshoremotors1.com>
**Cc:** Greene, Allison <AGreene@flushingbank.com>
**Subject:** ENCRYPT - Re: Superb Motors

Hi Anthony,

Great news about the first account.

Please see the attached forms, sign the highlighted areas and return.  These are for your 2 new Superb accounts.

The 2 new accounts are:

9990238626 - Distribution
9990238634  - Credit Cards

Thanks
Rob

***"The highest compliment I can receive is a referral to your family, friends and business associates."***

**Robert V. Puccio**
Vice President
Business Banking Group
Flushing Bank
99 Park Avenue – Suite 820
New York, NY 10016
Phone: 646-923-9539
Cellular: 516-707-8922
Email: rpuccio@flushingbank.com
www.FlushingBank.com

in Robert V. Puccio

---

**From:** anthony deo <anthonyd@northshoremotors1.com>
**Sent:** Friday, April 21, 2023 2:40 PM
**To:** Puccio, Robert <RPuccio@flushingbank.com>
**Subject:** [EXTERNAL] - Re: Superb Motors

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Hi Rob.
Yes. I am able to see Superb also.

***Anthony Deo***
**NORTHSHORE MOTORS**
**Chief Operating Officer.**
180 Michael Drive
Syosset, NY 11791
www.NorthshoreMotors1.com
Ph.516.226.1400

Admin

This electronic message, including any and all attachments hereto, is intended solely to be used by the individual or entity to which it is addressed. It may contain information which is privileged, confidential and otherwise exempt by law from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to its intended recipient, you are herewith notified that any dissemination, distribution, copying or retention of this communication or the information contained herein is strictly prohibited. If you have received this communication in error, please notify us by telephone immediately and permanently delete the original and any copy or printout thereof - Thank you.

> On Apr 21, 2023, at 1:57 PM, Puccio, Robert <rpuccio@flushingbank.com> wrote:
>
> Hi Anthony,
>
> You should be able to see the Superb account online now. Please confirm you can.
>
> I will get a form to sign to link the 2 new accounts shortly.
>
> Thanks
> Rob
>
> ***"The highest compliment I can receive is a referral to your family, friends and business associates."***
>
> **Robert V. Puccio**
> Vice President
> Business Banking Group
> Flushing Bank
> 99 Park Avenue – Suite 820
> New York, NY 10016
> Phone: 646-923-9539
> Cellular: 516-707-8922
> Email: rpuccio@flushingbank.com

www.FlushingBank.com

<image001.jpg>
Robert V. Puccio