**From:** Weinstein, David <DWeinstein@flushingbank.com>
**Sent:** Thursday, March 30, 2023 11:27 AM EDT
**To:** Cusano, Lesley <LCusano@flushingbank.com>
**Subject:** FW: [EXTERNAL] - Fwd: 2020 and 2021 taxes for stores
**Attachment(s):** "TEAM AUTO GROUP LLC 2020.PDF","STAR PERFORMANCE CONSULTING, INC 2020.PDF","Star Performance Consulting, Inc. 2021.PDF","SUPERB MOTORS INC 2021.PDF","Team Auto Group LLC 2021.PDF","Team Imports LLC 2021 .PDF"

David Weinstein
Vice President/Branch Manager
Borough Park Branch
Flushing Bank
4616 13th Avenue
Brooklyn, NY 11219
Ph: 718-393-5232
Fx: 347-381-8675
DWeinstein@flushingbank.com
www.flushingbank.com

---

**From:** Tony Urrutia <tonyu814@gmail.com>
**Sent:** Thursday, March 30, 2023 10:43 AM
**To:** Weinstein, David <DWeinstein@flushingbank.com>
**Subject:** [EXTERNAL] - Fwd: 2020 and 2021 taxes for stores

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Here you go

Best regards,

Tony Urrutia

Mobile 631 561-9807

Sent from my iPhone

Begin forwarded message:

> **From:** Nick Cherkas <nick@autocpa.net>
> **Date:** March 30, 2023 at 3:53:07 AM CST
> **To:** Tony Urrutia <tonyu814@gmail.com>
> **Subject: RE: 2020 and 2021 taxes for stores**
>
> Hi Tony:
>
> See attached.
>
> Thanks,
>
> Nick Cherkas, CPA
>
> RWC RICHARDS, WITT & CHARLES, LLP CERTIFIED PUBLIC ACCOUNTANTS
>
> 100 Ring Road West – Suite 108
> Garden City, NY 11530
> T (516) 741-0515
> C (516) 426-3717
> F (516) 741-0586
>
> This e-mail is intended for the use of the person to whom it is addressed and may contain information that is privileged

and confidential, the disclosure of which is governed by applicable law. Dissemination, distribution, copying or altering this information in an unauthorized manner is strictly prohibited. The sender does not accept liability for any errors or omissions. This e-mail is subject to the same terms and conditions expressed in Richards, Witt & Charles, LLP engagement letters. If you received this e-mail in error, please delete it and notify the sender.

---

**From:** Tony Urrutia <tonyu814@gmail.com>
**Sent:** Wednesday, March 29, 2023 7:42 PM
**To:** Nick Cherkas <nick@autocpa.net>
**Subject:** 2020 and 2021 taxes for stores

Hi Nick,

could you send me the tax returns for 2020 and 2021