# Non Personal Signature Card

FLUSHING Bank
Commercial • Business • Consumer

Date: 3/15/23

| | | | |
|---|---|---|---|
| Business Name | Northshore Motor Leasing LLC | Tax ID | [redacted] |
| Address | 180 Michael Drive, Syosset, NY 11791 | | |

| Reference # | Account Title / Account Subtitle | Account # (Bank Use Only) |
|---|---|---|
| (1) 2023031501 | Northshore Motor Leasing LLC | [redacted]8362 |
| (2) | | |
| (3) | | |
| (4) | | |
| (5) | | |

☐ *Check this box if additional Accounts are to be opened and are listed on additional pages.*

The undersigned agree to the by-laws and the rules and regulations of Flushing Bank ("the Bank"), to any future amendments and additions to them, and to any laws and regulations binding on the Bank. The undersigned acknowledge receipt and review of the Bank's disclosures statement and Privacy Notice and agree to the terms and conditions governing this account;

The undersigned authorize the Bank to investigate credit and employment history and obtain reports from consumer reporting agency (ies) on them as individuals. Except as provided by law or another agreement, each of the undersigned is authorized to make withdrawals from the account(s)

The undersigned agree that the Bank is authorized and empowered to charge this account for any loan or other indebtedness the Business owes to the Bank. In order to make payment on each withdrawal, check or Money Order, the Bank will require such authorized signatures as are appropriate, based on this and any other agreements or instructions the Bank has on file.

**CERTIFICATION:** Under penalty of perjury, I certify (1) that the number shown on this form is my correct Taxpayer Identification Number (or I am waiting for a number to be issued to me), (2) that I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, (3) that I am a U.S. citizen or other U.S. person; and (4) tha the FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**CERTIFICATION INSTRUCTIONS:** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. You are not required to sign the Certification for mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends..
(Also see Part 3 of W-9 instructions or similar disclosure).

**CERTIFICATION:** The undersigned certify that all account opening information provided is accurate and complete. **Exemption from FATCA Reporting Code:** ________

**IMPORTANT ACCOUNT OPENING INFORMATION:** Federal Law requires us to obtain sufficient information to verify your identity. We may ask you several questions and we may require one or more forms of identification to fulfill this requirement. In some instances we may use outside sources to confirm the information. The information you provide is protected by our Privacy Policy and Federal Law.

| Signer | Full Name / Date | Reference # | Signature / Reference # |
|---|---|---|---|
| Signer # 1 (Individual Owner if Sole Propiertorship) | Full Name: Anthony Deo<br>Date: 3/16/23 | ☑ All ☐ 1 ☐ 2<br>☐ 3 ☐ 4 ☐ 5 | Signature: x [signature]<br>Reference # |
| Signer # 2 (Non-Owner if Sole Propiertorship) | Full Name:<br>Date: | ☐ All ☐ 1 ☐ 2<br>☐ 3 ☐ 4 ☐ 5 | Signature: x<br>Reference # |
| Signer # 3 (Non-Owner if Sole Propiertorship) | Full Name:<br>Date: | ☐ All ☐ 1 ☐ 2<br>☐ 3 ☐ 4 ☐ 5 | Signature: x<br>Reference # |
| Signer # 4 (Non-Owner if Sole Propiertorship) | Full Name:<br>Date: | ☐ All ☐ 1 ☐ 2<br>☐ 3 ☐ 4 ☐ 5 | Signature: x<br>Reference # |
| Signer # 5 (Non-Owner if Sole Propiertorship) | Full Name:<br>Date: | ☐ All ☐ 1 ☐ 2<br>☐ 3 ☐ 4 ☐ 5 | Signature: x<br>Reference # |

☐ *Check this box if additional Signers are listed on additional pages.*

**This Signature Card supersedes and terminates the Signature Card dated ________ and any related Signature Card Addendums.**

FLUSHING Bank

# Resolution of Authority | Flushing Bank

☑ New ☐ Change

Account Title: Northshore Motor Leasing LLC TIN Number: [redacted]

Entity Address: 180 Michael Drive, Syosset, NY 11791 Telephone Number 516-226-1400

The individual(s) signing this Resolution hereby certifies to Flushing Bank, ("Bank") that the Entity is (check one):

☐ a Sole Proprietorship owned entirely by the individual signing this Resolution a duly formed and valid existing
☐ a General Partnership
☐ a Limited Partnership,
☐ a Service Award Trust organized by the Trustees of the ________________ of ________________, and that the individual signing this Resolution is its secretary or assistant secretary and the keeper of its records
☐ a Limited Liability Partnership organized under the laws of the state of ________________, and that the individuals signing this Resolution constitute all of the general partners of the partnership
☐ a Corporation duly organized and in good standing under the laws of the state of ________________, and that the individual signing this Resolution is its secretary or assistant secretary and the keeper of the records and corporate seal, if any;
☐ an Unincorporated Association or Organization and that the individuals signing this Resolution is the keeper of the records and seal, if any;
☑ a Limited Liability Company organized under the laws of the state of NY ________________, and that the individuals signing this Resolution constitutes all of the members or managers, as appropriate of the company.

The following is a true and correct copy of the resolutions adopted by the Entity, such resolutions are now in full force and effect.

### Depository and Withdrawal Authorization

RESOLVED, that Bank is designated a depository in which the funds of the Entity may be deposited and /or withdrawn by any (indicate number) 1 of the persons listed below in the manner so designated, subject to Bank's deposit account agreement as the same may be amended from time to time. The persons listed are authorized to endorse for collection, deposit, or negotiation, any and all checks, drafts, notes, bills of exchange, certificates of deposit, and orders for the payment or transfer of money between account at Bank and other banks, either belonging to or coming into the possession of the Entity. Endorsements "for deposit" may be written or stamped. Bank may accept any instruments for deposit to any depository account of the Entity without endorsement or may supply the endorsement of the Entity. The persons so designated are authorized to sign any and all checks, drafts, and orders drawn against any designated accounts of the Entity (including saving accounts) at Bank. Bank is authorized to honor and pay all checks, drafts, and orders when so signed or endorsed without inquiry as to the circumstances of issue or disposition of the proceeds and regardless of to whom such instruments are payable or endorsed, including those drawn or endorsed to the individual order of any such person listed, even if doing so causes or increases an overdraft.

| PRINT NAME: | TITLE: | PRINT NAME: | TITLE: |
|---|---|---|---|
| Anthony Deo | Member | | |
| | | | |
| | | | |
| | | | |

### Signing Authorization

RESOLVED, that any 1 of the persons indicated above is authorized to act for and on behalf of the Entity in any matter involving any of the Entity' depository accounts at Bank, including the authority to instruct Bank to close the account, to give instructions by means other than the signing of any item with respect to account transactions such as those initiated via electronic debit, payment, wire transfer, or other withdrawal of funds by computer, electronic or other technologic means, and is further authorized to sign and implement for and in the name on behalf of the Entity, as they, or any of them see fit, the agreements, instructions, drafts, orders, certificates, or other documents relating to any depository accounts or other business of the Entity including, but not limited to payroll agreements, repurchase agreements, night depository agreements, funds transfer agreements, agreement for automated clearinghouse services, agreements for online services, and/or safe deposit agreements.

### Borrowing Authorization

RESOLVED, that any 1 of the persons indicated below is authorized to act for and on behalf of the Entity to borrow money and to obtain credit for the Entity from Bank on such terms as may seem to advisable and to make and deliver notes, drafts, acceptances and any other obligations of the Entity therefore, instruments of guarantee and of indemnity, agreements and contracts, all in form satisfactory to Bank, and as security therefor, to grant a security interest in and to assign, transfer, hypothecate, mortgage, pledge, trustee, withdraw, exchange and substitute any stocks, bonds, securities, mortgages, bills and accounts, bills of lading, warehouse receipts, goods, insurance policies, certificates or any other property of every nature and description held by or belonging to the Entity, with full authority to endorse, assign or guarantee the same in the name of the Entity; to execute and deliver security agreements and all instruments of assignment, transfer, hypothecation, mortgage, pledge and trust, to sell or discount with or without recourse any bills receivable or any other paper, whether or not negotiable, held by the Entity: to subordinate and assign any obligations and debts owed to the Entity by another or others, and in connection therewith, to execute and deliver instruments of subordination and assignment in form satisfactory to Bank, to authorize and request Bank to purchase, sell, deliver or exchange for the account of the Entity stocks, bonds, certificates of deposit or other securities, and foreign exchange or the proceeds thereof; and to execute and deliver all instruments, agreements and contracts required by Bank in connection with any matters herein contained or in connection with any services, of whatever nature or description, to be provided by Bank to the Entity.

| PRINT NAME: | TITLE: | PRINT NAME: | TITLE: |
|---|---|---|---|
| Anthony Deo | Member | | |
| | | | |
| | | | |
| | | | |

### Service Award Trust Authorization

RESOLVED that Bank may draw periodic checks from its central issue check account, which will be funded, as required, through a charge to any of the Entity' depository accounts with Bank, to pay the entitlement award to eligible participants as directed by an account signer authorized by the Entity. These payments will not change and will continue until Bank is instructed otherwise by the Entity.

### Further Authorization

BE IT FURTHER RESOLVED that the secretary or assistant secretary (if a corporation or unincorporated association), the sole owner/proprietor (if a sole proprietorship), any member or manager, as appropriate (if a limited liability company), or any general partner (if a partnership) is authorized to certify to the Bank the name, title, specimen signature and facsimile signature with respect to any additions or deletions of persons authorized to carry out the purposes and intent of these resolutions and that this resolution shall remain in full force and effect until express written notice of rescission or modification is received by the Bank. If the authority contained herein should be revoked or terminated by operation of law or any other reason without such notice, it is resolved that the Bank shall be indemnified and saved harmless from any and all losses suffered or liabilities incurred by it so acting after such revocation or termination without notice.

IN WITNESS WHEREOF, the undersigned has hereunder subscribed his/her name(s) and affixed the seal, if any, of the Entity this 16 day of March, 2023

| For a Service Award Trust, Corporation or Unincorporated Association or Organization | For Sole Proprietorship | For Partnership (all general partners must sign)/ For Limited Liability Company (all members must sign) |
|---|---|---|
| Secretary | Owner/Sole Proprietor | [signature] Partner/Member/Manager |
| | | Partner/Member/Manager |

☐ THIS IS A NOT-FOR-PROFIT BUSINESS

This Resolution supersedes and terminates the resolution dated ________.

Rev. 02/2023

FLUSHING Bank
Commercial • Business • Consumer

# Certification of Beneficial Owner(s)

## Legal Entity Information For a Deposit/Loan Account

a. Name of Legal Entity: Northshore Motor Leasing LLC Type: LLC

b. Physical Address of Legal Entity: 180 Michael Drive, Syosset, NY 11791 Tax ID #: [redacted]

c. Name of Individual Opening the Account: Anthony Deo Title: Member

## Ownership Information

d. • List each individual or entity who directly or indirectly, through any contract, arrangement, understanding, relationship or otherwise, owns 25% or more of the equity interests of the Legal Entity listed above.
• If an individual's aggregate ownership is 25% or more, even if the entity owns less than 25%, it should be listed.

| Name of Individual or Entity | % of Ownership | Name of Individual or Entity | % of Ownership |
|---|---|---|---|
| Anthony Deo | 99% | | |
| | | | |

☐ If checked, ownership % is less than 25% and will be blank.

e. Beneficial Owner Detail.
• For natural persons listed in (d) record the following information:
• Explain below any layers of Beneficial Ownership by listing natural persons who own entities noted in (d). Only list individuals if their equity ownership is 25% or more of the Legal Entity opening the account.

**Beneficial Owner #1:** Anthony Deo
Name of Entity: Northshore Motor Leasing LLC
% of Ownership: 99% Date of Birth: [redacted]
Title: Member
Address: 3 Saddle Ridge Rd, Old Westbury, NY 11568
**For U.S. Persons**
Social Security #: [redacted]
Driver's License # or Other ID: [redacted]
**For Non-U.S. Persons**
Passport # or other ID*:
Issuing State or Country of ID: New York
ID Expiration Date: [redacted]

**Beneficial Owner #2:**
Name of Entity:
% of Ownership: Date of Birth: / /
Title
Address:
**For U.S. Persons**
Social Security #:
Driver's License # or Other ID:
**For Non-U.S. Persons**
Passport # or other ID*:
Issuing State or Country of ID:
ID Expiration Date: / /

**Beneficial Owner #3:**
Name of Entity:
% of Ownership: Date of Birth: / /
Title:
Address:
**For U.S. Persons**
Social Security #:
Driver's License # or Other ID:
**For Non-U.S. Persons**
Passport # or other ID*:
Issuing State or Country of ID:
ID Expiration Date: / /



Rev. 05/18

FLUSHING Bank®
Commercial • Business • Consumer

# Certification of Beneficial Owner(s)

## Ownership Information Continued

Beneficial Owner #4: ______ Name of Entity: ______

% of Ownership: ______ Date of Birth: / / Title: ______

For U.S. Persons
Address: ______ Social Security #: ______

For Non-U.S. Persons
Driver's License # or Other ID: ______ Passport # or other ID*: ______

Issuing State or Country of ID: ______ ID Expiration Date: / /

## Management Information

This section cannot be left blank. If the individual is already listed in (e), only Name and Title must be recorded.

f. Provide information for one individual with significant responsibility for managing the Legal Entity such as:

☒ An executive officer or senior manager (e.g. Chief Executive Officer, Chief Financial Officer, Chief Operating Officer, Managing Member, General Partner, President, Vice President, Treasurer); or

☐ Any other individual who regularly performs similar functions.

Name: Anthony Deo Title: Member

Address: ______ Date of Birth: / /

Driver's License # or Other ID: ______ ID Expiration Date: / /

For U.S. Persons
Social Security #: ______

For Non-U.S. Persons
Passport # or other ID and Country of Issuance*: ______

## Certification

I, (name of natural person opening account), hereby certify to the best of my knowledge that the information provided above is complete and correct. I agree to notify the bank of any change in such information.

Name: Anthony Deo Signature: X [signature] Date: 3/16/23

## Recertification

**Recertification – 1st**
I hereby certify the information above is complete and correct as of this date and agree to notify the Bank of changes.

Name: ______ Signature: X ______ Date: / /

**Recertification – 2nd**
I hereby certify the information above is complete and correct as of this date and agree to notify the Bank of changes.

Name: ______ Signature: X ______ Date: / /

**Recertification – 3rd**
I hereby certify the information above is complete and correct as of this date and agree to notify the Bank of changes.

Name: ______ Signature: X ______ Date: / /

**Bank Use Only Upon Initial Certification**

Accepted by: X Robert Puccio Date: 3/16/23 Master Deposit Account #: [redacted]3362

Print: Robert Puccio Cost Center #: 455 Master Loan #: ______

*In lieu of a passport number, Non-U.S. persons may also provide an alien identification card number, or number and country of issuance of any other government issued document evidencing nationality or residence and bearing a photograph or similar safeguard.



Rev. 05/18

FLUSHING Bank
Commercial • Business • Consumer

# Account Signer Profile

Date: 3/15/23

■ Business ☐ Personal

## Business Information

| Business Name | Northshore Motor Leasing LLC | Tax ID | [redacted] |
|---|---|---|---|

**IMPORTANT ACCOUNT OPENING INFORMATION:** Federal Law requires us to obtain sufficient information to verify your identity. You may be asked several questions and to provide one or more forms of identification to fulfill this requirement. In some instances we may use outside sources to confirm the information. The information you provide is protected by our Privacy Policy and Federal Law.

A **Secondary ID #** is not required for a business account.

| First Name | Middle Name | Last Name | Occupation |
|---|---|---|---|
| Anthony | | Deo | Owner of Northshore Motor Leasing |
| **SSN** | **DOB** | **Primary ID # and Expiration Date** | **Secondary ID # and Expiration Date** |
| [redacted] | [redacted] | [redacted] | |
| **Street / City / State / Zip** | | | **Mother's Maiden Name** |
| 3 Saddle Ridge Rd, Old Westbury, NY 11568 | | | |
| **Email** | **Home Phone** | **Business Phone** | **Cell Phone** |
| anthonyd@northshoremotors1.com | N/A | 516-226-1400 | 516-509-1668 |

| First Name | Middle Name | Last Name | Occupation |
|---|---|---|---|
| **SSN** | **DOB** | **Primary ID # and Expiration Date** | **Secondary ID # and Expiration Date** |
| **Street / City / State / Zip** | | | **Mother's Maiden Name** |
| **Email** | **Home Phone** | **Business Phone** | **Cell Phone** |

| First Name | Middle Name | Last Name | Occupation |
|---|---|---|---|
| **SSN** | **DOB** | **Primary ID # and Expiration Date** | **Secondary ID # and Expiration Date** |
| **Street / City / State / Zip** | | | **Mother's Maiden Name** |
| **Email** | **Home Phone** | **Business Phone** | **Cell Phone** |

| First Name | Middle Name | Last Name | Occupation |
|---|---|---|---|
| **SSN** | **DOB** | **Primary ID # and Expiration Date** | **Secondary ID # and Expiration Date** |
| **Street / City / State / Zip** | | | **Mother's Maiden Name** |
| **Email** | **Home Phone** | **Business Phone** | **Cell Phone** |

| First Name | Middle Name | Last Name | Occupation |
|---|---|---|---|
| **SSN** | **DOB** | **Primary ID # and Expiration Date** | **Secondary ID # and Expiration Date** |
| **Street / City / State / Zip** | | | **Mother's Maiden Name** |
| **Email** | **Home Phone** | **Business Phone** | **Cell Phone** |

**For Bank Use Only**

| Account Number(s) | Information Obtained By (Print Name) | Signature |
|---|---|---|
| [redacted]3362 | Robert Puccio | |

By completing and signing this form, I hereby certify, to the best of my knowledge, the information provided to me by the customer is complete and accurate.

FLUSHING Bank
Commercial • Business • Consumer

# Business Profile

**Reference #:** 2023031501 **Date:** 3/15/23

## Business Details

| | | |
|---|---|---|
| **1. Entity Name**<br>Northshore Motor Leasing LLC | **2. Origination Branch**<br>455 | **3. Servicing Branch**<br>25 |
| **4. Alternate Business Address** *(Offsite use only)* | **5. Alternate Business Phone Number** *(Offsite Use Only)* | |
| **6. Account Type:** ☐ CD ■ Checking ☐ Loan ☐ Money Market ☐ Savings ☐ Escrow ☐ Other ☐ Compensating Balance Savings | **7. Brief Description of Business**<br>Used Auto Dealer | |

**8. Check off the business type(s), as applicable (multiple types may apply)**

☐ Foreign Business ☐ Convenience Store ☐ Restaurant ☐ Professional Service Provider (e.g. attorneys, accountants, doctors, investment brokers or real estate brokers, and other third party, especially those that act as financial liaisons for their clients)
☐ Retail Store ☐ Cigarette Distributor ☐ Liquor Store
☐ Parking Garage ☐ Antiques Dealer ☐ Arts Dealer
☐ Leather Dealer ☐ Lottery Agent ☐ Real Estate Title and Escrow Companies
☐ Deals in Precious Metals, Stones and Jewels (complete separate profile) ☐ Import/Export business that **NEVER** takes possession of the goods/inventory and/or has no physical location to demonstrate business
☐ Non-Bank Financial Institution (NBFI) (e.g. brokers, dealer in securities)
If checked, specify:

| | | | |
|---|---|---|---|
| **9. Contact Name**<br>Anthony Deo | **10. Tax ID #**<br>[redacted] | **11. TIN Applied For** *(indicate only if #10 is blank)* ☐ Yes ☐ No | **12. Home Based** ☐ Yes ■ No |

**13. Type of Account Ownership**
☐ Corporation ☐ Estate ■ LLC ☐ LLP ☐ Partnership ☐ Sole Proprietor ☐ Trust
☐ Attorney Escrow ☐ IOLA ☐ Unincorporated Assoc/Club ☐ Other Escrow ☐ Other

**14. Source of assets funding the account**
■ Business Income ☐ Inheritance ☐ Sale of Assets ☐ Sale of Property ☐ Savings ☐ Wages ☐ Other

| | | |
|---|---|---|
| **15. Account Usage**<br>■ General ☐Payroll ☐Other | **16. Monthly Revenue**<br>$<br>2.4 MM | **17. Does the business have other accounts with Flushing Bank?** ☐ Yes ■ No |

| | |
|---|---|
| **18. Names of Major Suppliers/Vendors**<br>cars.com, Northside Imports, Concord Auto | **19. Names of Major Customers**<br>General Public |

## Current and Prior Banking Relationships

| | | |
|---|---|---|
| **Current Bank(s) for the Business**<br>Signature | **Products/Services Used**<br>DDA , online access | |
| **Checking Average $**<br>1000,000 | **Savings Average $**<br>NA | **Investment Average $**<br>NA |
| **Borrowing Purpose**<br>renovations | **Borrowing Terms**<br>P&I | |

## Relationship Contact

**Relationship Manager's Name** Robert Puccio

## Money Service Business (MSB) and Prohibited Businesses

**I have verified with the customer the entity is not operating any of the following businesses, prohibited by Flushing Bank Policy** RP

**Banker's Initials**

Adult Entertainment Businesses
Armored Car Services
Arms Dealers
ATM Operators – Primary Business
BIT Coin Dealer (virtual currency)
Check Cashers or other Primary Money Service Businesses

Correspondent Accounts
Consulates, Embassies, UN Related/Foreign - Government Related Entities
Gambling Establishments
Pawn Brokers
Store Value Card Distributors/Dealers (not retail stores that sell them)

Payday Lenders
Unlicensed MSB/informal loan society accounts
Vending Machine Operators
Marijuana Related Businesses (Complete Specialized Banking eForm with the prospect)

## Flushing Bank Borrowing Relationship

**Does the customer have a lending relationship and appraisal on file?** ☐ Yes ■ No
**If "yes" indicate loan number**

FLUSHING Bank
Commercial • Business • Consumer

# Business Profile

| **Business Name** Northshore Motor Leasing LLC | **Reference #** 2023031501 | **Date** 3/15/23 |
|---|---|---|

## Expected Volumes

| Type of Transaction | | Monthly Amount | | Monthly Count (Average number of times) | |
|---|---|---|---|---|---|
| **Cash In** | Purpose:<br>Cash Receipts | ☐ $0.00 - $2.5k<br>☒ $2,500.01 - $5k<br>☐ $5,000.01 - $7.5k<br>☐ $7,500.01 - $10k<br>☐ $10,000.01 - $25k<br>☐ $25,000.01 - $50k<br>☐ $50,000.01 - $100k | ☐ $100,000.01 - $150k<br>☐ $150,000.01 - $200k<br>☐ $200,000.01 - $400k<br>☐ $400,000.01 - $500k<br>☐ $500,000.01 - $750k<br>☐ $750,000.01 - $1M<br>☐ $1,000,000.01 - $5M | ☒ 0 - 5<br>☐ 6 - 10<br>☐ 11 - 25<br>☐ 26 - 50<br>☐ 51 - 75 | ☐ 76 - 100<br>☐ 101 - 125<br>☐ 126 - 150<br>☐ 151 - 200<br>☐ 201 - 250<br>☐ 251 - 500 |
| **Cash Out** | Purpose:<br>Petty Cash | ☐ $0.00 - $2.5k<br>☐ $2,500.01 - $5k<br>☐ $5,000.01 - $7.5k<br>☐ $7,500.01 - $10k<br>☒ $10,000.01 - $25k<br>☐ $25,000.01 - $50k<br>☐ $50,000.01 - $100k | ☐ $100,000.01 - $150k<br>☐ $150,000.01 - $200k<br>☐ $200,000.01 - $400k<br>☐ $400,000.01 - $500k<br>☐ $500,000.01 - $750k<br>☐ $750,000.01 - $1M<br>☐ $1,000,000.01 - $5M | ☒ 0 - 5<br>☐ 6 - 10<br>☐ 11 - 25<br>☐ 26 - 50<br>☐ 51 - 75 | ☐ 76 - 100<br>☐ 101 - 125<br>☐ 126 - 150<br>☐ 151 - 200<br>☐ 201 - 250<br>☐ 251 - 500 |
| **Wires In** | Purpose:<br>from affiliate or customer | ☐ $0.00 - $5k<br>☐ $5,000.01 - $10k<br>☐ $10,000.01 - $25k<br>☐ $25,000.01 - $50k<br>☐ $50,000.01 - $100k<br>☐ $100,000.01 - $150k<br>☒ $150,000.01 - $300k<br>☐ $300,000.01 - $500k | ☐ $500,000.01 - $750k<br>☐ $750,000.01 - $1M<br>☐ $1,000,000.01 - $5M<br>☐ $5,000,000.01 - $10M<br>☐ $10,000,000.01 - $25M<br>☐ $25,000,000.01 - $50M<br>☐ $50,000,000.01 - $75M<br>☐ $75,000,000.01 - $100M | ☐ 0 - 1<br>☐ 2<br>☒ 3<br>☐ 4<br>☐ 5 | ☐ 6 - 10<br>☐ 11 - 25<br>☐ 26 - 50<br>☐ 51 - 75<br>☐ 76 - 100<br>☐ 101 - 200 |
| **Wires Out** | Purpose:<br>payments to vendors / affiliate car dealers | ☐ $0.00 - $5k<br>☐ $5,000.01 - $10k<br>☐ $10,000.01 - $25k<br>☐ $25,000.01 - $50k<br>☐ $50,000.01 - $100k<br>☐ $100,000.01 - $150k<br>☒ $150,000.01 - $300k<br>☐ $300,000.01 - $500k | ☐ $500,000.01 - $750k<br>☐ $750,000.01 - $1M<br>☐ $1,000,000.01 - $5M<br>☐ $5,000,000.01 - $10M<br>☐ $10,000,000.01 - $25M<br>☐ $25,000,000.01 - $50M<br>☐ $50,000,000.01 - $75M<br>☐ $75,000,000.01 - $100M | ☐ 0 - 1<br>☐ 2<br>☒ 3<br>☐ 4<br>☐ 5 | ☐ 6 - 10<br>☐ 11 - 25<br>☐ 26 - 50<br>☐ 51 - 75<br>☐ 76 - 100<br>☐ 101 - 200 |
| **ACH In** | Purpose:<br>Credit Card | ☐ $0.00 - $5.5k<br>☐ $5,000.01 - $10k<br>☐ $10,000.01 - $25k<br>☐ $25,000.01 - $50k<br>☒ $50,000.01 - $100k<br>☐ $100,000.01 - $150k | ☐ $150,000.01 - $300k<br>☐ $300,000.01 - $500k<br>☐ $500,000.01 - $750k<br>☐ $750,000.01 - $1M<br>☐ $1,000,000.01 - $5M<br>☐ $5,000,000.01 - $10M<br>☐ $10,000,000.01 - $25M | ☐ 0 - 5<br>☐ 6 - 10<br>☒ 11 - 25<br>☐ 26 - 50<br>☐ 51 - 75<br>☐ 76 - 100 | ☐ 101 - 125<br>☐ 126 - 150<br>☐ 151 - 200<br>☐ 201 - 250<br>☐ 251 – 500<br>☐ 501 - 1000 |
| **ACH Out** | Purpose:<br>Payments to vendors, insurance | ☐ $0.00 - $5.5k<br>☐ $5,000.01 - $10k<br>☐ $10,000.01 - $25k<br>☒ $25,000.01 - $50k<br>☐ $50,000.01 - $100k<br>☐ $100,000.01 - $150k | ☐ $150,000.01 - $300k<br>☐ $300,000.01 - $500k<br>☐ $500,000.01 - $750k<br>☐ $750,000.01 - $1M<br>☐ $1,000,000.01 - $5M<br>☐ $5,000,000.01 - $10M<br>☐ $10,000,000.01 - $25M | ☐ 0 - 5<br>☐ 6 - 10<br>☒ 11 - 25<br>☐ 26 - 50<br>☐ 51 - 75<br>☐ 76 - 100 | ☐ 101 - 125<br>☐ 126 - 150<br>☐ 151 - 200<br>☐ 201 - 250<br>☐ 251 – 500<br>☐ 501 – 1000 |
| **Monetary Instrument** | Purpose:<br>na | ☒ $0.00 - $1k<br>☐ $1,000.01 - $5k<br>☐ $5,000.01 - $10k<br>☐ $10,000.01 - $25k<br>☐ $25,000.01 - $50k<br>☐ $50,000.01 - $100k<br>☐ $100,000.01 - $150k<br>☐ $150,000.01 - $200k | ☐ $200,000.01 - $250k<br>☐ $250,000.01 - $300k<br>☐ $300,000.01 - $400k<br>☐ $400,000.01 - $500k<br>☐ $500,000.01 - $750k<br>☐ $750,000.01 - $1M<br>☐ $1,000,000.01 - $2M<br>☐ $2,000,000.01 - $5M<br>☐ $5,000,000.01 - $100M | ☒ 0 - 1<br>☐ 2 - 5 | ☐ 6 - 10<br>☐ 11 - 25<br>☐ 26 - 50 |
| **ATM Withdrawal** | Purpose:<br>Petty Cash | ☐ $0.00 - $1k<br>☐ $1,000.01 - $5k<br>☒ $5,000.01 - $10k<br>☐ $10,000.01 - $25k<br>☐ $25,000.01 - $50k<br>☐ $50,000.01 - $100k | ☐ $100,000.01 - $150k<br>☐ $150,000.01 - $200k<br>☐ $200,000.01 - $250k<br>☐ $250,000.01 - $300k<br>☐ $300,000.01 - $400k<br>☐ $400,000.01 - $500k | ☒ 0 - 5<br>☐ 6 - 10<br>☐ 11 - 25<br>☐ 26 - 50<br>☐ 51 - 75 | ☐ 76 – 100<br>☐ 101 - 125<br>☐ 126 - 150<br>☐ 151 - 200<br>☐ 201 - 250 |

FLUSHING Bank
Commercial • Business • Consumer

# Business Profile

| Business Name Northshore Motor Leasing LLC | Reference # 2023031501 | Date 3/15/23 |
|---|---|---|

## Additional Information

**1. Other Bank Services of Interest**

☐ Armored Service ■ Cash Manager Direct ☐ Loans ☐ Lockbox ☐ Mail Deposits
☐ Merchant Services ☐ Remote Deposit ☐ Safe Deposit ☐ Other

**2. Is the entity address near the institution?** ■ Yes ☐ No
If "no", provide reason(s)

**3. Will the account activity be conducted in multiple branches?** ☐ Yes ■ No
If "yes", list the branch locations and reason(s)

**4. Are any of the signers or owners non US Citizens?** ☐ Yes ■ No
If "yes", list that signer/owner and country of origin

**5. Are any of the signers/owners a Politically Exposed Person (PEP), related to or a close associate to a PEP?** ☐ Yes ■ No
If "yes", list them and the relationship to the PEP

*(Complete the PEP Profile form and submit to the BSA Officer for approval prior to opening the account).*

**6. Will the entity operate an ATM machine on their premise?**
☐ Yes ■ No

a) If "yes", are the ATM(s) owned and serviced by the entity? ☐ Yes ☐ No

b) How many ATM's does the entity own?

c) Who is responsible for replenishing the ATM(s)?

d) Who is the beneficial owner of the ATM(s)?

e) Will Flushing Bank provide the cash for the ATM(s)? ☐ Yes ☐ No

If "no", provide the cash service contract

*Provide a copy of the following documents:*
*ATM Agreement with sponsoring entity, exact physical location of each ATM.*
*State Registration and copy of three (3) months ATM activity statements.*

**7. Will the entity be receiving or sending funds from/to countries outside of the U.S.?** ☐ Yes ■ No

a) What countries will the entity be transacting with?

b) What is the expected monthly volume?

c) List reasons for transactions

**8. Will the entity be utilizing ACH Originations?** ☐ Yes ■ No

If yes, will the entity offer payment processing services to merchants and other business entities? ☐ Yes ☐ No

**9. Does the entity accept third party checks?** ☐ Yes ■ No

FLUSHING Bank
Commercial • Business • Consumer

# Business Profile

| Business Name Northshore Motor Leasing LLC | Reference # 2023031501 | Date 3/15/23 |
|---|---|---|

## Additional Information Continued

**10. Is the entity an NGO, NPO, charity, endowment or foundation?** ☐ Yes ☒ No ***If No, skip section #10***

*NGOs are private nonprofit organizations that pursue activities intended to serve the public good. An NGO can be any nonprofit organization that is independent from government. NGOs can range from large regional, national, or international charities to community-based self-help groups. NGOs also include research institutes, churches, professional associations, and lobby groups. NGOs typically depend, in whole or in part, on charitable donations and voluntary service for support.*

a) What does the charter of the Organization state as the primary purpose?
☐ Education
☐ Religious
☐ Community Service
☐ Social Services
☐ Other, please describe:

b) Does the entity issue any loans to individuals and/or businesses? ☐ Yes ☐ No

c) Does the entity expect to deposit third party checks? ☐ Yes ☐ No

d) Does the entity cash checks or exchange currency for any individual on any day in one or more transactions? ☐ Yes ☐ No

**If the answer is "Yes" to b, c, or d above, DO NOT open the account.**

e) Is the entity incorporated in New York? ☐ Yes ☐ No

e.1) If not, did you obtain a copy of the Certificate of Corporate Status? ☐ Yes ☐ No

f) What geographic location(s) does the entity serve?

g) Does the entity have any related organizations in or outside of the branch market area? ☐ Yes ☐ No

h) How are the organizations related?

i) Does the entity have any affiliation with other NGOs, government, other groups? Yes No
If so, please list:

j) Do the anticipated deposits represent the entity's stated objectives? ☐ Yes ☐ No

k) Do the anticipated disbursements represent the entity's stated beneficiaries? ☐ Yes ☐ No

l) To whom will the entity's funds be disbursed?

m) How are the beneficiaries selected?

n) Does the NGO have a website? ☐ Yes ☐ No
n.1) If yes, enter the URL: ____________

o) Is the website for members only? ☐ Yes ☐ No

o.1) Is the website open to accept donations or contributions by the public using credit cards? ☐ Yes ☐ No
o.2) If yes, list the entity's credit card processor: ____________

p) If donations are open to the public, are there International contributors? ☐ Yes ☐ No
p.1) If yes, please list any major international contributors:

q) How does the entity receive its funding? (check all that apply)
☐ Private Contributions
☐ Corporate Contributions
☐ Community Groups
☐ Government Entities
☐ Fund Raisers
☐ Sponsors
☐ Dues
☐ Other, please describe

r) What are the past, present and planned activities for the organization?

s) Does the entity receive funding from any governmental entity or organization located outside of the U.S? ☐ Yes ☐ No
If yes, please provide the following information:

s.1) Name of Government Entity or Organization:
s.2) Location:
s.3) Purpose of Funds:

t) Is the entity tax exempt under Internal Revenue Code? ☐ Yes ☐ No
t.1) If yes, under what IRC section?

u) Estimated Gross Annual Revenue $

v) How many employees does the entity have?

FLUSHING Bank
Commercial • Business • Consumer

# Business Profile

## Notes

*Complete this section if additional space is needed to answer any questions above.*

—

**For Bank Use Only**

By completing and signing this form, I hereby certify, to the best of my knowledge, the information provided to me by the customer is complete and accurate.

| Account Number | Information Obtained By (Print Name) | Signature |
|---|---|---|
| [redacted]8362 | Robert Puccio | Robert Puccio |

FLUSHING Bank
Commercial • Business • Consumer

# Site Visitation Form

| Business Information | | | |
|---|---|---|---|
| Business Name(s): | | | |
| Northshore Motor Leasing LLC | | | |
| | | | |
| | | | |
| Physical Address: 180 Michael Drive | | Met With: Anthony Deo | |
| City, State: Syosset, NY | | Type of Business: Used Auto Dealership | |
| Zip Code: 11791 | | Home Based: ☐ Yes | ▣ No |
| Date of Visit: 8/18/2022 | | Date Opened: 2/2018 | |

| External Description | | | | |
|---|---|---|---|---|
| Type of Space Occupied: | | Signage: | | |
| ▣ Commercial | ☐ Residential (home/apt.) | ▣ Visible | ☐ Clear | ☐ None |
| ▣ Warehouse/ Industrial Space | | Does signage reflect business name? | | |
| ▣ Retail | | ▣ Yes | ☐ No | |
| ☐ Other | | | | |
| Is the business name listed on a directory/mailbox located in the building or on the property? | | | ▣ Yes | ☐ No |
| General appearance of the property: | ▣ Good | ☐ Fair | ☐ Poor | ☐ N/A |
| Comments: property and interior are very well kept. Interior and exterior have mnay used cars for sale. | | | | |
| office space is very updated and well kept. | | | | |
| | | | | |

| Internal Description | | |
|---|---|---|
| **GENERAL** | | |
| Clean and Organized? | ▣ Yes | ☐ No |
| **RETAIL** | | |
| Hours of Operation: 10 am - 6 pm | | |
| Describe any inventory observed: used cars, mostly high end automobiles | | |
| Describe display & condition of inventory: excellent | | |
| Describe visible internal signage signage on the street and throughout the showroom | | |
| Describe volume of customer activity there were a few customers there during my visit | | |
| Are customer transactions conducted primarily in cash or credit? | ☐ Cash<br>▣ Credit | |

FLUSHING
Commercial • Business • Consumer Bank

| | | | | |
|---|---|---|---|---|
| Describe any seasonal considerations for transaction volume:<br>none | | | | |
| Does the business offer? (Check applicable) | ☐ Phone Cards | ☐ Funds Transfers | ☐ Check Cashing | ☐ Lottery |
| **OFFICE AND INDUSTRIAL** | | | | |
| Describe any materials or merchandise onsite:<br>used cars, high end newer used cars | | | | |
| Describe any equipment onsite: | | | | |
| Describe the model & condition of any vehicles onsite:<br>most cars newer, 2018 -2023 | | | | |
| Does the location seem sufficiently staffed? ▣ Yes | ☐ No | | | |
| If office location, please describe the furniture and décor:<br>offcie was updated and well kept. very nice conference room. | | | | |
| **ACTIVITY AND PRODUCTS** | | | | |
| Does observed business activity reflect type of business? | ▣ Yes | ☐ No | | |
| Explain:<br>Activity was consistent with a used auto dealership. Many cars were on site, employees were moving cars etc. | | | | |
| Describe the types of products or services provided by this business:<br>Used auto dealership | | | | |
| On the day of the visit, the business appears to be: | | | | |
| ☐ Very Busy | ☐ Busy | ▣ Slow | ☐ No Customers | |
| If no internal inspection was performed or no internal pictures taken, explain why: | | | | |
| **ONSITE ATM** | | | | |
| Is there an ATM onsite? | ☐ Yes | ▣ No | If Yes, complete this section | |
| Is the ATM serviced by our customer? | ☐ Yes | ☐ No | | |
| Exact location of ATM: | | | | |
| How is cash replenished? | ☐ Bank | ☐ Armored Car | ☐ Cash Servicer | |
| How often will the ATM be loaded? | | | | |
| What is the daily expected cash activity? | | | | |
| **Obtain copy of the ATM Lease or Purchase Agreement** | | | | |
| **Obtain copies of the last three months banking statements** | | | | |
| **Marijuana Related Business** | | | | |
| Is this business marijuana related? | ☐ Yes | ▣ No | | |
| Type of Business (Example: Retail dispensaries, cultivation etc.) | | | | |
| Approximate Annual Revenue: $ | | | | |
| What percentage of the business is directly tied to marijuana business? % | | | | |

FLUSHING Commercial • Business • Consumer Bank®

| | | | | | |
|---|---|---|---|---|---|
| Of the percentage listed above, define the percentage in each of the following areas? | | | | | |
| Sale of CBD Oil: | % | Paraphernalia: | % | Hemp: | % |
| Other (Explain): | | | | | % |
| What process is in place by the business to ensure the marijuana portion of the business is licensed? | | | | | |

## Premises Description

Provide a clear description of the premises: building is located in an industrial park in Syosset off of Jericho Turnpike. The property consist of a building and parking lot. Part of the buidling was offcie space and showroom space, filled with cars. The other half of the building, about 5,000 sf. was warehouse/garage space which housed used cars.

## Home Based

If a home based business, is it reasonable for this type of business to be operated out of a home?

☐ Yes ▣ No If No, explain below:

## Conclusion / Overall Comments

Is the business environment consistent with the type of business? (Explain)

Business and property seem well run and kept. The area around the building was very active, with traffic and people going in and out of buildings. The client's showroom and offices were very well kept, clean and all the inventory was in excellent condition. The employees seemed very professional and active.

## Visited By *

| | | |
|---|---|---|
| Print Name: Robert Puccio | Title: Vice President | Branch/Business Unit: 455 |
| Signature: [signature] | Date: 3/16/2023 | |



Rev. 12/19

FLUSHING Bank
Commercial • Business • Consumer

# INTERNET GAMBLING NOTICE AND CERTIFICATION

Pursuant to the Unlawful Internet Gambling Enforcement Act of 2006 and Regulation GG, "restricted transactions" such as those in which a person accepts credit, funds, instruments or other proceeds from another person in connection with unlawful Internet gambling, are prohibited. You certify that such transactions will not be conducted through your account at Flushing Bank. Please be advised that if Flushing Bank determines that your account is being used to engage in restricted transactions, we reserve the right to terminate your access to certain payment systems and/or close your account.

I, Anthony Deo
Customer Name

Member, of Northshore Motor Leasing LLC
Title (i.e. Pres., Sec.) Company Name

Company/Corporation/Partnership/LLC/Sole Proprietorship do hereby certify that the above named Business entity does not engage in any type of Internet Gambling business.

[signature]
Signature

3/16/23
Date

| FOR BANK USE ONLY | | | |
|---|---|---|---|
| Account(s) #: | [redacted]3362 | Originating Br #: | 455 |
| | | Accepted By | Robert Puccio (Print Name) |

Rev. 9/17

IRS DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
CINCINNATI OH 45999-0023

Date of this notice: 11-07-2017

Employer Identification Number:
[redacted]

Form: SS-4

Number of this notice: CP 575 G

For assistance you may call us at:
1-800-829-4933

IF YOU WRITE, ATTACH THE
STUB AT THE END OF THIS NOTICE.

NORTHSHORE MOTOR LEASING LLC
SARA RAHMAN SOLE MBR
4 DARIUS CT
DIX HILLS, NY 11746

WE ASSIGNED YOU AN EMPLOYER IDENTIFICATION NUMBER

Thank you for applying for an Employer Identification Number (EIN). We assigned you EIN 82-3331757. This EIN will identify you, your business accounts, tax returns, and documents, even if you have no employees. Please keep this notice in your permanent records.

When filing tax documents, payments, and related correspondence, it is very important that you use your EIN and complete name and address exactly as shown above. Any variation may cause a delay in processing, result in incorrect information in your account, or even cause you to be assigned more than one EIN. If the information is not correct as shown above, please make the correction using the attached tear off stub and return it to us.

A limited liability company (LLC) may file Form 8832, *Entity Classification Election*, and elect to be classified as an association taxable as a corporation. If the LLC is eligible to be treated as a corporation that meets certain tests and it will be electing S corporation status, it must timely file Form 2553, *Election by a Small Business Corporation*. The LLC will be treated as a corporation as of the effective date of the S corporation election and does not need to file Form 8832.

To obtain tax forms and publications, including those referenced in this notice, visit our Web site at www.irs.gov. If you do not have access to the Internet, call 1-800-829-3676 (TTY/TDD 1-800-829-4059) or visit your local IRS office.

**IMPORTANT REMINDERS:**

* Keep a copy of this notice in your permanent records. **This notice is issued only one time and the IRS will not be able to generate a duplicate copy for you.** You may give a copy of this document to anyone asking for proof of your EIN.

* Use this EIN and your name exactly as they appear at the top of this notice on all your federal tax forms.

* Refer to this EIN on your tax-related correspondence and documents.

If you have questions about your EIN, you can call us at the phone number or write to us at the address shown at the top of this notice. If you write, please tear off the stub at the bottom of this notice and send it along with your letter. If you do not need to write us, do not complete and return the stub.

Your name control associated with this EIN is NORT. You will need to provide this information, along with your EIN, if you file your returns electronically.

Thank you for your cooperation.

(IRS USE ONLY) 575G 11-07-2017 NORT O 9999999999 SS-4

Keep this part for your records. CP 575 G (Rev. 7-2007)

---

Return this part with any correspondence
so we may identify your account. Please
correct any errors in your name or address.

CP 575 G

9999999999

Your Telephone Number ( ) -

Best Time to Call

DATE OF THIS NOTICE: 11-07-2017
EMPLOYER IDENTIFICATION NUMBER: [redacted]
FORM: SS-4 NOBOD

INTERNAL REVENUE SERVICE
CINCINNATI OH 45999-0023

NORTHSHORE MOTOR LEASING LLC
SARA RAHMAN SOLE MBR
4 DARIUS CT
DIX HILLS, NY 11746

OPERATING AGREEMENT
FOR

# NORTHSHORE MOTOR LEASING LLC

A LIMITED LIABILITY COMPANY

## ARTICLE I
## Company Formation

1.1. **FORMATION.** The Members have formed a Limited Liability Company ("Company") according to the laws of the state in which the Company was formed. This operating agreement is entered into and effective as of the date it is adopted by the members.

1.2. **REGISTERED AGENT.** The name and location of the Company's registered agent will be stated in the company's formation documents.

1.3. **TERM.** The Company will continue perpetually unless, (a) Members whose capital interest as defined in Article 2.2 exceeds 50 percent vote for dissolution; or (b) Any event which causes the Company's business to become unlawful; or (c) The death, resignation, expulsion, bankruptcy,retirement of a Member or the occurrence of any other event that terminates the continued membership of a Member of the Company; or (d) Any other event causing dissolution of the Company under applicable state laws.

1.4. **CONTINUANCE OF COMPANY.** In the event of an occurrence described in ARTICLE 1.3(c), if there are at least two remaining Members, those Members have the right to continue the business of the Company. This right can be exercised only by the unanimous vote of the remaining Members within ninety (90) days after the occurrence of an event described in ARTICLE 1.3(c). If not exercised, the right of the Members to continue the business of the Company will expire.

1.5. **BUSINESS PURPOSE.** The Company will conduct any lawful business deemed appropriate in
carrying out the company's objectives.

1.6. **PRINCIPAL PLACE OF BUSINESS.** The Company's principal place of business will be stated in the formation documents, or as selected by the Managers.

1.7. **THE MEMBERS.** The name and residential address of each member are listed in Exhibit 2 attached to this Agreement.

1.8. **ADMISSION OF ADDITIONAL MEMBERS.** Additional members may only be admitted to the Company through a Certificate of New Membership issuance by the company of new interest in the Company or as otherwise provided in this agreement.

ARTICLE II
Capital Contributions
2.1. **INITIAL CONTRIBUTIONS.** The Members will initially contribute capital to the Company, as described in Exhibit 3 attached to this Agreement. The agreed total value of such property and cash is $100,000.00

2.2. **ADDITIONAL CONTRIBUTIONS.** Except as provided in ARTICLE 6.2, no Member will be obligated to make any additional contribution to the Company's capital.

ARTICLE III
Profits, Losses and Distributions
3.1. **PROFITS/LOSSES.** For financial accounting and tax purposes, the Company's net profits or net losses will be determined on an annual basis. These profits and losses will be allocated to the Members in proportion to each Member's capital interest in the Company as set forth in Exhibit 2 as amended and in accordance with Treasury Regulation 1.704-1.
3.2. DISTRIBUTIONS. The Members will determine and distribute available funds annually or as they see fit. "Available funds" refers to the net cash of the Company available after expenses and liabilities are paid. Upon liquidation of the Company or liquidation of a Member's interest, distributions will be made in accordance with the positive capital account balances or pursuant to Treasury Regulation 1.704-l(b)(2)(ii)(b) (2). To the extent a Member has a negative capital account balance, there will be a qualified income offset, as set forth in Treasury Regulation 1.704-l(b)(2)(ii)(d).

ARTICLE IV
Management
4.1. **MANAGEMENT OF THE BUSINESS.** The Members holding a majority of the capital interests in the Company, as set forth in Exhibit 2 as amended, may vote to elect a Manager or Managers. One manager will be elected by the Members as Chief Executive Manager. The Manager(s) may be a Member or Non-Member. The name and residential address of each Manager is attached as Exhibit 1 of this Agreement.

4.2. **MEMBERS**. The liability of the Members will be limited according to state law. Members that are not Managers will take no part in the control, management, direction, or operation of the Company's affairs and will have no power to bind the Company in legal agreements. The Managers may seek advice from the Members, but need not follow such advice. No Member is an agent of any other Member of the Company, solely by reason of being a Member.

4.3. **POWERS OF MANAGERS.** The Managers are authorized on the Company's behalf to make
all decisions as to:
(a) the sale, development, lease or other disposition of the Company's assets;
(b) the purchase or other acquisition of other assets;
(c) the management of all or any part of the Company's assets;

(d) the borrowing of money and the granting of security interests in the Company's assets;
(e) the pre-payment, refinancing or extension of any loan affecting the Company's assets;
(f) the compromise or release of any of the Company's claims or debts; and
(g) the employment of persons, firms or corporations for the operation and management of the company's business.
The Managers are further authorized to execute and deliver:
(w) all contracts, conveyances, assignments leases, sub-leases, franchise agreements, licensing agreements, management contracts and maintenance contracts covering or affecting the Company's assets;
(x) all checks, drafts and other orders for the payment of the Company's funds;
(y) all promissory notes, loans, security agreements and other similar documents; and
(z) all other instruments of any other kind relating to the Company's affairs.

4.4. **CHIEF EXECUTIVE MANAGER.** The Chief Executive Manager has primary responsibility for managing the operations of the Company and for carrying out the decisions of the Managers.

4.5. **NOMINEE.** Title to the Company's assets must be held in the Company's name or in the name
of any nominee that the Managers may designate. The Managers have power to enter into a nominee agreement with any such person, and such agreement may contain provisions indemnifying the nominee, except for his or her willful misconduct.

4.6. **COMPANY INFORMATION.** The Managers must supply information regarding the company
or its activities to any member upon his or her request. Any Member or their authorized representative will have access to and may inspect and copy all books, records and materials in the Manager's possession regarding the Company or its activities. Access and inspection of information will be at the requesting Member's expense.

4.7. **EXCULPATION.** Any act or omission of the Managers, the effect of which may cause or result
in loss or damage to the Company or the Members, if done in good faith to promote the best interests of the Company, will not subject the Managers to any liability.

4.8. **INDEMNIFICATION.** The Company will indemnify any person who was or is a party defendant or is threatened to be made a party defendant, in a pending or completed action, suit or proceeding, whether civil, criminal, administrative, or investigative (other than an action by or in the right of the Company) by reason of the fact that the person is or was a Member of the Company, Manager, employee or agent of the Company, or is or was serving at the request of the Company, for instant expenses (including attorney's fees), judgments, fines, and amounts

paid in settlement actually and reasonably incurred in connection with such action, suit or proceeding if the Members determine that the person acted in good faith and in a manner he or she reasonably believed to be in or not opposed to the best interest of the Company, and with respect to any criminal action proceeding, has no reasonable cause to believe his or her conduct was unlawful. The termination of any action, suit, or proceeding by judgment, order, settlement, conviction, or upon a plea of "no lo Contendere" or its equivalent, does not in itself create a presumption that the person did or did not act in good faith and in a manner which he or she reasonably believed to be in the best interest of the Company, and, with respect to any criminal action or proceeding, had reasonable cause to believe that his or her conduct was lawful.

4.9. **RECORDS.** The Managers must keep the following at the company's principal place of business or other location:
(a) A current list of the full name and the last known street address of each Member;
(b) A copy of the Company's Certificate of Formation and Operating Agreement and all amendments;
(c) Copies of Company's federal, state and local income tax returns and reports for the three most recent years;
(d) Copies of the Company's financial statements for the three most recent years.

ARTICLE V
Compensation
5.1. **MANAGEMENT FEE.** Any Manager rendering services to the Company is entitled to compensation proportionate with the value of those services.

5.2. **REIMBURSEMENT.** The Company must reimburse the Managers or Members for all direct out-of-pocket expenses incurred by them in managing the Company.

ARTICLE VI
Bookkeeping
6.1. **BOOKS.** The Managers will maintain a complete and accurate accounting of the Company's affairs at the Company's principal place of business. The managers may select the method of accounting and the company's accounting period will be the calendar year.

6.2. **MEMBER'S ACCOUNTS.** The Managers must maintain separate capital and distribution accounts for each member. Each member's capital account will be determined and maintained in the manner set forth in Treasury Regulation 1.704-l(b)(2)(iv) and will consist of his or her initial capital contribution increased by:
(a) Any additional capital contribution made by the member;
(b) Credit balances transferred from the member's distribution account to his or her capital account;
and decreased by:
(x) Distributions to the member in reduction of Company capital;
(y) The Member's share of Company losses if charged to his or her capital account.

6.3. **REPORTS.** The Managers will close the books of account after the close of each calendar year and will prepare and send to each member, a statement of such Member's distributive share of income and expense for income tax reporting purposes.

ARTICLE VII
Transfers

7.1. **ASSIGNMENT**. If a Member proposes to sell, assign, or otherwise dispose of all or any part of
his or her interest in the Company, that Member must first make a written offer to sell his or her interest to the other Members at a price determined by mutual agreement. If the other Members decline or fail to elect such interest within thirty (30) days, and if the sale or assignment is made and the Members fail to approve this sale or assignment unanimously then, pursuant to the applicable law, the purchaser or assignee will have no right to participate in the management of the business and affairs of the Company. The purchaser or assignee will only be entitled to receive the share of the profits or other compensation by way of income and the return of contributions to which that Member would otherwise be entitled.

ARTICLE VIII
Dissolution

8.1. **DISSOLUTION.** The Member(s) may dissolve the company at any time. The Member may NOT dissolve the company for a loss of membership interests. Upon dissolution the company must pay its debts first before distributing cash, assets, and/or initial capital to the Member or the Members interests. The dissolution may only be ordered by the Member(s), not by the owner of the Members interests.

## CERTIFICATION OF MEMBER

The undersigned hereby agree, acknowledge, and certify that the foregoing operating agreement is adopted and approved by each member as of this 15 day of JUNE, 2020.

Members:

Name: ANTHONY DEO Percent 99 %

X

Address 3 SADDLE RIDGE ROAD, OLD WESTBURY, NY 11568

Name SARA DEO Percent 1 %

X

Address 3 SADDLE RIDGE ROAG, OLD WESTBURY, NY 11568

**EXHIBIT 1**
**LISTING OF MANAGERS**

By a majority vote of the Members the following Managers were elected to operate the Company
pursuant to ARTICLE 4 of the Agreement:

ANTHONY DEO
Printed Name
Chief Executive Manager

The above listed Manager(s) will serve in their capacities until they are removed for any reason by a majority vote of the Members as defined by ARTICLE 4 or upon their voluntary resignation.
Signed and Agreed this 15 day of JUNE, 2020____.

______________________ ______________________
Signature of Member Signature of Member

______________________ ______________________
Signature of Member Signature of Member

# STATE OF NEW YORK

# DEPARTMENT OF STATE

I hereby certify that the annexed copy has been compared with the original document in the custody of the Secretary of State and that the same is true copy of said original.

WITNESS my hand and official seal of the Department of State, at the City of Albany, on November 01, 2017.

Brendan W. Fitzgerald
Executive Deputy Secretary of State

Rev. 06/07

# ARTICLES OF ORGANIZATION
# OF
# Northshore Motor Leasing LLC

Under Section 203 of the Limited Liability Company Law

**FIRST:** The name of the limited liability company is:

**Northshore Motor Leasing LLC**

**SECOND:** The county, within this state, in which the office of the limited liability company is to be located is NASSAU.

**THIRD:** The Secretary of State is designated as agent of the limited liability company upon whom process against it may be served. The address within or without this state to which the Secretary of State shall mail a copy of any process against the limited liability company served upon him or her is:

NORTHSHORE MOTOR LEASING LLC
180 MICHAEL DRIVE
SYOSSET, NY 11791

I certify that I have read the above statements, I am authorized to sign these Articles of Organization, that the above statements are true and correct to the best of my knowledge and belief and that my signature typed below constitutes my signature.

JOHN BROCCO, ORGANIZER (signature)

JOHN BROCCO , ORGANIZER
PO BOX 53
NEW HYDE PARK, NY 11040

**Filed by:**
JOHN BROCCO
PO BOX 53
NEW HYDE PARK, NY 11040

**FILED WITH THE NYS DEPARTMENT OF STATE ON: 11/01/2017**
**FILE NUMBER: 171101010212; DOS ID: 5227652**

DIVISION OF CORPORATIONS AND STATE RECORDS ALBANY, NY 12231-0001

ONLINE FILING RECEIPT

ENTITY NAME: NORTHSHORE MOTOR LEASING LLC

DOCUMENT TYPE: ARTICLES OF ORGANIZATION (DOM. LLC) COUNTY: NASS

FILED:11/01/2017 DURATION:********** CASH#:171101010212 FILE#:171101010212
DOS ID:5227652

FILER:
JOHN BROCCO
PO BOX 53
NEW HYDE PARK, NY 11040

EXIST DATE
11/01/2017

ADDRESS FOR PROCESS:
NORTHSHORE MOTOR LEASING LLC
180 MICHAEL DRIVE
SYOSSET, NY 11791

REGISTERED AGENT:

The limited liability company is required to file a Biennial Statement with the Department of State every two years pursuant to Limited Liability Company Law Section 301. Notification that the Biennial Statement is due will only be made via email. Please go to www.email.ebiennial.dos.ny.gov to provide an email address to receive an email notification when the Biennial Statement is due.

SERVICE COMPANY: ** NO SERVICE COMPANY **
SERVICE CODE: 00

| | | | |
|---|---|---|---|
| FEE: | 210.00 | PAYMENTS | 210.00 |
| FILING: | 200.00 | CHARGE | 210.00 |
| TAX: | 0.00 | DRAWDOWN | 0.00 |
| PLAIN COPY: | 0.00 | | |
| CERT COPY: | 10.00 | | |
| CERT OF EXIST: | 0.00 | | |

DOS-1025 (04/2007)

Authentication Number: 1711010197 To verify the authenticity of this document you may access the Division of Corporation's Document Authentication Website at

New York State Department of Motor Vehicles

**OFFICIAL BUSINESS CERTIFICATE**

*THIS CERTIFICATE EXPIRES* 03/31/24

*FACILITY IDENTIFICATION NO.* 7123750 ISD

Validation Date and Number: 03/04/22 59203

This person is LICENSED AS A DEALER INSPECTION STATION

pursuant to the provisions of the Vehicle and Traffic Law.

1A-1B

NORTHSHORE MOTOR LEASING LLC
180 MICHAEL DRIVE
SYOSSET NY 11791

This document does not certify that this business complies with zoning and other local laws

**POST IN A CONSPICUOUS PLACE**

-61P (11/95)

New York State Department of Motor Vehicles

**OFFICIAL BUSINESS CERTIFICATE**

*THIS CERTIFICATE EXPIRES* 03/31/24

*FACILITY IDENTIFICATION NO.* 7123750

Validation Date and Number: 03/04/22 59204

This person is REGISTERED AS A DEALER

pursuant to the provisions of the Vehicle and Traffic Law.

NORTHSHORE MOTOR LEASING LLC
180 MICHAEL DRIVE
SYOSSET NY 11791

This document does not certify that this business complies with zoning and other local laws

**POST IN A CONSPICUOUS PLACE**

-61P (11/95)

FLUSHING Bank

# STATEMENT of ACCOUNT

800.581.2889 (855.540.2274 TTY/TDD)

NORTHSHORE MOTOR LEASING LLC
180 MICHAEL DR
SYOSSET NY 11791-5328

| | |
|---|---|
| Statement Begin Date: | 03/17/2023 |
| Statement End Date: | 03/31/2023 |
| Account Number: | 9990228362 |

Printable Version Save as PDF

COMPLETE BUSINESS CHECKING [redacted]8362

Download: OFX QIF CSV

All Transactions by Date

| Date | Description | Withdrawal / Debit (-) | Deposit / Credit (+) | Balance |
|---|---|---|---|---|
| 03/16 | Balance Forward | | | $0.00 |
| 03/17 | Deposit | | $0.00 | $0.00 |
| 03/20 | CAR BUYERS NYC I SENDER | | $2,000.00 | $2,000.00 |
| 03/22 | Origination Fee#500209-Northshor | $1,500.00- | | $500.00 |
| 03/22 | Advance#500209-Northshore Motor | | $500,000.00 | $500,500.00 |
| 03/22 | BnfBk ABA 021000089<br>BnfBk Nm CITIBANK, N.A.<br>Bnf Acct#[redacted]7047<br>Bnf Name DLA CAPITAL PARTNERS I<br>Bnf Addr1<br>Bnf Addr2<br>Ref# 2023032200000189 | $50,000.00- | | $450,500.00 |
| 03/22 | Wire Transfer Fee | $30.00- | | $450,470.00 |
| 03/22 | BnfBk ABA 026009593<br>BnfBk Nm BANK OF AMERICA, N.A.,<br>Bnf Acct# [redacted]9499<br>Bnf Name CAR BUYERS NYC INC.<br>Bnf Addr1<br>Bnf Addr2<br>Ref# 2023032200000190 | $50,000.00- | | $400,470.00 |
| 03/22 | Wire Transfer Fee | $30.00- | | $400,440.00 |
| 03/27 | BnfBk ABA 026009593<br>BnfBk Nm BANK OF AMERICA, N.A.,<br>Bnf Acct# [redacted]9499<br>Bnf Name CAR BUYERS NYC INC.<br>Bnf Addr1<br>Bnf Addr2<br>Ref# 2023032700000199 | $85,700.00- | | $314,740.00 |
| 03/27 | Wire Transfer Fee | $30.00- | | $314,710.00 |

Interest Rate Summary

| Date | Rate |
|---|---|
| | 0.00% |

Account Summary

Previous Statement Date: 03/16/2023

| Beginning Balance + | Deposits + | Interest Paid - | Withdrawals - | Service Charge = | Ending Balance |
|---|---|---|---|---|---|
| $0.00 | $502,000.00 | $0.00 | $187,200.00 | $90.00 | $314,710.00 |

Avg Stmt Available Bal $238,650.00

Minimum Balance $0.00

## Summary of Deposit Accounts

| TYPE OF ACCOUNT | ACCOUNT | BALANCE | INT-RATE% | YTD-INT | YTD-PENALTY | MATURITY |
|---|---|---|---|---|---|---|
| Checking | [redacted]8362 | $314,710.00 | 0.00000% | $0.00 | | |

**Take advantage of this great rate! A Flushing Bank 15 Month Consumer CD is now earning 4.60% APY (Annual Percentage Yield). With a minimum deposit of $1,000 you can start earning one of the most competitive rates around. A penalty may be imposed for early withdrawal on CDs. Rate is effective as of 1/27/23 and is subject to change without notice. Open a 15 Month Flushing Bank Consumer CD today and start earning more!**

FLUSHING Bank

# STATEMENT of ACCOUNT

800.581.2889 (855.540.2274 TTY/TDD)

NORTHSHORE MOTOR LEASING LLC
180 MICHAEL DR
SYOSSET NY 11791-5328

Statement Begin Date: 04/01/2023
Statement End Date: 04/30/2023
Account Number: [redacted]8362

Printable Version Save as PDF

CASH MANAGEMENT [redacted]8362

Download: OFX QIF CSV

All Transactions by Date

| Date | Description | Withdrawal / Debit (-) | Deposit / Credit (+) | Balance |
|---|---|---|---|---|
| 03/31 | Balance Forward | | | $314,710.00 |
| 04/03 | PAYMENT TO LOAN : CL XXXXXX0209 | $9,752.78- | | $304,957.22 |
| 04/05 | HARLAND CLARKE CHK ORDER | $14.21- | | $304,943.01 |
| 04/06 | BnfBk ABA 026009593<br>BnfBk Nm BANK OF AMERICA, N.A.,<br>Bnf Acct# [redacted]9499<br>Bnf Name CAR BUYERS NYC INC.<br>Bnf Addr1<br>Bnf Addr2<br>Ref# 2023040600000198 | $75,700.00- | | $229,243.01 |
| 04/13 | BnfBk ABA 026009593<br>BnfBk Nm BANK OF AMERICA, N.A.,<br>Bnf Acct# [redacted]9499<br>Bnf Name CAR BUYERS NYC INC<br>Bnf Addr1 180 Michael Dr<br>Bnf Addr2 SYOSSET NY 11791<br>Ref# 2023041300000111 | $500.00- | | $228,743.01 |
| 04/17 | BnfBk ABA 026009593<br>BnfBk Nm BANK OF AMERICA, N.A.,<br>Bnf Acct# [redacted]9499<br>Bnf Name CAR BUYERS NYC INC<br>Bnf Addr1 180 Michael Dr<br>Bnf Addr2 SYOSSET NY 11791<br>Ref# 2023041700000064 | $25,000.00- | | $203,743.01 |
| 04/25 | BnfBk ABA 026009593<br>BnfBk Nm BANK OF AMERICA, N.A.,<br>Bnf Acct# [redacted]9499<br>Bnf Name CAR BUYERS NYC INC<br>Bnf Addr1 180 Michael Dr<br>Bnf Addr2 SYOSSET NY 11791<br>Ref# 2023042500000060 | $25,000.00- | | $178,743.01 |
| 04/27 | BnfBk ABA 026009593<br>BnfBk Nm BANK OF AMERICA, N.A.,<br>Bnf Acct# [redacted]9499<br>Bnf Name CAR BUYERS NYC INC<br>Bnf Addr1 180 Michael Dr<br>Bnf Addr2 SYOSSET NY 11791<br>Ref# 2023042700000191 | $40,000.00- | | $138,743.01 |

Interest Rate Summary

| Date | Rate |
|---|---|
| | 0.00% |

## Account Summary

Previous Statement Date: 03/31/2023

| Beginning Balance + | Deposits + | Interest Paid - | Withdrawals - | Service Charge = | Ending Balance |
|---|---|---|---|---|---|
| $314,710.00 | $0.00 | $0.00 | $175,966.99 | $0.00 | $138,743.01 |

Avg Stmt Available Bal $220,211.75

Minimum Balance $138,743.01

## Summary of Deposit Accounts

| TYPE OF ACCOUNT | ACCOUNT | BALANCE | INT-RATE% | YTD-INT | YTD-PENALTY | MATURITY |
|---|---|---|---|---|---|---|
| Checking | [redacted]3362 | $138,743.01 | 0.00000% | $0.00 | | |

**Updated Account Terms and Conditions**
**are now available on the Flushing Bank website.**
**Please visit FlushingBank.com.**

FLUSHING Bank

# STATEMENT of ACCOUNT

800.581.2889 (855.540.2274 TTY/TDD)

NORTHSHORE MOTOR LEASING LLC
180 MICHAEL DR
SYOSSET NY 11791-5328

Statement Begin Date: 05/01/2023
Statement End Date: 05/31/2023
Account Number: [redacted]8362

Printable Version Save as PDF

CASH MANAGEMENT [redacted]8362

Download: OFX QIF CSV

View Check Images
Reconcile

All Transactions by Date

| Date | Description | Withdrawal / Debit (-) | Deposit / Credit (+) | Balance |
|---|---|---|---|---|
| 04/30 | Balance Forward | | | $138,743.01 |
| 05/01 | PAYMENT TO LOAN : CL XXXXXX0209 | $9,752.78- | | $128,990.23 |
| 05/02 | TRNSFER FRM CK XXXXXXXX9766 | | $35,000.00 | $163,990.23 |
| 05/02 | BnfBk ABA 026009593<br>BnfBk Nm BANK OF AMERICA, N.A.,<br>Bnf Acct# [redacted]9499<br>Bnf Name CAR BUYERS NYC INC<br>Bnf Addr1 180 Michael Dr<br>Bnf Addr2 SYOSSET NY 11791<br>Ref# 2023050200000138 | $35,000.00- | | $128,990.23 |
| 05/08 | TRNSFER FRM CK XXXXXXXX4591 | | $60,000.00 | $188,990.23 |
| 05/08 | BnfBk ABA 026009593<br>BnfBk Nm BANK OF AMERICA, N.A.,<br>Bnf Acct# [redacted]9499<br>Bnf Name [redacted]RS NYC INC<br>Bnf Addr1 180 Michael Dr<br>Bnf Addr2 SYOSSET NY 11791<br>Ref# 2023050800000203 | $60,000.00- | | $128,990.23 |
| 05/15 | TRNSFER FRM CK XXXXXXXX9766 | | $15,000.00 | $143,990.23 |
| 05/15 | BnfBk ABA 026009593<br>BnfBk Nm BANK OF AMERICA, N.A.,<br>Bnf Acct# [redacted]9499<br>Bnf Name CAR BUYERS NYC INC<br>Bnf Addr1 180 Michael Dr<br>Bnf Addr2 SYOSSET NY 11791<br>Ref# 2023051500000120 | $20,000.00- | | $123,990.23 |
| 05/15 | Check Number 1003 | $1,120.00- | | $122,870.23 |
| 05/15 | Check Number 1004 | $371.00- | | $122,499.23 |
| 05/15 | Check Number 1007 | $245.00- | | $122,254.23 |
| 05/15 | Check Number 1001 | $490.00- | | $121,764.23 |
| 05/15 | Check Number 1002 | $1,330.00- | | $120,434.23 |
| 05/15 | Check Number 1006 | $400.00- | | $120,034.23 |
| 05/16 | Check Number 1008 | $612.00- | | $119,422.23 |
| 05/16 | Check Number 1005 | $2,000.00- | | $117,422.23 |

| | | | | |
|---|---|---|---|---|
| 05/18 | Check Number 1010 | $2,000.00- | | $115,422.23 |
| 05/22 | Check Number 1009 | $224.00- | | $115,198.23 |
| 05/24 | TRNSFER FRM CK XXXXXXXX4591 | | $35,000.00 | $150,198.23 |
| 05/24 | BnfBk ABA 026009593<br>BnfBk Nm BANK OF AMERICA, N.A.,<br>Bnf Acct# [redacted]9499<br>Bnf Name CAR BUYERS NYC INC<br>Bnf Addr1 180 Michael Dr<br>Bnf Addr2 SYOSSET NY 11791<br>Ref# 2023052400000212 | $25,000.00- | | $125,198.23 |
| 05/29 | TRNSFER FRM CK XXXXXXXX9766 | | $20,000.00 | $145,198.23 |
| 05/29 | TRNSFER FRM CK XXXXXXXX4591 | | $20,000.00 | $165,198.23 |
| 05/30 | BnfBk ABA 026009593<br>BnfBk Nm BANK OF AMERICA, N.A.,<br>Bnf Acct# 483082609499<br>Bnf Name CAR BUYERS NYC INC<br>Bnf Addr1 180 Michael Dr<br>Bnf Addr2 SYOSSET NY 11791<br>Ref# 2023053000000074 | $40,000.00- | | $125,198.23 |
| 05/31 | TRNSFER FRM CK XXXXXXXX4591 | | $30,000.00 | $155,198.23 |
| 05/31 | BnfBk ABA 026013576<br>BnfBk Nm FLAGSTAR BANK, NA<br>Bnf Acct# [redacted]9552<br>Bnf Name northshore motors<br>Bnf Addr1 180 michael drive<br>Bnf Addr2 syosset ny 11791<br>Ref# 2023053100000054 | $30,000.00- | | $125,198.23 |
| 05/31 | TRNSFER FRM CK XXXXXXXX4591 | | $20,000.00 | $145,198.23 |
| 05/31 | BnfBk ABA 026009593<br>BnfBk Nm BANK OF AMERICA, N.A.,<br>Bnf Acct# [redacted]9499<br>Bnf Name CAR BUYERS NYC INC<br>Bnf Addr1 180 Michael Dr<br>Bnf Addr2 SYOSSET NY 11791<br>Ref# 2023053100000340 | $20,000.00- | | $125,198.23 |

## Checks in Order

| Date | Number | Amount | Date | Number | Amount |
|---|---|---|---|---|---|
| 05/15 | 1001 | $490.00 | 05/15 | 1007 | $245.00 |
| 05/15 | 1002 | $1,330.00 | 05/16 | 1008 | $612.00 |
| 05/15 | 1003 | $1,120.00 | 05/22 | 1009 | $224.00 |
| 05/15 | 1004 | $371.00 | 05/18 | 1010 | $2,000.00 |
| 05/16 | 1005 | $2,000.00 | | | |
| 05/15 | 1006 | $400.00 | | | |

* Check Numbers Missing

## Interest Rate Summary

| Date | Rate |
|---|---|
| | 0.00% |

## Account Summary

Previous Statement Date: 04/30/2023

| Beginning Balance + | Deposits + | Interest Paid - | Withdrawals - | Service Charge = | Ending Balance |
|---|---|---|---|---|---|
| $138,743.01 | $235,000.00 | $0.00 | $248,544.78 | $0.00 | $125,198.23 |

**NORTHSHORE MOTOR LEASING LLC**
180 MICHAEL DR
SYOSSET, NY 11791-5328

1006

1-7047/2260
455

DATE 5.13.23

PAY TO THE ORDER OF Zenia Cleaning $ 400.00

Four hundred 00/100 DOLLARS

FLUSHING Bank
Commercial • Business • Consumer
FlushingBank.com

FOR

⑈001006⑈ ⑆226070474⑆[redacted]8362⑈

Date:05/15/2023 Account:[redacted]8362 Amount:$400.00 Serial:1006 Sequence:90390030 TR:226070474 TranCode:0 InstID:15 DbCr:D Pattern:1

**NORTHSHORE MOTOR LEASING LLC**
180 MICHAEL DR
SYOSSET, NY 11791-5328

1001

DATE 5·12·23

PAY TO THE ORDER OF Jeremy Messon $ 490.00/xx

Four hundred & ninety 00/xx DOLLARS

**FLUSHING** Bank
FlushingBank.com

FOR

⑈001001⑈ ⑆226070474⑆ [redacted] 8362⑈

Date:05/15/2023 Account [redacted] 8362 Amount:$490.00 Serial:1001 Sequence:90388170 TR:226070474 TranCode:0 InstID:15 DbCr:D Pattern:1

For Deposit Only - JPMC

**NORTHSHORE MOTOR LEASING LLC**
180 MICHAEL DR
SYOSSET, NY 11791-6328

1002

1-7047/2260
455

DATE 5·12·23

PAY TO THE ORDER OF Adrian Tam $ 1330.00/xx

One thousand three hundred thirty .00/xx DOLLARS

FLUSHING Bank
FlushingBank.com

FOR

⑈001002⑈ ⑆226070474⑆ [redacted] 8362⑈

Date:05/15/2023 Account:[redacted]8362 Amount:$1,330.00 Serial:1002 Sequence:90388400 TR:226070474 TranCode:0 InstID:15 DbCr:D Pattern:1

For Deposit Only - JPMC

Chase


NORTHSHORE MOTOR LEASING LLC
180 MICHAEL DR
SYOSSET, NY 11791-5328

1007

DATE 5-13-23

PAY TO THE ORDER OF Andrews Basanta $ 245.00

Two hundred & forty five 00/100 DOLLARS

FLUSHING Bank
FlushingBank.com

FOR Comm

⑈001007⑈ ⑆226070474⑆[redacted]8362⑈

Date:05/15/2023 Account[redacted]8362 Amount:$245.00 Serial:1007 Sequence:90386910 TR:226070474 TranCode:0 InstID:15 DbCr:D Pattern:1



NORTHSHORE MOTOR LEASING LLC
180 MICHAEL DR
SYOSSET, NY 11791-5328

1004

1-7047/2260
455

DATE 5·12·23

PAY TO THE ORDER OF William Herrera $ 371.00/xx

three hundred & seventy one . ——— DOLLARS

FLUSHING Bank
FlushingBank.com

FOR

⑈001004⑈ ⑆226070474⑆ [redacted] 8362⑈

Date:05/15/2023 Account [redacted] 8362 Amount:$371.00 Serial:1004 Sequence:90379140 TR:226070474 TranCode:0 InstID:15 DbCr:D Pattern:1

For Deposit Only - JPMC

**NORTHSHORE MOTOR LEASING LLC**
180 MICHAEL DR
SYOSSET, NY 11791-5328

1003

DATE 5·12·23

PAY TO THE ORDER OF Parmeshwar Bisson $ 1120.00

One thousand one hundred and twenty . 00/xx DOLLARS

FLUSHING Bank
FlushingBank.com

FOR

⑈001003⑈ ⑆226070474⑆ [redacted] 8362⑈

Date:05/15/2023 Account:[redacted]8362 Amount:$1,120.00 Serial:1003 Sequence:90375200 TR:226070474 TranCode:0 InstID:15 DbCr:D Pattern:1

>021407912<
CAPITAL ONE, NA
[redacted]3638 05122023
RICHMOND, VA 088 21
360 RDC Deposit 36082072039

NORTHSHORE MOTOR LEASING LLC
180 MICHAEL DR
SYOSSET, NY 11791-5328

1008

1-7047/2260
455

DATE 5·13·23

PAY TO THE ORDER OF Andy Vasquez $ 612 00/xx

Six hundred & twelve 00/xx DOLLARS

FLUSHING Bank
Commercial • Business • Consumer
FlushingBank.com

FOR Comm

⑈001008⑈ ⑆226070474⑆[redacted]8362⑈

Date:05/16/2023 Account[redacted]8362 Amount:$612.00 Serial:1008 Sequence:42457870 TR:226070474 TranCode:0 InstID:15 DbCr:D Pattern:1

Suncoast Mobile
[redacted]8987-0000
For Deposit Only

**NORTHSHORE MOTOR LEASING LLC**
180 MICHAEL DR
SYOSSET, NY 11791-5328

1005

1-7047/2260
455

DATE 5.12.23

PAY TO THE ORDER OF Merck 27 $ 2000.00

Two thousand 00/xx DOLLARS

FLUSHING Bank
Commercial • Business • Consumer
FlushingBank.com

FOR

⑈001005⑈ ⑆226070474⑆[redacted]8362⑈

Date:05/16/2023 Account:[redacted]8362 Amount:$2,000.00 Serial:1005 Sequence:42465840 TR:226070474 TranCode:0 InstID:15 DbCr:D Pattern:1

198900121 05/15/2023 NY454 MA06098 BIC

**NORTHSHORE MOTOR LEASING LLC**
180 MICHAEL DR
SYOSSET, NY 11791-5328

1010

1-7047/2260
455

DATE 5·16·23

CHECK ARMOR

PAY TO THE ORDER OF GPA Automotive $ 2000.00/xx

Two thousand 00/xx DOLLARS

Security Features Details on Back

**FLUSHING** Bank
Commercial • Business • Consumer
FlushingBank.com

FOR

MP

⑈001010⑈ ⑆226070474⑆[redacted]8362⑈

Date:05/18/2023 Account:[redacted]8362 Amount:$2,000.00 Serial:1010 Sequence:90524400 TR:226070474 TranCode:0 InstID:15 DbCr:D Pattern:1

>021406667<
Dime Community Bank
2023-05-17
0800828916
Batch

FOR DEPOSIT ONLY
Frank & Ross Payroll Svc
1600015141
2536 Middle Country Rd
Centereach, NY 11720
Licensed Casher of Checks

For Deposit Only
Frank and Ross Payroll Service Corp
Centereach 1600015141

GPA Automotive

NORTHSHORE MOTOR LEASING LLC
180 MICHAEL DR
SYOSSET, NY 11791-5328

1009

DATE 5.17.23

PAY TO THE ORDER OF Adriana Polanco $ 224.00

Two Hundred & Twenty Four 00/xx DOLLARS

FLUSHING Bank
FlushingBank.com

FOR Comm

⑈001009⑈ ⑆226070474⑆ [redacted] 836 2⑈

Date:05/22/2023 Account:[redacted]8362 Amount:$224.00 Serial:1009 Sequence:90665560 TR:226070474 TranCode:0 InstID:15 DbCr:D Pattern:1

FLUSHING Bank

# STATEMENT of ACCOUNT

800.581.2889 (855.540.2274 TTY/TDD)

NORTHSHORE MOTOR LEASING LLC
180 MICHAEL DR
SYOSSET NY 11791-5328

Statement Begin Date: 06/01/2023
Statement End Date: 06/30/2023
Account Number: [redacted]8362

Printable Version Save as PDF

CASH MANAGEMENT 9990228362

Download: OFX QIF CSV

View Check Images

Reconcile

All Transactions by Date

| Date | Description | Withdrawal / Debit (-) | Deposit / Credit (+) | Balance |
|---|---|---|---|---|
| 05/31 | Balance Forward | | | $125,198.23 |
| 06/01 | PAYMENT TO LOAN : CL XXXXXX0209 | $9,752.78- | | $115,445.45 |
| 06/05 | TRNSFER FRM CK XXXXXXXX9766 | | $5,000.00 | $120,445.45 |
| 06/05 | BnfBk ABA 026009593<br>BnfBk Nm BANK OF AMERICA, N.A.,<br>Bnf Acct# [redacted]9499<br>Bnf Name CAR BUYERS NYC INC<br>Bnf Addr1 180 Michael Dr<br>Bnf Addr2 SYOSSET NY 11791<br>Ref# 2023060500000057 | $20,000.00- | | $100,445.45 |
| 06/08 | BnfBk ABA 026009593<br>BnfBk Nm BANK OF AMERICA, N.A.,<br>Bnf Acct# [redacted]9499<br>Bnf Name CAR BUYERS NYC INC<br>Bnf Addr1 180 Michael Dr<br>Bnf Addr2 SYOSSET NY 11791<br>Ref# 2023060800000254 | $40,000.00- | | $60,445.45 |
| 06/09 | TRNSFER FRM CK XXXXXXXX4591 | | $30,000.00 | $90,445.45 |
| 06/12 | TRNSFER FRM CK XXXXXXXX9766 | | $4,000.00 | $94,445.45 |
| 06/12 | TRNSFER FRM CK XXXXXXXX4591 | | $10,000.00 | $104,445.45 |
| 06/12 | BnfBk ABA 026009593<br>BnfBk Nm BANK OF AMERICA, N.A.,<br>Bnf Acct# [redacted]9499<br>Bnf Name CAR BUYERS NYC INC<br>Bnf Addr1 180 Michael Dr<br>Bnf Addr2 SYOSSET NY 11791<br>Ref# 2023061200000043 | $25,000.00- | | $79,445.45 |
| 06/12 | BnfBk ABA 026009593<br>BnfBk Nm BANK OF AMERICA, N.A.,<br>Bnf Acct# [redacted]9499<br>Bnf Name CAR BUYERS NYC INC<br>Bnf Addr1 180 Michael Dr<br>Bnf Addr2 SYOSSET NY 11791<br>Ref# 2023061200000045 | $20,000.00- | | $59,445.45 |
| 06/13 | AMEX EPAYMENT ACH PMT | $7,000.00- | | $52,445.45 |
| 06/14 | TRNSFER FRM CK XXXXXXXX9766 | | $9,000.00 | $61,445.45 |

| | | | | |
|---|---|---|---|---|
| 06/14 | TRNSFER FRM CK XXXXXXXX4591 | | $10,000.00 | $71,445.45 |
| 06/14 | BnfBk ABA 021000021<br>BnfBk Nm JPMORGAN CHASE BANK, N<br>Bnf Acct# [redacted]5518<br>Bnf Name SUPERB MOTORS<br>Bnf Addr1 215 NORTHERN BLVD<br>Bnf Addr2 GREAT NECK NY 11021<br>Ref# 2023061400000022 | $48,000.00- | | $23,445.45 |
| 06/20 | TRNSFER FRM CK XXXXXXXX4591 | | $60,000.00 | $83,445.45 |
| 06/20 | BnfBk ABA 026009593<br>BnfBk Nm BANK OF AMERICA, N.A.,<br>Bnf Acct# [redacted]9499<br>Bnf Name CAR BUYERS NYC INC<br>Bnf Addr1 180 Michael Dr<br>Bnf Addr2 SYOSSET NY 11791<br>Ref# 2023062000000396 | $20,000.00- | | $63,445.45 |
| 06/23 | Deposit | | $39,725.00 | $103,170.45 |
| 06/26 | BnfBk ABA 026013576<br>BnfBk Nm FLAGSTAR BANK, NA<br>Bnf Acct# [redacted]9552<br>Bnf Name northshore motors<br>Bnf Addr1 180 michael drive<br>Bnf Addr2 syosset ny 11791<br>Ref# 2023062600000144 | $47,000.00- | | $56,170.45 |
| 06/28 | TRNSFER FRM CK XXXXXXXX9766 | | $20,000.00 | $76,170.45 |
| 06/28 | TRNSFER FRM CK XXXXXXXX4591 | | $20,000.00 | $96,170.45 |
| 06/28 | BnfBk ABA 026009593<br>BnfBk Nm BANK OF AMERICA, N.A.,<br>Bnf Acct# [redacted]9499<br>Bnf Name CAR BUYERS NYC INC<br>Bnf Addr1 180 Michael Dr<br>Bnf Addr2 SYOSSET NY 11791<br>Ref# 2023062800000185 | $40,000.00- | | $56,170.45 |
| 06/29 | Check Number 1026 | $3,000.00- | | $53,170.45 |
| 06/30 | TRNSFER FRM CK XXXXXXXX4591 | | $40,000.00 | $93,170.45 |
| 06/30 | BnfBk ABA 026009593<br>BnfBk Nm BANK OF AMERICA, N.A.,<br>Bnf Acct# [redacted]9499<br>Bnf Name CAR BUYERS NYC INC<br>Bnf Addr1 180 Michael Dr<br>Bnf Addr2 SYOSSET NY 11791<br>Ref# 2023063000000269 | $40,000.00- | | $53,170.45 |

## Checks in Order

| Date | Number | Amount |
|---|---|---|
| 06/29 | 1026 | $3,000.00 |

* Check Numbers Missing

## Interest Rate Summary

| Date | Rate |
|---|---|
| | 0.00% |

## Account Summary

Previous Statement Date: 05/31/2023

| Beginning Balance + | Deposits + | Interest Paid - | Withdrawals - | Service Charge = | Ending Balance |
|---|---|---|---|---|---|
| $125,198.23 | $247,725.00 | $0.00 | $319,752.78 | $0.00 | $53,170.45 |

TKT-BUSDT-0315 Rev. 03/22

DEPOSIT TICKET

**FLUSHING** Bank

FOR NORTHSHORE MOTOR LEASING LLC

DATE 06/23/23

*DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL*

CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE OR ANY APPLICABLE COLLECTION AGREEMENT.

| | DOLLARS | CENTS |
|---|---|---|
| CURRENCY | | |
| COIN | | |
| CHECKS 1 | 18075 | — |
| 2 | 21650 | — |
| 3–21 | | |
| TOTAL | 39,725 | — |

PLEASE RE-ENTER TOTAL BELOW

ACCOUNT NUMBER

[redacted]8362 $ 39725.—

WHITE COPY: BANKER YELLOW COPY: CUSTOMER

⑆501104740⑆ 20

Date:06/23/2023 Account:9990228362 Amount:$39,725.00 Serial:0 Sequence:43794660 TR:501104740 TranCode:20 InstID:15 DbCr:C Pattern:10

CHECKS LIST SINGLY

TOTAL MUST BE ENTERED ON FRONT SIDE

DOLLARS CENTS

| CURRENCY COUNT - FOR FINANCIAL INSTITUTION USE ONLY | $ |
|---|---|
| X 1 | |
| X 2 | |
| X 5 | |
| X 10 | |
| X 20 | |
| X 50 | |
| X 100 | |
| TOTAL | |

MEMO POST DEPOSIT ACCOUNT # [redacted]8362 AMOUNT: NEW BALANCE: $39,725.00

06/23/23 1:18 pm 005 2796 HDMD+ 25

4

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**SUPERB MOTORS**
215 Northern Blvd
Great Neck, NY 11021
(999) 999-9999

**Chase Bank**
151 Asylum St, Hartford CT 06103

11877

| DATE | PAY THIS AMOUNT | | | | AMOUNT OF CHECK |
|---|---|---|---|---|---|
| 22JUN23 | ******21,650 | DOLLARS | 00 | CENTS | *****21,650.00 |

VOID AFTER 90 DAYS

TO THE ORDER OF
NORTHSHORE MOTOR LEASING LLC
180 MICHAEL DRIVE
SYOSSET, NY 11791

BY ____________________
AUTHORIZED SIGNATURE

Security Features Included. Details on back.

⑈000011877⑈ ⑆021000021⑆ [redacted]5518⑈

Date:06/23/2023 Account:[redacted]5518 Amount:$21,650.00 Serial:11877 Sequence:43794670 TR:21000021 TranCode:0 InstID:15 DbCr:D Pattern:10

FOR DEPOSIT

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

SUPERB

**SUPERB MOTORS**
215 Northern Blvd
Great Neck, NY 11021
(999) 999-9999

**Chase Bank**
151 Asylum St, Hartford CT 06103

11879

| DATE |
|---|
| 22JUN23 |

| PAY THIS AMOUNT | | | |
|---|---|---|---|
| ******18,075 | DOLLARS | 00 | CENTS |

| AMOUNT OF CHECK |
|---|
| *****18,075.00 |

Security Features Included. Details on back.

VOID AFTER 90 DAYS

TO THE ORDER OF

NORTHSHORE MOTOR LEASING LLC
180 MICHAEL DRIVE
SYOSSET, NY 11791

BY

AUTHORIZED SIGNATURE

⑈000011879⑈ ⑆021000021⑆ [redacted] 5518⑈

Date:06/23/2023 Account:[redacted]5518 Amount:$18,075.00 Serial:11879 Sequence:43794680 TR:21000021 TranCode:0 InstID:15 DbCr:D Pattern:10

FOR DEPOSIT

**NORTHSHORE MOTOR LEASING LLC**
180 MICHAEL DR
SYOSSET, NY 11791-5328

1026

1-7047/2260
455

DATE 6·26·23

PAY TO THE ORDER OF Merak 27 $ 3000.00/xx

Three thousand dollars - DOLLARS

**FLUSHING** Bank
Commercial • Business • Consumer
FlushingBank.com

FOR

⑈001026⑈ ⑆226070474⑆[redacted]8362⑈

Date:06/29/2023 Account:[redacted]8362 Amount:$3,000.00 Serial:1026 Sequence:44068390 TR:226070474 TranCode:0 InstID:15 DbCr:D Pattern:1

198930051 06/28/2023 NY454 JC13503 BIC

FLUSHING Bank

# STATEMENT of ACCOUNT

800.581.2889 (855.540.2274 TTY/TDD)

NORTHSHORE MOTOR LEASING LLC
180 MICHAEL DR
SYOSSET NY 11791-5328

Statement Begin Date: 07/01/2023
Statement End Date: 07/31/2023
Account Number: [redacted]8362

Printable Version Save as PDF

CASH MANAGEMENT [redacted]8362

Download: OFX QIF CSV

View Check Images

Reconcile

All Transactions by Date

| Date | Description | Withdrawal / Debit (-) | Deposit / Credit (+) | Balance |
|---|---|---|---|---|
| 06/30 | Balance Forward | | | $53,170.45 |
| 07/03 | PAYMENT TO LOAN : CL XXXXXX0209 | $9,752.78- | | $43,417.67 |
| 07/06 | Deposit | | $44,999.50 | $88,417.17 |
| 07/07 | AMEX EPAYMENT ACH PMT | $30,000.00- | | $58,417.17 |
| 07/07 | TRNSFER FRM CK XXXXXXXX9766 | | $10,000.00 | $68,417.17 |
| 07/07 | TRNSFER FRM CK XXXXXXXX4591 | | $25,000.00 | $93,417.17 |
| 07/10 | AMEX EPAYMENT ACH PMT | $47,317.76- | | $46,099.41 |
| 07/13 | Deposit | | $24,860.00 | $70,959.41 |
| 07/14 | BnfBk ABA 026009593<br>BnfBk Nm BANK OF AMERICA, N.A.,<br>Bnf Acct# [redacted]9499<br>Bnf Name CAR BUYERS NYC INC<br>Bnf Addr1 180 Michael Dr<br>Bnf Addr2 SYOSSET NY 11791<br>Ref# 2023071400000336 | $20,000.00- | | $50,959.41 |
| 07/17 | Deposit | | $24,864.00 | $75,823.41 |
| 07/18 | Check Number 1027 | $2,000.00- | | $73,823.41 |
| 07/25 | Deposit | | $10,000.00 | $83,823.41 |
| 07/25 | BnfBk ABA 021000021<br>BnfBk Nm JPMORGAN CHASE BANK, N<br>Bnf Acct# [redacted]5518<br>Bnf Name SUPERB MOTORS<br>Bnf Addr1 215 NORTHERN BLVD<br>Bnf Addr2 GREAT NECK NY 11021<br>Ref# 2023072500000071 | $75,000.00- | | $8,823.41 |
| 07/26 | TRNSFER FRM CK XXXXXXXX4591 | | $30,000.00 | $38,823.41 |
| 07/26 | BnfBk ABA 026009593<br>BnfBk Nm BANK OF AMERICA, N.A.,<br>Bnf Acct# [redacted]9499<br>Bnf Name CAR BUYERS NYC INC<br>Bnf Addr1 180 Michael Dr<br>Bnf Addr2 SYOSSET NY 11791<br>Ref# 2023072600000174 | $8,000.00- | | $30,823.41 |

| | | | | |
|---|---|---|---|---|
| 07/27 | Deposit | | $104,640.00 | $135,463.41 |
| 07/27 | BnfBk ABA 026009593<br>BnfBk Nm BANK OF AMERICA, N.A.,<br>Bnf Acct# [redacted]9499<br>Bnf Name CAR BUYERS NYC INC<br>Bnf Addr1 180 Michael Dr<br>Bnf Addr2 SYOSSET NY 11791<br>Ref# 2023072700000117 | $30,000.00- | | $105,463.41 |
| 07/31 | TRNSFER FRM CK XXXXXXXX4591 | | $15,000.00 | $120,463.41 |
| 07/31 | BnfBk ABA 026009593<br>BnfBk Nm BANK OF AMERICA, N.A.,<br>Bnf Acct# [redacted]9499<br>Bnf Name CAR BUYERS NYC INC<br>Bnf Addr1 180 Michael Dr<br>Bnf Addr2 SYOSSET NY 11791<br>Ref# 2023073100000248 | $40,000.00- | | $80,463.41 |

## Checks in Order

| Date | Number | Amount |
|---|---|---|
| 07/18 | 1027 | $2,000.00 |

* Check Numbers Missing

## Interest Rate Summary

| Date | Rate |
|---|---|
| | 0.00% |

## Account Summary

Previous Statement Date: 06/30/2023

| Beginning Balance + | Deposits + | Interest Paid - | Withdrawals - | Service Charge = | Ending Balance |
|---|---|---|---|---|---|
| $53,170.45 | $289,363.50 | $0.00 | $262,070.54 | $0.00 | $80,463.41 |

Avg Stmt Available Bal $67,804.82

Minimum Balance $8,823.41

## Summary of Deposit Accounts

| TYPE OF ACCOUNT | ACCOUNT | BALANCE | INT-RATE% | YTD-INT | YTD-PENALTY | MATURITY |
|---|---|---|---|---|---|---|
| Checking | [redacted]8362 | $80,463.41 | 0.00000% | $0.00 | | |

**Take advantage of this great rate! A Flushing Bank 12 Month Consumer CD is now earning 5.00% APY (Annual Percentage Yield). With a minimum deposit of $1,000 you can start earning one of the most competitive rates around. A penalty may be imposed for early withdrawal on CDs. Rate is effective as of 6/28/23 and is subject to change without notice. Open a 12 Month Flushing Bank Consumer CD today and start earning more!**

DEPOSIT TICKET
**FLUSHING** Bank

TKT-BUSDT-0315 Rev. 03/22

FOR NORTHSHORE MOTOR LEASING

DATE 7/6/23

*DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL*

CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE OR ANY APPLICABLE COLLECTION AGREEMENT

| | DOLLARS | CENTS |
|---|---|---|
| CURRENCY | | |
| COIN | | |
| CHECKS 1 | 44999 | 50 |
| TOTAL | 44,999. | 50 |

PLEASE RE-ENTER TOTAL BELOW

ACCOUNT NUMBER

* [redacted]8362 $ 44999.50

WHITE COPY: BANKER YELLOW COPY: CUSTOMER

⑆50110474⑆ 20

Date:07/06/2023 Account:[redacted]8362 Amount:$44,999.50 Serial:0 Sequence:92146560 TR:501104740 TranCode:20 InstID:15 DbCr:C Pattern:10

TOTAL MUST BE ENTERED ON FRONT SIDE

CHECKS LIST SINGLY

4
07/06/23 11:30 am 05 2204
MEMO POST DEPOSIT
ACCOUNT # [redacted]8362 AMOUNT: $44,999.50
NEW BALANCE

TOTAL

DOLLARS

CENTS

CURRENCY COUNT - FOR FINANCIAL INSTITUTION USE ONLY

X 1, X 2, X 5, X 10, X 20, X 50, X 100

$

30

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

SUPERB MOTORS
215 Northern Blvd
Great Neck, NY 11021
(999) 999-9999

Chase Bank
151 Asylum St, Hartford CT 06103

11878

| DATE | PAY THIS AMOUNT | | | | AMOUNT OF CHECK |
|---|---|---|---|---|---|
| 22JUN23 | ******44,999 | DOLLARS | 50 | CENTS | *****44,999.50 |

VOID AFTER 90 DAYS

TO THE ORDER OF
NORTHSHORE MOTOR LEASING LLC
180 MICHAEL DRIVE
SYOSSET, NY 11791

BY ______________________
AUTHORIZED SIGNATURE

Security Features Included. Details on back.

⑈000011878⑈ ⑆021000021⑆ [redacted]5518⑈

Date:07/06/2023 Account:[redacted]5518 Amount:$44,999.50 Serial:11878 Sequence:92146570 TR:21000021 TranCode:0 InstID:15 DbCr:D Pattern:10

FOR DEPOSIT

TKT-BUSDT-0315 Rev. 03/22

DEPOSIT TICKET

**FLUSHING** Bank

FOR NORTHSHORE MOTOR LEASING

DATE 7/13/2023

*DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL*

CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE OR ANY APPLICABLE COLLECTION AGREEMENT.

| | DOLLARS | CENTS |
|---|---|---|
| CURRENCY | | |
| COIN | | |
| CHECKS 1 | 24860 | - |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| TOTAL | 24860 | - |

PLEASE RE-ENTER TOTAL BELOW

ACCOUNT NUMBER

✕ [redacted] 8362 $ 24860.-

WHITE COPY: BANKER YELLOW COPY: CUSTOMER

⑆501104740⑆ 20

Date:07/13/2023 Account [redacted] 8363 Amount:$24,860.00 Serial:0 Sequence:92393650 TR:501104740 TranCode:20 InstID:15 DbCr:C Pattern:10

TOTAL MUST BE ENTERED ON FRONT SIDE

4
07/13/23 :28 025 2725 NDD+ 43
MEMO POST DEPOSIT
ACCOUNT # [redacted] 8362
AMOUNT $24,860.00
NEW BALANCE

CHECKS LIST SINGLY

TOTAL

CURRENCY COUNT - FOR FINANCIAL INSTITUTION USE ONLY

| | X 1 | X 2 | X 5 | X 10 | X 20 | X 50 | X 100 |
|---|---|---|---|---|---|---|---|
| $ | | | | | | | |
| DOLLARS | | | | | | | |
| CENTS | | | | | | | |

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**SUPERB MOTORS**
215 Northern Blvd
Great Neck, NY 11021
(999) 999-9999

**Chase Bank**
151 Asylum St, Hartford CT 06103

11976

| DATE | PAY THIS AMOUNT | | | | AMOUNT OF CHECK |
|---|---|---|---|---|---|
| 12JUL23 | ******24,860 | DOLLARS | 00 | CENTS | *****24,860.00 |

VOID AFTER 90 DAYS

TO THE ORDER OF
NORTHSHORE MOTOR LEASING LLC
180 MICHAEL DRIVE
SYOSSET, NY 11791

BY ______________________
AUTHORIZED SIGNATURE

Security Features Included. Details on back.

⑈00000011976⑈ ⑆021000021⑆ [redacted]5518⑈

Date:07/13/2023 Account:[redacted]5518 Amount:$24,860.00 Serial:11976 Sequence:92393660 TR:21000021 TranCode:0 InstID:15 DbCr:D Pattern:10

Security Features. Results of check alteration

CREDITED TO THE ACCOUNT
OF THE WITHIN NAMED PAYEE
FLUSHING BANK

TKT-BUSDT-0315 Rev. 03/22

DEPOSIT TICKET

**FLUSHING** Bank

FOR NORTHSHORE MOTOR LEASING LLC

DATE 07/17/23

*DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL*

CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE OR ANY APPLICABLE COLLECTION AGREEMENT

| | DOLLARS | CENTS |
|---|---|---|
| CURRENCY | | |
| COIN | | |
| CHECKS 1 | 24864 | – |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| TOTAL | 24,864 | – |

PLEASE RE-ENTER TOTAL BELOW

ACCOUNT NUMBER

✱ [redacted] 8362 $ 24864.—

WHITE COPY: BANKER YELLOW COPY: CUSTOMER

⑆501104740⑆ 20

Date:07/17/2023 Accoun[redacted]8362 Amount:$24,864.00 Serial:0 Sequence:44712710 TR:501104740 TranCode:20 InstID:15 DbCr:C Pattern:10

TOTAL MUST BE ENTERED ON FRONT SIDE

4
07/17/23 2:31 025 2708 NDMD 101
MEMO POST DEPOSIT
ACCOUNT # [redacted]8362 AMOUNT: 24,864.00
NEW BALANCE:

CHECKS LIST SINGLY

TOTAL

CURRENCY COUNT - FOR FINANCIAL INSTITUTION USE ONLY

X 1 | X 2 | X 5 | X 10 | X 20 | X 50 | X 100

$ DOLLARS CENTS

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**SUPERB MOTORS**
215 Northern Blvd
Great Neck, NY 11021
(999) 999-9999

**Chase Bank**
151 Asylum St, Hartford CT 06103

11979

| DATE |
|---|
| 13JUL23 |

| PAY THIS AMOUNT | | | |
|---|---|---|---|
| ******24,864 | DOLLARS | 00 | CENTS |

| AMOUNT OF CHECK |
|---|
| *****24,864.00 |

Security Features Included. Details on Lock

VOID AFTER 90 DAYS

TO THE ORDER OF
NORTHSHORE MOTOR LEASING LLC
180 MICHAEL DRIVE
SYOSSET, NY 11791

BY ______________________
AUTHORIZED SIGNATURE

⑈000011979⑈ ⑆021000021⑆ [redacted]5518⑈

Date:07/17/2023 Account:[redacted]5518 Amount:$24,864.00 Serial:11979 Sequence:44712720 TR:21000021 TranCode:0 InstID:15 DbCr:D Pattern:10

Security Features Results of check alteration

FOR DEPOSIT

NORTHSHORE MOTOR LEASING LLC
180 MICHAEL DR
SYOSSET, NY 11791-5328

1027

1-7047/2260
455

DATE 7.15.23

PAY TO THE ORDER OF Merch 27 $ 2000.00

Two thousand. 00/xx DOLLARS

FLUSHING Bank
Commercial • Business • Consumer
FlushingBank.com

FOR

⑈001027⑈ ⑆226070474⑆ [redacted] 8362⑈

Date:07/18/2023 Account [redacted] 8362 Amount:$2,000.00 Serial:1027 Sequence:44784890 TR:226070474 TranCode:0 InstID:15 DbCr:D Pattern:1

198900095 07/17/2023 NY454 JA16137 BIC

TKT-BUSDT-0315 Rev. 03/22

DEPOSIT TICKET

**FLUSHING** Bank

FOR ~~07/25/23~~ NORTHSHORE MOTORS

DATE 07/25/23

*DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL*

CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE OR ANY APPLICABLE COLLECTION AGREEMENT

| | DOLLARS | CENTS |
|---|---|---|
| CURRENCY | 10,000 | — |
| COIN | | |
| CHECKS | | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| TOTAL | 10,000 | |

PLEASE RE-ENTER TOTAL BELOW

Marc Louis Merckling X

ACCOUNT NUMBER [redacted]8362 $ 10 000.—

WHITE COPY: BANKER YELLOW COPY: CUSTOMER

⑆501104740⑆ 20

Date:07/25/2023 Account [redacted]8362 Amount:$10,000.00 Serial:0 Sequence:44989490 TR:501104740 TranCode:20 InstID:15 DbCr:C Pattern:10

TOTAL MUST BE ENTERED ON FRONT SIDE

CHECKS LIST SINGLY

DOLLARS CENTS

CURRENCY COUNT - FOR FINANCIAL INSTITUTION USE ONLY

| | |
|---|---|
| X 1 | |
| X 2 | |
| X 5 | |
| X 10 | |
| X 20 | |
| X 50 | |
| X 100 | |
| TOTAL | $ |

072523 06670000063957>226070474< Flushing 0025

NEW BALANCE:

ACCOUNT # [redacted]8362 AMOUNT: $10,000.00

MEMO POST DEPOSIT

07/25/23 10:03 am 017 2648 NDMP+ 8

4

TKT-CASIN-0313 Rev. 05/17

CASH IN TICKET

**VALIDATE ON BACK ONLY**

BRANCH / BANKER

17/26478

AMOUNT

$ 10000.00

⑆5036⑈0474

Date:07/25/2023 Account[redacted]2648 Amount:$10,000.00 Serial:0 Sequence:44989500 TR:503604740 TranCode:77 InstID:15 DbCr:D Pattern:10

516-250-5626

[redacted] 7320 CASH IN: $10,000.00

072523 066700000063953>22607047474< Flushing 0025

07/25/2023 10:05:30 017 2648 8

HD [redacted]8362

DEPOSIT TICKET
**FLUSHING** Bank

TKT-BUSDT-0315 Rev. 03/22

FOR NORTHSHORE MOTOR LEASING LLC

DATE 07/27/23

*DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL*

CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE OR ANY APPLICABLE COLLECTION AGREEMENT.

| | DOLLARS | CENTS |
|---|---|---|
| CURRENCY | 7000 | — |
| COIN | | |
| CHECKS 1 | ~~3500~~ NM | — |
| 2 | 37500 | — |
| 3 | 37500 | — |
| 4 | 22640 | — |
| TOTAL | ~~117640~~ | — |

PLEASE RE-ENTER TOTAL BELOW

NM 104,640.00

ACCOUNT NUMBER

[redacted] 8362 $ ~~117640.~~

WHITE COPY: BANKER YELLOW COPY: CUSTOMER

⑆501104741⑆

20 104,640.00

Date:07/27/2023 Account [redacted] 8362 Amount:$104,640.00 Serial:0 Sequence:45062330 TR:501104740 TranCode:20 InstID:15 DbCr:C Pattern:10

TOTAL MUST BE ENTERED ON FRONT SIDE

CHECKS LIST SINGLY

DOLLARS CENTS

CURRENCY COUNT - FOR FINANCIAL INSTITUTION USE ONLY

| | $ | |
|---|---|---|
| X 100 | | |
| X 50 | | |
| X 20 | | |
| X 10 | | |
| X 5 | | |
| X 2 | | |
| X 1 | | |
| TOTAL | | |

TKT-CASIN-0313 Rev. 05/17

# CASH IN TICKET

**VALIDATE ON BACK ONLY**

BRANCH / BANKER: Ø5 286

AMOUNT: $ 7,000.00

⑆5036⑈0474

Date:07/27/2023 Account:[redacted]0286 Amount:$7,000.00 Serial:0 Sequence:45062340 TR:503604740 TranCode:77 InstID:15 DbCr:D Pattern:10

CASH IN: $7,000.00

07/27/2023 11:23 am 005 286 17

ND [redacted]8362

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

SUPERB

**SUPERB MOTORS**
215 Northern Blvd
Great Neck, NY 11021
(999) 999-9999

**Chase Bank**
151 Asylum St, Hartford CT 06103

12042

| DATE |
|---|
| 25JUL23 |

| PAY THIS AMOUNT | | | |
|---|---|---|---|
| ******37,500 | DOLLARS | 00 | CENTS |

| AMOUNT OF CHECK |
|---|
| *****37,500.00 |

Security Features Included. Details on back.

VOID AFTER 90 DAYS

TO THE ORDER OF
NORTHSHORE MOTOR LEASING LLC
180 MICHAEL DRIVE
SYOSSET, NY 11791

BY ______________________
AUTHORIZED SIGNATURE

⑈000012042⑈ ⑆021000021⑆ [redacted]5518⑈

Date:07/27/2023 Account:[redacted]5518 Amount:$37,500.00 Serial:12042 Sequence:45062350 TR:21000021 TranCode:0 InstID:15 DbCr:D Pattern:10

Padlock design is a certification mark of Check Payment Systems Association

Security Features

Results of check alteration

FOR DEPOSIT

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**SUPERB MOTORS**
215 Northern Blvd
Great Neck, NY 11021
(999) 999-9999

**Chase Bank**
151 Asylum St, Hartford CT 06103

11975

| DATE |
|---|
| 12JUL23 |

| PAY THIS AMOUNT | | | |
|---|---|---|---|
| ******22,640 | DOLLARS | 00 | CENTS |

| AMOUNT OF CHECK |
|---|
| *****22,640.00 |

Security Features Included. Details on back.

**VOID AFTER 90 DAYS**

TO THE ORDER OF
NORTHSHORE MOTOR LEASING LLC
180 MICHAEL DRIVE
SYOSSET, NY 11791

BY ____________________
AUTHORIZED SIGNATURE

⑈000011975⑈ ⑆021000021⑆ [redacted]5518⑈

Date:07/27/2023 Account:[redacted]5518 Amount:$22,640.00 Serial:11975 Sequence:45062360 TR:21000021 TranCode:0 InstID:15 DbCr:D Pattern:10

Security Features
Results of chemical alteration

FOR DEPOSIT

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

SUPERB

**SUPERB MOTORS**
215 Northern Blvd
Great Neck, NY 11021
(999) 999-9999

**Chase Bank**
151 Asylum St, Hartford CT 06103

12041

| DATE |
|---|
| 25JUL23 |

| PAY THIS AMOUNT | | | |
|---|---|---|---|
| ******37,500 | DOLLARS | 00 | CENTS |

| AMOUNT OF CHECK |
|---|
| *****37,500.00 |

Security Features Included. Details on back.

**VOID AFTER 90 DAYS**

TO THE ORDER OF

NORTHSHORE MOTOR LEASING LLC
180 MICHAEL DRIVE
SYOSSET, NY 11791

BY ______________________
AUTHORIZED SIGNATURE

⑈000012041⑈ ⑆021000021⑆ 717055518⑈

**Date:07/27/2023 Account:[redacted]5518 Amount:$37,500.00 Serial:12041 Sequence:45062370 TR:21000021 TranCode:0 InstID:15 DbCr:D Pattern:10**

FOR DEPOSIT

FLUSHING Bank

# STATEMENT of ACCOUNT

800.581.2889 (855.540.2274 TTY/TDD)

NORTHSHORE MOTOR LEASING LLC
180 MICHAEL DR
SYOSSET NY 11791-5328

Statement Begin Date: 08/01/2023
Statement End Date: 08/31/2023
Account Number: [redacted]8362

Printable Version Save as PDF

CASH MANAGEMENT [redacted]8362

Download: OFX QIF CSV

All Transactions by Date

| Date | Description | Withdrawal / Debit (-) | Deposit / Credit (+) | Balance |
|---|---|---|---|---|
| 07/31 | Balance Forward | | | $80,463.41 |
| 08/01 | PAYMENT TO LOAN : CL XXXXXX0209 | $9,752.78- | | $70,710.63 |
| 08/01 | AMEX EPAYMENT ACH PMT | $4,641.09- | | $66,069.54 |
| 08/01 | AMEX EPAYMENT ACH PMT | $10,000.00- | | $56,069.54 |
| 08/03 | BnfBk ABA 026009593<br>BnfBk Nm BANK OF AMERICA, N.A.,<br>Bnf Acct# [redacted]9499<br>Bnf Name CAR BUYERS NYC INC<br>Bnf Addr1 180 Michael Dr<br>Bnf Addr2 SYOSSET NY 11791<br>Ref# 2023080300000173 | $10,000.00- | | $46,069.54 |
| 08/04 | BnfBk ABA 026009593<br>BnfBk Nm BANK OF AMERICA, N.A.,<br>Bnf Acct# [redacted]9499<br>Bnf Name CAR BUYERS NYC INC<br>Bnf Addr1 180 Michael Dr<br>Bnf Addr2 SYOSSET NY 11791<br>Ref# 2023080400000221 | $10,000.00- | | $36,069.54 |
| 08/09 | AMEX EPAYMENT ACH PMT | $10,000.00- | | $26,069.54 |
| 08/09 | TRNSFER FRM CK XXXXXXXX4591 | | $900.00 | $26,969.54 |
| 08/09 | TRNSFER FRM CK XXXXXXXX9766 | | $400.00 | $27,369.54 |
| 08/10 | AMEX EPAYMENT ACH PMT | $26,000.00- | | $1,369.54 |

Interest Rate Summary

| Date | Rate |
|---|---|
| | 0.00% |

Account Summary

Previous Statement Date: 07/31/2023

| Beginning Balance + | Deposits + | Interest Paid - | Withdrawals - | Service Charge = | Ending Balance |
|---|---|---|---|---|---|
| $80,463.41 | $1,300.00 | $0.00 | $80,393.87 | $0.00 | $1,369.54 |

Avg Stmt Available Bal $12,775.99

Minimum Balance $1,369.54