FLUSHING Bank
Commercial • Business • Consumer

# Non Personal Signature Card

Date: 4/18/23

| Business Name | Superb Motors Inc. | Tax ID [redacted] |
|---|---|---|
| Address | 215 Northern Blvd, Great Neck, NY 11021 | |
| Reference # | Account Title / Account Subtitle | Account # (Bank Use Only) |
| (1) 2023041801 | Superb Motors Inc. /Distribution | [redacted]3626 |
| (2) 2023041802 | Superb Motors Inc. /Credit Cards | [redacted]8634 |
| (3) | | |
| (4) | | |
| (5) | | |

☐ *Check this box if additional Accounts are to be opened and are listed on additional pages*

The undersigned agree to the by-laws and the rules and regulations of Flushing Bank ("the Bank"), to any future amendments and additions to them, and to any laws and regulations binding on the Bank. The undersigned acknowledge receipt and review of the Bank's disclosures statement and Privacy Notice and agree to the terms and conditions governing this account.

The undersigned authorize the Bank to investigate credit and employment history and obtain reports from consumer reporting agency (ies) on them as individuals. Except as provided by law or another agreement, each of the undersigned is authorized to make withdrawals from the account(s).

The undersigned agree that the Bank is authorized and empowered to charge this account for any loan or other indebtedness the Business owes to the Bank. In order to make payment on each withdrawal, check or Money Order, the Bank will require such authorized signatures as are appropriate, based on this and any other agreements or instructions the Bank has on file.

**CERTIFICATION:** Under penalty of perjury, I certify (1) that the number shown on this form is my correct Taxpayer Identification Number (or I am waiting for a number to be issued to me), (2) that I am not subject to backup withholding because, (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, (3) that I am a U.S. citizen or other U.S. person; and (4) tha the FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**CERTIFICATION INSTRUCTIONS:** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. You are not required to sign the Certification for mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends. (Also see Part 3 of W-9 instructions or similar disclosure)

**CERTIFICATION:** The undersigned certify that all account opening information provided is accurate and complete. **Exemption from FATCA Reporting Code:** ________

**IMPORTANT ACCOUNT OPENING INFORMATION:** Federal Law requires us to obtain sufficient information to verify your identity. We may ask you several questions and we may require one or more forms of identification to fulfill this requirement. In some instances we may use outside sources to confirm the information. The information you provide is protected by our Privacy Policy and Federal Law.

| Signer | Full Name | Date | Reference # | Signature |
|---|---|---|---|---|
| Signer # 1 (Individual Owner if Sole Propiertorship) | Anthony Deo | 4/18/23 | ☑ All ☐ 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5 | x [signature] |
| Signer # 2 (Non-Owner if Sole Propiertorship) | | | ☐ All ☐ 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5 | x |
| Signer # 3 (Non-Owner if Sole Propiertorship) | | | ☐ All ☐ 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5 | x |
| Signer # 4 (Non-Owner if Sole Propiertorship) | | | ☐ All ☐ 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5 | x |
| Signer # 5 (Non-Owner if Sole Propiertorship) | | | ☐ All ☐ 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5 | x |

☐ *Check this box if additional Signers are listed on additional pages*

**This Signature Card supersedes and terminates the Signature Card dated ________ and any related Signature Card Addendums.**

 Signer #1 Initials AD

FLUSHING
Bank

# Resolution of Authority | Flushing Bank

[✓] New [ ] Change

Account Title: Superb Motors Inc

Entity Address: 215 Northern Blvd, Great Neck NY 11021

TIN Number: [redacted]

Telephone Number: 516-821-2200

The individual(s) signing this Resolution hereby certifies to Flushing Bank, ("Bank") that the Entity is (check one):

- [ ] a **Sole Proprietorship** owned entirely by the individual signing this Resolution, a duly formed and valid existing
- [ ] a **General Partnership**
- [ ] a **Limited Partnership**,
- [ ] a **Service Award Trust** organized by the Trustees of the ______________ of ______________, and that the individual signing this Resolution is its secretary or assistant secretary and the keeper of its records
- [ ] a **Limited Liability Partnership** organized under the laws of the state of ______________, and that the individuals signing this Resolution constitute all of the general partners of the partnership
- [✓] a **Corporation** duly organized and in good standing under the laws of the state of NY ______________, and that the individual signing this Resolution is its secretary or assistant secretary and the keeper of the records and corporate seal, if any
- [ ] an **Unincorporated Association or Organization** and that the individuals signing this Resolution is the keeper of the records and seal, if any
- [ ] a **Limited Liability Company** organized under the laws of the state of ______________ and that the individuals signing this Resolution constitutes all of the members or managers, as appropriate of the company

The following is a true and correct copy of the resolutions adopted by the Entity, such resolutions are now in full force and effect

**Depository and Withdrawal Authorization**

RESOLVED, that Bank is designated a depository in which the funds of the Entity may be deposited and/or withdrawn by any (indicate number) 1 of the persons listed below in the manner so designated, subject to Bank's deposit account agreement as the same may be amended from time to time. The persons listed are authorized to endorse for collection, deposit, or negotiation, any and all checks, drafts, notes, bills of exchange, certificates of deposit, and orders for the payment or transfer of money between account at Bank and other banks, either belonging to or coming into the possession of the Entity. Endorsements "for deposit" may be written or stamped. Bank may accept any instruments for deposit to any depository account of the Entity without endorsement or may supply the endorsement of the Entity. The persons so designated are authorized to sign any and all checks, drafts, and orders drawn against any designated accounts of the Entity (including saving accounts) at Bank. Bank is authorized to honor and pay all checks, drafts, and orders when so signed or endorsed without inquiry as to the circumstances of issue or disposition of the proceeds and regardless of to whom such instruments are payable or endorsed, including those drawn or endorsed to the individual order of any such person listed, even if doing so causes or increases an overdraft.

| PRINT NAME: | TITLE: | PRINT NAME | TITLE |
|---|---|---|---|
| Anthony Dro | CEO | | |
| | | | |
| | | | |
| | | | |

**Signing Authorization**

RESOLVED, that any 1 of the persons indicated above is authorized to act for and on behalf of the Entity in any matter involving any of the Entity' depository accounts at Bank, including the authority to instruct Bank to close the account, to give instructions by means other than the signing of any item with respect to account transactions such as those initiated via electronic debit, payment, wire transfer, or other withdrawal of funds by computer, electronic or other technologic means, and is further authorized to sign and implement for and in the name on behalf of the Entity, as they, or any of them see fit, the agreements, instructions, drafts, orders, certificates, or other documents relating to any depository accounts or other business of the Entity including, but not limited to payroll agreements, repurchase agreements, night depository agreements, funds transfer agreements, agreement for automated clearinghouse services, agreements for online services, and/or safe deposit agreements.

**Borrowing Authorization**

RESOLVED, that any 1 of the persons indicated below is authorized to act for and on behalf of the Entity to borrow money and to obtain credit for the Entity from Bank on such terms as may seem to advisable and to make and deliver notes, drafts, acceptances and any other obligations of the Entity therefore, instruments of guarantee and of indemnity, agreements and contracts, all in form satisfactory to Bank, and, as security therefor, to grant a security interest in and to assign, transfer, hypothecate, mortgage, pledge, trustee, withdraw, exchange and substitute any stocks, bonds, securities, mortgages, bills and accounts, bills of lading, warehouse receipts, goods, insurance policies, certificates or any other property of every nature and description held by or belonging to the Entity, with full authority to endorse, assign or guarantee the same in the name of the Entity; to execute and deliver security agreements and all instruments of assignment, transfer, hypothecation, mortgage, pledge and trust, to sell or discount with or without recourse any bills receivable or any other paper, whether or not negotiable, held by the Entity; to subordinate and assign any obligations and debts owed to the Entity by another or others, and in connection therewith, to execute and deliver instruments of subordination and assignment in form satisfactory to Bank; to authorize and request Bank to purchase, sell, deliver or exchange for the account of the Entity stocks, bonds, certificates of deposit or other securities, and foreign exchange or the proceeds thereof; and to execute and deliver all instruments, agreements and contracts required by Bank in connection with any matters herein contained or in connection with any services, of whatever nature or description, to be provided by Bank to the Entity.

| PRINT NAME: | TITLE: | PRINT NAME | TITLE: |
|---|---|---|---|
| Anthony Dro | CEO | | |
| | | | |
| | | | |
| | | | |

**Service Award Trust Authorization**

RESOLVED that Bank may draw periodic checks from its central issue check account, which will be funded, as required, through a charge to any of the Entity' depository accounts with Bank, to pay the entitlement award to eligible participants as directed by an account signer authorized by the Entity. These payments will not change and will continue until Bank is instructed otherwise by the Entity.

**Further Authorization**

BE IT FURTHER RESOLVED that the secretary or assistant secretary (if a corporation or unincorporated association), the sole owner proprietor (if a sole proprietorship), any member or manager, as appropriate (if a limited liability company), or any general partner (if a partnership) is authorized to certify to the Bank the name, title, specimen signature and facsimile signature with respect to any additions or deletions of persons authorized to carry out the purposes and intent of these resolutions and that this resolution shall remain in full force and effect until express written notice of rescission or modification is received by the Bank. If the authority contained herein should be revoked or terminated by operation of law or any other reason without such notice, it is resolved that the Bank shall be indemnified and saved harmless from any and all losses suffered or liabilities incurred by it so acting after such revocation or termination without notice.

IN WITNESS WHEREOF, the undersigned has hereunder subscribed his/her name(s) and affixed the seal, if any, of the Entity this 18 day of April 2023

For a Service Award Trust, Corporation or Unincorporated Association or Organization

Secretary

For Sole Proprietorship

Owner/Sole Proprietor

For Partnership (all general partners must sign)
For Limited Liability Company (all members must sign)

Partner/Member/Manager

Partner/Member/Manager

[ ] THIS IS A NOT-FOR-PROFIT BUSINESS

**This Resolution supersedes and terminates the resolution dated ________.**

Rev. 02/2021

# Account Signer Profile

FLUSHING Bank
Commercial • Business • Consumer

Date: 4/18/23

■ Business ☐ Personal

## Business Information

| Business Name | Superb Motors Inc. | Tax ID | [redacted] |
|---|---|---|---|

**IMPORTANT ACCOUNT OPENING INFORMATION:** Federal Law requires us to obtain sufficient information to verify your identity. You may be asked several questions and to provide one or more forms of identification to fulfill this requirement. In some instances we may use outside sources to confirm the information. The information you provide is protected by our Privacy Policy and Federal Law.

A **Secondary ID #** is not required for a business account.

| First Name | Middle Name | Last Name | Occupation |
|---|---|---|---|
| Anthony | | Deo | CEO of Superb Motors Inc |
| **SSN** | **DOB** | **Primary ID # and Expiration Date** | **Secondary ID # and Expiration Date** |
| [redacted] | [redacted] | [redacted] | |
| **Street / City / State / Zip** | | | **Mother's Maiden Name** |
| 3 Saddle Ridge Road, Old Westbury, NY 11568 | | | |
| **Email** | **Home Phone** | **Business Phone** | **Cell Phone** |
| anthony.deo@teamauto.com | N/A | 516-821-2280 | 516-509-1668 |

| First Name | Middle Name | Last Name | Occupation |
|---|---|---|---|
| | | | |
| **SSN** | **DOB** | **Primary ID # and Expiration Date** | **Secondary ID # and Expiration Date** |
| | | | |
| **Street / City / State / Zip** | | | **Mother's Maiden Name** |
| | | | |
| **Email** | **Home Phone** | **Business Phone** | **Cell Phone** |
| | | | |

| First Name | Middle Name | Last Name | Occupation |
|---|---|---|---|
| | | | |
| **SSN** | **DOB** | **Primary ID # and Expiration Date** | **Secondary ID # and Expiration Date** |
| | | | |
| **Street / City / State / Zip** | | | **Mother's Maiden Name** |
| | | | |
| **Email** | **Home Phone** | **Business Phone** | **Cell Phone** |
| | | | |

| First Name | Middle Name | Last Name | Occupation |
|---|---|---|---|
| | | | |
| **SSN** | **DOB** | **Primary ID # and Expiration Date** | **Secondary ID # and Expiration Date** |
| | | | |
| **Street / City / State / Zip** | | | **Mother's Maiden Name** |
| | | | |
| **Email** | **Home Phone** | **Business Phone** | **Cell Phone** |
| | | | |

| First Name | Middle Name | Last Name | Occupation |
|---|---|---|---|
| | | | |
| **SSN** | **DOB** | **Primary ID # and Expiration Date** | **Secondary ID # and Expiration Date** |
| | | | |
| **Street / City / State / Zip** | | | **Mother's Maiden Name** |
| | | | |
| **Email** | **Home Phone** | **Business Phone** | **Cell Phone** |
| | | | |

**For Bank Use Only**

| Account Number(s) | Information Obtained By (Print Name) | Signature |
|---|---|---|
| [redacted]8626<br>8634 | Robert Puccio | |

By completing and signing this form, I hereby certify, to the best of my knowledge, the information provided to me by the customer is complete and accurate.

FLUSHING Bank
Commercial • Business • Consumer

# Business Profile

**Reference #:** 2023041801 **Date:** 4/18/23

## Business Details

**1. Entity Name** Superb Motors Inc.
**2. Origination Branch** 455
**3. Servicing Branch** 13

**4. Alternate Business Address** *(Offsite use only)*
**5. Alternate Business Phone Number** *(Offsite Use Only)*

**6. Account Type:** ☐ CD ■ Checking ☐ Loan ☐ Money Market ☐ Savings ☐ Escrow ☐ Other ☐ Compensating Balance Savings

**7. Brief Description of Business** Used Car Dealer

**8. Check off the business type(s), as applicable (multiple types may apply)**
☐ Foreign Business ☐ Convenience Store ☐ Restaurant ☐ Professional Service Provider (e.g. attorneys, accountants, doctors, investment brokers or real estate brokers, and other third party, especially those that act as financial liaisons for their clients)
☐ Retail Store ☐ Cigarette Distributor ☐ Liquor Store
☐ Parking Garage ☐ Antiques Dealer ☐ Arts Dealer
☐ Leather Dealer ☐ Lottery Agent ☐ Real Estate Title and Escrow Companies
☐ Deals in Precious Metals, Stones and Jewels (complete separate profile) ☐ Import/Export business that **NEVER** takes possession of the goods/inventory and/or has no physical location to demonstrate business
☐ Non-Bank Financial Institution (NBFI) (e.g. brokers, dealer in securities)
If checked, specify

**9. Contact Name** Anthony Deo
**10. Tax ID #** [redacted]
**11. TIN Applied For** *(indicate only if #10 is blank)* ☐ Yes ☐ No
**12. Home Based** ☐ Yes ■ No

**13. Type of Account Ownership**
■ Corporation ☐ Estate ☐ LLC ☐ LLP ☐ Partnership ☐ Sole Proprietor ☐ Trust
☐ Attorney Escrow ☐ IOLA ☐ Unincorporated Assoc/Club ☐ Other Escrow ☐ Other

**14. Source of assets funding the account**
■ Business Income ☐ Inheritance ☐ Sale of Assets ☐ Sale of Property ☐ Savings ☐ Wages ☐ Other

**15. Account Usage** ■ General ☐Payroll ☐Other
**16. Monthly Revenue** $ 1.2 MM
**17. Does the business have other accounts with Flushing Bank?** ■ Yes ☐ No

**18. Names of Major Suppliers/Vendors** cargurus, cars.com, tekion
**19. Names of Major Customers** general public

## Current and Prior Banking Relationships

**Current Bank(s) for the Business** Flushing Bank
**Products/Services Used** CMD
**Checking Average $** 100,000
**Savings Average $** NA
**Investment Average $** NA
**Borrowing Purpose** NA
**Borrowing Terms** NA

## Relationship Contact

**Relationship Manager's Name** Robert Puccio

## Money Service Business (MSB) and Prohibited Businesses

**I have verified with the customer the entity is not operating any of the following businesses, prohibited by Flushing Bank Policy** RP
**Banker's Initials**

Adult Entertainment Businesses
Armored Car Services
Arms Dealers
ATM Operators – Primary Business
BIT Coin Dealer (virtual currency)
Check Cashers or other Primary Money Service Businesses

Correspondent Accounts
Consulates, Embassies, UN Related/Foreign - Government Related Entities
Gambling Establishments
Pawn Brokers
Store Value Card Distributors/Dealers (not retail stores that sell them)

Payday Lenders
Unlicensed MSB/informal loan society accounts
Vending Machine Operators
Marijuana Related Businesses (Complete Specialized Banking eForm with the prospect)

## Flushing Bank Borrowing Relationship

**Does the customer have a lending relationship and appraisal on file?** ☐ Yes ■ No
**If "yes" indicate loan number**

FLUSHING Bank
Commercial • Business • Consumer

# Business Profile

| Business Name Superb Motors Inc. | Reference # 2023041801 | Date 4/18/23 |
|---|---|---|

## Expected Volumes

| Type of Transaction | Purpose | Monthly Amount | | Monthly Count (Average number of times) | |
|---|---|---|---|---|---|
| Cash In | Purpose:<br>NA | ☒ $0.00 - $2.5k<br>☐ $2,500.01 - $5k<br>☐ $5,000.01 - $7.5k<br>☐ $7,500.01 - $10k<br>☐ $10,000.01 - $25k<br>☐ $25,000.01 - $50k<br>☐ $50,000.01 - $100k | ☐ $100,000.01 - $150k<br>☐ $150,000.01 - $200k<br>☐ $200,000.01 - $400k<br>☐ $400,000.01 - $500k<br>☐ $500,000.01 - $750k<br>☐ $750,000.01 - $1M<br>☐ $1,000,000.01 - $5M | ☒ 0 - 5<br>☐ 6 - 10<br>☐ 11 - 25<br>☐ 26 - 50<br>☐ 51 - 75 | ☐ 76 - 100<br>☐ 101 - 125<br>☐ 126 - 150<br>☐ 151 - 200<br>☐ 201 - 250<br>☐ 251 - 500 |
| Cash Out | Purpose:<br>NA | ☒ $0.00 - $2.5k<br>☐ $2,500.01 - $5k<br>☐ $5,000.01 - $7.5k<br>☐ $7,500.01 - $10k<br>☐ $10,000.01 - $25k<br>☐ $25,000.01 - $50k<br>☐ $50,000.01 - $100k | ☐ $100,000.01 - $150k<br>☐ $150,000.01 - $200k<br>☐ $200,000.01 - $400k<br>☐ $400,000.01 - $500k<br>☐ $500,000.01 - $750k<br>☐ $750,000.01 - $1M<br>☐ $1,000,000.01 - $5M | ☒ 0 - 5<br>☐ 6 - 10<br>☐ 11 - 25<br>☐ 26 - 50<br>☐ 51 - 75 | ☐ 76 - 100<br>☐ 101 - 125<br>☐ 126 - 150<br>☐ 151 - 200<br>☐ 201 - 250<br>☐ 251 - 500 |
| Wires In | Purpose:<br>Payments from customers | ☐ $0.00 - $5k<br>☐ $5,000.01 - $10k<br>☐ $10,000.01 - $25k<br>☐ $25,000.01 - $50k<br>☐ $50,000.01 - $100k<br>☒ $100,000.01 - $150k<br>☐ $150,000.01 - $300k<br>☐ $300,000.01 - $500k | ☐ $500,000.01 - $750k<br>☐ $750,000.01 - $1M<br>☐ $1,000,000.01 - $5M<br>☐ $5,000,000.01 - $10M<br>☐ $10,000,000.01 - $25M<br>☐ $25,000,000.01 - $50M<br>☐ $50,000,000.01 - $75M<br>☐ $75,000,000.01 - $100M | ☐ 0 - 1<br>☐ 2<br>☐ 3<br>☒ 4<br>☐ 5 | ☐ 6 - 10<br>☐ 11 - 25<br>☐ 26 - 50<br>☐ 51 - 75<br>☐ 76 - 100<br>☐ 101 - 200 |
| Wires Out | Purpose:<br>Payments to vendors, Distributions | ☐ $0.00 - $5k<br>☐ $5,000.01 - $10k<br>☐ $10,000.01 - $25k<br>☐ $25,000.01 - $50k<br>☐ $50,000.01 - $100k<br>☐ $100,000.01 - $150k<br>☒ $150,000.01 - $300k<br>☐ $300,000.01 - $500k | ☐ $500,000.01 - $750k<br>☐ $750,000.01 - $1M<br>☐ $1,000,000.01 - $5M<br>☐ $5,000,000.01 - $10M<br>☐ $10,000,000.01 - $25M<br>☐ $25,000,000.01 - $50M<br>☐ $50,000,000.01 - $75M<br>☐ $75,000,000.01 - $100M | ☐ 0 - 1<br>☐ 2<br>☒ 3<br>☐ 4<br>☐ 5 | ☐ 6 - 10<br>☐ 11 - 25<br>☐ 26 - 50<br>☐ 51 - 75<br>☐ 76 - 100<br>☐ 101 - 200 |
| ACH In | Purpose:<br>Payments from Vendors | ☐ $0.00 - $5.5k<br>☐ $5,000.01 - $10k<br>☐ $10,000.01 - $25k<br>☒ $25,000.01 - $50k<br>☐ $50,000.01 - $100k<br>☐ $100,000.01 - $150k | ☐ $150,000.01 - $300k<br>☐ $300,000.01 - $500k<br>☐ $500,000.01 - $750k<br>☐ $750,000.01 - $1M<br>☐ $1,000,000.01 - $5M<br>☐ $5,000,000.01 - $10M<br>☐ $10,000,000.01 - $25M | ☐ 0 - 5<br>☐ 6 - 10<br>☒ 11 - 25<br>☐ 26 - 50<br>☐ 51 - 75<br>☐ 76 - 100 | ☐ 101 - 125<br>☐ 126 - 150<br>☐ 151 - 200<br>☐ 201 - 250<br>☐ 251 – 500<br>☐ 501 - 1000 |
| ACH Out | Purpose:<br>NA | ☒ $0.00 - $5.5k<br>☐ $5,000.01 - $10k<br>☐ $10,000.01 - $25k<br>☐ $25,000.01 - $50k<br>☐ $50,000.01 - $100k<br>☐ $100,000.01 - $150k | ☐ $150,000.01 - $300k<br>☐ $300,000.01 - $500k<br>☐ $500,000.01 - $750k<br>☐ $750,000.01 - $1M<br>☐ $1,000,000.01 - $5M<br>☐ $5,000,000.01 - $10M<br>☐ $10,000,000.01 - $25M | ☒ 0 - 5<br>☐ 6 - 10<br>☐ 11 - 25<br>☐ 26 - 50<br>☐ 51 - 75<br>☐ 76 - 100 | ☐ 101 - 125<br>☐ 126 - 150<br>☐ 151 - 200<br>☐ 201 - 250<br>☐ 251 – 500<br>☐ 501 – 1000 |
| Monetary Instrument | Purpose:<br>NA | ☒ $0.00 - $1k<br>☐ $1,000.01 - $5k<br>☐ $5,000.01 - $10k<br>☐ $10,000.01 - $25k<br>☐ $25,000.01 - $50k<br>☐ $50,000.01 - $100k<br>☐ $100,000.01 - $150k<br>☐ $150,000.01 - $200k | ☐ $200,000.01 - $250k<br>☐ $250,000.01 - $300k<br>☐ $300,000.01 - $400k<br>☐ $400,000.01 - $500k<br>☐ $500,000.01 - $750k<br>☐ $750,000.01 - $1M<br>☐ $1,000,000.01 - $2M<br>☐ $2,000,000.01 - $5M<br>☐ $5,000,000.01 - $100M | ☒ 0 - 1<br>☐ 2 - 5 | ☐ 6 - 10<br>☐ 11 - 25<br>☐ 26 - 50 |
| ATM Withdrawal | Purpose:<br>NA | ☒ $0.00 - $1k<br>☐ $1,000.01 - $5k<br>☐ $5,000.01 - $10k<br>☐ $10,000.01 - $25k<br>☐ $25,000.01 - $50k<br>☐ $50,000.01 - $100k | ☐ $100,000.01 - $150k<br>☐ $150,000.01 - $200k<br>☐ $200,000.01 - $250k<br>☐ $250,000.01 - $300k<br>☐ $300,000.01 - $400k<br>☐ $400,000.01 - $500k | ☒ 0 - 5<br>☐ 6 - 10<br>☐ 11 - 25<br>☐ 26 - 50<br>☐ 51 - 75 | ☐ 76 – 100<br>☐ 101 - 125<br>☐ 126 - 150<br>☐ 151 - 200<br>☐ 201 - 250 |

FLUSHING Bank
Commercial • Business • Consumer

# Business Profile

| Business Name Superb Motors Inc. | Reference # 2023041801 | Date 4/18/23 |
|---|---|---|

## Additional Information

**1. Other Bank Services of Interest**

☐ Armored Service ■ Cash Manager Direct ☐ Loans ☐ Lockbox ☐ Mail Deposits
☐ Merchant Services ☐ Remote Deposit ☐ Safe Deposit ☐ Other

**2. Is the entity address near the institution?** ▣ Yes ☐ No
If "no", provide reason(s)

**3. Will the account activity be conducted in multiple branches?** ☐ Yes ■ No
If "yes", list the branch locations and reason(s)

**4. Are any of the signers or owners non US Citizens?** ☐ Yes ▣ No
If "yes", list that signer/owner and country of origin

**5. Are any of the signers/owners a Politically Exposed Person (PEP), related to or a close associate to a PEP?** ☐ Yes ▣ No
If "yes", list them and the relationship to the PEP

*(Complete the PEP Profile form and submit to the BSA Officer for approval prior to opening the account).*

**6. Will the entity operate an ATM machine on their premise?** ☐ Yes ▣ No

a) If "yes", are the ATM(s) owned and serviced by the entity? ☐ Yes ☐ No

b) How many ATM's does the entity own?

c) Who is responsible for replenishing the ATM(s)?

d) Who is the beneficial owner of the ATM(s)?

e) Will Flushing Bank provide the cash for the ATM(s)? ☐ Yes ☐ No

If "no", provide the cash service contract

*Provide a copy of the following documents:*
*ATM Agreement with sponsoring entity, exact physical location of each ATM.*
*State Registration and copy of three (3) months ATM activity statements.*

**7. Will the entity be receiving or sending funds from/to countries outside of the U.S.?** ☐ Yes ▣ No

a) What countries will the entity be transacting with?

b) What is the expected monthly volume?

c) List reasons for transactions

**8. Will the entity be utilizing ACH Originations?** ☐ Yes ▣ No

If yes, will the entity offer payment processing services to merchants and other business entities? ☐ Yes ☐ No

**9. Does the entity accept third party checks?** ☐ Yes ▣ No

FLUSHING Bank
Commercial • Business • Consumer

# Business Profile

| **Business Name** Superb Motors Inc. | **Reference #** 2023041801 | **Date** 4/18/23 |
|---|---|---|

**Additional Information Continued**

**10. Is the entity an NGO, NPO, charity, endowment or foundation?** ☐ Yes ☒ No ***If No, skip section #10***

*NGOs are private nonprofit organizations that pursue activities intended to serve the public good. An NGO can be any nonprofit organization that is independent from government. NGOs can range from large regional, national, or international charities to community-based self-help groups. NGOs also include research institutes, churches, professional associations, and lobby groups. NGOs typically depend, in whole or in part, on charitable donations and voluntary service for support.*

a) What does the charter of the Organization state as the primary purpose?
☐ Education
☐ Religious
☐ Community Service
☐ Social Services
☐ Other, please describe:

b) Does the entity issue any loans to individuals and/or businesses? ☐ Yes ☐ No

c) Does the entity expect to deposit third party checks? ☐ Yes ☐ No

d) Does the entity cash checks or exchange currency for any individual on any day in one or more transactions? ☐ Yes ☐ No

**If the answer is "Yes" to b, c, or d above, DO NOT open the account.**

e) Is the entity incorporated in New York? ☐ Yes ☐ No

e.1) If not, did you obtain a copy of the Certificate of Corporate Status? ☐ Yes ☐ No

f) What geographic location(s) does the entity serve?

g) Does the entity have any related organizations in or outside of the branch market area? ☐ Yes ☐ No

h) How are the organizations related?

i) Does the entity have any affiliation with other NGOs, government, other groups? ☐ Yes ☐ No
If so, please list:

j) Do the anticipated deposits represent the entity's stated objectives? ☐ Yes ☐ No

k) Do the anticipated disbursements represent the entity's stated beneficiaries? ☐ Yes ☐ No

l) To whom will the entity's funds be disbursed?

m) How are the beneficiaries selected?

n) Does the NGO have a website? ☐ Yes ☐ No
n.1) If yes, enter the URL: ______________________

o) Is the website for members only? ☐ Yes ☐ No

o.1) Is the website open to accept donations or contributions by the public using credit cards? ☐ Yes ☐ No
o.2) If yes, list the entity's credit card processor: ______________________

p) If donations are open to the public, are there International contributors? ☐ Yes ☐ No
p.1) If yes, please list any major international contributors:

q) How does the entity receive its funding? (check all that apply)
☐ Private Contributions
☐ Corporate Contributions
☐ Community Groups
☐ Government Entities
☐ Fund Raisers
☐ Sponsors
☐ Dues
☐ Other, please describe

r) What are the past, present and planned activities for the organization?

s) Does the entity receive funding from any governmental entity or organization located outside of the U.S? ☐ Yes ☐ No
If yes, please provide the following information:

s.1) Name of Government Entity or Organization:
s.2) Location:
s.3) Purpose of Funds:

t) Is the entity tax exempt under Internal Revenue Code? ☐ Yes ☐ No
t.1) If yes, under what IRC section?

u) Estimated Gross Annual Revenue $

v) How many employees does the entity have?



FLUSHING07083

FLUSHING Bank
Commercial • Business • Consumer

# Business Profile

## Notes

*Complete this section if additional space is needed to answer any questions above.*

—

**For Bank Use Only**

By completing and signing this form, I hereby certify, to the best of my knowledge, the information provided to me by the customer is complete and accurate.

| Account Number | Information Obtained By (Print Name) | Signature |
|---|---|---|
| [redacted]8626 | Robert Puccio | Robert Puccio |

FLUSHING Commercial • Business • Consumer Bank®

# Site Visitation Form

| **Business Information** | | | | |
|---|---|---|---|---|
| Business Name(s): | | | | |
| Superb Motors Inc. | | | | |
| | | | | |
| | | | | |
| Physical Address: 215 Northern Blvd | | Met With: Anthony Deo | | |
| City, State: Great Neck, NY | | Type of Business: used car dealership | | |
| Zip Code: 11021 | | Home Based: | ☐ Yes | ▣ No |
| Date of Visit: 4/4/2023 | | Date Opened: 2/2021 | | |
| **External Description** | | | | |
| Type of Space Occupied: | | Signage: | | |
| ▣ Commercial | ☐ Residential (home/apt.) | ▣ Visible | ☐ Clear | ☐ None |
| ☐ Warehouse/ Industrial Space | | Does signage reflect business name? | | |
| ▣ Retail | | ▣ Yes | ☐ No | |
| ☐ Other | | | | |
| Is the business name listed on a directory/mailbox located in the building or on the property? | | | ☐ Yes | ☐ No |
| General appearance of the property: | ▣ Good | ☐ Fair | ☐ Poor | ☐ N/A |
| Comments: Showroom is very clean, new furniture and high end automobiles. | | | | |
| | | | | |
| | | | | |
| **Internal Description** | | | | |
| **GENERAL** | | | | |
| Clean and Organized? | ▣ Yes | ☐ No | | |
| **RETAIL** | | | | |
| Hours of Operation: 10 am - 8 pm | | | | |
| Describe any inventory observed: used cars | | | | |
| Describe display & condition of inventory: all cars seemed no older than 3-4 years, all in very good, like new condition | | | | |
| Describe visible internal signage Many signs on the street and throughout the showroom | | | | |
| Describe volume of customer activity very busy, seemed there was over 10 customers shopping during visit | | | | |
| Are customer transactions conducted primarily in cash or credit? | | ☐ Cash<br>▣ Credit | | |

FLUSHING Commercial • Business • Consumer Bank®

| | | | | |
|---|---|---|---|---|
| Describe any seasonal considerations for transaction volume:<br>none | | | | |
| Does the business offer? (Check applicable) | ☐ Phone Cards | ☐ Funds Transfers | ☐ Check Cashing | ☐ Lottery |

| | | | |
|---|---|---|---|
| **OFFICE AND INDUSTRIAL** | | | |
| Describe any materials or merchandise onsite: | | | |
| Describe any equipment onsite: | | | |
| Describe the model & condition of any vehicles onsite: | | | |
| Does the location seem sufficiently staffed? ☐ Yes | ☐ No | | |
| If office location, please describe the furniture and décor: | | | |
| **ACTIVITY AND PRODUCTS** | | | |
| Does observed business activity reflect type of business? | ▣ Yes | ☐ No | |
| Explain:<br>very busy used car dealership. Very active showroom with many customers and employees | | | |
| Describe the types of products or services provided by this business:<br>the client sells used cars | | | |
| On the day of the visit, the business appears to be: | | | |
| ▣ Very Busy | ☐ Busy | ☐ Slow | ☐ No Customers |
| If no internal inspection was performed or no internal pictures taken, explain why: | | | |
| **ONSITE ATM** | | | |
| Is there an ATM onsite? | ☐ Yes | ▣ No | If Yes, complete this section |
| Is the ATM serviced by our customer? | ☐ Yes | ☐ No | |
| Exact location of ATM: | | | |
| How is cash replenished? | ☐ Bank | ☐ Armored Car | ☐ Cash Servicer |
| How often will the ATM be loaded? | | | |
| What is the daily expected cash activity? | | | |
| **Obtain copy of the ATM Lease or Purchase Agreement** | | | |
| **Obtain copies of the last three months banking statements** | | | |
| **Marijuana Related Business** | | | |
| Is this business marijuana related? | ☐ Yes | ▣ No | |
| Type of Business (Example: Retail dispensaries, cultivation etc.) | | | |
| Approximate Annual Revenue: $ | | | |
| What percentage of the business is directly tied to marijuana business? % | | | |

| | | |
|---|---|---|
| Of the percentage listed above, define the percentage in each of the following areas? | | |
| Sale of CBD Oil: % | Paraphernalia: % | Hemp: % |
| Other (Explain): % | | |
| What process is in place by the business to ensure the marijuana portion of the business is licensed? | | |

## Premises Description

Provide a clear description of the premises: premises consist of a building and parking lot. Building is approximately 8,000 sf. Building / showroom floor was full of high end cars, with a service desk, and offcies around the outer walls.

When you enter there is a waiting area for customers. Parking lot was full of used cars for sale.

## Home Based

If a home based business, is it reasonable for this type of business to be operated out of a home?

☐ Yes ☐ No If No, explain below:

## Conclusion / Overall Comments

Is the business environment consistent with the type of business? (Explain)

Business and activity at the location are all consistent with a car dealership. The business was very busy, many customers and lots if inventory, cars, on display.

## Visited By *

| | | |
|---|---|---|
| Print Name: Robert Puccio | Title: Vice President | Branch/Business Unit: 455 |
| Signature: Robert Puccio | Date: 4/5/2023 | |



Rev. 12/19

FLUSHING07087

FLUSHING
Commercial • Business • Consumer Bank

## INTERNET GAMBLING NOTICE AND CERTIFICATION

Pursuant to the Unlawful Internet Gambling Enforcement Act of 2006 and Regulation GG, "restricted transactions" such as those in which a person accepts credit, funds, instruments or other proceeds from another person in connection with unlawful Internet gambling, are prohibited. You certify that such transactions will not be conducted through your account at Flushing Bank. Please be advised that if Flushing Bank determines that your account is being used to engage in restricted transactions, we reserve the right to terminate your access to certain payment systems and/or close your account.

I, Anthony Deo
Customer Name

CEO, of Superb Motors Inc.
Title (i.e. Pres., Sec.) Company Name

Company/Corporation/Partnership/LLC/Sole Proprietorship do hereby certify that the above named Business entity does not engage in any type of Internet Gambling business.

Signature

4/18/23
Date

| FOR BANK USE ONLY | | | |
|---|---|---|---|
| Account(s) # | [redacted]8626 | Originating Br # | 455 |
| | [redacted]8634 | Accepted By | Robert Puccio |
| | | | (Print Name) |

Rev. 9/17

# CERTIFICATE OF INCORPORATION
# OF
# SUPERB MOTORS INC.

Under Section 402 of the Business Corporation Law

I, the undersigned, a natural person of at least 18 years of age, for the purpose of forming a corporation under Section 402 of the Business Corporation Law of the State of New York hereby certify:

**FIRST:** The name of the corporation is:

**SUPERB MOTORS INC.**

**SECOND:** This corporation is formed to engage in any lawful act or activity for which a corporation may be organized under the Business Corporation Law, provided that it is not formed to engage in any act or activity requiring the consent or approval of any state official, department, board, agency or other body without such consent or approval first being obtained.

**THIRD:** The county, within this state, in which the office of the corporation is to be located is NASSAU.

**FOURTH:** The total number and value of shares of common stock which the corporation shall have authority to issue is: 200 SHARES WITH NO PAR VALUE.

**FIFTH:** The Secretary of State is designated as agent of the corporation upon whom process against it may be served. The address within or without this state to which the Secretary of State shall mail a copy of any process against the corporation served upon him or her is:

THE CORPORATION
15 LANCASTER STREET
LYNBROOK, NY 11563

**SIXTH:** No Director of this corporation shall be personally liable to the corporation, or its shareholders for damages for any breach of duty in such capacity, provided that this provision shall not limit the liability of any director if a judgment or other final adjudication, adverse to him, establishes that his act or omissions were in bad faith or involved intentional misconduct or a knowing violation of law or that he personally gained in fact a financial profit or other advantage, to which he was not legally entitled or that his acts violated Section 719 of the New York Business Corporation Law.

**SEVENTH:** The holders of any of the corporation's equity shares shall be entitled to preemptive rights in accordance with the provisions of BCL section 622.

I certify that I have read the above statements, I am authorized to sign this Certificate of Incorporation, that the above statements are true and correct to the best of my knowledge and belief and that my signature typed below constitutes my signature.

KRISTIE L. DELONG (signature)

KRISTIE L. DELONG, INCORPORATOR
BLUMBERGEXCELSIOR
236 BROADWAY
MENANDS, NY 12204

**Filed by:**
BLUMBERGEXCELSIOR CORPORATE SERVICES, INC.
236 BROADWAY
MENANDS, NY 12204

**BLUMBERGEXCELSIOR CORPORATE SERVICES INC. (39)**
**DRAWDOWN**
**CUSTOMER REF# 353195**

**FILED WITH THE NYS DEPARTMENT OF STATE ON: 02/04/2021**
**FILE NUMBER: 210204010081; DOS ID: 5933755**

FLUSHING Bank

# STATEMENT of ACCOUNT

800.581.2889 (855.540.2274 TTY/TDD)

SUPERB MOTORS INC.
215 NORTHERN BLVD
GREAT NECK NY 11021-4401

Statement Begin Date: 04/18/2023
Statement End Date: 04/30/2023
Account Number: [redacted]8634

Printable Version Save as PDF

## COMPLETE BUSINESS CHECKING [redacted]8634

Download: OFX QIF CSV

### All Transactions by Date

| Date | Description | Withdrawal / Debit (-) | Deposit / Credit (+) | Balance |
|---|---|---|---|---|
| 04/17 | Balance Forward | | | $0.00 |
| 04/18 | Deposit | | $0.00 | $0.00 |

### Interest Rate Summary

| Date | Rate |
|---|---|
| | 0.00% |

### Account Summary

Previous Statement Date: 04/17/2023

| Beginning Balance + | Deposits + | Interest Paid - | Withdrawals - | Service Charge = | Ending Balance |
|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Avg Stmt Available Bal $0.00

Minimum Balance $0.00

## Summary of Deposit Accounts

| TYPE OF ACCOUNT | ACCOUNT | BALANCE | INT-RATE% | YTD-INT | YTD-PENALTY | MATURITY |
|---|---|---|---|---|---|---|
| Checking | [redacted]3634 | $0.00 | 0.00000% | $0.00 | | |

**Updated Account Terms and Conditions are now available on the Flushing Bank website. Please visit FlushingBank.com.**

**FLUSHING** Bank

# STATEMENT of ACCOUNT

800.581.2889 (855.540.2274 TTY/TDD)

SUPERB MOTORS INC.
215 NORTHERN BLVD
GREAT NECK NY 11021-4401

Statement Begin Date: 05/01/2023
Statement End Date: 05/31/2023
Account Number: [redacted]8634

Printable Version Save as PDF

## COMPLETE BUSINESS CHECKING [redacted]8634

Download: OFX QIF CSV

### All Transactions by Date

| Date | Description | Withdrawal / Debit (-) | Deposit / Credit (+) | Balance |
|---|---|---|---|---|
| 04/30 | Balance Forward | | | $0.00 |

### Interest Rate Summary

| Date | Rate |
|---|---|
| | 0.00% |

### Account Summary

Previous Statement Date: 04/30/2023

| Beginning Balance + | Deposits + | Interest Paid - | Withdrawals - | Service Charge = | Ending Balance |
|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Avg Stmt Available Bal $0.00

Minimum Balance $0.00

## Summary of Deposit Accounts

| TYPE OF ACCOUNT | ACCOUNT | BALANCE | INT-RATE% | YTD-INT | YTD-PENALTY | MATURITY |
|---|---|---|---|---|---|---|
| Checking | [redacted]8634 | $0.00 | 0.00000% | $0.00 | | |

**Take advantage of this great rate! A Flushing Bank 15 Month Consumer CD is now earning 4.60% APY (Annual Percentage Yield). With a minimum deposit of $1,000 you can start earning one of the most competitive rates around. A penalty may be imposed for early withdrawal on CDs. Rate is effective as of 1/27/23 and is subject to change without notice. Open a 15 Month Flushing Bank Consumer CD today and start earning more!**

FLUSHING Bank

# STATEMENT of ACCOUNT

800.581.2889 (855.540.2274 TTY/TDD)

SUPERB MOTORS INC.
215 NORTHERN BLVD
GREAT NECK NY 11021-4401

Statement Begin Date: 06/01/2023
Statement End Date: 06/30/2023
Account Number: [redacted]8634

Printable Version Save as PDF

COMPLETE BUSINESS CHECKING [redacted]8634

Download: OFX QIF CSV

All Transactions by Date

| Date | Description | Withdrawal / Debit (-) | Deposit / Credit (+) | Balance |
|---|---|---|---|---|
| 05/31 | Balance Forward | | | $0.00 |

Interest Rate Summary

| Date | Rate |
|---|---|
| | 0.00% |

Account Summary

Previous Statement Date: 05/31/2023

| Beginning Balance + | Deposits + | Interest Paid - | Withdrawals - | Service Charge = | Ending Balance |
|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Avg Stmt Available Bal $0.00

Minimum Balance $0.00

Summary of Deposit Accounts

| TYPE OF ACCOUNT | ACCOUNT | BALANCE | INT-RATE% | YTD-INT | YTD-PENALTY | MATURITY |
|---|---|---|---|---|---|---|
| Checking | [redacted]8634 | $0.00 | 0.00000% | $0.00 | | |

**Take advantage of this great rate! A Flushing Bank 15 Month Consumer CD is now earning 4.60% APY (Annual Percentage Yield). With a minimum deposit of $1,000 you can start earning one of the most competitive rates around. A penalty may be imposed for early withdrawal on CDs. Rate is effective as of 1/27/23 and is subject to change without notice. Open a 15 Month Flushing Bank Consumer CD today and start earning more!**

FLUSHING Bank

# STATEMENT of ACCOUNT

800.581.2889 (855.540.2274 TTY/TDD)

SUPERB MOTORS INC.
215 NORTHERN BLVD
GREAT NECK NY 11021-4401

Statement Begin Date: 07/01/2023
Statement End Date: 07/31/2023
Account Number: [redacted]8634

Printable Version Save as PDF

CASH MANAGEMENT [redacted]8634

Download: OFX QIF CSV

All Transactions by Date

| Date | Description | Withdrawal / Debit (-) | Deposit / Credit (+) | Balance |
|---|---|---|---|---|
| 06/30 | Balance Forward | | | $0.00 |
| 07/21 | Deposit | | $0.00 | $0.00 |
| 07/25 | TRNSFER FRM CK XXXXXXXX4591 | | $250.00 | $250.00 |

Interest Rate Summary

| Date | Rate |
|---|---|
| | 0.00% |

Account Summary

Previous Statement Date: 06/30/2023

| Beginning Balance + | Deposits + | Interest Paid - | Withdrawals - | Service Charge = | Ending Balance |
|---|---|---|---|---|---|
| $0.00 | $250.00 | $0.00 | $0.00 | $0.00 | $250.00 |

Avg Stmt Available Bal $159.09

Minimum Balance $0.00

Summary of Deposit Accounts

| TYPE OF ACCOUNT | ACCOUNT | BALANCE | INT-RATE% | YTD-INT | YTD-PENALTY | MATURITY |
|---|---|---|---|---|---|---|
| Checking | [redacted]8634 | $250.00 | 0.00000% | $0.00 | | |

**Take advantage of this great rate! A Flushing Bank 12 Month Consumer CD is now earning 5.00% APY (Annual Percentage Yield). With a minimum deposit of $1,000 you can start earning one of the most competitive rates around. A penalty may be imposed for early withdrawal on CDs. Rate is effective as of 6/28/23 and is subject to change without notice. Open a 12 Month Flushing Bank Consumer CD today and start earning more!**

FLUSHING Bank

# STATEMENT of ACCOUNT

800.581.2889 (855.540.2274 TTY/TDD)

SUPERB MOTORS INC.
215 NORTHERN BLVD
GREAT NECK NY 11021-4401

Statement Begin Date: 08/01/2023
Statement End Date: 08/31/2023
Account Number: [redacted]8634

Printable Version Save as PDF

CASH MANAGEMENT [redacted]8634

Download: OFX QIF CSV

All Transactions by Date

| Date | Description | Withdrawal / Debit (-) | Deposit / Credit (+) | Balance |
|---|---|---|---|---|
| 07/31 | Balance Forward | | | $250.00 |

Interest Rate Summary

| Date | Rate |
|---|---|
| | 0.00% |

Account Summary

Previous Statement Date: 07/31/2023

| Beginning Balance + | Deposits + | Interest Paid - | Withdrawals - | Service Charge = | Ending Balance |
|---|---|---|---|---|---|
| $250.00 | $0.00 | $0.00 | $0.00 | $0.00 | $250.00 |

Avg Stmt Available Bal $250.00

Minimum Balance $250.00

Summary of Deposit Accounts

| TYPE OF ACCOUNT | ACCOUNT | BALANCE | INT-RATE% | YTD-INT | YTD-PENALTY | MATURITY |
|---|---|---|---|---|---|---|
| Checking | [redacted]8634 | $250.00 | 0.00000% | $0.00 | | |

**Fight back against identity theft.**
**Deter. Detect. Defend.**
**Never leave your purse or wallet unattended and never carry your PINs and any other passwords in your wallet!**
**For more information visit FlushingBank.com or ftc.gov/idtheft**