FLUSHING Bank
Commercial • Business • Consumer

# Non Personal Signature Card

Date: 3/15/23

| Business Name | 189 Sunrise Hwy Auto LLC DBA Sunrise Auto Outlet | Tax ID [redacted] |
|---|---|---|
| Address | 189 Sunrise Highway, Amityville, NY 11701 | |
| Reference # | Account Title / Account Subtitle | Account # (Bank Use Only) |
| (1) 2023031501 | 189 Sunrise Hwy Auto LLC DBA Sunrise Auto Outlet | [redacted]9766 |
| (2) | | |
| (3) | | |
| (4) | | |
| (5) | | |

☐ *Check this box if additional Accounts are to be opened and are listed on additional pages.*

The undersigned agree to the by-laws and the rules and regulations of Flushing Bank ("the Bank"), to any future amendments and additions to them, and to any laws and regulations binding on the Bank. The undersigned acknowledge receipt and review of the Bank's disclosures statement and Privacy Notice and agree to the terms and conditions governing this account ; The undersigned authorize the Bank to investigate credit and employment history and obtain reports from consumer reporting agency (ies) on them as individuals. Except as provided by law or another agreement, each of the undersigned is authorized to make withdrawals from the account(s)

The undersigned agree that the Bank is authorized and empowered to charge this account for any loan or other indebtedness the Business owes to the Bank. In order to make payment on each withdrawal, check or Money Order, the Bank will require such authorized signatures as are appropriate, based on this and any other agreements or instructions the Bank has on file

**CERTIFICATION:** Under penalty of perjury, I certify (1) that the number shown on this form is my correct Taxpayer Identification Number (or I am waiting for a number to be issued to me), (2) that I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, (3) that I am a U.S. citizen or other U.S. person; and (4) tha the FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**CERTIFICATION INSTRUCTIONS:** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. You are not required to sign the Certification for mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends.. (Also see Part 3 of W-9 instructions or similar disclosure).

**CERTIFICATION:** The undersigned certify that all account opening information provided is accurate and complete. **Exemption from FATCA Reporting Code:** ____________

**IMPORTANT ACCOUNT OPENING INFORMATION:** Federal Law requires us to obtain sufficient information to verify your identity. We may ask you several questions and we may require one or more forms of identification to fulfill this requirement. In some instances we may use outside sources to confirm the information. The information you provide is protected by our Privacy Policy and Federal Law.

| Signer | Full Name / Date | Reference # | Signature / Reference # |
|---|---|---|---|
| Signer # 1 (Individual Owner if Sole Propiertorship) | Full Name: Anthony Deo | | Signature: x [signature] |
| | Date: 3/17/23 | ☑ All ☐ 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5 | Reference # |
| Signer # 2 (Non-Owner if Sole Propiertorship) | Full Name | | Signature: x |
| | Date | ☐ All ☐ 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5 | Reference # |
| Signer # 3 (Non-Owner if Sole Propiertorship) | Full Name | | Signature: x |
| | Date | ☐ All ☐ 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5 | Reference # |
| Signer # 4 (Non-Owner if Sole Propiertorship) | Full Name | | Signature: x |
| | Date | ☐ All ☐ 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5 | Reference # |
| Signer # 5 (Non-Owner if Sole Propiertorship) | Full Name | | Signature: x |
| | Date | ☐ All ☐ 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5 | Reference # |

☐ *Check this box if additional Signers are listed on additional pages.*

**This Signature Card supersedes and terminates the Signature Card dated ____________ and any related Signature Card Addendums.**

FLUSHING Bank

# Resolution of Authority | Flushing Bank

☑ New ☐ Change

Account Title: 189 Sunrise Hwy Auto LLC DBA Sunrise Auto Outlet
Entity Address: 189 Sunrise Highway, Amityville, NY 11701
TIN Number [redacted]
Telephone Number 631-842-3209

The individual(s) signing this Resolution hereby certifies to Flushing Bank, ("Bank") that the Entity is (check one):

☐ a Sole Proprietorship owned entirely by the individual signing this Resolution a duly formed and valid existing
☐ a General Partnership
☐ a Limited Partnership,
☐ a Service Award Trust organized by the Trustees of the ______ of ______, and that the individual signing this Resolution is its secretary or assistant secretary and the keeper of its records
☐ a Limited Liability Partnership organized under the laws of the state of ______, and that the individuals signing this Resolution constitute all of the general partners of the partnership
☐ a Corporation duly organized and in good standing under the laws of the state of ______, and that the individual signing this Resolution is its secretary or assistant secretary and the keeper of the records and corporate seal, if any;
☐ an Unincorporated Association or Organization and that the individuals signing this Resolution is the keeper of the records and seal, if any;
☑ a Limited Liability Company organized under the laws of the state of NY, and that the individuals signing this Resolution constitutes all of the members or managers, as appropriate of the company.

The following is a true and correct copy of the resolutions adopted by the Entity, such resolutions are now in full force and effect

**Depository and Withdrawal Authorization**

RESOLVED, that Bank is designated a depository in which the funds of the Entity may be deposited and /or withdrawn by any (indicate number) 1 of the persons listed below in the manner so designated, subject to Bank's deposit account agreement as the same may be amended from time to time. The persons listed are authorized to endorse for collection, deposit, or negotiation, any and all checks, drafts, notes, bills of exchange, certificates of deposit, and orders for the payment or transfer of money between account at Bank and other banks, either belonging to or coming into the possession of the Entity. Endorsements "for deposit" may be written or stamped. Bank may accept any instruments for deposit to any depository account of the Entity without endorsement or may supply the endorsement of the Entity. The persons so designated are authorized to sign any and all checks, drafts, and orders drawn against any designated accounts of the Entity (including saving accounts) at Bank. Bank is authorized to honor and pay all checks, drafts, and orders when so signed or endorsed without inquiry as to the circumstances of issue or disposition of the proceeds and regardless of to whom such instruments are payable or endorsed, including those drawn or endorsed to the individual order of any such person listed, even if doing so causes or increases an overdraft.

| PRINT NAME: | TITLE: | PRINT NAME: | TITLE: |
|---|---|---|---|
| Anthony Deo | Member | | |
| | | | |
| | | | |
| | | | |

**Signing Authorization**

RESOLVED, that any 1 of the persons indicated above is authorized to act for and on behalf of the Entity in any matter involving any of the Entity' depository accounts at Bank, including the authority to instruct Bank to close the account, to give instructions by means other than the signing of any item with respect to account transactions such as those initiated via electronic debit, payment, wire transfer, or other withdrawal of funds by computer, electronic or other technologic means, and is further authorized to sign and implement for and in the name on behalf of the Entity, as they, or any of them see fit, the agreements, instructions, drafts, orders, certificates, or other documents relating to any depository accounts or other business of the Entity including, but not limited to payroll agreements, repurchase agreements, night depository agreements, funds transfer agreements, agreement for automated clearinghouse services, agreements for online services, and/or safe deposit agreements.

**Borrowing Authorization**

RESOLVED, that any 1 of the persons indicated below is authorized to act for and on behalf of the Entity to borrow money and to obtain credit for the Entity from Bank on such terms as may seem to advisable and to make and deliver notes, drafts, acceptances and any other obligations of the Entity therefore, instruments of guarantee and of indemnity, agreements and contracts, all in form satisfactory to Bank, and, as security therefor, to grant a security interest in and to assign, transfer, hypothecate, mortgage, pledge, trustee, withdraw, exchange and substitute any stocks, bonds, securities, mortgages, bills and accounts, bills of lading, warehouse receipts, goods, insurance policies, certificates or any other property of every nature and description held by or belonging to the Entity, with full authority to endorse, assign or guarantee the same in the name of the Entity; to execute and deliver security agreements and all instruments of assignment, transfer, hypothecation, mortgage, pledge and trust, to sell or discount with or without recourse any bills receivable or any other paper, whether or not negotiable, held by the Entity; to subordinate and assign any obligations and debts owed to the Entity by another or others, and in connection therewith, to execute and deliver instruments of subordination and assignment in form satisfactory to Bank; to authorize and request Bank to purchase, sell, deliver or exchange for the account of the Entity stocks, bonds, certificates of deposit or other securities, and foreign exchange or the proceeds thereof; and to execute and deliver all instruments, agreements and contracts required by Bank in connection with any matters herein contained or in connection with any services, of whatever nature or description, to be provided by Bank to the Entity.

| PRINT NAME: | TITLE: | PRINT NAME: | TITLE: |
|---|---|---|---|
| Anthony Deo | Member | | |
| | | | |
| | | | |
| | | | |

**Service Award Trust Authorization**

RESOLVED that Bank may draw periodic checks from its central issue check account, which will be funded, as required, through a charge to any of the Entity' depository accounts with Bank, to pay the entitlement award to eligible participants as directed by an account signer authorized by the Entity. These payments will not change and will continue until Bank is instructed otherwise by the Entity.

**Further Authorization**

BE IT FURTHER RESOLVED that the secretary or assistant secretary (if a corporation or unincorporated association), the sole owner/proprietor (if a sole proprietorship), any member or manager, as appropriate (if a limited liability company), or any general partner (if a partnership) is authorized to certify to the Bank the name, title, specimen signature and facsimile signature with respect to any additions or deletions of persons authorized to carry out the purposes and intent of these resolutions and that this resolution shall remain in full force and effect until express written notice of rescission or modification is received by the Bank. If the authority contained herein should be revoked or terminated by operation of law or any other reason without such notice, it is resolved that the Bank shall be indemnified and saved harmless from any and all losses suffered or liabilities incurred by it so acting after such revocation or termination without notice.

IN WITNESS WHEREOF, the undersigned has hereunder subscribed his/her name(s) and affixed the seal, if any, of the Entity this 17 day of March, 2023

| For a Service Award Trust, Corporation or Unincorporated Association or Organization: | For Sole Proprietorship | For Partnership (all general partners must sign): For Limited Liability Company (all members must sign) |
|---|---|---|
| Secretary | Owner/Sole Proprietor | [signature] Partner/Member/Manager |
| | | Partner/Member/Manager |

☐ THIS IS A NOT-FOR-PROFIT BUSINESS

This Resolution supersedes and terminates the resolution dated ______.

Rev. 03/2023

FLUSHING
Commercial • Business • Consumer Bank®

# Certification of Beneficial Owner(s)

## Legal Entity Information For a Deposit/Loan Account

a. Name of Legal Entity: 189 Sunrise Hwy Auto LLC DBA Sunrise Auto Outlet Type: LLC

b. Physical Address of Legal Entity: 189 Sunrise Highway, Amityville, NY 11701 Tax ID #: [redacted]

c. Name of Individual Opening the Account: Anthony Deo Title: Member

## Ownership Information

d. • List each individual or entity who directly or indirectly, through any contract, arrangement, understanding, relationship or otherwise, owns 25% or more of the equity interests of the Legal Entity listed above.
• If an individual's aggregate ownership is 25% or more, even if the entity owns less than 25%, it should be listed.

| Name of Individual or Entity | % of Ownership | Name of Individual or Entity | % of Ownership |
|---|---|---|---|
| Anthony Deo | 99% | | |
| | | | |

☐ If checked, ownership % is less than 25% and will be blank.

e. Beneficial Owner Detail.
• For natural persons listed in (d) record the following information:
• Explain below any layers of Beneficial Ownership by listing natural persons who own entities noted in (d). Only list individuals if their equity ownership is 25% or more of the Legal Entity opening the account.

Beneficial Owner #1: Anthony Deo
% of Ownership: 99% Date of Birth: [redacted] / 77
Address: 3 Saddle Ridge Rd, Old Westbury, NY 11568
Driver's License # or Other ID: [redacted]
Issuing State or Country of ID: New York

Name of Entity: 189 Sunrise Hwy Auto LLC DBA Sunrise Auto Outlet
Title: Member
**For U.S. Persons**
Social Security #: [redacted]
**For Non-U.S. Persons**
Passport # or other ID*:
ID Expiration Date: [redacted]

Beneficial Owner #2: ______
% of Ownership: ______ Date of Birth: / /
Address: ______
Driver's License # or Other ID: ______
Issuing State or Country of ID: ______

Name of Entity: ______
Title ______
**For U.S. Persons**
Social Security #: ______
**For Non-U.S. Persons**
Passport # or other ID*: ______
ID Expiration Date: / /

Beneficial Owner #3: ______
% of Ownership: ______ Date of Birth: / /
Address: ______
Driver's License # or Other ID: ______
Issuing State or Country of ID: ______

Name of Entity: ______
Title: ______
**For U.S. Persons**
Social Security #: ______
**For Non-U.S. Persons**
Passport # or other ID*: ______
ID Expiration Date: / /



Rev. 05/18

FLUSHING
Commercial • Business • Consumer Bank®

# Certification of Beneficial Owner(s)

## Ownership Information Continued

Beneficial Owner #4: ______________________ Name of Entity: ______________________

% of Ownership: ________ Date of Birth: ___/___/___ Title: ______________________

Address: ______________________

For U.S. Persons
Social Security #: ______________________

For Non-U.S. Persons
Passport # or other ID*: ______________________

Driver's License # or Other ID: ______________________

Issuing State or Country of ID: ______________________ ID Expiration Date: ___/___/___

## Management Information

This section cannot be left blank. If the individual is already listed in (e), only Name and Title must be recorded.

f. Provide information for one individual with significant responsibility for managing the Legal Entity such as:

- [x] An executive officer or senior manager (e.g. Chief Executive Officer, Chief Financial Officer, Chief Operating Officer, Managing Member, General Partner, President, Vice President, Treasurer); or
- [ ] Any other individual who regularly performs similar functions.

Name: Anthony Deo Title: Member

Address: ______________________ Date of Birth: ___/___/___

Driver's License # or Other ID: ______________________ ID Expiration Date: ___/___/___

For U.S. Persons
Social Security #: ______________________

For Non-U.S. Persons
Passport # or other ID and Country of Issuance*: ______________________

## Certification

I, (name of natural person opening account), hereby certify to the best of my knowledge that the information provided above is complete and correct. I agree to notify the bank of any change in such information.

Name: Anthony Deo Signature: X [signature] Date: 3/17/23

## Recertification

**Recertification – 1st**
I hereby certify the information above is complete and correct as of this date and agree to notify the Bank of changes.

Name: ______________ Signature: X ______________ Date: ___/___/___

**Recertification – 2nd**
I hereby certify the information above is complete and correct as of this date and agree to notify the Bank of changes.

Name: ______________ Signature: X ______________ Date: ___/___/___

**Recertification – 3rd**
I hereby certify the information above is complete and correct as of this date and agree to notify the Bank of changes.

Name: ______________ Signature: X ______________ Date: ___/___/___

**Bank Use Only Upon Initial Certification**

**Accepted by:** X [signature] **Date:** 03/16/2023 **Master Deposit Account #:** [redacted]9766

**Print:** Robert Puccio **Cost Center #:** 455 **Master Loan #:** ______________

*In lieu of a passport number, Non-U.S. persons may also provide an alien identification card number, or number and country of issuance of any other government issued document evidencing nationality or residence and bearing a photograph or similar safeguard.



Rev. 05/18

FLUSHING Bank
Commercial • Business • Consumer

# Account Signer Profile

Date: 3/15/23

■ Business ☐ Personal

## Business Information

| Business Name | 189 Sunrise Hwy Auto LLC DBA Sunrise Auto Outlet | Tax ID | [redacted] |
|---|---|---|---|

**IMPORTANT ACCOUNT OPENING INFORMATION:** Federal Law requires us to obtain sufficient information to verify your identity. You may be asked several questions and to provide one or more forms of identification to fulfill this requirement. In some instances we may use outside sources to confirm the information. The information you provide is protected by our Privacy Policy and Federal Law.

A **Secondary ID #** is not required for a business account.

| First Name | Middle Name | Last Name | | Occupation |
|---|---|---|---|---|
| Anthony | | Deo | | Owner of Northshore Motor Leasing |
| **SSN** | **DOB** | **Primary ID # and Expiration Date** | | **Secondary ID # and Expiration Date** |
| [redacted] | [redacted] | [redacted] | | |
| **Street / City / State / Zip** | | | | **Mother's Maiden Name** |
| 3 Saddle Ridge Rd, Old Westbury, NY 11568 | | | | |
| **Email** | | **Home Phone** | **Business Phone** | **Cell Phone** |
| anthonyd@northshoremotors1.com | | N/A | 516-226-1400 | 516-509-1668 |

| First Name | Middle Name | Last Name | | Occupation |
|---|---|---|---|---|
| **SSN** | **DOB** | **Primary ID # and Expiration Date** | | **Secondary ID # and Expiration Date** |
| **Street / City / State / Zip** | | | | **Mother's Maiden Name** |
| **Email** | | **Home Phone** | **Business Phone** | **Cell Phone** |

| First Name | Middle Name | Last Name | | Occupation |
|---|---|---|---|---|
| **SSN** | **DOB** | **Primary ID # and Expiration Date** | | **Secondary ID # and Expiration Date** |
| **Street / City / State / Zip** | | | | **Mother's Maiden Name** |
| **Email** | | **Home Phone** | **Business Phone** | **Cell Phone** |

| First Name | Middle Name | Last Name | | Occupation |
|---|---|---|---|---|
| **SSN** | **DOB** | **Primary ID # and Expiration Date** | | **Secondary ID # and Expiration Date** |
| **Street / City / State / Zip** | | | | **Mother's Maiden Name** |
| **Email** | | **Home Phone** | **Business Phone** | **Cell Phone** |

| First Name | Middle Name | Last Name | | Occupation |
|---|---|---|---|---|
| **SSN** | **DOB** | **Primary ID # and Expiration Date** | | **Secondary ID # and Expiration Date** |
| **Street / City / State / Zip** | | | | **Mother's Maiden Name** |
| **Email** | | **Home Phone** | **Business Phone** | **Cell Phone** |

**For Bank Use Only**

| Account Number(s) | Information Obtained By (Print Name) | Signature |
|---|---|---|
| [redacted]29766 | Robert Puccio | Robert Puccio |

By completing and signing this form, I hereby certify, to the best of my knowledge, the information provided to me by the customer is complete and accurate.

Rev. 9/17

FLUSHING Bank
Commercial • Business • Consumer

# Business Profile

**Reference #:** 2023031501 **Date:** 3/15/23

## Business Details

| | | |
|---|---|---|
| **1. Entity Name**<br>189 Sunrise Hwy Auto LLC DBA Sunrise Auto Outlet | **2. Origination Branch**<br>455 | **3. Servicing Branch**<br>25 |
| **4. Alternate Business Address** *(Offsite use only)* | **5. Alternate Business Phone Number** *(Offsite Use Only)* | |
| **6. Account Type:** ☐ CD ■ Checking ☐ Loan ☐ Money Market ☐ Savings ☐ Escrow ☐ Other ☐ Compensating Balance Savings | **7. Brief Description of Business**<br>Used car dealer | |

**8. Check off the business type(s), as applicable (multiple types may apply)**

☐ Foreign Business ☐ Convenience Store ☐ Restaurant ☐ Professional Service Provider (e.g. attorneys, accountants, doctors, investment brokers or real estate brokers, and other third party, especially those that act as financial liaisons for their clients)
☐ Retail Store ☐ Cigarette Distributor ☐ Liquor Store
☐ Parking Garage ☐ Antiques Dealer ☐ Arts Dealer
☐ Leather Dealer ☐ Lottery Agent ☐ Real Estate Title and Escrow Companies
☐ Deals in Precious Metals, Stones and Jewels (complete separate profile) ☐ Import/Export business that **NEVER** takes possession of the goods/inventory and/or has no physical location to demonstrate business
☐ Non-Bank Financial Institution (NBFI) (e.g. brokers, dealer in securities)
If checked, specify:

| | | | |
|---|---|---|---|
| **9. Contact Name**<br>Anthony Deo | **10. Tax ID #**<br>[redacted] | **11. TIN Applied For** *(indicate only if #10 is blank)* ☐ Yes ☐ No | **12. Home Based** ☐ Yes ■ No |

**13. Type of Account Ownership**
☐ Corporation ☐ Estate ■ LLC ☐ LLP ☐ Partnership ☐ Sole Proprietor ☐ Trust
☐ Attorney Escrow ☐ IOLA ☐ Unincorporated Assoc/Club ☐ Other Escrow ☐ Other

**14. Source of assets funding the account**
■ Business Income ☐ Inheritance ☐ Sale of Assets ☐ Sale of Property ☐ Savings ☐ Wages ☐ Other

| | | |
|---|---|---|
| **15. Account Usage**<br>■ General ☐Payroll ☐Other | **16. Monthly Revenue**<br>**$**<br>1.3 MM | **17. Does the business have other accounts with Flushing Bank?** ☐ Yes ☒ No |

| | |
|---|---|
| **18. Names of Major Suppliers/Vendors**<br>Cargurus, Facebook, Interstate Batteries | **19. Names of Major Customers**<br>general Public |

## Current and Prior Banking Relationships

| | | |
|---|---|---|
| **Current Bank(s) for the Business**<br>Signature Bank | **Products/Services Used**<br>DDA | |
| **Checking Average $**<br>100,000 | **Savings Average $**<br>NA | **Investment Average $**<br>NA |
| **Borrowing Purpose**<br>NA | **Borrowing Terms**<br>NA | |

## Relationship Contact

**Relationship Manager's Name** Robert Puccio

## Money Service Business (MSB) and Prohibited Businesses

**I have verified with the customer the entity is not operating any of the following businesses, prohibited by Flushing Bank Policy** RP
**Banker's Initials**

Adult Entertainment Businesses
Armored Car Services
Arms Dealers
ATM Operators – Primary Business
BIT Coin Dealer (virtual currency)
Check Cashers or other Primary Money Service Businesses

Correspondent Accounts
Consulates, Embassies, UN Related/Foreign - Government Related Entities
Gambling Establishments
Pawn Brokers
Store Value Card Distributors/Dealers (not retail stores that sell them)

Payday Lenders
Unlicensed MSB/informal loan society accounts
Vending Machine Operators
Marijuana Related Businesses (Complete Specialized Banking eForm with the prospect)

## Flushing Bank Borrowing Relationship

**Does the customer have a lending relationship and appraisal on file?** ☐ Yes ■ No
**If "yes" indicate loan number**

FLUSHING Bank
Commercial • Business • Consumer

# Business Profile

| Business Name 189 Sunrise Hwy Auto LLC DBA Sunrise Auto Outlet | Reference # 2023031501 | Date 3/15/23 |
|---|---|---|

## Expected Volumes

| Type of Transaction | Purpose | Monthly Amount | | Monthly Count (Average number of times) | |
|---|---|---|---|---|---|
| Cash In | Purpose:<br>cash receipts | ☐ $0.00 - $2.5k<br>☐ $2,500.01 - $5k<br>☐ $5,000.01 - $7.5k<br>☒ $7,500.01 - $10k<br>☐ $10,000.01 - $25k<br>☐ $25,000.01 - $50k<br>☐ $50,000.01 - $100k | ☐ $100,000.01 - $150k<br>☐ $150,000.01 - $200k<br>☐ $200,000.01 - $400k<br>☐ $400,000.01 - $500k<br>☐ $500,000.01 - $750k<br>☐ $750,000.01 - $1M<br>☐ $1,000,000.01 - $5M | ☒ 0 - 5<br>☐ 6 - 10<br>☐ 11 - 25<br>☐ 26 - 50<br>☐ 51 - 75 | ☐ 76 - 100<br>☐ 101 - 125<br>☐ 126 - 150<br>☐ 151 - 200<br>☐ 201 - 250<br>☐ 251 - 500 |
| Cash Out | Purpose:<br>Petty Cash | ☐ $0.00 - $2.5k<br>☐ $2,500.01 - $5k<br>☐ $5,000.01 - $7.5k<br>☐ $7,500.01 - $10k<br>☒ $10,000.01 - $25k<br>☐ $25,000.01 - $50k<br>☐ $50,000.01 - $100k | ☐ $100,000.01 - $150k<br>☐ $150,000.01 - $200k<br>☐ $200,000.01 - $400k<br>☐ $400,000.01 - $500k<br>☐ $500,000.01 - $750k<br>☐ $750,000.01 - $1M<br>☐ $1,000,000.01 - $5M | ☒ 0 - 5<br>☐ 6 - 10<br>☐ 11 - 25<br>☐ 26 - 50<br>☐ 51 - 75 | ☐ 76 - 100<br>☐ 101 - 125<br>☐ 126 - 150<br>☐ 151 - 200<br>☐ 201 - 250<br>☐ 251 - 500 |
| Wires In | Purpose:<br>payments from customers and affiliates | ☐ $0.00 - $5k<br>☐ $5,000.01 - $10k<br>☐ $10,000.01 - $25k<br>☐ $25,000.01 - $50k<br>☐ $50,000.01 - $100k<br>☐ $100,000.01 - $150k<br>☒ $150,000.01 - $300k<br>☐ $300,000.01 - $500k | ☐ $500,000.01 - $750k<br>☐ $750,000.01 - $1M<br>☐ $1,000,000.01 - $5M<br>☐ $5,000,000.01 - $10M<br>☐ $10,000,000.01 - $25M<br>☐ $25,000,000.01 - $50M<br>☐ $50,000,000.01 - $75M<br>☐ $75,000,000.01 - $100M | ☐ 0 - 1<br>☒ 2<br>☐ 3<br>☐ 4<br>☐ 5 | ☐ 6 - 10<br>☐ 11 - 25<br>☐ 26 - 50<br>☐ 51 - 75<br>☐ 76 - 100<br>☐ 101 - 200 |
| Wires Out | Purpose:<br>payments to vendors, auto purchases | ☐ $0.00 - $5k<br>☐ $5,000.01 - $10k<br>☐ $10,000.01 - $25k<br>☐ $25,000.01 - $50k<br>☐ $50,000.01 - $100k<br>☐ $100,000.01 - $150k<br>☒ $150,000.01 - $300k<br>☐ $300,000.01 - $500k | ☐ $500,000.01 - $750k<br>☐ $750,000.01 - $1M<br>☐ $1,000,000.01 - $5M<br>☐ $5,000,000.01 - $10M<br>☐ $10,000,000.01 - $25M<br>☐ $25,000,000.01 - $50M<br>☐ $50,000,000.01 - $75M<br>☐ $75,000,000.01 - $100M | ☐ 0 - 1<br>☐ 2<br>☐ 3<br>☐ 4<br>☒ 5 | ☐ 6 - 10<br>☐ 11 - 25<br>☐ 26 - 50<br>☐ 51 - 75<br>☐ 76 - 100<br>☐ 101 - 200 |
| ACH In | Purpose:<br>from customers and credit cards | ☐ $0.00 - $5.5k<br>☐ $5,000.01 - $10k<br>☐ $10,000.01 - $25k<br>☐ $25,000.01 - $50k<br>☐ $50,000.01 - $100k<br>☒ $100,000.01 - $150k | ☐ $150,000.01 - $300k<br>☐ $300,000.01 - $500k<br>☐ $500,000.01 - $750k<br>☐ $750,000.01 - $1M<br>☐ $1,000,000.01 - $5M<br>☐ $5,000,000.01 - $10M<br>☐ $10,000,000.01 - $25M | ☐ 0 - 5<br>☐ 6 - 10<br>☒ 11 - 25<br>☐ 26 - 50<br>☐ 51 - 75<br>☐ 76 - 100 | ☐ 101 - 125<br>☐ 126 - 150<br>☐ 151 - 200<br>☐ 201 - 250<br>☐ 251 – 500<br>☐ 501 - 1000 |
| ACH Out | Purpose:<br>payments to vendors | ☐ $0.00 - $5.5k<br>☐ $5,000.01 - $10k<br>☐ $10,000.01 - $25k<br>☐ $25,000.01 - $50k<br>☒ $50,000.01 - $100k<br>☐ $100,000.01 - $150k | ☐ $150,000.01 - $300k<br>☐ $300,000.01 - $500k<br>☐ $500,000.01 - $750k<br>☐ $750,000.01 - $1M<br>☐ $1,000,000.01 - $5M<br>☐ $5,000,000.01 - $10M<br>☐ $10,000,000.01 - $25M | ☐ 0 - 5<br>☐ 6 - 10<br>☒ 11 - 25<br>☐ 26 - 50<br>☐ 51 - 75<br>☐ 76 - 100 | ☐ 101 - 125<br>☐ 126 - 150<br>☐ 151 - 200<br>☐ 201 - 250<br>☐ 251 – 500<br>☐ 501 – 1000 |
| Monetary Instrument | Purpose:<br>na | ☒ $0.00 - $1k<br>☐ $1,000.01 - $5k<br>☐ $5,000.01 - $10k<br>☐ $10,000.01 - $25k<br>☐ $25,000.01 - $50k<br>☐ $50,000.01 - $100k<br>☐ $100,000.01 - $150k<br>☐ $150,000.01 - $200k | ☐ $200,000.01 - $250k<br>☐ $250,000.01 - $300k<br>☐ $300,000.01 - $400k<br>☐ $400,000.01 - $500k<br>☐ $500,000.01 - $750k<br>☐ $750,000.01 - $1M<br>☐ $1,000,000.01 - $2M<br>☐ $2,000,000.01 - $5M<br>☐ $5,000,000.01 - $100M | ☒ 0 - 1<br>☐ 2 - 5 | ☐ 6 - 10<br>☐ 11 - 25<br>☐ 26 - 50 |
| ATM Withdrawal | Purpose:<br>na | ☒ $0.00 - $1k<br>☐ $1,000.01 - $5k<br>☐ $5,000.01 - $10k<br>☐ $10,000.01 - $25k<br>☐ $25,000.01 - $50k<br>☐ $50,000.01 - $100k | ☐ $100,000.01 - $150k<br>☐ $150,000.01 - $200k<br>☐ $200,000.01 - $250k<br>☐ $250,000.01 - $300k<br>☐ $300,000.01 - $400k<br>☐ $400,000.01 - $500k | ☒ 0 - 5<br>☐ 6 - 10<br>☐ 11 - 25<br>☐ 26 - 50<br>☐ 51 - 75 | ☐ 76 – 100<br>☐ 101 - 125<br>☐ 126 - 150<br>☐ 151 - 200<br>☐ 201 - 250 |

FLUSHING Bank
Commercial • Business • Consumer

# Business Profile

| Business Name 189 Sunrise Hwy Auto LLC DBA Sunrise Auto Outlet | Reference # 2023031501 | Date 3/15/23 |
|---|---|---|

## Additional Information

**1. Other Bank Services of Interest**

☐ Armored Service ■ Cash Manager Direct ☐ Loans ☐ Lockbox ☐ Mail Deposits
☐ Merchant Services ☐ Remote Deposit ☐ Safe Deposit ☐ Other

**2. Is the entity address near the institution?** ■ Yes ☐ No
If "no", provide reason(s)

**3. Will the account activity be conducted in multiple branches?** ☐ Yes ■ No
If "yes", list the branch locations and reason(s)

**4. Are any of the signers or owners non US Citizens?** ☐ Yes ■ No
If "yes", list that signer/owner and country of origin

**5. Are any of the signers/owners a Politically Exposed Person (PEP), related to or a close associate to a PEP?** ☐ Yes ■ No
If "yes", list them and the relationship to the PEP

*(Complete the PEP Profile form and submit to the BSA Officer for approval prior to opening the account).*

**6. Will the entity operate an ATM machine on their premise?**
☐ Yes ■ No

a) If "yes", are the ATM(s) owned and serviced by the entity? ☐ Yes ☐ No

b) How many ATM's does the entity own?

c) Who is responsible for replenishing the ATM(s)?

d) Who is the beneficial owner of the ATM(s)?

e) Will Flushing Bank provide the cash for the ATM(s)? ☐ Yes ☐ No

If "no", provide the cash service contract

*Provide a copy of the following documents:*
*ATM Agreement with sponsoring entity, exact physical location of each ATM.*
*State Registration and copy of three (3) months ATM activity statements.*

**7. Will the entity be receiving or sending funds from/to countries outside of the U.S.?** ☐ Yes ■ No

a) What countries will the entity be transacting with?

b) What is the expected monthly volume?

c) List reasons for transactions

**8. Will the entity be utilizing ACH Originations?** ☐ Yes ■ No

If yes, will the entity offer payment processing services to merchants and other business entities? ☐ Yes ■ No

**9. Does the entity accept third party checks?** ☐ Yes ■ No

FLUSHING Bank
Commercial • Business • Consumer

# Business Profile

| Business Name 189 Sunrise Hwy Auto LLC DBA Sunrise Auto Outlet | Reference # 2023031501 | Date 3/15/23 |
|---|---|---|

## Additional Information Continued

**10. Is the entity an NGO, NPO, charity, endowment or foundation?** ☐ Yes ▣ No ***If No, skip section #10***

*NGOs are private nonprofit organizations that pursue activities intended to serve the public good. An NGO can be any nonprofit organization that is independent from government. NGOs can range from large regional, national, or international charities to community-based self-help groups. NGOs also include research institutes, churches, professional associations, and lobby groups. NGOs typically depend, in whole or in part, on charitable donations and voluntary service for support.*

a) What does the charter of the Organization state as the primary purpose?
☐ Education
☐ Religious
☐ Community Service
☐ Social Services
☐ Other, please describe:

b) Does the entity issue any loans to individuals and/or businesses? ☐ Yes ☐ No

c) Does the entity expect to deposit third party checks? ☐ Yes ☐ No

d) Does the entity cash checks or exchange currency for any individual on any day in one or more transactions? ☐ Yes ☐ No

**If the answer is "Yes" to b, c, or d above, DO NOT open the account.**

e) Is the entity incorporated in New York? ☐ Yes ☐ No

e.1) If not, did you obtain a copy of the Certificate of Corporate Status? ☐ Yes ☐ No

f) What geographic location(s) does the entity serve?

g) Does the entity have any related organizations in or outside of the branch market area? ☐ Yes ☐ No

h) How are the organizations related?

i) Does the entity have any affiliation with other NGOs, government, other groups? ☐ Yes ☐ No
If so, please list:

j) Do the anticipated deposits represent the entity's stated objectives? ☐ Yes ☐ No

k) Do the anticipated disbursements represent the entity's stated beneficiaries? ☐ Yes ☐ No

l) To whom will the entity's funds be disbursed?

m) How are the beneficiaries selected?

n) Does the NGO have a website? ☐ Yes ☐ No
n.1) If yes, enter the URL: ______

o) Is the website for members only? ☐ Yes ☐ No

o.1) Is the website open to accept donations or contributions by the public using credit cards? ☐ Yes ☐ No
o.2) If yes, list the entity's credit card processor: ______

p) If donations are open to the public, are there International contributors? ☐ Yes ☐ No
p.1) If yes, please list any major international contributors:

q) How does the entity receive its funding? (check all that apply)
☐ Private Contributions
☐ Corporate Contributions
☐ Community Groups
☐ Government Entities
☐ Fund Raisers
☐ Sponsors
☐ Dues
☐ Other, please describe

r) What are the past, present and planned activities for the organization?

s) Does the entity receive funding from any governmental entity or organization located outside of the U.S? ☐ Yes ☐ No
If yes, please provide the following information:

s.1) Name of Government Entity or Organization:
s.2) Location:
s.3) Purpose of Funds:

t) Is the entity tax exempt under Internal Revenue Code? ☐ Yes ☐ No
t.1) If yes, under what IRC section?

u) Estimated Gross Annual Revenue $

v) How many employees does the entity have?

FLUSHING Bank
Commercial • Business • Consumer

# Business Profile

## Notes

*Complete this section if additional space is needed to answer any questions above.*

For Bank Use Only

By completing and signing this form, I hereby certify, to the best of my knowledge, the information provided to me by the customer is complete and accurate.

| Account Number | Information Obtained By (Print Name) | Signature |
|---|---|---|
| [redacted]9766 | Robert Puccio | [signature] |

FLUSHING Commercial • Business • Consumer Bank®

# Site Visitation Form

## Business Information

Business Name(s):

189 Sunrise Hwy Auto LLC DBA Sunrise Auto Outlet

| | | | |
|---|---|---|---|
| Physical Address: 189 Sunrise Highway | Met With: Dwight Blankenship | | |
| City, State: Amityville, NY | Type of Business: used car dealership | | |
| Zip Code: 11701 | Home Based: | ☐ Yes | ▣ No |
| Date of Visit: 3/17/2023 | Date Opened: 7/2014 | | |

## External Description

| | | | | |
|---|---|---|---|---|
| Type of Space Occupied: | | Signage: | | |
| ▣ Commercial | ☐ Residential (home/apt.) | ▣ Visible | ☐ Clear | ☐ None |
| ☐ Warehouse/ Industrial Space | | Does signage reflect business name? | | |
| ☐ Retail | | ▣ Yes | ☐ No | |
| ☐ Other | | | | |
| Is the business name listed on a directory/mailbox located in the building or on the property? | | | ☐ Yes | ☐ No |
| General appearance of the property: | ☐ Good | ▣ Fair | ☐ Poor | ☐ N/A |

Comments: building and parking lot are being updated.

## Internal Description

**GENERAL**

| | | |
|---|---|---|
| Clean and Organized? | ▣ Yes | ☐ No |

**RETAIL**

Hours of Operation: 9 am - 8 pm

Describe any inventory observed: used cars

Describe display & condition of inventory: cars are in fair condition

Describe visible internal signage signs in the office and on the door

Describe volume of customer activity none, they are doing renovations

| | |
|---|---|
| Are customer transactions conducted primarily in cash or credit? | ☐ Cash<br>▣ Credit |



Rev. 12/18

FLUSHING Bank
Commercial • Business • Consumer

| | | | | |
|---|---|---|---|---|
| Describe any seasonal considerations for transaction volume:<br>none | | | | |
| Does the business offer? (Check applicable) | ☐ Phone Cards | ☐ Funds Transfers | ☐ Check Cashing | ☐ Lottery |

| | | | |
|---|---|---|---|
| **OFFICE AND INDUSTRIAL** | | | |
| Describe any materials or merchandise onsite: | | | |
| Describe any equipment onsite: | | | |
| Describe the model & condition of any vehicles onsite: | | | |
| Does the location seem sufficiently staffed? ☐ Yes | ☐ No | | |
| If office location, please describe the furniture and décor: | | | |
| **ACTIVITY AND PRODUCTS** | | | |
| Does observed business activity reflect type of business? | ▣ Yes | ☐ No | |
| Explain:<br>set up of office and lot are consistent with a auto dealership | | | |
| Describe the types of products or services provided by this business:<br>used cars | | | |
| On the day of the visit, the business appears to be: | | | |
| ☐ Very Busy | ☐ Busy | ☐ Slow | ▣ No Customers |
| If no internal inspection was performed or no internal pictures taken, explain why: | | | |
| **ONSITE ATM** | | | |
| Is there an ATM onsite? | ☐ Yes | ▣ No | If Yes, complete this section |
| Is the ATM serviced by our customer? | | ☐ Yes | ☐ No |
| Exact location of ATM: | | | |
| How is cash replenished? | ☐ Bank | ☐ Armored Car | ☐ Cash Servicer |
| How often will the ATM be loaded? | | | |
| What is the daily expected cash activity? | | | |
| **Obtain copy of the ATM Lease or Purchase Agreement** | | | |
| **Obtain copies of the last three months banking statements** | | | |
| **Marijuana Related Business** | | | |
| Is this business marijuana related? | | ☐ Yes | ▣ No |
| Type of Business (Example: Retail dispensaries, cultivation etc.) | | | |
| Approximate Annual Revenue: $ | | | |
| What percentage of the business is directly tied to marijuana business? % | | | |

FLUSHING Commercial • Business • Consumer Bank

| | | |
|---|---|---|
| Of the percentage listed above, define the percentage in each of the following areas? | | |
| Sale of CBD Oil: % | Paraphernalia: % | Hemp: % |
| Other (Explain): % | | |
| What process is in place by the business to ensure the marijuana portion of the business is licensed? | | |

## Premises Description

Provide a clear description of the premises:

property consist of a building which is used as offices, with a receptions area, waiting room, desks and cubical.

building is approximatly 5,000 sf. with a large parking lot

## Home Based

If a home based business, is it reasonable for this type of business to be operated out of a home?

| | |
|---|---|
| ☐ Yes | ☐ No If No, explain below: |

## Conclusion / Overall Comments

Is the business environment consistent with the type of business? (Explain)

Property set up, signage and used cars on site are all consistent with a used car lot.

Location was closed during my visit as they are making renovations of the space.

## Visited By *

| | | |
|---|---|---|
| Print Name: Robert Puccio | Title: Vice President | Branch/Business Unit: 455 |
| Signature: [signature] | Date: 3/17/2023 | |



Rev

FLUSHING
Commercial • Business • Consumer Bank

# INTERNET GAMBLING NOTICE AND CERTIFICATION

Pursuant to the Unlawful Internet Gambling Enforcement Act of 2006 and Regulation GG, "restricted transactions" such as those in which a person accepts credit, funds, instruments or other proceeds from another person in connection with unlawful Internet gambling, are prohibited. You certify that such transactions will not be conducted through your account at Flushing Bank. Please be advised that if Flushing Bank determines that your account is being used to engage in restricted transactions, we reserve the right to terminate your access to certain payment systems and/or close your account.

I, Anthony Deo
Customer Name

Member , of 189 Sunrise Hwy Auto LLC DBA Sunrise Auto Outlet
Title (i.e. Pres., Sec.) Company Name

Company/Corporation/Partnership/LLC/Sole Proprietorship do hereby certify that the above named Business entity does not engage in any type of Internet Gambling business.

[signature]
Signature

3/17/23
Date

| FOR BANK USE ONLY | | |
|---|---|---|
| Account(s) # [redacted]9766 | Originating Br #. | 455 |
| | Accepted By | Robert Puccio |
| | | (Print Name) |

Rev. 9/17

OPERATING AGREEMENT
FOR

# 189 SUNRISE HWY AUTO LLC.

A LIMITED LIABILITY COMPANY

## ARTICLE I
### Company Formation

1.1. **FORMATION.** The Members have formed a Limited Liability Company ("Company") according to the laws of the state in which the Company was formed. This operating agreement is entered into and effective as of the date it is adopted by the members.

1.2. **REGISTERED AGENT.** The name and location of the Company's registered agent will be stated in the company's formation documents.

1.3. **TERM.** The Company will continue perpetually unless, (a) Members whose capital interest as defined in Article 2.2 exceeds 50 percent vote for dissolution; or (b) Any event which causes the Company's business to become unlawful; or (c) The death, resignation, expulsion, bankruptcy,retirement of a Member or the occurrence of any other event that terminates the continued membership of a Member of the Company; or (d) Any other event causing dissolution of the Company under applicable state laws.

1.4. **CONTINUANCE OF COMPANY.** In the event of an occurrence described in ARTICLE 1.3(c), if there are at least two remaining Members, those Members have the right to continue the business of the Company. This right can be exercised only by the unanimous vote of the remaining Members within ninety (90) days after the occurrence of an event described in ARTICLE 1.3(c). If not exercised, the right of the Members to continue the business of the Company will expire.

1.5. **BUSINESS PURPOSE.** The Company will conduct any lawful business deemed appropriate in
carrying out the company's objectives.

1.6. **PRINCIPAL PLACE OF BUSINESS.** The Company's principal place of business will be stated in the formation documents, or as selected by the Managers.

1.7. **THE MEMBERS.** The name and residential address of each member are listed in Exhibit 2 attached to this Agreement.

1.8. **ADMISSION OF ADDITIONAL MEMBERS.** Additional members may only be admitted to the Company through a Certificate of New Membership issuance by the company of new interest in the Company or as otherwise provided in this agreement.

ARTICLE II
Capital Contributions

2.1. **INITIAL CONTRIBUTIONS**. The Members will initially contribute capital to the Company, as described in Exhibit 3 attached to this Agreement. The agreed total value of such property and cash is $100,000.00

2.2. **ADDITIONAL CONTRIBUTIONS**. Except as provided in ARTICLE 6.2, no Member will be obligated to make any additional contribution to the Company's capital.

ARTICLE III
Profits, Losses and Distributions

3.1. **PROFITS/LOSSES**. For financial accounting and tax purposes, the Company's net profits or net losses will be determined on an annual basis. These profits and losses will be allocated to the Members in proportion to each Member's capital interest in the Company as set forth in Exhibit 2 as amended and in accordance with Treasury Regulation 1.704-1.

3.2. DISTRIBUTIONS. The Members will determine and distribute available funds annually or as they see fit. "Available funds" refers to the net cash of the Company available after expenses and liabilities are paid. Upon liquidation of the Company or liquidation of a Member's interest, distributions will be made in accordance with the positive capital account balances or pursuant to Treasury Regulation 1.704-l(b)(2)(ii)(b) (2). To the extent a Member has a negative capital account balance, there will be a qualified income offset, as set forth in Treasury Regulation 1.704-l(b)(2)(ii)(d).

ARTICLE IV
Management

4.1. **MANAGEMENT OF THE BUSINESS**. The Members holding a majority of the capital interests in the Company, as set forth in Exhibit 2 as amended, may vote to elect a Manager or Managers. One manager will be elected by the Members as Chief Executive Manager. The Manager(s) may be a Member or Non-Member. The name and residential address of each Manager is attached as Exhibit 1 of this Agreement.

4.2. **MEMBERS**. The liability of the Members will be limited according to state law. Members that are not Managers will take no part in the control, management, direction, or operation of the Company's affairs and will have no power to bind the Company in legal agreements. The Managers may seek advice from the Members, but need not follow such advice. No Member is an agent of any other Member of the Company, solely by reason of being a Member.

4.3. **POWERS OF MANAGERS**. The Managers are authorized on the Company's behalf to make
all decisions as to:
(a) the sale, development, lease or other disposition of the Company's assets;
(b) the purchase or other acquisition of other assets;
(c) the management of all or any part of the Company's assets;

(d) the borrowing of money and the granting of security interests in the Company's assets;
(e) the pre-payment, refinancing or extension of any loan affecting the Company's assets;
(f) the compromise or release of any of the Company's claims or debts; and
(g) the employment of persons, firms or corporations for the operation and management of the company's business.
The Managers are further authorized to execute and deliver:
(w) all contracts, conveyances, assignments leases, sub-leases, franchise agreements, licensing agreements, management contracts and maintenance contracts covering or affecting the Company's assets;
(x) all checks, drafts and other orders for the payment of the Company's funds;
(y) all promissory notes, loans, security agreements and other similar documents; and
(z) all other instruments of any other kind relating to the Company's affairs.

4.4. **CHIEF EXECUTIVE MANAGER.** The Chief Executive Manager has primary responsibility for managing the operations of the Company and for carrying out the decisions of the Managers.

4.5. **NOMINEE.** Title to the Company's assets must be held in the Company's name or in the name
of any nominee that the Managers may designate. The Managers have power to enter into a nominee agreement with any such person, and such agreement may contain provisions indemnifying the nominee, except for his or her willful misconduct.

4.6. **COMPANY INFORMATION.** The Managers must supply information regarding the company
or its activities to any member upon his or her request. Any Member or their authorized representative will have access to and may inspect and copy all books, records and materials in the Manager's possession regarding the Company or its activities. Access and inspection of information will be at the requesting Member's expense.

4.7. **EXCULPATION.** Any act or omission of the Managers, the effect of which may cause or result
in loss or damage to the Company or the Members, if done in good faith to promote the best interests of the Company, will not subject the Managers to any liability.

4.8. **INDEMNIFICATION.** The Company will indemnify any person who was or is a party defendant or is threatened to be made a party defendant, in a pending or completed action, suit or proceeding, whether civil, criminal, administrative, or investigative (other than an action by or in the right of the Company) by reason of the fact that the person is or was a Member of the Company, Manager, employee or agent of the Company, or is or was serving at the request of the Company, for instant expenses (including attorney's fees), judgments, fines, and amounts

paid in settlement actually and reasonably incurred in connection with such action, suit or proceeding if the Members determine that the person acted in good faith and in a manner he or she reasonably believed to be in or not opposed to the best interest of the Company, and with respect to any criminal action proceeding, has no reasonable cause to believe his or her conduct was unlawful. The termination of any action, suit, or proceeding by judgment, order, settlement, conviction, or upon a plea of "no lo Contendere" or its equivalent, does not in itself create a presumption that the person did or did not act in good faith and in a manner which he or she reasonably believed to be in the best interest of the Company, and, with respect to any criminal action or proceeding, had reasonable cause to believe that his or her conduct was lawful.

4.9. **RECORDS.** The Managers must keep the following at the company's principal place of business or other location:
(a) A current list of the full name and the last known street address of each Member;
(b) A copy of the Company's Certificate of Formation and Operating Agreement and all amendments;
(c) Copies of Company's federal, state and local income tax returns and reports for the three most recent years;
(d) Copies of the Company's financial statements for the three most recent years.

ARTICLE V
Compensation
5.1. **MANAGEMENT FEE.** Any Manager rendering services to the Company is entitled to compensation proportionate with the value of those services.

5.2. **REIMBURSEMENT.** The Company must reimburse the Managers or Members for all direct out-of-pocket expenses incurred by them in managing the Company.

ARTICLE VI
Bookkeeping
6.1. **BOOKS.** The Managers will maintain a complete and accurate accounting of the Company's affairs at the Company's principal place of business. The managers may select the method of accounting and the company's accounting period will be the calendar year.

6.2. **MEMBER'S ACCOUNTS.** The Managers must maintain separate capital and distribution accounts for each member. Each member's capital account will be determined and maintained in the manner set forth in Treasury Regulation 1.704-l(b)(2)(iv) and will consist of his or her initial capital contribution increased by:
(a) Any additional capital contribution made by the member;
(b) Credit balances transferred from the member's distribution account to his or her capital account;
and decreased by:
(x) Distributions to the member in reduction of Company capital;
(y) The Member's share of Company losses if charged to his or her capital account.

6.3. **REPORTS.** The Managers will close the books of account after the close of each calendar year and will prepare and send to each member, a statement of such Member's distributive share of income and expense for income tax reporting purposes.

ARTICLE VII
Transfers
7.1. **ASSIGNMENT**. If a Member proposes to sell, assign, or otherwise dispose of all or any part of

his or her interest in the Company, that Member must first make a written offer to sell his or her interest to the other Members at a price determined by mutual agreement. If the other Members decline or fail to elect such interest within thirty (30) days, and if the sale or assignment is made and the Members fail to approve this sale or assignment unanimously then, pursuant to the applicable law, the purchaser or assignee will have no right to participate in the management of the business and affairs of the Company. The purchaser or assignee will only be entitled to receive the share of the profits or other compensation by way of income and the return of contributions to which that Member would otherwise be entitled.

ARTICLE VIII
Dissolution
8.1. **DISSOLUTION.** The Member(s) may dissolve the company at any time. The Member may NOT dissolve the company for a loss of membership interests. Upon dissolution the company must pay its debts first before distributing cash, assets, and/or initial capital to the Member or the Members interests. The dissolution may only be ordered by the Member(s), not by the owner of the Members interests.

**CERTIFICATION OF MEMBER**

The undersigned hereby agree, acknowledge, and certify that the foregoing operating agreement is adopted and approved by each member as of this 15 day of FEBRUARY, 2021.

Members:

Name: ANTHONY DEO ____________ Percent 99 %

X ____________

Address 3 SADDLE RIDGE ROAD, OLD WESTBURY, NY 11568

Name SARA DEO ____________ Percent 1 %

X ____________

Address 3 SADDLE RIDGE ROAG, OLD WESTBURY, NY 11568

**EXHIBIT 1**
**LISTING OF MANAGERS**

By a majority vote of the Members the following Managers were elected to operate the Company
pursuant to ARTICLE 4 of the Agreement:

ANTHONY DEO
Printed Name
Chief Executive Manager

The above listed Manager(s) will serve in their capacities until they are removed for any reason by a majority vote of the Members as defined by ARTICLE 4 or upon their voluntary resignation.
Signed and Agreed this 15 day of FEBRUARY, 2021____.

Signature of Member Signature of Member

Signature of Member Signature of Member

N. Y. S. DEPARTMENT OF STATE
DIVISION OF CORPORATIONS ALBANY, NY 12231-0001

FILING RECEIPT

ENTITY NAME : 189 SUNRISE HWY AUTO LLC

DOCUMENT TYPE : ASSUMED NAME LTD LIABILITY CO

FILER:
------

HUBCO INCORPORATION SERVICES
77 EAST JOHN STREET

HICKSVILLE NY 11801

FILED: 07/10/2014
CASH#: 329422
FILM#: 20140710050

PRINCIPAL LOCATION
------------------

55 OAK DRIVE

ROSLYN
NY 11576

COMMENT:

ASSUMED NAME
------------
SUNRISE AUTO OUTLET

SERVICE COMPANY : HUBCO

CODE: 29
BOX : 74

FEES 50.00
----
FILING : 25.00
COUNTY : .00
COPIES : .00
MISC : .00
HANDLE : 25.00

PAYMENTS: 50.00
--------
CASH :
CHECK :
C CARD : 50.00

REFUND :
------

IRS DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
CINCINNATI OH 45999-0023

Date of this notice: 07-03-2014

Employer Identification Number:
[redacted]

Form: SS-4

Number of this notice: CP 575 A

189 SUNRISE HWY AUTO LLC
JOSHUA AARONSON MBR
55 OAK DR
ROSLYN, NY 11576

For assistance you may call us at:
1-800-829-4933

IF YOU WRITE, ATTACH THE
STUB AT THE END OF THIS NOTICE.

WE ASSIGNED YOU AN EMPLOYER IDENTIFICATION NUMBER

Thank you for applying for an Employer Identification Number (EIN). We assigned you EIN 47-1261075. This EIN will identify you, your business accounts, tax returns, and documents, even if you have no employees. Please keep this notice in your permanent records.

When filing tax documents, payments, and related correspondence, it is very important that you use your EIN and complete name and address exactly as shown above. Any variation may cause a delay in processing, result in incorrect information in your account, or even cause you to be assigned more than one EIN. If the information is not correct as shown above, please make the correction using the attached tear off stub and return it to us.

Based on the information received from you or your representative, you must file the following form(s) by the date(s) shown.

| | |
|---|---|
| Form 941 | 01/31/2015 |
| Form 940 | 01/31/2015 |
| Form 1065 | 04/15/2015 |

If you have questions about the form(s) or the due date(s) shown, you can call us at the phone number or write to us at the address shown at the top of this notice. If you need help in determining your annual accounting period (tax year), see Publication 538, *Accounting Periods and Methods.*

We assigned you a tax classification based on information obtained from you or your representative. It is not a legal determination of your tax classification, and is not binding on the IRS. If you want a legal determination of your tax classification, you may request a private letter ruling from the IRS under the guidelines in Revenue Procedure 2004-1, 2004-1 I.R.B. 1 (or superseding Revenue Procedure for the year at issue). Note: Certain tax classification elections can be requested by filing Form 8832, *Entity Classification Election*. See Form 8832 and its instructions for additional information.

A limited liability company (LLC) may file Form 8832, *Entity Classification Election*, and elect to be classified as an association taxable as a corporation. If the LLC is eligible to be treated as a corporation that meets certain tests and it will be electing S corporation status, it must timely file Form 2553, *Election by a Small Business Corporation*. The LLC will be treated as a corporation as of the effective date of the S corporation election and does not need to file Form 8832.

If you are required to deposit for employment taxes (Forms 941, 943, 940, 944, 945, CT-1, or 1042), excise taxes (Form 720), or income taxes (Form 1120), you will receive a Welcome Package shortly, which includes instructions for making your deposits electronically through the Electronic Federal Tax Payment System (EFTPS). A Personal Identification Number (PIN) for EFTPS will also be sent to you under separate cover. Please activate the PIN once you receive it, even if you have requested the services of a tax professional or representative. For more information about EFTPS, refer to Publication 966, *Electronic Choices to Pay All Your Federal Taxes*. If you need to make a deposit immediately, you will need to make arrangements with your Financial Institution to complete a wire transfer.

The IRS is committed to helping all taxpayers comply with their tax filing obligations. If you need help completing your returns or meeting your tax obligations, Authorized e-file Providers, such as Reporting Agents (payroll service providers) are available to assist you. Visit the IRS Web site at www.irs.gov for a list of companies that offer IRS e-file for business products and services. The list provides addresses, telephone numbers, and links to their Web sites.

To obtain tax forms and publications, including those referenced in this notice, visit our Web site at www.irs.gov. If you do not have access to the Internet, call 1-800-829-3676 (TTY/TDD 1-800-829-4059) or visit your local IRS office.

**IMPORTANT REMINDERS:**

* Keep a copy of this notice in your permanent records. **This notice is issued only one time and the IRS will not be able to generate a duplicate copy for you.** You may give a copy of this document to anyone asking for proof of your EIN.

* Use this EIN and your name exactly as they appear at the top of this notice on all your federal tax forms.

* Refer to this EIN on your tax-related correspondence and documents.

If you have questions about your EIN, you can call us at the phone number or write to us at the address shown at the top of this notice. If you write, please tear off the stub at the bottom of this notice and send it along with your letter. If you do not need to write us, do not complete and return the stub.

Your name control associated with this EIN is 189S. You will need to provide this information, along with your EIN, if you file your returns electronically.

Thank you for your cooperation.

(IRS USE ONLY) 575A 07-03-2014 189S B 9999999999 SS-4

Keep this part for your records. CP 575 A (Rev. 7-2007)

---

Return this part with any correspondence
so we may identify your account. Please
correct any errors in your name or address.

CP 575 A

9999999999

Your Telephone Number ( ) -

Best Time to Call

DATE OF THIS NOTICE: 07-03-2014
EMPLOYER IDENTIFICATION NUMBER: [redacted]
FORM: SS-4 NOBOD

INTERNAL REVENUE SERVICE
CINCINNATI OH 45999-0023

189 SUNRISE HWY AUTO LLC
JOSHUA AARONSON MBR
55 OAK DR
ROSLYN, NY 11576

New York State Department of Motor Vehicles

# OFFICIAL BUSINESS CERTIFICATE

*THIS CERTIFICATE EXPIRES* 08/31/24

*FACILITY IDENTIFICATION NO.* 7118449 DLU

Validation Date and Number: 08/17/22 72328

This person is REGISTERED AS A DEALER

pursuant to the provisions of the Vehicle and Traffic Law.

189 SUNRISE HWY AUTO
LLC
DBA SUNRISE AUTO OUTLET
189 SUNRISE HWY
AMITYVILLE NY 11701

This document does not certify that this business complies with zoning and other local laws

**POST IN A CONSPICUOUS PLACE**

MV-61P (11/95)

FLUSHING Bank

# STATEMENT of ACCOUNT

800.581.2889 (855.540.2274 TTY/TDD)

189 SUNRISE HWY AUTO LLC DBA SUNRISE AUTO OUTLET
189 SUNRISE HWY
AMITYVILLE NY 11701-2509

| | |
|---|---|
| Statement Begin Date: | 03/22/2023 |
| Statement End Date: | 03/31/2023 |
| Account Number: | [redacted]9766 |

Printable Version Save as PDF

COMPLETE BUSINESS CHECKING [redacted]9766

Download: OFX QIF CSV

All Transactions by Date

| Date | Description | Withdrawal / Debit (-) | Deposit / Credit (+) | Balance |
|---|---|---|---|---|
| 03/21 | Balance Forward | | | $0.00 |
| 03/22 | Deposit | | $0.00 | $0.00 |

Interest Rate Summary

| Date | Rate |
|---|---|
| | 0.00% |

Account Summary

Previous Statement Date: 03/21/2023

| Beginning Balance + | Deposits + | Interest Paid - | Withdrawals - | Service Charge = | Ending Balance |
|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Avg Stmt Available Bal $0.00

Minimum Balance $0.00

Summary of Deposit Accounts

| TYPE OF ACCOUNT | ACCOUNT | BALANCE | INT-RATE% | YTD-INT | YTD-PENALTY | MATURITY |
|---|---|---|---|---|---|---|
| Checking | [redacted]9766 | $0.00 | 0.00000% | $0.00 | | |

**Take advantage of this great rate! A Flushing Bank 15 Month Consumer CD is now earning 4.60% APY (Annual Percentage Yield). With a minimum deposit of $1,000 you can start earning one of the most competitive rates around. A penalty may be imposed for early withdrawal on CDs. Rate is effective as of 1/27/23 and is subject to change without notice. Open a 15 Month Flushing Bank Consumer CD today and start earning more!**

FLUSHING Bank

# STATEMENT of ACCOUNT

800.581.2889 (855.540.2274 TTY/TDD)

189 SUNRISE HWY AUTO LLC DBA SUNRISE AUTO OUTLET
189 SUNRISE HWY
AMITYVILLE NY 11701-2509

Statement Begin Date: 04/01/2023
Statement End Date: 04/30/2023
Account Number: [redacted]9766

Printable Version Save as PDF

CASH MANAGEMENT [redacted]9766

Download: OFX QIF CSV

All Transactions by Date

| Date | Description | Withdrawal / Debit (-) | Deposit / Credit (+) | Balance |
|---|---|---|---|---|
| 03/31 | Balance Forward | | | $0.00 |
| 04/10 | Deposit | | $5,500.00 | $5,500.00 |
| 04/15 | Deposit | | $6,100.00 | $11,600.00 |
| 04/28 | Deposit | | $16,000.00 | $27,600.00 |
| 04/28 | Deposit | | $26,500.00 | $54,100.00 |

Interest Rate Summary

| Date | Rate |
|---|---|
| | 0.00% |

Account Summary

Previous Statement Date: 03/31/2023

| Beginning Balance + | Deposits + | Interest Paid - | Withdrawals - | Service Charge = | Ending Balance |
|---|---|---|---|---|---|
| $0.00 | $54,100.00 | $0.00 | $0.00 | $0.00 | $54,100.00 |

Avg Stmt Available Bal $11,353.33

Minimum Balance $0.00

Summary of Deposit Accounts

| TYPE OF ACCOUNT | ACCOUNT | BALANCE | INT-RATE% | YTD-INT | YTD-PENALTY | MATURITY |
|---|---|---|---|---|---|---|
| Checking | [redacted]9766 | $54,100.00 | 0.00000% | $0.00 | | |

**Updated Account Terms and Conditions are now available on the Flushing Bank website. Please visit FlushingBank.com.**

TKT-BUSDT-0315 Rev. 03/22

DEPOSIT TICKET
**FLUSHING** Bank

FOR 189 SUNRISE HWY

DATE 4/10/22

*DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL*

CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE OR ANY APPLICABLE COLLECTION AGREEMENT

BLANKENSHIP
DL 983772128

| | DOLLARS | CENTS |
|---|---|---|
| CURRENCY | 5500 | — |
| COIN | | |
| CHECKS 1–21 | | |
| TOTAL | 5500.00 | |

PLEASE RE-ENTER TOTAL BELOW

ACCOUNT NUMBER
* [redacted]9766 $ 5500.—

WHITE COPY: BANKER YELLOW COPY: CUSTOMER

⑆501104741⑆ 20

Date:04/10/2023 Account:[redacted]9766 Amount:$5,500.00 Serial:0 Sequence:41238520 TR:501104748 TranCode:20 InstID:15 DbCr:C Pattern:10

TOTAL MUST BE ENTERED ON FRONT SIDE

CHECKS LIST SINGLY

TOTAL

3:50 pm 017 2648 NDMD+ 96

T 229766 AMOUNT: NEW BALANCE: $5,500.00

CURRENCY COUNT - FOR FINANCIAL INSTITUTION USE ONLY

| x 1 | x 2 | x 5 | x 10 | x 20 | x 50 | x 100 |
|---|---|---|---|---|---|---|
| | | | | | | |

$ DOLLARS CENTS

041023 066700000057224>226070474< Flushing 0132

NEW BALANCE:
AMOUNT: [redacted]9766 ACCOUNT #
TO POST DEPOSIT
$5,500.00

96 NDMD+ 3:50 pm 017 2648 4/10/23

TKT-CASIN-0313 Rev. 05/17

# CASH IN TICKET

**VALIDATE ON BACK ONLY**

BRANCH / BANKER 17/2648

AMOUNT $ 5500.00

Date:04/10/2023 Account:[redacted]2648 Amount:$5,500.00 Serial:0 Sequence:41238530 TR:503604740 TranCode:77 InstID:15 DbCr:D Pattern:10

041023 06670000057225>226070474< Flushing 0132

TKT-BUSDT-0315 Rev. 03/22

DEPOSIT TICKET

**FLUSHING** Bank

FOR 189 Sunrise Hwy

DATE 4/15

*DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL*

*CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE OR ANY APPLICABLE COLLECTION AGREEMENT.*

| | DOLLARS | CENTS |
|---|---|---|
| CURRENCY | 6100 | 1 |
| COIN | | |
| CHECKS | | |
| 1–21 | | |
| TOTAL | 6100.60 | |

PLEASE RE-ENTER TOTAL BELOW

ACCOUNT NUMBER

✱ [redacted]9766 $ 6100.00

WHITE COPY: BANKER YELLOW COPY: CUSTOMER

⑆501104740⑆ 20

Date:04/17/2023 Account [redacted]9766 Amount:$6,100.00 Serial:0 Sequence:41491680 TR:501104740 TranCode:20 InstID:15 DbCr:C Pattern:10

TOTAL MUST BE ENTERED ON FRONT SIDE

4
04/17/23 11:51 025 2708 NDMB 83
MEMO POST DEPOSIT
ACCOUNT # [redacted]9766
AMOUNT: $6,100.00
NEW BALANCE:

041723 067500000028630>226070474< Flushing 0015

CHECKS LIST SINGLY

TOTAL

DOLLARS

CENTS

CURRENCY COUNT - FOR FINANCIAL INSTITUTION USE ONLY

| X 1 | X 2 | X 5 | X 10 | X 20 | X 50 | X 100 |
|---|---|---|---|---|---|---|
| $ | | | | | | |

TKT-CASIN-0313 Rev. 05/17

# CASH IN TICKET

**VALIDATE ON BACK ONLY**

BRANCH / BANKER

[redacted] 2708

AMOUNT

$ 6,100.00

⑆5036⑈0474

Date:04/17/2023 Accoun[redacted]2708 Amount:$6,100.00 Serial:0 Sequence:41491690 TR:503604740 TranCode:77 InstID:15 DbCr:D Pattern:10

CASH IN: $6,100.00

04/15/2023 11:51 am 025 2708 83

041723 0675000002863 1>226070474< Flushing 0015

ND 9990229766

TKT-BUSDT-0315 Rev. 03/22

DEPOSIT TICKET
**FLUSHING** Bank

FOR 189 SUNRISE HWY AUTO

DATE 04/28/23

*DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL*

CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE OR ANY APPLICABLE COLLECTION AGREEMENT

| | DOLLARS | CENTS |
|---|---|---|
| CURRENCY | 26500 | — |
| COIN | | |
| CHECKS | | |
| 1–21 | | |
| TOTAL | 26,500 | — |

PLEASE RE-ENTER TOTAL BELOW

Conductor. Anthony Deo

ACCOUNT NUMBER [redacted]9766 $ 26500.—

WHITE COPY: BANKER YELLOW COPY: CUSTOMER

⑆5011⑈0474⑆ 20

Date:04/28/2023 Account:[redacted]9766 Amount:$26,500.00 Serial:0 Sequence:41812370 TR:501104740 TranCode:20 InstID:15 DbCr:C Pattern:10

TOTAL MUST BE ENTERED ON FRONT SIDE

CHECKS LIST SINGLY

TOTAL

4:31 pm 005 2796

DEPOSIT [redacted]9766 AMOUNT: $ 26,000.00 NEW BALANCE:

CURRENCY COUNT - FOR FINANCIAL INSTITUTION USE ONLY

X 1 X 2 X 5 X 10 X 20 X 50 X 100 $ DOLLARS CENTS

042823 06550000110346>226070474< Flushing 0129

MEMO POST DEPOSIT
ACCOUNT # 9990229766 AMOUNT: $26,500.00
NEW BALANCE:

04/28/23 4:39 pm 005 2796 NDMP+ - 23

TKT-CASIN-0313 Rev. 05/17

# CASH IN TICKET

**VALIDATE ON BACK ONLY**

BRANCH / BANKER

[redacted]2796

AMOUNT

$ 26,500.

⑆5036⑈0474

Date:04/28/2023 Account[redacted]2796 Amount:$26,500.00 Serial:0 Sequence:41812380 TR:503604740 TranCode:77 InstID:15 DbCr:D Pattern:10

CASH IN: $26,500.00

04/28/2023 4:39 pm 005 2796 33

042823 065500001103477>2260704747< Flushing 0129

ND 9990229766

FLUSHING Bank

# STATEMENT of ACCOUNT

800.581.2889 (855.540.2274 TTY/TDD)

189 SUNRISE HWY AUTO LLC DBA SUNRISE AUTO OUTLET
189 SUNRISE HWY
AMITYVILLE NY 11701-2509

Statement Begin Date: 05/01/2023
Statement End Date: 05/31/2023
Account Number: [redacted]9766

Printable Version Save as PDF

CASH MANAGEMENT [redacted]9766

Download: OFX QIF CSV

All Transactions by Date

| Date | Description | Withdrawal / Debit (-) | Deposit / Credit (+) | Balance |
|---|---|---|---|---|
| 04/30 | Balance Forward | | | $54,100.00 |
| 05/02 | TRANSFER TO CK XXXXXXXX8362 | $35,000.00- | | $19,100.00 |
| 05/03 | Deposit adjustment 4.28.23 | $16,000.00- | | $3,100.00 |
| 05/05 | Deposit | | $4,764.00 | $7,864.00 |
| 05/13 | Deposit | | $11,003.00 | $18,867.00 |
| 05/15 | TRANSFER TO CK XXXXXXXX8362 | $15,000.00- | | $3,867.00 |
| 05/18 | Deposit | | $8,500.00 | $12,367.00 |
| 05/23 | Deposit | | $12,860.00 | $25,227.00 |
| 05/29 | TRANSFER TO CK XXXXXXXX8362 | $20,000.00- | | $5,227.00 |

Interest Rate Summary

| Date | Rate |
|---|---|
| | 0.00% |

Account Summary

Previous Statement Date: 04/30/2023

| Beginning Balance + | Deposits + | Interest Paid - | Withdrawals - | Service Charge = | Ending Balance |
|---|---|---|---|---|---|
| $54,100.00 | $37,127.00 | $0.00 | $86,000.00 | $0.00 | $5,227.00 |

Avg Stmt Available Bal $13,565.32

Minimum Balance $3,100.00

Summary of Deposit Accounts

| TYPE OF ACCOUNT | ACCOUNT | BALANCE | INT-RATE% | YTD-INT | YTD-PENALTY | MATURITY |
|---|---|---|---|---|---|---|
| Checking | [redacted]9766 | $5,227.00 | 0.00000% | $0.00 | | |

TKT-BUSDT-0315 Rev. 03/22

DEPOSIT TICKET

**FLUSHING** Bank

FOR 189 SUNRISE HWY AUTO

DATE 5/5/23

*DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL*

*CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE OR ANY APPLICABLE COLLECTION AGREEMENT*

| | DOLLARS | CENTS |
|---|---|---|
| CURRENCY | 4764 | — |
| COIN | | |
| CHECKS | | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| TOTAL | 4764 | — |

PLEASE RE-ENTER TOTAL BELOW

ACCOUNT NUMBER

* [redacted] 9766 $ 4764.—

WHITE COPY: BANKER YELLOW COPY: CUSTOMER

⑆501104740⑆ 20

Date:05/05/2023 Account [redacted] 9766 Amount:$4,764.00 Serial:0 Sequence:90143970 TR:501104740 TranCode:20 InstID:15 DbCr:C Pattern:10

TOTAL MUST BE ENTERED ON FRONT SIDE

05/05/23 3:57 pm 97 NDMD+ 70

MEMO POST DEPOSIT

ACCOUNT # [redacted] 9766 AMOUNT $ 764.10

NEW BALANCE:

050523 0655000011274>226070474< Flushing 0082

CHECKS: LIST SINGLY

TOTAL $

DOLLARS CENTS

CURRENCY COUNT - FOR FINANCIAL INSTITUTION USE ONLY

| X 1 | X 2 | X 5 | X 10 | X 20 | X 50 | X 100 |
|---|---|---|---|---|---|---|
| | | | | | | |

TKT-CASIN-0313 Rev. 05/17

# CASH IN TICKET

**VALIDATE ON BACK ONLY**

| BRANCH / BANKER | | AMOUNT |
|---|---|---|
| 5/974 | $ | 4,764.00 |

⑆5036⑈0474

Date:05/05/2023 Account:50974 Amount:$4,764.00 Serial:0 Sequence:90143980 TR:503604740 TranCode:77 InstID:15 DbCr:D Pattern:10

050523 06550000111275>226070474< Flushing 0082

ND [redacted] 9766

05/05/2023 3:57 pm 005 974 70

CASH IN: $4,764.00

TKT-BUSDT-0315 Rev. 03/22

DEPOSIT TICKET

**FLUSHING** Bank

FOR 189 SUNRISE HWY/ AUTO

DATE 05/13/2023

*DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL*

CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE OR ANY APPLICABLE COLLECTION AGREEMENT

Anthony Deo Contractor

| | DOLLARS | CENTS |
|---|---|---|
| CURRENCY | 11003 | — |
| COIN | | |
| CHECKS | | |
| TOTAL | 11003 | — |

PLEASE RE-ENTER TOTAL BELOW

ACCOUNT NUMBER

* [redacted] 9766 $ 11 003.

WHITE COPY: BANKER YELLOW COPY: CUSTOMER

⑆501104741⑆ 20

Date:05/15/2023 Account:[redacted]9766 Amount:$11,003.00 Serial:0 Sequence:42410970 TR:501104740 TranCode:20 InstID:15 DbCr:C Pattern:10

TOTAL MUST BE ENTERED ON FRONT SIDE

4
05/15/23 11:53 am 05 2796 NDMD+ 41
MEMO POST DEPOSIT
ACCOUNT # 9990229766 AMOUNT: $11,003.00
NEW BALANCE:

051523 005500000112292⁄226070474< Flushing 0010

CHECKS LIST SINGLY TOTAL $ DOLLARS CENTS

CURRENCY COUNT - FOR FINANCIAL INSTITUTION USE ONLY
X 1 X 2 X 5 X 10 X 20 X 50 X 100

TKT-CASIN-0313 Rev. 05/17

# CASH IN TICKET

**VALIDATE ON BACK ONLY**

BRANCH / BANKER [redacted]2796

AMOUNT $ 11003.

⑆5036⑈0474

Date:05/15/2023 Account:[redacted]2796 Amount:$11,003.00 Serial:0 Sequence:42410980 TR:503604740 TranCode:77 InstID:15 DbCr:D Pattern:10

CASH IN: $11,003.00
.00

051523 065500000711 22933 22000704241 Flushing 0010

05/13/2023 11:53 am 005 2796 41

ND [redacted]9766

TKT-BUSDT-0315 Rev. 03/22

DEPOSIT TICKET

**FLUSHING** Bank

FOR 189 SUNRISE HWY AUTO

DATE 5/18/23

*DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL*

CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE OR ANY APPLICABLE COLLECTION AGREEMENT.

| | DOLLARS | CENTS |
|---|---|---|
| CURRENCY | 8500 | — |
| COIN | | |
| CHECKS 1–21 | | |
| TOTAL | 8500 | |

PLEASE RE-ENTER TOTAL BELOW

ACCOUNT NUMBER

Conductor: Anthony Deo

* [redacted] 9766 $ 8500.

WHITE COPY: BANKER YELLOW COPY: CUSTOMER

⑆501104740⑆ 20

Date:05/18/2023 Account:[redacted]9766 Amount:$8,500.00 Serial:0 Sequence:90541070 TR:501104740 TranCode:20 InstID:15 DbCr:C Pattern:10

TOTAL MUST BE ENTERED ON FRONT SIDE

CHECKS LIST SINGLY

051823 06550000112847 226070474 Flushing 0025

05/18/23 2:40 pm 005 2581 NDMP+ 210
4

MEMO POST DEPOSIT
ACCOUNT # [redacted] 9766 AMOUNT: $8,500.00
NEW BALANCE:

| CURRENCY COUNT - FOR FINANCIAL INSTITUTION USE ONLY | DOLLARS | CENTS |
|---|---|---|
| X 100 | | |
| X 50 | | |
| X 20 | | |
| X 10 | | |
| X 5 | | |
| X 2 | | |
| X 1 | | |
| TOTAL | $ | |

TKT-CASIN-0313 Rev. 05/17

# CASH IN TICKET

**VALIDATE ON BACK ONLY**

| BRANCH / BANKER | | AMOUNT |
|---|---|---|
| [redacted] 2581. | $ , | 8500 . — |

⑆5036⑈0474

Date:05/18/2023 Account[redacted]2581 Amount:$8,500.00 Serial:0 Sequence:90541080 TR:503604740 TranCode:77 InstID:15 DbCr:D Pattern:10

051823 0655000011 2848>226070474< Flushing 0025

CASH IN: $8,500.00

05/18/2023 2:40 pm 005 2581 210

ND [redacted]9766

TKT-BUSDT-0315 Rev. 03/22

DEPOSIT TICKET

**FLUSHING** Bank

FOR 199 SUNRISE HWY AUTO

DATE 5/23/23

*DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL*

CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE OR ANY APPLICABLE COLLECTION AGREEMENT

| | DOLLARS | CENTS |
|---|---|---|
| CURRENCY | 12860 | — |
| COIN | | |
| CHECKS | | |
| 1–21 | | |
| TOTAL | 12 860 | — |

PLEASE RE-ENTER TOTAL BELOW

ACCOUNT NUMBER

[redacted]9766 $ 12860.—

WHITE COPY: BANKER YELLOW COPY: CUSTOMER

⑆501104740⑆ 20

Date:05/23/2023 Account:[redacted]9766 Amount:$12,860.00 Serial:0 Sequence:90741410 TR:501104740 TranCode:20 InstID:15 DbCr:C Pattern:10

TOTAL MUST BE ENTERED ON FRONT SIDE

CASH IN: $12860.00

CHECKS LIST SINGLY

TOTAL

052323 065500001135 89>226070474 05/23/2023 2:17 pm Flushing 0040 005 2796 55

ND [redacted]9766

DOLLARS

CENTS

CURRENCY COUNT - FOR FINANCIAL INSTITUTION USE ONLY

X 1 | X 2 | X 5 | X 10 | X 20 | X 50 | X 100

$

TKT-CASIN-0313 Rev. 05/17

# CASH IN TICKET

**VALIDATE ON BACK ONLY**

BRANCH / BANKER: [redacted]2796

AMOUNT: $ , 12860.00

⑆5036⑈0474

Date:05/23/2023 Account:[redacted]2796 Amount:$12,860.00 Serial:0 Sequence:90741420 TR:503604740 TranCode:77 InstID:15 DbCr:D Pattern:10

4
05/23/23 2:17 pm 005 2796 NDMD+ 53

MEMO POST DEPOSIT
ACCOUNT # [redacted]9766 AMOUNT: $12,860.00
NEW BALANCE:

052323 065500000113590>226070474< Flushing 0040

FLUSHING Bank

# STATEMENT of ACCOUNT

800.581.2889 (855.540.2274 TTY/TDD)

189 SUNRISE HWY AUTO LLC DBA SUNRISE AUTO OUTLET
189 SUNRISE HWY
AMITYVILLE NY 11701-2509

Statement Begin Date: 06/01/2023
Statement End Date: 06/30/2023
Account Number: [redacted]9766

Printable Version Save as PDF

CASH MANAGEMENT [redacted]9766

Download: OFX QIF CSV

All Transactions by Date

| Date | Description | Withdrawal / Debit (-) | Deposit / Credit (+) | Balance |
|---|---|---|---|---|
| 05/31 | Balance Forward | | | $5,227.00 |
| 06/05 | TRANSFER TO CK XXXXXXXX8362 | $5,000.00- | | $227.00 |
| 06/10 | Deposit | | $4,300.00 | $4,527.00 |
| 06/12 | TRANSFER TO CK XXXXXXXX8362 | $4,000.00- | | $527.00 |
| 06/13 | Deposit | | $9,000.00 | $9,527.00 |
| 06/14 | TRANSFER TO CK XXXXXXXX8362 | $9,000.00- | | $527.00 |
| 06/15 | Deposit | | $5,500.00 | $6,027.00 |
| 06/20 | Deposit | | $5,697.00 | $11,724.00 |
| 06/27 | Deposit | | $12,000.00 | $23,724.00 |
| 06/28 | TRANSFER TO CK XXXXXXXX8362 | $20,000.00- | | $3,724.00 |

Interest Rate Summary

| Date | Rate |
|---|---|
| | 0.00% |

Account Summary

Previous Statement Date: 05/31/2023

| Beginning Balance + | Deposits + | Interest Paid - | Withdrawals - | Service Charge = | Ending Balance |
|---|---|---|---|---|---|
| $5,227.00 | $36,497.00 | $0.00 | $38,000.00 | $0.00 | $3,724.00 |

Avg Stmt Available Bal $6,292.56

Minimum Balance $227.00

Summary of Deposit Accounts

| TYPE OF ACCOUNT | ACCOUNT | BALANCE | INT-RATE% | YTD-INT | YTD-PENALTY | MATURITY |
|---|---|---|---|---|---|---|
| Checking | [redacted]9766 | $3,724.00 | 0.00000% | $0.00 | | |

TKT-BUSDT-0315 Rev. 03/22

DEPOSIT TICKET

**FLUSHING** Bank

FOR 189 SUNRISE HWY AUTO

DATE 06/10/23

*DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL*

*CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE OR ANY APPLICABLE COLLECTION AGREEMENT*

| | DOLLARS | CENTS |
|---|---|---|
| CURRENCY | 4300 | — |
| COIN | | |
| CHECKS 1–21 | | |
| TOTAL | 4300 | — |

PLEASE RE-ENTER TOTAL BELOW

ACCOUNT NUMBER

[redacted]9766 $ 4300.—

WHITE COPY: BANKER YELLOW COPY: CUSTOMER

⑆501104740⑆ 20

Date:06/12/2023 Account:[redacted]9766 Amount:$4,300.00 Serial:0 Sequence:43272550 TR:501104740 TranCode:20 InstID:15 DbCr:C Pattern:10

CURRENCY COUNT - FOR FINANCIAL INSTITUTION USE ONLY

X 100 / X 50 / X 20 / X 10 / X 5 / X 2 / X 1

TOTAL $

DOLLARS CENTS

CHECKS LIST SINGLY

TOTAL MUST BE ENTERED ON FRONT SIDE

TKT-CASIN-0313 Rev. 05/17

# CASH IN TICKET

**VALIDATE ON BACK ONLY**

BRANCH / BANKER

[redacted]2581

AMOUNT

$ 4,300.—

⑆5036⑈0474

Date:06/12/2023 Account:[redacted]2581 Amount:$4,300.00 Serial:0 Sequence:43272560 TR:503604740 TranCode:77 InstID:15 DbCr:D Pattern:10

ND [redacted]9766

06/10/2023 12:02 pm 005 2581 46

CASH IN: $4,300.00

TKT-BUSDT-0315 Rev. 03/22

DEPOSIT TICKET

**FLUSHING** Bank

FOR 189 SUNRISE Hwy AUTO

DATE 6/13/23

*DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL*

*CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE OR ANY APPLICABLE COLLECTION AGREEMENT*

| | DOLLARS | CENTS |
|---|---|---|
| CURRENCY | 9000 | — |
| COIN | | |
| CHECKS | | |
| 1–21 | | |
| TOTAL | 9000 | |

PLEASE RE-ENTER TOTAL BELOW

ACCOUNT NUMBER

[redacted]9766

$ 9000.—

WHITE COPY: BANKER YELLOW COPY: CUSTOMER

⑆501104740⑆ 20

Date:06/13/2023 Account[redacted]9766 Amount:$9,000.00 Serial:0 Sequence:91537080 TR:501104740 TranCode:20 InstID:15 DbCr:C Pattern:10

TOTAL MUST BE ENTERED ON FRONT SIDE

CHECKS LIST SINGLY

| CURRENCY COUNT - FOR FINANCIAL INSTITUTION USE ONLY | DOLLARS | CENTS |
|---|---|---|
| X 1 | | |
| X 2 | | |
| X 5 | | |
| X 10 | | |
| X 20 | | |
| X 50 | | |
| X 100 | | |
| TOTAL $ | | |

06/13/23 2:25 pm 005 166 MEMO POST DEPOSIT ACCOUNT # [redacted]9766 AMOUNT: NEW BALANCE: $9,000.00

TKT-CASIN-0313 Rev. 05/17

CASH IN TICKET

**VALIDATE ON BACK ONLY**

BRANCH / BANKER

51 / 1669

AMOUNT

$ 9,000.00

⑆5036⑈0474

Date:06/13/2023 Account:[redacted]1669 Amount:$9,000.00 Serial:0 Sequence:91537090 TR:503604740 TranCode:77 InstID:15 DbCr:D Pattern:10

CASH IN: $9,000.00

06/13/2023 2:35 pm 005 1669 36

ND [redacted]9766

TKT-BUSDT-0315 Rev. 03/22

DEPOSIT TICKET

**FLUSHING**
Bank

FOR 189 SUNRISE HWY AUTO

DATE 6/15/23

*DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL*

*CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE OR ANY APPLICABLE COLLECTION AGREEMENT*

| | DOLLARS | CENTS |
|---|---|---|
| CURRENCY | 5500 | — |
| COIN | | |
| CHECKS | | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| TOTAL | 5500 | — |

PLEASE RE-ENTER TOTAL BELOW

ACCOUNT NUMBER

* [redacted] 9766 $ 5500.—

WHITE COPY: BANKER YELLOW COPY: CUSTOMER

⑆501104740⑆ 20

Date:06/15/2023 Account [redacted] 9766 Amount:$5,500.00 Serial:0 Sequence:43456880 TR:501104740 TranCode:20 InstID:15 DbCr:C Pattern:10

TOTAL MUST BE ENTERED ON FRONT SIDE

06/15/23 :28 pm 3 974 25

MEMO POST DEPOSIT

ACCOUNT # [redacted] 9766 AMOUNT $ 5,500.00

NEW BALANCE

CHECKS: LIST SINGLY

TOTAL $

DOLLARS

CENTS

CURRENCY COUNT - FOR FINANCIAL INSTITUTION USE ONLY

| X 1 | X 2 | X 5 | X 10 | X 20 | X 50 | X 100 |
|---|---|---|---|---|---|---|
| | | | | | | |

TKT-CASIN-0313 Rev. 05/17

# CASH IN TICKET

**VALIDATE ON BACK ONLY**

BRANCH / BANKER

50974

AMOUNT

$ 5,500.00

⑆5036⑈0474

Date:06/15/2023 Account:50974 Amount:$5,500.00 Serial:0 Sequence:43456890 TR:503604740 TranCode:77 InstID:15 DbCr:D Pattern:10

CASH IN: $5,500.00

06/15/2023 1:28 pm 005 974 25

ND [redacted]9766

DEPOSIT TICKET

**FLUSHING** Bank

TKT-BUSDT-0315 Rev 03/22

FOR 189 SUNRISE HWY AUTO

DATE 06/20/23

*DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL*

CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE OR ANY APPLICABLE COLLECTION AGREEMENT

| | DOLLARS | CENTS |
|---|---|---|
| CURRENCY | 5697 | — |
| COIN | | |
| CHECKS 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| TOTAL | 5697 | — |

PLEASE RE-ENTER TOTAL BELOW

ACCOUNT NUMBER

[redacted] 9766 $ 5697.—

WHITE COPY: BANKER YELLOW COPY: CUSTOMER

⑆501104740⑆ 20

Date:06/20/2023 Account:[redacted]9766 Amount:$5,697.00 Serial:0 Sequence:43599270 TR:501104740 TranCode:20 InstID:15 DbCr:C Pattern:10

CURRENCY COUNT - FOR FINANCIAL INSTITUTION USE ONLY

| | DOLLARS | CENTS |
|---|---|---|
| X 100 | | |
| X 50 | | |
| X 20 | | |
| X 10 | | |
| X 5 | | |
| X 2 | | |
| X 1 | | |
| TOTAL | $ | |

CHECKS LIST SINGLY

TOTAL MUST BE ENTERED ON FRONT SIDE

06/20/23 3:06 pm 005 2501 NDMD+ 02

MEMO POST DEPOSIT

ACCOUNT # [redacted]9766 AMOUNT: $5,697.00

NEW BALANCE:

TKT-CASIN-0313 Rev. 05/17

# CASH IN TICKET

**VALIDATE ON BACK ONLY**

BRANCH / BANKER [redacted] 2581

AMOUNT $ 5697.—

⑆5036⑈0474

Date:06/20/2023 Account:[redacted]2581 Amount:$5,697.00 Serial:0 Sequence:43599280 TR:503604740 TranCode:77 InstID:15 DbCr:D Pattern:10

CASH IN: $5,697.00

06/20/2023 3:06 pm 005 2581 92

ND [redacted]9766

TKT-BUSDT-0315 Rev. 03/22

DEPOSIT TICKET

**FLUSHING** Bank

FOR 189 SUNRISE HWY AUTO

DATE 06/27/23

*DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL*

CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE OR ANY APPLICABLE COLLECTION AGREEMENT

| | DOLLARS | CENTS |
|---|---|---|
| CURRENCY | 12000 | — |
| COIN | | |
| CHECKS | | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| TOTAL | 12,000 | — |

PLEASE RE-ENTER TOTAL BELOW

ACCOUNT NUMBER

[redacted]9766 $ 12000.—

WHITE COPY: BANKER YELLOW COPY: CUSTOMER

⑆501104740⑆ 20

Date:06/27/2023 Account:[redacted]9766 Amount:$12,000.00 Serial:0 Sequence:91843440 TR:501104740 TranCode:20 InstID:15 DbCr:C Pattern:10

TOTAL MUST BE ENTERED ON FRONT SIDE

CHECKS LIST SINGLY

DOLLARS CENTS

| TOTAL | |
|---|---|
| X 1 | |
| X 2 | |
| X 5 | |
| X 10 | |
| X 20 | |
| X 50 | |
| X 100 | |
| $ | |

CURRENCY COUNT - FOR FINANCIAL INSTITUTION USE ONLY

MEMO POST DEPOSIT

ACCOUNT # [redacted] AMOUNT: $12,000.00

NEW BALANCE:

06/27/23 1:23 pm 005 974 NCMD+ 19

TKT-CASIN-0313 Rev. 05/17

# CASH IN TICKET

**VALIDATE ON BACK ONLY**

BRANCH / BANKER

5/974

AMOUNT

$ , 12,000.00

⑆5036⑈0474

Date:06/27/2023 Account[redacted]0974 Amount:$12,000.00 Serial:0 Sequence:91843450 TR:503604740 TranCode:77 InstID:15 DbCr:D Pattern:10

CASH IN: $12,000.00

06/27/2023 1:23 pm 008 974 19

ID [redacted]9766

FLUSHING Bank

# STATEMENT of ACCOUNT

800.581.2889 (855.540.2274 TTY/TDD)

189 SUNRISE HWY AUTO LLC DBA SUNRISE AUTO OUTLET
189 SUNRISE HWY
AMITYVILLE NY 11701-2509

Statement Begin Date: 07/01/2023
Statement End Date: 07/31/2023
Account Number: [redacted]9766

Printable Version Save as PDF

CASH MANAGEMENT [redacted]9766

Download: OFX QIF CSV

All Transactions by Date

| Date | Description | Withdrawal / Debit (-) | Deposit / Credit (+) | Balance |
|---|---|---|---|---|
| 06/30 | Balance Forward | | | $3,724.00 |
| 07/06 | Deposit | | $7,000.00 | $10,724.00 |
| 07/07 | TRANSFER TO CK XXXXXXXX8362 | $10,000.00- | | $724.00 |
| 07/25 | TRANSFER TO CK XXXXXXXX8626 | $250.00- | | $474.00 |

Interest Rate Summary

| Date | Rate |
|---|---|
| | 0.00% |

Account Summary

Previous Statement Date: 06/30/2023

| Beginning Balance + | Deposits + | Interest Paid - | Withdrawals - | Service Charge = | Ending Balance |
|---|---|---|---|---|---|
| $3,724.00 | $7,000.00 | $0.00 | $10,250.00 | $0.00 | $474.00 |

Avg Stmt Available Bal $1,474.00

Minimum Balance $474.00

Summary of Deposit Accounts

| TYPE OF ACCOUNT | ACCOUNT | BALANCE | INT-RATE% | YTD-INT | YTD-PENALTY | MATURITY |
|---|---|---|---|---|---|---|
| Checking | [redacted]9766 | $474.00 | 0.00000% | $0.00 | | |

**Take advantage of this great rate! A Flushing Bank 12 Month Consumer CD is now earning 5.00% APY (Annual Percentage Yield). With a minimum deposit of $1,000 you can start earning one of the most competitive rates around. A penalty may be imposed for early withdrawal on CDs. Rate is effective as of 6/28/23 and is subject to**

TKT-BUSDT-0315 Rev. 03/22

DEPOSIT TICKET

**FLUSHING** Bank

FOR 189 SUNRISE HWY AUTO

DATE 7/6/23

*DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL*

*CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE OR ANY APPLICABLE COLLECTION AGREEMENT*

Conductor Anthony Deo

| | DOLLARS | CENTS |
|---|---|---|
| CURRENCY | 7000 | — |
| COIN | | |
| CHECKS | | |
| 1–21 | | |
| TOTAL | 7000 | — |

PLEASE RE-ENTER TOTAL BELOW

ACCOUNT NUMBER

* [redacted]9766 $ 7000.—

WHITE COPY: BANKER YELLOW COPY: CUSTOMER

⑆501104740⑆ 20

Date:07/06/2023 Account [redacted]9766 Amount:$7,000.00 Serial:0 Sequence:92146540 TR:501104740 TranCode:20 InstID:15 DbCr:C Pattern:10

TOTAL MUST BE ENTERED ON FRONT SIDE

4
07/06/23 11:31 am
MEMO POST DEPOSIT
ACCOUNT # [redacted]97?6 AMOUNT: ,000.00
NEW BALANCE

CHECKS: LIST SINGLY

TOTAL $

DOLLARS CENTS

CURRENCY COUNT - FOR FINANCIAL INSTITUTION USE ONLY

X 1 | X 2 | X 5 | X 10 | X 20 | X 50 | X 100

TKT-CASIN-0313 Rev. 05/17

# CASH IN TICKET

**VALIDATE ON BACK ONLY**

BRANCH / BANKER [redacted]204

AMOUNT $ 7,000.00

⑆5036⑈0474

Date:07/06/2023 Account:52204 Amount:$7,000.00 Serial:0 Sequence:92146550 TR:503604740 TranCode:77 InstID:15 DbCr:D Pattern:10

ND [redacted]9766

07/06/2023 11:21 am 005 2204 31

CASH IN: $7,000.00

FLUSHING Bank

# STATEMENT of ACCOUNT

800.581.2889 (855.540.2274 TTY/TDD)

189 SUNRISE HWY AUTO LLC DBA SUNRISE AUTO OUTLET
189 SUNRISE HWY
AMITYVILLE NY 11701-2509

Statement Begin Date: 08/01/2023
Statement End Date: 08/31/2023
Account Number: [redacted]9766

Printable Version Save as PDF

CASH MANAGEMENT [redacted]9766

Download: OFX QIF CSV

All Transactions by Date

| Date | Description | Withdrawal / Debit (-) | Deposit / Credit (+) | Balance |
|---|---|---|---|---|
| 07/31 | Balance Forward | | | $474.00 |
| 08/09 | TRANSFER TO CK XXXXXXXX8362 | $400.00- | | $74.00 |

Interest Rate Summary

| Date | Rate |
|---|---|
| | 0.00% |

Account Summary

Previous Statement Date: 07/31/2023

| Beginning Balance + | Deposits + | Interest Paid - | Withdrawals - | Service Charge = | Ending Balance |
|---|---|---|---|---|---|
| $474.00 | $0.00 | $0.00 | $400.00 | $0.00 | $74.00 |

Avg Stmt Available Bal $177.22

Minimum Balance $74.00

Summary of Deposit Accounts

| TYPE OF ACCOUNT | ACCOUNT | BALANCE | INT-RATE% | YTD-INT | YTD-PENALTY | MATURITY |
|---|---|---|---|---|---|---|
| Checking | [redacted]9766 | $74.00 | 0.00000% | $0.00 | | |

**Fight back against identity theft.**
**Deter. Detect. Defend.**
**Never leave your purse or wallet unattended and never carry your PINs and any other passwords in your wallet!**
**For more information visit FlushingBank.com or ftc.gov/idtheft**