SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU
----------------------------------------------------------------------X

BRIAN CHABRIER, INDIVIDUALLY AND AS A MEMBER OF NORTHSHORE MOTOR LEASING, LLC, SUING ON BEHALF OF HIMSELF AND ALL OTHER MEMBERS OF NORTHSHORE MOTOR LEASING, LLC SIMILARLY SITUATED AND IN THE RIGHT OF NORTHSHORE MOTOR LEASING, LLC; JOSHUA AARONSON, AS A MEMBER OF 189 SUNRISE HWY AUTO, LLC, SUING ON BEHALF OF HIMSELF AND ALL OTHER MEMBERS OF 189 SUNRISE HWY AUTO, LLC SIMILARLY SITUATED, JORY BARON, 1581 HYLAN BLVD AUTO LLC, 1580 HYLAN BLVD AUTO LLC, 1591 HYLAN BLVD AUTO LLC, 1632 HYLAN BLVD AUTO LLC, 1239 HYLAN BLVD AUTO LLC, 2519 HYLAN BLVD AUTO LLC, 76 FISK STREET REALTY LLC, 446 ROUTE 23 AUTO LLC, ISLAND AUTO MANAGEMENT, LLC,

Index No. 617224/2022

Plaintiffs,

-against-

ANTHONY DEO, NORTHSHORE MOTOR LEASING, LLC, 189 SUNRISE HWY AUTO, LLC, LIBERTAS FUNDING, LLC, HARRY R. THOMASSON, ESQ.,

Defendants.
----------------------------------------------------------------------X

## AFFIDAVIT OF THOMAS JONES, CPA

1. My name is Thomas Jones, and I am a Certified Public Accountant and partner at Jones, Little & Co., CPA's LLP. As such, I have represented Anthony Deo and Sara Deo with respect to their businesses, 189 Sunrise Highway Auto, LLC., and Northshore Motor Leasing, LLC., since early 2021.

2. I submit this Affidavit on behalf of NorthShore Motor Leasing, LLC., and 189 Sunrise Highway Auto, LLC.

3. I prepared the tax returns attached hereto as Exhibit E for both companies at issue. I learned from Anthony Deo that there were "handshake deals" for the Deos to re-obtain Northshore and to purchase 189 Sunrise.

4. Before preparing the returns, and since there was a lack of written, contractual proof, I communicated with Wendy Kwun to confirm my clients' ownership interests.

5. I understood Josh Aronson spoke for Island Auto Group/the Plaintiffs in our communications, and that Wendy Kwun was the Controller for Island Auto Group/the Plaintiffs.

6. I also spoke with Plaintiffs' accounting firm, Citrin Cooperman, to coordinate the preparation of both sides' tax returns amongst the accountants.

7. Wendy Kwun requested returns to be amended to list Anthony Deo as 99% owner of Northshore and 189 Sunrise, along with Sara Deo as 1% owner of both companies. Sara Deo was included in the ownership as a 1% partner due to the possible dissolution of a partnership that can and does occur if there is only one partner in a given partnership.

8. Ms. Kwun and Citrin Cooperman made clear to me that one or more returns would also need to be amended for one or more Plaintiffs herein to reflect the Deos' ownership of the two companies.

9. Attached hereto as Exhibit D are true and accurate copies of emails exchanged between me, Josh Aronson, and Wendy Kwun reflecting confirmation of the Deos' ownership interests in each of the two companies at issue.

10. It was my understanding there was 100% agreement between the above captioned parties and their accountants just last fall that Anthony Deo owns 99% of NorthShore Motor Leasing, LLC., and 189 Sunrise Highway Auto, LLC., and that Sara Deo owns 1% of each company, and that their ownership interests in NorthShore Motor Leasing, LLC., commenced on June 15, 2020, and their ownership interests in 189 Sunrise Highway Auto, LLC., commenced on February 12, 2021.

11. Accordingly, I prepared and filed the attached tax returns for 2021, based upon information received from Josh Aaronson and Wendy Kwun. See exhibits D and E attached hereto.

SIGNED AND SWORN UNDER THE PAINS AND PENALTIES OF PERJURY.

Dated: Wantagh, New York
March 15, 2023

THOMAS JONES, CPA

Sworn before me this 15th
Day of March, 2023

Notary Public

NICHOLAS RYAN OLSEN
Notary Public - State of New York
NO. 01OL6432518
Qualified in Suffolk County
My Commission Expires May 2, 2026