Gmail

Tony Urrutia <tonyu814@gmail.com>

## Lambo Urus / Insurance

3 messages

**Bruce Novicky** <bruce@teamauto.com> Fri, Aug 4, 2023 at 1:48 PM
To: Emanuel Kataev <Emanuel@mllaborlaw.com>, Joseph Fuirita <jfuirita@schiller.law>
Cc: "Tony Urrutia (tonyu814@gmail.com)" <tonyu814@gmail.com>, Alex Kirof <alexkirof@yahoo.com>

Good afternoon,

Upon digging into the missing vehicles, I discovered one of the vehicles was at a body shop. Nobody was aware of which body shop but after some digging I have found all of the information I could.

It looks like Anthony was paid $90k? through possibly Gold Coast?

Then he paid $20k? to the body shop and pocketed the rest

2019 Lamborghini Urus
ZPBUA1ZL3KLA01428

Was in an accident 2/20/23

Anthony made a claim through ZURICH who provides coverage for vehicles floored with NMAC

The claim # is 1310164772
Zurich 877-856-2292
Adjuster
Leslie Vera
402-963-5389
leslia.vera@zurichna.com

The vehicle is at this body shop [redacted]

Autocraft Auto Repair Inc
1765 Bushwick Ave
Brooklyn NY 11207
718-676-1519

Jose H is the contact
646-824-9259

Alex has reached out to Jose and told him he is the POC going forward.

Regards,

**Bruce Novicky**
COO | **Team Auto Group**
Office 860.900.0660
Email bruce@teamauto.com