Document name: Patty Cakes
VSN

FACILITY NUMBER: 7116600 FAC EXP DATE: 08/19
FACILITY TYPE: DLU
FACILITY NAME: UNIVERSAL;EXOTIC
NAME OVERFLOW: AUTOS;INC
STREET: 908 LONG ISLAND AVE
CITY/STATE: DEER PARK NY ZIP CODE: 11729 COUNTY: SUFF
OWNERSHIP TYPE: CORPORATION REGION: 1
CORP/OWNER NAME: ANTHONY;D;DEO
CORP STREET: 4 DARIUS COURT
CORP CITY/STATE: DIX HILLS NY ZIP CODE: 11746

****************************************************************************

BUSINESS TYPE: DLU SIZE: U CONTROL NUMBER: 24119
ISSUE DATE: 09/04/17 EXP DATE: 08/19
GROUP: NON-PARTICIPATING
REQUIREMENTS: K

CASE DE8-93000: COMPLAINT DATE: 07/05/18
CENTRAL OFFICE ACTION: S DATE: 07/05/18 VS #: 800

> MOR

This is to certify that this document is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

Mark J.F. Schroeder

COMMISSIONER OF MOTOR VEHICLES

Document name: Patty Cakes
VSN

```
 CASE DE8-93000:  ** CONTINUED **
     SUSPENSION:  DATE:  07/05/18  ORDER:  001745  DAYS:  999
                  REASON:  930
       ACTIVITY:  AMENDMENT   DATE:  05/01/18  CONTROL NUMBER:  24119   B
 CASE DE8-00845:  PROGRAM AUDIT    DATE:  12/08/17  ACTION:  HR  VS #:  531
         WAIVER:  DATE:  09/11/18  RESULT:  RV
     REVOCATION:  DATE:  10/01/18  ORDER:  003436
                  REASON:  284  284  808  235  235
 CASE DE7-93000:  COMPLAINT          DATE:  10/30/17
                  CENTRAL OFFICE ACTION:  S     DATE:  10/30/17  VS #:  800
     SUSPENSION:  DATE:  10/30/17  ORDER:  002946  DAYS:  999
                  REASON:  930
                  GO DATE:  05/01/18
       ACTIVITY:  RENEWAL     DATE:  09/04/17  CONTROL NUMBER:  24119
       ACTIVITY:  RENEWAL     DATE:  08/19/15  CONTROL NUMBER:  67290
 CASE DE4-05750:  COMPLAINT          DATE:  07/29/14
                  CENTRAL OFFICE ACTION:  F     DATE:  07/30/14  VS #:  048
                  REGIONAL OFFICE ACTION:  NI   DATE:  10/09/14  VS #:  411
                  SETTLEMENT:  VERP      $:  10923
```

> MOR

This is to certify that this document is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

Mark J.F. Schroeder

COMMISSIONER OF MOTOR VEHICLES

Document name: Patty Cakes
VSN

```
  CASE DE4-05750:  ** CONTINUED **
 NOTICE OF INVST:  DATE:  10/24/14  VIOLATION:  244  225  258  239  298
  CASE DE4-05264:  COMPLAINT        DATE:  07/14/14
                   CENTRAL OFFICE ACTION:  F     DATE:  07/17/14  VS #:  048
                   REGIONAL OFFICE ACTION:  NA   DATE:  09/11/14  VS #:  568
                   SETTLEMENT:  REFD      $:  00500
       ACTIVITY:   APPROVED     DATE:  11/21/13  CONTROL NUMBER:  18255
       ACTIVITY:   ORIGINAL     DATE:  09/19/13  CONTROL NUMBER:  18255
 >
```

This is to certify that this document is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

Mark J.F. Schroeder

COMMISSIONER OF MOTOR VEHICLES