```
VSN1
 FACILITY NUMBER:  7116600            FAC EXP DATE:  08/19
   FACILITY TYPE:  DLU
   FACILITY NAME:  UNIVERSAL;EXOTIC
   NAME OVERFLOW:  AUTOS;INC
          STREET:  908 LONG ISLAND AVE
      CITY/STATE:  DEER PARK NY       ZIP CODE:  11729      COUNTY:  SUFF
  OWNERSHIP TYPE:  CORPORATION                              REGION:  1
 CORP/OWNER NAME:  ANTHONY;D;DEO
     CORP STREET:  4 DARIUS COURT
 CORP CITY/STATE:  DIX HILLS NY       ZIP CODE:  11746
***************************************************************************
   BUSINESS TYPE:  DLU  SIZE:  U  CONTROL NUMBER:  24119
                   ISSUE DATE:  09/04/17  EXP DATE:  08/19
                   GROUP:  NON-PARTICIPATING
                       REQUIREMENTS:  A
 CASE DE7-93000:   COMPLAINT        DATE:  10/30/17
                   CENTRAL OFFICE ACTION:  S     DATE:  10/30/17  VS #:  800


> MOR
```

This is to certify that this document is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

Mark J.F. Schroeder

COMMISSIONER OF MOTOR VEHICLES

```
VSN7116600
 FACILITY NUMBER:  7116600          FAC EXP DATE:  08/19
   FACILITY TYPE:  DLU
   FACILITY NAME:  UNIVERSAL;EXOTIC
   NAME OVERFLOW:  AUTOS;INC
          STREET:  908 LONG ISLAND AVE
      CITY/STATE:  DEER PARK NY     ZIP CODE:  11729     COUNTY:  SUFF
  OWNERSHIP TYPE:  CORPORATION                           REGION:  1
 CORP/OWNER NAME:  ANTHONY;D;DEO
     CORP STREET:  4 DARIUS COURT
 CORP CITY/STATE:  DIX HILLS NY     ZIP CODE:  11746
****************************************************************************
   BUSINESS TYPE:  DLU  SIZE:  U  CONTROL NUMBER:  24119
                   ISSUE DATE:  09/04/17  EXP DATE:  08/19
                   GROUP:  NON-PARTICIPATING
                       REQUIREMENTS:  A
 CASE DE7-93000:   COMPLAINT        DATE:  10/30/17
                   CENTRAL OFFICE ACTION:  S     DATE:  10/30/17  VS #:  800
```

> MOR

42

This is to certify that this document is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

COMMISSIONER OF MOTOR VEHICLES

VSN7120672

FACILITY NUMBER: 7120672 FAC EXP DATE: 01/18
FACILITY TYPE: DLU
FACILITY NAME: UEA;PREMIER;MOTORS
NAME OVERFLOW: CORP
STREET: 180 MICHAEL DRIVE
CITY/STATE: SYOSSET NY ZIP CODE: 11791 COUNTY: NASS
OWNERSHIP TYPE: CORPORATION REGION: 1
CORP/OWNER NAME: SARA;RAHMAN
CORP STREET: 4 DARIUS COURT
CORP CITY/STATE: DIX HILLS NY ZIP CODE: 11746

***************************************************************************

BUSINESS TYPE: DLU SIZE: U CONTROL NUMBER: 31152
ISSUE DATE: 02/25/16 EXP DATE: 01/18
GROUP: NON-PARTICIPATING
REQUIREMENTS: A
CASE DE7-14250: COMPLAINT DATE: 10/03/17
CENTRAL OFFICE ACTION: F DATE: 10/03/17 VS #: 050

> MOR

This is to certify that this document is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

Mark J.F. Schroeder

COMMISSIONER OF MOTOR VEHICLES

**STATE OF NEW YORK**
**DEPARTMENT OF MOTOR VEHICLES**
Division of Vehicle Safety Services, PO Box 2700 ESP, Albany, New York 12220

10/14/2014

Universal Exotic Auto Sales Inc
908 Long Island Avenue
Deer Park NY 11729

Facility #: 7116600
Case #: 1DE405264

Asi Cohen
50 Vista Drive
Morganville NJ 07751

As a result of a complaint, an investigation was conducted by this Department and based on the evidence presented, no further departmental action will be taken.

Sincerely,

Ted Perry
Regional Director
1800 Old Walt Whitman Rd
Suite 150
Melville NY 11747
(631) 770-3003

laj

This is to certify that this document is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

Mark J.F. Schroeder

COMMISSIONER OF MOTOR VEHICLES

DEPARTMENT OF MOTOR VEHICLES

Division of Vehicle Safety Services, PO Box 2700 ESP, Albany New York 12220

10/24/2014

Universal Exotic Autos Inc
908 Long Island Avenue
Deer Park NY 11729

FACILITY #: 7116600
CASE #: 1DE405750

RE: Nathan Gittens
Date of Investigation: 08/22/2014

Notice of Investigation

During a recent investigation of your Dealers Registration by a department inspector, the following violations of the Vehicle and Traffic Law and/or the Commissioner's Regulations were observed:

Regulation 78.11(f) If the dealer is to submit the Certificate of Sale and ownership document, he shall submit it within five calendar days after delivery of the vehicle in that on 9/4/14 the facility's owner Mr. Anthony Deo, acknowledged that he did fail to submit the application for registration and title within five days for the 2004 BMW, VIN WBANB33504B1140494 that was sold to Nathan Gittens in February 2014.

Regulation 78.15(c) Failure to inspect vehicle within 30 days of the date of sale in that the facility's owner, Mr. Anthony Deo, acknowledged he did not inspect the 2004 BMW, VIN WBANB33504B114094, that was sold to Nathan Gittens prior to delivery.

V and T Law 417 Falsely certifying that the motor vehicle is in condition and repair to render, under normal use, satisfactory and adequate service upon the public highway at the time of delivery in that on 9/4/14 the facility's owner, Mr. Anthony Deo, acknowledged he had sold a 2004 BMW, VIN WBANB33504B114094, to Nathan Gittens which did not pass a New York State inspection.

Regulation 78.25(a)(1) Failure to properly maintain book of registry in that on 9/4/14 the facility was found to be displaying approximately twenty vehicles which were not recorded in their book of registry.

Regulation 78.20(e) Failure to account for Temporary Certificate of Registration (MV-TCR) in that on 10/02/14 the facility failed to account for the Temporary Certificate of Registration on voided MV-50 number 46568720.

This is to certify that this document is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

Mark J.F. Schroeder

COMMISSIONER OF MOTOR VEHICLES

If you have new or additional information, which would affect the disposition of this case, you may submit it in writing, along with the facility number and case number to the address below.

Ted Perry
Regional Director
1800 Old Walt Whitman Rd STE 1500
Melville NY 11747
(631) 770-3003

laj

This is to certify that this document is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

Mark J.F. Schroeder

COMMISSIONER OF MOTOR VEHICLES

# DEPARTMENT OF MOTOR VEHICLES

Division of Vehicle Safety Services, PO Box 2700 ESP, Albany New York 12220

10/24/2014

Nathan Gittens
1675 Manatuck Blvd
Bay Shore NY 11706

FACILITY #: 7116600
CASE #: 1DE405750

RE: Universal Exotic Autos Inc
Date of Investigation: 08/22/14

DEAR Nathan Gittens:

As a result of your complaint, an investigation was conducted by this Department and based on the evidence presented; the following has resulted.

An official warning letter is being sent to the facility. The facility has been cited with the following violations.

Regulation 78.11(f) If the dealer is to submit the Certificate of Sale and ownership document, he shall submit it within five calendar days after delivery of the vehicle in that on 9/4/14 the facility's owner Mr. Anthony Deo, acknowledged that he did fail to submit the application for registration and title within five days for the 2004 BMW, VIN WBANB33504B1140494 that was sold to Nathan Gittens in February 2014.

Regulation 78.15(c) Failure to inspect vehicle within 30 days of the date of sale in that the facility's owner, Mr. Anthony Deo, acknowledged he did not inspect the 2004 BMW, VIN WBANB33504B114094, that was sold to Nathan Gittens prior to delivery.

V and T Law 417 Falsely certifying that the motor vehicle is in condition and repair to render, under normal use, satisfactory and adequate service upon the public highway at the time of delivery in that on 9/4/14 the facility's owner, Mr. Anthony Deo, acknowledged he had sold a 2004 BMW, VIN WBANB33504B114094, to Nathan Gittens which did not pass a New York State inspection.

Regulation 78.25(a)(1) Failure to properly maintain book of registry in that on 9/4/14 the facility was found to be displaying approximately twenty vehicles which were not recorded in their book of registry.

This is to certify that this document is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

Mark J.F. Schroeder

COMMISSIONER OF MOTOR VEHICLES

Regulation 78.20(e) Failure to account for Temporary Certificate of Registration (MV-TCR) in that on 10/02/14 the facility failed to account for the Temporary Certificate of Registration on voided MV-50 number 46568720.

Ted Perry
Regional Director
1800 Old Walt Whitman Rd STE 150
(631) 770-3003

laj

This is to certify that this document is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

Mark J.F. Schroeder

COMMISSIONER OF MOTOR VEHICLES

# New York State Department of Motor Vehicles
## INVESTIGATION REPORT

Facility No. 7116600
Case No. DE4-05750
CSR No. (Central Office Use Only) 04855 10-15-14

☐ Concealed Identity ☒ Complaint ☐ Program Audit

PRINT OR TYPE ALL ENTRIES IN BLACK INK ONLY

| | |
|---|---|
| Name of Complainant: Nathan Gittens | Name of Facility: Universal Exotic Autos Inc |
| Address (Number and Street): 1675 Manatuck Blvd | D/B/A (If Applicable): |
| City: Bay Shore State: NY Zip Code: 11706 | Address (Number and Street): 908 Long Island Avenue |
| Telephone No. (Area Code) Home ( 631 ) 357-6817 Work ( ) | City: Deer Park State: NY Zip Code: 11729 |
| Vehicle Year: 2004 Make: BMW Model: 545i Cyl.: 6 | Telephone No. (Area Code): ( 347 ) 541-6277 Facility Expiration Date: 8/2015 |
| Vehicle Identification No.: WBANB33504B114094 Plate No.: N/A | Name of Certified Inspector: N/A Identification Number of Inspector: N/A |
| Date of Transaction: 2/2014 Odometer Reading at Time of Transaction: N/A | Date of C.I./Complaint Investigation: 8/22/14 Date Complaint Filed: 7/29/14 Odometer Reading at Time of Investigation: 134,471 |

PURSUANT TO NY VEHICLE & TRAFFIC LAW, SECTION: (Central Office Use Only)

| RECOMMENDATION: | Insp. Station | Cert. Inspector | Repair/Body Shop | Dealer | Dismantler | Other Junk & Salvage Facilities* |
|---|---|---|---|---|---|---|
| ☐ No Action | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| ☒ N.O.I. | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |
| ☐ Susp. Pend. Hearing | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| ☐ Hearing | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| ☐ Inspection Waiver | ☐ | ☐ | | | ☐ | |
| ☐ Other | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

• If "Other Junk & Salvage Facilities", specify here

☐ Unregistered Repair Shop
☐ Restitution Case
☐ JT Complaint: Case No.(s)

☐ JT Facility or Certified Inspector NoComplaint: Case No.(s)

☐ Refund to Consumer $
☐ Rework at No Charge $
☒ Vehicle Repurchase $ 10,923.27
☐ Insurance Claim No.

☐ Special Instruction(s)

☐ Subpoena

☐ Hearing Notice to

Inspector's Signature [signature] Date 10/3/14 AFI/BRI No. 411

Supervisory Signature [signature] Date 10/9/14 Region 1

VS-35.1 (7/07)

This is to certify that this document is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

Mark JF. Schroeder

COMMISSIONER OF MOTOR VEHICLES

# CHARGE SHEET/ALLEGED VIOLATIONS NOTICE

Universal Exotic Autos, Inc.
908 Long Island Avenue
Deer Park, NY 11729

Case #1-DE4-05750
Facility #7116600

The alleged five (5) violations pursuant to Part 78 of the Commissioner's Regulations and/or Section 417 of the Vehicle and Traffic Law regarding an investigation conducted during the months of August and September 2014 are as follows:

**CHARGE 1**
Violation Code 244, Commissioner's Regulation 78.11(f) If the dealer is to submit the Certificate of Sale and ownership document, he shall submit it within five calendar days after delivery of the vehicle, in that on 09/04/14 the facility's owner, Mr. Anthony Deo, acknowledged that he did failed to submit the application for registration and title within five days for the 2004 BMW, (vehicle identification number WBANB33504B114094) that was sold to Nathan Gittens in February 2014.

**CHARGE 2**
Violation Code 225, Commissioner's Regulation 78.15(c) Failure to inspect vehicle within 30 days of the date of sale, in that on 09/04/14 the facility's owner, Mr. Anthony Deo, acknowledged he did not inspect the 2004 BMW, vehicle identification number WBANB33504B114094, that was sold to Nathan Gittens prior to delivery.

**CHARGE 3**
Violation Code 258, Vehicle and Traffic Law 417 Falsely certifying that the motor vehicle is in condition and repair to render, under normal use, satisfactory and adequate service upon the public highway at the time of delivery, in that on 09/04/14 the facility's owner, Mr. Anthony Deo, acknowledged he had sold a 2004 BMW, (vehicle identification number WBANB33504B114094) to Nathan Gittens which did not pass a New York State inspection.

This is to certify that this document is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

Mark J.F. Schroeder

COMMISSIONER OF MOTOR VEHICLES

**CHARGE 4**
Violation Code 239, Commissioner's Regulation 78.25(a)(1) Failure to properly maintain book of registry, in that on 09/04/14 the facility was found to be displaying approximately twenty vehicles which were not recorded in their book of registry.

**CHARGE 5**
Violation Code 298, Commissioner's Regulation 78.20(e) Failure to account for Temporary Certificate of Registration (MV-TCR), in that on 10/02/14 the facility failed to account for the Temporary Certificate of Registration on voided MV-50 number 46568720.

cc: Anthony Deo
Four Darius Court
Dix Hills, NY 11746

This is to certify that this document is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

Mark J.F. Schroeder

COMMISSIONER OF MOTOR VEHICLES

Paul Zofrea

Region 1
10/01/14

Universal Exotic Autos, Inc.
908 Long Island Avenue
Deer Park, NY 11729

Case #1-DE4-05750
Facility #7116600

Investigation Report:

This investigation arose as a result of a complaint filed by Nathan Gittens. As indicated on the VS-38, the complainant purchased a vehicle from the facility in February 2014 and never received a registration or title due to the vehicle's failure to pass a New York State inspection.

08/20/14 - I phoned the number listed on the VS-35 and left a message for the complainant.

08/29/14 - After receiving no response from the complainant a contact letter was prepared and mailed to the home address.

09/04/14 - After receiving no response from the complainant I visited the facility and spoke with the owner, Mr. Anthony Deo. I informed him of the complaint and he acknowledged selling the vehicle to the complainant without having it inspected prior to delivery. The facility's owner indicated he provided the complainant with a rental car and the vehicle is currently at Jan's Euro Motors trying to resolve the inspection issue.

I examined the facility's book of registry and observed the complainant's vehicle was not entered. I also observed there were approximately twenty vehicles displayed on the lot which were also not in the book of registry. In addition I observed that thirty-eight out of the thirty-nine entries in the book of registry failed to include the inspection certificate number. During the interview the facility's owner received extensive instructions on how to properly maintain the book of registry.

I then examined the MV-50 book and observed the Temporary Certificates of Registration were missing on incomplete MV-50 numbers 46568706, 46568707, 46568711, 46568714, 46568715, 46568716, and 46568720. When questioned, the facility's owner indicated these vehicles had already been sold, but he had not yet submitted the

This is to certify that this document is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

Mark J.F. Schroeder

COMMISSIONER OF MOTOR VEHICLES

application for registration and title. Once again the facility's owner received extensive instructions on how to properly maintain their records.

09/05/14 - I visited Jan's Euro Sport, which is the facility where the complainant's vehicle is currently undergoing service. Once inside I spoke with the owner, Mr. Jan Gierti. I questioned him about the vehicle and he indicated he cannot inspect the vehicle because five of the monitors will not set. I examined the vehicle and verified the vehicle identification number and odometer reading of 134,471 miles.

09/19/14 - I revisited the facility and again spoke with the facility's owner who indicated he had already repurchased the vehicle from the complainant. The facility's owner provided me with a copy of a check for the payoff of the complainant's loan and a copy of an agreement which indicated he would refund the $3,200 down payment in biweekly payments by 11/31/14. The vehicle was entered into the book of registry to document the sale to the complainant and the repurchase. There was a substantial improvement in the facility's records but there was still room for improvement.

10/2/14 – I revisited the facility and recheck the Book of registry. All of the vehicles in stock were now all listed in the Book of registry. I also rechecked the MV-50 book which revealed that all of the temporary certificates of registration had been accounted for with the exception of the TCR on voided MV-50 #46568720.

Conclusion:

This investigation revealed there is evidence to support the possible violations of failure to submit the application for registration and title within five days, failure to inspect the vehicle within thirty days of the sale, and falsely certifying the motor vehicle is in condition and repair to render under normal use satisfactory and adequate service upon a public highway at the time of delivery which are all listed on the VS-38.

The facility sold the complainant a 2004 BMW prior to having it inspected. After issues arose with trying to get the vehicle to pass the state inspection the facility eventually repurchased the vehicle from the complainant. The facility provided a copy of a check in the amount of $7,723.27 to pay off the complainant's lien plus a copy of a letter indicating the complainant's down payment of $3,200 would be refunded in bi-weekly payments by 10/31/14. Both the payoff check and the agreement to refund

This is to certify that this document is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

Mark J.F. Schroeder

COMMISSIONER OF MOTOR VEHICLES

the down payment could not be confirmed as a result of the complainant's failure to respond to my phone calls or my contact letter. In addition without the complainant's cooperation it is not possible to determine if the vehicle was ever operated on the streets.

During this investigation an examination of the facility's records revealed they failed to properly maintain their book of registry and they failed to account for the Temporary Certificate of Registration on voided MV-50 #46568720. The facility received extensive instructions on how to properly maintain their records and a reexamine revealed the facility had made an extensive effort to comply with the Commissioner's Regulations.

Recommendation:

Notice of Investigation.

Inspector

441

ID Number

PZ:rak

This is to certify that this document is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

Mark J.F. Schroeder

COMMISSIONER OF MOTOR VEHICLES

NEW YORK STATE | Department of Motor Vehicles

# INVESTIGATION REPORT

Facility No. 7120672
Case No. 1DE7-15515
CSR No. (Central Office Use Only) 059 MA 2-26-18

☐ Concealed Identity ☑ Complaint ☐ Program Audit

PRINT OR TYPE ALL ENTRIES IN BLACK INK ONLY

| | |
|---|---|
| Name of Complainant: JAYLENE DELERME | Name of Facility: UAE PREMIER MOTORS CORP |
| Address (Number and Street): 82 DWIGHT ST APT 10D | D/B/A (If Applicable): |
| City: BROOKLYN State: NY Zip Code: 11231 | Address (Number and Street): 180 MICHAEL DRIVE |
| Telephone No. (Area Code) Home (631 ) 800-1719 Work ( ) | City: SYOSSET State: NY Zip Code: 11791 |
| Vehicle Year: 2015 Make: LAND ROVER Model: RANGE ROVE Cyl.: | Telephone No. (Area Code): (516 ) 584-7062 Facility Expiration Date: 01/18/ / |
| Vehicle Identification No.: SALWR2VF7FA531555 Plate No.: HAY8821 | Name of Certified Inspector: Identification Number of Inspector: |
| Date of Transaction: 6/19/17 / Odometer Reading at Time of Transaction: 42940 | Date of C.I./Complaint Investigation: / / Date Complaint Filed: 10 /30/17 Odometer Reading at Time of Investigation: |

PURSUANT TO NY VEHICLE & TRAFFIC LAW, SECTION (Central Office Use Only):

| RECOMMENDATION: | Insp. Station | Cert. Inspector | Repair/Body Shop | Dealer | Dismantler | Other Junk & Salvage Facilities* |
|---|---|---|---|---|---|---|
| ☐ No Action | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| ☐ N.O.I. | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| ☐ Susp. Pend. Hearing | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| ☑ Hearing | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ |
| ☐ Inspection Waiver | ☐ | ☐ | | | ☐ | |
| ☐ Other | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

*If "Other Junk & Salvage Facilities", specify here

☐ Unregistered Repair Shop
☑ Restitution Case
☐ Jt. Complaint: Case No.(s)

☐ Jt. Facility or Certified Inspector No.

☐ Refund to Consumer $
☐ Rework at No Charge $
☐ Vehicle Repurchase $
☐ Insurance Claim No.

☑ Special Instruction(s) OFFER REVOCATION WAIVER

☐ Subpoena

☐ Hearing Notice to

Inspector's Signature [signature] Date 1/17/18 AFI/BRI No. 531
Supervisory Signature [signature] AVN Date 2/20/18 Region 1

VS-35.1 (7/15)

1 of 46

This is to certify that this document is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

Mark J.F. Schroeder

COMMISSIONER OF MOTOR VEHICLES

**ELEMENTS OF FINANCIAL LOSS**

UAE PREMIER MOTOR CORP
180 MICHAEL DRIVE
SYOSSET NY 11791

Case #1DE7-15515
Facility #7120672

**Complainant:**
JAYLENE DELERME
82 DWIGHT ST APT 10D
BROOKLYN NY 11231

In that on or about 6/19/17 the respondent sold JAYLENE DELERME a 2015 Land Rover Range Rover VIN #SALWR2VF7FA531555. At the time of the sale, the respondent charged Ms. DELERME $95.00 for title and registration fees. Upon completion of the sale the respondent failed to provide these services.

Financial loss $95.00

This is to certify that this document is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

Mark J.F. Schroeder

COMMISSIONER OF MOTOR VEHICLES

UEA PREMIER MOTOR CORP
180 MICHAEL DRIVE
SYOSSET NY 11791

Case #1DE715515
Facility #7120672

This alleged violation notice encompasses five (5) violations, if this document does not contain five (5) violations, please contact us.

The alleged five (5) violations pursuant to Section 415/417/420 of the Vehicle and Traffic Law and/or the Commissioner's Regulations regarding a Complaint Investigation on or about 6/19/17 are as follows:

**Charge 1**
**149 V and T Law 415-9(c)** Committed a fraud or fraudulent practice, or has practiced dishonest or misleading advertising, in that on or about 6/19/17, the respondent committed fraud by selling JAYLENE DELERME a 2015 Land Rover Range Rover VIN #SALWR2VF7FA531555 with no ability to transfer ownership of said vehicle.

**Charge 2**
**276 V&T 420-a(4) )** Failure to have completed application forms, documents and fees in the dealer's possession before issuing a Temporary Registration, in that on or about 6/19/17, the respondent committed fraud by selling JAYLENE DELERME a 2015 Land Rover Range Rover VIN #SALWR2VF7FA531555 with no ability to transfer ownership of said vehicle.

**Charge 3**
**235 V&T 415-8** Improper use of dealer plates in that on or about 10/30/17, after selling a 2015 Land Rover Range Rover VIN #SALWR2VF7FA531555, the respondent committed fraud by affixing dealer plate #7113111 to the subject vehicle so it could be operated on public highways, this dealer plate is assigned to UNIVERSAL EXOTIC AUTOS INC facility #7116600.

**Charge 4**
**236 Regulation 78.21(c)(1)** Loaning dealer plates for more than 5 days, in that on or about 10/30/17, after selling a 2015 Land Rover Range Rover VIN #SALWR2VF7FA531555 to JAYLENE DELERME, the respondent affixed dealer plate #7113111 to the subject vehicle so it could be operated on public highways, this plate remained affixed to the vehicle while it was operated by Ms. DELERME until it was surrendered to the Department on 1/9/17.

This is to certify that this document is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

Mark J.F. Schroeder

COMMISSIONER OF MOTOR VEHICLES

**Charge 5**
**<u>244 Regulation 78.11(f)</u>** If the dealer is to submit the Certificate of Sale and ownership document, he shall submit it within five calendar days after delivery of the vehicle, In that on or about 6/19/17, the respondent sold JAYLENE DELERME a 2015 Land Rover Range Rover VIN #SALWR2VF7FA531555, upon completion of the sale the respondent failed to submit the certificate of sale and ownership documents to the Department as required.

CC: SARA RAHMAN
4 DARIUS COURT
DIX HILLE NY 11746

This is to certify that this document is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

Mark J.F. Schroeder

COMMISSIONER OF MOTOR VEHICLES

**Complaint Investigation Report**

**Respondent**

UAE PREMIER MOTOR CORP
180 MICHAEL DRIVE
SYOSSET NY 11791

Case #1DE7-15515
Facility #7120672

**Complainant:**
JAYLENE DELERME
82 DWIGHT ST APT 10D
BROOKLYN NY 11231

Investigation Report:

This this complaint was filed by JAYLENE DELERME as a result of a unresolved dealer transaction she had with UAE PREMIER MOTOR CORP. facility #7120672. On 11/17/17, I interviewed MS. DELERME who stated the following: On 6/19/17 she purchased a 2015 Land Rover Range Rover VIN #SALWR2VF7FA531555 from UAE PREMIER MOTOR CORP for $64.095.00. Included in this cost were $95.00 in title and registration fees As a part of the sale, MS. DELERME traded in a 2015 BMW 528 VIN # WBA5A7C54FG143825 that she had on lease. At the time of sale, the respondent transferred the plates from 2015 BMW 528 to the 2015 Land Rover Range Rover VIN #SALWR2VF7FA531555. After the sale, the respondent failed to provide title and permanent registration for the vehicle. On multiple occasions when TCR's issued by the respondent expired, she returned to UAE PREMIER MOTOR CORP and they affixed a new TCR to the vehicle windshield. On each of these instances, the respondent kept the expired TCR's. On 10/30/17, when she returned to UEA because the TCR on affixed to the vehicle was about to expire, instead of issuing her another TCR, the respondent affixed dealer plate #7113111 to the Range Rover.

This is to certify that this document is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

Mark J.F. Schroeder

COMMISSIONER OF MOTOR VEHICLES

Department records show that dealer plate #7113111 that UEA PREMIER MOTOR CORP affixed to the subject vehicle is assigned to UNIVERSAL EXOTIC AUTOS INC facility #7116600.

When I and interviewed Sara Rahman the facility's owner and her husband Anthony Deo, they stated the following: On 6/19/17, the 2015 Land Rover Range Rover VIN #SALWR2VF7FA531555 was sold to MS. DELERME. At the time of this sale. The subject vehicles title was withheld by NEXTGEAR CAPITAL for money owed. Due to financial difficulties, they haven't been able to secure the subject vehicles title.

In December of 2017, upon request NEXTGEAR CAPITAL surrendered the title for the subject vehicle to the Department. On 1/9/18, with the assistance of the Department, MS. DELERME registered the subject vehicle. At that time, Ms. DELERME surrendered dealer plate #7113112 to the Department. At that time MS. DELERME payed out of pocket for the title an registration fees. Upon conclusion of this investigation, I informed Ms. DELERME and UEA PREMIER MOTOR CORP of my findings.

This is to certify that this document is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

Mark J.F. Schroeder

COMMISSIONER OF MOTOR VEHICLES

**Conclusion:**

On 6/19/17, the respondent committed fraud by selling JAYLENE DELERME a 2015 Land Rover Range Rover VIN #SALWR2VF7FA531555 when they had no ability to transfer ownership of the subject vehicle. At the time of sale, the subject vehicles title was being held by NEXTGEAR CAPITAL under floor plan. On 10/30/17, the respondent committed fraud by affixing dealer plate #7113112 to the subject vehicle so it could be operated on public highways. This plate remained affixed to the vehicle until it was surrendered to the Department on 1/9/17. Department records show this dealer plate is assigned to UNIVERSAL EXOTIC AUTOS INC facility #7116600. UNIVERSAL EXOTIC AUTOS INC will be cited for improper use of a dealer plate under separate cover. The respondent failed to submit the certificate of sale and ownership documents to the Department as required. Upon conclusion of this investigation, I informed Ms. DELERME and UEA PREMIER MOTOR CORP of my findings.

**Recommendation: Hearing**

AFI #531 Edward Zauner

This is to certify that this document is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

Mark J.F. Schroeder

COMMISSIONER OF MOTOR VEHICLES

ABS-2 (1/22)

Expunge 9/19/17

New York State Department of Motor Vehicles
Division of Vehicle Safety

# COMPLAINT REPORT

RECEIVED
DEPT OF MOTOR VEHICLES
NOV 07 2017
VEHICLE SAFETY
REGION 1

| FOR OFFICE USE ONLY | |
|---|---|
| Facility Number | 7120672 |
| C.O. Case Number | 1DE7-15515 |
| CSR | 059 MA |
| Region 1 | County Nass |
| R.O. Case Number | |

**INSTRUCTIONS:** *(Before filing your complaint, please attempt to settle this matter with the facility.)* Check the appropriate box to show the type of complaint involved.

☐ Vehicle repair ☐ Vehicle Inspection ☐ Vehicle purchase

**We can only accept complaints about repairs up to 90 days or 3,000 miles (whichever comes first) after the date the repairs were completed. The only exception is a written warranty that may exceed these time and/or mileage limits.**

**PLEASE PRINT OR TYPE ALL ENTRIES AND USE BLACK INK**

| | |
|---|---|
| Your Name: Jaylene Delerme | Name of Facility: UEA Premier Motors Corp |
| Address – Number and Street: 82 Dwight St Apt 10D | Address – Number and Street: 180 Michael Drive |
| City: Brooklyn State: NY Zip Code: 11231 | City: Syosset State: NY Zip Code: 11791 |
| Telephone Number *(Include area code) Cellular:* Home 631-800-1719 Work | Telephone Number *(Include area code)* 516-584-7062 |
| Vehicle Identification Number: SALWR2VF7FA531555 | Identification Number of Facility: |
| Vehicle Year, Make, Model: 2015 Land Rover / Plate Number: HAY8821 / Cylinders: | Name of Person with whom you dealt at facility: Richard |
| Date of repair/inspection/purchase: 6/19/2017 / Odometer reading at time of repair/inspection/purchase: 42940 | Today's Date: 10/30/2017 / Current odometer reading at time of filing the complaint: |

**ANSWER QUESTIONS BELOW AND/OR ON PAGE 2 OF THIS FORM THAT APPLY TO YOUR COMPLAINT**

***A. Repair Complaint***

1. Describe the specific reason you brought the vehicle to the repair shop: ______

2. Did you ask for a written estimate of the parts and labor necessary to do the repair? ☐ Yes ☐ No If *Yes*, attach a copy of the estimate.

3. What was the actual cost of repair? $______ **(Attach Invoice)**

4. Before the repair was performed, did you ask that any replaced parts be returned to you? ☐ Yes ☐ No
If *Yes*, do you have the replaced parts? ☐ Yes ☐ No

5. Did you authorize any additional repairs? ☐ Yes ☐ No Specify ______

6. Were you charged for work not performed? ☐ Yes ☐ No Explain ______

7. Was any unnecessary or unauthorized work performed? ☐ Yes ☐ No Specify ______

8. Did you go to another facility to have the problem corrected? ☐ Yes* ☐ No
*** If *Yes*, attach invoice and give us the following information about the facility:**

Name ______ Facility ID No. ______
Street ______
City ______ State ______ Zip Code ______ Telephone No. ( ) ______

***B. Inspection Complaint***

1. Did the inspection station refuse to inspect your vehicle? ☐ Yes ☐ No
2. Did the inspection station refuse to give you an appointment date in writing? ☐ Yes ☐ No
3. Were you told or lead to believe that repairs necessary to pass inspection had to be made at the same station? ☐ Yes ☐ No
4. How much were you charged for the inspection $______.
5. Inspection Certificate # ______ Expiration Date ______
6. Did you receive and inspection receipt? ☐ Yes ☐ No If yes, attach a copy of the receipt.

35

This is to certify that this document is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

Mark J.F. Schroeder

COMMISSIONER OF MOTOR VEHICLES

***C. Vehicle Purchase Complaint***

**Attach a copy of your Bill of Sale and/or Certificate of Sale.**

1. Where any vehicles components in need of repair or adjustment? ☐ Yes ☐ No If *Yes*, which components? ______________________________

2. Have you gone back to the dealer for repairs or adjustments? ☐ Yes ☐ No If *No*, would you go back if the dealer offered to make repairs or adjustments? ☐ Yes ☐ No

3. Was a Temporary Certificate of Registration issued? ☐ Yes ☐ No If yes, what is the facility number written on the temporary registration? ______________________________

4. Inspection Certificate # ______________________________ Expiration Date ______________________________

NOTE: If a repair or diagnosis of the vehicle was made, complete Section A on the front of this form.

*D.* If there is additional information that will help us to evaluate your complaint, please include this information below or use an additional sheet of paper.

*E.* What do you want done to resolve this complaint to your satisfaction?

Are you willing to appear and testify at a hearing if one is held to resolve this complaint? ☐ Yes ☐ No

**Be sure to attach COPIES of any supporting correspondence and/or documents such as receipts, invoices, written estimates, written guarantees or warranties, canceled checks or credit card transaction forms.**

**Sign below and mail this complaint with all necessary attachments to: BUREAU OF CONSUMER & FACILITY SERVICES, PO BOX 2700-ESP, ALBANY NY 12220-0700. Phone#: (518)474-8943 Fax: (518) 486-4102**

I understand that a copy of this form and any or all of the enclosed information may be sent to the facility shown on the front of this form. All information provided in this complaint is true and factual.

Phone ______________________________ 10-30-17
(Signature) (Date)

This is to certify that this document is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

Mark J.F. Schroeder

COMMISSIONER OF MOTOR VEHICLES

New York State Department of Motor Vehicles
Division of Vehicle Safety Services

# COMPLAINT BACKGROUND INFORMATION

Complainant's Name: Jaylene Delerme    Date of Complaint: 10/30/2017

**Field Personnel:** *Investigate for the following possible violations, and indicate whether or not you found such violation.*

| Possible Violations | Confirmed by AFI/BRI? |
|---|---|
| 1. 244 Regulation 78.11(f) if the dealer is to submit the Certificate of Sale and ownership document, he shall submit it within five calendar days after the delivery of the vehicle in that UEA Premier Motors Corp failed to submit the ownership documents of a 2017 Land Rover sold to Jaylene Delerme within 5 days of sale. | ☐ Yes ☐ No |
| 2. 264 Regulation 78.13(a)(1) Failure to provide a bill of sale or invoice containing the required information | ☐ Yes ☐ No |
| 3. 287 Regulation 78.11(a)15)(l) Failure to give purchaser the customer copy of MV50 | ☐ Yes ☐ No |
| 4. | ☐ Yes ☐ No |
| 5. | ☐ Yes ☐ No |

Information gathered by Consumer Services Representative *(Write on back if necessary):*

10/30/2017 CSR was contacted be Jaylene Delerme with a dealer complaint. She purchased a 2015 Land Rover from UEA Premier Motors Corp. on 6/19/2017, the dealer gave her 2 TCRs, her plates HAY8821 expired on 9/19/2017and was given a dealer plate 7113111 to use. I offered to contact the dealer to inquire why her vehicle is not registered. The dealer is holding on to her plates.

I contacted UEA Premier Motors Corp and spoke to Richard a manager who said that he is a recent hire in that position. The former finance manager left a mess that he trying to correct. He said that Ms. Delerme was there earlier this day and they are aware that her plates were expires and put a dealer plate on her vehicle to help her, she was advised that the issues would be resolved in a couple days. Richard said thee dealer principle has the file for this sale and should have it later today. Richard said that would call me by 10am on 10/31/2017.

10/31/2017 CSR contacted Richard around 11am, Richard said that he would be back in touch with me later.

10/31/2017 I contacted Ms. Delerme and requested she forward purchase documents to me.

11/1/2017 I was contacted by Richard from the dealer who said that he got the file and has to get a lien release for the vehicle. He should have in a day or 2.

Martin Amyot (059 MA)    10/31/17

(Martin Amyot - Consumer Services Representative)    (Date)

VS-38 (4/98)

36

This is to certify that this document is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

Mark J.F. Schroeder

COMMISSIONER OF MOTOR VEHICLES

New York State Department of Motor Vehicles
Division of Vehicle Safety Services

## COMPLAINT BACKGROUND INFORMATION

11/2/2017 received from Ms. Delerme what she said was the only document she received. Please investigte.

Martin Amyot (059 MA) 10/31/17

(Martin Amyot - Consumer Services Representative) (Date)

VS-38 (4/98)




This is to certify that this document is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

Mark J.F. Schroeder

COMMISSIONER OF MOTOR VEHICLES

NEW YORK STATE | Department of Motor Vehicles

# INVESTIGATION REPORT

| | |
|---|---|
| Facility No. | 7120672 |
| Case No. | 1DE7-15948 |
| CSR No. (Central Office Use Only) | |

☐ Concealed Identity ☒ Complaint ☐ Program Audit

PRINT OR TYPE ALL ENTRIES IN BLACK INK ONLY

| | |
|---|---|
| Name of Complainant: CHETRAM PERSUAD | Name of Facility: UEA PREMIER MOTORS CORP |
| Address (Number and Street): 71 BAYVIEW AVE | D/B/A (If Applicable): |
| City: PORT WASHINGTON State: NY Zip Code: 11050 | Address (Number and Street): 180 MICHAEL DRIVE |
| Telephone No. (Area Code) Home (917 ) 374-6030 Work (516 ) 767-0195 | City: SYOSSET State: NY Zip Code: 11791 |
| Vehicle Year: 2009 Make: BMW Model: X5 Cyl.: | Telephone No. (Area Code): (516 ) 584-7602 Facility Expiration Date: 11-12020 |
| Vehicle Identification No.: 5UXFE83529L168850 Plate No.: | Name of Certified Inspector: Identification Number of Inspector: |
| Date of Transaction: 6/1/17 Odometer Reading at Time of Transaction: 72567 | Date of C.I./Complaint Investigation: 11/13/17 Date Complaint Filed: 11/13/2017 Odometer Reading at Time of Investigation: 74778 |

PURSUANT TO NY VEHICLE & TRAFFIC LAW, SECTION (Central Office Use Only):

| RECOMMENDATION: | Insp. Station | Cert. Inspector | Repair/Body Shop | Dealer | Dismantler | Other Junk & Salvage Facilities* |
|---|---|---|---|---|---|---|
| ☐ No Action | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| ☐ N.O.I. | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| ☐ Susp. Pend. Hearing | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| ☒ Hearing | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |
| ☐ Inspection Waiver | ☐ | ☐ | | | ☐ | |
| ☐ Other | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

*If "Other Junk & Salvage Facilities", specify here _____

☐ Unregistered Repair Shop
☒ Restitution Case
☐ Jt. Complaint: Case No.(s) _____
☐ Jt. Facility or Certified Inspector No. _____

☐ Refund to Consumer $ _____
☐ Rework at No Charge $ _____
☐ Vehicle Repurchase $ _____
☐ Insurance Claim No. _____

☑ Special Instruction(s)— ~~Hearing to Award Title~~ TITLE ISSUED 3/27/18 RKC

☐ Subpoena

☐ Hearing Notice to

Inspector's Signature [signature] Date 12/29/17 AFI/BRI No. 531

Supervisory Signature [signature] Date 1/4/18 Region 1

VS-35.1 (7/15)

1 of 52

This is to certify that this document is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

Mark J.F. Schroeder

COMMISSIONER OF MOTOR VEHICLES

# ELEMENTS OF FINANCIAL LOSS

UEA PREMIER MOTOR CORP
180 MICHAEL DRIVE
SYOSSET NY 11791

Case #1DE7-15948
Facility #7120672

**Complainant:**
CHETRAM PERSUAD
71 BAYVIEW AVE
PORT WASHINGTON NY 11050

In that on or about 6/1/17 the respondent sold CHETRAM PERSUAD a 2009 BMW X5 VIN # 5UXFE83529L168850. At the time of the sale, the respondent charged Mr. CERUTI $295.00 for title and registration fees. Upon completion of the sale the respondent failed to provide these services.

Financial loss $295.00

This is to certify that this document is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

Mark J.F. Schroeder

COMMISSIONER OF MOTOR VEHICLES

UEA PREMIER MOTOR CORP
180 MICHAEL DRIVE
SYOSSET NY 11791

Case #1DE7-15948
Facility #7120672

The alleged violations pursuant to section 415/417/420 of the Vehicle and Traffic Law and/ part 78 of the Commissioner's Regulations regarding a complaint investigation on or about 6/1/17 involving the sale of a 2009 BMW X5 VIN # 5UXFE83529L168850 are as follows.

This Alleged Violation Notice encompasses three (3) violations, if this document does not contain three (3) violations; please contact the hearing unit @ (518) 474-1509.

**Charge 1**
**249 V and T Law 415-9(c)** Committed a fraud or fraudulent practice, or has practiced dishonest or misleading advertising, in that on or about 6/1/17, the respondent committed fraud by selling CHETRAM PERSUAD a 2009 BMW X5 VIN # 5UXFE83529L168850 with no ability to transfer ownership of said vehicle.

**Charge 2**
**249 V and T Law 415-9(c)** Committed a fraud or fraudulent practice, or has practiced dishonest or misleading advertising, in August of 2017, the respondent committed fraud by affixing dealer plate #7113112 to a 2009 BMW X5 VIN # 5UXFE83529L168850 when this dealer plate is assigned to UNIVERSAL EXOTIC AUTOS INC facility #7116600.

**Charge 3**
**244 Regulation 78.11(f)** If the dealer is to submit the Certificate of Sale and ownership document, he shall submit it within five calendar days after delivery of the vehicle, In that on or about 6/1/17, the respondent sold CHETRAM PERSUAD a 2009 BMW X5 VIN # 5UXFE83529L168850, upon completion of the sale the respondent failed to submit the certificate of sale and ownership documents to the Department as required.

This hearing is being held to determine whether title should be issued to CHETRAM PERSUAD. Under Section 2127 of the Vehicle and Traffic Law, it is the position of the Department of Motor Vehicles that this vehicle was properly purchased by CHETRAM PERSUAD and ownership should be awarded.

CC: SARA RAHMAN
4 DARIUS COURT
DIX HILLE NY 11746

EXCELSIOR
E PLURIBUS UNUM

This is to certify that this document is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

Mark J.F. Schroeder

COMMISSIONER OF MOTOR VEHICLES

**Complaint Investigation Report**
**Respondent**

UEA PREMIER MOTOR CORP
180 MICHAEL DRIVE
SYOSSET NY 11791

Case #1DE7-15948
Facility #7120672

**Complainant:**
CHETRAM PERSUAD
71 BAYVIEW AVE
PORT WASHINGTON NY 11050

Investigation Report:

This this complaint was filed by CHETRAM PERSUAD as a result of a transaction he had with UEA PREMIER MOTOR CORP. facility #7120672. On 12/1/17, I made an appointment with Mr. PERSUAD for an interview.

On 12/8/17, I interviewed Mr. PERSUAD who stated the following: On 6/1/17, he agreed to purchase a 2009 BMW X5 VIN # 5UXFE83529L168850 from UAE PREMIER MOTOR CORP for $19,500.00. At that time, he made a payment of $1,000.00. On 6/5/17 he returned and paid the remaining balance of $18,500.00. The respondent told him that the vehicle hadn't been prepped for delivery and he would have to return to take delivery of the vehicle. A few days later he returned to pick up the vehicle. At that time, he was he couldn't take the vehicle because the respondent didn't have the vehicles title. Mr. PERSUAD agreed to give UEA some time to obtain title. Although he had paid for the vehicle in full, as of the first week of August 2017, he hadn't taken possession of the vehicle. On 8/9/17, he returned to UEA and spoke to Anthony, who identified himself as the facility's owner. Mr. PERSUAD told Anthony that he wanted either to be given title to the vehicle, or UEA refund him the money he had paid for the

This is to certify that this document is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

Mark J.F. Schroeder

COMMISSIONER OF MOTOR VEHICLES

subject vehicle. Anthony said he couldn't refund the money and offered to affix a dealer plate on the subject vehicle so Mr. PERSUAD could drive the vehicle while he was waiting for title. Mr. PERSUAD accepted this offer. The respondent then affixed dealer plate #7113112. On 11/3/17, he filed a complaint with the Department because the respondent failed to provide title and registration for the subject vehicle. Mr. PERSUAD provided a "Car Deposit Agreement" a sales receipt and a copy of a bank check made out to the respondent facility. This documentation showed that a bonafide sale and purchase was made between the respondent and Mr. PERSUAD. This documentation confirms that Mr. PERSUAD paid the respondent a total of $19,500.00 for the subject vehicle.

On 12/8/17, I examined the subject vehicle and found the following:

- The Vehicles' VIN# 5UXFE83529L168850.
- Inspection sticker #5127090 was affixed to the vehicles windshield. This inspection was assigned to the subject vehicle on 6/5/17.
- The subject vehicles odometer reading was 74778 miles.
- Dealer plate #7113112 was affixed to the subject vehicle.

- On 12/11/17, a stolen alarm clearance was processed DFI(Division of Field Investigations) for the subject vehicle, which came back clear.

Department records show that dealer plate #7113112 that UEA PREMIER MOTOR CORP affixed to the subject vehicle is assigned to UNIVERSAL EXOTIC AUTOS INC facility #7116600. Upon completion of my examination, Mr. PERSUAD surrendered this plate.

This is to certify that this document is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

COMMISSIONER OF MOTOR VEHICLES

When I and interviewed Sara Rahman the facility's owner and her husband Anthony Deo who stated that they purchased the subject vehicle at auction in May of 2017. Soon after the purchase, an odometer discrepancy was found on the vehicles title. A duplicate title was then ordered. The duplicate title hadn't yet been processed. Once PREMIER MOTOR CORP obtains this title, the certificate of sale and ownership documents will be submitted to the Department.

On 12/20/17, I contacted Manheim Auto Auctions and interviewed Matt Easler who is a supervisor in the Manheim's title Department. At that time Mr. Easler stated the following. In May of 2017, the 2009 BMW X5 VIN # 5UXFE83529L168850 was sold at Manheim Auto Auctions of Pennsylvania. Soon after the auction, a duplicate title was ordered. In August of 2017, Manheim Auto Auctions received the duplicate title. This title was being withheld due to nonpayment.

On 12/27/17, with my assistance, Mr. PERSUAD obtained registration for the subject vehicle.

This is to certify that this document is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

Mark J.F. Schroeder

COMMISSIONER OF MOTOR VEHICLES

**Conclusion:**

On 6/1/17, the respondent committed fraud by selling CHETRAM PERSUAD 2009 BMW X5 VIN # 5UXFE83529L168850 when they had no ability to transfer ownership of the subject vehicle. At the time of sale, the subject vehicles title was being withheld by Manheim Auto Auction for nonpayment. The respondent committed fraud by affixing a dealer plate that is assigned to UNIVERSAL EXOTIC AUTOS INC, facility #7116600 on the subject vehicle. The respondent failed to submit the certificate of sale and ownership documents to the Department as required.

**Recommendation: Hearing**

AFI #531 Edward Zauner

This is to certify that this document is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

Mark J.F. Schroeder

COMMISSIONER OF MOTOR VEHICLES

NEW YORK STATE OF OPPORTUNITY | Department of Motor Vehicles

RECEIVED DEPT OF MOTOR VEHICLES JUL 18 2018 VEHICLE SAFETY REGION 1

# COMPLAINT REPORT

Division of Vehicle Safety

| FOR OFFICE USE ONLY | |
|---|---|
| Facility Number | 7123750 |
| C.O. Case Number | DE8-11324 |
| CSR | 04 8EE |
| Region 1 | County NASS |
| R.O. Case Number | |

**INSTRUCTIONS:** *(Before filing your complaint, please attempt to settle this matter with the facility.)* Check the appropriate box to show the type of complaint involved.

☐ Vehicle repair ☑ Vehicle inspection ☐ Vehicle purchase

**We can only accept complaints about repairs up to 90 days or 3,000 miles (whichever comes first) after the date repairs were completed.** The only exception is a written warranty that may exceed these time and/or mileage limits.

**PLEASE PRINT OR TYPE ALL ENTRIES AND USE BLACK INK**

Your Name Cherlyn Phillips

Address - Number and Street 8403 Bates Dr.

City Bowie State MD Zip Code 20720

Telephone Number *(Include area code)* Home (347 ) 403-6688 Work ( )

Vehicle Identification Number WDDLJ9BB2EA125067

Vehicle Year, Make, Model 2014 Mercedes Benz Plate Number ZGE4910 Cylinders 8

Date of repair/inspection/purchase 06/ 27 /2018 Odometer reading at time of repair/inspection/purchase 63000

Name of Facility Northshore Motors Leasing LLC

Address - Number and Street 1801 Michael Drive

City Syosset State NY Zip Code 11791

Telephone Number *(Include area code)* (516 ) 226-1400

Identification Number of Facility 7123750 3-20

Name of Person with whom you dealt at facility Anthony Deo

Today's Date 07/ 05 /2018 Current odometer reading at time of filing the complaint

**ANSWER QUESTIONS BELOW AND/OR ON PAGE 2 OF THIS FORM THAT APPLY TO YOUR COMPLAINT**

***A. Repair Complaint***

1. Describe the specific reason you brought the vehicle to the repair shop:
I went to New York from Maryland to purchase the vehicle from the dealer and exactly a month later the brakes sensor came on. I got concern so I took it to get inspected and it failed the Maryland State Inspection.
2. Did you ask for a written estimate of the parts and labor necessary to do the repair? ☑ Yes ☐ No If Yes, attach a copy of the estimate.
3. What was the actual cost of repair? $606.32 **(Attach invoice)**
4. Before the repair was performed, did you ask that any replaced part be returned to you? ☐ Yes ☐ No
If *Yes*, do you have the replaced parts? ☐ Yes ☐ No
5. Did you authorize any additional repairs? ☐ Yes ☑ No Specify Because I paid for the car to be inspecte
6. Were you charged for work not performed? ☐ Yes ☐ No Explain
I was charged $100 to do the inspection
7. Was any unnecessary or unauthorized work performed? ☐ Yes ☑ No Specify

MOTOR VEHICLE JUL 10 2018 DIVISION OF VEHICLE SAFETY

8. Did you go to another facility to have the problem corrected? ☐ Yes* ☑ No
* If *Yes*, **attach invoice** and give us the following information about the facility:
Name ______ Facility ID No. ______
Street ______
City ______ State ______ Zip Code ______ Telephone No. ( ) ______

***B. Inspection Complaint***

1. Did the inspection station refuse to inspect your vehicle? ☑ Yes ☐ No
2. Did the inspection station refuse to give you an appointment date in writing? ☐ Yes ☐ No
3. Were you told or led to believe that repairs necessary to pass inspection had to be made at the same station? ☐ Yes ☑ No
4. How much were you charged for the inspection $100.00
5. Inspection Certificate # ______ Expiration Date ___/___/___
6. Did you receive an inspection receipt? ☑ Yes ☐ No If yes, attach a copy of the receipt.

VS-35 (1/17)



11/4/19 NNA off lease

This is to certify that this document is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

Mark J.F. Schroeder

COMMISSIONER OF MOTOR VEHICLES

New York State Department of Motor Ve... ...les
Division of Vehicle Safety Services

## COMPLAINT BACKGROUND INFORMATION

Complainant Name: Phillips, Cherlyn                Date of Complaint: 7-10-18

**Field Personnel:** *Investigate for the following possible violations, and indicate whether or not you found such violation.*

| | Possible Violations | Confirmed by AFI/BRI? |
|---|---|---|
| 1. **244** | Regulation 78.11(f) If the dealer is to submit the Certificate of Sale and ownership document, he shall submit it within five calendar days after delivery of the vehicle | ☐ Yes ☐ No |
| 2. | | ☐ Yes ☐ No |
| 3. | | ☐ Yes ☐ No |
| 4. | | ☐ Yes ☐ No |
| 5. | | ☐ Yes ☐ No |

Information gathered by Consumer Services Representative *(Write on back if necessary):*

This writer notes I am sending 2 complaints to RO1 – consumer vs Northshore Motors and consumer vs NY Off Lease. The field office can best determine how to pursue each case.

7-11-18 I have spoken with consumer 2-3 times to get the complete narrative and to get legible copies of the purchase papers.

She speaks mostly of the brakes on her ME BE which, as an ME BE, should not have gone bad in such a short time. I explained that the law does not take the make or price into account.

Furthermore, I explained that, because she lives in MD, used veh cert does not apply. I also told her that a dealer didn't have to NYSI a car going out of state. In addition, there is no "moral" requirement in the law.

Not having the papers in hand while we spoke, I asked what papers she was given. She said she has the bill of sale showing NYSI and some other payments which she doesn't understand. She states being told by the bank(?) that she has the right to register the car in MD. She wonders why she will have to pay again since she already paid the dealer. We discussed that she doesn't have the papers to do so yet. She pointed to the MD repair shop papers showing brake work.

As we spoke, I pointed out that the ITP, bill of sale and finance contract all show NY Off Lease Inc and asked if she ever went there or did business with them – no. She dealt with Northshore and has provided an email copy of their business card.

The bill of sale clearly shows she was billed for NYSI $37 with no Compass record by the VIN she provided. She was billed the $75 dealer optional fee on the bill of sale and finance contract. The finance contract shows $ several hundred for title, reg, paid to public officials- without itemizing.

I suggested that NY Off Lease may be involved in hopes of arranging finance.

I explained the VS process through RO1.

*Edward Eckersdorff*    048EE    7-13-18

(Edward Eckersdorff Consumer Services Representative)    (Date)

VS-38 (4/98)

This is to certify that this document is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

Mark J.F. Schroeder

COMMISSIONER OF MOTOR VEHICLES

New York State Department of Motor Veh. es
Division of Vehicle Safety Services

## COMPLAINT BACKGROUND INFORMATION

7-11-18 I called Northshore and spoke to Cindy about 2 complaints which, coincidentally, are on my desk at the same time – each with the same 2 facilities – Northshore and NY Off Lease.

7-13-18 Chris Ring called about the 2 complaints on my desk. He said the Phillips complaint is baseless and he sent her a letter stating this. She went out of state with the car and complained about it's condition.
This writer notes I didn't discuss the issues at all with him – re: NY Off Lease, etc.

Edward Eckersdorff (048EE)
(Edward Eckersdorff - Consumer Services Representative)

(Date)

VS-38 (4/98)




This is to certify that this document is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

Mark J.F. Schroeder

COMMISSIONER OF MOTOR VEHICLES

**C. Vehicle Purchase Complaint**

Cherlyn Phillips
WDDLJ9BB2EA125067

**Attach a copy of your Bill of Sale and/or Certificate of Sale.**

1. Were any vehicle components in need of repair or adjustment? ☑ Yes ☐ No If Yes, which components?
Brakes issues
2. Have you gone back to the dealer for repairs or adjustments? ☑ Yes ☐ No If No, would you go back if the dealer offered to make repairs or adjustments? ☐ Yes ☐ No
3. Was a Temporary Certificate of Registration issued? ☑ Yes ☐ No If yes, what is the facility number written on the temporary registration? 7bE4910.
4. Inspection Certificate # Unknown Expiration Date 6/24/2018

NOTE: If a repair or diagnosis of the vehicle was made, complete Section A on the front of this form.

**D.** If there is additional information that will help us to evaluate your complaint, please include this information below or use an additional sheet of paper.

Temp Registration permit expired 6/29/2018 Since the dealer the person that I dealt with the Transaction refused to return my call I had to do my own repairs for the inspection due to the safty of myself and others on the road as well. and I would like to be refunded for my expenses. The dealer charge me for preparation & ensuring that the car was good to be on the road and it was safe. No inspection provided by the dealer as of today's date.

**E.** What do you want done to resolve this complaint to your satisfaction?
I want the dealer to fix the brakes issues so the car can pass the State of Maryland Inspection.

Are you willing to appear and testify at a hearing if one is held to resolve this complaint? ☑ Yes ☐ No

**Be sure to attach COPIES of any supporting correspondence and/or documents such as receipts, invoices, written estimates, written guarantees or warranties, cancelled checks or credit card transaction forms.**

**Sign below and mail this complaint form with all necessary attachments to: BUREAU OF CONSUMER & FACILITY SERVICES, PO BOX 2700-ESP, ALBANY NY 12220-0700. Phone #: (518) 474-8943 Fax:(518) 486-4102**

I understand that a copy of this form and any or all of the enclosed information may be sent to the facility shown on the front of this form. All information provided in this complaint is true and factual.

X [signature] (Signature) 7/9/18 (Date)

This is to certify that this document is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

Mark J.F. Schroeder

COMMISSIONER OF MOTOR VEHICLES