Gmail

Tony Urrutia <tonyu814@gmail.com>

## Superb Call Recap - 7/24

**Simonetti, James** <james.simonetti@chase.com> Mon, Jul 24, 2023 at 4:12 PM
To: Bruce Novicky <bruce@teamauto.com>
Cc: "Pesce, Rosa" <Rosa.Pesce@chase.com>, "tonyu814@gmail.com" <tonyu814@gmail.com>

Hi Bruce,

Good afternoon, thank you again for meeting with Rosa and me today. Below is the updated list of the Gray Market Vehicles of the unperfected liens/customer complaints. I highlighted the VINs in yellow that were customer complaints. The one for Martin has been flat canceled since the vehicle was never delivered to the customer and was requested by Eugene at the store. As mentioned on the call, you stated you are working on getting the rest of these loans with another lender and then paying us off. Please provide the tracking number and check number for the payoffs.

Thank you,

Jim

| Dealer | Aged Days | VIN | Vehicle Year | Make | Model | Last Name | State |
|---|---|---|---|---|---|---|---|
| SUPERB MOTORS | 141 | WAUF2AFC3GN063552 | 2016 | AUDI | S6 | PAPAVANGJELI | IL |
| SUPERB MOTORS | 99 | WBA8B7C52JA190437 | 2018 | BMW | 3 SERIES | SAAVEDRA | WI |
| SUPERB MOTORS | 90 | 5UXXW7C58H0U25635 | 2017 | BMW | X4 | GUZMAN | NY |
| SUPERB MOTORS | 85 | 5UXKS4C52G0N13938 | 2016 | BMW | X5 | DOUGLAS | WI |
| SUPERB MOTORS | 82 | 5UXTS3C53K0Z04278 | 2019 | BMW | X3 | DAUGHETY | NJ |
| SUPERB MOTORS | 75 | 55SWF4KB0HU188660 | 2017 | MERCED | C-CLASS | LOPEZ | NJ |
| SUPERB MOTORS | 72 | 5UXKU2C51J0X50071 | 2018 | BMW | X6 | ALLEN | MA |
| SUPERB MOTORS | 65 | 1C4SDJCT5MC573666 | 2021 | DODGE | DURANGO | MARTIN | VA |
| SUPERB MOTORS | 61 | WP1AD2A26HLA81941 | 2017 | PORSCH | CAYENNE | SINGH | NJ |
| SUPERB MOTORS | 50 | WA1C4AFY0J2194727 | 2018 | AUDI | SQ5 | ARTEAGA | RI |
| SUPERB MOTORS | 41 | JN1FV7EL9KM440644 | 2019 | INFINI | Q60 | MARTINEZ | NJ |

**#8**

Customer Last Name: Papavangjeli

Vehicle: 2016 Audi S6

VIN: WAUF2AFC3GN063552

**Complaint**

Customer stated vehicle is not working properly. Stated dealership has blocked their calls. Customer also stated that the vehicle has been at the repair shop at the dealership since 3/6/23 and customer stated dealership cannot fix it. GMV

**Dealer to payoff / please provide tracking #**

**#10**

Customer Last Name: Martin

Vehicle: 2019 Dodge Durango

VIN: 1C4SDJCT5MC573666

**Complaint**

Customer stated the dealer dealership agreed to flat cancel the contract but the flat cancel wasn't submitted to us. Customer stated they never took delivery of the vehicle and the lien is unperfected.GMV

**Resolution**

**Flat Cancel Completed**

**#11**

Customer Last Name: Lopez

Vehicle: 2017 M/B C-Class

VIN: 55SWF4KB0HU188660 and 55SWF8EB5KU291602

**Complaint**

Customer stated they purchased 55SWF4KB0HU188660 on 05/04/2023. Shortly after the engine failed. On 06/10/2023, the Dealer issued a new contract on 55SWF8EB5KU291602, showing 55SWF4KB0HU188660 as a trade-in. As of today the trade-in has not been paid-off and the Customer claims to have neither of the vehicles and wants the loans canceled. GMV

**Resolution**

**Payoff Check Pending Delivery for 5/4 loan. Tracking number of 772796500718 just says label created on FedEx. Will try to process flat cancel for 6/10 loan**

**Jim Simonetti**

Dealer Relationship Manager

Chase Auto – Northeast Region

**Telephone:**. 631-334-1379

**Email:**. James.Simonetti@Chase.com

**Fax**. 833-989-3973

**Full Spectrum Underwriter**

**Rosie O'Brien:** 1-855-690-2426

**Dealer Hotline**

**Account Payoffs and Titles:** 800-223-5050

**Funding:** 800-543-0640 Option 3

**eContracting:** 877-633-9124

CHASE

This message is confidential and subject to terms at: https://www.jpmorgan.com/emaildisclaimer including on confidential, privileged or legal entity information, malicious content and monitoring of electronic messages. If you are not the intended recipient, please delete this message and notify the sender immediately. Any unauthorized use is strictly prohibited.