**From:** **Bruce Novicky** bruce@teamauto.com
**Subject:** FW: ECR File# 147616 - 228-2008-71079 - Frankie Barnes
**Date:** May 30, 2023 at 5:37 PM
**To:** anthony deo anthonyd@northshoremotors1.com

What is the deal with this one?

Ally is still all over us…

**Bruce Novicky**
Chief Operating Officer I **Team Auto Group**
Office 860.900.0660
Email bruce@teamauto.com

---

**From:** Innelli, Frank <frank.innelli@ally.com>
**Sent:** Tuesday, May 30, 2023 5:24 PM
**To:** Bruce Novicky <bruce@teamauto.com>
**Cc:** Eugene Lowe <eugenel@teamauto.com>
**Subject:** ECR File# 147616 - 228-2008-71079 - Frankie Barnes

Here is another Executive Customer Relations compliant to Ally from Frankie Barnes. Can you please advise of dealership response? Thank you, Frank

Good afternoon,

I am researching an ECR concern from the BBB where the customer has submitted a complaint stating that they do not have this vehicle, among other grievances. Please see the below complaint and provide a dealer statement. Please be advised, we are not accusing the dealer of any wrongdoing, we need to do our due diligence and assist the customer with their concern and a resolution, if needed. The customer also states that the dealer said that they delivered the unit on 05/04 to their address, but it never showed up, and they have cameras to verify this. They no longer want the unit.

**PDN 21732 - SUPERB MOTORS INC.**
**VIN#** SALYB2EX7KA235242
Contract Date: 3/29/2023
Copy of the complaint:
**BBB Case # 20005437 - Ally Financial, Inc**

**Customer Information:**
**Frankie Barnes**
**4862 Highway 430 S**
**Greenwood, MS 38930**
**Daytime Phone: (662) 515-8709**
**E-mail: barnesf0517@att.net**

**The details of this matter are as follows:**

**Complaint Involves:**
**Contract Disputes**

**Customer's Statement of the Problem:**

**My Wife apply for a truck on March 28,2023, the salesmen Kelvin asked her if I would be a co-signer on the truck, I said yes. Kelvin texted back in said that we were approved.so He sent my wife a vin number told her to get the insurance for the 2019 Ranger Rover Velar stated that we had to pay 2,000.00 dollars down, my wife used her credit card to make the down payment. I never spoke with the gentleman because him and my wife was doing business but I heard her tell him that her name have too be on the contract. my wife Alice Barnes, was inform that she was going to get her truck that Tuesday but the truck never came.. Tuesday Came and went ,she texted Kelvin again, he stated that they gave her the wrong vin number so he sent another in told her to contact her insurance company again so she updated her insurance again. Kelvin gave her a new date which it was going to be that following Tuesday again. she never got the truck so we call Ally the finance company to find out that Kelvin put my name down without my wife because Ally denied my wife, without informing me so we explain to Ally that we had no knowledge of another application because Kelvin knew that my wife said that if her name is not on the contract that we would find another company, Kelvin didn't want to loose the sell so Kelvin and Ally did the contract even when we asked them not to , I told Ally and Superb Motors that I am not paying for something that I didn't buy. my wife cancer this contract by texts because Kelvin and Superb Motor stop answering the phone. we just want out of the contract Ally expecting a payment on May 13,2023.I told them that we never got the truck. We need help.**

**Desired Settlement:**
**Other (requires explanation)**
**No further contact by the business; Pain and suffer and mess up my credit score; pay me for the suffer**

**Bianca Balevre**
Auto Executive Customer Relations Analyst
12808 West Gran Bay Parkway
Jacksonville, FL 32258
T + 904-370-1835 | Bianca.Balevre@ally.com

ally do it right.