Manheim by Cox Automotive

# Credit Memo # 2410242

| PAY TO | OWNER | REMIT PAYMENT TO | INVOICE TYPE | Floorplan |
|---|---|---|---|---|
| NISSAN MOTOR ACCEPTANCE CORP. - FLOORPLAN<br>8900 FREEPORT PARKWAY<br>IRVING, TX 75063 US<br>12000200 | ALLURE MOTORS<br>4050 BOSTON RD<br>Bronx, NY 10475 US | Cox Automotive, Inc.<br>PO Box 105156<br>Atlanta, GA 30348-5156 US<br><br>See Special Instructions for title mailing address | INVOICE DATE<br>PAYMENT DUE DATE<br>BUYER REPRESENTATIVE<br>TRANSACTION LOCATION<br>ORIGINAL BUYER | 06-JUN-2023<br>06-JUN-2023<br>RAHMAN, SARA<br>402 MANHEIM NEW JERSEY<br>SUPERB MOTORS INC |
| **BUYER** | | **INVOICING-SALES LOCATION** | **LEASE ACCOUNT NO** | |
| SUPERB MOTORS INC<br>215 NORTHERN BLVD<br>GREAT NECK, NY 11021 US | | MANHEIM NEW JERSEY<br>PO BOX 188<br>BORDENTOWN, NJ 08505 US | YEAR MAKE MODEL<br>VIN<br>MILEAGE<br>CUSTOMER PO# | **2021 DODGE DURAN R/T**<br>**1C4SDJCT5MC573666**<br>40470 Miles |

| CHARGE DATE | WORK ORDER | UNIVERSAL KEY | DESCRIPTION | CUSTOMER PO# | PRICE | TAX | LINE TOTAL |
|---|---|---|---|---|---|---|---|
| | 6341109 | 2023-20-92-269 | TRUCK | | ($39,000.00) | $0.00 | ($39,000.00) |
| | 6341109 | 2023-20-92-269 | BUYER SUCCESS FEE | | ($810.00) | $0.00 | ($810.00) |

## ADJUSTMENTS

| DATE | | DESCRIPTION | | AMOUNT |
|---|---|---|---|---|
| | | | TOTAL ADJUSTMENTS | $0.00 |

## PAYMENTS

| DATE | REF NO | | DESCRIPTION | | AMOUNT |
|---|---|---|---|---|---|
| 06-JUN-2023 | 13466736 | | Deposit - ACH | | $39,810.00 |
| | | | | TOTAL PAYMENTS | $39,810.00 |

| SPECIAL INSTRUCTIONS | | |
|---|---|---|
| Please include the invoice number on all remittances and include remittance copy with postal payments. | SUB TOTAL | ($39,810.00) |
| Visit your Account at Manheim.com to manage preferences, view invoices & statuses, see history and pay invoices. | TAX | $0.00 |
| A late fee will be added, wherever applicable, to all past due invoices, subject to details in the Manheim Terms and Conditions. | ADJUSTMENTS | $0.00 |
| If you have questions concerning this invoice, please call or email Manheim Client Care @ 1-866-MANHEIM (626-4346), Mon-Sat 8am-10pm; or email us by clicking on Contact Us on Manheim.com. | TOTAL BEFORE PAYMENTS | ($39,810.00) |
| | PAYMENTS | $39,810.00 |
| Remit overnight payments to:<br>Cox Automotive Inc, Attn: Lockbox 105156, 3585 Atlanta Avenue, Hapeville, GA 30354-1705 US | AMOUNT DUE TO | $0.00 |
| Please send titles to the nearest Manheim title processing facility or facilitating/invoicing-sales location. | | |

Printed on: 2024-03-27 15:10:35