**From:** **Bruce Novicky** bruce@teamauto.com
**Subject:** Fw: Immediate Action Required: Unperfected Liens On Two Accounts
**Date:** July 14, 2023 at 9:51 AM
**To:** anthony deo anthonyd@northshoremotors1.com

Regards,


Bruce Novicky
COO I Team Auto Group
Office 860.900.0660
Email bruce@teamauto.com


IMPORTANT: The contents of this email and any attachments are confidential. They are intended for the named recipient(s) only. If you have received this email by mistake, please notify the sender immediately and do not disclose the contents to anyone or make copies thereof.

---

**From:** Simonetti, James <james.simonetti@chase.com>
**Sent:** Friday, July 14, 2023 9:22 AM
**To:** tonyu814@gmail.com <tonyu814@gmail.com>; Bruce Novicky <bruce@teamauto.com>; Eugene Lowe <eugenel@teamauto.com>
**Cc:** Pesce, Rosa <Rosa.Pesce@chase.com>
**Subject:** Immediate Action Required: Unperfected Liens On Two Accounts

Hi,
Good morning, we have two pressing title issues that need immediate action on them for the Superb Store. There are two titles that we haven't been perfected as the lien holder that need immediate action on them. Please provide a status update on both of these titles so we can inform our titles team on them. If you have possession of these vehicles and that was why the titles weren't issued, please let us know if you want to flat cancel these two.
Thank you,
Jim

Customer Name: Jenkins
Vehicle: 2017 BMW X6
VIN: 5UXKU6C34H0W38431

Customer Name: Daughety
Vehicle: 2019 BMW X3
VIN: 5UXTS3C53K0Z04278


**Jim Simonetti**
Dealer Relationship Manager
Chase Auto – Northeast Region

**Telephone:**. 631-334-1379
**Email:**. James.Simonetti@Chase.com

**Fax.** 833-989-3973

**Full Spectrum Underwriter**
**Rosie O'Brien:** 1-855-690-2426

**Dealer Hotline**
**Account Payoffs and Titles:** 800-223-5050
**Funding:** 800-543-0640 Option 3
**eContracting:** 877-633-9124

CHASE

This message is confidential and subject to terms at: https://www.jpmorgan.com/emaildisclaimer including on confidential, privileged or legal entity information, malicious content and monitoring of electronic messages. If you are not the intended recipient, please delete this message and notify the sender immediately. Any unauthorized use is strictly prohibited.

**From:** **anthony deo** anthonyd@northshoremotors1.com
**Subject:** RE: Immediate Action Required: Unperfected Liens On Two Accounts
**Date:** July 14, 2023 at 9:53 AM
**To:** Bruce Novicky bruce@teamauto.com, Yvonne McCoy postroyalgirl@gmail.com

WILL ADDRESS TODAY

**From:** Bruce Novicky <bruce@teamauto.com>
**Sent:** Friday, July 14, 2023 9:51 AM
**To:** anthony deo <anthonyd@northshoremotors1.com>
**Subject:** Fw: Immediate Action Required: Unperfected Liens On Two Accounts

Regards,

Bruce Novicky

COO I Team Auto Group

Office 860.900.0660

Email bruce@teamauto.com

IMPORTANT: The contents of this email and any attachments are confidential. They are intended for the named recipient(s) only. If you have received this email by mistake, please notify the sender immediately and do not disclose the contents to anyone or make copies thereof.

**From:** Simonetti, James <james.simonetti@chase.com>
**Sent:** Friday, July 14, 2023 9:22 AM
**To:** tonyu814@gmail.com <tonyu814@gmail.com>; Bruce Novicky <bruce@teamauto.com>; Eugene Lowe <eugenel@teamauto.com>
**Cc:** Pesce, Rosa <Rosa.Pesce@chase.com>
**Subject:** Immediate Action Required: Unperfected Liens On Two Accounts

Hi,
Good morning, we have two pressing title issues that need immediate action on them for the Superb Store. There are two titles that we haven't been perfected as the lien holder that need immediate action on them. Please provide a status update on both of these titles so we can inform our titles team on them. If you have possession of these vehicles and that was why the titles weren't issued, please let us know if you want to flat cancel these two.
Thank you,
Jim

Customer Name: Jenkins
Vehicle: 2017 BMW X6
VIN: 5UXKU6C34H0W38431

Customer Name: Daughety
Vehicle: 2019 BMW X3

Vehicle: 2019 BMW X3
VIN: 5UXTS3C53K0Z04278

**Jim Simonetti**
Dealer Relationship Manager
Chase Auto – Northeast Region

**Telephone:**. 631-334-1379
**Email:**. James.Simonetti@Chase.com
**Fax**. 833-989-3973

**<u>Full Spectrum Underwriter</u>**
**Rosie O'Brien:** 1-855-690-2426

**<u>Dealer Hotline</u>**
**Account Payoffs and Titles:** 800-223-5050
**Funding:** 800-543-0640 Option 3
**eContracting:** 877-633-9124

CHASE

JPM

This message is confidential and subject to terms at: https://www.jpmorgan.com/emaildisclaimer including on confidential, privileged or legal entity information, malicious content and monitoring of electronic messages. If you are not the intended recipient, please delete this message and notify the sender immediately. Any unauthorized use is strictly prohibited.