Mon, Oct 23 at 1:45 PM






Should probably report this car stolen

Cars in our verifi ,
Titles here