671121

**Schedule K-1 (Form 1120-S)** **2023**

Department of the Treasury
Internal Revenue Service

For calendar year 2023, or tax year beginning ______ ending ______

☐ Final K-1 ☐ Amended K-1 OMB No. 1545-0123

## Shareholder's Share of Income, Deductions, Credits, etc.

See separate instructions.

### Part I Information About the Corporation

**A** Corporation's employer identification number
[redacted]

**B** Corporation's name, address, city, state, and ZIP code

SUPERB MOTORS INC.
215 NORTHERN BOULEVARD
GREAT NECK, NY 11021

**C** IRS Center where corporation filed return
E-FILE

**D** Corporation's total number of shares
Beginning of tax year 100.00
End of tax year 100.00

### Part II Information About the Shareholder

**E** Shareholder's identifying number
***-**-4665

**F** Shareholder's name, address, city, state, and ZIP code

ROBERTO URRUTTIA
327 LAKEWOOD TERRACE
NEWTON, NJ 07860

**G** Current year allocation percentage 100.000000 %

**H** Shareholder's number of shares
Beginning of tax year 100.00
End of tax year 100.00

**I** Loans from shareholder
Beginning of tax year $ 377,600.
End of tax year $

For IRS Use Only

### Part III Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items

| Line | Item | Amount |
|---|---|---|
| 1 | Ordinary business income (loss) | -1,625,191. |
| 2 | Net rental real estate inc (loss) | |
| 3 | Other net rental income (loss) | |
| 4 | Interest income | |
| 5a | Ordinary dividends | |
| 5b | Qualified dividends | |
| 6 | Royalties | |
| 7 | Net short-term capital gain (loss) | |
| 8a | Net long-term capital gain (loss) | |
| 8b | Collectibles (28%) gain (loss) | |
| 8c | Unrecaptured sec 1250 gain | |
| 9 | Net section 1231 gain (loss) | |
| 10 | Other income (loss) | |
| 11 | Section 179 deduction | |
| 12 | Other deductions | |
| 13 | Credits | |
| 14 | Schedule K-3 is attached if checked ☐ | |
| 15 | Alternative min tax (AMT) items | |
| 16 | Items affecting shareholder basis | |
| 17 | Other information | |
| | V | * STMT |
| | AC | * STMT |
| | AJ | * STMT |

18 ☐ More than one activity for at-risk purposes*
19 ☐ More than one activity for passive activity purposes*

*See attached statement for additional information.