6:35

GOLDCOASTMOTORS
**Posts**

Follow

Syosset, New York




Liked by **401_whodini** and **others**

**goldcoastmotors** A grand opening you don't want to miss!! Come enjoy a permitted event with us & celebrate the grand opening... bring out the... more

View all 2 comments

July 20, 2023