Gmail

Tony Urrutia <tonyu814@gmail.com>

## FW: 8085 Superb Motors Inc. - Potential Double Floorings 2.22.2023

19 messages

**Alysia Cayer** <alysia@teamauto.com>
To: anthony deo <anthonyd@northshoremotors1.com>, "tonyu814@gmail.com" <tonyu814@gmail.com>

NMAC is reaching out again today about these cars that are still on your Next Gear Floorplan. Only two were taken care of.

These need to be paid off immediately. These cars are now flagged and if we don't have the titles in house by the next audit they are going to make us pay them off.

Thank you

*Alysia Cayer*

*Chief Financial Officer*

*Team Auto Group*

*P) 860-590-8010*

*F) 860-362-8080*

TEAM AUTO GROUP

Hello,

The below 6 units are showing on today's VXC report. The NMAC floor date has been added for your reference.

Please follow up with the dealership to resolve the potential double floorings. Let us know if you have any questions.

Thank you.

| Floored Dealer | Floored Dealer Nam | Floored (Y/N | Days Double Floore | NMAC Floor Dat | VIN | Year | Manufacture | Model | Record Da |
|---|---|---|---|---|---|---|---|---|---|
| 8085 | SUPERB MOTORS INC. | Y | 14 | 2/7/2023 | WA1LAAF74JD052689 | 2018 | AUDI | Q7 | 12/2/: |
| 8085 | SUPERB MOTORS INC. | Y | 14 | 2/7/2023 | 55SWF8EB2KU290410 | 2019 | MERCEDES-BEN: | C-CLASS | 1/20/: |
| 8085 | SUPERB MOTORS INC. | Y | 14 | 2/7/2023 | WAUJ8GFF3J1059635 | 2018 | AUDI | A3 QUATT | 12/2/: |
| 8085 | SUPERB MOTORS INC. | Y | 14 | 2/7/2023 | WDDWJ8EBXKF826568 | 2019 | MERCEDES-BEN: | C-CLASS | 12/2/: |
| 8085 | SUPERB MOTORS INC. | Y | 15 | 2/6/2023 | ZAM57YTA4K1314330 | 2019 | MASERATI | GHIBLI | 1/20/: |
| 8085 | SUPERB MOTORS INC. | Y | 15 | 2/6/2023 | 4JGDA5HB8GA763143 | 2016 | MERCEDES-BEN: | GLE CLASS | 1/20/: |

**Nancy Lozon |** Special Credit | Nissan Motor Acceptance Company, LLC | Mobile +1 682-261-4960 | Fax: +1 972-607-7278

Hello,

Below are the 8 units showing for 8085 Superb Motors, Inc. from today's double floored report.

The NMAC floor date has been added for your reference.

If they were the sellers, please pay NMAC off. If they are the buyers, please verify they have the titles or expect them in a day or two

If they do not have the titles and do not know when they will get them, please have them remove them from their floor plan until they receive the titles.

Thank you

| Floored Dealer # | Floored Dealer Name | Floored (Y/N) | Days Double Floored | NMAC Floor Date | VIN | Year | Manufacturer | Mode |
|---|---|---|---|---|---|---|---|---|
| 8085 | SUPERB MOTORS INC. | Y | 9 | 2/7/2023 | WDDWJ8EBXKF826568 | 2019 | MERCEDES-BENZ | C-CLA |
| 8085 | SUPERB MOTORS INC. | Y | 9 | 2/7/2023 | WAUJ8GFF3J1059635 | 2018 | AUDI | A3 QU |
| 8085 | SUPERB MOTORS INC. | Y | 9 | 2/7/2023 | WA1LAAF74JD052689 | 2018 | AUDI | Q7 |
| 8085 | SUPERB MOTORS INC. | Y | 10 | 2/6/2023 | 1C4PJMDX1KD463867 | 2019 | JEEP | CHER( |
| 8085 | SUPERB MOTORS INC. | Y | 9 | 2/7/2023 | 55SWF8EB2KU290410 | 2019 | MERCEDES-BENZ | C-CLA |
| 8085 | SUPERB MOTORS INC. | Y | 10 | 2/6/2023 | 1FTEW1E45LFB57014 | 2020 | FORD | F-150 |
| 8085 | SUPERB MOTORS INC. | Y | 10 | 2/6/2023 | 4JGDA5HB8GA763143 | 2016 | MERCEDES-BENZ | GLE CI |
| 8085 | SUPERB MOTORS INC. | Y | 10 | 2/6/2023 | ZAM57YTA4K1314330 | 2019 | MASERATI | GHIBL |

*Sincerely,*

**Nancy Lozon**

Dealer Workout Analyst

Special Credit

Nissan Group of North America

Mobile: +682-261-4960

Fax: +1-972-607-7278

NISSAN
GROUP OF NORTH AMERICA

---

**Alysia Cayer** <alysia@teamauto.com>
To: "tonyu814@gmail.com" <tonyu814@gmail.com>, Bruce Novicky <bruce@teamauto.com>

FYI- Just so you know what I said to Joe.

Thank you

*Alysia Cayer*

*Chief Financial Officer*

*Team Auto Group*

*P) 860-590-8010*

*F) 860-362-8080*

TEAM AUTO GROUP

---

**From:** Bennetta, Joe <Joe.Bennetta@nissan-usa.com>
**Sent:** Thursday, February 23, 2023 9:57 AM
**To:** Alysia Cayer <alysia@teamauto.com>
**Subject:** Re: 8085 Superb Motors Inc. - Potential Double Floorings 2.22.2023

Thanks Alysia

Sent from my iPhone

**Joe Bennetta**

Financial Services Manager - Northeast Region

Nissan Motor Acceptance Company

Infiniti Financial Services

Nissan Group of North America

Phone: (609) 495-4834

joe.bennetta@nissan-usa.com

On Feb 23, 2023, at 9:48 AM, Alysia Cayer <alysia@teamauto.com> wrote:

**This Message Is From an External Sender**

This message came from outside your organization.

Good Morning Joe, just reached out to the seller again to pay them off.

Thank you

Alysia Cayer

Chief Financial Officer

Team Auto Group

P) 860-590-8010

F) 860-362-8080

---

**From:** Bennetta, Joe <Joe.Bennetta@nissan-usa.com>
**Sent:** Thursday, February 23, 2023 9:44 AM
**To:** Alysia Cayer <alysia@teamauto.com>
**Subject:** Fwd: 8085 Superb Motors Inc. - Potential Double Floorings 2.22.2023

Hi Alysia.  Can you look into these and advise

Sent from my iPhone

**Joe Bennetta**

Financial Services Manager - Northeast Region

Nissan Motor Acceptance Company

Infiniti Financial Services

Nissan Group of North America

Phone: (609) 495-4834

joe.bennetta@nissan-usa.com

Begin forwarded message:

**From:** "Lozon, Nancy" <Nancy.Lozon@nissan-usa.com>
**Date:** February 23, 2023 at 9:18:17 AM EST
**To:** "Bennetta, Joe" <Joe.Bennetta@nissan-usa.com>, "Eirich, John" <eirichj@nmac.com>
**Cc:** "Gilroy, Tim" <gilroyt@nmac.com>, "Beck, Jamie" <Jamie.Beck@nissan-usa.com>, "Jank, Allison" <Allison.Jank@nissan-usa.com>, "Broussard, Keeth" <BroussK@nmac.c
**Subject: RE: 8085 Superb Motors Inc. - Potential Double Floorings 2.22.2023**

Hello,

The below 6 units are showing on today's VXC report. The NMAC floor date has been added for your reference.

Please follow up with the dealership to resolve the potential double floorings. Let us know if you have any questions.

Thank you.

| Floored Dealer | Floored Dealer Nam | Floored (Y/N | Days Double Floore | NMAC Floor Dat | VIN | Year | Manufacture | Model | Rec |
|---|---|---|---|---|---|---|---|---|---|
| 8085 | SUPERB MOTORS INC. | Y | 14 | 2/7/2023 | WA1LAAF74JD052689 | 2018 | AUDI | Q7 | |
| 8085 | SUPERB MOTORS INC. | Y | 14 | 2/7/2023 | 55SWF8EB2KU290410 | 2019 | MERCEDES-BEN | C-CLASS | |
| 8085 | SUPERB MOTORS INC. | Y | 14 | 2/7/2023 | WAUJ8GFF3J1059635 | 2018 | AUDI | A3 QUATT | |
| 8085 | SUPERB MOTORS INC. | Y | 14 | 2/7/2023 | WDDWJ8EBXKF826568 | 2019 | MERCEDES-BEN | C-CLASS | |
| 8085 | SUPERB MOTORS INC. | Y | 15 | 2/6/2023 | ZAM57YTA4K1314330 | 2019 | MASERATI | GHIBLI | |
| 8085 | SUPERB MOTORS INC. | Y | 15 | 2/6/2023 | 4JGDA5HB8GA763143 | 2016 | MERCEDES-BEN | GLE CLASS | |

**Nancy Lozon |** Special Credit | Nissan Motor Acceptance Company, LLC | Mobile +1 682-261-4960 | Fax: +1 972-607-7278

---

**From:** Lozon, Nancy
**Sent:** Friday, February 17, 2023 1:45 PM
**To:** Bennetta, Joe <Joe.Bennetta@nissan-usa.com>; Eirich, John <eirichj@NMAC.COM>
**Cc:** Gilroy, Tim <gilroyt@NMAC.COM>; Beck, Jamie <Jamie.Beck@nissan-usa.com>; Jank, Allison <Allison.Jank@nissan-usa.com>; Broussard, Keeth <BroussK@NMAC.COI
**Subject:** 8085 Superb Motors Inc. - Potential Double Floorings 2.17.2023

Hello,

Below are the 8 units showing for 8085 Superb Motors, Inc. from today's double floored report.

The NMAC floor date has been added for your reference.

If they were the sellers, please pay NMAC off. If they are the buyers, please verify they have the titles or expect them in a day or two

If they do not have the titles and do not know when they will get them, please have them remove them from their floor plan until they receive the titles.

Thank you

| Floored Dealer # | Floored Dealer Name | Floored (Y/N) | Days Double Floored | NMAC Floor Date | VIN | Year | Manufacturer |
|---|---|---|---|---|---|---|---|
| 8085 | SUPERB MOTORS INC. | Y | 9 | 2/7/2023 | WDDWJ8EBXKF826568 | 2019 | MERCEDES-BENZ |
| 8085 | SUPERB MOTORS INC. | Y | 9 | 2/7/2023 | WAUJ8GFF3J1059635 | 2018 | AUDI |
| 8085 | SUPERB MOTORS INC. | Y | 9 | 2/7/2023 | WA1LAAF74JD052689 | 2018 | AUDI |
| 8085 | SUPERB MOTORS INC. | Y | 10 | 2/6/2023 | 1C4PJMDX1KD463867 | 2019 | JEEP |
| 8085 | SUPERB MOTORS INC. | Y | 9 | 2/7/2023 | 55SWF8EB2KU290410 | 2019 | MERCEDES-BENZ |
| 8085 | SUPERB MOTORS INC. | Y | 10 | 2/6/2023 | 1FTEW1E45LFB57014 | 2020 | FORD |
| 8085 | SUPERB MOTORS INC. | Y | 10 | 2/6/2023 | 4JGDA5HB8GA763143 | 2016 | MERCEDES-BENZ |
| 8085 | SUPERB MOTORS INC. | Y | 10 | 2/6/2023 | ZAM57YTA4K1314330 | 2019 | MASERATI |

*Sincerely,*

**Nancy Lozon**

Dealer Workout Analyst

Special Credit

Nissan Group of North America

Mobile: +682-261-4960

Fax: +1-972-607-7278

NISSAN
GROUP OF NORTH AMERICA

---

**4 attachments**

**image001.jpg**
5K

**image002.png**
20K

**image003.png**
26K

**image004.gif**
4K

---

**Alysia Cayer** <alysia@teamauto.com> Thu, Feb 23, 2023 at 10:49 AM
To: anthony deo <anthonyd@northshoremotors1.com>, "tonyu814@gmail.com" <tonyu814@gmail.com>

All six checks cleared Superbs bank account on February 10th. All proof is attached.

Amount due to NextGear is $172,184.20

| LAST 6 | STK # | CHK # | AMOUNT | WRITTEN | CLEARED | AMOUNT DUE TO NEXTGEAR |
|---|---|---|---|---|---|---|
| 052689 | SU0944 | 11486 | 29725 | 8-Feb | 10-Feb | 28753.37 |
| 290410 | SU0909 | 11494 | 27700 | 8-Feb | 10-Feb | 28408.25 |
| 059635 | SU0945 | 11487 | 22245 | 8-Feb | 10-Feb | 21543.03 |
| 826568 | SU0943 | 11485 | 31955 | 8-Feb | 10-Feb | 30902.98 |
| 314330 | SU0912 | 11497 | 36085 | 8-Feb | 10-Feb | 36971.83 |
| 763143 | SU0906 | 11490 | 24955 | 8-Feb | 10-Feb | 25604.78 |
| | | | | | | |
| | | | 172665 | | | 172184.2 |

Thank you

Alysia Cayer

Chief Financial Officer

Team Auto Group

P) 860-590-8010

F) 860-362-8080

TEAM AUTO GROUP

[Quoted text hidden]

**13 attachments**

- **SUPERB BANK 021023.pdf** 327K
- **CK 11490 BACK.pdf** 271K
- **CK 11490.pdf** 348K
- **CK 11497 BACK.pdf** 221K
- **CK 11497.pdf** 315K
- **CK 11487 BACK.pdf** 201K
- **CK 11487.pdf** 296K
- **CK 11494 BACK.pdf** 195K
- **CK 11494.pdf** 280K
- **CK 11486 BACK.pdf** 157K
- **CK 11486.pdf** 260K
- **CK 11485 BACK.pdf** 131K
- **CK 11485.pdf** 238K

---

**Alysia Cayer** <alysia@teamauto.com> Thu, Feb 23, 2023 at 11:12 AM
To: anthony deo <anthonyd@northshoremotors1.com>, "tonyu814@gmail.com" <tonyu814@gmail.com>

There are an additional 4 cars still on Sunrise nextgear account. 2 checks have cleared. The other is a Rolls Royce just floored yesterday, check was overnighted yesterday and the other was a 2015 that I can't floor with NMAC due to age, check was overnighted on 2/21.

| LAST 6 | STK # | CHK # | AMOUNT | WRITTEN | CLEARED | | AMOUNT DUE TO NEXTGEAR | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 007004 | SU858 | 11484 | 17470 | 8-Feb | 10-Feb | | 17013.23 | | | |
| 102728 | SU0946 | 11488 | 189305 | 8-Feb | | | 194515.2 | O/N 2/22 | | |
| t80171 | SU0908 | 11493 | 25770 | 8-Feb | 22-Feb | | 26437.14 | O/N 2/17 | | |
| k68296 | SU0907 | 11496 | 19550 | 8-Feb | | | 20084.66 | O/N 2/21 | | *2015 |
| | | | | | | | | | | |
| | | | 252095 | | | | 258050.23 | | | |

Thank you

Alysia Cayer

Chief Financial Officer

Team Auto Group

P) 860-590-8010

F) 860-362-8080

---

**From:** Alysia Cayer
**Sent:** Thursday, February 23, 2023 9:48 AM
**To:** anthony deo <anthonyd@northshoremotors1.com>; tonyu814@gmail.com
**Subject:** FW: 8085 Superb Motors Inc. - Potential Double Floorings 2.22.2023
**Importance:** High

NMAC is reaching out again today about these cars that are still on your Next Gear Floorplan. Only two were taken care of.

[Quoted text hidden]

---

**Alysia Cayer** <alysia@teamauto.com> Tue, Feb 28, 2023 at 2:45 PM
To: anthony deo <anthonyd@northshoremotors1.com>, "tonyu814@gmail.com" <tonyu814@gmail.com>
Cc: Bruce Novicky <bruce@teamauto.com>

Following up because I don't see that the Mercedes Benz has been paid off of Sunrise Nextgear account.

Please let me know when this will be done.

They are going to start asking about the Rolls Royce as well shortly. Please let me know when that will be paid off.

Thank you

Alysia Cayer

Chief Financial Officer

Team Auto Group

P) 860-590-8010

F) 860-362-8080

---

**From:** Alysia Cayer
**Sent:** Thursday, February 23, 2023 9:48 AM
**To:** anthony deo <anthonyd@northshoremotors1.com>; tonyu814@gmail.com
**Subject:** FW: 8085 Superb Motors Inc. - Potential Double Floorings 2.22.2023
**Importance:** High

NMAC is reaching out again today about these cars that are still on your Next Gear Floorplan. Only two were taken care of.

[Quoted text hidden]

---

**Tony Urrutia** <tonyu814@gmail.com> Tue, Feb 28, 2023 at 2:48 PM
To: Alysia Cayer <alysia@teamauto.com>

I thought we didn't send the check for the rolls?

Best regards,

Tony Urrutia

Mobile 631 561-9807

Sent from my iPhone

> On Feb 28, 2023, at 1:45 PM, Alysia Cayer <alysia@teamauto.com> wrote:
>
> Following up because I don't see that the Mercedes Benz has been paid off of Sunrise Nextgear account.
>
> Please let me know when this will be done.
>
> They are going to start asking about the Rolls Royce as well shortly. Please let me know when that will be paid off.
>
> Thank you

Alysia Cayer

Chief Financial Officer

Team Auto Group

P) 860-590-8010

F) 860-362-8080

<image001.jpg>

---

**From:** Alysia Cayer
**Sent:** Thursday, February 23, 2023 9:48 AM
**To:** anthony deo <anthonyd@northshoremotors1.com>; tonyu814@gmail.com
**Subject:** FW: 8085 Superb Motors Inc. - Potential Double Floorings 2.22.2023
**Importance:** High

NMAC is reaching out again today about these cars that are still on your Next Gear Floorplan. Only two were taken care of.

These need to be paid off immediately. These cars are now flagged and if we don't have the titles in house by the next audit they are going to make us pay them off.

Thank you

Alysia Cayer

Chief Financial Officer

Team Auto Group

P) 860-590-8010

F) 860-362-8080

<image001.jpg>

Hello,

The below 6 units are showing on today's VXC report. The NMAC floor date has been added for your reference.

Please follow up with the dealership to resolve the potential double floorings. Let us know if you have any questions.

Thank you.

<image002.png>

**Nancy Lozon |** Special Credit | Nissan Motor Acceptance Company, LLC | Mobile +1 682-261-4960 | Fax: +1 972-607-7278

Hello,

Below are the 8 units showing for 8085 Superb Motors, Inc. from today's double floored report.

The NMAC floor date has been added for your reference.

If they were the sellers, please pay NMAC off. If they are the buyers, please verify they have the titles or expect them in a day or two
If they do not have the titles and do not know when they will get them, please have them remove them from their floor plan until they receive the titles.

Thank you

<image003.png>

*Sincerely,*

**Nancy Lozon**

Dealer Workout Analyst

Special Credit

Nissan Group of North America

Mobile: +682-261-4960

Fax: +1-972-607-7278

<image004.gif>

---

**anthony deo** <anthonyd@northshoremotors1.com> Tue, Feb 28, 2023 at 2:50 PM
To: Alysia Cayer <alysia@teamauto.com>
Cc: "Tonyu814@gmail.com" <Tonyu814@gmail.com>, Bruce Novicky <bruce@teamauto.com>

I didn't receive the check for the rolls.

Mb I will do it tomorrow

***Anthony Deo***

**NORTHSHORE MOTORS**

**Chief Operating Officer.**
180 Michael Drive
Syosset, NY 11791
www.NorthshoreMotors1.com
Ph.516.226.1400

Admin
This electronic message, including any and all attachments hereto, is intended solely to be used by the individual or entity to which it is addressed. It may contain information which is privileged, confidential and otherwise exempt by law from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to its intended recipient, you are herewith notified that any dissemination, distribution, copying or retention of this communication or the information contained herein is strictly prohibited. If you have received this communication in error, please notify us by telephone immediately and permanently delete the original and any copy or printout thereof - Thank you.

On Feb 28, 2023, at 2:45 PM, Alysia Cayer <alysia@teamauto.com> wrote:

Following up because I don't see that the Mercedes Benz has been paid off of Sunrise Nextgear account.

Please let me know when this will be done.

They are going to start asking about the Rolls Royce as well shortly. Please let me know when that will be paid off.

Thank you

Alysia Cayer

Chief Financial Officer

Team Auto Group

P) 860-590-8010

F) 860-362-8080

<image001.jpg>

---

**From:** Alysia Cayer
**Sent:** Thursday, February 23, 2023 9:48 AM
**To:** anthony deo <anthonyd@northshoremotors1.com>; tonyu814@gmail.com
**Subject:** FW: 8085 Superb Motors Inc. - Potential Double Floorings 2.22.2023
**Importance:** High

NMAC is reaching out again today about these cars that are still on your Next Gear Floorplan. Only two were taken care of.

These need to be paid off immediately. These cars are now flagged and if we don't have the titles in house by the next audit they are going to make us pay them off.

Thank you

Alysia Cayer

Chief Financial Officer

Team Auto Group

P) 860-590-8010

F) 860-362-8080

<image001.jpg>

Hello,

The below 6 units are showing on today's VXC report. The NMAC floor date has been added for your reference.

Please follow up with the dealership to resolve the potential double floorings. Let us know if you have any questions.

Thank you.

<image002.png>

**Nancy Lozon |** Special Credit | Nissan Motor Acceptance Company, LLC | Mobile +1 682-261-4960 | Fax: +1 972-607-7278

Hello,

Below are the 8 units showing for 8085 Superb Motors, Inc. from today's double floored report.

The NMAC floor date has been added for your reference.

If they were the sellers, please pay NMAC off. If they are the buyers, please verify they have the titles or expect them in a day or two
If they do not have the titles and do not know when they will get them, please have them remove them from their floor plan until they receive the titles.

Thank you

<image003.png>

*Sincerely,*

**Nancy Lozon**

Dealer Workout Analyst

Special Credit

Nissan Group of North America

Mobile: +682-261-4960

Fax: +1-972-607-7278

<image004.gif>

**4 attachments**

**image001.jpg**
5K



**image002.png**
20K



**image003.png**
26K

**image004.gif**
4K

**Alysia Cayer** <alysia@teamauto.com> Tue, Feb 28, 2023 at 2:57 PM
To: Tony Urrutia <tonyu814@gmail.com>

We did, it was in the fedex that was intercepted but it's on our floorplan

We put a stop payment on it.

Thank you

*Alysia Cayer*

*Chief Financial Officer*

*Team Auto Group*

*P) 860-590-8010*

*F) 860-362-8080*

**From:** Tony Urrutia <tonyu814@gmail.com>
**Sent:** Tuesday, February 28, 2023 2:48 PM
**To:** Alysia Cayer <alysia@teamauto.com>

[Quoted text hidden]

[Quoted text hidden]

**Alysia Cayer** <alysia@teamauto.com> Wed, Sep 20, 2023 at 10:25 AM
To: tonyu814 <tonyu814@gmail.com>

**From:** Alysia Cayer
**Sent:** Tuesday, February 28, 2023 2:57 PM
**To:** Tony Urrutia <tonyu814@gmail.com>
**Subject:** RE: 8085 Superb Motors Inc. - Potential Double Floorings 2.22.2023

[Quoted text hidden]

---

**Tony Urrutia** <tonyu814@gmail.com> Wed, Sep 20, 2023 at 10:30 AM
To: urrutia.tony@icloud.com, Emanuel Kataev <Emanuel@mllaborlaw.com>

feb double floored cars
[Quoted text hidden]

**2 attachments**

**image001.jpg**
5K

**image001.jpg**
5K

---

**Tony Urrutia** <tonyu814@gmail.com> Wed, Sep 20, 2023 at 10:31 AM
To: urrutia.tony@icloud.com

---------- Forwarded message ---------
From: **Alysia Cayer** <alysia@teamauto.com>
Date: Thu, Feb 23, 2023 at 9:47 AM
Subject: FW: 8085 Superb Motors Inc. - Potential Double Floorings 2.22.2023
[Quoted text hidden]
[Quoted text hidden]

**4 attachments**


**image003.png**
20K


**image004.png**
26K

**image005.gif**
4K

**image001.jpg**
5K

---

**Emanuel Kataev** <Emanuel@mllaborlaw.com> Wed, Sep 20, 2023 at 10:31 AM
To: Tony Urrutia <tonyu814@gmail.com>

Halfway through the declaration, doesn't seem like I need anything at the moment but will reach out if so; will send once complete.

[Quoted text hidden]

---

**Tony Urrutia** <tonyu814@gmail.com> Wed, Sep 20, 2023 at 10:31 AM
To: Emanuel Kataev <Emanuel@mllaborlaw.com>

[Quoted text hidden]

**4 attachments**


**image003.png**
20K


**image004.png**
26K

**image005.gif**
4K

**image001.jpg**
5K

---

**Emanuel Kataev** <Emanuel@mllaborlaw.com> Wed, Sep 20, 2023 at 11:58 AM
To: Tony Urrutia <tonyu814@gmail.com>, Tony Urrutia <tony@yourteamauto.com>, Robert Urrutia <tonyu17@icloud.com>, Bruce Novicky <brucen@yourteamauto.com>
Cc: Jamie Felsen <jamiefelsen@mllaborlaw.com>, Kyle Monaghan <Kyle@mllaborlaw.com>

Tony:

Please review and approve the attached final sur-reply declaration.

Thanks and best,

**Emanuel Kataev, Esq.**

**Partner**
**Milman Labuda Law Group PLLC**
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042-1073
(516) 328-8899 (office)

(516) 303-1395 (direct dial)

(516) 328-0082 (facsimile)

emanuel@mllaborlaw.com

This message and its attachments may contain confidential information that is legally privileged. If you are not the intended recipient, you are hereby notified that any printing, copying, forwarding, or saving of this message is strictly prohibited. If you have received this email in error, please notify the sender immediately and delete the message and any attachment from your system.

[Quoted text hidden]

**5 attachments**

**2023-09-20 FINAL Urrutia Sur-Reply Declaration.pdf**
129K

**2023-09-20 Surreply Exhibit C.pdf**
173K

**2023-09-20 Surreply Exhibit B.pdf**
98K

**2023-09-20 Surreply Exhibit A.pdf**
64K

**2023-09-20 Surreply Exhibit D.pdf**
1228K

---

**Emanuel Kataev** <Emanuel@mllaborlaw.com> Wed, Sep 20, 2023 at 12:18 PM
To: Tony Urrutia <tonyu814@gmail.com>, Tony Urrutia <tony@yourteamauto.com>, Robert Urrutia <tonyu17@icloud.com>, Bruce Novicky <brucen@yourteamauto.com>
Cc: Jamie Felsen <jamiefelsen@mllaborlaw.com>, Kyle Monaghan <Kyle@mllaborlaw.com>

Here's the final based on the revisions we discussed. Let me know if you need me to send an e-Sign after you review.

[Quoted text hidden]

**2023-09-20 FINAL Urrutia Sur-Reply Declaration.pdf**
129K

---

**Tony Urrutia** <tonyu814@gmail.com> Sat, Sep 30, 2023 at 9:28 AM
Draft To: urrutia.tony@icloud.com

[Quoted text hidden]

**2023-09-20 FINAL Urrutia Sur-Reply Declaration.pdf**
129K

---

**Tony Urrutia** <tonyu814@gmail.com> Sat, Sep 30, 2023 at 9:29 AM
To: urrutia.tony@icloud.com

---------- Forwarded message ---------
From: **Alysia Cayer** <alysia@teamauto.com>
Date: Thu, Feb 23, 2023 at 9:47 AM
Subject: FW: 8085 Superb Motors Inc. - Potential Double Floorings 2.22.2023
To: anthony deo <anthonyd@northshoremotors1.com>, tonyu814@gmail.com <tonyu814@gmail.com>

[Quoted text hidden]

**8 attachments**


**image003.png**
20K


**image004.png**
26K

**image005.gif**
4K

**image001.jpg**
5K

**image003.png**
20K

**image004.png**
26K

**image001.jpg**
5K

**image005.gif**
4K

---

**Tony Urrutia** <tonyu814@gmail.com> Sat, Sep 30, 2023 at 9:32 AM
To: urrutia.tony@icloud.com

---------- Forwarded message ---------
From: **Alysia Cayer** <alysia@teamauto.com>
Date: Thu, Feb 23, 2023 at 10:49 AM
Subject: RE: 8085 Superb Motors Inc. - Potential Double Floorings 2.22.2023
To: anthony deo <anthonyd@northshoremotors1.com>, tonyu814@gmail.com <tonyu814@gmail.com>

[Quoted text hidden]

---

**24 attachments**

**image002.png**
15K

**image006.jpg**
5K

**image007.png**
20K

**image008.png**
26K

**image009.gif**
4K

**image009.gif**
4K

**image002.png**
15K

**image006.jpg**
5K

**image008.png**
26K

**image006.jpg**
5K

**image007.png**
20K

**SUPERB BANK 021023.pdf**
327K

**CK 11490 BACK.pdf**
271K

**CK 11490.pdf**
348K

**CK 11497 BACK.pdf**
221K

**CK 11497.pdf**
315K

**CK 11487 BACK.pdf**
201K

**CK 11487.pdf**
296K

**CK 11494 BACK.pdf**
195K

**CK 11494.pdf**
280K

**CK 11486 BACK.pdf**
157K

**CK 11486.pdf**
260K

**CK 11485 BACK.pdf**
131K

**CK 11485.pdf**
238K

---

**Tony Urrutia** <tonyu814@gmail.com> Mon, Oct 28, 2024 at 11:08 PM
To: Tony Urrutia Urrutia <tonyu17@icloud.com>

Best regards,

Tony Urrutia

Mobile 631 561-9807

Sent from my iPhone

Begin forwarded message:

**From:** Alysia Cayer <alysia@teamauto.com>
**Date:** September 20, 2023 at 8:25:58 AM CST
**To:** tonyu814 <tonyu814@gmail.com>
**Subject: Fw: 8085 Superb Motors Inc. - Potential Double Floorings 2.22.2023**

---

**From:** Alysia Cayer
**Sent:** Tuesday, February 28, 2023 2:57 PM
**To:** Tony Urrutia <tonyu814@gmail.com>
**Subject:** RE: 8085 Superb Motors Inc. - Potential Double Floorings 2.22.2023

We did, it was in the fedex that was intercepted but it's on our floorplan

We put a stop payment on it.

Thank you

Alysia Cayer

Chief Financial Officer

Team Auto Group

P) 860-590-8010

F) 860-362-8080

[Quoted text hidden]