UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

SUPERB MOTORS INC., TEAM AUTO SALES LLC, ROBERT ANTHONY URRUTIA, 189 SUNRISE HWY AUTO LLC, NORTHSHORE MOTOR LEASING, LLC, BRIAN CHABRIER, JOSHUA AARONSON, JORY BARON, ASAD KHAN, IRIS BARON REPRESENTATIVE OF THE ESTATE OF DAVID BARON, 1581 HYLAN BLVD AUTO LLC, 1580 HYLAN BLVD AUTO LLC, 1591 HYLAN BLVD AUTO LLC, 1632 HYLAN BLVD AUTO LLC, 1239 HYLAN BLVD AUTO LLC, 2519 HYLAN BLVD AUTO LLC, 76 FISK STREET REALTY LLC, 446 ROUTE 23 AUTO LLC and ISLAND AUTO MANAGEMENT, LLC,

Plaintiffs,

-against-

ANTHONY DEO, SARAH DEO, HARRY THOMASSON, DWIGHT BLANKENSHIP, MARC MERCKLING, MICHAEL LAURIE, THOMAS JONES, CPA, CAR BUYERS NYC INC., GOLD COAST CARS OF SYOSSET LLC, GOLD COST CARS OF SUNRISE LLC, GOLD COAST MOTORS AUTOMOTIVE GROUP LLC, GOLD COAST MOTORS OF LIC LLC, GOLD COAST MOTORS OF ROSLYN LLC, GOLD COAST MOTORS OF SMITHTOWN LLC, UEA PREMIER MOTORS CORP., DLA CAPITAL PARTNERS INC., JONES, LITTLE & CO., CPA'S LLP, FLUSHING BANK, LIBERTAS FUNDING LLC, J.P. MORGAN CHASE BANK, N.A., 189 SUNRISE HWY AUTO LLC, AND NORTHSHORE MOTOR LEASING, LLC,

Defendants.

-------------------------------------------------------------------X

Case No. 2:23-cv-6188(JMW)

**NOTICE OF MOTION FOR SUMMARY JUDGMENT**

PLEASE TAKE NOTICE that upon this notice of motion, the Declaration of Ariel E. Ronneburger, dated September 4, 2026 (the "Ronneburger Dec."), the Declaration of Michael Buccino, Vice President/Associate Counsel of Defendant Flushing Bank, a division of OceanFirst Bank, N.A. ("Flushing Bank"), dated August 31, 2026 (the "Buccino Dec."), Flushing Bank's Rule

56.1 Statement of Undisputed Material Facts dated June 1, 2026 (ECF No. 517) (the "Rule 56.1 Statement"), the Declaration of Ariel E. Ronneburger dated June 1, 2026 providing the exhibits referenced in the 56.1 Statement, and all the exhibits annexed thereto, and the accompanying Memorandum of Law, and all of the pleadings and proceedings heretofore had in the above-entitled action, defendant Flushing Bank will move this Court before the Honorable James M. Wicks of the United States District Court, Eastern District of New York, 100 Federal Plaza, Central Islip, New York 17722, for an order granting Flushing Bank's motion for summary judgment pursuant to Fed. R. Civ. P. 56, and for such other and further relief as the Court deems just and proper.

Dated: Uniondale, New York
September 4, 2026

CULLEN AND DYKMAN LLP

By: /s/ Ariel E. Ronneburger
Ariel E. Ronneburger
Thomas S. Baylis
*Attorneys for Defendant Flushing Bank*
333 Earle Ovington Boulevard, 2nd Floor
Uniondale, New York 11553
(516) 357-3700
aronneburger@cullenllp.com
tbaylis@cullenllp.com

TO:

All parties (via ECF)