UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SUPERB MOTORS INC., TEAM AUTO SALES LLC, ROBERT ANTHONY URRUTIA, 189 SUNRISE HWY AUTO LLC, NORTHSHORE MOTOR LEASING, LLC, BRIAN CHABRIER, JOSHUA AARONSON, JORY BARON, ASAD KHAN, IRIS BARON REPRESENTATIVE OF THE ESTATE OF DAVID BARON, 1581 HYLAN BLVD AUTO LLC, 1580 HYLAN BLVD AUTO LLC, 1591 HYLAN BLVD AUTO LLC, 1632 HYLAN BLVD AUTO LLC, 1239 HYLAN BLVD AUTO LLC, 2519 HYLAN BLVD AUTO LLC, 76 FISK STREET REALTY LLC, 446 ROUTE 23 AUTO LLC and ISLAND AUTO MANAGEMENT, LLC,

Case No. 2:23-cv-6188(JMW)

Plaintiffs,

-against-

ANTHONY DEO, SARAH DEO, HARRY THOMASSON, DWIGHT BLANKENSHIP, MARC MERCKLING, MICHAEL LAURIE, THOMAS JONES, CPA, CAR BUYERS NYC INC., GOLD COAST CARS OF SYOSSET LLC, GOLD COST CARS OF SUNRISE LLC, GOLD COAST MOTORS AUTOMOTIVE GROUP LLC, GOLD COAST MOTORS OF LIC LLC, GOLD COAST MOTORS OF ROSLYN LLC, GOLD COAST MOTORS OF SMITHTOWN LLC, UEA PREMIER MOTORS CORP., DLA CAPITAL PARTNERS INC., JONES, LITTLE & CO., CPA'S LLP, FLUSHING BANK, LIBERTAS FUNDING LLC, J.P. MORGAN CHASE BANK, N.A., 189 SUNRISE HWY AUTO LLC, AND NORTHSHORE MOTOR LEASING, LLC,

Defendants.

------------------------------------------------------------------------X

**DECLARATION OF ARIEL E. RONNEBURGER IN SUPPORT OF FLUSHING BANK, A DIVISION OF OCEANFIRST BANK, N.A.'S MOTION FOR SUMMARY JUDGMENT**

ARIEL E. RONNEBURGER, declares, pursuant to 28 U.S.C. § 1746, as follows:

1. I am an attorney-at-law admitted to practice before this Court and am a member of

the law firm of Cullen and Dykman LLP, counsel for Defendant Flushing Bank, a division of OceanFirst Bank, N.A.("Flushing Bank"), in the above-referenced action.

2. I am fully familiar with the facts and circumstances stated herein based upon my review of the files maintained by Cullen and Dykman LLP in connection with this matter.

3. I make this Declaration in support of Flushing Bank's motion for summary judgment to provide the Court with information regarding the procedural history of this matter, and to provide the Court with certain exhibits cited in Flushing Bank's Memorandum of Law in Support of Summary Judgment.

**Procedural History**

4. Plaintiffs filed the Initial Complaint on August 17, 2023. In the Initial Complaint, Plaintiffs alleged only claims under the Racketeer Influenced and Corrupt Organizations Act ("RICO") and state and common law claims against Flushing Bank, as well as a cause of action for violation of the Defend Trade Secrets Act ("DTSA"). ECF No. 1.

5. On September 26, 2023, Flushing Bank filed a letter requesting a pre-motion conference, setting forth its intent to file a motion to dismiss the Initial Complaint. In that letter, Flushing Bank set forth its position that Appellants had failed to state claims under RICO against Flushing Bank. ECF No. 52.

6. Plaintiffs opposed the request for a pre-motion conference, indicating their intention to file an amended complaint. ECF No. 60.

7. The First Amended Complaint was filed on October 13, 2023. ECF No. 65.

8. In the First Amended Complaint, Plaintiffs removed the DTSA claims against the Bank but added and elaborated on various allegations, including additional claims for a violation of Uniform Commercial Code § 3-419, conversion, negligence, and a claim for unauthorized

payment against Flushing Bank. ECF. No. 65.

9. Flushing Bank then filed another pre-motion conference letter on October 26, 2023, notifying the Court of its intention to file a motion to dismiss the First Amended Complaint. ECF No. 73.

10. In accordance with the schedule set forth by the Court, Flushing Bank served its motion to dismiss the First Amended Complaint on November 13, 2023. ECF No. 175.

11. On December 11, 2023, Plaintiffs served their opposition to Flushing Bank's motion to dismiss and sought to amend the pleadings once again. ECF No. 179.

12. On or about February 9, 2024, the Deo Defendants, Jones, Little & Co., CPAs, Libertas Funding LLC, and JPMorgan Chase Bank, N.A., all served their own motions to dismiss the First Amended Complaint. ECF Nos. 164, 168, 176, 177.

13. In response, on March 29, 2024, Plaintiffs filed a Second Cross-Motion to Amend seeking leave to amend the Complaint, attaching a Proposed Third Amended Complaint. The parties timely filed their replies to their motions to dismiss. ECF Nos. 181, 182, 183.

14. On March 21, 2025, the District Court issued the Motions to Dismiss Order on the various parties' motions to dismiss. The Motions to Dismiss Order granted Flushing Bank's motion to dismiss plaintiffs' claims against Flushing Bank, except for one cause of action under Uniform Commercial Code Article 4-A-204(1). *See* Motions to Dismiss Order. ECF No. 230.

15. The Motions to Dismiss Order also dismissed the matter entirely as to JPMorgan Chase Bank, N.A. and Thomas Jones, CPA, and Jones, Little & Co., CPA's LLP, and made several findings as to the claims made against the Deo Defendants and Libertas. ECF No. 230.

16. Ultimately, the Opinion and Order required Plaintiffs to file a Third Amended Complaint in accordance with the Court's holdings set forth therein. ECF No. 230.

17. Appellants filed their Third Amended Complaint on August 8, 2025, and Flushing Bank timely filed its Answer on October 27, 2025. The Third Amended Complaint is attached hereto as Exhibit A and Flushing Bank's Answer to the Third Amended Complaint is attached hereto as Exhibit B.

18. The Third Amended Complaint contains twenty-eight causes of action and includes several amended causes of action under RICO asserted against the Deo Defendants, and one cause of action against Flushing Bank, alleging a violation of Uniform Commercial Code Article 4-A-204(1). ECF No. 316.

**Exhibits**

19. The Deposition Transcript of Anthony Deo, dated January 12, 2026, February 12, 2026, and February 13, 2026, is attached hereto as Exhibit C.

20. Relevant portions of the Deposition Transcript of Michael Buccino, dated February 26, 2026 and March 24, 2026 are attached hereto as Exhibit D.

21. Relevant portions of the Deposition Transcript of Robert Anthony Urrutia, dated January 8, 2026, are attached hereto as Exhibit E.

22. Relevant portions of the Deposition Transcript of Joshua Aaronson, dated January 7, 2026, are attached hereto as Exhibit F.

23. Relevant emails produced in discovery by Jones, Little & Co., CPA's LLP are attached hereto as Exhibit G.

24. I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on this 4h day of September 2026, at Uniondale, New York.

/s/ Ariel E. Ronneburger

Ariel E. Ronneburger