Exhibit B to
Ronneburger Dec.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

--------------------------------------------------------------------X

SUPERB MOTORS INC., TEAM AUTO SALES LLC, ROBERT ANTHONY URRUTIA, 189 SUNRISE HWY AUTO LLC, NORTHSHORE MOTOR LEASING, LLC, BRIAN CHABRIER, JOSHUA AARONSON, JORY BARON, ASAD KHAN, IRIS BARON REPRESENTATIVE OF THE ESTATE OF DAVID BARON, 1581 HYLAN BLVD AUTO LLC, 1580 HYLAN BLVD AUTO LLC, 1591 HYLAN BLVD AUTO LLC, 1632 HYLAN BLVD AUTO LLC, 1239 HYLAN BLVD AUTO LLC, 2519 HYLAN BLVD AUTO LLC, 76 FISK STREET REALTY LLC, 446 ROUTE 23 AUTO LLC and ISLAND AUTO MANAGEMENT, LLC,

Plaintiffs,

-against-

ANTHONY DEO, SARAH DEO, HARRY THOMASSON, DWIGHT BLANKENSHIP, MARC MERCKLING, MICHAEL LAURIE, THOMAS JONES, CPA, CAR BUYERS NYC INC., GOLD COAST CARS OF SYOSSET LLC, GOLD COST CARS OF SUNRISE LLC, GOLD COAST MOTORS AUTOMOTIVE GROUP LLC, GOLD COAST MOTORS OF LIC LLC, GOLD COAST MOTORS OF ROSLYN LLC, GOLD COAST MOTORS OF SMITHTOWN LLC, UEA PREMIER MOTORS CORP., DLA CAPITAL PARTNERS INC., JONES, LITTLE & CO., CPA'S LLP, FLUSHING BANK, LIBERTAS FUNDING LLC, J.P. MORGAN CHASE BANK, N.A., 189 SUNRISE HWY AUTO LLC, AND NORTHSHORE MOTOR LEASING, LLC,

Defendants.

--------------------------------------------------------------------X

Case No. 2:23-cv-6188(JMW)

**FLUSHING BANK'S ANSWER TO PLAINTIFFS' THIRD AMENDED COMPLAINT**

Defendant Flushing Bank, by and through its attorneys, Cullen and Dykman LLP, as and for its Answer to the Third Amended Complaint dated August 8, 2025 (the "Complaint") of Plaintiffs Superb Motors Inc. ("Superb"), Team Auto Sales LLC ("Team"), Robert Anthony

Urrutia ("Urrutia") (Superb, Team, and Urrutia are collectively referred to herein as the "Superb Plaintiffs"), and Plaintiffs 189 Sunrise Hwy Auto LLC, Northshore Motor Leasing, LLC, Brian Chabrier, Joshua Aaronson, Jory Baron, Asad Khan, Iris Baron Representative of the Estate of David Baron, 1581 Hylan Blvd Auto LLC, 1580 Hyland Blvd Auto LLC, 1591 Hylan Blvd Auto LLC, 1632 Hylan Blvd Auto LLC, 1239 Hylan Blvd Auto LLC, 2519 Hylan Blvd Auto LLC, 76 Fisk Street Realty LLC, 446 Route 23 Auto LLC and Island Auto Management ("IAG Plaintiffs") (Superb Plaintiffs and IAG Plaintiffs are collectively referred to herein as "Plaintiffs"), responds as follows:

**ANSWERING "NATURE OF THE CLAIM"**

1. To the extent that Plaintiffs allege that Flushing Bank was part of a scheme to defraud Plaintiffs, no response is required as all such claims against Flushing Bank were dismissed with prejudice pursuant to the Court's Opinion and Order, dated March 21, 2025 (the "Opinion and Order"). To the extent a response is required, Flushing Bank denies the allegations contained in paragraph 1 of the Complaint.

2. To the extent that Plaintiffs allege that Flushing Bank was part of a scheme to defraud Plaintiffs, no response is required as all such claims against Flushing Bank were dismissed with prejudice pursuant to the Court's Opinion and Order. To the extent a response is required, Flushing Bank denies the allegations contained in paragraph 2 of the Complaint.

3. To the extent that Plaintiffs allege that Flushing Bank was part of a scheme to defraud Plaintiffs, no response is required as all such claims against Flushing Bank were dismissed with prejudice pursuant to the Court's Opinion and Order. To the extent a response is required, Flushing Bank denies the allegations contained in paragraph 3 of the Complaint.

4. To the extent that Plaintiffs allege that Flushing Bank was part of a scheme to defraud Plaintiffs, no response is required as all such claims against Flushing Bank were dismissed with prejudice pursuant to the Court's Opinion and Order. To the extent a response is required, Flushing Bank denies the allegations contained in paragraph 4 of the Complaint.

5. To the extent that Plaintiffs allege that Flushing Bank was part of a scheme to defraud Plaintiffs, no response is required as all such claims against Flushing Bank were dismissed with prejudice pursuant to the Court's Opinion and Order. To the extent a response is required, Flushing Bank denies the allegations contained in paragraph 5 of the Complaint.

6. To the extent that Plaintiffs allege that Flushing Bank was part of a scheme to defraud Plaintiffs, no response is required as all such claims against Flushing Bank were dismissed with prejudice pursuant to the Court's Opinion and Order. To the extent a response is required, Flushing Bank denies the allegations contained in paragraph 6 of the Complaint.

7. To the extent that Plaintiffs allege that Flushing Bank was part of a scheme to defraud Plaintiffs, no response is required as all such claims against Flushing Bank were dismissed with prejudice pursuant to the Court's Opinion and Order. To the extent a response is required, Flushing Bank denies the allegations contained in paragraph 7 of the Complaint.

8. To the extent that Plaintiffs allege that Flushing Bank was part of a scheme to defraud Plaintiffs, no response is required as all such claims against Flushing Bank were dismissed with prejudice pursuant to the Court's Opinion and Order. To the extent a response is required, Flushing Bank denies the allegations contained in paragraph 8 of the Complaint.

## ANSWERING "PARTIES"

**i. IAG Plaintiffs**

9. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 9 of the Complaint.

10. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 10 of the Complaint.

11. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 11 of the Complaint.

12. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 12 of the Complaint.

13. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 13 of the Complaint.

14. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 14 of the Complaint.

15. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 15 of the Complaint.

16. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 16 of the Complaint.

17. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 17 of the Complaint.

18. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 18 of the Complaint.

19. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 19 of the Complaint.

20. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 20 of the Complaint.

21. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 21 of the Complaint.

22. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 22 of the Complaint.

23. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 23 of the Complaint.

24. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 24 of the Complaint.

25. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 25 of the Complaint.

26. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 26 of the Complaint.

**ii. <u>Superb Plaintiffs</u>**

27. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 27 of the Complaint.

28. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 28 of the Complaint.

29. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 29 of the Complaint.

**iii.** **<u>Deo Defendants</u>**

30. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 30 of the Complaint.

31. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 31 of the Complaint.

32. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 32 of the Complaint.

33. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 33 of the Complaint.

34. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 34 of the Complaint.

35. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 35 of the Complaint.

36. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 36 of the Complaint.

37. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 37 of the Complaint.

38. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 38 of the Complaint.

39. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 39 of the Complaint.

40. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 40 of the Complaint.

41. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 41 of the Complaint.

42. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 42 of the Complaint.

43. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 43 of the Complaint.

44. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 44 of the Complaint.

45. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 45 of the Complaint.

**iv. <u>The Remaining Defendants</u>**

46. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 46 of the Complaint.

47. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 47 of the Complaint.

48. Flushing Bank admits that it is chartered bank organized under the laws of the state of New York and denies all remaining allegations in paragraph 48 of the Complaint.

**<u>ANSWERING "JURISDICTION AND VENUE"</u>**

49. To the extent paragraph 49 calls for a legal conclusion, no response is required. To the extent a response is required, Flushing Bank denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 49 of the Complaint.

50. To the extent paragraph 50 calls for a legal conclusion, no response is required. To the extent a response is required, Flushing Bank denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 50 of the Complaint.

51. To the extent paragraph 51 calls for a legal conclusion, no response is required. To the extent a response is required, Flushing Bank denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 51 of the Complaint.

**<u>ANSWERING "FACTS"</u>**

**I. Answering "The Deo Defendants Infiltrate the IAG Plaintiffs' Dealerships"**

**i. Answering "The Deos are Not Members of Northshore"**

52. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 52 of the Complaint.

53. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 53 of the Complaint.

54. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 54 of the Complaint.

55. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 55 of the Complaint.

56. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 56 of the Complaint.

57. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 57 of the Complaint.

58. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 58 of the Complaint.

59. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 59 of the Complaint.

60. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 60 of the Complaint.

**ii. Answering "The Deos are Not Members of Sunrise"**

61. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 61 of the Complaint.

62. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 62 of the Complaint.

63. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 63 of the Complaint.

64. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 64 of the Complaint.

65. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 65 of the Complaint.

66. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 66 of the Complaint.

67. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 67 of the Complaint.

68. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 68 of the Complaint.

69. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 69 of the Complaint.

**iii. Answering "Defendants' Unlawful Schemes at Island Auto Group"**

70. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 70 of the Complaint.

71. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 71 of the Complaint.

72. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 72 of the Complaint.

73. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 73 of the Complaint.

74. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 74 of the Complaint.

75. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 75 of the Complaint.

76. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 76 of the Complaint.

77. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 77 of the Complaint.

78. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 78 of the Complaint.

**iv. Answering "Northshore and Sunrise's Businesses"**

79. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 79 of the Complaint.

80. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 80 of the Complaint.

81. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 81 of the Complaint.

82. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 82 of the Complaint.

83. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 83 of the Complaint.

84. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 84 of the Complaint.

85. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 85 of the Complaint.

86. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 86 of the Complaint.

87. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 87 of the Complaint.

88. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 88 of the Complaint.

**v. Answering "IAG, Northshore and Sunrise's Business Relationship"**

89. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 89 of the Complaint.

90. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 90 of the Complaint.

91. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 91 of the Complaint.

92. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 92 of the Complaint.

93. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 93 of the Complaint.

94. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 94 of the Complaint.

95. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 95 of the Complaint.

96. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 96 of the Complaint.

97. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 97 of the Complaint.

98. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 98 of the Complaint.

99. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 99 of the Complaint.

100. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 100 of the Complaint.

101. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 101 of the Complaint.

### vi. Answering "Deo Engages in a Scheme with Other Defendants to Pilfer IAG Assets"

102. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 102 of the Complaint.

103. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 103 of the Complaint.

104. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 104 of the Complaint.

105. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 105 of the Complaint.

106. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 106 of the Complaint.

107. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 107 of the Complaint.

108. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 108 of the Complaint.

109. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 109 of the Complaint.

110. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 110 of the Complaint.

111. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 111 of the Complaint.

112. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 112 of the Complaint.

113. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 113 of the Complaint.

**vii. Answering "Deo Assumes the Obligations as Manager of Northshore and Sunrise"**

114. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 114 of the Complaint.

115. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 115 of the Complaint.

116. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 116 of the Complaint.

117. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 117 of the Complaint.

118. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 118 of the Complaint.

119. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 119 of the Complaint.

120. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 120 of the Complaint.

121. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 121 of the Complaint.

122. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 122 of the Complaint.

123. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 123 of the Complaint.

124. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 124 of the Complaint.

125. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 125 of the Complaint.

126. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 126 of the Complaint.

127. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 127 of the Complaint.

128. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 128 of the Complaint.

129. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 129 of the Complaint.

**viii. Answering "Deo Manipulates Used Vehicle Purchases"**

130. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 130 of the Complaint.

131. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 131 of the Complaint.

132. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 132 of the Complaint.

133. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 133 of the Complaint.

134. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 134 of the Complaint.

Case 2:23-cv-06188-JMW Document 17-3 Filed 09/27/24 Page 16 of 101 PageID #: 2218

135. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 135 of the Complaint.

136. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 136 of the Complaint.

137. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 137 of the Complaint.

138. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 138 of the Complaint.

139. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 139 of the Complaint.

140. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 140 of the Complaint.

141. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 141 of the Complaint.

142. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 142 of the Complaint.

143. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 143 of the Complaint.

144. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 144 of the Complaint.

145. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 145 of the Complaint.

146. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 146 of the Complaint.

147. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 147 of the Complaint.

148. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 148 of the Complaint.

149. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 149 of the Complaint.

150. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 150 of the Complaint.

151. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 151 of the Complaint.

152. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 152 of the Complaint.

153. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 153 of the Complaint.

154. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 154 of the Complaint.

155. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 155 of the Complaint.

156. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 156 of the Complaint.

157. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 157 of the Complaint.

158. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 158 of the Complaint.

159. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 159 of the Complaint.

160. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 160 of the Complaint.

161. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 161 of the Complaint.

162. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 162 of the Complaint.

163. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 163 of the Complaint.

**ix. Answering "Deo Double-books Financing in Violation of the Law & in Breach of Agreements"**

164. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 164 of the Complaint.

165. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 165 of the Complaint.

166. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 166 of the Complaint.

167. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 167 of the Complaint.

168. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 168 of the Complaint.

169. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 169 of the Complaint.

170. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 170 of the Complaint.

171. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 171 of the Complaint.

172. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 172 of the Complaint.

173. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 173 of the Complaint.

174. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 174 of the Complaint.

175. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 175 of the Complaint.

176. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 176 of the Complaint.

177. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 177 of the Complaint.

178. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 178 of the Complaint.

179. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 179 of the Complaint.

180. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 180 of the Complaint.

181. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 181 of the Complaint.

182. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 182 of the Complaint.

183. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 183 of the Complaint.

**x. Answering "Deo's Purchase of Damaged and Poor Condition Vehicles Caused a Deficiency Toward Repayment of the Floor Plan"**

184. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 184 of the Complaint.

185. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 185 of the Complaint.

186. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 186 of the Complaint.

187. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 187 of the Complaint.

188. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 188 of the Complaint.

### xi. Answering "Deo Fails to Pay Off Floor Plan Following Sales"

189. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 189 of the Complaint.

190. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 190 of the Complaint.

191. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 191 of the Complaint.

### xii. Answering "Deo Fails to Cause Northshore and Sunrise to Pay Off Existing Loans on Vehicle Trade-Ins"

192. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 192 of the Complaint.

193. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 193 of the Complaint.

194. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 194 of the Complaint.

195. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 195 of the Complaint.

196. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 196 of the Complaint.

197. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 197 of the Complaint.

198. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 198 of the Complaint.

199. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 199 of the Complaint.

200. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 200 of the Complaint.

201. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 201 of the Complaint.

202. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 202 of the Complaint.

203. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 203 of the Complaint.

204. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 204 of the Complaint.

205. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 205 of the Complaint.

206. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 206 of the Complaint.

207. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 207 of the Complaint.

208. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 208 of the Complaint.

209. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 209 of the Complaint.

210. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 210 of the Complaint.

211. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 211 of the Complaint.

212. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 212 of the Complaint.

213. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 213 of the Complaint.

214. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 214 of the Complaint.

215. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 215 of the Complaint.

216. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 216 of the Complaint.

217. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 217 of the Complaint.

218. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 218 of the Complaint.

219. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 219 of the Complaint.

220. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 220 of the Complaint.

221. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 221 of the Complaint.

**xiii. Answering "Deo Failed to Perfect Liens on Behalf of Various Liens on Behalf of Various Lenders, Resulting in Additional Potential Liability to IAG"**

222. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 222 of the Complaint.

223. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 223 of the Complaint.

224. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 224 of the Complaint.

225. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 225 of the Complaint.

226. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 226 of the Complaint.

227. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 227 of the Complaint.

**xiv. Answering "Deo Failed to Pay Warranty Companies and Vendors, and Faile to Account for Dealer and Other License Plates"**

228. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 228 of the Complaint.

229. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 229 of the Complaint.

230. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 230 of the Complaint.

231. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 231 of the Complaint.

232. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 232 of the Complaint.

233. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 233 of the Complaint.

234. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 234 of the Complaint.

235. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 235 of the Complaint.

236. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 236 of the Complaint.

**xvi. Answering "Deo Wastes Company Assets and Further Obligates IAG Plaintiffs"**

237. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 237 of the Complaint.

238. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 238 of the Complaint.

239. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 239 of the Complaint.

240. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 240 of the Complaint.

241. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 241 of the Complaint.

242. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 242 of the Complaint.

243. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 243 of the Complaint.

244. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 244 of the Complaint.

245. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 245 of the Complaint.

246. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 246 of the Complaint.

247. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 247 of the Complaint.

248. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 248 of the Complaint.

249. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 249 of the Complaint.

250. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 250 of the Complaint.

251. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 251 of the Complaint.

252. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 252 of the Complaint.

253. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 253 of the Complaint.

254. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 254 of the Complaint.

255. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 255 of the Complaint.

256. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 256 of the Complaint.

257. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 257 of the Complaint.

**xvii. Answering "Deo Falsified Financial Statements at Northshore and Sunrise with the Assistance of his Accountants"**

258. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 258 of the Complaint.

259. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 259 of the Complaint.

260. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 260 of the Complaint.

261. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 261 of the Complaint.

262. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 262 of the Complaint.

263. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 263 of the Complaint.

264. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 264 of the Complaint.

265. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 265 of the Complaint.

266. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 266 of the Complaint.

267. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 267 of the Complaint.

268. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 268 of the Complaint.

269. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 269 of the Complaint.

270. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 270 of the Complaint.

271. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 271 of the Complaint.

272. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 272 of the Complaint.

273. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 273 of the Complaint.

274. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 274 of the Complaint.

275. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 275 of the Complaint.

276. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 276 of the Complaint.

277. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 277 of the Complaint.

278. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 278 of the Complaint.

279. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 279 of the Complaint.

280. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 280 of the Complaint.

281. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 281 of the Complaint.

282. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 282 of the Complaint.

283. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 283 of the Complaint.

284. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 284 of the Complaint.

285. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 285 of the Complaint.

286. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 286 of the Complaint.

287. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 287 of the Complaint.

288. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 288 of the Complaint.

289. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 289 of the Complaint.

290. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 290 of the Complaint.

291. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 291 of the Complaint.

292. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 292 of the Complaint.

293. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 293 of the Complaint.

294. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 294 of the Complaint.

295. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 295 of the Complaint.

296. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 296 of the Complaint.

297. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 297 of the Complaint.

298. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 298 of the Complaint.

299. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 299 of the Complaint.

**xviii. Answering "Deo Falsely Claims Full Ownership of Northshore and Sunrise to Obtain EIDL Loans, the Proceeds of Which Deo Personally Converted"**

300. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 300 of the Complaint.

301. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 301 of the Complaint.

302. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 302 of the Complaint.

303. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 303 of the Complaint.

304. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 304 of the Complaint.

305. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 305 of the Complaint.

306. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 306 of the Complaint.

307. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 307 of the Complaint.

308. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 308 of the Complaint.

**xix. Answering "Deo Falsely Claims Full Ownership of Northshore and Sunrise to Obtain the Libertas Funds and Converts the Libertas Funds"**

309. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 309 of the Complaint.

310. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 310 of the Complaint.

311. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 311 of the Complaint.

312. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 312 of the Complaint.

313. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 313 of the Complaint.

314. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 314 of the Complaint.

315. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 315 of the Complaint.

316. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 316 of the Complaint.

317. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 317 of the Complaint.

318. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 318 of the Complaint.

319. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 319 of the Complaint.

320. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 320 of the Complaint.

321. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 321 of the Complaint.

322. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 322 of the Complaint.

323. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 323 of the Complaint.

324. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 324 of the Complaint.

325. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 325 of the Complaint.

326. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 326 of the Complaint.

327. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 327 of the Complaint.

328. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 328 of the Complaint.

329. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 329 of the Complaint.

330. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 330 of the Complaint.

331. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 331 of the Complaint.

332. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 332 of the Complaint.

333. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 333 of the Complaint.

334. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 334 of the Complaint.

335. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 335 of the Complaint.

**xx. Answering "Despite His Obligation to Safeguard the Libertas Funds, Thomasson Aids and Abets Deo's Conversion by Disbursing the Libertas Funds to Deo"**

336. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 336 of the Complaint.

337. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 337 of the Complaint.

338. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 338 of the Complaint.

339. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 339 of the Complaint.

340. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 340 of the Complaint.

341. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 341 of the Complaint.

342. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 342 of the Complaint.

343. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 343 of the Complaint.

344. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 344 of the Complaint.

345. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 345 of the Complaint.

346. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 346 of the Complaint.

347. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 347 of the Complaint.

348. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 348 of the Complaint.

349. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 349 of the Complaint.

350. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 350 of the Complaint.

351. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 351 of the Complaint.

352. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 352 of the Complaint.

353. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 353 of the Complaint.

354. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 354 of the Complaint.

355. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 355 of the Complaint.

356. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 356 of the Complaint.

357. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 357 of the Complaint.

358. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 358 of the Complaint.

359. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 359 of the Complaint.

**xxi. Answering "Deo Further Encumbers and Diverts Northshore's Assets"**

360. Admits that Flushing Bank made a loan to Northshore and denies knowledge or information sufficient to form a belief as to the remaining allegations contained in paragraph 360 of the Complaint.

361. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 361 of the Complaint.

362. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 362 of the Complaint.

363. To the extent that Plaintiffs allege that Flushing Bank was part of a scheme to defraud Plaintiffs, no response is required as all such claims against Flushing Bank were dismissed with prejudice pursuant to the Court's Opinion and Order. To the extent a response is required, Flushing Bank denies the allegations contained in paragraph 363 of the Complaint.

364. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 364 of the Complaint.

365. To the extent that Plaintiffs allege that Flushing Bank was part of a scheme to defraud Plaintiffs, no response is required as all such claims against Flushing Bank were dismissed with prejudice pursuant to the Court's Opinion and Order. To the extent a response is required, Flushing Bank admits it made a loan to Northshore and denies the remaining allegations contained in paragraph 365 of the Complaint.

366. To the extent that Plaintiffs allege that Flushing Bank was part of a scheme to defraud Plaintiffs, no response is required as all such claims against Flushing Bank were dismissed with prejudice pursuant to the Court's Opinion and Order. To the extent a response is required, Flushing Bank denies the allegations contained in paragraph 366 of the Complaint.

367. To the extent that Plaintiffs allege that Flushing Bank was part of a scheme to defraud Plaintiffs, no response is required as all such claims against Flushing Bank were dismissed with prejudice pursuant to the Court's Opinion and Order. To the extent a response is required, Flushing Bank denies the allegations contained in paragraph 367 of the Complaint.

368. To the extent that Plaintiffs allege that Flushing Bank was part of a scheme to defraud Plaintiffs, no response is required as all such claims against Flushing Bank were dismissed with prejudice pursuant to the Court's Opinion and Order. To the extent a response is required, Flushing Bank admits it made a loan to Northshore and denies the remaining allegations contained in paragraph 368 of the Complaint.

369. Admits that Flushing Bank made a loan to Northshore and denies knowledge or information sufficient to form a belief as to the remaining allegations contained in paragraph 369 of the Complaint.

370. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 370 of the Complaint.

371. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 371 of the Complaint.

372. Admits that Flushing Bank made a loan to Northshore and denies knowledge or information sufficient to form a belief as to the remaining allegations contained in paragraph 372 of the Complaint.

373. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 373 of the Complaint.

## II. Answering "The Deo Defendants Move on to Their Next Victim – Superb, Team, & Urrutia"

### i. Answering "Deo Obtains Ownership of Superb"

374. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 374 of the Complaint.

375. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 375 of the Complaint.

376. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 376 of the Complaint.

**a. Answering "Deo meets with Urrutia and gains his confidence"**

377. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 377 of the Complaint.

378. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 378 of the Complaint.

379. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 379 of the Complaint.

380. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 380 of the Complaint.

381. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 381 of the Complaint.

382. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 382 of the Complaint.

383. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 383 of the Complaint.

384. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 384 of the Complaint.

385. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 385 of the Complaint.

386. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 386 of the Complaint.

**b. Answering "Deo has limited powers as minority shareholder of Superb"**

387. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 387 of the Complaint.

388. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 388 of the Complaint and refers to the Shareholders Agreement for its meaning and content.

389. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 389 of the Complaint and refers to the Shareholders Agreement for its meaning and content.

390. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 390 of the Complaint and refers to the Shareholders Agreement for its meaning and content.

391. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 391 of the Complaint and refers to the Shareholders Agreement for its meaning and content.

392. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 392 of the Complaint and refers to the Shareholders Agreement for its meaning and content.

393. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 393 of the Complaint and refers to the Shareholders Agreement for its meaning and content.

394. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 394 of the Complaint.

395. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 395 of the Complaint.

396. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 396 of the Complaint.

397. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 397 of the Complaint.

398. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 398 of the Complaint.

399. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 399 of the Complaint.

400. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 400 of the Complaint.

401. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 401 of the Complaint.

**c. Answering "Urrutia's DMV License & Deo's Position as General Manager"**

402. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 402 of the Complaint.

403. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 403 of the Complaint.

404. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 404 of the Complaint.

405. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 405 of the Complaint.

406. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 406 of the Complaint.

407. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 407 of the Complaint.

408. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 408 of the Complaint.

**ii. Answering "Deo Engages in a Scheme with Other Defendants to Pilfer Superb Plaintiff's Assets"**

409. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 409 of the Complaint.

410. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 410 of the Complaint.

411. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 411 of the Complaint.

412. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 412 of the Complaint.

413. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 413 of the Complaint.

414. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 414 of the Complaint.

415. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 415 of the Complaint.

416. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 416 of the Complaint.

417. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 417 of the Complaint.

418. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 418 of the Complaint.

419. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 419 of the Complaint.

420. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 420 of the Complaint.

421. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 421 of the Complaint.

422. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 422 of the Complaint.

423. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 423 of the Complaint.

424. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 424 of the Complaint.

425. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 425 of the Complaint.

426. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 426 of the Complaint.

427. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 427 of the Complaint.

428. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 428 of the Complaint.

429. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 429 of the Complaint.

430. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 430 of the Complaint.

431. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 431 of the Complaint.

432. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 432 of the Complaint.

433. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 433 of the Complaint.

434. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 434 of the Complaint.

435. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 435 of the Complaint.

436. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 436 of the Complaint.

437. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 437 of the Complaint.

438. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 438 of the Complaint.

439. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 439 of the Complaint.

**iii. Answering "Deo Manipulates Used Vehicle Purchases"**

440. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 440 of the Complaint.

441. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 441 of the Complaint.

442. To the extent that Plaintiffs allege that Flushing Bank was part of a scheme to defraud Plaintiffs, no response is required as all such claims against Flushing Bank were dismissed with prejudice pursuant to the Court's Opinion and Order. To the extent a response is required, Flushing Bank denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 442 of the Complaint.

443. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 443 of the Complaint.

444. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 444 of the Complaint.

445. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 445 of the Complaint.

446. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 446 of the Complaint.

447. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 447 of the Complaint.

448. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 448 of the Complaint.

449. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 449 of the Complaint.

450. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 450 of the Complaint.

451. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 451 of the Complaint.

452. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 452 of the Complaint.

453. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 453 of the Complaint.

454. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 454 of the Complaint.

455. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 455 of the Complaint.

456. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 456 of the Complaint.

457. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 457 of the Complaint.

458. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 458 of the Complaint.

459. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 459 of the Complaint.

460. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 460 of the Complaint.

461. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 461 of the Complaint.

462. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 462 of the Complaint.

463. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 463 of the Complaint.

464. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 464 of the Complaint.

465. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 465 of the Complaint.

466. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 466 of the Complaint.

467. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 467 of the Complaint.

468. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 468 of the Complaint.

469. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 469 the Complaint.

470. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 470 of the Complaint.

471. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 471 of the Complaint.

472. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 472 of the Complaint.

473. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 473 of the Complaint.

474. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 474 of the Complaint.

475. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 475 of the Complaint.

476. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 476 of the Complaint.

477. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 477 of the Complaint.

478. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 478 of the Complaint.

479. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 479 of the Complaint.

480. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 480 of the Complaint.

481. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 481 of the Complaint.

482. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 482 of the Complaint.

483. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 483 of the Complaint.

484. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 484 of the Complaint.

485. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 485 of the Complaint.

486. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 486 of the Complaint.

487. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 487 of the Complaint.

488. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 488 of the Complaint.

489. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 489 of the Complaint.

490. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 490 of the Complaint.

491. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 491 of the Complaint.

492. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 492 of the Complaint.

493. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 493 of the Complaint.

494. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 494 of the Complaint.

495. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 495 of the Complaint.

496. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 496 of the Complaint.

497. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 497 of the Complaint.

498. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 498 of the Complaint.

499. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 499 of the Complaint.

500. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 500 of the Complaint.

501. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 501 of the Complaint.

502. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 502 of the Complaint.

503. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 503 of the Complaint.

504. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 504 of the Complaint.

505. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 505 of the Complaint.

**iv. Answering "Deo Double-Books Financing & Double-floors the Superb Plaintiffs' Vehicles"**

506. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 506 of the Complaint.

507. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 507 of the Complaint.

508. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 508 of the Complaint.

509. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 509 of the Complaint.

**v. Answering "The Deo Defendants Fail to Pay Off Floor Plan Following Sales"**

510. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 510 of the Complaint.

511. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 511 of the Complaint.

512. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 512 of the Complaint.

### vi. Answering "The Deo Defendants Fail to Cause Superb to Pay Off Existing Loans on Vehicle Trade-Ins by Customers"

513. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 513 of the Complaint.

514. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 514 of the Complaint.

515. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 515 of the Complaint.

516. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 516 of the Complaint.

517. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 517 of the Complaint.

518. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 518 of the Complaint.

519. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 519 of the Complaint.

520. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 520 of the Complaint.

521. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 521 of the Complaint.

522. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 522 of the Complaint.

523. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 523 of the Complaint.

524. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 524 of the Complaint.

525. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 525 of the Complaint.

526. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 526 of the Complaint.

527. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 527 of the Complaint.

528. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 528 of the Complaint.

529. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 529 of the Complaint.

530. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 530 of the Complaint.

531. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 531 of the Complaint.

532. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 532 of the Complaint.

533. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 533 of the Complaint.

534. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 534 of the Complaint.

535. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 535 of the Complaint.

536. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 536 of the Complaint.

537. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 537 of the Complaint.

538. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 538 of the Complaint.

**vii. Answering "The Deo Defendants Failed to Perfect Liens on Behalf of Various Lenders, Resulting in Additional Liability to Superb"**

539. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 539 of the Complaint.

540. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 540 of the Complaint.

541. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 541 of the Complaint.

542. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 542 of the Complaint.

543. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 543 of the Complaint.

544. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 544 of the Complaint.

545. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 545 of the Complaint.

546. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 546 of the Complaint.

547. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 547 of the Complaint.

548. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 548 of the Complaint.

549. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 549 of the Complaint.

550. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 550 of the Complaint.

551. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 551 of the Complaint.

552. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 552 of the Complaint.

553. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 553 of the Complaint.

554. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 554 of the Complaint.

**viii. Answering "The Deo Defendants Sold Superb Vehicles They Did Not Own Under False Pretenses"**

555. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 555 of the Complaint.

556. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 556 of the Complaint.

557. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 557 of the Complaint.

558. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 558 of the Complaint.

559. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 559 of the Complaint.

**ix. Answering "The Deo Defendants Failed to Pay Warranty Company and Vendors"**

560. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 560 of the Complaint.

561. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 561 of the Complaint.

562. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 562 of the Complaint.

563. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 563 of the Complaint.

**x. Answering "Deo Wastes Company Assets and Further Obligates Superb Plaintiffs"**

564. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 564 of the Complaint.

565. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 565 of the Complaint.

566. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 566 of the Complaint.

Case 2:23-cv-06188-JMW Document 54-3 Filed 10/27/24 Page 57 of 101 PageID #: 2265

567. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 567 of the Complaint.

568. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 568 of the Complaint.

569. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 569 of the Complaint.

570. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 570 of the Complaint.

571. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 571 of the Complaint.

572. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 572 of the Complaint.

573. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 573 of the Complaint.

574. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 574 of the Complaint.

575. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 575 of the Complaint.

576. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 576 of the Complaint.

577. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 577 of the Complaint.

578. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 578 of the Complaint.

**xi. Answering "The Deo Defendants Take and Use Dealership Assets for Their Own Purposes"**

579. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 579 of the Complaint.

580. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 580 of the Complaint.

581. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 581 of the Complaint.

582. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 582 of the Complaint.

583. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 583 of the Complaint.

584. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 584 of the Complaint.

585. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 585 of the Complaint.

586. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 586 of the Complaint.

587. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 587 of the Complaint.

Case 2:23-cv-06188-JMW Document 153 Filed 10/27/24 Page 59 of 101 PageID #: 2263

**xii. Answering "The Deo Defendants Falsified Financial Statements at Superb with the Assistance of Deo's Accountants"**

588. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 588 of the Complaint.

589. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 589 of the Complaint.

590. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 590 of the Complaint.

591. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 591 of the Complaint.

592. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 592 of the Complaint.

593. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 593 of the Complaint.

594. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 594 of the Complaint.

595. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 595 of the Complaint.

596. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 596 of the Complaint.

597. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 597 of the Complaint.

598. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 598 of the Complaint.

599. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 599 of the Complaint.

600. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 600 of the Complaint.

601. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 601 of the Complaint.

602. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 602 of the Complaint.

603. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 603 of the Complaint.

604. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 604 of the Complaint.

605. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 605 of the Complaint.

606. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 606 of the Complaint.

607. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 607 of the Complaint.

608. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 608 of the Complaint.

609. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 609 of the Complaint.

610. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 610 of the Complaint.

611. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 611 of the Complaint.

612. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 612 of the Complaint.

613. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 613 of the Complaint.

614. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 614 of the Complaint.

615. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 615 of the Complaint.

616. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 616 of the Complaint.

617. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 617 of the Complaint.

618. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 618 of the Complaint.

619. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 619 of the Complaint.

620. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 620 of the Complaint.

### xiii. Answering "The Straw That Broke the Camel's Back"

621. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 621 of the Complaint.

622. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 622 of the Complaint.

623. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 623 of the Complaint.

624. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 624 of the Complaint.

625. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 625 of the Complaint.

626. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 626 of the Complaint.

627. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 627 of the Complaint.

628. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 628 of the Complaint.

629. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 629 of the Complaint.

630. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 630 of the Complaint.

631. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 631 of the Complaint.

632. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 632 of the Complaint.

633. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 633 of the Complaint.

634. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 634 of the Complaint.

**xiv. Answering "The Full Extent of the Deo Defendants' Fraudulent Scheme Come to Surface"**

635. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 635 of the Complaint.

636. To the extent that Plaintiffs allege that Flushing Bank was part of a scheme to defraud Plaintiffs, no response is required as all such claims against Flushing Bank were dismissed with prejudice pursuant to the Court's Opinion and Order. To the extent a response is required, Flushing Bank denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 636 of the Complaint.

637. To the extent that Plaintiffs allege that Flushing Bank was part of a scheme to defraud Plaintiffs, no response is required as all such claims against Flushing Bank were dismissed with prejudice pursuant to the Court's Opinion and Order. To the extent a response is required, Flushing Bank denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 637 of the Complaint.

638. To the extent that Plaintiffs allege that Flushing Bank was part of a scheme to defraud Plaintiffs, no response is required as all such claims against Flushing Bank were dismissed with prejudice pursuant to the Court's Opinion and Order. To the extent a response is required, Flushing Bank admits that an account was opened for Superb Motors at Flushing Bank and denies

knowledge or information sufficient to form a belief as to the allegations contained in paragraph 638 of the Complaint.

639. To the extent that Plaintiffs allege that Flushing Bank was part of a scheme to defraud Plaintiffs, no response is required as all such claims against Flushing Bank were dismissed with prejudice pursuant to the Court's Opinion and Order. To the extent a response is required, Flushing Bank admits that an account was opened for Superb Motors at Flushing Bank and denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 639 of the Complaint.

640. To the extent that Plaintiffs allege that Flushing Bank was part of a scheme to defraud Plaintiffs, no response is required as all such claims against Flushing Bank were dismissed with prejudice pursuant to the Court's Opinion and Order. To the extent a response is required, Flushing Bank admits that an account was opened for Superb Motors at Flushing Bank and denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 640 of the Complaint.

641. To the extent that Plaintiffs allege that Flushing Bank was part of a scheme to defraud Plaintiffs, no response is required as all such claims against Flushing Bank were dismissed with prejudice pursuant to the Court's Opinion and Order. To the extent a response is required, Flushing Bank denies the allegations contained in paragraph 641 of the Complaint.

642. To the extent that Plaintiffs allege that Flushing Bank was part of a scheme to defraud Plaintiffs, no response is required as all such claims against Flushing Bank were dismissed with prejudice pursuant to the Court's Opinion and Order. To the extent a response is required, Flushing Bank denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 642 of the Complaint.

643. To the extent that Plaintiffs allege that Flushing Bank was part of a scheme to defraud Plaintiffs, no response is required as all such claims against Flushing Bank were dismissed with prejudice pursuant to the Court's Opinion and Order. To the extent a response is required, Flushing Bank denies the allegations contained in paragraph 643 of the Complaint.

644. To the extent that Plaintiffs allege that Flushing Bank was part of a scheme to defraud Plaintiffs, no response is required as all such claims against Flushing Bank were dismissed with prejudice pursuant to the Court's Opinion and Order. To the extent a response is required, Flushing Bank denies the allegations contained in paragraph 644 of the Complaint.

645. To the extent that Plaintiffs allege that Flushing Bank was part of a scheme to defraud Plaintiffs, no response is required as all such claims against Flushing Bank were dismissed with prejudice pursuant to the Court's Opinion and Order. To the extent a response is required, Flushing Bank denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 645 of the Complaint.

646. To the extent that Plaintiffs allege that Flushing Bank was part of a scheme to defraud Plaintiffs, no response is required as all such claims against Flushing Bank were dismissed with prejudice pursuant to the Court's Opinion and Order. To the extent a response is required, Flushing Bank admits that an account was opened for Superb Motors at Flushing Bank and denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 646 of the Complaint.

647. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 647 of the Complaint.

648. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 648 of the Complaint.

649. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 649 of the Complaint.

650. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 650 of the Complaint.

651. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 651 of the Complaint.

652. Denies the allegations contained in paragraph 652 of the Complaint and refers to the Temporary Restraining Order dated December 13, 2022, in *Chabrier v. Deo*, Nassau County Index No. 617224/2022 for its meaning and content.

653. To the extent that Plaintiffs allege that Flushing Bank was part of a scheme to defraud Plaintiffs, no response is required as all such claims against Flushing Bank were dismissed with prejudice pursuant to the Court's Opinion and Order. To the extent a response is required, Flushing Bank denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 653 of the Complaint.

654. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 654 of the Complaint.

655. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 655 of the Complaint.

656. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 656 of the Complaint.

657. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 657 of the Complaint.

658. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 658 of the Complaint.

659. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 659 of the Complaint.

660. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 660 of the Complaint.

661. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 661 of the Complaint.

662. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 662 of the Complaint.

**xv. Answering "The Deo Defendants Stole Superb's Proprietary Information to Open its own Dealerships"**

663. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 663 of the Complaint.

664. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 664 of the Complaint.

665. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 665 of the Complaint.

666. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 666 of the Complaint.

667. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 667 of the Complaint.

668. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 668 of the Complaint.

669. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 669 of the Complaint.

670. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 670 of the Complaint.

671. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 671 of the Complaint.

672. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 672 of the Complaint.

673. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 673 of the Complaint.

674. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 674 of the Complaint.

675. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 675 of the Complaint.

676. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 676 of the Complaint.

677. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 677 of the Complaint.

678. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 678 of the Complaint.

679. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 679 of the Complaint.

680. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 680 of the Complaint.

681. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 681 of the Complaint.

682. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 682 of the Complaint.

683. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 683 of the Complaint.

684. To the extent that Plaintiffs allege that Flushing Bank was part of a scheme to defraud Plaintiffs, no response is required as all such claims against Flushing Bank were dismissed with prejudice pursuant to the Court's Opinion and Order. To the extent a response is required, Flushing Bank denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 684 of the Complaint.

685. To the extent that Plaintiffs allege that Flushing Bank was part of a scheme to defraud Plaintiffs, no response is required as all such claims against Flushing Bank were dismissed with prejudice pursuant to the Court's Opinion and Order. To the extent a response is required, Flushing Bank denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 685 of the Complaint.

686. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 686 of the Complaint.

687. To the extent that Plaintiffs allege that Flushing Bank was part of a scheme to defraud Plaintiffs, no response is required as all such claims against Flushing Bank were dismissed with prejudice pursuant to the Court's Opinion and Order. To the extent a response is required, Flushing

Bank denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 687 of the Complaint.

688. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 688 of the Complaint.

689. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 689 of the Complaint.

690. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 690 of the Complaint.

691. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 691 of the Complaint.

692. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 692 of the Complaint.

693. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 693 of the Complaint.

694. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 694 of the Complaint.

695. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 695 of the Complaint.

696. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 696 of the Complaint.

697. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 697 of the Complaint.

698. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 698 of the Complaint.

699. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 699 of the Complaint.

700. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 700 of the Complaint.

701. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 701 of the Complaint.

702. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 702 of the Complaint.

703. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 703 of the Complaint.

704. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 704 of the Complaint.

705. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 705 of the Complaint.

706. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 706 of the Complaint.

707. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 707 of the Complaint.

708. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 708 of the Complaint.

709. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 709 of the Complaint.

710. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 710 of the Complaint.

711. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 711 of the Complaint.

712. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 712 of the Complaint.

713. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 713 of the Complaint.

714. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 714 of the Complaint.

715. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 715 of the Complaint.

716. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 716 of the Complaint.

717. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 717 of the Complaint.

718. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 718 of the Complaint.

719. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 719 of the Complaint.

720. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 720 of the Complaint.

721. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 721 of the Complaint.

722. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 722 of the Complaint.

723. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 723 of the Complaint.

724. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 724 of the Complaint.

725. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 725 of the Complaint.

726. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 726 of the Complaint.

727. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 727 of the Complaint.

728. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 728 of the Complaint.

729. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 729 of the Complaint.

730. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 730 of the Complaint.

**ANSWERING "AS AND FOR THEIR FIRST CAUSE OF ACTION OF ALL PLAINTIFFS"**

**(Violation of RICO, 18 U.S.C. § 1962 – Deo Defendants)**

731. Repeats and reiterates each and every response to paragraphs 1 through 730 as if fully set forth herein.

732. To the extent the allegations in paragraph 732 of the Complaint call for a legal conclusion, no response is required. To the extent a response is required, Flushing Bank denies knowledge or information sufficient to form a belief as to the allegations in 732 of the Complaint.

733. To the extent the allegations in paragraph 733 of the Complaint call for a legal conclusion, no response is required. To the extent a response is required, Flushing Bank denies knowledge or information sufficient to form a belief as to the allegations in 733 of the Complaint.

734. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 734 of the Complaint.

735. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 735 of the Complaint.

736. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 736 of the Complaint.

737. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 737 of the Complaint.

738. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 738 of the Complaint.

739. To the extent the allegations in paragraph 739 of the Complaint call for a legal conclusion, no response is required. To the extent a response is required, Flushing Bank denies knowledge or information sufficient to form a belief as to the allegations in 739 of the Complaint.

740. To the extent the allegations in paragraph 740 of the Complaint call for a legal conclusion, no response is required. To the extent a response is required, Flushing Bank denies knowledge or information sufficient to form a belief as to the allegations in 740 of the Complaint.

741. To the extent the allegations in paragraph 741 of the Complaint call for a legal conclusion, no response is required. To the extent a response is required, Flushing Bank denies knowledge or information sufficient to form a belief as to the allegations in 741 of the Complaint.

742. To the extent the allegations in paragraph 742 of the Complaint call for a legal conclusion, no response is required. To the extent a response is required, Flushing Bank denies knowledge or information sufficient to form a belief as to the allegations in 742 of the Complaint.

743. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 743 of the Complaint.

744. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 744 of the Complaint.

745. To the extent the allegations in paragraph 745 of the Complaint call for a legal conclusion, no response is required. To the extent a response is required, Flushing Bank denies knowledge or information sufficient to form a belief as to the allegations in 745 of the Complaint.

746. To the extent the allegations in paragraph 746 of the Complaint call for a legal conclusion, no response is required. To the extent a response is required, Flushing Bank denies knowledge or information sufficient to form a belief as to the allegations in 746 of the Complaint.

747. To the extent the allegations in paragraph 747 of the Complaint call for a legal conclusion, no response is required. To the extent a response is required, Flushing Bank denies knowledge or information sufficient to form a belief as to the allegations in 747 of the Complaint.

748. To the extent the allegations in paragraph 748 of the Complaint call for a legal conclusion, no response is required. To the extent a response is required, Flushing Bank denies knowledge or information sufficient to form a belief as to the allegations in 748 of the Complaint.

749. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 749 of the Complaint.

750. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 750 of the Complaint.

751. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 751 of the Complaint.

752. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 752 of the Complaint.

753. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 753 of the Complaint.

754. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 754 of the Complaint.

755. To the extent the allegations in paragraph 755 of the Complaint call for a legal conclusion, no response is required. To the extent a response is required, Flushing Bank denies knowledge or information sufficient to form a belief as to the allegations in 755 of the Complaint.

756. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 756 of the Complaint.

757. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 757 of the Complaint.

758. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 758 of the Complaint.

759. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 759 of the Complaint.

760. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 760 of the Complaint.

761. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 761 of the Complaint.

762. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 762 of the Complaint.

763. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 763 of the Complaint.

764. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 764 of the Complaint.

765. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 765 of the Complaint.

766. To the extent that Plaintiffs allege that Flushing Bank was part of a scheme to defraud Plaintiffs, no response is required as all such claims against Flushing Bank were dismissed with prejudice pursuant to the Court's Opinion and Order. To the extent a response is required, Flushing Bank denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 766 of the Complaint.

767. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 767 of the Complaint.

768. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 768 of the Complaint.

769. To the extent the allegations in paragraph 769 of the Complaint call for a legal conclusion, no response is required. To the extent a response is required, Flushing Bank denies knowledge or information sufficient to form a belief as to the allegations in 769 of the Complaint.

770. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 770 of the Complaint.

771. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 771 of the Complaint.

772. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 772 of the Complaint.

773. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 773 of the Complaint.

774. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 774 of the Complaint.

775. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 775 of the Complaint.

776. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 776 of the Complaint.

777. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 777 of the Complaint.

778. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 778 of the Complaint.

779. To the extent that Plaintiffs allege that Flushing Bank was part of a scheme to defraud Plaintiffs, no response is required as all such claims against Flushing Bank were dismissed with prejudice pursuant to the Court's Opinion and Order. To the extent a response is required, Flushing Bank denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 779 of the Complaint.

780. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 780 of the Complaint.

781. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 781 of the Complaint.

782. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 782 of the Complaint.

783. To the extent the allegations in paragraph 783 of the Complaint call for a legal conclusion, no response is required. To the extent a response is required, Flushing Bank denies knowledge or information sufficient to form a belief as to the allegations in 783 of the Complaint.

784. To the extent the allegations in paragraph 784 of the Complaint call for a legal conclusion, no response is required. To the extent a response is required, Flushing Bank denies knowledge or information sufficient to form a belief as to the allegations in 784 of the Complaint.

**ANSWERING "AS AND FOR THEIR SECOND CAUSE OF ACTION OF THE SUPERB PLAINTIFFS**

**(Violation of RICO, 18 U.S.C. § 1962(a) – Deo Defendants)**

785. Repeats and reiterates each and every response to paragraphs 1 through 784 as if fully set forth herein.

786. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 786 of the Complaint.

787. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 787 of the Complaint.

788. To the extent the allegations in paragraph 788 of the Complaint call for a legal conclusion, no response is required. To the extent a response is required, Flushing Bank denies knowledge or information sufficient to form a belief as to the allegations in 788 of the Complaint.

789. To the extent the allegations in paragraph 789 of the Complaint call for a legal conclusion, no response is required. To the extent a response is required, Flushing Bank denies knowledge or information sufficient to form a belief as to the allegations in 789 of the Complaint.

790. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 790 of the Complaint.

791. To the extent the allegations in paragraph 791 of the Complaint call for a legal conclusion, no response is required. To the extent a response is required, Flushing Bank denies knowledge or information sufficient to form a belief as to the allegations in 791 of the Complaint.

792. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 792 of the Complaint.

793. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 793 of the Complaint.

794. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 794 of the Complaint.

795. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 795 of the Complaint.

796. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 796 of the Complaint.

**ANSWERING "AS AND FOR THEIR THIRD CAUSE OF ACTION OF ALL PLAINTIFFS"**

**(Conspiracy Under 18 U.S.C. § 1962(d) for violation of 18 U.S.C. § 1962(c) – Deo Defendants)**

797. Repeats and reiterates each and every response to paragraphs 1 through 796 as if fully set forth herein.

798. To the extent the allegations in paragraph 798 of the Complaint call for a legal conclusion, no response is required. To the extent a response is required, Flushing Bank denies knowledge or information sufficient to form a belief as to the allegations in 798 of the Complaint.

799. To the extent the allegations in paragraph 799 of the Complaint call for a legal conclusion, no response is required. To the extent a response is required, Flushing Bank denies knowledge or information sufficient to form a belief as to the allegations in 799 of the Complaint.

800. To the extent the allegations in paragraph 800 of the Complaint call for a legal conclusion, no response is required. To the extent a response is required, Flushing Bank denies knowledge or information sufficient to form a belief as to the allegations in 800 of the Complaint.

801. To the extent the allegations in paragraph 801 of the Complaint call for a legal conclusion, no response is required. To the extent a response is required, Flushing Bank denies knowledge or information sufficient to form a belief as to the allegations in 801 of the Complaint.

802. To the extent the allegations in paragraph 802 of the Complaint call for a legal conclusion, no response is required. To the extent a response is required, Flushing Bank denies knowledge or information sufficient to form a belief as to the allegations in 802 of the Complaint.

803. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 803 of the Complaint.

804. To the extent the allegations in paragraph 804 of the Complaint call for a legal conclusion, no response is required. To the extent a response is required, Flushing Bank denies knowledge or information sufficient to form a belief as to the allegations in 804 of the Complaint.

805. To the extent the allegations in paragraph 805 of the Complaint call for a legal conclusion, no response is required. To the extent a response is required, Flushing Bank denies knowledge or information sufficient to form a belief as to the allegations in 805 of the Complaint.

**ANSWERING "AS AND FOR THEIR FOURTH CAUSE OF ACTION OF SUPERB PLAINTIFFS"**

**(Conspiracy Under 18 U.S.C. § 1962(d) for Violation of 18 U.S.C. § 1962(a) – Deo Defendants)**

806. Repeats and reiterates each and every response to paragraphs 1 through 805 as if fully set forth herein.

807. To the extent the allegations in paragraph 807 of the Complaint call for a legal conclusion, no response is required. To the extent a response is required, Flushing Bank denies knowledge or information sufficient to form a belief as to the allegations in 807 of the Complaint.

808. To the extent the allegations in paragraph 808 of the Complaint call for a legal conclusion, no response is required. To the extent a response is required, Flushing Bank denies knowledge or information sufficient to form a belief as to the allegations in 808 of the Complaint.

809. To the extent the allegations in paragraph 809 of the Complaint call for a legal conclusion, no response is required. To the extent a response is required, Flushing Bank denies knowledge or information sufficient to form a belief as to the allegations in 809 of the Complaint.

810. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 810 of the Complaint.

811. To the extent the allegations in paragraph 811 of the Complaint call for a legal conclusion, no response is required. To the extent a response is required, Flushing Bank denies knowledge or information sufficient to form a belief as to the allegations in 811 of the Complaint.

812. To the extent the allegations in paragraph 812 of the Complaint call for a legal conclusion, no response is required. To the extent a response is required, Flushing Bank denies knowledge or information sufficient to form a belief as to the allegations in 812 of the Complaint.

**ANSWERING "AS AND FOR THEIR FIFTH CAUSE OF ACTION OF SUPERB PLAINTIFFS"**

**(Injunctive Relief Under RICO, 18 U.S.C. § 1964(a) – Deo Defendants)**

813. Repeats and reiterates each and every response to paragraphs 1 through 812 as if fully set forth herein.

814. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 814 of the Complaint.

815. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 815 of the Complaint.

816. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 816 of the Complaint.

817. To the extent the allegations in paragraph 817 of the Complaint call for a legal conclusion, no response is required. To the extent a response is required, Flushing Bank denies knowledge or information sufficient to form a belief as to the allegations in 817 of the Complaint.

**ANSWERING "AS AND FOR THEIR SIXTH CAUSE OF ACTION OF SUPERB PLAINTIFFS"**

**(Unfair Competition – Deo Defendants)**

818. Repeats and reiterates each and every response to paragraphs 1 through 817 as if fully set forth herein.

819. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 819 of the Complaint.

820. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 820 of the Complaint.

**ANSWERING "AS AND FOR THEIR SEVENTH CAUSE OF ACTION OF SUPERB PLAINTIFFS"**

**(Conversion – Deo Defendants)**

821. Repeats and reiterates each and every response to paragraphs 1 through 820 as if fully set forth herein.

822. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 822 of the Complaint.

823. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 823 of the Complaint.

824. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 824 of the Complaint.

825. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 825 of the Complaint.

826. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 826 of the Complaint.

827. To the extent the allegations in paragraph 827 of the Complaint call for a legal conclusion, no response is required. To the extent a response is required, Flushing Bank denies knowledge or information sufficient to form a belief as to the allegations in 827 of the Complaint.

828. To the extent the allegations in paragraph 828 of the Complaint call for a legal conclusion, no response is required. To the extent a response is required, Flushing Bank denies knowledge or information sufficient to form a belief as to the allegations in 828 of the Complaint.

**ANSWERING "AS AND FOR THEIR EIGHTH CAUSE OF ACTION OF SUPERB PLAINTIFFS"**

**(Civil Conspiracy – Deo Defendants)**

829. Repeats and reiterates each and every response to paragraphs 1 through 828 as if fully set forth herein.

830. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 830 of the Complaint.

831. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 831 of the Complaint.

832. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 832 of the Complaint.

833. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 833 of the Complaint.

834. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 834 of the Complaint.

835. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 835 of the Complaint.

836. To the extent the allegations in paragraph 836 of the Complaint call for a legal conclusion, no response is required. To the extent a response is required, Flushing Bank denies knowledge or information sufficient to form a belief as to the allegations in 836 of the Complaint.

**ANSWERING "AS AND FOR THEIR NINTH CAUSE OF ACTION OF SUPERB PLAINTIFFS"**
**(Fraud – Deo)**

837. Repeats and reiterates each and every response to paragraphs 1 through 836 as if fully set forth herein.

838. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 838 of the Complaint.

839. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 839 of the Complaint.

840. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 840 of the Complaint.

841. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 841 of the Complaint.

842. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 842 of the Complaint.

843. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 843 of the Complaint.

844. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 844 of the Complaint.

845. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 845 of the Complaint.

Case 2:23-cv-06188-JMW Document 170 Filed 09/24/26 Page 87 of 101 PageID #:
2189

846. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 846 of the Complaint.

847. To the extent the allegations in paragraph 847 of the Complaint call for a legal conclusion, no response is required. To the extent a response is required, Flushing Bank denies knowledge or information sufficient to form a belief as to the allegations in 847 of the Complaint.

**ANSWERING "AS AND FOR THEIR TENTH CAUSE OF ACTION OF NORTHSHORE AND SUNRISE"**

**(Declaratory Judgment – Against Libertas)**

848. Repeats and reiterates each and every response to paragraphs 1 through 847 as if fully set forth herein.

849. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 849 of the Complaint.

850. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 850 of the Complaint.

851. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 851 of the Complaint.

852. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 852 of the Complaint.

853. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 853 of the Complaint.

854. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 854 of the Complaint.

855. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 855 of the Complaint.

856. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 856 of the Complaint.

857. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 857 of the Complaint.

858. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 858 of the Complaint.

859. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 859 of the Complaint.

**ANSWERING "AS AND FOR THEIR ELEVENTH CAUSE OF ACTION OF SUPERB PLAINTIFFS"**

**(Article 4-A of the New York UCC – Against Flushing)**

860. Repeats and reiterates each and every response to paragraphs 1 through 859 as if fully set forth herein.

861. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 861 of the Complaint.

862. Denies the allegations contained in paragraph 862 of the Complaint.

863. Denies the allegations contained in paragraph 863 of the Complaint.

864. Denies the allegations contained in paragraph 864 of the Complaint.

865. Denies the allegations contained in paragraph 865 of the Complaint.

866. Denies the allegations contained in paragraph 866 of the Complaint.

867. To the extent the allegations in paragraph 867 of the Complaint call for a legal conclusion, no response is required. To the extent a response is required, Flushing Bank denies the allegations in 867 of the Complaint.

868. To the extent the allegations in paragraph 868 of the Complaint call for a legal conclusion, no response is required. To the extent a response is required, Flushing Bank denies the allegations in 868 of the Complaint.

869. To the extent the allegations in paragraph 869 of the Complaint call for a legal conclusion, no response is required. To the extent a response is required, Flushing Bank denies the allegations in 869 of the Complaint.

870. To the extent the allegations in paragraph 870 of the Complaint call for a legal conclusion, no response is required. To the extent a response is required, Flushing Bank denies the allegations in 870 of the Complaint.

**ANSWERING "AS AND FOR THEIR TWELFTH CAUSE OF ACTION OF NORTHSHORE"**

**(Conversion – Against Deo)**

951. Repeats and reiterates each and every response to paragraphs 1 through 870 as if fully set forth herein.[1]

952. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 952 of the Complaint.

953. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 953 of the Complaint.

954. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 954 of the Complaint.

955. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 955 of the Complaint.

[1] The numbering the Complaint jumps from 870 to 951 in this section, and the Answer follows this numbering.

956. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 956 of the Complaint.

957. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 957 of the Complaint.

**ANSWERING "AS AND FOR THEIR THIRTEENTH CAUSE OF ACTION OF NORTHSHORE"**

**(Unjust Enrichment – Against Deo)**

958. Repeats and reiterates each and every response to paragraphs 1 through 957 as if fully set forth herein.

959. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 959 of the Complaint.

960. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 960 of the Complaint.

961. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 961 of the Complaint.

**ANSWERING "AS AND FOR THEIR FOURTEENTH CAUSE OF ACTION OF NORTHSHORE"**

**(Breach of Duty of Loyalty & Violation of Faithless Servant Doctrine – Against Deo)**

962. Repeats and reiterates each and every response to paragraphs 1 through 961 as if fully set forth herein.

963. To the extent the allegations in paragraph 963 of the Complaint call for a legal conclusion, no response is required. To the extent a response is required, Flushing Bank denies knowledge or information sufficient to form a belief as to the allegations in 963 of the Complaint.

964. To the extent the allegations in paragraph 964 of the Complaint call for a legal conclusion, no response is required. To the extent a response is required, Flushing Bank denies knowledge or information sufficient to form a belief as to the allegations in 964 of the Complaint.

965. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 965 of the Complaint.

**ANSWERING "AS AND FOR THEIR FIFTEENTH CAUSE OF ACTION AGAINST NORTHSHORE"**

**(Breach of Fiduciary Duty – Against Deo)**

966. Repeats and reiterates each and every response to paragraphs 1 through 965 as if fully set forth herein.

967. To the extent the allegations in paragraph 967 of the Complaint call for a legal conclusion, no response is required. To the extent a response is required, Flushing Bank denies knowledge or information sufficient to form a belief as to the allegations in 967 of the Complaint.

968. To the extent the allegations in paragraph 968 of the Complaint call for a legal conclusion, no response is required. To the extent a response is required, Flushing Bank denies knowledge or information sufficient to form a belief as to the allegations in 964 of the Complaint.

969. To the extent the allegations in paragraph 969 of the Complaint call for a legal conclusion, no response is required. To the extent a response is required, Flushing Bank denies knowledge or information sufficient to form a belief as to the allegations in 969 of the Complaint.

**ANSWERING "AS AND FOR THEIR SIXTEENTH CAUSE OF ACTION OF SUNRISE"**

**(Conversion – Against Deo)**

994. Repeats and reiterates each and every response to paragraphs 1 through 969 as if fully set forth herein.[2]

995. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 995 of the Complaint.

996. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 996 of the Complaint.

997. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 997 of the Complaint.

**ANSWERING "AS AND FOR THEIR SEVENTEENTH CAUSE OF ACTION OF SUNRISE"**

**(Unjust Enrichment – Against Deo)**

998. Repeats and reiterates each and every response to paragraphs 1 through 997 as if fully set forth herein.

999. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 999 of the Complaint.

1000. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 1000 of the Complaint.

1001. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 1001 of the Complaint.

[2] The numbering the Complaint jumps from 969 to 994 in this section, and the Answer follows this numbering.

**ANSWERING "AS AND FOR THEIR EIGHTEENTH CAUSE OF ACTION OF SUNRISE"**

**(Breach of Duty of Loyalty & Violation of Faithless Servant Doctrine – Against Deo)**

1002. Repeats and reiterates each and every response to paragraphs 1 through 1001 as if fully set forth herein.

1003. To the extent the allegations in paragraph 1003 of the Complaint call for a legal conclusion, no response is required. To the extent a response is required, Flushing Bank denies knowledge or information sufficient to form a belief as to the allegations in 1003 of the Complaint.

1004. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 1004 of the Complaint.

**ANSWERING "AS AND FOR THEIR NINETEENTH CAUSE OF ACTION OF SUNRISE"**

**(Breach of Fiduciary Duty – Against Deo)**

1005. Repeats and reiterates each and every response to paragraphs 1 through 1004 as if fully set forth herein.

1006. To the extent the allegations in paragraph 1006 of the Complaint call for a legal conclusion, no response is required. To the extent a response is required, Flushing Bank denies knowledge or information sufficient to form a belief as to the allegations in 1006 of the Complaint.

1007. To the extent the allegations in paragraph 1007 of the Complaint call for a legal conclusion, no response is required. To the extent a response is required, Flushing Bank denies knowledge or information sufficient to form a belief as to the allegations in 1007 of the Complaint.

1008. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 1008 of the Complaint.

**<u>ANSWERING "AS AND FOR THEIR TWENTIETH CAUSE OF ACTION OF NORTHSHORE"</u>**
**(Conversion – Against Thomasson)**

1009. Repeats and reiterates each and every response to paragraphs 1 through 1008 as if fully set forth herein.

1010. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 1010 of the Complaint.

1011. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 1011 of the Complaint.

1012. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 1012 of the Complaint.

1013. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 1013 of the Complaint.

1014. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 1014 of the Complaint.

1015. To the extent the allegations in paragraph 1015 of the Complaint call for a legal conclusion, no response is required. To the extent a response is required, Flushing Bank denies knowledge or information sufficient to form a belief as to the allegations in 1015 of the Complaint.

1016. To the extent the allegations in paragraph 1016 of the Complaint call for a legal conclusion, no response is required. To the extent a response is required, Flushing Bank denies knowledge or information sufficient to form a belief as to the allegations in 1016 of the Complaint.

**<u>ANSWERING “AS AND FOR THEIR TWENTY-FIRST CAUSE OF ACTION OF NORTHSHORE”</u>**

**(Aiding and Abetting Conversion – Against Thomasson)**

1017. Repeats and reiterates each and every response to paragraphs 1 through 1016 as if fully set forth herein.

1018. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 1018 of the Complaint.

1019. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 1019 of the Complaint.

1020. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 1020 of the Complaint.

1021. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 1021 of the Complaint.

**<u>ANSWERING “AS AND FOR THEIR TWENTY-SECOND CAUSE OF ACTION OF NORTHSHORE”</u>**

**(Aiding and Abetting Breach of Fiduciary Duty – Against Thomasson)**

1022. Repeats and reiterates each and every response to paragraphs 1 through 1021 as if fully set forth herein.

1023. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 1023 of the Complaint.

1024. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 1024 of the Complaint.

Case 2:23-cv-06188-JMW Document 243 Filed 10/07/25 Page 96 of 102 PageID #: 27398

**ANSWERING "AS AND FOR THEIR TWENTY-THIRD CAUSE OF ACTION OF NORTHSHORE"**

**(Aiding and Abetting Breach of Duty of Loyalty – Against Thomasson)**

1025. Repeats and reiterates each and every response to paragraphs 1 through 1024 as if fully set forth herein.

1026. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 1026 of the Complaint.

1027. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 1027 of the Complaint.

**ANSWERING "AS AND FOR THEIR TWENTY-FOURTH CAUSE OF ACTION OF NORTHSHORE"**

**(Accounting)**

1082. Repeats and reiterates each and every response to paragraphs 1 through 1027 as if fully set forth herein.[3]

1083. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 1083 of the Complaint.

1084. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 1084 of the Complaint.

1085. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 1085 of the Complaint.

1086. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 1086 of the Complaint.

[3] The numbering the Complaint jumps from 1027 to 1082 in this section, and the Answer follows this numbering.

**ANSWERING "AS AND FOR THEIR TWENTY-FIFTH CAUSE OF ACTION OF SUNRISE"**

**(Accounting)**

1087. Repeats and reiterates each and every response to paragraphs 1 through 1086 as if fully set forth herein.

1088. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 1088 of the Complaint.

1089. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 1089 of the Complaint.

1090. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 1090 of the Complaint.

1091. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 1091 of the Complaint.

**ANSWERING "AS AND FOR THEIR TWENTY-SIXTH CAUSE OF ACTION OF IAG PLAINTIFFS"**

**(Fraud – Deo)**

1092. Repeats and reiterates each and every response to paragraphs 1 through 1091 as if fully set forth herein.

1093. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 1093 of the Complaint.

1094. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 1094 of the Complaint.

1095. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 1095 of the Complaint.

**ANSWERING "AS AND FOR THEIR TWENTY-SEVENTH CAUSE OF ACTION OF SUPERB"**

**(Breach of Fiduciary Duty – Against Deo)**

1096. Repeats and reiterates each and every response to paragraphs 1 through 1095 as if fully set forth herein.

1097. To the extent the allegations in paragraph 1097 of the Complaint call for a legal conclusion, no response is required. To the extent a response is required, Flushing Bank denies knowledge or information sufficient to form a belief as to the allegations in 1097 of the Complaint.

1098. To the extent the allegations in paragraph 1098 of the Complaint call for a legal conclusion, no response is required. To the extent a response is required, Flushing Bank denies knowledge or information sufficient to form a belief as to the allegations in 1098 of the Complaint.

1099. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 1099 of the Complaint.

**ANSWERING AS AND FOR THEIR TWENTY-EIGHTH CAUSE OF ACTION OF SUPERB**

**(Breach of Duty of Loyalty & Violation of Faithless Servant Doctrine – Against Deo)**

1100. Repeats and reiterates each and every response to paragraphs 1 through 1100 as if fully set forth herein.

1101. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 1101 of the Complaint.

1102. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 1102 of the Complaint.

1103. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 1103 of the Complaint.

**ANSWERING "DEMAND FOR JURY TRIAL"**

1104. As paragraph 1104 is Plaintiffs' demand for a jury trial, no response is needed.

**AS AND FOR A FIRST AFFIRMATIVE DEFENSE**

1105. Plaintiffs fail to state a claim upon which relief can be granted.

**AS AND FOR A SECOND AFFIRMATIVE DEFENSE**

1106. Plaintiffs' claims are barred because Flushing Bank did not breach any duty owed to Plaintiffs.

**AS AND FOR A THIRD AFFIRMATIVE DEFENSE**

1107. Plaintiffs' claims are barred, in whole or in part, by the documentary evidence.

**AS AND FOR A FOURTH AFFIRMATIVE DEFENSE**

1108. Plaintiffs' claims are barred, in whole or in part, because they are inconsistent with the rights, duties and liabilities created by Article 4-A.

**AS AND FOR A FIFTH AFFIRMATIVE DEFENSE**

1109.Plaintiffs' claims are barred, in whole in part, because they are inconsistent with the rights, duties, and liabilities created by Article 4-A.

**AS AND FOR A SIXTH AFFIRMATIVE DEFENSE**

1110. Plaintiffs' performance was excused by the doctrines of impossibility, impracticability, and/or frustration of purpose.

**AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE**

1111. Plaintiffs' damages, if any, were the result of their own actions, inactions and/or omissions and/or actions, inactions or omissions of third parties over which Flushing Bank had no control and for whose actions Flushing Bank cannot be held liable.

**AS AND FOR AN EIGHTH AFFIRMATIVE DEFENSE**

1112. Plaintiffs' claims are barred, in whole or in part, by the doctrines of laches, waiver, estoppel, and/or unclean hands.

**AS AND FOR A NINTH AFFIRMATIVE DEFENSE**

1113. Plaintiff's claims are barred, in whole or in part, due to the failure to join necessary and indispensable parties.

**AS AND FOR A TENTH AFFIRMATIVE DEFENSE**

1114. Plaintiffs' claims are barred, in whole or in part, because Flushing Bank's security procedures were commercially reasonable and it accepted payments and requests for payments in good faith and compliance with said security procedures.

**AS AND FOR AN ELEVENTH AFFIRMATIVE DEFENSE**

1115. Plaintiffs' claims are barred, in whole or in part, because Plaintiffs rejected a commercially reasonable security procedure.

**AS AND FOR A TWELFTH AFFIRMATIVE DEFENSE**

1116. Plaintiffs' claims are barred, in whole or in part, by the doctrines of collateral estoppel and/or res judicata.

**AS AND FOR A THIRTEENTH AFFIRMATIVE DEFENSE**

1117. To the extent Plaintiffs allege a claim of fraud against Flushing Bank, Plaintiffs have failed to plead fraud with the requisite particularity.

**AS AND FOR A FOURTEENTH AFFIRMATIVE DEFENSE**

1118. Plaintiff's alleged injuries were not caused by Defendant, but by independent intervening causes which had no relation in fact to any conduct of Defendant.

**AS AND FOR A FIFTEENTH AFFIRMATIVE DEFENSE**

1119. Plaintiffs' alleged injuries were not caused by Flushing Bank, but by independent intervening causes which had no relation in fact to any conduct of Flushing Bank.

**RESERVATION OF RIGHTS**

1120. Flushing Bank expressly reserves its right to amend this Answer to allege additional affirmative defenses after conducting further discovery, investigation, and research.

**PRAYER FOR RELIEF**

WHEREFORE, Flushing Bank respectfully requests that:

a. Plaintiffs do not recover any damages and that the Complaint be dismissed in its entirety;

b. Flushing Bank be awarded costs and reasonable attorneys' fees as may be recoverable under the claims asserted by Plaintiffs; and

c. the Court award all other relief that it deems just and proper.

Dated: Uniondale, New York
October 27, 2025

CULLEN AND DYKMAN LLP

/s/ Ariel E. Ronneburger

Ariel E. Ronneburger
Thomas S. Baylis
*Attorneys for Defendant*
*Flushing Bank*
333 Earle Ovington Boulevard, 2nd Floor
Uniondale, New York 11553
aronneburger@cullenllp.com