Exhibit B
to Buccino Dec.

IRS DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
CINCINNATI OH 45999-0023

Date of this notice: 03-02-2021

Employer Identification Number:
[redacted]

Form: SS-4

Number of this notice: CP 575 A

SUPERB MOTORS INC
% ROBERT CLARKE
15 LANCASTER ST
LYNBROOK, NY 11563

For assistance you may call us at:
1-800-829-4933

IF YOU WRITE, ATTACH THE
STUB AT THE END OF THIS NOTICE.

WE ASSIGNED YOU AN EMPLOYER IDENTIFICATION NUMBER

Thank you for applying for an Employer Identification Number (EIN). We assigned you EIN 86-2372229. This EIN will identify you, your business accounts, tax returns, and documents, even if you have no employees. Please keep this notice in your permanent records.

When filing tax documents, payments, and related correspondence, it is very important that you use your EIN and complete name and address exactly as shown above. Any variation may cause a delay in processing, result in incorrect information in your account, or even cause you to be assigned more than one EIN. If the information is not correct as shown above, please make the correction using the attached tear off stub and return it to us.

Based on the information received from you or your representative, you must file the following form(s) by the date(s) shown.

| | |
|---|---|
| Form 1120 | 04/15/2022 |

If you have questions about the form(s) or the due date(s) shown, you can call us at the phone number or write to us at the address shown at the top of this notice. If you need help in determining your annual accounting period (tax year), see Publication 538, *Accounting Periods and Methods*.

We assigned you a tax classification based on information obtained from you or your representative. It is not a legal determination of your tax classification, and is not binding on the IRS. If you want a legal determination of your tax classification, you may request a private letter ruling from the IRS under the guidelines in Revenue Procedure 2004-1, 2004-1 I.R.B. 1 (or superseding Revenue Procedure for the year at issue). Note: Certain tax classification elections can be requested by filing Form 8832, *Entity Classification Election*. See Form 8832 and its instructions for additional information.

**IMPORTANT INFORMATION FOR S CORPORATION ELECTION:**

If you intend to elect to file your return as a small business corporation, an election to file a Form 1120-S must be made within certain timeframes and the corporation must meet certain tests. All of this information is included in the instructions for Form 2553, *Election by a Small Business Corporation*.

(IRS USE ONLY) 575A 03-02-2021 SUPE B 9999999999 SS-4

If you are required to deposit for employment taxes (Forms 941, 943, 940, 944, 945, CT-1, or 1042), excise taxes (Form 720), or income taxes (Form 1120), you will receive a Welcome Package shortly, which includes instructions for making your deposits electronically through the Electronic Federal Tax Payment System (EFTPS). A Personal Identification Number (PIN) for EFTPS will also be sent to you under separate cover. Please activate the PIN once you receive it, even if you have requested the services of a tax professional or representative. For more information about EFTPS, refer to Publication 966, *Electronic Choices to Pay All Your Federal Taxes*. If you need to make a deposit immediately, you will need to make arrangements with your Financial Institution to complete a wire transfer.

The IRS is committed to helping all taxpayers comply with their tax filing obligations. If you need help completing your returns or meeting your tax obligations, Authorized e-file Providers, such as Reporting Agents (payroll service providers) are available to assist you. Visit the IRS Web site at www.irs.gov for a list of companies that offer IRS e-file for business products and services. The list provides addresses, telephone numbers, and links to their Web sites.

To obtain tax forms and publications, including those referenced in this notice, visit our Web site at www.irs.gov. If you do not have access to the Internet, call 1-800-829-3676 (TTY/TDD 1-800-829-4059) or visit your local IRS office.

**IMPORTANT REMINDERS:**

* Keep a copy of this notice in your permanent records. **This notice is issued only one time and the IRS will not be able to generate a duplicate copy for you.** You may give a copy of this document to anyone asking for proof of your EIN.

* Use this EIN and your name exactly as they appear at the top of this notice on all your federal tax forms.

* Refer to this EIN on your tax-related correspondence and documents.

If you have questions about your EIN, you can call us at the phone number or write to us at the address shown at the top of this notice. If you write, please tear off the stub at the bottom of this notice and send it along with your letter. If you do not need to write us, do not complete and return the stub.

Your name control associated with this EIN is SUPE. You will need to provide this information, along with your EIN, if you file your returns electronically.

Thank you for your cooperation.

(IRS USE ONLY) 575A 03-02-2021 SUPE B 9999999999 SS-4

Keep this part for your records. CP 575 A (Rev. 7-2007)

---

Return this part with any correspondence
so we may identify your account. Please
correct any errors in your name or address.

CP 575 A

9999999999

| Your Telephone Number | Best Time to Call | |
|---|---|---|
| ( ) - | | DATE OF THIS NOTICE: 03-02-2021 |
| | | EMPLOYER IDENTIFICATION NUMBER: [redacted] |
| | | FORM: SS-4 NOBOD |

INTERNAL REVENUE SERVICE
CINCINNATI OH 45999-0023

SUPERB MOTORS INC
% ROBERT CLARKE
15 LANCASTER ST
LYNBROOK, NY 11563

**N.Y.S. DEPARTMENT OF STATE**
**DIVISION OF CORPORATIONS AND STATE RECORDS ALBANY, NY 12231-0001**

**ONLINE FILING RECEIPT**

==============================================================================

ENTITY NAME: SUPERB MOTORS INC.

DOCUMENT TYPE: INCORPORATION (DOM. BUSINESS) COUNTY: NASS

==============================================================================

FILED:02/04/2021 DURATION:PERPETUAL CASH#:210204010081 FILE#:210204010081
DOS ID:5933755

| FILER: | EXIST DATE |
|---|---|
| BLUMBERGEXCELSIOR CORPORATE SERVICES, INC.<br>236 BROADWAY<br>MENANDS, NY 12204 | 02/04/2021 |

ADDRESS FOR PROCESS:

THE CORPORATION
15 LANCASTER STREET
LYNBROOK, NY 11563

REGISTERED AGENT:

STOCK: 200 NPV

The corporation is required to file a Biennial Statement with the Department of State every two years pursuant to Business Corporation Law Section 408. Notification that the Biennial Statement is due will only be made via email. Please go to www.email.ebiennial.dos.ny.gov to provide an email address to receive an email notification when the Biennial Statement is due.

==============================================================================

SERVICE COMPANY: BLUMBERGEXCELSIOR CORPORATE SERVICES INC.-39
SERVICE CODE: 39

| | | | |
|---|---|---|---|
| FEE: | 135.00 | PAYMENTS | 135.00 |
| FILING: | 125.00 | CHARGE | 0.00 |
| TAX: | 0.00 | DRAWDOWN | 135.00 |
| PLAIN COPY: | 0.00 | | |
| CERT COPY: | 10.00 | | |
| CERT OF EXIST: | 0.00 | | |

==============================================================================

353195 DOS-1025 (10/2020)

**Authentication Number: 2102040127 To verify the authenticity of this document you may access the Division of Corporation's Document Authentication Website at http://ecorp.dos.ny.gov**