Exhibit D to
Buccino Dec.

**Caution:** Forms printed from within Adobe Acrobat may not meet IRS or state taxing agency specifications. When using Acrobat, select the "Actual Size" in the Adobe "Print" dialog.

# 2021 Tax Return(s)

| | |
|---|---|
| **Prepared for** | SUPERB MOTORS INC.<br>CLIENT CODE: 14278.001:V1 |
| **Account Number**<br>**Release Number** | 758331<br>2021.04000 |
| **Prepared by** | NC<br>COMPUTER CHARGES:<br>OTHER <901> 75.00<br>PFX <902> STATE ____N/A NY<br><br>516-741-0515 |
| **Processing** | Date: 07/07/2022<br>Time: 14:42:51 |
| **Special Instructions** | |
| **Messages** | |

REVIEWED BY _PC DATE 07-07-22

## Schedule B - Shareholders' identifying information *(see instructions)*

Photocopy Schedule B as needed. Attach all additional schedules to this form. Also mark an *X* in the box. ☐

| **A**<br>For each shareholder,<br>enter last name, first name, middle initial on first line;<br>enter home address on second and third lines.<br>*(attach federal Schedule K-1 for each shareholder)* | **B**<br>Identifying number<br>(SSN or EIN) | **C**<br>Percentage<br>of ownership | **D**<br>Shareholder<br>residency status<br>(make only one entry)<br>1 for New York State<br>2 for New York City<br>3 for Yonkers<br>4 for NYS nonresident | **E**<br>Shareholder<br>entity status<br>(make only one entry)<br>I for individual<br>F for estate or trust<br>E for exempt<br>organization |
|---|---|---|---|---|
| 1 URRUTTIA, ROBERTO<br>327 LAKEWOOD TERRACE<br>NEWTON, NJ 07860 | • 1 [redacted] | • 60.0000 | • 4 | • I |
| 2 CLARKE, ROBERT<br>15 LANCASTER STREET<br>LYNBROOK, NY 11563 | • | • 40.0000 | • 1 | • I |
| 3 | • 3 | • | • | • |
| 4 | • 4 | • | • | • |
| 5 | • 5 | • | • | • |
| 6 | • 6 | • | • | • |
| 7 | • 7 | • | • | • |
| 8 | • 8 | • | • | • |
| 9 | • 9 | • | • | • |
| 10 | • 10 | • | • | • |
| 11 | • 11 | • | • | • |