Exhibit H to
Buccino Dec.

**From:** anthony deo <anthonyd@northshoremotors1.com>
**Sent:** Thursday, August 17, 2023 2:50 PM EDT
**To:** Puccio, Robert <RPuccio@flushingbank.com>
**CC:** Michael Laurie <mlaurie@dlacapital.com>
**Subject:** [EXTERNAL] - FW: Evidence for CSC Order 627831
**Attachment(s):** "SUPERB MOTORS INC-NY-Copy Request.pdf"

---

**From:** Tony Urrutia <tonyu814@gmail.com>
**Sent:** Monday, April 3, 2023 3:37 PM
**To:** anthony deo <anthonyd@northshoremotors1.com>
**Subject:** Fwd: Evidence for CSC Order 627831

Best regards,

Tony Urrutia

Mobile 631 561-9807

Sent from my iPhone

Begin forwarded message:

> **From:** Bruce Novicky <bruce@teamauto.com>
> **Date:** April 3, 2023 at 9:56:57 AM CST
> **To:** "Tony Urrutia (tonyu814@gmail.com)" <tonyu814@gmail.com>
> **Subject: FW: Evidence for CSC Order 627831**
>
> **Bruce Novicky**
> Chief Operating Officer | **Team Auto Group**
> Office 860.900.0660
> Email bruce@teamauto.com
>
> ---
>
> **From:** Joseph Fuirita <jfuirita@schiller.law>
> **Sent:** Monday, April 3, 2023 11:56 AM
> **To:** Bruce Novicky <bruce@teamauto.com>
> **Subject:** FW: Evidence for CSC Order 627831
>
> See attached Re Superb
>
> ---
>
> **From:** bettyjean.konieczny@cscglobal.com <bettyjean.konieczny@cscglobal.com>
> **Sent:** Monday, April 3, 2023 11:55 AM
> **To:** Joseph Fuirita <jfuirita@schiller.law>
> **Subject:** Evidence for CSC Order 627831
>
> Attached please find documents associated with the following:
>
> **Entity/Subject Name:** SUPERB MOTORS INC.
>
> **Request for:** Copy Request
>
> **Jurisdiction:** NY
>
> **Order #:** 627831
>
> **Order Date:** 3/31/2023
>
> **Matter #:** N/A
>
> **Reference #:**
>
> **Project Id:**

**CSC**
251 Little Falls Drive
Wilmington, Delaware 19808
USA
800-927-9801 ext. 66028
cscglobal.com

***We are the business behind business®***

*CSC makes no express or implied warranties, guarantees, or representations related to an order's accuracy or completeness, or regarding the public record data provided by its suppliers or government jurisdiction. CSC disclaims all liability for indirect, consequential, incidental, or special damages related to this order. The customer's sole remedy for any errors or omission is limited to a refund of the service fee associated with such order.*

# CERTIFICATE OF INCORPORATION
# OF
# SUPERB MOTORS INC.

Under Section 402 of the Business Corporation Law

I, the undersigned, a natural person of at least 18 years of age, for the purpose of forming a corporation under Section 402 of the Business Corporation Law of the State of New York hereby certify:

**FIRST:** The name of the corporation is:

**SUPERB MOTORS INC.**

**SECOND:** This corporation is formed to engage in any lawful act or activity for which a corporation may be organized under the Business Corporation Law, provided that it is not formed to engage in any act or activity requiring the consent or approval of any state official, department, board, agency or other body without such consent or approval first being obtained.

**THIRD:** The county, within this state, in which the office of the corporation is to be located is NASSAU.

**FOURTH:** The total number and value of shares of common stock which the corporation shall have authority to issue is: 200 SHARES WITH NO PAR VALUE.

**FIFTH:** The Secretary of State is designated as agent of the corporation upon whom process against it may be served. The address within or without this state to which the Secretary of State shall mail a copy of any process against the corporation served upon him or her is:

THE CORPORATION
15 LANCASTER STREET
LYNBROOK, NY 11563

**SIXTH:** No Director of this corporation shall be personally liable to the corporation, or its shareholders for damages for any breach of duty in such capacity, provided that this provision shall not limit the liability of any director if a judgment or other final adjudication, adverse to him, establishes that his act or omissions were in bad faith or involved intentional misconduct or a knowing violation of law or that he personally gained in fact a financial profit or other advantage, to which he was not legally entitled or that his acts violated Section 719 of the New York Business Corporation Law.

**SEVENTH:** The holders of any of the corporation's equity shares shall be entitled to preemptive rights in accordance with the provisions of BCL section 622.

I certify that I have read the above statements, I am authorized to sign this Certificate of Incorporation, that the above statements are true and correct to the best of my knowledge and belief and that my signature typed below constitutes my signature.

KRISTIE L. DELONG (signature)

KRISTIE L. DELONG, INCORPORATOR
BLUMBERGEXCELSIOR
236 BROADWAY
MENANDS, NY 12204

**Filed by:**
BLUMBERGEXCELSIOR CORPORATE SERVICES, INC.
236 BROADWAY
MENANDS, NY 12204

**BLUMBERGEXCELSIOR CORPORATE SERVICES INC. (39)**
**DRAWDOWN**
**CUSTOMER REF# 353195**

**FILED WITH THE NYS DEPARTMENT OF STATE ON: 02/04/2021**
**FILE NUMBER: 210204010081; DOS ID: 5933755**