Exhibit J to
Buccino Dec.

FFIC FLUSHING Financial Corporation

FLUSHING Commercial ▪ Business ▪ Consumer Bank®

| | | | |
|---|---|---|---|
| POLICY TITLE | Bank Secrecy Act Compliance | | |
| POLICY TYPE | BOARD Flushing Financial Corp. and Flushing Bank | | |
| GROUP | BSA DEPARTMENT | Policy Number | |
| | | Approval Date | August 2025 |
| DIVISION | BSA/AML/CFT Compliance | Effective Date | August 2025 |
| | | Last Revision | August 2025 |
| POLICY OWNER | Anthony Mangano | | |

## TABLE OF CONTENTS

**I. BANK SECRECY ACT COMPLIANCE ........ 4**

1. PURPOSE ........ 4
2. POLICY SCOPE ........ 4
3. POLICY STATEMENT ........ 4
   *3.1 Exceptions to This Policy ........ 4*
   *3.2 Review ........ 5*
4. POLICY ADMINISTRATION ........ 5
   *4.1 Authority ........ 5*
   *4.1 Responsibility and Accountability ........ 6*
5. POLICY STANDARDS ........ 8
   *5.1 BSA Policy: ........ 8*
   *5.2 AML/CFT Compliance Program (Policy) ........ 8*
      5.2.1. Reporting Requirements ........ 8
      5.2.2. Suspicious Activity Reporting ........ 9
      5.2.3. Funds Transfer ........ 11
      5.2.4. Lending Relationships ........ 12
      5.2.5. Record Retention ........ 12
      5.2.6. AML/CFT Officer ........ 13
      5.2.7. Training ........ 13
      5.2.8. Audit Procedures ........ 14
      5.2.9. Staffing ........ 14
      5.2.10. AML/CFT Monitoring Application ........ 14
6. DEFINITIONS ........ 15

**II. CUSTOMER IDENTIFICATION PROGRAM - CUSTOMER DUE DILIGENCE (CIP-CDD) ........ 16**

1. PURPOSE ........ 16
2. POLICY SCOPE ........ 16
3. POLICY STANDARDS ........ 17
   *3.1. Customer Identification Requirements ........ 17*
      3.1.1. Standards for Customer Identification – (Individual Persons) ........ 17
      3.1.2. Standards for Customer Identification- (Businesses/Entities) ........ 18
   *3.2. Documentary Verification of Information Provided by Customers ........ 19*
   *3.3. Non-Documentary Verification of Information Provided by Customers ........ 20*
   *3.4. Lack of Verification ........ 21*

*3.5. Beneficial Ownership* ........ *22*
3.5.1. Recertifications of Beneficial Owners ........ 23
3.5.2. Triggering Events ........ 23
3.5.3. Identifications for Beneficial Owners ........ 24
3.5.4. List Screening: ........ 24
3.5.5. Reporting of Suspicious Activity ........ 24
*3.6. Notification of Customers* ........ *24*
*3.7. Record Retention* ........ *25*
*3.8. Ongoing Employee Training* ........ *25*
*3.9. Online Digital Banking* ........ *25*
*3.10. Government Banking* ........ *26*
*3.11. Broker Deposits* ........ *27*
*3.12 Listing Services* ........ *27*
*3.13 Lending* ........ *28*
4. ENTITIES EXCLUDED FROM BENEFICIAL OWNERSHIP IDENTIFICATION ........ 28
5. DEFINITIONS ........ 30
Section II. APPENDIX A: Acceptable Identification Documents ........ 32
Section II. APPENDIX B - Required Business Account Legal Documentation ........ 33

**III. ANTI-MONEY LAUNDERING/ COUNTERING FINANCING OF TERRORISM POLICY ........ 35**

1. PURPOSE ........ 35
2. POLICY SCOPE ........ 35
3. POLICY STANDARDS ........ 36
*3.1. Designation of BSA Department staff* ........ *37*
3.1.1 OFAC Officer ........ 37
3.1.2 Investigations EDD Case Manager ........ 37
3.1.3 BSA/AML Operations Manager ........ 37
3.1.4 BSA CTR Operations Manager/Project Manager ........ 37
3.1.5 Investigations BSA & Fraud Case Manager ........ 37
3.1.6 BSA/AML Senior Analysts / Analysts ........ 38
3.1.7 Risk and Compliance Committee ........ 38
3.1.8 BSA AML/CFT Oversight Committee ........ 38
*3.2. RISK ASSESSMENT* ........ *38*
*3.3. Money Laundering Techniques* ........ *39*
*3.4. Terrorist Financing* ........ *39*
*3.5. OVERVIEW OF USA PATRIOT ACT* ........ *40*
*3.6. Section SAR 352 – Anti-Money Laundering Programs (Section 352)* ........ *41*
*3.7. Prohibited Countries* ........ *41*
*3.8. Risk Rating of Customers and Entities* ........ *42*
*3.8.1. Account Opening Procedures* ........ *42*
3.8.1.1 Preliminary Risk Rating for New Accounts ........ 42
*3.9. Monitoring For Suspicious Activity* ........ *46*
*3.10. Activities to be monitored by the BSA Department* ........ *46*
*3.11. Identification of Suspicious Activity* ........ *46*
*3.12. Subpoenas* ........ *47*
*3.13. Suspicious Activity Reporting* ........ *47*
*3.14. Record Retention* ........ *50*
*3.15. Training Program* ........ *51*
*3.16. BSA Department Responsibilities* ........ *52*
*3.17. Audit Program* ........ *52*
*3.18 Documentation and Approval of Exceptions* ........ *53*
SECTION III. APPENDIX A ........ 53
SECTION III. APPENDIX B ........ 61
SECTION III. APPENDIX C ........ 64
SECTION III. APPENDIX D ........ 64

**IV. BANK SECRECY ACT POLICY (CURRENCY REPORTING EXEMPTIONS) ........ 65**

1. PURPOSE ........ 65
2. POLICY SCOPE ........ 65
3. POLICY ADMINISTRATION ........ 65
   *3.1. Authority ........ 65*
4. POLICY STANDARDS ........ 66
   *4.1. Phase I CTR Exemption ........ 66*
   *4.2. Phase II Exemption ........ 66*
   *4.3. Retention ........ 66*
5. DEFINITIONS ........ 66

**V. BANK SECRECY ACT INFORMATION SHARING 314(A) ........ 68**

1. PURPOSE ........ 68
2. POLICY SCOPE ........ 68
3. POLICY STANDARDS ........ 69
   *3.1. Search Requirements ........ 69*
   *3.2. Positive Match Documentation ........ 69*
   *3.3. Confidentiality ........ 69*
4. DEFINITIONS ........ 70

**VI. BANK SECRECY ACT (VOLUNTARY INFORMATION SHARING 314(B) ........ 70**

1. PURPOSE ........ 70
2. POLICY SCOPE ........ 70
3. POLICY ADMINISTRATION ........ 70
   *3.1. Authority ........ 70*
4. POLICY STANDARDS ........ 71
   *4.1. General ........ 71*
   *4.2. Monitoring /Identifying and Reporting ........ 71*
   *4.3. Identification ........ 71*
   *4.4. Reporting ........ 71*

## II. Customer Identification Program - Customer Due Diligence (CIP-CDD)

### 1. Purpose

The Customer Identification Program (**CIP**) regulations implement section 326 of the USA PATRIOT Act. In 2016, effective May 11, 2018, FinCEN issued additional risk-based Customer Due Diligence (CDD) rules under CFR Chapter X Part 1010 for banks requiring them to:

- Identify and verify the beneficial owners of legal entity customers wishing to open new accounts or establish relationships
- Understand the nature and purpose of customers' relationships to develop customer risk profiles

These are in addition to the already required ongoing monitoring of customers' transactions for the purpose of reporting suspicious activity and taking a risk-based approach to maintaining and updating customer information. The CIP and CDD apply to all areas of banking (i.e., deposit accounts and lending) and are incorporated into the Bank's BSA/AML/CFT compliance program, which is subject to approval by the Bank's board of directors. This policy will define the Bank-wide process to comply with these regulations.

### 2. Policy Scope

This policy covers the means by which the Bank will identify and verify the identity of its customers and its legal entity customers' beneficial owners as prescribed by 31 CFR Chapter X and maintain compliance with the USA PATRIOT Act. This is done through:

1) Internal policies, procedures and controls
2) Designation of a board-approved AML/CFT Officer
3) Ongoing employee training
4) Independent audit function
5) Identification and verification of new accounts and relationships
    a) Identification and verification of the identity of the beneficial owners of legal entity customers.
    b) Understanding the nature and purpose of customer relationships to develop risk profiles.
    c) Performance of ongoing monitoring for the purpose of reporting suspicious transactions and taking a risk-based approach to maintaining and updating customer information.

Procedures for identifying customers will be risk- based and will include but are not limited to:

- Verifying the identity of any person seeking to open an account to the extent reasonable and practical
- Identifying and verifying the identity of the beneficial owners (owning 25% or more) of any legal entity customer seeking to open an account
- Maintaining records of the information used to verify the person's identity, including but not limited to name, address and other identifying information
- Determining whether the person appears on any government lists

Risk has always been a factor when opening new account relationships. Possible fraud or misconduct by individuals can pose a loss of funds or reputation to the Bank. This program includes risk-based procedures for verifying the identity of each customer. Taken into consideration will be the types of accounts offered by the Bank, how the account is opened, the type of identifying information available and the Bank's overall risk assessment.

## 3. Policy Standards

### 3.1. Customer Identification Requirements

The Bank requires any person opening a new account relationship, lending relationship, or any person added as a signatory to an account, to provide, at a minimum, the following information and the Bank to form a "reasonable belief" as to the true identity of the person.

#### 3.1.1. Standards for Customer Identification – (Individual Persons)

**Minimum requirements as applicable:**

- Valid government-issued photo ID
- Name
- Date of birth
- Residence Address (PO Box is not acceptable)
- Mailing Address (if difference from residential address)
- For an individual who does not have a residential or mailing address, a business street address, an Army Post Office (APO) or Fleet Post Office (FPO) box number or the residential or business address of next of kin or of another contact individual
- For U.S. persons (U.S. Citizens) a Social Security Number

- For non-U.S. persons (non-U.S. citizens), one or more of the following:
  - Taxpayer identification number
  - Copy of Foreign Passport with country of issuance (must be accompanied with a valid Visa)
  - Alien Registration Card (Green Card).
  - Any other unexpired, government-issued document evidencing nationality or residence and bearing a photograph or similar safeguard, such as a National or Resident ID number
- Telephone numbers- residential and business (if applicable)
- Occupation
- Employer's name (if applicable)
- Mother's maiden name

### 3.1.2. Standards for Customer Identification- (Businesses/Entities)

**Minimum Requirements:**

- Entity name
- Organizational structure
- Whether the entity is publicly traded, a non-public entity, a governmental unit or other type of entity
- The address of the customer's principal place of business, local office or other physical location
- For U.S. entities, an Employer Identification Number (EIN)
- For non-U.S. businesses or other entities (organized under the law of a country other than the U.S.) that may not have an identification number, the alternative government issues documentation certifying the existence of the business or enterprise. **Please Note: Accounts opened for non-US businesses must be approved by the BSA AML/CFT Oversight Committee before opening.**
- Date and place of organization
- Names and identifying information for officers, principals (partners, trustees, etc.) and other individuals of authority or control over the customer relationship or specific customer accounts
- Site Inspection to the customer's place of business
- Expected types of transactions and volumes
- Source of capitalization and/or funding (for lending relationships)
- Signed Certification of Beneficial Owner(s) of legal entity customers
- Financial statements &/or Income Tax Returns for lending relationships

***Note:*** For home-based related businesses, a Google Map search is acceptable; however, if the search is inconclusive, a "drive-by" must be performed.

This identifying information must be obtained (unless otherwise noted) for all entities (excluding U.S. federal, state, and local government entities), including corporations, trusts,

partnerships and nonprofit institutions that seek to do business with the Bank.

Business accounts will not be opened without a required EIN unless the number is applied for at or prior to the account opening.

Occasions may arise when the business has applied for the EIN but has not yet received it. This will be closely monitored to ensure that the EIN is obtained within 30 days. If not received, the account(s) may be closed. The Bank will require proof from the business that an application has been made for an EIN.

## 3.2. Documentary Verification of Information Provided by Customers

For all individual customers, a primary identifying document is required in a face-to-face transaction. Examples of sufficient documentary information may include a current, valid passport, driver's license or other unexpired government issued identification evidencing nationality or residence and bearing a photograph or similar safeguard.

If a primary identifying document is not available, it will be up to branch management to determine if sufficient secondary documents are available for the account to be opened (i.e. an elderly customer, 60 years or older, who may only have a Medicare card and utility bill). A judgment must be made based on management's risk assessment of the account.

For a listing of acceptable ID see Section II Appendix A.

For businesses and other non-governmental entities, the documentary information must include the following: articles of incorporation, articles of organization, a government-issued business license, partnership agreement, trust instrument, or other documentation used to establish the legitimacy of the organization. One primary identifying document is required for each signer on deposit accounts.

For a listing of required documents, see Section II Appendix B.

**Note:** If an existing customer (account open over one year and maintained in a satisfactory manner) seeks to open a new account and identification was previously verified and noted in the file as well as on the CORE, and the Bank has a reasonable belief that it knows the identity of the customer, verification of identification need not be obtained again. See the appropriate business unit policy for specific recordkeeping instructions.

If the Bank confirms that a reasonable belief was not obtained in accordance with Bank procedures and consistent with the regulations, the customer identification requirements must be met.

## 3.3. Non-Documentary Verification of Information Provided by Customers

Prior to account opening all customers will be verified using Qualifile and or Alloy where applicable; business entities will also be verified along with each authorized signer. Individuals, business entities, and authorized signers (as well as beneficial owners) will be verified via Abrigo against the current Office of Foreign Asset Control (OFAC) control lists and any other lists of known or suspected terrorists/terrorist organizations, drug dealers etc. provided to the Bank by a federal government agency. All federal directives issued in connection with such a list will be strictly adhered to. Verification will be as follows:

New Customers - New customers, along with captured beneficial owners, will be compared against the most current SDN, PEP, PLC and Section 311 List prior to the next business day by Abrigo (previously Banker's Toolbox) Official Database Scan within the Abrigo application.

Existing Customers -The Customer Information File (CIF) will be screened against the current OFAC listings as updates are received from the Office of Foreign Assets Control. The results of the run will be documented by the OFAC Officer or designee. The scan will typically result in a number of possible "hits" which will need to be reviewed. The review will be conducted and documented by the BSA Department and handled accordingly.

Any positive results will be communicated to Retail Services, where the required "blocking" will occur and the BSA Department will notify the proper Regulatory Agency. The above process will be documented and the appropriate records maintained.

In certain situations, non-documentary verification must be used in addition to relying upon the documents named above. This must occur when:

- the customer is unable to supply the appropriate identifying documentation
- the Bank employee does not recognize or understand the documentation presented by the customer
- the customer is considered "high risk" for money laundering

Non-documentary verification will include (but is not limited to) one or more of the following:

- Independently verifying documentary information through:
  - Alloy decisioning engine
  - credit bureaus
  - public databases or other sources

- checking references with other financial institutions
- obtaining financial statements
- analyzing whether there is a logical consistency between the identifying information provided, such as the customer's name street address, ZIP code, telephone number, date of birth and social security number (logical verification)

## 3.4. Lack of Verification

Business deposit account documentation, including related Certification of Beneficial Owner(s) forms when required, will be reviewed by Retail Services using the Risk Reporting System. The notification process for all missing information is initiated at account review.

On the twentieth of each month, should documentation still be missing, the account will be escalated to the appropriate Department Head via a system-generated email. On the first of each month, the account will be escalated to Executive Management via system-generated email if documentation is still missing. Should the documents remain missing after 90 days, the account may be presented to the **BSA AML/CFT Oversight Committee**, and account closure will be discussed. It is understood that a community bank such as Flushing Bank has a strong knowledge of the community and the customers it serves; therefore, limited exceptions to this rule may be made, but only when approved by senior management.

**Lending account documentation, including related Certification of Beneficial Owner(s) forms when required, will be reviewed by both the Real Estate Credit Center and the Loan Servicing Department to ensure quality assurance of CIP and Beneficial Ownership-related documentation is maintained.**

**Individual accounts will not be opened unless verification has been performed.**

**NOTE: When the Bank cannot form a reasonable belief that it knows the true identity of a customer, an account will not be opened.**

Bank employees are under no obligation to continue the customer identification and verification process if at any time during this process, they determine that is in the best interest of the Bank to discontinue the customer acceptance process. Although not all account opening rejections are considered unusual, should branch management feel an attempt is suspicious or unusual, an incident report should be filed with the proper business unit.

## 3.5. Beneficial Ownership

CFR Chapter X Part 1010 requires financial institutions to obtain, identify, verify and record the identity of the beneficial owners of a "legal entity customer." Business units within Flushing Bank are responsible for ensuring that processes and procedures are in place to ensure their unit's ongoing compliance.

Beneficial ownership is to be ascertained during the account opening/loan closing process but not earlier than 10 business days prior to the account opening date for each legal entity customer, with the exception of the exempt entities listed below. This will be documented via the completion of the Certification of Beneficial Owner(s) form.

New accounts also include a legal entity customer's Safe Deposit Box rental, IntraFi Network Deposits investments and reinvestments, non-regulated Brokered accounts and Participation loans.

Beneficial Owner is defined as a natural person (not another legal entity) *that meets the following:

1) Ownership Prong: Each individual, if any, who, directly or indirectly through any contract, arrangement, understanding, relationship or otherwise owns 25% or more of the equity interests of a legal entity customer; AND

2) Control Prong: **(A)** An individual with significant responsibility for managing the legal entity. (e.g., Chief Executive Officer, Chief Financial Officer, Chief Operating Officer, Managing Member, General Partner, President, Vice President or Treasurer) OR **(B)** Any individual who regularly performs similar functions

**Note:** In some cases, no one individual may own 25% or more of the equity interest of the legal entity customer; in such instances, the Bank is still required to collect the required information for one individual who controls, manages or directs the legal entity customer.

***Note:** If a beneficial owner is a trust, its trustee (or one (1) co-trustee if there are multiple trustees) must be identified as the beneficial owner in lieu of the name of the trust. If a legal entity is its trustee, list the name of that legal entity (even though it is not a natural person) as the beneficial owner. (This is in accordance with FinCEN's April 2018 FAQs regarding Beneficial Ownership.)

### 3.5.1. Recertifications of Beneficial Owners

Flushing Bank will obtain a Certification of Beneficial Owner(s) for existing legal entity customers who open an additional "new account/loan" (see paragraph 2 under 3.5.) as follows:

- New Certification of Beneficial Owner(s) form, OR
- Recertification of Beneficial Owner(s) on the last existing Certification form ***(if the latest Certification on file for them is on a form version 5.2018 or later*** **and the info on the form has not changed*)***

### 3.5.2. Triggering Events

Although Certification of Beneficial Owner(s) forms or re-certifications will be obtained on each new account opened by a legal entity customer, certain triggering events may also lead the Bank to obtain new/updated Beneficial Owner(s) certification forms or re-certifications:

- Any change in signers/beneficial owners on an account, adding or deleting
- Change in the address on a business account
- Death of a signer or beneficial owner if the bank is notified
- Revalidations of High and Medium risk accounts *(if not obtained within the previous 12 months)*
- Loan renewals (if there is not already a certification on file {version 5.2018 or later} or there was any notification or indication that ownership may have changed)
- Cash Management setups- (only if a change in ownership is suspected)
- CDARs Reinvestments (Renewals) – **NOTE:** if at the time the legal entity customer certifies its beneficial ownership information for the CDARs account, it also agrees in writing to notify the Bank of any change in such information, such agreement may be considered the certification or confirmation from the customer and should be documented and maintained as such, so long as the CDARs investment is outstanding
- At loan closings - loan relationships are tied to deposit accounts which are opened prior to or on the same day as a loan closing. The Certification of Beneficial Owner(s) will be signed during the deposit account opening process and then recertified within 10 days of the loan closing
- At any time at the request of the BSA Department

For Loan Renewals, exceptions may be made by the Credit Risk Committee, allowing for a Bank-employee detailed *notation* of a verbal confirmation received from a customer

attesting to the accuracy of the information appearing on their most current Certification of Beneficial Owner(s) form on file in lieu of obtaining a new certification form or a signed recertification on the form from the customer.

### 3.5.3. Identifications for Beneficial Owners

ID requirements for beneficial owners will be in line with the primary forms of identification guidelines outlined within this policy. However, per the regulation, clear, legible photocopies of their identification will be accepted.

### 3.5.4. List Screening:

All beneficial owners are subject to initial and ongoing OFAC screening as defined in Section 3.3.

### 3.5.5. Reporting of Suspicious Activity

Should at any time bank personnel feel that the beneficial ownership information is misrepresented, inaccurate or intended to mislead the true nature or ownership structure of the legal entity or the customer refuses to provide the necessary Beneficial Ownership information, an Incident Report must be filed with the BSA Department. If deemed suspicious, BSA will file a SAR and account closure will be considered by the **BSA AML/CFT Oversight Committee**.

**SHOULD BENEFICIAL OWNERSHIP INFORMATION BE INCOMPLETE (E.G., A CERTIFICATION FORM IS MISSING OR SIGNIFICANTLY INCOMPLETE, OR IDENTIFICATION IS MISSING, ILLEGIBLE OR INVALID), THE ACCOUNT WILL NOT BE OPENED.**

**NOTE:** Please refer to the Bank's AML/CFT Policy in Section III for ongoing monitoring risk-rating and due diligence regarding accounts.

### 3.5.6. Currency Transaction Reporting

If the Bank determines that legal entities are not being operated independently of each other or from their primary owner, the Bank may determine that aggregating the transactions of the legal entities and their primary owner may be appropriate.

## 3.6. Notification of Customers

Under the USA PATRIOT Act, prior to opening an account, the Bank is required to notify its customers that it will be requesting information to verify their identity. The Bank has posted this notice in each branch account opening location, on the iGObanking, BankPurely website, the Flushing Bank website and in the "Important Information about your Flushing

Bank Accounts" brochure.

## 3.7. Record Retention

Reasonable procedures for maintaining records of the information used to verify a person's name, address and other identifying information are required under the regulatory statute and the Act. The following are the required steps in the record-keeping process:

- A record of identifying information provided by the customer must be maintained
- Where it relies upon a document to verify identity, the Bank must maintain a copy of the document that clearly evidences the type of document and any identifying information it may contain
- The Bank must also record the methods and results of any additional measures undertaken to verify the identity of the customer
- The Bank must record the resolution of any discrepancy in the identifying information obtained

**Under no circumstances will any collection or retention of identifying information be used to make credit decisions on any prohibited basis under the Equal Credit Opportunity Act and NYS Executive Law 296(a).**

**Retain all beneficial ownership, identification and verification records for five (5) years after the date of account closure.**

## 3.8. Ongoing Employee Training

All appropriate Bank employees will be trained to comply with the Customer Identification Program policy.

## 3.9. Online Digital Banking

- FlushingBank.com- *Consumer and business accounts are offered through Flushing bank.*
- **iGObanking and Bank Purely-** *consumer accounts only*

**Exceptions to the CIP policy that apply to iGObanking, a subsidiary of Flushing Bank, as well as its Bank Purely products:**

.

Account opening transactions will not be face-to-face. The customer must enter the following information into the website:

- Name, Address
- DOB
- TIN
- ID
- Email
- Contact phone
- Occupation
- Source of Funds
- Identification
- Mother's Maiden name

- Customer Data is sent to Decision Engines
- Decision Engines individually return scores
- Alloy analyzes scores and provides overall recommendations to approve, deny, or send the application for review.

This information is verified through Alloy and scored systematically, which is the first step in the authentication process. If the customer does not successfully pass the authentication, the account may not be opened. A formal escalation process is in place for accounts that are placed in the review queue.

The verification process for new accounts, as well as existing account holders, is the same.

Beneficial owners who are not signers on the account can be verified through no-documentary verification.

Copies of identifying documents for accounts that are in the Review queue are maintained electronically.

## 3.10. Government Banking

The CIP regulations and CFR Chapter X, Part 1010 do not include units of state, local or federal government as customers for the purposes of those rules. The Bank, will however, apply accepted standards of due diligence when opening these accounts.

These standards will include:

- Obtaining the name, address and contact information of the entity
- Obtaining the tax identification number

- Verifying the authority of the persons authorized to act on behalf of the public unit
- All authorized signers listed on the signature card will be checked against the OFAC list at inception and ongoing as OFAC updates are issued

***Note***: Based on the lower level of risk a Government Entity presents, a Google internet search or any other non-documentary method of verification will be accepted in lieu of a site inspection for Government related account openings.

## 3.11. Broker Deposits

The Bank maintains relationships with Brokerage Firms where deposits are pooled for investors. The Depository Trust Company is used as the clearing house, where each deposit is maintained under the name CEDE & CO. The Bank also has other deposits for large regional, well known and established entities regulated by the SEC. These are primarily established as interest bearing sweep deposit accounts.

For all Broker relationships, an annual Wolfsburg questionnaire is completed.

These entities are currently all exempt entities for the Beneficial Ownership. If in the future the Bank was to open Broker Relationships with a nonexempt entity, a Beneficial Ownership(s) certification form will be obtained.

Brokered Deposits will only be established after enhanced due diligence is conducted on the brokerage firm. Because these entities are well known, established public entities regulated by the SEC, the Bank's current policy for customer identification and due diligence is as follows:

- Obtaining the name, address and contact information of the entity
- Obtaining the tax identification number
- Verifying the authority of the persons authorized to act on behalf of the organization
- All authorized signers listed on the signature card will be checked against the OFAC list at inception and ongoing as OFAC updates are issued.
- Annual updated Wolfsburg questionnaire

***NOTE:*** Any exceptions to the Bank's CIP Policy must be approved by the AML/CFT Oversight Committee as it relates to Brokered Deposits.

## 3.12 Listing Services

A "listing service" is a company that compiles information about the interest rates offered on certificates of deposit ("CDs") by insured depository institutions. This is an alternative funding source for non-brokered deposits. Investors consist primarily of financial

institutions and government entities. Flushing Bank utilizes the National CD Rateline for this service.

Because these entities are well-known financial institutions and or government entities, the bank's policy for customer identification (CIP) and due diligence is as follows:

- Obtaining a copy of the entities corporate resolution to confirm person(s) authorized on behalf of the organization
- Obtaining a copy of a signed W-9
- Ensuring ongoing screening of all signers as it relates to OFAC and FinCEN 314(a) compliance
- Applying non documentary verification method via the insured regulatory agency website, other methods "including not limited to" Lexis Nexis, or Internet Searches maybe utilized as needed.

*Any exceptions to these requirements must be approved by either the BSA/CFT Officer or the Chief Risk Officer as it relates to Listing Deposits.*

### 3.13 Lending

The Loan origination areas are required to maintain written procedures for their customer identity verification processes, beneficial owner processes, and the delivery method of the customer notification required by the USA Patriot Act prior to the establishment of a loan. In addition, the Bank's closing attorney will ensure that two forms of valid identification are obtained at all closings.

## 4. Entities Excluded from Beneficial Ownership Identification

In addition to Natural Persons opening accounts on their own behalf, the following legal entities are exempt from the identification and certification of beneficial owners.

**(NOTE: Beneficial Owner Exemption form, which evidences their claimed status as an exempt legal entity, MUST be obtained)**:

- Sole Proprietorships
- Financial institutions regulated by a Federal functional regulator or a bank regulated by a State bank regulator
- Unincorporated associations
- Trusts *(with the exception of statutory trusts created by a filing with the Secretary of State or similar office)*
- A department or agency of the United States, of any State, or of any political subdivision of a State

- Any entity established under the laws of the United States, or any State or of any political subdivision of any State, or under an interstate compact
- Any entity organized under the laws of the United States or of any State at least 51% of whose common stock or analogous equity interests are held by a listed entity
- Issuers of securities registered under section 12 of the Securities Exchange Act of 1934 (SEA) or that is required to file reports under 15(d) of that Act
- An investment company, as defined in section 3 of the Investment Company Act of 1940, registered with the U.S. Securities and Exchange Commission (SEC)
- An SEC-registered investment advisor, defined in section 202(a)(11) of the Investment Advisors Act of 1940
- An exchange or clearing agency, as defined in section 3 of the SEA, registered under section 6 or 17A of that Act
- Any other entity, commodity pool operator, commodity trading advisor, retail foreign exchange dealer, swap dealer, or major swap participant, defined in section 1 of the Commodity Exchange Act, registered with the Commodity Futures Trading Commission
- A public accounting firm registered under section 102 of the Sarbanes-Oxley Act
- All other entities exempt from CIP requirements

***Note:*** Although NGOs, charities and religious organizations such as churches are excluded from the Ownership Prong of the Beneficial Ownership Certification, **the Control Prong still applies and must be obtained.** The same applies to accounts holding Pooled Investments.

Additional Regulated Entities Excluded:

- A bank holding company, as defined in section 2 of the Bank Holding Company Act of 1956 (12 USC 1841) or savings and loan holding company, as defined in section 10(n) of the Home Owners' loan Act (12 USC 1467a(n))
- A pooled investment vehicle operated or advised by a financial institution excluded from the definition of legal entity customer under the final CDD rule
- Equipment Finance and Leasing accounts:
    - Requirements for exclusion:
        - The account's sole purpose is to finance the purchase or leasing of equipment
        - Payments are remitted directly by the financial institution to the vendor or lessor
        - There is no possibility of a cash refund in the account activity
- An insurance company regulated by a State
- A financial market utility designated by the Financial Stability Oversight Council under Title VIII of the Dodd-Frank Wall Street Reform and Customer Protection Act

of 2010

Excluded Foreign Entities:

- A foreign financial institution established in a jurisdiction where the regulator of such institution maintains beneficial ownership information regarding such institution
- A non-U.S. governmental department, agency or political subdivision that engages only in governmental rather than commercial activities
- Any legal entity only to the extent that it opens a private banking account subject to 31 CFR 1010.620

## 5. **Definitions**

### Account

This means a formal banking relationship established to provide or engage in services, dealings, or other financial transactions, including a deposit account (such as checking, savings, certificates of deposit), a transaction or asset account (such as loans, a credit account, or other extension of credit). Account also includes a relationship established to provide a safety deposit box or other safekeeping services, or cash management, custodian and trust services.

Account does not include:

- A product or service where a formal banking relationship is not established with a person, such as check cashing, wire transfer, or sale of a check or money order
- An account that the bank acquires through an acquisition, merger, purchase of assets, or assumption of liabilities
- An account opened for the purpose of participating in an employee benefit plan established under the Employee Retirement Income Security Act of 1974

### Beneficial Owner

*This* is defined in Section 3.5. within this corporate policy.

### Customer

This means a person who opens a new account and any individual who opens a new account for an individual who lacks legal capacity, such as a minor or an entity that is not a legal person, such as a civic club or bowling league.

Customer does not include: A person that has an existing account with the bank, provided that the bank has a reasonable belief that it knows the true identity of the person.

### Legal Entity Customer

This means a corporation, limited liability company, or other entity that is created by the filing of a public document with a Secretary of State or similar office, a general partnership, and any similar entity formed under the laws of a foreign jurisdiction that opens an account. Legal Entity Customer does not include the entities listed in this policy as "excluded".

Person

This is defined in the law and includes individuals, corporations, partnerships, trusts, associations, etc. This includes not only persons opening an account but also any signatory on an account, such as an authorized agent for a business entity

US Person

This means a U.S. Citizen, or a legal entity established or organized under the laws of a State or the United States.

Non-U.S. Person

This means a person that is not a U.S. person.

FFIC FLUSHING Financial Corporation    FLUSHING Commercial ▪ Business ▪ Consumer Bank®

## Section II. APPENDIX A: Acceptable Identification Documents

| **(All IDs must be valid and unexpired. A legible copy must be retained *for both in branch and digital account openings*.)*** | **Primary** | |
|---|---|---|
| U.S. Passport or U.S. Passport Card | X | |
| Driver's License with photograph and signature issued by NY, NJ or CT | X | |
| Driver's License with photograph and signature issued by any state (must be accompanied by proof of current residency in NY,NJ, or CT) | X | |
| Non-Driver Identification Card with photograph and signature | X | |
| Learner's Permit with photograph and signature | X | |
| U.S. Armed Forces Identification Card with signature | X | |
| Certified Certificate of Naturalization (with raised seal) | X | |
| | | |
| State and Local Government Identification Card (i.e. police, fire dept.) | X | |
| Professional License (doctor, lawyer etc.) issued by a U.S. State or Local Government | X | |
| State-issued Benefit Identification Card | X | |
| NYC Municipal Identification Card | X | |
| **Non-US Citizens** | | |
| Alien Registration Card ("Green Card") | X | |
| Foreign Passport **with** valid Visa | X | |
| Permanent Resident Card with photograph | X | |
| Temporary Resident Card with photograph - Federal document that entitles holder to reside and work until the reflected expiration date | X | |
| | | |
| **Students-both required** | | |
| U.S. College/University Photo Identification Card and Proof of Current Enrollment | X | |
| Certified Birth Certificate | X | |
| **Elderly - (≥ age 60)** - at management's discretion primary ID, for existing accounts only, may be waived when obtaining a Medicare | | |
| Medicare Card (does not contain photo) – Nationally-issued document | X | |
| Senior Citizen Card issued by a local government with photo identification | X | |
| | | |
| **Minors –** when opening an account with an adult - both required | | |
| Birth Certificate | X | |
| Social Security Card | X | |

*For Beneficial Owners (only), *who are not present*, a legible photocopy may be presented in lieu of an original.

***Note—for business digital account openings, copies of identification for beneficial owners who are not signers on an account are verified via non documentary methods of verifications.***

FFIC FLUSHING Financial Corporation

FLUSHING Commercial ▪ Business ▪ Consumer Bank®

## Section II. APPENDIX B - Required Business Account Legal Documentation

| General Partnership | Corporation | Limited Liability Company | Limited Partnership | Limited Liability Partnership | Sole Proprietorship | Not-for Profit Corporations |
|---|---|---|---|---|---|---|
| Original Certificate of Conducting Business as Partners filed with the county clerk ( if conducting business under an assumed name) | Certificate of Incorporation -Original or Copy | Articles of Organization- Original or Copy<br><br>Operating Agreement- Original or Copy | Certificate of Limited Partnership- Original or Copy | Certificate of Limited Liability Partnership- Original or Copy | Certificate of Conducting Business as a Sole Proprietor filed with the county clerk (if conducting business under an assumed name)- | Certificate of Incorporation- Original or Copy |
| **and** | **and** | **and** | **and** | **and** | | **and** |
| Signed Beneficial Owner(s) Certification/ Recertification | Signed Beneficial Owner(s) Certification/ Recertification | Signed Beneficial Owner(s) Certification/ Recertification | Signed Beneficial Owner(s) Certification/ Recertification | Signed Beneficial Owner(s) Certification/ Recertification | | Signed Beneficial Owner(s) Certification/ Recertification |
| | **and** | **and** | **and** | **and** | | **and** |
| | Filing Receipt indicating the Certificate of Incorporation was filed* | Filing receipt indicating that Articles of Organization was filed* | Filing receipt indicating that Limited Partnership Certificate was filed* | Filing receipt indicating that Limited Partnership Certificate was filed* | | Filing Receipt indicating the Certificate of Incorporation was filed* |

FFIC FLUSHING Financial Corporation FLUSHING Commercial ▪ Business ▪ Consumer Bank®

| | | | | | | |
|---|---|---|---|---|---|---|
| | If the Corporation is conducting business in but is not filed in New York State, a "Certificate of Good Standing" or a Certificate of Authority to do Business" in NYS is required* | If the Company is conducting business in but is not filed in New York State, a "Certificate of Good Standing" or a Certificate of Authority to do Business" in NYS is required* | If the Partnership is conducting business in, but is not filed in, New York State, a "Certificate of Good Standing" or a Certificate of Authority to do Business" in NYS is required* | If the Partnership is conducting business in, but is not filed in New York State, a "Certificate of Good Standing" or a Certificate of Authority to do Business" in NYS is required * | | |
| EIN | EIN | EIN | EIN | EIN | SSN | EIN |

* Filing receipt may be printed from the NY Department of State website. **Note:** Current entity status on the on-line filing receipt must be "Active".

In the case of general partnerships, sole proprietorships and limited liability partnerships, an assumed name certificate may be filed directly with the county clerk in each county in which the entity conducts or transacts business.

**Note: For agent accounts, the Bank must require a Certification of Beneficial Owner(s) for the non-agent (the entity owning the funds).** Example: ABC Property Management Corp as agent for XYZ LLC – the rep for ABC must certify, and provide copies of identifications for, the beneficial owners of XYZ LLC.

**Note—**Account legal documentation may be obtained and verified via non documentary verification.