Exhibit K to
Buccino Dec.

**From:** Puccio, Robert on behalf of Puccio, Robert <RPuccio@flushingbank.com>
**Sent:** Tuesday, August 23, 2022 3:56 PM EDT
**To:** anthony deo <anthonyd@northshoremotors1.com>; Michael Laurie <mlaurie@dlacapital.com>
**Subject:** Re: [EXTERNAL] - RE: LOC link

Hey Guys,

Just to follow up. Due to the 2019 and 2020 loss for 189 Sunrise, that entity will not qualify. We will need to see 2 years consecutive profitability on the tax return.

For North Shore, due to the fact Anthony did not own the company in 2019 we will need 2020 and 2021 tax returns for the business and personal. I understand your CPA is in the process of filing 2021s now. Please email them to me once available. In addition please provide an interim 6-month 2022 financial statement.

Lastly, I will only need completed 4506c forms for North Shore and Anthony.

Please let me know if you have any questions.

Thanks
Rob

Robert V. Puccio
Flushing Bank
516-707-8922

Get Outlook for iOS

---

**From:** Puccio, Robert
**Sent:** Tuesday, August 23, 2022 2:05:33 PM
**To:** anthony deo <anthonyd@northshoremotors1.com>; Michael Laurie <mlaurie@dlacapital.com>
**Subject:** RE: [EXTERNAL] - RE: LOC link

Hi Anthony,

Thanks for the update. I will start tracking and working on both applications.

Can you please complete sections 1-3 and sign the attached for yourself and one for each entity. Complete sections 1-3 only and please make sure these sections mirror the information on the tax return.

Please email these forms back to me.

Thanks
Rob

***"The highest compliment I can receive is a referral to your family, friends and business associates."***

**Robert V. Puccio**
Vice President
Business Banking Group

FLUSHING
Commercial ■ Business ■ Consumer Bank
99 Park Avenue - Suite 820
New York, NY 10016
P: (646) 923-9539
C: (516)707-8922
rpuccio@flushingbank.com
www.flushingbank.com

Robert V. Puccio

---

**From:** anthony deo <anthonyd@northshoremotors1.com>

**Sent:** Tuesday, August 23, 2022 1:42 PM
**To:** Puccio, Robert <RPuccio@flushingbank.com>; Michael Laurie <mlaurie@dlacapital.com>
**Subject:** [EXTERNAL] - RE: LOC link

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Both applications have been uploaded with all supporting documents.

---

**From:** Puccio, Robert <RPuccio@flushingbank.com>
**Sent:** Thursday, August 18, 2022 11:25 AM
**To:** Michael Laurie <mlaurie@dlacapital.com>; anthony deo <anthonyd@northshoremotors1.com>
**Subject:** LOC link

Here is the link: https://flushingbank.expressbankloan.com/2/#/match From this page hit the link – Not an existing customer? Click here to get started.

Thanks
Rob

Robert V. Puccio
Flushing Bank
516-707-8922

Get Outlook for iOS