Exhibit N to
Buccino Dec.

**From:** anthony deo <anthonyd@northshoremotors1.com>
**Sent:** Monday, April 03, 2023 5:36 PM EDT
**To:** Puccio, Robert <RPuccio@flushingbank.com>
**Subject:** Re: [EXTERNAL] - Re: Rob Puccio - Account Opening Information
**Attachment(s):** "Jones Aff Executed.pdf","letter from harry.pdf"

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.
Hi Rob

I've attached a letter from my attorney.

---

**From:** Puccio, Robert <RPuccio@flushingbank.com>
**Sent:** Monday, April 3, 2023 11:22 AM
**To:** anthony deo <anthonyd@northshoremotors1.com>
**Subject:** RE: [EXTERNAL] - Re: Rob Puccio - Account Opening Information

Hi Anthony,

I have not received anything. From my understanding he will be opening accounts for your partners other ventures, new car dealerships in CT, NY and NJ.

As David and I understand I will only be opening the joint venture you have with your partner which will be located in Great Neck.

On a different note, I saw Allison was looking for a Treasury form to be signed from last week. Where you able to get that back to her?

Also, about the letter your attorney provided. Is it possible to get something more detailed? This is too general and does not provide insight into the situation.

Happy to discuss this all if you would like.

Thanks
Rob

***"The highest compliment I can receive is a referral to your family, friends and business associates."***

**Robert V. Puccio**
Vice President
Business Banking Group
Flushing Bank
99 Park Avenue – Suite 820
New York, NY 10016
Phone: 646-923-9539
Cellular: 516-707-8922
Email: rpuccio@flushingbank.com
www.FlushingBank.com

in Robert V. Puccio

---

**From:** anthony deo <anthonyd@northshoremotors1.com>
**Sent:** Monday, April 3, 2023 11:18 AM
**To:** Puccio, Robert <RPuccio@flushingbank.com>
**Subject:** [EXTERNAL] - Re: Rob Puccio - Account Opening Information

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.
Good Morning Rob,

Can you please tell me what information you received from Dave Weinstein so that I can push this process along?

---

**From:** Puccio, Robert <RPuccio@flushingbank.com>
**Sent:** Friday, March 31, 2023 11:48 AM
**To:** anthony deo <anthonyd@northshoremotors1.com>
**Subject:** Rob Puccio - Account Opening Information

Hi Anthony,

Please provide me with the information requested below for Superb. Thanks!

- **Business Name (include DBA is applicable)**–
- **Physical address (if mailing address is different please list)** –
- **Tax ID** –
- **Business phone number** –
- **2022 Annual Revenue/Budget** -
- **Names of 3 top suppliers/vendors** –
- **Name of 3 top customers, if applicable** –
- **Signer 1 Information** -
  - Legal Name, primary contact-
  - Valid ID (driver's license is preferred, a passport will require a proof of address as well such as a utility bill)-
  - SSN -
  - Title and occupation-
  - Email address and phone number (Office and Cellular)-
- **Signer 2 Information** -
  - Legal Name-
  - Valid ID (driver's license is preferred, a passport will require a proof of address as well such as a utility bill)-
  - SSN -
  - Title and occupation-
  - Email address and phone number (Office and Cellular)-
- **Ownership Information** -
  - Full Name, SSN, Title, Percentage of Ownership and ID for Each Owner
- **Legal Documentation** -
  - For LLCs we will need the articles of organization, operating agreement, and filing receipt
  - For corporations we will need the certificate of incorporation and filing receipt
  - For partnerships we will need the certificate of partnership
  - For a sole proprietorship we will need a schedule C if they are conducting business under their own name and SSN as the tax ID. If they are using an assumed name then we will need the certificate of conducting business as a sole prop

***"The highest compliment I can receive is a referral to your family, friends and business associates."***

**Robert V. Puccio**
Vice President
Business Banking Group
Flushing Bank
99 Park Avenue – Suite 820
New York, NY 10016
Phone: 646-923-9539
Cellular: 516-707-8922
Email: rpuccio@flushingbank.com
www.FlushingBank.com

Robert V. Puccio

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU
---------------------------------------------------------------------X

BRIAN CHABRIER, INDIVIDUALLY AND AS A MEMBER OF NORTHSHORE MOTOR LEASING, LLC, SUING ON BEHALF OF HIMSELF AND ALL OTHER MEMBERS OF NORTHSHORE MOTOR LEASING, LLC SIMILARLY SITUATED AND IN THE RIGHT OF NORTHSHORE MOTOR LEASING, LLC; JOSHUA AARONSON, AS A MEMBER OF 189 SUNRISE HWY AUTO, LLC, SUING ON BEHALF OF HIMSELF AND ALL OTHER MEMBERS OF 189 SUNRISE HWY AUTO, LLC SIMILARLY SITUATED, JORY BARON, 1581 HYLAN BLVD AUTO LLC, 1580 HYLAN BLVD AUTO LLC, 1591 HYLAN BLVD AUTO LLC, 1632 HYLAN BLVD AUTO LLC, 1239 HYLAN BLVD AUTO LLC, 2519 HYLAN BLVD AUTO LLC, 76 FISK STREET REALTY LLC, 446 ROUTE 23 AUTO LLC, ISLAND AUTO MANAGEMENT, LLC,

Plaintiffs,

-against-

ANTHONY DEO, NORTHSHORE MOTOR LEASING, LLC, 189 SUNRISE HWY AUTO, LLC, LIBERTAS FUNDING, LLC, HARRY R. THOMASSON, ESQ.,

Defendants.
---------------------------------------------------------------------X

Index No. 617224/2022

**AFFIDAVIT OF THOMAS JONES, CPA**

1. My name is Thomas Jones, and I am a Certified Public Accountant and partner at Jones, Little & Co., CPA's LLP. As such, I have represented Anthony Deo and Sara Deo with respect to their businesses, 189 Sunrise Highway Auto, LLC., and Northshore Motor Leasing, LLC., since early 2021.

2. I submit this Affidavit on behalf of NorthShore Motor Leasing, LLC., and 189 Sunrise Highway Auto, LLC.

3. I prepared the tax returns attached hereto as Exhibit E for both companies at issue. I learned from Anthony Deo that there were "handshake deals" for the Deos to re-obtain Northshore and to purchase 189 Sunrise.

4. Before preparing the returns, and since there was a lack of written, contractual proof, I communicated with Wendy Kwun to confirm my clients' ownership interests.

5. I understood Josh Aronson spoke for Island Auto Group/the Plaintiffs in our communications, and that Wendy Kwun was the Controller for Island Auto Group/the Plaintiffs.

6. I also spoke with Plaintiffs' accounting firm, Citrin Cooperman, to coordinate the preparation of both sides' tax returns amongst the accountants.

7. Wendy Kwun requested returns to be amended to list Anthony Deo as 99% owner of Northshore and 189 Sunrise, along with Sara Deo as 1% owner of both companies. Sara Deo was included in the ownership as a 1% partner due to the possible dissolution of a partnership that can and does occur if there is only one partner in a given partnership.

8. Ms. Kwun and Citrin Cooperman made clear to me that one or more returns would also need to be amended for one or more Plaintiffs herein to reflect the Deos' ownership of the two companies.

9. Attached hereto as Exhibit D are true and accurate copies of emails exchanged between me, Josh Aronson, and Wendy Kwun reflecting confirmation of the Deos' ownership interests in each of the two companies at issue.

10. It was my understanding there was 100% agreement between the above captioned parties and their accountants just last fall that Anthony Deo owns 99% of NorthShore Motor Leasing, LLC., and 189 Sunrise Highway Auto, LLC., and that Sara Deo owns 1% of each company, and that their ownership interests in NorthShore Motor Leasing, LLC., commenced on June 15, 2020, and their ownership interests in 189 Sunrise Highway Auto, LLC., commenced on February 12, 2021.

11. Accordingly, I prepared and filed the attached tax returns for 2021, based upon information received from Josh Aaronson and Wendy Kwun. See exhibits D and E attached hereto.

SIGNED AND SWORN UNDER THE PAINS AND PENALTIES OF PERJURY.

Dated: Wantagh, New York
March 15, 2023

THOMAS JONES, CPA

Sworn before me this 15th
Day of March, 2023

Notary Public

NICHOLAS RYAN OLSEN
Notary Public - State of New York
NO. 01OL6432518
Qualified in Suffolk County
My Commission Expires May 2, 2026

**Harry R. Thomasson, Esq.**
3280 Sunrise Highway, Suite 112
Wantagh, New York 11793
Tel. 516-557-5459
hrtatty@verizon.net

Admitted:
Massachusetts
New York

March 31, 2023

To Whom It May Concern

Re: Anthony Deo, NorthShore Motor Leasing, LLC, and
189 Sunrise Highway Auto, LLC

Dear Sirs/Madams:

Please be advised that this office represents Anthony Deo, NorthShore Motor Leasing, LLC, and 189 Sunrise Highway Auto, LLC, with respect to a (specious) lawsuit brought against them by former business partners in Nassau County (New York) Supreme Court.

The lawsuit is currently the subject of a Motion to Dismiss brought on behalf of my clients that is fully submitted to the Court and for which a decision is expected in less than sixty (60) days. We fully expect any cloud created by this lawsuit to be resolved imminently (and there really is not *any* cloud created, absolutely *nothing* has been proven with respect to this lawsuit other than my above referenced clients' documentation that already disproves the former business partners' claims, likely leading to a dismissal of the action within the next two months).

To be clear: At the heart of the lawsuit at issue is whether or not my client (Anthony Deo) owns the dealerships at issue, given that although he paid for the dealerships, paperwork was not fully completed. However, please be advised that the people suing Mr. Deo admittedly approved (in writing) Mr. Deo as owner for income tax filing purposes; we are as confident as can be that their claims are merely examples of "the best defense is a good offense" and that their claims will be dismissed whenever the Court makes its ruling.

I remain available to discuss the within on behalf of my clients anytime. Feel free to reach me as needed at my above listed contact information. I remain,

Very truly yours,

Harry R. Thomasson