Exhibit Q to
Buccino Dec.

**From:** anthony deo <anthonyd@northshoremotors1.com>
**Sent:** Thursday, August 17, 2023 12:09 PM EDT
**To:** Puccio, Robert <RPuccio@flushingbank.com>
**CC:** mlaurie@dlacapital.com <mlaurie@dlacapital.com>
**Subject:** [EXTERNAL] - Re: Superb Motors

Good morning Rob

In November 2022 I bought 50% of Superb Motors. Subsequently, I purchased the full 100% in Feb 2023 and our lawyers have been working on a contract that's states that amount.
Now there is a current disagreement that transpired 2 wks ago. This is why you are being told the contrary.

***Anthony Deo***
**NORTHSHORE MOTORS**
**Chief Operating Officer.**
180 Michael Drive
Syosset, NY 11791
www.NorthshoreMotors1.com
Ph.516.226.1400

Admin
This electronic message, including any and all attachments hereto, is intended solely to be used by the individual or entity to which it is addressed. It may contain information which is privileged, confidential and otherwise exempt by law from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to its intended recipient, you are herewith notified that any dissemination, distribution, copying or retention of this communication or the information contained herein is strictly prohibited. If you have received this communication in error, please notify us by telephone immediately and permanently delete the original and any copy or printout thereof - Thank you.

> On Aug 17, 2023, at 10:03 AM, Puccio, Robert <RPuccio@flushingbank.com> wrote:
>
> Anthony,
>
> Hope all is well. Please send a copy of the Superb Motors Operating Agreement ASAP. Also please confirm your ownership % in Superb Motors. This is an urgent matter as your accounts will be closed if not received today.
>
> Sorry about the rush but as you know I have been waiting for a while and there is now a claim that you are not authorized to establish accounts for the company.
>
> Happy to discuss anytime.
>
> Thanks
> Rob
>
> ***"The highest compliment I can receive is a referral to your family, friends and business associates."***
>
> **Robert V. Puccio**
> Vice President
> Business Banking Group
> Flushing Bank
> 99 Park Avenue – Suite 820
> New York, NY 10016
> Phone: 646-923-9539
> Cellular: 516-707-8922
> Email: rpuccio@flushingbank.com
> www.FlushingBank.com
>
> <image001.jpg>
> Robert V. Puccio