EXHIBIT "2"

NEW YORK STATE | Department of Motor Vehicles

VEHICLE SAFETY & CLEAN AIR

6 EMPIRE STATE PLAZA • ALBANY, NY 12228

April 26, 2018

**NORTHSHORE MOTOR LEASING LLC**
**180 MICHAEL DRIVE**
**SYOSSET NY 11791**

**Facility# 7123750**

Dear Applicant:

We have approved your application to become a registered dealer. You have been approved for a maximum of **(3) (THREE)** DEALER plate (s). You have also been approved to purchase **(4) (FOUR)** MV-50 book(s).

We are enclosing enough monthly stickers for each plate you have been approved for. This sticker should be placed in the bottom left hand corner of each plate.

Also enclosed is an MV-82, Vehicle Registration/Title Application form. We have filled in all the information that is needed for you to obtain ALL your approved plates. You must submit THIS form to a Motor Vehicle Office with the required fee(s) in order to get your plates. You must also submit the appropriate insurance identification card (FS-20 only) issued by your insurance carrier to your dealership showing a "Garage Liability Hazard No. 1 Policy," or "Dealer-Garage Auto Liability Policy," or "All Owned and Non-Owned Vehicles--Comprehensive Auto Liability Policy." You **must** have one identification card for each plate assigned to you, as well as one for each vehicle that you choose to register in the name of your dealership. The name on the insurance identification card(s) must be the same as your business registration name (which is printed above).

You must bring this letter and all relevant materials indicated above to the information desk **at your local Motor Vehicle Office. The following offices DO NOT issue dealer plates: Peekskill, Suffolk DO, Huntington, Queens DO, Brooklyn, Staten Island, Queens Service Bureau, Hempstead, Corning and Hornell. You should contact your local Motor Vehicle Office to make sure they have the necessary plates available.**

This letter will serve as proof that you have been approved as a dealer, and you will be issued the appropriate number of plates. This letter must be surrendered to the Motor Vehicle Office at the time the plates are issued.

Dealers must comply with Sections 415 and 416 of the Vehicle and Traffic Law and Part 78 Commissioner's Regulations. Please refer to the informational material supplied with your original of the application to ensure that you do not violate the requirements of the law and/or regulations.

This letter is only valid for six (6) months from the date printed above. After six (6) months you must contact your regional office for assistance.

Enclosure
GH/SAS

**www.dmv.ny.gov**

NEW YORK STATE | Department of Motor Vehicles

Bureau of Consumer and Facility Services

# APPLICATION CODING SHEET

☑ Investigation Required

TRACKING #: 2018-01293-1-DLU-ISD

FACILITY #: 7 1 2 3 7 5 0 3 OF NAME: N O R EXP. DATE: 0 3 - 2 0

FACILITY NAME: N O R T H S H O R E ; M O T O R

NAME OVERFLOW: L E A S I N G ; L L C

STREET: 1 8 0 M I C H A E L D R I V E

CITY/STATE: S Y O S S E T N Y

ZIP CODE: 1 1 7 9 1 COUNTY: N A S S

OWNERSHIP TYPE: ☐ Individual ☐ Partnership ☑ Corporation ☐ Governmental ☐ Educational ☐ DBA

CORP/OWNER NAME: B R I A N ; C H A B R I E R

NAME OVERFLOW:

STREET: [redacted]

CITY/STATE: [redacted]

ZIP CODE: [redacted]

GROUPS: ☑ 1-A ☑ 1-B ☐ 2-A ☐ 2-B ☐ 3

INDICATORS: ☐ E ☐ M ☐ C

☑ Original ☐ Add Business
☐ Amendment ☐ Duplicate
☐ No Certificate Required
☐ Amend and ☐ Renew ☐ Approve ☐ Replace
☐ Add OOB ____
☐ Remove OOB ____
☐ Amend Groups
☐ Add ☐ Remove Emissions/Diesel No. ____
☐ Add ☐ Amend ☐ Remove Bond Ind. ____
☐ Cross Ref. Old Facility ____
☐ Amend Facility Type
From: ____
To: ____
☐ Add DBA ☐ Remove DBA
☐ Orig W/Exist Record ____

FACILITY TYPE AND CONTROL NO.

| | | | Appr/ Denied |
|---|---|---|---|
| ☐ RS | ☐ RSB | ☐ DIA | |
| ☐ ISP | ☑ ISD 00043 | ☐ ISF | A |
| ☐ DLN | ☑ DLU 00044 | ☐ DLQ | A |
| ☐ DLW | ☐ DLB | ☐ DLS | |
| ☐ TRS | ☐ DIS | ☐ SLP | |
| ☐ IVC | ☐ MCC | ☐ SCP | |
| ☐ PSP | ☐ SCC | ☐ YTB | |
| ☐ 907 | ☐ ATV | | |

Bond Indicator: ☐ H ☑ K ☐ C ☐ E Total Fee: $ 0 5 8 7 . 5 0

Facility Phone Number (516) 226-1402

OPAL ID #: ____

Date of Request: 04/02/2018 (mm/dd/yyyy) Processed By: TM (Initials)

VS-37A (3/17)

New York State Department of Motor Vehicles

# ORIGINAL FACILITY APPLICATION

FOR ASSISTANCE WITH THE COMPLETION OF THIS APPLICATION OR INFORMATION ON BUSINESS REQUIREMENTS PLEASE VISIT DMV.NY.GOV/ORG

| DMV USE ONLY | | |
|---|---|---|
| Tracking # 2018-01293 | County | Zip Code |
| Facility # 7123750 | Facility Name | |

## ALL APPLICANTS: PLEASE READ CAREFULLY

**These are the business types that you are applying for. Complete all 6 pages of this form**

☒ **Dealer/Transporter** DLU *dealer/transporter information is on page 4*

☒ **Inspection Station** ISD IAIB *inspection information is on page 5*

**NOTE:** If applying for a Junk & Salvage business you will need to submit form VS-1JS.

**PART 1** Print name and location of business, business e-mail address and phone number below:

| Business Name | | | Business E-mail Address |
|---|---|---|---|
| NORTHSHORE MOTOR LEASING LLC | | | INFO@NORTHSHOREMOTORS1.COM |
| Business Street Address (physical location): 180 MICHAEL DRIVE | | | Business Phone No. (Area Code): (516) 226-1402 |
| City: SYOSSET | State: NY | ZIP: 11791 | County: NASSAU |

| Contact Person (principal of business) | Title | | Contact's E-mail Address |
|---|---|---|---|
| BRIAN CHABRIER | OWNER | | INFO@NORTHSHOREMOTORS1.COM |
| Mailing Address: 180 MICHAEL DRIVE | | | Contact Phone No. (Area Code): (516) 521-9657 |
| City: SYOSSET | State: NY | ZIP: 11791 | County: NASSAU |

**PART 2** Ownership - you may only select one of the following four business types *(Part 2 continues on next page)*

☐ Individual (complete Section A) ☑ Corporation/LLC (complete Section C)

☐ Partnership (complete Section B) ☐ Government/Education (complete Section D)

**SECTION A**

☐ **INDIVIDUAL** (doing business in your legal name)
➤ Proof of business name not required.

**OR**

☐ **INDIVIDUAL WITH ASSUMED NAME** ("doing business as" or DBA name)
enclose a copy of the business certificate obtained from your County Clerk's office.

Attach a copy (front & back) of the owner's valid driver license. If the owner does not have a driver license, attach a copy of one of the following: non-driver ID card, passport or resident alien card.

| Last Name | First | MI | Date of Birth (Month/Day/Year) |
|---|---|---|---|
| Residence Address (Include Number and Street) | City | State ZIP | Residence Phone No. (Area Code) ( ) |
| Please Sign Name In Full ➧ | | | Driver License/Non Driver ID Number |

**SECTION B**

☐ **PARTNERSHIP WITH ASSUMED NAME** ("doing business as" or DBA name)
➤ Enclose a copy of the partnership papers obtained from your County Clerk's office. The partnership papers must contain all partners' names and the DBA name.

Complete one section for each partner; if more than three, attach additional pages. Attach a copy of each partner's driver license. If a partner does not have a driver license, attach a copy of one of the following: non-driver ID card, passport or resident alien card.

| | Last Name | First | MI | Date of Birth (Month/Day/Year) |
|---|---|---|---|---|
| 1. | Residence Address (Include Number and Street) | City | State ZIP | Residence Phone No. (Area Code) ( ) |
| | Please Sign Name In Full ➧ | | | Driver License Number |
| 2. | Last Name | First | MI | Date of Birth (Month/Day/Year) |
| | Residence Address (Include Number and Street) | City | State ZIP | Residence Phone No. (Area Code) ( ) |
| | Please Sign Name In Full ➧ | | | Driver License Number |
| 3. | Last Name | First | MI | Date of Birth (Month/Day/Year) |
| | Residence Address (Include Number and Street) | City | State ZIP | Residence Phone No. (Area Code) ( ) |
| | Please Sign Name In Full ➧ | | | Driver License Number |

MOTOR VEHICLE MAR 2018 DIVISION OF VEHICLE SAFETY

VS-1DI (3/17)

Part 2 continued on next page

## PART 2 (Ownership) CONTINUED FROM PAGE 1

**SECTION C**

☐ **CORPORATION** (Inc., Corp., Ltd.)

- Enclose a copy of the filing receipt issued from the NYS Department of State: **(518) 473-2492 or dos.ny.gov**

☐ **CORPORATION WITH ASSUMED NAME** ("doing business as" or DBA name)

- Print corporation name below and enclose a copy of the filing receipt with the assumed name issued from the NYS Department of State: **(518) 473-2492 or dos.ny.gov**

**Corporation Name** ______________________

☑ **LIMITED LIABILITY COMPANY (LLC)**

For Inc., Corp., and Ltd., list corporate officers. **President, Secretary and Treasurer are required** (one person may be President, Secretary, and/or Treasurer). List stockholders and percentage of stock (not required for publicly-traded companies). For LLC, list all managing members. Attach additional pages if needed. Attach a copy of each listed person's driver license. (If any listed person does not have a driver license, attach a copy of one of the following: non-driver ID card, passport or resident alien card. (Must include documents to show company is publicly-traded.)

1. Last Name: CHABRIER | First: BRIAN | MI: | D[redacted]Day/Year)

Title (check all that apply): ☑ President ☐ Secretary ☐ Treasurer ☐ Member ☐ Other ______ | Percentage of Stock: 100

[redacted] Street) | [redacted] | [redacted] | [redacted] | Residence Phone No. (Area Code): (516) 581 9687

Please Sign Name In Full: ➧ [signature] | Driver License Number: 423566 832

2. Last Name | First | MI | Date of Birth (Month/Day/Year)

Title (check all that apply): ☐ President ☐ Secretary ☐ Treasurer ☐ Member ☐ Other ______ | Percentage of Stock

Residence Address (Include Number and Street) | City | State | ZIP | Residence Phone No. (Area Code) ( )

Please Sign Name In Full ➧ | Driver License Number

3. Last Name | First | MI | Date of Birth (Month/Day/Year)

Title (check all that apply): ☐ President ☐ Secretary ☐ Treasurer ☐ Member ☐ Other ______ | Percentage of Stock

Residence Address (Include Number and Street) | City | State | ZIP | Residence Phone No. (Area Code) ( )

Please Sign Name In Full ➧ | Driver License Number

**SECTION D**

☐ **EDUCATIONAL FACILITY** (School, BOCES)

- Print Superintendent's name below. No documents required for proof of business name.

**Superintendent** (Name and Phone No.) ______________________

☐ **GOVERNMENT AGENCY** (State, County, City)

- Print Government Official's name below. No documents required for proof of business name.

**Government Official** (Name and Phone No.) ______________________

Please enter information of supervising employee of facility who may be contacted regarding compliance issues.

1. Last Name | First | MI | Date of Birth (Month/Day/Year)

Contact Address (Include Number and Street) | City | State | ZIP | Contact Phone No. (Area Code) ( )

Email

Please Sign Name In Full ➧ | Driver License Number

NORTHSHORE MOTOR LEASING LLC

**PART 3** **Complete all sections:**

**A.** Have you or any person named in this application ever had a financial interest in a DMV-regulated business that had its license, registration or certification denied, suspended or revoked in New York State? This includes an interest as owner, partner, corporate officer or stockholder holding more than ten percent of the stock, and includes matters now on appeal. ☑ No ☐ Yes

If "YES": Specify name and address of the person(s), business type, facility number, certified inspector number, date and action that was taken.

**B.** Are you, or is anyone named in this application, scheduled for a hearing or been notified of a pending hearing regarding a DMV Vehicle Safety issued business license, registration or certification? ☑ No ☐ Yes

If "YES": Specify name and address of the person(s), business type, facility number, certified inspector number, date and action that was taken.

**C.** Have you or any person named in this application been convicted of, or forfeited bail for, any misdemeanor or felony at any time? ☑ No ☐ Yes

If "YES": Name ______ Date of Birth ______

Conviction Date ______ Penalty ______ Court ______

Explain specific nature of offense ______

If you have additional offenses they must be reported on an attached sheet.

**D.** Does anyone else have a financial interest in your business that is not disclosed on this application? ☑ No ☐ Yes

If "YES": Name ______

**E.** All applicants, except Inspection Stations and Transporters, must provide a copy of NYS Department of Taxation and Finance DTF-17A (Certificate of Authority) or your valid NYS issued tax ID number here: 82-3331757 **tax.ny.gov or (518) 485-2889**

*Verify your ID is valid at https://www7b.nystax.gov/TIVL/tivlStart before submitting.

**F.** You must provide your Federal Employer Identification Number: 82-3331757

Do you have any employees? ☑ No ☐ Yes If "YES", attach a copy of proof of Worker's Compensation and Disability Insurance coverage.

**G.** Have you or anyone named in Part 2 of this application ever held a business license, registration or certification for any of the types below?

☐ No ☑ Yes If "YES" Check the type(s) below and provide all current and previous facility/certified inspector numbers. Attach additional page, if needed.

| | | | | |
|---|---|---|---|---|
| ☑ Retail Motor Vehicle Dealer, New | ☐ Dismantler | ☐ ATV Dealer | ☐ Inspection Station | ☐ Scrap Collector |
| ☑ Retail Motor Vehicle Dealer, Other | ☐ Transporter | ☐ Salvage Pool | ☐ Qualified Dealer | ☐ Scrap Processor |
| ☐ Wholesale Motor Vehicle Dealer | ☐ Boat Dealer | ☐ Repair Shop | ☐ Mobile Car Crusher | ☐ Certified Inspector |
| ☐ Itinerant Vehicle Collector | ☐ Yacht Broker | ☐ Repair Shop disposing of major component scrap | | |

Current facility/certified inspector numbers: 7035172 7122138

Previous facility/certified inspector numbers: DN/DA/DO DN/DA/DO

**PART 4** **Place of business: Do you**

☐ **Own (complete Section A) Attach copy of tax bill or deed.**
*The name on the tax bill or deed must match the Business Name in Part 1*

☐ **Lease (complete Sections A and B) Attach copy of your lease**
*The name on the tax bill or deed does not match the Business Name listed in Part 1*

☑ **Sublease (complete Sections A, B and C) Attach copy of your sublease**

☐ **Pending/Lease (complete Sections A and B) Attach notarized statement from property owner***

☐ **Pending/sublease (complete Sections A and B) Attach notarized statement from property owner***

*** Notarized statement from the property owner stating you will have permission to use location to operate your business (i.e. dealers can sell motor vehicles) upon application approval, describing exactly which portions of the building your business will occupy.**

**A. All applicants must complete this section.**

| | |
|---|---|
| Name of Property Owner: Taub Development LLC | Phone No. (Area Code) (516) 754 6839 |
| Owner Mailing Address (Include Number and Street): 48 Harbor PK Dr | |
| City: Port Washington | State: NY ZIP: 11050 |
| Number of Years or Months Owned: 20 yrs | Is this property zoned for all of the business type(s) you are applying for? ☑ YES ☐ NO |

**PLEASE NOTE:** If any of the leases will expire in the next six months, you must provide a letter from the **owner or lessor** stating the intention to renew that lease. If you do not provide the required information with your application, the application will be **denied**.

**B. If you are leasing or subleasing, complete this section.**

| | | | | |
|---|---|---|---|---|
| Print the name the lease is in (Lessee Name): USA Premier Motors Corp | | | | Phone No. (Area Code) (516) 584 7062 |
| Business Address: 180 Michael Drive | City: Syosset | State: NY | ZIP: 11791 | Must Have at Least Six-Month Lease Expiration Date / / |

**C. If you are subleasing, complete this section.**

| | | | | |
|---|---|---|---|---|
| Print the name the sublease is in (Sublessee Name): Northshore Motor Leasing LLC | | | | Phone No. (Area Code) (516) 226 1402 |
| Business Address: 180 Michael Drive | City: Syosset | State: NY | ZIP: 11791 | Must Have at Least Six-Month Lease - Expiration Date / / |

OK CH

VS-1DI (3/17) NORTHSHORE MOTOR LEASING LLC

NEW YORK STATE OF OPPORTUNITY. | Department of Motor Vehicles

# DEALER/TRANSPORTER INFORMATION

**Complete #1 and read #2**

1. Check business type(s) below:

☐ **Retail Motor Vehicle Dealer, New (franchised passenger cars, SUVs, light trucks, etc.) –** With one or more franchise agreements with one or more registered manufacturers to sell at retail a particular make of **new** motor vehicle. You must include a copy of every franchise agreement with your application.

Number of dealer demonstration plates requested_______. Number of MV-50 books requested_______.

☑ **Retail Motor Vehicle Dealer, Other (motorcycles, trailers, used cars, RVs, heavy trucks, etc.)** – Engaged in retail or retail with wholesale buying, selling or dealing in motor vehicles, motorcycles, limited use vehicles or trailers of more than 1,000 pounds unladen weight (other than mobile homes).

Number of dealer demonstration plates requested 10. Number of MV-50 books requested 4.

☐ **Wholesale Motor Vehicle Dealer** – Engaged in buying, selling or dealing in motor vehicles, motorcycles or trailers at wholesale ONLY (cannot sell retail).

Number of transporter plates requested_______. Number of MV-50 books requested_______.

☐ **Boat Dealer** – Engaged in buying, selling or trading boats designed to have a motor, and that can be used to transport one or more people across water.

Number of boat dealer demonstration numbers requested______. Number of dealer demonstration plates requested_____.

☐ **Transporter –** Requiring the limited operation of motor vehicles, motorcycles, limited use vehicles or trailers for the purpose of delivery, repair or improvements. Include a written statement with your application that explains, in detail, your business need for transporter plates.

Number of transporter plates requested_______.

☐ **ATV Dealer** – engaged in buying, selling or trading ATVs.

☐ **Yacht Broker –** acts as an agent for either the buyer or the seller of a boat.

2. **All Motor Vehicle Dealers** are required to have in place (and filed with NYS DMV) a surety bond, in the appropriate amount, as follows:

$20,000 – Retail or Wholesale Motor Vehicle Dealer (other than New) that sold 50 or fewer vehicles during the previous calendar year.

$100,000 – Retail or Wholesale Motor Vehicle Dealer (other than New) that sold more than 50 vehicles during the previous calendar year.

$50,000 – Retail Motor Vehicle Dealer, New (franchised passenger cars, SUVs, light trucks, etc.)*

* Dealers selling only trailers, motorcycles, vehicles over 10,000 pounds, ATVs, boats, snowmobiles are exempt from the bond requirements.

**Form VS-3, Dealer Bond Under New York State Vehicle and Traffic Law Section 415(6-b), must be completed by the surety company. The form (copies accepted), with the surety company's seal, business name, address and signature of owner/partner/corporate officer/managing member, and power of attorney papers must be included with your application.**

**ALL DEALER REGISTRATIONS (MOTOR VEHICLE, BOAT, TRANSPORTER, AND ATV)**
**see VS-142, Dealer/Transporter Requirements.**

NEW YORK STATE OF OPPORTUNITY. | Department of Motor Vehicles

# INSPECTION STATION INFORMATION

*****IMPORTANT NOTICE FOR PUBLIC EMISSIONS INSPECTION STATION LICENSE APPLICANTS*****

The number of public official emissions inspection stations allowed in each county of the State is capped. Before you submit your application, check to see if the county you are applying in is at its maximum number. If this county is at its maximum you can:

- Purchase an existing facility and attach form VS-95.
- Reserve a spot on the waitlist with form VS-94 (no need to submit an Original Facility Application at this time).

More information can be found at dmv.ny.gov/node/1906. If you have questions about the Inspection Station Cap, call the DMV Vehicle Safety Application Unit at 518-474-0919.

**Complete this section:**

1. Check the type of station license you are requesting (only one):

☐ **Public Inspection Station** – Inspects vehicles for general public and must have a repair shop at the same location. *Please be sure to read the important notice above.*

☑ **Dealer Inspection Station** – Must have a dealer registration. Dealer business name and inspection station name must be the same. Inspects only vehicles owned by the dealership and its employees.

☐ **Fleet Inspection Station** – Business must have more than 25 vehicles registered in its name, and perform inspections only on its own vehicles and vehicles owned by employees of the firm.

If you checked "Fleet Inspection Station", how many vehicles are registered in the business name? ____________

2. Check the inspection group(s) for vehicles you intend to inspect, and for which you have the necessary space and equipment:

**Group 1** ☒ a & b ☐ b only

a. All passenger vehicles, suburbans, and trucks up to and including 18,000 pounds MGW. All public stations must have a NYVIP emissions system. For information on purchasing inspection equipment, call OPUS (Systech) at 1-866-623-8378.

b. Trailers up to and including 18,000 pounds MGW

**Group 2** ☐ a & b ☐ a only ☐ b only

a. 
- All motor vehicles over 18,000 pounds MGW
- All motor vehicles that have an MGW over 10,000 pounds and under 18,001 pounds, when requested by the registrant
- All motor vehicles with a seating capacity of more than fourteen passengers
- All trailers that have an MGW over 18,001 pounds, and those trailers that have an MGW over 10,000 pounds and under 18,001 pounds, when requested by the registrant

b. 
- All semi-trailers

**Group 3** ☐ Motorcycles

**Group DL** ☐ Diesel Emissions testing

3. If you will perform Diesel Emissions Inspections, print the manufacturer's name and the model number of the testing equipment here: ____________ (Manufacturer's Name) ____________ (Model Number)

4. What is the length and width (in feet) of your enclosed inspection area? ______ (Length) X ______ (Width) = ______ (Total Area)

What is the height of your overhead door (in feet)? ____________ (Overhead Door Height)

5. Give the name and certificate number of each of the Certified Inspectors at your facility. Attach an additional page if you need more room to list the inspectors. **You must have at least one full-time inspector.**

| Name | Certificate Number | Expiration Date |
|---|---|---|
| Richard Toporek PP | C8R5 | 4/18 ✓ |
| | | |

INSPECTION STATION LICENSE – see VS-143, Inspection Station Requirements

# Your Original Facility Application is nearly complete.

**REMEMBER TO INCLUDE THE FEES ASSOCIATED WITH THIS APPLICATION!**

When you submit this application, you must submit TWO separate checks, both made payable to the Commissioner of Motor Vehicles.

Check 1 (Application and Business Fees): .................. $587.50

Check 2 (MV-50 fees): .................................. $260.00

**NOTE:** If you are applying to be a Transporter, Boat Dealer, Yacht Broker or ATV Dealer, the above fees may not be correct. Please contact Vehicle Safety at (518) 474-0919 and select Option #6 for the correct fee for your application.

## CERTIFICATION

(all applicants must complete this section)

**FALSE STATEMENTS ON THIS APPLICATION ARE PUNISHABLE BY LAW AND MAY RESULT IN DENIAL, SUSPENSION, OR REVOCATION OF YOUR BUSINESS CERTIFICATE(S). I certify that I am the owner, partner, officer or managing member of the facility named on this application, I am not a franchisor as defined in Vehicle and Traffic Law §462(8), and all information provided in this application is true. I am, and will continue to be, in compliance with all state and local laws and regulations.**

| Name | | | Date of Birth (Month/Day/Year) |
|---|---|---|---|
| BRIAN CHABRIER | | | [redacted] |
| Business e-mail address | | | |
| INFO@NORTHSHOREMOTORS1.COM | | | |
| Residence Address (Include Number and Street) | City | State | ZIP |
| [redacted] | [redacted] | [redacted] | [redacted] |
| Please Sign Name In Full | Title | | Date (Month/Day/Year) |
| (signature) | OWNER | | 2/1/18 |

**PLEASE REVIEW THE REQUIREMENT CHECKLIST(S). YOU MUST MEET ALL REQUIREMENTS TO BE APPROVED.**

- ***Have you completed the entire application?***
- ***Have you signed the application?***
- ***Have you included your check(s) or money order(s) for the application and registration/licensing fees? (NO STARTER CHECKS ACCEPTED)***
- ***Make your check(s) or money order(s) payable to: Commissioner of Motor Vehicles***
- **Return this completed application along with all REQUIRED ATTACHMENTS by mail to:**

  **Vehicle Safety Services**
  **Application Unit**
  **6 Empire State Plaza, Room 220**
  **Albany NY 12228-0001**

**If you need assistance, call the Office of Vehicle Safety Application Unit at 518-474-0919.**

**Forms are available at dmv.ny.gov**

DIVISION OF CORPORATIONS AND STATE RECORDS ALBANY, NY 12231-0001

**ONLINE FILING RECEIPT**

ENTITY NAME: NORTHSHORE MOTOR LEASING, LLC

DOCUMENT TYPE: ARTICLES OF ORGANIZATION (DOM. LLC) COUNTY: NASS

FILED:11/01/2017 DURATION:********** CASH#:171101010212 FILE#:171101010212
DOS ID:5227652

FILER:

JOHN BROCCO
PO BOX 53
NEW HYDE PARK, NY 11040

EXIST DATE

11/01/2017

ADDRESS FOR PROCESS:

NORTHSHORE MOTOR LEASING LLC
180 MICHAEL DRIVE
SYOSSET, NY 11791

REGISTERED AGENT:

The limited liability company is required to file a Biennial Statement with the Department of State every two years pursuant to Limited Liability Company Law Section 301. Notification that the Biennial Statement is due will only be made via email. Please go to www.email.ebiennial.dos.ny.gov to provide an email address to receive an email notification when the Biennial Statement is due.

SERVICE COMPANY: ** NO SERVICE COMPANY **
SERVICE CODE: 00

| | | | |
|---|---|---|---|
| FEE: | 210.00 | PAYMENTS | 210.00 |
| FILING: | 200.00 | CHARGE | 210.00 |
| TAX: | 0.00 | DRAWDOWN | 0.00 |
| PLAIN COPY: | 0.00 | | |
| CERT COPY: | 10.00 | | |
| CERT OF EXIST: | 0.00 | | |

DOS-1025 (04/2007)

**Authentication Number: 1711010197 To verify the authenticity of this document you may access the Division of Corporation's Document Authentication Website at**

# STATE OF NEW YORK

# DEPARTMENT OF STATE

I hereby certify that the annexed copy has been compared with the original document in the custody of the Secretary of State and that the same is true copy of said original.




WITNESS my hand and official seal of the Department of State, at the City of Albany, on November 01, 2017.

Brendan W. Fitzgerald
Executive Deputy Secretary of State

Rev. 06/07

# ARTICLES OF ORGANIZATION
# OF
# Northshore Motor Leasing LLC

Under Section 203 of the Limited Liability Company Law

**FIRST:** The name of the limited liability company is:

**Northshore Motor Leasing LLC**

**SECOND:** The county, within this state, in which the office of the limited liability company is to be located is NASSAU.

**THIRD:** The Secretary of State is designated as agent of the limited liability company upon whom process against it may be served. The address within or without this state to which the Secretary of State shall mail a copy of any process against the limited liability company served upon him or her is:

NORTHSHORE MOTOR LEASING LLC
180 MICHAEL DRIVE
SYOSSET, NY 11791

I certify that I have read the above statements, I am authorized to sign these Articles of Organization, that the above statements are true and correct to the best of my knowledge and belief and that my signature typed below constitutes my signature.

JOHN BROCCO, ORGANIZER (signature)

JOHN BROCCO , ORGANIZER
PO BOX 53
NEW HYDE PARK, NY 11040

**Filed by:**
JOHN BROCCO
PO BOX 53
NEW HYDE PARK, NY 11040

**FILED WITH THE NYS DEPARTMENT OF STATE ON: 11/01/2017**
**FILE NUMBER: 171101010212; DOS ID: 5227652**


NEW YORK STATE
DRIVER LICENSE
ID: 423 566 832
CLASS D

New York State Department of
**Taxation and Finance**
Sales Tax Registration
W A Harriman Campus
Albany NY 12227-0865

18020850583500-AP00

NORTHSHORE MOTOR LEASING LLC
180 MICHAEL DR
SYOSSET NY 11791-5328

New York State Department of Taxation and Finance

# Certificate of Authority

Identification number

**82-3331757**

*(Use this number on all returns and correspondence)*

**VALIDATED**

**2/14/2018**

**Dept of Tax and Finance**

NORTHSHORE MOTOR LEASING LLC
180 MICHAEL DR
SYOSSET NY 11791-5328

is authorized to collect sales and use taxes under Articles 28 and 29 of the New York State Tax Law.

**Nontransferable**

This certificate must be prominently displayed at your place of business.
Fraudulent or other improper use of this certificate will cause it to be revoked.
The certificate may not be photocopied or reproduced.

40201091000098 1DB8 - 0460635 P0000227 - 01 DTF-17-A (11/14)

LEASE dated 2/1/2018, between UEA PREMIER MOTORS CORP having a place of business at 180 MICHAEL DRIVE, SYOSSET NY 11791 (hereinafter called the "Landlord and/or Lessee"),and NORTHSHORE MOTOR LEASING LLC, a New York corporation having a place of business at 180 MICHAEL DRIVE,SYOSSET NY 11791 (hereinafter called the "Tenant and/or Sub-Lessee")

**W I T N E S S E T H:**

1. Demise of Premises, Term and Rent. Landlord does hereby lease and demise to Tenant, and Tenant does hereby hire and take from Landlord, subject to any ground leases and/or underlying leases and/or mortgages as hereinafter provided, and upon and subject to the covenants, agreements, term, provisions and conditions of this Lease for the term hereinafter stated, the portion of the store premises and the portion of the basement each more specifically shown, respectively, hatched and cross-hatched on the plans attached hereto as Exhibits "A" and "B", said demised premises, together with all fixtures, equipment, improvements, installations and appurtenances which at the commencement of or during the term of this Lease are thereto attached (except items not deemed to be included therein and removable by Tenant as provided in Article 4 of this Lease) are hereinafter called the "premises", and the plot of land on which the Building has been constructed is hereinafter called the "Land".

The term of this Lease shall commence on FEBRUARY 1ST 2018 (subject to postponement of said specific date as provided in Article 2 hereof) or on such earlier date as Tenant shall occupy the premises or any part thereof with the consent of Landlord for the purpose of carrying on the normal functions of Tenant's business (such date for the commencement of the term hereof being hereinafter called the "term commencement date") and shall end on FEBRUARY 27th, 2023 or shall end on such earlier date upon which said term may expire or be terminated pursuant to any of the conditions of limitation or other provisions of this Lease or pursuant to law.

The premises shall be used for the following, but not for any other purpose, namely: AUTOMOTIVE SALES

Landlord agrees that Landlord will not lease any other space in the Building which is subject to Landlord's control to any entity for any primary use which includes any use set forth in the preceding paragraph hereof but nothing contained herein shall preclude Landlord from leasing space where any such use referred to the preceding paragraph hereof is incidental to the primary or main use of the tenant, occupant or user thereof.

The rent reserved under this Lease for the term hereof shall be and consist of the following fixed rent, namely:

(a) for and during the period commencing on 02/01/2018 and ending on 02/27/2023, ($291,996) Dollars per annum;
(b) for and during the period commencing on NA and ending on NA, ($NA) Dollars per annum;
(c) for and during the period commencing on NA and ending on NA, ($NA) Dollars per annum;

all such fixed rent being payable in equal monthly installments in advance, on the first day of each and every calendar month during said term (except that Tenant shall pay the monthly installment of fixed rent for the month of $24,333.00 on the execution hereof), plus such additional rent and other charges as shall become due and payable hereunder, which additional rent and other charges shall be payable as hereinafter provided; all to be paid to Landlord at is office, or such other place as Landlord may designate, in lawful money in the Untied States of America. The monthly installments of fixed rent for the month during which the term commencement date occurs and the month during which the term hereof expires shall each be prorated.

In addition to the foregoing, and in further consideration of Landlord entering into this Lease, upon the execution of this Lease, Tenant shall also pay to Landlord the sum of $24,333.00. If Tenant's check or checks for such sum, or the sum referred to in the immediately preceding paragraph hereof, shall not be honored by the bank upon which it or they are drawn for any reason of any kind or nature whatsoever, this Lease shall be, and shall be deemed to be, without notice, immediately cancelled and terminated and of no further force or effect and Landlord shall have no liability or obligation to Tenant under this Lease.

Provided Tenant shall not at any time be in default of any of the convents, agreements, terms, provisions or conditions of this Lease on its part to be kept, observed and performed, the monthly installments or part thereof of fixed rent payable by Tenant to Landlord for the period commencing on the term commencement date and ending on 02/27/2023 shall be abated; the twelve (12) monthly installments of fixed rent payable by Tenant to Landlord for the period beginning jan and ending dec shall each be abated by an amount equal to $24333; and, the sixty (60) monthly installments of fixed rent payable by Tenant to Landlord for the period beginning 02/1/2018 and ending 02/27/2023 shall each be abated by an amount equal to $24333 .

Tenant does hereby covenant and agree promptly to pay the fixed rent, additional rent and other charges herein reserved as and when the same shall become due and payable, without demand therefor, and without any set-off or deduction whatsoever, and to keep and perform, and to permit no violation of, each and every of the covenants, agreements, terms provisions and conditions herein contained on the part and on behalf of Tenant to be kept and performed.

For default in payment of additional rent or other sums or charges herein reserved or payable by Tenant, Landlord shall have the same remedies as for a default by Tenant in the payment of fixed rent payable hereunder.

If Tenant shall fail to pay any installment of fixed rent or additional rent or other sums or charges within ten (10) days after the same shall be due then, Tenant shall pay a late charge of $10% for each $1.00 so unpaid. Nothing herein contained shall be intended to violate any applicable law, code or regulation, and, in all instances, such late charge shall be automatically reduced to any maximum applicable legal rate or charge. Such late charge shall be imposed monthly for each late payment and is in addition to all other rights and remedies available to Landlord and shall not be deemed to limit any such rights or remedies.

Tenants' obligations and responsibilities pursuant to any provision of this Lease, including the payment of any fixed rent

"lessor under an underlying lease".

Tenant understands that, in order for Landlord to lease and demise the premises to Tenant for the term set forth in Article 1 hereof, Landlord is required to exercise certain options to extend the term of the Prime Lease as therein set forth. Landlord agrees that, so long as Tenant is not in default of any of the covenants, agreements, terms, provisions and conditions of this Lease on its part to be kept, observed and performed, beyond any applicable cure period, Landlord shall timely exercise such options to the intent and purposes that the term of this Lease shall be as set forth in said Article 1.

If, at anytime during the term of this Lease, Tenant shall claim that Landlord is in default or in breach of its obligations hereunder or is otherwise liable to Tenant and such default or breach or liability shall result from, or be attributable to, the default or failure of owner, Tenant agrees that Landlord shall not be liable or responsible to Tenant in connection therewith; provided, however, Landlord agrees to assign to Tenant any cause of action that Landlord may have against Owner as a result of such default or failure.

37. Quiet Enjoyment. Landlord covenants that if, and so long as, Tenant keeps and performs each and every covenant, agreement, term, provision and condition herein contained on the part and on behalf of Tenant to be kept and performed, Tenant shall quietly enjoy the premises without hindrance or molestation by Landlord or by any other person lawful claiming the same, subject to the covenants, agreements, terms, provisions and conditions of this Lease and to the ground leases and/or underlying lease and/or mortgages to which this Lease is subject and subordinate as hereinbefore set forth.

38. Tenant's Right to Cancel. At any time during the term hereof, Tenant, upon at least six (6) months prior written notice to Landlord, may elect to cancel and terminate this Lease and the term and estate hereby granted as of the date set forth in said notice by Tenant to Landlord (hereinafter referred to as the "Termination Date"). In the event (a) Tenant shall vacate and surrender the premises on or before the Termination Date and Tenant shall not otherwise be in default of any of the covenants, agreements, terms, provisions and conditions of this Lease on its part to be kept, observed and performed hereunder and (b) Landlord shall have re-let the premise for a term commencing on the date immediately following the Termination Date, Landlord shall return to Tenant the $0 referred to in Article 1 hereof; provided, however, if, on the Termination Date, Landlord shall not have re-let the premises, Landlord shall be entitled to retain said $0 until such time as Landlord shall have re-let the premises and at the time of such re-letting, Landlord shall only be obligated to return to Tenant an amount equal to $0 less $0 for each calendar month or part thereof occurring immediately after the expiration of the Termination Date during which Landlord did not re-let the premises.

39. Sprinkler System Disclosure. The leased premises is/is not serviced by a maintained and operative sprinkler system that was last maintained on 1/1/13 and was last inspected on 1/1/13

IN WITNESS WHEREOF, Landlord and Tenant have duly executed this Lease as of the day and year first above written.

LESSOR

UEA PREMIER MOTORS CORP

Attest/Witness:

LESSEE

NORTHSHORE MOTOR LEASING LLC.

Attest/Witness:

NEW YORK STATE OF OPPORTUNITY | Department of Motor Vehicles

# DEALER BOND UNDER NEW YORK STATE VEHICLE AND TRAFFIC LAW SECTION 415(6-b)

FACILITY NUMBER: ____________

KNOW ALL PERSONS BY THESE PRESENTS:

BOND NUMBER: 63509108

Whereas, the undersigned Northshore Motors Leasing LLC (Dealer Name),

of 180 Michael Dr., Syosset, NY 11791 (Full Dealer Address)

(hereinafter referred to as Principal) has applied for or is about to make application for a registration certificate as a dealer, qualified dealer or new motor vehicle dealer pursuant to New York Vehicle and Traffic Law section 415; and

Whereas, the undersigned WESTERN SURETY COMPANY (Surety Name),

of P.O. Box 5077, Sioux Falls, SD 57117-5077 (Surety Address)

(hereinafter referred to as Surety), a corporation organized and existing under the laws of the state of South Dakota and authorized to transact business as a surety insurer in the State of New York, is willing to act as surety on this Bond to comply with the requirements of Vehicle and Traffic Law section 415(6-b); and

Whereas, Vehicle and Traffic Law section 415(6-b) requires that dealers, qualified dealers, and new motor vehicle dealers obtain and continue in effect a surety bond as a condition to obtaining a registration certificate (except those dealers who exclusively sell motor vehicles solely for conversion for use as tow trucks, buses, school buses, garbage trucks, marine trailers, tow trucks, motorcycles, recreational vehicles, snowmobiles, trailers, mobile homes, or construction equipment);

Now, therefore, Principal, as principal, and Surety, as surety, do hereby bind themselves and their heirs, executors, successors and assigns, to the State of New York in a sum not to exceed the amount below, the payment for which the Principal and Surety bind themselves and their legal representatives, firmly by these presents, pursuant to Vehicle and Traffic Law section 415(6-b), and subject to the following conditions:

BOND AMOUNT: One Hundred Thousand and 00/100 (Dollars) ($ 100,000.00 )

1. The term of this Bond shall commence February 1st, 2018 and shall continue in full force and effect until terminated by sixty (60) days written notice of cancellation delivered to the New York State Commissioner of Motor Vehicles by the Surety.

2. The Surety shall be required to provide sixty (60) days written notice to the New York State Commissioner of Motor Vehicles prior to the effective date of cancellation of the Bond by first class mail. The Surety shall also provide additional notice to the New York State Commissioner of Motor Vehicles, upon the date of cancellation or lapse of such bond.

3. The conditions of this Bond are that the Principal shall:
   (a) pay all valid bank drafts, including checks, drawn by the Principal for the purchase of motor vehicles;
   (b) transfer good title to each motor vehicle which the Principal sells;
   (c) maintain and keep safe all customer deposits related to the sale of a motor vehicle from the time of receipt of such customer deposit until good title has been transferred to the customer;
   (d) pay all fines imposed upon the Principal by the Commissioner of Motor Vehicles pursuant to the provisions of the Vehicle and Traffic Law; and
   (e) repay any overcharges of a customer for vehicle registration and titling charges payable to the Commissioner of Motor Vehicles for registering and titling the sold vehicle.

4. Recovery against this Bond may be made by a person, including the State, who obtains a judgment against the Principal for an act or omission on which the Bond is conditioned, if the act or omission occurred during the term of the Bond. The total liability imposed on the Surety for all breaches of the Bond condition is limited to the face amount of the Bond. Such liability may include, but is not limited to, the amount of the valid bank drafts, including checks, drawn by the Principal for the purchase of motor vehicles, or the amount of the overcharge by the Principal for registration or title fees, or the amount paid to such Principal, or the deposit, as the case may be, for the motor vehicle for which good title was not delivered. In no event shall the Surety on a Bond be liable for total claims in excess of the bond amount, regardless of the number or nature of claims made against the bond, or the number of years the bond remained in force, nor shall this Bond provide coverage for transactions involving sales of any motor vehicles for which a bond is not required pursuant to Vehicle and Traffic Law section 415 (6-b).

In witness whereof, the Principal and Surety have hereunto set their hands and seals on this 15th day of February in the year of 2018.

SEAL:

WESTERN SURETY COMPANY CORPORATE SEAL SOUTH DAKOTA

Northshore Motors Leasing LLC, Principal (Print Name)

By: [signature] (Signature)

WESTERN SURETY COMPANY, Surety (Print Name)

By: [signature] (Signature) Paul T. Bruflat, Vice President

VS-3 (3/17) dmv.ny.gov

# Western Surety Company

## POWER OF ATTORNEY

**KNOW ALL MEN BY THESE PRESENTS:**

That WESTERN SURETY COMPANY, a corporation organized and existing under the laws of the State of South Dakota, and authorized and licensed to do business in the States of Alabama, Alaska, Arizona, Arkansas, California, Colorado, Connecticut, Delaware, District of Columbia, Florida, Georgia, Hawaii, Idaho, Illinois, Indiana, Iowa, Kansas, Kentucky, Louisiana, Maine, Maryland, Massachusetts, Michigan, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Hampshire, New Jersey, New Mexico, New York, North Carolina, North Dakota, Ohio, Oklahoma, Oregon, Pennsylvania, Rhode Island, South Carolina, South Dakota, Tennessee, Texas, Utah, Vermont, Virginia, Washington, West Virginia, Wisconsin, Wyoming, and the United States of America, does hereby make, constitute and appoint

Paul T. Bruflat of Sioux Falls, State of South Dakota, its regularly elected Vice President as Attorney-in-Fact, with full power and authority hereby conferred upon him to sign, execute, acknowledge and deliver for and on its behalf as Surety and as its act and deed, the following bond:

One Motor Vehicle Dealer

bond with bond number 63509108

for Northshore Motor Leasing LLC

as Principal in the penalty amount not to exceed: $ 100,000.00.

Western Surety Company further certifies that the following is a true and exact copy of Section 7 of the by-laws of Western Surety Company duly adopted and now in force, to-wit:

Section 7. All bonds, policies, undertakings, Powers of Attorney, or other obligations of the corporation shall be executed in the corporate name of the Company by the President, Secretary, any Assistant Secretary, Treasurer, or any Vice President, or by such other officers as the Board of Directors may authorize. The President, any Vice President, Secretary, any Assistant Secretary, or the Treasurer may appoint Attorneys-in-Fact or agents who shall have authority to issue bonds, policies, or undertakings in the name of the Company. The corporate seal is not necessary for the validity of any bonds, policies, undertakings, Powers of Attorney or other obligations of the corporation. The signature of any such officer and the corporate seal may be printed by facsimile.

In Witness Whereof, the said WESTERN SURETY COMPANY has caused these presents to be executed by its Vice President with the corporate seal affixed this 26th day of February, 2018.

ATTEST

L. Nelson

L. Nelson, Assistant Secretary

WESTERN SURETY COMPANY

By Paul T. Bruflat

Paul T. Bruflat, Vice President

(WESTERN SURETY COMPANY CORPORATE SEAL SOUTH DAKOTA)

STATE OF SOUTH DAKOTA }
COUNTY OF MINNEHAHA } ss

On this 26th day of February, 2018, before me, a Notary Public, personally appeared Paul T. Bruflat and L. Nelson who, being by me duly sworn, acknowledged that they signed the above Power of Attorney as Vice President and Assistant Secretary, respectively, of the said WESTERN SURETY COMPANY, and acknowledged said instrument to be the voluntary act and deed of said Corporation.

J. MOHR
SEAL NOTARY PUBLIC SOUTH DAKOTA SEAL

My Commission Expires June 23, 2021

J. Mohr

Notary Public

To validate bond authenticity, go to www.cnasurety.com > Owner/Obligee Services > Validate Bond Coverage.

Form F1975-1-2016

NEW YORK STATE OF OPPORTUNITY | Department of Motor Vehicles

# DEALER BOND UNDER NEW YORK STATE VEHICLE AND TRAFFIC LAW SECTION 415(6-b)

FACILITY NUMBER: ____________

BOND NUMBER: 63509108

**KNOW ALL PERSONS BY THESE PRESENTS:**

Whereas, the undersigned Northshore Motors Leasing LLC (Dealer Name),

of 180 Michael Dr., Syosset, NY 11791 (Full Dealer Address)

(hereinafter referred to as Principal) has applied for or is about to make application for a registration certificate as a dealer, qualified dealer or new motor vehicle dealer pursuant to New York Vehicle and Traffic Law section 415; and

Whereas, the undersigned WESTERN SURETY COMPANY (Surety Name),

of P.O. Box 5077, Sioux Falls, SD 57117-5077 (Surety Address)

(hereinafter referred to as Surety), a corporation organized and existing under the laws of the state of South Dakota and authorized to transact business as a surety insurer in the State of New York, is willing to act as surety on this Bond to comply with the requirements of Vehicle and Traffic Law section 415(6-b); and

Whereas, Vehicle and Traffic Law section 415(6-b) requires that dealers, qualified dealers, and new motor vehicle dealers obtain and continue in effect a surety bond as a condition to obtaining a registration certificate (**except** those dealers who **exclusively** sell motor vehicles solely for conversion for use as tow trucks, buses, school buses, garbage trucks, marine trailers, tow trucks, motorcycles, recreational vehicles, snowmobiles, trailers, mobile homes, or construction equipment);

Now, therefore, Principal, as principal, and Surety, as surety, do hereby bind themselves and their heirs, executors, successors and assigns, to the State of New York in a sum not to exceed the amount below, the payment for which the Principal and Surety bind themselves and their legal representatives, firmly by these presents, pursuant to Vehicle and Traffic Law section 415(6-b), and subject to the following conditions:

BOND AMOUNT: One Hundred Thousand and 00/100 (Dollars) ($ 100,000.00 )

1. The term of this Bond shall commence February 1st, 2018 and shall continue in full force and effect until terminated by sixty (60) days written notice of cancellation delivered to the New York State Commissioner of Motor Vehicles by the Surety.

2. The Surety shall be required to provide sixty (60) days written notice to the New York State Commissioner of Motor Vehicles prior to the effective date of cancellation of the Bond by first class mail. The Surety shall also provide additional notice to the New York State Commissioner of Motor Vehicles, upon the date of cancellation or lapse of such bond.

3. The conditions of this Bond are that the Principal shall:
   (a) pay all valid bank drafts, including checks, drawn by the Principal for the purchase of motor vehicles;
   (b) transfer good title to each motor vehicle which the Principal sells;
   (c) maintain and keep safe all customer deposits related to the sale of a motor vehicle from the time of receipt of such customer deposit until good title has been transferred to the customer;
   (d) pay all fines imposed upon the Principal by the Commissioner of Motor Vehicles pursuant to the provisions of the Vehicle and Traffic Law; and
   (e) repay any overcharges of a customer for vehicle registration and titling charges payable to the Commissioner of Motor Vehicles for registering and titling the sold vehicle.

4. Recovery against this Bond may be made by a person, including the State, who obtains a judgment against the Principal for an act or omission on which the Bond is conditioned, if the act or omission occurred during the term of the Bond. The total liability imposed on the Surety for all breaches of the Bond condition is limited to the face amount of the Bond. Such liability may include, but is not limited to, the amount of the valid bank drafts, including checks, drawn by the Principal for the purchase of motor vehicles, or the amount of the overcharge by the Principal for registration or title fees, or the amount paid to such Principal, or the deposit, as the case may be, for the motor vehicle for which good title was not delivered. In no event shall the Surety on a Bond be liable for total claims in excess of the bond amount, regardless of the number or nature of claims made against the bond, or the number of years the bond remained in force, nor shall this Bond provide coverage for transactions involving sales of any motor vehicles for which a bond is not required pursuant to Vehicle and Traffic Law section 415 (6-b).

In witness whereof, the Principal and Surety have hereunto set their hands and seals on this 15th day of February in the year of 2018.

SEAL: [Seal: WESTERN SURETY COMPANY CORPORATE SEAL SOUTH DAKOTA]

Northshore Motors Leasing LLC, Principal
Print Name

By: ____________
Signature

WESTERN SURETY COMPANY, Surety
Print Name

By: [signature]
Signature Paul T. Bruflat, Vice President

VS-3 (3/17)

dmv.ny.gov

# Western Surety Company

## POWER OF ATTORNEY

**KNOW ALL MEN BY THESE PRESENTS:**

That WESTERN SURETY COMPANY, a corporation organized and existing under the laws of the State of South Dakota, and authorized and licensed to do business in the States of Alabama, Alaska, Arizona, Arkansas, California, Colorado, Connecticut, Delaware, District of Columbia, Florida, Georgia, Hawaii, Idaho, Illinois, Indiana, Iowa, Kansas, Kentucky, Louisiana, Maine, Maryland, Massachusetts, Michigan, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Hampshire, New Jersey, New Mexico, New York, North Carolina, North Dakota, Ohio, Oklahoma, Oregon, Pennsylvania, Rhode Island, South Carolina, South Dakota, Tennessee, Texas, Utah, Vermont, Virginia, Washington, West Virginia, Wisconsin, Wyoming, and the United States of America, does hereby make, constitute and appoint

Paul T. Bruflat of Sioux Falls, State of South Dakota, its regularly elected Vice President as Attorney-in-Fact, with full power and authority hereby conferred upon him to sign, execute, acknowledge and deliver for and on its behalf as Surety and as its act and deed, the following bond:

One Motor Vehicle Dealer

bond with bond number 63509108

for Northshore Motors Leasing LLC

as Principal in the penalty amount not to exceed: $ 100,000.00.

Western Surety Company further certifies that the following is a true and exact copy of Section 7 of the by-laws of Western Surety Company duly adopted and now in force, to-wit:

Section 7. All bonds, policies, undertakings, Powers of Attorney, or other obligations of the corporation shall be executed in the corporate name of the Company by the President, Secretary, any Assistant Secretary, Treasurer, or any Vice President, or by such other officers as the Board of Directors may authorize. The President, any Vice President, Secretary, any Assistant Secretary, or the Treasurer may appoint Attorneys-in-Fact or agents who shall have authority to issue bonds, policies, or undertakings in the name of the Company. The corporate seal is not necessary for the validity of any bonds, policies, undertakings, Powers of Attorney or other obligations of the corporation. The signature of any such officer and the corporate seal may be printed by facsimile.

In Witness Whereof, the said WESTERN SURETY COMPANY has caused these presents to be executed by its Vice President with the corporate seal affixed this 15th day of February, 2018.

ATTEST

L. Nelson

L. Nelson, Assistant Secretary

WESTERN SURETY COMPANY

By Paul T. Bruflat

Paul T. Bruflat, Vice President

WESTERN SURETY COMPANY CORPORATE SEAL SOUTH DAKOTA

STATE OF SOUTH DAKOTA }
COUNTY OF MINNEHAHA } ss

On this 15th day of February, 2018, before me, a Notary Public, personally appeared Paul T. Bruflat and L. Nelson who, being by me duly sworn, acknowledged that they signed the above Power of Attorney as Vice President and Assistant Secretary, respectively, of the said WESTERN SURETY COMPANY, and acknowledged said instrument to be the voluntary act and deed of said Corporation.

J. MOHR
SEAL NOTARY PUBLIC SOUTH DAKOTA SEAL

My Commission Expires June 23, 2021

J. Mohr
Notary Public

**To validate bond authenticity, go to www.cnasurety.com > Owner/Obligee Services > Validate Bond Coverage.**

Form F1976-1-2016

# Western Surety Company

## POWER OF ATTORNEY

**KNOW ALL MEN BY THESE PRESENTS:**

That WESTERN SURETY COMPANY, a corporation organized and existing under the laws of the State of South Dakota, and authorized and licensed to do business in the States of Alabama, Alaska, Arizona, Arkansas, California, Colorado, Connecticut, Delaware, District of Columbia, Florida, Georgia, Hawaii, Idaho, Illinois, Indiana, Iowa, Kansas, Kentucky, Louisiana, Maine, Maryland, Massachusetts, Michigan, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Hampshire, New Jersey, New Mexico, New York, North Carolina, North Dakota, Ohio, Oklahoma, Oregon, Pennsylvania, Rhode Island, South Carolina, South Dakota, Tennessee, Texas, Utah, Vermont, Virginia, Washington, West Virginia, Wisconsin, Wyoming, and the United States of America, does hereby make, constitute and appoint Paul T. Bruflat of Sioux Falls, State of South Dakota, its regularly elected Vice President as Attorney-in-Fact, with full power and authority hereby conferred upon him to sign, execute, acknowledge and deliver for and on its behalf as Surety and as its act and deed, the following bond:

One Motor Vehicle Dealer

bond with bond number 63509108

for Northshore Motor Leasing LLC

as Principal in the penalty amount not to exceed: $ 100,000.00.

Western Surety Company further certifies that the following is a true and exact copy of Section 7 of the by-laws of Western Surety Company duly adopted and now in force, to-wit:

Section 7. All bonds, policies, undertakings, Powers of Attorney, or other obligations of the corporation shall be executed in the corporate name of the Company by the President, Secretary, any Assistant Secretary, Treasurer, or any Vice President, or by such other officers as the Board of Directors may authorize. The President, any Vice President, Secretary, any Assistant Secretary, or the Treasurer may appoint Attorneys-in-Fact or agents who shall have authority to issue bonds, policies, or undertakings in the name of the Company. The corporate seal is not necessary for the validity of any bonds, policies, undertakings, Powers of Attorney or other obligations of the corporation. The signature of any such officer and the corporate seal may be printed by facsimile.

In Witness Whereof, the said WESTERN SURETY COMPANY has caused these presents to be executed by its Vice President with the corporate seal affixed this 26th day of February, 2018.

ATTEST

L. Nelson

L. Nelson, Assistant Secretary

WESTERN SURETY COMPANY

By Paul T. Bruflat

Paul T. Bruflat, Vice President

WESTERN SURETY COMPANY CORPORATE SEAL SOUTH DAKOTA

STATE OF SOUTH DAKOTA }
COUNTY OF MINNEHAHA } ss

On this 26th day of February, 2018, before me, a Notary Public, personally appeared Paul T. Bruflat and L. Nelson who, being by me duly sworn, acknowledged that they signed the above Power of Attorney as Vice President and Assistant Secretary, respectively, of the said WESTERN SURETY COMPANY, and acknowledged said instrument to be the voluntary act and deed of said Corporation.

J. MOHR
SEAL NOTARY PUBLIC SEAL
SOUTH DAKOTA

My Commission Expires June 23, 2021

J Mohr

Notary Public

**To validate bond authenticity, go to www.cnasurety.com > Owner/Obligee Services > Validate Bond Coverage.**

Form F1975-1-2016

Western Surety Company

# RIDER

It is hereby mutually agreed and understood by and between the principal and Western Surety Company, that instead of as originally written:

The Principal's name has been changed.
From:
Northshore Motors Leasing LLC
To:
Northshore Motor Leasing LLC

No further changes other than above.

Nothing herein contained shall be held to vary, alter, waive or extend any of the terms, limits or conditions of the Bond, except as hereinabove set forth.

This Rider becomes effective on the 26th day of February, 2018, at twelve and one minute o'clock a.m., standard time.

Attached to and forming part of Bond No. 63509108 issued by WESTERN SURETY COMPANY of Sioux Falls, South Dakota, to Northshore Motor Leasing LLC

Signed this 26th day of February, 2018.

WESTERN SURETY COMPANY

By [signature]
Paul T. Bruflat, Senior Vice President

Form F5147-6-2002

LOT GRP > 44,62
LOCATION > 180 MICHAEL DR, SYOSSET, NY 11791
CLASS > 44004 ROLL SECTION > 1 STATE SD CODE > 282402
SIZE > 3.3631 Acres
TAX SERVICE CODE TAX PAYOR CODE ACCOUNT

FULL VALUE PER DEPT OF ASSESSMENT $2,312,900
UNIFORM PCT OF VALUE 1.000
LAND ASSESSMENT $23,129
TOTAL ASSESSMENT $23,129

345 UNDERHILL LLC C/O TAUB DEVELOPMENT LLC
165 EILEEN WAY
SYOSSET, NY 11791

| LEVY DESCRIPTION | PCT CHANGE FROM LAST YEAR | EXEMPTION CODE | TAXABLE VALUE | TAX RATE PER $ 100 | TAX AMOUNT |
|---|---|---|---|---|---|
| LOCUST GROVE SCHOOL | 3.070 | | $23,129.00 | 484.3920 | $112,035.03 |
| LOCUST GROVE LIBRARY | 0.000 | | $23,129.00 | 17.6890 | $4,091.29 |

**THIS IS YOUR SCHOOL TAX BILL**

THE BOARD OF EDUCATION IN EACH SCHOOL DISTRICT IS THE RESPONSIBLE BODY FOR SCHOOL AFFAIRS OVER WHICH THE TOWN OF OYSTER BAY HAS NO CONTROL. THE TOWN THROUGH THIS OFFICE ACTS AS AN AGENCY FOR THE COLLECTION AND DISTRIBUTION OF SCHOOL TAXES. FOR INFORMATION ABOUT TAX RATES AND AMOUNTS, CONTACT YOUR LOCAL DISTRICT DIRECTLY AT 364-5600 OR SYOSSET CSD, 99 PELL LANE SYOSSET, NY 11791.

FOR ALL QUESTIONS REGARDING ASSESSMENTS AND EXEMPTIONS, PLEASE CALL NASSAU COUNTY DEPARTMENT OF ASSESSMENT AT 516-571-1500.

FIRST HALF TAX >> $58,063.16 | SECOND HALF TAX >> $58,063.16 | TOTAL TAX >> $116,126.32

PAY THIS AMOUNT IF TOTAL TAX IS PAID ON OR BEFORE 11/10/2017 $115,545.69

TOTAL >> $58,063.16 | TOTAL >> $58,063.16

FIRST HALF TAX PAID ON PENALTY INCLUDED | SECOND HALF TAX PAID ON | DISCOUNT ALLOWED (-) PENALTY INCLUDED (+)

PAYOR (other than owner) PAYOR (other than owner)

Rev 9/1

# 2017-18 SCHOOL TAX — SECOND HALF 2017-18

**SECOND HALF – SCHOOL TAXES DUE APRIL 1 SECOND HALF TAX PAYABLE WITHOUT PENALTY TO MAY 10**

SCHOOL TAXES – TOWN OF OYSTER BAY

| S.D. CODE | SECTION | BLOCK | LOT |
|---|---|---|---|
| 14 | 15 | 157 | 44 |

PAY $58,063.16

When paying by mail, detach and return this stub with payment of the second half tax. If paying TOTAL TAX, return both first and second half stubs with payment.

When paying in person, bring the entire bill. Do not detach stubs.

1400450201 1822

PAYOR (other than owner):

DO NOT WRITE BELOW THIS LINE

345 UNDERHILL LLC C/O TAUB

☐ Check here if receipt is requested.

3 1400450201 18220005806316

# 2017-18 SCHOOL TAX — FIRST HALF 2017-18

**FIRST HALF – SCHOOL TAXES DUE OCTOBER 1 FIRST HALF TAX PAYABLE WITHOUT PENALTY TO NOVEMBER 10**

SCHOOL TAXES – TOWN OF OYSTER BAY

| S.D. CODE | SECTION | BLOCK | LOT |
|---|---|---|---|
| 14 | 15 | 157 | 44 |

NEW YORK STATE Department of Motor Vehicles

# REPORT OF INVESTIGATION FOR AN INSPECTION STATION APPLICATION

Tracking # 01293-1-ISD

| | | |
|---|---|---|
| Region: Melville Region 1 | Date: 4/12/18 | Facility Number: 7123750 |

Name of Station: Northshore Motor Leasing LLC

| | | |
|---|---|---|
| Telephone Number (Include Area Code): ( 516 ) 226-1402 | Fax Number (Include Area Code): ( ) | E-Mail: |

| | | | | |
|---|---|---|---|---|
| Address (Number & Street): 180 Michael Dr. | City: Syosset | State: NY | Zip Code: 11791 | County: Nass |

Person Interviewed: Brian Chabrier — Title: Pres

**OWNER OR OFFICERS IF DIFFERENT FROM ORIGINAL APPLICATION**

| Name | Home Address | Title |
|---|---|---|
| | | |
| | | |
| | | |

Type of station: ☐ Public ☐ Fleet ☑ Dealer (☐ Class 1; ☑ Class 2; ☐ Class 3 - Motorcycle)

License group(s) applied for: ☑ Safety-Light Vehicle ☐ Safety-Heavy Vehicle ☑ OBD II Emissions ☐ Diesel Emissions ☐ Motorcycle ☐ Trailer Only

Are space requirements satisfactory [Sections 79.9(b) public and 79.15(f) for Fleet and Dealer Stations]?* ☑ Yes ☐ No

If "No", explain

Diagram the interior dimensions; include the size of the overhead door. Specify the total square footage of the enclosed inspection and service areas. Note any obstructions in the inspection area (such as work benches, pits, type of lifts, etc.).

☑ Diagram Attached

Normal inspection days and times:

| Day | (Hours) | Day | (Hours) |
|---|---|---|---|
| ☑ Monday | 10-6 | ☑ Friday | 10-6 |
| ☑ Tuesday | 10-6 | ☑ Saturday | 10-6 |
| ☑ Wednesday | 10-6 | ☐ Sunday | |
| ☑ Thursday | 10-6 | | |

Is equipment satisfactory [Sections 79.9(d) and 79.15(f) for Fleet and Dealer Stations]?* ☐ Yes ☐ No (If "No", explain below)

| Item | | Give Make & Model for Each |
|---|---|---|
| 1. Emissions Testing Equipment* | | |
| A. ☐ NYVIP onsite | ☐ Yes ☑ No | Ordered? ☑ Yes ☐ No # |
| B. ☐ Diesel Smoke Meter onsite | ☐ Yes ☐ No | Ordered? ☐ Yes ☐ No # |
| 2. Tire Tread Gauge - calibrated in 32nds of an inch | ☑ Yes ☐ No | snap on |
| 3. Tire Pressure Gauge - calibrated in lbs./sq. in. (psi) | ☑ Yes ☐ No | snap on |
| 4. Two piece tint meter capable of reading stationary glass? | ☑ Yes ☐ No | laser Labs |
| 5. All Heavy Vehicle Inspection Stations must also have: | | |
| A measuring device for brake adjustment | ☐ Yes ☐ No | |
| Brake drum gauge | ☐ Yes ☐ No | |
| Rotor thickness gauge | ☐ Yes ☐ No | |
| Feeler gauge (*or equivalent*) | ☐ Yes ☐ No | |

***Excludes motorcycles**

VS-6 (5/17)

01293-1-ISD

6. Is there a paper punch 1/4 inch in diameter? ☑ Yes ☐ No

7. Is the facility equipped to perform inspections as required by Section 79.9(d) of the Regulations or 79.9(e) for Fleet Stations?
☑ Yes ☐ No If "No", explain:

8. Is there security for inspection stickers and records? ☑ Yes ☐ No

9. Is the applicant currently a licensed official motor vehicle inspection station? ☐ Yes ☑ No If "Yes", what is the reason for investigation: __________

| GROUP | VEHICLE GROUPS (Weights shown are maximum gross weight (MGW) as printed on NYS registration) | APPROVED TO INSPECT |
|---|---|---|
| 1 | A. Safety inspection of all motor vehicles that have a seating capacity under fifteen passengers, and all motor vehicles, except trailers and motorcycles, that have an MGW under 18,001 pounds. | ☑ Yes ☐ No |
| | B. Safety inspection of all trailers, except semi-trailers, that have an MGW under 18,001 pounds. | ☑ Yes ☐ No |
| 2 | A. Safety inspection of all motor vehicles that have a seating capacity over fourteen passengers, and all motor vehicles and trailers that have an MGW over 18,000 pounds. | ☐ Yes ☑ No |
| | B. Safety inspection of all semi-trailers. | ☐ Yes ☑ No |
| 3 | Safety inspection of all motorcycles. | ☐ Yes ☑ No |
| DL | Diesel emissions inspection for all non-exempt vehicles in the NYMA. (Opacity Test) | ☐ Yes ☑ No |

10. Is there at least one full-time Certified Motor Vehicle Inspector [Section 79.8(b)(2)]?
☑ Yes Name, certification number and expiration date Richard Toporek CIN#c8rb
☐ No (*Explain why not*)

11. Are premises clean and orderly [Section 79.8(b)(8)]? ☑ Yes ☐ No If "No," explain:

12. Buy/sell agreement? ☐ Yes ☐ No If "Yes" Selling Facility Number __________
Were selling facility's items collected during onsite? ☐ Yes ☐ No
Items returned to Central Office? ☐ Yes ☐ No

☑ **APPROVAL RECOMMENDED**
☐ **DENIAL RECOMMENDED**

Remarks and/or Qualifications
Applicant meets all requirements for a NYS Dealer Inspection license

Date of Facility Visit 4/12/18

Investigating Inspector Michael Butalewicz (Print Name) AFI Number 541

[signature] (Signature)

**SUPERVISORY REVIEW**
Approved By Robert Dennis Sr. AFI (Print Name)
[signature] (Signature)
SAFI (Title) 4/13/18 (Date)

VS-6 (5/17) **PAGE 2 OF 2**


Michael
offices
Showroom
Shop
parking


Certified & Preferred Graphic


PREMIUM LUXURY
3M Certified Graphic Installation Company




STAPLES
WARNING:
MISE EN GARDE :






JAGUAR
LEXUS
LAND-ROVER
INFINITI

NEW YORK STATE | Department of Motor Vehicles

Bureau of Consumer and Facility Services
**APPLICATION CODING SHEET**

RECEIVED DEPT. OF MOTOR VEHICLES APR 05 2018 VEHICLE SAFETY REGION 1

☑ Investigation Required

TRACKING #: 2018-01293-1-DLU-ISD

FACILITY #: 7112375 0   3 OF NAME: NOR   EXP. DATE: 03-20

FACILITY NAME: NORTH SHORE ; MOTOR

NAME OVERFLOW: LEASING ; LLC

STREET: 180 MICHAEL DRIVE

CITY/STATE: SYOSSET NY

ZIP CODE: 11791   COUNTY: NASS

OWNERSHIP TYPE: ☐ Individual ☐ Partnership ☑ Corporation ☐ Governmental ☐ Educational ☐ DBA

CORP/OWNER NAME: BRIAN ; CHABRIER

NAME OVERFLOW:

STREET: [redacted]

CITY/STATE: [redacted]

ZIP CODE: [redacted]

GROUPS: ☑ 1-A ☑ 1-B ☐ 2-A ☐ 2-B ☐ 3
INDICATORS: ☐ E ☐ M ☐ C

☑ Original ☐ Add Business
☐ Amendment ☐ Duplicate
☐ No Certificate Required
☐ Amend and ☐ Renew ☐ Approve ☐ Replace
☐ Add OOB
☐ Remove OOB
☐ Amend Groups
☐ Add ☐ Remove Emissions/Diesel No.
☐ Add ☐ Amend ☐ Remove Bond Ind.
☐ Cross Ref. Old Facility
☐ Amend Facility Type
From:
To:
☐ Add DBA ☐ Remove DBA
☐ Orig W/Exist Record

**FACILITY TYPE AND CONTROL NO.** — Appr/ Denied

| | | |
|---|---|---|
| ☐ RS | ☐ RSB | ☐ DIA |
| ☐ ISP | ☑ ISD 00043 | ☐ ISF |
| ☐ DLN | ☑ DLU 00044 | ☐ DLQ |
| ☐ DLW | ☐ DLB | ☐ DLS |
| ☐ TRS | ☐ DIS | ☐ SLP |
| ☐ IVC | ☐ MCC | ☐ SCP |
| ☐ PSP | ☐ SCC | ☐ YTB |
| ☐ 907 | ☐ ATV | |

Bond Indicator: ☐ H ☑ K ☐ C ☐ E   Total Fee: $ 0587.50

Facility Phone Number (516) 226-1402

OPAL ID #:

Date of Request: 04/02/2018 (mm/dd/yyyy) Processed By: TM (Initials)

VS-37A (3/17)

New York State Department of Motor Vehicles

# ORIGINAL FACILITY APPLICATION

FOR ASSISTANCE WITH THE COMPLETION OF THIS APPLICATION OR INFORMATION ON BUSINESS REQUIREMENTS PLEASE VISIT DMV.NY.GOV/ORG

| DMV USE ONLY | | |
|---|---|---|
| Tracking # 2018-01293 | County | Zip Code |
| Facility # 7123750 | Facility Name | |

**ALL APPLICANTS: PLEASE READ CAREFULLY**

**These are the business types that you are applying for. Complete all 6 pages of this form**

[X] **Dealer/Transporter** DLU *dealer/transporter information is on page 4*    [X] **Inspection Station** ISD IAIB *Inspection information is on page 5*

**NOTE:** If applying for a Junk & Salvage business you will need to submit form VS-1JS.

**PART 1** Print name and location of business, business e-mail address and phone number below

| Business Name | | | Business E-mail Address |
|---|---|---|---|
| NORTHSHORE MOTOR LEASING LLC | | | INFO@NORTHSHOREMOTORS1.COM |
| Business Street Address (physical location) | | | Business Phone No. (Area Code) |
| 180 MICHAEL DRIVE | | | (516) 226-1402 |
| City | State | ZIP | County |
| SYOSSET | NY | 11791 | NASSAU |

| Contact Person (principal of business) | Title | | Contact's E-mail Address |
|---|---|---|---|
| BRIAN CHABRIER | OWNER | | INFO@NORTHSHOREMOTORS1.COM |
| Mailing Address | | | Contact Phone No. (Area Code) |
| 180 MICHAEL DRIVE | | | (516) 521-9657 |
| City | State | ZIP | County |
| SYOSSET | NY | 11791 | NASSAU |

**PART 2** Ownership - you may only select one of the following four business types (Part 2 continues on next page)

[ ] Individual (complete Section A)    [✓] Corporation/LLC (complete Section C)
[ ] Partnership (complete Section B)    [ ] Government/Education (complete Section D)

**SECTION A**

[ ] **INDIVIDUAL** (doing business in your legal name)
➢ Proof of business name not required.

**OR**

[ ] **INDIVIDUAL WITH ASSUMED NAME** ("doing business as" or DBA name)
enclose a copy of the business certificate obtained from your County Clerk's office.

Attach a copy (front & back) of the owner's valid driver license. If the owner does not have a driver license, attach a copy of one of the following: non-driver ID card, passport or resident alien card.

| Last Name | First | MI | Date of Birth (Month/Day/Year) |
|---|---|---|---|
| Residence Address (Include Number and Street) | City | State ZIP | Residence Phone No. (Area Code) ( ) |
| Please Sign Name in Full | | | Driver License/Non Driver ID Number |

**SECTION B**

[ ] **PARTNERSHIP WITH ASSUMED NAME** ("doing business as" or DBA name)
➢ Enclose a copy of the partnership papers obtained from your County Clerk's office. The partnership papers must contain all partners' names and the DBA name.

Complete one section for each partner; if more than three, attach additional pages. Attach a copy of each partner's driver license. If a partner does not have a driver license, attach a copy of one of the following: non-driver ID card, passport or resident alien card.

| | | | |
|---|---|---|---|
| 1. Last Name | First | MI | Date of Birth (Month/Day/Year) |
| Residence Address (Include Number and Street) | City | State ZIP | Residence Phone No. (Area Code) ( ) |
| Please Sign Name in Full | | | Driver License Number |
| 2. Last Name | First | MI | Date of Birth (Month/Day/Year) |
| Residence Address (Include Number and Street) | City | State ZIP | Residence Phone No. (Area Code) ( ) |
| Please Sign Name in Full | | | Driver License Number |
| 3. Last Name | First | MI | Date of Birth (Month/Day/Year) |
| Residence Address (Include Number and Street) | City | State ZIP | Residence Phone No. (Area Code) ( ) |
| Please Sign Name in Full | | | Driver License Number |

MOTOR VEHICLE MAR 2018 DIVISION OF VEHICLE SAFETY

VS-1DI (3/17)

PART 2 continued on next page

PART 2 (Ownership) CONTINUED FROM PAGE 1

SECTION C

☐ **CORPORATION** (Inc., Corp., Ltd.)
➢ Enclose a copy of the filing receipt issued from the NYS Department of State: **(518) 473-2492 or dos.ny.gov**

☐ **CORPORATION WITH ASSUMED NAME** ("doing business as" or DBA name)
➢ Print corporation name below and enclose a copy of the filing receipt with the assumed name issued from the NYS Department of State: **(518) 473-2492 or dos.ny.gov**
**Corporation Name** ____________________

☑ **LIMITED LIABILITY COMPANY (LLC)**

For Inc., Corp., and Ltd., list corporate officers. **President, Secretary and Treasurer are required** (one person may be President, Secretary, and/or Treasurer). List stockholders and percentage of stock (not required for publicly-traded companies). For LLC, list all managing members. Attach additional pages if needed. Attach a copy of each listed person's driver license. (If any listed person does not have a driver license, attach a copy of one of the following: non-driver ID card, passport or resident alien card. (Must include documents to show company is publicly-traded.)

1. Last Name: CHABRIER | First: BRIAN | MI: | Date of Birth (Month/Day/Year): [redacted]
Title (check all that apply): ☑ President ☐ Secretary ☐ Treasurer ☐ Member ☐ Other ____ | Percentage of Stock: 100
Residence Address (Include Number and Street): [redacted] | City: [redacted] | State / ZIP: [redacted] | Residence Phone No. (Area Code): [redacted]
Please Sign Name In Full: ➧ (signature) | Driver License Number: 423566 832

2. Last Name | First | MI | Date of Birth (Month/Day/Year)
Title (check all that apply): ☐ President ☐ Secretary ☐ Treasurer ☐ Member ☐ Other ____ | Percentage of Stock
Residence Address (Include Number and Street) | City | State | ZIP | Residence Phone No. (Area Code) ( )
Please Sign Name In Full ➧ | Driver License Number

3. Last Name | First | MI | Date of Birth (Month/Day/Year)
Title (check all that apply): ☐ President ☐ Secretary ☐ Treasurer ☐ Member ☐ Other ____ | Percentage of Stock
Residence Address (Include Number and Street) | City | State | ZIP | Residence Phone No. (Area Code) ( )
Please Sign Name In Full ➧ | Driver License Number

SECTION D

☐ **EDUCATIONAL FACILITY** (School, BOCES)
➢ Print Superintendent's name below. No documents required for proof of business name.
**Superintendent** (Name and Phone No.) ____________________

☐ **GOVERNMENT AGENCY** (State, County, City)
➢ Print Government Official's name below. No documents required for proof of business name.
**Government Official** (Name and Phone No.) ____________________

Please enter information of supervising employee of facility who may be contacted regarding compliance issues.

1. Last Name | First | MI | Date of Birth (Month/Day/Year)
Contact Address (Include Number and Street) | City | State | ZIP | Contact Phone No. (Area Code) ( )
Email
Please Sign Name In Full ➧ | Driver License Number

NORTHSHORE MOTOR LEASING LLC

**PART 3** Complete all sections.

A. Have you or any person named in this application ever had a financial interest in a DMV-regulated business that had its license, registration or certification denied, suspended or revoked in New York State? This includes an interest as owner, partner, corporate officer or stockholder holding more than ten percent of the stock, and includes matters now on appeal. ☑ No ☐ Yes
If "YES": Specify name and address of the person(s), business type, facility number, certified inspector number, date and action that was taken.

B. Are you, or is anyone named in this application, scheduled for a hearing or been notified of a pending hearing regarding a DMV Vehicle Safety issued business license, registration or certification? ☑ No ☐ Yes
If "YES": Specify name and address of the person(s), business type, facility number, certified inspector number, date and action that was taken.

C. Have you or any person named in this application been convicted of, or forfeited bail for, any misdemeanor or felony at any time? ☑ No ☐ Yes
If "YES": Name ______ Date of Birth ______
Conviction Date ______ Penalty ______ Court ______
Explain specific nature of offense ______
If you have additional offenses they must be reported on an // attached sheet.

D. Does anyone else have a financial interest in your business that is not disclosed on this application? ☑ No ☐ Yes
If "YES": Name ______

E. All applicants, except Inspection Stations and Transporters, must provide a copy of NYS Department of Taxation and Finance DTF-17A (Certificate of Authority) or your valid NYS issued tax ID number here: 82-3331757 **tax.ny.gov or (518) 485-2889**
*Verify your ID is valid at https://www7b.nystax.gov/TIVL/tivlStart before submitting.

F. You must provide your Federal Employer Identification Number: 82-3331757.
Do you have any employees? ☑ No ☐ Yes If "YES", // attach a copy of proof of Worker's Compensation and Disability Insurance coverage.

G. Have you or anyone named in Part 2 of this application ever held a business license, registration or certification for any of the types below?
☐ No ☑ Yes If "YES" Check the type(s) below and provide all current and previous facility/certified inspector numbers.
// Attach additional page, if needed.

☑ Retail Motor Vehicle Dealer, New
☑ Retail Motor Vehicle Dealer, Other
☐ Wholesale Motor Vehicle Dealer
☐ Itinerant Vehicle Collector
☐ Dismantler
☐ Transporter
☐ Boat Dealer
☐ Yacht Broker
☐ ATV Dealer
☐ Salvage Pool
☐ Repair Shop
☐ Repair Shop disposing of major component scrap
☐ Inspection Station
☐ Qualified Dealer
☐ Mobile Car Crusher
☐ Scrap Collector
☐ Scrap Processor
☐ Certified Inspector

Current facility/certified inspector numbers: 7035172 7122138
Previous facility/certified inspector numbers: DNDA/DO DNDA/DO

**PART 4**

Place of business: Do you
☐ Own (complete Section A) // Attach copy of tax bill or deed
*The name on the tax bill or deed must match the Business Name in Part 1*
☐ Lease (complete Sections A and B) // Attach copy of your lease
*The name on the tax bill or deed does not match the Business Name listed in Part 1*
☑ Sublease (complete Sections A, B and C) // Attach copy of your sublease
☐ Pending/Lease (complete Sections A and B) // Attach notarized statement from property owner*
☐ Pending/sublease (complete Sections A and B) // Attach notarized statement from property owner*

*** Notarized statement from the property owner stating you will have permission to use location to operate your business (i.e. dealers can sell motor vehicles) upon application approval, describing exactly which portions of the building your business will occupy.**

**A. All applicants must complete this section.**

| | |
|---|---|
| Name of Property Owner: Taub Development LLC | Phone No. (Area Code) (516) 754 8839 |
| Owner Mailing Address (Include Number and Street): 48 Harbor PK Dr | |
| City: Port Washington | State: NY ZIP: 11050 |
| Number of Years or Months Owned: 20 yrs | Is this property zoned for all of the business type(s) you are applying for? ☑ YES ☐ NO |

**PLEASE NOTE:** If any of the leases will expire in the next six months, // you must provide a letter from the **owner or lessor** stating the intention to renew that lease. If you do not provide the required information with your application, the application will be **denied**.

**B. If you are leasing or subleasing, complete this section.**

| | | | | |
|---|---|---|---|---|
| Print the name the lease is in (Lessee Name): USA Premier Motors Corp | | | | Phone No. (Area Code) (516) 584 7062 |
| Business Address: 180 Michael Drive | City: Syosset | State: NY | ZIP: 11791 | Must Have at Least Six-Month Lease Expiration Date / / |

**C. If you are subleasing, complete this section.**

| | | | | |
|---|---|---|---|---|
| Print the name the sublease is in (Sublessee Name): Northshore Motor Leasing LLC | | | | Phone No. (Area Code) (516) 226 1402 |
| Business Address: 180 Michael Drive | City: Syosset | State: NY | ZIP: 11791 | Must Have at Least Six-Month Lease Expiration Date / / |

VS-1DI (3/17) NORTHSHORE MOTOR LEASING LLC

NEW YORK STATE OF OPPORTUNITY | Department of Motor Vehicles

## DEALER/TRANSPORTER INFORMATION

**Complete #1 and read #2**

1. Check business type(s) below:

☐ **Retail Motor Vehicle Dealer, New (franchised passenger cars, SUVs, light trucks, etc.) –** With one or more franchise agreements with one or more registered manufacturers to sell at retail a particular make of **new** motor vehicle. You must include a copy of every franchise agreement with your application.

Number of dealer demonstration plates requested______. Number of MV-50 books requested______.

☑ **Retail Motor Vehicle Dealer, Other (motorcycles, trailers, used cars, RVs, heavy trucks, etc.)** – Engaged in retail or retail with wholesale buying, selling or dealing in motor vehicles, motorcycles, limited use vehicles or trailers of more than 1,000 pounds unladen weight (other than mobile homes).

Number of dealer demonstration plates requested 10. Number of MV-50 books requested 4.

☐ **Wholesale Motor Vehicle Dealer** – Engaged in buying, selling or dealing in motor vehicles, motorcycles or trailers at wholesale ONLY (cannot sell retail).

Number of transporter plates requested______. Number of MV-50 books requested______.

☐ **Boat Dealer** – Engaged in buying, selling or trading boats designed to have a motor, and that can be used to transport one or more people across water.

Number of boat dealer demonstration numbers requested______. Number of dealer demonstration plates requested______.

☐ **Transporter** – Requiring the limited operation of motor vehicles, motorcycles, limited use vehicles or trailers for the purpose of delivery, repair or improvements. Include a written statement with your application that explains, in detail, your business need for transporter plates.

Number of transporter plates requested______.

☐ **ATV Dealer** – engaged in buying, selling or trading ATVs.

☐ **Yacht Broker** – acts as an agent for either the buyer or the seller of a boat.

2. **All Motor Vehicle Dealers** are required to have in place (and filed with NYS DMV) a surety bond, in the appropriate amount, as follows:

$20,000 – Retail or Wholesale Motor Vehicle Dealer (other than New) that sold 50 or fewer vehicles during the previous calendar year.

$100,000 – Retail or Wholesale Motor Vehicle Dealer (other than New) that sold more than 50 vehicles during the previous calendar year.

$50,000 – Retail Motor Vehicle Dealer, New (franchised passenger cars, SUVs, light trucks, etc.)*

* Dealers selling only trailers, motorcycles, vehicles over 10,000 pounds, ATVs, boats, snowmobiles are exempt from the bond requirements.

**Form VS-3, Dealer Bond Under New York State Vehicle and Traffic Law Section 415(6-b), must be completed by the surety company. The form (copies accepted), with the surety company's seal, business name, address and signature of owner/partner/corporate officer/managing member, and power of attorney papers must be included with your application.**

ALL DEALER REGISTRATIONS (MOTOR VEHICLE, BOAT, TRANSPORTER, AND ATV)
see VS-142, Dealer/Transporter Requirements.

NEW YORK STATE OF OPPORTUNITY | Department of Motor Vehicles

# INSPECTION STATION INFORMATION

*****IMPORTANT NOTICE FOR PUBLIC EMISSIONS INSPECTION STATION LICENSE APPLICANTS*****

The number of public official emissions inspection stations allowed in each county of the State is capped. Before you submit your application, check to see if the county you are applying in is at its maximum number. If this county is at its maximum you can:

- Purchase an existing facility and attach form VS-95.
- Reserve a spot on the waitlist with form VS-94 (no need to submit an Original Facility Application at this time).

More information can be found at dmv.ny.gov/node/1906. If you have questions about the Inspection Station Cap, call the DMV Vehicle Safety Application Unit at 518-474-0919.

**Complete this section:**

1. Check the type of station license you are requesting (only one):

☐ **Public Inspection Station** – Inspects vehicles for general public and must have a repair shop at the same location. *Please be sure to read the important notice above.*

☑ **Dealer Inspection Station** – Must have a dealer registration. Dealer business name and inspection station name must be the same. Inspects only vehicles owned by the dealership and its employees.

☐ **Fleet Inspection Station** – Business must have more than 25 vehicles registered in its name, and perform inspections only on its own vehicles and vehicles owned by employees of the firm.

If you checked "Fleet Inspection Station", how many vehicles are registered in the business name? __________

2. Check the inspection group(s) for vehicles you intend to inspect, and for which you have the necessary space and equipment:

**Group 1** ☒ a & b ☐ b only

a. All passenger vehicles, suburbans, and trucks up to and including 18,000 pounds MGW. All public stations must have a NYVIP emissions system. For information on purchasing inspection equipment, call OPUS (Systech) at 1-866-623-8378.

b. Trailers up to and including 18,000 pounds MGW

**Group 2** ☐ a & b ☐ a only ☐ b only

a. • All motor vehicles over 18,000 pounds MGW
- All motor vehicles that have an MGW over 10,000 pounds and under 18,001 pounds, when requested by the registrant
- All motor vehicles with a seating capacity of more than fourteen passengers
- All trailers that have an MGW over 18,001 pounds, and those trailers that have an MGW over 10,000 pounds and under 18,001 pounds, when requested by the registrant

b. • All semi-trailers

**Group 3** ☐ Motorcycles

**Group DL** ☐ Diesel Emissions testing

3. If you will perform Diesel Emissions Inspections, print the manufacturer's name and the model number of the testing equipment here: __________ (Manufacturer's Name) __________ (Model Number)

4. What is the length and width (in feet) of your enclosed inspection area? _____ (Length) X _____ (Width) = _____ (Total Area)

What is the height of your overhead door (in feet)? _____ (Overhead Door Height)

5. Give the name and certificate number of each of the Certified Inspectors at your facility. Attach an additional page if you need more room to list the inspectors. **You must have at least one full-time inspector.**

| Name | Certificate Number | Expiration Date |
|---|---|---|
| Richard Toporek PP | C6K5 | 4/18 ✓ |
| | | |

INSPECTION STATION LICENSE – see VS-143, Inspection Station Requirements

# Your Original Facility Application is nearly complete.

**REMEMBER TO INCLUDE THE FEES ASSOCIATED WITH THIS APPLICATION!**

When you submit this application, you must submit TWO separate checks, both made payable to the Commissioner of Motor Vehicles.

Check 1 (Application and Business Fees): .................... $587.50

Check 2 (MV-50 fees): .................................... $260.00

**NOTE:** If you are applying to be a Transporter, Boat Dealer, Yacht Broker or ATV Dealer, the above fees may not be correct. Please contact Vehicle Safety at (518) 474-0919 and select Option #6 for the correct fee for your application.

## CERTIFICATION

(all applicants must complete this section)

**FALSE STATEMENTS ON THIS APPLICATION ARE PUNISHABLE BY LAW AND MAY RESULT IN DENIAL, SUSPENSION, OR REVOCATION OF YOUR BUSINESS CERTIFICATE(S). I certify that I am the owner, partner, officer or managing member of the facility named on this application, I am not a franchisor as defined in Vehicle and Traffic Law §462(8), and all information provided in this application is true. I am, and will continue to be, in compliance with all state and local laws and regulations.**

Name: BRIAN CHABRIER

Date of Birth (Month/Day/Year): [redacted]

Business e-mail address: INFO@NORTHSHOREMOTORS1.COM

Residence Address (Include Number and Street): [redacted] City: [redacted] State: [redacted] Zip: [redacted]

Please Sign Name in Full: ▶ [signature]

Title: OWNER

Date (Month/Day/Year): 2/1/18

**PLEASE REVIEW THE REQUIREMENT CHECKLIST(S). YOU MUST MEET ALL REQUIREMENTS TO BE APPROVED.**

- ***Have you completed the entire application?***
- ***Have you signed the application?***
- ***Have you included your check(s) or money order(s) for the application and registration/licensing fees? (NO STARTER CHECKS ACCEPTED)***
- ***Make your check(s) or money order(s) payable to: Commissioner of Motor Vehicles***
- **Return this completed application along with all REQUIRED ATTACHMENTS by mail to:**

**Vehicle Safety Services**
**Application Unit**
**6 Empire State Plaza, Room 220**
**Albany NY 12228-0001**

**If you need assistance, call the Office of Vehicle Safety Application Unit at 518-474-0919.**

**Forms are available at dmv.ny.gov**

DIVISION OF CORPORATIONS AND STATE RECORDS ALBANY, NY 12231-0001

ONLINE FILING RECEIPT

=====================================================================

ENTITY NAME: NORTHSHORE MOTOR LEASING LLC

DOCUMENT TYPE: ARTICLES OF ORGANIZATION (DOM. LLC) COUNTY: NASS

=====================================================================

FILED:11/01/2017 DURATION:********** CASH#:171101010212 FILE#:171101010212
DOS ID:5227652

FILER:
JOHN BROCCO
PO BOX 53
NEW HYDE PARK, NY 11040

EXIST DATE
11/01/2017

ADDRESS FOR PROCESS:
NORTHSHORE MOTOR LEASING LLC
180 MICHAEL DRIVE
SYOSSET, NY 11791

REGISTERED AGENT:

STATE OF NEW YORK DEPARTMENT OF STATE

The limited liability company is required to file a Biennial Statement with the Department of State every two years pursuant to Limited Liability Company Law Section 301. Notification that the Biennial Statement is due will only be made via email. Please go to www.email.ebiennial.dos.ny.gov to provide an email address to receive an email notification when the Biennial Statement is due.

=====================================================================

SERVICE COMPANY: ** NO SERVICE COMPANY **
SERVICE CODE: 00

| | | | |
|---|---|---|---|
| FEE: | 210.00 | PAYMENTS | 210.00 |
| FILING: | 200.00 | CHARGE | 210.00 |
| TAX: | 0.00 | DRAWDOWN | 0.00 |
| PLAIN COPY: | 0.00 | | |
| CERT COPY: | 10.00 | | |
| CERT OF EXIST: | 0.00 | | |

=====================================================================

DOS-1025 (04/2007)

**Authentication Number: 1711010197 To verify the authenticity of this document you may access the Division of Corporation's Document Authentication Website at**

# STATE OF NEW YORK

# DEPARTMENT OF STATE

I hereby certify that the annexed copy has been compared with the original document in the custody of the Secretary of State and that the same is true copy of said original.

WITNESS my hand and official seal of the Department of State, at the City of Albany, on November 01, 2017.

Brendan W. Fitzgerald
Executive Deputy Secretary of State

Rev. 06/07

# ARTICLES OF ORGANIZATION
# OF
# Northshore Motor Leasing LLC

Under Section 203 of the Limited Liability Company Law

**FIRST:** The name of the limited liability company is:

**Northshore Motor Leasing LLC**

**SECOND:** The county, within this state, in which the office of the limited liability company is to be located is NASSAU.

**THIRD:** The Secretary of State is designated as agent of the limited liability company upon whom process against it may be served. The address within or without this state to which the Secretary of State shall mail a copy of any process against the limited liability company served upon him or her is:

NORTHSHORE MOTOR LEASING LLC
180 MICHAEL DRIVE
SYOSSET, NY 11791

I certify that I have read the above statements, I am authorized to sign these Articles of Organization, that the above statements are true and correct to the best of my knowledge and belief and that my signature typed below constitutes my signature.

JOHN BROCCO, ORGANIZER (signature)

JOHN BROCCO , ORGANIZER
PO BOX 53
NEW HYDE PARK, NY 11040

**Filed by:**
JOHN BROCCO
PO BOX 53
NEW HYDE PARK, NY 11040

**FILED WITH THE NYS DEPARTMENT OF STATE ON: 11/01/2017**
**FILE NUMBER: 171101010212; DOS ID: 5227652**


NEW YORK STATE
DRIVER LICENSE

Taxation and Finance
Sales Tax Registration
W A Harriman Campus
Albany NY 12227-0865

1040200560563500 AP00

NORTHSHORE MOTOR LEASING LLC
180 MICHAEL DR
SYOSSET NY 11791-5328

New York State Department of Taxation and Finance

# Certificate of Authority

Identification number

**82-3331757**

*(Use this number on all returns and correspondence)*

EXCELSIOR

**VALIDATED**

**2/14/2018**

Dept of Tax
and Finance

NORTHSHORE MOTOR LEASING LLC
180 MICHAEL DR
SYOSSET NY 11791-5328

is authorized to collect sales and use taxes under Articles 28 and 29 of the New York State Tax Law

**Nontransferable**

This certificate must be prominently displayed at your place of business.
Fraudulent or other improper use of this certificate will cause it to be revoked.
The certificate may not be photocopied or reproduced.

40201091000098 1DB8 - 0460635 P0000227 - 01 DTF-17-A (11/14)

LEASE dated 2/1/2018, between UEA PREMIER MOTORS CORP having a place of business at 180 MICHAEL DRIVE, SYOSSET NY 11791 (hereinafter called the "Landlord and/or Lessee"),and NORTHSHORE MOTOR LEASING LLC, a New York corporation having a place of business at 180 MICHAEL DRIVE,SYOSSET NY 11791 (hereinafter called the "Tenant and/or Sub-Lessee")

**W I T N E S S E T H :**

1. Demise of Premises, Term and Rent. Landlord does hereby lease and demise to Tenant, and Tenant does hereby hire and take from Landlord, subject to any ground leases and/or underlying leases and/or mortgages as hereinafter provided, and upon and subject to the covenants, agreements, term, provisions and conditions of this Lease for the term hereinafter stated, the portion of the store premises and the portion of the basement each more specifically shown, respectively, hatched and cross-hatched on the plans attached hereto as Exhibits "A" and "B", said demised premises, together with all fixtures, equipment, improvements, installations and appurtenances which at the commencement of or during the term of this Lease are thereto attached (except items not deemed to be included therein and removable by Tenant as provided in Article 4 of this Lease) are hereinafter called the "premises", and the plot of land on which the Building has been constructed is hereinafter called the "Land".

The term of this Lease shall commence on FEBRUARY 1ST 2018 (subject to postponement of said specific date as provided in Article 2 hereof) or on such earlier date as Tenant shall occupy the premises or any part thereof with the consent of Landlord for the purpose of carrying on the normal functions of Tenant's business (such date for the commencement of the term hereof being hereinafter called the "term commencement date") and shall end on FEBRUARY 27th, 2023 or shall end on such earlier date upon which said term may expire or be terminated pursuant to any of the conditions of limitation or other provisions of this Lease or pursuant to law.

The premises shall be used for the following, but not for any other purpose, namely: AUTOMOTIVE SALES

Landlord agrees that Landlord will not lease any other space in the Building which is subject to Landlord's control to any entity for any primary use which includes any use set forth in the preceding paragraph hereof but nothing contained herein shall preclude Landlord from leasing space where any such use referred to the preceding paragraph hereof is incidental to the primary or main use of the tenant, occupant or user thereof.

The rent reserved under this Lease for the term hereof shall be and consist of the following fixed rent, namely:

(a) for and during the period commencing on 02/01/2018 and ending on 02/27/2023, ($291,996) Dollars per annum;

(b) for and during the period commencing on NA and ending on NA, ($NA) Dollars per annum;

(c) for and during the period commencing on NA and ending on NA, ($NA) Dollars per annum;

all such fixed rent being payable in equal monthly installments in advance, on the first day of each and every calendar month during said term (except that Tenant shall pay the monthly installment of fixed rent for the month of $24,333.00 on the execution hereof), plus such additional rent and other charges as shall become due and payable hereunder, which additional rent and other charges shall be payable as hereinafter provided; all to be paid to Landlord at is office, or such other place as Landlord may designate, in lawful money in the Untied States of America. The monthly installments of fixed rent for the month during which the term commencement date occurs and the month during which the term hereof expires shall each be prorated.

In addition to the foregoing, and in further consideration of Landlord entering into this Lease, upon the execution of this Lease, Tenant shall also pay to Landlord the sum of $24,333.00. If Tenant's check or checks for such sum, or the sum referred to in the immediately preceding paragraph hereof, shall not be honored by the bank upon which it or they are drawn for any reason of any kind or nature whatsoever, this Lease shall be, and shall be deemed to be, without notice, immediately cancelled and terminated and of no further force or effect and Landlord shall have no liability or obligation to Tenant under this Lease.

Provided Tenant shall not at any time be in default of any of the convents, agreements, terms, provisions or conditions of this Lease on its part to be kept, observed and performed, the monthly installments or part thereof of fixed rent payable by Tenant to Landlord for the period commencing on the term commencement date and ending on 02/27/2023 shall be abated; the twelve (12) monthly installments of fixed rent payable by Tenant to Landlord for the period beginning jan and ending dec shall each be abated by an amount equal to $24333; and, the sixty (60) monthly installments of fixed rent payable by Tenant to Landlord for the period beginning 02/1/2018 and ending 02/27/2023 shall each be abated by an amount equal to $24333 .

Tenant does hereby covenant and agree promptly to pay the fixed rent, additional rent and other charges herein reserved as and when the same shall become due and payable, without demand therefor, and without any set-off or deduction whatsoever, and to keep and perform, and to permit no violation of, each and every of the covenants, agreements, terms provisions and conditions herein contained on the part and on behalf of Tenant to be kept and performed.

For default in payment of additional rent or other sums or charges herein reserved or payable by Tenant, Landlord shall have the same remedies as for a default by Tenant in the payment of fixed rent payable hereunder.

If Tenant shall fail to pay any installment of fixed rent or additional rent or other sums or charges within ten (10) days after the same shall be due then, Tenant shall pay a late charge of $10% for each $1.00 so unpaid. Nothing herein contained shall be intended to violate any applicable law, code or regulation, and, in all instances, such late charge shall be automatically reduced to any maximum applicable legal rate or charge. Such late charge shall be imposed monthly for each late payment and is in addition to all other rights and remedies available to Landlord and shall not be deemed to limit any such rights or remedies.

Tenants' obligations and responsibilities pursuant to any provision of this Lease, including the payment of any fixed rent

"lessor under an underlying lease".

Tenant understands that, in order for Landlord to lease and demise the premises to Tenant for the term set forth in Article 1 hereof, Landlord is required to exercise certain options to extend the term of the Prime Lease as therein set forth. Landlord agrees that, so long as Tenant is not in default of any of the covenants, agreements, terms, provisions and conditions of this Lease on its part to be kept, observed and performed, beyond any applicable cure period, Landlord shall timely exercise such options to the intent and purposes that the term of this Lease shall be as set forth in said Article 1.

If, at anytime during the term of this Lease, Tenant shall claim that Landlord is in default or in breach of its obligations hereunder or is otherwise liable to Tenant and such default or breach or liability shall result from, or be attributable to, the default or failure of owner, Tenant agrees that Landlord shall not be liable or responsible to Tenant in connection therewith; provided, however, Landlord agrees to assign to Tenant any cause of action that Landlord may have against Owner as a result of such default or failure.

37. Quiet Enjoyment. Landlord covenants that if, and so long as, Tenant keeps and performs each and every covenant, agreement, term, provision and condition herein contained on the part and on behalf of Tenant to be kept and performed, Tenant shall quietly enjoy the premises without hindrance or molestation by Landlord or by any other person lawful claiming the same, subject to the covenants, agreements, terms, provisions and conditions of this Lease and to the ground leases and/or underlying lease and/or mortgages to which this Lease is subject and subordinate as hereinbefore set forth.

38. Tenant's Right to Cancel. At any time during the term hereof, Tenant, upon at least six (6) months prior written notice to Landlord, may elect to cancel and terminate this Lease and the term and estate hereby granted as of the date set forth in said notice by Tenant to Landlord (hereinafter referred to as the "Termination Date"). In the event (a) Tenant shall vacate and surrender the premises on or before the Termination Date and Tenant shall not otherwise be in default of any of the covenants, agreements, terms, provisions and conditions of this Lease on its part to be kept, observed and performed hereunder and (b) Landlord shall have re-let the premise for a term commencing on the date immediately following the Termination Date, Landlord shall return to Tenant the $0 referred to in Article 1 hereof; provided, however, if, on the Termination Date, Landlord shall not have re-let the premises, Landlord shall be entitled to retain said $0 until such time as Landlord shall have re-let the premises and at the time of such re-letting, Landlord shall only be obligated to return to Tenant an amount equal to $0 less $0 for each calendar month or part thereof occurring immediately after the expiration of the Termination Date during which Landlord did not re-let the premises.

39. Sprinkler System Disclosure. The leased premises is/is not serviced by a maintained and operative sprinkler system that was last maintained on 1/1/18 and was last inspected on 1/1/18

IN WITNESS WHEREOF, Landlord and Tenant have duly executed this Lease as of the day and year first above written.

LESSOR

UEA PREMIER MOTORS CORP

Attest/Witness:

LESSEE

NORTHSHORE MOTOR LEASING LLC.

Attest/Witness:

New York State Department of Motor Vehicles

# DEALER BOND UNDER NEW YORK STATE VEHICLE AND TRAFFIC LAW SECTION 415(6-b)

FACILITY NUMBER: ____________

KNOW ALL PERSONS BY THESE PRESENTS:

BOND NUMBER: 63509108

Whereas, the undersigned Northshore Motors Leasing LLC (Dealer Name)

of 180 Michael Dr., Syosset, NY 11791 (Full Dealer Address)

(hereinafter referred to as Principal) has applied for or is about to make application for a registration certificate as a dealer, qualified dealer or new motor vehicle dealer pursuant to New York Vehicle and Traffic Law section 415; and

Whereas, the undersigned WESTERN SURETY COMPANY (Surety Name)

of P.O. Box 5077, Sioux Falls, SD 57117-5077 (Surety Address)

(hereinafter referred to as Surety), a corporation organized and existing under the laws of the state of South Dakota and authorized to transact business as a surety insurer in the State of New York, is willing to act as surety on this Bond to comply with the requirements of Vehicle and Traffic Law section 415(6-b); and

Whereas, Vehicle and Traffic Law section 415(6-b) requires that dealers, qualified dealers, and new motor vehicle dealers obtain and continue in effect a surety bond as a condition to obtaining a registration certificate (except those dealers who exclusively sell motor vehicles solely for conversion for use as tow trucks, buses, school buses, garbage trucks, marine trailers, tow trucks, motorcycles, recreational vehicles, snowmobiles, trailers, mobile homes, or construction equipment);

Now, therefore, Principal, as principal, and Surety, as surety, do hereby bind themselves and their heirs, executors, successors and assigns, to the State of New York in a sum not to exceed the amount below, the payment for which the Principal and Surety bind themselves and their legal representatives, firmly by these presents, pursuant to Vehicle and Traffic Law section 415(6-b), and subject to the following conditions:

BOND AMOUNT: One Hundred Thousand and 00/100 (Dollars) ($ 100,000.00 )

1. The term of this Bond shall commence February 1st, 2018 and shall continue in full force and effect until terminated by sixty (60) days written notice of cancellation delivered to the New York State Commissioner of Motor Vehicles by the Surety.

2. The Surety shall be required to provide sixty (60) days written notice to the New York State Commissioner of Motor Vehicles prior to the effective date of cancellation of the Bond by first class mail. The Surety shall also provide additional notice to the New York State Commissioner of Motor Vehicles, upon the date of cancellation or lapse of such bond.

3. The conditions of this Bond are that the Principal shall:
   (a) pay all valid bank drafts, including checks, drawn by the Principal for the purchase of motor vehicles;
   (b) transfer good title to each motor vehicle which the Principal sells;
   (c) maintain and keep safe all customer deposits related to the sale of a motor vehicle from the time of receipt of such customer deposit until good title has been transferred to the customer;
   (d) pay all fines imposed upon the Principal by the Commissioner of Motor Vehicles pursuant to the provisions of the Vehicle and Traffic Law; and
   (e) repay any overcharges of a customer for vehicle registration and titling charges payable to the Commissioner of Motor Vehicles for registering and titling the sold vehicle.

4. Recovery against this Bond may be made by a person, including the State, who obtains a judgment against the Principal for an act or omission on which the Bond is conditioned, if the act or omission occurred during the term of the Bond. The total liability imposed on the Surety for all breaches of the Bond condition is limited to the face amount of the Bond. Such liability may include, but is not limited to, the amount of the valid bank drafts, including checks, drawn by the Principal for the purchase of motor vehicles, or the amount of the overcharge by the Principal for registration or title fees, or the amount paid to such Principal, or the deposit, as the case may be, for the motor vehicle for which good title was not delivered. In no event shall the Surety on a Bond be liable for total claims in excess of the bond amount, regardless of the number or nature of claims made against the bond, or the number of years the bond remained in force, nor shall this Bond provide coverage for transactions involving sales of any motor vehicles for which a bond is not required pursuant to Vehicle and Traffic Law section 415 (6-b).

In witness whereof, the Principal and Surety have hereunto set their hands and seals on this 15th day of February in the year of 2018.

SEAL:

WESTERN SURETY COMPANY CORPORATE SEAL SOUTH DAKOTA

Northshore Motors Leasing LLC, Principal
Print Name

By: [signature]
Signature

WESTERN SURETY COMPANY, Surety
Print Name

By: [signature]
Signature Paul T. Bruflat, Vice President

VS-3 (9/17)

dmv.ny.gov

# Western Surety Company

## POWER OF ATTORNEY

**KNOW ALL MEN BY THESE PRESENTS:**

That WESTERN SURETY COMPANY, a corporation organized and existing under the laws of the State of South Dakota, and authorized and licensed to do business in the States of Alabama, Alaska, Arizona, Arkansas, California, Colorado, Connecticut, Delaware, District of Columbia, Florida, Georgia, Hawaii, Idaho, Illinois, Indiana, Iowa, Kansas, Kentucky, Louisiana, Maine, Maryland, Massachusetts, Michigan, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Hampshire, New Jersey, New Mexico, New York, North Carolina, North Dakota, Ohio, Oklahoma, Oregon, Pennsylvania, Rhode Island, South Carolina, South Dakota, Tennessee, Texas, Utah, Vermont, Virginia, Washington, West Virginia, Wisconsin, Wyoming, and the United States of America, does hereby make, constitute and appoint

Paul T. Bruflat of Sioux Falls, State of South Dakota, its regularly elected Vice President as Attorney-in-Fact, with full power and authority hereby conferred upon him to sign, execute, acknowledge and deliver for and on its behalf as Surety and as its act and deed, the following bond:

One Motor Vehicle Dealer

bond with bond number 63509108

for Northshore Motor Leasing LLC

as Principal in the penalty amount not to exceed: $ 100,000.00

Western Surety Company further certifies that the following is a true and exact copy of Section 7 of the by-laws of Western Surety Company duly adopted and now in force, to-wit:

Section 7. All bonds, policies, undertakings, Powers of Attorney, or other obligations of the corporation shall be executed in the corporate name of the Company by the President, Secretary, any Assistant Secretary, Treasurer, or any Vice President, or by such other officers as the Board of Directors may authorize. The President, any Vice President, Secretary, any Assistant Secretary, or the Treasurer may appoint Attorneys-in-Fact or agents who shall have authority to issue bonds, policies, or undertakings in the name of the Company. The corporate seal is not necessary for the validity of any bonds, policies, undertakings, Powers of Attorney or other obligations of the corporation. The signature of any such officer and the corporate seal may be printed by facsimile.

In Witness Whereof, the said WESTERN SURETY COMPANY has caused these presents to be executed by its Vice President with the corporate seal affixed this 26th day of February, 2018.

ATTEST

L. Nelson (signature)
L. Nelson, Assistant Secretary

WESTERN SURETY COMPANY

By Paul T. Bruflat (signature)
Paul T. Bruflat, Vice President

(Seal: WESTERN SURETY COMPANY CORPORATE SEAL SOUTH DAKOTA)

STATE OF SOUTH DAKOTA }
COUNTY OF MINNEHAHA } ss

On this 26th day of February, 2018, before me, a Notary Public, personally appeared Paul T. Bruflat and L. Nelson who, being by me duly sworn, acknowledged that they signed the above Power of Attorney as Vice President and Assistant Secretary, respectively, of the said WESTERN SURETY COMPANY, and acknowledged said instrument to be the voluntary act and deed of said Corporation.

(Seal: J. MOHR NOTARY PUBLIC SOUTH DAKOTA)

My Commission Expires June 23, 2021

J. Mohr (signature)
Notary Public

To validate bond authenticity, go to www.cnasurety.com > Owner/Obligee Services > Validate Bond Coverage.

Form F1975-1-2016

# Western Surety Company

## POWER OF ATTORNEY

**KNOW ALL MEN BY THESE PRESENTS:**

That WESTERN SURETY COMPANY, a corporation organized and existing under the laws of the State of South Dakota, and authorized and licensed to do business in the States of Alabama, Alaska, Arizona, Arkansas, California, Colorado, Connecticut, Delaware, District of Columbia, Florida, Georgia, Hawaii, Idaho, Illinois, Indiana, Iowa, Kansas, Kentucky, Louisiana, Maine, Maryland, Massachusetts, Michigan, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Hampshire, New Jersey, New Mexico, New York, North Carolina, North Dakota, Ohio, Oklahoma, Oregon, Pennsylvania, Rhode Island, South Carolina, South Dakota, Tennessee, Texas, Utah, Vermont, Virginia, Washington, West Virginia, Wisconsin, Wyoming, and the United States of America, does hereby make, constitute and appoint

Paul T. Bruflat of Sioux Falls, State of South Dakota, its regularly elected Vice President as Attorney-in-Fact, with full power and authority hereby conferred upon him to sign, execute, acknowledge and deliver for and on its behalf as Surety and as its act and deed, the following bond:

One Motor Vehicle Dealer

bond with bond number 63509108

for Northshore Motor Leasing LLC

as Principal in the penalty amount not to exceed: $ 100,000.00.

Western Surety Company further certifies that the following is a true and exact copy of Section 7 of the by-laws of Western Surety Company duly adopted and now in force, to-wit:

Section 7. All bonds, policies, undertakings, Powers of Attorney, or other obligations of the corporation shall be executed in the corporate name of the Company by the President, Secretary, any Assistant Secretary, Treasurer, or any Vice President, or by such other officers as the Board of Directors may authorize. The President, any Vice President, Secretary, any Assistant Secretary, or the Treasurer may appoint Attorneys-in-Fact or agents who shall have authority to issue bonds, policies, or undertakings in the name of the Company. The corporate seal is not necessary for the validity of any bonds, policies, undertakings, Powers of Attorney or other obligations of the corporation. The signature of any such officer and the corporate seal may be printed by facsimile.

In Witness Whereof, the said WESTERN SURETY COMPANY has caused these presents to be executed by its Vice President with the corporate seal affixed this 26th day of February, 2018.

ATTEST

L. Nelson

L. Nelson, Assistant Secretary

WESTERN SURETY COMPANY

By Paul T. Bruflat

Paul T. Bruflat, Vice President

WESTERN SURETY COMPANY CORPORATE SEAL SOUTH DAKOTA

STATE OF SOUTH DAKOTA }
COUNTY OF MINNEHAHA } ss

On this 26th day of February, 2018, before me, a Notary Public, personally appeared Paul T. Bruflat and L. Nelson who, being by me duly sworn, acknowledged that they signed the above Power of Attorney as Vice President and Assistant Secretary, respectively, of the said WESTERN SURETY COMPANY, and acknowledged said instrument to be the voluntary act and deed of said Corporation.

J. MOHR
SEAL NOTARY PUBLIC SOUTH DAKOTA SEAL

My Commission Expires June 23, 2021

J. Mohr

Notary Public

To validate bond authenticity, go to www.cnasurety.com > Owner/Obligee Services > Validate Bond Coverage.

Form F1976-1-2016

NEW YORK STATE OF OPPORTUNITY | Department of Motor Vehicles

# DEALER BOND UNDER NEW YORK STATE VEHICLE AND TRAFFIC LAW SECTION 415(6-b)

FACILITY NUMBER: ____________

**KNOW ALL PERSONS BY THESE PRESENTS:**

BOND NUMBER: 63509108

Whereas, the undersigned Northshore Motors Leasing LLC (Dealer Name),

of 180 Michael Dr., Syosset, NY 11791 (Full Dealer Address)

(hereinafter referred to as Principal) has applied for or is about to make application for a registration certificate as a dealer, qualified dealer or new motor vehicle dealer pursuant to New York Vehicle and Traffic Law section 415; and

Whereas, the undersigned WESTERN SURETY COMPANY (Surety Name),

of P.O. Box 5077, Sioux Falls, SD 57117-5077 (Surety Address)

(hereinafter referred to as Surety), a corporation organized and existing under the laws of the state of South Dakota and authorized to transact business as a surety insurer in the State of New York, is willing to act as surety on this Bond to comply with the requirements of Vehicle and Traffic Law section 415(6-b); and

Whereas, Vehicle and Traffic Law section 415(6-b) requires that dealers, qualified dealers, and new motor vehicle dealers obtain and continue in effect a surety bond as a condition to obtaining a registration certificate (**except** those dealers who **exclusively** sell motor vehicles solely for conversion for use as tow trucks, buses, school buses, garbage trucks, marine trailers, tow trucks, motorcycles, recreational vehicles, snowmobiles, trailers, mobile homes, or construction equipment);

Now, therefore, Principal, as principal, and Surety, as surety, do hereby bind themselves and their heirs, executors, successors and assigns, to the State of New York in a sum not to exceed the amount below, the payment for which the Principal and Surety bind themselves and their legal representatives, firmly by these presents, pursuant to Vehicle and Traffic Law section 415(6-b), and subject to the following conditions:

BOND AMOUNT: One Hundred Thousand and 00/100 (Dollars) ($ 100,000.00)

1. The term of this Bond shall commence February 1st, 2018 and shall continue in full force and effect until terminated by sixty (60) days written notice of cancellation delivered to the New York State Commissioner of Motor Vehicles by the Surety.

2. The Surety shall be required to provide sixty (60) days written notice to the New York State Commissioner of Motor Vehicles prior to the effective date of cancellation of the Bond by first class mail. The Surety shall also provide additional notice to the New York State Commissioner of Motor Vehicles, upon the date of cancellation or lapse of such bond.

3. The conditions of this Bond are that the Principal shall:
   (a) pay all valid bank drafts, including checks, drawn by the Principal for the purchase of motor vehicles;
   (b) transfer good title to each motor vehicle which the Principal sells;
   (c) maintain and keep safe all customer deposits related to the sale of a motor vehicle from the time of receipt of such customer deposit until good title has been transferred to the customer;
   (d) pay all fines imposed upon the Principal by the Commissioner of Motor Vehicles pursuant to the provisions of the Vehicle and Traffic Law; and
   (e) repay any overcharges of a customer for vehicle registration and titling charges payable to the Commissioner of Motor Vehicles for registering and titling the sold vehicle.

4. Recovery against this Bond may be made by a person, including the State, who obtains a judgment against the Principal for an act or omission on which the Bond is conditioned, if the act or omission occurred during the term of the Bond. The total liability imposed on the Surety for all breaches of the Bond condition is limited to the face amount of the Bond. Such liability may include, but is not limited to, the amount of the valid bank drafts, including checks, drawn by the Principal for the purchase of motor vehicles, or the amount of the overcharge by the Principal for registration or title fees, or the amount paid to such Principal, or the deposit, as the case may be, for the motor vehicle for which good title was not delivered. In no event shall the Surety on a Bond be liable for total claims in excess of the bond amount, regardless of the number or nature of claims made against the bond, or the number of years the bond remained in force, nor shall this Bond provide coverage for transactions involving sales of any motor vehicles for which a bond is not required pursuant to Vehicle and Traffic Law section 415 (6-b).

In witness whereof, the Principal and Surety have hereunto set their hands and seals on this 15th day of February in the year of 2018.

SEAL: [WESTERN SURETY COMPANY CORPORATE SEAL SOUTH DAKOTA]

Northshore Motors Leasing LLC, Principal
Print Name

By: ____________
Signature

WESTERN SURETY COMPANY, Surety
Print Name

By: [signature]
Signature Paul T. Bruflat, Vice President

VS-3 (3/17)

dmv.ny.gov

# Western Surety Company

## POWER OF ATTORNEY

**KNOW ALL MEN BY THESE PRESENTS:**

That WESTERN SURETY COMPANY, a corporation organized and existing under the laws of the State of South Dakota, and authorized and licensed to do business in the States of Alabama, Alaska, Arizona, Arkansas, California, Colorado, Connecticut, Delaware, District of Columbia, Florida, Georgia, Hawaii, Idaho, Illinois, Indiana, Iowa, Kansas, Kentucky, Louisiana, Maine, Maryland, Massachusetts, Michigan, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Hampshire, New Jersey, New Mexico, New York, North Carolina, North Dakota, Ohio, Oklahoma, Oregon, Pennsylvania, Rhode Island, South Carolina, South Dakota, Tennessee, Texas, Utah, Vermont, Virginia, Washington, West Virginia, Wisconsin, Wyoming, and the United States of America, does hereby make, constitute and appoint

Paul T. Bruflat of Sioux Falls

State of South Dakota, its regularly elected Vice President,

as Attorney-in-Fact, with full power and authority hereby conferred upon him to sign, execute, acknowledge and deliver for and on its behalf as Surety and as its act and deed, the following bond:

One Motor Vehicle Dealer

bond with bond number 63509108

for Northshore Motor Leasing LLC

as Principal in the penalty amount not to exceed: $ 100,000.00.

Western Surety Company further certifies that the following is a true and exact copy of Section 7 of the by-laws of Western Surety Company duly adopted and now in force, to-wit:

Section 7. All bonds, policies, undertakings, Powers of Attorney, or other obligations of the corporation shall be executed in the corporate name of the Company by the President, Secretary, any Assistant Secretary, Treasurer, or any Vice President, or by such other officers as the Board of Directors may authorize. The President, any Vice President, Secretary, any Assistant Secretary, or the Treasurer may appoint Attorneys-in-Fact or agents who shall have authority to issue bonds, policies, or undertakings in the name of the Company. The corporate seal is not necessary for the validity of any bonds, policies, undertakings, Powers of Attorney or other obligations of the corporation. The signature of any such officer and the corporate seal may be printed by facsimile.

In Witness Whereof, the said WESTERN SURETY COMPANY has caused these presents to be executed by its Vice President with the corporate seal affixed this 26th day of February, 2018.

ATTEST

L. Nelson (signature)

L. Nelson, Assistant Secretary

WESTERN SURETY COMPANY

By Paul T. Bruflat (signature)

Paul T. Bruflat, Vice President

(Seal: WESTERN SURETY COMPANY CORPORATE SEAL SOUTH DAKOTA)

STATE OF SOUTH DAKOTA }
COUNTY OF MINNEHAHA } ss

On this 26th day of February, 2018, before me, a Notary Public, personally appeared Paul T. Bruflat and L. Nelson who, being by me duly sworn, acknowledged that they signed the above Power of Attorney as Vice President and Assistant Secretary, respectively, of the said WESTERN SURETY COMPANY, and acknowledged said instrument to be the voluntary act and deed of said Corporation.

(Seal: J. MOHR NOTARY PUBLIC SOUTH DAKOTA SEAL)

My Commission Expires June 23, 2021

J. Mohr (signature)

Notary Public

**To validate bond authenticity, go to www.cnasurety.com > Owner/Obligee Services > Validate Bond Coverage.**

Form F1976-1-2016

SIZE > 3.3631 Acres

| TAX SERVICE CODE | TAX PAYOR CODE | ACCOUNT | FULL VALUE OF ASSESSMENT | LAND ASSESSMENT | TOTAL ASSESSMENT |
|---|---|---|---|---|---|
| | | | $2,312,900 UNIFORM PCT OF VALUE 1.000 | $23,129 | $23,129 |

345 UNDERHILL LLC C/O TAUB DEVELOPMENT LLC
165 EILEEN WAY
SYOSSET, NY 11791

| LEVY DESCRIPTION | PCT CHANGE FROM LAST YEAR | EXEMPTION CODE | TAXABLE VALUE | TAX RATE PER $ 100 | TAX AMOUNT |
|---|---|---|---|---|---|
| LOCUST GROVE SCHOOL | 3.070 | | $23,129.00 | 484.3920 | $112,035.03 |
| LOCUST GROVE LIBRARY | 0.000 | | $23,129.00 | 17.6690 | $4,091.29 |

**THIS IS YOUR SCHOOL TAX BILL**

THE BOARD OF EDUCATION IN EACH SCHOOL DISTRICT IS THE RESPONSIBLE BODY FOR SCHOOL AFFAIRS OVER WHICH THE TOWN OF OYSTER BAY HAS NO CONTROL. THE TOWN THROUGH THIS OFFICE ACTS AS AN AGENCY FOR THE COLLECTION AND DISTRIBUTION OF SCHOOL TAXES. FOR INFORMATION ABOUT TAX RATES AND AMOUNTS, CONTACT YOUR LOCAL DISTRICT DIRECTLY AT 364-5600 OR SYOSSET CSD, 99 PELL LANE SYOSSET, NY 11791.

FOR ALL QUESTIONS REGARDING ASSESSMENTS AND EXEMPTIONS, PLEASE CALL NASSAU COUNTY DEPARTMENT OF ASSESSMENT AT 516-571-1500.

FIRST HALF TAX >> $58,063.16

TOTAL >> $58,063.16

FIRST HALF TAX PAID ON — PENALTY INCLUDED

SECOND HALF TAX >> $58,063.16

TOTAL >> $58,063.16

SECOND HALF TAX PAID ON

TOTAL TAX >> $116,126.32

PAY THIS AMOUNT IF TOTAL TAX IS PAID ON OR BEFORE 11/10/2017 $115,545.69

DISCOUNT ALLOWED (-)
PENALTY INCLUDED (+)

PAYOR (other than owner)

PAYOR (other than owner)

Rev 9/1

# 2017-18 SCHOOL TAX — SECOND HALF 2017-18

**SECOND HALF – SCHOOL TAXES**
**DUE APRIL 1**
**SECOND HALF TAX PAYABLE WITHOUT PENALTY TO MAY 10**

When paying by mail, detach and return this stub with payment of the second half tax. If paying TOTAL TAX, return both first and second half stubs with payment.

When paying in person, bring the entire bill. Do not detach stubs.
1400450201 1822

☐ Check here if receipt is requested.

SCHOOL TAXES – TOWN OF OYSTER BAY

| S.D. CODE | SECTION | BLOCK | LOT |
|---|---|---|---|
| 14 | 15 | 157 | 44 |

PAY $58,063.16

PAYOR (other than owner):

DO NOT WRITE BELOW THIS LINE

345 UNDERHILL LLC C/O TAUB

3 1400450201 18220005806316

# 2017-18 SCHOOL TAX — FIRST HALF 2017-18

**FIRST HALF – SCHOOL TAXES**
**DUE OCTOBER 1**
**FIRST HALF TAX PAYABLE WITHOUT PENALTY TO NOVEMBER 10**

SCHOOL TAXES – TOWN OF OYSTER BAY

| S.D. CODE | SECTION | BLOCK | LOT |
|---|---|---|---|
| 14 | 15 | 157 | 44 |

NEW YORK STATE Department of Motor Vehicles

# INVESTIGATION RE: APPLICATION FOR MOBILE REPAIR,DEALER, TRANSPORTER, JUNK OR SALVAGE BUSINESSES

Tracking Number: 01293-1-DLU

1. Regional Office: Region #1 - Vehicle Safety

2. Name and address of firm or individual:
Northshore Motor Leasing LLC
180 Michael Dr.
Syosset NY 11791

Facility number: 7123750

3. Telephone numbers:
Business: (516) 226-1402 Home: ( ) ________

4. Name and title of person interviewed:
Brian Chabrier Pres

5. Type of inspection:
- [x] Original Application
- [ ] Change of Name
- [ ] Change of Address
- [ ] Re-Investigation
- [ ] Other ________
- [x] Type of Plates Requested dealer No. Requested 3

6. Premises are:
- [ ] Owned
- [ ] Rented
- [x] Lease Examined Expires: 2/27/23

7. For Dealer or Transporter:

Check Satisfactory or Unsatisfactory for the following:

| | Satisfactory | Unsatisfactory |
|---|---|---|
| Proofs of Ownership | ☐ | ☐ |
| Dealer Plates | ☐ | ☐ |
| Transporter Plates | ☐ | ☐ |
| Secure Area | ☑ | ☐ |
| Bond | ☑ | ☐ |
| Book of Registry | ☑ | ☐ |
| MV-50 Certificates of Sale | ☐ | ☐ |
| Display Space | ☑ | ☐ |
| Sign Type: red | ☑ | ☐ |
| Bills of Sale (invoices) | ☑ | ☐ |

8. Type of business:
- [x] Dealer
  - [ ] Retail New
  - [x] Retail Other
  - [ ] Wholesale
  - [ ] Boat
  - [ ] ATV
- [ ] Transporter
- [ ] Mobile Repair Shop
- [ ] Scrap Collector
- [ ] Vehicle Dismantler
- [ ] Salvage Pool
- [ ] Itinerant Vehicle Collector
- [ ] Mobile Car Crusher
- [ ] Scrap Processor

9. Premises are open for business:
Days 6 Hours 10-6

10. Describe any other type of business located on premises:

11. For Vehicle Dismantler and Salvage Pool:

| | YES | NO |
|---|---|---|
| Facility Number on Vehicles | ☐ | ☐ |
| Facility Number on Business Stationery and Advertising | ☐ | ☐ |
| Facility Number and Name Over Main Entrance | ☐ | ☐ |
| Book of Registry | ☐ | ☐ |

For Mobile Car Crusher and Itinerant Vehicle:

| | YES | NO |
|---|---|---|
| Facility Number on Vehicles | ☐ | ☐ |
| Book of Registry | ☐ | ☐ |

12. For Mobile Repair Shops:

| | YES | NO |
|---|---|---|
| Labor rate sign posted | ☐ | ☐ |

13. Number of sales staff presently employed: ☑ Full time 2 ☐ Part time ______

14. Was original Form VS-119C left with applicant? ☐ Yes ☑ No

15. Number of plate(s) approved: ☑ Dealer 3 ☐ Transporter ______ ☐ M/C ______
☐ ATV ______ ☐ Boat Demo No. ______

16. Number of books of MV-50's to be issued: 4 ☑ Retail ☐ Wholesale

17. Inspector's remarks (when referring to specific questions on reverse side, use question number):

Inspector's special instructions or changes for Central Office:

Applicant meets all requirements for a used vehicle dealers license.

Inspector's recommendation: ☑ Approved ☐ Denied ☐ Other ______

| Signature of Inspector | Inspector's Identification Number | Inspection Date |
|---|---|---|
| [signature] | 541 | 4/12/18 |

Supervisor's remarks and recommendations:
Approved per AFI's Report

| Supervisor's Signature | Date |
|---|---|
| Edward Dennis [signature] | 4/13/18 |

VS-119 (7/15)


NORTHSHORE
OTORS
516-225-1400
REGISTERED
NO 7123750
STATE OF NEW YORK
MOTOR VEHICLE
RETAIL DEALER


NORTHSHORE
OTORS
Certified Premier Luxury Vehicles
516-584-7062
WWW.NorthShoreMotors1.com


NORTHSHORE
MOTORS
Certified Premier Luxury Vehicles
Welcome to:
Northshore Motor Leasing LLC.
516-226-1400
www.NorthshoreMotors1.com
WELCOME
CARFAX ADVANTAGE DEALER

# Agreement and Bill of Sale

BY AND BETWEEN

AND ________ PURCHASER'S NAME ________ hereinafter designated Purchaser of

ADDRESS

"The above named seller agrees to sell the hereinafter mentioned and described automobile and the above named purchaser agrees to purchase said automobile upon the following conditions, it is agreed by both parties hereto that this contract embodies all terms and conditions of sale."

MILEAGE

| STOCK NO. | MAKE AND TYPE OF CAR | MODEL | YEAR | | VEHICLE ID NO. | SALESMAN |
|---|---|---|---|---|---|---|
| | | | | | | |

| | | | | |
|---|---|---|---|---|
| Cash Price of Car | $ | | Cash on Delivery of Car | |
| Less Trade In Allowance | $ | | Cash on Account with order | |
| Optional Warranty | | | Balance | |
| Term: | | | | $ |
| Other: | | | | |
| Total | $ | | | |
| Inspection | $ | | | |
| Registration | $ | | | |
| Sales Tax | $ | | | |
| Total Cash Price | $ | | | |

The principal prior use of this vehicle was as: ☐ rental ☐ a police vehicle ☐ lease

THE AMOUNT INDICATED ON THIS SALES CONTRACT OR LEASE AGREEMENT FOR ... FEES IS AN ESTIMATE. IN SOME INSTANCES, IT MAY EXCEED THE ACTUAL ... OF MOTOR VEHICLES. THE DEALER WILL AUTOMATICALLY AND WITHIN ... REGISTRATION AND TITLE, REFUND AMOUNT OVERPAID FOR SUCH FEES ...

PURCHASER

Remarks: Vehicle is used with ... miles

The purchaser agrees to pay the seller the sum of ... which is hereby acknowledged, and to pay the seller the balance due ... or purchaser hereby agrees to forfeit said amount ... purchaser until payment in full has been made ... The purchaser certifies that he is eighteen years of age, and has full legal ... is trading is free and clear of all encumbrances whatsoever.

IF THIS MOTOR VEHICLE IS CLASSIFIED AS A USED MOTOR VEHICLE ... CERTIFY THAT THE ENTIRE VEHICLE IS IN CONDITION AND REPAIR TO RENDER UNDER NORMAL USE SATISFACTORY AND ADEQUATE SERVICE UPON THE PUBLIC HIGHWAY AT THE TIME OF DELIVERY.

THE INFORMATION YOU SEE ON THE WINDOW FORM FOR THIS VEHICLE IS PART OF THIS CONTRACT. INFORMATION ON THE WINDOW FORM OVERRIDES ANY CONTRARY PROVISIONS IN THE CONTRACT OF SALE.

201 Accepted

By

... approval of an Executive of the Company

201 Purchaser's Signature

... AUTOMOTIVE PRODUCTS (718) 965-1550

New York State Department of Motor Vehicles

# ODOMETER AND DAMAGE DISCLOSURE STATEMENT

FEDERAL AND STATE LAWS REQUIRE THAT YOU PROVIDE THE MILEAGE AND CONDITION OF THE VEHICLE DESCRIBED BELOW WHEN TRANSFERRING OWNERSHIP OF IT TO SOMEONE ELSE. IF YOU DO NOT GIVE THE MILEAGE AND CONDITION INFORMATION TO THE NEW OWNER, OR IF YOU GIVE FALSE MILEAGE INFORMATION, YOU MAY BE SUBJECT TO FINES AND/OR IMPRISONMENT.

ODOMETER READING

(no tenths)

The vehicle described below is equipped with an odometer that (please check one):

☐ ______ has five digits, excluding tenths

☐ ______ has six digits, excluding tenths

☐ 1. I certify that, to the best of my knowledge, this odometer reading reflects the ACTUAL MILEAGE as seen on the odometer of the vehicle described below.

☐ 2. I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS." (The mileage is in excess of what the odometer is capable of recording.)

☐ 3. I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE." WARNING ODOMETER DISCREPANCY.

## DAMAGE DISCLOSURE STATEMENT – CHECK ONE BOX

Making a false statement or failure to accurately disclose the [illegible] vehicle may subject you to substantial civil fines in addition to any penalties under [illegible]

I certify that, to the best of my knowledge, this vehicle ☐ h[illegible] been wrecked, [illegible] or damaged to such an extent that the total estim[illegible] and labor to [illegible] reconstruct the vehicle to the condition it was in b[illegible] legal operation [illegible] of highways, is more than 75% of the retail v[illegible] time of loss. [illegible] "first" box means the vehicle must have s[illegible] before being [illegible] that the title issued will have the statement "Re[illegible]

| [illegible] | Model | Body Type | Vehicle Identification [illegible] |
|---|---|---|---|
| | | | |

| | Seller's Name (Print Name in Full) | |
|---|---|---|
| [illegible] (Number and Name, Rural Delivery, Box) | | Apartment No. |
| [illegible] | State | Zip Code | Date of Statement |

| | New Owner's Name (Print Name in Full) | |
|---|---|---|
| [illegible] (Number and Name, Rural Delivery, Box) | | Apartment No. |
| [illegible] | State | Zip Code | Date of Statement |

TO REORDER CALL: WHOLESALE AUTOMOTIVE PRODUCTS (518) 465-1390

307901

MOTOR VEHICLE BOOK OF REGISTRY

PAGE NO.

## PURCHASES

## SALES


STAPLES
WARNING:
MISE EN GARDE :








NEW YORK LONDON


PREMIUM LUXURY
584-7062
Certified Graphic Installation Company




JAGUAR
BMW
LEXUS
Ferrari
LAND-ROVER
INFINITI

Field Copy

NEW YORK STATE | Department of Motor Vehicles

Bureau of Consumer and Facility Services

# APPLICATION CODING SHEET

RECEIVED DEPT. OF MOTOR VEHICLES APR 05 2018 VEHICLE SAFETY REGION 1

☑ Investigation Required

TRACKING # : 2018-01293-1-DLU-ISD

FACILITY # : 7 1 2 3 7 5 0 3 OF NAME: N O R EXP. DATE: 03-20

FACILITY NAME: NORTH SHORE MOTOR

NAME OVERFLOW: LEASING LLC

STREET: 180 MICHAEL DRIVE

CITY/STATE: SYOSSET NY

ZIP CODE: 11791 COUNTY: NASS

OWNERSHIP TYPE: ☐ Individual ☐ Partnership ☑ Corporation ☐ Governmental ☐ Educational ☐ DBA

CORP/OWNER NAME: BRIAN CHABRIER

NAME OVERFLOW:

STREET: [redacted]

CITY/STATE: [redacted]

ZIP CODE: [redacted]

GROUPS: ☑ 1-A ☑ 1-B ☐ 2-A ☐ 2-B ☐ 3

INDICATORS: ☐ E ☐ M ☐ C

☑ Original ☐ Add Business

☐ Amendment ☐ Duplicate

☐ No Certificate Required

☐ Amend and ☐ Renew ☐ Approve ☐ Replace

☐ Add OOB

☐ Remove OOB

☐ Amend Groups

☐ Add ☐ Remove Emissions/Diesel No.

☐ Add ☐ Amend ☐ Remove Bond Ind.

☐ Cross Ref. Old Facility

☐ Amend Facility Type

From:

To:

☐ Add DBA ☐ Remove DBA

☐ Orig W/Exist Record

FACILITY TYPE AND CONTROL NO. — Appr/Denied

| | | | Appr/Denied |
|---|---|---|---|
| ☐ RS | ☐ RSB | ☐ DIA | |
| ☐ ISP | ☑ ISD 00043 | ☐ ISF | |
| ☐ DLN | ☑ DLU 00044 | ☐ DLQ | |
| ☐ DLW | ☐ DLB | ☐ DLS | |
| ☐ TRS | ☐ DIS | ☐ SLP | |
| ☐ IVC | ☐ MCC | ☐ SCP | |
| ☐ PSP | ☐ SCC | ☐ YTB | |
| ☐ 907 | ☐ ATV | | |

Bond Indicator: ☐ H ☑ K ☐ C ☐ E Total Fee: $ 0587.50

Facility Phone Number (516) 226-1402

OPAL ID # :

Date of Request: 04/02/2018 (mm/dd/yyyy) Processed By: TM (Initials)

VS-37A (3/17)

New York State Department of Motor Vehicles

# ORIGINAL FACILITY APPLICATION

FOR ASSISTANCE WITH THE COMPLETION OF THIS APPLICATION OR INFORMATION ON BUSINESS REQUIREMENTS PLEASE VISIT DMV.NY.GOV/ORG

| DMV USE ONLY | | |
|---|---|---|
| Tracking # 2018-01293 | County | Zip Code |
| Facility # 7123750 | Facility Name | |

## ALL APPLICANTS: PLEASE READ CAREFULLY

**These are the business types that you are applying for. Complete all 6 pages of this form**

☒ **Dealer/Transporter** DLU — *dealer/transporter information is on page 4*

☒ **Inspection Station** ISD IAIB — *Inspection information is on page 5*

**NOTE:** If applying for a Junk & Salvage business you will need to submit form VS-1JS.

**PART 1** Print name and location of business, business e-mail address and phone number below:

| Business Name | Business E-mail Address |
|---|---|
| NORTHSHORE MOTOR LEASING LLC | INFO@NORTHSHOREMOTORS1.COM |

| Business Street Address (physical location) | Business Phone No. (Area Code) |
|---|---|
| 180 MICHAEL DRIVE | (516) 226-1402 |

| City | State | ZIP | County |
|---|---|---|---|
| SYOSSET | NY | 11791 | NASSAU |

| Contact Person (principal of business) | Title | Contact's E-mail Address |
|---|---|---|
| BRIAN CHABRIER | OWNER | INFO@NORTHSHOREMOTORS1.COM |

| Mailing Address | Contact Phone No. (Area Code) |
|---|---|
| 180 MICHAEL DRIVE | (516) 521-9657 |

| City | State | ZIP | County |
|---|---|---|---|
| SYOSSET | NY | 11791 | NASSAU |

**PART 2** Ownership - you may only select one of the following four business types *(Part 2 continues on next page)*

☐ Individual (complete Section A)
☑ Corporation/LLC (complete Section C)
☐ Partnership (complete Section B)
☐ Government/Education (complete Section D)

**SECTION A**

☐ **INDIVIDUAL** (doing business in your legal name)
➢ Proof of business name not required.

**OR**

☐ **INDIVIDUAL WITH ASSUMED NAME** ("doing business as" or DBA name)
enclose a copy of the business certificate obtained from your County Clerk's office.

Attach a copy (front & back) of the owner's valid driver license. If the owner does not have a driver license, attach a copy of one of the following: non-driver ID card, passport or resident alien card.

| Last Name | First | MI | Date of Birth (Month/Day/Year) |
|---|---|---|---|
| | | | |

| Residence Address (Include Number and Street) | City | State | ZIP | Residence Phone No. (Area Code) |
|---|---|---|---|---|
| | | | | ( ) |

| Please Sign Name In Full | Driver License/Non Driver ID Number |
|---|---|
| ➧ | |

**SECTION B**

☐ **PARTNERSHIP WITH ASSUMED NAME** ("doing business as" or DBA name)
➢ Enclose a copy of the partnership papers obtained from your County Clerk's office. The partnership papers must contain all partners' names and the DBA name.

Complete one section for each partner; if more than three, attach additional pages. Attach a copy of each partner's driver license. If a partner does not have a driver license, attach a copy of one of the following: non-driver ID card, passport or resident alien card.

| | Last Name | First | MI | Date of Birth (Month/Day/Year) |
|---|---|---|---|---|
| 1. | | | | |
| | Residence Address (Include Number and Street) / City / State / ZIP | | | Residence Phone No. (Area Code) ( ) |
| | Please Sign Name In Full ➧ | | | Driver License Number |
| 2. | | | | |
| | Residence Address (Include Number and Street) / City / State / ZIP | | | Residence Phone No. (Area Code) ( ) |
| | Please Sign Name In Full ➧ | | | Driver License Number |
| 3. | | | | |
| | Residence Address (Include Number and Street) / City / State / ZIP | | | Residence Phone No. (Area Code) ( ) |
| | Please Sign Name In Full ➧ | | | Driver License Number |

MOTOR VEHICLE MAR 0 6 2018 DIVISION OF VEHICLE SAFETY

VS-1DI (3/17)

Part 2 continued on next page



CONFIDENTIAL IAG000406

## PART 2 (Ownership) CONTINUED FROM PAGE 1

☐ **CORPORATION** (Inc., Corp., Ltd.)

- Enclose a copy of the filing receipt issued from the NYS Department of State: **(518) 473-2492 or dos.ny.gov**

☐ **CORPORATION WITH ASSUMED NAME** ("doing business as" or DBA name)

- Print corporation name below and enclose a copy of the filing receipt with the assumed name issued from the NYS Department of State: **(518) 473-2492 or dos.ny.gov**

**Corporation Name** ______________________

☑ **LIMITED LIABILITY COMPANY (LLC)**

For Inc., Corp., and Ltd., list corporate officers. **President, Secretary and Treasurer are required** (one person may be President, Secretary, and/or Treasurer). List stockholders and percentage of stock (not required for publicly-traded companies). For LLC, list all managing members. Attach additional pages if needed. Attach a copy of each listed person's driver license. (If any listed person does not have a driver license, attach a copy of one of the following: non-driver ID card, passport or resident alien card. (Must include documents to show company is publicly-traded.)

SECTION C

1. Last Name: CHABRIER | First: BRIAN | MI: | Date of Birth (Month/Day/Year): [redacted]

Title (check all that apply) ☑ President ☐ Secretary ☐ Treasurer ☐ Member ☐ Other ________ | Percentage of Stock: 100

Residence Address (Include Number and Street): [redacted] | City: [redacted] | State: [redacted] | ZIP: [redacted] | Residence Phone No. (Area Code): [redacted]

Please Sign Name in Full ➧ | Driver License Number: 423566 832

2. Last Name | First | MI | Date of Birth (Month/Day/Year)

Title (check all that apply) ☐ President ☐ Secretary ☐ Treasurer ☐ Member ☐ Other ________ | Percentage of Stock

Residence Address (Include Number and Street) | City | State | ZIP | Residence Phone No. (Area Code) ( )

Please Sign Name in Full ➧ | Driver License Number

3. Last Name | First | MI | Date of Birth (Month/Day/Year)

Title (check all that apply) ☐ President ☐ Secretary ☐ Treasurer ☐ Member ☐ Other ________ | Percentage of Stock

Residence Address (Include Number and Street) | City | State | ZIP | Residence Phone No. (Area Code) ( )

Please Sign Name in Full ➧ | Driver License Number

SECTION D

☐ **EDUCATIONAL FACILITY** (School, BOCES)

- Print Superintendent's name below. No documents required for proof of business name.

**Superintendent** (Name and Phone No.) ______________________

☐ **GOVERNMENT AGENCY** (State, County, City)

- Print Government Official's name below. No documents required for proof of business name.

**Government Official** (Name and Phone No.) ______________________

Please enter information of supervising employee of facility who may be contacted regarding compliance issues.

1. Last Name | First | MI | Date of Birth (Month/Day/Year)

Contact Address (Include Number and Street) | City | State | ZIP | Contact Phone No. (Area Code) ( )

Email

Please Sign Name in Full ➧ | Driver License Number

NORTHSHORE MOTOR LEASING LLC

**PART 3** Complete all sections:

A. Have you or any person named in this application ever had a financial interest in a DMV-regulated business that had its license, registration or certification denied, suspended or revoked in New York State? This includes an interest as owner, partner, corporate officer or stockholder holding more than ten percent of the stock, and includes matters now on appeal. ☑ No ☐ Yes

If "YES": Specify name and address of the person(s), business type, facility number, certified inspector number, date and action that was taken.

B. Are you, or is anyone named in this application, scheduled for a hearing or been notified of a pending hearing regarding a DMV Vehicle Safety issued business license, registration or certification? ☑ No ☐ Yes

If "YES": Specify name and address of the person(s), business type, facility number, certified inspector number, date and action that was taken.

C. Have you or any person named in this application been convicted of, or forfeited bail for, any misdemeanor or felony at any time? ☑ No ☐ Yes

If "YES": Name ______ Date of Birth ______

Conviction Date ______ Penalty ______ Court ______

Explain specific nature of offense ______

If you have additional offenses they must be reported on an attached sheet.

D. Does anyone else have a financial interest in your business that is not disclosed on this application? ☑ No ☐ Yes

If "YES": Name ______

E. All applicants, except Inspection Stations and Transporters, must provide a copy of NYS Department of Taxation and Finance DTF-17A (Certificate of Authority) or your valid NYS issued tax ID number here: 82-3331757 tax.ny.gov or (518) 485-2889

*Verify your ID is valid at https://www7b.nystax.gov/TIVL/tivlStart before submitting.

F. You must provide your Federal Employer Identification Number: 82-3331757.

Do you have any employees? ☑ No ☐ Yes If "YES", attach a copy of proof of Worker's Compensation and Disability Insurance coverage.

G. Have you or anyone named in Part 2 of this application ever held a business license, registration or certification for any of the types below?

☐ No ☑ Yes If "YES" Check the type(s) below and provide all current and previous facility/certified inspector numbers. Attach additional page, if needed.

| | | | | |
|---|---|---|---|---|
| ☑ Retail Motor Vehicle Dealer, New | ☐ Dismantler | ☐ ATV Dealer | ☐ Inspection Station | ☐ Scrap Collector |
| ☑ Retail Motor Vehicle Dealer, Other | ☐ Transporter | ☐ Salvage Pool | ☐ Qualified Dealer | ☐ Scrap Processor |
| ☐ Wholesale Motor Vehicle Dealer | ☐ Boat Dealer | ☐ Repair Shop | ☐ Mobile Car Crusher | ☐ Certified Inspector |
| ☐ Itinerant Vehicle Collector | ☐ Yacht Broker | ☐ Repair Shop disposing of major component scrap | | |

Current facility/certified inspector numbers: 7035172 7122138

Previous facility/certified inspector numbers: DN/DA/DO DN/DA/DO

**PART 4**

Place of business: Do you

☐ Own (complete Section A) Attach copy of tax bill or deed.
*The name on the tax bill or deed must match the Business Name in Part 1.*

☐ Lease (complete Sections A and B) Attach copy of your lease
*The name on the tax bill or deed does not match the Business Name listed in Part 1.*

☑ Sublease (complete Sections A, B and C) Attach copy of your sublease

☐ Pending/Lease (complete Sections A and B) Attach notarized statement from property owner*

☐ Pending/sublease (complete Sections A and B) Attach notarized statement from property owner*

*** Notarized statement from the property owner stating you will have permission to use location to operate your business (i.e. dealers can sell motor vehicles) upon application approval, describing exactly which portions of the building your business will occupy.**

**A. All applicants must complete this section.**

| | | | |
|---|---|---|---|
| Name of Property Owner: Tirado Development LLC | | | Phone No. (Area Code) (516) 754 6839 |
| Owner Mailing Address (Include Number and Street): 49 Harbor PK Dr | | | |
| City: Port Washington | State: NY | ZIP: 11050 | |
| Number of Years or Months Owned: 20 yrs | Is this property zoned for all of the business type(s) you are applying for? ☑ YES ☐ NO | | |

**PLEASE NOTE:** If any of the leases will expire in the next six months, you must provide a letter from the **owner or lessor** stating the intention to renew that lease. If you do not provide the required information with your application, the application will be **denied**.

**B. If you are leasing or subleasing, complete this section.**

| | | | | |
|---|---|---|---|---|
| Print the name the lease is in (Lessee Name): USA Premier Motors Corp | | | | Phone No. (Area Code) (516) 584 7062 |
| Business Address: 180 Michael Drive | City: Syosset | State: NY | ZIP: 11791 | Must Have at Least Six-Month Lease Expiration Date / / |

**C. If you are subleasing, complete this section.**

| | | | | |
|---|---|---|---|---|
| Print the name the sublease is in (Sublessee Name): Northshore Motor Leasing LLC | | | | Phone No. (Area Code) (516) 226 1402 |
| Business Address: 180 Michael Drive | City: Syosset | State: NY | ZIP: 11791 | Must Have at Least Six-Month Lease Expiration Date / / |

OK PH

VS-1DI (3/17) NORTHSHORE MOTOR LEASING LLC

NEW YORK STATE OF OPPORTUNITY | Department of Motor Vehicles

## DEALER/TRANSPORTER INFORMATION

**Complete #1 and read #2**

1. Check business type(s) below:

☐ **Retail Motor Vehicle Dealer, New (franchised passenger cars, SUVs, light trucks, etc.)** – With one or more franchise agreements with one or more registered manufacturers to sell at retail a particular make of new motor vehicle. // You must include a copy of every franchise agreement with your application.

Number of dealer demonstration plates requested______. Number of MV-50 books requested______.

☑ **Retail Motor Vehicle Dealer, Other (motorcycles, trailers, used cars, RVs, heavy trucks, etc.)** – Engaged in retail or retail with wholesale buying, selling or dealing in motor vehicles, motorcycles, limited use vehicles or trailers of more than 1,000 pounds unladen weight (other than mobile homes).

Number of dealer demonstration plates requested 10. Number of MV-50 books requested 4.

☐ **Wholesale Motor Vehicle Dealer** – Engaged in buying, selling or dealing in motor vehicles, motorcycles or trailers at wholesale ONLY (cannot sell retail).

Number of transporter plates requested______. Number of MV-50 books requested______.

☐ **Boat Dealer** – Engaged in buying, selling or trading boats designed to have a motor, and that can be used to transport one or more people across water.

Number of boat dealer demonstration numbers requested______. Number of dealer demonstration plates requested______.

☐ **Transporter** – Requiring the limited operation of motor vehicles, motorcycles, limited use vehicles or trailers for the purpose of delivery, repair or improvements. Include a written statement with your application that explains, in detail, your business need for transporter plates.

Number of transporter plates requested______.

☐ **ATV Dealer** – engaged in buying, selling or trading ATVs.

☐ **Yacht Broker** – acts as an agent for either the buyer or the seller of a boat.

2. **All Motor Vehicle Dealers** are required to have in place (and filed with NYS DMV) a surety bond, in the appropriate amount, as follows:

$20,000 – Retail or Wholesale Motor Vehicle Dealer (other than New) that sold 50 or fewer vehicles during the previous calendar year.

$100,000 – Retail or Wholesale Motor Vehicle Dealer (other than New) that sold more than 50 vehicles during the previous calendar year.

$50,000 – Retail Motor Vehicle Dealer, New (franchised passenger cars, SUVs, light trucks, etc.)*

* Dealers selling only trailers, motorcycles, vehicles over 10,000 pounds, ATVs, boats, snowmobiles are exempt from the bond requirements.

// Form VS-3, Dealer Bond Under New York State Vehicle and Traffic Law Section 415(6-b), must be completed by the surety company. The form (copies accepted), with the surety company's seal, business name, address and signature of owner/partner/corporate officer/managing member, and power of attorney papers must be included with your application.

ALL DEALER REGISTRATIONS (MOTOR VEHICLE, BOAT, TRANSPORTER, AND ATV)
see VS-142, Dealer/Transporter Requirements

NEW YORK STATE OF OPPORTUNITY. | Department of Motor Vehicles

# INSPECTION STATION INFORMATION

*****IMPORTANT NOTICE FOR PUBLIC EMISSIONS INSPECTION STATION LICENSE APPLICANTS*****

The number of public official emissions inspection stations allowed in each county of the State is capped. Before you submit your application, check to see if the county you are applying in is at its maximum number. If this county is at its maximum you can:

- Purchase an existing facility and attach form VS-95.
- Reserve a spot on the waitlist with form VS-94 (no need to submit an Original Facility Application at this time).

More information can be found at dmv.ny.gov/node/1906. If you have questions about the Inspection Station Cap, call the DMV Vehicle Safety Application Unit at 518-474-0919.

**Complete this section:**

1. Check the type of station license you are requesting (only one):

☐ **Public Inspection Station** – Inspects vehicles for general public and must have a repair shop at the same location. *Please be sure to read the important notice above.*

☑ **Dealer Inspection Station** – Must have a dealer registration. Dealer business name and inspection station name must be the same. Inspects only vehicles owned by the dealership and its employees.

☐ **Fleet Inspection Station** – Business must have more than 25 vehicles registered in its name, and perform inspections only on its own vehicles and vehicles owned by employees of the firm.

If you checked "Fleet Inspection Station", how many vehicles are registered in the business name? ____________

2. Check the inspection group(s) for vehicles you intend to inspect, and for which you have the necessary space and equipment:

**Group 1** ☒ a & b ☐ b only

a. All passenger vehicles, suburbans, and trucks up to and including 18,000 pounds MGW. All public stations must have a NYVIP emissions system. For information on purchasing inspection equipment, call OPUS (Systech) at 1-866-623-8378.

b. Trailers up to and including 18,000 pounds MGW

**Group 2** ☐ a & b ☐ a only ☐ b only

a. • All motor vehicles over 18,000 pounds MGW
- All motor vehicles that have an MGW over 10,000 pounds and under 18,001 pounds, when requested by the registrant
- All motor vehicles with a seating capacity of more than fourteen passengers
- All trailers that have an MGW over 18,001 pounds, and those trailers that have an MGW over 10,000 pounds and under 18,001 pounds, when requested by the registrant

b. • All semi-trailers

**Group 3** ☐ Motorcycles

**Group DL** ☐ Diesel Emissions testing

3. If you will perform Diesel Emissions Inspections, print the manufacturer's name and the model number of the testing equipment here: ____________ (Manufacturer's Name) ____________ (Model Number)

4. What is the length and width (in feet) of your enclosed inspection area? ______ (Length) X ______ (Width) = ______ (Total Area)

What is the height of your overhead door (in feet)? ______ (Overhead Door Height)

5. Give the name and certificate number of each of the Certified Inspectors at your facility. Attach an additional page if you need more room to list the inspectors. **You must have at least one full-time inspector.**

| Name | Certificate Number | Expiration Date |
|---|---|---|
| Richard Taporek PP | C8R5 | 4/18 ✓ |
| | | |

INSPECTION STATION LICENSE – see VS-143, Inspection Station Requirements.

VS-1DI (3/17) NORTHSHORE MOTOR LEASING LLC

# Your Original Facility Application is nearly complete.

**REMEMBER TO INCLUDE THE FEES ASSOCIATED WITH THIS APPLICATION!**

When you submit this application, you must submit TWO separate checks, both made payable to the Commissioner of Motor Vehicles.

Check 1 (Application and Business Fees): .................... $587.50

Check 2 (MV-50 fees): .................................. $260.00

**NOTE:** If you are applying to be a Transporter, Boat Dealer, Yacht Broker or ATV Dealer, the above fees may not be correct. Please contact Vehicle Safety at (518) 474-0919 and select Option #6 for the correct fee for your application.

## CERTIFICATION

(all applicants must complete this section)

**FALSE STATEMENTS ON THIS APPLICATION ARE PUNISHABLE BY LAW AND MAY RESULT IN DENIAL, SUSPENSION, OR REVOCATION OF YOUR BUSINESS CERTIFICATE(S). I certify that I am the owner, partner, officer or managing member of the facility named on this application, I am not a franchisor as defined in Vehicle and Traffic Law §462(8), and all information provided in this application is true. I am, and will continue to be, in compliance with all state and local laws and regulations.**

Name: BRIAN CHABRIER

Date of Birth (Month/Day/Year): [redacted]

Business e-mail address: INFO@NORTHSHOREMOTORS1.COM

Residence Address (Include Number and Street): [redacted]

City: [redacted]

State: [redacted]

ZIP: [redacted]

Please Sign Name In Full: [signature]

Title: OWNER

Date (Month/Day/Year): 2/1/18

**PLEASE REVIEW THE REQUIREMENT CHECKLIST(S). YOU MUST MEET ALL REQUIREMENTS TO BE APPROVED**

- ***Have you completed the entire application?***
- ***Have you signed the application?***
- ***Have you included your check(s) or money order(s) for the application and registration/licensing fees? (NO STARTER CHECKS ACCEPTED)***
- ***Make your check(s) or money order(s) payable to: Commissioner of Motor Vehicles***
- **Return this completed application along with all REQUIRED ATTACHMENTS by mail to:**

  **Vehicle Safety Services**
  **Application Unit**
  **6 Empire State Plaza, Room 220**
  **Albany NY 12228-0001**

**If you need assistance, call the Office of Vehicle Safety Application Unit at 518-474-0919.**

**Forms are available at dmv.ny.gov**

DIVISION OF CORPORATIONS AND STATE RECORDS ALBANY, NY 12231-0001

ONLINE FILING RECEIPT

==========================================================================

ENTITY NAME: NORTHSHORE MOTOR LEASING LLC

DOCUMENT TYPE: ARTICLES OF ORGANIZATION (DOM. LLC) COUNTY: NASS

==========================================================================

FILED:11/01/2017 DURATION:********** CASH#:171101010212 FILE#:171101010212
DOS ID:5227652

FILER:

JOHN BROCCO
PO BOX 53
NEW HYDE PARK, NY 11040

EXIST DATE

11/01/2017

ADDRESS FOR PROCESS:

NORTHSHORE MOTOR LEASING LLC
180 MICHAEL DRIVE
SYOSSET, NY 11791

REGISTERED AGENT:

The limited liability company is required to file a Biennial Statement with the Department of State every two years pursuant to Limited Liability Company Law Section 301. Notification that the Biennial Statement is due will only be made via email. Please go to www.email.ebiennial.dos.ny.gov to provide an email address to receive an email notification when the Biennial Statement is due.

==========================================================================

SERVICE COMPANY: ** NO SERVICE COMPANY **
SERVICE CODE: 00

| | |
|---|---|
| FEE: | 210.00 |
| FILING: | 200.00 |
| TAX: | 0.00 |
| PLAIN COPY: | 0.00 |
| CERT COPY: | 10.00 |
| CERT OF EXIST: | 0.00 |

| | |
|---|---|
| PAYMENTS | 210.00 |
| CHARGE | 210.00 |
| DRAWDOWN | 0.00 |

==========================================================================

DOS-1025 (04/2007)

Authentication Number: 1711010197 To verify the authenticity of this document you may access the Division of Corporation's Document Authentication Website at

# STATE OF NEW YORK

# DEPARTMENT OF STATE

I hereby certify that the annexed copy has been compared with the original document in the custody of the Secretary of State and that the same is true copy of said original.

WITNESS my hand and official seal of the Department of State, at the City of Albany, on November 01, 2017.

Brendan W. Fitzgerald
Executive Deputy Secretary of State

Rev. 06/07

# ARTICLES OF ORGANIZATION
# OF
# Northshore Motor Leasing LLC

Under Section 203 of the Limited Liability Company Law

**FIRST:** The name of the limited liability company is:

**Northshore Motor Leasing LLC**

**SECOND:** The county, within this state, in which the office of the limited liability company is to be located is NASSAU.

**THIRD:** The Secretary of State is designated as agent of the limited liability company upon whom process against it may be served. The address within or without this state to which the Secretary of State shall mail a copy of any process against the limited liability company served upon him or her is:

NORTHSHORE MOTOR LEASING LLC
180 MICHAEL DRIVE
SYOSSET, NY 11791

I certify that I have read the above statements, I am authorized to sign these Articles of Organization, that the above statements are true and correct to the best of my knowledge and belief and that my signature typed below constitutes my signature.

JOHN BROCCO, ORGANIZER (signature)

JOHN BROCCO , ORGANIZER
PO BOX 53
NEW HYDE PARK, NY 11040

**Filed by:**
JOHN BROCCO
PO BOX 53
NEW HYDE PARK, NY 11040

**FILED WITH THE NYS DEPARTMENT OF STATE ON: 11/01/2017**
**FILE NUMBER: 171101010212; DOS ID: 5227652**


NEW YORK STATE
DRIVER LICENSE

New York State Department of
Taxation and Finance
Sales Tax Registration
W A Harriman Campus
Albany NY 12227-0865

180208505835000-AP00

NORTHSHORE MOTOR LEASING LLC
180 MICHAEL DR
SYOSSET NY 11791-5328

New York State Department of Taxation and Finance

# Certificate of Authority

Identification number

**82-3331757**

*(Use this number on all returns and correspondence)*

**VALIDATED**

**2/14/2018**

Dept of Tax and Finance

NORTHSHORE MOTOR LEASING LLC
180 MICHAEL DR
SYOSSET NY 11791-5328

is authorized to collect sales and use taxes under Articles 28 and 29 of the New York State Tax Law.

**Nontransferable**

This certificate must be prominently displayed at your place of business.
Fraudulent or other improper use of this certificate will cause it to be revoked.
The certificate may not be photocopied or reproduced.

40201091000098 1DB8 - 0460635 P0000227 - 01

DTF-17-A (11/14)

LEASE dated 2/1/2018, between UEA PREMIER MOTORS CORP having a place of business at 180 MICHAEL DRIVE, SYOSSET NY 11791 (hereinafter called the "Landlord and/or Lessee"),and
NORTHSHORE MOTOR LEASING LLC, a New York corporation having a place of business at 180 MICHAEL DRIVE,SYOSSET NY 11791 (hereinafter called the "Tenant and/or Sub-Lessee")

## WITNESSETH:

1. Demise of Premises, Term and Rent. Landlord does hereby lease and demise to Tenant, and Tenant does hereby hire and take from Landlord, subject to any ground leases and/or underlying leases and/or mortgages as hereinafter provided, and upon and subject to the covenants, agreements, term, provisions and conditions of this Lease for the term hereinafter stated, the portion of the store premises and the portion of the basement each more specifically shown, respectively, hatched and cross-hatched on the plans attached hereto as Exhibits "A" and "B", said demised premises, together with all fixtures, equipment, improvements, installations and appurtenances which at the commencement of or during the term of this Lease are thereto attached (except items not deemed to be included therein and removable by Tenant as provided in Article 4 of this Lease) are hereinafter called the "premises", and the plot of land on which the Building has been constructed is hereinafter called the "Land".

The term of this Lease shall commence on FEBRUARY 1ST 2018 (subject to postponement of said specific date as provided in Article 2 hereof) or on such earlier date as Tenant shall occupy the premises or any part thereof with the consent of Landlord for the purpose of carrying on the normal functions of Tenant's business (such date for the commencement of the term hereof being hereinafter called the "term commencement date") and shall end on FEBRUARY 27th, 2023 or shall end on such earlier date upon which said term may expire or be terminated pursuant to any of the conditions of limitation or other provisions of this Lease or pursuant to law.

The premises shall be used for the following, but not for any other purpose, namely: AUTOMOTIVE SALES

Landlord agrees that Landlord will not lease any other space in the Building which is subject to Landlord's control to any entity for any primary use which includes any use set forth in the preceding paragraph hereof but nothing contained herein shall preclude Landlord from leasing space where any such use referred to the preceding paragraph hereof is incidental to the primary or main use of the tenant, occupant or user thereof.

The rent reserved under this Lease for the term hereof shall be and consist of the following fixed rent, namely:

(a) for and during the period commencing on 02/01/2018 and ending on 02/27/2023, ($291,996) Dollars per annum;
(b) for and during the period commencing on NA and ending on NA, ($NA) Dollars per annum;
(c) for and during the period commencing on NA and ending on NA, ($NA) Dollars per annum;

all such fixed rent being payable in equal monthly installments in advance, on the first day of each and every calendar month during said term (except that Tenant shall pay the monthly installment of fixed rent for the month of $24,333.00 on the execution hereof), plus such additional rent and other charges as shall become due and payable hereunder, which additional rent and other charges shall be payable as hereinafter provided; all to be paid to Landlord at is office, or such other place as Landlord may designate, in lawful money in the Untied States of America. The monthly installments of fixed rent for the month during which the term commencement date occurs and the month during which the term hereof expires shall each be prorated.

In addition to the foregoing, and in further consideration of Landlord entering into this Lease, upon the execution of this Lease, Tenant shall also pay to Landlord the sum of $24,333.00. If Tenant's check or checks for such sum, or the sum referred to in the immediately preceding paragraph hereof, shall not be honored by the bank upon which it or they are drawn for any reason of any kind or nature whatsoever, this Lease shall be, and shall be deemed to be, without notice, immediately cancelled and terminated and of no further force or effect and Landlord shall have no liability or obligation to Tenant under this Lease.

Provided Tenant shall not at any time be in default of any of the convents, agreements, terms, provisions or conditions of this Lease on its part to be kept, observed and performed, the monthly installments or part thereof of fixed rent payable by Tenant to Landlord for the period commencing on the term commencement date and ending on 02/27/2023 shall be abated; the twelve (12) monthly installments of fixed rent payable by Tenant to Landlord for the period beginning jan and ending dec shall each be abated by an amount equal to $24333; and, the sixty (60) monthly installments of fixed rent payable by Tenant to Landlord for the period beginning 02/1/2018 and ending 02/27/2023 shall each be abated by an amount equal to $24333 .

Tenant does hereby covenant and agree promptly to pay the fixed rent, additional rent and other charges herein reserved as and when the same shall become due and payable, without demand therefor, and without any set-off or deduction whatsoever, and to keep and perform, and to permit no violation of, each and every of the covenants, agreements, terms provisions and conditions herein contained on the part and on behalf of Tenant to be kept and performed.

For default in payment of additional rent or other sums or charges herein reserved or payable by Tenant, Landlord shall have the same remedies as for a default by Tenant in the payment of fixed rent payable hereunder.

If Tenant shall fail to pay any installment of fixed rent or additional rent or other sums or charges within ten (10) days after the same shall be due then, Tenant shall pay a late charge of $10% for each $1.00 so unpaid. Nothing herein contained shall be intended to violate any applicable law, code or regulation, and, in all instances, such late charge shall be automatically reduced to any maximum applicable legal rate or charge. Such late charge shall be imposed monthly for each late payment and is in addition to all other rights and remedies available to Landlord and shall not be deemed to limit any such rights or remedies.

Tenants' obligations and responsibilities pursuant to any provision of this Lease, including the payment of any fixed rent

"lessor under an underlying lease".

Tenant understands that, in order for Landlord to lease and demise the premises to Tenant for the term set forth in Article 1 hereof, Landlord is required to exercise certain options to extend the term of the Prime Lease as therein set forth. Landlord agrees that, so long as Tenant is not in default of any of the covenants, agreements, terms, provisions and conditions of this Lease on its part to be kept, observed and performed, beyond any applicable cure period, Landlord shall timely exercise such options to the intent and purposes that the term of this Lease shall be as set forth in said Article 1.

If, at anytime during the term of this Lease, Tenant shall claim that Landlord is in default or in breach of its obligations hereunder or is otherwise liable to Tenant and such default or breach or liability shall result from, or be attributable to, the default or failure of owner, Tenant agrees that Landlord shall not be liable or responsible to Tenant in connection therewith; provided, however, Landlord agrees to assign to Tenant any cause of action that Landlord may have against Owner as a result of such default or failure.

37. Quiet Enjoyment. Landlord covenants that if, and so long as, Tenant keeps and performs each and every covenant, agreement, term, provision and condition herein contained on the part and on behalf of Tenant to be kept and performed, Tenant shall quietly enjoy the premises without hindrance or molestation by Landlord or by any other person lawful claiming the same, subject to the covenants, agreements, terms, provisions and conditions of this Lease and to the ground leases and/or underlying lease and/or mortgages to which this Lease is subject and subordinate as hereinbefore set forth.

38. Tenant's Right to Cancel. At any time during the term hereof, Tenant, upon at least six (6) months prior written notice to Landlord, may elect to cancel and terminate this Lease and the term and estate hereby granted as of the date set forth in said notice by Tenant to Landlord (hereinafter referred to as the "Termination Date"). In the event (a) Tenant shall vacate and surrender the premises on or before the Termination Date and Tenant shall not otherwise be in default of any of the covenants, agreements, terms, provisions and conditions of this Lease on its part to be kept, observed and performed hereunder and (b) Landlord shall have re-let the premise for a term commencing on the date immediately following the Termination Date, Landlord shall return to Tenant the $0 referred to in Article 1 hereof; provided, however, if, on the Termination Date, Landlord shall not have re-let the premises, Landlord shall be entitled to retain said $0 until such time as Landlord shall have re-let the premises and at the time of such re-letting, Landlord shall only be obligated to return to Tenant an amount equal to $0 less $0 for each calendar month or part thereof occurring immediately after the expiration of the Termination Date during which Landlord did not re-let the premises.

39. Sprinkler System Disclosure. The leased premises is/is ~~not~~ serviced by a maintained and operative sprinkler system that was last maintained on 1/1/18 and was last inspected on 1/1/18

IN WITNESS WHEREOF, Landlord and Tenant have duly executed this Lease as of the day and year first above written.

LESSOR

UEA PREMIER MOTORS CORP

Attest/Witness:

LESSEE

NORTHSHORE MOTOR LEASING LLC.

Attest/Witness:

NEW YORK STATE | Department of Motor Vehicles

# DEALER BOND UNDER NEW YORK STATE VEHICLE AND TRAFFIC LAW SECTION 415(6-b)

FACILITY NUMBER: ____________

**KNOW ALL PERSONS BY THESE PRESENTS:**

BOND NUMBER: 63509108

Whereas, the undersigned Northshore Motors Leasing LLC (Dealer Name)
of 180 Michael Dr., Syosset, NY 11791 (Full Dealer Address)
(hereinafter referred to as Principal) has applied for or is about to make application for a registration certificate as a dealer, qualified dealer or new motor vehicle dealer pursuant to New York Vehicle and Traffic Law section 415; and

Whereas, the undersigned WESTERN SURETY COMPANY (Surety Name)
of P.O. Box 5077, Sioux Falls, SD 57117-5077 (Surety Address)
(hereinafter referred to as Surety), a corporation organized and existing under the laws of the state of South Dakota and authorized to transact business as a surety insurer in the State of New York, is willing to act as surety on this Bond to comply with the requirements of Vehicle and Traffic Law section 415(6-b); and

Whereas, Vehicle and Traffic Law section 415(6-b) requires that dealers, qualified dealers, and new motor vehicle dealers obtain and continue in effect a surety bond as a condition to obtaining a registration certificate (except those dealers who exclusively sell motor vehicles solely for conversion for use as tow trucks, buses, school buses, garbage trucks, marine trailers, tow trucks, motorcycles, recreational vehicles, snowmobiles, trailers, mobile homes, or construction equipment);

Now, therefore, Principal, as principal, and Surety, as surety, do hereby bind themselves and their heirs, executors, successors and assigns, to the State of New York in a sum not to exceed the amount below, the payment for which the Principal and Surety bind themselves and their legal representatives, firmly by these presents, pursuant to Vehicle and Traffic Law section 415(6-b), and subject to the following conditions:

BOND AMOUNT: One Hundred Thousand and 00/100 (Dollars) ($ 100,000.00)

1. The term of this Bond shall commence February 1st, 2018 and shall continue in full force and effect until terminated by sixty (60) days written notice of cancellation delivered to the New York State Commissioner of Motor Vehicles by the Surety.

2. The Surety shall be required to provide sixty (60) days written notice to the New York State Commissioner of Motor Vehicles prior to the effective date of cancellation of the Bond by first class mail. The Surety shall also provide additional notice to the New York State Commissioner of Motor Vehicles, upon the date of cancellation or lapse of such bond.

3. The conditions of this Bond are that the Principal shall:
   (a) pay all valid bank drafts, including checks, drawn by the Principal for the purchase of motor vehicles;
   (b) transfer good title to each motor vehicle which the Principal sells;
   (c) maintain and keep safe all customer deposits related to the sale of a motor vehicle from the time of receipt of such customer deposit until good title has been transferred to the customer;
   (d) pay all fines imposed upon the Principal by the Commissioner of Motor Vehicles pursuant to the provisions of the Vehicle and Traffic Law; and
   (e) repay any overcharges of a customer for vehicle registration and titling charges payable to the Commissioner of Motor Vehicles for registering and titling the sold vehicle.

4. Recovery against this Bond may be made by a person, including the State, who obtains a judgment against the Principal for an act or omission on which the Bond is conditioned, if the act or omission occurred during the term of the Bond. The total liability imposed on the Surety for all breaches of the Bond condition is limited to the face amount of the Bond. Such liability may include, but is not limited to, the amount of the valid bank drafts, including checks, drawn by the Principal for the purchase of motor vehicles, or the amount of the overcharge by the Principal for registration or title fees, or the amount paid to such Principal, or the deposit, as the case may be, for the motor vehicle for which good title was not delivered. In no event shall the Surety on a Bond be liable for total claims in excess of the bond amount, regardless of the number or nature of claims made against the bond, or the number of years the bond remained in force, nor shall this Bond provide coverage for transactions involving sales of any motor vehicles for which a bond is not required pursuant to Vehicle and Traffic Law section 415 (6-b).

In witness whereof, the Principal and Surety have hereunto set their hands and seals on this 15th day of February in the year of 2018.

SEAL: [Corporate seal: WESTERN SURETY COMPANY, SIOUX FALLS, SOUTH DAKOTA, CORPORATE SEAL]

Northshore Motors Leasing LLC, Principal
Print Name
By: [signature]
Signature

WESTERN SURETY COMPANY, Surety
Print Name
By: [signature]
Signature Paul T. Bruflat, Vice President

VS-3 (3/17)

dmv.ny.gov

# Western Surety Company

## POWER OF ATTORNEY

**KNOW ALL MEN BY THESE PRESENTS:**

That WESTERN SURETY COMPANY, a corporation organized and existing under the laws of the State of South Dakota, and authorized and licensed to do business in the States of Alabama, Alaska, Arizona, Arkansas, California, Colorado, Connecticut, Delaware, District of Columbia, Florida, Georgia, Hawaii, Idaho, Illinois, Indiana, Iowa, Kansas, Kentucky, Louisiana, Maine, Maryland, Massachusetts, Michigan, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Hampshire, New Jersey, New Mexico, New York, North Carolina, North Dakota, Ohio, Oklahoma, Oregon, Pennsylvania, Rhode Island, South Carolina, South Dakota, Tennessee, Texas, Utah, Vermont, Virginia, Washington, West Virginia, Wisconsin, Wyoming, and the United States of America, does hereby make, constitute and appoint

Paul T. Bruflat of Sioux Falls, State of South Dakota, its regularly elected Vice President, as Attorney-in-Fact, with full power and authority hereby conferred upon him to sign, execute, acknowledge and deliver for and on its behalf as Surety and as its act and deed, the following bond:

One Motor Vehicle Dealer

bond with bond number 63509108

for Northshore Motor Leasing LLC

as Principal in the penalty amount not to exceed: $ 100,000.00.

Western Surety Company further certifies that the following is a true and exact copy of Section 7 of the by-laws of Western Surety Company duly adopted and now in force, to-wit:

Section 7. All bonds, policies, undertakings, Powers of Attorney, or other obligations of the corporation shall be executed in the corporate name of the Company by the President, Secretary, any Assistant Secretary, Treasurer, or any Vice President, or by such other officers as the Board of Directors may authorize. The President, any Vice President, Secretary, any Assistant Secretary, or the Treasurer may appoint Attorneys-in-Fact or agents who shall have authority to issue bonds, policies, or undertakings in the name of the Company. The corporate seal is not necessary for the validity of any bonds, policies, undertakings, Powers of Attorney or other obligations of the corporation. The signature of any such officer and the corporate seal may be printed by facsimile.

In Witness Whereof, the said WESTERN SURETY COMPANY has caused these presents to be executed by its Vice President with the corporate seal affixed this 26th day of February, 2018.

ATTEST

L. Nelson

L. Nelson, Assistant Secretary

WESTERN SURETY COMPANY

By Paul T. Bruflat

Paul T. Bruflat, Vice President

WESTERN SURETY COMPANY CORPORATE SEAL SOUTH DAKOTA

STATE OF SOUTH DAKOTA }
COUNTY OF MINNEHAHA } ss

On this 26th day of February, 2018, before me, a Notary Public, personally appeared Paul T. Bruflat and L. Nelson who, being by me duly sworn, acknowledged that they signed the above Power of Attorney as Vice President and Assistant Secretary, respectively, of the said WESTERN SURETY COMPANY, and acknowledged said instrument to be the voluntary act and deed of said Corporation.

J. MOHR
SEAL NOTARY PUBLIC SOUTH DAKOTA SEAL

My Commission Expires June 23, 2021

J. Mohr

Notary Public

**To validate bond authenticity, go to www.cnasurety.com > Owner/Obligee Services > Validate Bond Coverage.**

Form F1976-1-2016

# Western Surety Company

## POWER OF ATTORNEY

**KNOW ALL MEN BY THESE PRESENTS:**

That WESTERN SURETY COMPANY, a corporation organized and existing under the laws of the State of South Dakota, and authorized and licensed to do business in the States of Alabama, Alaska, Arizona, Arkansas, California, Colorado, Connecticut, Delaware, District of Columbia, Florida, Georgia, Hawaii, Idaho, Illinois, Indiana, Iowa, Kansas, Kentucky, Louisiana, Maine, Maryland, Massachusetts, Michigan, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Hampshire, New Jersey, New Mexico, New York, North Carolina, North Dakota, Ohio, Oklahoma, Oregon, Pennsylvania, Rhode Island, South Carolina, South Dakota, Tennessee, Texas, Utah, Vermont, Virginia, Washington, West Virginia, Wisconsin, Wyoming, and the United States of America, does hereby make, constitute and appoint

Paul T. Bruflat of Sioux Falls, State of South Dakota, its regularly elected Vice President as Attorney-in-Fact, with full power and authority hereby conferred upon him to sign, execute, acknowledge and deliver for and on its behalf as Surety and as its act and deed, the following bond:

One Motor Vehicle Dealer

bond with bond number 63509108

for Northshore Motor Leasing LLC

as Principal in the penalty amount not to exceed: $ 100,000.00 .

Western Surety Company further certifies that the following is a true and exact copy of Section 7 of the by-laws of Western Surety Company duly adopted and now in force, to-wit:

Section 7. All bonds, policies, undertakings, Powers of Attorney, or other obligations of the corporation shall be executed in the corporate name of the Company by the President, Secretary, any Assistant Secretary, Treasurer, or any Vice President, or by such other officers as the Board of Directors may authorize. The President, any Vice President, Secretary, any Assistant Secretary, or the Treasurer may appoint Attorneys-in-Fact or agents who shall have authority to issue bonds, policies, or undertakings in the name of the Company. The corporate seal is not necessary for the validity of any bonds, policies, undertakings, Powers of Attorney or other obligations of the corporation. The signature of any such officer and the corporate seal may be printed by facsimile.

In Witness Whereof, the said WESTERN SURETY COMPANY has caused these presents to be executed by its Vice President with the corporate seal affixed this 26th day of February, 2018.

ATTEST

*L. Nelson*
L. Nelson, Assistant Secretary

WESTERN SURETY COMPANY

By *Paul T. Bruflat*
Paul T. Bruflat, Vice President

WESTERN SURETY COMPANY CORPORATE SEAL SOUTH DAKOTA

STATE OF SOUTH DAKOTA } ss
COUNTY OF MINNEHAHA }

On this 26th day of February, 2018, before me, a Notary Public, personally appeared Paul T. Bruflat and L. Nelson who, being by me duly sworn, acknowledged that they signed the above Power of Attorney as Vice President and Assistant Secretary, respectively, of the said WESTERN SURETY COMPANY, and acknowledged said instrument to be the voluntary act and deed of said Corporation.

J. MOHR
SEAL NOTARY PUBLIC SOUTH DAKOTA SEAL

My Commission Expires June 23, 2021

*J Mohr*
Notary Public

To validate bond authenticity, go to www.cnasurety.com > Owner/Obligee Services > Validate Bond Coverage.

Form F1975-1-2016

NEW YORK STATE OF OPPORTUNITY | Department of Motor Vehicles

# DEALER BOND UNDER NEW YORK STATE VEHICLE AND TRAFFIC LAW SECTION 415(6-b)

FACILITY NUMBER: ____________

**KNOW ALL PERSONS BY THESE PRESENTS:**

BOND NUMBER: 63509108

Whereas, the undersigned Northshore Motors Leasing LLC (Dealer Name), of 180 Michael Dr., Syosset, NY 11791 (Full Dealer Address) (hereinafter referred to as Principal) has applied for or is about to make application for a registration certificate as a dealer, qualified dealer or new motor vehicle dealer pursuant to New York Vehicle and Traffic Law section 415; and

Whereas, the undersigned WESTERN SURETY COMPANY (Surety Name), of P.O. Box 5077, Sioux Falls, SD 57117-5077 (Surety Address) (hereinafter referred to as Surety), a corporation organized and existing under the laws of the state of South Dakota and authorized to transact business as a surety insurer in the State of New York, is willing to act as surety on this Bond to comply with the requirements of Vehicle and Traffic Law section 415(6-b); and

Whereas, Vehicle and Traffic Law section 415(6-b) requires that dealers, qualified dealers, and new motor vehicle dealers obtain and continue in effect a surety bond as a condition to obtaining a registration certificate (except those dealers who exclusively sell motor vehicles solely for conversion for use as tow trucks, buses, school buses, garbage trucks, marine trailers, tow trucks, motorcycles, recreational vehicles, snowmobiles, trailers, mobile homes, or construction equipment);

Now, therefore, Principal, as principal, and Surety, as surety, do hereby bind themselves and their heirs, executors, successors and assigns, to the State of New York in a sum not to exceed the amount below, the payment for which the Principal and Surety bind themselves and their legal representatives, firmly by these presents, pursuant to Vehicle and Traffic Law section 415(6-b), and subject to the following conditions:

BOND AMOUNT: One Hundred Thousand and 00/100 (Dollars) ($ 100,000.00)

1. The term of this Bond shall commence February 1st, 2018 and shall continue in full force and effect until terminated by sixty (60) days written notice of cancellation delivered to the New York State Commissioner of Motor Vehicles by the Surety.

2. The Surety shall be required to provide sixty (60) days written notice to the New York State Commissioner of Motor Vehicles prior to the effective date of cancellation of the Bond by first class mail. The Surety shall also provide additional notice to the New York State Commissioner of Motor Vehicles, upon the date of cancellation or lapse of such bond.

3. The conditions of this Bond are that the Principal shall:
   (a) pay all valid bank drafts, including checks, drawn by the Principal for the purchase of motor vehicles;
   (b) transfer good title to each motor vehicle which the Principal sells;
   (c) maintain and keep safe all customer deposits related to the sale of a motor vehicle from the time of receipt of such customer deposit until good title has been transferred to the customer;
   (d) pay all fines imposed upon the Principal by the Commissioner of Motor Vehicles pursuant to the provisions of the Vehicle and Traffic Law; and
   (e) repay any overcharges of a customer for vehicle registration and titling charges payable to the Commissioner of Motor Vehicles for registering and titling the sold vehicle.

4. Recovery against this Bond may be made by a person, including the State, who obtains a judgment against the Principal for an act or omission on which the Bond is conditioned, if the act or omission occurred during the term of the Bond. The total liability imposed on the Surety for all breaches of the Bond condition is limited to the face amount of the Bond. Such liability may include, but is not limited to, the amount of the valid bank drafts, including checks, drawn by the Principal for the purchase of motor vehicles, or the amount of the overcharge by the Principal for registration or title fees, or the amount paid to such Principal, or the deposit, as the case may be, for the motor vehicle for which good title was not delivered. In no event shall the Surety on a Bond be liable for total claims in excess of the bond amount, regardless of the number or nature of claims made against the bond, or the number of years the bond remained in force, nor shall this Bond provide coverage for transactions involving sales of any motor vehicles for which a bond is not required pursuant to Vehicle and Traffic Law section 415 (6-b).

In witness whereof, the Principal and Surety have hereunto set their hands and seals on this 15th day of February in the year of 2018.

SEAL: [Western Surety Company Corporate Seal, South Dakota]

Northshore Motors Leasing LLC, Principal
Print Name

By: ____________
Signature

WESTERN SURETY COMPANY, Surety
Print Name

By: [signature]
Signature Paul T. Bruflat, Vice President

# Western Surety Company

## POWER OF ATTORNEY

**KNOW ALL MEN BY THESE PRESENTS:**

That WESTERN SURETY COMPANY, a corporation organized and existing under the laws of the State of South Dakota, and authorized and licensed to do business in the States of Alabama, Alaska, Arizona, Arkansas, California, Colorado, Connecticut, Delaware, District of Columbia, Florida, Georgia, Hawaii, Idaho, Illinois, Indiana, Iowa, Kansas, Kentucky, Louisiana, Maine, Maryland, Massachusetts, Michigan, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Hampshire, New Jersey, New Mexico, New York, North Carolina, North Dakota, Ohio, Oklahoma, Oregon, Pennsylvania, Rhode Island, South Carolina, South Dakota, Tennessee, Texas, Utah, Vermont, Virginia, Washington, West Virginia, Wisconsin, Wyoming, and the United States of America, does hereby make, constitute and appoint

Paul T. Bruflat of Sioux Falls, State of South Dakota, its regularly elected Vice President as Attorney-in-Fact, with full power and authority hereby conferred upon him to sign, execute, acknowledge and deliver for and on its behalf as Surety and as its act and deed, the following bond:

One Motor Vehicle Dealer

bond with bond number 63509108

for Northshore Motor Leasing LLC

as Principal in the penalty amount not to exceed: $ 100,000.00.

Western Surety Company further certifies that the following is a true and exact copy of Section 7 of the by-laws of Western Surety Company duly adopted and now in force, to-wit:

Section 7. All bonds, policies, undertakings, Powers of Attorney, or other obligations of the corporation shall be executed in the corporate name of the Company by the President, Secretary, any Assistant Secretary, Treasurer, or any Vice President, or by such other officers as the Board of Directors may authorize. The President, any Vice President, Secretary, any Assistant Secretary, or the Treasurer may appoint Attorneys-in-Fact or agents who shall have authority to issue bonds, policies, or undertakings in the name of the Company. The corporate seal is not necessary for the validity of any bonds, policies, undertakings, Powers of Attorney or other obligations of the corporation. The signature of any such officer and the corporate seal may be printed by facsimile.

In Witness Whereof, the said WESTERN SURETY COMPANY has caused these presents to be executed by its Vice President with the corporate seal affixed this 26th day of February, 2018.

ATTEST

L. Nelson

L. Nelson, Assistant Secretary

WESTERN SURETY COMPANY

By Paul T. Bruflat

Paul T. Bruflat, Vice President

(WESTERN SURETY COMPANY CORPORATE SEAL SOUTH DAKOTA)

STATE OF SOUTH DAKOTA } ss
COUNTY OF MINNEHAHA }

On this 26th day of February, 2018, before me, a Notary Public, personally appeared Paul T. Bruflat and L. Nelson who, being by me duly sworn, acknowledged that they signed the above Power of Attorney as Vice President and Assistant Secretary, respectively, of the said WESTERN SURETY COMPANY, and acknowledged said instrument to be the voluntary act and deed of said Corporation.

J. MOHR
SEAL NOTARY PUBLIC SOUTH DAKOTA SEAL

My Commission Expires June 23, 2021

J. Mohr

Notary Public

**To validate bond authenticity, go to www.cnasurety.com > Owner/Obligee Services > Validate Bond Coverage.**

Form F1976-1-2016

CLASS > | ROLL SECTION | STATE SD CODE 282402 | FULL VALUE PER DEPT OF ASSESSMENT
SIZE > 3.3631 Acres

| TAX SERVICE CODE | TAX PAYOR CODE | ACCOUNT | $2,312,900 UNIFORM PCT OF VALUE 1.000 | LAND ASSESSMENT $23,129 | TOTAL ASSESSMENT $23,129 |
|---|---|---|---|---|---|

345 UNDERHILL LLC C/O TAUB DEVELOPMENT LLC
165 EILEEN WAY
SYOSSET, NY 11791

| LEVY DESCRIPTION | PCT CHANGE FROM LAST YEAR | EXEMPTION CODE | TAXABLE VALUE | TAX RATE PER $ 100 | TAX AMOUNT |
|---|---|---|---|---|---|
| LOCUST GROVE SCHOOL | 3.070 | | $23,129.00 | 484.3920 | $112,035.03 |
| LOCUST GROVE LIBRARY | 0.000 | | $23,129.00 | 17.6890 | $4,091.29 |

**THIS IS YOUR SCHOOL TAX BILL**

THE BOARD OF EDUCATION IN EACH SCHOOL DISTRICT IS THE RESPONSIBLE BODY FOR SCHOOL AFFAIRS OVER WHICH THE TOWN OF OYSTER BAY HAS NO CONTROL. THE TOWN THROUGH THIS OFFICE ACTS AS AN AGENCY FOR THE COLLECTION AND DISTRIBUTION OF SCHOOL TAXES. FOR INFORMATION ABOUT TAX RATES AND AMOUNTS, CONTACT YOUR LOCAL DISTRICT DIRECTLY AT 364-5600 OR SYOSSET CSD, 99 PELL LANE SYOSSET, NY 11791.

FOR ALL QUESTIONS REGARDING ASSESSMENTS AND EXEMPTIONS, PLEASE CALL NASSAU COUNTY DEPARTMENT OF ASSESSMENT AT 516-571-1500.

FIRST HALF TAX >> $58,063.16 | SECOND HALF TAX >> $58,063.16 | TOTAL TAX >> $116,126.32

PAY THIS AMOUNT IF TOTAL TAX IS PAID ON OR BEFORE 11/10/2017 $115,545.69

TOTAL >> $58,063.16 | TOTAL >> $58,063.16

FIRST HALF TAX PAID ON | PENALTY INCLUDED | SECOND HALF TAX PAID ON | DISCOUNT ALLOWED (-) PENALTY INCLUDED (+)

PAYOR (other than owner) | PAYOR (other than owner)

Rev 9/1

# 2017-18 SCHOOL TAX — SECOND HALF 2017-18

**SECOND HALF – SCHOOL TAXES**
**DUE APRIL 1**
**SECOND HALF TAX PAYABLE WITHOUT PENALTY TO MAY 10**

SCHOOL TAXES – TOWN OF OYSTER BAY

| S.D. CODE | SECTION | BLOCK | LOT |
|---|---|---|---|
| 14 | 15 | 157 | 44 |

PAY $58,063.16

When paying by mail, detach and return this stub with payment of the second half tax. If paying TOTAL TAX, return both first and second half stubs with payment.

When paying in person, bring the entire bill. Do not detach stubs.

1400450201 1822

PAYOR (other than owner):

DO NOT WRITE BELOW THIS LINE

345 UNDERHILL LLC C/O TAUB

☐ Check here if receipt is requested.

3 1400450201 18220005806316

# 2017-18 SCHOOL TAX — FIRST HALF 2017-18

**FIRST HALF – SCHOOL TAXES**
**DUE OCTOBER 1**
**FIRST HALF TAX PAYABLE WITHOUT PENALTY TO NOVEMBER 10**

SCHOOL TAXES – TOWN OF OYSTER BAY

| S.D. CODE | SECTION | BLOCK | LOT |
|---|---|---|---|
| 14 | 15 | 157 | 44 |

New York State Department of Motor Vehicles

# INVESTIGATION REPORT

| | |
|---|---|
| Facility No. | 7123750 |
| Case No. | 1DE2-12056 |
| CSR No. (Central Office Use Only) | #L68 |

☐ Concealed Identity ☑ Complaint ☐ Program Audit

**PRINT OR TYPE ALL ENTRIES IN BLACK INK ONLY**

| | |
|---|---|
| Name of Complainant: Leeana Massop | Name of Facility: Northshore Motor Leasing LLC |
| Address (Number and Street): 1200 East 53rd Street Apt 3R | D/B/A (if Applicable): |
| City: Brooklyn State: NY Zip Code: 11234 | Address (Number and Street): 180 Michael Drive |
| Telephone No. (Area Code) Home (718 ) 216-1934 Work ( ) | City: Syosset State: NY Zip Code: 11791 |

| Vehicle Year | Make | Model | Cyl. | Telephone No. (Area Code) | Facility Expiration Date |
|---|---|---|---|---|---|
| 2015 | Audi | Q3 | 4 | (516 ) 226-1400 | 03/2024 |

| Vehicle Identification No. | Plate No. | Name of Certified Inspector | Identification Number of Inspector |
|---|---|---|---|
| WA1EFCFS6FR004597 | KTW7897 | N/A | N/A |

| Date of Transaction | Odometer Reading at Time of Transaction | Date of C.I./Complaint Investigation | Date Complaint Filed | Odometer Reading at Time of Investigation |
|---|---|---|---|---|
| 03/16/2022 | 74,754 | 11/28/2022 | 09/09/2022 | 78,593 |

**PURSUANT TO NY VEHICLE & TRAFFIC LAW, SECTION (Central Office Use Only):**

| RECOMMENDATION: | Insp. Station | Cert. Inspector | Repair/Body Shop | Dealer | Dismantler | Other Junk & Salvage Facilities* |
|---|---|---|---|---|---|---|
| ☐ No Action | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| ☑ N.O.I. | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ |
| ☐ Susp. Pend. Hearing | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| ☐ Hearing | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| ☐ Inspection Waiver | ☐ | ☐ | | | ☐ | |
| ☐ Other | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

*If "Other Junk & Salvage Facilities", specify here ______

☐ Unregistered Repair Shop
☐ Restitution Case
☐ Jt. Complaint: Case No.(s) ______
☐ Jt. Facility or Certified Inspector No. ______

☐ Refund to Consumer $ 37.00
☐ Rework at No Charge $ ______
☐ Vehicle Repurchase $ ______
☐ Insurance Claim No. ______

☐ Special Instruction(s)

☐ Subpoena

☐ Hearing Notice to

Inspector's Signature [signature] Date 02/08/2023 AFI/BRI No. 586

Supervisory Signature [signature] Date 2/22/2023 Region 1-Melville

VS-35.1 (7/15)