EXHIBIT “5”

Form **1040** Department of the Treasury—Internal Revenue Service (99)
# U.S. Individual Income Tax Return 2018
OMB No. 1545-0074 IRS Use Only—Do not write or staple in this space.

**Filing status:** ☐ Single ☒ Married filing jointly ☐ Married filing separately ☐ Head of household ☐ Qualifying widow(er)

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| Brian | Chabrier | [redacted] |

Your standard deduction: ☐ Someone can claim you as a dependent ☐ You were born before January 2, 1954 ☐ You are blind

| If joint return, spouse's first name and initial | Last name | Spouse's social security number |
|---|---|---|
| [redacted] | [redacted] | [redacted] |

Spouse standard deduction: ☐ Someone can claim your spouse as a dependent ☐ Spouse was born before January 2, 1954 ☒ Full-year health care coverage or exempt (see inst.)
☐ Spouse is blind ☐ Spouse itemizes on a separate return or you were dual-status alien

Home address (number and street). If you have a P.O. box, see instructions. Apt. no.
[redacted]

Presidential Election Campaign (see inst.) ☐ You ☐ Spouse

City, town or post office, state, and ZIP code. If you have a foreign address, attach Schedule 6.
[redacted]

If more than four dependents, see inst. and ✓ here ▶ ☐

**Dependents** (see instructions):

| (1) First name | Last name | (2) Social security number | (3) Relationship to you | (4) ✓ if qualifies for (see inst.): Child tax credit | Credit for other dependents |
|---|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | ☒ | ☐ |
| [redacted] | [redacted] | [redacted] | [redacted] | ☒ | ☐ |
| | | | | ☐ | ☐ |
| | | | | ☐ | ☐ |

## Sign Here

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return? See instructions. Keep a copy for your records.

| Your signature | Date | Your occupation | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |
|---|---|---|---|
| | | [redacted] | |
| **Spouse's signature. If a joint return, both must sign.** | **Date** | **Spouse's occupation** | **If the IRS sent you an Identity Protection PIN, enter it here (see inst.)** |
| | | [redacted] | |

## Paid Preparer Use Only

| Preparer's name | Preparer's signature | PTIN | Firm's EIN | Check if: |
|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | ☐ 3rd Party Designee |
| Firm's name ▶ [redacted] | | Phone no. [redacted] | | ☒ Self-employed |
| Firm's address ▶ [redacted] | | | | |

**For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.** Form **1040** (2018)

Form 1040 (2018) Page **2**

Attach Form(s) W-2. Also attach Form(s) W-2G and 1099-R if tax was withheld.

| Line | Description | | Line | Amount |
|---|---|---|---|---|
| 1 | Wages, salaries, tips, etc. Attach Form(s) W-2 | | 1 | [redacted] |
| 2a | Tax-exempt interest | 2a | b Taxable interest 2b | [redacted] |
| 3a | Qualified dividends | 3a | b Ordinary dividends 3b | |
| 4a | IRAs, pensions, and annuities | 4a | b Taxable amount 4b | |
| 5a | Social security benefits | 5a | b Taxable amount 5b | |
| 6 | Total income. Add lines 1 through 5. Add any amount from Schedule 1, line 22 [redacted] | | 6 | [redacted] |
| 7 | Adjusted gross income. If you have no adjustments to income, enter the amount from line 6; otherwise, subtract Schedule 1, line 36, from line 6 | | 7 | [redacted] |
| 8 | **Standard deduction or itemized deductions** (from Schedule A) | | 8 | [redacted] |
| 9 | Qualified business income deduction (see instructions) | | 9 | [redacted] |
| 10 | Taxable income. Subtract lines 8 and 9 from line 7. If zero or less, enter -0- | | 10 | [redacted] |
| 11 | a Tax (see inst.) [redacted] (check if any from: 1 ☐ Form(s) 8814 2 ☐ Form 4972 3 ☐ ____ ) **b Add** any amount from Schedule 2 and check here ▶ ☐ | | 11 | [redacted] |
| 12 | a Child tax credit/credit for other dependents [redacted] **b Add** any amount from Schedule 3 and check here ▶ ☐ | | 12 | [redacted] |
| 13 | Subtract line 12 from line 11. If zero or less, enter -0- | | 13 | [redacted] |
| 14 | Other taxes. Attach Schedule 4 | | 14 | [redacted] |
| 15 | Total tax. Add lines 13 and 14 | | 15 | [redacted] |
| 16 | Federal income tax withheld from Forms W-2 and 1099 | | 16 | [redacted] |
| 17 | Refundable credits: a EIC (see inst.) [redacted] b Sch. 8812 ____ c Form 8863 ____ **Add** any amount from Schedule 5 ____ | | 17 | |
| 18 | Add lines 16 and 17. These are your total payments | | 18 | [redacted] |

**Standard Deduction for—**
- Single or married filing separately, $12,000
- Married filing jointly or Qualifying widow(er), $24,000
- Head of household, $18,000
- If you checked any box under Standard deduction, see instructions.

## Refund

| Line | Description | Line | Amount |
|---|---|---|---|
| 19 | If line 18 is more than line 15, subtract line 15 from line 18. This is the amount you **overpaid** | 19 | [redacted] |
| 20a | Amount of line 19 you want **refunded to you.** If Form 8888 is attached, check here ▶ ☐ | 20a | [redacted] |
| ▶ b | Routing number [redacted] ▶ c Type: ☒ Checking ☐ Savings | | |
| ▶ d | Account number [redacted] | | |
| 21 | Amount of line 19 you want **applied to your 2019 estimated tax** ▶ 21 | | |

Direct deposit? See instructions.

**Amount You Owe**

| Line | Description | Line | Amount |
|---|---|---|---|
| 22 | **Amount you owe.** Subtract line 18 from line 15. For details on how to pay, see instructions ▶ | 22 | |
| 23 | Estimated tax penalty (see instructions) ▶ 23 | | |

| Name(s) shown on return. Do not enter name and social security number if shown on other side. | **Your social security number** |
|---|---|
| Brian [redacted] Chabrier | [redacted] |

**Caution:** The IRS compares amounts reported on your tax return with amounts shown on Schedule(s) K-1.

## Part II Income or Loss From Partnerships and S Corporations

**Note:** If you report a loss, receive a distribution, dispose of stock, or receive a loan repayment from an S corporation, you **must** check the box in column **(e)** on line 28 and attach the required basis computation. If you report a loss from an at-risk activity for which **any** amount is **not** at risk, you **must** check the box in column **(f)** on line 28 and attach **Form 6198** (see instructions).

**27** Are you reporting any loss not allowed in a prior year due to the at-risk, excess farm loss, or basis limitations, a prior year unallowed loss from a passive activity (if that loss was not reported on Form 8582), or unreimbursed partnership expenses? If you answered "Yes," see instructions before completing this section . . . ☐ **Yes** ☒ **No**

| 28 | (a) Name | (b) Enter P for partnership; S for S corporation | (c) Check if foreign partnership | (d) Employer identification number | (e) Check if basis computation is required | (f) Check if any amount is not at risk |
|---|---|---|---|---|---|---|
| A | 189 Sunrise Hwy Auto LLC | P | ☐ | [redacted] | ☐ | ☐ |
| B | [redacted] | P | ☐ | [redacted] | ☐ | ☐ |
| C | Northshore Motor Leasing LLC | P | ☐ | [redacted] | ☐ | ☐ |
| D | [redacted] | | ☐ | | ☐ | ☐ |

| | Passive Income and Loss | | Nonpassive Income and Loss | | |
|---|---|---|---|---|---|
| | (g) Passive loss allowed (attach **Form 8582** if required) | (h) Passive income from **Schedule K-1** | (i) Nonpassive loss from **Schedule K-1** | (j) Section 179 expense deduction from **Form 4562** | (k) Nonpassive income from **Schedule K-1** |
| A | | | [redacted] | | |
| B | | | [redacted] | | |
| C | | | | | [redacted] |
| D | | | | | [redacted] |
| 29a Totals | | | | | [redacted] |
| b Totals | | | [redacted] | | |

| | | | |
|---|---|---|---|
| 30 | Add columns (h) and (k) of line 29a . . . | 30 | [redacted] |
| 31 | Add columns (g), (i), and (j) of line 29b . . . | 31 | ( [redacted] ) |
| 32 | **Total partnership and S corporation income or (loss).** Combine lines 30 and 31 . . . | 32 | [redacted] |

## Part III Income or Loss From Estates and Trusts

| 33 | (a) Name | (b) Employer identification number |
|---|---|---|
| A | | |
| B | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | |
|---|---|---|---|---|
| | (c) Passive deduction or loss allowed (attach **Form 8582** if required) | (d) Passive income from **Schedule K-1** | (e) Deduction or loss from **Schedule K-1** | (f) Other income from **Schedule K-1** |
| A | | | | |
| B | | | | |
| 34a Totals | | | | |
| b Totals | | | | |

| | | | |
|---|---|---|---|
| 35 | Add columns (d) and (f) of line 34a . . . | 35 | |
| 36 | Add columns (c) and (e) of line 34b . . . | 36 | ( ) |
| 37 | **Total estate and trust income or (loss).** Combine lines 35 and 36 . . . | 37 | |

## Part IV Income or Loss From Real Estate Mortgage Investment Conduits (REMICs)—Residual Holder

| 38 (a) Name | (b) Employer identification number | (c) Excess inclusion from **Schedules Q**, line 2c (see instructions) | (d) Taxable income (net loss) from **Schedules Q**, line 1b | (e) Income from **Schedules Q**, line 3b |
|---|---|---|---|---|
| | | | | |

| | | | |
|---|---|---|---|
| 39 | Combine columns (d) and (e) only. Enter the result here and include in the total on line 41 below | 39 | |

## Part V Summary

| | | | |
|---|---|---|---|
| 40 | Net farm rental income or (loss) from **Form 4835.** Also, complete line 42 below . . . | 40 | |
| 41 | **Total income or (loss).** Combine lines 26, 32, 37, 39, and 40. Enter the result here and on Schedule 1 (Form 1040), line 17, or Form 1040NR, line 18 ▶ | 41 | [redacted] |
| 42 | **Reconciliation of farming and fishing income.** Enter your **gross** farming and fishing income reported on Form 4835, line 7; Schedule K-1 (Form 1065), box 14, code B; Schedule K-1 (Form 1120S), box 17, code AC; and Schedule K-1 (Form 1041), box 14, code F (see instructions) . | 42 | |
| 43 | **Reconciliation for real estate professionals.** If you were a real estate professional (see instructions), enter the net income or (loss) you reported anywhere on Form 1040 or Form 1040NR from all rental real estate activities in which you materially participated under the passive activity loss rules . . | 43 | |

Form **1040** Department of the Treasury—Internal Revenue Service (99)
# U.S. Individual Income Tax Return **2019**
OMB No. 1545-0074 IRS Use Only—Do not write or staple in this space.

**Filing Status** Check only one box.
☐ Single ☒ Married filing jointly ☐ Married filing separately (MFS) ☐ Head of household (HOH) ☐ Qualifying widow(er) (QW)
If you checked the MFS box, enter the name of spouse. If you checked the HOH or QW box, enter the child's name if the qualifying person is a child but not your dependent. ▶

| Your first name and middle initial | Last name | Your social security number |
|---|---|---|
| Brian | Chabrier | [redacted] |
| If joint return, spouse's first name and middle initial | Last name | Spouse's social security number |
| [redacted] | [redacted] | [redacted] |

Home address (number and street). If you have a P.O. box, see instructions. [redacted] Apt. no.
City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions). [redacted]
**Presidential Election Campaign** Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. ☐ You ☐ Spouse

Foreign country name | Foreign province/state/county | Foreign postal code | If more than four dependents, see instructions and ✓ here ▶ ☐

**Standard Deduction** **Someone can claim:** ☐ You as a dependent ☐ Your spouse as a dependent
☐ Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness** **You:** ☐ Were born before January 2, 1955 ☐ Are blind **Spouse:** ☐ Was born before January 2, 1955 ☐ Is blind

**Dependents** (see instructions):

| (1) First name | Last name | (2) Social security number | (3) Relationship to you | (4) ✓ if qualifies for (see instructions): Child tax credit | Credit for other dependents |
|---|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | ☐ | ☒ |
| [redacted] | [redacted] | [redacted] | [redacted] | ☒ | ☐ |
| | | | | ☐ | ☐ |
| | | | | ☐ | ☐ |

**Standard Deduction for—**
- Single or Married filing separately, $12,200
- Married filing jointly or Qualifying widow(er), $24,400
- Head of household, $18,350
- If you checked any box under *Standard Deduction*, see instructions.

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Wages, salaries, tips, etc. Attach Form(s) W-2 | | | | 1 | [redacted] |
| 2a | Tax-exempt interest | 2a | | b Taxable interest. Attach Sch. B if required | 2b | [redacted] |
| 3a | Qualified dividends | 3a | | b Ordinary dividends. Attach Sch. B if required | 3b | |
| 4a | IRA distributions | 4a | | b Taxable amount | 4b | |
| c | Pensions and annuities | 4c | | d Taxable amount | 4d | |
| 5a | Social security benefits | 5a | | b Taxable amount | 5b | |
| 6 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | | | | 6 | |
| 7a | Other income from Schedule 1, line 9 | | | | 7a | [redacted] |
| b | Add lines 1, 2b, 3b, 4b, 4d, 5b, 6, and 7a. This is your **total income** ▶ | | | | 7b | [redacted] |
| 8a | Adjustments to income from Schedule 1, line 22 | | | | 8a | |
| b | Subtract line 8a from line 7b. This is your **adjusted gross income** ▶ | | | | 8b | [redacted] |
| 9 | **Standard deduction or itemized deductions** (from Schedule A) | | | 9 [redacted] | | |
| 10 | Qualified business income deduction. Attach Form 8995 or Form 8995-A | | | 10 [redacted] | | |
| 11a | Add lines 9 and 10 | | | | 11a | [redacted] |
| b | **Taxable income.** Subtract line 11a from line 8b. If zero or less, enter -0- | | | | 11b | [redacted] |

**For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.** Form **1040** (2019)

| | | | | |
|---|---|---|---|---|
| 12a | Tax (see inst.) Check if any from Form(s): 1 ☐ 8814 2 ☐ 4972 3 ☐ | 12a [redacted] | | |
| b | Add Schedule 2, line 3, and line 12a and enter the total ▶ | | 12b | [redacted] |
| 13a | Child tax credit or credit for other dependents | 13a [redacted] | | |
| b | Add Schedule 3, line 7, and line 13a and enter the total ▶ | | 13b | [redacted] |
| 14 | Subtract line 13b from line 12b. If zero or less, enter -0- | | 14 | [redacted] |
| 15 | Other taxes, including self-employment tax, from Schedule 2, line 10 | | 15 | [redacted] |
| 16 | Add lines 14 and 15. This is your **total tax** ▶ | | 16 | [redacted] |
| 17 | Federal income tax withheld from Forms W-2 and 1099 | | 17 | [redacted] |
| 18 | Other payments and refundable credits: | | | |
| a | Earned income credit (EIC) No | 18a | | |
| b | Additional child tax credit. Attach Schedule 8812 | 18b | | |
| c | American opportunity credit from Form 8863, line 8 | 18c | | |
| d | Schedule 3, line 14 | 18d | | |
| e | Add lines 18a through 18d. These are your **total other payments and refundable credits** ▶ | | 18e | |
| 19 | Add lines 17 and 18e. These are your **total payments** ▶ | | 19 | [redacted] |

• If you have a qualifying child, attach Sch. EIC.
• If you have nontaxable combat pay, see instructions.

**Refund**

| | | | | |
|---|---|---|---|---|
| 20 | If line 19 is more than line 16, subtract line 16 from line 19. This is the amount you **overpaid** | | 20 | [redacted] |
| 21a | Amount of line 20 you want **refunded to you.** If Form 8888 is attached, check here ▶ ☐ | | 21a | [redacted] |
| ▶ b | Routing number [redacted] ▶ c Type: ☒ Checking ☐ Savings | | | |
| ▶ d | Account number [redacted] | | | |
| 22 | Amount of line 20 you want **applied to your 2020 estimated tax** ▶ | 22 | | |

Direct deposit? See instructions.

**Amount You Owe**

| | | | | |
|---|---|---|---|---|
| 23 | **Amount you owe.** Subtract line 19 from line 16. For details on how to pay, see instructions ▶ | | 23 | |
| 24 | Estimated tax penalty (see instructions) ▶ | 24 | | |

**Third Party Designee** (Other than paid preparer)

Do you want to allow another person (other than your paid preparer) to discuss this return with the IRS? See instructions. ☐ **Yes.** Complete below. ☒ **No**

Designee's name ▶ Phone no. ▶ Personal identification number (PIN) ▶

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return? See instructions. Keep a copy for your records.

| Your signature | Date | Your occupation | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |
|---|---|---|---|
| | | [redacted] | |
| Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation | If the IRS sent your spouse an Identity Protection PIN, enter it here (see inst.) |
| | | [redacted] | |
| Phone no. | Email address | | |

**Paid Preparer Use Only**

| Preparer's name | Preparer's signature | Date | PTIN | Check if: |
|---|---|---|---|---|
| [redacted] | [redacted] | | [redacted] | ☐ 3rd Party Designee ☒ Self-employed |
| Firm's name ▶ [redacted] | | Phone no. [redacted] | | |
| Firm's address ▶ [redacted] | | | Firm's EIN ▶ [redacted] | |

| Name(s) shown on return. Do not enter name and social security number if shown on other side. | Your social security number |
|---|---|
| Brian [redacted] Chabrier | [redacted] |

**Caution:** The IRS compares amounts reported on your tax return with amounts shown on Schedule(s) K-1.

## Part II Income or Loss From Partnerships and S Corporations

**Note:** If you report a loss, receive a distribution, dispose of stock, or receive a loan repayment from an S corporation, you **must** check the box in column **(e)** on line 28 and attach the required basis computation. If you report a loss from an at-risk activity for which **any** amount is **not** at risk, you **must** check the box in column **(f)** on line 28 and attach **Form 6198** (see instructions).

**27** Are you reporting any loss not allowed in a prior year due to the at-risk or basis limitations, a prior year unallowed loss from a passive activity (if that loss was not reported on Form 8582), or unreimbursed partnership expenses? If you answered "Yes," see instructions before completing this section . . . ☐ **Yes** ☒ **No**

| 28 | (a) Name | (b) Enter P for partnership; S for S corporation | (c) Check if foreign partnership | (d) Employer identification number | (e) Check if basis computation is required | (f) Check if any amount is not at risk |
|---|---|---|---|---|---|---|
| A | 189 Sunrise Hwy Auto LLC | P | ☐ | [redacted] | ☐ | ☐ |
| B | [redacted] | P | ☐ | [redacted] | ☐ | ☐ |
| C | Northshore Motor Leasing LLC | P | ☐ | [redacted] | ☐ | ☐ |
| D | [redacted] | | ☐ | | ☐ | ☐ |

| | Passive Income and Loss | | Nonpassive Income and Loss | | |
|---|---|---|---|---|---|
| | (g) Passive loss allowed (attach **Form 8582** if required) | (h) Passive income from **Schedule K-1** | (i) Nonpassive loss allowed (see **Schedule K-1**) | (j) Section 179 expense deduction from **Form 4562** | (k) Nonpassive income from **Schedule K-1** |
| A | | | [redacted] | | |
| B | | | [redacted] | | |
| C | | | | | [redacted] |
| D | | | [redacted] | | [redacted] |
| 29a Totals | | | | | [redacted] |
| b Totals | | | [redacted] | | |

| | | | |
|---|---|---|---|
| 30 | Add columns (h) and (k) of line 29a . . . | 30 | [redacted] |
| 31 | Add columns (g), (i), and (j) of line 29b . . . | 31 | ( [redacted] ) |
| 32 | **Total partnership and S corporation income or (loss).** Combine lines 30 and 31 . . . | 32 | [redacted] |

## Part III Income or Loss From Estates and Trusts

| 33 | (a) Name | (b) Employer identification number |
|---|---|---|
| A | | |
| B | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | |
|---|---|---|---|---|
| | (c) Passive deduction or loss allowed (attach **Form 8582** if required) | (d) Passive income from **Schedule K-1** | (e) Deduction or loss from **Schedule K-1** | (f) Other income from **Schedule K-1** |
| A | | | | |
| B | | | | |
| 34a Totals | | | | |
| b Totals | | | | |

| | | | |
|---|---|---|---|
| 35 | Add columns (d) and (f) of line 34a . . . | 35 | |
| 36 | Add columns (c) and (e) of line 34b . . . | 36 | ( ) |
| 37 | **Total estate and trust income or (loss).** Combine lines 35 and 36 . . . | 37 | |

## Part IV Income or Loss From Real Estate Mortgage Investment Conduits (REMICs)—Residual Holder

| 38 (a) Name | (b) Employer identification number | (c) Excess inclusion from **Schedules Q,** line 2c (see instructions) | (d) Taxable income (net loss) from **Schedules Q,** line 1b | (e) Income from **Schedules Q,** line 3b |
|---|---|---|---|---|
| | | | | |

| | | | |
|---|---|---|---|
| 39 | Combine columns (d) and (e) only. Enter the result here and include in the total on line 41 below | 39 | |

## Part V Summary

| | | | |
|---|---|---|---|
| 40 | Net farm rental income or (loss) from **Form 4835.** Also, complete line 42 below . . . | 40 | |
| 41 | **Total income or (loss).** Combine lines 26, 32, 37, 39, and 40. Enter the result here and on Schedule 1 (Form 1040 or 1040-SR), line 5, or Form 1040-NR, line 18 ▶ | 41 | [redacted] |
| 42 | **Reconciliation of farming and fishing income.** Enter your **gross** farming and fishing income reported on Form 4835, line 7; Schedule K-1 (Form 1065), box 14, code B; Schedule K-1 (Form 1120-S), box 17, code AC; and Schedule K-1 (Form 1041), box 14, code F (see instructions) . | 42 | |
| 43 | **Reconciliation for real estate professionals.** If you were a real estate professional (see instructions), enter the net income or (loss) you reported anywhere on Form 1040, Form 1040-SR, or Form 1040-NR from all real estate activities in which you materially participated under the passive activity loss rules . . . | 43 | |

Form **1040** Department of the Treasury—Internal Revenue Service (99)
**U.S. Individual Income Tax Return** **2020** OMB No. 1545-0074 IRS Use Only—Do not write or staple in this space.

**Filing Status** Check only one box. ☐ Single ☒ Married filing jointly ☐ Married filing separately (MFS) ☐ Head of household (HOH) ☐ Qualifying widow(er) (QW)
If you checked the MFS box, enter the name of your spouse. If you checked the HOH or QW box, enter the child's name if the qualifying person is a child but not your dependent ▶

| Your first name and middle initial | Last name | Your social security number |
|---|---|---|
| Brian | Chabrier | [redacted] |
| If joint return, spouse's first name and middle initial | Last name | Spouse's social security number |
| [redacted] | [redacted] | [redacted] |

Home address (number and street). If you have a P.O. box, see instructions. [redacted] Apt. no.
City, town, or post office. If you have a foreign address, also complete spaces below. [redacted] State [redacted] ZIP code [redacted]
Foreign country name | Foreign province/state/county | Foreign postal code

**Presidential Election Campaign** Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. ☐ You ☐ Spouse

At any time during 2020, did you receive, sell, send, exchange, or otherwise acquire any financial interest in any virtual currency? ☐ Yes ☒ No

**Standard Deduction** **Someone can claim:** ☐ You as a dependent ☐ Your spouse as a dependent
☐ Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness** **You:** ☐ Were born before January 2, 1956 ☐ Are blind **Spouse:** ☐ Was born before January 2, 1956 ☐ Is blind

**Dependents** (see instructions): If more than four dependents, see instructions and check here ▶ ☐

| (1) First name | Last name | (2) Social security number | (3) Relationship to you | (4) ✔ if qualifies for (see instructions): Child tax credit | Credit for other dependents |
|---|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | ☐ | ☒ |
| [redacted] | [redacted] | [redacted] | [redacted] | ☒ | ☐ |
| | | | | ☐ | ☐ |
| | | | | ☐ | ☐ |

Attach Sch. B if required.

| Line | Description | | | Line | Amount |
|---|---|---|---|---|---|
| 1 | Wages, salaries, tips, etc. Attach Form(s) W-2 | | | 1 | [redacted] |
| 2a | Tax-exempt interest | 2a | b Taxable interest | 2b | [redacted] |
| 3a | Qualified dividends | 3a | b Ordinary dividends | 3b | |
| 4a | IRA distributions | 4a | b Taxable amount | 4b | |
| 5a | Pensions and annuities | 5a | b Taxable amount | 5b | |
| 6a | Social security benefits | 6a | b Taxable amount | 6b | |
| 7 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | | | 7 | |
| 8 | Other income from Schedule 1, line 9 | | | 8 | [redacted] |
| 9 | Add lines 1, 2b, 3b, 4b, 5b, 6b, 7, and 8. This is your **total income** ▶ | | | 9 | [redacted] |
| 10 | Adjustments to income: | | | | |
| a | From Schedule 1, line 22 | 10a | | | |
| b | Charitable contributions if you take the standard deduction. See instructions | 10b | [redacted] | | |
| c | Add lines 10a and 10b. These are your **total adjustments to income** ▶ | | | 10c | [redacted] |
| 11 | Subtract line 10c from line 9. This is your **adjusted gross income** ▶ | | | 11 | [redacted] |
| 12 | **Standard deduction or itemized deductions** (from Schedule A) | | | 12 | [redacted] |
| 13 | Qualified business income deduction. Attach Form 8995 or Form 8995-A | | | 13 | [redacted] |
| 14 | Add lines 12 and 13 | | | 14 | [redacted] |
| 15 | **Taxable income.** Subtract line 14 from line 11. If zero or less, enter -0- | | | 15 | [redacted] |

**Standard Deduction for—**
- Single or Married filing separately, $12,400
- Married filing jointly or Qualifying widow(er), $24,800
- Head of household, $18,650
- If you checked any box under *Standard Deduction*, see instructions.

**For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.** Form **1040** (2020)

| Line | Description | Box | Amount |
|---|---|---|---|
| 16 | Tax (see instructions). Check if any from Form(s): 1 ☐ 8814 2 ☐ 4972 3 ☐ | 16 | [redacted] |
| 17 | Amount from Schedule 2, line 3 | 17 | [redacted] |
| 18 | Add lines 16 and 17 | 18 | [redacted] |
| 19 | Child tax credit or credit for other dependents | 19 | [redacted] |
| 20 | Amount from Schedule 3, line 7 | 20 | |
| 21 | Add lines 19 and 20 | 21 | [redacted] |
| 22 | Subtract line 21 from line 18. If zero or less, enter -0- | 22 | [redacted] |
| 23 | Other taxes, including self-employment tax, from Schedule 2, line 10 | 23 | [redacted] |
| 24 | Add lines 22 and 23. This is your **total tax** ▶ | 24 | [redacted] |
| 25 | Federal income tax withheld from: | | |
| a | Form(s) W-2 | 25a [redacted] | |
| b | Form(s) 1099 | 25b [redacted] | |
| c | Other forms (see instructions) | 25c | |
| d | Add lines 25a through 25c | 25d | [redacted] |
| 26 | 2020 estimated tax payments and amount applied from 2019 return | 26 | |
| 27 | Earned income credit (EIC) No | 27 | |
| 28 | Additional child tax credit. Attach Schedule 8812 | 28 | |
| 29 | American opportunity credit from Form 8863, line 8 | 29 | |
| 30 | Recovery rebate credit. See instructions | 30 | |
| 31 | Amount from Schedule 3, line 13 | 31 [redacted] | |
| 32 | Add lines 27 through 31. These are your **total other payments and refundable credits** ▶ | 32 | [redacted] |
| 33 | Add lines 25d, 26, and 32. These are your **total payments** ▶ | 33 | [redacted] |

• If you have a qualifying child, attach Sch. EIC.
• If you have nontaxable combat pay, see instructions.

**Refund**

Direct deposit? See instructions.

| Line | Description | Box | Amount |
|---|---|---|---|
| 34 | If line 33 is more than line 24, subtract line 24 from line 33. This is the amount you **overpaid** | 34 | [redacted] |
| 35a | Amount of line 34 you want **refunded to you.** If Form 8888 is attached, check here ▶ ☐ | 35a | [redacted] |
| ▶b | Routing number [redacted] ▶ c Type: ☒ Checking ☐ Savings | | |
| ▶d | Account number [redacted] | | |
| 36 | Amount of line 34 you want **applied to your 2021 estimated tax** ▶ | 36 | |

**Amount You Owe**

For details on how to pay, see instructions.

| Line | Description | Box | Amount |
|---|---|---|---|
| 37 | Subtract line 33 from line 24. This is the **amount you owe now** ▶ | 37 | |
| | **Note:** Schedule H and Schedule SE filers, line 37 may not represent all of the taxes you owe for 2020. See Schedule 3, line 12e, and its instructions for details. | | |
| 38 | Estimated tax penalty (see instructions) ▶ | 38 | |

**Third Party Designee**

Do you want to allow another person to discuss this return with the IRS? See instructions ▶ ☐ **Yes.** Complete below. ☒ **No**

Designee's name ▶ Phone no. ▶ Personal identification number (PIN) ▶

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return? See instructions. Keep a copy for your records.

Your signature | Date | Your occupation [redacted] | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) ▶

Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation [redacted] | If the IRS sent your spouse an Identity Protection PIN, enter it here (see inst.) ▶

Phone no. | Email address

**Paid Preparer Use Only**

Preparer's name [redacted] | Preparer's signature [redacted] | Date | PTIN [redacted] | Check if: ☒ Self-employed

Firm's name ▶ [redacted] | Phone no. [redacted]

Firm's address ▶ [redacted] | Firm's EIN ▶ [redacted]

| Name(s) shown on return. Do not enter name and social security number if shown on other side. | Your social security number |
|---|---|
| Brian [redacted] Chabrier | [redacted] |

**Caution:** The IRS compares amounts reported on your tax return with amounts shown on Schedule(s) K-1.

## Part II Income or Loss From Partnerships and S Corporations

**Note:** If you report a loss, receive a distribution, dispose of stock, or receive a loan repayment from an S corporation, you **must** check the box in column **(e)** on line 28 and attach the required basis computation. If you report a loss from an at-risk activity for which **any** amount is **not** at risk, you **must** check the box in column **(f)** on line 28 and attach **Form 6198.** See instructions.

27 Are you reporting any loss not allowed in a prior year due to the at-risk or basis limitations, a prior year unallowed loss from a passive activity (if that loss was not reported on Form 8582), or unreimbursed partnership expenses? If you answered "Yes," see instructions before completing this section . . . ☒ Yes ☐ No

| 28 | (a) Name | (b) Enter P for partnership; S for S corporation | (c) Check if foreign partnership | (d) Employer identification number | (e) Check if basis computation is required | (f) Check if any amount is not at risk |
|---|---|---|---|---|---|---|
| A | 189 Sunrise Hwy Auto LLC | P | ☐ | [redacted] | ☐ | ☐ |
| B | [redacted] | P | ☐ | [redacted] | ☐ | ☐ |
| C | Northshore Motor Leasing LLC | P | ☐ | [redacted] | ☐ | ☐ |
| D | [redacted] | | ☐ | | ☐ | ☐ |

| | Passive Income and Loss | | Nonpassive Income and Loss | | |
|---|---|---|---|---|---|
| | (g) Passive loss allowed (attach **Form 8582** if required) | (h) Passive income from **Schedule K-1** | (i) Nonpassive loss allowed (see **Schedule K-1**) | (j) Section 179 expense deduction from **Form 4562** | (k) Nonpassive income from **Schedule K-1** |
| A | | | [redacted] | | |
| B | | | | | [redacted] |
| C | | | | | [redacted] |
| D | | | [redacted] | | [redacted] |
| 29a Totals | | | | | [redacted] |
| b Totals | | | [redacted] | | |

| | | | |
|---|---|---|---|
| 30 | Add columns (h) and (k) of line 29a . . . | 30 | [redacted] |
| 31 | Add columns (g), (i), and (j) of line 29b . . . | 31 | ( [redacted] ) |
| 32 | **Total partnership and S corporation income or (loss).** Combine lines 30 and 31 . . . | 32 | [redacted] |

## Part III Income or Loss From Estates and Trusts

| 33 | (a) Name | (b) Employer identification number |
|---|---|---|
| A | | |
| B | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | |
|---|---|---|---|---|
| | (c) Passive deduction or loss allowed (attach **Form 8582** if required) | (d) Passive income from **Schedule K-1** | (e) Deduction or loss from **Schedule K-1** | (f) Other income from **Schedule K-1** |
| A | | | | |
| B | | | | |
| 34a Totals | | | | |
| b Totals | | | | |

| | | | |
|---|---|---|---|
| 35 | Add columns (d) and (f) of line 34a . . . | 35 | |
| 36 | Add columns (c) and (e) of line 34b . . . | 36 | ( ) |
| 37 | **Total estate and trust income or (loss).** Combine lines 35 and 36 . . . | 37 | |

## Part IV Income or Loss From Real Estate Mortgage Investment Conduits (REMICs)—Residual Holder

| 38 (a) Name | (b) Employer identification number | (c) Excess inclusion from **Schedules Q,** line 2c (see instructions) | (d) Taxable income (net loss) from **Schedules Q,** line 1b | (e) Income from **Schedules Q,** line 3b |
|---|---|---|---|---|
| | | | | |

| | | | |
|---|---|---|---|
| 39 | Combine columns (d) and (e) only. Enter the result here and include in the total on line 41 below | 39 | |

## Part V Summary

| | | | |
|---|---|---|---|
| 40 | Net farm rental income or (loss) from **Form 4835.** Also, complete line 42 below . . . | 40 | |
| 41 | **Total income or (loss).** Combine lines 26, 32, 37, 39, and 40. Enter the result here and on Schedule 1 (Form 1040), line 5 ▶ | 41 | [redacted] |
| 42 | **Reconciliation of farming and fishing income.** Enter your **gross** farming and fishing income reported on Form 4835, line 7; Schedule K-1 (Form 1065), box 14, code B; Schedule K-1 (Form 1120-S), box 17, code AD; and Schedule K-1 (Form 1041), box 14, code F. See instructions . . | 42 | |
| 43 | **Reconciliation for real estate professionals.** If you were a real estate professional (see instructions), enter the net income or (loss) you reported anywhere on Form 1040, Form 1040-SR, or Form 1040-NR from all rental real estate activities in which you materially participated under the passive activity loss rules . . . | 43 | |

Form **1040** Department of the Treasury—Internal Revenue Service (99)
# U.S. Individual Income Tax Return 2021
OMB No. 1545-0074 IRS Use Only—Do not write or staple in this space.

**Filing Status** Check only one box.
☐ Single ☒ Married filing jointly ☐ Married filing separately (MFS) ☐ Head of household (HOH) ☐ Qualifying widow(er) (QW)
If you checked the MFS box, enter the name of your spouse. If you checked the HOH or QW box, enter the child's name if the qualifying person is a child but not your dependent ▶

| Your first name and middle initial | Last name | Your social security number |
|---|---|---|
| Brian | Chabrier | [redacted] |
| If joint return, spouse's first name and middle initial | Last name | Spouse's social security number |
| [redacted] | [redacted] | [redacted] |

| Home address (number and street). If you have a P.O. box, see instructions. | Apt. no. |
|---|---|
| [redacted] | |

| City, town, or post office. If you have a foreign address, also complete spaces below. | State | ZIP code |
|---|---|---|
| [redacted] | [redacted] | [redacted] |

| Foreign country name | Foreign province/state/county | Foreign postal code |
|---|---|---|
| | | |

**Presidential Election Campaign** Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. ☐ You ☐ Spouse

At any time during 2021, did you receive, sell, exchange, or otherwise dispose of any financial interest in any virtual currency? ☐ Yes ☒ No

**Standard Deduction** **Someone can claim:** ☐ You as a dependent ☐ Your spouse as a dependent
☐ Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness** **You:** ☐ Were born before January 2, 1957 ☐ Are blind **Spouse:** ☐ Was born before January 2, 1957 ☐ Is blind

**Dependents** (see instructions): If more than four dependents, see instructions and check here ▶ ☐

| (1) First name | Last name | (2) Social security number | (3) Relationship to you | (4) ✔ if qualifies for (see instructions): Child tax credit | Credit for other dependents |
|---|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | ☐ | ☒ |
| [redacted] | [redacted] | [redacted] | [redacted] | ☒ | ☐ |
| | | | | ☐ | ☐ |
| | | | | ☐ | ☐ |

Attach Sch. B if required.

Standard Deduction for—
- Single or Married filing separately, $12,550
- Married filing jointly or Qualifying widow(er), $25,100
- Head of household, $18,800
- If you checked any box under *Standard Deduction*, see instructions.

| Line | Description | | Amount | | Line | Amount |
|---|---|---|---|---|---|---|
| 1 | Wages, salaries, tips, etc. Attach Form(s) W-2 | | | | 1 | [redacted] |
| 2a | Tax-exempt interest | 2a | | b Taxable interest | 2b | [redacted] |
| 3a | Qualified dividends | 3a | | b Ordinary dividends | 3b | |
| 4a | IRA distributions | 4a | | b Taxable amount | 4b | |
| 5a | Pensions and annuities | 5a | | b Taxable amount | 5b | |
| 6a | Social security benefits | 6a | | b Taxable amount | 6b | |
| 7 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | | | | 7 | |
| 8 | Other income from Schedule 1, line 10 | | | | 8 | [redacted] |
| 9 | Add lines 1, 2b, 3b, 4b, 5b, 6b, 7, and 8. This is your **total income** ▶ | | | | 9 | [redacted] |
| 10 | Adjustments to income from Schedule 1, line 26 | | | | 10 | |
| 11 | Subtract line 10 from line 9. This is your **adjusted gross income** ▶ | | | | 11 | [redacted] |
| 12a | **Standard deduction or itemized deductions** (from Schedule A) | 12a | [redacted] | | | |
| b | Charitable contributions if you take the standard deduction (see instructions) | 12b | | | | |
| c | Add lines 12a and 12b | | | | 12c | [redacted] |
| 13 | Qualified business income deduction from Form 8995 or Form 8995-A | | | | 13 | [redacted] |
| 14 | Add lines 12c and 13 | | | | 14 | [redacted] |
| 15 | **Taxable income.** Subtract line 14 from line 11. If zero or less, enter -0- | | | | 15 | [redacted] |

**For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.** Form **1040** (2021)

| Line | Description | Box | Amount | Line | Amount |
|---|---|---|---|---|---|
| 16 | Tax (see instructions). Check if any from Form(s): 1 ☐ 8814 2 ☐ 4972 3 ☐ ________ | | | 16 | [redacted] |
| 17 | Amount from Schedule 2, line 3 | | | 17 | [redacted] |
| 18 | Add lines 16 and 17 | | | 18 | [redacted] |
| 19 | Nonrefundable child tax credit or credit for other dependents from Schedule 8812 | | | 19 | |
| 20 | Amount from Schedule 3, line 8 | | | 20 | |
| 21 | Add lines 19 and 20 | | | 21 | |
| 22 | Subtract line 21 from line 18. If zero or less, enter -0- | | | 22 | [redacted] |
| 23 | Other taxes, including self-employment tax, from Schedule 2, line 21 | | | 23 | [redacted] |
| 24 | Add lines 22 and 23. This is your **total tax** ▶ | | | 24 | [redacted] |
| 25 | Federal income tax withheld from: | | | | |
| a | Form(s) W-2 | 25a | [redacted] | | |
| b | Form(s) 1099 | 25b | [redacted] | | |
| c | Other forms (see instructions) | 25c | | | |
| d | Add lines 25a through 25c | | | 25d | [redacted] |
| 26 | 2021 estimated tax payments and amount applied from 2020 return | | | 26 | |
| 27a | Earned income credit (EIC) | 27a | [redacted] | | |
| | Check here if you were born after January 1, 1998, and before January 2, 2004, and you satisfy all the other requirements for taxpayers who are at least age 18, to claim the EIC. See instructions ▶ ☐ | | | | |
| b | Nontaxable combat pay election | 27b | | | |
| c | Prior year (2019) earned income | 27c | | | |
| 28 | Refundable child tax credit or additional child tax credit from Schedule 8812 | 28 | [redacted] | | |
| 29 | American opportunity credit from Form 8863, line 8 | 29 | | | |
| 30 | Recovery rebate credit. See instructions | 30 | | | |
| 31 | Amount from Schedule 3, line 15 | 31 | | | |
| 32 | Add lines 27a and 28 through 31. These are your **total other payments and refundable credits** ▶ | | | 32 | [redacted] |
| 33 | Add lines 25d, 26, and 32. These are your **total payments** ▶ | | | 33 | [redacted] |

If you have a qualifying child, attach Sch. EIC.

## Refund

| Line | Description | Line | Amount |
|---|---|---|---|
| 34 | If line 33 is more than line 24, subtract line 24 from line 33. This is the amount you **overpaid** | 34 | [redacted] |
| 35a | Amount of line 34 you want **refunded to you.** If Form 8888 is attached, check here ▶ ☐ | 35a | [redacted] |
| ▶ b | Routing number [redacted] ▶ c Type: ☒ Checking ☐ Savings | | |
| ▶ d | Account number [redacted] | | |
| 36 | Amount of line 34 you want **applied to your 2022 estimated tax** ▶ | 36 | |

Direct deposit? See instructions.

## Amount You Owe

| Line | Description | Line | Amount |
|---|---|---|---|
| 37 | **Amount you owe.** Subtract line 33 from line 24. For details on how to pay, see instructions ▶ | 37 | |
| 38 | Estimated tax penalty (see instructions) ▶ | 38 | |

## Third Party Designee

Do you want to allow another person to discuss this return with the IRS? See instructions ▶ ☐ **Yes.** Complete below. ☒ **No**

Designee's name ▶ Phone no. ▶ Personal identification number (PIN) ▶

## Sign Here

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return? See instructions. Keep a copy for your records.

| Your signature | Date | Your occupation | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) ▶ |
|---|---|---|---|
| | | [redacted] | |
| Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation | If the IRS sent your spouse an Identity Protection PIN, enter it here (see inst.) ▶ |
| | | [redacted] | |
| Phone no. | Email address | | |

## Paid Preparer Use Only

| Preparer's name | Preparer's signature | Date | PTIN | Check if: |
|---|---|---|---|---|
| [redacted] | [redacted] | | [redacted] | ☒ Self-employed |
| Firm's name ▶ [redacted] | | | Phone no. [redacted] | |
| Firm's address ▶ [redacted] | | | Firm's EIN ▶ [redacted] | |

| Name(s) shown on return. Do not enter name and social security number if shown on other side. | Your social security number |
|---|---|
| Brian [redacted] Chabrier | [redacted] |

**Caution:** The IRS compares amounts reported on your tax return with amounts shown on Schedule(s) K-1.

## Part II Income or Loss From Partnerships and S Corporations

**Note:** If you report a loss, receive a distribution, dispose of stock, or receive a loan repayment from an S corporation, you **must** check the box in column **(e)** on line 28 and attach the required basis computation. If you report a loss from an at-risk activity for which **any** amount is **not** at risk, you **must** check the box in column **(f)** on line 28 and attach **Form 6198.** See instructions.

**27** Are you reporting any loss not allowed in a prior year due to the at-risk or basis limitations, a prior year unallowed loss from a passive activity (if that loss was not reported on Form 8582), or unreimbursed partnership expenses? If you answered "Yes," see instructions before completing this section . . . ☒ Yes ☐ No

| 28 | (a) Name | (b) Enter P for partnership; S for S corporation | (c) Check if foreign partnership | (d) Employer identification number | (e) Check if basis computation is required | (f) Check if any amount is not at risk |
|---|---|---|---|---|---|---|
| A | 189 Sunrise Hwy Auto LLC | P | ☐ | [redacted] | ☐ | ☐ |
| B | [redacted] | P | ☐ | [redacted] | ☐ | ☐ |
| C | [redacted] | S | ☐ | [redacted] | ☐ | ☒ |
| D | [redacted] | S | ☐ | [redacted] | ☐ | ☒ |

| | Passive Income and Loss | | Nonpassive Income and Loss | | |
|---|---|---|---|---|---|
| | (g) Passive loss allowed (attach **Form 8582** if required) | (h) Passive income from **Schedule K-1** | (i) Nonpassive loss allowed (see **Schedule K-1**) | (j) Section 179 expense deduction from **Form 4562** | (k) Nonpassive income from **Schedule K-1** |
| A | | | | | [redacted] |
| B | | | [redacted] | | |
| C | | | | | [redacted] |
| D | | | [redacted] | | |
| 29a Totals | | | | | [redacted] |
| b Totals | | | [redacted] | | |

| | | | |
|---|---|---|---|
| 30 | Add columns (h) and (k) of line 29a . . . | 30 | [redacted] |
| 31 | Add columns (g), (i), and (j) of line 29b . . . | 31 | ( [redacted] ) |
| 32 | **Total partnership and S corporation income or (loss).** Combine lines 30 and 31 . . . | 32 | [redacted] |

## Part III Income or Loss From Estates and Trusts

| 33 | (a) Name | (b) Employer identification number |
|---|---|---|
| A | | |
| B | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | |
|---|---|---|---|---|
| | (c) Passive deduction or loss allowed (attach **Form 8582** if required) | (d) Passive income from **Schedule K-1** | (e) Deduction or loss from **Schedule K-1** | (f) Other income from **Schedule K-1** |
| A | | | | |
| B | | | | |
| 34a Totals | | | | |
| b Totals | | | | |

| | | | |
|---|---|---|---|
| 35 | Add columns (d) and (f) of line 34a . . . | 35 | |
| 36 | Add columns (c) and (e) of line 34b . . . | 36 | ( ) |
| 37 | **Total estate and trust income or (loss).** Combine lines 35 and 36 . . . | 37 | |

## Part IV Income or Loss From Real Estate Mortgage Investment Conduits (REMICs)—Residual Holder

| 38 (a) Name | (b) Employer identification number | (c) Excess inclusion from **Schedules Q,** line 2c (see instructions) | (d) Taxable income (net loss) from **Schedules Q,** line 1b | (e) Income from **Schedules Q,** line 3b |
|---|---|---|---|---|
| | | | | |

| | | | |
|---|---|---|---|
| 39 | Combine columns (d) and (e) only. Enter the result here and include in the total on line 41 below | 39 | |

## Part V Summary

| | | | |
|---|---|---|---|
| 40 | Net farm rental income or (loss) from **Form 4835.** Also, complete line 42 below . . . | 40 | |
| 41 | **Total income or (loss).** Combine lines 26, 32, 37, 39, and 40. Enter the result here and on Schedule 1 (Form 1040), line 5 ▶ | 41 | [redacted] |
| 42 | **Reconciliation of farming and fishing income.** Enter your **gross** farming and fishing income reported on Form 4835, line 7; Schedule K-1 (Form 1065), box 14, code B; Schedule K-1 (Form 1120-S), box 17, code AD; and Schedule K-1 (Form 1041), box 14, code F. See instructions . . | 42 | |
| 43 | **Reconciliation for real estate professionals.** If you were a real estate professional (see instructions), enter the net income or (loss) you reported anywhere on Form 1040, Form 1040-SR, or Form 1040-NR from all rental real estate activities in which you materially participated under the passive activity loss rules . . . | 43 | |