EXHIBIT “10”

Document name: Patty Cakes
VSN

FACILITY NUMBER: 7116600 FAC EXP DATE: 08/19
FACILITY TYPE: DLU
FACILITY NAME: UNIVERSAL;EXOTIC
NAME OVERFLOW: AUTOS;INC
STREET: 908 LONG ISLAND AVE
CITY/STATE: DEER PARK NY ZIP CODE: 11729 COUNTY: SUFF
OWNERSHIP TYPE: CORPORATION REGION: 1
CORP/OWNER NAME: ANTHONY;D;DEO
CORP STREET: 4 DARIUS COURT
CORP CITY/STATE: DIX HILLS NY ZIP CODE: 11746

*****************************************************************************

BUSINESS TYPE: DLU SIZE: U CONTROL NUMBER: 24119
ISSUE DATE: 09/04/17 EXP DATE: 08/19
GROUP: NON-PARTICIPATING
REQUIREMENTS: K
CASE DE8-93000: COMPLAINT DATE: 07/05/18
CENTRAL OFFICE ACTION: S DATE: 07/05/18 VS #: 800

> MOR

This is to certify that this document is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

COMMISSIONER OF MOTOR VEHICLES

Document name: Patty Cakes
VSN

```
  CASE DE8-93000:  ** CONTINUED **
     SUSPENSION:  DATE:  07/05/18  ORDER:  001745  DAYS:  999
                  REASON:  930
       ACTIVITY:  AMENDMENT   DATE:  05/01/18  CONTROL NUMBER:  24119   B
  CASE DE8-00845:  PROGRAM AUDIT   DATE:  12/08/17  ACTION:  HR  VS #:  531
         WAIVER:  DATE:  09/11/18  RESULT:  RV
     REVOCATION:  DATE:  10/01/18  ORDER:  003436
                  REASON:  284  284  808  235  235
  CASE DE7-93000:  COMPLAINT          DATE:  10/30/17
                  CENTRAL OFFICE ACTION:  S    DATE:  10/30/17  VS #:  800
     SUSPENSION:  DATE:  10/30/17  ORDER:  002946  DAYS:  999
                  REASON:  930
                  GO DATE:  05/01/18
       ACTIVITY:  RENEWAL     DATE:  09/04/17  CONTROL NUMBER:  24119
       ACTIVITY:  RENEWAL     DATE:  08/19/15  CONTROL NUMBER:  67290
  CASE DE4-05750:  COMPLAINT          DATE:  07/29/14
                  CENTRAL OFFICE ACTION:  F    DATE:  07/30/14  VS #:  048
                  REGIONAL OFFICE ACTION:  NI  DATE:  10/09/14  VS #:  411
                  SETTLEMENT:  VERP      $:  10923
```

> MOR

This is to certify that this document is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

Mark J.F. Schroeder

COMMISSIONER OF MOTOR VEHICLES

Document name: Patty Cakes
VSN

```
  CASE DE4-05750:  ** CONTINUED **
 NOTICE OF INVST:  DATE:  10/24/14  VIOLATION:  244  225  258  239  298
  CASE DE4-05264:  COMPLAINT         DATE:  07/14/14
                   CENTRAL OFFICE ACTION:  F     DATE:  07/17/14  VS #:  048
                   REGIONAL OFFICE ACTION:  NA   DATE:  09/11/14  VS #:  568
                   SETTLEMENT:  REFD        $:  00500
       ACTIVITY:   APPROVED     DATE:  11/21/13  CONTROL NUMBER:  18255
       ACTIVITY:   ORIGINAL     DATE:  09/19/13  CONTROL NUMBER:  18255
 >
```

This is to certify that this document is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

Mark J.F. Schroeder

COMMISSIONER OF MOTOR VEHICLES

MW 8/24/18 2 reg. 2 cert. 1 Region, 1 S-File

NEW YORK STATE | Department of Motor Vehicles

VEHICLE SAFETY & CLEAN AIR

PO BOX 2700 • EMPIRE STATE PLAZA • ALBANY, NY 12220-0700
(518) 474-1510

# NOTICE OF REVOCATION OF DEALER

DATE OF NOTICE: 08/23/2018
ORDER NUMBER: S6510

FACILITY NUMBER:7120672
CASE NUMBER:1DE7-16510

Sara Rahman
4 Darius Court
Dix Hills, NY 11746

UEA Premier Motors Corp
180 Michael Drive
Syosset, NY 11791

Pursuant to Section 415/417 of the NYS Vehicle and Traffic Law the above dealer is hereby REVOKED **09/11/2018.**

You have been revoked for the following cause(s):

**Charge 1:** Regulation 78.11(f) If the dealer is to submit the Certificate of Sale and ownership document, he shall submit it within five calendar days after delivery of the vehicle.

**Charge 2-3:** V and T Law 415-9(c) Committed a fraud or fraudulent practice, or has practiced dishonest or misleading advertising.

The REVOCATION will be effective from the date above, but credit for serving your revocation period will not begin until the date you surrender your Business Certificate, MV-50's, dealer plates and accompanying registration, and un-issued registration number plates, if applicable or the date these items are picked up by an agent of this Department. Your dealer plates will be revoked on the effective date of the revocation. Surrender your items to **Department of Motor Vehicles Division of Vehicle Safety 1800 Old Walt Whitman Rd Suite 150 Melville, NY 11747 (631) 770-3003**

cc: Supervising AFI Region 1

Commissioner of Motor Vehicles

jc




This is to certify that this document is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

Mark J.F. Schroeder

COMMISSIONER OF MOTOR VEHICLES

NEW YORK STATE | Department of Motor Vehicles
VEHICLE SAFETY & CLEAN AIR
PO BOX 2700 • EMPIRE STATE PLAZA • ALBANY, NY 12220-0700
(518) 474-1510

## NOTICE OF REVOCATION OF DEALER

DATE OF NOTICE: 08/23/2018
ORDER NUMBER: S5515

FACILITY NUMBER:7120672
CASE NUMBER:1DE7-15515

Sara Rahman
4 Darius Court
Dix Hills, NY 11746

UEA Premier Motors Corp
180 Michael Drive
Syosset, NY 11791

Pursuant to Section 415/417 of the NYS Vehicle and Traffic Law the above dealer is hereby REVOKED **09/11/2018.**

You have been revoked for the following cause(s):

**Charge 1:** Regulation 78.11(f) If the dealer is to submit the Certificate of Sale and ownership document, he shall submit it within five calendar days after delivery of the vehicle.

**Charge 2:** Regulation 78.21(c)(1) Loaning dealer plates for more than 5 days.

**Charge 3:** V and T Law 415-8 Improper use of dealer plates.

**Charge 4:** V and T Law 420-a (4) Failure to have completed application forms, documents and fees in the dealer's possession before issuing a Temporary Registration.

**Charge 5:** V and T Law 415-9(c) Committed a fraud or fraudulent practice, or has practiced dishonest or misleading advertising.

The REVOCATION will be effective from the date above, but credit for serving your revocation period will not begin until the date you surrender your Business Certificate, MV-50's, dealer plates and accompanying registration, and un-issued registration number plates, if applicable or the date these items are picked up by an agent of this Department. Your dealer plates will be revoked on the effective date of the revocation. Surrender your items to **Department of Motor Vehicles Division of Vehicle Safety 1800 Old Walt Whitman Rd Suite 150 Melville, NY 11747 (631) 770-3003**

Commissioner of Motor Vehicles

cc: Supervising AFI Region 1

jc




This is to certify that this document is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

Mark J.F. Schroeder

COMMISSIONER OF MOTOR VEHICLES

NEW YORK STATE | Department of Motor Vehicles
VEHICLE SAFETY & CLEAN AIR
PO BOX 2700 • EMPIRE STATE PLAZA • ALBANY, NY 12220-0700
(518) 474-1510

# NOTICE OF REVOCATION OF DEALER

DATE OF NOTICE: 08/23/2018
ORDER NUMBER: S5948

FACILITY NUMBER:7120672
CASE NUMBER:1DE7-15948

Sara Rahman
4 Darius Court
Dix Hills, NY 11746

UEA Premier Motors Corp
180 Michael Drive
Syosset, NY 11791

Pursuant to Section 415/417 of the NYS Vehicle and Traffic Law the above dealer is hereby REVOKED **09/11/2018**.

You have been revoked for the following cause(s):

**Charge 1:** Regulation 78.11(f) If the dealer is to submit the Certificate of Sale and ownership document, he shall submit it within five calendar days after delivery of the vehicle.

**Charge 2-3:** V and T Law 415-9(c) Committed a fraud or fraudulent practice, or has practiced dishonest or misleading advertising.

The REVOCATION will be effective from the date above, but credit for serving your revocation period will not begin until the date you surrender your Business Certificate, MV-50's, dealer plates and accompanying registration, and un-issued registration number plates, if applicable or the date these items are picked up by an agent of this Department. Your dealer plates will be revoked on the effective date of the revocation. Surrender your items to **Department of Motor Vehicles Division of Vehicle Safety 1800 Old Walt Whitman Rd Suite 150 Melville, NY 11747 (631) 770-3003**

Commissioner of Motor Vehicles

cc: Supervising AFI Region 1

jc

This is to certify that this document is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

Mark J.F. Schroeder

COMMISSIONER OF MOTOR VEHICLES

MV-10VS (8/14)
NEW YORK STATE
DEPARTMENT OF MOTOR VEHICLES
DIVISION OF VEHICLE SAFETY SERVICE
6 EMPIRE STATE PLAZA, ROOM 220
ALBANY NY 12228

9214 8969 0099 9790 1532 4829 03

US POSTAGE PITNEY BOWES
$ 005.63

NSP KE

CERTIFIED

NAME ________
1ST NOTICE ______
2ND NOTICE ______
RETURN ______

NIXIE 100 FE 1 0009/08/18
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 12228 *0237-08433-29-01

11791$5328 CO

This is to certify that this document is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

Mark J.F. Schroeder

COMMISSIONER OF MOTOR VEHICLES

NEW YORK STATE | Department of Motor Vehicles
VEHICLE SAFETY & CLEAN AIR
PO BOX 2700 • EMPIRE STATE PLAZA • ALBANY, NY 12220-0700
(518) 474-1510

# NOTICE OF REVOCATION OF DEALER

DATE OF NOTICE: 08/23/2018
ORDER NUMBER: S6510

FACILITY NUMBER:7120672
CASE NUMBER:1DE7-16510

Sara Rahman
4 Darius Court
Dix Hills, NY 11746

UEA Premier Motors Corp
180 Michael Drive
Syosset, NY 11791

Pursuant to Section 415/417 of the NYS Vehicle and Traffic Law the above dealer is hereby REVOKED **09/11/2018**.

You have been revoked for the following cause(s):

**Charge 1:** Regulation 78.11(f) If the dealer is to submit the Certificate of Sale and ownership document, he shall submit it within five calendar days after delivery of the vehicle.

**Charge 2-3:** V and T Law 415-9(c) Committed a fraud or fraudulent practice, or has practiced dishonest or misleading advertising.

The REVOCATION will be effective from the date above, but credit for serving your revocation period will not begin until the date you surrender your Business Certificate, MV-50's, dealer plates and accompanying registration, and un-issued registration number plates, if applicable or the date these items are picked up by an agent of this Department. Your dealer plates will be revoked on the effective date of the revocation. Surrender your items to **Department of Motor Vehicles Division of Vehicle Safety 1800 Old Walt Whitman Rd Suite 150 Melville, NY 11747 (631) 770-3003**

Commissioner of Motor Vehicles

cc: Supervising AFI Region 1

jc

This is to certify that this document is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

Mark J.F. Schroeder

COMMISSIONER OF MOTOR VEHICLES

9/13/18
2 reg. 2 cert.
1 Region, 1 S-File

NEW YORK STATE | Department of Motor Vehicles

VEHICLE SAFETY & CLEAN AIR

PO BOX 2700 • EMPIRE STATE PLAZA • ALBANY, NY 12220-0700
(518) 474-1510

## NOTICE OF REVOCATION OF DEALER

DATE OF NOTICE: 09/11/2018
ORDER NUMBER: S7331

FACILITY NUMBER:7120672
CASE NUMBER:1DE7-17331

Sara Rahman
4 Darius Court
Dix Hills NY 11746

UEA Premier Motors Corp
180 Michael Drive
Syosset NY 11791

Pursuant to Section 415/417 of the NYS Vehicle and Traffic Law the above dealer is hereby REVOKED **effective 10/01/2018.**

You have been revoked for the following cause(s):

**Charge 1:** Regulation 78.11(f) If the dealer is to submit the Certificate of Sale and ownership document, he shall submit it within five calendar days after delivery of the vehicle.

**Charge 2:** V and T Law 415-9(c) Committed a fraud or fraudulent practice, or has practiced dishonest or misleading advertising.

The REVOCATION will be effective from the date above, but credit for serving your revocation period will not begin until the date you surrender your Business Certificate, MV-50's, dealer plates and accompanying registration, and un-issued registration number plates, if applicable or the date these items are picked up by an agent of this Department. Your dealer plates will be revoked on the effective date of the revocation. Surrender your items to **Department of Motor Vehicles Division of Vehicle Safety 1800 Old Walt Whitman Rd Suite 150 Melville, NY 11747 (631) 770-3003**

Commissioner of Motor Vehicles

cc: Supervising AFI Region 1

jc

This is to certify that this document is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

Mark J.F. Schroeder

COMMISSIONER OF MOTOR VEHICLES

NEW YORK STATE | Department of Motor Vehicles
VEHICLE SAFETY & CLEAN AIR
PO BOX 2700 • EMPIRE STATE PLAZA • ALBANY, NY 12220-0700
(518) 474-1510

# NOTICE OF REVOCATION OF DEALER

DATE OF NOTICE: 12/27/2018
ORDER NUMBER: S0137

FACILITY NUMBER:7120672
CASE NUMBER:1DE8-10137

Sara Rahman
4 Darius Court
Dix Hills NY 11746

UEA Premier Motors Corp
180 Michael Drive
Syosset NY 11791

Pursuant to Section 415/417 of the NYS Vehicle and Traffic Law the above dealer is hereby REVOKED **effective 01/21/2019.**

You have been revoked for the following cause(s):

**Charge 1:** Regulation 78.11(f) If the dealer is to submit the Certificate of Sale and ownership document, he shall submit it within five calendar days after delivery of the vehicle.

**Charge 2:** V and T Law 415-9(c) Committed a fraud or fraudulent practice, or has practiced dishonest or misleading advertising.

The REVOCATION will be effective from the date above, but credit for serving your revocation period will not begin until the date you surrender your Business Certificate, MV-50's, dealer plates and accompanying registration, and un-issued registration number plates, if applicable or the date these items are picked up by an agent of this Department. Your dealer plates will be revoked on the effective date of the revocation. Surrender your items to **Department of Motor Vehicles Division of Vehicle Safety 1800 Old Walt Whitman Rd Suite 150 Melville, NY 11747 (631) 770-3003**

Commissioner of Motor Vehicles

cc: Supervising AFI Region 1

jc

This is to certify that this document is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

Mark J.F. Schroeder

COMMISSIONER OF MOTOR VEHICLES