EXHIBIT “14”

Form **1040** Department of the Treasury—Internal Revenue Service (99)
**U.S. Individual Income Tax Return** **2020** OMB No. 1545-0074 IRS Use Only—Do not write or staple in this space.

**Filing Status** ☐ Single ☒ Married filing jointly ☐ Married filing separately (MFS) ☐ Head of household (HOH) ☐ Qualifying widow(er) (QW)
Check only one box. If you checked the MFS box, enter the name of your spouse. If you checked the HOH or QW box, enter the child's name if the qualifying person is a child but not your dependent ▶

| Your first name and middle initial | Last name | Your social security number |
|---|---|---|
| Joshua B | Aaronson | [redacted] |
| If joint return, spouse's first name and middle initial | Last name | Spouse's social security number |
| [redacted] | [redacted] | [redacted] |

| Home address (number and street). If you have a P.O. box, see instructions. | | Apt. no. |
|---|---|---|
| [redacted] | | |
| City, town, or post office. If you have a foreign address, also complete spaces below. | State | ZIP code |
| [redacted] | NY | [redacted] |
| Foreign country name | Foreign province/state/county | Foreign postal code |

**Presidential Election Campaign** Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. ☐ **You** ☐ **Spouse**

At any time during 2020, did you receive, sell, send, exchange, or otherwise acquire any financial interest in any virtual currency? ☐ **Yes** ☒ **No**

**Standard Deduction** **Someone can claim:** ☐ You as a dependent ☐ Your spouse as a dependent
☐ Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness** **You:** ☐ Were born before January 2, 1956 ☐ Are blind **Spouse:** ☐ Was born before January 2, 1956 ☐ Is blind

**Dependents** (see instructions): If more than four dependents, see instructions and check here ▶ ☐

| (1) First name | Last name | (2) Social security number | (3) Relationship to you | (4) ✔ if qualifies for (see instructions): Child tax credit | Credit for other dependents |
|---|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | ☒ | ☐ |
| [redacted] | [redacted] | [redacted] | [redacted] | ☒ | ☐ |
| | | | | ☐ | ☐ |
| | | | | ☐ | ☐ |

Attach Sch. B if required.

| Line | Description | | | | Line | Amount |
|---|---|---|---|---|---|---|
| 1 | Wages, salaries, tips, etc. Attach Form(s) W-2 | | | | 1 | [redacted] |
| 2a | Tax-exempt interest | 2a | | b Taxable interest | 2b | [redacted] |
| 3a | Qualified dividends | 3a | [redacted] | b Ordinary dividends | 3b | [redacted] |
| 4a | IRA distributions | 4a | | b Taxable amount | 4b | |
| 5a | Pensions and annuities | 5a | | b Taxable amount | 5b | |
| 6a | Social security benefits | 6a | | b Taxable amount | 6b | |
| 7 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | | | | 7 | [redacted] |
| 8 | Other income from Schedule 1, line 9 | | | | 8 | [redacted] |
| 9 | Add lines 1, 2b, 3b, 4b, 5b, 6b, 7, and 8. This is your **total income** ▶ | | | | 9 | [redacted] |
| 10 | Adjustments to income: | | | | | |
| a | From Schedule 1, line 22 | 10a | [redacted] . | | | |
| b | Charitable contributions if you take the standard deduction. See instructions | 10b | | | | |
| c | Add lines 10a and 10b. These are your **total adjustments to income** ▶ | | | | 10c | [redacted] |
| 11 | Subtract line 10c from line 9. This is your **adjusted gross income** ▶ | | | | 11 | [redacted] |
| 12 | **Standard deduction or itemized deductions** (from Schedule A) | | | | 12 | [redacted] |
| 13 | Qualified business income deduction. Attach Form 8995 or Form 8995-A | | | | 13 | [redacted] |
| 14 | Add lines 12 and 13 | | | | 14 | [redacted] |
| 15 | **Taxable income.** Subtract line 14 from line 11. If zero or less, enter -0- | | | | 15 | [redacted] |

**Standard Deduction for—**
- Single or Married filing separately, $12,400
- Married filing jointly or Qualifying widow(er), $24,800
- Head of household, $18,650
- If you checked any box under *Standard Deduction*, see instructions.

**For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.** Form **1040** (2020)

Name(s) shown on return. Do not enter name and social security number if shown on other side.
Joshua [redacted] Aaronson

Your social security number
[redacted]

**Caution:** The IRS compares amounts reported on your tax return with amounts shown on Schedule(s) K-1.

## Part II Income or Loss From Partnerships and S Corporations

**Note:** If you report a loss, receive a distribution, dispose of stock, or receive a loan repayment from an S corporation, you **must** check the box in column **(e)** on line 28 and attach the required basis computation. If you report a loss from an at-risk activity for which **any** amount is **not** at risk, you **must** check the box in column **(f)** on line 28 and attach **Form 6198.** See instructions.

27 Are you reporting any loss not allowed in a prior year due to the at-risk or basis limitations, a prior year unallowed loss from a passive activity (if that loss was not reported on Form 8582), or unreimbursed partnership expenses? If you answered "Yes," see instructions before completing this section . . . ☐ Yes ☒ No

| 28 | (a) Name | (b) Enter P for partnership; S for S corporation | (c) Check if foreign partnership | (d) Employer identification number | (e) Check if basis computation is required | (f) Check if any amount is not at risk |
|---|---|---|---|---|---|---|
| A | [redacted] | P | ☐ | [redacted] | ☐ | ☐ |
| B | [redacted] | P | ☐ | [redacted] | ☐ | ☐ |
| C | 189 Sunrise Hwy Auto LLC | P | ☐ | [redacted] | ☐ | ☐ |
| D | [redacted] | | ☐ | | ☐ | ☐ |

| | Passive Income and Loss | | Nonpassive Income and Loss | | |
|---|---|---|---|---|---|
| | (g) Passive loss allowed (attach **Form 8582** if required) | (h) Passive income from **Schedule K-1** | (i) Nonpassive loss allowed (see **Schedule K-1**) | (j) Section 179 expense deduction from **Form 4562** | (k) Nonpassive income from **Schedule K-1** |
| A | | | | [redacted] | [redacted] |
| B | [redacted] | | | | |
| C | | | [redacted] | | |
| D | | [redacted] | [redacted] | [redacted] | [redacted] |
| 29a Totals | | [redacted] | | | [redacted] |
| b Totals | [redacted] | | [redacted] | [redacted] | |

| | | | |
|---|---|---|---|
| 30 | Add columns (h) and (k) of line 29a. . . . | 30 | [redacted] |
| 31 | Add columns (g), (i), and (j) of line 29b. . . . | 31 | ( [redacted] ) |
| 32 | **Total partnership and S corporation income or (loss).** Combine lines 30 and 31 . . . | 32 | [redacted] |

## Part III Income or Loss From Estates and Trusts

| 33 | (a) Name | (b) Employer identification number |
|---|---|---|
| A | | |
| B | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | |
|---|---|---|---|---|
| | (c) Passive deduction or loss allowed (attach **Form 8582** if required) | (d) Passive income from **Schedule K-1** | (e) Deduction or loss from **Schedule K-1** | (f) Other income from **Schedule K-1** |
| A | | | | |
| B | | | | |
| 34a Totals | | | | |
| b Totals | | | | |

| | | | |
|---|---|---|---|
| 35 | Add columns (d) and (f) of line 34a . . . | 35 | |
| 36 | Add columns (c) and (e) of line 34b . . . | 36 | ( ) |
| 37 | **Total estate and trust income or (loss).** Combine lines 35 and 36 . . . | 37 | |

## Part IV Income or Loss From Real Estate Mortgage Investment Conduits (REMICs)—Residual Holder

| 38 (a) Name | (b) Employer identification number | (c) Excess inclusion from **Schedules Q,** line 2c (see instructions) | (d) Taxable income (net loss) from **Schedules Q,** line 1b | (e) Income from **Schedules Q,** line 3b |
|---|---|---|---|---|
| | | | | |

| | | | |
|---|---|---|---|
| 39 | Combine columns (d) and (e) only. Enter the result here and include in the total on line 41 below | 39 | |

## Part V Summary

| | | | |
|---|---|---|---|
| 40 | Net farm rental income or (loss) from **Form 4835.** Also, complete line 42 below . . . | 40 | |
| 41 | **Total income or (loss).** Combine lines 26, 32, 37, 39, and 40. Enter the result here and on Schedule 1 (Form 1040), line 5 ▶ | 41 | [redacted] |
| 42 | **Reconciliation of farming and fishing income.** Enter your **gross** farming and fishing income reported on Form 4835, line 7; Schedule K-1 (Form 1065), box 14, code B; Schedule K-1 (Form 1120-S), box 17, code AD; and Schedule K-1 (Form 1041), box 14, code F. See instructions . . | 42 | |
| 43 | **Reconciliation for real estate professionals.** If you were a real estate professional (see instructions), enter the net income or (loss) you reported anywhere on Form 1040, Form 1040-SR, or Form 1040-NR from all rental real estate activities in which you materially participated under the passive activity loss rules . . . | 43 | |

# Qualified Business Income Component Worksheet 2021

► Keep for your records

| Name(s) Shown on Return | Social Security Number |
|---|---|
| Joshua [redacted] Aaronson | [redacted] |

| | |
|---|---|
| Aggregate trade or business name | 189 Sunrise Hwy Auto LLC |
| Aggregate trade or business ID number (EIN) | [redacted] |
| Social Security Number of owner if no EIN available | |
| Reason for no EIN or SSN if none available | |

**For multiple businesses being aggregated under Regulations section 1.199A-4, complete the explanation statements below.**

| |
|---|
| Provide a description of the trade or business and an explanation of the factors met that allow the aggregation in accordance with Regulations section 1.199A-4. |
| |
| |
| Has this trade or business aggregation changed from the prior year? This includes changes due to a a trade or business being formed, acquired, disposed, or ceasing operations. If yes, explain. |
| |
| |

| Business name | Tax ID | QBI | W2 wages | UBIA |
|---|---|---|---|---|
| 189 Sunrise Hwy Auto LLC | [redacted] | [redacted] | [redacted] | [redacted] |
| | | | | |
| | | | | |

| Line | Description | | Amount |
|---|---|---|---|
| 1 | Qualified business income (QBI) | | [redacted] |
| | **If using Simplified Worksheet, stop here.** | | |
| 2 | Taxable Income | | [redacted] |
| 3 | Threshold Amount. $329,800 if MFJ, $164,925 if MFS, otherwise $164,900 | | |
| 4 | Subtract line 3 from line 2. If less than 0, enter 0. | | |
| 5 | Phase-in range amount. Enter $100,000 if filing joint, otherwise $50,000 | | |
| 6 | Reduction ratio. If line 4 is less than line 5, divide line 4 by line 5. Otherwise, enter 1. | | |
| 7 | Applicable percentage. Subtract the reduction ratio (line 6) from 1.0000 | | [redacted] |
| 8 | Wages allocable to qualified business income. | | |
| 9 | Unadjusted Basis Immediately after Acquisition of Assets (UBIA) allocable to qualified business income | | |
| | **Reductions for Specified Service Trades or Businesses** | | |
| | Check if Specified Service Trade or Business (SSTB) ☐ | | |
| 11 | SSTB reduction to QBI | | |
| 12 | SSTB reduction to allocable wages. | | |
| 13 | SSTB reduction to allocable UBIA | | |
| | **QBI, wages, and UBIA after applicable SSTB reductions** | | |
| 14 | Qualified business income | | [redacted] |
| 15 | Allocable wages | | |
| 16 | Allocable UBIA | | |
| | **Tentative QBI component** | | |
| 17 | Adjustments for QBI losses | | [redacted] |
| 18 | Loss-adjusted QBI (line 14 plus line 17) | | |
| 19 | Tentative QBI component before limitations (20% of line 18) | | |
| | **Wages and assets limits** | | |
| 20 | 50% of W2 wages | | [redacted] |
| 21 | 25% of W2 wages | [redacted] | |
| 22 | 2.5% of UBIA | | |
| 23 | Sum of 25% of W2 wages and 2.5% of UBIA | | [redacted] |
| 24 | Wage and Asset Limit. Larger of line 20 or line 23 | | |
| 25 | Subtract wage/asset limit (line 24) from tentative QBI component (line 19) *(But not less than 0)* | | |
| 26 | Reduction Amount. Multiply line 6 by line 25. | | [redacted] |
| 27 | Subtract the Reduction Amount (line 26) from Tent. QBI Ded'n (line 19) | | |
| 28 | Qualified payments from agricultural or horticultural coop | | |
| 29 | Wages allocable to qualified payments from coop | | |
| 30 | Patron reduction (lesser of 9% of line 28 or 50% of line 29) | | |
| | **Qualified business income component amount** | | |
| 31 | Subtract line 30 from line 27 | | |

# Form 1040 Department of the Treasury—Internal Revenue Service (99) U.S. Individual Income Tax Return 2021

OMB No. 1545-0074 IRS Use Only—Do not write or staple in this space.

**Filing Status** Check only one box.
☐ Single ☒ Married filing jointly ☐ Married filing separately (MFS) ☐ Head of household (HOH) ☐ Qualifying widow(er) (QW)

If you checked the MFS box, enter the name of your spouse. If you checked the HOH or QW box, enter the child's name if the qualifying person is a child but not your dependent ▶

| Your first name and middle initial | Last name | Your social security number |
|---|---|---|
| Joshua B | Aaronson | [redacted] |
| If joint return, spouse's first name and middle initial | Last name | Spouse's social security number |
| [redacted] | [redacted] | [redacted] |

| Home address (number and street). If you have a P.O. box, see instructions. | Apt. no. | |
|---|---|---|
| [redacted] | | |

| City, town, or post office. If you have a foreign address, also complete spaces below. | State | ZIP code |
|---|---|---|
| [redacted] | [redacted] | [redacted] |

| Foreign country name | Foreign province/state/county | Foreign postal code |
|---|---|---|
| | | |

**Presidential Election Campaign** Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. ☐ You ☐ Spouse

At any time during 2021, did you receive, sell, exchange, or otherwise dispose of any financial interest in any virtual currency? ☐ Yes ☒ No

**Standard Deduction** **Someone can claim:** ☐ You as a dependent ☐ Your spouse as a dependent
☐ Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness** **You:** ☐ Were born before January 2, 1957 ☐ Are blind **Spouse:** ☐ Was born before January 2, 1957 ☐ Is blind

**Dependents** (see instructions): If more than four dependents, see instructions and check here ▶ ☐

| (1) First name | Last name | (2) Social security number | (3) Relationship to you | (4) ✔ if qualifies for (see instructions): Child tax credit | Credit for other dependents |
|---|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | ☒ | ☐ |
| [redacted] | [redacted] | [redacted] | [redacted] | ☒ | ☐ |
| | | | | ☐ | ☐ |
| | | | | ☐ | ☐ |

Attach Sch. B if required.

| Line | Description | | Amount | | | Line | Amount |
|---|---|---|---|---|---|---|---|
| 1 | Wages, salaries, tips, etc. Attach Form(s) W-2 | | | | | 1 | [redacted] |
| 2a | Tax-exempt interest | 2a | [redacted] | b | Taxable interest | 2b | [redacted] |
| 3a | Qualified dividends | 3a | [redacted] | b | Ordinary dividends | 3b | [redacted] |
| 4a | IRA distributions | 4a | | b | Taxable amount | 4b | |
| 5a | Pensions and annuities | 5a | | b | Taxable amount | 5b | |
| 6a | Social security benefits | 6a | | b | Taxable amount | 6b | |
| 7 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | | | | | 7 | [redacted] |
| 8 | Other income from Schedule 1, line 10 | | | | | 8 | [redacted] |
| 9 | Add lines 1, 2b, 3b, 4b, 5b, 6b, 7, and 8. This is your **total income** ▶ | | | | | 9 | [redacted] |
| 10 | Adjustments to income from Schedule 1, line 26 | | | | | 10 | [redacted] |
| 11 | Subtract line 10 from line 9. This is your **adjusted gross income** ▶ | | | | | 11 | [redacted] |
| 12a | **Standard deduction or itemized deductions** (from Schedule A) | 12a | [redacted] | | | | |
| b | Charitable contributions if you take the standard deduction (see instructions) | 12b | | | | | |
| c | Add lines 12a and 12b | | | | | 12c | [redacted] |
| 13 | Qualified business income deduction from Form 8995 or Form 8995-A | | | | | 13 | [redacted] |
| 14 | Add lines 12c and 13 | | | | | 14 | [redacted] |
| 15 | **Taxable income.** Subtract line 14 from line 11. If zero or less, enter -0- | | | | | 15 | [redacted] |

**Standard Deduction for—**
- Single or Married filing separately, $12,550
- Married filing jointly or Qualifying widow(er), $25,100
- Head of household, $18,800
- If you checked any box under *Standard Deduction*, see instructions.

**For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.** Form **1040** (2021)

| Line | Description | Box | Amount | Box | Amount |
|---|---|---|---|---|---|
| 16 | Tax (see instructions). Check if any from Form(s): 1 ☐ 8814 2 ☐ 4972 3 ☐ ________ | | | 16 | [redacted] |
| 17 | Amount from Schedule 2, line 3 | | | 17 | [redacted] |
| 18 | Add lines 16 and 17 | | | 18 | [redacted] |
| 19 | Nonrefundable child tax credit or credit for other dependents from Schedule 8812 | | | 19 | |
| 20 | Amount from Schedule 3, line 8 | | | 20 | [redacted] |
| 21 | Add lines 19 and 20 | | | 21 | [redacted] |
| 22 | Subtract line 21 from line 18. If zero or less, enter -0- | | | 22 | [redacted] |
| 23 | Other taxes, including self-employment tax, from Schedule 2, line 21 | | | 23 | [redacted],[redacted] |
| 24 | Add lines 22 and 23. This is your **total tax** ▶ | | | 24 | [redacted] |
| 25 | Federal income tax withheld from: | | | | |
| a | Form(s) W-2 | 25a | [redacted] | | |
| b | Form(s) 1099 | 25b | | | |
| c | Other forms (see instructions) | 25c | [redacted] | | |
| d | Add lines 25a through 25c | | | 25d | [redacted] |
| 26 | 2021 estimated tax payments and amount applied from 2020 return | | | 26 | |
| 27a | Earned income credit (EIC) | 27a | | | |
| | Check here if you were born after January 1, 1998, and before January 2, 2004, and you satisfy all the other requirements for taxpayers who are at least age 18, to claim the EIC. See instructions ▶ ☐ | | | | |
| b | Nontaxable combat pay election — 27b | | | | |
| c | Prior year (2019) earned income — 27c | | | | |
| 28 | Refundable child tax credit or additional child tax credit from Schedule 8812 | 28 | | | |
| 29 | American opportunity credit from Form 8863, line 8 | 29 | | | |
| 30 | Recovery rebate credit. See instructions | 30 | | | |
| 31 | Amount from Schedule 3, line 15 | 31 | [redacted] | | |
| 32 | Add lines 27a and 28 through 31. These are your **total other payments and refundable credits** ▶ | | | 32 | [redacted] |
| 33 | Add lines 25d, 26, and 32. These are your **total payments** ▶ | | | 33 | [redacted] |

If you have a qualifying child, attach Sch. EIC.

## Refund

| Line | Description | Box | Amount | Box | Amount |
|---|---|---|---|---|---|
| 34 | If line 33 is more than line 24, subtract line 24 from line 33. This is the amount you **overpaid** | | | 34 | |
| 35a | Amount of line 34 you want **refunded to you.** If Form 8888 is attached, check here ▶ ☐ | | | 35a | |
| ▶ b | Routing number [redacted] ▶ c Type: ☐ Checking ☐ Savings | | | | |
| ▶ d | Account number [redacted] | | | | |
| 36 | Amount of line 34 you want **applied to your 2022 estimated tax** ▶ | 36 | | | |

Direct deposit? See instructions.

## Amount You Owe

| Line | Description | Box | Amount | Box | Amount |
|---|---|---|---|---|---|
| 37 | **Amount you owe.** Subtract line 33 from line 24. For details on how to pay, see instructions ▶ | | | 37 | [redacted] |
| 38 | Estimated tax penalty (see instructions) ▶ | 38 | | | |

## Third Party Designee

Do you want to allow another person to discuss this return with the IRS? See instructions ▶ ☐ **Yes.** Complete below. ☒ **No**

Designee's name ▶ Phone no. ▶ Personal identification number (PIN) ▶

## Sign Here

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature | Date | Your occupation: [redacted] | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) ▶

Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation: [redacted] | If the IRS sent your spouse an Identity Protection PIN, enter it here (see inst.) ▶

Phone no. | Email address

Joint return? See instructions. Keep a copy for your records.

## Paid Preparer Use Only

Preparer's name: [redacted] | Preparer's signature: [redacted] | Date | PTIN: [redacted] | Check if: ☒ Self-employed

Firm's name ▶ [redacted] | Phone no. [redacted]

Firm's address ▶ [redacted] | Firm's EIN ▶ [redacted]



Form 1040 Department of the Treasury—Internal Revenue Service (99)
U.S. Individual Income Tax Return 2020 OMB No. 1545-0074 IRS Use Only—Do not write or staple in this space.

Filing Status ☐ Single ☒ Married filing jointly ☐ Married filing separately (MFS) ☐ Head of household (HOH) ☐ Qualifying widow(er) (QW)
Check only one box. If you checked the MFS box, enter the name of your spouse. If you checked the HOH or QW box, enter the child's name if the qualifying person is a child but not your dependent ▶

Your first name and middle initial: ASAD | Last name: KHAN | Your social security number: [redacted]
If joint return, spouse's first name and middle initial: [redacted] | Last name: [redacted] | Spouse's social security number: [redacted]
[redacted] instructions. | Apt. no.
[redacted] | State: NY | ZIP code: [redacted]
Foreign country name | Foreign province/state/county | Foreign postal code

Presidential Election Campaign: Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. ☐ You ☐ Spouse

At any time during 2020, did you receive, sell, send, exchange, or otherwise acquire any financial interest in any virtual currency? ☐ Yes ☒ No

Standard Deduction: Someone can claim: ☐ You as a dependent ☐ Your spouse as a dependent
☐ Spouse itemizes on a separate return or you were a dual-status alien

Age/Blindness: You: ☐ Were born before January 2, 1956 ☐ Are blind Spouse: ☐ Was born before January 2, 1956 ☐ Is blind

Dependents (see instructions): If more than four dependents, see instructions and check here ▶ ☐

| (1) First name Last name | (2) Social security number | (3) Relationship to you | (4) ✓ if qualifies for (see instructions): Child tax credit | Credit for other dependents |
|---|---|---|---|---|
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |

Attach Sch. B if required.

| Line | Description | | | | Line | Amount |
|---|---|---|---|---|---|---|
| 1 | Wages, salaries, tips, etc. Attach Form(s) W-2 | | | | 1 | [redacted] |
| 2a | Tax-exempt interest | 2a | b Taxable interest | | 2b | |
| 3a | Qualified dividends | 3a | b Ordinary dividends | | 3b | |
| 4a | IRA distributions | 4a | b Taxable amount | | 4b | |
| 5a | Pensions and annuities | 5a | b Taxable amount | | 5b | |
| 6a | Social security benefits | 6a | b Taxable amount | | 6b | |
| 7 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | | | | 7 | |
| 8 | Other income from Schedule 1, line 9 | | | | 8 | [redacted] |
| 9 | Add lines 1, 2b, 3b, 4b, 5b, 6b, 7, and 8. This is your **total income** | | | | 9 | |
| 10 | Adjustments to income: | | | | | |
| a | From Schedule 1, line 22 | | | 10a | | |
| b | Charitable contributions if you take the standard deduction. See instructions | | | 10b | | |
| c | Add lines 10a and 10b. These are your **total adjustments to income** | | | | 10c | |
| 11 | Subtract line 10c from line 9. This is your **adjusted gross income** | | | | 11 | [redacted] |
| 12 | **Standard deduction or itemized deductions** (from Schedule A) | | | | 12 | |
| 13 | Qualified business income deduction. Attach Form 8995 or Form 8995-A | | | | 13 | |
| 14 | Add lines 12 and 13 | | | | 14 | |
| 15 | **Taxable income.** Subtract line 14 from line 11. If zero or less, enter -0- | | | | 15 | |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.
BCA Form 1040 (2020)

(2020) ASAD KHAN & [redacted] M NAUZAD [redacted] Page 2

| | | | |
|---|---|---|---|
| 16 | Tax (see instructions). Check if any from Form(s): 1 ☐ 8814 2 ☐ 4972 3 ☐ | 16 | [redacted] |
| 17 | Amount from Schedule 2, line 3 | 17 | |
| 18 | Add lines 16 and 17 | 18 | |
| 19 | Child tax credit or credit for other dependents | 19 | |
| 20 | Amount from Schedule 3, line 7 | 20 | |
| 21 | Add lines 19 and 20 | 21 | |
| 22 | Subtract line 21 from line 18. If zero or less, enter -0- | 22 | |
| 23 | Other taxes, including self-employment tax, from Schedule 2, line 10 | 23 | |
| 24 | Add lines 22 and 23. This is your total tax ▶ | 24 | |
| 25 | Federal income tax withheld from: | | |
| a | Form(s) W-2 — 25a [redacted] | | |
| b | Form(s) 1099 — 25b | | |
| c | Other forms (see instructions) — 25c [redacted] | | |
| d | Add lines 25a through 25c | 25d | [redacted] |
| 26 | 2020 estimated tax payments and amount applied from 2019 return | 26 | |
| 27 | Earned income credit (EIC) — 27 | | |
| 28 | Additional child tax credit. Attach Schedule 8812 — 28 | | |
| 29 | American opportunity credit from Form 8863, line 8 — 29 | | |
| 30 | Recovery rebate credit. See instructions — 30 [redacted] | | |
| 31 | Amount from Schedule 3, line 13 — 31 | | |
| 32 | Add lines 27 through 31. These are your **total other payments and refundable credits** ▶ | 32 | [redacted] |
| 33 | Add lines 25d, 26, and 32. These are your **total payments** ▶ | 33 | |

• If you have a qualifying child, attach Sch. EIC.
• If you have nontaxable combat pay, see instructions.

**Refund**

Direct deposit? See instructions.

| | | | |
|---|---|---|---|
| 34 | If line 33 is more than line 24, subtract line 24 from line 33. This is the amount you overpaid | 34 | |
| 35a | Amount of line 34 you want **refunded to you.** If Form 8888 is attached, check here ▶ ☐ | 35a | |
| ▶b | Routing number ▶ c Type: ☐ Checking ☐ Savings | | |
| ▶d | Account number | | |
| 36 | Amount of line 34 you want **applied to your 2021 estimated tax** ▶ 36 | | |

**Amount You Owe**

For details on how to pay, see instructions.

| | | | |
|---|---|---|---|
| 37 | Subtract line 33 from line 24. This is the **amount you owe** ▶ | 37 | [redacted] |
| | **Note:** Schedule H and Schedule SE filers, line 37 may not represent all of the taxes you owe for 2020. See Schedule 3, line 12e, and its instructions for details. | | |
| 38 | Estimated tax penalty (see instructions) ▶ 38 | | |

**Third Party Designee**

Do you want to allow another person to discuss this return with the IRS? See instructions ▶ ☐ Yes. Complete below. ☒ No

Designee's name ▶ Phone no. ▶ Personal identification number (PIN) ▶

**Sign Here**

Joint return? See instructions. Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature | Date | Your occupation [redacted] | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) ▶

Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation [redacted] | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) ▶

Phone no. [redacted] | Email address

**Paid Preparer Use Only**

Preparer's name [redacted] | Preparer's signature | Date [redacted] | PTIN [redacted] | Check if: ☐ Self-employed

Firm's name ▶ [redacted] | Phone no. [redacted]

Firm's address ▶ [redacted] | Firm's EIN ▶ [redacted]

Go to www.irs.gov/Form1040 for instructions and the latest information. Form 1040 (2020)



Schedule E (Form 1040) 2020 Attachment Sequence No. 13 Page 2

Name(s) shown on return. Do not enter name and social security number if shown on other side.
AD KHAN & [redacted] NAUZAD

Your social security number [redacted]

Caution: The IRS compares amounts reported on your tax return with amounts shown on Schedule(s) K-1.

**Part II Income or Loss From Partnerships and S Corporations** — **Note**: If you report a loss, receive a distribution, dispose of stock, or receive a loan repayment from an S corporation, you **must** check the box in column **(e)** on line 28 and attach the required basis computation. If you report a loss from an at-risk activity for which **any** amount is **not** at risk, you **must** check the box in column **(f)** on line 28 and attach **Form 6198**. See instructions.

27 Are you reporting any loss not allowed in a prior year due to the at-risk or basis limitations, a prior year unallowed loss from a passive activity (if that loss was not reported on Form 8582), or unreimbursed partnership expenses? If you answered "Yes," see instructions before completing this section. ☐ Yes ☒ No

| 28 | (a) Name | (b) Enter P for partnership; S for S corporation | (c) Check if foreign partnership | (d) Employer identification number | (e) Check if basis computation is required | (f) Check if any amount is not at risk |
|---|---|---|---|---|---|---|
| A | [redacted] | P | ☐ | [redacted] | ☐ | ☐ |
| B | NORTHSHORE MOTOR LEASING LLC | P | ☐ | | ☐ | ☐ |
| C | [redacted] | P | ☐ | | ☐ | ☐ |
| D | | S | ☐ | | ☐ | ☐ |

| | Passive Income and Loss | | Nonpassive Income and Loss | | |
|---|---|---|---|---|---|
| | (g) Passive loss allowed (attach Form 8582 if required) | (h) Passive income from Schedule K-1 | (i) Nonpassive loss from Schedule K-1 | (j) Section 179 expense deduction from Form 4562 | (k) Nonpassive income from Schedule K-1 |
| A | | | [redacted] | | |
| B | | | | | |
| C | | | | | |
| D | | | | | |
| 29a Totals | | | | | [redacted] |
| b Totals | | | | | |

30 Add columns (h) and (k) of line 29a . . . 30 [redacted]
31 Add columns (g), (i), and (j) of line 29b . . . 31 (
32 **Total partnership and S corporation income or (loss).** Combine lines 30 and 31 . . . 32

**Part III Income or Loss From Estates and Trusts**

| 33 | (a) Name | (b) Employer identification number |
|---|---|---|
| A | | |
| B | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | |
|---|---|---|---|---|
| | (c) Passive deduction or loss allowed (attach Form 8582 if required) | (d) Passive income from Schedule K-1 | (e) Deduction or loss from Schedule K-1 | (f) Other income from Schedule K-1 |
| A | | | | |
| B | | | | |
| 34a Totals | | | | |
| b Totals | | | | |

35 Add columns (d) and (f) of line 34a . . . 35
36 Add columns (c) and (e) of line 34b . . . 36 ( )
37 **Total estate and trust income or (loss).** Combine lines 35 and 36 . . . 37

**Part IV Income or Loss From Real Estate Mortgage Investment Conduits (REMICs)—Residual Holder**

| 38 (a) Name | (b) Employer identification number | (c) Excess inclusion from Schedules Q, line 2c (see instructions) | (d) Taxable income (net loss) from Schedules Q, line 1b | (e) Income from Schedules Q, line 3b |
|---|---|---|---|---|
| | | | | |

39 Combine columns (d) and (e) only. Enter the result here and include in the total on line 41 below . . . 39

**Part V Summary**

40 Net farm rental income or (loss) from **Form 4835**. Also, complete line 42 below . . . 40
41 **Total income or (loss).** Combine lines 26, 32, 37, 39, and 40. Enter the result here and on Schedule 1 (Form 1040), line 5 . . . ► 41 [redacted]
42 **Reconciliation of farming and fishing income.** Enter your **gross** farming and fishing income reported on Form 4835, line 7; Schedule K-1 (Form 1065), box 14, code B; Schedule K-1 (Form 1120-S), box 17, code AD; and Schedule K-1 (Form 1041), box 14, code F. See instructions . . . 42
43 **Reconciliation for real estate professionals.** If you were a real estate professional (see instructions), enter the net income or (loss) you reported anywhere on Form 1040, Form 1040-SR, or Form 1040-NR from all rental real estate activities in which you materially participated under the passive activity loss rules . . . 43

BCA

Schedule E (Form 1040) 2020