EXHIBIT “15”


















ESCALADE