EXHIBIT "16"

Control Number Inquiry

Control **N1881** Account* Date Balance **13262.53**

| Opt | Account | Jrn | Date | Document | Reference | Amount |
|---|---|---|---|---|---|---|
| | 1030 | EFT | 4/01/22 | EFT040122 | COLTRAIN | -22770.00 |
| | 1030 | EFT | 4/01/22 | EFT040122 | COLTRAIN | 148.99 |
| | 1030 | VSU | 5/02/22 | N1881 | N1881 | 22770.00 |
| | 1030 | VSU | 5/02/22 | N1881 | N1881 | -148.99 |
| | 1030 | VSU | 9/15/22 | N1881 | N1881 | -22770.00 |
| | 1030 | VSU | 9/15/22 | N1881 | N1881 | 148.99 |
| | 1030 | CDH | 11/09/22 | IAM-038 | IAGCK#038 | 25276.65 |
| | | Account | 1030 | | Total: | 2655.64 |
| | **1110** | **VSU** | **5/02/22** | **N1881** | **N1881** | **500.00** |
| | 1110 | VSU | 9/15/22 | N1881 | N1881 | -500.00 |
| | | Account | 1110 | | Total: | .00 |
| | 1280 | EFT | 4/01/22 | EFT040122 | COLTRAIN | -1106.86 |
| | 1280 | VSU | 5/02/22 | N1881 | N1881 | 1106.86 |
| | 1280 | VSU | 9/15/22 | N1881 | N1881 | -1106.86 |
| | | Account | 1280 | | Total: | -1106.86 |

- Deal
- Buyer
- Trades
- PDI
- Disclosure
- Recap
- Summary
- Commissions
- Forms

## Business Office

**COLTRAIN, SHEA**

25 ULSTER AVE, WEST BABYLON, NY, 11704

**Home:** **Cell:** 347-971-2568

**Email:**

**County:** SUFFOLK

**Stock #** N1881

U 15 AUDI S3

WAUBFGFF2F1071342

### Deal Information

### Deal Status:

Retail | Lease

| | | | |
|---|---|---|---|
| List: | Rebate: | AMO$/Opt: | Sale Date: 05/02/22 |
| Price: 26475.00 | APR: 20.300 | Insurance: | Deliver: 03/28/22 |
| Down: 500.00 | Term: 72 Days: 45 | Accessories: | First Payment: 06/16/22 |
| Trade: 8500.00 | Tax: 1809.00 | Serv Cont: 2999.00 | Lender: SANTANDER CONSUMER USA |
| Payoff: | Tax Group: SUFFOLK COUNTY | Fee$/Lender: 487.00 | Discount: |
| Function: | Payment/Options: 554.02 M | | |

### Other / Salespeople

| | | | |
|---|---|---|---|
| Odometer: 79391 | Permit#/Exp: | Salesperson1: IM | F&I Manager: NB |
| Trade Desc: N1881A 11 FORD EXPLORER | | Salesperson2: | Sales Manager: |
| PDI: ALLSTATE INDEMNITY | | | |

CG<969>FI2361WP1392 IM 22770X00A896

Save Exit Cancel

CHASE CONNECT℠

Printed from Chase Connect

| | | |
|---|---|---|
| $25,276.65 | Nov 14, 2022 | 38 |
| Total | Post date | Check # |



Line 44
W1881

ISLAND AUTO MANAGEMENT, LLC
1580 Hylan Blvd.
Staten Island, NY 10305

1-2/210

038

DATE 10/31/2022

PAY TO THE ORDER OF Santander Consumer USA $ 25276.65

Twenty Five Thousand Two hundred + Seventy Six 65/100 DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

Shea Coltrain VIN F1071342

MEMO Acct 60259 75975

⑆021000021⑆ 139335779⑈0038

- Deal
- Buyer
- Trades
- PDI
- Disclosure
- Recap
- Summary
- Commissions
- Forms

## Business Office

**NEWSOME, RASHAWN**
5513 FEATHERCREEK ROAD, MATTESON, IL, 60443
**Home:** 708-543-9897 **Cell:**
**Email:** RASHAWN.NEWSOME05@GMAIL.COM
**County:**

**Stock #** S0791
U 13 AUDI A7
WAUYGAFC0DN042146

### Deal Information

Deal Status: **Capped**

Retail | Lease

| | | | |
|---|---|---|---|
| List: | | AMO$/Opt: | Sale Date: 05/09/22 |
| Price: 26090.00 | APR: 21.770 | Insurance: | Deliver: 05/09/22 |
| Down: 8900.00 | Term: 72 Days: 30 | Accessories: | First Payment: 06/08/22 |
| Trade: | Tax: 2181.68 | Serv Cont: 2999.00 | Lender: CAPITAL ONE AUTO FINANCE |
| Payoff: | Tax Group: Out of State | Fee$/Lender: 507.00 | Discount: |
| Function: | Payment/Options: 571.71 M | | |

### Other / Salespeople

| | | | |
|---|---|---|---|
| Odometer: 78866 | Permit#/Exp: | Salesperson1: AE | F&I Manager: NB |
| Trade Desc: | | Salesperson2: | Sales Manager: |
| PDI: PROGRESSIVE | | | |

CG<225>FI2086WP1861 AE 22877X68A000

Exit Cancel

Control Number Inquiry

Control **S0791** Account* Date Balance **-5873.95**

| Opt | Account | Jrn | Date | Document | Reference | Amount |
|---|---|---|---|---|---|---|
| | 1030 | VSU | 5/09/22 | S0791 | S0791 | 22877.68 |
| | 1030 | VSU | 5/09/22 | S0791 | S0791 | -590.00 |
| | 1030 | EFT | 5/11/22 | 051122CAP | NEWSOME | -22877.68 |
| | 1030 | EFT | 5/11/22 | 051122CAP | NEWSOME | 590.00 |
| | | Account | 1030 | Total: | | .00 |
| | 1110 | VSU | 5/09/22 | S0791 | S0791 | 8900.00 |
| | 1110 | GJE | 5/30/22 | 053022DEO | NEWSOME | -3800.00 |
| | 1110 | GJE | 5/30/22 | 053022COR | 053022COR | -5100.00 |
| | | Account | 1110 | Total: | | .00 |
| | 1280 | VSU | 5/09/22 | S0791 | S0791 | 587.95 |
| | 1280 | GJE | 6/28/22 | 062822COR | 062822COR | -587.95 |
| | | Account | 1280 | Total: | | .00 |
| | 1350 | VSU | 5/09/22 | S0791 | S0791 | -25725.00 |
| | 1350 | CDH | 5/21/22 | 2011 | N2014 | 25725.00 |
| | | Account | 1350 | Total: | | .00 |

- Deal
- Buyer
- Trades
- PDI
- Disclosure
- Recap
- Summary
- Commissions
- Forms

## Business Office

**189 SUNRISE AUTO LLC**

189 SUNRISE HWY, AMITYVILLE, NY,

**Home:** **Cell:**

**Email:**

**County:**

**Stock #** N2014

U 13 AUDI A7

WAUYGAFC0DN042146

### Deal Information

Deal Status: **CAPPED**

Retail | Lease

| | | | |
|---|---|---|---|
| List: | Rebate: | AMO$/Opt: | Sale Date: 05/09/22 |
| Price: 25725.00 | APR: | Insurance: | Deliver: 05/09/22 |
| Down: | Term: 1 Days: | Accessories: | First Payment: 05/09/22 |
| Trade: | Tax: | Serv Cont: | Lender: Cash Sale--Wholesale |
| Payoff: | Tax Group: WHOLESALE | Fee$/Lender: | Discount: |
| Function: | Payment/Options: 25725.00 M | | |

### Other / Salespeople

| | | | |
|---|---|---|---|
| Odometer: 78866 | Permit#/Exp: | Salesperson1: | F&I Manager: 997 |
| Trade Desc: | | Salesperson2: | Sales Manager: |
| PDI: | | | |

CG0FI0WP0 25725X00A000

Save Exit Cancel

Control Number Inquiry

Control N2014 Account* Date Balance .00

| Opt | Account | Jrn | Date | Document | Reference | Amount |
|---|---|---|---|---|---|---|
| | 1030 | EFT | 1/05/22 | 010522SAN | VEREEN | 149.00 |
| | 1030 | EFT | 1/05/22 | 010522SAN | VEREEN | -30812.50 |
| | 1030 | EFT | 1/05/22 | 010522SAN | VEREEN | 3075.09 |
| | 1030 | GJE | 1/24/22 | GJE012422 | GJE012422 | -296.46 |
| | 1030 | CDH | 1/25/22 | 2767 | N2014 | 27884.87 |
| | 1030 | EFT | 4/12/22 | 041222SAN | REID | -24020.58 |
| | 1030 | EFT | 4/12/22 | 041222SAN | REID | 149.00 |
| | 1030 | CDH | 6/01/22 | 3944 | N2014 | 23871.58 |
| | 1030 | CDH | 10/19/22 | 2767 | N2014 | -27884.87 |
| | 1030 | CDH | 10/19/22 | 4559 | N2014 | 27884.87 |
| | | Account 1030 | | Total: | | .00 |
| | 1110C | VSU | 5/09/22 | N2014 | N2014 | 25725.00 |
| | 1110C | BTD | 6/10/22 | 061022SUN | 061022SUN | -25725.00 |
| | | Account 1110C | | Total: | | .00 |
| | 1280 | EFT | 1/05/22 | 010522SAN | VEREEN | -300.00 |

4559 S SANTANDER CONSUMER USA 10/19/2022

| | | | | |
|---|---|---|---|---|
| 1001A | SANTANDER | 4559 | 26453.29CR | SANTANDER CONSUMER USA |
| 1030 | N2014 | N2014 | 27884.87 | FLAT CANCEL REID |
| 1280 | N2014 | N2014 | 300.00 | FLAT CANCEL REID |
| 4700 | 4559 | N2014 | 1731.58CR | FLAT CANCEL REID |

19228 B_MCBW_A2

NORTHSHORE MOTOR LEASING LLC
180 Michael Dr

Syosset, NY 11791

CHASE NEW MAIN

, 00100-1891

10/19/2022 4559

$ 26,453.29

*Pay Twenty-Six Thousand, Four Hundred Fifty-Three Dollars and Twenty-Nine Cents*

SANTANDER CONSUMER USA
1010 W. MOCKINGBIRD LANE
SUITE 100
DALLAS, TX 75247

** Accounting Copy **
*NON-NEGOTIABLE*
Issued By: Daniel Osullivan

Issue Date: 10/19/22

# CHASE CONNECT℠

Printed from Chase Connect

$32,294.42
Total

Nov 14, 2022
Post date

43
Check #



VIN 55SNF4KB2HU
Ismat 18
ISLAND AUTO MANAGEMENT, LLC
1580 Hylan Blvd.
Staten Island, NY 10305
221285
1-2/210
043
DATE 11/9/2022
PAY TO THE ORDER OF Santander Auto Finance — $ 32294 42/xx
Thirty Two Thousand Two hundred + Ninety Four 42/xx DOLLARS
CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com
Monique Harris
2017 C Class
MEMO Pd off A/C 4002 6066 965
⑆021000021⑆ 139335779⑈0043

# Control Number Inquiry

Control S0726 Account* Date Balance .00

| Opt | Account | Jrn | Date | Document | Reference | Amount |
|---|---|---|---|---|---|---|
| | 1110C | VSU | 5/31/22 | S0726 | S0726 | 27075.00 |
| | | Account 1110C | | | Total: | .00 |
| | 1350 | PVU | 4/01/22 | S0726 | 221285 | 27075.00 |
| | 1350 | VSU | 5/31/22 | S0726 | S0726 | -27075.00 |
| | | Account 1350 | | | Total: | .00 |
| | 2010 | PVU | 4/01/22 | S0726 | 221285 | -25875.00 |
| | 2010 | EFT | 5/12/22 | EFT051222 | EFT051222 | 25875.00 |
| | | Account 2010 | | | Total: | .00 |
| | 2103A | PVU | 4/01/22 | S0726 | TRANSPORT | -200.00 |
| | 2103A | POT | 4/08/22 | 567 | 567 | 185.00 |
| | 2103A | POT | 7/18/22 | 632 | 632 | 200.00 |
| | 2103A | GJE | 8/23/22 | 082322COR | 082322COR | -185.00 |
| | | Account 2103A | | | Total: | .00 |
| | 3710 | VSU | 5/31/22 | S0726 | S0726 | -27075.00 |
| | | Account 3710 | | | Total: | -27075.00 |

- **Deal**
- Buyer
- Trades
- PDI
- Disclosure
- Recap
- Summary
- Commissions
- Forms

## Business Office

**HARRIS, MONIQUE T / HARRIS, MARLON S**

425 HUNTINGTON ST, NEW HAVEN, CT, 06511
**Home:** 203-509-6040 **Cell:**
**Email:**
**County:** NEW HAVEN

**Stock #** N2404
U 17 MERCEDES-BENZ C-CLAS
55SWF4KB2HU221285

### Deal Information

Deal Status: CAPPED

Retail | Lease

| | | | |
|---|---|---|---|
| List: | Rebate: | AMO$/Opt: | Sale Date: 04/30/22 |
| Price: 26765.00 | APR: 21.710 | Insurance: | Deliver: 04/30/22 |
| Down: 3000.00 | Term: 72 Days: 30 | Accessories: | First Payment: 05/30/22 |
| Trade: | Tax: 1952.94 | Serv Cont: 3990.00 | Lender: SANTANDER CONSUMER USA |
| Payoff: | Tax Group: CONNECTICUT SALI | Fee$/Lender: 487.00 | Discount: |
| Function: | Payment/Options: 753.49 M | | |

### Other / Salespeople

| | | | |
|---|---|---|---|
| Odometer: 71975 | Permit#/Exp: | Salesperson1: IS | F&I Manager: 103 |
| Trade Desc: | | Salesperson2: | Sales Manager: |
| PDI: STATE FARM | | | |

CG<459>FI3716WP3257 IS 30194X94A000

Exit Cancel

## Control Number Inquiry

Control N2570A Account* Date Balance 28108.42

| Opt | Account | Jrn | Date | Document | Reference | Amount |
|---|---|---|---|---|---|---|
| | 1001A | CDH | 7/19/22 | 4020 | 4020 | -30136.00 |
| | 1001A | CDH | 11/09/22 | 4020 | 4020 | 30136.00 |
| | | Account | 1001A | Total: | | .00 |
| | 1350 | VSU | 7/14/22 | N2319 | N2319 | 26000.00 |
| | 1350 | GJE | 11/08/22 | 110822MAN | 110822MAN | -50.00 |
| | | Account | 1350 | Total: | | 25950.00 |
| | 2310 | VSU | 7/14/22 | N2319 | 221285 | -30136.00 |
| | 2310 | CDH | 7/19/22 | 4020 | 4020 | 30136.00 |
| | 2310 | CDH | 11/09/22 | 4020 | 4020 | -30136.00 |
| | 2310 | CDH | 11/09/22 | IAM-043 | IAMCK#043 | 32294.42 |
| | | Account | 2310 | Total: | | 2158.42 |

Vehicle Information

| | |
|---|---|
| VIN | 55SWF4KB2HU221285 |
| Stock Number | N2570A |
| Vehicle Type | U |
| Sale Group | UC |
| Sale Account | 3700 |
| Inv Account | 1350 |
| Inventory Date | 8/10/22 |
| Year | 2017 |
| Make | MERCEDES-BENZ |
| Model | C-CLASS |
| Color | |
| Body | C 300 4MATIC SEDAN WITH S |
| LIST | |

BAY MOTORS INC
6204 BELAIR RD
BALTIMORE, MD 21206

25950.00
11/04/22 999 HOUSE SALES REP
Comments Exist

| | |
|---|---|
| Odometer | 72048 |
| Code | Y Actual |
| Model Code | C300W4 |
| Color Code | |
| Trim Color | |
| COST | 25950.00 |

| | | | |
|---|---|---|---|
| PACK | | HOLDBACK | |
| FLOORING/PAYOFF | 30136.00 | INTERNET PRICE | |
| PURCHASED FROM | | TITLE # / CLEAR | VA-2718818765 |
| TRANSPORTATION | 200.00 | PACK | |
| MEMO | | LIEN RELEASE | |
| BUYERS' FEES | .01 | ORIGINAL COST | |

Previous Next

Cost Disclosure Convert Service History Comments

Vehicle Information

| | |
|---|---|
| VIN | 55SWF4KB2HU221285 |
| Stock Number | S0726 |
| Vehicle Type | U |
| Sale Group | UC |
| Sale Account | 3700 |
| Inv Account | 1350 |
| Inventory Date | 4/01/22 |
| Year | 2017 |
| Make | MERCEDES-BENZ |
| Model | C-CLASS |
| Color | |
| Body | C 300 4MATIC SEDAN |
| List | |

NORTHSHORE MOTOR LEASING LLC
180 MICHAEL DRIVE
SYOSSET, NY 11791

516-226-1400
4/30/22
Comments Exist

| | |
|---|---|
| Odometer | 71975 |
| Code | Y Actual |
| Model Code | C300W4 |
| Color Code | |
| Trim Color | |
| Cost | |

| | | | |
|---|---|---|---|
| Pack | | Holdback | |
| Flooring/Payoff | 25875.00 | Internet Price | |
| Purchased From | ALANS AUTO LLC | TRANSPORTATION | 200.00 |
| Street Address | | City/State/Zip | |
| Date Purchased | | Proof of Owners | VA-2718818765 |
| MV50# | | Original Cost | |

Previous Next

Cost Disclosure Convert Service History Comments

Gmail

**Wendy Kwun <wendy@islandautogroup.com>**

**Fwd: Sunrise Auto Outlet 67902**

3 messages

**Josh Aaronson** <josh@islandautogroup.com> Wed, Jan 4, 2023 at 6:44 PM
To: Brian Nissan <brian@baronnissan.com>, Brian Nissan <bchab@optonline.net>, Marcello Sciarrino <marcello@islandautogroup.com>, Russell Shanks <rshanks@cszlaw.com>, Wendy Kwun <wendy@islandautogroup.com>

---------- Forwarded message ---------
From: **Serrano, Vanessa** <Vanessa.Serrano@gmfinancial.com>
Date: Wed, Jan 4, 2023 at 11:35 AM
Subject: Sunrise Auto Outlet 67902
To: Josh Aaronson <josh@islandautogroup.com>, Josh Aaronson <josh@carmatic.com>
CC: Garcia, Rosemary <Rosemary.X.Garcia@gmfinancial.com>

Hello Josh,

Attached is the payoff letter for the first payment default we discussed last month for Sunrise Auto Outlet regarding Gustavo Paltin. The customer advised us they never took possession of the unit as it was not financed with their lender of choice - CapOne. Furthermore, they stated to us the dealer was refusing to return their down payment and were going to take the matter to the authorities.

Please let me know where we can pick up the check. Feel free to call me with any questions.

Thank you for your assistance in this matter. I greatly appreciate it!

Vanessa

**Vanessa Serrano**
Regional Sales Manager | New York/New Jersey

gm FINANCIAL AmeriCredit

C: 347.997.2997 | F: 877.647.2180

Vanessa.Serrano@gmfinancial.com

**ONE TEAM ONE GOAL**

---

Notice to all users The information contained in this email, including any attachment(s) is confidential and intended solely for the addressee and may contain privileged, confidential or restricted information. If you are not the intended recipient or responsible to deliver to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this message in error please notify the originator and then delete. Neither, the sender or GMF's network will be liable for direct, indirect or consequential infection by viruses associated with this email.

**PALTIN. PAYOFF LETTER.pdf**
339K

**Josh Aaronson** <josh@islandautogroup.com> Thu, Jan 5, 2023 at 8:41 AM
To: COLLEEN FLEISCHER <colleenitsoccer@hotmail.com>, Wendy Kwun <wendy@islandautogroup.com>, Brian Nissan <bchab@optonline.net>, Brian Nissan <brian@baronnissan.com>, Marcello Sciarrino <marcello@islandautogroup.com>

[Quoted text hidden]

**PALTIN. PAYOFF LETTER.pdf**
339K

**Wendy Kwun** <wendy@islandautogroup.com>
To: Josh Aaronson <josh@islandautogroup.com>
Cc: Brian Nissan <brian@baronnissan.com>, Brian Nissan <bchab@optonline.net>, Marcello Sciarrino <marcello@islandautogroup.com>, Russell Shanks <rshanks@cszlaw.com>

Josh,

According to our records, 189 Sunrise sold this 2016 Lexus IS350 VIN JTHCE1D21G5010239 S1597 to Gustavo Paltin on 8/6/2022.
The Finance Contract was $ 33,695.95, and funded by Americredit on 8/17/2022.
This unit came up on our 11/4 physical inventory and when we asked Anthony about it, he responded "DEAD". See below for your reference.
We do not have the title for this car and Paltin was never registered and titled.

I asked Plateman to run an abstract on the VIN in hopes of finding the owner of this car and then apply for a title. (If we have the owners Driver License on file)

Do you want me to pay off Americredit now and wait?

Thank you.

**Wendy Kwun** <wendy@islandautogroup.com>
to anthony, Dan, Josh

Anthony,

Thank you for your response.

Below are my follow up questions:

**6 cars were sold:**

**3 cars have been identified, thank you.**

**Below are the remaining 3:**

Case 2:23-cv-06188-JMW Document 549-9 Filed 09/04/26 Page 17 of 20 PageID #: 23354

1. 2016 LEXUS IS350 BLACK STOCK # S1597 VIN JTHCE1D21G5010239 - SOLD TO GUSTAVO PALTIN 8/6/2022
    - Your response: "Dead"
        - **Americredit funded this contract $33,695 on 8/17, do we have to flat cancel the contract?**
2. 2017 BMW X5 BLACK STOCK # N2775 VIN 5UXKR0C37H0X82053 - SOLD TO GALO TACURI 9/6/2022
    - Your response: "Needs repairs/tires/rear brakes"
        - **When will the repairs be completed? He has our loaner, 2015 Chrysler 200.**
3. 2016 RANGE ROVER STOCK # N1106 VIN SALWR2PF7GA115522 - SOLD TO KELSEY JOHNSON 5/13/2020
    - Your response:"Cust Car Engine Blown"
        - **What does this mean? Why do we have the car?**

Best Regards,

*Wendy Kwun*
*Island Auto Group*
*wendy@islandautogroup.com*
*Office: 718-979-0934 X 146*

[Quoted text hidden]

CHASE CONNECT[SM]

Printed from Chase Connect

$36,048.69
Total

Jan 13, 2023
Post date

57
Check #



Island Auto Management, LLC
1580 Hylan Blvd.
Staten Island, NY 10305

1-2/210

VIN JTHCE1D21G5010239 057

DATE 1/12/2023

PAY TO THE ORDER OF GM Financial $ 36048 69/100

Thirty Six Thousand + Forty Eight dollars + 69/100 DOLLARS

Security Features Included. Details on Back.

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

Gustavo Paltin
2016 Lexus IS350

JAN 13 2023

MEMO Payoff Acct 111062535611

⑆021000021⑆ 139335779⑈0057



©2024 JPMorgan Chase & Co.

Equal Housing Opportunity

- Deal
- Buyer
- Trades
- PDI
- Disclosure
- Recap
- Summary
- Commissions
- Forms

## Business Office

**PALTIN, GUSTAVO**

172 HIGHLAND STREET, PORT CHESTER, NY, 10573
**Home:** 914-316-0166 **Cell:**
**Email:**
**County:** WESTCHESTER

**Stock #** S1597
U 16 LEXUS IS 350
JTHCE1D21G5010239

### Deal Information

Deal Status: **Capped**

Retail | Lease

| | | | |
|---|---|---|---|
| List: | | AMO$/Opt: | Sale Date: 08/06/22 |
| Price: 29995.00 | APR: 13.990 | Insurance: | Deliver: 08/06/22 |
| Down: 3000.00 | Term: 72 Days: 45 | Accessories: | First Payment: 09/20/22 |
| Trade: | Tax: 2470.26 | Serv Cont: 3500.00 | Lender: AMERICREDIT |
| Payoff: | Tax Group: Westchester County | Fee$/Lender: 507.00 | Discount: |
| Function: | Payment/Options: 693.56 M | | |

### Other / Salespeople

| | | | |
|---|---|---|---|
| Odometer: 63518 | Permit#/Exp: | Salesperson1: JC | F&I Manager: JH |
| Trade Desc: | | Salesperson2: | Sales Manager: |
| PDI: PROGRESSIVE | | | |

CG2846FI3168WP6014 JC 33472X26A000

Save Exit Cancel

Control Number Inquiry

Control S1597 Account* Date Balance -5225.69

| Opt | Account | Jrn | Date | Document | Reference | Amount |
|---|---|---|---|---|---|---|
| | 1030 | VSU | 8/06/22 | S1597 | S1597 | 33472.26 |
| | 1030 | VSU | 8/06/22 | S1597 | S1597 | -149.00 |
| | 1030 | VSU | 8/06/22 | S1597 | S1597 | 372.69 |
| | 1030 | EFT | 8/17/22 | 081722AMC | PALTIN | -33695.95 |
| | | Account 1030 | | Total: | | .00 |
| | 1280 | VSU | 8/06/22 | S1597 | S1597 | 1668.22 |
| | | Account 1280 | | Total: | | 1668.22 |
| | 1350 | VSU | 8/06/22 | S1597 | S1597 | -27000.00 |
| | 1350 | CDH | 8/06/22 | 2622 | N1122 | 27000.00 |
| | 1350 | CDH | 9/27/22 | 2622 | N1122 | -27000.00 |
| | 1350 | GJE | 9/27/22 | 092722DC | 2622 | 27000.00 |
| | | Account 1350 | | Total: | | .00 |
| | 2103 | VSU | 8/06/22 | S1597 | S1597 | -295.00 |
| | | Account 2103 | | Total: | | -295.00 |
| | 2162 | VSU | 8/06/22 | S1597 | S1597 | -2470.26 |