EXHIBIT "18"

This email I am forwarding is Josh and Wendy Kwun pushing to have the Dealer licenses for both companies changed to my name because they knew it was illegal for them to not have done it way back when I owned both companies 100%

**From:** Josh Aaronson <josh@islandautogroup.com>
**Sent:** Wednesday, November 2, 2022 11:06 AM
**To:** Wendy Kwun <wendy@islandautogroup.com>
**Cc:** Dan O'Sullivan <dosullivan180189@gmail.com>; anthony deo <anthonyd@northshoremotors1.com>
**Subject:** Re: 189 Sunrise Hwy Auto LLC - VS1 and Surety Bond Application.

Hi Anthony,

Please make sure you get this back to us today.

Thank you,

Josh

On Wed, Nov 2, 2022 at 10:59 AM Wendy Kwun <wendy@islandautogroup.com> wrote:

Anthony,

Have you had a chance to fill out these two forms?

Best Regards,

*Wendy Kwun*
*Island Auto Group*
*wendy@islandautogroup.com*
*Office: 718-979-0934 X 146*

On Mon, Oct 24, 2022 at 3:36 PM Wendy Kwun <wendy@islandautogroup.com> wrote:

Anthony,

Attached find the DMV and Surety Bond applications.

Please print, fill out, sign and return them to me asap.

Thank you.

Best Regards,

*Wendy Kwun*
*Island Auto Group*
*wendy@islandautogroup.com*
*Office: 718-979-0934 X 146*

**From:** Wendy Kwun <wendy@islandautogroup.com>
**Sent:** Monday, October 24, 2022 3:36 PM
**To:** anthony deo <anthonyd@northshoremotors1.com>; Dan O'Sullivan <dosullivan180189@gmail.com>; Josh Aaronson <josh@islandautogroup.com>
**Subject:** 189 Sunrise Hwy Auto LLC - VS1 and Surety Bond Application.

Anthony,

Attached find the DMV and Surety Bond applications.

Please print, fill out, sign and return them to me asap.

Thank you.

Best Regards,

*Wendy Kwun*
*Island Auto Group*
*wendy@islandautogroup.com*
*Office: 718-979-0934 X 146*