**From:** Russell Shanks
**To:** Jeffrey Ruderman
**Subject:** FW: 189 Sunrise Hwy Auto LLC/Anthony Deo
**Date:** Tuesday, March 3, 2026 9:26:40 PM

---

**Russell J. Shanks, Esq.**
CYRULI SHANKS
420 Lexington Avenue, Suite 2320
New York, New York 10170
(212) 661-6800 (phone) ext. 223
(212) 661-5350 (facsimile)
PLEASE NOTE MY NEW EMAIL ADDRESS: rshanks@cszlaw.com

This transmission, together with any attachments, is intended only for the use of the individual(s) or entity(ies) to which it is addressed, and may contain information that is legally privileged, confidential and/or exempt from disclosure. If you are not an intended recipient, you are hereby notified that any dissemination, distribution, publication or reproduction of this message and/or any attachments is strictly prohibited. If you have received this message in error, kindly notify the original sender immediately by telephone, email or fax at the location set forth above and delete from your computer this transmission and any attachments. This transmission does not reflect an intention by the sender or by the sender's client to conduct or enter into a transaction or enter into any obligation by electronic means. Nothing contained in this transmission or in any attachment shall be deemed to satisfy the requirements for a writing and nothing contained herein shall be deemed to constitute a contract or an electronic signature under the Electronic Signatures in Global and National Commerce Act, any version of the Uniform Electronic Transactions Act or under any other statute governing electronic transmissions or transactions. Thank you.

NOTE TO CLIENTS: In order to preserve your entitlement to the attorney-client privilege regarding the information contained herein and any related subject matter, please refrain from sharing, forwarding or disclosing this email or the substance hereof to any third party not in your employ.

---

**From:** hrtatty@verizon.net <hrtatty@verizon.net>
**Sent:** Friday, November 18, 2022 6:35 PM
**To:** Russell Shanks <rshanks@cszlaw.com>
**Subject:** Re: 189 Sunrise Hwy Auto LLC/Anthony Deo

Mr. Shanks, I will forward you my wiring instructions after dinner tonight.

HARRY R. THOMASSON, Esquire.
3280 Sunrise Highway
Box 112
Wantagh, NY 11793
516-557-5459

If you receive this message in error, please destroy same and notify sender. This office does not give tax advice.

On Fri, Nov 18, 2022 at 6:27 PM, Russell Shanks

<rshanks@cszlaw.com> wrote:

Mr. Thomasson,

As indicated below, our client has agreed to wire the funds in question to you on Monday to hold in escrow. Please provide wire instructions.

Upon confirmation of same, please contact me to attempt to resolve all outstanding issues.

**Russell J. Shanks, Esq.**

CYRULI SHANKS

420 Lexington Avenue, Suite 2320

New York, New York 10170

(212) 661-6800 (phone)

(212) 661-5350 (facsimile)

PLEASE NOTE MY NEW EMAIL ADDRESS: rshanks@cszlaw.com

---

**From:** Russell Shanks
**Sent:** Friday, November 18, 2022 6:14 PM
**To:** 'emarx@pdcn.org' <emarx@pdcn.org>
**Subject:** 189 Sunrise Hwy Auto LLC/Anthony Deo

Detective Marx,

Confirming our telephone conversation, our client is prepared to wire the funds

drawn on the account of 189 Sunrise this morning to Mr. Deo's attorney as you suggested on Monday morning. Thank you for your time.

**Russell J. Shanks, Esq.**

CYRULI SHANKS

420 Lexington Avenue, Suite 2320

New York, New York 10170

(212) 661-6800 (phone)

(212) 661-5350 (facsimile)

PLEASE NOTE MY NEW EMAIL ADDRESS: rshanks@cszlaw.com