EXHIBIT “22”

| | | | | |
|---|---|---|---|---|
| Harry Roger Thomasson Jr Trtee | 8001478248 | Request Info > | $735,000.00 | $73 |

| | |
|---|---|
| Wire to | Harry Roger Thomasson Jr Trtee (...3609) |
| Wire from | Island Chy DMV (...0268) |
| Amount | $735,000.00 USD (U.S. Dollar) |
| Wire fee | See analysis statement |
| Total | $735,000.00 USD (U.S. Dollar) |
| Wire date | Nov 21, 2022 |
| Status | Completed |
| Status date | Nov 21, 2022 |
| Reference number | 0458054 |
| Transaction number | 8001478248 |
| Message to recipient | 189 Sunrise Hwy Auto / Anthony Deo |