EXHIBIT “23”

**From:** Russell Shanks
**To:** Jeffrey Ruderman
**Subject:** FW: Anthony Deo
**Date:** Tuesday, March 3, 2026 9:24:52 PM

---

**Russell J. Shanks, Esq.**
CYRULI SHANKS
420 Lexington Avenue, Suite 2320
New York, New York 10170
(212) 661-6800 (phone) ext. 223
(212) 661-5350 (facsimile)
PLEASE NOTE MY NEW EMAIL ADDRESS: rshanks@cszlaw.com

This transmission, together with any attachments, is intended only for the use of the individual(s) or entity(ies) to which it is addressed, and may contain information that is legally privileged, confidential and/or exempt from disclosure. If you are not an intended recipient, you are hereby notified that any dissemination, distribution, publication or reproduction of this message and/or any attachments is strictly prohibited. If you have received this message in error, kindly notify the original sender immediately by telephone, email or fax at the location set forth above and delete from your computer this transmission and any attachments. This transmission does not reflect an intention by the sender or by the sender's client to conduct or enter into a transaction or enter into any obligation by electronic means. Nothing contained in this transmission or in any attachment shall be deemed to satisfy the requirements for a writing and nothing contained herein shall be deemed to constitute a contract or an electronic signature under the Electronic Signatures in Global and National Commerce Act, any version of the Uniform Electronic Transactions Act or under any other statute governing electronic transmissions or transactions. Thank you.

NOTE TO CLIENTS: In order to preserve your entitlement to the attorney-client privilege regarding the information contained herein and any related subject matter, please refrain from sharing, forwarding or disclosing this email or the substance hereof to any third party not in your employ.

---

**From:** Harry Thomasson <hrtatty@verizon.net>
**Sent:** Monday, November 21, 2022 4:48 PM
**To:** Russell Shanks <rshanks@cszlaw.com>
**Subject:** Anthony Deo

Mr. Shanks:

Please be reminded that I represent Anthony Deo with respect to the unauthorized taking of $735,000.00 from one or more of his/his business' banking account(s). I don't know all of the details, and at this time, none are relevant to me. What I do know and find relevant is the following: The money was taken without authorization, and the police were contacted by my client; the police told me and told you that they consider this to be a criminal matter, and that money needs to be returned today or they are going to do whatever they are going to do about this. I gave you my wiring instructions, and a wire was initiated this morning from Chase Bank to my Bank of America IOLA account. Five plus hours later, that wire transfer is still "processing," so I contacted Bank of America and learned that whatever the problem is, it rests with Chase Bank and *not* with my account at Bank of America.

Candidly, I really have no problem with an attorney trying to do whatever they can for their client. I

get it, I've been at this for 33 years across multiple jurisdictions, and worked for two (2) United States Senators and one (1) Presidential Library in the archives along the way. But even if there is a dispute between our clients, there is no dispute over that money that was taken. It was taken without any authorization, and you've now confirmed that your client considers my client to owe him/his business money, which sure seems like an admission of probable cause for the theft of that money. That $735,000.00 is not in any way a civil matter, and without my involvement, others made this a criminal matter. I know that the police are awaiting a telephone call by tonight letting them know that the money is in my account. Here is what I am going to do: At 6:00 tonight, I will be notifying my client whether or not that money is in my account. It is a wire transfer. There is a problem on your end. I am giving you the courtesy of letting you know that there is a problem. No one on the planet earth will be telling me what I can and cannot do with my client's money when and if it arrives in my account. I absolutely will speak with you after that money is returned, and not another word from me until and unless that happens. It hasn't. To be clear, it is not in my account, and Bank of America indicated that the problem is either with Chase Bank or with restrictions put on the transfer by the transferor. I have my own thoughts about car dealers, transfers, and the professionalism and capability of Chase Bank to make a wire transfer, but I'm not going to accuse anyone of anything until after I go to Court (briefly) tomorrow morning. But I have no control over my client, who is expecting my call at 6 tonight to let him know whether or not I have the money, and who has been told by the police that they want to hear from him by 7:00 tonight. To be clear, I do not have the money. I will not be speaking with anyone other than my client about this until I do have that money. No need to respond, I will not be reading nor responding to anyone regarding this until and unless I get that money. That's as clear as I can make it. Please be guided accordingly, and if anyone is playing games with me, I will find out and act accordingly. If and when that money hits my account, I will let you know. Thank you.

**Harry R. Thomasson, Esq.**
3280 Sunrise Highway, Ste. 112
Wantagh, New York 11793
Tel. 516-557-5459
Email: hrtatty@verizon.net

If you receive this email in error, please destroy it and notify the sender immediately. No privilege is waived by sending this email in error. Sender does not give tax advice. Please contact an appropriate tax specialist for tax advice.