EXHIBIT "24"

BANK OF AMERICA

P.O. Box 15284
Wilmington, DE 19850

BANK OF AMERICA
Preferred Rewards
For Business

**Customer service information**

1.888.BUSINESS (1.888.287.4637)

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

CAR BUYERS NYC INC.
180 MICHAEL DR
SYOSSET, NY 11791-5328

# Your Business Advantage Relationship Banking Preferred Rewards for Bus Gold

for November 1, 2022 to November 30, 2022

Account number: 4830 8260 9499

**CAR BUYERS NYC INC.**

## Account summary

| | |
|---|---|
| Beginning balance on November 1, 2022 | $69,253.42 |
| Deposits and other credits | 843,000.00 |
| Withdrawals and other debits | -860,616.44 |
| Checks | -30,800.00 |
| Service fees | -180.00 |
| **Ending balance on November 30, 2022** | **$20,656.98** |

# of deposits/credits: 3
# of withdrawals/debits: 28
# of items-previous cycle[1]: 6
# of days in cycle: 30
Average ledger balance: $104,973.77

[1]*Includes checks paid, deposited items and other debits*


## Important information about a trending payment scam

- **We will never** call and ask you to send money using Zelle® to yourself or anyone else.
- **We will never** contact you via phone or text to ask for a security code.
- If anyone reaches out to you and asks you to send money or provide a code, it is likely a scam. Bank of America will not do this.

Learn more about trending scams at **bofa.com/helpprotectyourself**

Zelle and the Zelle related marks are wholly owned by Early Warning Services, LLC and are used herein under license.

SSM-08-22-0187.B | 4956677




EXHIBIT
DEO 48A

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2022 Bank of America Corporation

**Bank of America, N.A. Member FDIC and Equal Housing Lender**

## Deposits and other credits

| Date | Description | Amount |
|---|---|---|
| 11/22/22 | NY TLR transfer | 723,000.00 |
| 11/29/22 | Online Banking transfer from CHK 9486 Confirmation# 4374335203 | 90,000.00 |
| 11/30/22 | Online Banking transfer from CHK 6406 Confirmation# 4983551301 | 30,000.00 |
| **Total deposits and other credits** | | **$843,000.00** |

## Withdrawals and other debits

| Date | Description | Amount |
|---|---|---|
| 11/09/22 | Online Banking transfer to CHK 6406 Confirmation# 1800821123 | -5,000.00 |
| 11/09/22 | AMERICAN EXPRESS DES:ACH PMT ID:M3574 INDN:Sara Deo CO ID:1133133497 CCD | -50,000.00 |
| 11/10/22 | CITI CARD ONLINE DES:PAYMENT ID:420902363362203 INDN:ANTHONY DEO CO ID:CITICTP WEB | -371.42 |
| 11/14/22 | Online Banking transfer to CHK 6406 Confirmation# 1817315335 | -700.00 |
| 11/22/22 | WIRE TYPE:WIRE OUT DATE:221122 TIME:1607 ET TRN:2022112200449396 SERVICE REF:519029 BNF:DLA CAPITAL PARTNERS INC ID:6796577047 BNF BK: CITIBANK, N.A. ID:0008 PMT DET:AQ46897AQ POP Servi ces | -15,000.00 |
| 11/22/22 | WIRE TYPE:WIRE OUT DATE:221122 TIME:1608 ET TRN:2022112200450511 SERVICE REF:519346 BNF:STAR PERFORMANCE CONSULTIN ID:661316338 BNF BK:JPMORGAN CHASE BANK, N. ID:0002 PMT DET:W36 EFA957 POP Goods purchase of superb and mi//tsu pr | -300,000.00 |
| 11/22/22 | AMERICAN EXPRESS DES:ACH PMT ID:M0236 INDN:Sara Deo CO ID:1133133497 CCD | -5,000.00 |
| 11/23/22 | Online Banking transfer to CHK 6406 Confirmation# 4224598023 | -1,100.00 |
| 11/25/22 | Online Banking transfer to CHK 6406 Confirmation# 5040064170 | -35,000.00 |
| 11/25/22 | WIRE TYPE:WIRE OUT DATE:221125 TIME:1510 ET TRN:2022112500658642 SERVICE REF:014705 BNF:189 SUNRISE HWY AUTO LLC ID:1504779528 BNF BK: SIGNATURE BANK ID:026013576 PMT DET:AYK8FHSMF POP Operating expenses | -30,000.00 |
| 11/28/22 | WIRE TYPE:WIRE OUT DATE:221128 TIME:1029 ET TRN:2022112800407914 SERVICE REF:457868 BNF:JUN WANG AND ASSOCIATES P. ID:829903738 BNF BK:JPMORGAN CHASE BANK, N. ID:0002 PMT DET:29H FJWM9M POP Goods | -173,000.00 |
| 11/28/22 | WIRE TYPE:WIRE OUT DATE:221128 TIME:1039 ET TRN:2022112800412531 SERVICE REF:463714 BNF:JUN WANG AND ASSOCIATES P. ID:829903738 BNF BK:JPMORGAN CHASE BANK, N. ID:0002 PMT DET:MWU DUTBZQ POP Goods | -40,000.00 |

*continued on the next page*

Take your security to the next level

Check your security meter level and watch it rise as you take action to help protect against fraud.

**See it in the Mobile Banking app and Online Banking.**
Scan this code or visit **bofa.com/SecurityCenter** to learn more.

When you use the QRC feature certain information is collected from your mobile device for business purposes. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply. SSM-01-22-2466.B | 4016001

## Withdrawals and other debits - continued

| Date | Description | Amount |
|---|---|---|
| 11/29/22 | WIRE TYPE:WIRE OUT DATE:221129 TIME:1605 ET TRN:2022112900477215 SERVICE REF:515641 BNF:STAR PERFORMANCE CONSULTIN ID:661316338 BNF BK:JPMORGAN CHASE BANK, N. ID:0002 PMT DET:PMA 7DBX28 POP Goods purchase of mitsu project | -200,000.00 |
| 11/29/22 | FAY SERVICING DES:ACH PMTS ID:0000229785 INDN:SARA RAHMAN CO ID:9412277737 WEB | -5,325.44 |
| 11/29/22 | CONT FINANCE DES:PAYBYPHONE ID:043000095202674 INDN:deo sara CO ID:9044036525 TEL | -10.00 |
| Card account # XXXX XXXX XXXX 3423 | | |
| 11/01/22 | CHECKCARD 1031 Jackpocket I 0000000000 646-755-7070 NY 24445002305000723136959 RECURRING CKCD 7800 XXXXXXXXXXXX3423 XXXX XXXX XXXX 3423 | -54.79 |
| 11/07/22 | CHECKCARD 1106 Jackpocket I 0000000000 646-755-7070 NY 24445002311000630263062 RECURRING CKCD 7800 XXXXXXXXXXXX3423 XXXX XXXX XXXX 3423 | -54.79 |
| **Subtotal for card account # XXXX XXXX XXXX 3423** | | **-$109.58** |
| **Total withdrawals and other debits** | | **-$860,616.44** |

## Checks

| Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|
| 11/30/22 | 1028 | -20,000.00 | 11/28/22 | 1032 | -500.00 |
| 11/25/22 | 1030* | -300.00 | 11/29/22 | 1032* | -5,000.00 |
| 11/21/22 | 1031 | -5,000.00 | | | |

**Total checks** **-$30,800.00**

**Total # of checks** **5**

* *There is a gap in sequential check numbers*

## Service fees

The Monthly Fee on your primary Business Advantage Relationship Banking account was waived for the statement period ending 10/31/22. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

- ✓ $15,000+ combined average monthly balance in linked business accounts has been met
- ✓ Become a member of Preferred Rewards for Business has been met

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|---|---|---|
| 11/22/22 | Wire Transfer Fee | -30.00 |
| 11/22/22 | Wire Transfer Fee | -30.00 |
| 11/25/22 | Wire Transfer Fee | -30.00 |
| 11/28/22 | Wire Transfer Fee | -30.00 |
| 11/28/22 | Wire Transfer Fee | -30.00 |
| 11/29/22 | Wire Transfer Fee | -30.00 |
| **Total service fees** | | **-$180.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 11/01 | 69,198.63 | 11/14 | 13,072.42 | 11/25 | 344,582.42 |
| 11/07 | 69,143.84 | 11/21 | 8,072.42 | 11/28 | 131,022.42 |
| 11/09 | 14,143.84 | 11/22 | 411,012.42 | 11/29 | 10,656.98 |
| 11/10 | 13,772.42 | 11/23 | 409,912.42 | 11/30 | 20,656.98 |

This page intentionally left blank

BANK OF AMERICA

CAR BUYERS NYC INC. | Account # 4830 8260 9499 | November 1, 2022 to November 30, 2022

# Check images

**Account number: 4830 8260 9499**

Check number: 1028 | Amount: $20,000.00




Check number: 1030 | Amount: $300.00




Check number: 1031 | Amount: $5,000.00




Check number: 1032 | Amount: $500.00




Check number: 1032 | Amount: $5,000.00



This page intentionally left blank

BANK OF AMERICA

P.O. Box 15284
Wilmington, DE 19850

BANK OF AMERICA
Preferred Rewards
For Business

**Customer service information**

1.888.BUSINESS (1.888.287.4637)

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

CAR BUYERS NYC INC.
180 MICHAEL DR
SYOSSET, NY 11791-5328

Please see the **Important Messages - Please Read** section of your statement for important details that could impact you.

# Your Business Advantage Relationship Banking Preferred Rewards for Bus Platinum

for December 1, 2022 to December 31, 2022

Account number: 4830 8260 9499

**CAR BUYERS NYC INC.**

## Account summary

| | |
|---|---|
| Beginning balance on December 1, 2022 | $20,656.98 |
| Deposits and other credits | 42,000.00 |
| Withdrawals and other debits | -7,700.05 |
| Checks | -54,231.69 |
| Service fees | -10.00 |
| **Ending balance on December 31, 2022** | **$715.24** |

# of deposits/credits: 8

# of withdrawals/debits: 35

# of items-previous cycle[1]: 5

# of days in cycle: 31

Average ledger balance: $10,354.39

[1]*Includes checks paid, deposited items and other debits*

BUSINESS ADVANTAGE

Go paperless. It's more secure.

Reduce the risk of lost or stolen mail. Plus, you can view your statements securely and easily — online or from our mobile app — 24/7 from almost anywhere.

Simply use our **Mobile Banking app** or sign in to Business Advantage 360 and click on **Profiles & Settings** (in the upper right, next to Sign Out).

Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

SSM-01-22-2806.B | 4019267

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2022 Bank of America Corporation

**Bank of America, N.A. Member FDIC and Equal Housing Lender**

## Deposits and other credits

| Date | Description | Amount |
|---|---|---|
| 12/13/22 | Online Banking transfer from CHK 9486 Confirmation# 5095587712 | 5,000.00 |
| 12/14/22 | Counter Credit | 10,000.00 |
| 12/14/22 | Online Banking transfer from CHK 9486 Confirmation# 4702791468 | 2,000.00 |
| 12/19/22 | Online Banking transfer from CHK 9486 Confirmation# 4946450064 | 5,000.00 |
| 12/20/22 | Online Banking transfer from CHK 9486 Confirmation# 4558063176 | 12,000.00 |
| 12/20/22 | Online Banking transfer from CHK 9486 Confirmation# 4153629407 | 1,000.00 |
| 12/28/22 | Online Banking transfer from CHK 9486 Confirmation# 4423865638 | 5,000.00 |
| 12/30/22 | Online Banking transfer from CHK 9486 Confirmation# 5039066096 | 2,000.00 |
| **Total deposits and other credits** | | **$42,000.00** |

## Withdrawals and other debits

| Date | Description | Amount |
|---|---|---|
| 12/02/22 | LIPA DES:ONLINE PAY ID:0823300478 INDN:SARA DEO CO ID:1563585001 WEB | -943.65 |
| 12/02/22 | LIPA DES:ONLINE PAY ID:0143600443 INDN:SARA RAHMAN CO ID:1563585001 WEB | -154.02 |
| 12/19/22 | AMERICAN EXPRESS DES:ACH PMT ID:M3470 INDN:Sara Deo CO ID:1133133497 CCD | -1,000.00 |
| 12/29/22 | CONT FINANCE DES:PAYBYPHONE ID:043000091610658 INDN:deo sara CO ID:9044036525 TEL | -10.00 |
| 12/30/22 | FAY SERVICING DES:ACH PMTS ID:0000229785 INDN:SARA RAHMAN CO ID:9412277737 WEB | -5,592.38 |
| **Total withdrawals and other debits** | | **-$7,700.05** |

SMALL BUSINESS RESOURCES

Get valuable information on a wide range of business topics

Learn about the latest industry trends, consumer behavior, taxes, retirement and much more.

Scan this code or visit **bankofamerica.com/SBR** today.

When you use the QRC feature certain information is collected from your mobile device for business purposes.

SSM-09-22-0050.B | 4925153

# Checks

| Date | Check # | Amount |
|---|---|---|
| 12/06/22 | 1029 | -3,000.00 |
| 12/09/22 | 1033* | -700.00 |
| 12/05/22 | 1034 | -700.00 |
| 12/06/22 | 1035 | -1,500.00 |
| 12/12/22 | 1040* | -4,500.00 |
| 12/13/22 | 1041 | -7,000.00 |
| 12/13/22 | 1042 | -614.78 |
| 12/12/22 | 1044* | -3,000.00 |
| 12/19/22 | 1045 | -10,000.00 |
| 12/12/22 | 1046 | -1,000.00 |
| 12/19/22 | 1047 | -700.00 |
| 12/13/22 | 1048 | -2,800.00 |
| 12/14/22 | 1049 | -3,000.00 |
| 12/20/22 | 1050 | -900.00 |
| 12/19/22 | 1052* | -700.00 |
| 12/20/22 | 1053 | -1,400.00 |
| 12/22/22 | 1054 | -750.00 |
| 12/20/22 | 1055 | -790.00 |
| 12/28/22 | 1056 | -1,300.00 |
| 12/23/22 | 1057 | -1,000.00 |
| 12/27/22 | 1058 | -2,000.20 |
| 12/27/22 | 1059 | -1,200.00 |
| 12/27/22 | 1060 | -600.00 |
| 12/27/22 | 1061 | -850.71 |
| 12/27/22 | 1062 | -576.00 |
| 12/27/22 | 1063 | -400.00 |
| 12/30/22 | 1064 | -700.00 |
| 12/29/22 | 1065 | -1,550.00 |
| 12/29/22 | 1066 | -1,000.00 |

**Total checks** **-$54,231.69**

**Total # of checks** **29**

* *There is a gap in sequential check numbers*

# Service fees

**Your Overdraft and NSF: Returned Item fees for this statement period and year to date are shown below.**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft fees | $10.00 | $10.00 |
| Total NSF: Returned Item fees | $0.00 | $0.00 |

**We want to help you avoid overdraft fees. Here are a few ways to manage your account and stay on top of your balance:**

- Enroll in Balance Connect™ for overdraft protection through Online or Mobile Banking to help save on overdraft fees and cover your payments and purchases by automatically transferring money from your linked backup accounts when needed.
- Sign up for Alerts (footnote 1) to get an email or text message when your balance becomes low

Please call us or visit us if you have any questions or to discuss your options.

(footnote 1) You may elect to receive alerts via text or email. Bank of America does not charge for this service but your mobile carrier's message and data rates may apply. Delivery of alerts may be affected or delayed by your mobile carrier's coverage.

The Monthly Fee on your primary Business Advantage Relationship Banking account was waived for the statement period ending 11/30/22. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

✓ $15,000+ combined average monthly balance in linked business accounts has been met

✓ Become a member of Preferred Rewards for Business has been met

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

*continued on the next page*

## Service fees - continued

| Date | Transaction description | Amount |
|---|---|---|
| 12/13/22 | OVERDRAFT ITEM FEE FOR ACTIVITY OF 12-13 | -10.00 |
| **Total service fees** | | **-$10.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 12/01 | 20,656.98 | 12/13 | -265.47 | 12/23 | 9,494.53 |
| 12/02 | 19,559.31 | 12/14 | 8,734.53 | 12/27 | 3,867.62 |
| 12/05 | 18,859.31 | 12/19 | 1,334.53 | 12/28 | 7,567.62 |
| 12/06 | 14,359.31 | 12/20 | 11,244.53 | 12/29 | 5,007.62 |
| 12/09 | 13,659.31 | 12/22 | 10,494.53 | 12/30 | 715.24 |
| 12/12 | 5,159.31 | | | | |

This page intentionally left blank

BANK OF AMERICA



## Check images

**Account number: 4830 8260 9499**

Check number: 1029 | Amount: $3,000.00


CAR BUYERS NYC INC. 1029
DATE 12/03/2022
PAY TO THE ORDER OF CASH $ 3000
Three thousand dollars DOLLARS
BANK OF AMERICA
FOR 3 hunting lane
⑈001029⑈ ⑆021000322⑆ 483082609499⑈

Check number: 1033 | Amount: $700.00


CAR BUYERS NYC INC. 1033
DATE 12/8/22
PAY TO THE ORDER OF Suresh Prabhudass $ 700.00
Seven hundred 00/00 DOLLARS
BANK OF AMERICA
FOR Electrical wk
⑈001033⑈ ⑆021000322⑆ 483082609499⑈

Check number: 1034 | Amount: $700.00


CAR BUYERS NYC INC. 1034
DATE 12.3.22
PAY TO THE ORDER OF Audio DX NYC LLC $ 700.00
Seven hundred · 00 DOLLARS
BANK OF AMERICA
FOR Week of Nov 28 - Dec 3
⑈001034⑈ ⑆021000322⑆ 483082609499⑈

Check number: 1035 | Amount: $1,500.00


CAR BUYERS NYC INC. 1035
DATE 12/06/2022
PAY TO THE ORDER OF Bali Pool inc. $ 1500.00
Fifteen hundred dollars 00/100 Cents DOLLARS
BANK OF AMERICA
FOR Remainder $1025.53
⑈001035⑈ ⑆021000322⑆ 483082609499⑈

Check number: 1040 | Amount: $4,500.00


CAR BUYERS NYC INC. 1040
DATE 12/10/2022
PAY TO THE ORDER OF Gallegos Landscaping Corp. $ 4500
Fourty five hundred dollars. DOLLARS
BANK OF AMERICA
FOR Landscaping
⑈001040⑈ ⑆021000322⑆ 483082609499⑈

Check number: 1041 | Amount: $7,000.00


CAR BUYERS NYC INC. 1041
DATE 12/10/2022
PAY TO THE ORDER OF Ep landscaping $ 7,000
Seven thousand dollars 00/100 cents DOLLARS
BANK OF AMERICA
FOR
⑈001041⑈ ⑆021000322⑆ 483082609499⑈

Check number: 1042 | Amount: $614.78


CAR BUYERS NYC INC. 1042
DATE 12/10/2022
PAY TO THE ORDER OF Ep landscaping $ 614.78
Six hundred fourteen dollars 78/100 Cents DOLLARS
BANK OF AMERICA
FOR
⑈001042⑈ ⑆021000322⑆ 483082609499⑈

Check number: 1044 | Amount: $3,000.00


CAR BUYERS NYC INC. 1044
DATE 12/11/2022
PAY TO THE ORDER OF Santos Navarro $ 3000
Three thousand dollars DOLLARS
BANK OF AMERICA
FOR Moving
⑈001044⑈ ⑆021000322⑆ 483082609499⑈

Check number: 1045 | Amount: $10,000.00


CAR BUYERS NYC INC. 1045
DATE 12.17.22
PAY TO THE ORDER OF Harry Thomasson $ 10,000.00
Ten thousand 00/xx DOLLARS
BANK OF AMERICA
FOR Legal fees
⑈001045⑈ ⑆021000322⑆ 483082609499⑈

Check number: 1046 | Amount: $1,000.00


CAR BUYERS NYC INC. 1046
DATE 12.12.22
PAY TO THE ORDER OF Long Island tires $ 1000.00
One thousand 00/xx DOLLARS
BANK OF AMERICA
FOR tires
⑈001046⑈ ⑆021000322⑆ 483082609499⑈

*continued on the next page*

# Check images - continued

**Account number: 4830 8260 9499**

Check number: 1047 | Amount: $700.00




Check number: 1048 | Amount: $2,800.00




Check number: 1049 | Amount: $3,000.00




Check number: 1050 | Amount: $900.00




Check number: 1052 | Amount: $700.00




Check number: 1053 | Amount: $1,400.00




Check number: 1054 | Amount: $750.00




Check number: 1055 | Amount: $790.00




Check number: 1056 | Amount: $1,300.00




Check number: 1057 | Amount: $1,000.00




continued on the next page

# Check images - continued

**Account number: 4830 8260 9499**

Check number: 1058 | Amount: $2,000.20



CAR BUYERS NYC INC. 1058
DATE 12-22-22
PAY TO THE ORDER OF Suresh Prabhudass $ 2000.20/100
Two thousand 20/100 DOLLARS
BANK OF AMERICA
FOR Service
001058 021000322 483082609499

Check number: 1059 | Amount: $1,200.00



CAR BUYERS NYC INC. 1059
DATE 12/24/2022
PAY TO THE ORDER OF Felix Tejada $ 1200.00/100
Twelve hundred dollars DOLLARS
BANK OF AMERICA
FOR
001059 021000322 483082609499

Check number: 1060 | Amount: $600.00



CAR BUYERS NYC INC. 1060
DATE 12/24/2022
PAY TO THE ORDER OF Dhanesh Ramnarain $ 600.00/100
Six hundred dollars 00/100 cents DOLLARS
BANK OF AMERICA
FOR Salary + Christmas $
001060 021000322 483082609499

Check number: 1061 | Amount: $850.71



CAR BUYERS NYC INC. 1061
DATE 12/24/2022
PAY TO THE ORDER OF Mario Steadman $ 850.71/100
Eight hundred fifty dollars 71/100 DOLLARS
BANK OF AMERICA
FOR Salary + Tanzy Vorlake loan + Christmas $
001061 021000322 483082609499

Check number: 1062 | Amount: $576.00



CAR BUYERS NYC INC. 1062
DATE 12/24/2022
PAY TO THE ORDER OF Jason Aureja Chavez $ 576.00/100
Five hundred seventy six dollars DOLLARS
BANK OF AMERICA
FOR Salary + Christmas $
001062 021000322 483082609499

Check number: 1063 | Amount: $400.00



CAR BUYERS NYC INC. 1063
DATE 12/24/2022
PAY TO THE ORDER OF Zenia Cleaning Supplies $ 400.00
Four hundred dollars 00/100 DOLLARS
BANK OF AMERICA
FOR Cleaning
001063 021000322 483082609499

Check number: 1064 | Amount: $700.00



CAR BUYERS NYC INC. 1064
DATE 12/27/2022
PAY TO THE ORDER OF Regal Billiards $ 700.00
Seven hundred dollars DOLLARS
BANK OF AMERICA
FOR pool fee
001064 021000322 483082609499

Check number: 1065 | Amount: $1,550.00



CAR BUYERS NYC INC. 1065
DATE 12/28/2022
PAY TO THE ORDER OF Joseph Dinc $ 1550
One thousand five hundred and fifty dollars DOLLARS
BANK OF AMERICA
FOR Salary
001065 021000322 483082609499

Check number: 1066 | Amount: $1,000.00



CAR BUYERS NYC INC. 1066
DATE 12/28/2022
PAY TO THE ORDER OF Joseph Dinc $ 1000
One thousand dollars DOLLARS
BANK OF AMERICA
FOR Bonus
001066 021000322 483082609499

# Important Messages - Please Read

We want to make sure you stay up-to-date on changes, reminders, and other important details that could impact you.

**Good news - to help you avoid missing scheduled payments, we may continue processing those payments you have set up with a debit card after the card expires.**

Debit cards expiring on or after February 14, 2023 that are used for recurring, installment or subscription payments, may continue to have payments processed after the card expires. Even if you do not activate your new debit card or provide merchants with the new expiration date, your previously authorized payments may still be processed.

Do not worry, you can still cancel scheduled payments by contacting the merchants directly. If there are merchants you have provided your card number to, our Mobile Banking (Footnote 1) app and Erica®, your virtual financial assistant (Footnote 2) can provide you with a list if you ask "Where are my debit cards stored?".

(Footnote 1) Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

(Footnote 2) In your Bank of America Mobile App, Erica, is only available in the English language. The feature requires that you download the latest version of the Mobile Banking app and is only available in the Mobile Banking app for select iOS and Android devices. Message and data rates may apply.

BANK OF AMERICA

P.O. Box 15284
Wilmington, DE 19850

BANK OF AMERICA
Preferred Rewards
For Business

**Customer service information**

1.888.BUSINESS (1.888.287.4637)

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

CAR BUYERS NYC INC.
180 MICHAEL DR
SYOSSET, NY 11791-5328

# Your Business Advantage Relationship Banking Preferred Rewards for Bus Platinum

for January 1, 2023 to January 31, 2023

Account number: 4830 8260 9499

**CAR BUYERS NYC INC.**

## Account summary

| | |
|---|---|
| Beginning balance on January 1, 2023 | $715.24 |
| Deposits and other credits | 44,289.64 |
| Withdrawals and other debits | -7,265.74 |
| Checks | -32,969.55 |
| Service fees | -40.00 |
| **Ending balance on January 31, 2023** | **$4,729.59** |

\# of deposits/credits: 10

\# of withdrawals/debits: 48

\# of items-previous cycle[1]: 30

\# of days in cycle: 31

Average ledger balance: $4,546.88

[1]*Includes checks paid, deposited items and other debits*

BUSINESS ADVANTAGE

Go paperless. It's more secure.

Reduce the risk of lost or stolen mail. Plus, you can view your statements securely and easily — online or from our mobile app — 24/7 from almost anywhere.

Simply use our **Mobile Banking app** or sign in to Business Advantage 360 and click on **Profiles & Settings** (in the upper right, next to Sign Out).

Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

SSM-01-22-2806.B | 4019267

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2023 Bank of America Corporation

**Bank of America, N.A. Member FDIC and Equal Housing Lender**

BANK OF AMERICA

## Your checking account



## Deposits and other credits

| Date | Description | Amount |
| --- | --- | --- |
| 01/03/23 | Online Banking transfer from CHK 9486 Confirmation# 4358831234 | 5,000.00 |
| 01/10/23 | Online Banking transfer from CHK 9486 Confirmation# 4836079338 | 5,000.00 |
| 01/13/23 | WIRE TYPE:WIRE IN DATE: 230113 TIME:1337 ET TRN:2023011300403712 SEQ:3437443013ES/015224 ORIG:SUPERB MOTORS INC. ID:717055518 SND BK:JPMORG AN CHASE BANK, NA ID:021000021 PMT DET:CML OF 23/0 1/13 | 10,000.00 |
| 01/24/23 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 01-23) | 1,500.00 |
| 01/24/23 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 01-23) | 1,500.00 |
| 01/24/23 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 01-23) | 1,439.64 |
| 01/24/23 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 01-23) | 350.00 |
| 01/24/23 | Online Banking transfer from CHK 9677 Confirmation# 4856924480 | 12,000.00 |
| 01/25/23 | Online Banking transfer from CHK 9486 Confirmation# 4163990674 | 5,000.00 |
| 01/30/23 | Online Banking transfer from CHK 9677 Confirmation# 1908182817 | 2,500.00 |
| **Total deposits and other credits** | | **$44,289.64** |

## Withdrawals and other debits

| Date | Description | Amount |
| --- | --- | --- |
| 01/05/23 | LIPA DES:ONLINE PAY ID:0823300478 INDN:SARA DEO CO ID:1563585001 WEB | -1,500.00 |
| 01/11/23 | UNITED HEALTHCAR DES:EDI PAYMTS ID:626891280346 INDN:BEST AUTO OUTLET CO ID:1411289245 CTX ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT. CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE. | -2,675.95 |
| 01/23/23 | AMERICAN EXPRESS DES:ACH PMT ID:M9280 INDN:Sara Deo CO ID:1133133497 CCD | -1,500.00 |
| 01/25/23 | AMERICAN EXPRESS DES:RETRY PYMT ID:M9280 INDN:Sara Deo CO ID:1133133497 CCD | -1,500.00 |
| 01/31/23 | CONT FINANCE DES:PAYBYPHONE ID:043000097391682 INDN:deo sara CO ID:9044036525 TEL | -35.00 |

*continued on the next page*



Happy New Year!

May the new year bring you happiness, peace and prosperity. Wishing you a joyous 2023!

SSM-10-22-0070.C | 4968844

## Withdrawals and other debits - continued

| Date | Description | Amount |
|---|---|---|
| Card account # XXXX XXXX XXXX 3423 | | |
| 01/11/23 | CHECKCARD 0110 Jackpocket I 0000000000 646-755-7070 NY 24445003011000652395769 RECURRING CKCD 7800 XXXXXXXXXXXX3423 XXXX XXXX XXXX 3423 | -54.79 |
| **Subtotal for card account # XXXX XXXX XXXX 3423** | | **-$54.79** |
| **Total withdrawals and other debits** | | **-$7,265.74** |

## Checks

| Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|
| 01/24/23 | 1055 | -790.00 | 01/23/23 | 1095 | -135.00 |
| 01/03/23 | 1067* | -415.60 | 01/23/23 | 1096 | -600.58 |
| 01/03/23 | 1068 | -415.60 | 01/24/23 | 1097 | -2,600.00 |
| 01/03/23 | 1069 | -711.56 | 01/23/23 | 1098 | -2,000.00 |
| 01/03/23 | 1070 | -461.25 | 01/23/23 | 1100* | -560.00 |
| 01/03/23 | 1072* | -1,200.00 | 01/23/23 | 1101 | -561.00 |
| 01/09/23 | 1073 | -481.27 | 01/23/23 | 1102 | -1,500.00 |
| 01/09/23 | 1074 | -600.58 | 01/23/23 | 1104* | -350.00 |
| 01/10/23 | 1075 | -415.60 | 01/23/23 | 1105 | -1,439.64 |
| 01/09/23 | 1078* | -1,000.00 | 01/25/23 | 1105* | -1,439.64 |
| 01/09/23 | 1080* | -400.00 | 01/30/23 | 1106 | -760.00 |
| 01/23/23 | 1081 | -1,500.00 | 01/30/23 | 1107 | -1,445.60 |
| 01/17/23 | 1082 | -604.54 | 01/31/23 | 1108 | -790.53 |
| 01/17/23 | 1083 | -604.57 | 01/30/23 | 1109 | -418.55 |
| 01/17/23 | 1084 | -1,000.00 | 01/30/23 | 1110 | -1,506.00 |
| 01/17/23 | 1085 | -964.16 | 01/31/23 | 1111 | -1,000.00 |
| 01/17/23 | 1086 | -1,092.95 | 01/30/23 | 1112 | -521.96 |
| 01/17/23 | 1087 | -1,596.00 | 01/30/23 | 1113 | -514.53 |
| 01/17/23 | 1094* | -572.84 | | | |
| | | | **Total checks** | | **-$32,969.55** |
| | | | **Total # of checks** | | **37** |

* *There is a gap in sequential check numbers*

## Service fees

**Your Overdraft and NSF: Returned Item fees for this statement period and year to date are shown below.**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft fees | $40.00 | $40.00 |
| Total NSF: Returned Item fees | $0.00 | $0.00 |

**We want to help you avoid overdraft fees. Here are a few ways to manage your account and stay on top of your balance:**

- Enroll in Balance Connect™ for overdraft protection through Online or Mobile Banking to help save on overdraft fees and cover your payments and purchases by automatically transferring money from your linked backup accounts when needed.
- Sign up for Alerts (footnote 1) to get an email or text message when your balance becomes low

Please call us or visit us if you have any questions or to discuss your options.

(footnote 1) You may elect to receive alerts via text or email. Bank of America does not charge for this service but your mobile carrier's message and data rates may apply. Delivery of alerts may be affected or delayed by your mobile carrier's coverage.

The Monthly Fee on your primary Business Advantage Relationship Banking account was waived for the statement period ending 12/30/22. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

○ $15,000+ combined average monthly balance in linked business accounts has not been met

✓ Become a member of Preferred Rewards for Business has been met

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|---|---|---|
| 01/09/23 | OVERDRAFT ITEM FEE FOR ACTIVITY OF 01-09 | -10.00 |
| 01/09/23 | OVERDRAFT ITEM FEE FOR ACTIVITY OF 01-09 | -10.00 |
| 01/13/23 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | -0.00 |
| 01/23/23 | OVERDRAFT ITEM FEE FOR ACTIVITY OF 01-23 | -10.00 |
| 01/23/23 | OVERDRAFT ITEM FEE FOR ACTIVITY OF 01-23 | -10.00 |
| **Total service fees** | | **-$40.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 01/01 | 715.24 | 01/11 | 363.04 | 01/24 | 7,161.40 |
| 01/03 | 2,511.23 | 01/13 | 10,363.04 | 01/25 | 9,221.76 |
| 01/05 | 1,011.23 | 01/17 | 3,927.98 | 01/30 | 6,555.12 |
| 01/09 | -1,490.62 | 01/23 | -6,238.24 | 01/31 | 4,729.59 |
| 01/10 | 3,093.78 | | | | |

This page intentionally left blank

BANK OF AMERICA

CAR BUYERS NYC INC. | Account # 4830 8260 9499 | January 1, 2023 to January 31, 2023

# Check images

**Account number: 4830 8260 9499**

Check number: 1055 | Amount: $790.00


CAR BUYERS NYC INC. 1055
DATE 12-20-22
PAY TO THE ORDER OF Jason Pareja Chavez $ 790 00/xx
Seven hundred ninety 00/xx DOLLARS
BANK OF AMERICA
FOR Salary Advance
⑈001055⑈ ⑆021000322⑆ 483082609499⑈

Check number: 1067 | Amount: $415.60


CAR BUYERS NYC INC. 1067
DATE 12/31/2022
PAY TO THE ORDER OF Dhanesh Ramnarain $ 415.60
Four hundred fifteen dollars 60/100 Cents DOLLARS
BANK OF AMERICA
FOR
⑈001067⑈ ⑆021000322⑆ 483082609499⑈

Check number: 1068 | Amount: $415.60


CAR BUYERS NYC INC. 1068
DATE 12/31/2022
PAY TO THE ORDER OF Mario Steedman $ 415.60
Four hundred fifteen dollars 60/100 Cents. DOLLARS
BANK OF AMERICA
FOR
⑈001068⑈ ⑆021000322⑆ 483082609499⑈

Check number: 1069 | Amount: $711.56


CAR BUYERS NYC INC. 1069
DATE 12/31/2022
PAY TO THE ORDER OF Felix Tejada $ 711.56
Seven hundred eleven dollars 56/100 cents DOLLARS
BANK OF AMERICA
FOR
⑈001069⑈ ⑆021000322⑆ 483082609499⑈

Check number: 1070 | Amount: $461.25


CAR BUYERS NYC INC. 1070
DATE 12/31/2022
PAY TO THE ORDER OF Jason Chavez $ 461.25
Four hundred sixty one dollars 25/100 Cents. DOLLARS
BANK OF AMERICA
FOR
⑈001070⑈ ⑆021000322⑆ 483082609499⑈

Check number: 1072 | Amount: $1,200.00


CAR BUYERS NYC INC. 1072
DATE 12/31/2022
PAY TO THE ORDER OF Santos Navarro $ 1200
Twelve hundred dollars DOLLARS
BANK OF AMERICA
FOR
⑈001072⑈ ⑆021000322⑆ 483082609499⑈

Check number: 1073 | Amount: $481.27


CAR BUYERS NYC INC. 1073
DATE 01/07/23
PAY TO THE ORDER OF Jason Chavez $ 481.27
Four hundred eighty one dollars 27/100 cents DOLLARS
BANK OF AMERICA
FOR
⑈001073⑈ ⑆021000322⑆ 483082609499⑈

Check number: 1074 | Amount: $600.58


CAR BUYERS NYC INC. 1074
DATE 01/07/23
PAY TO THE ORDER OF Dhanesh Ramnarain $ 600.58
Six hundred dollars 58/100 cents. DOLLARS
BANK OF AMERICA
FOR Dhanesh
⑈001074⑈ ⑆021000322⑆ 483082609499⑈

Check number: 1075 | Amount: $415.60


CAR BUYERS NYC INC. 1075
DATE 01/07/23
PAY TO THE ORDER OF Mario Steedman $ 415.60
Four hundred fifteen dollars 60/100 cents DOLLARS
BANK OF AMERICA
FOR
⑈001075⑈ ⑆021000322⑆ 483082609499⑈

Check number: 1078 | Amount: $1,000.00


CAR BUYERS NYC INC. 1078
DATE 01/07/23
PAY TO THE ORDER OF Mozaic 27 Inc. $ 1000
One thousand dollars DOLLARS
BANK OF AMERICA
FOR
⑈001078⑈ ⑆021000322⑆ 483082609499⑈

continued on the next page

## Check images - continued

**Account number: 4830 8260 9499**

Check number: 1080 | Amount: $400.00




Check number: 1081 | Amount: $1,500.00




Check number: 1082 | Amount: $604.54




Check number: 1083 | Amount: $604.57




Check number: 1084 | Amount: $1,000.00




Check number: 1085 | Amount: $964.16




Check number: 1086 | Amount: $1,092.95




Check number: 1087 | Amount: $1,596.00




Check number: 1094 | Amount: $572.84




Check number: 1095 | Amount: $135.00




continued on the next page

# Check images - continued

**Account number: 4830 8260 9499**

Check number: 1096 | Amount: $600.58



CAR BUYERS NYC INC. 1096
DATE 01/21/2023
PAY TO THE ORDER OF Charith Michelle Rodriguez $ 600.58
Six hundred dollars 58/100 Cents DOLLARS
BANK OF AMERICA
FOR Salary + Diamond Marble + Granite
Tax → $149.42
001096 021000322 483082609499

Check number: 1097 | Amount: $2,600.00



CAR BUYERS NYC INC. 1097
DATE 01/21/2023
PAY TO THE ORDER OF Joseph Dire $ 2600
Twenty Six hundred dollars 00/100 Cents DOLLARS
BANK OF AMERICA
FOR 2 weeks
001097 021000322 483082609499

Check number: 1098 | Amount: $2,000.00



CAR BUYERS NYC INC. 1098
DATE 01/21/2023
PAY TO THE ORDER OF Merced27 Inc. $ 2000.00
Two thousand dollars 00/100 cents DOLLARS
BANK OF AMERICA
FOR
001098 021000322 483082609499

Check number: 1100 | Amount: $560.00



CAR BUYERS NYC INC. 1100
DATE 01/21/2023
PAY TO THE ORDER OF Zenie Cleaning Services $ 560.00
Five hundred sixty dollars 00/100 Cents DOLLARS
BANK OF AMERICA
FOR
001100 021000322 483082609499

Check number: 1101 | Amount: $561.00



CAR BUYERS NYC INC. 1101
DATE 01/21/2023
PAY TO THE ORDER OF Jonathan Marroquin $ 561.00
Five hundred sixty one dollars DOLLARS
BANK OF AMERICA
FOR 33 hours
001101 021000322 483082609499

Check number: 1105 | Amount: $1,439.64



CAR BUYERS NYC INC. 1105
DATE 1.21.23
PAY TO THE ORDER OF J & H auto Consulting LLC $ 1439.64/100
One thousand four hundred thirty nine 64/100 DOLLARS
BANK OF AMERICA
FOR Zapillo | Marble | bolanos JJ enterprises
001105 021000322 483082609499

Check number: 1106 | Amount: $760.00



CAR BUYERS NYC INC. 1106
DATE 1.28.23
PAY TO THE ORDER OF Zenie Cleaning $ 760.00/100
Seven hundred & sixty DOLLARS
BANK OF AMERICA
FOR
001106 021000322 483082609499

Check number: 1107 | Amount: $1,445.60



CAR BUYERS NYC INC. 1107
DATE 1.28.23
PAY TO THE ORDER OF Parmeshwar Bissoon $ 1445.60/100
One thousand four hundred & forty five 60/100 DOLLARS
BANK OF AMERICA
FOR Comm 1/24
001107 021000322 483082609499

Check number: 1108 | Amount: $790.53



CAR BUYERS NYC INC. 1108
DATE 1.28.24
PAY TO THE ORDER OF Charith Michelle Rodriguez $ 790.53/100
Seven hundred ninety 53/100 DOLLARS
BANK OF AMERICA
FOR Comm 1/24/23
001108 021000322 483082609499

Check number: 1109 | Amount: $418.55



CAR BUYERS NYC INC. 1109
DATE 1.28.23
PAY TO THE ORDER OF Jiovani Rivera $ 418.55/100
Four hundred eighteen 55/100 DOLLARS
BANK OF AMERICA
FOR Cabinet
001109 021000322 483082609499

continued on the next page

## Check images - continued

**Account number: 4830 8260 9499**

Check number: 1110 | Amount: $1,506.00


CAR BUYERS NYC INC. 1110
DATE 1-28-23
PAY TO THE ORDER OF J&H Auto Consulting $ 1506.00
One thousand five hundred and six 00/xx DOLLARS
BANK OF AMERICA
FOR Dischasing | Iskander | Bethea
⑈001110⑈ ⑆021000322⑆ 483082609499⑈

Check number: 1111 | Amount: $1,000.00


CAR BUYERS NYC INC. 1111
DATE 1-28-23
PAY TO THE ORDER OF Merck 27 Inc $ 1000.00
One thousand 00/xx DOLLARS
BANK OF AMERICA
FOR
⑈001111⑈ ⑆021000322⑆ 483082609499⑈

Check number: 1112 | Amount: $521.96


CAR BUYERS NYC INC. 1112
DATE 1-28-23
PAY TO THE ORDER OF Jonathan Marroquin $ 521.96
Five hundred & twenty one 96/xx DOLLARS
BANK OF AMERICA
FOR 355hrs
⑈001112⑈ ⑆021000322⑆ 483082609499⑈

Check number: 1113 | Amount: $514.53


CAR BUYERS NYC INC. 1113
DATE 1-28-23
PAY TO THE ORDER OF Kyle Vaughan $ 514.53
Five hundred & fourteen 53/xx DOLLARS
BANK OF AMERICA
FOR
⑈001113⑈ ⑆021000322⑆ 483082609499⑈

BANK OF AMERICA

P.O. Box 15284
Wilmington, DE 19850

BANK OF AMERICA
Preferred Rewards
For Business

**Customer service information**

1.888.BUSINESS (1.888.287.4637)

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

CAR BUYERS NYC INC.
180 MICHAEL DR
SYOSSET, NY 11791-5328

Please see the **Important Messages - Please Read** section of your statement for important details that could impact you.

# Your Business Advantage Relationship Banking Preferred Rewards for Bus Platinum

for February 1, 2023 to February 28, 2023

Account number: 4830 8260 9499

**CAR BUYERS NYC INC.**

## Account summary

| | |
|---|---|
| Beginning balance on February 1, 2023 | $4,729.59 |
| Deposits and other credits | 15,530.00 |
| Withdrawals and other debits | -3,847.02 |
| Checks | -14,400.22 |
| Service fees | -0.00 |
| **Ending balance on February 28, 2023** | **$2,012.35** |

# of deposits/credits: 5

# of withdrawals/debits: 12

# of items-previous cycle[1]: 37

# of days in cycle: 28

Average ledger balance: $6,949.83

[1]*Includes checks paid, deposited items and other debits*

SMALL BUSINESS RESOURCES

Get valuable information on a wide range of business topics

Learn about the latest industry trends, consumer behavior, taxes, retirement and much more.

Scan this code or visit **bankofamerica.com/SBR** today.

When you use the QRC feature certain information is collected from your mobile device for business purposes.

SSM-09-22-0050.B | 4925153

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2023 Bank of America Corporation

**Bank of America, N.A. Member FDIC and Equal Housing Lender**

BANK OF AMERICA



## Deposits and other credits

| Date | Description | Amount |
|---|---|---|
| 02/02/23 | WIRE TYPE:WIRE IN DATE: 230202 TIME:1315 ET TRN:2023020200388591 SEQ:3372973033ES/031954 ORIG:SUPERB MOTORS INC. ID:717055518 SND BK:JPMORG AN CHASE BANK, NA ID:021000021 PMT DET:CML OF 23/0 2/02 | 10,000.00 |
| 02/13/23 | CREDIT ADJUSTMENT DUPLICATE ITEM | 500.00 |
| 02/14/23 | Fee Refund | 30.00 |
| 02/15/23 | Online Banking transfer from CHK 9677 Confirmation# 5051195161 | 3,000.00 |
| 02/28/23 | Online Banking transfer from CHK 9677 Confirmation# 4960173659 | 2,000.00 |
| **Total deposits and other credits** | | **$15,530.00** |

## Withdrawals and other debits

| Date | Description | Amount |
|---|---|---|
| 02/02/23 | LIPA DES:ONLINE PAY ID:0143600443 INDN:SARA RAHMAN CO ID:1563585001 WEB | -347.02 |
| 02/13/23 | Online Banking transfer to CHK 6406 Confirmation# 4530990801 | -3,500.00 |
| **Total withdrawals and other debits** | | **-$3,847.02** |

## Checks

| Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|
| 02/07/23 | 1088 | -3,000.00 | 02/06/23 | 1115 | -2,150.00 |
| 02/13/23 | 1091* | -870.22 | 02/13/23 | 1116 | -400.00 |
| 02/16/23 | 1092 | -2,600.00 | 02/21/23 | 1117 | -400.00 |
| 02/27/23 | 1093 | -4,000.00 | 02/27/23 | 1124* | -400.00 |
| 02/06/23 | 1114* | -580.00 | | | |

**Total checks** **-$14,400.22**

**Total # of checks** **9**

* *There is a gap in sequential check numbers*




BANK OF AMERICA BUSINESS ADVANTAGE

Security you can see

Our security meter lets you visualize your account security and moves up as you take additional steps to help protect your account.

Visit the Security Center in Business Advantage 360 to see your security level today. To learn more, scan this code or visit **bofa.com/SecurityCenter.**

Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

SSM-06-22-0009.B | 4762393

## Service fees

**Your Overdraft and NSF: Returned Item fees for this statement period and year to date are shown below.**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft fees | $0.00 | $40.00 |
| Total NSF: Returned Item fees | $0.00 | $0.00 |

We refunded to you a total of $30.00 in fees for Overdraft and/or NSF: Returned Items this statement period and a total of $30.00 in fees for Overdraft and/or NSF: Returned Items this year.

**We want to help you avoid overdraft fees. Here are a few ways to manage your account and stay on top of your balance:**

- Enroll in Balance Connect™ for overdraft protection through Online or Mobile Banking to help save on overdraft fees and cover your payments and purchases by automatically transferring money from your linked backup accounts when needed.
- Sign up for Alerts (footnote 1) to get an email or text message when your balance becomes low

Please call us or visit us if you have any questions or to discuss your options.

(footnote 1) You may elect to receive alerts via text or email. Bank of America does not charge for this service but your mobile carrier's message and data rates may apply. Delivery of alerts may be affected or delayed by your mobile carrier's coverage.

The Monthly Fee on your primary Business Advantage Relationship Banking account was waived for the statement period ending 01/31/23. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

○ $15,000+ combined average monthly balance in linked business accounts has not been met

✓ Become a member of Preferred Rewards for Business has been met

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|---|---|---|
| 02/02/23 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | -0.00 |
| **Total service fees** | | **-$0.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 02/01 | 4,729.59 | 02/13 | 4,382.35 | 02/21 | 4,412.35 |
| 02/02 | 14,382.57 | 02/14 | 4,412.35 | 02/27 | 12.35 |
| 02/06 | 11,652.57 | 02/15 | 7,412.35 | 02/28 | 2,012.35 |
| 02/07 | 8,652.57 | 02/16 | 4,812.35 | | |

BANK OF AMERICA



# Check images

**Account number: 4830 8260 9499**

Check number: 1088 | Amount: $3,000.00


CAR BUYERS NYC INC. 1088
DATE 2/6/23
PAY TO THE ORDER OF Eileen Hyatt $ 3000.00
Three thousand 00/xx DOLLARS
BANK OF AMERICA
FOR Jan 24 / Jan 31
⑈001088⑈ ⑆021000322⑆ 483082609499⑈

Check number: 1091 | Amount: $870.22


CAR BUYERS NYC INC. 1091
DATE 2-11-23
PAY TO THE ORDER OF Dhanak Ramsaran $ 870.22
Eight hundred & seventy 22/100 DOLLARS
BANK OF AMERICA
FOR 12/13-12-17 & 1/4-1-14 + 1/16 1/17
⑈001091⑈ ⑆021000322⑆ 483082609499⑈

Check number: 1092 | Amount: $2,600.00


CAR BUYERS NYC INC. 1092
DATE 2/15/23
PAY TO THE ORDER OF Joseph Dire $ 2,600.00
Two Thousand Six Hundred DOLLARS
BANK OF AMERICA
FOR
⑈001092⑈ ⑆021000322⑆ 483082609499⑈

Check number: 1093 | Amount: $4,000.00


CAR BUYERS NYC INC. 1093
DATE 2.5.23
PAY TO THE ORDER OF CASH $ 4000.00
Four thousand. 00/xx DOLLARS
BANK OF AMERICA
FOR Darius CT
⑈001093⑈ ⑆021000322⑆ 483082609499⑈

Check number: 1114 | Amount: $580.00


CAR BUYERS NYC INC. 1114
DATE 02/04/2023
PAY TO THE ORDER OF Zenia Cleaning Services $ 580.00
Five hundred eighty dollars. 00/100 DOLLARS
BANK OF AMERICA
FOR
⑈001114⑈ ⑆021000322⑆ 483082609499⑈

Check number: 1115 | Amount: $2,150.00


CAR BUYERS NYC INC. 1115
DATE 02/05/2023
PAY TO THE ORDER OF Santos Navarro $ 2150
Two thousand one hundred and fifty dollars DOLLARS
BANK OF AMERICA
FOR Cleaning
⑈001115⑈ ⑆021000322⑆ 483082609499⑈

Check number: 1116 | Amount: $400.00


CAR BUYERS NYC INC. 1116
DATE 02/11/23
PAY TO THE ORDER OF Zenia Cleaning Services $ 400.00
Four hundred dollars DOLLARS
BANK OF AMERICA
FOR 2 cleanings for 3 [illegible]
⑈001116⑈ ⑆021000322⑆ 483082609499⑈

Check number: 1117 | Amount: $400.00


CAR BUYERS NYC INC. 1117
DATE 02/18/23
PAY TO THE ORDER OF Zenia Cleaning Services $ 400.00
Four hundred dollars DOLLARS
BANK OF AMERICA
FOR 2 cleanings
⑈001117⑈ ⑆021000322⑆ 483082609499⑈

Check number: 1124 | Amount: $400.00


CAR BUYERS NYC INC. 1124
DATE 02/25/23
PAY TO THE ORDER OF Zenia Cleaning Services $ 400.00
Four hundred dollars. DOLLARS
BANK OF AMERICA
FOR 2 Cleanings.
⑈001124⑈ ⑆021000322⑆ 483082609499⑈

# Important Messages - Please Read

We want to make sure you stay up-to-date on changes, reminders, and other important details that could impact you.

**Here is what you need to know about changes related to ATM and Debit Card fees.**

- On September 19, 2022, we stopped charging a $5 Replacement ATM/Debit Card Fee if your card needs to be replaced.
- Starting May 23, 2023, we will stop charging an International Transaction Fee when an international purchase is processed in U.S. dollars.

  International purchases processed in a foreign currency will continue to be charged an International Transaction Fee equal to 3% of the U.S. dollar amount of the transaction.
- Starting May 20, 2023, we will no longer waive the $15 Rush Replacement ATM/Debit Card Fee for Business Advantage Relationship Banking accounts.

  Rush Replacement ATM/Debit Card Fees will continue to be waived for members enrolled in Preferred Rewards for Business (Footnote 1). Visit bankofamerica.com/RewardsforBusiness to learn about Preferred Rewards and additional pricing benefits available to members.

  Good news – a temporary digital version of your debit card may be available to business owners. If you prefer to avoid the fee for rush delivery, consider creating a digital card for debit, at no cost, while you wait. You need to be enrolled in Mobile Banking (Footnote 2) to replace your debit card using our mobile app. Just tap the "Menu" option, select "Manage Debit Card", and follow the instructions to temporarily replace your card – if you are eligible, you are given the option to create a digital card for debit.

(Footnote 1) The Preferred Rewards for Business program is only available to Small Business, Merrill Small Business, and Bank of America Private Bank® Small Business clients. Other categories of clients, such as those commonly referred to as Business Banking, Global Commercial Banking, Global Corporate Investment Banking, or Institutional clients are not eligible to participate in the program. Subject to certain exceptions, eligible business checking accounts generally are any Small Business checking account and the following Analyzed checking accounts: Full Analysis Business Checking or Analyzed Business Interest Checking. Clients in the eligible business categories may enroll in the program. To enroll you must have an active, eligible Bank of America business checking account, and maintain a qualifying balance of at least $20,000 for the Gold tier, $50,000 for the Platinum tier, or $100,000 for the Platinum Honors tier in your combined qualifying Bank of America business deposit accounts (such as checking, savings, certificate of deposit) and/or your Merrill business investment accounts (such as Working Capital Management Accounts, Business Investor Accounts, Delaware Business Accounts). The qualifying balance is calculated based on either (i): your average daily balance for a three calendar month period, or (ii) your current combined balance, provided that you enroll at the time you open your first eligible business checking account and satisfy the balance requirement at the end of at least one day within thirty days of opening that account. Refer to your Business Schedule of Fees for details on accounts that qualify towards the combined balance calculation and receive program benefits. Eligibility to enroll is generally available three or more business days after the end of the calendar month in which you satisfy the requirements. Benefits become effective within 30 days of your enrollment, or for new accounts within 30 days of account opening, unless we indicate otherwise. Certain benefits may be available without enrolling in the program if you satisfy balance and other requirements.

(Footnote 2) Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

BANK OF AMERICA

P.O. Box 15284
Wilmington, DE 19850

BANK OF AMERICA
Preferred Rewards
For Business

**Customer service information**

1.888.BUSINESS (1.888.287.4637)

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

CAR BUYERS NYC INC.
180 MICHAEL DR
SYOSSET, NY 11791-5328

# Your Business Advantage Relationship Banking Preferred Rewards for Bus Platinum

for March 1, 2023 to March 31, 2023

Account number: 4830 8260 9499

**CAR BUYERS NYC INC.**

## Account summary

| | |
|---|---|
| Beginning balance on March 1, 2023 | $2,012.35 |
| Deposits and other credits | 211,627.00 |
| Withdrawals and other debits | -102,342.18 |
| Checks | -50,970.53 |
| Service fees | -100.00 |
| **Ending balance on March 31, 2023** | **$60,226.64** |

\# of deposits/credits: 6

\# of withdrawals/debits: 41

\# of items-previous cycle[1]: 9

\# of days in cycle: 31

Average ledger balance: $32,319.01

[1]*Includes checks paid, deposited items and other debits*

Account security you can see

Check your security meter level and watch it rise as you take action to help protect against fraud. See it in the Mobile Banking app and Online Banking.

To learn more, visit **bofa.com/SecurityCenter** or **scan this code**.

When you use the QRC feature, certain information is collected from your mobile device for business purposes. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

SSM-12-22-0030.A I 5197654



# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2023 Bank of America Corporation

Bank of America, N.A. Member FDIC and Equal Housing Lender

## Deposits and other credits

| Date | Description | Amount |
|---|---|---|
| 03/03/23 | Online Banking transfer from CHK 9677 Confirmation# 4285747703 | 2,000.00 |
| 03/09/23 | Online Banking transfer from CHK 9677 Confirmation# 4839066726 | 2,000.00 |
| 03/13/23 | WIRE TYPE:WIRE IN DATE: 230313 TIME:1705 ET TRN:2023031300520220 SEQ:7745/011669 ORIG:NORTHSHORE MOTOR LEASING ID:1504779560 SND BK:SIGNATURE BANK ID:026013576 | 40,000.00 |
| 03/13/23 | Counter Credit | 31,927.00 |
| 03/22/23 | WIRE TYPE:WIRE IN DATE: 230322 TIME:1433 ET TRN:2023032200394891 SEQ:2023032200000190/000082 ORIG:NORTHSHORE MOTOR LEASING ID:9990228362 SND BK:FLUSHING BANK ID:226070474 | 50,000.00 |
| 03/27/23 | WIRE TYPE:WIRE IN DATE: 230327 TIME:1354 ET TRN:2023032700464537 SEQ:2023032700000199/000077 ORIG:NORTHSHORE MOTOR LEASING ID:9990228362 SND BK:FLUSHING BANK ID:226070474 | 85,700.00 |
| **Total deposits and other credits** | | **$211,627.00** |

## Withdrawals and other debits

| Date | Description | Amount |
|---|---|---|
| 03/01/23 | CONT FINANCE DES:PAYBYPHONE ID:043000091923436 INDN:deo sara CO ID:9044036525 TEL | -35.00 |
| 03/08/23 | LIPA DES:ONLINE PAY ID:0143600443 INDN:SARA RAHMAN CO ID:1563585001 WEB | -118.80 |
| 03/15/23 | TRANSFER CAR BUYERS NYC INC.:189 sunrise hwy auto Confirmation# 1692469088 | -2,000.00 |
| 03/16/23 | WIRE TYPE:WIRE OUT DATE:230316 TIME:0807 ET TRN:2023031600244308 SERVICE REF:004920 BNF:189 SUNRISE HWY AUTO LLC ID:1504779528 BNF BK: SIGNATURE BANK ID:026013576 PMT DET:430015022 PAY | -43,000.00 |
| 03/17/23 | TRANSFER CAR BUYERS NYC INC.:NORTHSHORE MOTOR LEA Confirmation# 0608874653 | -2,000.00 |
| 03/17/23 | NYS DTF CT DES:Tax Paymnt ID:000000096062575 INDN:CL2300607746 CO ID:GXXXXXXXXX CCD | -50.00 |
| 03/17/23 | NYS DTF CT DES:Tax Paymnt ID:000000096059529 INDN:CL2300603550 CO ID:GXXXXXXXXX CCD | -50.00 |

*continued on the next page*




BANK OF AMERICA BUSINESS ADVANTAGE

Security you can see

Our security meter lets you visualize your account security and moves up as you take additional steps to help protect your account.

Visit the Security Center in Business Advantage 360 to see your security level today. To learn more, scan this code or visit **bofa.com/SecurityCenter.**

Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply. SSM-06-22-0009.B | 4762393

## Withdrawals and other debits - continued

| Date | Description | Amount |
|---|---|---|
| 03/17/23 | NYS DTF PIT DES:Tax Paymnt ID:000000096131447 INDN:PL2395773694 CO ID:NXXXXXXXXX CCD | -25.00 |
| 03/20/23 | NYS DTF PIT DES:Tax Paymnt ID:000000096168443 INDN:PL2395806112 CO ID:NXXXXXXXXX CCD | -3,000.00 |
| 03/20/23 | NYS DTF PIT DES:Tax Paymnt ID:000000096169809 INDN:PL2395809065 CO ID:NXXXXXXXXX CCD | -3,000.00 |
| 03/20/23 | NYS DTF PIT DES:Tax Paymnt ID:000000096167171 INDN:PL2395803506 CO ID:NXXXXXXXXX CCD | -25.00 |
| 03/23/23 | AMERICAN EXPRESS DES:ACH PMT ID:W2618 INDN:Sara Deo CO ID:1133133497 CCD | -500.00 |
| 03/27/23 | WIRE TYPE:WIRE OUT DATE:230327 TIME:1129 ET TRN:2023032700400231 SERVICE REF:461636 BNF:SUPERB MOTORS INC ID:717055518 BNF BK:JPMORGAN CHASE BANK, N. ID:0002 PMT DET:431347322 LOAN TO SUPERB | -5,000.00 |
| 03/28/23 | Online Banking transfer to CHK 9677 Confirmation# 4901843060 | -32,911.00 |
| 03/29/23 | CONT FINANCE DES:PAYBYPHONE ID:043000091683664 INDN:deo sara CO ID:9044036525 TEL | -35.00 |
| 03/30/23 | FAY SERVICING DES:ACH PMTS ID:0000229785 INDN:SARA RAHMAN CO ID:9412277737 WEB | -5,592.38 |
| 03/31/23 | WIRE TYPE:WIRE OUT DATE:230331 TIME:1453 ET TRN:2023033100645206 SERVICE REF:682216 BNF:IMPACT DEALER MANAGEMENT ID:607655021 BNF BK:J PMORGAN CHASE BANK, N. ID:0002 PMT DET:432160092 A DVANCE | -5,000.00 |
| **Total withdrawals and other debits** | | **-$102,342.18** |

## Checks

| Date | Check # | Amount |
|---|---|---|
| 03/01/23 | 1125 | -1,025.53 |
| 03/06/23 | 1126 | -695.00 |
| 03/06/23 | 1127 | -1,500.00 |
| 03/06/23 | 1128 | -400.00 |
| 03/16/23 | 1129 | -1,500.00 |
| 03/13/23 | 1130 | -400.00 |
| 03/15/23 | 1131 | -2,000.00 |
| 03/16/23 | 1132 | -3,000.00 |
| 03/24/23 | 1133 | -5,000.00 |
| 03/28/23 | 1134 | -4,000.00 |
| 03/20/23 | 1136* | -400.00 |
| 03/20/23 | 1137 | -1,350.00 |
| 03/27/23 | 1138 | -5,000.00 |
| 03/24/23 | 1139 | -4,300.00 |
| 03/27/23 | 1140 | -400.00 |
| 03/27/23 | 1141 | -20,000.00 |
| **Total checks** | | **-$50,970.53** |
| **Total # of checks** | | **16** |

* *There is a gap in sequential check numbers*

## Service fees

**Your Overdraft and NSF: Returned Item fees for this statement period and year to date are shown below.**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft fees | $0.00 | $40.00 |
| Total NSF: Returned Item fees | $0.00 | $0.00 |

We refunded to you a total of $30.00 in fees for Overdraft and/or NSF: Returned Items this year.

**We want to help you avoid overdraft fees. Here are a few ways to manage your account and stay on top of your balance:**

- Enroll in Balance Connect™ for overdraft protection through Online or Mobile Banking to help save on overdraft fees and cover your payments and purchases by automatically transferring money from your linked backup accounts when needed.
- Sign up for Alerts (footnote 1) to get an email or text message when your balance becomes low

Please call us or visit us if you have any questions or to discuss your options.

(footnote 1) You may elect to receive alerts via text or email. Bank of America does not charge for this service but your mobile carrier's message and data rates may apply. Delivery of alerts may be affected or delayed by your mobile carrier's coverage.

The Monthly Fee on your primary Business Advantage Relationship Banking account was waived for the statement period ending 02/28/23. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

◯ $15,000+ combined average monthly balance in linked business accounts has not been met

✓ Become a member of Preferred Rewards for Business has been met

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|---|---|---|
| 03/13/23 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | -0.00 |
| 03/16/23 | Wire Transfer Fee | -30.00 |
| 03/16/23 | External transfer fee - Next Day - 03/15/2023 | -5.00 |
| 03/20/23 | External transfer fee - Next Day - 03/17/2023 | -5.00 |
| 03/22/23 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | -0.00 |
| 03/27/23 | Wire Transfer Fee | -30.00 |
| 03/27/23 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | -0.00 |
| 03/31/23 | Wire Transfer Fee | -30.00 |
| **Total service fees** | | **-$100.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 03/01 | 951.82 | 03/15 | 69,765.02 | 03/24 | 52,525.02 |
| 03/03 | 2,951.82 | 03/16 | 22,230.02 | 03/27 | 107,795.02 |
| 03/06 | 356.82 | 03/17 | 20,105.02 | 03/28 | 70,884.02 |
| 03/08 | 238.02 | 03/20 | 12,325.02 | 03/29 | 70,849.02 |
| 03/09 | 2,238.02 | 03/22 | 62,325.02 | 03/30 | 65,256.64 |
| 03/13 | 73,765.02 | 03/23 | 61,825.02 | 03/31 | 60,226.64 |

This page intentionally left blank

BANK OF AMERICA



# Check images

**Account number: 4830 8260 9499**

Check number: 1125 | Amount: $1,025.53



CAR BUYERS NYC INC. 1125
DATE 02/27/23
PAY TO THE ORDER OF Bali Pool, inc $ 1,025.53
One thousand twenty five dollars 53/100 cents DOLLARS
BANK OF AMERICA
FOR
⑈001125⑈ ⑆021000322⑆ 483082609499⑈

Check number: 1126 | Amount: $695.00



CAR BUYERS NYC INC. 1126
DATE 03/03/23
PAY TO THE ORDER OF Cash $ 695.00
Six hundred ninety five dollars DOLLARS
BANK OF AMERICA
FOR
⑈001126⑈ ⑆021000322⑆ 483082609499⑈

Check number: 1127 | Amount: $1,500.00



CAR BUYERS NYC INC. 1127
DATE 03/02/23
PAY TO THE ORDER OF Suresh Prabhudas $ 1500.00
Fifteen hundred dollars DOLLARS
BANK OF AMERICA
FOR
⑈001127⑈ ⑆021000322⑆ 483082609499⑈

Check number: 1128 | Amount: $400.00



CAR BUYERS NYC INC. 1128
DATE 03/04/23
PAY TO THE ORDER OF Zenia Cleaning Services $ 400.00
Four hundred dollars DOLLARS
BANK OF AMERICA
FOR
⑈001128⑈ ⑆021000322⑆ 483082609499⑈

Check number: 1129 | Amount: $1,500.00



CAR BUYERS NYC INC. 1129
DATE 03/09/23
PAY TO THE ORDER OF Suresh Prabhudas $ 1500.00
Fifteen hundred dollars DOLLARS
BANK OF AMERICA
FOR
⑈001129⑈ ⑆021000322⑆ 483082609499⑈

Check number: 1130 | Amount: $400.00



CAR BUYERS NYC INC. 1130
DATE 03/11/23
PAY TO THE ORDER OF Zenia Cleaning Services $ 400.00
Four hundred dollars DOLLARS
BANK OF AMERICA
FOR
⑈001130⑈ ⑆021000322⑆ 483082609499⑈

Check number: 1131 | Amount: $2,000.00



CAR BUYERS NYC INC. 1131
DATE 3.15.23
PAY TO THE ORDER OF Merck 27 $ 2000.00
Two thousand 00 DOLLARS
BANK OF AMERICA
FOR
⑈001131⑈ ⑆021000322⑆ 483082609499⑈

Check number: 1132 | Amount: $3,000.00



CAR BUYERS NYC INC. 1132
DATE 03/15/2023
PAY TO THE ORDER OF Truth in games $ 3,000.00
Three thousand dollars DOLLARS
BANK OF AMERICA
FOR March 2023
⑈001132⑈ ⑆021000322⑆ 483082609499⑈

Check number: 1133 | Amount: $5,000.00



CAR BUYERS NYC INC. 1133
DATE 3.23.23
PAY TO THE ORDER OF Harry Thomasson $ 5000.00
Five thousand 00 DOLLARS
BANK OF AMERICA
FOR
⑈001133⑈ ⑆021000322⑆ 483082609499⑈

Check number: 1134 | Amount: $4,000.00



CAR BUYERS NYC INC. 1134
DATE 3.26.23
PAY TO THE ORDER OF GH Home Solutions LLC $ 4000.00
Four thousand 00 DOLLARS
BANK OF AMERICA
FOR
⑈001134⑈ ⑆021000322⑆ 483082609499⑈

*continued on the next page*

# Check images - continued

**Account number: 4830 8260 9499**

Check number: 1136 | Amount: $400.00


CAR BUYERS NYC INC. 1136
DATE 03/18/23
PAY TO THE ORDER OF Zenia Cleaning Service $ 400
Four hundred dollar DOLLARS
BANK OF AMERICA
FOR
⑈001136⑈ ⑆021000322⑆ 483082609499⑈

Check number: 1137 | Amount: $1,350.00


CAR BUYERS NYC INC. 1137
DATE 03/19/2023
PAY TO THE ORDER OF Santos Navarro $ 1350.00
Thirteen hundred fifty dollar DOLLARS
BANK OF AMERICA
FOR
⑈001137⑈ ⑆021000322⑆ 483082609499⑈

Check number: 1138 | Amount: $5,000.00


CAR BUYERS NYC INC. 1138
DATE 03/24/23
PAY TO THE ORDER OF Bali pools $ 5000.00
Five thousand dollar DOLLARS
BANK OF AMERICA
FOR pmt 1
⑈001138⑈ ⑆021000322⑆ 483082609499⑈

Check number: 1139 | Amount: $4,300.00


CAR BUYERS NYC INC. 1139
DATE 03/24/23
PAY TO THE ORDER OF Cash $ 4300.00
Forty three hundred dollar DOLLARS
BANK OF AMERICA
FOR
⑈001139⑈ ⑆021000322⑆ 483082609499⑈

Check number: 1140 | Amount: $400.00


CAR BUYERS NYC INC. 1140
DATE 03/25/23
PAY TO THE ORDER OF Zenia Cleaning Service $ 400.00
Four hundred dollar DOLLARS
BANK OF AMERICA
FOR
⑈001140⑈ ⑆021000322⑆ 483082609499⑈

Check number: 1141 | Amount: $20,000.00


CAR BUYERS NYC INC. 1141
DATE 03/27/2023
PAY TO THE ORDER OF Boyu Wei $ 20,000.00
Twenty thousand dollar and 00/00 DOLLARS
BANK OF AMERICA
FOR March 2023 pmt
⑈001141⑈ ⑆021000322⑆ 483082609499⑈

BANK OF AMERICA

P.O. Box 15284
Wilmington, DE 19850

BANK OF AMERICA
Preferred Rewards
For Business

**Customer service information**

1.888.BUSINESS (1.888.287.4637)

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

CAR BUYERS NYC INC.
180 MICHAEL DR
SYOSSET, NY 11791-5328

# Your Business Advantage Relationship Banking Preferred Rewards for Bus Platinum

for April 1, 2023 to April 30, 2023

Account number: 4830 8260 9499

**CAR BUYERS NYC INC.**

## Account summary

| | |
|---|---|
| Beginning balance on April 1, 2023 | $60,226.64 |
| Deposits and other credits | 377,100.00 |
| Withdrawals and other debits | -363,694.15 |
| Checks | -30,400.00 |
| Service fees | -264.13 |
| **Ending balance on April 30, 2023** | **$42,968.36** |

# of deposits/credits: 6

# of withdrawals/debits: 30

# of items-previous cycle[1]: 16

# of days in cycle: 30

Average ledger balance: $41,815.87

[1] *Includes checks paid, deposited items and other debits*


## Important information about a trending payment scam

- **We will never** call and ask you to send money using Zelle® to yourself or anyone else.
- **We will never** contact you via phone or text to ask for a security code.
- If anyone reaches out to you and asks you to send money or provide a code, it is likely a scam. Bank of America will not do this.

Learn more about trending scams at **bofa.com/helpprotectyourself**

Zelle and the Zelle related marks are wholly owned by Early Warning Services, LLC and are used herein under license. SSM-08-22-0187.B | 4956677

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2023 Bank of America Corporation

**Bank of America, N.A. Member FDIC and Equal Housing Lender**

## Deposits and other credits

| Date | Description | Amount |
|---|---|---|
| 04/06/23 | WIRE TYPE:WIRE IN DATE: 230406 TIME:1430 ET TRN:2023040600414672 SEQ:2023040600000198/000074 ORIG:NORTHSHORE MOTOR LEASING ID:9990228362 SND BK:FLUSHING BANK ID:226070474 | 75,700.00 |
| 04/13/23 | WIRE TYPE:WIRE IN DATE: 230413 TIME:1110 ET TRN:2023041300331041 SEQ:2023041300000111/000042 ORIG:CAR BUYERS NYC INC ID:483082609499 SND BK:FLU SHING BANK ID:226070474 PMT DET:E5ITLGYRMH PAY BAN K OF AMERICA | 500.00 |
| 04/17/23 | WIRE TYPE:WIRE IN DATE: 230417 TIME:1122 ET TRN:2023041700409005 SEQ:2023041700000064/000050 ORIG:CAR BUYERS NYC INC ID:483082609499 SND BK:FLU SHING BANK ID:226070474 PMT DET:P4B93JEYT1 BANK OF AMERICA | 25,000.00 |
| 04/19/23 | WIRE TYPE:WIRE IN DATE: 230419 TIME:1503 ET TRN:2023041900403944 SEQ:3405333109ES/026175 ORIG:SUPERB MOTORS INC. ID:717055518 SND BK:JPMORG AN CHASE BANK, NA ID:021000021 PMT DET:CML OF 23/0 4/19 | 210,900.00 |
| 04/25/23 | WIRE TYPE:WIRE IN DATE: 230425 TIME:1001 ET TRN:2023042500294200 SEQ:2023042500000060/000016 ORIG:CAR BUYERS NYC INC ID:483082609499 SND BK:FLU SHING BANK ID:226070474 PMT DET:IC4XWJCA4U BANK OF AMERICA | 25,000.00 |
| 04/27/23 | WIRE TYPE:WIRE IN DATE: 230427 TIME:1332 ET TRN:2023042700428835 SEQ:2023042700000191/000084 ORIG:CAR BUYERS NYC INC ID:483082609499 SND BK:FLU SHING BANK ID:226070474 PMT DET:N2BSDA0A5J BANK OF AMERICA | 40,000.00 |
| **Total deposits and other credits** | | **$377,100.00** |

## Withdrawals and other debits

| Date | Description | Amount |
|---|---|---|
| 04/04/23 | Online Banking transfer to CHK 6406 Confirmation# 4960750718 | -600.00 |
| 04/04/23 | Online Banking transfer to CHK 6406 Confirmation# 4360755223 | -6,000.00 |
| 04/07/23 | AMERICAN EXPRESS DES:ACH PMT ID:M2048 INDN:Sara Deo CO ID:1133133497 CCD | -50,000.00 |
| 04/07/23 | LIPA DES:ONLINE PAY ID:0397900545 INDN:SARA DEO CO ID:1563585001 WEB | -2,000.00 |
| 04/07/23 | LIPA DES:ONLINE PAY ID:0143600443 INDN:SARA RAHMAN CO ID:1563585001 WEB | -94.15 |
| 04/10/23 | AMERICAN EXPRESS DES:ACH PMT ID:M0448 INDN:Sara Deo CO ID:1133133497 CCD | -46,000.00 |

*continued on the next page*

Account security you can see

Check your security meter level and watch it rise as you take action to help protect against fraud. See it in the Mobile Banking app and Online Banking.

To learn more, visit **bofa.com/SecurityCenter** or **scan this code**.




When you use the QRC feature, certain information is collected from your mobile device for business purposes. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

SSM-12-22-0030.A | 5197654

## Withdrawals and other debits - continued

| Date | Description | Amount |
|---|---|---|
| 04/12/23 | Online Banking transfer to CHK 9486 Confirmation# 4432697097 | -5,000.00 |
| 04/13/23 | WIRE TYPE:WIRE OUT DATE:230413 TIME:1118 ET TRN:2023041300334899 SERVICE REF:009310 BNF:VGROUP HOLDINGS LLC ID:9536608243 BNF BK:SANTA NDER BANK, N.A. ID:231372691 PMT DET:433913350 | -5,000.00 |
| 04/14/23 | WIRE TYPE:WIRE OUT DATE:230414 TIME:0723 ET TRN:2023041400238145 SERVICE REF:004917 BNF:189 SUNRISE HWY AUTO LLC ID:1504779528 BNF BK: SIGNATURE BANK ID:026013576 PMT DET:434047310 NEXT GEAR | -11,000.00 |
| 04/17/23 | Online Banking transfer to CHK 6406 Confirmation# 4175007842 | -20,000.00 |
| 04/20/23 | WIRE TYPE:WIRE OUT DATE:230420 TIME:0442 ET TRN:2023041900488906 SERVICE REF:003437 BNF:189 SUNRISE HWY AUTO LLC ID:1504779528 BNF BK: SIGNATURE BANK ID:026013576 PMT DET:434758418 PAYO FF | -210,000.00 |
| 04/25/23 | WIRE TYPE:WIRE OUT DATE:230425 TIME:0946 ET TRN:2023042500288742 SERVICE REF:005653 BNF:189 SUNRISE HWY AUTO LLC ID:1504779528 BNF BK: SIGNATURE BANK ID:026013576 PMT DET:435392264 WEST LAKE | -6,000.00 |
| 04/26/23 | Online Banking transfer to CHK 6406 Confirmation# 4255115940 | -2,000.00 |
| **Total withdrawals and other debits** | | **-$363,694.15** |

## Checks

| Date | Check # | Amount |
|---|---|---|
| 04/03/23 | 1135 | -2,600.00 |
| 04/03/23 | 1151* | -400.00 |
| 04/11/23 | 1152 | -2,000.00 |
| 04/11/23 | 1153 | -400.00 |
| 04/26/23 | 1154 | -5,000.00 |
| 04/27/23 | 1155 | -20,000.00 |
| **Total checks** | | **-$30,400.00** |
| **Total # of checks** | | **6** |

* *There is a gap in sequential check numbers*

## Service fees

**Your Overdraft and NSF: Returned Item fees for this statement period and year to date are shown below.**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft fees | $0.00 | $40.00 |
| Total NSF: Returned Item fees | $0.00 | $0.00 |

We refunded to you a total of $30.00 in fees for Overdraft and/or NSF: Returned Items this year.

**We want to help you avoid overdraft fees. Here are a few ways to manage your account and stay on top of your balance:**

- Enroll in Balance Connect™ for overdraft protection through Online or Mobile Banking to help save on overdraft fees and cover your payments and purchases by automatically transferring money from your linked backup accounts when needed.
- Sign up for Alerts (footnote 1) to get an email or text message when your balance becomes low

Please call us or visit us if you have any questions or to discuss your options.

(footnote 1) You may elect to receive alerts via text or email. Bank of America does not charge for this service but your mobile carrier's message and data rates may apply. Delivery of alerts may be affected or delayed by your mobile carrier's coverage.

*continued on the next page*

## Service fees - continued

The Monthly Fee on your primary Business Advantage Relationship Banking account was waived for the statement period ending 03/31/23. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

- ✓ $15,000+ combined average monthly balance in linked business accounts has been met
- ✓ Become a member of Preferred Rewards for Business has been met

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|---|---|---|
| 04/06/23 | CHECK ORDER00487 DES:FEE ID:12JR4943 PMT INFO: PRODUCT(S): 132.69 S&H: 0.00 NY TAX: 11.44 | -144.13 |
| 04/06/23 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | -0.00 |
| 04/13/23 | Wire Transfer Fee | -30.00 |
| 04/13/23 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | -0.00 |
| 04/14/23 | Wire Transfer Fee | -30.00 |
| 04/17/23 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | -0.00 |
| 04/19/23 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | -0.00 |
| 04/20/23 | Wire Transfer Fee | -30.00 |
| 04/25/23 | Wire Transfer Fee | -30.00 |
| 04/25/23 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | -0.00 |
| 04/27/23 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | -0.00 |
| **Total service fees** | | **-$264.13** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 04/01 | 60,226.64 | 04/11 | 25,688.36 | 04/19 | 221,028.36 |
| 04/03 | 57,226.64 | 04/12 | 20,688.36 | 04/20 | 10,998.36 |
| 04/04 | 50,626.64 | 04/13 | 16,158.36 | 04/25 | 29,968.36 |
| 04/06 | 126,182.51 | 04/14 | 5,128.36 | 04/26 | 22,968.36 |
| 04/07 | 74,088.36 | 04/17 | 10,128.36 | 04/27 | 42,968.36 |
| 04/10 | 28,088.36 | | | | |

This page intentionally left blank

# Check images

**Account number: 4830 8260 9499**

Check number: 1135 | Amount: $2,600.00


CAR BUYERS NYC INC. 1135
DATE 3-31-23
PAY TO THE ORDER OF Joseph Dire $ 2600.00
Two thousand Six hundred. 00 DOLLARS
BANK OF AMERICA
FOR MALIK Dykes
⑈001135⑈ ⑆021000322⑆ 483082609499⑈

Check number: 1151 | Amount: $400.00


CAR BUYERS NYC INC. 1151
Date 04/01/23
Pay To The Order Of Zenia Cleaning Services $ 400.00
Four hundred dollar Dollars
BANK OF AMERICA
For
⑈001151⑈ ⑆021000322⑆ 483082609499⑈

Check number: 1152 | Amount: $2,000.00


CAR BUYERS NYC INC. 1152
Date 04/07/23
Pay To The Order Of Suresh Prabhudas $ 2000.00
Two thousand dollar Dollars
BANK OF AMERICA
For
⑈001152⑈ ⑆021000322⑆ 483082609499⑈

Check number: 1153 | Amount: $400.00


CAR BUYERS NYC INC. 1153
Date 04/08/2023
Pay To The Order Of Zenia Cleaning Services $ 400.00
Four hundred dollars 00/100 Cents Dollars
BANK OF AMERICA
For
⑈001153⑈ ⑆021000322⑆ 483082609499⑈

Check number: 1154 | Amount: $5,000.00


CAR BUYERS NYC INC. 1154
Date 04/25/23
Pay To The Order Of Ruroe consulting $ 5,000.00
Five thousand dollar Dollars
BANK OF AMERICA
For
⑈001154⑈ ⑆021000322⑆ 483082609499⑈

Check number: 1155 | Amount: $20,000.00


CAR BUYERS NYC INC. 1155
Date 04/27/23
Pay To The Order Of Boyu Wei $ 20,000.00
Twenty thousand dollars 00/100 Cents Dollars
BANK OF AMERICA
For April
⑈001155⑈ ⑆021000322⑆ 483082609499⑈

This page intentionally left blank

BANK OF AMERICA

P.O. Box 15284
Wilmington, DE 19850

BANK OF AMERICA
Preferred Rewards
For Business

**Customer service information**

1.888.BUSINESS (1.888.287.4637)

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

CAR BUYERS NYC INC.
180 MICHAEL DR
SYOSSET, NY 11791-5328

Please see the **Important Messages - Please Read** section of your statement for important details that could impact you.

# Your Business Advantage Relationship Banking Preferred Rewards for Bus Platinum

for May 1, 2023 to May 31, 2023

Account number: 4830 8260 9499

**CAR BUYERS NYC INC.**

## Account summary

| | |
|---|---|
| Beginning balance on May 1, 2023 | $42,968.36 |
| Deposits and other credits | 200,000.00 |
| Withdrawals and other debits | -176,088.41 |
| Checks | -58,079.25 |
| Service fees | -65.70 |
| **Ending balance on May 31, 2023** | **$8,735.00** |

# of deposits/credits: 6

# of withdrawals/debits: 38

# of items-previous cycle[1]: 6

# of days in cycle: 31

Average ledger balance: $15,330.81

[1]*Includes checks paid, deposited items and other debits*

Set up alerts[1] for important account activity

**Choose alerts that matter to you and be notified right away, even when you're not logged in.**

- Balances
- Payment due dates
- Deposits and transfers
- And more!

Set up alerts at **bankofamerica.com/onlinebanking**.
You can scan this code with your smart device to go there directly.

When you use the QRC feature certain information is collected from your mobile device for business purposes.
[1] You may elect to receive alerts via text or email. Bank of America does not charge for this service but your mobile carrier's message and data rates may apply. Delivery of alerts may be affected or delayed by your mobile carrier's coverage.

SSM-12-22-0016.B | 5247368

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2023 Bank of America Corporation

Bank of America, N.A. Member FDIC and Equal Housing Lender

## Deposits and other credits

| Date | Description | Amount |
|---|---|---|
| 05/02/23 | WIRE TYPE:WIRE IN DATE: 230502 TIME:1143 ET TRN:2023050200332015 SEQ:2023050200000138/000050 ORIG:CAR BUYERS NYC INC ID:483082609499 SND BK:FLUSHING BANK ID:226070474 PMT DET:64AVDATWDR BANK OF AMERICA | 35,000.00 |
| 05/08/23 | WIRE TYPE:WIRE IN DATE: 230508 TIME:1406 ET TRN:2023050800436877 SEQ:2023050800000203/000071 ORIG:CAR BUYERS NYC INC ID:483082609499 SND BK:FLUSHING BANK ID:226070474 PMT DET:MLABH3TVUE BANK OF AMERICA | 60,000.00 |
| 05/15/23 | WIRE TYPE:WIRE IN DATE: 230515 TIME:1059 ET TRN:2023051500400808 SEQ:2023051500000120/000043 ORIG:CAR BUYERS NYC INC ID:483082609499 SND BK:FLUSHING BANK ID:226070474 PMT DET:PJ13H8GVWQ BANK OF AMERICA | 20,000.00 |
| 05/24/23 | WIRE TYPE:WIRE IN DATE: 230524 TIME:1440 ET TRN:2023052400404983 SEQ:2023052400000212/000085 ORIG:CAR BUYERS NYC INC ID:483082609499 SND BK:FLUSHING BANK ID:226070474 PMT DET:1JJ65TXZTH BANK OF AMERICA | 25,000.00 |
| 05/30/23 | WIRE TYPE:WIRE IN DATE: 230530 TIME:0942 ET TRN:2023053000521780 SEQ:2023053000000074/000033 ORIG:CAR BUYERS NYC INC ID:483082609499 SND BK:FLUSHING BANK ID:226070474 PMT DET:2NIO6KD5YU BANK OF AMERICA | 40,000.00 |
| 05/31/23 | WIRE TYPE:WIRE IN DATE: 230531 TIME:1525 ET TRN:2023053100622703 SEQ:2023053100000340/000148 ORIG:CAR BUYERS NYC INC ID:483082609499 SND BK:FLUSHING BANK ID:226070474 PMT DET:QRURFMX063 BANK OF AMERICA | 20,000.00 |
| **Total deposits and other credits** | | **$200,000.00** |

## Withdrawals and other debits

| Date | Description | Amount |
|---|---|---|
| 05/01/23 | Online Banking transfer to CHK 9677 Confirmation# 4677879479 | -33,000.00 |
| 05/01/23 | Online Banking transfer to CHK 6406 Confirmation# 4998253306 | -1,000.00 |
| 05/01/23 | CONT FINANCE DES:PAYBYPHONE ID:043000096826454 INDN:deo sara CO ID:9044036525 TEL | -31.00 |
| 05/02/23 | Online Banking transfer to CHK 6406 Confirmation# 4604475051 | -3,000.00 |
| 05/02/23 | Online Banking transfer to CHK 6406 Confirmation# 4505907268 | -6,000.00 |
| 05/02/23 | Online Banking transfer to CHK 9677 Confirmation# 4305915468 | -3,000.00 |

*continued on the next page*

BANK OF AMERICA BUSINESS ADVANTAGE

Start receiving online alerts today

Get alerts about your account activity online, by phone or by email. Turn on alerts at **bankofamerica.com/SmallBusiness** by clicking on **Alerts** in the Activity Center.

You may elect to receive alerts via text or email. Bank of America does not charge for this service, but your mobile carrier's message and data rates may apply. Delivery of alerts may be affected or delayed by your mobile carrier's coverage.

SSM-01-23-2633.B | 5421083

## Withdrawals and other debits - continued

| Date | Description | Amount |
|---|---|---|
| 05/02/23 | FAY SERVICING DES:ACH PMTS ID:0000229785 INDN:SARA RAHMAN CO ID:9412277737 WEB | -5,592.38 |
| 05/08/23 | Online Banking transfer to CHK 9677 Confirmation# 4256757476 | -2,000.00 |
| 05/09/23 | AMERICAN EXPRESS DES:ACH PMT ID:M6788 INDN:Sara Deo CO ID:1133133497 CCD | -60,000.00 |
| 05/11/23 | Customer Withdrawal Image | -1,885.00 |
| 05/16/23 | Online Banking transfer to CHK 6406 Confirmation# 4223565539 | -8,000.00 |
| 05/16/23 | LIPA DES:ONLINE PAY ID:0397900545 INDN:SARA DEO CO ID:1563585001 WEB | -2,000.00 |
| 05/16/23 | LIPA DES:ONLINE PAY ID:0143600443 INDN:SARA RAHMAN CO ID:1563585001 WEB | -70.03 |
| 05/18/23 | WIRE TYPE:WIRE OUT DATE:230518 TIME:1029 ET TRN:2023051800265274 SERVICE REF:007349 BNF:VGROUP HOLDINGS LLC ID:9536608243 BNF BK:SANTA NDER BANK, N.A. ID:231372691 PMT DET:438788268 FIN AL PAY | -5,000.00 |
| 05/22/23 | Online Banking transfer to CHK 9677 Confirmation# 4376566188 | -5,000.00 |
| 05/24/23 | AMERICAN EXPRESS DES:ACH PMT ID:M0328 INDN:Sara Deo CO ID:1133133497 CCD | -500.00 |
| 05/25/23 | Online Banking transfer to CHK 6406 Confirmation# 4601199611 | -7,000.00 |
| 05/30/23 | Online Banking transfer to CHK 9677 Confirmation# 5049453160 | -33,000.00 |
| 05/30/23 | CONT FINANCE DES:PAYBYPHONE ID:043000098640768 INDN:deo sara CO ID:9044036525 TEL | -10.00 |
| **Total withdrawals and other debits** | | **-$176,088.41** |

## Checks

| Date | Check # | Amount |
|---|---|---|
| 05/04/23 | 1156 | -5,000.00 |
| 05/08/23 | 1157 | -7,000.00 |
| 05/08/23 | 1158 | -400.00 |
| 05/08/23 | 1161* | -1,500.00 |
| 05/15/23 | 1162 | -8,000.00 |
| 05/22/23 | 1163 | -400.00 |
| 05/30/23 | 1164 | -5,000.00 |
| 05/30/23 | 1165 | -400.00 |
| 05/31/23 | 1166 | -5,000.00 |
| 05/31/23 | 1167 | -20,000.00 |
| 05/31/23 | 1168 | -5,379.25 |
| **Total checks** | | **-$58,079.25** |
| **Total # of checks** | | **11** |

* *There is a gap in sequential check numbers*

## Service fees

**Your Overdraft and NSF: Returned Item fees for this statement period and year to date are shown below.**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft fees | $0.00 | $40.00 |
| Total NSF: Returned Item fees | $0.00 | $0.00 |

We refunded to you a total of $30.00 in fees for Overdraft and/or NSF: Returned Items this year.

**We want to help you avoid overdraft fees. Here are a few ways to manage your account and stay on top of your balance:**

- Enroll in Balance Connect™ for overdraft protection through Online or Mobile Banking to help save on overdraft fees and cover your payments and purchases by automatically transferring money from your linked backup accounts when needed.
- Sign up for Alerts (footnote 1) to get an email or text message when your balance becomes low

Please call us or visit us if you have any questions or to discuss your options.

(footnote 1) You may elect to receive alerts via text or email. Bank of America does not charge for this service but your mobile carrier's message and data rates may apply. Delivery of alerts may be affected or delayed by your mobile carrier's coverage.

The Monthly Fee on your primary Business Advantage Relationship Banking account was waived for the statement period ending 04/28/23. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

✓ $15,000+ combined average monthly balance in linked business accounts has been met

✓ Become a member of Preferred Rewards for Business has been met

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|---|---|---|
| 05/01/23 | Cash Deposit Processing | -35.70 |
| 05/02/23 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | -0.00 |
| 05/08/23 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | -0.00 |
| 05/15/23 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | -0.00 |
| 05/18/23 | Wire Transfer Fee | -30.00 |
| 05/24/23 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | -0.00 |
| 05/30/23 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | -0.00 |
| 05/31/23 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | -0.00 |
| **Total service fees** | | **-$65.70** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 05/01 | 8,901.66 | 05/11 | 8,524.28 | 05/24 | 24,524.25 |
| 05/02 | 26,309.28 | 05/15 | 20,524.28 | 05/25 | 17,524.25 |
| 05/04 | 21,309.28 | 05/16 | 10,454.25 | 05/30 | 19,114.25 |
| 05/08 | 70,409.28 | 05/18 | 5,424.25 | 05/31 | 8,735.00 |
| 05/09 | 10,409.28 | 05/22 | 24.25 | | |

This page intentionally left blank

# Check images

**Account number: 4830 8260 9499**

Check number: 1156 | Amount: $5,000.00



CAR BUYERS NYC INC. 1156
Date 05/03/23
Pay To The Order Of Cash $ 5000.00
Five thousand dollars Dollars
BANK OF AMERICA
For American Immigration
⑈001156⑈ ⑆021000322⑆ 483082609499⑈

Check number: 1157 | Amount: $7,000.00



CAR BUYERS NYC INC. 1157
Date 05/05/2023
Pay To The Order Of Bali Pool inc $ 7,000.00
Seven thousand dollars Dollars
BANK OF AMERICA
For
⑈001157⑈ ⑆021000322⑆ 483082609499⑈

Check number: 1158 | Amount: $400.00



CAR BUYERS NYC INC. 1158
Date 05/06/23
Pay To The Order Of Zenia Cleaning Service $ 400.00
Four hundred dollars Dollars
BANK OF AMERICA
For
⑈001158⑈ ⑆021000322⑆ 483082609499⑈

Check number: 1161 | Amount: $1,500.00



CAR BUYERS NYC INC. 1161
Date 05/06/23
Pay To The Order Of Torchon Gorzegorz $ 1500.00
Fifteen hundred dollar Dollars
BANK OF AMERICA
For
⑈001161⑈ ⑆021000322⑆ 483082609499⑈

Check number: 1162 | Amount: $8,000.00



CAR BUYERS NYC INC. 1162
Date 05/15/23
Pay To The Order Of Cash $ 8,000.00
Eight thousand dollars Dollars
BANK OF AMERICA
For American Immigration/Dustin
⑈001162⑈ ⑆021000322⑆ 483082609499⑈

Check number: 1163 | Amount: $400.00



CAR BUYERS NYC INC. 1163
Date 05/20/23
Pay To The Order Of Zenia Cleaning Service $ 400.00
Four hundred dollars Dollars
BANK OF AMERICA
For
⑈001163⑈ ⑆021000322⑆ 483082609499⑈

Check number: 1164 | Amount: $5,000.00



CAR BUYERS NYC INC. 1164
Date 05/27/23
Pay To The Order Of Cash $ 5,000.00
Five thousand dollars Dollars
BANK OF AMERICA
For American Immigration
⑈001164⑈ ⑆021000322⑆ 483082609499⑈

Check number: 1165 | Amount: $400.00



CAR BUYERS NYC INC. 1165
Date 05/27/23
Pay To The Order Of Zenia Cleaning Service $ 400.00
Four hundred dollars Dollars
BANK OF AMERICA
For
⑈001165⑈ ⑆021000322⑆ 483082609499⑈

Check number: 1166 | Amount: $5,000.00



CAR BUYERS NYC INC. 1166
Date 5-28-23
Pay To The Order Of Bali Pools $ 5000.00
Five thousand Dollars
BANK OF AMERICA
For
⑈001166⑈ ⑆021000322⑆ 483082609499⑈

Check number: 1167 | Amount: $20,000.00



CAR BUYERS NYC INC. 1167
Date 05/31/23
Pay To The Order Of Boyu Wei $ 20,000.00
Twenty thousand dollars 00/100 cents Dollars
BANK OF AMERICA
For May 2023
⑈001167⑈ ⑆021000322⑆ 483082609499⑈

continued on the next page

# Check images - continued

**Account number: 4830 8260 9499**
Check number: 1168 | Amount: $5,379.25


1168
CAR BUYERS NYC INC.
Date 05/31/2023
1-32/210 NY
Pay To The Order Of VAR Construction Inc. $ 5379.25
Dollars
BANK OF AMERICA
ACH R/T 021000322
For
⑈001168⑈ ⑆021000322⑆ 483082609499⑈

# Important Messages - Please Read

We want to make sure you stay up-to-date on changes, reminders, and other important details that could impact you.

**Good news – we are lowering and eliminating fees related to international wires and transactions!**

Starting May 21, we will lower the Incoming International Wire Transfer Fee from $16 to $15.

As a reminder, on May 23, 2023, we will stop charging an International Transaction Fee when an international debit card purchase is processed in U.S. dollars. However, keep in mind, debit card purchases processed in a foreign currency will continue to be charged the International Transaction Fee which is equal to 3% of the U.S. dollar amount of the transaction.

This page intentionally left blank

BANK OF AMERICA

P.O. Box 15284
Wilmington, DE 19850

BANK OF AMERICA
Preferred Rewards
For Business

**Customer service information**

1.888.BUSINESS (1.888.287.4637)

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

CAR BUYERS NYC INC.
180 MICHAEL DR
SYOSSET, NY 11791-5328

# Your Business Advantage Relationship Banking Preferred Rewards for Bus Platinum

for June 1, 2023 to June 30, 2023

Account number: 4830 8260 9499

**CAR BUYERS NYC INC.**

## Account summary

| | |
|---|---|
| Beginning balance on June 1, 2023 | $8,735.00 |
| Deposits and other credits | 217,992.50 |
| Withdrawals and other debits | -133,855.98 |
| Checks | -35,050.00 |
| Service fees | -0.00 |
| **Ending balance on June 30, 2023** | **$57,821.52** |

# of deposits/credits: 10

# of withdrawals/debits: 37

# of items-previous cycle[1]: 11

# of days in cycle: 30

Average ledger balance: $18,793.38

[1]*Includes checks paid, deposited items and other debits*

Can you spot a scam? Be aware of these common red flags:

Contacted unexpectedly and asked for sensitive information

Pressured to act immediately

Asked to provide codes or click links to verify information

Share these tips with friends and family so they can help protect themselves
Scan this code or visit **bofa.com/HelpProtectYourself** to see trending scams

When you use the QRC feature certain information is collected from your mobile device for business purposes.

SSM-02-23-0079.B | 5449173

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2023 Bank of America Corporation

**Bank of America, N.A. Member FDIC and Equal Housing Lender**

## Deposits and other credits

| Date | Description | Amount |
|---|---|---|
| 06/05/23 | WIRE TYPE:WIRE IN DATE: 230605 TIME:0959 ET TRN:2023060500329033 SEQ:2023060500000057/000031 ORIG:CAR BUYERS NYC INC ID:483082609499 SND BK:FLUSHING BANK ID:226070474 PMT DET:GWXV2FNUY8 BANK OF AMERICA | 20,000.00 |
| 06/08/23 | WIRE TYPE:WIRE IN DATE: 230608 TIME:1549 ET TRN:2023060800420926 SEQ:2023060800000254/000095 ORIG:CAR BUYERS NYC INC ID:483082609499 SND BK:FLUSHING BANK ID:226070474 PMT DET:51KW9FJRLR BANK OF AMERICA | 40,000.00 |
| 06/12/23 | WIRE TYPE:WIRE IN DATE: 230612 TIME:1019 ET TRN:2023061200325679 SEQ:2023061200000043/000012 ORIG:CAR BUYERS NYC INC ID:483082609499 SND BK:FLUSHING BANK ID:226070474 PMT DET:VZ2VECF36X BANK OF AMERICA | 25,000.00 |
| 06/12/23 | WIRE TYPE:WIRE IN DATE: 230612 TIME:1019 ET TRN:2023061200325901 SEQ:2023061200000045/000014 ORIG:CAR BUYERS NYC INC ID:483082609499 SND BK:FLUSHING BANK ID:226070474 PMT DET:226GT7XAX4 BANK OF AMERICA | 20,000.00 |
| 06/12/23 | Online Banking transfer from CHK 9677 Confirmation# 4256898933 | 5,000.00 |
| 06/12/23 | Online Banking transfer from CHK 6406 Confirmation# 4456901560 | 1,600.00 |
| 06/20/23 | WIRE TYPE:WIRE IN DATE: 230620 TIME:1628 ET TRN:2023062000767073 SEQ:2023062000000396/000161 ORIG:CAR BUYERS NYC INC ID:483082609499 SND BK:FLUSHING BANK ID:226070474 PMT DET:P1NPJNJNA1 BANK OF AMERICA | 20,000.00 |
| 06/23/23 | Counter Credit | 6,392.50 |
| 06/28/23 | WIRE TYPE:WIRE IN DATE: 230628 TIME:1414 ET TRN:2023062800380870 SEQ:2023062800000185/000057 ORIG:CAR BUYERS NYC INC ID:483082609499 SND BK:FLUSHING BANK ID:226070474 PMT DET:2NSBPK9VO7 BANK OF AMERICA | 40,000.00 |
| 06/30/23 | WIRE TYPE:WIRE IN DATE: 230630 TIME:1231 ET TRN:2023063000524920 SEQ:2023063000000269/000095 ORIG:CAR BUYERS NYC INC ID:483082609499 SND BK:FLUSHING BANK ID:226070474 PMT DET:ZPNEIPO7QS BANK OF AMERICA | 40,000.00 |
| **Total deposits and other credits** | | **$217,992.50** |

BANK OF AMERICA BUSINESS ADVANTAGE

Start receiving online alerts today

Get alerts about your account activity online, by phone or by email. Turn on alerts at **bankofamerica.com/SmallBusiness** by clicking on **Alerts** in the Activity Center.

You may elect to receive alerts via text or email. Bank of America does not charge for this service, but your mobile carrier's message and data rates may apply. Delivery of alerts may be affected or delayed by your mobile carrier's coverage. SSM-01-23-2633.B | 5421083

## Withdrawals and other debits

| Date | Description | Amount |
|---|---|---|
| 06/02/23 | Online Banking transfer to CHK 6406 Confirmation# 4873205471 | -2,000.00 |
| 06/02/23 | FAY SERVICING DES:ACH PMTS ID:0000229785 INDN:SARA RAHMAN CO ID:9412277737 WEB | -5,592.38 |
| 06/05/23 | Online Banking transfer to CHK 9677 Confirmation# 4898672635 | -11,000.00 |
| 06/08/23 | CHASE CREDIT CRD DES:EPAY ID:6753921944 INDN:ANTHONY DEO CO ID:5760039224 WEB | -95.00 |
| 06/09/23 | AMERICAN EXPRESS DES:ACH PMT ID:M0382 INDN:Sara Deo CO ID:1133133497 CCD | -40,000.00 |
| 06/12/23 | AMERICAN EXPRESS DES:ACH PMT ID:M1746 INDN:Sara Deo CO ID:1133133497 CCD | -25,000.00 |
| 06/13/23 | Online Banking transfer to CHK 6406 Confirmation# 4867660827 | -3,000.00 |
| 06/13/23 | Online Banking transfer to CHK 6406 Confirmation# 4468632903 | -2,500.00 |
| 06/13/23 | Online Banking transfer to CHK 9677 Confirmation# 4268637249 | -2,500.00 |
| 06/14/23 | Online Banking transfer to CHK 6406 Confirmation# 4279357586 | -3,000.00 |
| 06/20/23 | Online Banking transfer to CHK 9677 Confirmation# 4205059086 | -5,000.00 |
| 06/20/23 | Online Banking transfer to CHK 9677 Confirmation# 5029763985 | -20,000.00 |
| 06/27/23 | Online Banking transfer to CHK 6406 Confirmation# 4486339259 | -2,000.00 |
| 06/27/23 | LIPA DES:ONLINE PAY ID:0397900545 INDN:SARA DEO CO ID:1563585001 WEB | -2,000.00 |
| 06/27/23 | LIPA DES:ONLINE PAY ID:0143600443 INDN:SARA RAHMAN CO ID:1563585001 WEB | -158.60 |
| 06/29/23 | Online Banking transfer to CHK 6406 Confirmation# 4803775265 | -1,000.00 |
| 06/29/23 | AMERICAN EXPRESS DES:ACH PMT ID:W4158 INDN:Sara Deo CO ID:1133133497 CCD | -1,500.00 |
| 06/29/23 | CONT FINANCE DES:PAYBYPHONE ID:043000091924148 INDN:deo sara CO ID:9044036525 TEL | -10.00 |
| 06/30/23 | Online Banking transfer to CHK 6406 Confirmation# 4916468611 | -7,500.00 |
| **Total withdrawals and other debits** | | **-$133,855.98** |

## Checks

| Date | Check # | Amount |
|---|---|---|
| 06/09/23 | 1169 | -4,000.00 |
| 06/14/23 | 1170 | -400.00 |
| 06/12/23 | 1171 | -1,500.00 |
| 06/22/23 | 1172 | -400.00 |
| 06/20/23 | 1173 | -1,020.00 |
| 06/26/23 | 1174 | -830.00 |
| 06/26/23 | 1175 | -400.00 |
| 06/26/23 | 1176 | -1,000.00 |
| 06/27/23 | 1177 | -3,500.00 |
| 06/29/23 | 1178 | -2,000.00 |
| 06/30/23 | 1179 | -20,000.00 |

**Total checks** **-$35,050.00**

**Total # of checks** **11**

## Service fees

**Your Overdraft and NSF: Returned Item fees for this statement period and year to date are shown below.**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft fees | $0.00 | $40.00 |
| Total NSF: Returned Item fees | $0.00 | $0.00 |

We refunded to you a total of $30.00 in fees for Overdraft and/or NSF: Returned Items this year.

**We want to help you avoid overdraft fees. Here are a few ways to manage your account and stay on top of your balance:**

- Enroll in Balance Connect™ for overdraft protection through Online or Mobile Banking to help save on overdraft fees and cover your payments and purchases by automatically transferring money from your linked backup accounts when needed.
- Sign up for Alerts (footnote 1) to get an email or text message when your balance becomes low

Please call us or visit us if you have any questions or to discuss your options.

(footnote 1) You may elect to receive alerts via text or email. Bank of America does not charge for this service but your mobile carrier's message and data rates may apply. Delivery of alerts may be affected or delayed by your mobile carrier's coverage.

The Monthly Fee on your primary Business Advantage Relationship Banking account was waived for the statement period ending 05/31/23. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

✓ $15,000+ combined average monthly balance in linked business accounts has been met

✓ Become a member of Preferred Rewards for Business has been met

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|---|---|---|
| 06/05/23 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | -0.00 |
| 06/08/23 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | -0.00 |
| 06/12/23 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | -0.00 |
| 06/12/23 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | -0.00 |
| 06/20/23 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | -0.00 |
| 06/28/23 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | -0.00 |
| 06/30/23 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | -0.00 |
| **Total service fees** | | **-$0.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 06/01 | 8,735.00 | 06/13 | 23,147.62 | 06/26 | 17,490.12 |
| 06/02 | 1,142.62 | 06/14 | 19,747.62 | 06/27 | 9,831.52 |
| 06/05 | 10,142.62 | 06/20 | 13,727.62 | 06/28 | 49,831.52 |
| 06/08 | 50,047.62 | 06/22 | 13,327.62 | 06/29 | 45,321.52 |
| 06/09 | 6,047.62 | 06/23 | 19,720.12 | 06/30 | 57,821.52 |
| 06/12 | 31,147.62 | | | | |

This page intentionally left blank

BANK OF AMERICA

CAR BUYERS NYC INC. | Account # 4830 8260 9499 | June 1, 2023 to June 30, 2023

# Check images

**Account number: 4830 8260 9499**

Check number: 1169 | Amount: $4,000.00


CAR BUYERS NYC INC.
1169
Date 06/09/23
Pay To The Order Of Cash $ 4000.00
Four thousand dollar. Dollars
BANK OF AMERICA
For American Irrigation
001169 021000322 483082609499

Check number: 1170 | Amount: $400.00


CAR BUYERS NYC INC.
1170
Date 06/10/23
Pay To The Order Of Zenia Cleaning Service $ 400.00
Four hundred dollar. Dollars
BANK OF AMERICA
001170 021000322 483082609499

Check number: 1171 | Amount: $1,500.00


CAR BUYERS NYC INC.
1171
Date 06/10/23
Pay To The Order Of Juan Carlos Chivas Ramos $ 1500.00
Fifteen hundred dollar. Dollars
BANK OF AMERICA
001171 021000322 483082609499

Check number: 1172 | Amount: $400.00


CAR BUYERS NYC INC.
1172
Date 06/17/23
Pay To The Order Of Zenia Cleaning Services $ 400.00
Four hundred dollars. Dollars
BANK OF AMERICA
001172 021000322 483082609499

Check number: 1173 | Amount: $1,020.00


CAR BUYERS NYC INC.
1173
Date 06/19/23
Pay To The Order Of Cash $ 1020.00
One thousand and twenty dollar. Dollars
BANK OF AMERICA
For American Irrigation
001173 021000322 483082609499

Check number: 1174 | Amount: $830.00


CAR BUYERS NYC INC.
1174
Date 06/24/2023
Pay To The Order Of Santos Navarro $ 830.00
Eight hundred thirty dollar Dollars
BANK OF AMERICA
001174 021000322 483082609499

Check number: 1175 | Amount: $400.00


CAR BUYERS NYC INC.
1175
Date 06/24/23
Pay To The Order Of Zenia Cleaning Services $ 400.00
Four hundred dollar. Dollars
BANK OF AMERICA
001175 021000322 483082609499

Check number: 1176 | Amount: $1,000.00


CAR BUYERS NYC INC.
1176
Date 06/26/23
Pay To The Order Of Cash $ 1000.00
One thousand dollars. Dollars
BANK OF AMERICA
For American Irrigation
001176 021000322 483082609499

Check number: 1177 | Amount: $3,500.00


CAR BUYERS NYC INC.
1177
Date 06/27/23
Pay To The Order Of Cash $ 3500.00
Thirty five hundred dollars Dollars
BANK OF AMERICA
For Santos Mejia Stone
001177 021000322 483082609499

Check number: 1178 | Amount: $2,000.00


CAR BUYERS NYC INC.
1178
Date 06/28/2023
Pay To The Order Of Suresh Prathudass $ 2000.00
Two thousand dollars Dollars
BANK OF AMERICA
001178 021000322 483082609499

continued on the next page

# Check images - continued

**Account number: 4830 8260 9499**
Check number: 1179 | Amount: $20,000.00


CAR BUYERS NYC INC.
1179
1-32/210 NY
Date 06/30/2023
Pay To The Order Of Boyu Wei $ 20,000.00
Twenty thousand dollars and no cents Dollars
BANK OF AMERICA
ACH R/T 021000322
For June 2023
⑈001179⑈ ⑆021000322⑆ 483082609499⑈

BANK OF AMERICA

P.O. Box 15284
Wilmington, DE 19850

BANK OF AMERICA
Preferred Rewards
For Business

**Customer service information**

1.888.BUSINESS (1.888.287.4637)

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

CAR BUYERS NYC INC.
180 MICHAEL DR
SYOSSET, NY 11791-5328

# Your Business Advantage Relationship Banking Preferred Rewards for Bus Platinum

for July 1, 2023 to July 31, 2023

Account number: 4830 8260 9499

**CAR BUYERS NYC INC.**

## Account summary

| | |
|---|---|
| Beginning balance on July 1, 2023 | $57,821.52 |
| Deposits and other credits | 98,000.00 |
| Withdrawals and other debits | -93,690.20 |
| Checks | -17,971.44 |
| Service fees | -30.00 |
| **Ending balance on July 31, 2023** | **$44,129.88** |

\# of deposits/credits: 4

\# of withdrawals/debits: 31

\# of items-previous cycle[1]: 13

\# of days in cycle: 31

Average ledger balance: $16,621.56

[1]*Includes checks paid, deposited items and other debits*


Account security you can see

Check your security meter level and watch it rise as you take action to help protect against fraud. See it in the Mobile Banking app and Online Banking.

To learn more, visit **bofa.com/SecurityCenter** or **scan this code**.

When you use the QRC feature, certain information is collected from your mobile device for business purposes. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

SSM-12-22-0030.A I 5197654



# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2023 Bank of America Corporation

**Bank of America, N.A. Member FDIC and Equal Housing Lender**

## Deposits and other credits

| Date | Description | Amount |
|---|---|---|
| 07/14/23 | WIRE TYPE:WIRE IN DATE: 230714 TIME:1619 ET TRN:2023071400480755 SEQ:2023071400000336/000132 ORIG:CAR BUYERS NYC INC ID:483082609499 SND BK:FLU SHING BANK ID:226070474 PMT DET:AKDADREJ7K BANK OF AMERICA | 20,000.00 |
| 07/26/23 | WIRE TYPE:WIRE IN DATE: 230726 TIME:1249 ET TRN:2023072600362408 SEQ:2023072600000174/000066 ORIG:CAR BUYERS NYC INC ID:483082609499 SND BK:FLU SHING BANK ID:226070474 PMT DET:OQM1L7AD3Y BANK OF AMERICA | 8,000.00 |
| 07/27/23 | WIRE TYPE:WIRE IN DATE: 230727 TIME:1154 ET TRN:2023072700361444 SEQ:2023072700000117/000054 ORIG:CAR BUYERS NYC INC ID:483082609499 SND BK:FLU SHING BANK ID:226070474 PMT DET:0G3GBKLUF9 BANK OF AMERICA | 30,000.00 |
| 07/31/23 | WIRE TYPE:WIRE IN DATE: 230731 TIME:1323 ET TRN:2023073100553001 SEQ:2023073100000248/000085 ORIG:CAR BUYERS NYC INC ID:483082609499 SND BK:FLU SHING BANK ID:226070474 PMT DET:M0BNVAWFN6 BANK OF AMERICA | 40,000.00 |
| **Total deposits and other credits** | | **$98,000.00** |

## Withdrawals and other debits

| Date | Description | Amount |
|---|---|---|
| 07/03/23 | Online Banking transfer to CHK 9677 Confirmation# 4120279634 | -35,000.00 |
| 07/05/23 | FAY SERVICING DES:ACH PMTS ID:0000229785 INDN:SARA RAHMAN CO ID:9412277737 WEB | -5,592.38 |
| 07/10/23 | Online Banking transfer to CHK 6406 Confirmation# 4800539518 | -2,000.00 |
| 07/14/23 | Online Banking transfer to CHK 9677 Confirmation# 4237066314 | -2,000.00 |
| 07/14/23 | Online Banking transfer to CHK 9677 Confirmation# 4837070082 | -5,000.00 |
| 07/20/23 | Online Banking transfer to CHK 9677 Confirmation# 5084915755 | -2,000.00 |
| 07/20/23 | Online Banking transfer to CHK 6406 Confirmation# 4584918227 | -2,000.00 |
| 07/24/23 | AMERICAN EXPRESS DES:ACH PMT ID:W9074 INDN:Sara Deo CO ID:1133133497 CCD | -1,787.82 |
| 07/26/23 | Online Banking transfer to CHK 6406 Confirmation# 4936999233 | -2,000.00 |
| 07/26/23 | AMERICAN EXPRESS DES:ACH PMT ID:M1828 INDN:Sara Deo CO ID:1133133497 CCD | -5,000.00 |
| 07/28/23 | Online Banking transfer to CHK 9677 Confirmation# 4555159366 | -2,000.00 |

*continued on the next page*

BUSINESS ADVANTAGE

We see the importance of your business

At Bank of America, we are grateful that you have chosen us for your everyday banking needs and are here for you with tools, resources and expertise you can count on for continued financial growth.

To learn more about how we can serve you, visit **bankofamerica.com/SmallBusiness**.

SSM-01-23-2533.B | 5422866

## Withdrawals and other debits - continued

| Date | Description | Amount |
|---|---|---|
| 07/28/23 | WIRE TYPE:BOOK OUT DATE:230728 TIME:1618 ET TRN:2023072800490273 RELATED REF:448766134 BNF:RAYMOND I JORDAN SR ID:291029370915 | -25,000.00 |
| 07/31/23 | Online Banking transfer to CHK 6406 Confirmation# 4876459873 | -800.00 |
| 07/31/23 | Online Banking transfer to CHK 6406 Confirmation# 4782867470 | -2,500.00 |
| 07/31/23 | Online Banking transfer to CHK 6406 Confirmation# 4882875111 | -1,000.00 |
| 07/31/23 | CONT FINANCE DES:PAYBYPHONE ID:043000094605342 INDN:deo sara CO ID:9044036525 TEL | -10.00 |
| **Total withdrawals and other debits** | | **-$93,690.20** |

## Checks

| Date | Check # | Amount |
|---|---|---|
| 07/05/23 | 1180 | -2,500.00 |
| 07/10/23 | 1182* | -5,621.44 |
| 07/10/23 | 1183 | -400.00 |
| 07/12/23 | 1184 | -2,250.00 |
| 07/13/23 | 1185 | -2,200.00 |
| 07/18/23 | 1186 | -1,500.00 |
| 07/24/23 | 1187 | -800.00 |
| 07/31/23 | 1188 | -1,500.00 |
| 07/17/23 | 1190* | -400.00 |
| 07/31/23 | 1191 | -800.00 |
| **Total checks** | | **-$17,971.44** |
| **Total # of checks** | | **10** |

* *There is a gap in sequential check numbers*

## Service fees

**Your Overdraft and NSF: Returned Item fees for this statement period and year to date are shown below.**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft fees | $0.00 | $40.00 |
| Total NSF: Returned Item fees | $0.00 | $0.00 |

We refunded to you a total of $30.00 in fees for Overdraft and/or NSF: Returned Items this year.

**We want to help you avoid overdraft fees. Here are a few ways to manage your account and stay on top of your balance:**

- Enroll in Balance Connect™ for overdraft protection through Online or Mobile Banking to help save on overdraft fees and cover your payments and purchases by automatically transferring money from your linked backup accounts when needed.
- Sign up for Alerts (footnote 1) to get an email or text message when your balance becomes low

Please call us or visit us if you have any questions or to discuss your options.

(footnote 1) You may elect to receive alerts via text or email. Bank of America does not charge for this service but your mobile carrier's message and data rates may apply. Delivery of alerts may be affected or delayed by your mobile carrier's coverage.

The Monthly Fee on your primary Business Advantage Relationship Banking account was waived for the statement period ending 06/30/23. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

✓ $15,000+ combined average monthly balance in linked business accounts has been met

✓ Become a member of Preferred Rewards for Business has been met

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

*continued on the next page*

## Service fees - continued

| Date | Transaction description | Amount |
|---|---|---|
| 07/14/23 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | -0.00 |
| 07/26/23 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | -0.00 |
| 07/27/23 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | -0.00 |
| 07/28/23 | Wire Transfer Fee | -30.00 |
| 07/31/23 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | -0.00 |
| **Total service fees** | | **-$30.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 07/01 | 57,821.52 | 07/13 | 2,257.70 | 07/24 | 6,769.88 |
| 07/03 | 22,821.52 | 07/14 | 15,257.70 | 07/26 | 7,769.88 |
| 07/05 | 14,729.14 | 07/17 | 14,857.70 | 07/27 | 37,769.88 |
| 07/10 | 6,707.70 | 07/18 | 13,357.70 | 07/28 | 10,739.88 |
| 07/12 | 4,457.70 | 07/20 | 9,357.70 | 07/31 | 44,129.88 |

This page intentionally left blank

BANK OF AMERICA

CAR BUYERS NYC INC. | Account # 4830 8260 9499 | July 1, 2023 to July 31, 2023

# Check images

**Account number: 4830 8260 9499**

Check number: 1180 | Amount: $2,500.00


CAR BUYERS NYC INC. 1180
Date 07/04/2023
Pay To The Order Of Santo Navarro $ 2500.00
Twenty five hundred dollars Dollars
BANK OF AMERICA
For
⑈001180⑈ ⑆021000322⑆ 483082609499⑈

Check number: 1182 | Amount: $5,621.44


CAR BUYERS NYC INC. 1182
Date 07/07/2023
Pay To The Order Of Marlo Gate Automation $ 5621.44
Fifty six hundred dollars twenty one dollar 44/100 cents Dollars
BANK OF AMERICA
For
⑈001182⑈ ⑆021000322⑆ 483082609499⑈

Check number: 1183 | Amount: $400.00


CAR BUYERS NYC INC. 1183
Date 07/08/23
Pay To The Order Of Zenia Cleaning Services $ 400.00
Four hundred dollars Dollars
BANK OF AMERICA
For
⑈001183⑈ ⑆021000322⑆ 483082609499⑈

Check number: 1184 | Amount: $2,250.00


CAR BUYERS NYC INC. 1184
Date 07/11/23
Pay To The Order Of Morales Landscaping $ 2,250.00
Two thousand two hundred and fifty dollars Dollars
BANK OF AMERICA
For
⑈001184⑈ ⑆021000322⑆ 483082609499⑈

Check number: 1185 | Amount: $2,200.00


CAR BUYERS NYC INC. 1185
Date 07/13/23
Pay To The Order Of Morales Landscaping $ 2,250.00
Twenty two hundred dollars 00/100 cents Dollars
BANK OF AMERICA
For
⑈001185⑈ ⑆021000322⑆ 483082609499⑈

Check number: 1186 | Amount: $1,500.00


CAR BUYERS NYC INC. 1186
Date 07/14/23
Pay To The Order Of Suresh Prabhudas $ 1500.00
Fifteen hundred dollars Dollars
BANK OF AMERICA
For
⑈001186⑈ ⑆021000322⑆ 483082609499⑈

Check number: 1187 | Amount: $800.00


CAR BUYERS NYC INC. 1187
Date 07/22/23
Pay To The Order Of Zenia Cleaning Services $ 800.00
Eight hundred dollars Dollars
BANK OF AMERICA
For
⑈001187⑈ ⑆021000322⑆ 483082609499⑈

Check number: 1188 | Amount: $1,500.00


CAR BUYERS NYC INC. 1188
Date 07/28/2023
Pay To The Order Of Suresh Prabhudas $ 1500.00
Fifteen hundred dollars Dollars
BANK OF AMERICA
For
⑈001188⑈ ⑆021000322⑆ 483082609499⑈

Check number: 1190 | Amount: $400.00


CAR BUYERS NYC INC. 1190
Date 07/15/23
Pay To The Order Of Zenia Cleaning Service $ 400.00
Four hundred dollars Dollars
BANK OF AMERICA
For
⑈001190⑈ ⑆021000322⑆ 483082609499⑈

Check number: 1191 | Amount: $800.00


CAR BUYERS NYC INC. 1191
Date 07/29/2023
Pay To The Order Of Zenia Cleaning Services $ 800.00
Eight hundred dollars Dollars
BANK OF AMERICA
For
⑈001191⑈ ⑆021000322⑆ 483082609499⑈

This page intentionally left blank

BANK OF AMERICA

P.O. Box 15284
Wilmington, DE 19850

BANK OF AMERICA
Preferred Rewards
For Business

**Customer service information**

1.888.BUSINESS (1.888.287.4637)

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

CAR BUYERS NYC INC.
180 MICHAEL DR
SYOSSET, NY 11791-5328

Please see the **Important Messages - Please Read** section of your statement for important details that could impact you.

# Your Business Advantage Relationship Banking Preferred Rewards for Bus Platinum

for August 1, 2023 to August 31, 2023

Account number: 4830 8260 9499

**CAR BUYERS NYC INC.**

## Account summary

| | |
|---|---|
| Beginning balance on August 1, 2023 | $44,129.88 |
| Deposits and other credits | 43,300.00 |
| Withdrawals and other debits | -67,484.31 |
| Checks | -13,442.28 |
| Service fees | -90.00 |
| **Ending balance on August 31, 2023** | **$6,413.29** |

# of deposits/credits: 7

# of withdrawals/debits: 28

# of items-previous cycle[1]: 10

# of days in cycle: 31

Average ledger balance: $4,729.84

[1]*Includes checks paid, deposited items and other debits*


Mobile and Online Banking — convenient, secure, simple[1]

Help reduce check fraud by writing fewer checks and switching to digital payments. Scammers are targeting the mail to steal checks and other information.

To learn more, scan the code or go to **bofa.com/BillPay**.

[1] Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply. When you use the QRC feature, certain information is collected from your mobile device for business purposes.

SSM-02-23-0509.C | 5471548

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2023 Bank of America Corporation

**Bank of America, N.A. Member FDIC and Equal Housing Lender**

## Deposits and other credits

| Date | Description | Amount |
|---|---|---|
| 08/03/23 | WIRE TYPE:WIRE IN DATE: 230803 TIME:1241 ET TRN:2023080300378968 SEQ:2023080300000173/000060 ORIG:CAR BUYERS NYC INC ID:483082609499 SND BK:FLUSHING BANK ID:226070474 PMT DET:IAH7Z6CT8L BANK OF AMERICA | 10,000.00 |
| 08/04/23 | WIRE TYPE:WIRE IN DATE: 230804 TIME:1414 ET TRN:2023080400395749 SEQ:2023080400000221/000083 ORIG:CAR BUYERS NYC INC ID:483082609499 SND BK:FLUSHING BANK ID:226070474 PMT DET:GU4MULBLEE BANK OF AMERICA | 10,000.00 |
| 08/04/23 | Online Banking transfer from CHK 9486 Confirmation# 4915464541 | 1,400.00 |
| 08/15/23 | Counter Credit | 6,400.00 |
| 08/24/23 | Counter Credit | 5,000.00 |
| 08/24/23 | Online Banking transfer from CHK 9486 Confirmation# 4789839821 | 3,000.00 |
| 08/29/23 | Counter Credit | 7,500.00 |
| **Total deposits and other credits** | | **$43,300.00** |

## Withdrawals and other debits

| Date | Description | Amount |
|---|---|---|
| 08/01/23 | Online Banking transfer to CHK 9677 Confirmation# 5093120508 | -35,000.00 |
| 08/02/23 | FAY SERVICING DES:ACH PMTS ID:0000229785 INDN:SARA RAHMAN CO ID:9412277737 WEB | -5,592.38 |
| 08/03/23 | WIRE TYPE:BOOK OUT DATE:230803 TIME:1228 ET TRN:2023080300372877 RELATED REF:449713466 BNF:RAYMOND I JORDAN SR ID:291029370915 | -2,100.00 |
| 08/04/23 | WIRE TYPE:BOOK OUT DATE:230804 TIME:1350 ET TRN:2023080400384061 RELATED REF:449947634 BNF:RAYMOND I JORDAN SR ID:291029370915 | -8,000.00 |
| 08/07/23 | Online Banking transfer to CHK 6406 Confirmation# 4443962362 | -2,500.00 |
| 08/09/23 | AMERICAN EXPRESS DES:ACH PMT ID:M3020 INDN:Sara Deo CO ID:1133133497 CCD | -5,000.00 |
| 08/15/23 | Online Banking transfer to CHK 9486 Confirmation# 4812793709 | -3,000.00 |
| 08/17/23 | LIPA DES:ONLINE PAY ID:0397900545 INDN:SARA DEO CO ID:1563585001 WEB | -2,500.00 |
| 08/21/23 | Online Banking transfer to CHK 9486 Confirmation# 4557242304 | -2,000.00 |

*continued on the next page*

BUSINESS ADVANTAGE

Go paperless. Greater convenience. Less clutter.

Store and review your statements online. You can access up to seven years of account statements — online or from our mobile app — 24/7 from almost anywhere.

Simply use our **Mobile Banking app** or sign in online to Business Advantage 360 and click on **Profiles & Settings**.

Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply. Not all account documents are available in paperless format.

SSM-01-23-2637.B | 5421106

## Withdrawals and other debits - continued

| Date | Description | Amount |
| --- | --- | --- |
| 08/23/23 | LIPA DES:ONLINE PAY ID:0143600443 INDN:SARA RAHMAN CO ID:1563585001 WEB | -231.93 |
| 08/24/23 | Online Banking transfer to CHK 9677 Confirmation# 4189797953 | -950.00 |
| 08/29/23 | CONT FINANCE DES:PAYBYPHONE ID:043000096032906 INDN:deo sara CO ID:9044036525 TEL | -10.00 |
| 08/31/23 | Online Banking transfer to CHK 6406 Confirmation# 4150096925 | -600.00 |
| **Total withdrawals and other debits** | | **-$67,484.31** |

## Checks

| Date | Check # | Amount |
| --- | --- | --- |
| 08/07/23 | 1192 | -600.00 |
| 08/08/23 | 1193 | -800.00 |
| 08/09/23 | 1194 | -4,752.28 |
| 08/21/23 | 1195 | -490.00 |
| 08/24/23 | 1196 | -3,000.00 |
| 08/29/23 | 1197 | -3,000.00 |
| 08/21/23 | 1199* | -400.00 |
| 08/28/23 | 1201* | -400.00 |
| **Total checks** | | **-$13,442.28** |
| **Total # of checks** | | **8** |

* *There is a gap in sequential check numbers*

## Service fees

**Your Overdraft and NSF: Returned Item fees for this statement period and year to date are shown below.**

| | Total for this period | Total year-to-date |
| --- | --- | --- |
| Total Overdraft fees | $30.00 | $70.00 |
| Total NSF: Returned Item fees | $0.00 | $0.00 |

We refunded to you a total of $30.00 in fees for Overdraft and/or NSF: Returned Items this year.

**We want to help you avoid overdraft fees. Here are a few ways to manage your account and stay on top of your balance:**

- Enroll in Balance Connect™ for overdraft protection through Online or Mobile Banking to help save on overdraft fees and cover your payments and purchases by automatically transferring money from your linked backup accounts when needed.
- Sign up for Alerts (footnote 1) to get an email or text message when your balance becomes low

Please call us or visit us if you have any questions or to discuss your options.

(footnote 1) You may elect to receive alerts via text or email. Bank of America does not charge for this service but your mobile carrier's message and data rates may apply. Delivery of alerts may be affected or delayed by your mobile carrier's coverage.

The Monthly Fee on your primary Business Advantage Relationship Banking account was waived for the statement period ending 07/31/23. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

✓ $15,000+ combined average monthly balance in linked business accounts has been met

✓ Become a member of Preferred Rewards for Business has been met

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
| --- | --- | --- |
| 08/03/23 | Wire Transfer Fee | -30.00 |
| 08/03/23 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | -0.00 |

*continued on the next page*

## Service fees - continued

| Date | Transaction description | Amount |
|---|---|---|
| 08/04/23 | Wire Transfer Fee | -30.00 |
| 08/04/23 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | -0.00 |
| 08/21/23 | OVERDRAFT ITEM FEE FOR ACTIVITY OF 08-21 | -10.00 |
| 08/21/23 | OVERDRAFT ITEM FEE FOR ACTIVITY OF 08-21 | -10.00 |
| 08/23/23 | OVERDRAFT ITEM FEE FOR ACTIVITY OF 08-23 | -10.00 |
| **Total service fees** | | **-$90.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 08/01 | 9,129.88 | 08/08 | 10,877.50 | 08/23 | -1,126.71 |
| 08/02 | 3,537.50 | 08/09 | 1,125.22 | 08/24 | 2,923.29 |
| 08/03 | 11,407.50 | 08/15 | 4,525.22 | 08/28 | 2,523.29 |
| 08/04 | 14,777.50 | 08/17 | 2,025.22 | 08/29 | 7,013.29 |
| 08/07 | 11,677.50 | 08/21 | -884.78 | 08/31 | 6,413.29 |

This page intentionally left blank

BANK OF AMERICA

CAR BUYERS NYC INC. | Account # 4830 8260 9499 | August 1, 2023 to August 31, 2023

# Check images

**Account number: 4830 8260 9499**

Check number: 1192 | Amount: $600.00


CAR BUYERS NYC INC. 1192
Date 8/1/23
Pay To The Order Of Zenia Cleaning $ 600.00
Six hundred & Dollars
BANK OF AMERICA
For
⑈001192⑈ ⑆021000322⑆ 483082609499⑈

Check number: 1193 | Amount: $800.00


CAR BUYERS NYC INC. 1193
Date 08/07/23
Pay To The Order Of Cash $ 800.00
Eight hundred dollar Dollars
BANK OF AMERICA
For
⑈001193⑈ ⑆021000322⑆ 483082609499⑈

Check number: 1194 | Amount: $4,752.28


CAR BUYERS NYC INC. 1194
Date 08/09/2023
Pay To The Order Of Morales Landscaping $ 4,752.28
Four thousand seven hundred fifty two dollars 28/100 cts Dollars
BANK OF AMERICA
For
⑈001194⑈ ⑆021000322⑆ 483082609499⑈

Check number: 1195 | Amount: $490.00


CAR BUYERS NYC INC. 1195
Date 08/16/23
Pay To The Order Of Chelsea Pest Control $ 490.00
Four hundred ninety dollars Dollars
BANK OF AMERICA
For
⑈001195⑈ ⑆021000322⑆ 483082609499⑈

Check number: 1196 | Amount: $3,000.00


CAR BUYERS NYC INC. 1196
Date 8.24.23
Pay To The Order Of Harry Thomasson $ 3000.00
Three thousand 00 Dollars
BANK OF AMERICA
For
⑈001196⑈ ⑆021000322⑆ 483082609499⑈

Check number: 1197 | Amount: $3,000.00


CAR BUYERS NYC INC. 1197
Date 8.26.23
Pay To The Order Of Harry thomasson $ 3000.00
Three thousand 00 Dollars
BANK OF AMERICA
For
⑈001197⑈ ⑆021000322⑆ 483082609499⑈

Check number: 1199 | Amount: $400.00


CAR BUYERS NYC INC. 1199
Date 08/19/23
Pay To The Order Of Zenia Cleaning Service $ 400.00
Four hundred dollar Dollars
BANK OF AMERICA
For
⑈001199⑈ ⑆021000322⑆ 483082609499⑈

Check number: 1201 | Amount: $400.00


CAR BUYERS NYC INC. 1201
Date 8.26.23
Pay To The Order Of Zenia Cleaning $ 400.00
Four hundred 00 Dollars
BANK OF AMERICA
For
⑈001201⑈ ⑆021000322⑆ 483082609499⑈

# Important Messages - Please Read

We want to make sure you stay up-to-date on changes, reminders, and other important details that could impact you.

**Now funds deposited by check may be available to you earlier.**

We are changing when funds are available to you when your check deposit is not made in person to one of our employees at a financial center. Beginning August 11, 2023, the funds from your check deposit will be available the first business day after the day of your deposit.

Please keep in mind, all deposits are subject to a hold review at any time – and we may place longer holds on certain items in some cases, which could impact your ability to withdraw or use the deposited funds or result in a reduction of your available balance. For more information, please refer to your Deposit Agreement & Disclosures at bankofamerica.com/deposits/resources/deposit-agreements.go.deposit.

BANK OF AMERICA

P.O. Box 15284
Wilmington, DE 19850

BANK OF AMERICA
Preferred Rewards
For Business

**Customer service information**

1.888.BUSINESS (1.888.287.4637)

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

CAR BUYERS NYC INC.
180 MICHAEL DR
SYOSSET, NY 11791-5328

# Your Business Advantage Relationship Banking Preferred Rewards for Bus Platinum

for September 1, 2023 to September 30, 2023

Account number: 4830 8260 9499

**CAR BUYERS NYC INC.**

## Account summary

| | |
|---|---|
| Beginning balance on September 1, 2023 | $6,413.29 |
| Deposits and other credits | 83,750.00 |
| Withdrawals and other debits | -61,252.68 |
| Checks | -15,550.00 |
| Service fees | -0.00 |
| **Ending balance on September 30, 2023** | **$13,360.61** |

# of deposits/credits: 8

# of withdrawals/debits: 33

# of items-previous cycle[1]: 8

# of days in cycle: 30

Average ledger balance: $7,368.71

[1]*Includes checks paid, deposited items and other debits*

Account security you can see

Check your security meter level and watch it rise as you take action to help protect against fraud. See it in the Mobile Banking app and Online Banking.

To learn more, visit **bofa.com/SecurityCenter** or **scan this code**.




When you use the QRC feature, certain information is collected from your mobile device for business purposes. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

SSM-12-22-0030.A I 5197654

# IMPORTANT INFORMATION:

## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2023 Bank of America Corporation

Bank of America, N.A. Member FDIC and Equal Housing Lender

## Deposits and other credits

| Date | Description | Amount |
|---|---|---|
| 09/05/23 | Counter Credit | 9,000.00 |
| 09/07/23 | WIRE TYPE:WIRE IN DATE: 230907 TIME:1742 ET TRN:2023090700502551 SEQ:G0132504144101/531057 ORIG:DLA CAPITAL PARTNERS INC. ID:006796577047 SND BK:CITIBANK, N.A. ID:0008 PMT DET:DLA CAPITAL PARTNERS INC. | 10,000.00 |
| 09/08/23 | WIRE TYPE:WIRE IN DATE: 230908 TIME:1703 ET TRN:2023090800491676 SEQ:G0132513983201/528045 ORIG:DLA CAPITAL PARTNERS INC. ID:006796577047 SND BK:CITIBANK, N.A. ID:0008 PMT DET:DLA CAPITAL PARTNERS INC. | 8,750.00 |
| 09/11/23 | Counter Credit | 9,000.00 |
| 09/13/23 | Online Banking transfer from CHK 4337 Confirmation# 5060902271 | 15,000.00 |
| 09/13/23 | Online Banking transfer from CHK 4337 Confirmation# 4660100844 | 3,000.00 |
| 09/26/23 | WIRE TYPE:WIRE IN DATE: 230926 TIME:1206 ET TRN:2023092600360215 SEQ:G0132693985101/422409 ORIG:DLA CAPITAL PARTNERS INC. ID:006796577047 SND BK:CITIBANK, N.A. ID:0008 PMT DET:DLA CAPITAL PARTNERS INC. | 22,000.00 |
| 09/27/23 | Counter Credit | 7,000.00 |
| **Total deposits and other credits** | | **$83,750.00** |

## Withdrawals and other debits

| Date | Description | Amount |
|---|---|---|
| 09/01/23 | Online Banking transfer to CHK 6406 Confirmation# 5057338161 | -2,000.00 |
| 09/05/23 | Online Banking transfer to CHK 6406 Confirmation# 5069705362 | -50.00 |
| 09/05/23 | FAY SERVICING DES:ACH PMTS ID:0000229785 INDN:SARA RAHMAN CO ID:9412277737 WEB | -5,592.38 |
| 09/05/23 | AMERICAN EXPRESS DES:ACH PMT ID:M1706 INDN:Sara Deo CO ID:1133133497 CCD | -500.00 |
| 09/08/23 | AMERICAN EXPRESS DES:ACH PMT ID:M4586 INDN:Sara Deo CO ID:1133133497 CCD | -20,000.00 |
| 09/11/23 | AMERICAN EXPRESS DES:ACH PMT ID:M1478 INDN:Sara Deo CO ID:1133133497 CCD | -8,500.00 |
| 09/12/23 | Online Banking transfer to CHK 6406 Confirmation# 4652636438 | -100.00 |
| 09/14/23 | Online Banking transfer to CHK 9486 Confirmation# 4170256113 | -4,900.00 |

*continued on the next page*

BANK OF AMERICA BUSINESS ADVANTAGE

Start receiving online alerts today

Get alerts about your account activity online, by phone or by email. Turn on alerts at **bankofamerica.com/SmallBusiness** by clicking on **Alerts** in the Activity Center.

You may elect to receive alerts via text or email. Bank of America does not charge for this service, but your mobile carrier's message and data rates may apply. Delivery of alerts may be affected or delayed by your mobile carrier's coverage.

SSM-01-23-2633.B | 5421083

## Withdrawals and other debits - continued

| Date | Description | Amount |
|---|---|---|
| 09/14/23 | AMERICAN EXPRESS DES:ACH PMT ID:W6488 INDN:Sara Deo CO ID:1133133497 CCD | -215.30 |
| 09/19/23 | LIPA DES:ONLINE PAY ID:0397900545 INDN:SARA DEO CO ID:1563585001 WEB | -2,000.00 |
| 09/20/23 | Online Banking transfer to CHK 9677 Confirmation# 5025494463 | -2,000.00 |
| 09/25/23 | Online Banking transfer to CHK 6406 Confirmation# 4748630954 | -200.00 |
| 09/25/23 | AMERICAN EXPRESS DES:ACH PMT ID:M9920 INDN:Sara Deo CO ID:1133133497 CCD | -980.21 |
| 09/26/23 | Online Banking transfer to CHK 9677 Confirmation# 4276133134 | -600.00 |
| 09/27/23 | Online Banking transfer to CHK 6406 Confirmation# 5085721317 | -500.00 |
| 09/27/23 | AMERICAN EXPRESS DES:ACH PMT ID:M6304 INDN:Sara Deo CO ID:1133133497 CCD | -10,000.00 |
| 09/28/23 | Online Banking transfer to CHK 6406 Confirmation# 4391826846 | -500.00 |
| 09/28/23 | Online Banking transfer to CHK 9486 Confirmation# 4894900146 | -2,550.00 |
| 09/29/23 | CONT FINANCE DES:PAYBYPHONE ID:043000097684040 INDN:deo sara CO ID:9044036525 TEL | -10.00 |
| Card account # XXXX XXXX XXXX 3423 | | |
| 09/26/23 | CHECKCARD 0925 Jackpocket I 0000000000 646-755-7070 NY 24445003269000658518009 RECURRING CKCD 7800 XXXXXXXXXXXX3423 XXXX XXXX XXXX 3423 | -54.79 |
| **Subtotal for card account # XXXX XXXX XXXX 3423** | | **-$54.79** |
| **Total withdrawals and other debits** | | **-$61,252.68** |

## Checks

| Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|
| 09/15/23 | 1202 | -250.00 | 09/06/23 | 1226* | -3,000.00 |
| 09/20/23 | 1205* | -100.00 | 09/13/23 | 1227 | -3,000.00 |
| 09/25/23 | 1206 | -400.00 | 09/20/23 | 1228 | -3,000.00 |
| 09/27/23 | 1207 | -3,000.00 | 09/11/23 | 1229 | -1,100.00 |
| 09/05/23 | 1208 | -1,300.00 | 09/18/23 | 1230 | -400.00 |
| | | | **Total checks** | | **-$15,550.00** |
| | | | **Total # of checks** | | **10** |

* *There is a gap in sequential check numbers*

# Service fees

**Your Overdraft and NSF: Returned Item fees for this statement period and year to date are shown below.**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft fees | $0.00 | $70.00 |
| Total NSF: Returned Item fees | $0.00 | $0.00 |

We refunded to you a total of $30.00 in fees for Overdraft and/or NSF: Returned Items this year.

**We want to help you avoid overdraft fees. Here are a few ways to manage your account and stay on top of your balance:**

- Enroll in Balance Connect™ for overdraft protection through Online or Mobile Banking to help save on overdraft fees and cover your payments and purchases by automatically transferring money from your linked backup accounts when needed.
- Sign up for Alerts (footnote 1) to get an email or text message when your balance becomes low

Please call us or visit us if you have any questions or to discuss your options.

(footnote 1) You may elect to receive alerts via text or email. Bank of America does not charge for this service but your mobile carrier's message and data rates may apply. Delivery of alerts may be affected or delayed by your mobile carrier's coverage.

The Monthly Fee on your primary Business Advantage Relationship Banking account was waived for the statement period ending 08/31/23. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

○ $15,000+ combined average monthly balance in linked business accounts has not been met

✓ Become a member of Preferred Rewards for Business has been met

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|---|---|---|
| 09/07/23 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | -0.00 |
| 09/08/23 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | -0.00 |
| 09/26/23 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | -0.00 |
| **Total service fees** | | **-$0.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

# Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 09/01 | 4,413.29 | 09/12 | 1,020.91 | 09/20 | 3,155.61 |
| 09/05 | 5,970.91 | 09/13 | 16,020.91 | 09/25 | 1,575.40 |
| 09/06 | 2,970.91 | 09/14 | 10,905.61 | 09/26 | 22,920.61 |
| 09/07 | 12,970.91 | 09/15 | 10,655.61 | 09/27 | 16,420.61 |
| 09/08 | 1,720.91 | 09/18 | 10,255.61 | 09/28 | 13,370.61 |
| 09/11 | 1,120.91 | 09/19 | 8,255.61 | 09/29 | 13,360.61 |

This page intentionally left blank

Case 2:23-cv-06188-JMW Document 549-17 Filed 09/04/26 Page 92 of 117 PageID #: 23499



# Check images

**Account number: 4830 8260 9499**

Check number: 1202 | Amount: $250.00


CAR BUYERS NYC INC. 1202
Date 09/13/23
Pay To The Order Of Cash $ 250.00
Two hundred fifty dollars Dollars
BANK OF AMERICA
For [illegible]
001202 021000322 483082609499

Check number: 1205 | Amount: $100.00


CAR BUYERS NYC INC. 1205
Date 09/06/23
Pay To The Order Of Facts Sports $ 100.00
One hundred dollars 00/100 Dollars
BANK OF AMERICA
For [illegible]
001205 021000322 483082609499

Check number: 1206 | Amount: $400.00


CAR BUYERS NYC INC. 1206
Date 09/23/23
Pay To The Order Of [illegible] Cleaning Service $ 400.00
Four hundred dollars Dollars
BANK OF AMERICA
001206 021000322 483082609499

Check number: 1207 | Amount: $3,000.00


CAR BUYERS NYC INC. 1207
Date 9.25.23
Pay To The Order Of Harry Thomasson $ 3000.00
Three thousand 00 Dollars
BANK OF AMERICA
001207 021000322 483082609499

Check number: 1208 | Amount: $1,300.00


CAR BUYERS NYC INC. 1208
Date 09/02/23
Pay To The Order Of Santos Navarro $ 1300.00
Thirteen hundred dollars Dollars
BANK OF AMERICA
001208 021000322 483082609499

Check number: 1226 | Amount: $3,000.00


CAR BUYERS NYC INC. 1226
Date 9.5.23
Pay To The Order Of Harry Thomasson $ 3000.00
Three thousand 00 Dollars
BANK OF AMERICA
001226 021000322 483082609499

Check number: 1227 | Amount: $3,000.00


CAR BUYERS NYC INC. 1227
Date 9.13.23
Pay To The Order Of Harry Thomasson $ 3000.00
Three thousand 00 Dollars
BANK OF AMERICA
001227 021000322 483082609499

Check number: 1228 | Amount: $3,000.00


CAR BUYERS NYC INC. 1228
Date 9.18.23
Pay To The Order Of Harry Thomasson $ 3000.00
[illegible] 00 Dollars
BANK OF AMERICA
001228 021000322 483082609499

Check number: 1229 | Amount: $1,100.00


CAR BUYERS NYC INC. 1229
Date 09/08/23
Pay To The Order Of Morales landscaping $ 1100.00
Eleven hundred dollars Dollars
BANK OF AMERICA
001229 021000322 483082609499

Check number: 1230 | Amount: $400.00


CAR BUYERS NYC INC. 1230
Date 09/16/23
Pay To The Order Of [illegible] Cleaning Service $ 400.00
Four hundred dollars Dollars
BANK OF AMERICA
001230 021000322 483082609499

This page intentionally left blank

BANK OF AMERICA

P.O. Box 15284
Wilmington, DE 19850

BANK OF AMERICA
Preferred Rewards
For Business

**Customer service information**

1.888.BUSINESS (1.888.287.4637)

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

CAR BUYERS NYC INC.
180 MICHAEL DR
SYOSSET, NY 11791-5328

# Your Business Advantage Relationship Banking Preferred Rewards for Bus Platinum

for October 1, 2023 to October 31, 2023

Account number: 4830 8260 9499

**CAR BUYERS NYC INC.**

## Account summary

| | |
|---|---|
| Beginning balance on October 1, 2023 | $13,360.61 |
| Deposits and other credits | 101,000.00 |
| Withdrawals and other debits | -96,546.60 |
| Checks | -16,240.00 |
| Service fees | -0.00 |
| **Ending balance on October 31, 2023** | **$1,574.01** |

# of deposits/credits: 6
# of withdrawals/debits: 38
# of items-previous cycle[1]: 10
# of days in cycle: 31
Average ledger balance: $16,947.41

[1]*Includes checks paid, deposited items and other debits*

Check fraud is on the rise

Consider writing fewer checks and paying bills in our Mobile app, Online Banking, or setting up automatic payments directly on utility sites.

Scan the code to learn more or visit: **bofa.com/HelpPreventFraud**

When you use the QRC feature, certain information is collected from your mobile device for business purposes. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

SSM-05-23-0809.C | 5695722

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2023 Bank of America Corporation

**Bank of America, N.A. Member FDIC and Equal Housing Lender**

## Deposits and other credits

| Date | Description | Amount |
|---|---|---|
| 10/02/23 | WIRE TYPE:WIRE IN DATE: 231002 TIME:1435 ET TRN:2023100200493384 SEQ:G0132754179301/446833 ORIG:DLA CAPITAL PARTNERS INC. ID:006796577047 SND BK:CITIBANK, N.A. ID:0008 PMT DET:DLA CAPITAL PARTNERS INC. | 9,000.00 |
| 10/05/23 | WIRE TYPE:WIRE IN DATE: 231005 TIME:1208 ET TRN:2023100500346397 SEQ:G0132783204301/400101 ORIG:DLA CAPITAL PARTNERS INC. ID:006796577047 SND BK:CITIBANK, N.A. ID:0008 PMT DET:DLA CAPITAL PARTNERS INC. | 38,000.00 |
| 10/13/23 | WIRE TYPE:WIRE IN DATE: 231013 TIME:1734 ET TRN:2023101300529762 SEQ:G0132863131601/571900 ORIG:DLA CAPITAL PARTNERS INC. ID:006796577047 SND BK:CITIBANK, N.A. ID:0008 PMT DET:DLA CAPITAL PARTNERS INC. | 18,000.00 |
| 10/18/23 | WIRE TYPE:WIRE IN DATE: 231018 TIME:1155 ET TRN:2023101800331544 SEQ:G0132913040201/397318 ORIG:DLA CAPITAL PARTNERS INC. ID:006796577047 SND BK:CITIBANK, N.A. ID:0008 PMT DET:DLA CAPITAL PARTNERS INC. | 17,000.00 |
| 10/24/23 | WIRE TYPE:WIRE IN DATE: 231024 TIME:1745 ET TRN:2023102400468812 SEQ:G0132974669501/476940 ORIG:DLA CAPITAL PARTNERS INC. ID:006796577047 SND BK:CITIBANK, N.A. ID:0008 PMT DET:DLA CAPITAL PARTNERS INC. | 15,000.00 |
| 10/31/23 | Counter Credit | 4,000.00 |
| **Total deposits and other credits** | | **$101,000.00** |

## Withdrawals and other debits

| Date | Description | Amount |
|---|---|---|
| 10/02/23 | Online Banking transfer to CHK 9486 Confirmation# 4827331200 | -1,800.00 |
| 10/02/23 | AMERICAN EXPRESS DES:ACH PMT ID:W6940 INDN:Sara Deo CO ID:1133133497 CCD | -3,000.00 |
| 10/02/23 | APPLECARD GSBANK DES:PAYMENT ID:8388729 INDN:Anthony Deo CO ID:9999999999 WEB | -2,000.00 |
| 10/02/23 | AMERICAN EXPRESS DES:ACH PMT ID:W8850 INDN:Sara Deo CO ID:1133133497 CCD | -2,000.00 |
| 10/03/23 | FAY SERVICING DES:ACH PMTS ID:0000229785 INDN:SARA RAHMAN CO ID:9412277737 WEB | -5,592.38 |
| 10/04/23 | Online Banking transfer to CHK 9677 Confirmation# 4343878338 | -1,900.00 |
| 10/06/23 | Online Banking transfer to CHK 9486 Confirmation# 4760192653 | -2,000.00 |
| 10/06/23 | AMERICAN EXPRESS DES:ACH PMT ID:M1368 INDN:Sara Deo CO ID:1133133497 CCD | -10,000.00 |

*continued on the next page*

Women business owners are making moves that matter

We're celebrating National Women's Small Business Month with owners who are keeping businesses moving forward.

Learn more at **bankofamerica.com/SBwomen**.

SSM-06-23-0981.B | 5752176

## Withdrawals and other debits - continued

| Date | Description | Amount |
|---|---|---|
| 10/10/23 | AMERICAN EXPRESS DES:ACH PMT ID:M3558 INDN:Sara Deo CO ID:1133133497 CCD | -15,000.00 |
| 10/10/23 | AMERICAN EXPRESS DES:ACH PMT ID:M6050 INDN:Sara Deo CO ID:1133133497 CCD | -10,000.00 |
| 10/13/23 | AMERICAN EXPRESS DES:ACH PMT ID:W9702 INDN:Sara Deo CO ID:1133133497 CCD | -256.59 |
| 10/16/23 | GMCARD GSBANK DES:PAYMENT ID:10398786 INDN:Anthony Deo CO ID:8888888888 WEB | -16,000.00 |
| 10/17/23 | AMERICAN EXPRESS DES:ACH PMT ID:W6474 INDN:Sara Deo CO ID:1133133497 CCD | -82.05 |
| 10/18/23 | LIPA DES:ONLINE PAY ID:0397900545 INDN:SARA DEO CO ID:1563585001 WEB | -1,000.00 |
| 10/19/23 | AMERICAN EXPRESS DES:ACH PMT ID:M7032 INDN:Sara Deo CO ID:1133133497 CCD | -405.52 |
| 10/24/23 | Online Banking transfer to CHK 9486 Confirmation# 4114426731 | -400.00 |
| 10/24/23 | Online Banking transfer to CHK 6406 Confirmation# 4716494412 | -550.00 |
| 10/24/23 | LIPA DES:ONLINE PAY ID:0143600443 INDN:SARA RAHMAN CO ID:1563585001 WEB | -200.48 |
| 10/30/23 | Online Banking transfer to CHK 6406 Confirmation# 4357623349 | -500.00 |
| 10/30/23 | Online Banking transfer to SAV 5021 Confirmation# 5057626165 | -20.00 |
| 10/30/23 | Online Banking transfer to SAV 5429 Confirmation# 4357628558 | -20.00 |
| 10/31/23 | Online Banking transfer to CHK 9486 Confirmation# 4977847266 | -2,500.00 |
| 10/31/23 | APPLECARD GSBANK DES:PAYMENT ID:8388729 INDN:Anthony Deo CO ID:9999999999 WEB | -20,200.00 |
| 10/31/23 | GMCARD GSBANK DES:PAYMENT ID:10398786 INDN:Anthony D Deo CO ID:8888888888 WEB | -1,000.00 |
| 10/31/23 | CONT FINANCE DES:PAYBYPHONE ID:043000099287008 INDN:deo sara CO ID:9044036525 TEL | -10.00 |
| **Card account # XXXX XXXX XXXX 3423** | | |
| 10/03/23 | CHECKCARD 1002 Jackpocket I 0000000000 646-755-7070 NY 24445003276000660679766 RECURRING CKCD 7800 XXXXXXXXXXXX3423 XXXX XXXX XXXX 3423 | -54.79 |
| 10/30/23 | CHECKCARD 1029 Jackpocket I 0000000000 646-755-7070 NY 24445003303000576380332 RECURRING CKCD 7800 XXXXXXXXXXXX3423 XXXX XXXX XXXX 3423 | -54.79 |
| **Subtotal for card account # XXXX XXXX XXXX 3423** | | **-$109.58** |
| **Total withdrawals and other debits** | | **-$96,546.60** |

## Checks

| Date | Check # | Amount |
|---|---|---|
| 10/05/23 | 1209 | -3,000.00 |
| 10/18/23 | 1210 | -2,240.00 |
| 10/13/23 | 1213* | -3,000.00 |
| 10/20/23 | 1220* | -3,000.00 |
| 10/27/23 | 1231* | -2,000.00 |
| 10/27/23 | 1232 | -3,000.00 |
| **Total checks** | | **-$16,240.00** |
| **Total # of checks** | | **6** |

* *There is a gap in sequential check numbers*

## Service fees

**Your Overdraft and NSF: Returned Item fees for this statement period and year to date are shown below.**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft fees | $0.00 | $70.00 |
| Total NSF: Returned Item fees | $0.00 | $0.00 |

We refunded to you a total of $30.00 in fees for Overdraft and/or NSF: Returned Items this year.

**We want to help you avoid overdraft fees. Here are a few ways to manage your account and stay on top of your balance:**

- Enroll in Balance Connect™ for overdraft protection through Online or Mobile Banking to help save on overdraft fees and cover your payments and purchases by automatically transferring money from your linked backup accounts when needed.
- Sign up for Alerts (footnote 1) to get an email or text message when your balance becomes low

Please call us or visit us if you have any questions or to discuss your options.

(footnote 1) You may elect to receive alerts via text or email. Bank of America does not charge for this service but your mobile carrier's message and data rates may apply. Delivery of alerts may be affected or delayed by your mobile carrier's coverage.

The Monthly Fee on your primary Business Advantage Relationship Banking account was waived for the statement period ending 09/29/23. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

○ $15,000+ combined average monthly balance in linked business accounts has not been met

✓ Become a member of Preferred Rewards for Business has been met

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|---|---|---|
| 10/02/23 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | -0.00 |
| 10/05/23 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | -0.00 |
| 10/13/23 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | -0.00 |
| 10/18/23 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | -0.00 |
| 10/24/23 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | -0.00 |
| **Total service fees** | | **-$0.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 10/01 | 13,360.61 | 10/10 | 4,013.44 | 10/20 | 13,029.28 |
| 10/02 | 13,560.61 | 10/13 | 18,756.85 | 10/24 | 26,878.80 |
| 10/03 | 7,913.44 | 10/16 | 2,756.85 | 10/27 | 21,878.80 |
| 10/04 | 6,013.44 | 10/17 | 2,674.80 | 10/30 | 21,284.01 |
| 10/05 | 41,013.44 | 10/18 | 16,434.80 | 10/31 | 1,574.01 |
| 10/06 | 29,013.44 | 10/19 | 16,029.28 | | |

This page intentionally left blank

# Check images

**Account number: 4830 8260 9499**

Check number: 1209 | Amount: $3,000.00




Check number: 1210 | Amount: $2,240.00




Check number: 1213 | Amount: $3,000.00




Check number: 1220 | Amount: $3,000.00




Check number: 1231 | Amount: $2,000.00




Check number: 1232 | Amount: $3,000.00



This page intentionally left blank

BANK OF AMERICA

P.O. Box 15284
Wilmington, DE 19850

Business Advantage

**Customer service information**

1.888.BUSINESS (1.888.287.4637)

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

CAR BUYERS NYC INC.
180 MICHAEL DR
SYOSSET, NY 11791-5328

# Your Business Advantage Relationship Banking

for November 1, 2023 to November 30, 2023

Account number: 4830 8260 9499

**CAR BUYERS NYC INC.**

## Account summary

| | |
|---|---|
| Beginning balance on November 1, 2023 | $1,574.01 |
| Deposits and other credits | 31,800.00 |
| Withdrawals and other debits | -15,610.00 |
| Checks | -16,000.00 |
| Service fees | -15.00 |
| **Ending balance on November 30, 2023** | **$1,749.01** |

# of deposits/credits: 3

# of withdrawals/debits: 25

# of items-previous cycle[1]: 6

# of days in cycle: 30

Average ledger balance: $12,305.01

[1]*Includes checks paid, deposited items and other debits*

Can you spot a scam? Be aware of these common red flags:

Contacted unexpectedly and asked for sensitive information

Pressured to act immediately

Asked to provide codes or click links to verify information

Share these tips with friends and family so they can help protect themselves

Scan this code or visit **bofa.com/HelpProtectYourself** to see trending scams

When you use the QRC feature certain information is collected from your mobile device for business purposes.

SSM-02-23-0079.B | 5449173

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2023 Bank of America Corporation

**Bank of America, N.A. Member FDIC and Equal Housing Lender**

## Deposits and other credits

| Date | Description | Amount |
|---|---|---|
| 11/01/23 | WIRE TYPE:WIRE IN DATE: 231101 TIME:1239 ET TRN:2023110100384665 SEQ:G0133053081601/394979 ORIG:MICHAEL KIETH LAURIE ID:000075839839 SND BK:C ITIBANK, N.A. ID:0008 PMT DET:MICHAEL KIETH LAURIE ANGILLA LAURIE | 26,000.00 |
| 11/20/23 | WIRE TYPE:WIRE IN DATE: 231120 TIME:1835 ET TRN:2023112000573298 SEQ:G0133244499801/020737 ORIG:MICHAEL KIETH LAURIE ID:000075839839 SND BK:C ITIBANK, N.A. ID:021000089 PMT DET:MICHAEL KIETH L AURIE ANGILLA LAURIE | 5,300.00 |
| 11/30/23 | Online Banking transfer from CHK 6406 Confirmation# 4838136660 | 500.00 |
| **Total deposits and other credits** | | **$31,800.00** |

## Withdrawals and other debits

| Date | Description | Amount |
|---|---|---|
| 11/01/23 | Online Banking transfer to CHK 6406 Confirmation# 4985689327 | -2,400.00 |
| 11/01/23 | AMERICAN EXPRESS DES:ACH PMT ID:M2268 INDN:Sara Deo CO ID:1133133497 CCD | -500.00 |
| 11/02/23 | Online Banking transfer to CHK 9677 Confirmation# 5092746643 | -200.00 |
| 11/06/23 | Online Banking transfer to CHK 9486 Confirmation# 4418502536 | -1,400.00 |
| 11/15/23 | Online Banking transfer to CHK 9486 Confirmation# 4404729775 | -400.00 |
| 11/16/23 | Online Banking transfer to CHK 9677 Confirmation# 4117566326 | -2,400.00 |
| 11/17/23 | Online Banking transfer to CHK 6406 Confirmation# 5026571856 | -300.00 |
| 11/20/23 | CITI CARD ONLINE DES:PAYMENT ID:421227191443004 INDN:ANTHONY DEO CO ID:CITICTP WEB | -1,000.00 |
| 11/21/23 | Online Banking transfer to CHK 9486 Confirmation# 4456672502 | -700.00 |
| 11/21/23 | AMERICAN EXPRESS DES:ACH PMT ID:W5650 INDN:Sara Deo CO ID:1133133497 CCD | -1,000.00 |
| 11/21/23 | WELLS FARGO CARD DES:CCPYMT ID:90496421727177 INDN:DEO ANTHONY CO ID:3411650794 WEB | -500.00 |
| 11/22/23 | LIPA DES:ONLINE PAY ID:0397900545 INDN:SARA DEO CO ID:1563585001 WEB | -1,000.00 |
| 11/24/23 | Online Banking transfer to CHK 6406 Confirmation# 4975854549 | -700.00 |
| 11/24/23 | Online Banking transfer to CHK 9486 Confirmation# 4175859098 | -200.00 |

*continued on the next page*

BUSINESS ADVANTAGE

View your key business metrics all in one place.

Track the trends that matter most to your business, from cash flow and expense management to accounting and payroll data, all within Business Advantage 360.[1]

**To learn more, visit bankofamerica.com/ConnectedApps** or just scan this code.

When you use the QRC feature, certain information is collected from your mobile device for business purposes.

[1] You must be enrolled in Business Advantage 360, our small business online banking, or Mobile Banking to use Cash Flow Monitor and Connected Apps, and have an eligible Bank of America® small business deposit account. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

SSM-08-22-0108.B | 4878896

## Withdrawals and other debits - continued

| Date | Description | Amount |
|---|---|---|
| 11/28/23 | Online Banking transfer to CHK 9486 Confirmation# 4316791882 | -400.00 |
| 11/29/23 | CONT FINANCE DES:PAYBYPHONE ID:043000091933740 INDN:deo sara CO ID:9044036525 TEL | -10.00 |
| 11/30/23 | Online Banking transfer to CHK 9486 Confirmation# 4838133725 | -2,500.00 |
| **Total withdrawals and other debits** | | **-$15,610.00** |

## Checks

| Date | Check # | Amount |
|---|---|---|
| 11/03/23 | 1203 | -2,000.00 |
| 11/03/23 | 1204 | -3,000.00 |
| 11/10/23 | 1211* | -3,000.00 |
| 11/10/23 | 1212 | -2,000.00 |
| 11/20/23 | 1216* | -3,000.00 |
| 11/27/23 | 1217 | -3,000.00 |
| **Total checks** | | **-$16,000.00** |
| **Total # of checks** | | **6** |

* *There is a gap in sequential check numbers*

## Service fees

**Your Overdraft and NSF: Returned Item fees for this statement period and year to date are shown below.**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft fees | $0.00 | $70.00 |
| Total NSF: Returned Item fees | $0.00 | $0.00 |

We refunded to you a total of $30.00 in fees for Overdraft and/or NSF: Returned Items this year.

**We want to help you avoid overdraft fees. Here are a few ways to manage your account and stay on top of your balance:**

- Enroll in Balance Connect™ for overdraft protection through Online or Mobile Banking to help save on overdraft fees and cover your payments and purchases by automatically transferring money from your linked backup accounts when needed.
- Sign up for Alerts (footnote 1) to get an email or text message when your balance becomes low

Please call us or visit us if you have any questions or to discuss your options.

(footnote 1) You may elect to receive alerts via text or email. Bank of America does not charge for this service but your mobile carrier's message and data rates may apply. Delivery of alerts may be affected or delayed by your mobile carrier's coverage.

The Monthly Fee on your primary Business Advantage Relationship Banking account was waived for the statement period ending 10/31/23. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

✓ $15,000+ combined average monthly balance in linked business accounts has been met

✓ Become a member of Preferred Rewards for Business has been met

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|---|---|---|
| 11/01/23 | Cash Deposit Processing | -15.00 |
| 11/01/23 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | -0.00 |
| **Total service fees** | | **-$15.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 11/01 | 24,659.01 | 11/16 | 10,259.01 | 11/24 | 7,159.01 |
| 11/02 | 24,459.01 | 11/17 | 9,959.01 | 11/27 | 4,159.01 |
| 11/03 | 19,459.01 | 11/20 | 11,259.01 | 11/28 | 3,759.01 |
| 11/06 | 18,059.01 | 11/21 | 9,059.01 | 11/29 | 3,749.01 |
| 11/10 | 13,059.01 | 11/22 | 8,059.01 | 11/30 | 1,749.01 |
| 11/15 | 12,659.01 | | | | |

This page intentionally left blank

BANK OF AMERICA

CAR BUYERS NYC INC. | Account # 4830 8260 9499 | November 1, 2023 to November 30, 2023

# Check images

**Account number: 4830 8260 9499**

Check number: 1203 | Amount: $2,000.00



CAR BUYERS NYC INC. 1203

Date 11/3/23

Pay To The Order Of Jones, Little & Company $ 2000.00/xx

Two thousand 00/xx Dollars

BANK OF AMERICA

For

⑈001203⑈ ⑆021000322⑆ 483082609499⑈

Check number: 1204 | Amount: $3,000.00



CAR BUYERS NYC INC. 1204

Date 11/3/23

Pay To The Order Of Harry Thomasson $ 3000.00/xx

Three thousand .00/xx Dollars

BANK OF AMERICA

For

⑈001204⑈ ⑆021000322⑆ 483082609499⑈

Check number: 1211 | Amount: $3,000.00



CAR BUYERS NYC INC. 1211

Date 11-9-23

Pay To The Order Of Harry Thomasson $ 3000.00/xx

Three thousand 00/xx Dollars

BANK OF AMERICA

For

⑈001211⑈ ⑆021000322⑆ 483082609499⑈

Check number: 1212 | Amount: $2,000.00



CAR BUYERS NYC INC. 1212

Date 11-10-23

Pay To The Order Of Jones Little & Co $ 2000.00/xx

Two thousand 00/xx Dollars

BANK OF AMERICA

For

⑈001212⑈ ⑆021000322⑆ 483082609499⑈

Check number: 1216 | Amount: $3,000.00



CAR BUYERS NYC INC. 1216

Date 11-18-23

Pay To The Order Of Harry Thomasson $ 3000.00/xx

Three thousand 00/xx Dollars

BANK OF AMERICA

For

⑈001216⑈ ⑆021000322⑆ 483082609499⑈

Check number: 1217 | Amount: $3,000.00



CAR BUYERS NYC INC. 1217

Date 11-25-23

Pay To The Order Of Harry Thomasson $ 3000.00/xx

Three thousand 00/xx Dollars

BANK OF AMERICA

For

⑈001217⑈ ⑆021000322⑆ 483082609499⑈

This page intentionally left blank

BANK OF AMERICA

P.O. Box 15284
Wilmington, DE 19850

Business Advantage

**Customer service information**

1.888.BUSINESS (1.888.287.4637)

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

CAR BUYERS NYC INC.
180 MICHAEL DR
SYOSSET, NY 11791-5328

# Your Business Advantage Relationship Banking

for December 1, 2023 to December 31, 2023

Account number: 4830 8260 9499

**CAR BUYERS NYC INC.**

## Account summary

| | |
|---|---|
| Beginning balance on December 1, 2023 | $1,749.01 |
| Deposits and other credits | 22,165.00 |
| Withdrawals and other debits | -17,721.14 |
| Checks | -4,150.00 |
| Service fees | -39.95 |
| **Ending balance on December 31, 2023** | **$2,002.92** |

# of deposits/credits: 10

# of withdrawals/debits: 29

# of items-previous cycle[1]: 6

# of days in cycle: 31

Average ledger balance: $1,922.33

[1]*Includes checks paid, deposited items and other debits*

BANK OF AMERICA BUSINESS ADVANTAGE

Join the Bank of America® Advisory Panel

Have your opinion heard. As a member of our Advisory Panel, you can influence the way Bank of America does business — so we can better support business owners like you.

Enter code **SBDD** at **bankofamerica.com/AdvisoryPanel** to learn more and join.

Inclusion on the Advisory Panel subject to qualifications.

SSM-01-23-2557.B | 5421173

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2023 Bank of America Corporation

Bank of America, N.A. Member FDIC and Equal Housing Lender

## Deposits and other credits

| Date | Description | Amount |
|---|---|---|
| 12/01/23 | WIRE TYPE:WIRE IN DATE: 231201 TIME:1023 ET TRN:2023120100376977 SEQ:G0133353983801/433664 ORIG:MICHAEL KIETH LAURIE ID:000075839839 SND BK:C ITIBANK, N.A. ID:0008 PMT DET:MICHAEL KIETH LAURIE ANGILLA LAURIE | 11,500.00 |
| 12/11/23 | CLAIMS PROCESSING TRANSACTION | 1,150.00 |
| 12/12/23 | Counter Credit | 4,000.00 |
| 12/12/23 | Online Banking transfer from CHK 9677 Confirmation# 4539437452 | 40.00 |
| 12/13/23 | Online Banking transfer from CHK 9486 Confirmation# 4446085862 | 1,500.00 |
| 12/18/23 | Online Banking transfer from CHK 9486 Confirmation# 4173001488 | 1,000.00 |
| 12/20/23 | Online Banking transfer from CHK 9486 Confirmation# 5010011159 | 500.00 |
| 12/20/23 | Online Banking transfer from CHK 9486 Confirmation# 4707605321 | 150.00 |
| 12/21/23 | Online Banking transfer from CHK 9486 Confirmation# 5016279632 | 100.00 |
| 12/27/23 | WIRE TYPE:WIRE IN DATE: 231227 TIME:1843 ET TRN:2023122700591827 SEQ:G0133616551901/020977 ORIG:DLA CAPITAL PARTNERS INC. ID:006796577047 SND BK:CITIBANK, N.A. ID:021000089 PMT DET:DLA CAP ITAL PARTNERS INC. | 2,225.00 |
| **Total deposits and other credits** | | **$22,165.00** |

## Withdrawals and other debits

| Date | Description | Amount |
|---|---|---|
| 12/01/23 | Online Banking transfer to CHK 9486 Confirmation# 4647809779 | -800.00 |
| 12/01/23 | APPLECARD GSBANK DES:PAYMENT ID:8388729 INDN:Anthony Deo CO ID:9999999999 WEB | -649.00 |
| 12/04/23 | Online Banking transfer to CHK 9486 Confirmation# 4153118144 | -50.00 |
| 12/04/23 | AMERICAN EXPRESS DES:ACH PMT ID:A9694 INDN:Sara Deo CO ID:3133133497 CCD | -40.00 |
| 12/05/23 | Online Banking transfer to CHK 9486 Confirmation# 4377608736 | -400.00 |
| 12/05/23 | FAY SERVICING DES:ACH PMTS ID:0000229785 INDN:SARA RAHMAN CO ID:9412277737 WEB | -5,592.38 |

*continued on the next page*

BANK OF AMERICA BUSINESS ADVANTAGE

Fraud prevention:
**We're here to help**

- **Update your contact information** so we can reach you if we suspect fraud.
- **Set up alerts**[1] in our Mobile Banking app[2] so we can reach you quickly if we see anything suspicious.
- **Report suspicious activity** right away.

Learn more about fraud and scam prevention in our Business Security Center at **bankofamerica.com/securitybusiness**.

[1] You may elect to receive alerts via text or email. Bank of America does not charge for this service but your mobile carrier's message and data rates may apply. Delivery of alerts may be affected or delayed by your mobile carrier's coverage. [2] Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.
SSM-01-23-2588.B | 5422885

## Withdrawals and other debits - continued

| Date | Description | Amount |
|---|---|---|
| 12/06/23 | APPLECARD GSBANK DES:PAYMENT ID:8388729 INDN:Anthony Deo CO ID:9999999999 WEB | -674.31 |
| 12/07/23 | LIPA DES:ONLINE PAY ID:0143600443 INDN:SARA RAHMAN CO ID:1563585001 WEB | -87.45 |
| 12/08/23 | Online Banking transfer to CHK 9677 Confirmation# 4906883808 | -1,800.00 |
| 12/12/23 | Online Banking transfer to CHK 9486 Confirmation# 5041189407 | -400.00 |
| 12/12/23 | Online Banking transfer to CHK 9486 Confirmation# 4541444578 | -3,500.00 |
| 12/13/23 | APPLECARD GSBANK DES:PAYMENT ID:8388729 INDN:Anthony Deo CO ID:9999999999 WEB | -1,000.00 |
| 12/13/23 | GMCARD GSBANK DES:PAYMENT ID:10398786 INDN:Anthony D Deo CO ID:8888888888 WEB | -603.00 |
| 12/13/23 | APPLECARD GSBANK DES:PAYMENT ID:8388729 INDN:Anthony Deo CO ID:9999999999 WEB | -150.00 |
| 12/18/23 | APPLECARD GSBANK DES:PAYMENT ID:8388729 INDN:Anthony Deo CO ID:9999999999 WEB | -800.00 |
| 12/19/23 | WELLS FARGO CARD DES:CCPYMT ID:90496421727177 INDN:DEO ANTHONY CO ID:3411650794 WEB | -200.00 |
| 12/21/23 | APPLECARD GSBANK DES:PAYMENT ID:8388729 INDN:Anthony Deo CO ID:9999999999 WEB | -500.00 |
| 12/21/23 | CITI CARD ONLINE DES:PAYMENT ID:421253904162663 INDN:ANTHONY DEO CO ID:CITICTP WEB | -100.00 |
| 12/22/23 | CHASE CREDIT CRD DES:EPAY ID:7185493781 INDN:ANTHONY DEO CO ID:5760039224 WEB | -100.00 |
| 12/26/23 | Online Banking transfer to CHK 9486 Confirmation# 4434398961 | -50.00 |
| 12/29/23 | Online Banking transfer to CHK 9486 Confirmation# 4185653595 | -200.00 |
| 12/29/23 | Online Banking transfer to SAV 5021 Confirmation# 4785656521 | -5.00 |
| 12/29/23 | Online Banking transfer to SAV 5429 Confirmation# 4285661962 | -5.00 |
| 12/29/23 | Online Banking transfer to SAV 5652 Confirmation# 4785664675 | -5.00 |
| 12/29/23 | CONT FINANCE DES:PAYBYPHONE ID:043000096063494 INDN:deo sara CO ID:9044036525 TEL | -10.00 |
| **Total withdrawals and other debits** | | **-$17,721.14** |

## Checks

| Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|
| 12/08/23 | 1103 | -1,150.00 | 12/04/23 | 1218* | -3,000.00 |
| | | | **Total checks** | | **-$4,150.00** |
| | | | **Total # of checks** | | **2** |

* *There is a gap in sequential check numbers*

## Service fees

**Your Overdraft and NSF: Returned Item fees for this statement period and year to date are shown below.**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft fees | $10.00 | $80.00 |
| Total NSF: Returned Item fees | $0.00 | $0.00 |

We refunded to you a total of $30.00 in fees for Overdraft and/or NSF: Returned Items this year.

**We want to help you avoid overdraft fees. Here are a few ways to manage your account and stay on top of your balance:**

- Enroll in Balance Connect™ for overdraft protection through Online or Mobile Banking to help save on overdraft fees and cover your payments and purchases by automatically transferring money from your linked backup accounts when needed.
- Sign up for Alerts (footnote 1) to get an email or text message when your balance becomes low

Please call us or visit us if you have any questions or to discuss your options.

(footnote 1) You may elect to receive alerts via text or email. Bank of America does not charge for this service but your mobile carrier's message and data rates may apply. Delivery of alerts may be affected or delayed by your mobile carrier's coverage.

Based on the activity on your business accounts for the statement period ending 11/30/23, a Monthly Fee was charged for your primary Business Advantage Relationship Banking account. You can avoid the fee in the future by meeting one of the requirements below:

- $15,000+ combined average monthly balance in linked business accounts
- Become a member of Preferred Rewards for Business

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|---|---|---|
| 12/01/23 | Monthly Fee Business Adv Relationship | -29.95 |
| 12/08/23 | OVERDRAFT ITEM FEE FOR ACTIVITY OF 12-08 | -10.00 |
| **Total service fees** | | **-$39.95** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 12/01 | 11,770.06 | 12/11 | 115.92 | 12/21 | 152.92 |
| 12/04 | 8,680.06 | 12/12 | 255.92 | 12/22 | 52.92 |
| 12/05 | 2,687.68 | 12/13 | 2.92 | 12/26 | 2.92 |
| 12/06 | 2,013.37 | 12/18 | 202.92 | 12/27 | 2,227.92 |
| 12/07 | 1,925.92 | 12/19 | 2.92 | 12/29 | 2,002.92 |
| 12/08 | -1,034.08 | 12/20 | 652.92 | | |

This page intentionally left blank

# Check images

**Account number: 4830 8260 9499**

Check number: 1103 | Amount: $1,150.00


CAR BUYERS NYC INC.
1103
DATE 12/04/2023
PAY TO THE ORDER OF TRUTH IN GAMES $ 1150. xx/100
ONE THOUSAND ONE HUNDRED and FIFTY and xx/100 DOLLARS
BANK OF AMERICA
FOR
⑈001103⑈ ⑆021000322⑆ 483082609499⑈

Check number: 1218 | Amount: $3,000.00


CAR BUYERS NYC INC.
1218
Date 12/02/23
Pay To The Order Of Harry R. Thompson $ 3,000.00
Three thousand dollars Dollars
BANK OF AMERICA
For
⑈001218⑈ ⑆021000322⑆ 483082609499⑈

This page intentionally left blank