EXHIBIT "25"

# Business Loan - COVER PAGE

## Application for Term Loan

(This document was automatically created by the Business Loan Platform)

| | |
|---|---|
| Customer Name | NORTHSHORE MOTOR LEASING LLC |
| Application # | 2388 |
| Core Account / Note # | Term:None / Note:None |
| Officer Name and Num | 43 Customer Service |
| Optima Date | Mon, 20 Mar 2023 |
| Application Status | ACCEPTED |
| Assigned Banker Name | Robert Puccio |
| Assigned Branch Name | BB - Digital (780) |
| Primary Applicant Name | ANTHONY DEO |
| Application Source | Web Customer App |

## CONTENTS

Date approved 3/17/2023
Thomas Clemens
Stephen Molfetta

1. Application Summary

Loan Type: Term Loan
Loan Amount: $500,000
Interest Rate: Prime - 1.47

# Application Details

## Application for Term Loan

Mon Mar 20 11:19:04 2023

(This document was automatically created by the Business Loan Platform)

| | |
|---|---|
| App ID | 2388 |
| Status | Closing Review |
| Company Name (CIS#) | NORTHSHORE MOTOR LEASING LLC (None) |
| Time in Business (months) | 64 |
| Impacted by COVID | Yes |
| Entity Type | LLC |
| Received EIDL Loan | No |
| Total Monthly Debt Payments (self reported) | $0.00 |
| Net Income (self reported) | $114,555.00 |
| Annual Revenue (self reported) | $16,863,073.00 |
| Date Established (from application) | 11/01/2017 |
| Received PPP Loan | Yes |
| Actual Net Income to Principal Payments (including proposed) | -2.11 |
| Date Established (on record) | |
| Interest Coverage (applicant reported, does not include proposed debt) | 1.74 |
| Actual Net Income to Principal Payments (applicant reported) | |
| Total Interest Expense (self reported) | $154,313.00 |
| Amount Requested | $500,000 |
| Capped Offer Amount | $500,000 |
| Loan Purpose | Growth/Business Expansion |
| NAICS code | 441120 |
| NAICS source | Web Form |
| DUNS # | |
| Address | 180 MICHAEL DR NORTHSHORE MOTORS |
| | SYOSSET NY 11791 |
| Phone | 5165091668 |
| Tax ID | |
| Address/Phone modified during application | No |
| Joint Intent Application | No |
| | |
| Applicant Name (CIS#) | ANTHONY DEO (None) |
| Title | None |

| | |
|---|---|
| Email | ANTHONYD@NORTHSHOREMOTORS1.COM |
| Original Applicant | Yes |
| Authorized Credit Check | Yes |
| Ownership | 100% |
| Title | COO |
| ID Type | |
| ID Number | |
| ID Issuing Location | |
| ID Issue Date | |
| ID Expiration Date | |
| Owner Net Worth | $8,457,000.00 |
| Address | 3 Saddle Ridge RD |
| | OLD WESTBURY NY 11568 |
| Phone | 5165091668 |
| SSN | 119766492 |
| Address/Phone modified during application | No |
| | |
| Offer Type | Term Loan |
| Amount Requested | $ 500,000.00 |
| Amount Approved | $ 500,000.00 |
| Term (mths) | 60 |
| Rate | 6.28% |
| Payment | $ 9,731.63 |
| Funding Amount | $ 500,000.00 |
| Multi-applicant | No |
| SBA | No |
| Collateral | No |
| Flood Zone | No |
| Created | Fri, 17 Mar 2023 16:22:43 |
| Status | Signed |
| Loan Acct # | None |
| Date Processed to Core | N/A |
| | |
| NORTHSHORE MOTOR LEASING LLC Core ID | None |
| ANTHONY DEO Core ID | None |
| Account to Fund # | None |
| | |

## OWNERSHIP SECTION

| Name | Title | Type | Ownership % |
|---|---|---|---|
| ANTHONY DEO | COO | Primary Owner | 100.00 |

## ELIGIBILITY SECTION

Eligibility is not available for this product

DocuSign

## Certificate Of Completion

Envelope Id: 160ADA4519A449BCA124373FDC14C080
Subject: Term Loan for NORTHSHORE MOTOR LEASING LLC
b2b_loan_number:
loan_customer_name:
Source Envelope:
Document Pages: 47
Certificate Pages: 5
AutoNav: Enabled
EnvelopeId Stamping: Enabled
Time Zone: (UTC-08:00) Pacific Time (US & Canada)

Signatures: 7
Initials: 0

Status: Completed

Envelope Originator:
PayrollProtectionAdmin@flushingbank.com
260E RXR Plaza
Uniondale, NY 11556
PayrollProtectionAdmin@flushingbank.com
IP Address: 156.55.203.250

## Record Tracking

| Status | Holder | Location |
|---|---|---|
| Status: Original<br>3/17/2023 1:35:17 PM | Holder: PayrollProtectionAdmin@flushingbank.com<br>PayrollProtectionAdmin@flushingbank.com | Location: DocuSign |

| Signer Events | Signature | Timestamp |
|---|---|---|
| ANTHONY DEO<br>ANTHONYD@NORTHSHOREMOTORS1.COM<br>Coo<br>Security Level:<br>.None<br>ID: 778f64e7-e648-4538-a964-9940bb4ca091<br>3/17/2023 1:37:44 PM, Access Code<br>**Electronic Record and Signature Disclosure:**<br>Accepted: 3/17/2023 1:38:12 PM<br>ID: a4ac222f-e70a-4cb9-bd54-c2b671b22926 | DocuSigned by:<br>[signature]<br>145CA72B158541A<br>Signature Adoption: Drawn on Device<br>Using IP Address: 71.183.224.33<br>Signed using mobile | Sent: 3/17/2023 1:35:23 PM<br>Viewed: 3/17/2023 1:38:12 PM<br>Signed: 3/17/2023 1:40:41 PM |
| Tom Clemens<br>SmallLoanAdmin@flushingbank.com<br>Sr. Vice President<br>Security Level: Email, Account Authentication (None), Access Code<br>**Electronic Record and Signature Disclosure:**<br>Accepted: 3/20/2023 8:17:38 AM<br>ID: 99ad2b65-96d9-4b61-9764-7c5781bc6a58 | DocuSigned by:<br>Tom Clemens<br>F3EF7C36E45F464...<br>Signature Adoption: Pre-selected Style<br>Using IP Address: 76.191.42.68 | Sent: 3/17/2023 1:40:45 PM<br>Viewed: 3/20/2023 8:17:38 AM<br>Signed: 3/20/2023 8:18:18 AM |

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|
| Default User<br>smallloanadmin@flushingbank.com<br>Sr. Vice President<br>Security Level: Email, Account Authentication (None)<br>**Electronic Record and Signature Disclosure:** | COPIED | Sent: 3/17/2023 1:35:24 PM |

| Carbon Copy Events | Status | Timestamp |
|---|---|---|
| Accepted: 3/20/2023 8:17:38 AM<br>ID: 99ad2b65-96d9-4b61-9764-7c5781bc6a58 | | |

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 3/17/2023 1:35:24 PM |
| Certified Delivered | Security Checked | 3/20/2023 8:17:38 AM |
| Signing Complete | Security Checked | 3/20/2023 8:18:18 AM |
| Completed | Security Checked | 3/20/2023 8:18:18 AM |

| Payment Events | Status | Timestamps |
|---|---|---|

**Electronic Record and Signature Disclosure**

**ELECTRONIC RECORD AND SIGNATURE DISCLOSURE**

From time to time, Flushing Bank (we, us or Company) may be required by law to provide to you certain written notices or disclosures. Described below are the terms and conditions for providing to you such notices and disclosures electronically through the DocuSign system. Please read the information below carefully and thoroughly, and if you can access this information electronically to your satisfaction and agree to this Electronic Record and Signature Disclosure (ERSD), please confirm your agreement by selecting the check-box next to 'I agree to use electronic records and signatures' before clicking 'CONTINUE' within the DocuSign system.

**Getting paper copies**

At any time, you may request from us a paper copy of any record provided or made available electronically to you by us. You will have the ability to download and print documents we send to you through the DocuSign system during and immediately after the signing session and, if you elect to create a DocuSign account, you may access the documents for a limited period of time (usually 30 days) after such documents are first sent to you. After such time, if you wish for us to send you paper copies of any such documents from our office to you, you will be charged a $0.00 per-page fee. You may request delivery of such paper copies from us by following the procedure described below.

**Withdrawing your consent**

If you decide to receive notices and disclosures from us electronically, you may at any time change your mind and tell us that thereafter you want to receive required notices and disclosures only in paper format. How you must inform us of your decision to receive future notices and disclosure in paper format and withdraw your consent to receive notices and disclosures electronically is described below.

**Consequences of changing your mind**

If you elect to receive required notices and disclosures only in paper format, it will slow the speed at which we can complete certain steps in transactions with you and delivering services to you because we will need first to send the required notices or disclosures to you in paper format, and then wait until we receive back from you your acknowledgment of your receipt of such paper notices or disclosures. Further, you will no longer be able to use the DocuSign system to receive required notices and consents electronically from us or to sign electronically documents from us.

**All notices and disclosures will be sent to you electronically**

Unless you tell us otherwise in accordance with the procedures described herein, we will provide electronically to you through the DocuSign system all required notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you during the course of our relationship with you. To reduce the chance of you inadvertently not receiving any notice or disclosure, we prefer to provide all of the required notices and disclosures to you by the same method and to the same address that you have given us. Thus, you can receive all the disclosures and notices electronically or in paper format through the paper mail delivery system. If you do not agree with this process, please let us know as described below. Please also see the paragraph immediately above that describes the consequences of your electing not to receive delivery of the notices and disclosures electronically from us.

**How to contact Flushing Bank:**

You may contact us to let us know of your changes as to how we may contact you electronically, to request paper copies of certain information from us, and to withdraw your prior consent to receive notices and disclosures electronically as follows:
To contact us by email send messages to: PayrollProtectionAdmin@flushingbank.com

**To advise Flushing Bank of your new email address**

To let us know of a change in your email address where we should send notices and disclosures electronically to you, you must send an email message to us at PayrollProtectionAdmin@flushingbank.com and in the body of such request you must state: your previous email address, your new email address. We do not require any other information from you to change your email address.

If you created a DocuSign account, you may update it with your new email address through your account preferences.

**To request paper copies from Flushing Bank**

To request delivery from us of paper copies of the notices and disclosures previously provided by us to you electronically, you must send us an email to PayrollProtectionAdmin@flushingbank.com and in the body of such request you must state your email address, full name, mailing address, and telephone number. We will bill you for any fees at that time, if any.

**To withdraw your consent with Flushing Bank**

To inform us that you no longer wish to receive future notices and disclosures in electronic format you may:

i. decline to sign a document from within your signing session, and on the subsequent page, select the check-box indicating you wish to withdraw your consent, or you may;

ii. send us an email to PayrollProtectionAdmin@flushingbank.com and in the body of such request you must state your email, full name, mailing address, and telephone number. We do not need any other information from you to withdraw consent.. The consequences of your withdrawing consent for online documents will be that transactions may take a longer time to process..

**Required hardware and software**

The minimum system requirements for using the DocuSign system may change over time. The current system requirements are found here: https://support.docusign.com/guides/signer-guide-signing-system-requirements.

**Acknowledging your access and consent to receive and sign documents electronically**

To confirm to us that you can access this information electronically, which will be similar to other electronic notices and disclosures that we will provide to you, please confirm that you have read this ERSD, and (i) that you are able to print on paper or electronically save this ERSD for your future reference and access; or (ii) that you are able to email this ERSD to an email address where you will be able to print on paper or save it for your future reference and access. Further, if you consent to receiving notices and disclosures exclusively in electronic format as described herein, then select the check-box next to 'I agree to use electronic records and signatures' before clicking 'CONTINUE' within the DocuSign system.

By selecting the check-box next to 'I agree to use electronic records and signatures', you confirm that:

- You can access and read this Electronic Record and Signature Disclosure; and
- You can print on paper this Electronic Record and Signature Disclosure, or save or send this Electronic Record and Disclosure to a location where you can print it, for future reference and access; and
- Until or unless you notify Flushing Bank as described above, you consent to receive exclusively through electronic means all notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you by Flushing Bank during the course of your relationship with Flushing Bank.

# STATE OF NEW YORK

# DEPARTMENT OF STATE

I hereby certify that the annexed copy has been compared with the original document in the custody of the Secretary of State and that the same is true copy of said original.

WITNESS my hand and official seal of the Department of State, at the City of Albany, on November 01, 2017.

Brendan W. Fitzgerald
Executive Deputy Secretary of State

Rev. 06/07

# ARTICLES OF ORGANIZATION
# OF
# Northshore Motor Leasing LLC

Under Section 203 of the Limited Liability Company Law

**FIRST:** The name of the limited liability company is:

**Northshore Motor Leasing LLC**

**SECOND:** The county, within this state, in which the office of the limited liability company is to be located is NASSAU.

**THIRD:** The Secretary of State is designated as agent of the limited liability company upon whom process against it may be served. The address within or without this state to which the Secretary of State shall mail a copy of any process against the limited liability company served upon him or her is:

NORTHSHORE MOTOR LEASING LLC
180 MICHAEL DRIVE
SYOSSET, NY 11791

I certify that I have read the above statements, I am authorized to sign these Articles of Organization, that the above statements are true and correct to the best of my knowledge and belief and that my signature typed below constitutes my signature.

JOHN BROCCO, ORGANIZER (signature)

JOHN BROCCO , ORGANIZER
PO BOX 53
NEW HYDE PARK, NY 11040

**Filed by:**
JOHN BROCCO
PO BOX 53
NEW HYDE PARK, NY 11040

**FILED WITH THE NYS DEPARTMENT OF STATE ON: 11/01/2017**
**FILE NUMBER: 171101010212; DOS ID: 5227652**

DIVISION OF CORPORATIONS AND STATE RECORDS ALBANY, NY 12231-0001

ONLINE FILING RECEIPT

==========================================================================

ENTITY NAME: NORTHSHORE MOTOR LEASING LLC

DOCUMENT TYPE: ARTICLES OF ORGANIZATION (DOM. LLC) COUNTY: NASS

==========================================================================

FILED:11/01/2017 DURATION:********** CASH#:171101010212 FILE#:171101010212
DOS ID:5227652

FILER:

JOHN BROCCO
PO BOX 53
NEW HYDE PARK, NY 11040

EXIST DATE

11/01/2017

ADDRESS FOR PROCESS:

NORTHSHORE MOTOR LEASING LLC
180 MICHAEL DRIVE
SYOSSET, NY 11791

REGISTERED AGENT:

The limited liability company is required to file a Biennial Statement with the Department of State every two years pursuant to Limited Liability Company Law Section 301. Notification that the Biennial Statement is due will only be made via email. Please go to www.email.ebiennial.dos.ny.gov to provide an email address to receive an email notification when the Biennial Statement is due.

==========================================================================

SERVICE COMPANY: ** NO SERVICE COMPANY **
SERVICE CODE: 00

| | | | |
|---|---|---|---|
| FEE: | 210.00 | PAYMENTS | 210.00 |
| FILING: | 200.00 | CHARGE | 210.00 |
| TAX: | 0.00 | DRAWDOWN | 0.00 |
| PLAIN COPY: | 0.00 | | |
| CERT COPY: | 10.00 | | |
| CERT OF EXIST: | 0.00 | | |

==========================================================================

DOS-1025 (04/2007)

Authentication Number: 1711010197 To verify the authenticity of this document you may access the Division of Corporation's Document Authentication Website at

OPERATING AGREEMENT
FOR

# NORTHSHORE MOTOR LEASING LLC

A LIMITED LIABILITY COMPANY

## ARTICLE I
## Company Formation

1.1. **FORMATION.** The Members have formed a Limited Liability Company ("Company") according to the laws of the state in which the Company was formed. This operating agreement is entered into and effective as of the date it is adopted by the members.

1.2. **REGISTERED AGENT**. The name and location of the Company's registered agent will be stated in the company's formation documents.

1.3. **TERM.** The Company will continue perpetually unless, (a) Members whose capital interest as defined in Article 2.2 exceeds 50 percent vote for dissolution; or (b) Any event which causes the Company's business to become unlawful; or (c) The death, resignation, expulsion, bankruptcy,retirement of a Member or the occurrence of any other event that terminates the continued membership of a Member of the Company; or (d) Any other event causing dissolution of the Company under applicable state laws.

1.4. **CONTINUANCE OF COMPANY.** In the event of an occurrence described in ARTICLE 1.3(c), if there are at least two remaining Members, those Members have the right to continue the business of the Company. This right can be exercised only by the unanimous vote of the remaining Members within ninety (90) days after the occurrence of an event described in ARTICLE 1.3(c). If not exercised, the right of the Members to continue the business of the Company will expire.

1.5. **BUSINESS PURPOSE**. The Company will conduct any lawful business deemed appropriate in
carrying out the company's objectives.

1.6. **PRINCIPAL PLACE OF BUSINESS.** The Company's principal place of business will be 180 MICHAEL DRIVE, SYOSSET NY 11791

1.7. **THE MEMBERS.** The name and residential address of each member are listed in Exhibit 2 attached to this Agreement.

1.8. **ADMISSION OF ADDITIONAL MEMBERS**. Additional members may only be admitted to the Company through a Certificate of New Membership issuance by the company of new interest in the Company or as otherwise provided in this agreement.

ARTICLE II
Capital Contributions
2.1. **INITIAL CONTRIBUTIONS.** The Members will initially contribute capital to the Company, as described in Exhibit 3 attached to this Agreement. The agreed total value of such property and cash is $100,000.00

2.2. **ADDITIONAL CONTRIBUTIONS.** Except as provided in ARTICLE 6.2, no Member will be obligated to make any additional contribution to the Company's capital.

ARTICLE III
Profits, Losses and Distributions
3.1. **PROFITS/LOSSES.** For financial accounting and tax purposes, the Company's net profits or net losses will be determined on an annual basis. These profits and losses will be allocated to the Members in proportion to each Member's capital interest in the Company as set forth in Exhibit 2 as amended and in accordance with Treasury Regulation 1.704-1.
3.2. DISTRIBUTIONS. The Members will determine and distribute available funds annually or as they see fit. "Available funds" refers to the net cash of the Company available after expenses and liabilities are paid. Upon liquidation of the Company or liquidation of a Member's interest, distributions will be made in accordance with the positive capital account balances or pursuant to Treasury Regulation 1.704-l(b)(2)(ii)(b) (2). To the extent a Member has a negative capital account balance, there will be a qualified income offset, as set forth in Treasury Regulation 1.704-l(b)(2)(ii)(d).

ARTICLE IV
Management
4.1. **MANAGEMENT OF THE BUSINESS.** The Members holding a majority of the capital interests in the Company, as set forth in Exhibit 2 as amended, may vote to elect a Manager or Managers. One manager will be elected by the Members as Chief Executive Manager. The Manager(s) may be a Member or Non-Member. The name and residential address of each Manager is attached as Exhibit 1 of this Agreement.

4.2. **MEMBERS.** The liability of the Members will be limited according to state law. Members that are not Managers will take no part in the control, management, direction, or operation of the Company's affairs and will have no power to bind the Company in legal agreements. The Managers may seek advice from the Members, but need not follow such advice. No Member is an agent of any other Member of the Company, solely by reason of being a Member.

4.3. **POWERS OF MANAGERS.** The Managers are authorized on the Company's behalf to make
all decisions as to:
(a) the sale, development, lease or other disposition of the Company's assets;
(b) the purchase or other acquisition of other assets;
(c) the management of all or any part of the Company's assets;

(d) the borrowing of money and the granting of security interests in the Company's assets;
(e) the pre-payment, refinancing or extension of any loan affecting the Company's assets; ·
(f) the compromise or release of any of the Company's claims or debts; and
(g) the employment of persons, firms or corporations for the operation and management of the company's business.
The Managers are further authorized to execute and deliver:
(w) all contracts, conveyances, assignments leases, sub-leases, franchise agreements, licensing agreements, management contracts and maintenance contracts covering or affecting the Company's assets;
(x) all checks, drafts and other orders for the payment of the Company's funds;
(y) all promissory notes, loans, security agreements and other similar documents; and
(z) all other instruments of any other kind relating to the Company's affairs.

4.4. **CHIEF EXECUTIVE MANAGER.** The Chief Executive Manager has primary responsibility for managing the operations of the Company and for carrying out the decisions of the Managers.

4.5. **NOMINEE.** Title to the Company's assets must be held in the Company's name or in the name of any nominee that the Managers may designate. The Managers have power to enter into a nominee agreement with any such person, and such agreement may contain provisions indemnifying the nominee, except for his or her willful misconduct.

4.6. **COMPANY INFORMATION.** The Managers must supply information regarding the company or its activities to any member upon his or her request. Any Member or their authorized representative will have access to and may inspect and copy all books, records and materials in the Manager's possession regarding the Company or its activities. Access and inspection of information will be at the requesting Member's expense.

4.7. **EXCULPATION.** Any act or omission of the Managers, the effect of which may cause or result in loss or damage to the Company or the Members, if done in good faith to promote the best interests of the Company, will not subject the Managers to any liability.

4.8. **INDEMNIFICATION.** The Company will indemnify any person who was or is a party defendant or is threatened to be made a party defendant, in a pending or completed action, suit or proceeding, whether civil, criminal, administrative, or investigative (other than an action by or in the right of the Company) by reason of the fact that the person is or was a Member of the Company, Manager, employee or agent of the Company, or is or was serving at the request of the Company, for instant expenses (including attorney's fees), judgments, fines, and amounts

paid in settlement actually and reasonably incurred in connection with such action, suit or proceeding if the Members determine that the person acted in good faith and in a manner he or she reasonably believed to be in or not opposed to the best interest of the Company, and with respect to any criminal action proceeding, has no reasonable cause to believe his or her conduct was unlawful. The termination of any action, suit, or proceeding by judgment, order, settlement, conviction, or upon a plea of "no lo Contendere" or its equivalent, does not in itself create a presumption that the person did or did not act in good faith and in a manner which he or she reasonably believed to be in the best interest of the Company, and, with respect to any criminal action or proceeding, had reasonable cause to believe that his or her conduct was lawful.

4.9. **RECORDS.** The Managers must keep the following at the company's principal place of business or other location:
(a) A current list of the full name and the last known street address of each Member;
(b) A copy of the Company's Certificate of Formation and Operating Agreement and all amendments;
(c) Copies of Company's federal, state and local income tax returns and reports for the three most recent years;
(d) Copies of the Company's financial statements for the three most recent years.

ARTICLE V
Compensation
5.1. **MANAGEMENT FEE.** Any Manager rendering services to the Company is entitled to compensation proportionate with the value of those services.

5.2. **REIMBURSEMENT.** The Company must reimburse the Managers or Members for all direct out-of-pocket expenses incurred by them in managing the Company.

ARTICLE VI
Bookkeeping
6.1. **BOOKS.** The Managers will maintain a complete and accurate accounting of the Company's affairs at the Company's principal place of business. The managers may select the method of accounting and the company's accounting period will be the calendar year.

6.2. **MEMBER'S ACCOUNTS.** The Managers must maintain separate capital and distribution accounts for each member. Each member's capital account will be determined and maintained in the manner set forth in Treasury Regulation 1.704-l(b)(2)(iv) and will consist of his or her initial capital contribution increased by:
(a) Any additional capital contribution made by the member;
(b) Credit balances transferred from the member's distribution account to his or her capital account;
and decreased by:
(x) Distributions to the member in reduction of Company capital;
(y) The Member's share of Company losses if charged to his or her capital account.

6.3. **REPORTS.** The Managers will close the books of account after the close of each calendar year and will prepare and send to each member, a statement of such Member's distributive share of income and expense for income tax reporting purposes.

ARTICLE VII
Transfers

7.1. **ASSIGNMENT.** If a Member proposes to sell, assign, or otherwise dispose of all or any part of
his or her interest in the Company, that Member must first make a written offer to sell his or her interest to the other Members at a price determined by mutual agreement. If the other Members decline or fail to elect such interest within thirty (30) days, and if the sale or assignment is made and the Members fail to approve this sale or assignment unanimously then, pursuant to the applicable law, the purchaser or assignee will have no right to participate in the management of the business and affairs of the Company. The purchaser or assignee will only be entitled to receive the share of the profits or other compensation by way of income and the return of contributions to which that Member would otherwise be entitled.

ARTICLE VIII
Dissolution

8.1. **DISSOLUTION.** The Member(s) may dissolve the company at any time. The Member may NOT dissolve the company for a loss of membership interests. Upon dissolution the company must pay its debts first before distributing cash, assets, and/or initial capital to the Member or the Members interests. The dissolution may only be ordered by the Member(s), not by the owner of the Members interests.

**CERTIFICATION OF MEMBER**

The undersigned hereby agree, acknowledge, and certify that the foregoing operating agreement is adopted and approved by each member as of this 15 day of JUNE, 2020

Members:

Name ANTHONY DEO Percent 100 %

X

Address 3 HUNTING LANE, OLD WESTBURY, NY 11568

**EXHIBIT 1**
**LISTING OF MANAGERS**

By a majority vote of the Members the following Managers were elected to operate the Company
pursuant to ARTICLE 4 of the Agreement:

ANTHONY DEO
Printed Name
Chief Executive Manager

The above listed Manager(s) will serve in their capacities until they are removed for any reason by a majority vote of the Members as defined by ARTICLE 4 or upon their voluntary resignation.
Signed and Agreed this 15 day of JUNE, 2020____.

Signature of Member Signature of Member

DocuSign Envelope ID: 160ADA45-19A4-49BC-A124-373FDC14C080

## CERTIFICATION OF BENEFICIAL OWNER(S)

***The information contained in this Certification is sought pursuant to Section 1020.230 of Title 31 of the United States Code of Federal Regulations (31 CFR 1020.230).***

**All persons opening an account on behalf of a legal entity must provide the following information:**

| 1. Last Name and title of Natural Person Opening Account | 2. First Name | 3. Middle Initial |
|---|---|---|
| DEO | ANTHONY | |

4. Name and type of Legal Entity for Which the Account is Being Opened
NORTHSHORE MOTOR LEASING LLC — LLC

| 4a. Legal Entity Address | 4b. City | 4c. State | 4d. ZIP/Postal Code |
|---|---|---|---|
| 180 MICHAEL DR NORTHSHORE MOTORS | SYOSSET | NY | 11791 |

**SECTION I**
(To add additional individuals, see page 3)

Please provide the following information for an individual(s), if any, who, directly or indirectly, through any contract arrangement, understanding, relationship, or otherwise owns 25% or more of the equity interests of the legal entity listed above. **Check here ☐ if no individual meets this definition and complete Section II.**

| 5. Last Name | 6. First Name | 7. M.I. | 8. Date of birth |
|---|---|---|---|
| DEO | ANTHONY | | (MM/DD/YYYY) |
| **9. Address** | **10. City** | **11. State** | **12. ZIP/Postal Code** |
| 3 Saddle Ridge RD | OLD WESTBURY | NY | 11568 |

| 13. Country | 14. SSN (U.S. Persons) | 15. For Non-U.S. persons (SSN, Passport Number or other similar identification number) |
|---|---|---|
| USA | | 15a. Country of issuance: |

Note: In lieu of a passport number, Non-U.S. Persons may also provide a Social Security Number, an alien identification card number, or number and country of issuance of any other government-issued document evidencing nationality or residence and bearing a photograph or similar safeguard.

**SECTION II**

Please provide the following information for an individual with significant responsibility for managing or directing the entity, including, an executive officer or senior manager (e.g., Chief Executive Officer, Chief Financial Officer, Chief Operating Officer, Managing Member, General Partner, President, Vice President, Treasurer); or Any other individual who regularly performs similar functions.

| 16. Last Name | 17. First Name | 18. M.I. | 19. Date of birth |
|---|---|---|---|
| DEO | ANTHONY | | (MM/DD/YYYY) |
| **20. Address** | **21. City** | **22. State** | **23. ZIP/Postal Code** |
| 3 Saddle Ridge RD | OLD WESTBURY | NY | 11568 |

| 24. Country | 25. SSN (U.S. Persons) | 26. For Non-U.S. persons (SSN, Passport Number or other similar identification number) |
|---|---|---|
| USA | | 26a. Country of issuance: |

Note: In lieu of a passport number, Non-U.S. Persons may also provide a Social Security Number, an alien identification card number, or number and country of issuance of any other government-issued document evidencing nationality or residence and bearing a photograph or similar safeguard.

**I, ANTHONY DEO _(name of person opening account)_, hereby certify, to the best of my knowledge, that the information provided above is complete and correct.**

Signature: [signature] Date: 3/17/2023 (MM/DD/YYYY)

Legal Entity Identifier (Optional) ____________________

Rev. 6.7 Sept., 2017

### Additional Section 1 - Second Beneficial Owner *(If required)*

Please provide the following information for an individual(s), if any, who, directly or indirectly, through any contract arrangement, understanding, relationship, or otherwise owns 25% or more of the equity interests of the legal entity listed above.

| | | | |
|---|---|---|---|
| 5. Last Name | 6. First Name | 7. M.I. | 8. Date of birth (MM/DD/YYYY) |
| 9. Address | 10. City | 11. State | 12. ZIP/Postal Code |

| | | |
|---|---|---|
| 13. Country | 14. SSN (U.S. Persons) | 15. For Non-U.S. persons (SSN, Passport Number or other similar identification number) |
| | | 15a. Country of issuance: |

Note: In lieu of a passport number, Non-U.S. Persons may also provide a Social Security Number, an alien identification card number, or number and country of issuance of any other government-issued document evidencing nationality or residence and bearing a photograph or similar safeguard.

### Additional Section 1 - Third Beneficial Owner *(If required)*

Please provide the following information for an individual(s), if any, who, directly or indirectly, through any contract arrangement, understanding, relationship, or otherwise owns 25% or more of the equity interests of the legal entity listed above.

| | | | |
|---|---|---|---|
| 5. Last Name | 6. First Name | 7. M.I. | 8. Date of birth (MM/DD/YYYY) |
| 9. Address | 10. City | 11. State | 12. ZIP/Postal Code |

| | | |
|---|---|---|
| 13. Country | 14. SSN (U.S. Persons) | 15. For Non-U.S.persons (SSN, Passport Number or other similar identification number) |
| | | 15a. Country of issuance: |

### Additional Section 1 - Fourth Beneficial Owner *(If required)*

Please provide the following information for an individual(s), if any, who, directly or indirectly, through any contract arrangement, understanding, relationship, or otherwise owns 25% or more of the equity interests of the legal entity listed above.

| | | | |
|---|---|---|---|
| 5. Last Name | 6. First Name | 7. M.I. | 8. Date of birth (MM/DD/YYYY) |
| 9. Address | 10. City | 11. State | 12. ZIP/Postal Code |

| | | |
|---|---|---|
| 13. Country | 14. SSN (U.S. Persons) | 15. For Non-U.S. persons (SSN, Passport Number or other similar identification number) |
| | | 15a. Country of issuance: |

Note: In lieu of a passport number, Non-U.S. Persons may also provide a Social Security Number, an alien identification card number, or number and country of issuance of any other government-issued document evidencing nationality or residence and bearing a photograph or similar safeguard.

**Paperwork Reduction Act Notice**

Public recordkeeping burden for this collection of information is estimated to average 30 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a valid OMB control number. The OMB control number for this information collection is 1506-0070. You may submit comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, by calling the FinCEN Resource Center at 800-767-2825 or by email at frc@fincen.gov. Alternatively, you may mail us comments at Policy Division, Financial Crimes Enforcement Network, P.O. Box 39, Vienna, VA 22183. Please include 1506–0070 in the body of the text.

Rev. 6.7 Sept., 2017