EXHIBIT "26"

**Harry R. Thomasson, Esq.**
3280 Sunrise Highway, Suite 112
Wantagh, New York 11793
Tel. 516-557-5459
hrtatty@verizon.net

Admitted:
Massachusetts
New York

March 31, 2023

To Whom It May Concern

Re: Anthony Deo, NorthShore Motor Leasing, LLC, and 189 Sunrise Highway Auto, LLC

Dear Sirs/Madams:

Please be advised that this office represents Anthony Deo, NorthShore Motor Leasing, LLC, and 189 Sunrise Highway Auto, LLC, with respect to a (specious) lawsuit brought against them by former business partners in Nassau County (New York) Supreme Court.

The lawsuit is currently the subject of a Motion to Dismiss brought on behalf of my clients that is fully submitted to the Court and for which a decision is expected in less than sixty (60) days. We fully expect any cloud created by this lawsuit to be resolved imminently (and there really is not *any* cloud created, absolutely *nothing* has been proven with respect to this lawsuit other than my above referenced clients' documentation that already disproves the former business partners' claims, likely leading to a dismissal of the action within the next two months).

To be clear: At the heart of the lawsuit at issue is whether or not my client (Anthony Deo) owns the dealerships at issue, given that although he paid for the dealerships, paperwork was not fully completed. However, please be advised that the people suing Mr. Deo admittedly approved (in writing) Mr. Deo as owner for income tax filing purposes; we are as confident as can be that their claims are merely examples of "the best defense is a good offense" and that their claims will be dismissed whenever the Court makes its ruling.

I remain available to discuss the within on behalf of my clients anytime. Feel free to reach me as needed at my above listed contact information. I remain,

Very truly yours,

Harry R. Thomasson

**Harry R. Thomasson, Esq.**
3280 Sunrise Highway, Suite 112
Wantagh, New York 11793
Tel. 516-557-5459
hrtatty@verizon.net

Admitted:
Massachusetts
New York

March 31, 2023

To Whom It May Concern

Re: Anthony Deo, NorthShore Motor Leasing, LLC, and
189 Sunrise Highway Auto, LLC

Dear Sirs/Madams:

Please be advised that this office represents Anthony Deo, NorthShore Motor Leasing, LLC, and 189 Sunrise Highway Auto, LLC, with respect to a (specious) lawsuit brought against them by former business partners in Nassau County (New York) Supreme Court.

The lawsuit is currently the subject of a Motion to Dismiss brought on behalf of my clients that is fully submitted to the Court and for which a decision is expected in less than sixty (60) days. We fully expect any cloud created by this lawsuit to be resolved imminently (and there really is not *any* cloud created, absolutely *nothing* has been proven with respect to this lawsuit other than my above referenced clients' documentation that already disproves the former business partners' claims, likely leading to a dismissal of the action within the next two months).

I remain available to discuss the within on behalf of my clients anytime. Feel free to reach me as needed at my above listed contact information. I remain,

Very truly yours,

Harry R. Thomasson