EXHIBIT “27”

FLUSHING Bank

# STATEMENT of ACCOUNT

800.581.2889 (855.540.2274 TTY/TDD)

NORTHSHORE MOTOR LEASING LLC
180 MICHAEL DR
SYOSSET NY 11791-5328

Statement Begin Date: 06/01/2023
Statement End Date: 06/30/2023
Account Number: [redacted]8362

Printable Version Save as PDF

CASH MANAGEMENT 9990228362

Download: OFX QIF CSV

View Check Images
Reconcile

All Transactions by Date

| Date | Description | Withdrawal / Debit (-) | Deposit / Credit (+) | Balance |
|---|---|---|---|---|
| 05/31 | Balance Forward | | | $125,198.23 |
| 06/01 | PAYMENT TO LOAN : CL XXXXXX0209 | $9,752.78- | | $115,445.45 |
| 06/05 | TRNSFER FRM CK XXXXXXXX9766 | | $5,000.00 | $120,445.45 |
| 06/05 | BnfBk ABA 026009593<br>BnfBk Nm BANK OF AMERICA, N.A.,<br>Bnf Acct# [redacted]9499<br>Bnf Name CAR BUYERS NYC INC<br>Bnf Addr1 180 Michael Dr<br>Bnf Addr2 SYOSSET NY 11791<br>Ref# 2023060500000057 | $20,000.00- | | $100,445.45 |
| 06/08 | BnfBk ABA 026009593<br>BnfBk Nm BANK OF AMERICA, N.A.,<br>Bnf Acct# [redacted]9499<br>Bnf Name CAR BUYERS NYC INC<br>Bnf Addr1 180 Michael Dr<br>Bnf Addr2 SYOSSET NY 11791<br>Ref# 2023060800000254 | $40,000.00- | | $60,445.45 |
| 06/09 | TRNSFER FRM CK XXXXXXXX4591 | | $30,000.00 | $90,445.45 |
| 06/12 | TRNSFER FRM CK XXXXXXXX9766 | | $4,000.00 | $94,445.45 |
| 06/12 | TRNSFER FRM CK XXXXXXXX4591 | | $10,000.00 | $104,445.45 |
| 06/12 | BnfBk ABA 026009593<br>BnfBk Nm BANK OF AMERICA, N.A.,<br>Bnf Acct# [redacted]9499<br>Bnf Name CAR BUYERS NYC INC<br>Bnf Addr1 180 Michael Dr<br>Bnf Addr2 SYOSSET NY 11791<br>Ref# 2023061200000043 | $25,000.00- | | $79,445.45 |
| 06/12 | BnfBk ABA 026009593<br>BnfBk Nm BANK OF AMERICA, N.A.,<br>Bnf Acct# [redacted]9499<br>Bnf Name CAR BUYERS NYC INC<br>Bnf Addr1 180 Michael Dr<br>Bnf Addr2 SYOSSET NY 11791<br>Ref# 2023061200000045 | $20,000.00- | | $59,445.45 |
| 06/13 | AMEX EPAYMENT ACH PMT | $7,000.00- | | $52,445.45 |
| 06/14 | TRNSFER FRM CK XXXXXXXX9766 | | $9,000.00 | $61,445.45 |

| | | | | |
|---|---|---|---|---|
| 06/14 | TRNSFER FRM CK XXXXXXXX4591 | | $10,000.00 | $71,445.45 |
| 06/14 | BnfBk ABA 021000021<br>BnfBk Nm JPMORGAN CHASE BANK, N<br>Bnf Acct# [redacted]5518<br>Bnf Name SUPERB MOTORS<br>Bnf Addr1 215 NORTHERN BLVD<br>Bnf Addr2 GREAT NECK NY 11021<br>Ref# 2023061400000022 | $48,000.00- | | $23,445.45 |
| 06/20 | TRNSFER FRM CK XXXXXXXX4591 | | $60,000.00 | $83,445.45 |
| 06/20 | BnfBk ABA 026009593<br>BnfBk Nm BANK OF AMERICA, N.A.,<br>Bnf Acct# [redacted]9499<br>Bnf Name CAR BUYERS NYC INC<br>Bnf Addr1 180 Michael Dr<br>Bnf Addr2 SYOSSET NY 11791<br>Ref# 2023062000000396 | $20,000.00- | | $63,445.45 |
| 06/23 | Deposit | | $39,725.00 | $103,170.45 |
| 06/26 | BnfBk ABA 026013576<br>BnfBk Nm FLAGSTAR BANK, NA<br>Bnf Acct# [redacted]9552<br>Bnf Name northshore motors<br>Bnf Addr1 180 michael drive<br>Bnf Addr2 syosset ny 11791<br>Ref# 2023062600000144 | $47,000.00- | | $56,170.45 |
| 06/28 | TRNSFER FRM CK XXXXXXXX9766 | | $20,000.00 | $76,170.45 |
| 06/28 | TRNSFER FRM CK XXXXXXXX4591 | | $20,000.00 | $96,170.45 |
| 06/28 | BnfBk ABA 026009593<br>BnfBk Nm BANK OF AMERICA, N.A.,<br>Bnf Acct# [redacted]9499<br>Bnf Name CAR BUYERS NYC INC<br>Bnf Addr1 180 Michael Dr<br>Bnf Addr2 SYOSSET NY 11791<br>Ref# 2023062800000185 | $40,000.00- | | $56,170.45 |
| 06/29 | Check Number 1026 | $3,000.00- | | $53,170.45 |
| 06/30 | TRNSFER FRM CK XXXXXXXX4591 | | $40,000.00 | $93,170.45 |
| 06/30 | BnfBk ABA 026009593<br>BnfBk Nm BANK OF AMERICA, N.A.,<br>Bnf Acct# [redacted]9499<br>Bnf Name CAR BUYERS NYC INC<br>Bnf Addr1 180 Michael Dr<br>Bnf Addr2 SYOSSET NY 11791<br>Ref# 2023063000000269 | $40,000.00- | | $53,170.45 |

## Checks in Order

| Date | Number | Amount |
|---|---|---|
| 06/29 | 1026 | $3,000.00 |

* Check Numbers Missing

## Interest Rate Summary

| Date | Rate |
|---|---|
| | 0.00% |

## Account Summary

Previous Statement Date: 05/31/2023

| Beginning Balance + | Deposits + | Interest Paid - | Withdrawals - | Service Charge = | Ending Balance |
|---|---|---|---|---|---|
| $125,198.23 | $247,725.00 | $0.00 | $319,752.78 | $0.00 | $53,170.45 |