UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

SUPERB MOTORS INC., TEAM AUTO SALES LLC, ROBERT ANTHONY URRUTIA, 189 SUNRISE HWY AUTO LLC, NORTHSHORE MOTOR LEASING, LLC, BRIAN CHABRIER, JOSHUA AARONSON, JORY BARON, ASAD KHAN, IRIS BARON REPRESENTATIVE OF THE ESTATE OF DAVID BARON, 1581 HYLAN BLVD AUTO LLC, 1580 HYLAN BLVD AUTO LLC, 1591 HYLAN BLVD AUTO LLC, 1632 HYLAN BLVD AUTO LLC, 1239 HYLAN BLVD AUTO LLC, 2519 HYLAN BLVD AUTO LLC, 76 FISK STREET REALTY LLC, 446 ROUTE 23 AUTO LLC and ISLAND AUTO MANAGEMENT, LLC,

Plaintiffs,

-against-

ANTHONY DEO, SARAH DEO, HARRY THOMASSON, DWIGHT BLANKENSHIP, MARC MERCKLING, MICHAEL LAURIE, THOMAS JONES, CPA, CAR BUYERS NYC INC., GOLD COAST CARS OF SYOSSET LLC, GOLD COAST CARS OF SUNRISE LLC, GOLD COAST MOTORS AUTOMOTIVE GROUP LLC, GOLD COAST MOTORS OF LIC LLC, GOLD COAST MOTORS OF ROSLYN LLC, GOLD COAST MOTORS OF SMITHTOWN LLC, UEA PREMIER MOTORS CORP., DLA CAPITAL PARTNERS INC., JONES, LITTLE & CO., CPA'S LLP, FLUSHING BANK, LIBERTAS FUNDING LLC, J.P. MORGAN CHASE BANK, N.A., 189 SUNRISE HWY AUTO LLC, and NORTHSHORE MOTOR LEASING, LLC,

Defendants.
---------------------------------------------------------------X

**Case No.: 2:23-cv-6188 (JMW)**

**SUPPLEMENTAL DECLARATION OF ROBERT ANTHONY URRUTIA IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

I, Robert Anthony Urrutia, declare pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

1. I am the President of Plaintiffs Superb Motors Inc. ("Superb") and the sole member of Team Auto Sales LLC ("Team").[1]

2. Superb, Team, and I (the "Superb Plaintiffs") consist of one group of Plaintiffs in this case who have been defrauded and harmed by Defendant Anthony Deo ("Deo") and his cohort.

3. As such, I am familiar with all the facts and circumstances heretofore had herein based upon my personal knowledge and a review of documents I maintain at Superb and Team in addition to information I have learned from employees, customers, vendors, and other third parties concerning the Defendants and their conduct.

4. I respectfully submit this supplemental declaration in support of: (i) the Plaintiffs' combined motion for summary judgment against the Deo Defendants[2] on their claims for violations Racketeer Influenced & Corrupt Organizations Act ("RICO") as well as for breach of duty of loyalty and/or violation of the faithless servant doctrine, breach of fiduciary duty, fraud, and conversion claims under New York law; and (ii) the Superb Plaintiffs' motion for summary judgment against Defendant Flushing Bank for violation of Article 4 of the New York Uniform Commercial Code ("UCC") as well as against the Deo Defendants for unfair competition and civil conspiracy under New York law.

---

[1] I was also the owner of Volkswagen of Freehold in New Jersey, Team Mitsubishi-Hartford in Connecticut, and Team Nissan of Pittsfield, Massachusetts.

[2] The Deo Defendants consist of Anthony Deo, Sarah Deo, Harry Thomasson, Dwight Blankenship, Marc Merckling, Michael Laurie, Car Buyers NYC Inc., Gold Coast Cars of Syosset LLC, Gold Coast Cars of Sunrise LLC, Gold Coast Motors Automotive Group LLC, Gold Coast Motors of LIC LLC, Gold Coast Motors of Roslyn LLC, Gold Coast Motors of Smithtown LLC, and UEA Premier Motors Corp. (collectively hereinafter the "Deo Defendants").

5. A true and accurate copy of documents produced by Defendant Flushing Bank Bates FLUSHING189 & FLUSHING196 are annexed hereto as **Supplemental Exhibit "A."**

6. I submit this declaration separately because I want to highlight to the Court that the Deo Defendants continue to engage in fraudulent conduct at dealerships they have taken control of after destroying Superb. As this Court knows, a dealership called Cherrywood Auto Sales is suing Deo for similar conduct at issue here. See JCJD Inc. d/b/a Cherrywood Auto Sales v. Deo, Index No. 616451/2025, NYSCEF Docket Entry 16.

7. However, Deo's fraudulent conduct continues even at his own dealership, Gold Coast Motors of Syosset LLC d/b/a Regal Autohaus – that he took Superb's assets to build[3] – by defrauding customers so badly that news reports have been made about Regal Autohaus. See **N.Y. woman says dealership on Long Island sold her a car that she never received. Then came the loan payments**, available at https://www.cbsnews.com/newyork/news/long-island-dealership-car-sold-but-not-delivered/; see also https://www.instagram.com/p/DYAeVZapqYv/.

8. This publicly available evidence is important to show that Deo's racketeering activities have a long life-span, starting at Universal Exotic Autos, UEA Premier, then Northshore with his wife as owner because of his fraud conviction, together with Sunrise by and through Island Auto Group, then Superb, Cherrywood Auto, and now through Regal Autohaus, spanning over a decade of fraudulent conduct.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 4th, 2026.

Robert Anthony Urrutia (Sep 4, 2026 11:55:56 PDT)

Robert Anthony Urrutia

---

[3] See Urrutia v. Gold Coast Motors of Syosset LLC, *et al.*; Index No.: 611909/2025 (Nassau County Supreme Court), NYSCEF Docket Entries 1 and 6.