**From:** anthony deo <anthonyd@northshoremotors1.com>
**Sent:** Sunday, March 12, 2023 11:35 PM EDT
**To:** Puccio, Robert <RPuccio@flushingbank.com>
**Subject:** [EXTERNAL] - 4506
**Attachment(s):** "4506 4506.pdf","Pfs - Mar.pdf"

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Pls see attached

Anthony Deo
**NORTHSHORE MOTORS**
**Chief Operating Officer.**
180 Michael Drive
Syosset, NY 11791
www.NorthshoreMotors1.com
Ph.516.226.1400

Admin
This electronic message, including any and all attachments hereto, is intended solely to be used by the individual or entity to which it is addressed. It may contain information which is privileged, confidential and otherwise exempt by law from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to its intended recipient, you are herewith notified that any dissemination, distribution, copying or retention of this communication or the information contained herein is strictly prohibited. If you have received this communication in error, please notify us by telephone immediately and permanently delete the original and any copy or printout thereof - Thank you.

**From:** Puccio, Robert <RPuccio@flushingbank.com>
**Sent:** Monday, March 13, 2023 11:01 AM EDT
**To:** Clemens, Thomas <TClemens@flushingbank.com>; Codispodo, Stephen <SCodispodo@flushingbank.com>
**Subject:** Northshore Motors Leasing, Numerated LOC $500 M application
**Attachment(s):** "Pfs - Mar.pdf","Personal FS.pdf"

Tom/Stephen,

Good morning. Crazy weekend!

Attached you will find a signed PFS and CPA prepared Net Worth Statement for Anthony Deo, owner of North Shore Motors Leasing. As I spoke with Tom briefly about last week, the funds from the LOC are going to be used primarily for "small and cosmetic" improvements to the showroom at the dealership. These improvements are to things like, flooring, lighting, windows etc. They also may look to make improvements to their auto repairs divisions, Gold Coast Motors of Syosset, which currently is a passthrough entity to North Shore with not much activity. They do not do a lot of auto repairs currently. They would also use the LOC for other growth opportunities which would need to be financed short term.

Please let me know if you would like to discuss further or have any questions.

Thanks
Rob

***"The highest compliment I can receive is a referral to your family, friends and business associates."***

**Robert V. Puccio**
Vice President
Business Banking Group
Flushing Bank
99 Park Avenue – Suite 820
New York, NY 10016
Phone: 646-923-9539
Cellular: 516-707-8922
Email: rpuccio@flushingbank.com
www.FlushingBank.com

in Robert V. Puccio