EXHIBIT “30”

2000 Westinghouse Dr. Ste. 300
Cranberry Township, PA 16066
1-800-257-5023

May 2, 2022

Mr. Joshua Aaronson
Northshore Motor Leasing LLC
180 Michael Dr
Syosset, NY 11791

Re: Approval of Vehicle Credit Lines

Dear Mr. Aaronson:

I would like to take this opportunity to thank you and your staff for the cooperation and courtesies extended to us during our recent review of the financial statement for Northshore Motor Leasing, LLC.

In accordance with the terms of your inventory financing agreement, we are pleased to advise you that the current aggregate amount of your approved inventory financing credit line with Ally Bank (Ally Capital in Hawaii, Mississippi, Montana and New Jersey) and/or Ally Financial (the "Ally Parties") is $5,175,000.00, allocated as follows:

| **Inventory Financing Credit Line Type** | **Amount** | **# of Vehicles** |
|---|---|---|
| Used [(a)] | $5,175,000 | 115 |
| **Total** | **$5,175,000** | **115** |

*(a) Includes* 10 *used Demonstrator vehicles.*

| **Additional Approvals** | |
|---|---|
| Release Period | 7 Days |

If your credit line requirements need to be adjusted as a result of changing sales rates, special inventory allocations or promotional sales events, please contact me for consideration. The effective date of these changes is April 7, 2022.

Additionally, Ally Dash has been updated in order to make information about your wholesale rate index more readily accessible to you. Under the terms of your inventory financing agreement, the Ally Parties will identify your floorplan rate from time to time. The actual rate of interest assessed by the Ally Parties can be found in your monthly wholesale billing statement; however, since your wholesale interest rate is based upon the Prime Rate, we wish to inform you that the definition of "Prime Rate" utilized by the Ally Parties as well as the Prime Rate in effect from time to time can be found on the Ally Dash website at www.allydealer.com.

We appreciate your business and continued support. Should you have any questions, please contact me at 724-742-4182.

Sincerely,

Adam Flood

Adam Flood
Sr. Portfolio Management Analyst

ally

2000 Westinghouse Dr. Ste. 300
Cranberry Township, PA 16066
1-800-257-5023

May 2, 2022

Mr. Joshua Aaronson
189 Sunrise Hwy Auto LLC
189 Sunrise Hwy
Amityville, NY 11701

Re: Approval of Vehicle Credit Lines

Dear Mr. Aaronson:

I would like to take this opportunity to thank you and your staff for the cooperation and courtesies extended to us during our recent review of the financial statement for 189 Sunrise Hwy Auto LLC.

In accordance with the terms of your inventory financing agreement, we are pleased to advise you that the current aggregate amount of your approved inventory financing credit line with Ally Bank (Ally Capital in Hawaii, Mississippi, Montana and New Jersey) and/or Ally Financial (the "Ally Parties") is $2,325,000.00, allocated as follows:

| Inventory Financing Credit Line Type | Amount | # of Vehicles |
|---|---|---|
| Used [(a)] | $2,325,000 | 75 |
| **Total** | **$2,325,000** | **75** |

*(a) Includes 5 used Demonstrator vehicles.*

| Additional Approvals | |
|---|---|
| Release Period | 7 Days |

If your credit line requirements need to be adjusted as a result of changing sales rates, special inventory allocations or promotional sales events, please contact me for consideration. The effective date of these changes is April 7, 2022.

Additionally, Ally Dash has been updated in order to make information about your wholesale rate index more readily accessible to you. Under the terms of your inventory financing agreement, the Ally Parties will identify your floorplan rate from time to time. The actual rate of interest assessed by the Ally Parties can be found in your monthly wholesale billing statement; however, since your wholesale interest rate is based upon the Prime Rate, we wish to inform you that the definition of "Prime Rate" utilized by the Ally Parties as well as the Prime Rate in effect from time to time can be found on the Ally Dash website at www.allydealer.com.

We appreciate your business and continued support. Should you have any questions, please contact me at 724-742-4182.

Sincerely,

Adam Flood

Adam Flood
Sr. Portfolio Management Analyst