EXHIBIT “31”

Gmail **Wendy Kwun <wendy@islandautogroup.com>**

## (no subject)

2 messages

**scanner@ueapremier.com** <scanner@ueapremier.com> Tue, Aug 30, 2022 at 3:34 PM
To: wendy@islandautogroup.com

-------------------
CS 3011i
[00:17:c8:4a:93:37]
-------------------

**doc09790220220830143325.pdf**
19102K

**Wendy Kwun** <wendy@islandautogroup.com> Tue, Aug 30, 2022 at 2:41 PM
To: anthony deo <anthonyd@northshoremotors1.com>, Dan Osullivan <maddan959@aol.com>

Anthony,

See attached the Trade-In payoff checks Dan is holding.

Best Regards,

*Wendy Kwun*
*Island Auto Group*
*wendy@islandautogroup.com*
*Office: 718-979-0934 X 146*

[Quoted text hidden]

**doc09790220220830143325.pdf**
19102K

| DATE | CHECK | This remittance satisfies the lien on the vehicle described below. |
|---|---|---|
| 7/13/2022 | 3972 | |

| | |
|---|---|
| Loan Number: | 0022114969 |
| Balance: | $ 9,340.00 |
| As of: | 7/19/2022 |

| | |
|---|---|
| Vehicle VIN #: | 5NPE24AF2HH514604 |
| Description: | 2017 HYUNDAI SONATA 2.4L |
| Stock #: | N2251C |

| | |
|---|---|
| Customer: | MARLON BAILEY<br>99A GLENWOOD AVE<br>ELMWOOD PARK, NJ 07407 |

| | |
|---|---|
| Send title to: | NORTHSHORE MOTOR LEASING LLC<br>Attn: Title Clerk<br>180 Michael Dr<br>Syosset, NY 11791<br>(516)226-1400 |

© 2016 DEALERTRACK TECHNOLOGIES - Dealership Application Group

19728 B_LPBW

NORTHSHORE MOTOR LEASING LLC
180 Michael Dr
Syosset, NY 11791

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

CHASE NEW MAIN

, 00100-1891

NORTHSHORE MOTORS 180 MICHAEL DRIVE SYOSSET, NY 11791
www.NorthshoreMotors1.com
516.226.1400
180 Michael Dr Syosset, NY 11791
Phone: (516) 226-1400

| DATE | CHECK |
|---|---|
| 7/13/2022 | 3972 |

| AMOUNT |
|---|
| $ 9,340.00 |

*Pay Nine Thousand, Three Hundred Forty Dollars and no/Cents*

TO THE ORDER OF
SANTANDER CONSUMER USA
1010 W MOCKINGBIRD LN
SUITE 100
DALLAS, TX 75247

RUB RED IMAGE FADES WITH HEAT

Security Features Included. Details on back.

⑈000003972⑈ ⑆021000021⑆623778112⑈

IAG005528

| DATE | CHECK | This remittance satisfies lien on the vehicle described below. |
|---|---|---|
| 7/19/2022 | 4020 | |

| | |
|---|---|
| Loan Number: | 0026064960 |
| Balance: | $ 30,136.00 |
| As of: | 7/07/2022 |

| | |
|---|---|
| Vehicle VIN #: | 55SWF4KB2HU221285 |
| Description: | 2017 MERCEDES-BENZ C-CLAS |
| Stock #: | N2570A |

| | |
|---|---|
| Customer: | MONIQUE T HARRIS<br>425 HUNTINGTON ST<br>NEW HAVEN, CT 06511 |

| | |
|---|---|
| Send title to: | NORTHSHORE MOTOR LEASING LLC<br>Attn: Title Clerk<br>180 Michael Dr<br>Syosset, NY 11791<br>(516)226-1400 |

3000 Kellyway Dr
Suite 120
Carlton TX
75006

© 2016 DEALERTRACK TECHNOLOGIES - Dealership Application Group

19728 B_LPBW

NORTHSHORE MOTOR LEASING LLC
180 Michael Dr
Syosset, NY 11791

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

CHASE NEW MAIN
, 00100-1891

NORTHSHORE MOTORS 180 MICHAEL DRIVE SYOSSET, NY 11791 www.NorthshoreMotors1.com 516.226.1400
180 Michael Dr Syosset, NY 11791
Phone: (516) 226-1400

| DATE | CHECK |
|---|---|
| 7/19/2022 | 4020 |

| AMOUNT |
|---|
| $ 30,136.00 |

*Pay Thirty Thousand, One Hundred Thirty-Six Dollars and no/Cents*

TO THE ORDER OF
SANTANDER CONSUMER USA
1010 W MOCKINGBIRD LN
SUITE 100
DALLAS, TX 75247

RUB RED IMAGE FADES WITH HEAT

⑈000004020⑈ ⑆021000021⑆623778112⑈

IAG005529

| DATE | CHECK | This remittance satisfies the lien on the vehicle described below. |
|---|---|---|
| 8/09/2022 | 4292 | |

| | |
|---|---|
| Loan Number: | 228120205701 |
| Balance: | $ 24,550.00 |
| As of: | 8/19/2022 |

| | |
|---|---|
| Vehicle VIN #: | SAJWJ1CD6D8V50016 |
| Description: | 2013 JAGUAR XJ 4DR SDN AW |
| Stock #: | N2164A |

| | |
|---|---|
| Customer: | SHARON LAIRD<br>36 COZINE RD<br>CENTER MORICHES, NY 11934 |

| | |
|---|---|
| Send title to: | NORTHSHORE MOTOR LEASING LLC<br>Attn: Title Clerk<br>180 Michael Dr<br>Syosset, NY 11791<br>(516)226-1400 |

© 2016 DEALERTRACK TECHNOLOGIES - Dealership Application Group

19728 B_LPBW

NORTHSHORE MOTOR LEASING LLC
180 Michael Dr
Syosset, NY 11791

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

CHASE NEW MAIN
, 00100-1891

NORTHSHORE MOTORS 180 MICHAEL DRIVE SYOSSET, NY 11791
www.NorthshoreMotors1.com
516.226.1400
180 Michael Dr Syosset, NY 11791
Phone: (516) 226-1400

| DATE | CHECK |
|---|---|
| 8/09/2022 | 4292 |

| AMOUNT |
|---|
| $ 24,550.00 |

*Pay Twenty-Four Thousand, Five Hundred Fifty Dollars and no/Cents*

TO THE ORDER OF
CAPITAL ONE AUTO FINANCE
2525 CORPORATE PLACE
2ND FL SUITE 250
MONTERREY, CA

Security Features Included. Details on back.

⑈000004292⑈ ⑆021000021⑆623778112⑈

| DATE | CHECK | This remittance satisfies the lien on the vehicle described below. |
|---|---|---|
| 8/11/2022 | 4291 | |

| | |
|---|---|
| Loan Number: | 008800800625300 |
| Balance: | $ 29,459.00 |
| As of: | 8/20/2022 |

| | |
|---|---|
| Vehicle VIN #: | JN1EV7AR2JM442532 |
| Description: | 2018 INFINITI Q50 3.0T LU |
| Stock #: | N2541A |

**Customer:**
NICHOLAS SCHNOPP
73 ARGYLE AVE
SELDEN, NY 11784

**Send title to:**
NORTHSHORE MOTOR LEASING LLC
Attn: Title Clerk
180 Michael Dr
Syosset, NY 11791
(516)226-1400

© 2016 DEALERTRACK TECHNOLOGIES - Dealership Application Group

19728 B_LPBW

NORTHSHORE MOTOR LEASING LLC
180 Michael Dr
Syosset, NY 11791

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

CHASE NEW MAIN
, 00100-1891

NORTHSHORE MOTORS 180 MICHAEL DRIVE SYOSSET, NY 11791
www.NorthshoreMotors1.com
516.226.1400
180 Michael Dr Syosset, NY 11791
Phone: (516) 226-1400

| DATE | CHECK |
|---|---|
| 8/11/2022 | 4291 |

| AMOUNT |
|---|
| $ 29,459.00 |

*Pay Twenty-Nine Thousand, Four Hundred Fifty-Nine Dollars and no/Cents*

TO THE ORDER OF
INFINITI FINIANCIAL
5050 KINGSBEY DRIVE
CINCINNATI, OH 45227

RUB RED IMAGE FADES WITH HEAT

Security Features Included. Details on back.

⑈000004291⑈ ⑆021000021⑆ 623778112⑈

IAG005530

| DATE | CHECK | This remittance satisfies the lien on the vehicle described below. |
|---|---|---|
| 11/29/2021 | 2398 | |

| | |
|---|---|
| Loan Number: | 0024448140 |
| Balance: | $ 16,895.00 |
| As of: | 11/30/2021 |

| | |
|---|---|
| Vehicle VIN #: | 3N1AB8BV7LY243517 |
| Description: | 2020 NISSAN SENTRA S CVT |
| Stock #: | N1952B |

Customer:
ERIC SMITH
20 WEST 115 STREET APT 2E
NEW YORK, NY 10026

Send title to:
NORTHSHORE MOTOR LEASING LLC
Attn: Title Clerk
180 Michael Dr
Syosset, NY 11791
(516)226-1400

© 2016 DEALERTRACK TECHNOLOGIES - Dealership Application Group

19728 B_LPBW

NORTHSHORE MOTOR LEASING LLC
180 Michael Dr
Syosset, NY 11791

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

CHASE NEW MAIN
, 00100-1891

SMITH
0024448140

NORTHSHORE MOTORS 180 MICHAEL DRIVE SYOSSET, NY 11791
www.NorthshoreMotors1.com
516.226.1400
180 Michael Dr Syosset, NY 11791
Phone: (516) 226-1400

| DATE | CHECK |
|---|---|
| 11/29/2021 | 2398 |

AMOUNT
$ 16,895.00

*Pay Sixteen Thousand, Eight Hundred Ninety-Five Dollars and no/Cents*

TO THE ORDER OF
SANTANDER CONSUMER USA
1010 W MOCKINGBIRD LN
SUITE 100
DALLAS, TX 75247

⑈00000 2398⑈ ⑆021000021⑆627778112⑈

IAG0055312

| DATE | CHECK | This remittance satisfies the lien on the vehicle described below. |
|---|---|---|
| 7/13/2022 | 3975 | |

| | |
|---|---|
| Loan Number: | 0025393678 |
| Balance: | $ 19,304.00 |
| As of: | 7/18/2022 |

| | |
|---|---|
| Vehicle VIN #: | WDDSJ4GB8HN489255 |
| Description: | 2017 MERCEDES-BENZ CLA 25 |
| Stock #: | N2527B |

| | |
|---|---|
| Customer: | MICHAEL BIMBO<br>3419 BROADWAY<br>ASTORIA, NY 11106 |

| | |
|---|---|
| Send title to: | NORTHSHORE MOTOR LEASING LLC<br>Attn: Title Clerk<br>180 Michael Dr<br>Syosset, NY 11791<br>(516)226-1400 |

© 2016 DEALERTRACK TECHNOLOGIES - Dealership Application Group

19728 B_LPBW

NORTHSHORE MOTOR LEASING LLC
180 Michael Dr
Syosset, NY 11791

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

CHASE NEW MAIN
, 00100-1891

NORTHSHORE MOTORS
180 MICHAEL DRIVE
SYOSSET, NY 11791
www.NorthshoreMotors1.com
516.226.1400
180 Michael Dr Syosset, NY 11791
Phone: (516) 226-1400

| DATE | CHECK |
|---|---|
| 7/13/2022 | 3975 |

| AMOUNT |
|---|
| $ 19,304.00 |

*Pay Nineteen Thousand, Three Hundred Four Dollars and no/Cents*

TO THE ORDER OF

SANTANDER CONSUMER USA
1010 W MOCKINGBIRD LN
SUITE 100
DALLAS, TX 75247

RUB RED IMAGE
FADES WITH HEAT

⑈000003975⑈ ⑆021000021⑆623778112⑈

| DATE | CHECK | This remittance satisfies the lien on the vehicle described below. |
|---|---|---|
| 3/22/2022 | 3189 | |

| | |
|---|---|
| Loan Number: | 20342803151001 |
| Balance: | $ 52,684.00 |
| As of: | 3/28/2022 |

| | |
|---|---|
| Vehicle VIN #: | 1GYS4DKJ9GR400424 |
| Description: | 2016 CADILLAC ESCALADE 4W |
| Stock #: | N2250A |

**Customer:**
SANTA COHEN
16 MARCOTTE LANE
TENAFLY, NJ 07670

**Send title to:**
NORTHSHORE MOTOR LEASING LLC
Attn: Title Clerk
180 Michael Dr
Syosset, NY 11791
(516)226-1400

© 2016 DEALERTRACK TECHNOLOGIES - Dealership Application Group
19728 B_LPBW

NORTHSHORE MOTOR LEASING LLC
180 Michael Dr
Syosset, NY 11791

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

CHASE NEW MAIN
, 00100-1891

NORTHSHORE MOTORS 180 MICHAEL DRIVE SYOSSET, NY 11791
www.NorthshoreMotors1.com
516.226.1400
180 Michael Dr Syosset, NY 11791
Phone: (516) 226-1400

| DATE | CHECK |
|---|---|
| 3/22/2022 | 3189 |

| AMOUNT |
|---|
| $ 52,684.00 |

*Pay Fifty-Two Thousand, Six Hundred Eighty-Four Dollars and no/Cents*

TO THE ORDER OF
TRUIST RETAIL LOANS
PO BOX 580223
CHARLOTTE, NC 28258-0022

⑈000003189⑈ ⑆021000021⑆623778112⑈

| DATE | CHECK | This remittance satisfies the lien on the vehicle described below. |
|---|---|---|
| 3/02/2022 | 3022 | |

| | |
|---|---|
| Loan Number: | 022 6749531 |
| Balance: | $ 10,800.00 |
| As of: | 3/05/2022 |

| | |
|---|---|
| Vehicle VIN #: | 2T1BURHE3HC762306 |
| Description: | 2017 TOYOTA COROLLA XLE C |
| Stock #: | N2131A |

**Customer:**
DARWIN FERNANDEZ
65 WADSWORTH TE
NEW YORK, NY 10040

**Send title to:**
NORTHSHORE MOTOR LEASING LLC
Attn: Title Clerk
180 Michael Dr
Syosset, NY 11791
(516)226-1400

© 2016 DEALERTRACK TECHNOLOGIES - Dealership Application Group
19728 B_LPBW

NORTHSHORE MOTOR LEASING LLC
180 Michael Dr
Syosset, NY 11791

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

CHASE NEW MAIN
, 00100-1891

NORTHSHORE MOTORS 180 MICHAEL DRIVE SYOSSET, NY 11791
www.NorthshoreMotors1.com
516.226.1400
180 Michael Dr Syosset, NY 11791
Phone: (516) 226-1400

| DATE | CHECK |
|---|---|
| 3/02/2022 | 3022 |

| AMOUNT |
|---|
| $ 10,800.00 |

*Pay Ten Thousand, Eight Hundred Dollars and no/Cents*

TO THE ORDER OF
TOYOTA FINANCIAL SERVICES
P O BOX 5855
CAROL STREAM, IL 60197-0585

⑈0000030 22⑈ ⑆021000021⑆623778112⑈

| DATE | CHECK | This remittance satisfies the lien on the vehicle described below. |
|---|---|---|
| 3/22/2022 | 3186 | |

| | |
|---|---|
| Loan Number: | 3238290 |
| Balance: | $ 5,900.00 |
| As of: | 4/01/2022 |

| | |
|---|---|
| Vehicle VIN #: | 1N4AL2EP5DC181006 |
| Description: | 2013 NISSAN ALTIMA 2DR CP |
| Stock #: | N2112A |

| | |
|---|---|
| Customer: | DEREK L RAWLS<br>20 LEETE STREET<br>WEST HAVEN, CT 06516 |

| | |
|---|---|
| Send title to: | NORTHSHORE MOTOR LEASING LLC<br>Attn: Title Clerk<br>180 Michael Dr<br>Syosset, NY 11791<br>(516)226-1400 |

© 2016 DEALERTRACK TECHNOLOGIES - Dealership Application Group

19728 B_LPBW

NORTHSHORE MOTOR LEASING LLC
180 Michael Dr
Syosset, NY 11791

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

CHASE NEW MAIN
, 00100-1891

NORTHSHORE MOTORS 180 MICHAEL DRIVE SYOSSET, NY 11791
www.NorthshoreMotors1.com
516.226.1400
180 Michael Dr Syosset, NY 11791
Phone: (516) 226-1400

| DATE | CHECK |
|---|---|
| 3/22/2022 | 3186 |

| AMOUNT |
|---|
| $ 5,900.00 |

*Pay Five Thousand, Nine Hundred Dollars and no/Cents*

TO THE ORDER OF

SANTANDER CONSUMER USA
1010 W MOCKINGBIRD LN
SUITE 100
DALLAS, TX 75247

Security Features Included. Details on back.

⑈000003186⑈ ⑆021000021⑆623778112⑈

IAG005536

| DATE | CHECK | This remittance satisfies the lien on the vehicle described below |
|---|---|---|
| 7/18/2022 | 4002 | |

| | |
|---|---|
| Loan Number: | |
| Balance: | $ 29,471.00 |
| As of: | 6/17/2022 |

| | |
|---|---|
| Vehicle VIN #: | 1HGCV1F35KA001603 |
| Description: | 2019 HONDA ACCORD SEDAN S |
| Stock #: | N2525A |

| | |
|---|---|
| Customer: | LENOX ROSE<br>49 EMILY6 DR<br>CENTEREACH, NY 11720 |

| | |
|---|---|
| Send title to: | NORTHSHORE MOTOR LEASING LLC<br>Attn: Title Clerk<br>180 Michael Dr<br>Syosset, NY 11791<br>(516)226-1400 |

© 2016 DEALERTRACK TECHNOLOGIES - Dealership Application Group

19728 B_LPBW

NORTHSHORE MOTOR LEASING LLC
180 Michael Dr
Syosset, NY 11791

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

CHASE NEW MAIN
, 00100-1891

NORTHSHORE MOTORS 180 MICHAEL DRIVE SYOSSET, NY 11791
www.NorthshoreMotors1.com
516.226.1400
180 Michael Dr Syosset, NY 11791
Phone: (516) 226-1400

| DATE | CHECK |
|---|---|
| 7/18/2022 | 4002 |

| AMOUNT |
|---|
| $ 29,471.00 |

*Pay Twenty-Nine Thousand, Four Hundred Seventy-One Dollars and no/Cents*

TO THE ORDER OF
SANTANDER CONSUMER USA
1010 W MOCKINGBIRD LN
SUITE 100
DALLAS, TX 75247

RUB RED IMAGE FADES WITH HEAT

Security Features Included. Details on back.

⑈000004002⑈ ⑆021000021⑆623778112⑈

IAG005537

| DATE | CHECK | This remittance satisfies the lien on the vehicle described below |
|---|---|---|
| 6/30/2022 | 3870 | |

| | |
|---|---|
| Loan Number: | 104167258 |
| Balance: | $ 21,000.00 |
| As of: | 6/04/2022 |

| | |
|---|---|
| Vehicle VIN #: | 5NPE24AF0JH705041 |
| Description: | 2018 HYUNDAI SONATA SE 2. |
| Stock #: | N2480A |

| | |
|---|---|
| Customer: | SAMMY CAROLYN<br>10436 109TH ST<br>JAMAICA, NY 11419 |

| | |
|---|---|
| Send title to: | NORTHSHORE MOTOR LEASING LLC<br>Attn: Title Clerk<br>180 Michael Dr<br>Syosset, NY 11791<br>(516)226-1400 |

© 2016 DEALERTRACK TECHNOLOGIES - Dealership Application Group

19728 B_LPBW

NORTHSHORE MOTOR LEASING LLC
180 Michael Dr
Syosset, NY 11791

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

CHASE NEW MAIN

, 00100-1891

NORTHSHORE MOTORS
180 MICHAEL DRIVE
SYOSSET, NY 11791
www.NorthshoreMotors1.com
516.226.1400
180 Michael Dr Syosset, NY 11791
Phone: (516) 226-1400

| DATE | CHECK |
|---|---|
| 6/30/2022 | 3870 |

| AMOUNT |
|---|
| $ 21,000.00 |

*Pay Twenty-One Thousand, Dollars and no/Cents*

TO THE ORDER OF

CREDIT ACCEPTANCE
2505 WEST 12 MILE ROAD
SOUTHFIELD, MI 48034

⑈0000003870⑈ ⑆021000021⑆623778112⑈

| DATE | CHECK | This remittance satisfies the lien on the vehicle described below. |
|---|---|---|
| 5/13/2022 | 3573 | |

| | |
|---|---|
| Loan Number: | 620627075652110 |
| Balance: | $ 16,848.21 |
| As of: | 5/18/2022 |

| | |
|---|---|
| Vehicle VIN #: | 1HGCV1F19JA075653 |
| Description: | 2018 HONDA ACCORD SEDAN L |
| Stock #: | N1957A |

| | |
|---|---|
| Customer: | MASAUN BRANCH<br>121 E 87TH ST<br>BROOKLYN |

| | |
|---|---|
| Send title to: | NORTHSHORE MOTOR LEASING LLC<br>Attn: Title Clerk<br>180 Michael Dr<br>Syosset, NY 11791<br>(516)226-1400 |

© 2016 DEALERTRACK TECHNOLOGIES - Dealership Application Group

19728 B_LPBW

NORTHSHORE MOTOR LEASING LLC
180 Michael Dr
Syosset, NY 11791

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

CHASE NEW MAIN

, 00100-1891

NORTHSHORE MOTORS 180 MICHAEL DRIVE SYOSSET, NY 11791
www.NorthshoreMotors1.com
516.226.1400
180 Michael Dr Syosset, NY 11791
Phone: (516) 226-1400

| DATE | CHECK |
|---|---|
| 5/13/2022 | 3573 |

| AMOUNT |
|---|
| $ 16,848.21 |

*Pay Sixteen Thousand, Eight Hundred Forty-Eight Dollars and Twenty-One Cents*

TO THE ORDER OF

CAPITAL ONE AUTO FINANCE
2525 CORPORATE PLACE
2ND FL SUITE 250
MONTERREY, CA 91754

⑈000003573⑈ ⑆021000021⑆623778112⑈

IAG005539

| DATE | CHECK | This remittance satisfies the lien on the vehicle described below. |
|---|---|---|
| 1/18/2022 | 2698 | |

| | |
|---|---|
| Loan Number: | 5000836036001 |
| Balance: | $ 42,630.17 |
| As of: | 1/28/2022 |

| | |
|---|---|
| Vehicle VIN #: | WDC0G4KB3JV081558 |
| Description: | 2018 MERCEDES-BENZ GLC GL |
| Stock #: | N2080A |

| | |
|---|---|
| Customer: | KENNETH JEFFRIES-DAS<br>1789 AMSTERDAM AVE 413<br>NEW YORK, NY 10031 |

| | |
|---|---|
| Send title to: | NORTHSHORE MOTOR LEASING LLC<br>Attn: Title Clerk<br>180 Michael Dr<br>Syosset, NY 11791<br>(516)226-1400 |

© 2016 DEALERTRACK TECHNOLOGIES - Dealership Application Group

19728 B_LPBW

NORTHSHORE MOTOR LEASING LLC
180 Michael Dr
Syosset, NY 11791

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER.

CHASE NEW MAIN
, 00100-1891

NORTHSHORE MOTORS 180 MICHAEL DRIVE SYOSSET, NY 11791
www.NorthshoreMotors1.com
516.226.1400
180 Michael Dr Syosset, NY 11791
Phone: (516) 226-1400

| DATE | CHECK |
|---|---|
| 1/18/2022 | 2698 |

| AMOUNT |
|---|
| $ 42,630.17 |

*Pay Forty-Two Thousand, Six Hundred Thirty Dollars and Seventeen Cents*

TO THE ORDER OF
MERCEDES BENZ FINANCIAL SERVIC
P O BOX 5209
8430 BRYN MAWR AVE, 3FL
CHICAGO, IL 60631

⑈000002698⑈ ⑆021000021⑆623778112⑈

IAG005539

| DATE | CHECK | This remittance satisfies the lien on the vehicle described below. |
|---|---|---|
| 6/30/2022 | 3872 | |

| | |
|---|---|
| Loan Number: | |
| Balance: | $ 35,000.00 |
| As of: | 6/22/2022 |

| | |
|---|---|
| Vehicle VIN #: | JN1EV7AR6LM255149 |
| Description: | 2020 INFINITI Q50 3.0T LU |
| Stock #: | N2510A |

| | |
|---|---|
| Customer: | MILTON J PARVELUS<br>47 AUSTIN STREET<br>VALLEY STREAM, NY 11580 |

| | |
|---|---|
| Send title to: | NORTHSHORE MOTOR LEASING LLC<br>Attn: Title Clerk<br>180 Michael Dr<br>Syosset, NY 11791<br>(516)226-1400 |

© 2016 DEALERTRACK TECHNOLOGIES - Dealership Application Group

19728 B_LPBW

NORTHSHORE MOTOR LEASING LLC
180 Michael Dr
Syosset, NY 11791

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

CHASE NEW MAIN

, 00100-1891

NORTHSHORE MOTORS 180 MICHAEL DRIVE SYOSSET, NY 11791
www.NorthshoreMotors1.com
516.226.1400
180 Michael Dr Syosset, NY 11791
Phone: (516) 226-1400

| DATE | CHECK |
|---|---|
| 6/30/2022 | 3872 |

| AMOUNT |
|---|
| $ 35,000.00 |

*Pay Thirty-Five Thousand, Dollars and no/Cents*

TO THE ORDER OF

PENTAGON FEDERAL CREDIT UNION
2930 EISENHOWER AVE
ALEXANDRIA, VA 22314

⑈0000038 72⑈ ⑆021000021⑆623778112⑈

IAG005540

| DATE | CHECK | This remittance satisfies the lien on the vehicle described below. |
|---|---|---|
| 7/19/2022 | 4017 | |

| | |
|---|---|
| Loan Number: | |
| Balance: | $ 30,806.00 |
| As of: | 7/25/2022 |

| | |
|---|---|
| Vehicle VIN #: | 1C4RDJEG8GC398168 |
| Description: | 2016 DODGE DURANGO AWD 4D |
| Stock #: | N2398A |

**Customer:**
TERINGA GJOKAJ
2055 COLONIAL AVE
BRONX, NY 10461

**Send title to:**
NORTHSHORE MOTOR LEASING LLC
Attn: Title Clerk
180 Michael Dr
Syosset, NY 11791
(516)226-1400

© 2016 DEALERTRACK TECHNOLOGIES - Dealership Application Group
19728 B_LPBW

NORTHSHORE MOTOR LEASING LLC
180 Michael Dr
Syosset, NY 11791

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

CHASE NEW MAIN
, 00100-1891

NORTHSHORE MOTORS 180 MICHAEL DRIVE SYOSSET, NY 11791
www.NorthshoreMotors1.com
516.226.1400
180 Michael Dr Syosset, NY 11791
Phone: (516) 226-1400

| DATE | CHECK |
|---|---|
| 7/19/2022 | 4017 |

| AMOUNT |
|---|
| $ 30,806.00 |

*Pay Thirty Thousand, Eight Hundred Six Dollars and no/Cents*

TO THE ORDER OF
SANTANDER CONSUMER USA
1010 W MOCKINGBIRD LN
SUITE 100
DALLAS, TX 75247

RUB RED IMAGE FADES WITH HEAT

⑈000004017⑈ ⑆021000021⑆ [illegible]⑈

| DATE | CHECK | This remittance satisfies the lien on the vehicle described below. |
|---|---|---|
| 7/18/2022 | 4001 | |

| | |
|---|---|
| Loan Number: | 620101602043210 |
| Balance: | $ 33,500.00 |
| As of: | 7/01/2022 |

| | |
|---|---|
| Vehicle VIN #: | 5UXKR0C51F0P01241 |
| Description: | 2015 BMW X5 SUBN GY |
| Stock #: | N2705A |

| | |
|---|---|
| Customer: | ELIZABETH MORALES<br>80 PALADINO AVE<br>NEW YORK |

| | |
|---|---|
| Send title to: | NORTHSHORE MOTOR LEASING LLC<br>Attn: Title Clerk<br>180 Michael Dr<br>Syosset, NY 11791<br>(516)226-1400 |

© 2016 DEALERTRACK TECHNOLOGIES - Dealership Application Group

19728 B_LPBW

NORTHSHORE MOTOR LEASING LLC
180 Michael Dr
Syosset, NY 11791

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

CHASE NEW MAIN
, 00100-1891

NORTHSHORE MOTORS 180 MICHAEL DRIVE SYOSSET, NY 11791
www.NorthshoreMotors1.com
516.226.1400
180 Michael Dr Syosset, NY 11791
Phone: (516) 226-1400

| DATE | CHECK |
|---|---|
| 7/18/2022 | 4001 |

| AMOUNT |
|---|
| *$ 33,500.00* |

*Pay Thirty-Three Thousand, Five Hundred Dollars and no/Cents*

TO THE ORDER OF

CAPITAL ONE AUTO FINANCE
2525 CORPORATE PLACE
2ND FL SUITE 250
MONTERREY, CA 91754

RUB RED IMAGE FADES WITH HEAT

⑈000001001⑈ ⑆021000021⑆ [illegible]

| DATE | CHECK | This remittance satisfies the lien on the vehicle described below |
|---|---|---|
| 7/11/2022 | 3938 | |

| | |
|---|---|
| Loan Number: | |
| Balance: | $ 13,635.99 |
| As of: | 7/11/2022 |

| | |
|---|---|
| Vehicle VIN #: | 1G1JD5SH4H4125198 |
| Description: | 2017 CHEVROLET SONIC 4DR |
| Stock #: | N2565A |

**Customer:**
JOSEPH BENINCASA
6293 60TH STREET
RIDGEWOOD, NY 11385

**Send title to:**
NORTHSHORE MOTOR LEASING LLC
Attn: Title Clerk
180 Michael Dr
Syosset, NY 11791
(516)226-1400

© 2016 DEALERTRACK TECHNOLOGIES - Dealership Application Group
19728 B_LPBW

NORTHSHORE MOTOR LEASING LLC
180 Michael Dr
Syosset, NY 11791

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

CHASE NEW MAIN
, 00100-1891

NORTHSHORE MOTORS 180 MICHAEL DRIVE SYOSSET, NY 11791
www.NorthshoreMotors1.com
516.226.1400
180 Michael Dr Syosset, NY 11791
Phone: (516) 226-1400

| DATE | CHECK |
|---|---|
| 7/11/2022 | 3938 |

| AMOUNT |
|---|
| *$ 13,635.99* |

*Pay Thirteen Thousand, Six Hundred Thirty-Five Dollars and Ninety-Nine Cents*

TO THE ORDER OF
CREDIT ACCEPTANCE CORP
25505 WEST TWELVE MILL RD
SOUTHFIELD, MI 48034

FOR RED IMAGE FADES WITH HEAT

⑈000003938⑈ ⑆021000021⑆623778112⑈

This remittance satisfies the lien on the vehicle described below

| DATE | CHECK |
|---|---|
| 7/21/2022 | 4066 |

| | |
|---|---|
| Loan Number: | |
| Balance: | $ 18,757.00 |
| As of: | 7/30/2022 |

| | |
|---|---|
| Vehicle VIN #: | 5UXKR2C38H0U22592 |
| Description: | 2017 BMW X5 SDRIVE35I SPO |
| Stock #: | N2731A |

Customer:
THERON SAUNCHES
15 SICKLES ST
NEW YORK, NY 10040

Send title to:
NORTHSHORE MOTOR LEASING LLC
Attn: Title Clerk
180 Michael Dr
Syosset, NY 11791
(516)226-1400

© 2016 DEALERTRACK TECHNOLOGIES - Dealership Application Group

19728 B_LPBW

NORTHSHORE MOTOR LEASING LLC
180 Michael Dr
Syosset, NY 11791

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

CHASE NEW MAIN
, 00100-1891

NORTHSHORE MOTORS 180 MICHAEL DRIVE SYOSSET, NY 11791
www.NorthshoreMotors1.com
516.226.1400
180 Michael Dr Syosset, NY 11791
Phone: (516) 226-1400

| DATE | CHECK |
|---|---|
| 7/21/2022 | 4066 |

AMOUNT
$ 18,757.00

*Pay Eighteen Thousand, Seven Hundred Fifty-Seven Dollars and no/Cents*

TO THE ORDER OF
BRIDGECREST
LOCKBOX 842695
3440 FALIR DRIVE
EL MONTE, CA 91731

RUB RED IMAGE FADES WITH HEAT

⑈000004066⑈ ⑆021000021⑆623778112⑈

IAG005545

| DATE | CHECK | This remittance satisfies the lien on the vehicle described below. |
|---|---|---|
| 7/13/2022 | 4118 | |

| | |
|---|---|
| Loan Number: | EC906960 |
| Balance: | $ 9,844.24 |
| As of: | 7/23/2022 |

| | |
|---|---|
| Vehicle VIN #: | 1N4AA5AP5EC906960 |
| Description: | 2014 NISSAN MAXIMA 4DR SD |
| Stock #: | N2510B |

| | |
|---|---|
| Customer: | LAMONT HARDY<br>841 SPUR DRIVE<br>BAYSHORE, NY 11706 |

| | |
|---|---|
| Send title to: | NORTHSHORE MOTOR LEASING LLC<br>Attn: Title Clerk<br>180 Michael Dr<br>Syosset, NY 11791<br>(516)226-1400 |

© 2016 DEALERTRACK TECHNOLOGIES - Dealership Application Group

19728 B_LPBW

NORTHSHORE MOTOR LEASING LLC
180 Michael Dr
Syosset, NY 11791

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

CHASE NEW MAIN
, 00100-1891

NORTHSHORE MOTORS
180 MICHAEL DRIVE
SYOSSET, NY 11791
www.NorthshoreMotors1.com
516.226.1400
180 Michael Dr Syosset, NY 11791
Phone: (516) 226-1400

| DATE | CHECK |
|---|---|
| 7/13/2022 | 4118 |

| AMOUNT |
|---|
| $ 9,844.24 |

*Pay Nine Thousand, Eight Hundred Forty-Four Dollars and Twenty-Four Cents*

TO THE ORDER OF
TEACHERS FEDERAL CU
102 MOTOR PARKWAY
HAUPPAUGE, NY 11788

RUB RED IMAGE FADES WITH HEAT

⑈000004118⑈ ⑆021000021⑆623778112⑈

IAG005546

| DATE | CHECK | This remittance satisfies the lien on the vehicle described below. |
|---|---|---|
| 7/28/2022 | 4141 | |

| | |
|---|---|
| Loan Number: | |
| Balance: | $ 39,336.00 |
| As of: | 7/28/2022 |

| | |
|---|---|
| Vehicle VIN #: | 5UXKT0C58G0F74784 |
| Description: | 2016 BMW X5 EDRIVE AWD 4D |
| Stock #: | N2394A |

| | |
|---|---|
| Customer: | ALSINA PERRY<br>83 DIVISION AVE<br>MASSAPEQUA, NY 11758 |

| | |
|---|---|
| Send title to: | NORTHSHORE MOTOR LEASING LLC<br>Attn: Title Clerk<br>180 Michael Dr<br>Syosset, NY 11791<br>(516)226-1400 |

© 2016 DEALERTRACK TECHNOLOGIES - Dealership Application Group

19728 B_LPBW

NORTHSHORE MOTOR LEASING LLC
180 Michael Dr
Syosset, NY 11791

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

CHASE NEW MAIN
, 00100-1891

NORTHSHORE MOTORS 180 MICHAEL DRIVE SYOSSET, NY 11791
www.NorthshoreMotors1.com
516.226.1400
180 Michael Dr Syosset, NY 11791
Phone: (516) 226-1400

| DATE | CHECK |
|---|---|
| 7/28/2022 | 4141 |

| AMOUNT |
|---|
| *$ 39,336.00* |

*Pay Thirty-Nine Thousand, Three Hundred Thirty-Six Dollars and no/Cents*

TO THE ORDER OF
TRUIST RETAIL LOANS
PO BOX 580223
CHARLOTTE, NC 28258-0022

TRUE RED IMAGE FADES WITH HEAT

⑈000004141⑈ ⑆021000021⑆623778112⑈

| DATE | CHECK | This remittance satisfies the lien on the vehicle described below. |
|---|---|---|
| 7/06/2022 | 3901 | |

| | |
|---|---|
| Loan Number: | 20350721201001 |
| Balance: | $ 35,043.00 |
| As of: | 6/25/2022 |

| | |
|---|---|
| Vehicle VIN #: | 55SWF4KB9JU269937 |
| Description: | 2018 MERCEDES-BENZ C-CLAS |
| Stock #: | N2534A |

| | |
|---|---|
| Customer: | JUAN PERAZZOLO<br>666 LOWELL ST<br>WESTBURY, NY 11590 |

| | |
|---|---|
| Send title to: | NORTHSHORE MOTOR LEASING LLC<br>Attn: Title Clerk<br>180 Michael Dr<br>Syosset, NY 11791<br>(516)226-1400 |

© 2016 DEALERTRACK TECHNOLOGIES - Dealership Application Group

19728 B_LPBW

NORTHSHORE MOTOR LEASING LLC
180 Michael Dr
Syosset, NY 11791

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

CHASE NEW MAIN
, 00100-1891

NORTHSHORE MOTORS 180 MICHAEL DRIVE SYOSSET, NY 11791
www.NorthshoreMotors1.com
516.226.1400
180 Michael Dr Syosset, NY 11791
Phone: (516) 226-1400

| DATE | CHECK |
|---|---|
| 7/06/2022 | 3901 |

| AMOUNT |
|---|
| *$ 35,043.00* |

*Pay Thirty-Five Thousand, Forty-Three Dollars and no/Cents*

TO THE ORDER OF
TRUIST RETAIL LOANS
PO BOX 580223
CHARLOTTE, NC 28258-0022

RUB RED IMAGE FADES WITH HEAT

⑈000003901⑈ ⑆021000021⑆623778112⑈

IAG005548

| DATE | CHECK | This remittance satisfies the lien on the vehicle described below. |
|---|---|---|
| 8/11/2022 | 4198 | |

| | |
|---|---|
| Loan Number: | 6006493405 |
| Balance: | $ 14,348.00 |
| As of: | 8/15/2022 |

| | |
|---|---|
| Vehicle VIN #: | 1C4NJDEB4GD775831 |
| Description: | 2016 JEEP COMPASS 4WD 4DR |
| Stock #: | N2799A |

**Customer:**
NICOLE QUILES
141 IRVING AVE
DEER PARK, NY 11729

**Send title to:**
NORTHSHORE MOTOR LEASING LLC
Attn: Title Clerk
180 Michael Dr
Syosset, NY 11791
(516)226-1400

© 2016 DEALERTRACK TECHNOLOGIES - Dealership Application Group
19728 B_LPBW

NORTHSHORE MOTOR LEASING LLC
180 Michael Dr
Syosset, NY 11791

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

CHASE NEW MAIN
, 00100-1691

NORTHSHORE MOTORS 180 MICHAEL DRIVE SYOSSET, NY 11791
www.NorthshoreMotors1.com
516.226.1400
180 Michael Dr Syosset, NY 11791
Phone: (516) 226-1400

| DATE | CHECK |
|---|---|
| 8/11/2022 | 4198 |

AMOUNT
$ 14,348.00

*Pay Fourteen Thousand, Three Hundred Forty-Eight Dollars and no/Cents*

TO THE ORDER OF
TEACHERS FEDERAL CU
102 MOTOR PARKWAY
HAUPPAUGE, NY 11788

RUB RED IMAGE FADES WITH HEAT

Security Features Included. Details on back.

⑈000004198⑈ ⑆021000021⑆623778112⑈

IAG005549

| DATE | CHECK | This remittance satisfies the lien on the vehicle described below. |
|---|---|---|
| 6/30/2022 | 3871 | |

| | | | |
|---|---|---|---|
| Loan Number: | 16361082 | Vehicle VIN #: | WBAKE5C52BE574049 |
| Balance: | $ 7,004.21 | Description: | 2011 BMW 3 SERIES 2DR CPE |
| As of: | 6/08/2022 | Stock #: | N2481A |

| | | | |
|---|---|---|---|
| Customer: | JEAN BALAN<br>1572 E 57TH ST<br>BROOKLYN, NY 11234 | Send title to: | NORTHSHORE MOTOR LEASING LLC<br>Attn: Title Clerk<br>180 Michael Dr<br>Syosset, NY 11791<br>(516)226-1400 |

© 2016 DEALERTRACK TECHNOLOGIES - Dealership Application Group

19728 B_LPBW

NORTHSHORE MOTOR LEASING LLC
180 Michael Dr
Syosset, NY 11791

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

CHASE NEW MAIN
, 00100-1891

NORTHSHORE MOTORS 180 MICHAEL DRIVE SYOSSET, NY 11791
www.NorthshoreMotors1.com
516.226.1400
180 Michael Dr Syosset, NY 11791
Phone: (516) 226-1400

| DATE | CHECK |
|---|---|
| 6/30/2022 | 3871 |

| AMOUNT |
|---|
| *$ 7,004.21* |

*Pay Seven Thousand, Four Dollars and Twenty-One Cents*

TO THE ORDER OF

WESTLAKE FINIANCIAL SERVICES
3440 FLAIR DR
LBX# 73082
EL MANTE, CA 91731

RUB RED IMAGE FADES WITH HEAT

⑈00003871⑈ ⑆021000021⑆623778112⑈

| DATE | CHECK | This remittance satisfies the lien on the vehicle described below. |
|---|---|---|
| 6/30/2022 | 3867 | |

| | |
|---|---|
| Loan Number: | 992839-U |
| Balance: | $ 15,700.00 |
| As of: | 7/06/2022 |

| | |
|---|---|
| Vehicle VIN #: | JTHBF1D29F5046669 |
| Description: | 2015 LEXUS IS 250 4DR SPO |
| Stock #: | N2416A |

| | |
|---|---|
| Customer: | DIANA CANON<br>95 GERHARD RD<br>PLAINVIEW, NY 11803 |

| | |
|---|---|
| Send title to: | NORTHSHORE MOTOR LEASING LLC<br>Attn: Title Clerk<br>180 Michael Dr<br>Syosset, NY 11791<br>(516)226-1400 |

© 2016 DEALERTRACK TECHNOLOGIES - Dealership Application Group

19728 B_LPBW

NORTHSHORE MOTOR LEASING LLC
180 Michael Dr
Syosset, NY 11791

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

CHASE NEW MAIN

, 00100-1891

NORTHSHORE MOTORS 180 MICHAEL DRIVE SYOSSET, NY 11791
www.NorthshoreMotors1.com
516.226.1400
180 Michael Dr Syosset, NY 11791
Phone: (516) 226-1400

| DATE | CHECK |
|---|---|
| 6/30/2022 | 3867 |

| AMOUNT |
|---|
| $ 15,700.00 |

*Pay Fifteen Thousand, Seven Hundred Dollars and no/Cents*

TO THE ORDER OF

MENGER AUTOMOTIVE FINANCE
782 NW 42 AVENUE
SUITE 532 SUITE 632
MIAMI, FL 33126

Security Features Included. Details on back.

⑈000003867⑈ ⑆021000021⑆ 233778112⑈

IAG0055510

| DATE | CHECK | This remittance satisfies the lien on the vehicle described below. |
|---|---|---|
| 7/19/2022 | 4016 | |

| | |
|---|---|
| Loan Number: | 620101150549710 |
| Balance: | $ 20,568.00 |
| As of: | 7/21/2022 |

| | |
|---|---|
| Vehicle VIN #: | 1VWAT7A34FC121843 |
| Description: | 2015 VOLKSWAGEN PASSAT 4D |
| Stock #: | N2536A |

| | |
|---|---|
| Customer: | ODESSA ASHBY<br>1558 REMSEN AVE<br>BROOKLYN, NY 11236 |

| | |
|---|---|
| Send title to: | NORTHSHORE MOTOR LEASING LLC<br>Attn: Title Clerk<br>180 Michael Dr<br>Syosset, NY 11791<br>(516)226-1400 |

© 2016 DEALERTRACK TECHNOLOGIES - Dealership Application Group

19728 B_LPBW

NORTHSHORE MOTOR LEASING LLC
180 Michael Dr
Syosset, NY 11791

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

CHASE NEW MAIN

, 00100-1891

NORTHSHORE MOTORS
180 MICHAEL DRIVE SYOSSET, NY 11791
www.NorthshoreMotors1.com
516.226.1400
180 Michael Dr Syosset, NY 11791
Phone: (516) 226-1400

| DATE | CHECK |
|---|---|
| 7/19/2022 | 4016 |

| AMOUNT |
|---|
| $ 20,568.00 |

*Pay Twenty Thousand, Five Hundred Sixty-Eight Dollars and no/Cents*

TO THE ORDER OF

CAPITAL ONE AUTO FINANCE
2525 CORPORATE PLACE
2ND FL SUITE 250
MONTERREY, CA 91754

RUB RED IMAGE FADES WITH HEAT

⑈000004016⑈ ⑆021000021⑆623778112⑈

IAG005552

| DATE | CHECK | This remittance satisfies the lien on the vehicle described below. |
|---|---|---|
| 8/23/2022 | 4241 | |

| | |
|---|---|
| Loan Number: | 620881905916210 |
| Balance: | $ 6,414.00 |
| As of: | 8/20/2022 |

| | |
|---|---|
| Vehicle VIN #: | 1VWAH7A33CC109079 |
| Description: | 2012 VOLKSWAGEN PASSAT 4D |
| Stock #: | N2526A |

| | |
|---|---|
| Customer: | GEORGE HEADLEY<br>107 SNOWSHORE CT<br>MOUNT POCONO, PA 18344 |

| | |
|---|---|
| Send title to: | NORTHSHORE MOTOR LEASING LLC<br>Attn: Title Clerk<br>180 Michael Dr<br>Syosset, NY 11791<br>(516)226-1400 |

© 2016 DEALERTRACK TECHNOLOGIES - Dealership Application Group

19728 B_LPBW

NORTHSHORE MOTOR LEASING LLC
180 Michael Dr
Syosset, NY 11791

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

CHASE NEW MAIN
00100-1891

NORTHSHORE MOTORS 180 MICHAEL DRIVE SYOSSET, NY 11791
www.NorthshoreMotors1.com
516.226.1400
180 Michael Dr Syosset, NY 11791
Phone: (516) 226-1400

| DATE | CHECK |
|---|---|
| 8/23/2022 | 4241 |

| AMOUNT |
|---|
| $ 6,414.00 |

*Pay Six Thousand, Four Hundred Fourteen Dollars and no/Cents*

TO THE ORDER OF
CAPITAL ONE AUTO FINANCE
2525 CORPORATE PLACE
2ND FL SUITE 250
MONTERREY, CA 91754

TRUE RED IMAGE FADES WITH HEAT

Security Features Included. Details on back.

⑈000004241⑈ ⑆021000021⑆623778112⑈

IAG005552

| DATE | CHECK | This remittance satisfies the lien on the vehicle described below. |
|---|---|---|
| 6/02/2022 | 3696 | |

| | |
|---|---|
| Loan Number: | 0024086654 |
| Balance: | $ 10,986.00 |
| As of: | 6/02/2022 |

| | |
|---|---|
| Vehicle VIN #: | WA1LGAFE7DD008008 |
| Description: | 2013 AUDI Q7 QUATTRO 4DR |
| Stock #: | N2706A |

Customer:
GANIYA AGHOSASA
6007 METLER LN
RICHMOND, TX 77469

Send title to:
NORTHSHORE MOTOR LEASING LLC
Attn: Title Clerk
180 Michael Dr
Syosset, NY 11791
(516)226-1400

© 2016 DEALERTRACK TECHNOLOGIES - Dealership Application Group
19728 B_LPBW

NORTHSHORE MOTOR LEASING LLC
180 Michael Dr
Syosset, NY 11791

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

CHASE NEW MAIN
, 00100-1891

NORTHSHORE MOTORS 180 MICHAEL DRIVE SYOSSET, NY 11791
www.NorthshoreMotors1.com
516.226.1400
180 Michael Dr Syosset, NY 11791
Phone: (516) 226-1400

| DATE | CHECK |
|---|---|
| 6/02/2022 | 3696 |

| AMOUNT |
|---|
| $ 10,986.00 |

*Pay Ten Thousand, Nine Hundred Eighty-Six Dollars and no/Cents*

TO THE ORDER OF
SANTANDER CONSUMER USA
1010 W MOCKINGBIRD LN
SUITE 100
DALLAS, TX 75247

Security Features Included. Details on back.

⑈000003696⑈ ⑆021000021⑆637778112⑈

| DATE | CHECK | This remittance satisfies the lien on the vehicle described below. |
|---|---|---|
| 7/29/2022 | 4180 | |

| | |
|---|---|
| Loan Number: | |
| Balance: | $ 30,773.00 |
| As of: | 7/29/2022 |

| | |
|---|---|
| Vehicle VIN #: | JA4J4TA8XNZ013527 |
| Description: | 2022 MITSUBISHI OUTLANDER |
| Stock #: | N2826A |

Customer:
MELVIN SHEPRASAD
24 WALDO AVE
BLOOMFIELD, NJ 07003

Send title to:
NORTHSHORE MOTOR LEASING LLC
Attn: Title Clerk
180 Michael Dr
Syosset, NY 11791
(516)226-1400

© 2016 DEALERTRACK TECHNOLOGIES - Dealership Application Group

19728 B_LPBW

NORTHSHORE MOTOR LEASING LLC
180 Michael Dr
Syosset, NY 11791

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

CHASE NEW MAIN
, 00100-1891

NORTHSHORE MOTORS 180 MICHAEL DRIVE SYOSSET, NY 11791
www.NorthshoreMotors1.com
516.226.1400
180 Michael Dr Syosset, NY 11791
Phone: (516) 226-1400

| DATE | CHECK |
|---|---|
| 7/29/2022 | 4180 |

AMOUNT
$ 30,773.00

*Pay Thirty Thousand, Seven Hundred Seventy-Three Dollars and no/Cents*

TO THE ORDER OF
EXETER
PO BOX 650693
DALLAS, TX 75265

RUB RED IMAGE FADES WITH HEAT

Security Features Included. Details on back.

⑈000004180⑈ ⑆021000021⑆623778112⑈

IAG005554

| DATE | CHECK | This remittance satisfies the lien on the vehicle described below. |
|---|---|---|
| 8/26/2022 | 4270 | |

| | |
|---|---|
| Loan Number: | 20859271 |
| Balance: | $ 15,975.00 |
| As of: | 8/24/2022 |

| | |
|---|---|
| Vehicle VIN #: | JTEDS41A282035757 |
| Description: | 2008 TOYOTA HIGHLANDER FW |
| Stock #: | N2766A |

| | |
|---|---|
| Customer: | ALVIN HERNANDEZ<br>8443 241 ST<br>BELLEROSE, NY 11426 |

| | |
|---|---|
| Send title to: | NORTHSHORE MOTOR LEASING LLC<br>Attn: Title Clerk<br>180 Michael Dr<br>Syosset, NY 11791<br>(516)226-1400 |

© 2016 DEALERTRACK TECHNOLOGIES - Dealership Application Group

19728 B_LPBW

NORTHSHORE MOTOR LEASING LLC
180 Michael Dr
Syosset, NY 11791

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

CHASE NEW MAIN
, 00100-1891

NORTHSHORE 180 MICHAEL DRIVE SYOSSET, NY 11791
MOTORS www.NorthshoreMotors1.com
516.226.1400
180 Michael Dr Syosset, NY 11791
Phone: (516) 226-1400

| DATE | CHECK |
|---|---|
| 8/26/2022 | 4270 |

| AMOUNT |
|---|
| $ 15,975.00 |

*Pay Fifteen Thousand, Nine Hundred Seventy-Five Dollars and no/Cents*

TO THE ORDER OF
WESTLAKE FINIANCIAL SERVICES
3440 FLAIR DR
LBX# 73082
EL MANTE, CA 91731

RUB RED IMAGE FADES WITH HEAT

Security Features Included. Details on back.

⑈000004270⑈ ⑆021000021⑆623778112⑈

IAG005556

| DATE | CHECK | This remittance satisfies the lien on the vehicle described below. |
|---|---|---|
| 6/30/2022 | 3869 | |

| | |
|---|---|
| Loan Number: | |
| Balance: | $ 16,585.00 |
| As of: | 6/06/2022 |

| | |
|---|---|
| Vehicle VIN #: | 2HGFC2F57GH540131 |
| Description: | 2016 HONDA CIVIC SEDAN 4D |
| Stock #: | N2455A |

| | |
|---|---|
| Customer: | KEMARR FORRESTER<br>88-26 210 ST<br>QUEENS VILLAGE, NY 11427 |

| | |
|---|---|
| Send title to: | NORTHSHORE MOTOR LEASING LLC<br>Attn: Title Clerk<br>180 Michael Dr<br>Syosset, NY 11791<br>(516)226-1400 |

© 2016 DEALERTRACK TECHNOLOGIES - Dealership Application Group

19728 B_LPBW

NORTHSHORE MOTOR LEASING LLC
180 Michael Dr
Syosset, NY 11791

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

CHASE NEW MAIN

, 00100-1891

NORTHSHORE MOTORS 180 MICHAEL DRIVE SYOSSET, NY 11791
www.NorthshoreMotors1.com
516.226.1400
180 Michael Dr Syosset, NY 11791
Phone: (516) 226-1400

| DATE | CHECK |
|---|---|
| 6/30/2022 | 3869 |

| AMOUNT |
|---|
| *$ 16,585.00* |

*Pay Sixteen Thousand, Five Hundred Eighty-Five Dollars and no/Cents*

TO THE ORDER OF

BETHPAGE FEDERAL CREDIT UNION
7600 E ORLANDO ROAD
SUITE 310N
GREENWOOD VILLAGE, CO 80111

IAG005557

| DATE | CHECK | This remittance satisfies the lien on the vehicle described below. |
|---|---|---|
| 6/14/2022 | 2193 | |

| | |
|---|---|
| Loan Number: | |
| Balance: | $ 24,150.00 |
| As of: | 6/03/2022 |

| | |
|---|---|
| Vehicle VIN #: | JN1EV7AR1KM592391 |
| Description: | 2019 INFINITI Q50 3.0T LU |
| Stock #: | S0805B |

| | |
|---|---|
| Customer: | CUMMINGS MONIQUE<br>2 KENNEDY HIGHTS<br>GLEN COVE, NY 11542 |

| | |
|---|---|
| Send title to: | NORTHSHORE MOTOR LEASING<br>Attn: Title Clerk<br>180 MICHAEL DRIVE<br>SYOSSET, NY 11791<br>(516)226-1400 |

© 2016 DEALERTRACK TECHNOLOGIES - Dealership Application Group (800)945-1028

19717 B_LPBW

189 SUNRISE HWY AUTO, LLC
189 Sunrise Hwy
Amityville, NY 11701

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**SUNRISE AUTO OUTLET**
189 Sunrise Highway - Amityville, NY 11701
(631) 842-3200 - Fax: (631) 842-3800
www.sunriseautooutlet.com

CHASE MAIN ACCOUNT
189 MONTAUK HWY
AMITYVILLE, NY 11701

| DATE | CHECK |
|---|---|
| 6/14/2022 | 2193 |

| AMOUNT |
|---|
| $ 24,150.00 |

*Pay Twenty-Four Thousand, One Hundred Fifty Dollars and no/Cents*

TO THE ORDER OF NMAC
,

⑈00002193⑈ ⑆021000021⑆700139899⑈

| DATE | CHECK | This remittance satisfies the lien on the vehicle described below. |
|---|---|---|
| 5/21/2022 | 2028 | |

| | |
|---|---|
| Loan Number: | 9670291963 |
| Balance: | $ 28,401.00 |
| As of: | 3/08/2022 |

| | |
|---|---|
| Vehicle VIN #: | WDDWJ4KB2JF659943 |
| Description: | 2018 MERCEDES-BENZ C-CLAS |
| Stock #: | S0655A |

Customer:
JASON HO
2029 BATCHELDER STREET
BROOKLYN, NY 11229

Send title to:
NORTHSHORE MOTOR LEASING
Attn: Title Clerk
180 MICHAEL DRIVE
SYOSSET, NY 11791
(516)226-1400

© 2016 DEALERTRACK TECHNOLOGIES - Dealership Application Group (800)945-1028

19717 B_LPBW

189 SUNRISE HWY AUTO, LLC
189 Sunrise Hwy
Amityville, NY 11701

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**SUNRISE AUTO OUTLET**

189 Sunrise Highway - Amityville, NY 11701
(631) 842-3200 - Fax: (631) 842-3800
www.sunriseautooutlet.com

CHASE MAIN ACCOUNT
189 MONTAUK HWY
AMITYVILLE, NY 11791

| DATE | CHECK |
|---|---|
| 5/21/2022 | 2028 |

| AMOUNT |
|---|
| $ 28,401.00 |

*Pay Twenty-Eight Thousand, Four Hundred One Dollars and no/Cents*

TO THE ORDER OF
WELLS FARGO DEALER SERVICES
1740 BROADWAY ST - LL2
DENVER, CO

Security Features Included. Details on back.

⑈00000 2028⑈ ⑆021000021⑆ 700139899⑈

IAG005559

| DATE | CHECK | This remittance satisfies the lien on the vehicle described below. |
|---|---|---|
| 8/08/2022 | 2548 | |

| | |
|---|---|
| Loan Number: | 227965915063 |
| Balance: | $ 19,713.00 |
| As of: | 8/09/2022 |

| | |
|---|---|
| Vehicle VIN #: | JF1VA2M62J9819401 |
| Description: | 2018 SUBARU WRX STI MANUA |
| Stock #: | S0938A |

| | |
|---|---|
| Customer: | CESAR ZAVALA<br>94 SOUTH 2ND FLOOR STREET<br>WILLIMANTIC, CT 06226 |

| | |
|---|---|
| Send title to: | NORTHSHORE MOTOR LEASING<br>Attn: Title Clerk<br>180 MICHAEL DRIVE<br>SYOSSET, NY 11791<br>(516)226-1400 |

© 2016 DEALERTRACK TECHNOLOGIES - Dealership Application Group (800)945-1028

19717 B_LPBW

189 SUNRISE HWY AUTO, LLC
189 Sunrise Hwy
Amityville, NY 11701

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**SUNRISE AUTO OUTLET**

189 Sunrise Highway - Amityville, NY 11701
(631) 842-3200 - Fax: (631) 842-3800
www.sunriseautooutlet.com

CHASE MAIN ACCOUNT
189 MONTAUK HWY
AMITYVILLE, NY 11791

| DATE | CHECK |
|---|---|
| 8/08/2022 | 2548 |

| AMOUNT |
|---|
| $ 19,713.00 |

*Pay Nineteen Thousand, Seven Hundred Thirteen Dollars and no/Cents*

TO THE ORDER OF

ALLY FINANCIAL
12 PROGRESS DRIVE
SHELTON, CT 06484

RUB RED IMAGE FADES WITH HEAT

Security Features Included. Details on back.

⑈000002548⑈ ⑆021000021⑆700139899⑈

| DATE | CHECK | This remittance satisfies the lien on the vehicle described below. |
|---|---|---|
| 8/06/2022 | 2592 | |

| | |
|---|---|
| Loan Number: | 25008386429 |
| Balance: | $ 18,522.00 |
| As of: | 8/13/2022 |

| | |
|---|---|
| Vehicle VIN #: | 1N4BL4EW9KC200175 |
| Description: | 2019 NISSAN ALTIMA 2.5 SL |
| Stock #: | S0931A |

**Customer:**
VLADIMIR MISHIN
8621 23RD BROOKLYN AVENUE
BROOKLYN, NY 11214

**Send title to:**
NORTHSHORE MOTOR LEASING
Attn: Title Clerk
180 MICHAEL DRIVE
SYOSSET, NY 11791
(516)226-1400

MAKE CHECK TO
BARON NISSAN

© 2016 DEALERTRACK TECHNOLOGIES - Dealership Application Group (800)945-1028

19717 B_LPBW

189 SUNRISE HWY AUTO, LLC
189 Sunrise Hwy
Amityville, NY 11701

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

# SUNRISE AUTO OUTLET

189 Sunrise Highway - Amityville, NY 11701
(631) 842-3200 - Fax: (631) 842-3800
www.sunriseautooutlet.com

CHASE MAIN ACCOUNT
189 MONTAUK HWY
AMITYVILLE, NY 11791

| DATE | CHECK |
|---|---|
| 8/06/2022 | 2592 |

| AMOUNT |
|---|
| $ 18,522.00 |

*Pay Eighteen Thousand, Five Hundred Twenty-Two Dollars and no/Cents*

TO THE ORDER OF
NISSAN FINANCIAL
8900 FREEPORT PKWY
IRVING, TX 75266-0036

RUB RED IMAGE FADES WITH HEAT

⑈0000002592⑈ ⑆021000021⑆700139899⑈

IAG005560

| DATE | CHECK | This remittance satisfies the lien on the vehicle described below. |
|---|---|---|
| 8/06/2022 | 2593 | |

| | |
|---|---|
| Loan Number: | 63010060542887 |
| Balance: | $ 31,794.00 |
| As of: | 8/22/2022 |

| | |
|---|---|
| Vehicle VIN #: | SALVP2BGXHH248477 |
| Description: | 2017 LAND ROVER RANGE ROV |
| Stock #: | S0874A |

| | |
|---|---|
| Customer: | JERELL LESTER<br>233 REDSTONE HILL RD<br>BRISTOL, CT 06010 |

| | |
|---|---|
| Send title to: | NORTHSHORE MOTOR LEASING<br>Attn: Title Clerk<br>180 MICHAEL DRIVE<br>SYOSSET, NY 11791<br>(516)226-1400 |

© 2016 DEALERTRACK TECHNOLOGIES - Dealership Application Group (800)945-1028

19717 B_LPBW

189 SUNRISE HWY AUTO, LLC
189 Sunrise Hwy
Amityville, NY 11701

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**SUNRISE AUTO OUTLET**

189 Sunrise Highway - Amityville, NY 11701
(631) 842-3200 - Fax: (631) 842-3800
www.sunriseautooutlet.com

CHASE MAIN ACCOUNT
189 MONTAUK HWY
AMITYVILLE, NY 11791

| DATE | CHECK |
|---|---|
| 8/06/2022 | 2593 |

| AMOUNT |
|---|
| $ 31,794.00 |

*Pay Thirty-One Thousand, Seven Hundred Ninety-Four Dollars and no/Cents*

TO THE ORDER OF

BANK OF AMERICA N.A.
FL9-600-02-26 ATTN: PAYOFF PRO
9000 SOUTHSIDE BLVD BLDG 600
JACKSONVILLE, FL 32256

RUB RED IMAGE FADES WITH HEAT

⑈0000002593⑈ ⑆021000021⑆ 700139899⑈

| DATE | CHECK | This remittance satisfies the lien on the vehicle described below. |
|---|---|---|
| 7/14/2022 | 2397 | |

| | |
|---|---|
| Loan Number: | 0316665635 |
| Balance: | $ 19,525.80 |
| As of: | 7/07/2022 |

| | |
|---|---|
| Vehicle VIN #: | SALVN2BG2FH077307 |
| Description: | 2015 LAND ROVER RANGE ROV |
| Stock #: | S0744A |

**Customer:**
TIFFANY MOORE
3900 HAMLIN CREEK
CHESTER, VA 23831

**Send title to:**
NORTHSHORE MOTOR LEASING
Attn: Title Clerk
180 MICHAEL DRIVE
SYOSSET, NY 11791
(516)226-1400

© 2016 DEALERTRACK TECHNOLOGIES - Dealership Application Group (800)945-1028

19717 B_LPBW

189 SUNRISE HWY AUTO, LLC
189 Sunrise Hwy
Amityville, NY 11701

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**SUNRISE AUTO OUTLET**
189 Sunrise Highway - Amityville, NY 11701
(631) 842-3200 - Fax: (631) 842-3800
www.sunriseautooutlet.com

CHASE MAIN ACCOUNT
189 MONTAUK HWY
AMITYVILLE, NY 11791

| DATE | CHECK |
|---|---|
| 7/14/2022 | 2397 |

| AMOUNT |
|---|
| *$ 19,525.80* |

*Pay Nineteen Thousand, Five Hundred Twenty-Five Dollars and Eighty Cents*

TO THE ORDER OF
TOYOTA FINANCIAL SERVICES
5505 CUMBERLAND AVE
SUITE 307
CHICAGO, OL

RUB RED IMAGE FADES WITH HEAT

| DATE | CHECK | This remittance satisfies the lien on the vehicle described below. |
|---|---|---|
| 8/09/2022 | 2550 | |

| | |
|---|---|
| Loan Number: | 20321533161001 |
| Balance: | $ 14,835.78 |
| As of: | 8/18/2022 |

| | |
|---|---|
| Vehicle VIN #: | 2C4RC1EG4HR657766 |
| Description: | 2017 CHRYSLER PACIFICA TO |
| Stock #: | S0886A |

**Customer:**
STEVE CADET
584 JEFFERSON ST
WESTBURY, NY 11590

**Send title to:**
NORTHSHORE MOTOR LEASING
Attn: Title Clerk
180 MICHAEL DRIVE
SYOSSET, NY 11791
(516)226-1400

© 2016 DEALERTRACK TECHNOLOGIES - Dealership Application Group (800)945-1028

9717 B_LPBW

189 SUNRISE HWY AUTO, LLC
189 Sunrise Hwy
Amityville, NY 11701

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

# SUNRISE AUTO OUTLET

189 Sunrise Highway - Amityville, NY 11701
(631) 842-3200 - Fax: (631) 842-3800
www.sunriseautooutlet.com

CHASE MAIN ACCOUNT
189 MONTAUK HWY
AMITYVILLE, NY 11701

| DATE | CHECK |
|---|---|
| 8/09/2022 | 2550 |

| AMOUNT |
|---|
| $ 14,835.78 |

*Pay**14,835**Dollars*and*78/100*DOLLARS****

TO THE ORDER OF
TRUIST
5130 PARKWAY PLAZA BLVD
CHARLOTTE, NC 28217-0195

Security Features Included. Details on back.

⑈00000 2550⑈ ⑆021000021⑆ 700139899⑈

| DATE | CHECK | This remittance satisfies the lien on the vehicle described below. |
|---|---|---|
| 8/19/2022 | 2602 | |

| | |
|---|---|
| Loan Number: | 620881849718210 |
| Balance: | $ 18,500.00 |
| As of: | 8/25/2022 |

| | |
|---|---|
| Vehicle VIN #: | 5XXGT4L30JG263169 |
| Description: | 2018 KIA OPTIMA S 4DSD |
| Stock #: | S0912B |

| | |
|---|---|
| Customer: | JAZZ KOVICS<br>4316 212 STREET<br>BAYSIDE, NY 11361 |

| | |
|---|---|
| Send title to: | NORTHSHORE MOTOR LEASING<br>Attn: Title Clerk<br>180 MICHAEL DRIVE<br>SYOSSET, NY 11791<br>(516)226-1400 |

© 2016 DEALERTRACK TECHNOLOGIES - Dealership Application Group (800)945-1028

19717 B_LPBW

189 SUNRISE HWY AUTO, LLC
189 Sunrise Hwy
Amityville, NY 11701

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

# SUNRISE AUTO OUTLET

189 Sunrise Highway - Amityville, NY 11701
(631) 842-3200 - Fax: (631) 842-3800
www.sunriseautooutlet.com

CHASE MAIN ACCOUNT
189 MONTAUK HWY
AMITYVILLE, NY 11791

| DATE | CHECK |
|---|---|
| 8/19/2022 | 2602 |

| AMOUNT |
|---|
| $ 18,500.00 |

*Pay Eighteen Thousand, Five Hundred Dollars and no/Cents*

TO THE ORDER OF

CAPITOL ONE
2525 CORPORATE PLACE 2ND
APT 250
MONTEREY PARK, CA 91754

Security Features Included. Details on back.

⑈000002602⑈ ⑆021000021⑆ 700139899⑈

IAG005565

| DATE | CHECK | This remittance satisfies the lien on the vehicle described below. |
|---|---|---|
| 8/23/2022 | 2620 | |

| | |
|---|---|
| Loan Number: | |
| Balance: | $ 23,600.00 |
| As of: | 7/19/2022 |

| | |
|---|---|
| Vehicle VIN #: | WAUENAF44JN000852 |
| Description: | 2018 AUDI A4 2.0 TFSI TEC |
| Stock #: | S0910A |

**Customer:**
FELIX TEJADA
17 ILES PLACE
COPIAGUE, NY 11726

**Send title to:**
NORTHSHORE MOTOR LEASING
Attn: Title Clerk
180 MICHAEL DRIVE
SYOSSET, NY 11791
(516)226-1400

© 2016 DEALERTRACK TECHNOLOGIES - Dealership Application Group (800)945-1026

19717 B_LPBW

189 SUNRISE HWY AUTO, LLC
189 Sunrise Hwy
Amityville, NY 11701

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

# SUNRISE AUTO OUTLET

189 Sunrise Highway - Amityville, NY 11701
(631) 842-3200 - Fax: (631) 842-3800
www.sunriseautooutlet.com

CHASE MAIN ACCOUNT
189 MONTAUK HWY
AMITYVILLE, NY 11791

| DATE | CHECK |
|---|---|
| 8/23/2022 | 2620 |

| AMOUNT |
|---|
| $ 23,600.00 |

*Pay Twenty-Three Thousand, Six Hundred Dollars and no/Cents*

TO THE ORDER OF
SANTANDER CONSUMER USA INC
1010 W MOCKINGBIRD LANE
APT 100
DALLAS, TX 75247

⑈002620⑈ ⑆021000021⑆700139899⑈

ADDITIONAL INFORMATION - IF APPLICABLE

| CHECK | VENDOR | VENDOR NAME | CHECK DATE |
|---|---|---|---|
| 2640 | CAPI005 | CAPITAL ONE | 8/26/2022 |

| INVOICE | INVOICE DATE | INVOICE AMOUNT | DISCOUNT | AMOUNT PAID | MEMO INFORMATION |
|---|---|---|---|---|---|
| S0857 | 8/26/2022 | 35762.45 | .00 | 35762.45 | FLAT CANCEL SMYTHE WARD |

| | INVOICE TOTAL | DISCOUNT TOTAL | PAID TOTAL | CUSTOMER NUMBER |
|---|---|---|---|---|
| REMITTANCE ADVICE | 35762.45 | .00 | 35762.45 | |

© 2016 DEALERTRACK TECHNOLOGIES - Dealership Application Group (800)945-1028 19417 8_MCBW

189 SUNRISE HWY AUTO, LLC
189 Sunrise Hwy
Amityville, NY 11701

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**SUNRISE AUTO OUTLET**
189 Sunrise Highway - Amityville, NY 11701
(631) 842-3200 - Fax: (631) 842-3800
www.sunriseautooutlet.com

CHASE MAIN ACCOUNT
189 MONTAUK HWY
AMITYVILLE, NY 11701

| DATE | CHECK |
|---|---|
| 8/26/2022 | 2640 |

AMOUNT
$ 35,762.45

*Pay Thirty-Five Thousand, Seven Hundred Sixty-Two Dollars and Forty-Five Cents*

TO THE ORDER OF
CAPITAL ONE
30000 FELDWOOD ROAD
LOCKBOX 744777
COLLEGE PARK, GA 30349

RUB RED IMAGE FADES WITH HEAT

Security Features Included. Details on back.

⑈00002640⑈ ⑆021000021⑆ 700139899⑈

ADDITIONAL INFORMATION - IF APPLICABLE

| CHECK | VENDOR | VENDOR NAME | CHECK DATE |
|---|---|---|---|
| 3796 | SANTA | SANTANDER CONSUMER USA | 6/23/2022 |

| INVOICE | INVOICE DATE | INVOICE AMOUNT | DISCOUNT | AMOUNT PAID | MEMO INFORMATION |
|---|---|---|---|---|---|
| N2507 | 6/23/2022 | 24566.11 | .00 | 24566.11 | FLAT CANCEL VALDEZ |

| | INVOICE TOTAL | DISCOUNT TOTAL | PAID TOTAL | CUSTOMER NUMBER |
|---|---|---|---|---|
| REMITTANCE ADVICE | 24566.11 | .00 | 24566.11 | |

© 2016 DEALERTRACK TECHNOLOGIES - Dealership Application Group

19428 B_MCBW

NORTHSHORE MOTOR LEASING LLC
180 Michael Dr
Syosset, NY 11791

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

VALDEZ FLAT CANCEL

NORTHSHORE MOTORS 180 MICHAEL DRIVE SYOSSET, NY 11791
www.NorthshoreMotors1.com
516.226.1400
180 Michael Dr Syosset, NY 11791
Phone: (516) 226-1400

CHASE NEW MAIN
, 00100-1691

| DATE | CHECK |
|---|---|
| 6/23/2022 | 3796 |

AMOUNT
$ 24,566.11

*Pay Twenty-Four Thousand, Five Hundred Sixty-Six Dollars and Eleven Cents*

TO THE ORDER OF
SANTANDER CONSUMER USA
3000 KELLWAY DRIVE
SUITE 120
CARROLLTON, TX 75006

COLORED IMAGE FADES WITH HEAT

Dealertrack F&I

NORTHSHORE MOTOR LEASING DO

Switch to Dealertrack Classic | Switch Dealership | DMS | RegUSA | Support

Search

F & I

Leads | Create | Deals | Bookout | Lenders | Compliance | Reports

Quick Links: App Status | Credit App | Contract Status | Payoff

*Choose only one signing method for the deal*

Sign Remotely | Sign | History | Notes | Manage

Share your expertise to help improve uniFI

- Summary
  Contract Complete
- ID Verification
- Credit Bureau
- Application
- Credit Decisions
- Contract
- Aftermarket
- Salesmaker
- Compliance
- Documents

**Brandon Valdez**
New 16 E 7th Street, Clifton, NJ 07011
**Co-Applicant:**
**Application:** Copy and Create New

**Retail | 2016 BMW X1**
AWD 4dr xDrive28i
**Condition:** Used
**Transmission:** -
**VIN:** WBXHT3C39GP8883N2507
**Mileage:** 79844
**Stock #:**

**Deal**
**Payment:** $599.04
**Rate:** 22.48%
**Term:** 72
**Amount:** $23,573.23

## Contract | Santander Auto

Print | I want to...

Santander Funded $

Funding Package | Details

* Indicates Required

| Applicant(s) | | Vehicle | |
|---|---|---|---|
| Applicant Name | BRANDON VALDEZ | N/U/D | USED |
| Co-Applicant Name | - | Year/Make/Model | 2016/BMW/X1 |
| | | Trim | AWD 4dr xDrive28i |
| Financing Information | | VIN # | WBXHT3C39GP888317 |

| | |
|---|---|
| Product | retail |
| Term | 72 mos |
| Buy Rate | 20.73 % |
| Contract Rate | 22.48 % |
| Part Split Ratio | – |
| Amount Financed | $23,573.23 |
| Floorplan Payoff Amount | $0.00 |
| Discount | $0.00 |
| Adjustments | $0.00 |
| Contract Fee | $149.00 |
| Doc Fee | $0.00 |
| Title Fee | – |
| Pre-Funded | – |
| Warranty Premium | $0.00 |
| GAP Premium | $0.00 |
| ACH Fee | $0.00 |
| NY Lien Credit | $0.00 |
| Warranty to Dealer | $0.00 |
| GAP to Dealer | $0.00 |
| Dealer Part/Flat | $1,141.88 |
| Amount Disbursed | $24,566.11 |

Funding Documents

–

Stipulations

–

Comments

–

Reference

| | |
|---|---|
| Name | Funding Department |
| Phone Number | (800) 877-4696 |

ADDITIONAL INFORMATION - IF APPLICABLE

| CHECK | VENDOR | VENDOR NAME | CHECK DATE |
|---|---|---|---|
| 3207 | SANTANDER | SANTANDER CONSUMER USA | 3/24/2022 |

| INVOICE | INVOICE DATE | INVOICE AMOUNT | DISCOUNT | AMOUNT PAID | MEMO INFORMATION |
|---|---|---|---|---|---|
| N2135 | 3/24/2022 | 33560.29 | .00 | 33560.29 | FLAT CANCEL LOZADA |

| | INVOICE TOTAL | DISCOUNT TOTAL | PAID TOTAL | CUSTOMER NUMBER |
|---|---|---|---|---|
| REMITTANCE ADVICE | 33560.29 | .00 | 33560.29 | |

© 2016 DEALERTRACK TECHNOLOGIES - Dealership Application Group 19428 B_MCBW

NORTHSHORE MOTOR LEASING LLC
180 Michael Dr
Syosset, NY 11791

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

NORTHSHORE MOTORS 180 MICHAEL DRIVE SYOSSET, NY 11791
www.NorthshoreMotors1.com
516.226.1400
180 Michael Dr Syosset, NY 11791
Phone: (516) 226-1400

CHASE NEW MAIN
, 00100-1891

| DATE | CHECK |
|---|---|
| 3/24/2022 | 3207 |

AMOUNT
$ 33,560.29

*Pay Thirty-Three Thousand, Five Hundred Sixty Dollars and Twenty-Nine Cents*

TO THE ORDER OF
SANTANDER CONSUMER USA
1010 W. MOCKINGBIRD LANE
SUITE 100
DALLAS, TX 75247

⑈00003207⑈ ⑆021000021⑆623778112⑈

IAG0055710

Santander Auto Finance

Funded

## Applicant(s)

| | |
|---|---|
| Applicant Name | DELISA LOZADA |
| Co-Applicant Name | – |

## Financing Information

| | |
|---|---|
| Product | retail |
| Term | 72 mos |
| Buy Rate | 22.95 % |
| Contract Rate | 24.95 % |
| Part Split Ratio | – |
| Amount Financed | $32,679.82 |
| Floorplan Payoff Amount | $0.00 |
| Discount | $817.00 |
| Adjustments | $0.00 |
| Contract Fee | $149.00 |
| Doc Fee | $0.00 |
| Title Fee | – |
| Pre-Funded | – |
| Warranty Premium | $0.00 |
| GAP Premium | $0.00 |
| ACH Fee | $0.00 |
| NY Lien Credit | $5.00 |
| Warranty to Dealer | $0.00 |
| GAP to Dealer | $0.00 |
| Dealer Part/Flat | $1,841.47 |
| Amount Disbursed | $33,560.29 |

## Reference

| | |
|---|---|
| Name | Funding Department |
| Phone Number | (800) 877-4696 |
| Funding Fax | (800) 215-7221 |
| Lender Cust. Service Number | (800) 877-4696 |
| Reference # | 137854662 |
| Decision Date | 01/22/2022 10:57 a.m. |
| Expiration Date | 02/20/2022 6:57 a.m. |

## Vehicle

| | |
|---|---|
| N/U/D | USED |
| Year/Make/Model | 2015/BMW/X4 |
| Trim | AWD 4dr xDrive35i |
| VIN # | 5UXXW5C50F0E87583 |

## Funding Documents

N 2135

## Comments

| CHECK | VENDOR | VENDOR NAME | CHECK DATE |
|---|---|---|---|
| 3903 | TRUIST | TRUIST RETAIL LOANS-PAYOFFS | 7/06/2022 |

| INVOICE | INVOICE DATE | INVOICE AMOUNT | DISCOUNT | AMOUNT PAID | MEMO INFORMATION |
|---|---|---|---|---|---|
| N2479 | 7/06/2022 | 34833.90 | .00 | 34833.90 | PERAZZOLA FLAT CANCEL |

| | INVOICE TOTAL | DISCOUNT TOTAL | PAID TOTAL | CUSTOMER NUMBER |
|---|---|---|---|---|
| REMITTANCE ADVICE | 34833.90 | .00 | 34833.90 | |

© 2016 DEALERTRACK TECHNOLOGIES - Dealership Application Group 19428 B_MCBW

NORTHSHORE MOTOR LEASING LLC
180 Michael Dr
Syosset, NY 11791

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

NORTHSHORE MOTORS 180 MICHAEL DRIVE SYOSSET, NY 11791
www.NorthshoreMotors1.com
516.226.1400
180 Michael Dr Syosset, NY 11791
Phone: (516) 226-1400

CHASE NEW MAIN
, 00100-1891

| DATE | CHECK |
|---|---|
| 7/06/2022 | 3903 |

AMOUNT
$ 34,833.90

*Pay Thirty-Four Thousand, Eight Hundred Thirty-Three Dollars and Ninety Cents*

TO THE ORDER OF
**TRUIST RETAIL LOANS-PAYOFFS**
**PO BOX 580223**
**CHARLOTTE, NC 28258-0223**

RUB RED IMAGE FADES WITH HEAT

⑈000003903⑈ ⑆021000021⑆623778112⑈

Dealertrack F&I

NORTHSHORE MOTOR LEASING DO

Switch to Dealertrack Classic   Switch Dealership   DMS   RegUSA   Support

Leads   Create   Deals   Bookout   Lenders   Compliance   Reports   Search

Quick Links:   App Status   Credit App   Contract Status   Payoff

- How do I eSign my deals in Dealertrack?
  We've created an easy-to-reference guide to help you decide the best way to sign every deal.

  This guide includes best practice recommendations plus dos, don'ts, and tips for in-store and remote signing. Bookmark the link or download the guide today.

Sign Remotely   Sign

History   Notes   Manage

Summary
Contract Complete

ID Verification

Credit Bureau

Application

Credit Decisions

Contract

Aftermarket

Salesmaker

**Jaun Perazzalo**
666 Lowell St, Westbury, NY 11590
**Home:** (516) 721-7194 **Cell:** (516) 721-7194
**Co-Applicant:**
**Application:** Copy and Create New

**Retail | 2018 Mercedes-Benz C-...**
C 300 4MATIC Sedan
**Condition:** Used   **Mileage:** 53336
**Transmission:** -
**VIN:** 55SWF4KB9JU269937   **Stock #:** 2479

**Deal**
**Payment:** $562.20   **Amount:** $34,833.90
**Rate:** 6.16%
**Term:** 75

269937 &

6-16-22

**Contract | Truist**   Print   I want to...

TRUIST   Booked   $

Funding Package   Details   * Indicates Required

Compliance

Documents

## Applicant(s)

| | |
|---|---|
| Applicant Name | JAUN PERAZZALO |
| Co-Applicant Name | – |

## Financing Information

| | |
|---|---|
| Product | retail |
| Term | 75 mos |
| Amount Financed | $34,833.90 |
| Amount Disbursed | $34,838.90 |
| Customer Rate | 6.16 % |
| Buy Rate | 4.05 % |
| Dealer Reserve | $1,899.69 |
| Dealer Bonus | $0.00 |
| Risk Grade | – |
| GAP | – |
| Warranty | $4,990.00 |
| First Pay Deduct | – |
| Dealer Subvention | – |
| Credit Life Premium | $0.00 |
| Credit accident & Health Premium | – |
| Booking Date/Time | 06/15/2022 11:30 p.m. |

## Reference

| | |
|---|---|
| Name | RITA ALSTON |

## Vehicle

| | |
|---|---|
| N/U/D | USED |
| Y/M/M | 2018/Mercedes-Benz/C-Class |
| Trim | C 300 4MATIC Sedan |
| VIN # | 55SWF4KB9JU269937 |

## Funding Documents

–

## Stipulations

–

## Comments

–

ADDITIONAL INFORMATION - IF APPLICABLE

| CHECK | VENDOR | VENDOR NAME | CHECK DATE |
|---|---|---|---|
| 3941 | SANTA | SANTANDER CONSUMER USA | 6/01/2022 |

| INVOICE | INVOICE DATE | INVOICE AMOUNT | DISCOUNT | AMOUNT PAID | MEMO INFORMATION |
|---|---|---|---|---|---|
| N2238 | 6/01/2022 | 42318.31 | .00 | 42318.31 | GIGGETS FLAT CANCEL |

| | INVOICE TOTAL | DISCOUNT TOTAL | PAID TOTAL | CUSTOMER NUMBER |
|---|---|---|---|---|
| REMITTANCE ADVICE | 42318.31 | .00 | 42318.31 | |

© 2010 DEALERTRACK TECHNOLOGIES - Dealership Application Group

19428 B_MCBW

NORTHSHORE MOTOR LEASING LLC
180 Michael Dr
Syosset, NY 11791

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

NORTHSHORE MOTORS
180 MICHAEL DRIVE
SYOSSET, NY 11791
www.NorthshoreMotors1.com
516.226.1400
180 Michael Dr Syosset, NY 11791
Phone: (516) 226-1400

CHASE NEW MAIN
00100-1891

| DATE | CHECK |
|---|---|
| 6/01/2022 | 3941 |

AMOUNT
$ 42,318.31

*Pay Forty-Two Thousand, Three Hundred Eighteen Dollars and Thirty-One Cents*

TO THE ORDER OF
SANTANDER CONSUMER USA
3000 KELLWAY DRIVE
SUITE 120
CARROLLTON, TX 75006

RUB RED IMAGE FADES WITH HEAT

⑈000003941⑈ ⑆021000021⑆623778112⑈

## Santander Auto Finance

✓ Approved

Northshore Motor Leasing 950625

*140386409RNY*

N2238.

### Applicant(s)

| | |
|---|---|
| Applicant Name | Jessica Giggetts |
| Co-Applicant Name | – |
| App. Stated Income | $6,200.00 |

### Financing Information

| | |
|---|---|
| Product | retail |
| Sales Price | $34,800.00 |
| TTL | $3,267.00 |
| Misc | $75.00 |
| Sales + TTL + Misc | $38,142.00 |
| Cash Down | $500.00 |
| Net-Trade-In | $0.00 |
| MFR Rebate | $0.00 |
| Total Downpayment | $500.00 |
| Warranty | $0.00 |
| Gap Insurance | $0.00 |
| Credit Life | $0.00 |
| Disability | $0.00 |
| Backend Financing | $0.00 |
| Amount Financed | $37,642.00 |
| Buy Rate | 15.87 % |
| Max Participation% | 2 % |
| APR Buy Down | – |
| Contract Rate | 17.87 % |
| Participation Amount | – |
| Flat $ (if Contract @ buy rate) | $350.00 |
| Term | ⚠ 75 mos |
| Payment | $836.65 |
| Discount | – |
| Assignment Fee | $149.00 |
| Total Fee | $149.00 |
| Reference Link | Click here for Real Time Rehash |

### Reference

### Vehicle

| | |
|---|---|
| N/U/D | USED |
| Year/Make/Model | 2019/HONDA/PILOT |
| Trim | LX AWD |
| VIN # 5FNHP6H5XNB055574 | ~~5FNYF8H59KB011910~~ |
| Mileage | 30,523 |
| Book/Invoice | $35,550.00 |

### Stipulations

1. Max backend allowed is?$4500.00.?Backend allowance cannot exceed product maximums. GAP Policy or Waiver must be an approved form.
2. NY Lienholder name must state SANTANDER CONSUMER USA
3. First contract received on this applicant will fund. Others will be subject to return

### Additional Information

–

### Comments

4/22/2022 4:00p.m.
Analyst

Proof of Insurance Required

---

4/22/2022 4:00p.m.
Analyst

Valid US government issued ID card (all applicants)

40,642.



IAG005576

| CHECK | VENDOR | VENDOR NAME | CHECK DATE |
|---|---|---|---|
| 3934 | SANTA | SANTANDER CONSUMER USA | 7/11/2022 |

| INVOICE | INVOICE DATE | INVOICE AMOUNT | DISCOUNT | AMOUNT PAID | MEMO INFORMATION |
|---|---|---|---|---|---|
| N2522 | 7/11/2022 | 28841.80 | .00 | 28841.80 | FLAT CANCEL PIERRE |

| | INVOICE TOTAL | DISCOUNT TOTAL | PAID TOTAL | CUSTOMER NUMBER |
|---|---|---|---|---|
| REMITTANCE ADVICE | 28841.80 | .00 | 28841.80 | |

© 2016 DEALERTRACK TECHNOLOGIES - Dealership Application Group 19428 B_MCBW

NORTHSHORE MOTOR LEASING LLC
180 Michael Dr
Syosset, NY 11791

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

NORTHSHORE MOTORS 180 MICHAEL DRIVE SYOSSET, NY 11791
www.NorthshoreMotors1.com
516.226.1400
180 Michael Dr Syosset, NY 11791
Phone: (516) 226-1400

CHASE NEW MAIN
, 00100-1891

| DATE | CHECK |
|---|---|
| 7/11/2022 | 3934 |

| AMOUNT |
|---|
| $ 28,841.80 |

*Pay Twenty-Eight Thousand, Eight Hundred Forty-One Dollars and Eighty Cents*

TO THE ORDER OF
**SANTANDER CONSUMER USA**
**3000 KELLWAY DRIVE**
**SUITE 120**
**CARROLLTON, TX 75006**

RUB RED IMAGE FADES WITH HEAT

⑈000003934⑈ ⑆021000021⑆623778112⑈

Switch to Dealertrack Classic Switch Dealership DMS RegUSA Support

F & I

Leads Create Deals Bookout Lenders Compliance Reports Search

Quick Links: App Status Credit App Contract Status Payoff

*Choose only one signing method for the deal*

Sign Remotely | Sign | History | Notes | Manage

N 2522

Summary
Contract Complete

ID Verification

Credit Bureau

Application

Credit Decisions

Contract

Aftermarket

Salesmaker

Compliance

Documents

**Mikenlove Pierre**
New 133 Pearsall Ave, Jersey City, NJ 07305
Home: (347) 239-8556
Co-Applicant:
Application: Copy and Create New

**Retail | 2016 Mercedes-Benz C-...**
4dr Sdn C 450 AMG 4MATIC
Condition: Used Mileage: 45463
Transmission: - Stock #: 2522
VIN: 55SWF6EB7GU133290

**Deal**
Payment: $722.91
Rate: 23.48%
Term: 72
Amount: $27,791.25

## Contract | Santander Auto

Print | I want to...

Santander Consumer USA Funded

Funding Package | Details

* Indicates Required

### Applicant(s)

| | |
|---|---|
| Applicant Name | MIKENLOVE PIERRE |
| Co-Applicant Name | – |

### Financing Information

| | |
|---|---|
| Product | retail |
| Term | 72 mos |
| Buy Rate | 21.48 % |
| Contract Rate | 23.48 % |
| Part Split Ratio | – |
| Amount Financed | $27,791.25 |
| Floorplan Payoff Amount | $0.00 |
| Discount | $350.17 |
| Adjustments | $0.00 |
| Contract Fee | $149.00 |
| Doc Fee | $0.00 |
| Title Fee | – |
| Pre-Funded | – |
| Warranty Premium | $0.00 |
| GAP Premium | $0.00 |
| ACH Fee | $0.00 |
| NY Lien Credit | $0.00 |
| Warranty to Dealer | $0.00 |

### Vehicle

| | |
|---|---|
| N/U/D | USED |
| Year/Make/Model | 2016/Mercedes-Benz/C-Class |
| Trim | 4dr Sdn C 450 AMG 4MATIC |
| VIN # | 55SWF6EB7GU133290 |

### Funding Documents

–

### Stipulations

–

### Comments

–

| | |
|---|---|
| GAP to Dealer | $0.00 |
| Dealer Part/Flat | $1,549.72 |
| Amount Disbursed | $28,841.80 |

Reference

| | |
|---|---|
| Name | Funding Department |
| Phone Number | (800) 877-4696 |
| Funding Fax | (800) 215-7221 |
| Lender Cust. Service Number | (800) 877-4696 |
| Reference # | 142118639 |
| Decision Date | 06/28/2022 10:51 a.m. |
| Expiration Date | 07/28/2022 10:51 a.m. |

Version: 2.138.9
Commit: c9368ca0112979be00734addd58fc20f907077ff
Contract App Version :

© 2001-2022 Dealertrack Technologies, Inc. All rights reserved.

| CHECK | VENDOR | VENDOR NAME | CHECK DATE |
|---|---|---|---|
| 3944 | SANTA | SANTANDER CONSUMER USA | 6/01/2022 |

| INVOICE | INVOICE DATE | INVOICE AMOUNT | DISCOUNT | AMOUNT PAID | MEMO INFORMATION |
|---|---|---|---|---|---|
| N2014 | 6/01/2022 | 25179.98 | .00 | 25179.98 | REID FLAT CANCEL |

| | INVOICE TOTAL | DISCOUNT TOTAL | PAID TOTAL | CUSTOMER NUMBER |
|---|---|---|---|---|
| REMITTANCE ADVICE | 25179.98 | .00 | 25179.98 | |

© 2016 DEALERTRACK TECHNOLOGIES - Dealership Application Group 19428 B_MCBW

NORTHSHORE MOTOR LEASING LLC
180 Michael Dr
Syosset, NY 11791

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

NORTHSHORE MOTORS 180 MICHAEL DRIVE SYOSSET, NY 11791
www.NorthshoreMotors1.com
516.226.1400
180 Michael Dr Syosset, NY 11791
Phone: (516) 226-1400

CHASE NEW MAIN
, 00100-1891

| DATE | CHECK |
|---|---|
| 6/01/2022 | 3944 |

AMOUNT
$ 25,179.98

*Pay**25,179**Dollars*and*98/100*DOLLARS****

TO THE ORDER OF
**SANTANDER CONSUMER USA**
**3000 KELLWAY DRIVE**
**SUITE 120**
**CARROLLTON, TX 75006**

RUB RED IMAGE FADES WITH HEAT

⑈000003944⑈ ⑆021000021⑆623778112⑈

ADDITIONAL INFORMATION - IF APPLICABLE

| CHECK | VENDOR | VENDOR NAME | CHECK DATE |
|---|---|---|---|
| 4015 | CAP1PAYOF | CAPITAL ONE AUTO FINANCE | 7/11/2022 |

| INVOICE | INVOICE DATE | INVOICE AMOUNT | DISCOUNT | AMOUNT PAID | MEMO INFORMATION |
|---|---|---|---|---|---|
| N2710 | 7/19/2022 | 24539.08 | .00 | 24539.08 | TAYLOR MONCRIEFFE FLAT CANCEL |

| | INVOICE TOTAL | DISCOUNT TOTAL | PAID TOTAL | CUSTOMER NUMBER |
|---|---|---|---|---|
| REMITTANCE ADVICE | 24539.08 | .00 | 24539.08 | |

© 2010 DEALERTRACK TECHNOLOGIES - Dealership Application Group

19428 B_MCBW

NORTHSHORE MOTOR LEASING LLC
180 Michael Dr
Syosset, NY 11791

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

NORTHSHORE MOTORS 180 MICHAEL DRIVE SYOSSET, NY 11791
www.NorthshoreMotors1.com
516.226.1400
180 Michael Dr Syosset, NY 11791
Phone: (516) 226-1400

CHASE NEW MAIN
, 00100-1891

| DATE | CHECK |
|---|---|
| 7/11/2022 | 4015 |

AMOUNT
$ 24,539.08

*Pay Twenty-Four Thousand, Five Hundred Thirty-Nine Dollars and Eight Cents*

TO THE ORDER OF

CAPITAL ONE AUTO FINANCE
2525 CORPORATE PLACE
2ND FLR SUITE #250
MONTEREY PARK, CA 91754

RUB RED IMAGE FADES WITH HEAT

⑈000004015⑈ ⑆021000021⑆623778112⑈

IAG005582

Dealertrack

N2210

# Capital One Auto Finance

Capital One $ Booked

Northshore Motor Leasing 950625

## Applicant(s)

| | |
|---|---|
| Applicant Name | OLIVIA TAYLOR |
| Co-Applicant Name | ALROY MONCRIEFFE |
| Work Number | (718) 546-1500 |
| Home Number | (347) 615-9996 |

## Vehicle

| | |
|---|---|
| N/U/D | USED |
| Year/Make/Model | 2017/BMW/5 Series |
| Trim | 540i xDrive Sedan |
| VIN # | WBAJE7C30HG889581 |

## Financing Information

| | |
|---|---|
| Amount Financed | $24,829.08 |
| Term | 72 mos |
| Dealer Fee | $290.00 |
| Dealer Participation | $1,256.70 |
| Net To Dealer | $24,685.00 |
| Reference Link | Click here to update directly in Dealer Navigator |

## Stipulations

–

## Comments

–

## Reference

| | |
|---|---|
| App ID | 231764359 |
| Relationship Manager | Relationship Manager: Anthony Coletta |
| Ph | (888) 396-2623 Ext. 8323 |
| Fax | (888) 722-5186 |
| Funding Manager | – |
| Ph | (800) 945-9875 Ext. 2507 |
| Fax | (888) 722-5186 |

ADDITIONAL INFORMATION - IF APPLICABLE

| CHECK | VENDOR | VENDOR NAME | CHECK DATE |
|---|---|---|---|
| 2651 | CAPITAL | CAPITAL ONE AUTO FINANCE | 8/29/2022 |

| INVOICE | INVOICE DATE | INVOICE AMOUNT | DISCOUNT | AMOUNT PAID | MEMO INFORMATION |
|---|---|---|---|---|---|
| S1759 | 8/29/2022 | 28642.16 | .00 | 28642.16 | FLAT CANCEL RIVERS |

| | INVOICE TOTAL | DISCOUNT TOTAL | PAID TOTAL | CUSTOMER NUMBER |
|---|---|---|---|---|
| REMITTANCE ADVICE | 28642.16 | .00 | 28642.16 | |

© 2016 DEALERTRACK TECHNOLOGIES - Dealership Application Group (800)945-1028

19417 B_MCBW

189 SUNRISE HWY AUTO, LLC
189 Sunrise Hwy
Amityville, NY 11701

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**SUNRISE AUTO OUTLET**
189 Sunrise Highway - Amityville, NY 11701
(631) 842-3200 - Fax: (631) 842-3800
www.sunriseautooutlet.com

CHASE MAIN ACCOUNT
189 MONTAUK HWY
AMITYVILLE, NY 11701

| DATE | CHECK |
|---|---|
| 8/29/2022 | 2651 |

AMOUNT
$ 28,642.16

*Pay Twenty-Eight Thousand, Six Hundred Forty-Two Dollars and Sixteen Cents*

TO THE ORDER OF

CAPITAL ONE AUTO FINANCE
2525 CORPORATE PLACE SECO
SUITE 250
MONTEREY PARK, CA 91754

RUB RED IMAGE FADES WITH HEAT

⑈000002651⑈ ⑆021000021⑆700139899⑈

*Choose only one signing method for the deal*

Sign Remotely | History | Notes | Manage

Sign

Summary
Contract Complete

ID Verification

Credit Bureau

Application

Credit Decisions

Contract

Aftermarket

Salesmaker

Compliance

Documents

**Robert Rivers**
266 Fruitwood Lane, Central Islip, NY 11722
Home: (347) 898-8762
Co-Applicant:
Application: Copy and Create New

**Retail | 2014 Mercedes-Benz CL...**
4dr Sdn CLS 550 4MATIC
Condition: Used Mileage: 67423
Transmission: - Stock #:
VIN: WDDLJ9BB1EA099528 759

**Deal**
Payment: $533.51
Rate: 10.20%
Term: 72
Amount: $28,642.16

## Contract | CapitalOne

Print | I want to...

CapitalOne Booked $

Funding Package | Details

### Applicant(s)

| | |
|---|---|
| Applicant Name | ROBERT RIVERS |
| Co-Applicant Name | – |
| Work Number | (212) 340-2074 |
| Home Number | (347) 898-8762 |

### Vehicle

| | |
|---|---|
| N/U/D | USED |
| Year/Make/Model | 2014/Mercedes-Benz/CLS-Class |
| Trim | 4dr Sdn CLS 550 4MATIC |
| VIN # | WDDLJ9BB1EA099528 |

### Financing Information

| | |
|---|---|
| Amount Financed | $28,642.16 |
| Term | 72 mos |
| Dealer Fee | $0.00 |
| Dealer Participation | $286.42 |
| Net To Dealer | $30,112.00 |
| Reference Link | Click here to update directly in Dealer Navigator |

### Funding Documents

–

### Stipulations

–

### Comments

–

Show comments history

### Reference

| | |
|---|---|
| App ID | 233901417 |
| Relationship Manager | Relationship Manager: Amy Smith |
| Ph | (888) 396-2623 Ext. 8104 |
| Fax | (888) 722-5186 |
| Funding Manager | – |
| Ph | (800) 945-9875 Ext. 8239 |

Give Feedback