EXHIBIT “32”

GL3300R NORTHSHORE MOTOR LEASING 9/03/26 11:37:58
ASTEE0 Document Inquiry PAGE 1

| Document | Date | Jrn | Account | Control | Reference | Amount | Description |
|---|---|---|---|---|---|---|---|
| GJE0831M | 8/31/21 | GJE | 1001P | GJE0831M | GJE0831M | 1679248.00 | JONES ENTRIES |
| GJE0831M | 8/31/21 | GJE | 1030 | 9 | GJE0831M | 46211.00 | JONES ENTRIES |
| GJE0831M | 8/31/21 | GJE | 1130 | 189 SUNR | GJE0831M | 25224.00 | JONES ENTRIES |
| GJE0831M | 8/31/21 | GJE | 1350 | 9 | GJE0831M | -1858940.00 | JONES ENTRIES |
| GJE0831M | 8/31/21 | GJE | 2101 | PACK-0821 | GJE0831M | 32000.00 | JONES ENTRIES |
| GJE0831M | 8/31/21 | GJE | 2103 | TRANS0630 | GJE0831M | 6000.00 | JONES ENTRIES |
| GJE0831M | 8/31/21 | GJE | 2300 | 9 | GJE0831M | 52075.00 | JONES ENTRIES |
| GJE0831M | 8/31/21 | GJE | 2314 | GJE0831M | GJE0831M | 5271.53 | JONES ENTRIES |
| GJE0831M | 8/31/21 | GJE | 2315 | 9 | GJE0831M | 81406.00 | JONES ENTRIES |
| GJE0831M | 8/31/21 | GJE | 2315R | GJE0831M | GJE0831M | 22565.00 | JONES ENTRIES |
| GJE0831M | 8/31/21 | GJE | 4700 | GJE0831M | GJE0831M | -5271.53 | JONES ENTRIES |
| GJE0831M | 8/31/21 | GJE | 4700 | GJE0831M | GJE0831M | -38000.00 | JONES ENTRIES |
| GJE0831M | 8/31/21 | GJE | 4700 | GJE0831M | GJE0831M | -22565.00 | JONES ENTRIES |
| GJE0831M | 8/31/21 | GJE | 9300 | GJE0831M | GJE0831M | -25224.00 | JONES ENTRIES |

GL3300R NORTHSHORE MOTOR LEASING 9/03/26 11:39:39
ASTEEO Document Inquiry PAGE 1

| Document | Date | Jrn | Account | Control | Reference | Amount | Description |
|---|---|---|---|---|---|---|---|
| GJE0917 | 9/17/21 | GJE | 1001 | GJE0917 | GJE0917 | 117572.36 | JONES |
| GJE0917 | 9/17/21 | GJE | 1001A | GJE0917 | GJE0917 | -226717.85 | JONES |
| GJE0917 | 9/17/21 | GJE | 1001P | GJE0917 | GJE0917 | 2146321.00 | JONES |
| GJE0917 | 9/17/21 | GJE | 1001W | GJE0917 | GJE0917 | -4000.00 | JONES |
| GJE0917 | 9/17/21 | GJE | 1002W | GJE0917 | GJE0917 | -21380.05 | JONES |
| GJE0917 | 9/17/21 | GJE | 1003W | GJE0917 | GJE0917 | -7500.00 | JONES |
| GJE0917 | 9/17/21 | GJE | 1005 | GJE0917 | GJE0917 | 966.55 | JONES |
| GJE0917 | 9/17/21 | GJE | 1110 | GJE0917 | GJE0917 | 141058.95 | JONES |
| GJE0917 | 9/17/21 | GJE | 1110B | GJE0917 | GJE0917 | -100000.00 | JONES |
| GJE0917 | 9/17/21 | GJE | 1130 | 189 SUNR | GJE0917 | 100000.04 | JONES |
| GJE0917 | 9/17/21 | GJE | 1350 | GJE0917 | GJE0917 | -2211368.00 | JONES |
| GJE0917 | 9/17/21 | GJE | 1550 | GJE0917 | GJE0917 | -20140.00 | JONES |
| GJE0917 | 9/17/21 | GJE | 2310 | T352. | GJE0917 | 16030.00 | JONES |
| GJE0917 | 9/17/21 | GJE | 2315 | GJE0917 | GJE0917 | 85187.00 | JONES |
| GJE0917 | 9/17/21 | GJE | 2315R | GJE0917 | GJE0917 | 10443.14 | JONES |
| GJE0917 | 9/17/21 | GJE | 4700 | GJE0917 | GJE0917 | -16030.00 | JONES |
| GJE0917 | 9/17/21 | GJE | 4700 | GJE0917 | GJE0917 | -10443.14 | JONES |

| Document | Date | Jrn | Account | Control | Reference | Amount | Description |
|---|---|---|---|---|---|---|---|
| GJE1030J | 10/30/21 | GJE | 1001P | GJE1030J | GJE1030J | 1264211.00 | JONES |
| GJE1030J | 10/30/21 | GJE | 1550W | GJE1030J | GJE1030J | -1179407.00 | JONES |
| GJE1030J | 10/30/21 | GJE | 1550W | GJE1030J | GJE1030J | 69579.00 | JONES |
| GJE1030J | 10/30/21 | GJE | 2101 | GJE1030J | GJE1030J | 49000.00 | JONES |
| GJE1030J | 10/30/21 | GJE | 2300 | GJE1030J | GJE1030J | 9768.00 | JONES |
| GJE1030J | 10/30/21 | GJE | 2300A | GJE1030J | GJE1030J | -94572.00 | JONES |
| GJE1030J | 10/30/21 | GJE | 4700 | GJE1030J | GJE1030J | -69579.00 | JONES |
| GJE1030J | 10/30/21 | GJE | 4700 | GJE1030J | GJE1030J | -49000.00 | JONES |

| Document | Date | Jrn | Account | Control | Reference | Amount | Description |
|---|---|---|---|---|---|---|---|
| GJE1121J | 11/21/21 | GJE | 1001P | GJE1121J | GJE1121J | 1621477.00 | JONES |
| GJE1121J | 11/21/21 | GJE | 1030 | GJE1121J | GJE1121J | 37458.07 | JONES |
| GJE1121J | 11/21/21 | GJE | 1350 | 999999 | GJE1121J | -350331.00 | JONES |
| GJE1121J | 11/21/21 | GJE | 1550 | GJE1121J | GJE1121J | 10000.00 | JONES |
| GJE1121J | 11/21/21 | GJE | 1550 | GJE1121J | GJE1121J | -1179407.00 | JONES |
| GJE1121J | 11/21/21 | GJE | 1550W | GJE1121J | GJE1121J | 1179407.00 | JONES |
| GJE1121J | 11/21/21 | GJE | 1550W | GJE1121J | GJE1121J | 453.00 | JONES |
| GJE1121J | 11/21/21 | GJE | 1550W | GJE1121J | GJE1121J | 35659.00 | JONES |
| GJE1121J | 11/21/21 | GJE | 1550W | GJE1121J | GJE1121J | -129321.00 | JONES |
| GJE1121J | 11/21/21 | GJE | 1550W | GJE1121J | GJE1121J | -1271146.00 | JONES |
| GJE1121J | 11/21/21 | GJE | 2101 | GJE1121J | GJE1121J | 53100.00 | JONES |
| GJE1121J | 11/21/21 | GJE | 2104 | GJE1121J | GJE1121J | 900.00 | JONES |
| GJE1121J | 11/21/21 | GJE | 2150 | GJE1121J | GJE1121J | 23417.11 | JONES |
| GJE1121J | 11/21/21 | GJE | 2153 | GJE1121J | GJE1121J | 11653.55 | JONES |
| GJE1121J | 11/21/21 | GJE | 2158 | GJE1121J | GJE1121J | 92684.48 | JONES |
| GJE1121J | 11/21/21 | GJE | 2159 | GJE1121J | GJE1121J | -1540.39 | JONES |
| GJE1121J | 11/21/21 | GJE | 2162 | GJE1121J | GJE1121J | 3106.25 | JONES |
| GJE1121J | 11/21/21 | GJE | 2314 | GJE1121J | GJE1121J | -453.00 | JONES |
| GJE1121J | 11/21/21 | GJE | 4700 | GJE1121J | GJE1121J | -21776.00 | JONES |
| GJE1121J | 11/21/21 | GJE | 4700 | GJE1121J | GJE1121J | -54000.00 | JONES |
| GJE1121J | 11/21/21 | GJE | 4700 | GJE1121J | GJE1121J | -35659.00 | JONES |
| GJE1121J | 11/21/21 | GJE | 4700 | GJE1121J | GJE1121J | -37458.07 | JONES |
| GJE1121J | 11/21/21 | GJE | 6140 | GJE1121J | GJE1121J | 21776.00 | JONES |
| GJE1121J | 11/21/21 | GJE | 8000 | GJE1121J | GJE1121J | -10000.00 | JONES |
| GJE1121J | 11/21/21 | GJE | 8100 | GJE1121J | GJE1121J | 124.15 | JONES |
| GJE1121J | 11/21/21 | GJE | 8540 | GJE1121J | GJE1121J | -124.15 | JONES |

GL3300R NORTHSHORE MOTOR LEASING 9/03/26 11:45:46
ASTEE0 Document Inquiry PAGE 1

| Document | Date | Jrn | Account | Control | Reference | Amount | Description |
|---|---|---|---|---|---|---|---|
| GJE1214J | 12/14/21 | GJE | 1001P | GJE1214J | GJE1214J | -1621477.00 | JONES |
| GJE1214J | 12/14/21 | GJE | 1030 | 999999 | GJE1214J | -37458.07 | JONES |
| GJE1214J | 12/14/21 | GJE | 1350 | 999999 | GJE1214J | 350331.00 | JONES |
| GJE1214J | 12/14/21 | GJE | 1550W | GJE1214J | GJE1214J | 1271146.00 | JONES |
| GJE1214J | 12/14/21 | GJE | 4700 | GJE1214J | GJE1214J | 37458.07 | JONES |

Case 2:23-cv-06188-JMW Document 553-3 Filed 09/04/26 Page 7 of 31 PageID #: 23762

| Document | Date | Jrn | Account | Control | Reference | Amount | Description |
|---|---|---|---|---|---|---|---|
| GJE1227J | 12/27/21 | GJE | 1001P | GJE1227J | GJE1227J | 1651773.00 | JONES |
| GJE1227J | 12/27/21 | GJE | 1030 | N1759 | GJE1227J | 31101.64 | JONES |
| GJE1227J | 12/27/21 | GJE | 1111 | T348 | GJE1227J | -500.00 | JONES |
| GJE1227J | 12/27/21 | GJE | 1111 | N1386 | GJE1227J | -2500.00 | JONES |
| GJE1227J | 12/27/21 | GJE | 1111 | N1436 | GJE1227J | -1000.00 | JONES |
| GJE1227J | 12/27/21 | GJE | 1111 | N1468 | GJE1227J | -473.00 | JONES |
| GJE1227J | 12/27/21 | GJE | 1111 | N1539 | GJE1227J | -2000.00 | JONES |
| GJE1227J | 12/27/21 | GJE | 1111 | N1621 | GJE1227J | -500.00 | JONES |
| GJE1227J | 12/27/21 | GJE | 1111 | N1632 | GJE1227J | -1000.00 | JONES |
| GJE1227J | 12/27/21 | GJE | 1111 | N1646 | GJE1227J | -1800.00 | JONES |
| GJE1227J | 12/27/21 | GJE | 1111 | N1756 | GJE1227J | -900.00 | JONES |
| GJE1227J | 12/27/21 | GJE | 1111 | N1832 | GJE1227J | -500.00 | JONES |
| GJE1227J | 12/27/21 | GJE | 1111 | N1853 | GJE1227J | -500.00 | JONES |
| GJE1227J | 12/27/21 | GJE | 1111 | N1869 | GJE1227J | -1000.00 | JONES |
| GJE1227J | 12/27/21 | GJE | 1111 | 31352 | GJE1227J | -1000.00 | JONES |
| GJE1227J | 12/27/21 | GJE | 1111 | 31380 | GJE1227J | -1200.00 | JONES |
| GJE1227J | 12/27/21 | GJE | 1111 | N1559A | GJE1227J | -2000.00 | JONES |
| GJE1227J | 12/27/21 | GJE | 1350 | GJE1227J | GJE1227J | -434393.00 | JONES |
| GJE1227J | 12/27/21 | GJE | 1550 | GJE1227J | GJE1227J | -10000.00 | JONES |
| GJE1227J | 12/27/21 | GJE | 1550W | GJE1227J | GJE1227J | 16873.00 | JONES |
| GJE1227J | 12/27/21 | GJE | 1550W | GJE1227J | GJE1227J | -1217380.00 | JONES |
| GJE1227J | 12/27/21 | GJE | 1724 | GJE1227J | GJE1227J | -3166.42 | JONES |
| GJE1227J | 12/27/21 | GJE | 2101 | PACK-1221 | GJE1227J | 42020.00 | JONES |
| GJE1227J | 12/27/21 | GJE | 2103 | GJE1227J | GJE1227J | 26275.00 | JONES |
| GJE1227J | 12/27/21 | GJE | 2105 | GJE1227J | GJE1227J | -150.00 | JONES |
| GJE1227J | 12/27/21 | GJE | 4700 | GJE1227J | GJE1227J | -31101.64 | JONES |
| GJE1227J | 12/27/21 | GJE | 4700 | GJE1227J | GJE1227J | -68145.00 | JONES |
| GJE1227J | 12/27/21 | GJE | 8000 | GJE1227J | GJE1227J | 10000.00 | JONES |
| GJE1227J | 12/27/21 | GJE | 8760 | GJE1227J | GJE1227J | 3166.42 | JONES |

Case 2:23-cv-06188-JMW Document 553-3 Filed 09/04/26 Page 8 of 31 PageID #: 23763

| Document | Date | Jrn | Account | Control | Reference | Amount | Description |
|---|---|---|---|---|---|---|---|
| GJE013122 | 1/31/22 | GJE | 1001P | GJE013122 | GJE013122 | 2458642.00 | JONES |
| GJE013122 | 1/31/22 | GJE | 1030 | 999999 | GJE013122 | 60508.00 | JONES |
| GJE013122 | 1/31/22 | GJE | 1030 | 999999 | GJE013122 | 13991.00 | JONES |
| GJE013122 | 1/31/22 | GJE | 1110C | GJE013122 | GJE013122 | -152074.00 | JONES |
| GJE013122 | 1/31/22 | GJE | 1110C | GJE013122 | GJE013122 | -60117.00 | JONES |
| GJE013122 | 1/31/22 | GJE | 1550W | GJE013122 | GJE013122 | 19475.00 | JONES |
| GJE013122 | 1/31/22 | GJE | 1550W | GJE013122 | GJE013122 | -22112.00 | JONES |
| GJE013122 | 1/31/22 | GJE | 1550W | GJE013122 | GJE013122 | -50000.00 | JONES |
| GJE013122 | 1/31/22 | GJE | 1550W | GJE013122 | GJE013122 | 60117.00 | JONES |
| GJE013122 | 1/31/22 | GJE | 1550W | GJE013122 | GJE013122 | -1192147.00 | JONES |
| GJE013122 | 1/31/22 | GJE | 2101 | GJE013122 | GJE013122 | 53212.89 | JONES |
| GJE013122 | 1/31/22 | GJE | 2103 | GJE013122 | GJE013122 | -19475.00 | JONES |
| GJE013122 | 1/31/22 | GJE | 2300 | N1754 | GJE013122 | 22112.00 | JONES |
| GJE013122 | 1/31/22 | GJE | 2315C | GJE013122 | GJE013122 | 18000.00 | JONES |
| GJE013122 | 1/31/22 | GJE | 2315C | GJE013122 | GJE013122 | 73500.00 | JONES |
| GJE013122 | 1/31/22 | GJE | 2810 | GJE013122 | GJE013122 | -1114421.00 | JONES |
| GJE013122 | 1/31/22 | GJE | 4700 | GJE013122 | GJE013122 | -53212.89 | JONES |
| GJE013122 | 1/31/22 | GJE | 4700 | GJE013122 | GJE013122 | -60508.00 | JONES |
| GJE013122 | 1/31/22 | GJE | 4700 | GJE013122 | GJE013122 | -13991.00 | JONES |
| GJE013122 | 1/31/22 | GJE | 6140 | GJE013122 | GJE013122 | -18000.00 | JONES |
| GJE013122 | 1/31/22 | GJE | 6140 | GJE013122 | GJE013122 | -23500.00 | JONES |

| Document | Date | Jrn | Account | Control | Reference | Amount | Description |
|---|---|---|---|---|---|---|---|
| GJ021522J | 2/15/22 | GJE | 1001P | GJE013122 | GJ021522J | -2458642.00 | JONES REVERSAL |
| GJ021522J | 2/15/22 | GJE | 1030 | 999999 | GJ021522J | -60508.00 | JONES REVERSAL |
| GJ021522J | 2/15/22 | GJE | 1030 | 999999 | GJ021522J | -13991.00 | JONES REVERSAL |
| GJ021522J | 2/15/22 | GJE | 1110C | GJ021522J | GJ021522J | 152074.00 | JONES REVERSAL |
| GJ021522J | 2/15/22 | GJE | 1110C | GJ021522J | GJ021522J | 60117.00 | JONES REVERSAL |
| GJ021522J | 2/15/22 | GJE | 1550W | GJE013122 | GJ021522J | -60117.00 | JONES REVERSAL |
| GJ021522J | 2/15/22 | GJE | 1550W | GJ021522J | GJ021522J | 1192147.00 | JONES REVERSAL |
| GJ021522J | 2/15/22 | GJE | 2810 | GJ021522J | GJ021522J | 1114421.00 | JONES REVERSAL |
| GJ021522J | 2/15/22 | GJE | 4700 | GJ021522J | GJ021522J | 60508.00 | JONES REVERSAL |
| GJ021522J | 2/15/22 | GJE | 4700 | GJ021522J | GJ021522J | 13991.00 | JONES REVERSAL |

| Document | Date | Jrn | Account | Control | Reference | Amount | Description |
|---|---|---|---|---|---|---|---|
| GJE022622 | 2/27/22 | GJE | 1001P | GJE022622 | GJE022622 | 2705211.00 | JONES |
| GJE022622 | 2/27/22 | GJE | 1030 | 999999 | GJE022622 | 85123.00 | JONES |
| GJE022622 | 2/27/22 | GJE | 1110C | GJE022622 | GJE022622 | 31200.00 | JONES |
| GJE022622 | 2/27/22 | GJE | 1110C | GJE022622 | GJE022622 | -477034.35 | JONES |
| GJE022622 | 2/27/22 | GJE | 1550W | GJE022622 | GJE022622 | -1104492.00 | JONES |
| GJE022622 | 2/27/22 | GJE | 2101 | GJE022622 | GJE022622 | 28800.00 | JONES |
| GJE022622 | 2/27/22 | GJE | 2103 | GJE022622 | GJE022622 | 4585.00 | JONES |
| GJE022622 | 2/27/22 | GJE | 2300B | N2070 | GJE022622 | -9264.00 | JONES |
| GJE022622 | 2/27/22 | GJE | 2315C | GJE022622 | GJE022622 | 23000.00 | JONES |
| GJE022622 | 2/27/22 | GJE | 2810 | GJE022622 | GJE022622 | -1114420.65 | JONES |
| GJE022622 | 2/27/22 | GJE | 4700 | GJE022622 | GJE022622 | -33385.00 | JONES |
| GJE022622 | 2/27/22 | GJE | 4700 | GJE022622 | GJE022622 | -85123.00 | JONES |
| GJE022622 | 2/27/22 | GJE | 4710 | GJE022622 | GJE022622 | -31200.00 | JONES |
| GJE022622 | 2/27/22 | GJE | 6140 | GJE022622 | GJE022622 | -23000.00 | JONES |

GL3300R NORTHSHORE MOTOR LEASING 9/03/26 12:09:53
ASTEE0 Document Inquiry PAGE 1

| Document | Date | Jrn | Account | Control | Reference | Amount | Description |
|---|---|---|---|---|---|---|---|
| GJE031622 | 3/16/22 | GJE | 1001P | GJE022622 | GJE031622 | -2705211.00 | JONES |
| GJE031622 | 3/16/22 | GJE | 1030 | 999999 | GJE031622 | -85123.00 | JONES |
| GJE031622 | 3/16/22 | GJE | 1110C | GJE022622 | GJE031622 | 477034.35 | JONES |
| GJE031622 | 3/16/22 | GJE | 1550W | GJE022622 | GJE031622 | 1104492.00 | JONES |
| GJE031622 | 3/16/22 | GJE | 2300B | N2070 | GJE031622 | 9264.00 | JONES |
| GJE031622 | 3/16/22 | GJE | 2810 | GJE022622 | GJE031622 | 1114420.65 | JONES |
| GJE031622 | 3/16/22 | GJE | 4700 | GJE022622 | GJE031622 | 85123.00 | JONES |

| Document | Date | Jrn | Account | Control | Reference | Amount | Description |
|---|---|---|---|---|---|---|---|
| GJE0326JO | 3/26/22 | GJE | 1110C | GJEJONES | GJE0326JO | 31200.00 | JONES |
| GJE0326JO | 3/26/22 | GJE | 1110C | GJE013122 | GJE0326JO | 212191.00 | JONES |
| GJE0326JO | 3/26/22 | GJE | 1110C | GJE021522 | GJE0326JO | -212191.00 | JONES |
| GJE0326JO | 3/26/22 | GJE | 1110C | GJE022622 | GJE0326JO | -31200.00 | JONES |
| GJE0326JO | 3/26/22 | GJE | 1550 | GJE0326JO | GJE0326JO | 12351.91 | JONES |
| GJE0326JO | 3/26/22 | GJE | 2101 | GJE0326JO | GJE0326JO | 53000.00 | JONES |
| GJE0326JO | 3/26/22 | GJE | 2103 | GJE0326JO | GJE0326JO | 3265.00 | JONES |
| GJE0326JO | 3/26/22 | GJE | 2315C | GJE0326JO | GJE0326JO | 33000.00 | JONES |
| GJE0326JO | 3/26/22 | GJE | 4700 | GJE0326JO | GJE0326JO | -53000.00 | JONES |
| GJE0326JO | 3/26/22 | GJE | 4700 | GJE0326JO | GJE0326JO | -3265.00 | JONES |
| GJE0326JO | 3/26/22 | GJE | 6140 | GJE0326JO | GJE0326JO | -33000.00 | JONES |
| GJE0326JO | 3/26/22 | GJE | 7310 | GJE0326JO | GJE0326JO | -8343.00 | JONES |
| GJE0326JO | 3/26/22 | GJE | 8680 | GJE0326JO | GJE0326JO | -4008.91 | JONES |

Case 2:23-cv-06188-JMW Document 553-3 Filed 09/04/26 Page 13 of 31 PageID #: 23768

| Document | Date | Jrn | Account | Control | Reference | Amount | Description |
|---|---|---|---|---|---|---|---|
| GJE0329JO | 3/29/22 | GJE | 1001P | GJE0329JO | GJE0329JO | 2806117.00 | JONES |
| GJE0329JO | 3/29/22 | GJE | 1030 | 999999 | GJE0329JO | 27971.00 | JONES |
| GJE0329JO | 3/29/22 | GJE | 1110C | GJE0329JO | GJE0329JO | -404311.00 | JONES |
| GJE0329JO | 3/29/22 | GJE | 1550W | GJE0329JO | GJE0329JO | -187400.00 | JONES |
| GJE0329JO | 3/29/22 | GJE | 1550W | GJE0329JO | GJE0329JO | -1098119.00 | JONES |
| GJE0329JO | 3/29/22 | GJE | 1550W | GJE0329JO | GJE0329JO | 187400.00 | JONES |
| GJE0329JO | 3/29/22 | GJE | 2100C | GJE0329JO | GJE0329JO | -58174.00 | JONES |
| GJE0329JO | 3/29/22 | GJE | 2300A | UNKNOWN | GJE0329JO | -43373.00 | JONES |
| GJE0329JO | 3/29/22 | GJE | 2315 | GJE0329JO | GJE0329JO | 187400.00 | JONES |
| GJE0329JO | 3/29/22 | GJE | 2810 | GJE0329JO | GJE0329JO | -1114420.65 | JONES |
| GJE0329JO | 3/29/22 | GJE | 4700 | GJE0329JO | GJE0329JO | -87719.35 | JONES |
| GJE0329JO | 3/29/22 | GJE | 4700 | GJE0329JO | GJE0329JO | -27971.00 | JONES |
| GJE0329JO | 3/29/22 | GJE | 4700 | GJE0329JO | GJE0329JO | -125285.00 | JONES |
| GJE0329JO | 3/29/22 | GJE | 4710 | GJE0329JO | GJE0329JO | -62115.00 | JONES |

| Document | Date | Jrn | Account | Control | Reference | Amount | Description |
|---|---|---|---|---|---|---|---|
| GJ0330JO | 3/30/22 | GJE | 4700 | GJ0330JO | GJ0330JO | 19650.00 | JONES |
| GJ0330JO | 3/30/22 | GJE | 8660 | GJ0330JO | GJ0330JO | -11025.00 | JONES |
| GJ0330JO | 3/30/22 | GJE | 8666 | GJ0330JO | GJ0330JO | -8625.00 | JONES |

Case 2:23-cv-06188-JMW Document 553-3 Filed 09/04/26 Page 15 of 31 PageID #: 23770

| Document | Date | Jrn | Account | Control | Reference | Amount | Description |
|---|---|---|---|---|---|---|---|
| GJE041622 | 4/16/22 | GJE | 1001P | GJE0329JO | GJE041622 | -2806117.00 | JONES |
| GJE041622 | 4/16/22 | GJE | 1030 | 999999 | GJE041622 | -27971.00 | JONES |
| GJE041622 | 4/16/22 | GJE | 1110C | GJE0329JO | GJE041622 | 404311.00 | JONES |
| GJE041622 | 4/16/22 | GJE | 1550W | GJE0329JO | GJE041622 | 187400.00 | JONES |
| GJE041622 | 4/16/22 | GJE | 1550W | GJE0329JO | GJE041622 | 1098119.00 | JONES |
| GJE041622 | 4/16/22 | GJE | 2100C | GJE0329JO | GJE041622 | 58174.00 | JONES |
| GJE041622 | 4/16/22 | GJE | 2300A | UNKNOWN | GJE041622 | 43373.00 | JONES |
| GJE041622 | 4/16/22 | GJE | 2315 | GJE0329JO | GJE041622 | -187400.00 | JONES |
| GJE041622 | 4/16/22 | GJE | 2810 | GJE0329JO | GJE041622 | 1114420.65 | JONES |
| GJE041622 | 4/16/22 | GJE | 4700 | GJE0329JO | GJE041622 | 87719.35 | JONES |
| GJE041622 | 4/16/22 | GJE | 4700 | GJE0329JO | GJE041622 | 27971.00 | JONES |

Case 2:23-cv-06188-JMW Document 553-3 Filed 09/04/26 Page 16 of 31 PageID #: 23771

| Document | Date | Jrn | Account | Control | Reference | Amount | Description |
|---|---|---|---|---|---|---|---|
| GJE042522 | 4/25/22 | GJE | 2320 | N1680 | GJE042522 | 210.00 | JONES |
| GJE042522 | 4/25/22 | GJE | 2320 | N1690 | GJE042522 | 295.00 | JONES |
| GJE042522 | 4/25/22 | GJE | 2320 | N1755 | GJE042522 | 195.50 | JONES |
| GJE042522 | 4/25/22 | GJE | 2320 | N1846 | GJE042522 | 275.00 | JONES |
| GJE042522 | 4/25/22 | GJE | 2320 | N1874 | GJE042522 | 275.00 | JONES |
| GJE042522 | 4/25/22 | GJE | 2320 | N1882 | GJE042522 | 166.92 | JONES |
| GJE042522 | 4/25/22 | GJE | 2320 | N1907 | GJE042522 | 275.00 | JONES |
| GJE042522 | 4/25/22 | GJE | 2320 | N1908 | GJE042522 | 275.00 | JONES |
| GJE042522 | 4/25/22 | GJE | 2320 | N1945 | GJE042522 | 275.00 | JONES |
| GJE042522 | 4/25/22 | GJE | 2320 | N1946 | GJE042522 | 275.00 | JONES |
| GJE042522 | 4/25/22 | GJE | 2320 | N1948 | GJE042522 | 275.00 | JONES |
| GJE042522 | 4/25/22 | GJE | 2320 | N1969 | GJE042522 | 275.00 | JONES |
| GJE042522 | 4/25/22 | GJE | 2320 | N1984 | GJE042522 | 275.00 | JONES |
| GJE042522 | 4/25/22 | GJE | 2320 | N1996 | GJE042522 | 275.00 | JONES |
| GJE042522 | 4/25/22 | GJE | 2320 | N2025 | GJE042522 | 275.00 | JONES |
| GJE042522 | 4/25/22 | GJE | 2320 | N2029 | GJE042522 | 275.00 | JONES |
| GJE042522 | 4/25/22 | GJE | 2320 | N2031 | GJE042522 | 275.00 | JONES |
| GJE042522 | 4/25/22 | GJE | 2320 | N2045 | GJE042522 | 275.00 | JONES |
| GJE042522 | 4/25/22 | GJE | 2320 | N2048 | GJE042522 | 275.00 | JONES |
| GJE042522 | 4/25/22 | GJE | 2320 | N2062 | GJE042522 | 275.00 | JONES |
| GJE042522 | 4/25/22 | GJE | 2320 | N1550A | GJE042522 | 295.00 | JONES |
| GJE042522 | 4/25/22 | GJE | 2320 | N1811B | GJE042522 | 275.00 | JONES |
| GJE042522 | 4/25/22 | GJE | 4700 | GJE042522 | GJE042522 | -5837.42 | JONES |

GL3300R NORTHSHORE MOTOR LEASING 9/03/26 11:57:11
ASTEE0 Document Inquiry PAGE 1

| Document | Date | Jrn | Account | Control | Reference | Amount | Description |
|---|---|---|---|---|---|---|---|
| GJE042622 | 4/26/22 | GJE | 1550 | GJE042622 | GJE042622 | -4117.30 | JONES |
| GJE042622 | 4/26/22 | GJE | 1550W | GJE042622 | GJE042622 | 115690.00 | JONES |
| GJE042622 | 4/26/22 | GJE | 2315C | GJE042622 | GJE042622 | 36000.00 | JONES |
| GJE042622 | 4/26/22 | GJE | 4700 | GJE042622 | GJE042622 | -87719.00 | JONES |
| GJE042622 | 4/26/22 | GJE | 4710 | GJE042622 | GJE042622 | -27971.00 | JONES |
| GJE042622 | 4/26/22 | GJE | 6140 | GJE042622 | GJE042622 | -36000.00 | JONES |
| GJE042622 | 4/26/22 | GJE | 7310 | GJE042622 | GJE042622 | 4117.30 | JONES |

Case 2:23-cv-06188-JMW Document 553-3 Filed 09/04/26 Page 18 of 31 PageID #: 23773

| Document | Date | Jrn | Account | Control | Reference | Amount | Description |
|---|---|---|---|---|---|---|---|
| GJE042722 | 4/27/22 | GJE | 1001P | GJE042722 | GJE042722 | 2587114.00 | JONES |
| GJE042722 | 4/27/22 | GJE | 1550W | GJE042722 | GJE042722 | -1464118.00 | JONES |
| GJE042722 | 4/27/22 | GJE | 2100 | NORTH | GJE042722 | 50000.00 | JONES |
| GJE042722 | 4/27/22 | GJE | 2300B | GJE042722 | GJE042722 | -46516.75 | JONES |
| GJE042722 | 4/27/22 | GJE | 2315 | GJE042722 | GJE042722 | 37941.40 | JONES |
| GJE042722 | 4/27/22 | GJE | 2810 | GJE042722 | GJE042722 | -1114420.65 | JONES |
| GJE042722 | 4/27/22 | GJE | 4700 | GJE042722 | GJE042722 | -50000.00 | JONES |

GL3300R NORTHSHORE MOTOR LEASING 9/03/26 12:14:56
ASTEE0 Document Inquiry PAGE 1

| Document | Date | Jrn | Account | Control | Reference | Amount | Description |
|---|---|---|---|---|---|---|---|
| 052822JON | 5/28/22 | GJE | 3710 | JONES | 052822JON | -43095.00 | JONES |
| 052822JON | 5/28/22 | GJE | 4700 | JONES | 052822JON | 43095.00 | JONES |

| Document | Date | Jrn | Account | Control | Reference | Amount | Description |
|---|---|---|---|---|---|---|---|
| 052922JON | 5/29/22 | GJE | 1110 | JONES | 052922JON | 50000.00 | JONES |
| 052922JON | 5/29/22 | GJE | 1350 | 3712 | 052922JON | 150.00 | JONES |
| 052922JON | 5/29/22 | GJE | 1350 | N2141 | 052922JON | 1720.00 | JONES |
| 052922JON | 5/29/22 | GJE | 1350 | N2349 | 052922JON | 4000.00 | JONES |
| 052922JON | 5/29/22 | GJE | 1550 | JONES | 052922JON | 8768.00 | JONES |
| 052922JON | 5/29/22 | GJE | 1550 | JONES | 052922JON | 16100.00 | JONES |
| 052922JON | 5/29/22 | GJE | 1550 | 052922JON | 052922JON | -4117.30 | JONES |
| 052922JON | 5/29/22 | GJE | 2100 | NORTH | 052922JON | -50000.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2101 | JONES | 052922JON | 90000.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2103 | JONES | 052922JON | 11310.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2104 | JONES | 052922JON | 3150.14 | JONES |
| 052922JON | 5/29/22 | GJE | 2300 | N1372 | 052922JON | 100.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2300 | N1416 | 052922JON | 4500.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2300 | N1456 | 052922JON | 2000.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2300 | N1481 | 052922JON | 350.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2300 | N1499 | 052922JON | 500.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2300 | N1521 | 052922JON | 100.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2300 | N1677 | 052922JON | 100.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2300 | N1678 | 052922JON | 500.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2300 | N1716 | 052922JON | 10700.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2300 | N1755 | 052922JON | 500.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2300 | N1800 | 052922JON | 100.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2300 | N1805 | 052922JON | 2060.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2300 | N1815 | 052922JON | 500.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2300 | N1817 | 052922JON | 1100.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2300 | N1824 | 052922JON | 500.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2300 | N1832 | 052922JON | 500.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2300 | N1841 | 052922JON | 500.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2300 | N1848 | 052922JON | 100.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2300 | N1858 | 052922JON | 3000.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2300 | N1860 | 052922JON | 300.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2300 | N1869 | 052922JON | 1100.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2300 | N1891 | 052922JON | 5500.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2300 | N1892 | 052922JON | 1900.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2300 | N1897 | 052922JON | 95.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2300 | N1922 | 052922JON | 3600.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2300 | N1933 | 052922JON | 500.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2300 | N1945 | 052922JON | -500.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2300 | N1948 | 052922JON | -7000.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2300 | N1951 | 052922JON | -2450.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2300 | N1970 | 052922JON | 3500.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2300 | N1976 | 052922JON | 1000.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2300 | N1987 | 052922JON | 260.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2300 | N1992 | 052922JON | -3600.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2300 | N1993 | 052922JON | -1000.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2300 | N2008 | 052922JON | -3000.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2300 | N2014 | 052922JON | 1000.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2300 | N2025 | 052922JON | -1000.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2300 | N2029 | 052922JON | -500.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2300 | N2050 | 052922JON | 100.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2300 | N2096 | 052922JON | 500.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2300 | N2113 | 052922JON | 300.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2300 | N2163 | 052922JON | 3000.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2300 | N2210 | 052922JON | 2500.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2300 | S0492 | 052922JON | -4500.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2300 | S0546 | 052922JON | 500.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2300 | S0560 | 052922JON | 450.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2300 | S0608 | 052922JON | 1200.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2300 | S0610 | 052922JON | 2000.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2300 | S0616 | 052922JON | 10000.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2300 | S0668 | 052922JON | 500.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2300 | S0673 | 052922JON | -3400.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2300 | S0702 | 052922JON | -9000.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2300 | S0734 | 052922JON | 2000.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2300 | S0755 | 052922JON | 500.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2300 | S0776 | 052922JON | 500.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2300 | S0798 | 052922JON | 2000.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2300 | S0809 | 052922JON | 5000.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2300 | CHBACK | 052922JON | -500.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2300 | N1339A | 052922JON | 2446.13 | JONES |
| 052922JON | 5/29/22 | GJE | 2300 | N1526A | 052922JON | 100.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2315C | JONES | 052922JON | 28000.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2320 | N144A | 052922JON | 80.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2320 | N1584 | 052922JON | 249.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2320 | N1645 | 052922JON | 63.42 | JONES |

Case 2:23-cv-06188-JMW Document 553-3 Filed 09/04/26 Page 21 of 31 PageID #: 23776

| Document | Date | Jrn | Account | Control | Reference | Amount | Description |
|---|---|---|---|---|---|---|---|
| 052922JON | 5/29/22 | GJE | 2320 | N1903 | 052922JON | 91.45 | JONES |
| 052922JON | 5/29/22 | GJE | 2320 | N1916 | 052922JON | 275.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2320 | N1925 | 052922JON | 75.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2320 | N1926 | 052922JON | 96.93 | JONES |
| 052922JON | 5/29/22 | GJE | 2320 | N1941 | 052922JON | 96.50 | JONES |
| 052922JON | 5/29/22 | GJE | 2320 | N1962 | 052922JON | 33.50 | JONES |
| 052922JON | 5/29/22 | GJE | 2320 | N1990 | 052922JON | 54.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2320 | N2001 | 052922JON | 185.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2320 | N2027 | 052922JON | 85.50 | JONES |
| 052922JON | 5/29/22 | GJE | 2320 | N2071 | 052922JON | 171.95 | JONES |
| 052922JON | 5/29/22 | GJE | 2320 | N2072 | 052922JON | 207.50 | JONES |
| 052922JON | 5/29/22 | GJE | 2320 | N2090 | 052922JON | 275.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2320 | N2153 | 052922JON | 146.75 | JONES |
| 052922JON | 5/29/22 | GJE | 2320 | N2163 | 052922JON | -219.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2511 | JONES | 052922JON | -100000.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2512 | JONES | 052922JON | 100000.00 | JONES |
| 052922JON | 5/29/22 | GJE | 3700 | JONES | 052922JON | -90000.00 | JONES |
| 052922JON | 5/29/22 | GJE | 3700 | 052922JON | 052922JON | -14460.14 | JONES |
| 052922JON | 5/29/22 | GJE | 3700 | 052922JON | 052922JON | -16100.00 | JONES |
| 052922JON | 5/29/22 | GJE | 3700 | 052922JON | 052922JON | -33815.00 | JONES |
| 052922JON | 5/29/22 | GJE | 3710 | JONES | 052922JON | -43095.00 | JONES |
| 052922JON | 5/29/22 | GJE | 3710 | JONES | 052922JON | 43095.00 | JONES |
| 052922JON | 5/29/22 | GJE | 3710 | 052922JON | 052922JON | 43095.00 | JONES |
| 052922JON | 5/29/22 | GJE | 4700 | JONES | 052922JON | -43095.00 | JONES |
| 052922JON | 5/29/22 | GJE | 4700 | JONES | 052922JON | 43095.00 | JONES |
| 052922JON | 5/29/22 | GJE | 4700 | 052922JON | 052922JON | -5870.00 | JONES |
| 052922JON | 5/29/22 | GJE | 4700 | 052922JON | 052922JON | -1967.50 | JONES |
| 052922JON | 5/29/22 | GJE | 4700 | 052922JON | 052922JON | -9796.13 | JONES |
| 052922JON | 5/29/22 | GJE | 4710 | JONES | 052922JON | 43095.00 | JONES |
| 052922JON | 5/29/22 | GJE | 4710 | JONES | 052922JON | -43095.00 | JONES |
| 052922JON | 5/29/22 | GJE | 4710 | 052922JON | 052922JON | -43095.00 | JONES |
| 052922JON | 5/29/22 | GJE | 6140 | 052922JON | 052922JON | -28000.00 | JONES |
| 052922JON | 5/29/22 | GJE | 7310 | 052922JON | 052922JON | 4117.30 | JONES |
| 052922JON | 5/29/22 | GJE | 7310 | 052922JON | 052922JON | -8768.00 | JONES |
| 052922JON | 6/15/22 | GJE | 3710 | 052922JON | 052922JON | -43095.00 | JONES |
| 052922JON | 6/15/22 | GJE | 4700 | JONES | 052922JON | 43095.00 | JONES |

GL3300R NORTHSHORE MOTOR LEASING 9/03/26 12:17:00
ASTEE0 Document Inquiry PAGE 1

| Document | Date | Jrn | Account | Control | Reference | Amount | Description |
|---|---|---|---|---|---|---|---|
| 060122JON | 6/01/22 | GJE | 3710 | JONES | 060122JON | 43095.00 | JONES |
| 060122JON | 6/01/22 | GJE | 4700 | JONES | 060122JON | -43095.00 | JONES |

| Document | Date | Jrn | Account | Control | Reference | Amount | Description |
|---|---|---|---|---|---|---|---|
| 060222JON | 6/02/22 | GJE | 1001P | 052722JON | 060222JON | -3062116.00 | JONES |
| 060222JON | 6/02/22 | GJE | 1110C | 052722JON | 060222JON | 313616.60 | JONES |
| 060222JON | 6/02/22 | GJE | 1550W | 052722JON | 060222JON | 1494117.00 | JONES |
| 060222JON | 6/02/22 | GJE | 2300B | 052722JON | 060222JON | 58216.75 | JONES |
| 060222JON | 6/02/22 | GJE | 2810 | 052722JON | 060222JON | 1114420.65 | JONES |
| 060222JON | 6/02/22 | GJE | 4700 | 052722JON | 060222JON | 81745.00 | JONES |

| Document | Date | Jrn | Account | Control | Reference | Amount | Description |
|---|---|---|---|---|---|---|---|
| 052922JON | 5/29/22 | GJE | 1110 | JONES | 052922JON | 50000.00 | JONES |
| 052922JON | 5/29/22 | GJE | 1350 | 3712 | 052922JON | 150.00 | JONES |
| 052922JON | 5/29/22 | GJE | 1350 | N2141 | 052922JON | 1720.00 | JONES |
| 052922JON | 5/29/22 | GJE | 1350 | N2349 | 052922JON | 4000.00 | JONES |
| 052922JON | 5/29/22 | GJE | 1550 | JONES | 052922JON | 8768.00 | JONES |
| 052922JON | 5/29/22 | GJE | 1550 | JONES | 052922JON | 16100.00 | JONES |
| 052922JON | 5/29/22 | GJE | 1550 | 052922JON | 052922JON | -4117.30 | JONES |
| 052922JON | 5/29/22 | GJE | 2100 | NORTH | 052922JON | -50000.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2101 | JONES | 052922JON | 90000.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2103 | JONES | 052922JON | 11310.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2104 | JONES | 052922JON | 3150.14 | JONES |
| 052922JON | 5/29/22 | GJE | 2300 | N1372 | 052922JON | 100.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2300 | N1416 | 052922JON | 4500.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2300 | N1456 | 052922JON | 2000.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2300 | N1481 | 052922JON | 350.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2300 | N1499 | 052922JON | 500.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2300 | N1521 | 052922JON | 100.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2300 | N1677 | 052922JON | 100.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2300 | N1678 | 052922JON | 500.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2300 | N1716 | 052922JON | 10700.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2300 | N1755 | 052922JON | 500.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2300 | N1800 | 052922JON | 100.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2300 | N1805 | 052922JON | 2060.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2300 | N1815 | 052922JON | 500.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2300 | N1817 | 052922JON | 1100.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2300 | N1824 | 052922JON | 500.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2300 | N1832 | 052922JON | 500.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2300 | N1841 | 052922JON | 500.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2300 | N1848 | 052922JON | 100.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2300 | N1858 | 052922JON | 3000.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2300 | N1860 | 052922JON | 300.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2300 | N1869 | 052922JON | 1100.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2300 | N1891 | 052922JON | 5500.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2300 | N1892 | 052922JON | 1900.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2300 | N1897 | 052922JON | 95.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2300 | N1922 | 052922JON | 3600.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2300 | N1933 | 052922JON | 500.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2300 | N1945 | 052922JON | -500.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2300 | N1948 | 052922JON | -7000.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2300 | N1951 | 052922JON | -2450.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2300 | N1970 | 052922JON | 3500.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2300 | N1976 | 052922JON | 1000.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2300 | N1987 | 052922JON | 260.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2300 | N1992 | 052922JON | -3600.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2300 | N1993 | 052922JON | -1000.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2300 | N2008 | 052922JON | -3000.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2300 | N2014 | 052922JON | 1000.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2300 | N2025 | 052922JON | -1000.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2300 | N2029 | 052922JON | -500.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2300 | N2050 | 052922JON | 100.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2300 | N2096 | 052922JON | 500.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2300 | N2113 | 052922JON | 300.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2300 | N2163 | 052922JON | 3000.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2300 | N2210 | 052922JON | 2500.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2300 | S0492 | 052922JON | -4500.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2300 | S0546 | 052922JON | 500.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2300 | S0560 | 052922JON | 450.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2300 | S0608 | 052922JON | 1200.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2300 | S0610 | 052922JON | 2000.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2300 | S0616 | 052922JON | 10000.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2300 | S0668 | 052922JON | 500.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2300 | S0673 | 052922JON | -3400.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2300 | S0702 | 052922JON | -9000.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2300 | S0734 | 052922JON | 2000.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2300 | S0755 | 052922JON | 500.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2300 | S0776 | 052922JON | 500.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2300 | S0798 | 052922JON | 2000.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2300 | S0809 | 052922JON | 5000.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2300 | CHBACK | 052922JON | -500.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2300 | N1339A | 052922JON | 2446.13 | JONES |
| 052922JON | 5/29/22 | GJE | 2300 | N1526A | 052922JON | 100.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2315C | JONES | 052922JON | 28000.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2320 | N144A | 052922JON | 80.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2320 | N1584 | 052922JON | 249.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2320 | N1645 | 052922JON | 63.42 | JONES |

Case 2:23-cv-06188-JMW Document 553-3 Filed 09/04/26 Page 25 of 31 PageID #: 23780

| Document | Date | Jrn | Account | Control | Reference | Amount | Description |
|---|---|---|---|---|---|---|---|
| 052922JON | 5/29/22 | GJE | 2320 | N1903 | 052922JON | 91.45 | JONES |
| 052922JON | 5/29/22 | GJE | 2320 | N1916 | 052922JON | 275.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2320 | N1925 | 052922JON | 75.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2320 | N1926 | 052922JON | 96.93 | JONES |
| 052922JON | 5/29/22 | GJE | 2320 | N1941 | 052922JON | 96.50 | JONES |
| 052922JON | 5/29/22 | GJE | 2320 | N1962 | 052922JON | 33.50 | JONES |
| 052922JON | 5/29/22 | GJE | 2320 | N1990 | 052922JON | 54.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2320 | N2001 | 052922JON | 185.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2320 | N2027 | 052922JON | 85.50 | JONES |
| 052922JON | 5/29/22 | GJE | 2320 | N2071 | 052922JON | 171.95 | JONES |
| 052922JON | 5/29/22 | GJE | 2320 | N2072 | 052922JON | 207.50 | JONES |
| 052922JON | 5/29/22 | GJE | 2320 | N2090 | 052922JON | 275.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2320 | N2153 | 052922JON | 146.75 | JONES |
| 052922JON | 5/29/22 | GJE | 2320 | N2163 | 052922JON | -219.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2511 | JONES | 052922JON | -100000.00 | JONES |
| 052922JON | 5/29/22 | GJE | 2512 | JONES | 052922JON | 100000.00 | JONES |
| 052922JON | 5/29/22 | GJE | 3700 | JONES | 052922JON | -90000.00 | JONES |
| 052922JON | 5/29/22 | GJE | 3700 | 052922JON | 052922JON | -14460.14 | JONES |
| 052922JON | 5/29/22 | GJE | 3700 | 052922JON | 052922JON | -16100.00 | JONES |
| 052922JON | 5/29/22 | GJE | 3700 | 052922JON | 052922JON | -33815.00 | JONES |
| 052922JON | 5/29/22 | GJE | 3710 | JONES | 052922JON | -43095.00 | JONES |
| 052922JON | 5/29/22 | GJE | 3710 | JONES | 052922JON | 43095.00 | JONES |
| 052922JON | 5/29/22 | GJE | 3710 | 052922JON | 052922JON | 43095.00 | JONES |
| 052922JON | 5/29/22 | GJE | 4700 | JONES | 052922JON | -43095.00 | JONES |
| 052922JON | 5/29/22 | GJE | 4700 | JONES | 052922JON | 43095.00 | JONES |
| 052922JON | 5/29/22 | GJE | 4700 | 052922JON | 052922JON | -5870.00 | JONES |
| 052922JON | 5/29/22 | GJE | 4700 | 052922JON | 052922JON | -1967.50 | JONES |
| 052922JON | 5/29/22 | GJE | 4700 | 052922JON | 052922JON | -9796.13 | JONES |
| 052922JON | 5/29/22 | GJE | 4710 | JONES | 052922JON | 43095.00 | JONES |
| 052922JON | 5/29/22 | GJE | 4710 | JONES | 052922JON | -43095.00 | JONES |
| 052922JON | 5/29/22 | GJE | 4710 | 052922JON | 052922JON | -43095.00 | JONES |
| 052922JON | 5/29/22 | GJE | 6140 | 052922JON | 052922JON | -28000.00 | JONES |
| 052922JON | 5/29/22 | GJE | 7310 | 052922JON | 052922JON | 4117.30 | JONES |
| 052922JON | 5/29/22 | GJE | 7310 | 052922JON | 052922JON | -8768.00 | JONES |
| 052922JON | 6/15/22 | GJE | 3710 | 052922JON | 052922JON | -43095.00 | JONES |
| 052922JON | 6/15/22 | GJE | 4700 | JONES | 052922JON | 43095.00 | JONES |

| Document | Date | Jrn | Account | Control | Reference | Amount | Description |
|---|---|---|---|---|---|---|---|
| 061922JON | 6/19/22 | GJE | 1001P | 061922JON | 061922JON | 3498407.00 | JONES |
| 061922JON | 6/19/22 | GJE | 1110C | 061922JON | 061922JON | -677783.35 | JONES |
| 061922JON | 6/19/22 | GJE | 1550 | 061922JON | 061922JON | -4117.30 | JONES |
| 061922JON | 6/19/22 | GJE | 1550 | 061922JON | 061922JON | -8768.00 | JONES |
| 061922JON | 6/19/22 | GJE | 1550 | 061922JON | 061922JON | -16100.00 | JONES |
| 061922JON | 6/19/22 | GJE | 1550 | 061922JON | 061922JON | 5000.00 | JONES |
| 061922JON | 6/19/22 | GJE | 1550 | 061922JON | 061922JON | 2775.00 | JONES |
| 061922JON | 6/19/22 | GJE | 1550W | 061922JON | 061922JON | -1577341.00 | JONES |
| 061922JON | 6/19/22 | GJE | 2101 | 061922JON | 061922JON | 56400.00 | JONES |
| 061922JON | 6/19/22 | GJE | 2103 | 061922JON | 061922JON | 7485.00 | JONES |
| 061922JON | 6/19/22 | GJE | 2104 | 061922JON | 061922JON | 149.99 | JONES |
| 061922JON | 6/19/22 | GJE | 2300 | N1726 | 061922JON | 600.00 | JONES |
| 061922JON | 6/19/22 | GJE | 2300 | N1822 | 061922JON | 3000.00 | JONES |
| 061922JON | 6/19/22 | GJE | 2300 | N1908 | 061922JON | 1250.00 | JONES |
| 061922JON | 6/19/22 | GJE | 2300 | N2011 | 061922JON | 250.00 | JONES |
| 061922JON | 6/19/22 | GJE | 2300 | N2034 | 061922JON | 250.00 | JONES |
| 061922JON | 6/19/22 | GJE | 2300B | 061922JON | 061922JON | -47117.00 | JONES |
| 061922JON | 6/19/22 | GJE | 2315C | 061922JON | 061922JON | 24500.00 | JONES |
| 061922JON | 6/19/22 | GJE | 2810 | 061922JON | 061922JON | -1114420.65 | JONES |
| 061922JON | 6/19/22 | GJE | 3700 | 061922JON | 061922JON | 16100.00 | JONES |
| 061922JON | 6/19/22 | GJE | 3700 | 061922JON | 061922JON | -56400.00 | JONES |
| 061922JON | 6/19/22 | GJE | 3700 | 061922JON | 061922JON | -7485.00 | JONES |
| 061922JON | 6/19/22 | GJE | 3700 | 061922JON | 061922JON | -149.99 | JONES |
| 061922JON | 6/19/22 | GJE | 4700 | 061922JON | 061922JON | -5350.00 | JONES |
| 061922JON | 6/19/22 | GJE | 4700 | 061922JON | 061922JON | -81745.00 | JONES |
| 061922JON | 6/19/22 | GJE | 6140 | 061922JON | 061922JON | -24500.00 | JONES |
| 061922JON | 6/19/22 | GJE | 7310 | 061922JON | 061922JON | 4117.30 | JONES |
| 061922JON | 6/19/22 | GJE | 7310 | 061922JON | 061922JON | 8768.00 | JONES |
| 061922JON | 6/19/22 | GJE | 7310 | 061922JON | 061922JON | -5000.00 | JONES |
| 061922JON | 6/19/22 | GJE | 8664 | 061922JON | 061922JON | -2775.00 | JONES |

GL3300R NORTHSHORE MOTOR LEASING 9/03/26 12:21:20
ASTEE0 Document Inquiry PAGE 1

| Document | Date | Jrn | Account | Control | Reference | Amount | Description |
|---|---|---|---|---|---|---|---|
| 071022JON | 7/10/22 | GJE | 1001P | 061922JON | 071022JON | -3498407.00 | JONES |
| 071022JON | 7/10/22 | GJE | 1110C | 061922JON | 071022JON | 677783.35 | JONES |
| 071022JON | 7/10/22 | GJE | 1550W | 061922JON | 071022JON | 1577341.00 | JONES |
| 071022JON | 7/10/22 | GJE | 2300B | 061922JON | 071022JON | 47117.00 | JONES |
| 071022JON | 7/10/22 | GJE | 2810 | 061922JON | 071022JON | 1114420.65 | JONES |
| 071022JON | 7/10/22 | GJE | 4700 | 071022JON | 071022JON | 81745.00 | JONES |

| Document | Date | Jrn | Account | Control | Reference | Amount | Description |
|---|---|---|---|---|---|---|---|
| 073022JON | 7/30/22 | GJE | 1001P | 073022JON | 073022JON | 4292449.00 | JONES |
| 073022JON | 7/30/22 | GJE | 1110C | 073022JON | 073022JON | -1344232.00 | JONES |
| 073022JON | 7/30/22 | GJE | 1550W | 073022JON | 073022JON | -1577341.35 | JONES |
| 073022JON | 7/30/22 | GJE | 2300B | 073022JON | 073022JON | -186210.00 | JONES |
| 073022JON | 7/30/22 | GJE | 2810 | 073022JON | 073022JON | -1114420.65 | JONES |
| 073022JON | 7/30/22 | GJE | 4700 | 073022JON | 073022JON | -33950.00 | JONES |
| 073022JON | 7/30/22 | GJE | 4710 | 073022JON | 073022JON | -36295.00 | JONES |
| 073022JON | 7/31/22 | GJE | 2300 | 073022JON | 073022JON | -186210.00 | JONES |
| 073022JON | 7/31/22 | GJE | 2300B | 073022JON | 073022JON | 186210.00 | JONES |

| Document | Date | Jrn | Account | Control | Reference | Amount | Description |
|---|---|---|---|---|---|---|---|
| 082722JON | 8/27/22 | GJE | 1001P | 082722JON | 082722JON | 4244398.00 | JONES |
| 082722JON | 8/27/22 | GJE | 1110C | 082722JON | 082722JON | -1229857.95 | JONES |
| 082722JON | 8/27/22 | GJE | 1550W | 082722JON | 082722JON | -1847160.00 | JONES |
| 082722JON | 8/27/22 | GJE | 1550W | 082722JON | 082722JON | 61393.00 | JONES |
| 082722JON | 8/27/22 | GJE | 1550W | 082722JON | 082722JON | 221955.00 | JONES |
| 082722JON | 8/27/22 | GJE | 2300 | 082722JON | 082722JON | -52960.00 | JONES |
| 082722JON | 8/27/22 | GJE | 2810 | 082722JON | 082722JON | -1114420.05 | JONES |
| 082722JON | 8/27/22 | GJE | 4700 | 082722JON | 082722JON | -15344.00 | JONES |
| 082722JON | 8/27/22 | GJE | 4700 | 082722JON | 082722JON | -115145.00 | JONES |
| 082722JON | 8/27/22 | GJE | 4710 | 082722JON | 082722JON | -30295.00 | JONES |
| 082722JON | 8/27/22 | GJE | 4710 | 082722JON | 082722JON | -106810.00 | JONES |
| 082722JON | 8/27/22 | GJE | 7310 | 082722JON | 082722JON | -10114.00 | JONES |
| 082722JON | 8/27/22 | GJE | 8664 | 082722JON | 082722JON | -5640.00 | JONES |

GL3300R NORTHSHORE MOTOR LEASING 9/03/26 12:23:56
ASTEEO Document Inquiry PAGE 1

| Document | Date | Jrn | Account | Control | Reference | Amount | Description |
|---|---|---|---|---|---|---|---|
| 082822JON | 8/28/22 | GJE | 1550 | 082822JON | 082822JON | -5000.00 | JONES |
| 082822JON | 8/28/22 | GJE | 1550 | 082822JON | 082822JON | -3387.51 | JONES |
| 082822JON | 8/28/22 | GJE | 2101 | 082822JON | 082822JON | 52800.00 | JONES |
| 082822JON | 8/28/22 | GJE | 2104 | 082822JON | 082822JON | 299.99 | JONES |
| 082822JON | 8/28/22 | GJE | 2320 | N1985 | 082822JON | 550.00 | JONES |
| 082822JON | 8/28/22 | GJE | 2320 | N2112 | 082822JON | 275.00 | JONES |
| 082822JON | 8/28/22 | GJE | 2320 | N2132 | 082822JON | 275.00 | JONES |
| 082822JON | 8/28/22 | GJE | 2320 | N2134 | 082822JON | 206.67 | JONES |
| 082822JON | 8/28/22 | GJE | 2320 | N2144 | 082822JON | 550.00 | JONES |
| 082822JON | 8/28/22 | GJE | 2320 | N2191 | 082822JON | 275.00 | JONES |
| 082822JON | 8/28/22 | GJE | 2320 | N2217 | 082822JON | 200.00 | JONES |
| 082822JON | 8/28/22 | GJE | 2320 | N2230 | 082822JON | 200.00 | JONES |
| 082822JON | 8/28/22 | GJE | 2320 | N2273 | 082822JON | 275.00 | JONES |
| 082822JON | 8/28/22 | GJE | 2320 | N2295 | 082822JON | 253.29 | JONES |
| 082822JON | 8/28/22 | GJE | 2320 | N2402 | 082822JON | 275.00 | JONES |
| 082822JON | 8/28/22 | GJE | 2320 | N2404 | 082822JON | 275.00 | JONES |
| 082822JON | 8/28/22 | GJE | 2511 | 082822JON | 082822JON | -8000.00 | JONES |
| 082822JON | 8/28/22 | GJE | 2511 | 082822JON | 082822JON | 70245.00 | JONES |
| 082822JON | 8/28/22 | GJE | 2512 | 082822JON | 082822JON | 8000.00 | JONES |
| 082822JON | 8/28/22 | GJE | 3700 | 082822JON | 082822JON | -52800.00 | JONES |
| 082822JON | 8/28/22 | GJE | 4700 | 082822JON | 082822JON | -299.99 | JONES |
| 082822JON | 8/28/22 | GJE | 4700 | 082822JON | 082822JON | -33950.00 | JONES |
| 082822JON | 8/28/22 | GJE | 4710 | 082822JON | 082822JON | -36295.00 | JONES |
| 082822JON | 8/28/22 | GJE | 6140 | 082822JON | 082822JON | -3609.96 | JONES |
| 082822JON | 8/28/22 | GJE | 6140 | 082822JON | 082822JON | 32000.00 | JONES |
| 082822JON | 8/28/22 | GJE | 6140 | 082822JON | 082822JON | -32000.00 | JONES |
| 082822JON | 8/28/22 | GJE | 7310 | 082822JON | 082822JON | 5000.00 | JONES |
| 082822JON | 8/28/22 | GJE | 8664 | 082822JON | 082822JON | 3387.51 | JONES |

GL3300R NORTHSHORE MOTOR LEASING 9/03/26 12:25:45
ASTEE0 Document Inquiry PAGE 1

| Document | Date | Jrn | Account | Control | Reference | Amount | Description |
|---|---|---|---|---|---|---|---|
| 092522JON | 9/25/22 | GJE | 1550W | 092522JON | 092522JON | 70245.00 | JONES |
| 092522JON | 9/25/22 | GJE | 1550W | 092522JON | 092522JON | 16936.00 | JONES |
| 092522JON | 9/25/22 | GJE | 1550W | 092522JON | 092522JON | 361117.00 | JONES |
| 092522JON | 9/25/22 | GJE | 2100 | PSEG | 092522JON | -4217.00 | JONES |
| 092522JON | 9/25/22 | GJE | 2100 | NORTH | 092522JON | -20000.00 | JONES |
| 092522JON | 9/25/22 | GJE | 2101 | 092522JON | 092522JON | 10100.00 | JONES |
| 092522JON | 9/25/22 | GJE | 2315C | 092522JON | 092522JON | 26000.00 | JONES |
| 092522JON | 9/25/22 | GJE | 2320 | N2074 | 092522JON | 200.00 | JONES |
| 092522JON | 9/25/22 | GJE | 2320 | N2098 | 092522JON | 275.00 | JONES |
| 092522JON | 9/25/22 | GJE | 2320 | N2127 | 092522JON | 275.00 | JONES |
| 092522JON | 9/25/22 | GJE | 2320 | N2307 | 092522JON | 275.00 | JONES |
| 092522JON | 9/25/22 | GJE | 2320 | N2392 | 092522JON | 200.00 | JONES |
| 092522JON | 9/25/22 | GJE | 2320 | N2493 | 092522JON | 275.00 | JONES |
| 092522JON | 9/25/22 | GJE | 2320 | N2495 | 092522JON | 275.00 | JONES |
| 092522JON | 9/25/22 | GJE | 2320 | N2310A | 092522JON | 275.00 | JONES |
| 092522JON | 9/25/22 | GJE | 2511 | 092522JON | 092522JON | -70245.00 | JONES |
| 092522JON | 9/25/22 | GJE | 3700 | 092522JON | 092522JON | -10100.00 | JONES |
| 092522JON | 9/25/22 | GJE | 4700 | 092522JON | 092522JON | -192470.00 | JONES |
| 092522JON | 9/25/22 | GJE | 4710 | 092522JON | 092522JON | -168647.00 | JONES |
| 092522JON | 9/25/22 | GJE | 6140 | 092522JON | 092522JON | -2050.00 | JONES |
| 092522JON | 9/25/22 | GJE | 6140 | 092522JON | 092522JON | -26000.00 | JONES |
| 092522JON | 9/25/22 | GJE | 8000 | 092522JON | 092522JON | -16936.00 | JONES |
| 092522JON | 9/25/22 | GJE | 8300 | 092522JON | 092522JON | 20000.00 | JONES |
| 092522JON | 9/25/22 | GJE | 8500 | 092522JON | 092522JON | 4217.00 | JONES |