EXHIBIT “35”

| | | | |
|---|---|---|---|
| **customDocIdentifier** | doc:3:ch:10136_7033:/6/2022/09/15/ETA-DDA/TIFF-1-CHK/{67BC5D00-C833-3138-A7DE-625112484A6A}.tif:Y | **Posting Date** | 09/15/2022 |
| **Account Number** | 623778112 | **Amount** | 24539.08 |
| **Bank Number** | 802 | **Capture Source** | PV |
| **Check/Serial #** | 000000004015 | **DB/CR** | Debit |
| **Routing Transit Number** | 02100002 | **Sequence Number** | 5670589007 |
| **Trancode** | 000000 | **UDK** | 802220915005670589007 |
| **Missing Image** | 05 | **Application Code** | 1 |
| **Item Type** | Paper Item | **IRD** | |
| **PE Indicator** | P | **Entry Number** | 0000013230 |
| **BOFD** | 000000000 | **Cost Center** | |
| **Teller Number** | | **Teller Sequence Number** | |
| **Processing Date** | 09/16/2022 | **documentSummaryFlag** | N |


THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

NORTHSHORE MOTORS 180 MICHAEL DRIVE SYOSSET, NY 11791 www.NorthshoreMotors1.com 516.226.1400
180 Michael Dr Syosset, NY 11791
Phone: (516) 226-1400

CHASE NEW MAIN
, 00100-1891

DATE 7/11/2022 CHECK 4015

AMOUNT $ 24,539.08

*Pay Twenty-Four Thousand, Five Hundred Thirty-Nine Dollars and Eight Cents*

TO THE ORDER OF
CAPITAL ONE AUTO FINANCE
2525 CORPORATE PLACE
2ND FLR SUITE #250
MONTEREY PARK, CA 91754

⑈000004015⑈ ⑆021000021⑆623778112⑈

For Deposit To
Capital One NA - COAF
Account 37516-06006
09/15/2022

| | | | |
|---|---|---|---|
| **customDocIdentifier** | doc:3:ch:11164_5142:/5/2022/09/26/ETA-DD A/TIFF-1-CHK/{562A1DA6-46A2-3AFD-840C -50FEE40EF6C5}.tif:Y | **Posting Date** | 09/26/2022 |
| **Account Number** | 623778112 | **Amount** | 9844.24 |
| **Bank Number** | 802 | **Capture Source** | PV |
| **Check/Serial #** | 000000004118 | **DB/CR** | Debit |
| **Routing Transit Number** | 02100002 | **Sequence Number** | 9990051587 |
| **Trancode** | 000000 | **UDK** | 8022209260099990051587 |
| **Missing Image** | 05 | **Application Code** | 1 |
| **Item Type** | Paper Item | **IRD** | |
| **PE Indicator** | P | **Entry Number** | 0000018399 |
| **BOFD** | 000000000 | **Cost Center** | |
| **Teller Number** | | **Teller Sequence Number** | |
| **Processing Date** | 09/26/2022 | **documentSummaryFlag** | N |

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

CHASE NEW MAIN
, 00100-1891

HARDY

NORTHSHORE MOTORS
180 MICHAEL DRIVE
SYOSSET, NY 11791
www.NorthshoreMotors1.com
516.226.1400
180 Michael Dr Syosset, NY 11791
Phone: (516) 226-1400

| DATE | CHECK |
|---|---|
| 7/13/2022 | 4118 |

AMOUNT
$ 9,844.24

*Pay Nine Thousand, Eight Hundred Forty-Four Dollars and Twenty-Four Cents*

TO THE ORDER OF
**TEACHERS FEDERAL CU**
**102 MOTOR PARKWAY**
**HAUPPAUGE, NY 11788**

RUB RED IMAGE FADES WITH HEAT

⑈000004118⑈ ⑆021000021⑆623778112⑈

Security Features

Results of check alteration

Padlock design is a certification mark of Check Payment Systems Association

>221475786<
Teachers FCU #010
2022-09-23
0010644522
Batch 174675250

60008104361
#5

| | | | |
|---|---|---|---|
| **customDocIdentifier** | doc:3:ch:10070_10795:/F/2022/09/15/E7A-DDA/TIFF-1-CHK/{F99CA01F-E524-3ADB-88B3-4F6DBA8CF4BF}.tif:Y | **Posting Date** | 09/15/2022 |
| **Account Number** | 623778112 | **Amount** | 39336.00 |
| **Bank Number** | 802 | **Capture Source** | PV |
| **Check/Serial #** | 000000004141 | **DB/CR** | Debit |
| **Routing Transit Number** | 02100002 | **Sequence Number** | 4870156523 |
| **Trancode** | 000000 | **UDK** | 802220915004870156523 |
| **Missing Image** | 05 | **Application Code** | 1 |
| **Item Type** | Paper Item | **IRD** | |
| **PE Indicator** | P | **Entry Number** | 0000015145 |
| **BOFD** | 000000000 | **Cost Center** | |
| **Teller Number** | | **Teller Sequence Number** | |
| **Processing Date** | 09/15/2022 | **documentSummaryFlag** | N |

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

CHASE NEW MAIN

, 00100-1691

NORTHSHORE MOTORS 180 MICHAEL DRIVE SYOSSET, NY 11791
www.NorthshoreMotors1.com
516.226.1400
180 Michael Dr Syosset, NY 11791
Phone: (516) 226-1400

| DATE | CHECK |
|---|---|
| 7/28/2022 | 4141 |

AMOUNT: $ 39,336.00

*Pay Thirty-Nine Thousand, Three Hundred Thirty-Six Dollars and no/Cents*

TO THE ORDER OF
**TRUIST RETAIL LOANS**
**PO BOX 580223**
**CHARLOTTE, NC 28258-0022**

RUB RED MAKE FADES WITH HEAT

⑈000004141⑈ ⑆021000021⑆623778112⑈

Security Features: Listed below are the security features provided on this document which meet or exceed industry guidelines.

CREDIT ACCT OF NAMED PAYEE xxxxxxxxx54121 0
ENDORSEMENT GUARANTEED BY TRUIST CHARLOTTE NC
>053101121< 2034309100 039336.00 013

| | | | |
|---|---|---|---|
| **customDocIdentifier** | doc:3:ch:9510_11850:/0/2022/09/14/ETA-DDA/TIFF-1-CHK/{0046CB1C-E5BC-336A-B8B3-68E7DFFE8343}.tif:Y | **Posting Date** | 09/14/2022 |
| **Account Number** | 623778112 | **Amount** | 18271.81 |
| **Bank Number** | 802 | **Capture Source** | PV |
| **Check/Serial #** | 000000004331 | **DB/CR** | Debit |
| **Routing Transit Number** | 02100002 | **Sequence Number** | 9290668284 |
| **Trancode** | 000000 | **UDK** | 802220914009290668284 |
| **Missing Image** | 05 | **Application Code** | 1 |
| **Item Type** | Paper Item | **IRD** | |
| **PE Indicator** | P | **Entry Number** | 0000015747 |
| **BOFD** | 000000000 | **Cost Center** | |
| **Teller Number** | | **Teller Sequence Number** | |
| **Processing Date** | 09/15/2022 | **documentSummaryFlag** | N |






| | | | |
|---|---|---|---|
| **customDocIdentifier** | doc:3:ch:11216_6038:/9/2022/09/15/ETA-DDA/TIFF-1-CHK/{9869DF84-C4CC-35F4-9CB2-10347E2B52BA}.tif:Y | **Posting Date** | 09/15/2022 |
| **Account Number** | 623778112 | **Amount** | 37525.20 |
| **Bank Number** | 802 | **Capture Source** | PV |
| **Check/Serial #** | 000000004381 | **DB/CR** | Debit |
| **Routing Transit Number** | 02100002 | **Sequence Number** | 9980276809 |
| **Trancode** | 000000 | **UDK** | 802220915009980276809 |
| **Missing Image** | 05 | **Application Code** | 1 |
| **Item Type** | Paper Item | **IRD** | |
| **PE Indicator** | P | **Entry Number** | 0000001823 |
| **BOFD** | 000000000 | **Cost Center** | |
| **Teller Number** | | **Teller Sequence Number** | |
| **Processing Date** | 09/15/2022 | **documentSummaryFlag** | N |

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

PARVELUS

NORTHSHORE MOTORS 180 MICHAEL DRIVE SYOSSET, NY 11791
www.NorthshoreMotors1.com
516.226.1400
180 Michael Dr Syosset, NY 11791
Phone: (516) 226-1400

CHASE NEW MAIN
, 00100-1691

| DATE | CHECK |
|---|---|
| 9/09/2022 | 4381 |

AMOUNT
$ 37,525.20

*Pay Thirty-Seven Thousand, Five Hundred Twenty-Five Dollars and Twenty Cents*

TO THE ORDER OF
**PENTAGON FEDERAL CREDIT UNION**
**2930 EISENHOWER AVE**
**ALEXANDRIA, VA 22314**
329917043-966

⑈000004381⑈ ⑆021000021⑆623778112⑈

09/14/2022 - 586015 - 6
256078446 PenFed CU

586015-6 9/14/2022 10:35:53 AM

| | | | |
|---|---|---|---|
| **customDocIdentifier** | doc:3:ch:10204_5272:/8/2022/09/22/ETA-DDA/TIFF-1-CHK/{8501522F-2E0E-3579-B4B6-898D42085BDB}.tif:Y | **Posting Date** | 09/22/2022 |
| **Account Number** | 623778112 | **Amount** | 19195.83 |
| **Bank Number** | 802 | **Capture Source** | PV |
| **Check/Serial #** | 000000004408 | **DB/CR** | Debit |
| **Routing Transit Number** | 02100002 | **Sequence Number** | 8670064017 |
| **Trancode** | 000000 | **UDK** | 802220922008670064017 |
| **Missing Image** | 05 | **Application Code** | 1 |
| **Item Type** | Paper Item | **IRD** | |
| **PE Indicator** | P | **Entry Number** | 0000001647 |
| **BOFD** | 000000000 | **Cost Center** | |
| **Teller Number** | | **Teller Sequence Number** | |
| **Processing Date** | 09/22/2022 | **documentSummaryFlag** | N |

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

NORTHSHORE MOTORS 180 MICHAEL DRIVE SYOSSET, NY 11791
www.NorthshoreMotors1.com
516.226.1400
180 Michael Dr Syosset, NY 11791
Phone: (516) 226-1400

FORRESTER

CHASE NEW MAIN
, 09100-1891

| DATE | CHECK |
|---|---|
| 9/19/2022 | 4408 |

AMOUNT
$ 19,195.83

*Pay Nineteen Thousand, One Hundred Ninety-Five Dollars and Eighty-Three Cents*

TO THE ORDER OF
**BETHPAGE FEDERAL CREDIT UNION**
**7600 EAST ORCHARD ROAD**
**SUITE 310**
**NO GREENWOOD VILLAGE, CO 80111**

⑈000004408⑈ ⑆021000021⑆623778112⑈

**Bethpage Federal Credit Union**
**9/21/2022**
**12:32:55**
**SKAUFMAN**
**TMID 27222642245170**

| | | | |
|---|---|---|---|
| **customDocIdentifier** | doc:3:ch:10830_8840:/2/2022/10/12/ETA-DDA/TIFF-1-CHK/{27292437-D8E3-3A45-9F7D-40346406A111}.tif:Y | **Posting Date** | 10/12/2022 |
| **Account Number** | 623778112 | **Amount** | 4200.00 |
| **Bank Number** | 802 | **Capture Source** | PV |
| **Check/Serial #** | 000000004413 | **DB/CR** | Debit |
| **Routing Transit Number** | 02100002 | **Sequence Number** | 9270497242 |
| **Trancode** | 000000 | **UDK** | 802221012009270497242 |
| **Missing Image** | 05 | **Application Code** | 1 |
| **Item Type** | Paper Item | **IRD** | |
| **PE Indicator** | P | **Entry Number** | 0000012129 |
| **BOFD** | 000000000 | **Cost Center** | |
| **Teller Number** | | **Teller Sequence Number** | |
| **Processing Date** | 10/12/2022 | **documentSummaryFlag** | N |

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

NORTHSHORE MOTORS 180 MICHAEL DRIVE SYOSSET, NY 11791
www.NorthshoreMotors1.com
516.226.1400
180 Michael Dr Syosset, NY 11791
Phone: (516) 226-1400

CHASE NEW MAIN
, 00100-1891

| DATE | CHECK |
|---|---|
| 9/19/2022 | 4413 |

AMOUNT
$ 4,200.00

*Pay Four Thousand, Two Hundred Dollars and no/Cents*

TO THE ORDER OF
JONES,LITTLE & CO
86 WEST MAIN STREET
SUITE 2
EAST ISLIP, NY 11730

RUB RED IMAGE FADES WITH HEAT

⑈000004413⑈ ⑆021000021⑆623778112⑈

Security Features

411206099636 122912 20221012 000000000623778112
TRN_DEBIT NOLSEN 4200.00
East Islip 4112 94004 4112 0007 0081

PAY TO THE ORDER OF
TD BANK
EAST ISLIP, NY 11730-2503
026013673
FOR DEPOSIT ONLY
JONES, LITTLE & CO CPA'S LLP
4339378469

| | | | |
|---|---|---|---|
| **customDocIdentifier** | doc:3:ch:12800_5370:/B/2022/10/11/ETA-DDA/TIFF-1-CHK/{B5E9A41B-ABEC-34BD-A943-3FAB0D0C8BB2}.tif:Y | **Posting Date** | 10/11/2022 |
| **Account Number** | 623778112 | **Amount** | 52684.00 |
| **Bank Number** | 802 | **Capture Source** | PV |
| **Check/Serial #** | 000000004465 | **DB/CR** | Debit |
| **Routing Transit Number** | 02100002 | **Sequence Number** | 7970593770 |
| **Trancode** | 000000 | **UDK** | 8022210110079705937 70 |
| **Missing Image** | 05 | **Application Code** | 1 |
| **Item Type** | Paper Item | **IRD** | |
| **PE Indicator** | P | **Entry Number** | 0000046453 |
| **BOFD** | 000000000 | **Cost Center** | |
| **Teller Number** | | **Teller Sequence Number** | |
| **Processing Date** | 10/11/2022 | **documentSummaryFlag** | N |

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

COHEN

NORTHSHORE MOTORS 180 MICHAEL DRIVE SYOSSET, NY 11791
www.NorthshoreMotors1.com
516.226.1400
180 Michael Dr Syosset, NY 11791
Phone: (516) 226-1400

CHASE NEW MAIN
00100-1891

| DATE | CHECK |
|---|---|
| 9/26/2022 | 4465 |

AMOUNT
$ 52,684.00

*Pay Fifty-Two Thousand, Six Hundred Eighty-Four Dollars and no/Cents*

20342803 15-/001

TO THE ORDER OF
TRUIST RETAIL LOANS-PAYOFFS
ATT LOCKBOX #580223
5130 PARKWAY PLAZA
CHARLOTTE, NC 28217-1954

NC .001

⑈000004465⑈ ⑆021000021⑆623778112⑈

Security Features:
Results of check alteration

For Deposit Only
TRUIST Bank

| | | | |
|---|---|---|---|
| **customDocIdentifier** | doc:3:ch:11676_11170:/0/2022/10/18/E7A-DDA/TIFF-1-CHK/{03FED88E-81D8-399F-9A5E-4945BFB6206F}.tif:Y | **Posting Date** | 10/18/2022 |
| **Account Number** | 623778112 | **Amount** | 19057.16 |
| **Bank Number** | 802 | **Capture Source** | PV |
| **Check/Serial #** | 000000004541 | **DB/CR** | Debit |
| **Routing Transit Number** | 02100002 | **Sequence Number** | 8080040951 |
| **Trancode** | 000000 | **UDK** | 802221018008080040951 |
| **Missing Image** | 05 | **Application Code** | 1 |
| **Item Type** | Paper Item | **IRD** | |
| **PE Indicator** | P | **Entry Number** | 0000004121 |
| **BOFD** | 000000000 | **Cost Center** | |
| **Teller Number** | | **Teller Sequence Number** | |
| **Processing Date** | 10/18/2022 | **documentSummaryFlag** | N |

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

NORTHSHORE MOTORS
180 MICHAEL DRIVE
SYOSSET, NY 11791
www.NorthshoreMotors1.com
516.226.1400
180 Michael Dr Syosset, NY 11791
Phone: (516) 226-1400

CHASE NEW MAIN
00100-1891

| DATE | CHECK |
|---|---|
| 10/13/2022 | 4541 |

AMOUNT
$ 19,057.16

Pay *Nineteen Thousand, Fifty-Seven Dollars and Sixteen Cents*

TO THE ORDER OF
BRIDGECREST
LOCKBOX 842695
3440 FLAIR DRIVE
EL MONTE, CA 91731

⑈000004541⑈ ⑆021000021⑆623778112⑈

Security Features:

NAMED PAYEE-W/O PREJUDICE
WELLS FARGO BANK N.A.
LOS ANGELES CA 91731
Acct. #4944438894
Box_Num: 953087
Date: 20221017

| | | | |
|---|---|---|---|
| **customDocIdentifier** | doc:3:ch:10880_10119:/8/2022/10/20/E5A-DDA/TIFF-1-CHK/{8AA40CCD-E299-3B55-930B-39331B8D429A}.tif:Y | **Posting Date** | 10/20/2022 |
| **Account Number** | 623778112 | **Amount** | 33254.15 |
| **Bank Number** | 802 | **Capture Source** | PV |
| **Check/Serial #** | 000000004542 | **DB/CR** | Debit |
| **Routing Transit Number** | 02100002 | **Sequence Number** | 4270351133 |
| **Trancode** | 000000 | **UDK** | 80222102000427035 1133 |
| **Missing Image** | 05 | **Application Code** | 1 |
| **Item Type** | Paper Item | **IRD** | |
| **PE Indicator** | P | **Entry Number** | 0000014689 |
| **BOFD** | 000000000 | **Cost Center** | |
| **Teller Number** | | **Teller Sequence Number** | |
| **Processing Date** | 10/20/2022 | **documentSummaryFlag** | N |


THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

NORTHSHORE MOTORS 180 MICHAEL DRIVE SYOSSET, NY 11791 www.NorthshoreMotors1.com 516.226.1400

180 Michael Dr Syosset, NY 11791

Phone: (516) 226-1400

CHASE NEW MAIN

00100-1891

DATE 10/13/2022 CHECK 4542

AMOUNT $ 33,254.15

*Pay Thirty-Three Thousand, Two Hundred Fifty-Four Dollars and Fifteen Cents*

TO THE ORDER OF

TRUIST RETAIL LOANS-PAYOFFS
ATT LOCKBOX #580223
5130 PARKWAY PLAZA
CHARLOTTE, NC 28217-1954

⑈000004542⑈ ⑆021000021⑆623778112⑈

Security Features:

Listed below are the security features provided on this document which meet or exceed industry guidelines.

CREDIT ACCT OF NAMED PAYEE xxxxxxxxx54121 0
ENDORSEMENT GUARANTEED BY TRUIST CHARLOTTE NC
>053101121< 2035776993 033254.15 001

| | | | |
|---|---|---|---|
| **customDocIdentifier** | doc:3:ch:14032_4908:/0/2022/10/17/ETA-DD-A/TIFF-1-CHK/{06C75268-E6A1-3C5E-B514-7F6B60767B06}.tif:Y | **Posting Date** | 10/17/2022 |
| **Account Number** | 623778112 | **Amount** | 8117.06 |
| **Bank Number** | 802 | **Capture Source** | PV |
| **Check/Serial #** | 000000004543 | **DB/CR** | Debit |
| **Routing Transit Number** | 02100002 | **Sequence Number** | 8290005192 |
| **Trancode** | 000000 | **UDK** | 802221017008290005192 |
| **Missing Image** | 05 | **Application Code** | 1 |
| **Item Type** | Paper Item | **IRD** | |
| **PE Indicator** | P | **Entry Number** | 0000032336 |
| **BOFD** | 000000000 | **Cost Center** | |
| **Teller Number** | | **Teller Sequence Number** | |
| **Processing Date** | 10/18/2022 | **documentSummaryFlag** | N |

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

NORTHSHORE MOTORS 180 MICHAEL DRIVE SYOSSET NY 11791
www NorthshoreMotors1 com
516.226.1400
180 Michael Dr Syosset, NY 11791
Phone (516) 226-1400

463272
Cadogan

CHASE NEW MAIN
00100-1891

| DATE | CHECK |
|---|---|
| 10/13/2022 | 4543 |

AMOUNT
$ 8,117.06

*Pay Eight Thousand, One Hundred Seventeen Dollars and Six Cents*

TO THE ORDER OF
**CARVANT FINANCIAL**
**6851 JERICHO TPKE**
**SUITE 245**
**SYOSSET, NY 11791**

⑈000004543⑈ ⑆021000021⑆623778112⑈

Credited to Acct 153910736617
Return Acct 1539107

For Deposit Only
U.S. Bank

| | | | |
|---|---|---|---|
| **customDocIdentifier** | doc:3:ch:18294_3236:/3/2022/10/18/ETA-DDA/TIFF-1-CHK/{3386C5A4-5128-317D-AD26-C062AA533518}.tif:Y | **Posting Date** | 10/18/2022 |
| **Account Number** | 623778112 | **Amount** | 29792.87 |
| **Bank Number** | 802 | **Capture Source** | PV |
| **Check/Serial #** | 000000004544 | **DB/CR** | Debit |
| **Routing Transit Number** | 02100002 | **Sequence Number** | 4870016958 |
| **Trancode** | 000000 | **UDK** | 8022210180048700169 58 |
| **Missing Image** | 05 | **Application Code** | 1 |
| **Item Type** | Paper Item | **IRD** | |
| **PE Indicator** | P | **Entry Number** | 0000014183 |
| **BOFD** | 000000000 | **Cost Center** | |
| **Teller Number** | | **Teller Sequence Number** | |
| **Processing Date** | 10/18/2022 | **documentSummaryFlag** | N |

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

NORTHSHORE MOTORS 180 MICHAEL DRIVE SYOSSET, NY 11791
www.NorthshoreMotors1.com
516.226.1400
180 Michael Dr Syosset, NY 11791
Phone: (516) 226-1400

CHASE NEW MAIN
00100-1891

| DATE | CHECK |
|---|---|
| 10/13/2022 | 4544 |

AMOUNT
$ 29,792.87

Pay**29,792**Dollars*and*87/100*DOLLARS***

O/N

TO THE ORDER OF
INFINITI FINANCIAL
5050 KINGSLEY DRIVE
CINCINNATI, OH 45227

Security Features Included. Details on back.

⑈000004544⑈ ⑆021000021⑆623778112⑈

00101822002006 022 432662Deposit Only
000080062530001 73618756 Credit to Account
29792.87 of within named payee without
008 Dyn Prejudice FifthThirdBankNA>042000314<

| | | | |
|---|---|---|---|
| **customDocIdentifier** | doc:3:ch:9708_6496:/7/2022/10/20/ETA-DDA/TIFF-1-CHK/{736F344C-BA08-3A8E-A1B7-0152AAD6493C}.tif:Y | **Posting Date** | 10/20/2022 |
| **Account Number** | 623778112 | **Amount** | 40230.50 |
| **Bank Number** | 802 | **Capture Source** | PV |
| **Check/Serial #** | 000000004545 | **DB/CR** | Debit |
| **Routing Transit Number** | 02100002 | **Sequence Number** | 9270204903 |
| **Trancode** | 000000 | **UDK** | 8022210200092702049O3 |
| **Missing Image** | 05 | **Application Code** | 1 |
| **Item Type** | Paper Item | **IRD** | |
| **PE Indicator** | P | **Entry Number** | 0000013496 |
| **BOFD** | 000000000 | **Cost Center** | |
| **Teller Number** | | **Teller Sequence Number** | |
| **Processing Date** | 10/21/2022 | **documentSummaryFlag** | N |

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

NORTHSHORE MOTORS 180 MICHAEL DRIVE SYOSSET, NY 11791 www.NorthshoreMotors1.com 516.226.1400

180 Michael Dr Syosset, NY 11791

Phone: (516) 226-1400

CHASE NEW MAIN

, 00100-1891

| DATE | CHECK |
|---|---|
| 10/13/2022 | 4545 |

AMOUNT

$ 40,230.50

*Pay Forty Thousand, Two Hundred Thirty Dollars and Fifty Cents*

TO THE ORDER OF

CAPITAL ONE AUTO FINANCE
SPECIAL OPERATIONS -31066-0100
8058 DOMINION PARKWAY
PLANO, TX 75024

PUSH RED MAPLE FADES WITH HEAT

Security Features Included. Details on back.

⑈0000004545⑈ ⑆021000021⑆623778112⑈

Security Features:

Listed below are the security features provided on this document which meet or exceed industry guidelines.

Results of check alteration

202210199006109100004000012

For Deposit To
Capital One NA - COAF
Account 37516-06006
10/20/2022

| | | | |
|---|---|---|---|
| **customDocIdentifier** | doc:3:ch:11880_10725:/B/2022/10/18/E/A-DDA/TIFF-1-CHK/{B23A3E39-9D44-32EB-8D2C-73F94310FF69}.tif:Y | **Posting Date** | 10/18/2022 |
| **Account Number** | 623778112 | **Amount** | 16445.07 |
| **Bank Number** | 802 | **Capture Source** | PV |
| **Check/Serial #** | 000000004548 | **DB/CR** | Debit |
| **Routing Transit Number** | 02100002 | **Sequence Number** | 8080040578 |
| **Trancode** | 000000 | **UDK** | 8022210180080800405788 |
| **Missing Image** | 05 | **Application Code** | 1 |
| **Item Type** | Paper Item | **IRD** | |
| **PE Indicator** | P | **Entry Number** | 0000004121 |
| **BOFD** | 000000000 | **Cost Center** | |
| **Teller Number** | | **Teller Sequence Number** | |
| **Processing Date** | 10/18/2022 | **documentSummaryFlag** | N |

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

NORTHSHORE MOTORS 180 MICHAEL DRIVE SYOSSET, NY 11791 www.NorthshoreMotors1.com 516.226.1400

180 Michael Dr Syosset, NY 11791

Phone: (516) 226-1400

CHASE NEW MAIN

, 00100-1891

| DATE | CHECK |
|---|---|
| 10/14/2022 | 4548 |

AMOUNT

$ 16,445.07

*Pay Sixteen Thousand, Four Hundred Forty-Five Dollars and Seven Cents*

TO THE ORDER OF

**WESTLAKE FINANCIAL SERVICES**
**3440 FLAIR DRIVE**
**LBX 73082**
**EL MONTE, CA 91731**

⑈000004548⑈ ⑆021000021⑆623778112⑈

Security Features

Listed below are the security features provided on this document which meet and/or exceed industry guidelines.

Results of check alteration:

NAMED PAYEE-W/O PREJUDICE
WELLS FARGO BANK N.A.
LOS ANGELES CA 91731
Acct. #4121057707
Box_Num 073082
Date: 20221017

| | | | |
|---|---|---|---|
| **customDocIdentifier** | doc:3:ch:12158_9976:/6/2022/10/20/ETA-DD A/TIFF-190/{6F1E0D32-BCDE-3A35-AD52-ED444F53FCF2}.tif:Y | **Posting Date** | 10/20/2022 |
| **Account Number** | 623778112 | **Amount** | 25222.91 |
| **Bank Number** | 1 | **Capture Source** | PV |
| **Check/Serial #** | 000000004556 | **DB/CR** | Debit |
| **Routing Transit Number** | 02100002 | **Sequence Number** | 1790639834 |
| **Trancode** | 000000 | **UDK** | 1221020001790639834 |
| **Missing Image** | 05 | **Application Code** | 190 |
| **Item Type** | Paper Item | **IRD** | |
| **PE Indicator** | P | **Entry Number** | 0000012191 |
| **BOFD** | 000000000 | **Cost Center** | |
| **Teller Number** | | **Teller Sequence Number** | |
| **Processing Date** | 10/20/2022 | **documentSummaryFlag** | N |

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

SANDORS

NORTHSHORE MOTORS 180 MICHAEL DRIVE SYOSSET, NY 11791
www.NorthshoreMotors1.com
516.226.1400
180 Michael Dr Syosset, NY 11791
Phone: (516) 226-1400

CHASE NEW MAIN
, 00100-1891

| DATE | CHECK |
|---|---|
| 10/18/2022 | 4556 |

AMOUNT
$ 25,222.91

*Pay Twenty-Five Thousand, Two Hundred Twenty-Two Dollars and Ninety-One Cents*

TO THE ORDER OF
**CRESCENT BANK AND TRUST**
**3350 BOYINGTON DRIVE**
**CARROLLTON, TX 75006**

RUB RED IMAGE FADES WITH HEAT

⑈000004556⑈ ⑆021000021⑆623778112⑈

OCT 19 2022

Security Features:

Listed below are the security features provided on this document which meet and/or exceed industry guidelines.

Results of check alteration:

Padlock design is a certification mark of Check Payment Systems Association

1019222411930001061644>065003592<NEW ORLEANS LA

CHECK HERE IF MOBILE DEPOSIT

| | | | |
|---|---|---|---|
| **customDocIdentifier** | doc:3:ch:11942_11452:/2/2022/10/24/E/AOD DA/TIFF-1-CHK/{243221DB-06F7-39A2-942 F-7BC6F4E35978}.tif:Y | **Posting Date** | 10/24/2022 |
| **Account Number** | 623778112 | **Amount** | 32500.78 |
| **Bank Number** | 802 | **Capture Source** | PV |
| **Check/Serial #** | 000000004557 | **DB/CR** | Debit |
| **Routing Transit Number** | 02100002 | **Sequence Number** | 9070975885 |
| **Trancode** | 000000 | **UDK** | 802221024009070975885 |
| **Missing Image** | 05 | **Application Code** | 1 |
| **Item Type** | Paper Item | **IRD** | |
| **PE Indicator** | P | **Entry Number** | 0000007161 |
| **BOFD** | 074909962 | **Cost Center** | |
| **Teller Number** | | **Teller Sequence Number** | |
| **Processing Date** | 10/22/2022 | **documentSummaryFlag** | N |

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

G4ORRA

NORTHSHORE MOTORS 180 MICHAEL DRIVE SYOSSET, NY 11791
www.NorthshoreMotors1.com
516.226.1400
180 Michael Dr Syosset, NY 11791
Phone: (516) 226-1400

CHASE NEW MAIN
, 00100-1891

| DATE | CHECK |
|---|---|
| 10/19/2022 | 4557 |

AMOUNT
$ 32,500.78

0026177932

*Pay Thirty-Two Thousand, Five Hundred Dollars and Seventy-Eight Cents*

TO THE ORDER OF
SANTANDER CONSUMER USA
3000 KELLWAY DRIVE
SUITE 120
CARROLLTON, TX 75006

Security Features Included. Details on back.

⑈000004557⑈ ⑆021000021⑆623778112⑈

R10/20/2022 P10/22/2022 126217 8 14 45 Ck Only W Corro CATHY MOORE
JPMChase Bank >113289905<
0026177932 at JPMChase Bank
Santander Consumer USA INC.

| | | | |
|---|---|---|---|
| **customDocIdentifier** | doc:3:ch:11938_5459:/2/2022/10/21/ETA-DD-A/TIFF-1-CHK/{23057241-D73B-3EE5-B059-BC4F115DF6A4}.tif:Y | **Posting Date** | 10/21/2022 |
| **Account Number** | 623778112 | **Amount** | 25797.29 |
| **Bank Number** | 802 | **Capture Source** | PV |
| **Check/Serial #** | 000000004558 | **DB/CR** | Debit |
| **Routing Transit Number** | 02100002 | **Sequence Number** | 9570213782 |
| **Trancode** | 000000 | **UDK** | 802221021009570213782 |
| **Missing Image** | 05 | **Application Code** | 1 |
| **Item Type** | Paper Item | **IRD** | |
| **PE Indicator** | P | **Entry Number** | 0000000267 |
| **BOFD** | 074909962 | **Cost Center** | |
| **Teller Number** | | **Teller Sequence Number** | |
| **Processing Date** | 10/20/2022 | **documentSummaryFlag** | N |

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

NORTHSHORE MOTORS 180 MICHAEL DRIVE SYOSSET, NY 11791
www.NorthshoreMotors1.com
516.226.1400
180 Michael Dr Syosset, NY 11791
Phone: (516) 226-1400

VALDEZ

CHASE NEW MAIN
, 00100-1891

| DATE | CHECK |
|---|---|
| 10/19/2022 | 4558 |

AMOUNT
$ 25,797.29

Pay**25,797**Dollars*and*29/100*DOLLARS***

TO THE ORDER OF
SANTANDER CONSUMER USA
1010 W. MOCKINGBIRD LANE
SUITE 100
DALLAS, TX 75247

Security Features Included. Details on back.

⑈000004558⑈ ⑆021000021⑆623778112⑈

R10/20/2022 P10/20/2022 093080 37 21 45 CO account# on bkup Darylin P

JPMChase Bank >113289905<
0026168659 at JPMChase Bank
Santander Consumer USA INC.

| | | | |
|---|---|---|---|
| **customDocIdentifier** | doc:3:ch:16171_10681:/9/2022/10/21/E/A/D/DA/TIFF-1-CHK/{971A2798-51DC-3E4C-91B0-89EEC0D1F23D}.tif:Y | **Posting Date** | 10/21/2022 |
| **Account Number** | 623778112 | **Amount** | 26453.29 |
| **Bank Number** | 802 | **Capture Source** | PV |
| **Check/Serial #** | 000000004559 | **DB/CR** | Debit |
| **Routing Transit Number** | 02100002 | **Sequence Number** | 9570213781 |
| **Trancode** | 000000 | **UDK** | 802221021009570213781 |
| **Missing Image** | 05 | **Application Code** | 1 |
| **Item Type** | Paper Item | **IRD** | |
| **PE Indicator** | P | **Entry Number** | 0000000267 |
| **BOFD** | 074909962 | **Cost Center** | |
| **Teller Number** | | **Teller Sequence Number** | |
| **Processing Date** | 10/20/2022 | **documentSummaryFlag** | N |

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

NORTHSHORE MOTORS
180 MICHAEL DRIVE
SYOSSET, NY 11791
www.NorthshoreMotors1.com
516.226.1400
180 Michael Dr Syosset, NY 11791
Phone: (516) 226-1400

RCVD

CHASE NEW MAIN
, 00100-1891

| DATE | CHECK |
|---|---|
| 10/19/2022 | 4559 |

AMOUNT
$ 26,453.29

*Pay Twenty-Six Thousand, Four Hundred Fifty-Three Dollars and Twenty-Nine Cents*

TO THE ORDER OF
**SANTANDER CONSUMER USA**
**1010 W. MOCKINGBIRD LANE**
**SUITE 100**
**DALLAS, TX 75247**

RUB RED IMAGE FADES WITH HEAT

Security Features Included. Details on back.

⑈000004559⑈ ⑆021000021⑆623778112⑈

R10/20/2022 P10/20/2022 093080 33 21 45 CO account# on bkup Daryelin P
JPMChase Bank >113289905<
0026005699 at JPMChase Bank
Santander Consumer USA INC.

| | | | |
|---|---|---|---|
| **customDocIdentifier** | doc:3:ch:11257_11100:/F/2022/10/25/E7A-DDA/TIFF-1-CHK/{F1E8FF0B-556D-38FF-AB62-452838B6E05D}.tif:Y | **Posting Date** | 10/25/2022 |
| **Account Number** | 623778112 | **Amount** | 35765.06 |
| **Bank Number** | 802 | **Capture Source** | PV |
| **Check/Serial #** | 000000004560 | **DB/CR** | Debit |
| **Routing Transit Number** | 02100002 | **Sequence Number** | 9290014140 |
| **Trancode** | 000000 | **UDK** | 802221025009290014140 |
| **Missing Image** | 05 | **Application Code** | 1 |
| **Item Type** | Paper Item | **IRD** | |
| **PE Indicator** | P | **Entry Number** | 0000014801 |
| **BOFD** | 000000000 | **Cost Center** | |
| **Teller Number** | | **Teller Sequence Number** | |
| **Processing Date** | 10/25/2022 | **documentSummaryFlag** | N |

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

PERA2 2060

NORTHSHORE MOTORS 180 MICHAEL DRIVE SYOSSET, NY 11791 www.NorthshoreMotors1.com 516.226.1400

180 Michael Dr Syosset, NY 11791
Phone: (516) 226-1400

CHASE NEW MAIN
, 00100-1591

| DATE | CHECK |
|---|---|
| 10/19/2022 | 4560 |

AMOUNT
$ 35,765.06

*Pay Thirty-Five Thousand, Seven Hundred Sixty-Five Dollars and Six Cents*

TO THE ORDER OF
**TRUIST RETAIL LOANS-PAYOFFS**
**ATT LOCKBOX #580223**
**5130 PARKWAY PLAZA**
**CHARLOTTE, NC 28217-1954**

RUB RED IMAGE FADES WITH HEAT

Security Features Included. Details on back.

⑈000004560⑈ ⑆021000021⑆623778112⑈

Security Features:
Listed below are the security features provided on this document which meet or exceed industry guidelines.

CREDIT ACCT OF NAMED PAYEE xxxxxxxxx54121 0
ENDORSEMENT GUARANTEED BY TRUIST CHARLOTTE NC
>053101121< 2035072120 035765.06 001

| | | | |
|---|---|---|---|
| **customDocIdentifier** | doc:3:ch:10960_1778:/3/2022/10/21/ETA-DD-A/TIFF-1-CHK/{3860ADBC-A826-3C27-A569-5987CF6229BF}.tif:Y | **Posting Date** | 10/21/2022 |
| **Account Number** | 623778112 | **Amount** | 23385.79 |
| **Bank Number** | 802 | **Capture Source** | PV |
| **Check/Serial #** | 000000004561 | **DB/CR** | Debit |
| **Routing Transit Number** | 02100002 | **Sequence Number** | 3580640045 |
| **Trancode** | 000000 | **UDK** | 802221021003580640045 |
| **Missing Image** | 05 | **Application Code** | 1 |
| **Item Type** | Paper Item | **IRD** | |
| **PE Indicator** | P | **Entry Number** | 0000015537 |
| **BOFD** | 000000000 | **Cost Center** | |
| **Teller Number** | | **Teller Sequence Number** | |
| **Processing Date** | 10/22/2022 | **documentSummaryFlag** | N |

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

AB haroge / 10416 7258

CAROLYN

NORTHSHORE MOTORS 180 MICHAEL DRIVE SYOSSET NY 11791
www.NorthshoreMotors1.com
516.226.1400
180 Michael Dr Syosset, NY 11791
Phone: (516) 226-1400

CHASE NEW MAIN
, 00100-1891

| DATE | CHECK |
|---|---|
| 10/19/2022 | 4561 |

AMOUNT
$ 23,385.79

Pay**23,385**Dollars*and*79/100*DOLLARS***

TO THE ORDER OF
CREDIT ACCEPTANCE
25505 W 12 MILE ROAD
SILVER TRIANGLE BUILDING
SOUTHFIELD, MI 48034

⑈000004561⑈ ⑆021000021⑆623778112⑈

Credit Acceptance Corporat
FACS
2021023425

| | | | |
|---|---|---|---|
| **customDocIdentifier** | doc:3:ch:12284_10142:/2/2022/10/26/E5/A-D DA/TIFF-190/{25EE55D8-99C1-39D5-B0B9-E068AF008926}.tif:Y | **Posting Date** | 10/26/2022 |
| **Account Number** | 623778112 | **Amount** | 25222.91 |
| **Bank Number** | 1 | **Capture Source** | PV |
| **Check/Serial #** | 000000004562 | **DB/CR** | Debit |
| **Routing Transit Number** | 02100002 | **Sequence Number** | 6080671070 |
| **Trancode** | 000000 | **UDK** | 1221026006080671070 |
| **Missing Image** | 05 | **Application Code** | 190 |
| **Item Type** | Paper Item | **IRD** | |
| **PE Indicator** | P | **Entry Number** | 0000007672 |
| **BOFD** | 000000000 | **Cost Center** | |
| **Teller Number** | | **Teller Sequence Number** | |
| **Processing Date** | 10/26/2022 | **documentSummaryFlag** | N |

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

NORTHSHORE MOTORS 180 MICHAEL DRIVE SYOSSET, NY 11791
www.NorthshoreMotors1.com
516.226.1400
180 Michael Dr Syosset, NY 11791
Phone: (516) 226-1400

SAUNDERS

CHASE NEW MAIN
00100-1891

| DATE | CHECK |
|---|---|
| 10/20/2022 | 4562 |

AMOUNT
$ 25,222.91

*Pay Twenty-Five Thousand, Two Hundred Twenty-Two Dollars and Ninety-One Cents*

TO THE ORDER OF
**CRESCENT BANK AND TRUST**
**3350 BOYINGTON DRIVE**
**CARROLLTON, TX 75006**

RUB RED IMAGE FADES WITH HEAT

OCT 21 2022

⑈000004562⑈ ⑆021000021⑆623778112⑈

Listed below are the security features provided on this document which meet and/or exceed industry guidelines.

Security Features: Results of check alteration:

Padlock design is a certification mark of Check Payment Systems Association

102522 41.93000106 2621>065003592<NEW ORLEANS LA

CHECK HERE IF MOBILE DEPOSIT

| | | | |
|---|---|---|---|
| **customDocIdentifier** | doc:3:ch:10152_7661:/F/2022/10/21/ETA-DD A/TIFF-1-CHK/{FB42D460-77E1-3B4E-98F2-E6C850235426}.tif:Y | **Posting Date** | 10/21/2022 |
| **Account Number** | 623778112 | **Amount** | 33294.59 |
| **Bank Number** | 802 | **Capture Source** | PV |
| **Check/Serial #** | 000000004564 | **DB/CR** | Debit |
| **Routing Transit Number** | 02100002 | **Sequence Number** | 9290076670 |
| **Trancode** | 000000 | **UDK** | 802221021009290076670 |
| **Missing Image** | 05 | **Application Code** | 1 |
| **Item Type** | Paper Item | **IRD** | |
| **PE Indicator** | P | **Entry Number** | 0000013847 |
| **BOFD** | 000000000 | **Cost Center** | |
| **Teller Number** | | **Teller Sequence Number** | |
| **Processing Date** | 10/21/2022 | **documentSummaryFlag** | N |

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

NORTHSHORE MOTORS 180 MICHAEL DRIVE SYOSSET, NY 11791
www.NorthshoreMotors1.com
516.226.1400
180 Michael Dr Syosset, NY 11791
Phone: (516) 226-1400

GUTIRREZ

CHASE NEW MAIN
, 00100-1001

| DATE | CHECK |
|---|---|
| 10/20/2022 | 4564 |

63010054689027

AMOUNT
$ 33,294.59

*Pay Thirty-Three Thousand, Two Hundred Ninety-Four Dollars and Fifty-Nine Cents*

SPS

TO THE ORDER OF BANK OF AMERICA
9000 SOUTHSHIDE BLVD BLDG 600
JACKSONVILLE, FL 32256

OCT 21 2022

⑈000004564⑈ ⑆021000021⑆623778112⑈

Listed below are the security features provided on this document which meet and/or exceed industry guidelines.

Security Features: / Results of check alteration:

Padlock design is a certification mark of Check Payment Systems Association

Seq: 179
Batch: 998413
Date: 10/21/22

Seq:00179 10/21/22
BAT:998413 CC:0750213357
WT:08 LTPS:Atlanta ET
BC:Indirect Consumer Loans OTR FL9-600

| | | | |
|---|---|---|---|
| **customDocIdentifier** | doc:3:ch:14232_4955:/E/2022/10/24/ETA-DD A/TIFF-1-CHK/{E5BABF87-1332-3DB7-9FC B-1B4EF1B825E2}.tif:Y | **Posting Date** | 10/24/2022 |
| **Account Number** | 623778112 | **Amount** | 8124.98 |
| **Bank Number** | 802 | **Capture Source** | PV |
| **Check/Serial #** | 000000004566 | **DB/CR** | Debit |
| **Routing Transit Number** | 02100002 | **Sequence Number** | 7280360130 |
| **Trancode** | 000000 | **UDK** | 802221024007280360130 |
| **Missing Image** | 05 | **Application Code** | 1 |
| **Item Type** | Paper Item | **IRD** | |
| **PE Indicator** | P | **Entry Number** | 0000034353 |
| **BOFD** | 000000000 | **Cost Center** | |
| **Teller Number** | | **Teller Sequence Number** | |
| **Processing Date** | 10/25/2022 | **documentSummaryFlag** | N |

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

NORTHSHORE MOTORS 180 MICHAEL DRIVE SYOSSET NY 11791
www.NorthshoreMotors1.com
516.226.1400
180 Michael Dr Syosset, NY 11791
Phone (516) 226-1400

Cadac AN
463272

CHASE NEW MAIN
00100-1891

| DATE | CHECK |
|---|---|
| 10/21/2022 | 4566 |

AMOUNT
$ 8,124.98

*Pay Eight Thousand, One Hundred Twenty-Four Dollars and Ninety-Eight Cents*

TO THE ORDER OF
CARVANT FINANCIAL
6851 JERICHO TPKE
SUITE 245
SYOSSET, NY 11791

⑈000004566⑈ ⑆021000021⑆623778112⑈

Credited to Acct 153910736617
Return Acct 15391073

For Deposit Only
U.S. Bank

| | | | |
|---|---|---|---|
| **customDocIdentifier** | doc:3:ch:9378_4941:/E/2022/10/25/EZA-DD A/TIFF-1-CHK/{ECD179D4-889F-3BFC-A9E B-9455CCEDD835}.tif:Y | **Posting Date** | 10/25/2022 |
| **Account Number** | 623778112 | **Amount** | 37412.82 |
| **Bank Number** | 802 | **Capture Source** | PV |
| **Check/Serial #** | 000000004568 | **DB/CR** | Debit |
| **Routing Transit Number** | 02100002 | **Sequence Number** | 9570427889 |
| **Trancode** | 000000 | **UDK** | 802221025009570427889 |
| **Missing Image** | 05 | **Application Code** | 1 |
| **Item Type** | Paper Item | **IRD** | |
| **PE Indicator** | P | **Entry Number** | 0000000433 |
| **BOFD** | 074909962 | **Cost Center** | |
| **Teller Number** | | **Teller Sequence Number** | |
| **Processing Date** | 10/24/2022 | **documentSummaryFlag** | N |

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

CAR ACH /

NORTHSHORE MOTORS 180 MICHAEL DRIVE SYOSSET, NY 11791
www.NorthshoreMotors1.com
516.226.1400
180 Michael Dr Syosset, NY 11791
Phone: (516) 226-1400

CHASE NEW MAIN
, 00100-1891

| DATE | CHECK |
|---|---|
| 10/21/2022 | 4568 |

AMOUNT
$ 37,412.82

*Pay Thirty-Seven Thousand, Four Hundred Twelve Dollars and Eighty-Two Cents*

TO THE ORDER OF
**SANTANDER CONSUMER USA**
**3000 KELLWAY DRIVE**
**SUITE 120**
**CARROLLTON, TX 75006**

⑈000004568⑈ ⑆021000021⑆623778112⑈

R10/24/2022 P10/24/2022 092111 12 24 45 CO account# on bkup Ceasar Cid

JPMChase Bank >113289905<
0026422380 at JPMChase Bank
Santander Consumer USA INC.

| | | | |
|---|---|---|---|
| **customDocIdentifier** | doc:3:ch:11357_1934:/3/2022/11/01/ETA-DD A/TIFF-1-CHK/{35D700F3-2DDE-3EDC-884 2-D39CE2EF05BD}.tif:Y | **Posting Date** | 11/01/2022 |
| **Account Number** | 623778112 | **Amount** | 14704.59 |
| **Bank Number** | 802 | **Capture Source** | PV |
| **Check/Serial #** | 000000004572 | **DB/CR** | Debit |
| **Routing Transit Number** | 02100002 | **Sequence Number** | 9780399836 |
| **Trancode** | 000000 | **UDK** | 802221101009780399836 |
| **Missing Image** | 05 | **Application Code** | 1 |
| **Item Type** | Paper Item | **IRD** | |
| **PE Indicator** | P | **Entry Number** | 0000015896 |
| **BOFD** | 000000000 | **Cost Center** | |
| **Teller Number** | | **Teller Sequence Number** | |
| **Processing Date** | 11/02/2022 | **documentSummaryFlag** | N |

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

NORTHSHORE MOTORS 180 MICHAEL DRIVE SYOSSET NY 11791
www.NorthshoreMotors1.com
516.226.1400
180 Michael Dr Syosset, NY 11791
Phone: (516) 226-1400

PAGANO

CHASE NEW MAIN
, 00100-1881

F. Pagano
1061 18939

| DATE | CHECK |
|---|---|
| 10/27/2022 | 4572 |

AMOUNT
$ 14,704.59

*Pay Fourteen Thousand, Seven Hundred Four Dollars and Fifty-Nine Cents*

TO THE ORDER OF
CREDIT ACCEPTANCE
25505 W 12 MILE ROAD
SILVER TRIANGLE BUILDING
SOUTHFIELD, MI 48034

⑈000004572⑈ ⑆021000021⑆623778112⑈

Credit Acceptance Corporat
FACS
2021023425

| | | | |
|---|---|---|---|
| **customDocIdentifier** | doc:3:ch:11622_4771:/9/2022/11/01/ETA-DD/A/TIFF-1-CHK/{9464C3B5-97F2-345B-8A26-2F93754E940D}.tif:Y | **Posting Date** | 11/01/2022 |
| **Account Number** | 623778112 | **Amount** | 17120.15 |
| **Bank Number** | 802 | **Capture Source** | PV |
| **Check/Serial #** | 000000004574 | **DB/CR** | Debit |
| **Routing Transit Number** | 02100002 | **Sequence Number** | 3290691140 |
| **Trancode** | 000000 | **UDK** | 802221101003290691140 |
| **Missing Image** | 05 | **Application Code** | 1 |
| **Item Type** | Paper Item | **IRD** | |
| **PE Indicator** | P | **Entry Number** | 0000002202 |
| **BOFD** | 000000000 | **Cost Center** | |
| **Teller Number** | | **Teller Sequence Number** | |
| **Processing Date** | 11/01/2022 | **documentSummaryFlag** | N |

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

CARRINO

NORTHSHORE MOTORS 180 MICHAEL DRIVE SYOSSET, NY 11791
www.NorthshoreMotors1.com 516.226.1400
180 Michael Dr Syosset, NY 11791
Phone: (516) 226-1400

CHASE NEW MAIN
00100-1891

| DATE | CHECK |
|---|---|
| 10/25/2022 | 4574 |

AMOUNT
$ 17,120.15

*Pay Seventeen Thousand, One Hundred Twenty Dollars and Fifteen Cents*

TO THE ORDER OF
**TEACHERS FEDERAL CREDIT UNION**
**102 MOTOR PARKWAY**
**HAUPPAUGE, NY 11788**

⑈000004574⑈ ⑆021000021⑆623778112⑈

Security Features:
Listed below are the security features ...
Results of check alteration

>221475786<
Teachers FCU #010
2022-10-31
0010987525
Batch 178829322

109 0 / 2658

| customDocIdentifier | doc:3:ch:12028_5210:/A/2022/11/01/ETA-DD A/TIFF-1-CHK/{A4782751-9C9D-327B-9ECC -048D30205433}.tif:Y | Posting Date | 11/01/2022 |
|---|---|---|---|
| Account Number | 623778112 | Amount | 14625.31 |
| Bank Number | 802 | Capture Source | PV |
| Check/Serial # | 000000004575 | DB/CR | Debit |
| Routing Transit Number | 02100002 | Sequence Number | 3290691138 |
| Trancode | 000000 | UDK | 802221101003290691138 |
| Missing Image | 05 | Application Code | 1 |
| Item Type | Paper Item | IRD | |
| PE Indicator | P | Entry Number | 0000002202 |
| BOFD | 000000000 | Cost Center | |
| Teller Number | | Teller Sequence Number | |
| Processing Date | 11/01/2022 | documentSummaryFlag | N |

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

QUILES

NORTHSHORE MOTORS 180 MICHAEL DRIVE SYOSSET, NY 11791
www.NorthshoreMotors1.com
516.226.1400
180 Michael Dr Syosset, NY 11791
Phone: (516) 226-1400

CHASE NEW MAIN
, 00100-1891

| DATE | CHECK |
|---|---|
| 10/25/2022 | 4575 |

AMOUNT
$ 14,625.31

Pay Fourteen Thousand, Six Hundred Twenty-Five Dollars and Thirty-One Cents

TO THE ORDER OF
TEACHERS FEDERAL CREDIT UNION
102 MOTOR PARKWAY
HAUPPAUGE, NY 11788

RUB RED IMAGE FADES WITH HEAT

⑈000004575⑈ ⑆021000021⑆623778112⑈

Security Features

Listed below are the security features on this document which meet or exceed industry guidelines

Results of check alteration

>221475786<
Teachers FCU #010
2022-10-31
0010987519
Batch 178829322

600

374

340