EXHIBIT “36”

CHASE

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

October 01, 2022 through October 31, 2022
Account Number: **000000700139899**

**CUSTOMER SERVICE INFORMATION**

| | |
|---|---|
| WebSite: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00049128 DDA 802 262 30522 NNNNNNNNNNN T 1 000000000 80 0000
189 SUNRISE HWY AUTO LLC
DBA SUNRISE AUTO OUTLET
PAYROLL ACCOUNT
189 SUNRISE HWY
AMITYVILLE NY 11701-2509

00491280501000000025

## CHECKING SUMMARY

Commercial Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$2,487.55** |
| Deposits and Additions | 50 | 1,183,266.02 |
| Checks Paid | 27 | - 132,857.07 |
| Electronic Withdrawals | 31 | - 1,084,483.21 |
| Other Withdrawals, Fees & Charges | 1 | - 860.92 |
| **Ending Balance** | **109** | **-$32,447.63** |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/03 | Deposit 2163432 | $34,000.00 |
| 10/03 | Deposit | 3,500.00 |
| 10/03 | Deposit | 500.00 |
| 10/03 | Online Transfer From Chk ...8112 Transaction#: 15453336961 | 5,000.00 |
| 10/03 | Orig CO Name:Mer Bk. Orig ID:1954425010 Desc Date:221002 CO Entry Descr:Pymt Proc Sec:CCD Trace#:061100600014348 Eed:221003 Ind ID:056220000029546 Ind Name:Sunrise Auto Outlet Trn: 2760014348Tc | 4,000.00 |
| 10/03 | Orig CO Name:Mer Bk. Orig ID:1954425010 Desc Date:220930 CO Entry Descr:Pymt Proc Sec:CCD Trace#:061100600014346 Eed:221003 Ind ID:056220000029546 Ind Name:Sunrise Auto Outlet Trn: 2760014346Tc | 3,000.00 |
| 10/03 | Online Transfer From Chk ...9988 Transaction#: 15453249983 | 2,500.00 |
| 10/04 | Deposit 2163433 | 5,000.00 |
| 10/04 | Orig CO Name:Capital One Auto Orig ID:9541719851 Desc Date:221003 CO Entry Descr:Dealerfundsec:CCD Trace#:051405514375892 Eed:221004 Ind ID:000039608 Ind Name:Sunrise Auto Outlet Trn: 2774375892Tc | 28,470.13 |
| 10/04 | | 5,543.98 |

CHASE

October 01, 2022 through October 31, 2022
Account Number: **000000700139899**

## DEPOSITS AND ADDITIONS

*(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | Orig CO Name:Truist Orig ID:0000000001 Desc Date:220930 CO Entry Descr:Tfc Resrv Sec:PPD Trace#:053101124375890 Eed:221004 Ind ID:099890379869000 Ind Name:Sunrise Auto Ou 001 Truist Internal Tran Trn: 2774375890Tc | |
| 10/04 | Online Transfer From Chk ...8112 Transaction#: 15461505519 | 5,000.00 |
| 10/04 | Online Transfer From Chk ...8617 Transaction#: 15457718924 | 500.00 |
| 10/05 | Deposit 2163434 | 30,000.00 |
| 10/05 | Deposit | 1,000.00 |
| 10/05 | Orig CO Name:Capital One Auto Orig ID:9541719851 Desc Date:221004 CO Entry Descr:Dealerfundsec:CCD Trace#:051405512651545 Eed:221005 Ind ID:000039608 Ind Name:Sunrise Auto Outlet Trn: 2782651545Tc | 26,601.13 |
| 10/05 | Orig CO Name:Mer Bk. Orig ID:1954425010 Desc Date:221004 CO Entry Descr:Pymt Proc Sec:CCD Trace#:061100602651543 Eed:221005 Ind ID:056220000029546 Ind Name:Sunrise Auto Outlet Trn: 2782651543Tc | 3,500.00 |
| 10/06 | Orig CO Name:Capital One Auto Orig ID:9541719851 Desc Date:221005 CO Entry Descr:Dealerfundsec:CCD Trace#:051405510962353 Eed:221006 Ind ID:000039608 Ind Name:Sunrise Auto Outlet Trn: 2790962353Tc | 34,873.61 |
| 10/07 | Orig CO Name:Bbandt Orig ID:5134430012 Desc Date:221007 CO Entry Descr:Fundloan Sec:CCD Trace#:051404267247514 Eed:221007 Ind ID:000000000973679 Ind Name:189 Sunrise Hwy Auto L Juleissy Gonzalez Proce Eds 3J7B721462018 Alfa Romestelvio Trn: 2807247514Tc | 33,982.65 |
| 10/07 | Orig CO Name:Mer Bk. Orig ID:1954425010 Desc Date:221006 CO Entry Descr:Pymt Proc Sec:CCD Trace#:061100609984335 Eed:221007 Ind ID:056220000029546 Ind Name:Sunrise Auto Outlet Trn: 2809984335Tc | 500.00 |
| 10/11 | Deposit | 2,500.00 |
| 10/11 | Orig CO Name:Smartcash Ally H Orig ID:3002719011 Desc Date:221007 CO Entry Descr:EDI/Eftpmtsec:CCD Trace#:071000288967262 Eed:221011 Ind ID: Ind Name:189 Sunrise Hwy Auto L Ref*1 *D01106110639016\ 3002719011 Trn: 2848967262Tc | 22,414.58 |
| 10/11 | Online Transfer From Chk ...8112 Transaction#: 15516639345 | 10,000.00 |
| 10/11 | Orig CO Name:Americredit Fina Orig ID:9862873001 Desc Date:221007 CO Entry Descr:Loan Fundisec:CCD Trace#:021000028967254 Eed:221011 Ind ID:Dealer Reserves Ind Name:Sunrise Auto Outlet Loan Funding Trn: 2848967254Tc | 1,668.22 |
| 10/11 | Orig CO Name:Smartcash Ally M Orig ID:9000325833 Desc Date: CO Entry Descr:EDI Paymtssec:CCD Trace#:043000268967258 Eed:221011 Ind ID: Ind Name:10379326001 Trn: 2848967258Tc | 1,375.00 |
| 10/11 | Orig CO Name:Mer Bk. Orig ID:1954425010 Desc Date:221009 CO Entry Descr:Pymt Proc Sec:CCD Trace#:061100608967256 Eed:221011 Ind ID:056220000029546 Ind Name:Sunrise Auto Outlet Trn: 2848967256Tc | 1,250.00 |
| 10/11 | Orig CO Name:Mer Bk. Orig ID:1954425010 Desc Date:221007 CO Entry Descr:Pymt Proc Sec:CCD Trace#:061100608967260 Eed:221011 Ind ID:056220000029546 Ind Name:Sunrise Auto Outlet Trn: 2848967260Tc | 1,000.00 |
| 10/12 | Deposit 2163435 | 25,000.00 |
| 10/12 | Orig CO Name:Smartcash Ally H Orig ID:3002719011 Desc Date:221011 CO Entry Descr:EDI/Eftpmtsec:CCD Trace#:071000284445584 Eed:221012 Ind ID: Ind Name:189 Sunrise Hwy Auto L Ref*1 *D01106110648261\ 3002719011 Trn: 2854445584Tc | 2,106.14 |
| 10/13 | Deposit 2163436 | 107,000.00 |
| 10/13 | Deposit | 3,000.00 |
| 10/13 | | 37,334.58 |

CHASE

October 01, 2022 through October 31, 2022
Account Number: **000000700139899**

## DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | Orig CO Name:Smartcash Ally H Orig ID:3002719011 Desc Date:221012 CO Entry Descr:EDI/Eftpmtsec:CCD Trace#:071000284261330 Eed:221013 Ind ID: Ind Name:189 Sunrise Hwy Auto L Ref*1 *D01106110653628\ 3002719011 Trn: 2864261330Tc | |
| 10/14 | Deposit | 3,000.00 |
| 10/14 | Orig CO Name:Mer Bk. Orig ID:1954425010 Desc Date:221013 CO Entry Descr:Pymt Proc Sec:CCD Trace#:061100605160688 Eed:221014 Ind ID:056220000029546 Ind Name:Sunrise Auto Outlet Trn: 2875160688Tc | 2,500.00 |
| 10/17 | Orig CO Name:Mer Bk. Orig ID:1954425010 Desc Date:221016 CO Entry Descr:Pymt Proc Sec:CCD Trace#:061100606637471 Eed:221017 Ind ID:056220000029546 Ind Name:Sunrise Auto Outlet Trn: 2906637471Tc | 2,000.00 |
| 10/17 | Orig CO Name:Mer Bk. Orig ID:1954425010 Desc Date:221014 CO Entry Descr:Pymt Proc Sec:CCD Trace#:061100606637473 Eed:221017 Ind ID:056220000029546 Ind Name:Sunrise Auto Outlet Trn: 2906637473Tc | 1,000.00 |
| 10/18 | Deposit 2163437 | 33,265.00 |
| 10/18 | Deposit | 2,000.00 |
| 10/18 | Online Transfer From Chk ...8112 Transaction#: 15574118011 | 10,000.00 |
| 10/19 | Book Transfer Credit B/O: 1239 Hylan Blvd Auto, LLC Dba Staten Island NY 10305-1901 US Ref: Loan From Island Auto Group Trn: 3139952292Es | 101,019.00 |
| 10/20 | Book Transfer Credit B/O: 1239 Hylan Blvd Auto, LLC Dba Staten Island NY 10305-1901 US Ref: Loan From Island Auto Group Trn: 3366262293Es | 80,120.00 |
| 10/21 | Book Transfer Credit B/O: 1239 Hylan Blvd Auto, LLC Dba Staten Island NY 10305-1901 US Ref: Loan From Island Auto Group Trn: 3215032294Es | 65,121.00 |
| 10/24 | Book Transfer Credit B/O: 1239 Hylan Blvd Auto, LLC Dba Staten Island NY 10305-1901 US Ref: Loan From Island Auto Group Trn: 3269392297Es | 55,124.00 |
| 10/24 | Online Transfer From Chk ...8112 Transaction#: 15603114646 | 23,000.00 |
| 10/25 | Online Transfer From Chk ...9988 Transaction#: 15623144493 | 242,365.00 |
| 10/25 | Orig CO Name:Smartcash Ally M Orig ID:9000325833 Desc Date: CO Entry Descr:EDI Paymtssec:CCD Trace#:043000266750712 Eed:221025 Ind ID: Ind Name:10379326001 Trn: 2986750712Tc | 1,320.00 |
| 10/26 | Online Transfer From Chk ...9988 Transaction#: 15629953223 | 45,575.00 |
| 10/27 | Online Transfer From Chk ...8112 Transaction#: 15637212033 | 28,000.00 |
| 10/27 | Online Transfer From Chk ...8112 Transaction#: 15643839072 | 18,127.00 |
| 10/28 | Online Transfer From Chk ...9988 Transaction#: 15645441787 | 26,610.00 |
| 10/31 | Online Transfer From Chk ...8112 Transaction#: 15670741188 | 1,000.00 |
| **Total Deposits and Additions** | | **$1,183,266.02** |

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT | CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|---|---|---|
| 2433 | 10/28 | $2,211.05 | 2757 * | 10/03 | 552.31 |
| 2434 | 10/11 | 2,230.92 | 2759 * | 10/11 | 272.09 |
| 2435 | 10/28 | 2,279.43 | 2763 * | 10/12 | 2,400.00 |
| 2479 * | 10/12 | 353.03 | 2770 * | 10/18 | 19,197.00 |
| 2611 * | 10/07 | 1,325.19 | 2803 * | 10/11 | 17,670.55 |
| 2630 * | 10/31 | 32,976.00 | 2807 * | 10/24 | 875.00 |
| 2736 * | 10/07 | 1,434.70 | 2808 | 10/03 | 1,000.00 |
| 2755 * | 10/26 | 892.45 | 2809 | 10/05 | 1,664.00 |



10491280502000000065

CHASE

October 01, 2022 through October 31, 2022
Account Number: **000000700139899**

## CHECKS PAID *(continued)*

| CHECK NUMBER | DATE PAID | AMOUNT | CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|---|---|---|
| 2815 * | 10/04 | 601.72 | 2848 * | 10/19 | 548.57 |
| 2817 * | 10/04 | 601.72 | 2850 * | 10/19 | 780.00 |
| 2818 | 10/05 | 2,094.54 | 2852 * | 10/19 | 750.00 |
| 2819 | 10/13 | 2,155.00 | 2854 * | 10/21 | 31,120.03 |
| 2822 * | 10/07 | 360.00 | 2856 * | 10/24 | 690.00 |
| 2846 * | 10/18 | 5,821.77 | | | |
| | | | | **Total Checks Paid** | **$132,857.07** |

* Checks may not appear on your bank statement because they have not yet cleared or appeared on a previous statement. Checks that cleared as an electronic withdrawal will be listed in the Electronic Withdrawals section of the statement. All checks included in the Checks Paid section are viewable as images on Chase.com.

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/03 | Orig CO Name:Smartcash Ally H Orig ID:3002719011 Desc Date:220930 CO Entry Descr:EDI/Eftpmtsec:CCD Trace#:071000281358805 Eed:221003 Ind ID: Ind Name:189 Sunrise Hwy Auto L Ref*1 *D01096110605808\ 3002719011 Trn: 2761358805Tc | $53,000.08 |
| 10/03 | Orig CO Name:Mer Bk. Orig ID:1954425010 Desc Date:220930 CO Entry Descr:Mthly Discsec:CCD Trace#:061100601358803 Eed:221003 Ind ID:056220000029546 Ind Name:Sunrise Auto Outlet Trn: 2761358803Tc | 652.54 |
| 10/04 | Orig CO Name:Smartcash Ally H Orig ID:3002719011 Desc Date:221003 CO Entry Descr:EDI/Eftpmtsec:CCD Trace#:071000285177746 Eed:221004 Ind ID: Ind Name:189 Sunrise Hwy Auto L Ref*1 *D01106110611200\ 3002719011 Trn: 2775177746Tc | 700.74 |
| 10/04 | Orig CO Name:ADP Tax Orig ID:1223006057 Desc Date:221004 CO Entry Descr:ADP Tax Sec:CCD Trace#:021000024535509 Eed:221004 Ind ID:Rl4Kk 092939A01 Ind Name:189 Sunrise Hwy Auto L Aa Trn: 2774535509Tc | 2,136.80 |
| 10/04 | Orig CO Name:ADP Wage Pay Orig ID:9333006057 Desc Date:221004 CO Entry Descr:Wage Pay Sec:CCD Trace#:021000028386738 Eed:221004 Ind ID:6580832833264Kk Ind Name:189 Sunrise Hwy Auto L 323298036 Trn: 2778386738Tc | 654.73 |
| 10/05 | Orig CO Name:Smartcash Ally H Orig ID:3002719011 Desc Date:221004 CO Entry Descr:EDI/Eftpmtsec:CCD Trace#:071000283324534 Eed:221005 Ind ID: Ind Name:189 Sunrise Hwy Auto L Ref*1 *D01106110616145\ 3002719011 Trn: 2783324534Tc | 32,424.42 |
| 10/05 | Orig CO Name:ADP Wage Pay Orig ID:9333006057 Desc Date:221005 CO Entry Descr:Wage Pay Sec:CCD Trace#:021000022635666 Eed:221005 Ind ID:7540630835454Kk Ind Name:189 Sunrise Hwy Auto L 323298036 Trn: 2782635666Tc | 2,876.65 |
| 10/05 | Orig CO Name:ADP Tax Orig ID:1223006057 Desc Date:221005 CO Entry Descr:ADP Tax Sec:CCD Trace#:021000022635664 Eed:221005 Ind ID:Rl4Kk 100540A01 Ind Name:189 Sunrise Hwy Auto L Aa Trn: 2782635664Tc | 1,051.36 |
| 10/06 | Orig CO Name:Smartcash Ally H Orig ID:3002719011 Desc Date:221005 CO Entry Descr:EDI/Eftpmtsec:CCD Trace#:071000281606043 Eed:221006 Ind ID: Ind Name:189 Sunrise Hwy Auto L Ref*1 *D01106110620911\ 3002719011 Trn: 2791606043Tc | 93,697.00 |
| 10/07 | Orig CO Name:Deluxe Bus Sys. Orig ID:1411877307 Desc Date:221006 CO Entry Descr:Bus Prods Sec:CCD Trace#:042000010829281 Eed:221007 Ind ID:12913089 Ind Name:Daniel O'Sullivan Trn: 2800829281Tc | 89.46 |

CHASE

October 01, 2022 through October 31, 2022
Account Number: **000000700139899**

## ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/07 | Orig CO Name:ADP Payroll Fees Orig ID:9659605001 Desc Date:221007 CO Entry Descr:ADP Fees Sec:CCD Trace#:021000027276354 Eed:221007 Ind ID:766085545126R01 Ind Name:189 Sunrise Hwy Auto L 550374703 Trn: 2807276354Tc | 54.40 |
| 10/11 | Online Transfer To Chk ...8112 Transaction#: 15513687176 | 50,112.00 |
| 10/12 | Orig CO Name:Carfax Orig ID:1251465303 Desc Date:101122 CO Entry Descr:Bt1011 Sec:CCD Trace#:111000025250877 Eed:221012 Ind ID:000000194701677 Ind Name:Sunrise Auto Outlet Carfax Trn: 2855250877Tc | 7,307.52 |
| 10/13 | Orig CO Name:Mer Bk. Orig ID:1954425010 Desc Date:221012 CO Entry Descr:Chg Backs Sec:CCD Trace#:061100604869902 Eed:221013 Ind ID:056220000029546 Ind Name:Sunrise Auto Outlet Trn: 2864869902Tc | 15,000.00 |
| 10/13 | Online Transfer To Chk ...8112 Transaction#: 15531554829 | 38,000.00 |
| 10/13 | Orig CO Name:ADP Wage Pay Orig ID:9333006057 Desc Date:221013 CO Entry Descr:Wage Pay Sec:CCD Trace#:021000024071361 Eed:221013 Ind ID:7430503547474Kk Ind Name:189 Sunrise Hwy Auto L 323298036 Trn: 2864071361Tc | 2,431.54 |
| 10/13 | Orig CO Name:ADP Tax Orig ID:1223006057 Desc Date:221013 CO Entry Descr:ADP Tax Sec:CCD Trace#:021000026236541 Eed:221013 Ind ID:Rl4Kk 101341A01 Ind Name:189 Sunrise Hwy Auto L Aa Trn: 2866236541Tc | 901.42 |
| 10/14 | Orig CO Name:Smartcash Ally H Orig ID:3002719011 Desc Date:221013 CO Entry Descr:EDI/Eftpmtsec:CCD Trace#:071000286015154 Eed:221014 Ind ID: Ind Name:189 Sunrise Hwy Auto L Ref*1 *D01106110658235\ 3002719011 Trn: 2876015154Tc | 75,333.00 |
| 10/14 | Orig CO Name:ADP Payroll Fees Orig ID:9659605001 Desc Date:221014 CO Entry Descr:ADP Fees Sec:CCD Trace#:021000024893432 Eed:221014 Ind ID:784086682062R01 Ind Name:189 Sunrise Hwy Auto L 550374703 Trn: 2874893432Tc | 119.80 |
| 10/17 | Orig CO Name:Smartcash Ally H Orig ID:3002719011 Desc Date:221014 CO Entry Descr:EDI/Eftpmtsec:CCD Trace#:071000287888324 Eed:221017 Ind ID: Ind Name:189 Sunrise Hwy Auto L Ref*1 *D01106110662706\ 3002719011 Trn: 2907888324Tc | 29,477.18 |
| 10/19 | Orig CO Name:Smartcash Ally H Orig ID:3002719011 Desc Date:221018 CO Entry Descr:EDI/Eftpmtsec:CCD Trace#:071000281072418 Eed:221019 Ind ID: Ind Name:189 Sunrise Hwy Auto L Ref*1 *D01106110672495\ 3002719011 Trn: 2921072418Tc | 128,763.75 |
| 10/20 | Orig CO Name:Smartcash Ally H Orig ID:3002719011 Desc Date:221019 CO Entry Descr:EDI/Eftpmtsec:CCD Trace#:071000285882926 Eed:221020 Ind ID: Ind Name:189 Sunrise Hwy Auto L Ref*1 *D01106110677418\ 3002719011 Trn: 2935882926Tc | 31,990.01 |
| 10/21 | Orig CO Name:Smartcash Ally H Orig ID:3002719011 Desc Date:221020 CO Entry Descr:EDI/Eftpmtsec:CCD Trace#:071000281892446 Eed:221021 Ind ID: Ind Name:189 Sunrise Hwy Auto L Ref*1 *D01106110682239\ 3002719011 Trn: 2941892446Tc | 105,779.52 |
| 10/21 | Orig CO Name:ADP Payroll Fees Orig ID:9659605001 Desc Date:221021 CO Entry Descr:ADP Fees Sec:CCD Trace#:021000027041419 Eed:221021 Ind ID:375064088356R01 Ind Name:189 Sunrise Hwy Auto L 550374703 Trn: 2947041419Tc | 59.90 |
| 10/24 | Orig CO Name:Smartcash Ally H Orig ID:3002719011 Desc Date:221021 CO Entry Descr:EDI/Eftpmtsec:CCD Trace#:071000280013971 Eed:221024 Ind ID: Ind Name:189 Sunrise Hwy Auto L Ref*1 *D01106110686712\ 3002719011 Trn: 2970013971Tc | 48,504.00 |
| 10/24 | Orig CO Name:Mer Bk. Orig ID:1954425010 Desc Date:221021 CO Entry Descr:Chg Backs Sec:CCD Trace#:061100600013969 Eed:221024 Ind ID:056220000029546 Ind Name:Sunrise Auto Outlet Trn: 2970013969Tc | 4,500.00 |

10491280503000000065

CHASE

October 01, 2022 through October 31, 2022
Account Number: **000000700139899**

## ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/26 | Orig CO Name:Smartcash Ally H Orig ID:3002719011 Desc Date:221025 CO Entry Descr:EDI/Eftpmtsec:CCD Trace#:071000281722005 Eed:221026 Ind ID: Ind Name:189 Sunrise Hwy Auto L Ref*1 *D01106110696536\ 3002719011 Trn: 2991722005Tc | 253,572.23 |
| 10/26 | Orig CO Name:Nys Dtf Promp St Orig ID:8146013200 Desc Date: CO Entry Descr:Tax Paymntsec:CCD Trace#:091000011722003 Eed:221026 Ind ID:000000090292243 Ind Name:189 Sunrise Hwy Trn: 2991722003Tc | 31,605.62 |
| 10/26 | Orig CO Name:Mer Bk. Orig ID:1954425010 Desc Date:221025 CO Entry Descr:Chg Backs Sec:CCD Trace#:061100601722001 Eed:221026 Ind ID:056220000029546 Ind Name:Sunrise Auto Outlet Trn: 2991722001Tc | 1,000.00 |
| 10/27 | Orig CO Name:Smartcash Ally H Orig ID:3002719011 Desc Date:221026 CO Entry Descr:EDI/Eftpmtsec:CCD Trace#:071000284429159 Eed:221027 Ind ID: Ind Name:189 Sunrise Hwy Auto L Ref*1 *D01106110701440\ 3002719011 Trn: 3004429159Tc | 27,491.54 |
| 10/28 | Orig CO Name:Smartcash Ally H Orig ID:3002719011 Desc Date:221027 CO Entry Descr:EDI/Eftpmtsec:CCD Trace#:071000286771926 Eed:221028 Ind ID: Ind Name:189 Sunrise Hwy Auto L Ref*1 *D01106110706353\ 3002719011 Trn: 3016771926Tc | 45,196.00 |
| **Total Electronic Withdrawals** | | **$1,084,483.21** |

## OTHER WITHDRAWALS, FEES & CHARGES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/17 | Account Analysis Settlement Charge | $860.92 |
| **Total Other Withdrawals, Fees & Charges** | | **$860.92** |

Your service charges, fees and earnings credit have been calculated through account analysis.

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|
| 10/03 | -$217.38 | 10/18 | 31,756.47 |
| 10/04 | 39,601.02 | 10/19 | 1,933.15 |
| 10/05 | 60,591.18 | 10/20 | 50,063.14 |
| 10/06 | 1,767.79 | 10/21 | -21,775.31 |
| 10/07 | 32,986.69 | 10/24 | 1,779.69 |
| 10/11 | 2,908.93 | 10/25 | 245,464.69 |
| 10/12 | 19,954.52 | 10/26 | 3,969.39 |
| 10/13 | 108,801.14 | 10/27 | 22,604.85 |
| 10/14 | 38,848.34 | 10/28 | -471.63 |
| 10/17 | 11,510.24 | 10/31 | -32,447.63 |

CHASE

October 01, 2022 through October 31, 2022
Account Number: **000000700139899**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

10491280504000000065

This Page Intentionally Left Blank

CHASE

October 01, 2022 through October 31, 2022
Account Number: **000000700139899**

# STOP PAYMENT RENEWAL NOTICE

| ACCOUNT NUMBER | BANK NUMBER |
|---|---|
| 000000700139899 | 802 |

The following Stop Payments will automatically renew for a 1-year period. You can revoke a current stop payment via your online channel (Chase.com or JPM ACCESS) or by calling the number on your statement or contacting your Customer Service Representative.

| REVOKE STOP | SEQUENCE NUMBER | DATE ENTERED | RENEWAL DATE | LOW RANGE OR CHECK NUMBER | HIGH RANGE OR AMOUNT |
|---|---|---|---|---|---|
| ☐ | 0000017-01 | 01/20/22 | 01/20/23 | 1291 | $5,450.00 |

10491280505000000065

189 Sunrise Hwy Auto LLC
Dba Sunrise Auto Outlet
Payroll Account
189 Sunrise Hwy
Amityville NY 11701-2509

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus OH 43218-2051

CHASE

October 01, 2022 through October 31, 2022
Account Number: **000000700139899**

This Page Intentionally Left Blank