EXHIBIT "37"

| | | | |
|---|---|---|---|
| **customDocIdentifier** | doc:3:ch:10226_8639:/F/2022/09/23/ETA-DDA/TIFF-1-CHK/{F6151F95-5B3D-30C6-935A-ABE3B028E0D1}.tif:Y | **Posting Date** | 09/23/2022 |
| **Account Number** | 700139899 | **Amount** | 28642.16 |
| **Bank Number** | 802 | **Capture Source** | PV |
| **Check/Serial #** | 000000002651 | **DB/CR** | Debit |
| **Routing Transit Number** | 02100002 | **Sequence Number** | 3170472102 |
| **Trancode** | 000000 | **UDK** | 802220923003170472102 |
| **Missing Image** | 05 | **Application Code** | 1 |
| **Item Type** | Paper Item | **IRD** | |
| **PE Indicator** | P | **Entry Number** | 0000012992 |
| **BOFD** | 000000000 | **Cost Center** | |
| **Teller Number** | | **Teller Sequence Number** | |
| **Processing Date** | 09/23/2022 | **documentSummaryFlag** | N |

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**SUNRISE AUTO OUTLET** RIVERS

189 Sunrise Highway - Amityville, NY 11701
(631) 842-3200 - Fax: (631) 842-3800
www.sunriseautooutlet.com

CHASE MAIN ACCOUNT
189 MONTAUK HWY
AMITYVILLE, NY 11701

| DATE | CHECK |
|---|---|
| 8/29/2022 | 2651 |

SEP 2 1 2022

AMOUNT
$ 28,642.16

*Pay Twenty-Eight Thousand, Six Hundred Forty-Two Dollars and Sixteen Cents*

TO THE ORDER OF
**CAPITAL ONE AUTO FINANCE**
**2525 CORPORATE PLACE SECO**
**SUITE 250**
**MONTEREY PARK, CA 91754**

⑈000002651⑈ ⑆021000021⑆700139899⑈

For Deposit To
Capital One NA - COAF
Account 37516-06006
09/23/2022

PODR

| | | | |
|---|---|---|---|
| **customDocIdentifier** | doc:3:ch:9730_6958:/6/2022/11/14/ETA-DDA/TIFF-1-CHK/{6803A47C-3E5F-327A-BA1E-D5D4497BAA39}.tif:Y | **Posting Date** | 11/14/2022 |
| **Account Number** | 700139899 | **Amount** | 4000.00 |
| **Bank Number** | 802 | **Capture Source** | PV |
| **Check/Serial #** | 000000002660 | **DB/CR** | Debit |
| **Routing Transit Number** | 02100002 | **Sequence Number** | 2880498051 |
| **Trancode** | 000000 | **UDK** | 802221114002880498051 |
| **Missing Image** | 05 | **Application Code** | 1 |
| **Item Type** | Paper Item | **IRD** | |
| **PE Indicator** | P | **Entry Number** | 0000036149 |
| **BOFD** | 000000000 | **Cost Center** | |
| **Teller Number** | | **Teller Sequence Number** | |
| **Processing Date** | 11/14/2022 | **documentSummaryFlag** | N |

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**SUNRISE AUTO OUTLET**
189 Sunrise Highway - Amityville, NY 11701
(631) 842-3200 - Fax: (631) 842-3800
www.sunriseautooutlet.com

58 0223

CHASE MAIN ACCOUNT
189 MONTAUK HWY
AMITYVILLE, NY 11701

| DATE | CHECK |
|---|---|
| 8/30/2022 | 2660 |

AMOUNT $ 4,000.00

*Pay Four Thousand, Dollars and no/Cents*

TO THE ORDER OF
**TRUIST BANK**
**5130 PARKWAY PLAZA BLVD**
**CHARLOTTE, NC 28217-1954**

⑈000002660⑈ ⑆021000021⑆700139899⑈

>053101121< 11/14/2022 012270238
5120090 0010 00010

>053101121< 11/14/2022 012270238
5120090 0010 00010

Pay to the Order of
TRUIST
By

09/08/2022 308477 0049
10/25/2022 342831 0065

| | | | |
|---|---|---|---|
| **customDocIdentifier** | doc:3:ch:12227_6785:/3/2022/09/15/ETA-DDA/TIFF-1-CHK/{36CEB390-666D-3CF0-996E-1512BC1B3EC0}.tif:Y | **Posting Date** | 09/15/2022 |
| **Account Number** | 700139899 | **Amount** | 36117.21 |
| **Bank Number** | 802 | **Capture Source** | PV |
| **Check/Serial #** | 000000002731 | **DB/CR** | Debit |
| **Routing Transit Number** | 02100002 | **Sequence Number** | 5670588868 |
| **Trancode** | 000000 | **UDK** | 802220915005670588868 |
| **Missing Image** | 05 | **Application Code** | 1 |
| **Item Type** | Paper Item | **IRD** | |
| **PE Indicator** | P | **Entry Number** | 0000013230 |
| **BOFD** | 000000000 | **Cost Center** | |
| **Teller Number** | | **Teller Sequence Number** | |
| **Processing Date** | 09/16/2022 | **documentSummaryFlag** | N |

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**SUNRISE AUTO OUTLET**

189 Sunrise Highway - Amityville, NY 11701
(631) 842-3200 - Fax: (631) 842-3800
www.sunriseautooutlet.com

KNIGHTON - WARD

CHASE MAIN ACCOUNT
189 MONTAUK HWY
AMITYVILLE, NY 11791

| DATE | CHECK |
|---|---|
| 9/13/2022 | 2731 |

AMOUNT

$ 36,117.21

*Pay Thirty-Six Thousand, One Hundred Seventeen Dollars and Twenty-One Cents*

TO THE ORDER OF

**CAPITAL ONE AUTO FINANCE**
**2525 CORPORATE PLACE SECO**
**SUITE 250**
**MONTEREY PARK, CA 91754**

RUB RED IMAGE FADES WITH HEAT

⑈000002731⑈ ⑆021000021⑆ 700139899⑈

For Deposit To
Capital One NA - COAF
Account 37516-06006
09/15/2022

| | | | |
|---|---|---|---|
| **customDocIdentifier** | doc:3:ch:9892_7511:/0/2022/10/21/ETA-DDA/TIFF-1-CHK/{034BFE7E-4F3D-3B23-A9FD-AC7FF4EA7A2C}.tif:Y | **Posting Date** | 10/21/2022 |
| **Account Number** | 700139899 | **Amount** | 31120.03 |
| **Bank Number** | 802 | **Capture Source** | PV |
| **Check/Serial #** | 000000002854 | **DB/CR** | Debit |
| **Routing Transit Number** | 02100002 | **Sequence Number** | 9290076668 |
| **Trancode** | 000000 | **UDK** | 802221021009290076668 |
| **Missing Image** | 05 | **Application Code** | 1 |
| **Item Type** | Paper Item | **IRD** | |
| **PE Indicator** | P | **Entry Number** | 0000013847 |
| **BOFD** | 000000000 | **Cost Center** | |
| **Teller Number** | | **Teller Sequence Number** | |
| **Processing Date** | 10/21/2022 | **documentSummaryFlag** | N |

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**SUNRISE AUTO OUTLET**

LESTOR

189 Sunrise Highway - Amityville, NY 11701
(631) 842-3200 - Fax: (631) 842-3800
www.sunriseautooutlet.com

CHASE MAIN ACCOUNT
180 MONTAUK HWY
AMITYVILLE, NY 11701

| DATE | CHECK |
|---|---|
| 10/20/2022 | 2854 |

AMOUNT: $ 31,120.03

63010060542887

*Pay Thirty-One Thousand, One Hundred Twenty Dollars and Three Cents*

TO THE ORDER OF
BANK OF AMERICA N.A
9000 SOUTHSIDE BLVD BLDG 600
JACKSONVILLE, FL 32256

SPS
OCT 21 2022

⑈000002854⑈ ⑆021000021⑆700139899⑈

Listed below are the security features provided on this document which meet and/or exceed industry guidelines.

Security Features:

Results of check alteration:

Padlock design is a certification mark of Check Payment Systems Association

Seq: 172
Batch: 998413
Date: 10/21/22

Seq:00172 10/21/22
BAT:998413 CC:0750213357
WT:08 LTPS:Atlanta ET
BC:Indirect Consumer Loans OTR FL9-600