EXHIBIT “38”

CHASE
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

December 31, 2022 through January 31, 2023
**Account Number:** 000000139335779

**Customer Service Information**

If you have any questions about your statement, please contact 1-800-404-4111, or your Customer Service Professional.

Web Site: Chase.com
Service Center: 1-800-404-4111

00017020 WBS 802 211 03223 NNNNNNNNNNN 1 000000000 C1 0000
ISLAND AUTO MANAGEMENT, LLC
1580 HYLAN BLVD
STATEN ISLAND NY 10305

00170200101000000021

## Commercial Checking

## Summary

| | Number | Market Value/Amount | Shares |
|---|---|---|---|
| Opening Ledger Balance | | $114,152.46 | |
| Deposits and Credits | 2 | $13,600.00 | |
| Withdrawals and Debits | 4 | $26,139.29 | |
| Checks Paid | 6 | $64,813.13 | |
| **Ending Ledger Balance** | | **$36,800.04** | |

## Deposits and Credits

| *Ledger Date* | *Description* | *Amount* |
|---|---|---|
| 01/19 | Deposit | $10,300.00 |
| 01/19 | Deposit | 3,300.00 |
| **Total** | | **$13,600.00** |

## Withdrawals and Debits

| *Ledger Date* | *Description* | *Amount* |
|---|---|---|
| 01/10 | Orig CO Name:Smartcash Ally H Orig ID:3002719011 Desc Date:230109 CO Entry Descr:EDI/Eftpmtsec:CCD Trace#:071000285779527 Eed:230110 Ind ID: Ind Name:Northshore Motor Leasi Ref*1 *D01016110942766\ 3002719011 Trn: 0095779527Tc | $2,903.52 |
| 01/20 | Orig CO Name:Smartcash Ally H Orig ID:3002719011 Desc Date:230119 CO Entry Descr:EDI/Eftpmtsec:CCD Trace#:071000289261195 Eed:230120 Ind ID: Ind Name:Northshore Motor Leasi Ref*1 *D01016110978856\ 3002719011 Trn: 0199261195Tc | 12,925.66 |

* Annual Percentage Yield Earned - the percentage rate earned if balances remain on deposit for a full year with compounding, no change in the interest rate and all interest rate and all interest is left in the account.

Please examine this statement of account at once. By continuing to use the account, you agree that: (1) the account is subject to the Bank's deposit account agreement, and (2) the Bank has no responsibility for any error in or improper charge to the account (including any unauthorized or altered check) unless you notify us in writing of this error or charge within sixty days of the mailing or availability of the first statement on which the error or charge appears.

CHASE

December 31, 2022 through January 31, 2023
**Account Number:** 000000139335779

## Withdrawals and Debits *(continued)*

| *Ledger Date* | *Description* | *Amount* |
|---|---|---|
| 01/20 | Orig CO Name:Smartcash Ally H Orig ID:3002719011 Desc Date:230119 CO Entry Descr:EDI/Eftpmtsec:CCD Trace#:071000289261197 Eed:230120 Ind ID: Ind Name:189 Sunrise Hwy Auto L Ref*1 *D01016110978985\ 3002719011 Trn: 0199261197Tc | 4,090.77 |
| 01/27 | Orig CO Name:Nys Dtf Bill Pyt Orig ID:E146013200 Desc Date: CO Entry Descr:Tax Paymntsec:CCD Trace#:091000010927372 Eed:230127 Ind ID:000000093341815 Ind Name:M56174148850123 Trn: 0260927372Tc | 6,219.34 |
| **Total** | | **$26,139.29** |

## Checks Paid

| *Check* | *Date Paid* | *Amount* | *Check* | *Date Paid* | *Amount* | *Check* | *Date Paid* | *Amount* |
|---|---|---|---|---|---|---|---|---|
| 53 | 01/12 | $12,502.17 | 57 | 01/13 | $36,048.69 | 59 | 01/30 | $1,694.02 |
| 56* | 01/17 | $2,767.00 | 58 | 01/26 | $8,428.89 | 60 | 01/30 | $3,372.36 |

**Total** **6 check(s)** **$64,813.13**

* indicates gap in sequence

## Daily Balance

| *Date* | *Ledger Balance* | *Date* | *Ledger Balance* |
|---|---|---|---|
| 01/10 | $111,248.94 | 01/20 | $56,514.65 |
| 01/12 | $98,746.77 | 01/26 | $48,085.76 |
| 01/13 | $62,698.08 | 01/27 | $41,866.42 |
| 01/17 | $59,931.08 | 01/30 | $36,800.04 |
| 01/19 | $73,531.08 | | |

Your service charges, fees and earnings credit have been calculated through account analysis.

CHASE

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

February 01, 2023 through February 28, 2023
**Account Number:** 000000139335779

**Customer Service Information**

If you have any questions about your statement, please contact 1-800-404-4111, or your Customer Service Professional.

Web Site: Chase.com
Service Center: 1-800-404-4111

00017787 WBS 802 211 06023 NNNNNNNNNNN 1 000000000 C1 0000
ISLAND AUTO MANAGEMENT, LLC
1580 HYLAN BLVD
STATEN ISLAND NY 10305

00177870101000000021

## Commercial Checking

## Summary

| | Number | Market Value/Amount | Shares |
|---|---|---|---|
| Opening Ledger Balance | | $36,800.04 | |
| Deposits and Credits | 4 | $132,019.42 | |
| Withdrawals and Debits | 8 | $25,253.89 | |
| Checks Paid | 0 | $0.00 | |
| **Ending Ledger Balance** | | **$143,565.57** | |

## Deposits and Credits

| *Ledger Date* | *Description* | *Amount* |
|---|---|---|
| 02/02 | Deposit | $6,219.34 |
| 02/10 | Orig CO Name:Smartcash Ally M Orig ID:9000325833 Desc Date: CO Entry Descr:EDI Paymtssec:CCD Trace#:043000262643255 Eed:230210 Ind ID: Ind Name:10333806001 Trn: 0402643255Tc | 448.00 |
| 02/10 | Orig CO Name:Smartcash Ally M Orig ID:9000325833 Desc Date: CO Entry Descr:EDI Paymtssec:CCD Trace#:043000262643256 Eed:230210 Ind ID: Ind Name:10379326001 Trn: 0402643256Tc | 144.00 |
| 02/27 | Deposit | 125,208.08 |
| **Total** | | **$132,019.42** |

## Withdrawals and Debits

| *Ledger Date* | *Description* | *Amount* |
|---|---|---|
| 02/01 | Online Domestic Wire Transfer Via: Pncbank NJ/031207607 A/C: ADP Inc Boston MA 02116 US Ref: Client Number 21860305 189 Sunrise Hwy Imad: 0201B1Qgc02C008283 Trn: 3813073032Es YOUR REF: CML OF 23/02/01 | $333.69 |

* Annual Percentage Yield Earned - the percentage rate earned if balances remain on deposit for a full year with compounding, no change in the interest rate and all interest rate and all interest is left in the account.

Please examine this statement of account at once. By continuing to use the account, you agree that: (1) the account is subject to the Bank's deposit account agreement, and (2) the Bank has no responsibility for any error in or improper charge to the account (including any unauthorized or altered check) unless you notify us in writing of this error or charge within sixty days of the mailing or availability of the first statement on which the error or charge appears.

CHASE

February 01, 2023 through February 28, 2023
**Account Number:** 000000139335779

## Withdrawals and Debits *(continued)*

| *Ledger Date* | *Description* | *Amount* |
|---|---|---|
| 02/01 | Online Domestic Wire Transfer Via: Pncbank NJ/031207607 A/C: ADP Inc Boston MA 02116 US Ref: Client Number 24256635 Northshore Motor Imad: 0201B1Qgc07C018141 Trn: 3813053032Es YOUR REF: CML OF 23/02/01 | 697.08 |
| 02/08 | Orig CO Name:Smartcash Ally H Orig ID:3002719011 Desc Date:230207 CO Entry Descr:EDI/Eftpmtsec:CCD Trace#:071000284752714 Eed:230208 Ind ID: Ind Name:(Liq0223)189 Sunrise H Ref*1 *D01026110045729\ 3002719011 Trn: 0384752714Tc | 3,697.54 |
| 02/08 | Orig CO Name:Smartcash Ally H Orig ID:3002719011 Desc Date:230207 CO Entry Descr:EDI/Eftpmtsec:CCD Trace#:071000284752712 Eed:230208 Ind ID: Ind Name:(Liq0223)Northshore MO Ref*1 *D01026110045149\ 3002719011 Trn: 0384752712Tc | 3,433.25 |
| 02/16 | Orig CO Name:Smartcash Ally H Orig ID:3002719011 Desc Date:230215 CO Entry Descr:EDI/Eftpmtsec:CCD Trace#:071000283268247 Eed:230216 Ind ID: Ind Name:(Liq0223)Northshore MO Ref*1 *D01026110075258\ 3002719011 Trn: 0463268247Tc | 12,423.04 |
| 02/16 | Orig CO Name:Smartcash Ally H Orig ID:3002719011 Desc Date:230215 CO Entry Descr:EDI/Eftpmtsec:CCD Trace#:071000283268249 Eed:230216 Ind ID: Ind Name:(Liq0223)189 Sunrise H Ref*1 *D01026110075394\ 3002719011 Trn: 0463268249Tc | 4,169.29 |
| 02/23 | Orig CO Name:Vanguarddirect Orig ID:1112517083 Desc Date:230221 CO Entry Descr:Drawdown Sec:Web Trace#:028000080348253 Eed:230223 Ind ID:111111111259874 Ind Name:Sunrise Auto Outlet Verifi ACH Trn: 0530348253Tc | 250.00 |
| 02/23 | Orig CO Name:Vanguarddirect Orig ID:1112517083 Desc Date:230221 CO Entry Descr:Drawdown Sec:Web Trace#:028000080348254 Eed:230223 Ind ID:111111111259871 Ind Name:Chase Checking Verifi ACH Trn: 0530348254Tc | 250.00 |
| **Total** | | **$25,253.89** |

## Daily Balance

| *Date* | *Ledger Balance* | *Date* | *Ledger Balance* |
|---|---|---|---|
| 02/01 | $35,769.27 | 02/16 | $18,857.49 |
| 02/02 | $41,988.61 | 02/23 | $18,357.49 |
| 02/08 | $34,857.82 | 02/27 | $143,565.57 |
| 02/10 | $35,449.82 | | |

Your service charges, fees and earnings credit have been calculated through account analysis.

CHASE

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

March 01, 2023 through March 31, 2023
**Account Number:** 000000139335779

**Customer Service Information**

If you have any questions about your statement, please contact 1-800-404-4111, or your Customer Service Professional.

Web Site: Chase.com
Service Center: 1-800-404-4111
We accept operator relay calls

00018613 WBS 802 211 09123 NNNNNNNNNNN 1 000000000 C1 0000
ISLAND AUTO MANAGEMENT, LLC
1580 HYLAN BLVD
STATEN ISLAND NY 10305

00186130101000000021

## Commercial Checking

## Summary

| | Number | Market Value/Amount | Shares |
|---|---|---|---|
| Opening Ledger Balance | | $143,565.57 | |
| Deposits and Credits | 2 | $125,720.00 | |
| Withdrawals and Debits | 3 | $254,020.42 | |
| Checks Paid | 2 | $5,066.38 | |
| **Ending Ledger Balance** | | **$10,198.77** | |

## Deposits and Credits

| *Ledger Date* | *Description* | *Amount* |
|---|---|---|
| 03/06 | Deposit | $120,620.00 |
| 03/29 | Deposit | 5,100.00 |
| **Total** | | **$125,720.00** |

## Withdrawals and Debits

| *Ledger Date* | *Description* | *Amount* |
|---|---|---|
| 03/07 | Online Transfer To Chk ...0219 Transaction#: 16764819399 | $250,000.00 |
| 03/08 | Orig CO Name:Smartcash Ally H Orig ID:3002719011 Desc Date:230307 CO Entry Descr:EDI/Eftpmtsec:CCD Trace#:071000288889948 Eed:230308 Ind ID: Ind Name:(Liq0223)Northshore MO Ref*1 *D01036110146370\ 3002719011 Trn: 0668889948Tc | 3,020.42 |
| 03/14 | Orig CO Name:Nys Dtf Ptet Orig ID:146013200D Desc Date: CO Entry Descr:Tax Paymntsec:CCD Trace#:091000016427484 Eed:230314 Ind ID:000000095510006 Ind Name:Peet2303135952330 Trn: 0736427484Tc | 1,000.00 |

* Annual Percentage Yield Earned - the percentage rate earned if balances remain on deposit for a full year with compounding, no change in the interest rate and all interest rate and all interest is left in the account.

Please examine this statement of account at once. By continuing to use the account, you agree that: (1) the account is subject to the Bank's deposit account agreement, and (2) the Bank has no responsibility for any error in or improper charge to the account (including any unauthorized or altered check) unless you notify us in writing of this error or charge within sixty days of the mailing or availability of the first statement on which the error or charge appears.

CHASE

March 01, 2023 through March 31, 2023
**Account Number:** 000000139335779

## Withdrawals and Debits *(continued)*

| *Ledger Date* | *Description* | *Amount* |
|---|---|---|
| **Total** | | **$254,020.42** |

## Checks Paid

| *Check* | *Date Paid* | *Amount* | *Check* | *Date Paid* | *Amount* | *Check* | *Date Paid* | *Amount* |
|---|---|---|---|---|---|---|---|---|
| 61 | 03/13 | $3,372.36 | 62 | 03/13 | $1,694.02 | | | |

**Total** **2 check(s)** **$5,066.38**

## Daily Balance

| *Date* | *Ledger Balance* | *Date* | *Ledger Balance* |
|---|---|---|---|
| 03/06 | $264,185.57 | 03/13 | $6,098.77 |
| 03/07 | $14,185.57 | 03/14 | $5,098.77 |
| 03/08 | $11,165.15 | 03/29 | $10,198.77 |

Your service charges, fees and earnings credit have been calculated through account analysis.

CHASE

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

April 01, 2023 through April 28, 2023
**Account Number:** 000000139335779

**Customer Service Information**

If you have any questions about your statement, please contact 1-800-404-4111, or your Customer Service Professional.
Web Site: Chase.com
Service Center: 1-800-404-4111
We accept operator relay calls

00017712 WBS 802 211 11923 NNNNNNNNNNN 1 000000000 C1 0000
ISLAND AUTO MANAGEMENT, LLC
1580 HYLAN BLVD
STATEN ISLAND NY 10305

00177120101000000021

## Commercial Checking

### Summary

| | Number | Market Value/Amount | Shares |
|---|---|---|---|
| Opening Ledger Balance | | $10,198.77 | |
| Deposits and Credits | 1 | $8,550.00 | |
| Withdrawals and Debits | 5 | $8,970.05 | |
| Checks Paid | 0 | $0.00 | |
| **Ending Ledger Balance** | | **$9,778.72** | |

### Deposits and Credits

| *Ledger Date* | *Description* | *Amount* |
|---|---|---|
| 04/19 | Deposit | $8,550.00 |
| **Total** | | **$8,550.00** |

### Withdrawals and Debits

| *Ledger Date* | *Description* | *Amount* |
|---|---|---|
| 04/10 | Orig CO Name:Vanguarddirect Orig ID:1112517083 Desc Date:230406 CO Entry Descr:Drawdown Sec:Web Trace#:028000081245122 Eed:230410 Ind ID:111111111264485 Ind Name:Chase Checking Verifi ACH Trn: 0971245122Tc | $250.00 |
| 04/27 | Orig CO Name:Nys Dtf Bill Pyt Orig ID:E146013200 Desc Date: CO Entry Descr:Tax Paymntsec:CCD Trace#:091000011695501 Eed:230427 Ind ID:000000098688610 Ind Name:M62176415510423 Trn: 1161695501Tc | 3,290.86 |
| 04/27 | Orig CO Name:Nys Dtf Bill Pyt Orig ID:E146013200 Desc Date: CO Entry Descr:Tax Paymntsec:CCD Trace#:091000011695499 Eed:230427 Ind ID:000000098687693 Ind Name:M56176415520423 Trn: 1161695499Tc | 2,176.39 |

* Annual Percentage Yield Earned - the percentage rate earned if balances remain on deposit for a full year with compounding, no change in the interest rate and all interest rate and all interest is left in the account.

Please examine this statement of account at once. By continuing to use the account, you agree that: (1) the account is subject to the Bank's deposit account agreement, and (2) the Bank has no responsibility for any error in or improper charge to the account (including any unauthorized or altered check) unless you notify us in writing of this error or charge within sixty days of the mailing or availability of the first statement on which the error or charge appears.

CHASE

April 01, 2023 through April 28, 2023
**Account Number:** 000000139335779

## Withdrawals and Debits *(continued)*

| *Ledger Date* | *Description* | *Amount* |
|---|---|---|
| 04/27 | Orig CO Name:Nys Dtf Bill Pyt Orig ID:E146013200 Desc Date: CO Entry Descr:Tax Paymntsec:CCD Trace#:091000011695500 Eed:230427 Ind ID:000000098687694 Ind Name:M56176415530423 Trn: 1161695500Tc | 2,110.87 |
| 04/27 | Orig CO Name:Nys Dtf Sales Orig ID:O146013200 Desc Date: CO Entry Descr:Tax Paymntsec:CCD Trace#:091000011695503 Eed:230427 Ind ID:000000098726843 Ind Name:Sw2307133540 Trn: 1161695503Tc | 1,141.93 |
| **Total** | | **$8,970.05** |

## Daily Balance

| *Date* | *Ledger Balance* | *Date* | *Ledger Balance* |
|---|---|---|---|
| 04/10 | $9,948.77 | 04/27 | $9,778.72 |
| 04/19 | $18,498.77 | | |

Your service charges, fees and earnings credit have been calculated through account analysis.

CHASE

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

April 29, 2023 through May 31, 2023
**Account Number:** 000000139335779

**Customer Service Information**

If you have any questions about your statement, please contact 1-800-404-4111, or your Customer Service Professional.

Web Site: Chase.com
Service Center: 1-800-404-4111
We accept operator relay calls

00017033 WBS 802 211 15223 NNNNNNNNNNN 1 000000000 C1 0000
ISLAND AUTO MANAGEMENT, LLC
1580 HYLAN BLVD
STATEN ISLAND NY 10305

00170330101000000021

## Commercial Checking

## Summary

| | Number | Market Value/Amount | Shares |
|---|---|---|---|
| Opening Ledger Balance | | $9,778.72 | |
| Deposits and Credits | 4 | $24,652.65 | |
| Withdrawals and Debits | 2 | $11,282.60 | |
| Checks Paid | 2 | $5,066.38 | |
| **Ending Ledger Balance** | | **$18,082.39** | |

## Deposits and Credits

| *Ledger Date* | *Description* | *Amount* |
|---|---|---|
| 05/11 | Deposit 2048609428 | $8,720.05 |
| 05/31 | Deposit 2060014633 | 11,222.50 |
| 05/31 | Deposit 2060014634 | 4,650.00 |
| 05/31 | Deposit 2060014632 | 60.10 |
| **Total** | | **$24,652.65** |

## Withdrawals and Debits

| *Ledger Date* | *Description* | *Amount* |
|---|---|---|
| 05/22 | Orig CO Name:Nys Dtf Bill Pyt Orig ID:E146013200 Desc Date: CO Entry Descr:Tax Paymntsec:CCD Trace#:091000011395808 Eed:230522 Ind ID:000000099548825 Ind Name:M62177131310523 Trn: 1391395808Tc | $11,222.50 |
| 05/22 | Orig CO Name:Nys Dtf Sales Orig ID:O146013200 Desc Date: CO Entry Descr:Tax Paymntsec:CCD Trace#:091000011395810 Eed:230522 Ind ID:000000099558713 Ind Name:Sw2307417897 Trn: 1391395810Tc | 60.10 |

* Annual Percentage Yield Earned - the percentage rate earned if balances remain on deposit for a full year with compounding, no change in the interest rate and all interest rate and all interest is left in the account.

Please examine this statement of account at once. By continuing to use the account, you agree that: (1) the account is subject to the Bank's deposit account agreement, and (2) the Bank has no responsibility for any error in or improper charge to the account (including any unauthorized or altered check) unless you notify us in writing of this error or charge within sixty days of the mailing or availability of the first statement on which the error or charge appears.

CHASE

April 29, 2023 through May 31, 2023
**Account Number:** 000000139335779

## Withdrawals and Debits *(continued)*

| *Ledger Date* | *Description* | *Amount* |
|---|---|---|
| **Total** | | **$11,282.60** |

## Checks Paid

| *Check* | *Date Paid* | *Amount* | *Check* | *Date Paid* | *Amount* | *Check* | *Date Paid* | *Amount* |
|---|---|---|---|---|---|---|---|---|
| 64 | 05/17 | $3,372.36 | 65 | 05/17 | $1,694.02 | | | |

**Total** **2 check(s)** **$5,066.38**

## Daily Balance

| *Date* | *Ledger Balance* | *Date* | *Ledger Balance* |
|---|---|---|---|
| 05/11 | $18,498.77 | 05/22 | $2,149.79 |
| 05/17 | $13,432.39 | 05/31 | $18,082.39 |

Your service charges, fees and earnings credit have been calculated through account analysis.

CHASE
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

June 01, 2023 through June 30, 2023
**Account Number:** 000000139335779

**Customer Service Information**

If you have any questions about your statement, please contact 1-800-404-4111, or your Customer Service Professional.
Web Site: Chase.com
Service Center: 1-800-404-4111
We accept operator relay calls

00016529 WBS 802 211 18223 NNNNNNNNNNN 1 000000000 C1 0000
ISLAND AUTO MANAGEMENT, LLC
1580 HYLAN BLVD
STATEN ISLAND NY 10305

00165290101000000021

**You now have more time to let us know about certain check errors on your account**

In June we increased the timeframe for when you can make a claim for checks drawn on your account that have either been altered or that you did not authorize. You now have up to 60 days from when we make a statement available to make a claim on these items in order to be considered for reimbursement.

We've updated the **Safeguarding Your Information** section in our Deposit Account Agreement to reflect this change as well as provide additional information about our check claims process.

If you'd like a copy of the Deposit Account Agreement, please visit chase.com/business/disclosures, visit a branch or call us at the number on this statement. We also accept operator relay calls.

## Commercial Checking

### Summary

| | Number | Market Value/Amount | Shares |
|---|---|---|---|
| Opening Ledger Balance | | $18,082.39 | |
| Deposits and Credits | 0 | $0.00 | |
| Withdrawals and Debits | 2 | $995.51 | |
| Checks Paid | 0 | $0.00 | |
| **Ending Ledger Balance** | | **$17,086.88** | |

### Withdrawals and Debits

| *Ledger Date* | *Description* | *Amount* |
|---|---|---|
| 06/16 | Orig CO Name:Nys Dtf Bill Pyt Orig ID:E146013200 Desc Date: CO Entry Descr:Tax Paymntsec:CCD Trace#:091000012149777 Eed:230616 Ind ID:000000100388392 Ind Name:M56178007310623 Trn: 1662149777Tc | $27.17 |

* Annual Percentage Yield Earned - the percentage rate earned if balances remain on deposit for a full year with compounding, no change in the interest rate and all interest rate and all interest is left in the account.

Please examine this statement of account at once. By continuing to use the account, you agree that: (1) the account is subject to the Bank's deposit account agreement, and (2) the Bank has no responsibility for any error in or improper charge to the account (including any unauthorized or altered check) unless you notify us in writing of this error or charge within sixty days of the mailing or availability of the first statement on which the error or charge appears.

CHASE

June 01, 2023 through June 30, 2023
**Account Number:** 000000139335779

## Withdrawals and Debits *(continued)*

| *Ledger Date* | *Description* | *Amount* |
|---|---|---|
| 06/23 | Orig CO Name:Nys Dtf Sales Orig ID:O146013200 Desc Date: CO Entry Descr:Tax Paymntsec:CCD Trace#:091000013695097 Eed:230623 Ind ID:000000100756318 Ind Name:Sw2308093437 Trn: 1733695097Tc | 968.34 |
| **Total** | | **$995.51** |

## Daily Balance

| *Date* | *Ledger Balance* | *Date* | *Ledger Balance* |
|---|---|---|---|
| 06/16 | $18,055.22 | 06/23 | $17,086.88 |

Your service charges, fees and earnings credit have been calculated through account analysis.

CHASE

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

July 01, 2023 through July 31, 2023
**Account Number:** 000000139335779

**Customer Service Information**

If you have any questions about your statement, please contact 1-800-404-4111, or your Customer Service Professional.

Web Site: Chase.com
Service Center: 1-800-404-4111
We accept operator relay calls

00017008 WBS 802 211 21323 NNNNNNNNNNN 1 000000000 C1 0000
ISLAND AUTO MANAGEMENT, LLC
1580 HYLAN BLVD
STATEN ISLAND NY 10305

00170080101000000021

## Commercial Checking

### Summary

| | Number | Market Value/Amount | Shares |
|---|---|---|---|
| Opening Ledger Balance | | $17,086.88 | |
| Deposits and Credits | 2 | $15,152.34 | |
| Withdrawals and Debits | 2 | $14,226.19 | |
| Checks Paid | 0 | $0.00 | |
| **Ending Ledger Balance** | | **$18,013.03** | |

### Deposits and Credits

| *Ledger Date* | *Description* | *Amount* |
|---|---|---|
| 07/14 | Deposit 1920863221 | $14,184.00 |
| 07/14 | Deposit 1920863222 | 968.34 |
| **Total** | | **$15,152.34** |

### Withdrawals and Debits

| *Ledger Date* | *Description* | *Amount* |
|---|---|---|
| 07/13 | Online Transfer To Chk ...0367 Transaction#: 17878713767 | $14,184.00 |
| 07/26 | Orig CO Name:Nys Dtf Bill Pyt Orig ID:E146013200 Desc Date: CO Entry Descr:Tax Paymntsec:CCD Trace#:091000010700442 Eed:230726 Ind ID:000000101704265 Ind Name:M56179459470723 Trn: 2060700442Tc | 42.19 |
| **Total** | | **$14,226.19** |

* Annual Percentage Yield Earned - the percentage rate earned if balances remain on deposit for a full year with compounding, no change in the interest rate and all interest rate and all interest is left in the account.

Please examine this statement of account at once. By continuing to use the account, you agree that: (1) the account is subject to the Bank's deposit account agreement, and (2) the Bank has no responsibility for any error in or improper charge to the account (including any unauthorized or altered check) unless you notify us in writing of this error or charge within sixty days of the mailing or availability of the first statement on which the error or charge appears.

CHASE

July 01, 2023 through July 31, 2023
**Account Number:** 000000139335779

## Daily Balance

| *Date* | *Ledger Balance* | *Date* | *Ledger Balance* |
|---|---|---|---|
| 07/13 | $2,902.88 | 07/26 | $18,013.03 |
| 07/14 | $18,055.22 | | |

Your service charges, fees and earnings credit have been calculated through account analysis.

CHASE

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

August 01, 2023 through August 31, 2023
**Account Number:** 000000139335779

**Customer Service Information**

If you have any questions about your statement, please contact 1-800-404-4111, or your Customer Service Professional.

Web Site: Chase.com
Service Center: 1-800-404-4111
We accept operator relay calls

00016608 WBS 802 211 24423 NNNNNNNNNNN 1 000000000 C1 0000
ISLAND AUTO MANAGEMENT, LLC
1580 HYLAN BLVD
STATEN ISLAND NY 10305-1952

00166080101000000021

## Commercial Checking

## Summary

| | Number | Market Value/Amount | Shares |
|---|---|---|---|
| Opening Ledger Balance | | $18,013.03 | |
| Deposits and Credits | 4 | $18,292.19 | |
| Withdrawals and Debits | 1 | $5,986.00 | |
| Checks Paid | 2 | $2,533.19 | |
| **Ending Ledger Balance** | | **$27,786.03** | |

## Deposits and Credits

| *Ledger Date* | *Description* | | *Amount* |
|---|---|---|---|
| 08/02 | Deposit | 2048529135 | $4,350.00 |
| 08/02 | Deposit | 2048529134 | 42.19 |
| 08/15 | Deposit | 2048529089 | 8,700.00 |
| 08/23 | Deposit | 2048529102 | 5,200.00 |
| **Total** | | | **$18,292.19** |

## Withdrawals and Debits

| *Ledger Date* | *Description* | *Amount* |
|---|---|---|
| 08/14 | Orig CO Name:Nyc Dept of Fina Orig ID:6136400434 Desc Date:230811 CO Entry Descr:Taxpaymentsec:PPD Trace#:051000012348842 Eed:230814 Ind ID:958357760 Ind Name:Island Auto Management X Trn: 2232348842Tc | $5,986.00 |
| **Total** | | **$5,986.00** |

* Annual Percentage Yield Earned - the percentage rate earned if balances remain on deposit for a full year with compounding, no change in the interest rate and all interest rate and all interest is left in the account.

Please examine this statement of account at once. By continuing to use the account, you agree that: (1) the account is subject to the Bank's deposit account agreement, and (2) the Bank has no responsibility for any error in or improper charge to the account (including any unauthorized or altered check) unless you notify us in writing of this error or charge within sixty days of the mailing or availability of the first statement on which the error or charge appears.

CHASE

August 01, 2023 through August 31, 2023
**Account Number:** 000000139335779

## Checks Paid

| Check | Date Paid | Amount | Check | Date Paid | Amount | Check | Date Paid | Amount |
|---|---|---|---|---|---|---|---|---|
| 66 | 08/08 | $1,686.18 | 67 | 08/08 | $847.01 | | | |

**Total** **2 check(s)** **$2,533.19**

## Daily Balance

| Date | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|
| 08/02 | $22,405.22 | 08/15 | $22,586.03 |
| 08/08 | $19,872.03 | 08/23 | $27,786.03 |
| 08/14 | $13,886.03 | | |

Your service charges, fees and earnings credit have been calculated through account analysis.

CHASE

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

December 01, 2022 through December 30, 2022
**Account Number:** 000000139335779

**Customer Service Information**

If you have any questions about your statement, please contact 1-800-404-4111, or your Customer Service Professional.

Web Site: Chase.com
Service Center: 1-800-404-4111

00067451 WBS 802 211 36522 NNNNNNNNNNN 1 000000000 C1 0000
ISLAND AUTO MANAGEMENT, LLC
1580 HYLAN BLVD
STATEN ISLAND NY 10305

00674510201000000022

## Commercial Checking

## Summary

| | Number | Market Value/Amount | Shares |
|---|---|---|---|
| Opening Ledger Balance | | $24,055.43 | |
| Deposits and Credits | 10 | $625,015.02 | |
| Withdrawals and Debits | 9 | $496,274.22 | |
| Checks Paid | 6 | $38,643.77 | |
| **Ending Ledger Balance** | | **$114,152.46** | |

## Deposits and Credits

| *Ledger Date* | *Description* | *Amount* |
|---|---|---|
| 12/05 | Deposit | $46,000.00 |
| 12/06 | Deposit | 87,765.00 |
| 12/13 | Online Transfer From Chk ...0219 Transaction#: 16024578451 | 26,505.00 |
| 12/13 | Online Transfer From Chk ...0219 Transaction#: 16024576108 | 25,900.00 |
| 12/14 | Deposit | 32,069.96 |
| 12/14 | Online Transfer From Chk ...0219 Transaction#: 16032151129 | 211,271.00 |
| 12/20 | Online Transfer From Chk ...0219 Transaction#: 16082408075 | 106,263.43 |
| 12/20 | Online Transfer From Chk ...0219 Transaction#: 16082409697 | 3,790.96 |
| 12/21 | Orig CO Name:Smartcash Ally H Orig ID:3002719011 Desc Date:221220 CO Entry Descr:EDI/Eftpmtsec:CCD Trace#:071000283310657 Eed:221221 Ind ID: Ind Name:Northshore Motor Leasi Ref*1 *D01126110882798\ 3002719011 Trn: 3543310657Tc | 9,475.00 |
| 12/29 | Deposit | 75,974.67 |
| **Total** | | **$625,015.02** |

* Annual Percentage Yield Earned - the percentage rate earned if balances remain on deposit for a full year with compounding, no change in the interest rate and all interest rate and all interest is left in the account.

Please examine this statement of account at once. By continuing to use the account, you agree that: (1) the account is subject to the Bank's deposit account agreement, and (2) the Bank has no responsibility for any error in or improper charge to the account (including any unauthorized or altered check) unless you notify us in writing of this error or charge within sixty days of the mailing or availability of the first statement on which the error or charge appears.

CHASE

December 01, 2022 through December 30, 2022
**Account Number:** 000000139335779

## Withdrawals and Debits

| *Ledger Date* | *Description* | *Amount* |
|---|---|---|
| 12/07 | Online Transfer To Chk ...0219 Transaction#: 15976904165 | $108,650.00 |
| 12/08 | Orig CO Name:Smartcash Ally H Orig ID:3002719011 Desc Date:221207 CO Entry Descr:EDI/Eftpmtsec:CCD Trace#:071000280717335 Eed:221208 Ind ID: Ind Name:Northshore Motor Leasi Ref*1 *D01126110844027\ 3002719011 Trn: 3410717335Tc | 10,542.67 |
| 12/13 | Orig CO Name:Smartcash Ally H Orig ID:3002719011 Desc Date:221212 CO Entry Descr:EDI/Eftpmtsec:CCD Trace#:071000284695971 Eed:221213 Ind ID: Ind Name:Northshore Motor Leasi Ref*1 *D01126110858692\ 3002719011 Trn: 3464695971Tc | 26,505.00 |
| 12/13 | Orig CO Name:Smartcash Ally H Orig ID:3002719011 Desc Date:221212 CO Entry Descr:EDI/Eftpmtsec:CCD Trace#:071000284695973 Eed:221213 Ind ID: Ind Name:189 Sunrise Hwy Auto L Ref*1 *D01126110858836\ 3002719011 Trn: 3464695973Tc | 25,900.00 |
| 12/14 | Orig CO Name:Smartcash Ally H Orig ID:3002719011 Desc Date:221213 CO Entry Descr:EDI/Eftpmtsec:CCD Trace#:071000285968416 Eed:221214 Ind ID: Ind Name:Northshore Motor Leasi Ref*1 *D01126110862914\ 3002719011 Trn: 3475968416Tc | 211,271.00 |
| 12/20 | Orig CO Name:Smartcash Ally H Orig ID:3002719011 Desc Date:221219 CO Entry Descr:EDI/Eftpmtsec:CCD Trace#:071000280640726 Eed:221220 Ind ID: Ind Name:Northshore Motor Leasi Ref*1 *D01126110878558\ 3002719011 Trn: 3530640726Tc | 106,263.43 |
| 12/20 | Orig CO Name:Smartcash Ally H Orig ID:3002719011 Desc Date:221219 CO Entry Descr:EDI/Eftpmtsec:CCD Trace#:071000280640728 Eed:221220 Ind ID: Ind Name:189 Sunrise Hwy Auto L Ref*1 *D01126110878688\ 3002719011 Trn: 3530640728Tc | 3,790.96 |
| 12/28 | Orig CO Name:Nys Dtf Promp St Orig ID:8146013200 Desc Date: CO Entry Descr:Tax Paymntsec:CCD Trace#:091000014533316 Eed:221228 Ind ID:000000092333634 Ind Name:Island Auto Management Trn: 3614533316Tc | 2,322.15 |
| 12/29 | Withdrawal | 1,029.01 |
| **Total** | | **$496,274.22** |

## Checks Paid

| *Check* | *Date Paid* | *Amount* | *Check* | *Date Paid* | *Amount* | *Check* | *Date Paid* | *Amount* |
|---|---|---|---|---|---|---|---|---|
| 44 | 12/15 | $1,686.18 | 46 | 12/20 | $1,639.08 | 48 | 12/30 | $22,653.00 |
| 45 | 12/15 | $847.01 | 47 | 12/21 | $2,818.50 | 49 | 12/22 | $9,000.00 |

**Total** **6 check(s)** **$38,643.77**

## Daily Balance

| *Date* | *Ledger Balance* | *Date* | *Ledger Balance* |
|---|---|---|---|
| 12/05 | $70,055.43 | 12/20 | $66,525.45 |
| 12/06 | $157,820.43 | 12/21 | $73,181.95 |
| 12/07 | $49,170.43 | 12/22 | $64,181.95 |
| 12/08 | $38,627.76 | 12/28 | $61,859.80 |
| 12/13 | $38,627.76 | 12/29 | $136,805.46 |
| 12/14 | $70,697.72 | 12/30 | $114,152.46 |
| 12/15 | $68,164.53 | | |

CHASE

December 01, 2022 through December 30, 2022
**Account Number:** 000000139335779

Your service charges, fees and earnings credit have been calculated through account analysis.

10674510202000000062

This Page Intentionally Left Blank

CHASE

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

November 01, 2022 through November 30, 2022

**Account Number:** 000000139335779

**Customer Service Information**

If you have any questions about your statement, please contact 1-800-404-4111, or your Customer Service Professional.

Web Site: Chase.com

Service Center: 1-800-404-4111

00016179 WBS 802 211 33522 NNNNNNNNNNN 1 000000000 C1 0000

ISLAND AUTO MANAGEMENT, LLC
1580 HYLAN BLVD
STATEN ISLAND NY 10305

00161790101000000021

## Commercial Checking

## Summary

| | Number | Market Value/Amount | Shares |
|---|---|---|---|
| Opening Ledger Balance | | $155,874.02 | |
| Deposits and Credits | 2 | $33,150.00 | |
| Withdrawals and Debits | 2 | $74,362.16 | |
| Checks Paid | 5 | $90,606.43 | |
| **Ending Ledger Balance** | | **$24,055.43** | |

## Deposits and Credits

| *Ledger Date* | *Description* | *Amount* |
|---|---|---|
| 11/03 | Deposit | $8,150.00 |
| 11/14 | Book Transfer Credit B/O: Northshore Motor Leasing LLC Greenvale NY 11548- US Ref: Repayment of Loan Trn: 3808922318Es YOUR REF: CML OF 22/11/14 | 25,000.00 |
| **Total** | | **$33,150.00** |

## Withdrawals and Debits

| *Ledger Date* | *Description* | *Amount* |
|---|---|---|
| 11/22 | Online Domestic Wire Transfer A/C: Ally Bank Sandy UT 84070-4207 US Ref: Ally Pittsburgh 004 Trn: 3451392326Es YOUR REF: CML OF 22/11/22 | $67,982.60 |
| 11/23 | Online Domestic Wire Transfer A/C: Ally Bank Sandy UT 84070-4207 US Ref: Ally Pittsburgh 004 Trn: 3122722327Es YOUR REF: CML OF 22/11/23 | 6,379.56 |
| **Total** | | **$74,362.16** |

* Annual Percentage Yield Earned - the percentage rate earned if balances remain on deposit for a full year with compounding, no change in the interest rate and all interest rate and all interest is left in the account.

Please examine this statement of account at once. By continuing to use the account, you agree that: (1) the account is subject to the Bank's deposit account agreement, and (2) the Bank has no responsibility for any error in or improper charge to the account (including any unauthorized or altered check) unless you notify us in writing of this error or charge within sixty days of the mailing or availability of the first statement on which the error or charge appears.

CHASE

November 01, 2022 through November 30, 2022

**Account Number:** 000000139335779

## Checks Paid

| Check | Date Paid | Amount | Check | Date Paid | Amount | Check | Date Paid | Amount |
|---|---|---|---|---|---|---|---|---|
| 38 | 11/14 | $25,276.65 | 41* | 11/15 | $3,937.80 | 43 | 11/14 | $32,294.42 |
| 39 | 11/16 | $21,237.92 | 42 | 11/15 | $7,859.64 | | | |

**Total 5 check(s) $90,606.43**

* indicates gap in sequence

## Daily Balance

| Date | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|
| 11/03 | $164,024.02 | 11/16 | $98,417.59 |
| 11/14 | $131,452.95 | 11/22 | $30,434.99 |
| 11/15 | $119,655.51 | 11/23 | $24,055.43 |

Your service charges, fees and earnings credit have been calculated through account analysis.