EXHIBIT "39"

2598 HEROLD MOTOR CARS 12/21/2021

| | | | | |
|---|---|---|---|---|
| 1001A | HEROLD | 2598 | 31000.00CR | HEROLD MOTOR CARS |
| 1350 | N2086 | N2086 | 31000.00 | 013790 |

19228 B_MCBW_A2

NORTHSHORE MOTOR LEASING LLC
180 Michael Dr
Syosset, NY 11791

CHASE NEW MAIN
, 00100-1891

12/21/2021 2598

$ 31,000.00

*Pay Thirty-One Thousand, Dollars and no/Cents*

**HEROLD MOTOR CARS**
**2690 SUNRISE HWY**
**BELLMORE, NY 11710**

** Accounting Copy **
*NON-NEGOTIABLE*
**Issued By: Daniel Osullivan**
**Issue Date: 12/21/21**

Control Number Inquiry

Control N2086 Account* Date Balance -5639.30

| Opt | Account | Jrn | Date | Document | Reference | Amount |
|---|---|---|---|---|---|---|
| | 1280 | GJE | 5/04/22 | 050422ALY | 050422ALY | -1836.80 |
| | | Account | 1280 | | Total: | .00 |
| | 1350 | CDH | 12/21/21 | 2598 | N2086 | 31000.00 |
| | 1350 | CDH | 3/04/22 | 3066 | 3066 | 325.00 |
| | 1350 | VSU | 3/05/22 | N2086 | N2086 | -31325.00 |
| | | Account | 1350 | | Total: | .00 |
| | 2010 | EFT | 1/07/22 | 010722ALY | 010722ALY | -31657.50 |
| | 2010 | EFT | 3/07/22 | 030722ALY | 030722ALY | 31657.50 |
| | | Account | 2010 | | Total: | .00 |
| | 2150 | VSU | 3/05/22 | N2086 | N2086 | -3124.44 |
| | 2150 | EFT | 3/25/22 | EFT032522 | EFT032522 | 3124.44 |
| | | Account | 2150 | | Total: | .00 |
| | 2300 | CDH | 2/28/22 | 2997 | N2086 | 5700.00 |
| | 2300 | BTD | 2/28/22 | DP022822 | NASEER | -2000.00 |
| | 2300 | BTD | 2/28/22 | DP022822 | NASEER | -4000.00 |

Book 80% = 31657.50

Book 100% = 39571.87

Deal

Business Office
FERNANDEZ, NURQUIS
500 W 176 ST APT57, NEW YORK, NY, 10033
Home: 9-293-9712 Cell:

Stock # N2086
U 17 AUDI Q7

Buyer
Trades
PDI
Disclosur
Recap
Summary
Commiss
Forms

**Recap Information**

| | | | | | |
|---|---|---|---|---|---|
| | Vehicle Price | 32,705.00 | | CL Comm. | |
| | Accessories | | | A&H Comm. | |
| | Cost | 31,325.00 | | | |
| | Holdback | | | GAP Comm. | |
| | | | | PDI Comm. | |
| 1 | Accessories Cost | | 6 | Buy Rate | 7.840 |
| 2 | Adds to Cost | | 7 | Reserve *O | 1,836.80 |
| | Total Cost | 31,325.00 | | | |
| | | | 8 | AMO (Back) | |
| | Trade | 2,000.00 | 9 | Service Contract | 2,013.00 |
| 3 | ACV | 2,000.00 | | Total F&I | 3,849.80 |
| | Over/Under | | | | |
| 4 | Pack | | 10 | Incentive | |
| 5 | AMO (Front) | | 11 | AMO (House) | |
| | Comm. Gross | 1,380.00 | | House Gross | 5,229.80 |

Function

Exit Cancel

2765 HEROLD MOTOR CARS 1/25/2022

| | | | | |
|---|---|---|---|---|
| 1001A | HEROLD | 2765 | 34000.00CR | HEROLD MOTOR CARS |
| 1350 | N2141 | N2141 | 34000.00 | PURCHASE 133995 |

19228 B_MCBW_A2

NORTHSHORE MOTOR LEASING LLC
180 Michael Dr

Syosset, NY 11791

CHASE NEW MAIN

. 00100-1891

1/25/2022 2765

$ 34,000.00

*Pay Thirty-Four Thousand, Dollars and no/Cents*

HEROLD MOTOR CARS
2690 SUNRISE HWY
BELLMORE, NY 11710

** Accounting Copy **
*NON-NEGOTIABLE*
**Issued By: Daniel Osullivan**

**Issue Date: 1/25/22**

Control Number Inquiry

Control N2141 Account* Date Balance -2721.01

| Opt | Account | Jrn | Date | Document | Reference | Amount |
|---|---|---|---|---|---|---|
| | | Account 1280 | | | Total: | .00 |
| | 1350 | PVU | 1/25/22 | N2141 | 133995 | 1200.01 |
| | 1350 | CDH | 1/25/22 | 2765 | N2141 | 34000.00 |
| | 1350 | VSU | 3/08/22 | N2141 | N2141 | -35200.01 |
| | 1350 | VSU | 3/08/22 | N2141 | N2141 | -1720.00 |
| | 1350 | GJE | 5/29/22 | 052922JON | 052922JON | 1720.00 |
| | | Account 1350 | | | Total: | .00 |
| | 2010 | EFT | 1/26/22 | 012622ALY | 012622ALY | -35302.50 |
| | 2010 | EFT | 3/25/22 | 032522ALY | 032522ALY | 35302.50 |
| | | Account 2010 | | | Total: | .00 |
| | 2101 | PVU | 1/25/22 | N2141 | 133995 | -1000.00 |
| | | Account 2101 | | | Total: | -1000.00 |
| | 2103 | PVU | 1/25/22 | N2141 | 133995 | -200.00 |
| | 2103 | GJE | 8/24/22 | 082422COR | 082422COR | 200.00 |
| | | Account 2103 | | | Total: | .00 |

Book 80% = 35302.50

100% = 44128.12

Deal

Buyer

Trades

PDI

Disclosure

Recap

Summary

Commissions

Forms

## Business Office

**VENTIMIGLIA, FRANK**

83 RONKONKOMA BLVD, CENTEREACH, NY, 11720
**Home:** 631-495-5600 **Cell:**
**Email:**
**County:** SUFFOLK

Stock # N2141
U 19 MERCEDES-BENZ GLC
WDC0G4KBXKV133995

Deal Information — Deal Status: **CAPPED**

Retail | Lease

| | | | |
|---|---|---|---|
| List: | Rebate: | AMO$/Opt: | Sale Date: 03/16/22 |
| Price: 39779.00 | APR: 14.760 | Insurance: | Deliver: 03/16/22 |
| Down: | Term: 72 Days: 30 | Accessories: | First Payment: 04/15/22 |
| Trade: 20700.00 | Tax: 1929.32 | Serv Cont: 3290.00 | Lender: CAPITAL ONE AUTO FINANCE |
| Payoff: 12440.00 | Tax Group: SUFFOLK COUNTY | Fee$/Lender: 362.00 | Discount: |
| Function: | Payment/Options: 779.66 M | | |

Other / Salespeople

| | | | |
|---|---|---|---|
| Odometer: 36620 | Permit#/Exp: | Salesperson1: 999 | F&I Manager: 997 |
| Trade Desc: N2141A 18 NISSAN ROGUE SPORT | | Salesperson2: | Sales Manager: |
| PDI: STATE FARM | | | |

CG878FI2350WP3229 999 37100X32A000

Exit Cancel

| 2766 | HEROLD MOTOR CARS | | | 1/25/2022 |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 1001A | HEROLD | 2766 | 27000.00CR | HEROLD MOTOR CARS |
| 1350 | N2142 | N2142 | 27000.00 | PURCHASE V93810 |

19228 B_MCBW_A2

NORTHSHORE MOTOR LEASING LLC
180 Michael Dr

Syosset, NY 11791

CHASE NEW MAIN

, 00100-1891

1/25/2022 2766

$ 27,000.00

*Pay Twenty-Seven Thousand, Dollars and no/Cents*

**HEROLD MOTOR CARS**
**2690 SUNRISE HWY**
**BELLMORE, NY 11710**

** Accounting Copy **
*NON-NEGOTIABLE*
**Issued By: Daniel Osullivan**

**Issue Date: 1/25/22**

Control Number Inquiry

Control N2142 Account* Date Balance -10213.54

| Opt | Account | Jrn | Date | Document | Reference | Amount |
|---|---|---|---|---|---|---|
| | 1030 | VSU | 2/05/22 | N2142 | N2142 | 33851.40 |
| | 1030 | EFT | 2/10/22 | 021022CAP | FERNANDEZ | -33851.40 |
| | | Account | 1030 | | Total: | .00 |
| | 1280 | VSU | 2/05/22 | N2142 | N2142 | 1015.54 |
| | 1280 | GJE | 3/21/22 | GJE032122 | GJE032122 | -1015.54 |
| | | Account | 1280 | | Total: | .00 |
| | 1350 | PVU | 1/25/22 | N2142 | N2142 | 1200.00 |
| | 1350 | CDH | 1/25/22 | 2766 | N2142 | 27000.00 |
| | 1350 | VSU | 2/05/22 | N2142 | N2142 | -28200.00 |
| | | Account | 1350 | | Total: | .00 |
| | 2010 | EFT | 1/26/22 | 012622ALY | 012622ALY | -29092.50 |
| | 2010 | EFT | 2/16/22 | 021622ALY | 021622ALY | 29092.50 |
| | | Account | 2010 | | Total: | .00 |
| | 2103 | PVU | 1/25/22 | N2142 | N2142 | -200.00 |
| | 2103 | GJE | 8/24/22 | 082422COR | 082422COR | 200.00 |

Book 80% = 29092.50

Book 100% = 36365.62

Deal
Buyer
Trades
PDI
Disclosure
Recap
Summary
Commissions
Forms

## Business Office

**FERNANDEZ, JACINTO**
422 EISENHOWER DRIVE, CARLISLE, PA, 17013
**Home:** 551-234-7809 **Cell:**
**Email:**
**County:** CUMBERLAND

**Stock #** N2142
**U 16 JAGUAR XJL PORTFOLIO**
**SAJWJ2GD4G8V93810**

Deal Information — Deal Status: **CAPPED**

**Retail** | **Lease**

| | | | |
|---|---|---|---|
| **List** | **Rebate** | **AMO$/Opt** | **Sale Date** 02/05/22 |
| **Price** 32250.00 | **APR** 9.500 | **Insurance** | **Deliver** 02/05/22 |
| **Down** 5000.00 | **Term** 72 **Days** 30 | **Accessories** | **First Payment** 03/07/22 |
| **Trade** | **Tax** 2174.40 | **Serv Cont** 3990.00 | **Lender** CAPITAL ONE AUTO FINANCE |
| **Payoff** | **Tax Group** PENNSYLVANIA SAL | **Fee$/Lender** 437.00 | **Discount** |
| **Function** | **Payment/Options** 618.62 M | | |

Other / Salespeople

| | | | |
|---|---|---|---|
| **Odometer** 60147 | **Permit#/Exp** | **Salesperson1** RR | **F&I Manager** 103 |
| **Trade Desc** | | **Salesperson2** | **Sales Manager** |
| **PDI** GEICO | | | |
| CG5050FI2902WP7952 | | RR | 33851X40A000 |

Exit Cancel

3043 HEROLD MOTOR CARS 3/03/2022

| | | | | |
|---|---|---|---|---|
| 1001A | HEROLD | 3043 | 27500.00CR | HEROLD MOTOR CARS |
| 1350 | N2242 | N2242 | 27500.00 | PURCHASE 408503 |

19228 B_MCBW_A2

NORTHSHORE MOTOR LEASING LLC
180 Michael Dr

Syosset, NY 11791

CHASE NEW MAIN

, 00100-1891

3/03/2022 3043

$ 27,500.00

*Pay Twenty-Seven Thousand, Five Hundred Dollars and no/Cents*

**HEROLD MOTOR CARS**
**2690 SUNRISE HWY**
**BELLMORE, NY 11710**

** Accounting Copy **
*NON-NEGOTIABLE*
**Issued By: Daniel Osullivan**

**Issue Date: 3/03/22**

Control Number Inquiry

Control N2242 Account* Date Balance -6860.96

| Opt | Account | Jrn | Date | Document | Reference | Amount |
|---|---|---|---|---|---|---|
| | | | Account 1030 | | Total: | .00 |
| | 1280 | VSU | 4/16/22 | N2242 | N2242 | 855.96 |
| | 1280 | GJE | 5/29/22 | 052922TRA | COLE | -855.96 |
| | | | Account 1280 | | Total: | .00 |
| | 1350 | PVU | 3/03/22 | N2242 | 408503 | 1200.00 |
| | 1350 | CDH | 3/03/22 | 3043 | N2242 | 27500.00 |
| | 1350 | VSU | 4/16/22 | N2242 | N2242 | -28700.00 |
| | | | Account 1350 | | Total: | .00 |
| | 2010 | EFT | 3/03/22 | 030322ALY | 030322ALY | -27562.50 |
| | 2010 | EFT | 3/18/22 | 031822ALY | 031822ALY | 27562.50 |
| | | | Account 2010 | | Total: | .00 |
| | 2101 | PVU | 3/03/22 | N2242 | 408503 | -1000.00 |
| | | | Account 2101 | | Total: | -1000.00 |
| | 2103 | PVU | 3/03/22 | N2242 | 408503 | -200.00 |
| | 2103 | GJE | 8/24/22 | 082422COR | 082422COR | 200.00 |

Book 80% = 27562.50

Book 100% = 34452.50

Deal

Business Office
COLE, KIANA
82 BEAVER SPUR, MORICHES, NY, 11955
Home: 631-294-8262 Cell:

Stock # N2242
U 18 MERCEDES-BENZ C-CLAS

Buyer
Trades
PDI
Disclosur
Recap
Summary
Commiss
Forms

**Recap Information**

| | | | | | | |
|---|---|---|---|---|---|---|
| | Vehicle Price | 30,890.00 | | CL Comm. | | |
| | Accessories | | | A&H Comm. | | |
| | Cost | 28,700.00 | | | | |
| | Holdback | | | GAP Comm. | | |
| | | | | PDI Comm. | | |
| 1 | Accessories Cost | | 6 | Buy Rate | | |
| 2 | Adds to Cost | | 7 | Reserve | *O | 855.96 |
| | Total Cost | 28,700.00 | | | | |
| | | | 8 | AMO (Back) | | |
| | Trade | 6,300.00 | 9 | Service Contract | | 2,393.00 |
| 3 | ACV | 6,300.00 | | Total F&I | | 3,248.96 |
| | Over/Under | | | | | |
| 4 | Pack | | 10 | Incentive | | |
| 5 | AMO (Front) | | 11 | AMO (House) | | |
| | Comm. Gross | 2,190.00 | | House Gross | | 5,438.96 |

Function

Exit Cancel

3044 HEROLD MOTOR CARS 3/03/2022

| | | | | |
|---|---|---|---|---|
| 1001A | HEROLD | 3044 | 59500.00CR | HEROLD MOTOR CARS |
| 1350 | N2241 | N2241 | 59500.00 | PURCHASE 135729 |

19228 B_MCBW_A2

NORTHSHORE MOTOR LEASING LLC
180 Michael Dr
Syosset, NY 11791

CHASE NEW MAIN
, 00100-1891

3/03/2022 3044

$ 59,500.00

*Pay Fifty-Nine Thousand, Five Hundred Dollars and no/Cents*

HEROLD MOTOR CARS
2690 SUNRISE HWY
BELLMORE, NY 11710

** Accounting Copy **
*NON-NEGOTIABLE*
Issued By: Daniel Osullivan
Issue Date: 3/03/22

Control Number Inquiry

Control N2241 Account* Date Balance -1000.00

| Opt | Account | Jrn | Date | Document | Reference | Amount |
|---|---|---|---|---|---|---|
| | 1110C | VSU | 3/24/22 | N2241 | N2241 | 60700.00 |
| | 1110C | BTD | 3/24/22 | DP032422A | DP032422A | -60700.00 |
| | | Account | 1110C | | Total: | .00 |
| | 1350 | PVU | 3/03/22 | N2241 | 135729 | 1200.00 |
| | 1350 | CDH | 3/03/22 | 3044 | N2241 | 59500.00 |
| | 1350 | VSU | 3/24/22 | N2241 | N2241 | -60700.00 |
| | | Account | 1350 | | Total: | .00 |
| | 2010 | EFT | 3/03/22 | 030322ALY | 030322ALY | -62752.50 |
| | 2010 | EFT | 4/04/22 | 040422ALY | 040422ALY | 62752.50 |
| | | Account | 2010 | | Total: | .00 |
| | 2101 | PVU | 3/03/22 | N2241 | 135729 | -1000.00 |
| | | Account | 2101 | | Total: | -1000.00 |
| | 2103 | PVU | 3/03/22 | N2241 | 135729 | -200.00 |
| | 2103 | GJE | 8/24/22 | 082422COR | 082422COR | 200.00 |
| | | Account | 2103 | | Total: | .00 |

Book 80% = 62752.50

Book 100% = 78440.62

Deal
Buyer
Trades
PDI
Disclosure
Recap
Summary
Commissions
Forms

## Business Office

**MCCOWN, LATARI**
425 EASTERN STREET, NEW HAVEN, CT, 06513
**Home:** 203-988-9790 **Cell:**
**Email:**
**County:**

**Stock #** S0700
U 19 MERCEDES-BENZ GLE
4JGED6EB1KA135729

Deal Information Deal Status: **Capped**

Retail | Lease

| | | | |
|---|---|---|---|
| List: | | AMO$/Opt: | Sale Date: 03/23/22 |
| Price: 61390.00 | APR: 6.890 | Insurance: | Deliver: 03/23/22 |
| Down: 10000.00 | Term: 72 Days: | Accessories: | First Payment: 03/23/22 |
| Trade: | Tax: 5580.64 | Serv Cont: 4500.00 | Lender: ALLY BANK |
| Payoff: | Tax Group: Connecticut State | Fee$/Lender: 507.00 | Discount: |
| Function: | Payment/Options: 1047.34 M | | |

Other / Salespeople

| | | | |
|---|---|---|---|
| Odometer: 48090 | Permit#/Exp: | Salesperson1: IS | F&I Manager: FV1 |
| Trade Desc: | | Salesperson2: | Sales Manager: |
| PDI: STATE FARM | | | |

CG<110>FI5591WP5481 IS 61977X64A000

Exit Cancel

Deal

Business Office
MCCOWN, LATARI
425 EASTERN STREET, NEW HAVEN, CT, 06513
Home: 203-988-9790 Cell:

Stock # S0700
U 19 MERCEDES-BENZ GLE

Buyer
Trades
PDI
Disclosur
Recap
Summary
Commiss
Forms

**Recap Information**

| | | | | | |
|---|---|---|---|---|---|
| | Vehicle Price | 61,390.00 | | CL Comm. | |
| | Accessories | | | A&H Comm. | |
| | Cost | 60,700.00 | | | |
| | Holdback | | | GAP Comm. | |
| | | | | PDI Comm. | |
| 1 | Accessories Cost | | 6 | Buy Rate | 4.890 |
| 2 | Adds to Cost | 800.00 | 7 | Reserve *O | 2,700.95 |
| | Total Cost | 61,500.00 | | | |
| | | | 8 | AMO (Back) | |
| | Trade | | 9 | Service Contract | 2,891.00 |
| 3 | ACV | | | Total F&I | 5,591.95 |
| | Over/Under | | | | |
| 4 | Pack | | 10 | Incentive | |
| 5 | AMO (Front) | | 11 | AMO (House) | |
| | Comm. Gross | -110.00 | | House Gross | 5,481.95 |

Function

Exit Cancel