EXHIBIT "40"

**From:** **Wendy Kwun** wendy@islandautogroup.com
**Subject:** 2019 Maserati Levante - N2742
**Date:** October 27, 2022 at 1:07 PM
**To:** anthony deo anthonyd@northshoremotors1.com, Josh Aaronson josh@islandautogroup.com

Anthony,

You assigned new plates to your son's car on 9/17/2022 and the temporary registration will expire on 11/1/2022.

I'd like to know when to expect the $67,076.30 payment for the vehicle.
The vehicle registration is currently on hold until full payment is received.



Deal
Buyer
Trades
PDI
Disclosure
Recap
Summary
Commissions
Forms

**Business Office**
**DEO, SARA / DEO, ANTHONY**

Home: Cell:
Email:
County:

Stock # N2742
U 19 MASERATI LEVANTE
ZN661YUSXKX320243

Deal Information — Deal Status: ACCEPTED

Retail | Lease

| | | | |
|---|---|---|---|
| List: | Rebate: | AMO$/Opt: | Sale Date: 09/26/22 |
| Price: 58222.00 | APR: | Insurance: | Deliver: 09/26/22 |
| Down: 10000.00 | Term: 1 Days: | Accessories: | First Payment: 09/26/22 |
| Trade: | Tax: 5287.30 | Serv Cont: 3080.00 | Lender: Cash Sale--Retail |
| Payoff: | Tax Group: NASSAU | Fee$/Lender: 487.00 | Discount: |
| Function: | Payment/Options: 57076.30 M | | |

Other / Salespeople

| | | | |
|---|---|---|---|
| Odometer: 36114 | Permit#/Exp: | Salesperson1: 999 | F&I Manager: 997 |
| Trade Desc: | | Salesperson2: | Sales Manager: |
| PDI: | | | |

CG<2493>FI1000WP<1493> 999 57076X30A060

Save Exit Cancel

Thank you.

Best Regards,

*Wendy Kwun*
*Island Auto Group*
*wendy@islandautogroup.com*
*Office: 718-979-0934 X 146*