EXHIBIT “44”

**From:** Puccio, Robert
**Sent:** Tuesday, March 07, 2023 6:04 PM EST
**To:** Codispodo, Stephen <SCodispodo@flushingbank.com>
**Subject:** Northshore Motor Numerated loans
**Attachment(s):** "NorthShore Motor Leasing P&L 2022.pdf"

Hi Stephen,

Please see attached Full Year 2022 P&L for Northshore Motor. Once approved I will get the 4506c and open the DDA.

Please let me know if you need anything else.

Thanks
Rob

***"The highest compliment I can receive is a referral to your family, friends and business associates."***

**Robert V. Puccio**
Vice President
Business Banking Group
Flushing Bank
99 Park Avenue – Suite 820
New York, NY 10016
Phone: 646-923-9539
Cellular: 516-707-8922
Email: rpuccio@flushingbank.com
www.FlushingBank.com

in Robert V. Puccio

---

**From:** Codispodo, Stephen <SCodispodo@flushingbank.com>
**Sent:** Thursday, March 2, 2023 11:33 AM
**To:** Puccio, Robert <RPuccio@flushingbank.com>
**Subject:** Numerated loans

Hello Rob,

Just wanted to touch base about your loans in que.

-Abrams Gorelick: waiting on DDA, being as though they only had a MM account with us I believe we need 4506 forms for them as well please
- Pub Concepts: Any word on this yet? Jerry mentioned they might be withdrawing their request.
-Northshore: we spoke yesterday about the documents needed to continue so we are good here

Thank you

**Stephen Codispodo**
Credit Analyst
Flushing Bank
220 RXR Plaza
Uniondale NY, 11556
Office:718-512-2910 Ex.2910
Cell: 516-587-7415
SCodispodo@Flushingbank.com

**NorthShore Motor Leasing LLC**
**Profit and Loss Statement for the Year ending 12/31/2022**

| | | YTD 12/31/2022 |
|---|---|---|
| Used Car Retail (Non Certified) | $ | 14,909,919 |
| Used Car Wholesale | $ | 10,716,373 |
| **Total Sales** | **$** | **25,626,292** |
| Cost of Goods Sold | $ | 22,377,983 |
| **Vehicle Gross** | **$** | **3,248,308** |
| Comm & Incent - Salespersons | $ | 175,772 |
| Comm & Incent - F&I | $ | 301,231 |
| Free Service/Maint & Policy | $ | 30,616 |
| Salaries - Salespersons | $ | 272,011 |
| Salaries - Other | $ | 166,000 |
| Interest - Floor Plan | $ | 193,105 |
| Promotion | $ | 112,948 |
| Service Loaners | $ | 542 |
| **Total Selling Expense** | **$** | **1,252,225** |
| **Adjusted Selling Gross** | **$** | **1,996,084** |
| Sal - Gen. Mgr. | $ | 409,742 |
| Salaries - Adm. | $ | 117,807 |
| Employee Benefit | $ | 26,222 |
| Payroll Taxes | $ | 67,858 |
| Rent | $ | 383,447 |
| Utilities | $ | 35,846 |
| Telephone | $ | 7,083 |
| Insurance | $ | 24,794 |
| Office Supplies | $ | 12,328 |
| Professional & Service Fees | $ | 490,491 |
| Data Processing | $ | 103,753 |
| **Total Fixed** | **$** | **1,679,370** |
| **Operating Profit** | **$** | **316,713** |
| Other Income | $ | 35,735 |
| Documentation Fees | $ | 75,394 |
| **Net Profit After Tax** | **$** | **427,843** |