**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

----------------------------------------------------------------X

SUPERB MOTORS INC., TEAM AUTO SALES LLC, ROBERT ANTHONY URRUTIA, 189 SUNRISE HWY AUTO LLC, NORTHSHORE MOTOR LEASING, LLC, BRIAN CHABRIER, JOSHUA AARONSON, JORY BARON, ASAD KHAN, IRIS BARON REPRESENTATIVE OF THE ESTATE OF DAVID BARON, 1581 HYLAN BLVD AUTO LLC, 1580 HYLAN BLVD AUTO LLC, 1591 HYLAN BLVD AUTO LLC, 1632 HYLAN BLVD AUTO LLC, 1239 HYLAN BLVD AUTO LLC, 2519 HYLAN BLVD AUTO LLC, 76 FISK STREET REALTY LLC, 446 ROUTE 23 AUTO LLC and ISLAND AUTO MANAGEMENT, LLC,

Case No. 2:23-cv-6188(JMW)

**NOTICE OF MOTION**
**FOR SUMMARY JUDGMENT**

Plaintiffs,

v.

ANTHONY DEO, SARAH DEO, HARRY THOMASSON, DWIGHT BLANKENSHIP, MARC MERCKLING, MICHAEL LAURIE, THOMAS JONES, CPA, CAR BUYERS NYC INC., GOLD COAST CARS OF SYOSSET LLC, GOLD COST CARS OF SUNRISE LLC, GOLD COAST MOTORS AUTOMOTIVE GROUP LLC, GOLD COAST MOTORS OF LIC LLC, GOLD COAST MOTORS OF ROSLYN LLC, GOLD COAST MOTORS OF SMITHTOWN LLC, UEA PREMIER MOTORS CORP., DLA CAPITAL PARTNERS INC., JONES, LITTLE & CO., CPA'S LLP, LIBERTAS, LIBERTAS FUNDING LLC, J.P. MORGAN CHASE BANK, N.A., 189 SUNRISE HWY AUTO LLC, AND NORTHSHORE MOTOR LEASING, LLC,

Defendants.

---------------------------------------------------------------------X

PLEASE TAKE NOTICFE that upon this Notice of Motion, the Declaration of Jeffrey S. Cianciulli, Esquire dated September 4, 2026, Libertas Funding LLC's Rule 56.1. Statement of Undisputed Material Facts dated June 1, 2026 and all exhibits attached thereto (ECF No. 520), and the accompanying Memorandum of Law and all pleadings filed and proceedings had in the above-

captioned actions, defendant Libertas Funding LLC ("Libertas") will move before the Court, before the Honorable James M. Wicks of the United States District Court, Easter District of New York, 100 Federal Plaza, Central Islip, New York 17722, for an order granting Libertas's motion for summary judgment pursuant to Fed.R.Civ.P. 56, and for such other relief as the Court deems just and property.

Dated: September 4, 2026

Respectfully Submitted,

WEIR LLP

By: /s/ Bonnie R. Golub

Bonnie R. Golub, Esquire
1330 Avenue of the Americas, 23rd Floor
New York, NY 10019
(917) 475-8885
*bgolub@weirlawllp.com*
*Attorneys for Libertas Funding LLC*