**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

SUPERB MOTORS INC., TEAM AUTO SALES LLC, ROBERT ANTHONY URRUTIA, 189 SUNRISE HWY AUTO LLC, NORTHSHORE MOTOR LEASING, LLC, BRIAN CHABRIER, JOSHUA AARONSON, JORY BARON, ASAD KHAN, IRIS BARON REPRESENTATIVE OF THE ESTATE OF DAVID BARON, 1581 HYLAN BLVD AUTO LLC, 1580 HYLAN BLVD AUTO LLC, 1591 HYLAN BLVD AUTO LLC, 1632 HYLAN BLVD AUTO LLC, 1239 HYLAN BLVD AUTO LLC, 2519 HYLAN BLVD AUTO LLC, 76 FISK STREET REALTY LLC, 446 ROUTE 23 AUTO LLC and ISLAND AUTO MANAGEMENT, LLC,

Case No. 2:23-cv-6188(JMW)

Plaintiffs,

v.

ANTHONY DEO, SARAH DEO, HARRY THOMASSON, DWIGHT BLANKENSHIP, MARC MERCKLING, MICHAEL LAURIE, THOMAS JONES, CPA, CAR BUYERS NYC INC., GOLD COAST CARS OF SYOSSET LLC, GOLD COST CARS OF SUNRISE LLC, GOLD COAST MOTORS AUTOMOTIVE GROUP LLC, GOLD COAST MOTORS OF LIC LLC, GOLD COAST MOTORS OF ROSLYN LLC, GOLD COAST MOTORS OF SMITHTOWN LLC, UEA PREMIER MOTORS CORP., DLA CAPITAL PARTNERS INC., JONES, LITTLE & CO., CPA'S LLP, LIBERTAS, LIBERTAS FUNDING LLC, J.P. MORGAN CHASE BANK, N.A., 189 SUNRISE HWY AUTO LLC, AND NORTHSHORE MOTOR LEASING, LLC,

Defendants.

-----------------------------------------------------------------------X

**DECLARATION OF JEFFREY S. CIANCIULLI, ESQUIRE IN SUPPORT OF LIBERTAS FUNDING LLC'S MOTION FOR SUMMARY JUDGMENT**

Jeffrey S. Cianciulli, Esquire, declares, pursuant to 28 U.S.C. §1746, as follows:

1. I am a partner with Weir LLP, which is counsel to Libertas Funding LLC ("Libertas") in this case, and I am fully familiar with the facts and circumstances of this case. Bonnie R. Golub, Esquire of Weir LLP is counsel of record for Libertas in this case.

2. A true and correct copy of that certain Agreement for Sale of Future Receipts dated November 15, 2022 is attached hereto as Exhibit A.

3. Relevant portions of the Deposition Transcript of Anthony Deo dated January 12, 2026 and February 13, 2026 are attached hereto as Exhibit B.

4. A redacted copy of Northshore Motor Leasing, LLC's 2021 tax return is attached hereto as Exhibit C.

5. A redacted copy of 189 Sunrise Hwy Auto LLC's 2021 tax return is attached hereto as Exhibit D.

6. Relevant portions of the Deposition Transcript of Joshua Aaronson dated January 7, 2026 are attached hereto as Exhibit E.

I declare under penalty of perjury that the foregoing is true and correct.

Date: September 4, 2026

*/s/ Jeffrey S. Cianciulli*
Jeffrey S. Cianciulli, Esquire