# EXHIBIT E

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------x
SUPERB MOTORS INC., TEAM AUTO SALES LLC, ROBERT ANTHONY URRUTIA, 189 SUNRISE HIGHWAY AUTO LLC, NORTHSHORE MOTOR LEASING, LLC, BRIAN CHABRIER, JOSHUA AARONSON, JORY BARON, ASAD KHAN, IRIS BARON REPRESENTATIVE OF THE ESTATE OF DAVID BARON, 1581 HYLAN BLVD AUTO LLC, 1580 HYLAN BLVD AUTO LLC, 1591 HYLAN BLVD AUTO LLC, 1632 HYLAN BLVD AUTO LLC, 1239 HYLAN BLVD AUTO LLC, 2519 HYLAN BLVD AUTO LLC, 76 FISK STREET REALTY LLC, 446 ROUTE 23 AUTO LLC and ISLAND AUTO MANAGEMENT, LLC,

Plaintiffs, Case No. 2:23-cv-6188 (JMW)COUNTY

- against -

ANTHONY DEO, SARAH DEO, HARRY THOMASSON, DWIGHT BLANKENSHIP, MARC MERCKLING, MICHAEL LAURIE, THOMAS JONES, CPA, CAR BUYERS NYC INC., GOLD COAST CARS OF SYOSSET LLC, GOLD COAST CARS OF SUNRISE LLC, GOLD COAST MOTORS AUTOMOTIVE GROUP LLC, GOLD COAST MOTORS OF LIC LLC, GOLD COAST MOTORS OF ROSLYN LLC, GOLD COAST MOTORS OF SMITHTOWN LLC, UEA PREMIER MOTORS CORP., DLA CAPITAL PARTNERS INC., JONES, LITTLE & CO., CPA'S LLP, FLUSHING BANK, LIBERTAS FUNDING LLC, J.P. MORGAN CHASE BANK, N.A., 189 SUNRISE HWY AUTO LLC, and NORTHSHORE MOTOR LEASING, LLC,

Defendants.
------------------------------------------x

Zoom Deposition

January 7, 2026
10:07 a.m.

Deposition of Plaintiff, JOSHUA AARONSON, pursuant to Court Order and Notice, before Diana Mitchell, a Notary Public of the State of New York.

Q When was the first time you saw this email?
A I'm not sure.
Q Is it likely that you would have seen it on or about the date of the email which is October 5th of '22?
A October 5th --
MR. SHANKS: Objection as to form, just because you used "likely." You could ask him if he saw it then.
Q Do you know if you saw it then?
A I'm not sure, no.
Q And is it possible that you saw it then?
A Yes, it is possible.
Q But you have seen this before today certainly, yes?
A No, not that I remember.
Q Okay.
This next email on October 6, do you have a memory of seeing this email before today?

A No, I do not.

Q Were there discussions at that time in September and October of 2022 between you and Anthony Deo regarding the tax returns for Northshore Motors?

A Not that -- I don't remember.

Q I just want to clarify your answer, Mr. Aaronson, because you kind of said two things there. Is your answer that you don't remember whether there were discussions between you and Anthony Deo in the fall of 2022 over tax returns; is that your answer?

A The answer is I don't remember.

Q Okay.

Is it possible that there were discussions between you two in the fall of 2022 over tax returns?

A Yes.

Q Since the fall of 2022, have you or anyone at your direction filed any tax documents of any type for Northshore

Motors or 189 Sunrise Highway?
A I don't believe so.
Q How long before the fall of 2022 did you stop filing tax documents for those two businesses?
A I'm not -- I wasn't involved in one of those businesses, so I have no idea.
Q What about with Northshore, was there any time prior to 2022 that you stopped filing tax documents for that business?
A I'm not 100 percent sure, but yes, there was a time that we stopped.
Q Why did you stop filing tax documents for Northshore Motors?
A I would imagine it was because I had an understanding with Anthony that he was going to take over the business if he filled -- completed some obligations, such as paying off all the cars, transferring the motor vehicle, which I asked him, you know, a few times, "Anthony, when are you transferring your

motor vehicle?" and he was eventually supposed to get ownership of these businesses.

Q Here is the heading on an email from Josh Aaronson to Wendy Kwun that cc's Ellen Kera, Thomas Jones, Anthony Deo, do you see that heading?

A I do, yes.

Q Do you see here at the top of page 5 of this exhibit that you wrote to Wendy Kwun, "Good morning, Wendy, Approved. Thank you, Josh." Do you see that you wrote that?

A I do, yes.

Q Do you remember the last time you saw this email?

A No.

Q What was it you were approving, do you know?

A I'm not sure. I would have to see the...

Q Okay.

And here is that email that she sent you that says, "Good morning,

Josh, Below is an email from Tom Jones, Anthony's CPA, requesting information to amend the 189 Sunrise 2021 tax return. Attached is a copy of return filed by Citrin Cooperman. Please let me know if you approve of this request."

A Okay.

Q Is that what you were approving?

A It appears so, yes.

Q Do you have any memory of it?

A No, not the email for sure, no.

Q But at some point in time you approved these tax returns for Northshore and 189 Sunrise that happened to list the Deos as the owners of those two corporations, right?

A To me it was an accounting thing, so I -- I -- I -- yes, so the answer is yes.

Q So as an accounting thing, you approved those tax returns listing the Deos as the owners of those two

businesses, right?

A Yeah, I mean, I don't have -- I don't have a right to do anything. There were other partners in the Northshore Motors' business, so I don't have a right to even answer for Northshore Motors other than I was representing my mother-in-law.

But for 189 Sunrise, I know that there were obligations that had to be refilled -- fulfilled by Anthony that were never done.

MO MR. THOMASSON: I move to strike as nonresponsive.

Q My question to you, Mr. Aaronson --

MR. THOMASSON: Diana, could you read my last question to him again, please?

(Record read.)

Q Yes or no, Mr. Aaronson, is that correct?

A Yes.

Q Thank you.

A You're welcome.
Q Do you know if you have ever seen the 2021 federal tax return for Northshore Motor Leasing LLC?
A I don't believe so.
Q If it was attached to those emails, would you have opened them?
A Not necessarily, no.
Q But would it be fair to say that you don't remember opening them?
A Yes.
Q So looking at it now, does this refresh your memory as to whether or not you have ever seen the first page of the 2021 US tax return for Northshore Motor leasing?
A No, I don't remember ever opening it, no.
Q But it's possible you opened it; is that correct?
A It is possible.
Q And is it fair to say that you are not an accountant?
A Yes, fair to say.

Q How would you describe your knowledge of accounting?
A I don't know what basis you're asking off of, but I'm not an accountant.
Q Do you have any knowledge of any accounting principles?
A Minimal, I would say. I don't know levels so I can't compare. I don't know what levels you're referencing, and I'm not trying to be difficult, I don't understand the question.
Q Okay.
Do you see the top of this page 8 of the exhibit, it's listed on the top left corner as Schedule B-1, do you see that?
A I do, yes.
Q Do you see in the middle of the page under Part II, it indicates that Anthony Deo is the 99 percent owner of Northshore Motor Leasing, do you see that?

emails? For tax return purposes only, but that's what they indicate, right?

A Yes, yes, yes.

(Defendants' Exhibit S, Nassau County Police Department Case Report, deemed marked for identification.)

Q Do you have Exhibit S on your screen, Mr. Aaronson?

A I do.

Q Can you see that this is a report regarding a larceny to the Nassau County Police Department?

A Yes.

Q Did you have occasion during late November of 2022 to speak to the police about $735,000 that was taken from an account, did you have an occasion where you spoke to the police about that?

A I got a phone call from what I believe was a police officer, yes.

Q And had you caused $735,000 to be taken from an account at that time?

A Yes.

coming from the estate?

A I'm not sure where it came from. I'm not sure where it came from, exactly which accounts of hers were used to pay back the debt, so I don't know.

Q Well, if I told you that it didn't come from her personally, according to her testimony, would you have any reason to think that that would have been incorrect?

A No.

Q Have I ever harmed you at all, Mr. Aaronson?

A In what capacity? I'm sorry.

Q In any capacity, have I ever caused you harm?

A Yes.

Q Okay, how did I cause you harm?

A You know, I wanted the money that was taken, the $735,000 that was then given back to you to be held in escrow, and you chose to give it back to Anthony Deo, which caused me a lot of

harm.

Q Okay, so we're going to set that issue aside.

Did I ever cause you any harm, other than that?

A No, I never seen you before.

Q Right.

I didn't work at Northshore, did I?

A Not that I'm aware of.

Q I didn't work at 189 Sunrise, that you are aware of, did I?

MR. SHANKS: Objection as to "work," because I think you had an office there, no?

MR. THOMASSON: At 189 Sunrise? I'll thank you again, Mr. Shanks, to not feed your client answers.

MR. SHANKS: I'm asking you.

MR. THOMASSON: I never had an office in either of those buildings, if that will make you feel better.