**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

----------------------------------------------------------------------X

SUPERB MOTORS INC., TEAM AUTO SALES LLC, ROBERT ANTHONY URRUTIA, 189 SUNRISE HWY AUTO LLC, NORTHSHORE MOTOR LEASING, LLC, BRIAN CHABRIER, JOSHUA AARONSON, JORY BARON, ASAD KHAN, IRIS BARON REPRESENTATIVE OF THE ESTATE OF DAVID BARON, 1581 HYLAN BLVD AUTO LLC, 1580 HYLAN BLVD AUTO LLC, 1591 HYLAN BLVD AUTO LLC, 1632 HYLAN BLVD AUTO LLC, 1239 HYLAN BLVD AUTO LLC, 2519 HYLAN BLVD AUTO LLC, 76 FISK STREET REALTY LLC, 446 ROUTE 23 AUTO LLC and ISLAND AUTO MANAGEMENT, LLC,

Plaintiffs,

v.

ANTHONY DEO, SARAH DEO, HARRY THOMASSON, DWIGHT BLANKENSHIP, MARC MERCKLING, MICHAEL LAURIE, THOMAS JONES, CPA, CAR BUYERS NYC INC., GOLD COAST CARS OF SYOSSET LLC, GOLD COAST CARS OF SUNRISE LLC, GOLD COAST MOTORS AUTOMOTIVE GROUP LLC, GOLD COAST MOTORS OF LIC LLC, GOLD COAST MOTORS OF ROSLYN LLC, GOLD COAST MOTORS OF SMITHTOWN LLC, UEA PREMIER MOTORS CORP., DLA CAPITAL PARTNERS INC., JONES, LITTLE & CO., CPA'S LLP, FLUSHING BANK, LIBERTAS FUNDING LLC, J.P. MORGAN CHASE BANK, N.A., 189 SUNRISE HWY AUTO LLC, AND NORTHSHORE MOTOR LEASING, LLC,

Defendants.

----------------------------------------------------------------------X

Case No. 2:23-cv-6188 (JMW)

**NOTICE OF MOTION**
**FOR SUMMARY JUDGMENT**

PLEASE TAKE NOTICE that upon this Notice of Motion; Memorandum of Law and any exhibits annexed thereto; the Moving Defendants' Statement of Undisputed Material Facts pursuant to Local Civil Rule 56.1, dated June 1, 2026, and all exhibits attached thereto (ECF No. 521-1); the accompanying Memorandum of Law; and all pleadings filed and proceedings had in

the above-captioned action, defendants Anthony Deo, Sarah Deo, Harry Thomasson, Dwight Blankenship, Marc Merckling, Michael Laurie, Car Buyers NYC Inc., Gold Coast Cars of Syosset LLC, Gold Coast Cars of Sunrise LLC, Gold Coast Motors Automotive Group LLC, Gold Coast Motors of LIC LLC, Gold Coast Motors of Roslyn LLC, Gold Coast Motors of Smithtown LLC, UEA Premier Motors Corp., DLA Capital Partners Inc., Northshore Motor Leasing, LLC, and 189 Sunrise Hwy Auto LLC (together, the "Moving Defendants") will move this Court, before the Honorable James M. Wicks, U.S.M.J., at the United States District Court for the Eastern District of New York, 100 Federal Plaza, Central Islip, New York 11722, at a date and time to be determined by the Court, for an Order, pursuant to Fed. R. Civ. P. 56: (a) granting summary judgment dismissing the Third Amended Complaint (ECF No. 316) as against each of the Moving Defendants; or, in the alternative, (b) granting summary judgment dismissing all claims against every Moving Defendant except Anthony Deo, dismissing Counts 1 through 9, 12 through 19, and 24 through 28 as against Anthony Deo, and granting partial summary judgment pursuant to Fed. R. Civ. P. 56(g) excluding the damages categories identified in Point VI of the accompanying Memorandum of Law; together with such other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to the briefing schedule approved by the Court, answering papers, if any, are to be served in accordance with that schedule.

Dated: Mineola, New York
September 4, 2026

Respectfully submitted,

Marwaha Law Group, PLLC

By: /s/ Nipun Marwaha
Nipun Marwaha, Esq.
1539 Franklin Ave., Suite 201
Mineola, NY 11501
(516) 988-8866

Nipun@MarwahaLaw.com
*Attorneys for the Moving Defendants other than Harry Thomasson*

HARRY R. THOMASSON, ESQ.

By: /s/ Harry R. Thomasson
Harry R. Thomasson, Esq.
3280 Sunrise Highway, Box 112
Wantagh, New York 11793
516-557-5459
HRTATTY@verizon.net
*Defendant Pro Se*