UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

SUPERB MOTORS INC., TEAM AUTO SALES LLC, ROBERT ANTHONY URRUTIA, 189 SUNRISE HWY AUTO LLC, NORTHSHORE MOTOR LEASING, LLC, BRIAN CHABRIER, JOSHUA AARONSON, JORY BARON, ASAD KHAN, IRIS BARON REPRESENTATIVE OF THE ESTATE OF DAVID BARON, 1581 HYLAN BLVD AUTO LLC, 1580 HYLAN BLVD AUTO LLC, 1591 HYLAN BLVD AUTO LLC, 1632 HYLAN BLVD AUTO LLC, 1239 HYLAN BLVD AUTO LLC, 2519 HYLAN BLVD AUTO LLC, 76 FISK STREET REALTY LLC, 446 ROUTE 23 AUTO LLC and ISLAND AUTO MANAGEMENT, LLC,

Plaintiffs,

-against-

ANTHONY DEO, SARAH DEO, HARRY THOMASSON, DWIGHT BLANKENSHIP, MARC MERCKLING, MICHAEL LAURIE, THOMAS JONES, CPA, CAR BUYERS NYC INC., GOLD COAST CARS OF SYOSSET LLC, GOLD COAST CARS OF SUNRISE LLC, GOLD COAST MOTORS AUTOMOTIVE GROUP LLC, GOLD COAST MOTORS OF LIC LLC, GOLD COAST MOTORS OF ROSLYN LLC, GOLD COAST MOTORS OF SMITHTOWN LLC, UEA PREMIER MOTORS CORP., DLA CAPITAL PARTNERS INC., JONES, LITTLE & CO., CPA'S LLP, FLUSHING BANK, LIBERTAS FUNDING LLC, J.P. MORGAN CHASE BANK, N.A., 189 SUNRISE HWY AUTO LLC, and NORTHSHORE MOTOR LEASING, LLC

Defendants.

---------------------------------------------------------------------X

**Case No.: 2:23-cv-6188 (JMW)**

**DECLARATION IN SUPPORT**

Jeffrey C. Ruderman, Esq. declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

1. I am admitted to practice before this Court and am a partner in Cyruli Shanks & Zizmor LLP, attorneys for the "IAG Plaintiffs", being all Plaintiffs in the above referenced matter other than the "Superb Plaintiffs" (being Superb Motors Inc., Team Auto Sales LLC, and Robert Anthony Urrutia). Superb Plaintiffs are represented by Sage Legal LLC. (the IAG Plaintiffs and Superb Plaintiffs, collectively "Plaintiffs").

2. As such, I am familiar with all the facts and circumstances heretofore had herein based upon my personal knowledge and a review of the file maintained by this office.

3. A true and accurate copy of Defendant Anthony Deo's deposition transcript dated February 13, 2026 is annexed hereto as **Exhibit 48**.

4. See **Ex. 2 DMV Application.**

5. See **Ex. 29 Inconsistent Ownership Documents**

**6. See Ex. 19 Libertas Agreement**

**7. See Ex. 20 Demand Letter to Libertas.**

8. Concerning Libertas, Thomasson claimed to be the attorney for Northshore, Sunrise, and Deo.

9. The letter was emailed to Deo that same day.

10. Thomason claimed to be the attorney for Northshore.

11. Attached hereto as **Exhibit 49** is Thomasson's deposition dated March 4, 2026.

12. Because the IAG Plaintiffs had paid off all of the deficiencies due to Ally by Deo's actions, Ally no longer had assets to protect with the lien.

13. Attached hereto as Exhibit 50 is Flushing Northshore Bank Statement.

14. Deo granted Flushing a UCC-lien on all of Northshore's assets without authorization.

15. I declare under penalty of perjury that the foregoing is true and correct. Executed on September 4, 2026.

*/s/ Jeffrey C. Ruderman, Esq.*
Jeffrey C. Ruderman, Esq.