EXHIBIT "50"

FLUSHING Bank

# STATEMENT of ACCOUNT

800.581.2889 (855.540.2274 TTY/TDD)

NORTHSHORE MOTOR LEASING LLC
180 MICHAEL DR
SYOSSET NY 11791-5328

Statement Begin Date: 03/17/2023
Statement End Date: 03/31/2023
Account Number: 9990228362

Printable Version Save as PDF

COMPLETE BUSINESS CHECKING [redacted]8362

Download: OFX QIF CSV

All Transactions by Date

| Date | Description | Withdrawal / Debit (-) | Deposit / Credit (+) | Balance |
|---|---|---|---|---|
| 03/16 | Balance Forward | | | $0.00 |
| 03/17 | Deposit | | $0.00 | $0.00 |
| 03/20 | CAR BUYERS NYC I SENDER | | $2,000.00 | $2,000.00 |
| 03/22 | Origination Fee#500209-Northshor | $1,500.00- | | $500.00 |
| 03/22 | Advance#500209-Northshore Motor | | $500,000.00 | $500,500.00 |
| 03/22 | BnfBk ABA 021000089<br>BnfBk Nm CITIBANK, N.A.<br>Bnf Acct# [redacted]7047<br>Bnf Name DLA CAPITAL PARTNERS I<br>Bnf Addr1<br>Bnf Addr2<br>Ref# 2023032200000189 | $50,000.00- | | $450,500.00 |
| 03/22 | Wire Transfer Fee | $30.00- | | $450,470.00 |
| 03/22 | BnfBk ABA 026009593<br>BnfBk Nm BANK OF AMERICA, N.A.,<br>Bnf Acct# [redacted]9499<br>Bnf Name CAR BUYERS NYC INC.<br>Bnf Addr1<br>Bnf Addr2<br>Ref# 2023032200000190 | $50,000.00- | | $400,470.00 |
| 03/22 | Wire Transfer Fee | $30.00- | | $400,440.00 |
| 03/27 | BnfBk ABA 026009593<br>BnfBk Nm BANK OF AMERICA, N.A.,<br>Bnf Acct# [redacted]9499<br>Bnf Name CAR BUYERS NYC INC.<br>Bnf Addr1<br>Bnf Addr2<br>Ref# 2023032700000199 | $85,700.00- | | $314,740.00 |
| 03/27 | Wire Transfer Fee | $30.00- | | $314,710.00 |

Interest Rate Summary

| Date | Rate |
|---|---|
| | 0.00% |

Account Summary

Previous Statement Date: 03/16/2023

FLUSHING07269

EXHIBIT
DEO 55

| Beginning Balance + | Deposits + | Interest Paid | Withdrawals - | Service Charge = | Ending Balance |
| --- | --- | --- | --- | --- | --- |
| $0.00 | $502,000.00 | $0.00 | $187,200.00 | $90.00 | $314,710.00 |

Avg Stmt Available Bal $238,650.00

Minimum Balance $0.00

## Summary of Deposit Accounts

| TYPE OF ACCOUNT | ACCOUNT | BALANCE | INT-RATE% | YTD-INT | YTD-PENALTY | MATURITY |
| --- | --- | --- | --- | --- | --- | --- |
| Checking | [redacted]8362 | $314,710.00 | 0.00000% | $0.00 | | |

**Take advantage of this great rate! A Flushing Bank 15 Month Consumer CD is now earning 4.60% APY (Annual Percentage Yield). With a minimum deposit of $1,000 you can start earning one of the most competitive rates around. A penalty may be imposed for early withdrawal on CDs. Rate is effective as of 1/27/23 and is subject to change without notice. Open a 15 Month Flushing Bank Consumer CD today and start earning more!**

FLUSHING Bank

# STATEMENT of ACCOUNT

800.581.2889 (855.540.2274 TTY/TDD)

NORTHSHORE MOTOR LEASING LLC
180 MICHAEL DR
SYOSSET NY 11791-5328

Statement Begin Date: 04/01/2023
Statement End Date: 04/30/2023
Account Number: [redacted]8362

Printable Version Save as PDF

CASH MANAGEMENT [redacted]8362

Download: OFX QIF CSV

All Transactions by Date

| Date | Description | Withdrawal / Debit (-) | Deposit / Credit (+) | Balance |
|---|---|---|---|---|
| 03/31 | Balance Forward | | | $314,710.00 |
| 04/03 | PAYMENT TO LOAN : CL XXXXXX0209 | $9,752.78- | | $304,957.22 |
| 04/05 | HARLAND CLARKE CHK ORDER | $14.21- | | $304,943.01 |
| 04/06 | BnfBk ABA 026009593<br>BnfBk Nm BANK OF AMERICA, N.A.,<br>Bnf Acct# [redacted]9499<br>Bnf Name CAR BUYERS NYC INC.<br>Bnf Addr1<br>Bnf Addr2<br>Ref# 2023040600000198 | $75,700.00- | | $229,243.01 |
| 04/13 | BnfBk ABA 026009593<br>BnfBk Nm BANK OF AMERICA, N.A.,<br>Bnf Acct# [redacted]9499<br>Bnf Name CAR BUYERS NYC INC<br>Bnf Addr1 180 Michael Dr<br>Bnf Addr2 SYOSSET NY 11791<br>Ref# 2023041300000111 | $500.00- | | $228,743.01 |
| 04/17 | BnfBk ABA 026009593<br>BnfBk Nm BANK OF AMERICA, N.A.,<br>Bnf Acct# [redacted]9499<br>Bnf Name CAR BUYERS NYC INC<br>Bnf Addr1 180 Michael Dr<br>Bnf Addr2 SYOSSET NY 11791<br>Ref# 2023041700000064 | $25,000.00- | | $203,743.01 |
| 04/25 | BnfBk ABA 026009593<br>BnfBk Nm BANK OF AMERICA, N.A.,<br>Bnf Acct# [redacted]9499<br>Bnf Name CAR BUYERS NYC INC<br>Bnf Addr1 180 Michael Dr<br>Bnf Addr2 SYOSSET NY 11791<br>Ref# 2023042500000060 | $25,000.00- | | $178,743.01 |
| 04/27 | BnfBk ABA 026009593<br>BnfBk Nm BANK OF AMERICA, N.A.,<br>Bnf Acct# [redacted]9499<br>Bnf Name CAR BUYERS NYC INC<br>Bnf Addr1 180 Michael Dr<br>Bnf Addr2 SYOSSET NY 11791<br>Ref# 2023042700000191 | $40,000.00- | | $138,743.01 |

Interest Rate Summary

| Date | Rate |
|---|---|
| | 0.00% |

## Account Summary

Previous Statement Date: 03/31/2023

| Beginning Balance + | Deposits + | Interest Paid - | Withdrawals - | Service Charge = | Ending Balance |
|---|---|---|---|---|---|
| $314,710.00 | $0.00 | $0.00 | $175,966.99 | $0.00 | $138,743.01 |

Avg Stmt Available Bal $220,211.75

Minimum Balance $138,743.01

## Summary of Deposit Accounts

| TYPE OF ACCOUNT | ACCOUNT | BALANCE | INT-RATE% | YTD-INT | YTD-PENALTY | MATURITY |
|---|---|---|---|---|---|---|
| Checking | [redacted]3362 | $138,743.01 | 0.00000% | $0.00 | | |

**Updated Account Terms and Conditions**
**are now available on the Flushing Bank website.**
**Please visit FlushingBank.com.**

FLUSHING Bank

# STATEMENT of ACCOUNT

800.581.2889 (855.540.2274 TTY/TDD)

NORTHSHORE MOTOR LEASING LLC
180 MICHAEL DR
SYOSSET NY 11791-5328

Statement Begin Date: 05/01/2023
Statement End Date: 05/31/2023
Account Number: [redacted]8362

Printable Version Save as PDF

CASH MANAGEMENT [redacted]8362

Download: OFX QIF CSV

View Check Images

Reconcile

All Transactions by Date

| Date | Description | Withdrawal / Debit (-) | Deposit / Credit (+) | Balance |
|---|---|---|---|---|
| 04/30 | Balance Forward | | | $138,743.01 |
| 05/01 | PAYMENT TO LOAN : CL XXXXXX0209 | $9,752.78- | | $128,990.23 |
| 05/02 | TRNSFER FRM CK XXXXXXXX9766 | | $35,000.00 | $163,990.23 |
| 05/02 | BnfBk ABA 026009593<br>BnfBk Nm BANK OF AMERICA, N.A.,<br>Bnf Acct# [redacted]9499<br>Bnf Name CAR BUYERS NYC INC<br>Bnf Addr1 180 Michael Dr<br>Bnf Addr2 SYOSSET NY 11791<br>Ref# 2023050200000138 | $35,000.00- | | $128,990.23 |
| 05/08 | TRNSFER FRM CK XXXXXXXX4591 | | $60,000.00 | $188,990.23 |
| 05/08 | BnfBk ABA 026009593<br>BnfBk Nm BANK OF AMERICA, N.A.,<br>Bnf Acct# [redacted]9499<br>Bnf Name CAR BUYERS NYC INC<br>Bnf Addr1 180 Michael Dr<br>Bnf Addr2 SYOSSET NY 11791<br>Ref# 2023050800000203 | $60,000.00- | | $128,990.23 |
| 05/15 | TRNSFER FRM CK XXXXXXXX9766 | | $15,000.00 | $143,990.23 |
| 05/15 | BnfBk ABA 026009593<br>BnfBk Nm BANK OF AMERICA, N.A.,<br>Bnf Acct# [redacted]9499<br>Bnf Name CAR BUYERS NYC INC<br>Bnf Addr1 180 Michael Dr<br>Bnf Addr2 SYOSSET NY 11791<br>Ref# 2023051500000120 | $20,000.00- | | $123,990.23 |
| 05/15 | Check Number 1003 | $1,120.00- | | $122,870.23 |
| 05/15 | Check Number 1004 | $371.00- | | $122,499.23 |
| 05/15 | Check Number 1007 | $245.00- | | $122,254.23 |
| 05/15 | Check Number 1001 | $490.00- | | $121,764.23 |
| 05/15 | Check Number 1002 | $1,330.00- | | $120,434.23 |
| 05/15 | Check Number 1006 | $400.00- | | $120,034.23 |
| 05/16 | Check Number 1008 | $612.00- | | $119,422.23 |
| 05/16 | Check Number 1005 | $2,000.00- | | $117,422.23 |

| | | | | |
|---|---|---|---|---|
| 05/18 | Check Number 1010 | $2,000.00- | | $115,422.23 |
| 05/22 | Check Number 1009 | $224.00- | | $115,198.23 |
| 05/24 | TRNSFER FRM CK XXXXXXXX4591 | | $35,000.00 | $150,198.23 |
| 05/24 | BnfBk ABA 026009593<br>BnfBk Nm BANK OF AMERICA, N.A.,<br>Bnf Acct# [redacted]9499<br>Bnf Name CAR BUYERS NYC INC<br>Bnf Addr1 180 Michael Dr<br>Bnf Addr2 SYOSSET NY 11791<br>Ref# 2023052400000212 | $25,000.00- | | $125,198.23 |
| 05/29 | TRNSFER FRM CK XXXXXXXX9766 | | $20,000.00 | $145,198.23 |
| 05/29 | TRNSFER FRM CK XXXXXXXX4591 | | $20,000.00 | $165,198.23 |
| 05/30 | BnfBk ABA 026009593<br>BnfBk Nm BANK OF AMERICA, N.A.,<br>Bnf Acct# 483082609499<br>Bnf Name CAR BUYERS NYC INC<br>Bnf Addr1 180 Michael Dr<br>Bnf Addr2 SYOSSET NY 11791<br>Ref# 2023053000000074 | $40,000.00- | | $125,198.23 |
| 05/31 | TRNSFER FRM CK XXXXXXXX4591 | | $30,000.00 | $155,198.23 |
| 05/31 | BnfBk ABA 026013576<br>BnfBk Nm FLAGSTAR BANK, NA<br>Bnf Acct# [redacted]9552<br>Bnf Name northshore motors<br>Bnf Addr1 180 michael drive<br>Bnf Addr2 syosset ny 11791<br>Ref# 2023053100000054 | $30,000.00- | | $125,198.23 |
| 05/31 | TRNSFER FRM CK XXXXXXXX4591 | | $20,000.00 | $145,198.23 |
| 05/31 | BnfBk ABA 026009593<br>BnfBk Nm BANK OF AMERICA, N.A.,<br>Bnf Acct# [redacted]9499<br>Bnf Name CAR BUYERS NYC INC<br>Bnf Addr1 180 Michael Dr<br>Bnf Addr2 SYOSSET NY 11791<br>Ref# 2023053100000340 | $20,000.00- | | $125,198.23 |

## Checks in Order

| Date | Number | Amount | Date | Number | Amount |
|---|---|---|---|---|---|
| 05/15 | 1001 | $490.00 | 05/15 | 1007 | $245.00 |
| 05/15 | 1002 | $1,330.00 | 05/16 | 1008 | $612.00 |
| 05/15 | 1003 | $1,120.00 | 05/22 | 1009 | $224.00 |
| 05/15 | 1004 | $371.00 | 05/18 | 1010 | $2,000.00 |
| 05/16 | 1005 | $2,000.00 | | | |
| 05/15 | 1006 | $400.00 | | | |

* Check Numbers Missing

## Interest Rate Summary

| Date | Rate |
|---|---|
| | 0.00% |

## Account Summary

Previous Statement Date: 04/30/2023

| Beginning Balance + | Deposits + | Interest Paid - | Withdrawals - | Service Charge = | Ending Balance |
|---|---|---|---|---|---|
| $138,743.01 | $235,000.00 | $0.00 | $248,544.78 | $0.00 | $125,198.23 |