Citizens

Back to Account Summary

# Account Overview

**Account**

IOLTA Checking... *1019

Available Balance: [redacted]

**Paperless Settings:**

Statements: Enroll

**Transactions** Account Details Account Services

Filter

Export

**Transaction Type**

Select Transaction Type

**Amount Range**

$80,000.00

$90,000.00

**Download Statement**

**Time Frame**

On Date

**On Date**

08/26/2026

**Check Number Range**

From

To

Clear All

Apply

August 26, 2026

**Island Luxury Leasing And Sales,**
Domestic Wire Transfer
+$80,985.00

Show More

Citizens

**Company**

About Us

Careers

Community

**Help**

Contact Us

**Resources**

Branch Locator

**Get Mobile App**

About Our Ads Site Requirements Security & Legal Privacy Policy Privacy Rights Accessibility Share Your Feedback Co-Browse

Do Not Sell or Share My Personal Information

**Disclosures**

Online Terms and Conditions

Electronic Notice Disclosure and Consent

Account Documents

Member FDIC

Equal Housing Lender

Security, Privacy and Legal

**1. Citizens Paid Early®**

If you are a Citizens Personal Checking, Savings or Money Market account customer that has set up a direct deposit with a payor, you may be able to get that direct deposit up to two days early with Citizens Paid Early®. Whether a direct deposit is eligible for Paid Early is at our discretion and we cannot guarantee that you will always receive the Paid Early service.

Zelle and the Zelle related marks are wholly owned by Early Warning Services, LLC and are used herein under license.

[1]Based on Gusto customer count as of Oct. 2025.

*Securities, Insurance Products and Investment Advisory Services offered through Citizens Securities, Inc. ("CSI"). CSI is an SEC registered investment adviser and Member - FINRA and SIPC. One Citizens Bank Way, JCB135, Johnston, RI 02919. CSI is an affiliate of Citizens Bank, N.A.

Most balances reflect previous day market closing prices with up to a 20-minute delay from the time this webpage was last refreshed. However, depending on custodian or type of investment, balances may reflect real-time prices or 20-minute delayed prices during market hours. Information relating to accounts not held at CSI is presented as an accommodation and while drawn from sources believed to be reliable is not guaranteed as to accuracy or completeness. Such information should be independently confirmed by the account owner(s).

Information relating to accounts not held or custodied by National Financial Services (NFS) (Assets Held Away), CSI's clearing broker dealer, was provided to NFS by outside parties and is included for informational purposes only. These positions are not part of your brokerage account carried by NFS and therefore any SIPC account protection afforded your account through NFS does not cover these assets or prices reported. Neither NFS, CSI nor Citizens are responsible for the Assets Held Away information provided and does not guarantee the accuracy or timeliness of the positions or prices reported. Prices shown do not necessarily reflect the actual current market prices. Further information regarding these prices may be obtained by contacting CSI.

The investment products and financial strategies suggested herein are subject to investment risk, including possible loss of principal amount invested. Investment decisions should be based on each individual's goals, time horizon and tolerance for risk.

SpeciFi® is made available through CSI. Portfolio management services are sub-advised by SigFig Wealth Management, LLC ("SigFig"), an SEC registered investment adviser. SigFig is not an affiliate of CSI or Citizens Bank, N.A.

**Securities, Insurance Products and Investment Advisory Services are:**

NOT FDIC INSURED • NOT BANK GUARANTEED • MAY LOSE VALUE • NOT A DEPOSIT • NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY

©2026 Citizens Financial Group, Inc. All rights reserved. Citizens is a brand name of Citizens Bank, N.A.. Member FDIC.