# EXHIBIT A

SUPPLEMENTAL ASSIGNMENT OF OWNERSHIP AND/OR BILL OF SALE
Q-1 REV. 8-22

STATE OF CONNECTICUT
**DEPARTMENT OF MOTOR VEHICLES**

**INSTRUCTIONS FOR A VEHICLE:**

1. Complete Sections 1, 2, 3 and the *SIGNATURE AND CERTIFICATION BY SELLER(S) SECTION.*
2. This form can be used as a **BILL OF SALE** or to assign ownership when the assignment areas on the back of a **TITLE** are filled.
3. This form must be accompanied by the most recent **TITLE** issued for the vehicle.

**WARNING: Federal law requires that you state the mileage in connection with a transfer of ownership. Failure to complete the Odometer Disclosure Statement or providing a false statement may result in fines and/or imprisonment.**

## ASSIGNMENT OF OWNERSHIP

SELLER(S): The undersigned seller(s) hereby state(s) the vehicle described on this title was transferred to the buyer(s) specified below. BUYER(S): Do not sign below until all sections have been completed and signed by seller(s). Signing below indicates you are aware of the CONDITION STATEMENT and ODOMETER DISCLOSURE STATEMENT made by seller(s).

**SECTION 1** *Vehicle Information*

| TITLE NUMBER | | ISSUED BY THE STATE OF: |
|---|---|---|
| 181440 0714 | | OHIO |
| **MAKE / MODEL** | **YEAR** | **VEHICLE IDENTIFICATION NUMBER** |
| DODGE CHARGER | 2021 | 2C3CDXHG1MH505823 |

Was this vehicle at the time of sale in condition for legal operation on the highway(s) of this state? *(Only Dealers must respond to this question)* [X] **YES** [ ] **NO**

I state that, to the best of my knowledge and belief, the odometer reading specified below reflects the actual mileage, unless one of the following statements is checked:

ODOMETER READING *(No tenths)*: 045137

[ ] I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits. *(The odometer started at zero again.)*

[ ] I hereby certify that the odometer reading is not actual mileage. WARNING: ODOMETER DISCREPANCY

**SECTION 2** *Buyer(s)*

| NAME OF BUYER *(Please print)* | CHECK ONE IF CO-OWNED | NAME OF CO-BUYER *(Please print)* |
|---|---|---|
| Global Fleet Leasing, LLC | [ ] AND [ ] OR | |
| **ADDRESS OF BUYER(S)** | | **DEALER'S LIC. NO.** *(if dealer)* |
| 130 Lenox Ave. #16 Stamford, CT 06906 | | U9003 |
| **SIGNATURE OF BUYER(S)** *(Authorized official)* | **SIGNATURE OF CO-BUYER** *(Authorized official)* | **DATE SIGNED** |
| X [signature] | [signature] | 6/2/25 |

**SECTION 3** *Seller(s)*

| NAME OF SELLER(S) *(Please print)* | DATE SOLD |
|---|---|
| Team Imports, LLC | 6/2/25 |
| **ADDRESS OF SELLER(S)** *(Please print)* | **DEALER'S LIC. NO.** *(if dealer)* |
| 412 Newpark Ave Hartford, CT 06106 | N2754 |

## SIGNATURE AND CERTIFICATION BY SELLER(S)

I (we) declare under penalty of false statement that the information furnished above is true and complete to the best of my (our) knowledge and belief. The owner (seller) of this motor vehicle described above hereby transfers to the buyer the described motor vehicle in consideration of the amount (selling price) entered below, receipt hereby acknowledged.

| SIGNATURE OF SELLER(S) *(Or authorized official)* | PRINTED NAME OF SELLER(S) *(Authorized official)* | SELLING PRICE | DATE SIGNED |
|---|---|---|---|
| X [signature] | TONY URRUTIA | $ | 6/2/25 |

SUPPLEMENTAL ASSIGNMENT OF OWNERSHIP AND/OR BILL OF SALE
Q-1 REV. 8-22

STATE OF CONNECTICUT
DEPARTMENT OF MOTOR VEHICLES

INSTRUCTIONS FOR A VEHICLE:

1. Complete Sections 1, 2, 3 and the *SIGNATURE AND CERTIFICATION BY SELLER(S) SECTION.*
2. This form can be used as a **BILL OF SALE** or to assign ownership when the assignment areas on the back of a **TITLE** are filled.
3. This form must be accompanied by the most recent **TITLE** issued for the vehicle.

**WARNING: Federal law requires that you state the mileage in connection with a transfer of ownership. Failure to complete the Odometer Disclosure Statement or providing a false statement may result in fines and/or imprisonment.**

**ASSIGNMENT OF OWNERSHIP**

SELLER(S): The undersigned seller(s) hereby state(s) the vehicle described on this title was transferred to the buyer(s) specified below. BUYER(S): Do not sign below until all sections have been completed and signed by seller(s). Signing below indicates you are aware of the CONDITION STATEMENT and ODOMETER DISCLOSURE STATEMENT made by seller(s).

**SECTION 1** *Vehicle Information*

| | | | |
|---|---|---|---|
| TITLE NUMBER: 1814400714 | | ISSUED BY THE STATE OF: OH | |
| MAKE / MODEL: DODGE CHARGER | YEAR: 2021 | VEHICLE IDENTIFICATION NUMBER: 2C3CDXHGI | |

Was this vehicle at the time of sale in condition for legal operation on the highway(s) of this state? *(Only Dealers must respond to this question)* ☐ YES ☐ NO

I state that, to the best of my knowledge and belief, the odometer reading specified below reflects the actual mileage, unless one of the following statements is checked:

ODOMETER READING *(No tenths)*: 45138

☐ I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits. *(The odometer started at zero again.)*

☐ I hereby certify that the odometer reading is not actual mileage. WARNING: ODOMETER DISCREPANCY

**SECTION 2** *Buyer(s)*

| | | | |
|---|---|---|---|
| NAME OF BUYER(S): SHAMROCK MOTORS LLC | CHECK ONE IF CO-OWNED ☐ AND ☐ OR | NAME OF CO-BUYER *(Please print)* | |
| ADDRESS OF BUYER(S): 186 S. MAIN STREET, EAST WINDSOR, CT 06088, CT DLR #U7649 | | | DEALER'S LIC. NO. *(If dealer)* |
| SIGNATURE OF BUYER(S) *(Or authorized official)*: X [signature] | SIGNATURE OF CO-BUYER *(Authorized official)* | | DATE SIGNED |

**SECTION 3** *Seller(s)*

| | | |
|---|---|---|
| NAME OF SELLER(S) *(Please print)*: Global Fleet Leasing, LLC | | DATE SOLD: 6/18/25 |
| ADDRESS OF SELLER(S) *(Please print)*: 130 Lenox Ave. #16, Stamford, CT 06906 | | DEALER'S LIC. NO. *(If dealer)*: U9003 |

**SIGNATURE AND CERTIFICATION BY SELLER(S)**

I (we) declare under penalty of false statement that the information furnished above is true and complete to the best of my (our) knowledge and belief. The owner (seller) of this motor vehicle described above hereby transfers to the buyer the described motor vehicle in consideration of the amount (selling price) entered below, receipt hereby acknowledged.

| SIGNATURE OF SELLER(S) *(Authorized official)* | PRINTED NAME OF SELLER(S) *(Authorized official)* | SELLING PRICE | DATE SIGNED |
|---|---|---|---|
| X [signature] | Bob Kounby | $ | |

**SUPPLEMENTAL ASSIGNMENT OF OWNERSHIP AND/OR BILL OF SALE**
Q-1 REV. 1-25

STATE OF CONNECTICUT
**DEPARTMENT OF MOTOR VEHICLES**

**INSTRUCTIONS FOR A VEHICLE:**

1. Complete Sections 1, 2, 3 and the *SIGNATURE AND CERTIFICATION BY SELLER(S) SECTION.*
2. This form can be used as a **BILL OF SALE** or to assign ownership when the assignment areas on the back of a **TITLE** are filled.
3. This form must be accompanied by the most recent **TITLE** issued for the vehicle.

**WARNING: Federal law requires that you state the mileage in connection with a transfer of ownership. Failure to complete the Odometer Disclosure Statement or providing a false statement may result in fines and/or imprisonment.**

**ASSIGNMENT OF OWNERSHIP**

SELLER(S): The undersigned seller(s) hereby state(s) the vehicle described on this title was transferred to the buyer(s) specified below. BUYER(S): Do not sign below until all sections have been completed and signed by seller(s). Signing below indicates you are aware of the CONDITION STATEMENT and ODOMETER DISCLOSURE STATEMENT made by seller(s).

**SECTION 1** *Vehicle Information*

| | | |
|---|---|---|
| TITLE NUMBER: 1814400714 | | ISSUED BY THE STATE OF: OH |
| MAKE / MODEL: DODGE CHARGER | YEAR: 2021 | VEHICLE IDENTIFICATION NUMBER: 2C3CDXHG1MH505823 |

Was this vehicle at the time of sale in condition for legal operation on the highway(s) of this state? *(Only Dealers must respond to this question)* ☑ YES ☐ NO

I state that, to the best of my knowledge and belief, the odometer reading specified below reflects the actual mileage, unless one of the following statements is checked:

ODOMETER READING *(No tenths)*: 45138

☐ I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits. *(The odometer started at zero again.)*

☐ I hereby certify that the odometer reading is not actual mileage. WARNING: ODOMETER DISCREPANCY

**SECTION 2** *Buyer(s)*

| | | | |
|---|---|---|---|
| NAME OF BUYER *(Please print)*: Road Ready Used Cars Inc. | CHECK ONE IF CO-OWNED: ☐ AND ☐ OR | NAME OF CO-BUYER *(Please print)*: | |
| ADDRESS OF BUYER(S): 520 Main St, | Ansonia, CT 06401 | | DEALER'S LIC. NO. *(if dealer)*: U-8466 |
| SIGNATURE OF BUYER(S) *(Or authorized official)*: X [signature] | SIGNATURE OF CO-BUYER *(Authorized official)*: X | | DATE SIGNED: 6/18/25 |

**SECTION 3** *Seller(s)*

| | |
|---|---|
| NAME OF SELLER(S) *(Please print)*: SHAMROCK MOTORS LLC | DATE SOLD: 6/18/25 |
| ADDRESS OF SELLER(S) *(Please print)*: 186 SOUTH MAIN STREET, EAST WINDSOR, CT 06088 | DEALER'S LIC. NO. *(if dealer)*: U7649 |

**SIGNATURE AND CERTIFICATION BY SELLER(S)**

I (we) declare under penalty of false statement that the information furnished above is true and complete to the best of my (our) knowledge and belief. The owner (seller) of this motor vehicle described above hereby transfers to the buyer the described motor vehicle in consideration of the amount (selling price) entered below, receipt hereby acknowledged.

| | | | |
|---|---|---|---|
| SIGNATURE OF SELLER(S) *(Or authorized official)*: X [signature] | PRINTED NAME OF SELLER(S) *(Authorized official)*: KELSEY SELIG | SELLING PRICE: $ | DATE SIGNED: 6/18/25 |

**SUPPLEMENTAL ASSIGNMENT OF OWNERSHIP AND/OR BILL OF SALE**
Q-1 REV. 1-25

STATE OF CONNECTICUT
**DEPARTMENT OF MOTOR VEHICLES**

**INSTRUCTIONS FOR A VEHICLE:**

1. Complete Sections 1, 2, 3 and the *SIGNATURE AND CERTIFICATION BY SELLER(S) SECTION.*
2. This form can be used as a **BILL OF SALE** or to assign ownership when the assignment areas on the back of a **TITLE** are filled.
3. This form must be accompanied by the most recent **TITLE** issued for the vehicle.

**WARNING: Federal law requires that you state the mileage in connection with a transfer of ownership. Failure to complete the Odometer Disclosure Statement or providing a false statement may result in fines and/or imprisonment.**

**ASSIGNMENT OF OWNERSHIP**

SELLER(S): The undersigned seller(s) hereby state(s) the vehicle described on this title was transferred to the buyer(s) specified below. BUYER(S): Do not sign below until all sections have been completed and signed by seller(s). Signing below indicates you are aware of the CONDITION STATEMENT and ODOMETER DISCLOSURE STATEMENT made by seller(s).

**SECTION 1** *Vehicle Information*

| | | | |
|---|---|---|---|
| **TITLE NUMBER** 1814400714 | | | **ISSUED BY THE STATE OF:** OH |
| **MAKE / MODEL** DODGE | | **YEAR** 2021 | **VEHICLE IDENTIFICATION NUMBER** 2C3CDXHG1MH505823 |

Was this vehicle at the time of sale in condition for legal operation on the highway(s) of this state? *(Only Dealers must respond to this question)* ☑ YES ☐ NO

I state that, to the best of my knowledge and belief, the odometer reading specified below reflects the actual mileage, unless one of the following statements is checked:

**ODOMETER READING** *(No tenths)*: 45175

☐ I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits. *(The odometer started at zero again.)*

☐ I hereby certify that the odometer reading is not actual mileage. WARNING: ODOMETER DISCREPANCY

**SECTION 2** *Buyer(s)*

| | | | |
|---|---|---|---|
| **NAME OF BUYER** *(Please print)* SEGUNDO M LOZANO | **CHECK ONE IF CO-OWNED** ☐ AND ☐ OR | **NAME OF CO-BUYER** *(Please print)* | |
| **ADDRESS OF BUYER(S)** 20 DARIEN RD CARMEL, NY 10512 | | | **DEALER'S LIC. NO.** *(If dealer)* |
| **SIGNATURE OF BUYER(S)** *(Or authorized official)* X [signature] | **SIGNATURE OF CO-BUYER** *(Authorized official)* X | | **DATE SIGNED** 08/20/25 |

**SECTION 3** *Seller(s)*

| | |
|---|---|
| **NAME OF SELLER(S)** *(Please print)* ROAD READY USED CARS, INC. | **DATE SOLD** 08/20/25 |
| **ADDRESS OF SELLER(S)** *(Please print)* 520 522 MAIN ST 17 19 HENRY HEALY DR Ansonia, CT 06401 | **DEALER'S LIC. NO.** *(If dealer)* U8466 |

**SIGNATURE AND CERTIFICATION BY SELLER(S)**

I (we) declare under penalty of false statement that the information furnished above is true and complete to the best of my (our) knowledge and belief. The owner (seller) of this motor vehicle described above hereby transfers to the buyer the described motor vehicle in consideration of the amount (selling price) entered below, receipt hereby acknowledged.

| **SIGNATURE OF SELLER(S)** *(Or authorized official)* | **PRINTED NAME OF SELLER(S)** *(Authorized official)* | **SELLING PRICE** | **DATE SIGNED** |
|---|---|---|---|
| X [signature] | Amanda Saracino | $ 24,788.00 | 08/20/25 |

311326

HU1939

ISSUING COUNTY CUYAHOGA
ISSUING TITLE OFFICE # 1802
RESIDENT COUNTY SUMMIT

# STATE OF OHIO

ORIGINAL

TITLE No. 18 1440 0714
ISSUE DATE 06/24/2023

| IDENTIFICATION NUMBER | YEAR | MAKE | MAKE DESCRIPTION |
|---|---|---|---|
| 2C3CDXHG1MH505823 | 2021 | DODG | DODGE |
| CONVERSION | MILEAGE | BODY TYPE | MODEL DESCRIPTION |
| | 45,103 | 4D | CHARGER |
| EVIDENCE | MILEAGE NOTATION | | |
| CAN-REGISTRATION | ACTUAL | | |
| COMMENTS | PURCHASE PRICE | | TAX |
| REGISTRATION | $0.00 | | $0.00 |

NOTATION(S)

OWNER(S)
STE MARIE AUTOMOBILES LTEE

846 N CLEVELAND MASSILLON RD
BATH, OH 44333

PREVIOUS OWNER(S)
STE MARIE AUTOMOBILES LTEE

540 RUE NOTRE DAME
SAINT REMI, QC, CAN J0L2L0

THE GREAT SEAL OF THE STATE OF OHIO

FISCAL OFFICE CUYAHOGA COUNTY, OHIO

WITNESS MY HAND AND OFFICIAL SEAL THIS 24TH DAY OF JUNE, 2023

%222943750

%222943750

Michael Chambers

MICHAEL CHAMBERS
FISCAL OFFICER G EMP
EMP

ERASURES AND ALTERATIONS VOID THIS TITLE

ERASURES AND ALTERATIONS VOID THIS TITLE

TITLE DOCUMENT CONTAINS OHIO WATERMARK WHICH IS VISIBLE WHEN HELD TO LIGHT

BMV 3800 1/19 [760-1503]

ERASURES AND ALTERATIONS VOID THIS TITLE ASSIGNMENT. (Type or print in ink.)

ASSIGNME[illegible] (if applicable) [illegible] ement vehicle [illegible]

**WARNING TO TRANSFEROR AND TRANSFEREE (SELLER AND BUYER):** You are required by law to state the true selling price. A false statement is in violation of section 2921.13 of the Revised Code and is punishable by six months' imprisonment or a fine of up to one thousand dollars, or both. All transfers are audited by the department of taxation. The seller and buyer must provide any information requested by the department of taxation. The buyer may be assessed any additional tax found to be due.

Buyer(s) Printed Name(s) Superb Motors Inc.

Buyer(s) Printed Address 215 Northern Blvd., Great Neck, NY 11021

**I (we) certify** the vehicle/watercraft/outboard motor described in this title was transferred on 7 / 14 / 23 for the price of $ ______ to the above listed buyer(s).

**ODOMETER CERTIFICATION:** Federal and state laws require that you state the mileage in connection with transfer of ownership. Failure to complete or providing false information may result in fines and imprisonment.

**Odometer Reading:** 45,104 Miles (no tenths)
Thousands

**I (we) hereby certify** that to the best of my (our) knowledge:
**Check one** (Mileage status information will print on the front of the title)

- [x] The odometer reading reflects the actual mileage
- [ ] The odometer reading is in EXCESS of the mechanical limits
- [ ] The odometer reading is not the actual mileage (e.g., Broken odometer) - WARNING-ODOMETER DISCREPANCY
- [ ] Exempt from mileage disclosure (e.g., APV, Repossession, Inheritance)

Seller is a minor [ ] Yes [x] No If yes, BMV 3751 Form required

**I (we) warrant** the title to be free of all liens.

Shirley Bechtel
Seller's Printed Name

x S. Bechtel
Seller's Signature **(Must sign in front of Notary/Authorized Officer)**

Additional Seller's Printed Name (if applicable)

x
Additional Seller's Signature (if applicable) **(Must sign in front of Notary/Authorized Officer)**

846 N. Cleveland Massillon Rd
Seller's Printed Street Address

Bath, OH 44333
City State Zip

****Note** All applicable blank spaces above must be completed before acknowledgement by notary**

Commonwealth of Pennsylvania - Notary Seal
Sharon E. Tedys, Notary Public
Butler County
My commission expires January 29, 2027
Commission number 1255570
Member, Pennsylvania Association of Notaries

Sworn to and subscribed in my presence this 20 day of 7, 2023,

in ______ County, State of ______

x [signature]
Signature of Notary Public or other Authorized Officer by law

My commission expires

**BUYER'S ACKNOWLEDGEMENT OF ABOVE ODOMETER CERTIFICATION**

Yvonne McCoy
Buyer's Printed Name

x [signature]
Buyer's Signature

Co-Buyer's Printed Name (if applicable)

x
Co-Buyer's Signature (if applicable)

**APPLICATION FOR CERTIFICATE OF TITLE (Type or print in ink.)**

Check Type of Application(s): [ ] Motor Vehicle [ ] Memorandum [ ] Watercraft [ ] Outboard Motor [ ] Salvage

Applicant's Printed Name ______ SSN/EIN ______

Co-Applicant's Printed Name (if applicable) ______ SSN/EIN ______

Applicant's Printed Address ______
Street City State Zip County

Purchase Price $ ______ Gross Tax Due $ ______ Vendor's Discount $ ______ Tax Paid $ ______

If Tax Exempt, state reason ______ Dealer Permit # ______ Vendor # ______ Trade in $ ______

**LIEN INFORMATION:** If no lien, state "none." If more than one lien, attach statement of all additional liens.

Lienholder ______ E-Lien # ______

Lienholder Address ______

Condition of vehicle/watercraft/outboard motor (check only one) [ ] Good [ ] Fair [ ] Poor [ ] Wrecked Print Title [ ] Yes [ ] No

With Right of Survivorship [ ] Yes [ ] No Transfer on Death [ ] Yes [ ] No If yes, BMV 3811 Form required

Applicant is a minor [ ] Yes [ ] No If yes, provide Date of Birth ___/___/___ and BMV 3751 Form required

**I (we) state that all information contained in this application is true and correct.**

x
Applicant's Signature **(Must sign in front of Notary/Authorized Officer)**

x
Co-Applicant's Signature (if applicable) **(Must sign in front of Notary/Authorized Officer)**

****Note** All applicable blank spaces above must be completed before acknowledgement by notary**

Seal

Sworn to and subscribed in my presence this ______ day of ______, 20____,

in ______ County, State of ______

x
Signature of Notary Public or other Authorized Officer by law

My commission expires

To be completed by Seller and signed in front of Notary/Authorized Officer

Notary/Authorized Officer

To be completed by Applicant/Buyer and signed in front of Notary/Authorized Officer

Notary/Authorized Officer

LATE FEE OF $5.00 FOR FAILURE TO APPLY FOR TITLE WITHIN 30 DAYS OF ASSIGNMENT.

# REASSIGNMENT OF CERTIFICATE OF OWNERSHIP BY LICENSED NEW JERSEY MOTOR VEHICLE DEALER

(This form must be accompanied by a properly assigned title.)

FEE: $10.00 The undersigned does hereby sell, assign or transfer unto

TT1735674

**Buyer's Name** (Print) Team Imports LLC

Buyer's Driver's License, Corpcode Number

412 New park Ave Hartford CT 06106

Buyer's Address (Print)

Co-Buyer's Name (Print)

Co-Buyer's Driver's License, Corpcode Number

Co-Buyer's Address (Print)

the following described vehicle, Dodge (Make) Charger (Model) 21 (Year)

Sedan (Vehicle Type) 2C3CDXHG1MH505823 (Vehicle Identification Number)

and warrants title to the said motor vehicle and certifies that same is subject to the following security agreement or lien:

**Lienholder's Name** (Print)

Lienholder's Driver's License, Corpcode Number

Lienholder's Address (Print)

Date of Sale

**ODOMETER - DEALER'S STATEMENT**

NOTE: FEDERAL LAW requires that you state the mileage upon transfer of ownership. Failure to complete this disclosure or providing false information may result in fines and/or imprisonment.

I/We state that the odometer now reads 45109 (do not show tenths of a mile) and to the best of my/our knowledge that reflects the actual mileage of the vehicle described on the attached certificate of ownership, unless one of the following statements is checked:

___ (1) I/We hereby certify that to the best of my/our knowledge the odometer has exceeded its mechanical limits and the reading started again at zero.

___ (2) WARNING-ODOMETER DISCREPANCY-I/We hereby certify that the odometer reading is NOT the actual mileage, and should not be relied upon for accuracy.

NOTE: New Jersey law provides that anyone who knowingly or willfully misrepresents the description of a vehicle or makes a false statement in any title papers, forges, changes or counterfeits a part of title papers, or uses title papers on or for the wrong motor vehicle is guilty of a misdemeanor.

Sale Price ______ Net Sale ______ Sales Tax Collected ______ Exemption ______ Date of Sale ______

**Dealer's Signature** [signature] 00871N (Dealer's ID Number)

Dealer's Name (Hand Print) Team Auto Group Dealership Name Volkswagen of freehold

4360 US RT 9

Dealer's Address (Print)

Auction Name / Location Freehold, NJ 07728 MVC Auction ID

**STATEMENT OF BUYER**

I/We, the undersigned, hereby certify that the motor vehicle described above was purchased by me/us and I/we have compared the vehicle identification number shown on this certificate with that of the motor vehicle purchased and found that they agree in every particular.

**BUYER NOTE:** Any purchaser other than a N.J. licensed dealer is required to present these documents after assignment to the N.J. Motor Vehicle Commission within 10 days. Failure to do so will result in a penalty of $25.00 which will be in addition to the filing fee for a new certificate of ownership.

Buyer's Signature X [signature] Co-Buyer's Signature X

Buyer's Name (Hand Print) Aliyah Bennett Co-Buyer's Name (Hand Print)

ISM/SS-344 (R5/18) ALTERATIONS OR ERASURES WILL VOID THIS CERTIFICATE ● AFFIX SALES TAX STAMP ON REVERSE SIDE.

STATE OF NEW JERSEY MOTOR VEHICLE COMMISSION

# VOLKSWAGEN OF FREEHOLD

4360 US RTE 9
FREEHOLD, NJ

Please note that Team Auto Group and Volkswagen of Freehold are one and the same. The business names may be seen being used interchangably on title documents, etc.

Thank you,

BVB

☐ Salvage
MV-907A No. ______

New York State Department of Motor Vehicles
## WHOLESALE CERTIFICATE OF SALE RECEIPT
### No. EW36314792023

### VEHICLE INFORMATION:

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|---|---|---|---|---|---|---|---|---|---|
| 2021 | DODGE | CHARGER | SEDN | WH | N/A | 4073 | F | 6 | 5 |

| Vehicle Identification Number | Lien(s) | Dealer/Transporter Plate Loaned |
|---|---|---|
| 2C3CDXHG1MH505823 | 0 | N/A |

### DEALER INFORMATION

SUPERB MOTORS INC, 215 NORTHERN BLVD, GREAT NECK, NY, 11021, Nassau

| PURCHASER INFORMATION | Date of Sale |
|---|---|
| VOLKSWAGEN OF FREEHOLD, 4360 US RT 9, FREEHOLD, NJ, 07728 | 10-05-2023 |

| PRIOR OWNER INFORMATION | Date of Purchase |
|---|---|
| STE-MARIE AUTO LTEE, 846 N CLVND MASS RD, BATH, OH, 44333, Out Of State Title (1814400714) | 07-14-2023 |

### ODOMETER DISCLOSURE STATEMENT
Federal and state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage, may result in fines and/or imprisonment.

☒ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. **WARNING: ODOMETER DISCREPANCY.**"

| ODOMETER READING | | | | | | |
|---|---|---|---|---|---|---|
| 0 | 0 | 4 | 5 | 1 | 0 | 4 |

(no tenths)

Check your odometer reading at: verifiny.com/check — Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

### DEALER CERTIFICATION
*I certify* that the vehicle described above was sold to the purchaser on the date indicated. False statements made on this certificate are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - SIGN name in full | PRINT name in full | Date | Seller's Facility No. |
|---|---|---|---|
| [signature] | SUPERB MOTORS INC | 10·5·23 | 7128150 |

### PURCHASER CONFIRMATION
Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check
By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - SIGN name in full | PRINT name in full | Date | Purchaser's Facility No. |
|---|---|---|---|
| [signature] | VOLKSWAGEN OF FREEHOLD | 10/5/23 | |

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*

Customer copy

New York State Department of Motor Vehicles

# WHOLESALE CERTIFICATE OF SALE

## No. EW36314792023

| VEHICLE TRANSFER HISTORY | | | | | |
|---|---|---|---|---|---|
| Seller | Purchaser | Selling Facility | Transfer Date | Document Type | Left NY State |
| SUPERB MOTORS INC | VOLKSWAGEN OF FREEHOLD | 7128150 | 10 / 05 / 2023 | EMV50 | Yes |
| STE-MARIE AUTO LTEE | SUPERB MOTORS INC | | 07 / 14 / 2023 | OOST | No |

*Any change or Alteration voids this receipt*

Customer copy