MANDATE

E.D.N.Y. – C. Islip
23-cv-6188
Wicks, M.J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 1st day of September, two thousand twenty-six.

Present:
Reena Raggi,
Denny Chin,
William J. Nardini,
*Circuit Judges*.

Superb Motors, Inc., et al.,

*Plaintiffs-Appellants*,

v.

25-1330 (L),
25-2189 (Con)

Anthony Deo, et al.,

*Defendants-Appellees*,

Nissan Motor Acceptance Company, LLC,

*Intervenor*.

Appellants Superb Motors Inc., Team Auto Sales LLC, and Robert Anthony Urrita, move to remand the case docketed under 2d Cir. 25-1330, under Federal Rule of Appellate Procedure 12.1, based on an indicative ruling by the district court that it would vacate the injunction under appeal if jurisdiction is returned to it. Appellees Thomas Jones; Jones, Little & Co., CPA's, LLP; Flushing Bank; and JP Morgan Chase Bank, N.A., move to dismiss the appeal docketed under 2d Cir. 25-2189 for lack of jurisdiction. Superb Motors, Team Auto Sales, and Urrita move for sanctions against Anthony Deo and related defendants, who cross-move for sanctions.

Upon due consideration, it is hereby ORDERED that the motion to remand is GRANTED, the case is REMANDED to the district court, and the appeal docketed under 2d Cir. 25-1330 is DISMISSED. Appellants may move to recall this Court's mandate if, for any reason, the district

MANDATE ISSUED ON 09/23/2026

court does not on remand vacate the injunction currently under appeal. *See United States v. Jacobson*, 15 F.3d 19, 22 (2d Cir. 1994).

It is further ORDERED that the motions to dismiss the appeal docketed under 2d Cir. 25-2189 are GRANTED. The Court has determined that it lacks jurisdiction over this appeal because a final order has not been issued by the district court as contemplated by 28 U.S.C. § 1291 and there is no other jurisdictional basis for the appeal. *See Petrello v. White*, 533 F.3d 110, 113 (2d Cir. 2008); *Ruffolo v. Oppenheim*, 949 F.2d 33, 34 (2d Cir. 1991). Costs are to be allocated consistent with Federal Rule of Appellate Procedure 39(a)(1).

It is further ORDERED that the motions for sanctions are DENIED.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

UNITED STATES SECOND CIRCUIT COURT OF APPEALS

Catherine O'Hagan Wolfe

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

UNITED STATES SECOND CIRCUIT COURT OF APPEALS

Catherine O'Hagan Wolfe