# Sage Legal LLC

**18211 Jamaica Avenue • Jamaica, NY 11423-2327 • (718) 412-2421 • emanuel@sagelegal.nyc**


September 28, 2026

**VIA ECF**
United States District Court
Eastern District of New York
Hon. James M. Wicks, U.S.M.J
100 Federal Plaza, Courtroom 1020
Central Islip, NY 11722-4438

***Re:*** **Superb Motors Inc., *et al.* v. Deo, *et al.***
**Case No. 2:23-cv-6188 (JMW)**

Dear Judge Wicks:

This office represents Plaintiffs Superb Motors Inc., Team Auto Sales LLC, and Robert Anthony Urrutia (collectively hereinafter the "Superb Plaintiffs"). The Superb Plaintiffs write in compliance with this Court's September 18, 2026 Order to submit a proposed Order to modify this Court's May 14, 2025 memorandum and Order (ECF Docket Entry 505).

On Tuesday, September 22, 2026, the Deo Defendants' counsel, Nipun Marwaha, Esq. ("Marwaha") contacted me via email with copy to Defendant Harry R. Thomasson, Esq. ("Thomasson") to schedule a meet-and-confer in compliance with this Court's September 18, 2026 Order. After agreeing that day to conduct the meet-and-confer virtually on Thursday, September 24, 2026 at 3:00 PM, on the day of, Marwaha and Thomasson sought to adjourn the conference to 4:30 PM the same day, to which the Superb Plaintiffs agreed. In advance of the conference, your undersigned prepared a proposed joint Order.

Your undersigned met-and-conferred with Marwaha and Thomasson for approximately ten (10) to fifteen (15) minutes about whether the vehicles may remain with the Deo Defendants while they were sold to save on transportation costs (so long as there were appropriate safeguards), and depositing the monies received from any sales with the Court as opposed to an escrow account (which the Superb Plaintiffs were willing to do to the extent this Court would not permit the currently escrowed funds to be placed in a separate, segregated, interest-bearing account). Marwaha sought agreement on whether the Deo Defendants could sell the vehicles and escrow the proceeds, to which your undersigned responded stating that while the Superb Plaintiffs would definitely not agree to the Deo Defendants selling the vehicles, they may be able to agree to depositing the monies with the Court subject to the aforementioned *caveat* concerning the interest-bearing account. Subsequent to the virtual meet-and-confer, your undersigned sent Marwaha and Thomasson a draft joint proposed Order via email at 4:48 PM the same day, requesting revisions by close of business the following day. Despite representations that the same would be sent by Friday or Saturday, none were received until 9:10 AM today, in which the revisions sought for the Deo Defendants to sell the vehicles, a term the Superb Plaintiffs stated at the virtual meet-and-confer would not be acceptable, and which term directly contradicts the nature of this Court's May 15, 2026 Order that granted *res judicata* effect to the Hon. Jerome C. Murphy, J.S.C.'s September 23, 2025 Order granting Urrutia summary judgment in the related state court action.

In light of the foregoing, the Superb Plaintiffs reviewed and send a further revised redline of a joint proposed Order, and your undersigned offered Marwaha and Thomasson to meet-and-confer once more at 3:30 PM today, to which no response was received. In light of these circumstances, the Superb Plaintiffs respectfully and regrettably submit a standalone proposed Order as expressly permitted by this Court on September 18, 2026.

The Superb Plaintiffs thank this honorable Court for its continued time and attention to this case.

Dated: Jamaica, New York
September 28, 2026

Respectfully submitted,

**SAGE LEGAL LLC**

*_/s/ Emanuel Kataev, Esq.___*

Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorneys for Plaintiffs*
*Superb Motors Inc,*
*Team Auto Sales LLC,*
*and Robert Anthony Urrutia*

Enclosure.

**VIA ECF**
All counsel of record