CYRULI SHANKS

CYRULI SHANKS & ZIZMOR LLP

Jeffrey C. Ruderman
email: jruderman@cszlaw.com
Admitted NY, NJ and CT

September 28, 2026

Via ECF

Hon. James M. Wicks, U.S.M.J.
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 1020
Central Islip, NY 11722

Re: Superb Motors Inc. et. al. v. Deo, et. al., Case No. 2:23-cv-6188 (JMW)

Dear Magistrate Judge Wicks:

This firm represents the "Island Auto Plaintiffs", being all Plaintiffs in the above referenced matter other than the "Superb Plaintiffs" (being Superb Motors Inc., Team Auto Sales LLC, and Robert Anthony Urrutia). I write this letter respectfully requesting an extension of the dates for the remaining filings of all parties' summary judgment motions. All parties have consented to this request.

All parties moved for summary judgment in this matter on or before September 4, 2026. Pursuant to this Courts Text Order dated July 10, 2026, opposition to all motions are to be filed by November 4, 2026, replies by December 4, 2026 and oral argument is scheduled for January 12, 2027.

I am currently the primary attorney representing defendants/counterclaim plaintiffs in an action in the New York State Supreme Court, New York County, Index No. 152840/2025, before Hon. Jennifer G. Schecter, JSC, Commercial Division. After extending discovery dates to complete documentary discovery, covering over 40,000 documents, documentary discovery is now complete. Justice Schecter has denied further extensions to complete fact discovery. As such, the parties must conduct at least twelve (12) depositions over the next month. I will be the sole attorney preparing for, conducting and defending these depositions. I will also be overseeing discovery and several smaller motions for other matters assigned to me in our firm during that same period of time.

Due to these time constraints, I am unable to properly allocate the necessary time to prepare and file opposition to the summary judgment motions of the Deo Defendants and Libertas by November 4, 2026.

Consistent with ¶ 1(D) of this Court's Individual Practice Rules, Island Auto Plaintiffs respectfully submit that: (i) the original dates for the filings on the motions and oral argument are set forth above (ii-iii) this is the first request for an extension of those dates; (iv) an extension is requested due to my scheduling conflicts; and (v) all parties have consented to the request as follows:

Opposition to all motions to be filed by December 7, 2026, replies to be filed by January 6, 2027 and oral argument for a February 2027 date.

For the foregoing reasons, the Island Auto Plaintiffs respectfully submit that sufficient good cause exists to warrant this Court's exercise of discretion in favor of granting the request sought herein.

We thank the Court for its consideration in this regard.

Respectfully yours,

*/s/ Jeffrey C. Ruderman*
Jeffrey C. Ruderman

cc: All counsel via ECF