# Sage Legal LLC

**18211 Jamaica Avenue • Jamaica, NY 11423-2327 • (718) 412-2421 • emanuel@sagelegal.nyc**

September 28, 2026

**VIA ECF**
United States District Court
Eastern District of New York
Hon. James M. Wicks, U.S.M.J
100 Federal Plaza, Courtroom 1020
Central Islip, NY 11722-4438

***Re:*** **Superb Motors Inc., *et al.* v. Deo, *et al.***
**Case No. 2:23-cv-6188 (JMW)**

Dear Judge Wicks:

This office represents Plaintiffs Superb Motors Inc., Team Auto Sales LLC, and Robert Anthony Urrutia (collectively hereinafter the "Superb Plaintiffs"). The Superb Plaintiffs submit this letter response in opposition to the Deo Defendants' letter to address their argument about the Superb Plaintiffs' proposed Order not being on "the same conditions."

When this Court vacated its Order permitting the Deo Injuncted Vehicles to be moved to the Deo Defendants' West Babylon, New York lot, *implicit in that Order was the fact that the Deo Injuncted Vehicles must remain at the Deo Defendants' Hicksville, New York lot*, where this Court last permitted the vehicles to be moved.

The Deo Injuncted Vehicles are no longer on that lot. Despite due demand, the Deo Defendants have refused to disclose the location of the Deo Injuncted Vehicles. The proposed Order submitted by the Superb Plaintiffs accounts for this egregious violation of the Court's prior Order denying the Deo Defendants' permission to move the vehicles and is simply seeking the Deo Injuncted Vehicles be turned over so that this satellite litigation can finally end.

Should it be necessary, the Superb Plaintiffs are prepared to move by Order to show cause for contempt against the Deo Defendants and their counsel for failing to abide by this Court's Orders because they did not keep the Deo Injuncted Vehicles at the Hicksville, New York lot where they are supposed to be.

For these reasons, the terms set forth in the Superb Plaintiffs' proposed Order should be accepted by this Court in its final Order.

The Superb Plaintiffs thank this honorable Court for its continued time and attention to this case.

Dated: Jamaica, New York
September 28, 2026

Respectfully submitted,

**SAGE LEGAL LLC**

_*/s/ Emanuel Kataev, Esq.*___

Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorneys for Plaintiffs*
*Superb Motors Inc,*
*Team Auto Sales LLC,*
*and Robert Anthony Urrutia*

**VIA ECF**
All counsel of record