# Sage Legal LLC

**18211 Jamaica Avenue • Jamaica, NY 11423-2327 • (718) 412-2421 • emanuel@sagelegal.nyc**

October 1, 2026

**VIA ECF**
United States District Court
Eastern District of New York
Attn: Hon. James M. Wicks, U.S.M.J.
100 Federal Plaza, Courtroom 1020
Central Islip, NY 11722-4438

***Re:*** **Superb Motors Inc., *et al.* v. Deo, *et al.***
**Case No.: 2:23-cv-6188 (JMW)**

Dear Judge Wicks:

Plaintiffs write to enclose a comparison of Plaintiffs' Combined Local Civil Rule 56.1 Statement of Material Facts (hereinafter the "Statement") previously submitted in May 2026 (ECF Docket Entry 524) and the revised Statement filed September 4, 2026 (ECF Docket Entry 559).

The comparison reflects all revisions. Virtually all of them are substitutions of placeholder cites and the insertion of pinpoint citations to the declarations and other record evidence supporting the facts asserted. That work was undertaken to conform the Statement to this Court's Individual Rules concerning letter motions for a pre-motion conference in anticipation of a motion for summary judgment, which require that a Rule 56.1 statement contain evidentiary citations and not the underlying evidence itself. See Individual Rules ¶ 3(D)(2)(b) ("a party moving for summary judgment must also include a [Local Civil Rule] 56.1 Statement containing evidentiary citations").

In preparing the brief and supporting declarations for the motion papers, additional citations were added to the facts already asserted and, where necessary as to ¶¶ 71, 80, 87, 302, 313, 378, 522, 693, and 720, the text of those paragraphs for those statements of fact was revised as set forth below. The foregoing nine paragraphs contain minor substantive changes, outlined below:

| ¶ | Revision |
|---|---|
| **71** | Eliminated overlapping numbering with former ¶ 70 and restated that the 2014 Sunrise operating agreement lists Baron, Joshua Aaronson, Jory Baron, and Phelan as the sole members, with the citation cleaned to Aaronson Decl. ¶ 14 and 617224/2022 NYSCEF 28. |
| **80** | Corrected grammar only: "has not being listed" to "has not been listed" as an owner or member of Sunrise. |
| **87** | Corrected the entity: Sara was engaged to work at Sunrise, not Northshore, beginning in 2021. |
| **302** | Refined the assertion from "used" the Flushing loan proceeds to invest in "the Deo Defendant's new" dealerships to "stated they would use" those proceeds to invest in "their" automobile dealerships, and substituted record citations (Buccino Dep.; Flushing Bates) for a placeholder declaration cite. |
| **313** | Clarified Clarke's role as a co-owner of a Caribbean radio station, rather than an employee Urrutia hired at a prior dealership. |

| | |
|---|---|
| **378** | Tightened the safe-access assertion from "were the only ones with access" to "had access," based on Merckling's and Blankenship's deposition testimony, and added deposition citations for Merckling and Blankenship. |
| **522** | Corrected the date of Chase's repurchase demand from "On July 21, 2023" to "In July 2023." |
| **693** | Substituted "false financial records" for "false tax returns" as the description of the forged instruments. |
| **720** | Shortened the delivery language from "and being promised delivery by the following week, Barnes never received the vehicle" to "Barnes never received the vehicle when promised." |

Separate from the foregoing revisions, two other comparison artifacts should not be mistaken for substantive edits. First, in some instances the comparison appears to show that a sentence was removed; a closer review of the same page shows that the sentence remains, in the same sequential order, elsewhere on the page. Second, a global find-and-replace of apostrophes and quotation marks, and the linking of deposition citations in the revised Statement (the original citations were unlinked), caused the comparison software to mark those passages as changed when no substantive change exists.

Plaintiffs thank the Court for its time and attention to this case.

Dated: Jamaica, New York
October 1, 2026

Respectfully submitted,

**SAGE LEGAL LLC**
By: <u>*/s/ Emanuel Kataev, Esq.*</u>
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421
emanuel@sagelegal.nyc

*Attorneys for the Superb Plaintiffs*

Dated: New York, New York
October 1, 2026

Respectfully submitted,

**CYRULI SHANKS & ZIZMOR LLP**
By: <u>*/s/ Jeffrey Ruderman, Esq.*</u>
Jeffrey Ruderman, Esq.
420 Lexington Avenue, Suite 2320
New York, NY 10170
(212) 661-6800
jruderman@cszlaw.com

*Attorneys for the IAG Plaintiffs*

**<u>VIA ECF</u>**
All counsel of record

Enclosure