Outlook

## Re: Superb Motors Inc, et al. v. Deo, et al.; Case No.: 2:23-cv-6188 (JMW)

**From** Nipun Marwaha <nipun@marwahalaw.com>
**Date** Thu 2026-08-20 12:19
**To** Emanuel Kataev <emanuel@sagelegal.nyc>

II looked back at the order from the hearing that was like 3 1/2 months ago. The judge seems to have made a divide between superb injuncted and Deo injuncted.

The conclusion specifically says you can sell the Superb injuncted. Maybe we can schedule a call with the judge for clarification on what he meant? That way neither of us accidentally do something in violation of the order.

If you wanna throw together a quick letter, asking the judge for clarification I can review it same day so you can file it.

Sincerely,

Nipun Marwaha, Esq.
Founding Partner
Marwaha Law Group, PLLC

4940 Merrick Road, Suite 179
Massapequa Park, NY, 11762
(516) 503-4624
Nipun@MarwahaLaw.com

This electronic mail is intended only for the use of the persons to whom it is addressed. It may contain legally privileged and confidential information. If you are not the person to whom this electronic mail is addressed, you are hereby notified that any distribution, copying or other dissemination of this electronic mail is strictly prohibited. If you have received this electronic mail in error, please immediately notify us by return electronic mail or telephone and delete this electronic mail from your system. Thank you for your cooperation.

On Mon, Aug 17, 2026 at 4:15 PM Emanuel Kataev <emanuel@sagelegal.nyc> wrote:

> I'm giving you until Friday before I make a contempt motion; do with that what you will.

Sage Legal

**Emanuel Kataev, Esq.**

ADMITTED IN NEW YORK,
NEW JERSEY,
AND CONNECTICUT



(718) 412-2421 (office)
(718) 489-4155 (facsimile)
(917) 807-7819 (cellular)
emanuel@sagelegal.nyc

1411 Broadway, 29th Floor
New York, NY 10018-1976

173 54th Street
Brooklyn, NY 11220-2505

45 Glen Cove Road, 2nd Floor
Greenvale, NY 11548-1057

1981 Marcus Avenue, Suite C129
New Hyde Park, NY 11042-1017

1515 Old Northern Boulevard
Roslyn, NY 11576-1127

162 Broadway, 2nd Floor
Amityville, NY 11701-2704

18211 Jamaica Avenue
Jamaica, NY 11423-2327

6829 Main Street,
Flushing, NY 11367

---

**From:** Nipun Marwaha <nipun@marwahalaw.com>
**Sent:** Monday, August 17, 2026 16:13
**To:** Emanuel Kataev <emanuel@sagelegal.nyc>
**Subject:** Re: Superb Motors Inc, et al. v. Deo, et al.; Case No.: 2:23-cv-6188 (JMW)

Will circle back, trying to get a lay of the land on some other more urgent matters, I will talk to my clients this week to make sure this does drag on and interfere with the weeks leading up to our SJ submissions

Sincerely,

Nipun Marwaha, Esq.
Founding Partner
Marwaha Law Group, PLLC

4940 Merrick Road, Suite 179
Massapequa Park, NY, 11762
(516) 503-4624
Nipun@MarwahaLaw.com

This electronic mail is intended only for the use of the persons to whom it is addressed. It may contain legally privileged and confidential information. If you are not the person to whom this electronic mail is addressed, you are hereby notified that any distribution, copying or other dissemination of this electronic mail is strictly prohibited. If you have received this electronic mail in error, please immediately notify us by return electronic mail or telephone and delete this electronic mail from your system. Thank you for your cooperation.

On Sun, Aug 16, 2026 at 3:20 PM Emanuel Kataev <emanuel@sagelegal.nyc> wrote:

> Following up.

Sage Legal

**Emanuel Kataev, Esq.**

ADMITTED IN NEW YORK,
NEW JERSEY,
AND CONNECTICUT



(718) 412-2421 (office)
(718) 489-4155 (facsimile)
(917) 807-7819 (cellular)
emanuel@sagelegal.nyc

1411 Broadway, 29th Floor
New York, NY 10018-1976

173 54th Street
Brooklyn, NY 11220-2505

45 Glen Cove Road, 2nd Floor
Greenvale, NY 11548-1057

1981 Marcus Avenue, Suite C129
New Hyde Park, NY 11042-1017

1515 Old Northern Boulevard
Roslyn, NY 11576-1127

162 Broadway, 2nd Floor
Amityville, NY 11701-2704

18211 Jamaica Avenue
Jamaica, NY 11423-2327

6829 Main Street,
Flushing, NY 11367

---

**From:** Nipun Marwaha <nipun@marwahalaw.com>
**Sent:** Monday, August 10, 2026 10:05
**To:** Emanuel Kataev <emanuel@sagelegal.nyc>
**Subject:** Re: Superb Motors Inc, et al. v. Deo, et al.; Case No.: 2:23-cv-6188 (JMW)

I am in the midst of writing a federal sentencing memorandum. I will get you a response by COB Wednesday.

Have a good week.

Sincerely,

Nipun Marwaha, Esq.
Founding Partner
Marwaha Law Group, PLLC

4940 Merrick Road, Suite 179
Massapequa Park, NY, 11762
(516) 503-4624
Nipun@MarwahaLaw.com

This electronic mail is intended only for the use of the persons to whom it is addressed. It may contain legally privileged and confidential information. If you are not the person to whom this electronic mail is addressed, you are hereby notified that any distribution, copying or other dissemination of this electronic mail is strictly prohibited. If you have received this electronic mail in error, please immediately notify us by return electronic mail or telephone and delete this electronic mail from your system. Thank you for your cooperation.

On Mon, Aug 10, 2026 at 3:38 AM Emanuel Kataev <emanuel@sagelegal.nyc> wrote:

> Nipun:
>
> The Superb Plaintiffs are in the process of selling the injuncted vehicles and placing the sales proceeds in escrow. I write to request the Deo Defendants' cooperation in returning the injuncted vehicles in their

possession so that they may be sold. It has come to our attention that the vehicles are not present at 108 New South Road, Hicksville, NY 11801. We therefore write to demand a response to the following -

1) What is the current location of the vehicles?
2) Kindly let me know how you wish to coordinate the delivery of the vehicles.
3) Please confirm you will provide titles and keys for each vehicle.

Please provide a response by close of business on Tuesday, August 11, 2026.

Regards,

Sage Legal

**Emanuel Kataev, Esq.**

ADMITTED IN NEW YORK,
NEW JERSEY,
AND CONNECTICUT



(718) 412-2421 (office)
(718) 489-4155 (facsimile)
(917) 807-7819 (cellular)
emanuel@sagelegal.nyc

1411 Broadway, 29th Floor
New York, NY 10018-1976

173 54th Street
Brooklyn, NY 11220-2505

45 Glen Cove Road, 2nd Floor
Greenvale, NY 11548-1057

1981 Marcus Avenue, Suite C129
New Hyde Park, NY 11042-1017

1515 Old Northern Boulevard
Roslyn, NY 11576-1127

162 Broadway, 2nd Floor
Amityville, NY 11701-2704

18211 Jamaica Avenue
Jamaica, NY 11423-2327

6829 Main Street,
Flushing, NY 11367