Outlook

**Re: Sage Legal LLC with Deo Defendants re Superb Motors Proposed Order**

**From** Nipun Marwaha <nipun@marwahalaw.com>
**Date** Mon 2026-09-28 14:38
**To** Emanuel Kataev <emanuel@sagelegal.nyc>
**Cc** Harry Thomasson <hrtatty@verizon.net>

Emanuel:

Record every call, video, and text that you desire. Me reminding you of what you said was obviously not to suggest that what a lawyer says is binding upon a client. It was to point out the pointlessness of our meet and confer when you did not even talk to your client prior to the call.

Second, these cars are currently in the e-verify system under a dealership that has no license. No one can sell them until the DMV sorts that out. Which begs the question of how the other cars were sold since they were owned by Superb, but no records show that those vehicles were ever sold by Superb LLC.

Your newest version ignored most if not all of what I suggested and even removes the word joint for Superb and takes out language that both parties would have agreed to. This demonstrates to me you have never had actual interest in trying to get to a joint proposed order. As such, we will file separately.

Sincerely,

Nipun Marwaha, Esq.
Founding Partner
Marwaha Law Group, PLLC

4940 Merrick Road, Suite 179
Massapequa Park, NY, 11762
(516) 503-4624
Nipun@MarwahaLaw.com

This electronic mail is intended only for the use of the persons to whom it is addressed. It may contain legally privileged and confidential information. If you are not the person to whom this electronic mail is addressed, you are hereby notified that any distribution, copying or other dissemination of this electronic mail is strictly prohibited. If you have received this electronic mail in error, please immediately notify us by return electronic mail or telephone and delete this electronic mail from your system. Thank you for your cooperation.

On Mon, Sep 28, 2026 at 2:19 PM Emanuel Kataev <emanuel@sagelegal.nyc> wrote:

> See attached revised proposed Order. If you agree to these terms, we will revert it to a Joint Proposed Order. Absent same, we will file the attached in clean.
>
> Regards,
>
> 
> 
>
> **From:** Emanuel Kataev
> **Sent:** Monday, September 28, 2026 1:57 PM
> **To:** Nipun Marwaha <nipun@marwahalaw.com>

**Cc:** Harry Thomasson <[hrtatty@verizon.net](mailto:hrtatty@verizon.net)>
**Subject:** RE: Sage Legal LLC with Deo Defendants re Superb Motors Proposed Order

How can they sell the vehicles, Nipun? There's a finding on summary judgment that they committed fraud and lost all right or entitlement to claim any interest in Superb; there is no universe in which the Deos will be permitted to sell the vehicles. We are seeking an injunction to get them completely out of the dealership business for good.

If you see any benefit to having a conference to discuss this further, which virtual meeting shall be recorded, please confirm for 3:30 PM today and I will send an invite.

Thanks,




---

**From:** Nipun Marwaha <[nipun@marwahalaw.com](mailto:nipun@marwahalaw.com)>
**Sent:** Monday, September 28, 2026 1:52 PM
**To:** Emanuel Kataev <[emanuel@sagelegal.nyc](mailto:emanuel@sagelegal.nyc)>
**Cc:** Harry Thomasson <[hrtatty@verizon.net](mailto:hrtatty@verizon.net)>
**Subject:** Re: Sage Legal LLC with Deo Defendants re Superb Motors Proposed Order

I look forward to seeing your suggestions. That being said if the Deo's are estopped from selling the vehicles, we will not sign it.

Sincerely,

Nipun Marwaha, Esq.
Founding Partner
Marwaha Law Group, PLLC

4940 Merrick Road, Suite 179
Massapequa Park, NY, 11762
(516) 503-4624
Nipun@MarwahaLaw.com

This electronic mail is intended only for the use of the persons to whom it is addressed. It may contain legally privileged and confidential information. If you are not the person to whom this electronic mail is addressed, you are hereby notified that any distribution, copying or other dissemination of this electronic mail is strictly prohibited. If you have received this electronic mail in error, please immediately notify us by return electronic mail or telephone and delete this electronic mail from your system. Thank you for your cooperation.

On Mon, Sep 28, 2026 at 1:48 PM Emanuel Kataev <[emanuel@sagelegal.nyc](mailto:emanuel@sagelegal.nyc)> wrote:

> Hi, Nipun:

I stated that I personally do not have a problem with it but my client likely will. ~~He does.~~ My statement about my personal feelings should not be and cannot be misconstrued as some deviously demented form of consent or agreement. We are reviewing your draft now and will send back revisions shortly. If we cannot agree, let's have a call to discuss at 3:30 PM today to see if we can work it out. If not, I am fine with submitting separate proposed Orders.

Thanks,

Sage Legal

**Emanuel Kataev, Esq.**

ADMITTED IN NEW YORK,
NEW JERSEY,
AND CONNECTICUT



(718) 412-2421 (office)
(718) 489-4155 (facsimile)
(917) 807-7819 (cellular)
emanuel@sagelegal.nyc

1411 Broadway, 29th Floor
New York, NY 10018-1976

173 54th Street
Brooklyn, NY 11220-2505

45 Glen Cove Road, 2nd Floor
Greenvale, NY 11548-1057

1981 Marcus Avenue, Suite C129
New Hyde Park, NY 11042-1017

1515 Old Northern Boulevard
Roslyn, NY 11576-1127

162 Broadway, 2nd Floor
Amityville, NY 11701-2704

18211 Jamaica Avenue
Jamaica, NY 11423-2327

6829 Main Street,
Flushing, NY 11367

---

**From:** Nipun Marwaha <nipun@marwahalaw.com>
**Sent:** Monday, September 28, 2026 9:09 AM
**To:** Emanuel Kataev <emanuel@sagelegal.nyc>
**Cc:** Harry Thomasson <hrtatty@verizon.net>
**Subject:** Re: Sage Legal LLC with Deo Defendants re Superb Motors Proposed Order

Counselor,

During our conversation, you stated in sum and substance that you had no issues with the Deos selling the vehicles and the money being kept in my escrow account should the court not allow us to place it in an interest-accruing account. You also casually mentioned that your client might not want that, but that you had not talked to your client yet.

You then sent me a draft Order stating the opposite of what we discussed.

Then 30 hours later on Friday at 10:38PM, you sent me the above email in which your client states terms that are the exact opposite of what was discussed in the meet and confer.

I have attached the Deo version of a Proposed joint Order. If your client agrees to submitting this, with minor revisions, please let me know by 1PM today. If I do not hear from you, I will prepare and upload a Deo proposed Order.

Sincerely,

Nipun Marwaha, Esq.
Founding Partner
Marwaha Law Group, PLLC

(516) 503-4624
Nipun@MarwahaLaw.com

This electronic mail is intended only for the use of the persons to whom it is addressed. It may contain legally privileged and confidential information. If you are not the person to whom this electronic mail is addressed, you are hereby notified that any distribution, copying or other dissemination of this electronic mail is strictly prohibited. If you have received this electronic mail in error, please immediately notify us by return electronic mail or telephone and delete this electronic mail from your system. Thank you for your cooperation.

On Fri, Sep 25, 2026 at 10:38 PM Emanuel Kataev <emanuel@sagelegal.nyc> wrote:

For Settlement Purposes Only

Counselors:

I spoke to my client about the issues we discussed.

As to storage/transportation of vehicles, we would be amenable to leaving the vehicles where they are so long as: (i) you disclose the location of all the vehicles in your response; (ii) the location is publicly accessible for any prospective buyer to go view them without the need for your clients' presence, assistance, or cooperation; (iii) the proposed Order specifically provides that the Deo Defendants or anyone acting in active concert and participation with them not interfere with any proposed buyer's access; and (iv) any individual coming to inspect the vehicles may record video of the entire encounter. Absent same, the Superb Plaintiffs will incur the cost and expense of moving the six (6) vehicles.

As to the sale, my client will not agree to the Deo Defendants having any ability to sell the vehicles nor escrow the funds. However, my client is open to depositing all funds with the Court *if and only if* the Court denies the Superb Plaintiffs' anticipated formal motion to deposit the funds in a segregated interest-bearing account.

Regards,




---

**From:** Emanuel Kataev <emanuel@sagelegal.nyc>
**Sent:** Friday, September 25, 2026 16:15
**To:** Nipun Marwaha <nipun@marwahalaw.com>
**Cc:** Harry Thomasson <hrtatty@verizon.net>
**Subject:** Re: Sage Legal LLC with Deo Defendants re Superb Motors Proposed Order

No problem and thanks,

Sent from my iPhone

Sage Legal

Emanuel Kataev, Esq.

ADMITTED IN NEW YORK,
NEW JERSEY,
AND CONNECTICUT

(718) 412-2421 (office)
(718) 489-4155 (facsimile)
(917) 807-7819 (cellular)

emanuel@sagelegal.nyc

1411 Broadway, 29th Floor
New York, NY 10018-1976

173 54th Street
Brooklyn, NY 11220-2505

45 Glen Cove Road, 2nd Floor
Greenvale, NY 11548-1057

1981 Marcus Avenue, Suite C129
New Hyde Park, NY 11042-1017

1515 Old
Roslyn, N

162 Broa
Amityville

---

**From:** Nipun Marwaha <nipun@marwahalaw.com>
**Sent:** Friday, 25 September 2026 16:14:21
**To:** Emanuel Kataev <emanuel@sagelegal.nyc>
**Cc:** Harry Thomasson <hrtatty@verizon.net>
**Subject:** Re: Sage Legal LLC with Deo Defendants re Superb Motors Proposed Order

Will get this back to you tomorrow, there will be significant redlines removing many paragraphs given that this basically says the opposite of what the three of us discussed yesterday.

Sincerely,

Nipun Marwaha, Esq.
Founding Partner
Marwaha Law Group, PLLC

4940 Merrick Road, Suite 179
Massapequa Park, NY, 11762
(516) 503-4624
Nipun@MarwahaLaw.com

This electronic mail is intended only for the use of the persons to whom it is addressed. It may contain legally privileged and confidential information. If you are not the person to whom this electronic mail is addressed, you are hereby notified that any distribution, copying or other dissemination of this electronic mail is strictly prohibited. If you have received this electronic mail in error, please immediately notify us by return electronic mail or telephone and delete this electronic mail from your system. Thank you for your cooperation.

On Thu, Sep 24, 2026 at 4:47 PM Emanuel Kataev <emanuel@sagelegal.nyc> wrote:

> Counselors:
>
> See attached proposed Order. Kindly make any revisions exclusively in red-line. The Superb Plaintiffs reserve the right to make additional revisions upon review with counsel. As discussed, kindly provide revisions no later than close of business tomorrow. Any time before 6:00 PM tomorrow is fine.
>
> Regards,

Sage Legal

Emanuel Kataev, Esq.

ADMITTED IN NEW YORK, NEW JERSEY, AND CONNECTICUT

(718) 412-2421 (office)
(718) 489-4155 (facsimile)
(917) 807-7819 (cellular)

emanuel@sagelegal.nyc

1411 Broadway, 29th Floor
New York, NY 10018-1976

173 54th Street
Brooklyn, NY 11220-2505

45 Glen Cove Road, 2nd Floor
Greenvale, NY 11548-1057

1981 Marcus Avenue, Suite C129
New Hyde Park, NY 11042-1017

1515 C
Roslyn,

162 Br
Amityv

---

**From:** Emanuel Kataev <emanuel@sagelegal.nyc>
**Sent:** Thursday, September 24, 2026 9:18 AM
**To:** Nipun Marwaha <nipun@marwahalaw.com>
**Cc:** Harry Thomasson <hrtatty@verizon.net>
**Subject:** Re: Sage Legal LLC with Deo Defendants re Superb Motors Proposed Order

Yes

Sent from my iPhone

Sage Legal

Emanuel Kataev, Esq.

ADMITTED IN NEW YORK,
NEW JERSEY,
AND CONNECTICUT

(718) 412-2421 (office)
(718) 489-4155 (facsimile)
(917) 807-7819 (cellular)

emanuel@sagelegal.nyc

1411 Broadway, 29th Floor
New York, NY 10018-1976

173 54th Street
Brooklyn, NY 11220-2505

45 Glen Cove Road, 2nd Floor
Greenvale, NY 11548-1057

1981 Marcus Avenue, Suite C129
New Hyde Park, NY 11042-1017

1515 C
Roslyn,

162 Br
Amityv

---

**From:** Nipun Marwaha
**Sent:** Thursday, 24 September 2026 08:31:36
**To:** Emanuel Kataev
**Cc:** Harry Thomasson
**Subject:** Re: Sage Legal LLC with Deo Defendants re Superb Motors Proposed Order

Harry says he can do 4:30. Does that work for you?

Sincerely,

Nipun Marwaha, Esq.
Founding Partner
Marwaha Law Group, PLLC

4940 Merrick Road, Suite 179
Massapequa Park, NY, 11762
(516) 503-4624
Nipun@MarwahaLaw.com

This electronic mail is intended only for the use of the persons to whom it is addressed. It may contain legally privileged and confidential information. If you are not the person to whom this electronic mail is addressed, you are hereby notified that any distribution, copying or other dissemination of this electronic mail is strictly prohibited. If you have received this electronic mail in error, please immediately notify us by return electronic mail or telephone and delete this electronic mail from your system. Thank you for your cooperation.

On Thu, Sep 24, 2026 at 8:22 AM Nipun Marwaha <nipun@marwahalaw.com> wrote:

> Harry just informed me that he had a last minute doctors appointment, checking with everyone if we can start a little bit later. Maybe 4:20/5 if that works for everyone.
>
> Sincerely,
>
> Nipun Marwaha, Esq.
> Founding Partner
> Marwaha Law Group, PLLC
>
> 4940 Merrick Road, Suite 179
> Massapequa Park, NY, 11762
> (516) 503-4624
> Nipun@MarwahaLaw.com

This electronic mail is intended only for the use of the persons to whom it is addressed. It may contain legally privileged and confidential information. If you are not the person to whom this electronic mail is addressed, you are hereby notified that any distribution, copying or other dissemination of this electronic mail is strictly prohibited. If you have received this electronic mail in error, please immediately notify us by return electronic mail or telephone and delete this electronic mail from your system. Thank you for your cooperation.

On Wed, Sep 23, 2026 at 8:03 PM Emanuel Kataev <emanuel@sagelegal.nyc> wrote:

---

**Microsoft Teams meeting**

**Join:** https://teams.microsoft.com/meet/292801217443388?p=VwW3xUqWHZMmlNHXwO

Meeting ID: 292 801 217 443 388

Passcode: Pw32mt6i

---

Need help? | System reference

**Dial in by phone**

+1 323-813-7360,,889362618# United States, Los Angeles

Find a local number

Phone conference ID: 889 362 618#

For organizers: Meeting options | Reset dial-in PIN

---