Outlook

**RE: Activity in Case 2:23-cv-06188-JMW Superb Motors Inc. et al v. Deo et al Order on Motion to Amend/Correct/Supplement**

**From** Emanuel Kataev <emanuel@sagelegal.nyc>
**Date** Thu 2026-10-01 19:30
**To** Nipun Marwaha <nipun@marwahalaw.com>
**Cc** Harry Thomasson <hrtatty@verizon.net>

Nipun:

I wish your family member a speedy recovery. But I am going to ahead and file because I already asked for this information twice before and you thumbed your nose at me. Instead of sitting in front of ChatGPT drafting your letter motion to strike earlier today, you should have been getting your ducks in a row. Tell me where the vehicles are **now** or it is going to cost you.

Final warning,




---

**From:** Nipun Marwaha <nipun@marwahalaw.com>
**Sent:** Thursday, October 1, 2026 7:28 PM
**To:** Emanuel Kataev <emanuel@sagelegal.nyc>
**Cc:** Harry Thomasson <hrtatty@verizon.net>
**Subject:** Re: Activity in Case 2:23-cv-06188-JMW Superb Motors Inc. et al v. Deo et al Order on Motion to Amend/Correct/Supplement

I have a scheduled out-of-office day Tomorrow to be on call to take care of a family member who just underwent major surgery.

If you'd like to move for contempt and sanctions based on that fact, go right ahead.

I will probably not be back in the office until late Monday afternoon or Tuesday.

Thank you for your understanding and have a good weekend.

Sincerely,

Nipun Marwaha, Esq.
Founding Partner
Marwaha Law Group, PLLC

4940 Merrick Road, Suite 179
Massapequa Park, NY, 11762
(516) 503-4624
Nipun@MarwahaLaw.com

This electronic mail is intended only for the use of the persons to whom it is addressed. It may contain legally privileged and confidential information. If you are not the person to whom this electronic mail is addressed, you are hereby notified that any distribution, copying or other dissemination of this electronic mail is strictly prohibited. If you have received this electronic mail in error, please immediately notify us by return electronic mail or telephone and delete this electronic mail from your system. Thank you for your cooperation.

On Thu, Oct 1, 2026 at 7:21 PM Emanuel Kataev <emanuel@sagelegal.nyc> wrote:

> Nipun and Harry:
>
> Judge Wicks' September 30, 2026 Order below grants the Superb Plaintiffs' motion and expressly authorizes them, at their own expense, to take possession of, transport, market, and sell the Injuncted Deo Vehicles, subject to the applicable escrow, accounting, and proof-of-deposit conditions.
>
> To implement that relief, the Superb Plaintiffs demand that your clients surrender all six Injuncted Deo Vehicles to Superb Motors Inc. or its designated carrier on Monday, October 5, 2026, at the vehicles' disclosed location(s). The Superb Plaintiffs will arrange and bear the expense of pickup and transportation.

**By no later than 5:00 p.m. Eastern Time tomorrow, Friday, October 2, 2026,** please provide in writing, for each vehicle: (i) its exact present street address, including the particular lot or storage facility; (ii) the name and direct telephone number of its custodian and the person authorized to release it; (iii) any access restrictions or condition affecting loading or towing; and (iv) confirmation of availability for pickup on Monday, including the available release window.

We need this information before the weekend to reserve carriers and coordinate access, inspection, loading, and transportation. Once the locations and release windows are disclosed, we will promptly coordinate the pickup times with you. Your clients must provide reasonable access and instruct their employees, agents, and custodians to cooperate with the authorized pickup.

Please also confirm by tomorrow's deadline that all keys, key fobs, original titles, and available transfer documents within your clients' possession, custody, or control will be delivered at pickup. Your September 28, 2026 email raised DMV/dealer-record issues. As a result, identify and document any such issue, any asserted lien or third-party claim, and any item or vehicle claimed to be unavailable, including its last known location and the steps being taken to resolve the impediment.

Pending pickup, please direct your clients to preserve the vehicles, keys, and records and not to use, sell, conceal, encumber, dismantle, alter, or relocate the vehicles, except as necessary for the coordinated turnover or an emergency necessary to protect them, with immediate notice of any emergency movement.

**If the complete location information is not provided by 5:00 p.m. Eastern Time tomorrow, October 2, 2026, the Superb Plaintiffs will move for contempt and sanctions,** without further demand, and seek immediate enforcement of the September 30, 2026 Order. We will seek any further express disclosure and turnover directives the Court considers necessary, appropriate coercive relief, and reasonable attorneys' fees, costs, and compensatory relief attributable to obstruction. A refusal to permit Monday's turnover will likewise be presented to the Court.

Please acknowledge receipt and confirm in writing by tomorrow's deadline that your clients will cooperate with the foregoing arrangements. The Superb Plaintiffs reserve all rights and remedies.

Regards,




---

**From:** ecf_bounces@nyed.uscourts.gov <ecf_bounces@nyed.uscourts.gov>
**Sent:** Wednesday, September 30, 2026 9:48 AM
**To:** nobody@nyed.uscourts.gov
**Subject:** Activity in Case 2:23-cv-06188-JMW Superb Motors Inc. et al v. Deo et al Order on Motion to Amend/Correct/Supplement

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mailbox is unattended.**

*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To**

**avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**Eastern District of New York**

**Notice of Electronic Filing**

The following transaction was entered on 9/30/2026 at 9:48 AM EDT and filed on 9/30/2026
**Case Name:** Superb Motors Inc. et al v. Deo et al
**Case Number:** 2:23-cv-06188-JMW
**Filer:**
**Document Number:** 567

**Docket Text:**
**ORDER re: [560] Motion to Amend/Correct/Supplement. For the reasons set forth in the attached Order, the Superb Plaintiffs' motion is granted. The Superb Plaintiffs are hereby authorized, at their own expense, to take possession of, transport, market, and sell the Injuncted Deo Vehicles, subject to the escrow, accounting, and proof-of-deposit conditions set forth at ECF Nos. 505 and 563-1. The Superb Plaintiffs are further directed to provide a status report on the sale of the vehicles on or before November 16, 2026. So Ordered by Magistrate Judge James M. Wicks on 9/30/2026. (ELR)**

**2:23-cv-06188-JMW Notice has been electronically mailed to:**

Russell J. Shanks Rshanks@cszlaw.com, jruderman@cszlaw.com, sshanks@cszlaw.com

Peter Seiden pseiden@milbermakris.com, lbartick@milbermakris.com

Thomas Baylis tbaylis@cullenanddykman.com

Jeffrey C. Ruderman jruderman@cszlaw.com, rshanks@cszlaw.com

Ariel E. Ronneburger aronneburger@cullenanddykman.com, aronneburger@gmail.com

Emanuel Kataev emanuel@sagelegal.nyc, 4119461420@filings.docketbird.com, alivia@sagelegal.nyc, ekesq2014@recap.email

Nicholas Alexander Savino nsavino@zeklaw.com, 1740836420@filings.docketbird.com, nicholasasavino@gmail.com

Bonnie Rae Golub bgolub@wgpllp.com, imarciniszyn@weirpartners.com

John Anthony Lentinello jlentinello@milbermakris.com, john.lentinello@gmail.com, lbartick@milbermakris.com

Nipun Marwaha nipun@marwahalaw.com

Anthony Carmine Valenziano avalenziano@shermanatlas.com

Nicole Marie Koster nicole.koster17@stjohns.edu

Steven James Shanks sshanks@cszlaw.com, Jruderman@cszlaw.com, rshanks@cszlaw.com

Nicholas Gaunce ngaunce@eckertseamans.com

Brooke Suarez bsuarez@riker.com

Harry Thomasson hrtatty@verizon.net

**2:23-cv-06188-JMW Notice will not be electronically mailed to:**

Northshore Motor Leasing, LLC

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP NYEDStamp_ID=875559751 [Date=9/30/2026] [FileNumber=21513054-0]
[72c05c28b9c52aa1195dedaea85b336bef7d7a86146a9436a3f401f73ac3fde90b91
8c5c085977eeddf543ee13661b10494df47d374b308bb2d3b1b7545e9967]]