UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
SUPERB MOTORS INC., et al.,

Plaintiffs,

– against –

ANTHONY DEO, et al.,

Defendants.
-------------------------------------------------------------------X

No. 2:23-cv-6188 (JMW)

**NOTICE OF MOTION FOR RECONSIDERATION OF ECF NO. 567 AND FOR CONTINUATION OF STAY**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, and upon all prior pleadings, orders, and proceedings in this action, Defendants Anthony Deo, Sarah Deo, Dwight Blankenship, Marc Merckling, Michael Laurie, Car Buyers NYC Inc., Gold Coast Cars of Syosset LLC, Gold Coast Cars of Sunrise LLC, Gold Coast Motors Automotive Group LLC, Gold Coast Motors of LIC LLC, Gold Coast Motors of Roslyn LLC, Gold Coast Motors of Smithtown LLC, and UEA Premier Motors Corp. (collectively, the "Deo Defendants"), by their undersigned counsel, will move this Court, before the Honorable James M. Wicks, United States Magistrate Judge, at the United States Courthouse, 100 Federal Plaza, Courtroom 1020, Central Islip, New York 11722, on a date and at a time to be set by the Court, pursuant to the Court's Order of October 3, 2026, Local Civil Rule 6.3, Rules 54(b), 59(e), and 62(d) of the Federal Rules of Civil Procedure, and the Court's inherent authority, for an Order:

1. Granting reconsideration of the Court's Order dated September 30, 2026 (ECF No. 567) (the "Order") and, upon reconsideration, modifying the Order to provide that the Deo Defendants, rather than the Superb Plaintiffs, shall conduct the sale of the Injuncted Deo Vehicles (as defined in ECF No. 55 ¶ 3), with the gross proceeds of each sale deposited into the Registry of

the Court pursuant to Fed. R. Civ. P. 67 and Local Civil Rule 67.1, on the terms set forth in Point III of the accompanying Memorandum of Law;

2. Continuing the temporary stay of the Order entered by the Court's Electronic Order of October 3, 2026 pending determination of this motion and, if reconsideration is denied, staying the Order pursuant to Fed. R. Civ. P. 62(d) pending appeal, through and including five days after decision is entered by the United States Court of Appeals for the Second Circuit, or, at a minimum, for fourteen days following determination of this motion to permit an application pursuant to Fed. R. App. P. 8(a)(2), on the terms set forth in Point IV of the accompanying Memorandum of Law; and

3. Granting such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's Order of October 3, 2026, any opposition to this motion is to be filed on or before October 9, 2026, and no reply papers are permitted unless the Court orders otherwise.

Dated: Mineola, New York
October 7, 2026

MARWAHA LAW GROUP, PLLC

By: _____/s/__________________
Nipun Marwaha, Esq.
1539 Franklin Avenue, Suite 201
Mineola, New York 11501
(516) 503-4624
Nipun@MarwahaLaw.com
*Attorneys for the Deo Defendants*

TO: All counsel of record (via ECF)
Harry R. Thomasson, Esq., pro se (via ECF)