**Sage Legal LLC**

**18211 Jamaica Avenue • Jamaica, NY 11423-2327 • (718) 412-2421 • emanuel@sagelegal.nyc**

October 9, 2026

**VIA ECF**
United States District Court
Eastern District of New York
Attn: Hon. James M. Wicks, U.S.M.J.
100 Federal Plaza, Courtroom 1020
Central Islip, NY 11722-4438

***Re:*** **Superb Motors Inc., *et al.* v. Deo, *et al.***
**Case No.: 2:23-cv-6188 (JMW)**

Dear Judge Wicks:

This office represents the Superb Plaintiffs in the above-captioned matter. Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), the Plaintiffs respectfully request a brief extension of time, from October 9, 2026 through October 14, 2026, to file their memorandum of law in opposition to the Deo Defendants' motion for reconsideration of ECF No. 567 and for continuation of the stay (ECF Nos. 577 and 577-1). Under the Court's October 3, 2026 Order, Plaintiffs' opposition is currently due today, October 9, 2026.

Good cause exists for this limited request. Your undersigned is currently traveling out of the country and has encountered substantial and unpredictable internet connectivity difficulties that have impeded his ability to access case materials, communicate reliably, and finalize the opposition. Because of these difficulties, my paralegal has been directed to submit this instant letter motion for an extension of time by phone. Despite diligent efforts, these circumstances have materially constrained the time available to prepare a complete and considered response to the Deo Defendants' motion. I am traveling through October 13th.

The requested extension is modest and is sought in good faith, not for delay. It will permit Superb Plaintiffs to respond adequately to the issues raised in the motion.

Accordingly, Plaintiffs respectfully request that the Court extend the deadline to file their opposition to ECF Nos. 577 and 577-1 through October 14, 2026. Plaintiffs appreciate the Court's consideration of this request.

Dated: Moscow, Russia
October 9, 2026

Respectfully submitted,

**SAGE LEGAL LLC**

*/s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)

(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorneys for Plaintiffs*
*Superb Motors Inc.,*
*Team Auto Sales LLC, and*
*Robert Anthony Urrutia*