UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

SUPERB MOTORS INC., TEAM AUTO SALES LLC, ROBERT ANTHONY URRUTIA, 189 SUNRISE HWY AUTO LLC, NORTHSHORE MOTOR LEASING, LLC, BRIAN CHABRIER, JOSHUA AARONSON, JORY BARON, ASAD KHAN, IRIS BARON REPRESENTATIVE OF THE ESTATE OF DAVID BARON, 1581 HYLAN BLVD AUTO LLC, 1580 HYLAN BLVD AUTO LLC, 1591 HYLAN BLVD AUTO LLC, 1632 HYLAN BLVD AUTO LLC, 1239 HYLAN BLVD AUTO LLC, 2519 HYLAN BLVD AUTO LLC, 76 FISK STREET REALTY LLC, 446 ROUTE 23 AUTO LLC and ISLAND AUTO MANAGEMENT, LLC,

Plaintiffs,

-against-

ANTHONY DEO, SARAH DEO, HARRY THOMASSON, DWIGHT BLANKENSHIP, MARC MERCKLING, MICHAEL LAURIE, THOMAS JONES, CPA, CAR BUYERS NYC INC., GOLD COAST CARS OF SYOSSET LLC, GOLD COAST CARS OF SUNRISE LLC, GOLD COAST MOTORS AUTOMOTIVE GROUP LLC, GOLD COAST MOTORS OF LIC LLC, GOLD COAST MOTORS OF ROSLYN LLC, GOLD COAST MOTORS OF SMITHTOWN LLC, UEA PREMIER MOTORS CORP., DLA CAPITAL PARTNERS INC., JONES, LITTLE & CO., CPA'S LLP, FLUSHING BANK, LIBERTAS FUNDING LLC, J.P. MORGAN CHASE BANK, N.A., 189 SUNRISE HWY AUTO LLC, and NORTHSHORE MOTOR LEASING, LLC,

Defendants.

----------------------------------------------------------------X

**Case No.: 2:23-cv-6188 (JMW)**

**PLAINTIFFS' SUPERB MOTORS INC., TEAM AUTO SALES LLC, AND ROBERT ANTHONY URRUTIA'S NOTICE OF MOTION FOR LEAVE TO FILE A LATE OPPOSITION TO THE DEO DEFENDANTS' MOTION FOR <u>RECONSIDERATION</u>**

**PLEASE TAKE NOTICE** that, upon the accompanying memorandum of law, the Declaration of Emanuel Kataev, Esq. and all prior proceedings herein, Plaintiffs Superb Motors Inc., Team Auto Sales LLC, and Robert Anthony Urrutia (together, the "Superb Plaintiffs") will move this Court, before the Hon. James M. Wicks, U.S.M.J, at the United States District Court for the Eastern District of New York, 100 Federal Plaza, Courtroom 1020, Central Islip, New York 11722, as soon as counsel may be heard, for an Order, pursuant to Rule 6(b)(1)(B) of the Federal Rules of Civil Procedure (hereinafter referred to as "Rules" or "Rule"):

(1) granting the Superb Plaintiffs leave to file, out of time, their opposition to the Deo Defendants' motion for reconsideration of this Court's September 30, 2026 Order (ECF Docket Entry ("ECF") 567) (the "Reconsideration Motion," ECF 577);

(2) directing that the opposition filed contemporaneously herewith be deemed timely *nunc pro tunc*; and

(3) deciding the Reconsideration Motion on the merits.

**PLEASE TAKE FURTHER NOTICE** that, consistent with Rule 1(D) of this Court's Individual Practice Rules, the Superb Plaintiffs state:

(i) The opposition was due on October 9, 2026;

(ii) There has been one prior request for an extension of that deadline, filed as ECF 579;

(iii) That request was denied;

(iv) The extension was necessary because, on Friday, October 9, 2026, while counsel was reviewing the draft opposition, he lost all internet access from The Carlton, Moscow, within walking distance of the Kremlin. Hotel Wi-Fi, an international data plan on his computer, and his cellular telephone's mobile hotspot all failed. He could not finish the review or clear the opposition for filing. The facts are set out in the accompanying declaration.

(v) Consent of the Deo Defendants: was requested on October 18, 2026, and has been withheld on the same date.

**PLEASE TAKE FURTHER NOTICE** that – pursuant to the Local Civil Rule 6.1(b) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York – opposition papers must be served within fourteen (14) days of service of the moving papers, and reply papers must be served within seven (7) days of service of the opposition papers, unless this Court issues an Order otherwise.

**PLEASE TAKE FURTHER NOTICE** that the Superb Plaintiffs do not request oral argument unless the Court wishes to hear counsel.

Dated: Jamaica, New York
October 19, 2026

Respectfully submitted,

**SAGE LEGAL LLC**

By: /s/ Emanuel Kataev, Esq.
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(718) 489-4155 (facsimile)
(917) 807-7819 (cellular)
emanuel@sagelegal.nyc

*Attorneys for the Superb Plaintiffs*
*Superb Motors Inc.,*
*Team Auto Sales LLC,*
*and Robert Anthony Urrutia*