UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

SUPERB MOTORS INC., TEAM AUTO SALES LLC, ROBERT ANTHONY URRUTIA, 189 SUNRISE HWY AUTO LLC, NORTHSHORE MOTOR LEASING, LLC, BRIAN CHABRIER, JOSHUA AARONSON, JORY BARON, ASAD KHAN, IRIS BARON REPRESENTATIVE OF THE ESTATE OF DAVID BARON, 1581 HYLAN BLVD AUTO LLC, 1580 HYLAN BLVD AUTO LLC, 1591 HYLAN BLVD AUTO LLC, 1632 HYLAN BLVD AUTO LLC, 1239 HYLAN BLVD AUTO LLC, 2519 HYLAN BLVD AUTO LLC, 76 FISK STREET REALTY LLC, 446 ROUTE 23 AUTO LLC and ISLAND AUTO MANAGEMENT, LLC,

Plaintiffs,

-against-

ANTHONY DEO, SARAH DEO, HARRY THOMASSON, DWIGHT BLANKENSHIP, MARC MERCKLING, MICHAEL LAURIE, THOMAS JONES, CPA, CAR BUYERS NYC INC., GOLD COAST CARS OF SYOSSET LLC, GOLD COAST CARS OF SUNRISE LLC, GOLD COAST MOTORS AUTOMOTIVE GROUP LLC, GOLD COAST MOTORS OF LIC LLC, GOLD COAST MOTORS OF ROSLYN LLC, GOLD COAST MOTORS OF SMITHTOWN LLC, UEA PREMIER MOTORS CORP., DLA CAPITAL PARTNERS INC., JONES, LITTLE & CO., CPA'S LLP, FLUSHING BANK, LIBERTAS FUNDING LLC, J.P. MORGAN CHASE BANK, N.A., 189 SUNRISE HWY AUTO LLC, and NORTHSHORE MOTOR LEASING, LLC,

Defendants.

---------------------------------------------------------------X

**Case No.: 2:23-cv-6188 (JMW)**

**DECLARATION OF EMANUEL KATAEV, ESQ. IN SUPPORT OF MOTION FOR LEAVE TO FILE <u>LATE OPPOSITION</u>**

Emanuel Kataev, Esq., declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

1. I am a member of Sage Legal LLC. I represent Plaintiffs Superb Motors Inc., Team Auto Sales LLC, and Robert Anthony Urrutia in this action. I submit this declaration in support of their motion for leave to file a late opposition to the Deo Defendants' motion for reconsideration of the Court's Order of September 30, 2026 (ECF 567). I have personal knowledge of the facts set forth in paragraphs 2 through 8. I state the basis of paragraphs 9 and 10.

2. My paralegal, Alivia Cooney, prepared a draft opposition to the Reconsideration Motion. The draft was ready for my review on Friday, October 9, 2026.

3. As the only attorney at Sage Legal LLC, I review a paper before it is filed. If I clear it, my paralegal files it. Earlier during this travel, I reviewed papers and, after that review (and any revisions), my paralegal filed them.

4. On October 9, 2026, I was staying at The Carlton in Moscow, Russia at 3 Tverskaya Street; the hotel is within walking distance of the Kremlin.

5. I sat down that day to review the draft opposition. I logged on, remotely, to a computer located in the United States. I made substantive revisions to the draft. When I lost access, I was approximately one quarter of the way through the draft.

6. Approximately one hour before the motion for an extension of time was filed, I lost internet access.

7. I tried to restore a connection. I attempted to use the hotel's Wi-Fi, an international data plan connected directly to the SIM in my computer, and my cellular telephone as a hotspot. None of them worked.

8. Without a connection, I could not finish the review. I could not clear the opposition for filing. The opposition was not filed.

9. I am informed by the following reports, and not from any non-public source, that the Russian government, acting through the FSB, routinely orders mobile carriers to shut down mobile internet in Moscow, including for days or even weeks at a time, and that it does so for stated security reasons related to drones; that Moscow endured a mobile-internet shutdown of nearly three weeks in March 2026 and citywide blocks in May 2026; and that strikes on data centers announced on October 9, 2026, and a further strike within days, caused widespread internet outages in Russia. The reports are: Two Phones and an App: How Russians Skirt Putin's Digital Iron Curtain, Reuters (June 13, 2026); How the FSB Cut Russia Off from the Internet, Fin. Times (June 11, 2026); Matthew Luxmoore & Milàn Czerny, Russia Shuts Off Internet in Moscow as It Tests Nationwide Censorship System, Wall St. J. (Mar. 14, 2026); Russia Cuts Mobile Internet in Moscow and St. Petersburg Ahead of Victory Day, Meduza (May 5, 2026); Ukraine's Strikes on Yandex Data Centers, Explained, Moscow Times (Oct. 12, 2026); and Ukrainian Drone Strikes Have Plunged Russia's Internet into Crisis, Meduza (Oct. 12, 2026). I do not have personal knowledge of any internal government order. I do have personal knowledge of what happened to me, which is what I have stated in paragraphs 4 through 8.

10. I therefore directed my paralegal by telephone to draft a letter motion for an extension of time, which I dictated to her and had her read back to me, once all efforts to restore an internet connection failed. It was too late to contact opposing counsel for their consent, and I did not timely request an extension because, barring the internet connection issues, I intended to timely meet the October 9, 2026 deadline.

11. The extension request was denied.

12. On October 18, 2026, I asked counsel for the Deo Defendants to consent to this application. They refused, without providing any basis for their refusal.

13. The Superb Plaintiffs thus respectfully request that their simultaneously filed opposition papers be deemed timely filed *nunc pro tunc*.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 19, 2026.

*/s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.