**Sage Legal LLC**

**18211 Jamaica Avenue • Jamaica, NY 11423-2327 • (718) 412-2421 • emanuel@sagelegal.nyc**

November 10, 2026

**VIA ECF**
United States District Court
Eastern District of New York
Attn: Hon. James M. Wicks, U.S.M.J.
100 Federal Plaza, Courtroom 1020
Central Islip, NY 11722-4438

***Re:*** **Superb Motors Inc., *et al.* v. Deo, *et al.***
**Case No.: 2:23-cv-6188 (JMW)**
**Notice of Sale of Injuncted Superb Vehicles**

Dear Judge Wicks:

This firm represents Plaintiffs Superb Motors Inc. ("Superb"), Team Auto Sales LLC ("Team Auto"), and Robert Anthony Urrutia ("Urrutia") (Superb, Team Auto, and Urrutia collectively hereinafter the "Superb Plaintiffs") in the above-referenced case.

The Superb Plaintiffs respectfully submit this letter in accordance with this Court's May 15, 2026 Memorandum and Order (ECF Docket Entry 505) (the "May 2026 Order"), which permits the sale of the Injuncted Superb Vehicles provided that the Superb Plaintiffs hold the funds in escrow for the remainder of this case, account to this Court as to the sales when made, and file proof of the monies in escrow immediately following the sale of each of the vehicles. See ECF Docket Entry 505 at 14.

As expressly permitted by the May 2026 Order, Superb hereby provides notice of sale of the following vehicles as of September 30, 2026: (i) WDDJK7DA4JF052861 2018 Mercedes-Benz $12,000.00; (ii) WBAJB1C53KB375171 2019 BMW $5,000.00; (iii) WBA4E5C59HG188797 2017 BMW $8,000.00; (iv) W1K7X6BB7LA016406 2020 Mercedes-Benz $27,000.00; (v) WBXHT3C57K5L90705 2019 BMW X1 $9,875.00; and (vi) W1K7X6BB7LA016406 2020 Mercedes-AMG GT $17,000.00.

The sale proceeds of $61,875.00 have been deposited in your undersigned's escrow account, as have the additional sale proceeds of $17,000.00 for the final vehicle listed above, for a total of $78,875.00. See copy of proof of deposit annexed hereto as **Exhibits "A" and "B."**

The Superb Plaintiffs respectfully apologize for the delay in providing this notice, which is due to your undersigned's travels from October 4, 2026 through October 13, 2026, catching up on all matters thereafter, and waiting for the proceeds from the 2020 Mercedes-AMG GT, which only cleared your undersigned's escrow account on November 6, 2026.

The Superb Plaintiffs thank this honorable Court for its continued time and attention to this case.

Dated: Jamaica, New York
November 10, 2026

Respectfully submitted,

**SAGE LEGAL LLC**

*/s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorneys for Plaintiffs*
*Superb Motors Inc.,*
*Team Auto Sales LLC,*
*and Robert Anthony Urrutia*

**VIA ECF**
All counsel of record