Citizens

Back to Account Summary

# Account Overview

**Account**

IOLTA Checking... *1019

Available Balance: [redacted]

**Paperless Settings:**

Statements: Enroll

**Transactions** Account Details Account Services

Filter

Export

[redacted]

Domestic Wire Transfer [redacted]

[redacted]

September 29, 2026

**Island Luxury Leasing And Sales,** +$61,875.00

Domestic Wire Transfer [redacted]

Posted on

**09/29/2026**

Send from

**ISLAND LUXURY LEASING AND SALES,**

Send to

**IOLTA Checking *1019**

Additional info

**No data**

Frequency

**One time**

Reference number

**20260929MMQFMP2M036028**

Transaction number

**260929019792**

September 23, 2026